AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| In re: Google Digital Advertising Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-md-03010-PKC |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC, Alphabet Inc., and YouTube, LLC            .

Date:   08/13/2021

/s/ Jonathan M. Jacobson
*Attorney's signature*

Jonathan M. Jacobson, SBN 1350495
*Printed name and bar number*
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

*Address*

jjacobson@wsgr.com
*E-mail address*

(212) 497-7758
*Telephone number*

(212) 999-5899
*FAX number*