

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

JONATHAN M. JACOBSON
212-497-7758
jjacobson@wsgr.com

August 13, 2021

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *In re Google Dig. Advert.*, **1:21-md-03010-PKC**

Dear Judge Castel:

We write on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC ("Defendants") in the above-captioned multi-district litigation.[1]  We have filed an initial appearance before this Court.  Pursuant to your Individual Practices Rule 1(A), we submit this letter to inform the Court of developments in the above-captioned matter.

Pursuant to Google's motion, on August 10, 2021, the Judicial Panel on Multidistrict Litigation ordered the transfer of 18 civil actions[2] to your Court in the United States District Court for the

---

[1] Facebook, Inc. has also been named as a defendant in *Clarksburg Publ'g Co. v. Google LLC, et al.*, C.A. No. 1:21-cv-00051-TSK (N.D. W. Va.), *HD Media Co., LLC v. Google, LLC et al.*, C.A. No. 3:21-cv-00077 (S.D. W. Va.), *ECENT Corp. v. Google, LLC et al.*, C.A. No. 5:21-cv-00251 (S.D. W. Va.), *AIM Media Indiana Operating, LLC v. Google, LLC et al.*, C.A. No. 1:21-cv-00951-JPH-DLP (S.D. Ind.), *AIM Media Midwest Operating, LLC v. Google, LLC et al.*, C.A. No. 2:21-cv-01915-MHW-KAJ (S.D. Ohio), *AIM Media Texas Operating, LLC v. Google, LLC et al.*, C.A. No. 7:21-cv-00150 (S.D. Tex.), *Brown Cnty. Publ'g Co. Inc. et al. v. Google LLC et al.*, C.A. No. 1:21-cv-00498-WCG (E.D. Wis.), *Flag Publ'n, Inc. v. Google, LLC et al.*, C.A. No. 1:21-cv-00965-SAG (D. Md.), *Gale Force Media, LLC v. Google LLC et al.*, C.A. No. 2:21-cv-09716-WJM-ESK (D.N.J.), *Coastal Point, LLC v. Google LLC et al.*, C.A. No. 1:21-cv-00554-LPS (D. Del.), *Journal, Inc. v. Google, LLC et al.*, C.A. No. 1:21-cv-00072-GHD-RP (N.D. Miss.), *Emmerich Newspapers Inc. et al. v. Google LLC et al.*, C.A. No. 3:21-cv-00274-HTW-LGI (S.D. Miss.), *Eagle Printing Co. v. Google, LLC et al.*, C.A. No. 2:21-cv-00518-MPK (W.D. Penn.).  Facebook is represented by Kevin J. Orsini at Cravath, Swaine & Moore LLP.

[2] These 18 actions are as follows: (1) *SPX Total Body Fitness LLC v. Google LLC*, C.A. No. 4:21-00801-HSG (N.D. Cal.), (2) *In re Google Dig. Advertising Litig.*, C.A. No. 5:20-cv-03556-BLF (N.D. Cal.), (3) *In re Google Dig. Publisher Antitrust Litig.*, C.A. No.5:20-cv-08984-BLF (N.D. Cal.), (4) *Coastal Point, LLC v. Google LLC et al.*, C.A. No. 1:21-cv-00554-LPS (D. Del.), (5) *Cliffy Care Landscaping LLC v.*

WILSON SONSINI

The Honorable P. Kevin Castel
August 13, 2021
Page 2

Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. _F. Supp.3d_ (J.P.M.L. 2021).  *See* Consent of Transferee Court, *In re: Google Digit. Advert. Antitrust Litig.*, MDL No. 3010 (J.P.M.L. Aug. 10, 2021), Dkt No. 125.  A nineteenth civil action, *SkinnySchool LLC and Mint Rose Day Spa LLC v. Google LLC*, C.A. No. 3:21-cv-06011-LB (N.D. Cal.) has been conditionally transferred.  Conditional Transfer Order, *In re: Google Digit. Advert. Antitrust Litig.*, MDL No. 3010 (J.P.M.L. Aug. 11, 2021), Dkt No. 128.  In anticipation of the final transfer of all nineteen actions to this Court, please find in Attachment A a table listing all past motions and rulings and all pending deadlines in the consolidated cases.

We respectfully request the Court set a status conference at its earliest convenience once the consolidated cases have been transferred.

Thank you for your attention to this matter.


[Signature Block on Next Page]

---

*Facebook Inc. et al.*, C.A. No. 1:21-cv-00360 (D.D.C.), (6) *AIM Media Indiana Operating, LLC v. Google, LLC et al.*, C.A. No. 1:21-cv-00951-JPH-DLP (S.D. Ind.), (7) *Flag Publ'n, Inc. v. Google, LLC et al.*, C.A. No. 1:21-cv-00965-SAG (D. Md.), (8) *Journal, Inc. v. Google, LLC et al.*, C.A. No. 1:21-cv-00072-GHD-RP (N.D. Miss.), (9*) Emmerich Newspapers Inc. et al. v. Google LLC et al.*, C.A. No. 3:21-cv-00274-HTW-LGI (S.D. Miss.), (10) *Gale Force Media, LLC v. Google LLC et al.*, C.A. No. 2:21-cv-09716-WJM-ESK (D.N.J.), (11) *AIM Media Midwest Operating, LLC v. Google, LLC et al.*, C.A. No. 2:21-cv-01915-MHW-KAJ (S.D. Ohio), (12) *Eagle Printing Co. v. Google, LLC et al.*, C.A. No. 2:21-cv-00518-MPK (W.D. Penn.), (13) *State of Texas, et al., v. Google LLC*, C.A. No. 4:20-cv-00957-SDJ (E.D. Tex.), (14) *AIM Media Texas Operating, LLC v. Google, LLC et al.*, C.A. No. 7:21-cv-00150 (S.D. Tex.), (15) *Clarksburg Publ'g Co. v. Google LLC, et al.*, C.A. No. 1:21-cv-00051-TSK (N.D. W. Va.),  (16) *HD Media Co., LLC v. Google, LLC et al.*, C.A. No. 3:21-cv-00077 (S.D. W. Va.), (17) *ECENT Corp. v. Google, LLC et al.*, C.A. No. 5:21-cv-00251 (S.D. W. Va.), and (18) *Brown Cnty. Publ'g Co. Inc. et al. v. Google LLC et al.*, C.A. No. 1:21-cv-00498-WCG (E.D. Wis.).

WILSON SONSINI

The Honorable P. Kevin Castel
August 13, 2021
Page 3

Respectfully submitted,

/s/ *Jonathan M. Jacobson*
Jonathan M. Jacobson

/s/ *Justina K. Sessions*
Justina K. Sessions (*pro hac vice* forthcoming)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (415) 947-2099
Email: jsessions@wsgr.com

/s/ *Eric Mahr*
Eric Mahr (*pro hac vice* forthcoming)
FRESHFIELDS BRUCKHAUS DERINGER LLPS
700 13th Street NW, 10th Floor
Washington, D.C. 20005
Telephone: (202) 777-4545
Facsimile: (202) 777-4587
Email: eric.mahr@freshfields.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC*

cc: All counsel of record (via email or ECF)