ATTACHMENT A

* *Italicized* and **bolded** motions are currently undecided and pending.

**Organized by jurisdiction in alphabetical order**

**I.     Past Motions and Rulings**

| Northern District of California | |
|---|---|
| **Case** | **Past Motions and Rulings** |
| *SPX Total Body Fitness LLC v. Google LLC*, C.A. No. 4:21-00801-HSG | Order denying Motion to Relate *Negron v. Google LLC* (now *SPX Total Body Fitness LLC v. Google LLC*), 20-cv-03556-BLF entered 3/2/2021.<br><br>Order granting Joint Stipulation to Substitute Party entered 5/3/2021.<br><br>Order granting Joint Stipulation regarding Complaint Response Deadlines entered 5/17/2021.<br><br>***Plaintiff's Motion to Appoint Interim Counsel (Fred Isquith Jr., Pamela A. Markert, and Kate M. Baxter-Kauf) filed 3/29/2021; Plaintiff's Supplemental Brief in Support of Motion to Appoint Interim Counsel filed 6/24/2021.*** |
| *SkinnySchool LLC and Mint Rose Day Spa LLC v. Google LLC*, C.A. No. 3:21-cv-06011 | N/A |
| *In re Google Dig. Advertising Litig.*, C.A. No. 5:20-cv-03556-BLF | Defendants' Motion to Dismiss Consolidated Class Action Complaint filed 11/9/2020; Plaintiffs' First Amended Complaint filed 12/4/2020; Plaintiffs' Opposition to Motion to Dismiss Consolidated Class Action Complaint filed 12/28/2020; Defendants' Motion to Dismiss First Amended Consolidated Class Action Complaint filed 1/15/2021; Plaintiffs' Opposition to Motion to Dismiss First Amended Consolidated Class Action; |

Complaint filed 2/15/2021; Defendants' Reply to Motion to Dismiss First Amended Consolidated Class Action filed 3/17/2021; Hearing on Motion to Dismiss First Amended Consolidated Class Action Complaint held on 4/1/2021 at 9:00 AM PT before Judge Beth Labson Freeman; Motion to Dismiss with Leave to Amend granted 5/13/2021.

Joint Stipulation Extending Time to File Second Amended Complaint filed 6/8/2021; Order granting Joint Stipulation Extending Time to File Second Amended Complaint entered 6/8/2021.

Order relating *Devaney et al. v. Google LLC et al.*, 5:20-cv-04130-JSC and *Grand Atlas Tours, et al., v. Google LLC et al.*, 5:20-cv-03556-BLF creating *In re Google Dig. Advertising Litig.*, 5:20-cv-03556-BLF entered 7/21/2020; Order approving voluntary dismissal of plaintiff Grand Atlas Tour entered 10/22/2020; Order relating *Sweepstakes Today, LLC v. Google LLC et al.*, 20-cv-08984-HSG, *Genius Media Grp., Inc. et al., v. Google, LLC*, et al., 20-cv-0902-BLF, *Sterling Int'l Consulting Grp. v. Google LLC*, 20-cv-09321-VC, and *Astarita v. Google LLC et al.*, 21-cv-0022-DMR entered 1/22/2021; Order denying Motion to Relate *Negron v. Google LLC* (now *SPX Total Body Fitness LLC v. Google LLC*), 20-cv-03556-BLF entered 3/2/2021; Order consolidating the above related cases entered 3/10/2021; Order relating *Organic Panaceas, LLC v. Google, LLC et al.*, 21-cv-02629-DMR entered 5/5/2021; Order consolidating *Organic Panaceas, LLC v. Google, LLC et al.*, 21-cv-02629-DMR entered 5/13/2021.

Interim Co-Lead Counsel (Dena Sharp and Tina Wolfson) appointed 4/26/2021; Steering Committee (Dena Sharp, Tina Wolfson, Archana Tamoshunas, and April Lambert) appointed 4/26/2021; Stipulated Expert Protocol entered 6/24/2021.

| Case | Past Motions and Rulings |
|---|---|
| *In re Google Dig. Publisher Antitrust Litig.*, C.A. No. 5:20-cv-08984-BLF | Amended Consolidated Class Action Complaint filed 4/5/2021; ***Defendants' Motion to Dismiss Amended Consolidated Class Action Complaint filed 6/4/2021; Plaintiffs' Opposition to Motion to Dismiss Consolidated Class Action Complaint filed 7/23/2021. Defendants' Reply Brief due 8/27/2021. (Hearing on motion had been scheduled for 10/14/2021.)*** |
| | Joint Stipulation Setting Briefing Schedule filed 6/14/2021; Order granting Joint Stipulation Setting Briefing Schedule entered 6/24/2021. |
| | Order reassigning cases to Judge Beth Labson Freeman entered 1/22/2021; Order relating *Sweepstakes Today, LLC v. Google LLC et al.*, 20-cv-08984-HSG, *Genius Media Grp., Inc. et al., v. Google, LLC*, et al., 20-cv-0902-BLF, *Sterling Int'l Consulting Grp. v. Google LLC*, 20-cv-09321-VC, and *Astarita v. Google LLC et al.*, 21-cv-0022-DMR entered 1/22/2021; Order consolidating the above related cases entered 3/10/2021. |
| | Plaintiffs' Discovery Coordination Committee (for *In re Google Dig. Advert. Antitrust Litig.*, 20-cv-3556 and *In re Google Dig. Publisher Antitrust Litig.*, 20-cv-8984; consisting of Rachel Johnson and Caitlin G. Coslett) appointed 4/12/2021; Interim Co-Lead Counsel (Boies Schiller Flexner LLP, Korein Tillery LLC, and Berger Montague PC) appointed 4/26/2021; Interim Co-Lead Publisher Commitee (Boies Schiller Flexner LLP, Korein Tillery LLC, Berger Montague PC, Kirby McInerney LLP, and Gustafson Gluek PLLC) appointed 4/26/2021; Protocol for Interim Class Counsel Time and Expense Submissions entered 4/26/2021. |

