AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| In re: Google Digital Advertising Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:21-md-03010-PKC |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff SPX Total Body Fitness LLC d/b/a The Studio Empower   .

Date:    8/16/2021

/s/ Heidi M. Silton
*Attorney's signature*

Heidi M. Silton (MN License No. 025759X)
*Printed name and bar number*
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

*Address*

hmsilton@locklaw.com
*E-mail address*

612-339-6900
*Telephone number*

612-339-0981
*FAX number*