UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF THE COURT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that Fred T. Isquith Jr. is admitted to practice in this Court, and I appear in this case as counsel for: SPX Total Body Fitness LLC d/b/a The Studio Empower, SkinnySchool LLC d/b/a Maria Marques Fitness, and Mint Rose Day Spa LLC.

*/s/ Fred T. Isquith Jr.*
Fred T. Isquith Jr – NY1064
**Zwerling, Schachter & Zwerling, LLP**
41 Madison Avenue
New York, NY 10010
tel. (212) 223-3900 x 224
fax (212) 371-5969