**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE GOOGLE ADVERTISING
ANTITRUST LITIGATION

P. KEVIN CASTEL, District Judge

Case No. 21-md-3010 (PKC)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, ZINA G BASH hereby moves this Court for an Order for

admission to practice Pro Hac Vice, to appear as counsel for Plaintiff State of Texas,

individually and on behalf of all others similarly situated, in the above-captioned action.

I am a member in good standing of the bar of the State of Texas and there are no

pending disciplinary proceedings against me in any state or federal court. I have never been

convicted of a felony. I have never been censured, suspended, disbarred or denied admission or

readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  August 18, 2021

/s/ Zina G. Bash

Zina G. Bash (*pro hac vice* to be sought)
zina.bash@kellerlenkner.com
**KELLER LENKNER LLC**
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 620-8375

*Counsel for Plaintiff State of Texas*