UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION<br><br>P. KEVIN CASTEL, District Judge | Case No. 21-md-3010 (PKC)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, ZINA G BASH hereby declares the following:

1. I am a partner at the law firm KELLER LENKNER LLC, and I make this declaration in support of my motion for pro hac vice admission in this action on Plaintiffs' behalf. I have personal knowledge of the facts expressed in this declaration and, if asked, could and would testify competently to the truth of those facts.

2. I am a resident of the State of Texas. My office address is 111 Congress Avenue, Suite 500, Austin TX 78701.

3. I am a member in good standing of the bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Annexed hereto is a copy of my Certificate of Standing from the Supreme Court of the State of Texas.

4. By this application, I request permission from this Court to be admitted pro hac vice and appear as co-counsel on behalf of Plaintiff State of Texas in the above-captioned action.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

Executed in Austin, Texas on the 17th day of August 2021.

Dated: August 17, 2021                    /s/ Zina G. Bash

Zina G. Bash (*pro hac vice* to be sought)
zina.bash@kellerlenkner.com
**KELLER LENKNER LLC**
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 620-8375

*Counsel for Plaintiff State of Texas*

Subscribed and sworn to before me on this 17th day of August, 2021.

_____
Notary Public

My Commission expires  10/13/24

OFFICIAL SEAL
MARISSA SPALDING
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/13/24

2

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Zina Gelman Bash**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 1st day of May, 2009.

I further certify that the records of this office show that, as of this date

**Zina Gelman Bash**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 17th day of August, 2021.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 9075C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.