UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION<br><br>P. KEVIN CASTEL, District Judge | Case No. 21-md-3010 (PKC)<br><br>**[PROPOSED] ORDER RE MOTION FOR ADMISSION PRO HAC VICE** |

The motion of ZINA G. BASH for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that She is a member in good standing of the bar of the State of Texas; and that her contact information is as follows:

> Zina G. Bash
> zina.bash@kellerlenkner.com
> KELLER LENKNER LLC
> 111 Congress Avenue, Suite 500
> Austin, TX 78701
> Telephone: (512) 620-8375

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff State of Texas, individually and on behalf of all others similarly situated, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____        _____

United States District / Magistrate Judge