AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| In re: Google Digital Advertising Antitrust Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:21-md-03010-PKC |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Vitor Lindo.

Date:  08/18/2021

/s/ Theodore W. Maya
*Attorney's signature*

Theodore W. Maya (CA 223242)
*Printed name and bar number*

AHDOOT & WOLFSON, PC
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505

*Address*

tmaya@ahdootwolfson.com
*E-mail address*

(310) 474-9111
*Telephone number*

(310) 474-8585
*FAX number*