AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In re: Google Digital Advertising Antitrust Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-md-03010-PKC |
| ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Vitor Lindo                                                                                                                           .

Date:    08/18/2021

/s/ Bradley K. King
*Attorney's signature*

Bradley K. King (NY 5585336)
*Printed name and bar number*

AHDOOT & WOLFSON, PC
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505

*Address*

bking@ahdootwolfson.com
*E-mail address*

(310) 474-9111
*Telephone number*

(310) 474-8585
*FAX number*