

**HOUSTON**
The Lanier Law Firm, PC
10940 W. Sam Houston Pkwy N.
Suite 100
Houston, TX 77064
713.659.5200
Fax 713.659.2204

**NEW YORK**
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
6th Floor
New York, NY 10022
212.421.2800
Fax 212.421.2878

**LOS ANGELES**
The Lanier Law Firm, PC
21550 Oxnard Street
3rd Floor
Woodland Hills, CA 91367
310.277.5100
310.277.5103

lanierlawfirm.com

August 18, 2021

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *State of Texas, et al., v. Google LLC*, No. 4:20-cv-00957-SDJ (E.D. Tex.); Plaintiff States' Submission of Motion for Leave to File Second Amended Complaint and Submission of Unredacted Complaints Pursuant to Pre-Trial Order No. 1, *In re Google Digital Advertising*, 1:21-md-03010-PKC

Dear Judge Castel:

    As lead counsel in the States' case *State of Texas, et al., v. Google LLC*, No. 4:20-cv-00957-SDJ (E.D. Tex.), we submit this letter and Exhibit A pursuant to paragraph five of the Court's Pre-Trial Order No. 1 (Dkt. No. 4), which relates to submission of Plaintiff States' Motion for Leave to File Second Amended Complaint and unredacted versions of the proposed Second Amended Complaint, the Original Complaint, and the First Amended Complaint. Exhibit A contains the Motion for Leave along with a proposed Order Granting Motion for Leave, as these documents were filed on August 4, 2021, in the U.S. District Court – Eastern District of Texas. Per the Court's clerk, we are also submitting to the Court paper copies of this letter and Exhibit A, and electronic and paper copies of the requested unredacted complaints, which were filed under seal. Pursuant to your Individual Practices, we note that no conferences before the Court have been scheduled. The Court did, however—in its Pre-Trial Order No. 1—invite the parties to comment on that Order in the next twenty-one days.

    The Court's Pre-Trial Order No. 1 instructs the Plaintiff States to "submit their proposed motion for leave to file a second amended complaint, together with unredacted copies of their proposed second amended complaint and the original and first amended complaint." We understand this directive to require the submission of our previously filed documents, but Plaintiff States will, in short order, file new versions of the Motion for Leave and proposed Order Granting Motion

August 18, 2021
Page 2
_____

for Leave under this Court's style and case heading should the Court so instruct.

Please note that the unredacted versions of the Plaintiff States' proposed and past complaints are to be sealed and relate only to the *State of Texas, et al., v. Google LLC*, No. 4:20-cv-00957-SDJ (E.D. Tex.). These unredacted complaints are subject to a protective order in the Eastern District of Texas; the other plaintiffs in the MDL are neither subject to that protective order nor privy to the unredacted complaints.

In short, as described above, we are submitting electronic and paper copies of the Motion for Leave to File Second Amended Complaint, the proposed Order Granting Motion for Leave, and the unredacted versions of the proposed Second Amended Complaint, the Original Complaint, and the First Amended Complaint.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ *W. Mark Lanier*
W. Mark Lanier
New York Bar No.: 4327284
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
New York Bar No.: 4593604
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
Tower 56
126 East 56th Street, 6th Floor
New York, NY 10022
(212) 421-2800
THE LANIER LAW FIRM, PLLC

/s/ *Ashley Keller*
Ashley Keller
ack@kellerlenkner.com
Brooke Smith
brooke.smith@kellerlenkner.com
Jason A. Zweig
New York Bar No.: 2960326
jaz@kellerlenkner.com
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220
Zina Bash (*pro hac vice* pending)
zina.bash@kellerlenker.com
111 Congress Avenue, Suite 500
Austin, TX 78701
(512) 690-0990
KELLER LENKNER LLC


cc:   All counsel of record (via email or ECF)

   Justina K. Sessions, Wilson Sonsini Goodrich & Rosati
   Eric Mahr, Freshfields Bruckhaus Deringer LLPS
   Jonathan M. Jacobson, Wilson Sonsini Goodrich & Rosati
   *Counsel for Defendant Google LLC*