UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Jacqueline Hsiang Liu hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC, in the above-captioned action.

I am a member in good standing with the State Bar of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 23, 2021

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Jacqueline Hsiang Liu

Jacqueline Hsiang Liu (*pro hac vice* to be sought)
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: 415-947-2060
Facsimile: 866-974-7329
jhliu@wsgr.com

*Counsel for Defendants*
*Google LLC, Alphabet Inc., and YouTube, LLC*

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA, COUNTY OF Los Angeles
Subscribed and sworn to (or affirmed) before me on this 23 day of August, 20 21, by Jacqueline Hsiang Liu, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Signature of Notary)

J. R. ATLAS
Notary Public - California
Los Angeles County
Commission # 2277039
My Comm. Expires Mar 5, 2023