UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Jacqueline Hsiang Liu hereby declares the following:

1. I am an attorney with the law firm Wilson Sonsini Goodrich & Rosati, P.C., and I make this affidavit in support of my motion for *pro hac vice* admission in this action on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC in the above-captioned action. I have personal knowledge of the facts expressed in this declaration, and if asked, could and would testify competently to the truth of those facts.

2. I am a resident of the State of California. My office address is 633 West Fifth Street, Suite 1550, Los Angeles, California 90071.

3. I am a member in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred,

or denied admission or readmission by any court. Annexed hereto is a copy of my Certificate of Standing from the Supreme Court of the State of California.

4. By this application, I request permission from this Court to be admitted *pro hac vice* and appear as counsel on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC in the above-captioned action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in La Cañada Flintridge, California on the 23rd day of August, 2021.

Dated: August 23, 2021

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: *[signature]*

Jacqueline Hsiang Liu (*pro hac vice* to be sought)
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: 415-947-2060
Facsimile: 866-974-7329
jhliu@wsgr.com

*Counsel for Defendants*
*Google LLC, Alphabet Inc., and YouTube, LLC*

Subscribed and sworn to before me on this 23rd day of August, 2021.

_____
Notary Public

My Commission expires  03-05-2023

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA, COUNTY OF _____
Subscribed and sworn to (or affirmed) before me on this 23 day of August, 20 21, by Jacqueline Hsiang Liu proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
(Signature of Notary)

J. R. ATLAS
Notary Public - California
Los Angeles County
Commission # 2277039
My Comm. Expires Mar 5, 2023

3



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *JACQUELINE HSIANG LIU*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Jacqueline Hsiang Liu, **#322362**, was on the **4th** day of **December 2018**, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 17th day of August 2021.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
Karissa Castro, Deputy Clerk