UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION : : : : : : : | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge<br><br>**[PROPOSED] ORDER RE MOTION ADMISSION PRO HAC VICE** |

The motion of Jacqueline Hsiang Liu for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that She is a member in good standing of the bar of the State of California; and that her contact information is as follows:

Jacqueline Hsiang Liu
jhliu@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: 415-947-2060

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED:_____          _____
                                                                    United States District / Magistrate Judge