**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 21-md-3010 (PKC) <br><br> **[PROPOSED] ORDER RE MOTION FOR ADMISSION PRO HAC VICE** |

P. KEVIN CASTEL, District Judge

The motion of MICHAEL J. FULLER, JR. for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Mississippi; and that her contact information is as follows:

> Michael J. Fuller, Jr. (*pro hac vice* to be sought)
> **FARRELL & FULLER, LLC**
> 1311 Ponce De Leon, Suite 202
> San Juan, PR 00907
> Telephone: (939) 293-8244
> Fax: (939) 293-8245
> mike@farrellfuller.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Journal, Inc., individually and on behalf of all others similarly situated, in the above entitled action:

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____    _____
                                                                                    United States District/Magistrate Judge