IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC <br><br> P. KEVIN CASTEL, District Judge |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christina ("Dena") C. Sharp, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Hanson Law Firm, PC, Surefreight Global LLC, and Vitor Lindo in the above-captioned action.

I am a member in good standing of the State Bar of California; a certificate of good standing is attached as Exhibit A. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended disbarred or denied admission or readmission by any court. In support of this Motion, I am attaching the Declaration required by Local Rules 1.3 and 1.9(a) as Exhibit B.

Dated: August 27, 2021                                  Respectfully submitted,

                                                        /s/ Dena C. Sharp

                                                        Christina ("Dena") C. Sharp
                                                        **GIRARD SHARP LLP**
                                                        601 California Street, Suite 1400
                                                        San Francisco, California 94108
                                                        Telephone: 415.981.4800
                                                        Facsimile:  415.981.4846
                                                        Email: dsharp@girardsharp.com

                                                        *Attorney for Plaintiffs*