EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC <br><br> P. KEVIN CASTEL, District Judge |

### DECLARATION OF CHRISTINA ("DENA") C. SHARP IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rules 1.3 and 1.9(a), I, Christina ("Dena") C. Sharp, hereby declare as follows:

1. I am a partner at the firm of Girard Sharp LLP, and my office is located at 601 California Street, Suite 1400, San Francisco, California 94108. My telephone number is (415) 981-4800, and my fax number is (415) 981-4846.

2. I am a member in good standing of the State Bar of California, to which I was admitted on December 5, 2006. My California State Bar Number is 245869.

3. I attach a Certificate of Good Standing from the California Supreme Court, which was issued within thirty days of this filing, as Exhibit A to the Motion for Admission Pro Hac Vice.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any State or Federal Court.

I declare under penalty of perjury and under 28 U.S. Code § 1746 and the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of August, 2021 at San Francisco, California.

                                                      Christina ("Dena") C. Sharp

2