IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Christina ("Dena") C. Sharp for admission to practice Pro Hac Vice in the above-captioned action is granted.

Christina ("Dena") C. Sharp has declared that she is a member in good standing of the State Bar of California, and that her contact information is as follows:

> Dena C. Sharp
> GIRARD SHARP LLP
> 601 California Street, Suite 1400
> San Francisco, California 94108
> Telephone: 415.981.4800
> Facsimile:  415.981.4846
> Email: dsharp@girardsharp.com

Christina ("Dena") C. Sharp, having requested admission Pro Hac Vice to appear for all purposes as counsel for Hanson Law Firm, PC, Surefreight Global LLC, and Vitor Lindo in the above-captioned action;

**IT IS HEREBY ORDERED** that Christina ("Dena") C. Sharp is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                        Honorable P. Kevin Castel
                                        United States District Judge