# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Jordan Elias for admission to practice Pro Hac Vice in the above-captioned action is granted.

Jordan Elias has declared that he is a member in good standing of the State Bar of California, and that his contact information is as follows:

> Jordan Elias
> GIRARD SHARP LLP
> 601 California Street, Suite 1400
> San Francisco, California 94108
> Telephone: 415.981.4800
> Facsimile:  415.981.4846
> Email: jelias@girardsharp.com

Jordan Elias, having requested admission Pro Hac Vice to appear for all purposes as counsel for Hanson Law Firm, PC, Surefreight Global LLC, and Vitor Lindo in the above-captioned action;

**IT IS HEREBY ORDERED** that Jordan Elias is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  8/30/2021

_____
Honorable P. Kevin Castel
United States District Judge

1