UNITED STATE DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC)<br><br>AFFIDAVIT OF JONATHAN L. RUBIN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |

## AFFIDAVIT OF JONATHAN RUBIN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Jonathan Rubin, declare and state as follows:

1.  I am a Partner at the law firm of MoginRubin LLP, counsel for Cliffy Care Landscaping LLC, Kinin, Inc., Rodrock Chiropractic PA, Raintree Medical and Chiropractic Center LLC. I submit this declaration in support of my motion for an order for admission pro hac vice to the Bar of this Court pursuant to Rule 1.3(c) of the Local Rules of this Court.

2.  I am a member in good standing of the District of Columbia Bar, the Florida, Bar, and the State Bar of Maryland.

3.  I have not been subject to any disciplinary actions, past or pending, in any state or federal court.

4.  I have never been convicted of a felony nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court.

5.  I am experienced in federal practice and am familiar with the Federal Rules of Civil Procedure.

6.  Attached hereto as Exhibit A are my Certificates of Good Standing issued by the District of Columbia Bar, the Florida Bar, and the State Bar of Maryland certifying that I am a member in good standing thereof. I declare under penalty of perjury that the foregoing is true and

correct and that this Declaration was executed this thirtieth day of August, 2021 in Washington, D.C.

Date: August 30, 2021

                                                                                       Jonathan L. Rubin
                                                                                       **MOGINRUBIN LLP**