UNITED STATE DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC)<br><br>ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The motion of Jonathan Rubin, for admission to practice Pro Hac Vice in the above captioned action is hereby **GRANTED**.

Applicant has declared that he is a member of good standing of the bars of the states of District of Columbia, Maryland, and Florida, and that his contact information is as follows:

> Jonathan Rubin
> **MOGINRUBIN LLP**
> 1615 M Street, NW, Third Floor
> Washington, D.C. 20036
> (202) 630-0616
> jrubin@moginrubin.com

Applicant, having requested admission Pro Hac Vice to appear as counsel for Cliffy Care Landscaping LLC, Kinin, Inc., Rodrock Chiropractic PA, Raintree Medical and Chiropractic Center LLC in the above-captioned action,

**IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                              _____
                                                              P. KEVIN CASTEL
                                                              UNITED STATED DISTRICT JUDGE