AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

| | | |
|---|---|---|
| In re Google Digital Advertising Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21-MD-3010-PKC |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hanson Law Firm, PC, Surefreight Global LLC, Vitor Lindo                                                                                              .

Date:      08/30/2021

/s/ Archana Tamoshunas
*Attorney's signature*

Archana Tamoshunas, NY-3065661
*Printed name and bar number*
Taus, Cebulash & Landau, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038

*Address*

atamoshunas@tcllaw.com
*E-mail address*

(646) 873-7651
*Telephone number*

(212) 931-0703
*FAX number*