**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 21-md-3010 (PKC)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

P. KEVIN CASTEL, District Judge

Pursuant to Rule 1.3 of the Local Rules of the United States Courts of the Southern and Eastern Districts of New York, MICHAEL J. FULLER, JR. hereby declares the following:

1. I am a partner at the law firm FARRELL FULLER LLC, and I make this declaration in support of my motion for pro hac vice admission in this action on Plaintiffs' behalf. I have personal knowledge of the facts expressed in this declaration and, if asked, could and would testify competently to the truth of those fats.

2. I am a resident of Puerto Rico. My office address is 1311 Ponce De Leon, Suite, 202, San Juan, Puerto Rico  00907.

3. I am a member in good standing of the bar of the State of West Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Annexed hereto is a copy of my Certificate of Good Standing from the State Bar of the State of West Virginia.

4. By this application, I request permission from this Court to be admitted pro hac vice and appear as co-counsel on behalf of Plaintiff Journal, Inc. in the above-captioned action.

I declare under penalty of perjury under the laws of the State of West Virginia that the foregoing is true and correct.

Executed in Hattiesburg, Mississippi on the 30th day of August, 2021.

Dated: August 30, 2021         /s/ Michael J. Fuller, Jr.
                               Michael J. Fuller, Jr. (*pro hac vice* to be sought)
                               **FARRELL & FULLER, LLC**
                               1311 Ponce De Leon, Suite 202
                               San Juan, PR 00907
                               Telephone: (939) 293-8244
                               Fax: (939) 293-8245
                               mike@farrellfuller.com

                               *Counsel for Plaintiff Journal, Inc.*


Subscribed and sworn to before me on this 30th day of August, 2021.

                               _____
                               Notary Public

                               My Commission Expires  8/7/2023