# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**Michael Jay Fuller Jr. - WVSB ID# 10150**

This is to certify that, according to the records of the West Virginia State Bar, Michael Jay Fuller Jr., of SAN JUAN, PR, was admitted to practice law by the Supreme Court of Appeals of WV on May 10, 2006.

According to the records of the West Virginia State Bar, as of August 30, 2021, Michael Jay Fuller Jr. is currently an Active Member in good standing with the West Virginia State Bar.

*Anita R. Casey*

Anita R. Casey, Esquire
Executive Director
The West Virginia State Bar