AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| In re: Google Digital Advertising Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-md-03010-PKC |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Progressive, Inc., The Nation Company, L.P. and Genius Media Group, Inc.

Date: 08/31/2021

/s/ Michael E. Klenov
*Attorney's signature*

Michael E. Klenov (NY 4892386)
*Printed name and bar number*

Korein Tillery, L.L.C.
505 North 7th Street, Suite 3600
St. Louis, MO 63101

*Address*

mklenov@koreintillery.com
*E-mail address*

(314) 241-4844
*Telephone number*

(314) 241-3525
*FAX number*