UNITED STATE DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC)<br><br>MOTION FOR ADMISSION PRO HAC VICE |

# MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, the undersigned, Jonathan L. Rubin, hereby moves for an Order for admission to practice Pro Hac Vice to appear as counsel for Cliffy Care Landscaping LLC, Kinin, Inc., Rodrock Chiropractic PA, and Raintree Medical and Chiropractic Center LLC in the above-captioned action.

I am a member in good standing of the District of Columbia Bar, the Florida Bar, and State Bar of Maryland. There are no pending disciplinary proceedings against me in any state or federal court. Attached as Exhibit A are my certificates of good standing which have been issued within 30 days of this motion.

Date: August 31, 2021

/s/ Jonathan Rubin
Jonathan L. Rubin (D.C. Bar No. 353391)
**MOGINRUBIN LLP**
1615 M Street, NW, Third Floor
Washington, D.C. 20036
(202) 630-0616
jrubin@moginrubin.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

*/s/Jonathan Rubin*
Jonathan Rubin

# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Jonathan L Rubin*

was duly qualified and admitted on July 15, 1981 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 30, 2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )    In Re:  0323500
Jonathan Laurence Rubin
MoginRubin LLP
1615 M St NW Fl 3
Washington, DC 20036-3209

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **July 17, 1981**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 13th day of **August**, **2021**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-147207

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-fourth day of December, 2002,

### Jonathan Laurence Rubin

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twentieth day of August, 2021.

_____
Clerk of the Court of Appeals of Maryland