UNITED STATE DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

IN RE: GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

21-md-3010 (PKC)

AFFIDAVIT OF JONATHAN L.
RUBIN IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE

### AFFIDAVIT OF JONATHAN RUBIN IN SUPPORT OF
### MOTION FOR ADMISSION PRO HAC VICE

I, Jonathan Rubin, declare and state as follows:

1.      I am a Partner at the law firm of MoginRubin LLP, counsel for Cliffy Care Landscaping LLC, Kinin, Inc., Rodrock Chiropractic PA, Raintree Medical and Chiropractic Center LLC. I submit this declaration in support of my motion for an order for admission pro hac vice to the Bar of this Court pursuant to Rule 1.3(c) of the Local Rules of this Court.

2.      I am a member in good standing of the District of Columbia Bar, the Florida, Bar, and the State Bar of Maryland.

3.      I have not been subject to any disciplinary actions, past or pending, in any state or federal court.

4.      I have never been convicted of a felony nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court.

5.      I am experienced in federal practice and am familiar with the Federal Rules of Civil Procedure.

6.      Attached hereto as Exhibit A are my Certificates of Good Standing issued by the District of Columbia Bar, the Florida Bar, and the State Bar of Maryland certifying that I am a member in good standing thereof. I declare under penalty of perjury that the foregoing is true and

correct and that this Declaration was executed this thirty-first day of August 2021, in Palm Beach, Florida.

Date: August 31, 2021

Jonathan L. Rubin
**MOGINRUBIN LLP**

STATE OF FLORIDA
COUNTY OF _Palm Beach_

The foregoing instrument was acknowledged before me this _31st_ day of _August_ _2021_ by _Jonathan Rubin_

☒ Produced Identification

Type of Identification Produced _MD DC_

_____
NOTARY SIGNATURE

NYLAH MOHAMMED
MY COMMISSION # GG 507558
EXPIRES: March 4, 2023
Bonded Thru Notary Public Underwriters