**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 21-md-3010 (PKC) <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |
| P. KEVIN CASTEL, District Judge | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts of the Southern and Eastern Districts of New York, MICHAEL J. FULLER, JR. hereby moves this Court for an Order for admission to practice Pro Hac Vice, to appear as Counsel for Plaintiff Journal, Inc., individually and on behalf of all others similarly situated, in the above-captioned action.

I am a member in good standing of the Supreme Court of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 31, 2021

/s/ Michael J. Fuller, Jr.
Michael J. Fuller, Jr. (*pro hac vice* to be sought)
**FARRELL & FULLER, LLC**
1311 Ponce De Leon, Suite 202
San Juan, PR 00907
Telephone: (939) 293-8244
Fax: (939) 293-8245
mike@farrellfuller.com

*Counsel for Plaintiff Journal, Inc.*