

# Supreme Court
# State of Georgia
STATE JUDICIAL BUILDING
Atlanta 30334

August 31, 2021

I hereby certify that Michael J. Fuller Jr., Esq., was admitted on the 12th day of August, 2013, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



_____, Clerk