AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In re: Google Digital Advertising Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-md-03010-PKC |
| ) | |
| *Defendant* ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Progressive, Inc., The Nation Company, L.P. and Genius Media Group, Inc.

Date: 08/31/2021

/s/ Marc A. Wallenstein
*Attorney's signature*

Marc A. Wallenstein (NY 4527966)
*Printed name and bar number*

Korein Tillery, L.L.C.
205 North Michigan Avenue, Suite 1950
Chicago, Illinois 60601

*Address*

mwallenstein@koreintillery.com
*E-mail address*

(312) 641-9750
*Telephone number*

(314) 241-3525
*FAX number*