# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION

Case No. 1:21-md-03010-PKC

P. KEVIN CASTEL, District Judge

------------------------------------------------------------x

## AFFIDAVIT OF ROBERT E. LITAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 1.3 and 1.9(a), I, Robert E. Litan, hereby declare as follows:

1. I am a partner at the firm of Korein Tillery, LLC, and my office is located at 505 North 7th Street, Suite 3600, Saint Louis, Missouri 63101. My telephone number is (314) 241-4844, and my fax number is (314) 241-3525.

2. I am a member in good standing of the Bar for the District of Columbia, to which I was admitted on June 16, 1980. My District of Columbia Bar Number is 323600.

3. I attach a Certificate of Good Standing from the District of Columbia Court of Appeals, which was issued within thirty days of this filing, as Exhibit A to the Motion for Admission Pro Hac Vice.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings against me in any State or Federal court.

I declare under penalty of perjury and under 28 U.S. Code § 1746 and the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of

1

August, 2021, in St. Louis, Missouri.

_____
Robert E. Litan

Subscribed and affirmed before me on this 30th day of August, 2021.

_____
NOTARY PUBLIC

JANET F. WITTERIED
My Commission Expires
February 16, 2022
St. Louis County
Commission #14840655

2