UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION

Case No. 1:21-md-03010-PKC

P. KEVIN CASTEL, District Judge

------------------------------------------------------------x

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Robert E. Litan for admission to practice Pro Hac Vice in the above-captioned action is granted.

Robert E. Litan has declared that he is a member in good standing with the Bar of the District of Columbia, and that his contact information is as follows:

> Robert E. Litan (*pro hac vice* to be sought)
> Korein Tillery, LLC
> 505 North 7th Street, Suite 3600
> St. Louis, MO 63101
> Telephone: (314) 241-4844
> Facsimile: (314) 241-3525
> Email: rlitan@koreintillery.com

Robert E. Litan having requested admission Pro Hac Vice to appear for all purposes as counsel for The Progressive, Inc., The Nation Company, L.P. and Genius Media Group, Inc. in the above-captioned action;

IT IS HEREBY ORDERED that Robert E. Litan is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of Attorneys.

Dated: _____        _____
                                                                    Honorable P. Kevin Castel
                                                                    United States District Judge

1