UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC)<br><br>MOTION FOR ADMISSION PRO HAC VICE |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, the undersigned, Daniel J. Mogin, hereby moves for an Order for admission to practice Pro Hac Vice to appear as counsel for Cliffy Care Landscaping LLC, Kinin, Inc., Rodrock Chiropractic PA, and Raintree Medical and Chiropractic Center LLC in the above-captioned action.

I am a member in good standing of the State Bar of California. There are no pending disciplinary proceedings against me in any state or in federal court. Attached as Exhibit A is my certificate of good standing issued by the State Bar of California within 30 days of this motion.

Date: August 31, 2021

      /s/ *Daniel J. Mogin*
Daniel J. Mogin (Cal. Bar No. 95624)
**MOGINRUBIN LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
(619) 687-6611
dmogin@moginrubin.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

_/s/Daniel J. Mogin_
Daniel J. Mogin

**EXHIBIT A**

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

August 23, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANIEL JAY MOGIN, #95624 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1980 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records