# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Daniel C. Hedlund hereby declares the following:

1. I am an attorney with the law firm Gustafson Gluek PLLC, and I make this affidavit in support of my motion for *pro hac vice* admission in this action on behalf of Plaintiff Mikula Web Solutions, Inc. in the above-captioned action. I have personal knowledge of the facts expressed in this declaration, and if asked, could and would testify competently to the truth of those facts.

2. I am a resident of the State of Minnesota. My office is 120 South Sixth Street, Suite 2600, Minneapolis, Minnesota 55402.

3. I am a member in good standing of the bar of the State of Minnesota and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission, or readmission by any

court. Annexed hereto is a copy of my Certificate of Good Standing from the Supreme Court of the State of Minnesota.

4. By this application, I request permission from this Court to be admitted *pro hac vice* and appear as counsel on behalf of Plaintiff Mikula Web Solutions, Inc. in the above-captioned action.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed in Minneapolis, Minnesota on 1st day of September, 2021.

Dated: September 1, 2021

Respectfully submitted,

Gustafson Gluek PLLC

By: /s/Daniel C. Hedlund

Daniel C. Hedlund (*pro hac vice* sought)
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
Email: dhedlund@gustafsongluek.com

*Counsel for Plaintiff Mikula Web Solutions, Inc.*

Subscribed and sworn to before me this 1st day of September, 2021

_____
Notary Public



DANETTE KOESTER MUNDAHL
Notary Public
State of Minnesota
My Commission Expires
January 31, 2023