# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge<br><br>**[PROPOSED] ORDER RE MOTION ADMISSION *PRO HAC VICE*** |

The motion of Daniel C. Hedlund for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Minnesota; and that his contact information is as follows:

Daniel C. Hedlund
Dhedlund@gustafsongluek.com
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 333-8844

Applicant having requested admission Pro Hac Vice to appear for all purpose as counsel for Plaintiff Mikula Web Solutions, Inc., in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/Magistrate Judge