UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Daniel J. Nordin hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff, Mikula Web Solutions, Inc., in the above-captioned action.

I am a member in good standing with the State Bar of Minnesota, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September1, 2021

Respectfully submitted,

By: /s/Daniel J. Nordin
Daniel J. Nordin (*pro hac vice* sought)
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
Email: dnordin@gustafsongluek.com

*Counsel for Plaintiff Mikula Web Solutions, Inc.*