| District of Delaware | |
|---|---|
| **Case** | **Past Motions and Rulings** |
| *Coastal Point, LLC v. Google LLC et al.*, C.A. No. 1:21-cv-00554-LPS | Joint Stipulation to Extend Time to Answer Complaint filed 6/21/2021; Order granting Joint Stipulation to Extend Time entered 6/29/2021. |

| District of District of Columbia | |
|---|---|
| **Case** | **Past Motions and Rulings** |
| *Cliffy Care Landscaping LLC v. Facebook Inc. et al.*, C.A. No. 1:21-cv-00360 | Amended Consolidated Class Action Complaint filed 5/19/2021.<br><br>Defendants' Motion for Extension of Time to File Response to Complaint filed 7/15/2021; Minute Order granting Motion for Extension of Time entered 7/16/2021.<br><br>Interim Class Counsel (MoginRubin) appointed 7/22/2021. |

| Southern District of Indiana | |
|---|---|
| **Case** | **Past Motions and Rulings** |
| *AIM Media Indiana Operating, LLC v. Google, LLC et al.*, C.A. No. 1:21-cv-00951-JPH-DLP | Unopposed Motion for Extension of Time to Move or Otherwise Respond to Complaint filed 5/10/2021; Order granting Unopposed Motion for Extension of Time entered 5/13/2021. |

| District of Maryland | |
|---|---|
| **Case** | **Past Motions and Rulings** |
| *Flag Publ'n, Inc. v. Google, LLC et al.*, C.A. No. 1:21-cv-00965-SAG | Unopposed Motion for Extension of Time to File Answer filed 5/12/2021; Paperless Order granting Unopposed Motion for Extension of Time to File Answer entered 5/12/2021. |

| Northern District of Mississippi | |
|---|---|
| **Case** | **Past Motions and Rulings** |
| *Journal, Inc. v. Google, LLC et al.*, C.A. No. 1:21-cv-00072-GHD-RP | Unopposed Motion for Extension of Time to Move or Otherwise Respond to Complaint filed 6/22/2021; Order granting Unopposed Motion for Extension of Time entered 6/23/2021. |

| Southern District of Mississippi | |
|---|---|
| **Case** | **Past Motions and Rulings** |
| *Emmerich Newspapers Inc. et al. v. Google LLC et al.*, C.A. No. 3:21-cv-00274-HTW-LGI | Unopposed Motion for Extension of Time to Move or Otherwise Respond to Complaint and Memorandum in support of Unopposed Motion for Extension of Time filed 6/22/2021; Text-Only Order granting Unopposed Motion for Extension of Time entered 6/23/2021. |

| District of New Jersey | |
|---|---|
| **Case** | **Past Motions and Rulings** |
| *Gale Force Media, LLC v. Google LLC et al.*, C.A. No. 2:21-cv-09716-WJM-ESK | Unopposed Motion for Extension of Time to Move or Otherwise Respond to filed 5/12/2021; Order granting Unopposed Motion for Extension of Time entered 5/17/2021. |

| Southern District of New York | |
|---|---|
| **Case** | **Past Motions and Rulings** |
| *Associated Newspapers Ltd., et al. v. Google LLC, et al.*, C.A. No. 1:21-03446-P | Defendants' Letter Motion for Extension of Time to File Answer and to Adjourn Initial Pretrial Conference filed 4/29/2021; Plaintiffs' Letter Response in Opposition filed 4/30/2021; Defendants' Letter respectfully responding to Defendants' Letter filed 5/4/2021; Order granting Defendant's Letter Motion for Extension of time to File Answer and to Adjourn Initial Pretrial Conference entered 5/5/2021; Defendants' Letter Motion for |

| | Extension of Time to File Answer and to Adjourn Initial Pretrial Conference filed 6/28/2021; Plaintiffs' Letter Response in Opposition filed 6/28/2021; Defendants' Letter Reply filed 6/29/2021; Plaintiffs' Letter filed 6/29/2021; Order granting Defendants' Letter Motion for Extension of time to File Answer and to Adjourn Initial Pretrial Conference entered 6/29/2021. |
|---|---|

### Southern District of Ohio

| Case | Past Motions and Rulings |
|---|---|
| *AIM Media Midwest Operating, LLC v. Google, LLC et al.*, C.A. No. 2:21-cv-01915-MHW-KAJ | Unopposed Motion for Extension of Time to Move or Otherwise Respond to filed 6/22/2021; Notation Order granting Unopposed Motion for Extension of Time entered 6/23/2021. |

### Western District of Pennsylvania

| Case | Past Motions and Rulings |
|---|---|
| *Eagle Printing Co. v. Google, LLC et al.*, C.A. No. 2:21-cv-00518-MPK | Unopposed Motion for Extension of Time to Move or Otherwise Respond to filed 6/22/2021; Order granting Unopposed Motion for Extension of Time entered 6/28/2021. |

### Eastern District of Texas

| Case | Past Motions and Rulings |
|---|---|
| *State of Texas, et al., v. Google LLC*, C.A. No. 4:20-cv-00957-SDJ | Defendant's Motion to Change Venue filed 1/19/2021; Plaintiffs' Opposition to Motion to Change Venue filed 2/2/2021; Defendant's Response in Support of Motion to Change Venue filed 2/9/2021; Plaintiffs' Sur-Reply to Reply to Response in Support of Motion to Change Venue filed 2/16/2021; Hearing on Motion to Change Venue held on 3/18/2021 at 10:30 AM CT; Order denying Motion to Change Venue entered 5/20/2021. |

| | Defendant's Answer and Affirmative Defenses to Complaint filed 2/22/2021; Plaintiff's First Amended Complaint filed 3/15/2021; Defendant's Answer and Affirmative Defenses to First Amended Complaint filed 4/6/2021; Motion to Intervene (South Carolina and Louisiana) filed 6/29/2021; ***Plaintiffs' Motion for Leave to file proposed Second Amended Complaint filed 8/4/2021.***<br><br>Protective Order entered 4/14/2021; Initial Disclosures served 4/23/2021. |
|---|---|
| **Southern District of Texas** | |
| **Case** | **Past Motions and Rulings** |
| *AIM Media Texas Operating, LLC v. Google, LLC et al.*, C.A. No. 7:21-cv-00150 | Joint Stipulation to Extend Time to Move or Otherwise Respond to Complaint filed 5/10/2021; Defendants' Unopposed Motion to Adjourn Pretrial and Scheduling Conference filed 6/9/2021; Notice of Rescheduled Initial Pretrial Conference entered 6/15/2021. |
| **Northern District of West Virginia** | |
| **Case** | **Past Motions and Rulings** |
| *Clarksburg Publ'g Co. v. Google LLC, et al.*, C.A. No. 1:21-cv-00051-TSK | Joint Stipulation to Extend Time to Move or Otherwise Respond to Complaint filed 6/22/2021. |
| **Southern District of West Virginia** | |
| **Case** | **Past Motions and Rulings** |
| *HD Media Co., LLC v. Google, LLC et al.*, C.A. No. 3:21-cv-00077 | Defendants' Expedited Motion to Extend Deadline to Respond to Complaint filed 5/13/2021; Order granting Defendants' Motion to Extend Deadline entered 5/13/2021. |

| *ECENT Corp. v. Google, LLC et al.*, C.A. No. 5:21-cv-00251 | Joint Stipulation to Extend Time to Move or Otherwise Respond to Complaint filed 6/22/2021. |
|---|---|

| **Eastern District of Wisconsin** ||
|---|---|
| **Case** | **Past Motions and Rulings** |
| *Brown Cnty. Publ'g Co. Inc. et al. v. Google LLC et al.*, C.A. No. 1:21-cv-00498-WCG | Joint Stipulation to Extend Time to Move or Otherwise Respond to Complaint filed 6/22/2021; Order granting Joint Stipulation to Extend Time entered 6/23/2021. |

## II.    Upcoming Dates

| Northern District of California | |
|---|---|
| **Case** | **Pending Deadlines** |
| *SPX Total Body Fitness LLC v. Google LLC*, C.A. No. 4:21-00801-HSG | Defendants' answer or other response due 8/16/2021; Plaintiff's response due 10/8/2021; Defendants' reply to response due 11/19/2021. |
| *SkinnySchool LLC and Mint Rose Day Spa LLC v. Google LLC*, C.A. No. 3:21-cv-06011 | Defendants' answer or other response due 10/5/2021. |
| *In re Google Dig. Advertising Litig.*, C.A. No. 5:20-cv-03556-BLF | Plaintiffs Second Amended Complaint due 8/24/2021; Defendants' answer or other response due 10/8/2021; Rule 26 Conference to be scheduled by 8/31/2021. |
| *In re Google Dig. Publisher Antitrust Litig.*, C.A. No.. 5:20-cv-08984-BLF | Defendants' Reply due 8/27/2021; Rule 26 Conference to be scheduled by 8/31/2021. |

| District of Delaware | |
|---|---|
| **Case** | **Pending Deadlines** |
| *Coastal Point, LLC v. Google LLC et al.*, C.A. No. 1:21-cv-00554-LPS | Defendants' answer or other response due 8/31/2021. |

| District of District of Columbia | |
|---|---|
| **Case** | **Pending Deadlines** |
| *Cliffy Care Landscaping LLC v. Facebook Inc. et al.*, C.A. No. 1:21-cv-00360 | Defendants' answer or other response due 8/31/2021. |

| Southern District of Indiana | |
|---|---|
| **Case** | **Pending Deadlines** |
| *AIM Media Indiana Operating, LLC v. Google, LLC et al.*, C.A. No. 1:21-cv-00951-JPH-DLP | Defendants' answer or other response due 8/31/2021. |

| District of Maryland | |
|---|---|
| **Case** | **Pending Deadlines** |
| *Flag Publ'n, Inc. v. Google, LLC et al.*, C.A. No. 1:21-cv-00965-SAG | Defendants' answer or other response due 8/31/2021. |

| Northern District of Mississippi | |
|---|---|
| **Case** | **Pending Deadlines** |
| *Journal, Inc. v. Google, LLC et al.*, C.A. No. 1:21-cv-00072-GHD-RP | Defendants' answer or other response due 8/31/2021. |

| Southern District of Mississippi | |
|---|---|
| **Case** | **Pending Deadlines** |
| *Emmerich Newspapers Inc. et al. v. Google LLC et al.*, C.A. No. 3:21-cv-00274-HTW-LGI | Defendants' answer or other response due 8/31/2021. |

| District of New Jersey | |
|---|---|
| **Case** | **Pending Deadlines** |
| *Gale Force Media, LLC v. Google LLC et al.*, C.A. No. 2:21-cv-09716-WJM-ESK | Defendants' answer or other response due 8/31/2021. |

| Southern District of New York | |
|---|---|
| **Case** | **Pending Deadlines** |
| *Associated Newspapers Ltd., et al. v. Google LLC, et al.*, C.A. No. 1:21-03446-P | Defendants' answer or other response due 8/17/2021. |

| Southern District of Ohio | |
|---|---|
| **Case** | **Pending Deadlines** |
| *AIM Media Midwest Operating, LLC v. Google, LLC et al.*, C.A. No. 2:21-cv-01915-MHW-KAJ | Defendants' answer or other response due 8/31/2021. |

| Western District of Pennsylvania | |
|---|---|
| **Case** | **Pending Deadlines** |
| *Eagle Printing Co. v. Google, LLC et al.*, C.A. No. 2:21-cv-00518-MPK | Defendants' answer or other response due 8/31/2021. |

| Eastern District of Texas | |
|---|---|
| **Case** | **Pending Deadlines** |
| *State of Texas, et al., v. Google LLC*, C.A. No. 4:20-cv-00957-SDJ | Defendants' response to Motion for Leave to File Second Amended Complaint due 8/18/2021.

Scheduling Order entered 5/21/2021:

- 6/17/2021 – Deadline to add parties.

- 11/12/2021 – Deadline for Plaintiffs to file amended pleadings.

- 12/10/2021 – Deadline for Defendant's final amended pleadings.

- 7/8/2022 – Close of fact discovery.

- 7/22/2022 – Disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b) on issues for which the party bears the burden of proof.

- 9/9/2022 - Disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b) on issues for which the party does not bear the burden of proof.

- 10/7/2022 – Disclosure of rebuttal expert testimony.

- 11/18/2022 – Close of expert discovery.

- 12/16/2022 – Date by which the parties shall notify the Court of the name, address, and telephone number of the agreed-upon |

| |
|---|
| mediator, or request that the Court select a mediator, if they are unable to agree on one. |

- 12/23/2022 – Deadline to object to all expert testimony (*i.e.*, deadline for *Daubert* motions, motions to dismiss, motions for summary judgment, or other dispositive motions.

- 1/13/2023 – Deadline for responses to *Daubert* motions and responses to motions to dismiss, motions for summary judgment, or other dispositive motions.

- 1/27/2023 – Deadline for replies to *Daubert* motions and responses to motions to dismiss, motions for summary judgment, or other dispositive motions.

- 2/10/2023 – Deadline for mediation.

- 4/21/2023 – Notice of intent to offer certified records; counsel and unrepresented parties responsible for contacting opposing counsel and unrepresented parties to determine preparation of Joint Final Pretrial Order.

- 4/28/2023 – Video Deposition Designation due; disclosure must be served and other parties have seven calendar days to serve a response with any objections and request cross-examination line and page numbers to be included.

- 5/05/2023 – Motions in limine due; Joint Final Pretrial Order due.

- 5/19/2023 – Response to motions in limine due; objections to witnesses, deposition extracts, and exhibits listed in pretrial order due; Jury Instructions/Form of Verdict due; Propose Voir Dire questions due.

- 6/1 - 6/2/2023 – Final Pretrial Conference set for 9 AM CT.

- 6/5/2023 – Jury selection and trial set for 10 AM CT.

| | (8-10 weeks long trial) |
|---|---|
| **Southern District of Texas** | |
| **Case** | **Pending Deadlines** |
| *AIM Media Texas Operating, LLC v. Google, LLC et al.*, C.A. No. 7:21-cv-00150 | Defendants' answer or other response due 8/31/2021; stipulation filed but not ordered. |
| **Northern District of West Virginia** | |
| **Case** | **Pending Deadlines** |
| *Clarksburg Publ'g Co. v. Google LLC, et al.*, C.A. No. 1:21-cv-00051-TSK | Defendants' answer or other response due 8/31/2021; stipulation filed but not ordered. |
| **Southern District of West Virginia** | |
| **Case** | **Pending Deadlines** |
| *HD Media Co., LLC v. Google, LLC et al.*, C.A. No. 3:21-cv-00077 | Defendants' answer or other response due 8/31/2021. |
| *ECENT Corp. v. Google, LLC et al.*, C.A. No. 5:21-cv-00251 | Defendants' answer or other response due 8/31/2021; stipulation filed but not ordered. |
| **Eastern District of Wisconsin** | |
| **Case** | **Pending Deadlines** |
| *Brown Cnty. Publ'g Co. Inc. et al. v. Google LLC et al.*, C.A. No. 1:21-cv-00498-WCG | Defendants' answer or other response due 8/31/2021. |

Organized by case grouping

## I.   Past Motions and Ruling

| Northern District of California - Publishers Class | |
|---|---|
| **Case** | **Past Motions and Rulings** |
| *In re Google Dig. Publisher Antitrust Litig.*, C.A. No.. 5:20-cv-08984-BLF | Amended Consolidated Class Action Complaint filed 4/5/2021; ***Defendants' Motion to Dismiss Amended Consolidated Class Action Complaint filed 6/4/2021; Plaintiffs' Opposition to Motion to Dismiss Consolidated Class Action Complaint filed 7/23/2021.*** <br><br> Joint Stipulation Setting Briefing Schedule filed 6/14/2021; Order granting Joint Stipulation Setting Briefing Schedule entered 6/24/2021. <br><br> Order reassigning cases to Judge Beth Labson Freeman entered 1/22/2021; Order relating *Sweepstakes Today, LLC v. Google LLC et al.*, 20-cv-08984-HSG, *Genius Media Grp., Inc. et al., v. Google, LLC*, et al., 20-cv-0902-BLF, *Sterling Int'l Consulting Grp. v. Google LLC*, 20-cv-09321-VC, and *Astarita v. Google LLC et al.*, 21-cv-0022-DMR entered 1/22/2021; Order consolidating the above related cases entered 3/10/2021. <br><br> Plaintiffs' Discovery Coordination Committee (for *In re Google Dig. Advert. Antitrust Litig.*, 20-cv-3556 and *In re Google Dig. Publisher Antitrust Litig.*, 20-cv-8984; consisting of Rachel Johnson and Caitlin G. Coslett) appointed 4/12/2021; Interim Co-Lead Counsel (Boies Schiller Flexner LLP, Korein Tillery LLC, and Berger Montague PC) appointed 4/26/2021; Interim Co-Lead Publisher Commitee (Boies Schiller Flexner LLP, Korein Tillery LLC, Berger Montague PC, Kirby McInerney LLP, and Gustafson Gluek PLLC) appointed 4/26/2021; Protocol |

|  | for Interim Class Counsel Time and Expense Submissions entered 4/26/2021. |

| Northern District of California - Advertisers Class ||

| Case | Past Motions and Rulings |
| --- | --- |
| *In re Google Dig. Advertising Litig.*, C.A. No. 5:20-cv-03556-BLF | Defendants' Motion to Dismiss Consolidated Class Action Complaint filed 11/9/2020; Plaintiffs' First Amended Complaint filed 12/4/2020; Plaintiffs' Opposition to Motion to Dismiss Consolidated Class Action Complaint filed 12/28/2020; Defendants' Motion to Dismiss First Amended Consolidated Class Action Complaint filed 1/15/2021; Plaintiffs' Opposition to Motion to Dismiss First Amended Consolidated Class Action; Complaint filed 2/15/2021; Defendants' Reply to Motion to Dismiss First Amended Consolidated Class Action filed 3/17/2021; Hearing on Motion to Dismiss First Amended Consolidated Class Action Complaint held on 4/1/2021 at 9:00 AM PT before Judge Beth Labson Freeman; Motion to Dismiss with Leave to Amend granted 5/13/2021.

Joint Stipulation Extending Time to File Second Amended Complaint filed 6/8/2021; Order granting Joint Stipulation Extending Time to File Second Amended Complaint entered 6/8/2021.

Order relating *Devaney et al. v. Google LLC et al.*, 5:20-cv-04130-JSC and *Grand Atlas Tours, et al., v. Google LLC et al.*, 5:20-cv-03556-BLF creating *In re Google Dig. Advertising Litig.*, 5:20-cv-03556-BLF entered 7/21/2020; Order approving voluntary dismissal of plaintiff Grand Atlas Tour, entered 10/22/2020; Order relating *Sweepstakes Today, LLC v. Google LLC et al.*, 20-cv-08984-HSG, *Genius Media Grp., Inc. et al., v. Google, LLC*, et al., 20-cv-0902-BLF, *Sterling Int'l Consulting Grp. v. Google LLC*, 20-cv-09321-VC, and *Astarita v. Google LLC et al.*, 21-cv-0022-DMR entered 1/22/2021; |

|  | Order denying Motion to Relate *Negron v. Google LLC* (now *SPX Total Body Fitness LLC v. Google LLC*), 20-cv-03556-BLF entered 3/2/2021; Order consolidating the above related cases entered 3/10/2021; Order relating *Organic Panaceas, LLC v. Google, LLC et al.*, 21-cv-02629-DMR entered 5/5/2021; Order consolidating *Organic Panaceas, LLC v. Google, LLC et al.*, 21-cv-02629-DMR entered 5/13/2021. <br><br> Interim Co-Lead Counsel (Dena Sharp and Tina Wolfson) appointed 4/26/2021; Steering Committee (Dena Sharp, Tina Wolfson, Archana Tamoshunas, and April Lambert) appointed 4/26/2021; Stipulated Expert Protocol entered 6/24/2021. |
|---|---|
| **Northern District of California - Unconsolidated Advertisers** ||
| **Case** | **Past Motions and Rulings** |
| *SPX Total Body Fitness LLC v. Google LLC*, C.A. No. 4:21-00801-HSG | Order denying Motion to Relate *Negron v. Google LLC* (now *SPX Total Body Fitness LLC v. Google LLC*), 20-cv-03556-BLF entered 3/2/2021. <br><br> Order granting Joint Stipulation to Substitute Party entered 5/3/2021. <br><br> Order granting Joint Stipulation regarding Complaint Response Deadlines entered 5/17/2021. <br><br> ***Plaintiff's Motion to Appoint Interim Counsel (Fred Isquith Jr., Pamela A. Markert, and Kate M. Baxter-Kauf) filed 3/29/2021; Plaintiff's Supplemental Brief in Support of Motion to Appoint Interim Counsel filed 6/24/2021.*** |
| *SkinnySchool LLC and Mint Rose Day Spa LLC v. Google LLC*, C.A. No. 3:21-cv-06011 | N/A |

| District of District of Columbia | |
|---|---|
| **Case** | **Past Motions and Rulings** |
| *Cliffy Care Landscaping LLC v. Facebook Inc. et al.*, C.A. No. 1:21-cv-00360 | Amended Consolidated Class Action Complaint filed 5/19/2021.<br><br>Defendants' Motion for Extension of Time to File Response to Complaint filed 7/15/2021; Minute Order granting Motion for Extension of Time entered 7/16/2021.<br><br>Interim Class Counsel (MoginRubin) appointed 7/22/2021. |
| Newspapers | |
| **Case** | **Past Motions and Rulings** |
| *Coastal Point, LLC v. Google LLC et al.*, C.A. No. 1:21-cv-00554-LPS (D. Del.) | Joint Stipulation to Extend Time to Answer Complaint filed 6/21/2021; Order granting Joint Stipulation to Extend Time entered 6/29/2021. |
| *AIM Media Indiana Operating, LLC v. Google, LLC et al.*, C.A. No. 1:21-cv-00951-JPH-DLP (S.D. Ind.) | Unopposed Motion for Extension of Time to Move or Otherwise Respond to Complaint filed 5/10/2021; Order granting Unopposed Motion for Extension of Time entered 5/13/2021. |
| *Flag Publ'n, Inc. v. Google, LLC et al.*, C.A. No. 1:21-cv-00965-SAG (D. Md.) | Unopposed Motion for Extension of Time to File Answer filed 5/12/2021; Paperless Order granting Unopposed Motion for Extension of Time to File Answer entered 5/12/2021. |
| *Journal, Inc. v. Google, LLC et al.*, C.A. No. 1:21-cv-00072-GHD-RP (N.D. Miss.) | Unopposed Motion for Extension of Time to Move or Otherwise Respond to Complaint filed 6/22/2021; Order granting Unopposed Motion for Extension of Time entered 6/23/2021. |

| | |
|---|---|
| *Emmerich Newspapers Inc. et al. v. Google LLC et al.*, C.A. No. 3:21-cv-00274-HTW-LGI (S.D. Miss.) | Unopposed Motion for Extension of Time to Move or Otherwise Respond to Complaint and Memorandum in support of Unopposed Motion for Extension of Time filed 6/22/2021; Text-Only Order granting Unopposed Motion for Extension of Time entered 6/23/2021. |
| *Gale Force Media, LLC v. Google LLC et al.*, C.A. No. 2:21-cv-09716-WJM-ESK (D.N.J.) | Unopposed Motion for Extension of Time to Move or Otherwise Respond to filed 5/12/2021; Order granting Unopposed Motion for Extension of Time entered 5/17/2021. |
| *AIM Media Midwest Operating, LLC v. Google, LLC et al.*, C.A. No. 2:21-cv-01915-MHW-KAJ (S.D. Ohio) | Unopposed Motion for Extension of Time to Move or Otherwise Respond to filed 6/22/2021; Notation Order granting Unopposed Motion for Extension of Time entered 6/23/2021. |
| *Eagle Printing Co. v. Google, LLC et al.*, C.A. No. 2:21-cv-00518-MPK (W.D. Pa.) | Unopposed Motion for Extension of Time to Move or Otherwise Respond to filed 6/22/2021 Order granting Unopposed Motion for Extension of Time entered 6/28/2021. |
| *AIM Media Texas Operating, LLC v. Google, LLC et al.*, C.A. No. 7:21-cv-00150 (S.D. Tex.) | Joint Stipulation to Extend Time to Move or Otherwise Respond to Complaint filed 5/10/2021; Defendants' Unopposed Motion to Adjourn Pretrial and Scheduling Conference filed 6/9/2021; Notice of Rescheduled Initial Pretrial Conference entered 6/15/2021. |
| *Clarksburg Publ'g Co. v. Google LLC, et al.*, C.A. No. 1:21-cv-00051-TSK (N.D. W. Va.) | Joint Stipulation to Extend Time to Move or Otherwise Respond to Complaint filed 6/22/2021. |
| *HD Media Co., LLC v. Google, LLC et al.*, C.A. No. 3:21-cv-00077 (S.D. W. Va.) | Defendants' Expedited Motion to Extend Deadline to Respond to Complaint filed 5/13/2021; Order granting Defendants' Motion to Extend Deadline entered 5/13/2021. |

| | |
|---|---|
| *ECENT Corp. v. Google, LLC et al.*, C.A. No. 5:21-cv-00251 (S.D. W. Va.) | Joint Stipulation to Extend Time to Move or Otherwise Respond to Complaint filed 6/22/2021. |
| *Brown Cnty. Publ'g Co. Inc. et al. v. Google LLC et al.*, C.A. No. 1:21-cv-00498-WCG (E.D. Wis.) | Joint Stipulation to Extend Time to Move or Otherwise Respond to Complaint filed 6/22/2021; Order granting Joint Stipulation to Extend Time entered 6/23/2021. |

| Southern District of New York - Newspaper ||
|---|---|
| **Case** | **Past Motions and Rulings** |
| *Associated Newspapers Ltd., et al. v. Google LLC, et al.*, C.A. No. 1:21-03446-P | Defendants' Letter Motion for Extension of Time to File Answer and to Adjourn Initial Pretrial Conference filed 4/29/2021; Plaintiffs' Letter Response in Opposition filed 4/30/2021; Defendants' Letter respectfully responding to Defendants' Letter filed 5/4/2021; Order granting Defendant's Letter Motion for Extension of time to File Answer and to Adjourn Initial Pretrial Conference entered 5/5/2021; Defendants' Letter Motion for Extension of Time to File Answer and to Adjourn Initial Pretrial Conference filed 6/28/2021; Plaintiffs' Letter Response in Opposition filed 6/28/2021; Defendants' Letter Reply filed 6/29/2021; Plaintiffs' Letter filed 6/29/2021; Order granting Defendants' Letter Motion for Extension of time to File Answer and to Adjourn Initial Pretrial Conference entered 6/29/2021. |

| Eastern District of Texas - State Attorneys General ||
|---|---|
| **Case** | **Past Motions and Rulings** |
| *State of Texas, et al., v. Google LLC*, C.A. No. 4:20-cv-00957-SDJ | Defendant's Motion to Change Venue filed 1/19/2021; Plaintiffs' Opposition to Motion to Change Venue filed 2/2/2021; Defendant's Response in Support of Motion to Change Venue filed 2/9/2021; Plaintiffs' Sur-Reply to Reply to Response in Support of Motion to |

|  | Change Venue filed 2/16/2021; Hearing on Motion to Change Venue held on 3/18/2021 at 10:30 AM CT; Order denying Motion to Change Venue entered 5/20/2021.<br><br>Defendant's Answer and Affirmative Defenses to Complaint filed 2/22/2021; Plaintiff's First Amended Complaint filed 3/15/2021; Defendant's Answer and Affirmative Defenses to First Amended Complaint filed 4/6/2021; Motion to Intervene (South Carolina and Louisiana) filed 6/29/2021; ***Plaintiffs' Motion for Leave to file proposed Second Amended Complaint filed 8/4/2021.***<br><br>Protective Order entered 4/14/2021; Initial Disclosures served 4/23/2021. |
|---|---|

II.    **Upcoming Dates**

| Northern District of California - Publishers Class | |
|---|---|
| **Case** | **Pending Deadlines** |
| *In re Google Dig. Publisher Antitrust Litig.*, C.A. No.. 5:20-cv-08984-BLF | Defendants' Reply due 8/27/2021; Rule 26 Conference to be scheduled by 8/31/2021. |

| Northern District of California - Advertisers Class | |
|---|---|
| **Case** | **Pending Deadlines** |
| *In re Google Dig. Advertising Litig.*, C.A. No. 5:20-cv-03556-BLF | Plaintiffs' Second Amended Complaint due 8/24/2021; Defendants' answer or other response due 10/8/2021; Rule 26 Conference to be scheduled by 8/31/2021. |

| Northern District of California – Unconsolidated Advertisers | |
|---|---|
| **Case** | **Pending Deadlines** |
| *SPX Total Body Fitness LLC v. Google LLC*, C.A. No. 4:21-00801-HSG | Defendants' answer or other response due 8/16/2021; Plaintiff's response due 10/8/2021; Defendants' reply to response due 11/19/2021. |
| *SkinnySchool LLC and Mint Rose Day Spa LLC v. Google LLC*, C.A. No. 3:21-cv-06011 | Defendants' answer or other response due 10/5/2021. |

| District of District of Columbia | |
|---|---|
| **Case** | **Pending Deadlines** |
| *Cliffy Care Landscaping LLC v. Facebook Inc. et al.*, C.A. No. 1:21-cv-00360 | Defendants' answer or other response due 8/31/2021. |

| Newspapers | |
|---|---|
| **Case** | **Pending Deadlines** |
| *Coastal Point, LLC v. Google LLC et al.*, C.A. No. 1:21-cv-00554-LPS (D. Del.) | Defendants' answer or other response due 8/31/2021. |
| *AIM Media Indiana Operating, LLC v. Google, LLC et al.*, C.A. No. 1:21-cv-00951-JPH-DLP (S.D. Ind.) | Defendants' answer or other response due 8/31/2021. |
| *Flag Publ'n, Inc. v. Google, LLC et al.*, C.A. No. 1:21-cv-00965-SAG (D. Md.) | Defendants' answer or other response due 8/31/2021. |
| *Journal, Inc. v. Google, LLC et al.*, C.A. No. 1:21-cv-00072-GHD-RP (N.D. Miss.) | Defendants' answer or other response due 8/31/2021. |
| *Emmerich Newspapers Inc. et al. v. Google LLC et al.*, C.A. No. 3:21-cv-00274-HTW-LGI (S.D. Miss.) | Defendants' answer or other response due 8/31/2021. |
| *Gale Force Media, LLC v. Google LLC et al.*, C.A. No. 2:21-cv-09716-WJM-ESK (D.N.J.) | Defendants' answer or other response due 8/31/2021. |
| *AIM Media Midwest Operating, LLC v. Google, LLC et al.*, C.A. No. 2:21-cv-01915-MHW-KAJ (S.D. Ohio) | Defendants' answer or other response due 8/31/2021. |
| *Eagle Printing Co. v. Google, LLC et al.*, C.A. No. 2:21-cv-00518-MPK (W.D. Pa.) | Defendants' answer or other response due 8/31/2021. |
| *AIM Media Texas Operating, LLC v. Google, LLC et al.*, C.A. No. 7:21-cv-00150 (S.D. Tex.) | Defendants' answer or other response due 8/31/2021; stipulation filed but not ordered. |
| *Clarksburg Publ'g Co. v. Google LLC, et al.*, C.A. No. 1:21-cv-00051-TSK (N.D. W. Va.) | Defendants' answer or other response due 8/31/2021; stipulation filed but not ordered. |
| *HD Media Co., LLC v. Google, LLC et al.*, C.A. No. 3:21-cv-00077 (S.D. W. Va.) | Defendants' answer or other response due 8/31/2021. |

| *ECENT Corp. v. Google, LLC et al.*, C.A. No. 5:21-cv-00251 (S.D. W. Va.) | Defendants' answer or other response due 8/31/2021; stipulation filed but not ordered. |
| --- | --- |
| *Brown Cnty. Publ'g Co. Inc. et al. v. Google LLC et al.*, C.A. No. 1:21-cv-00498-WCG (E.D. Wis.) | Defendants' answer or other response due 8/31/2021. |

| Southern District of New York - Newspaper | |
| --- | --- |
| **Case** | **Pending Deadlines** |
| *Associated Newspapers Ltd., et al. v. Google LLC, et al.*, C.A. No. 1:21-03446-P | Defendants' answer or other response due 8/17/2021. |

| Eastern District of Texas - State Attorneys General | |
| --- | --- |
| **Case** | **Past Motions and Rulings** |
| *State of Texas, et al., v. Google LLC*, C.A. No. 4:20-cv-00957-SDJ | Defendants' response to Motion for Leave to File Second Amended Complaint due 8/18/2021.<br><br>Scheduling Order entered 5/21/2021:<br><br>- 6/17/2021 – Deadline to add parties.<br><br>- 11/12/2021 – Deadline for Plaintiffs to file amended pleadings.<br><br>- 12/10/2021 – Deadline for Defendant's final amended pleadings.<br><br>- 7/8/2022 – Close of fact discovery.<br><br>- 7/22/2022 – Disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b) on issues for which the party bears the burden of proof.<br><br>- 9/9/2022 - Disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b) on issues for which the party does not bear the burden of proof. |

|  | - 10/7/2022 – Disclosure of rebuttal expert testimony.<br><br>- 11/18/2022 – Close of expert discovery.<br><br>- 12/16/2022 – Date by which the parties shall notify the Court of the name, address, and telephone number of the agreed-upon mediator, or request that the Court select a mediator, if they are unable to agree on one.<br><br>- 12/23/2022 – Deadline to object to all expert testimony (*i.e.*, deadline for *Daubert* motions;, motions to dismiss, motions for summary judgment, or other dispositive motions.<br><br>- 1/13/2023 – Deadline for responses to *Daubert* motions and responses to motions to dismiss, motions for summary judgment, or other dispositive motions.<br><br>- 1/27/2023 – Deadlines for replies to *Daubert* motions and responses to motions to dismiss, motions for summary judgment, or other dispositive motions.<br><br>- 2/10/2023 – Deadline for mediation.<br><br>- 4/21/2023 – Notice of intent to offer certified records; counsel and unrepresented parties responsible for contacting opposing counsel and unrepresented parties to determine preparation of Joint Final Pretrial Order.<br><br>- 4/28/2023 – Video Deposition Designation due; disclosure must be served and other parties have seven calendar days to serve a response with any objections and request cross-examination line and page numbers to be included.<br><br>- 5/05/2023 – Motions in limine due; Joint Final Pretrial Order due.<br><br>- 5/19/2023 – Response to motions in limine due; objections to witnesses, deposition extracts, and exhibits listed in pretrial order |
| --- | --- |

| | |
|---|---|
| | due; Jury Instructions/Form of Verdict due; Propose Voir Dire questions due.<br><br>- 6/1- 6/2/2023 – Final Pretrial Conference set for 9 AM CT.<br><br>- 6/5/2023 – Jury selection and trial set for 10 AM CT.<br><br>(8-10 weeks long trial) |