UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

------------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, George A. Zelcs, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for The Progressive, Inc., The Nation Company, L.P. and Genius Media Group, Inc. in the above-captioned action.

I am a member in good standing of the Bar for the District of Columbia; a certificate of good standing is attached as Exhibit A. I am also a member in good standing of the State Bar of Illinois; a certificate of good standing is attached as Exhibit B. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. In support of this motion, I am attaching the notarized Affidavit required by Local Rules 1.3 and 1.9(a) as Exhibit C.

Dated: September 1, 2021

Respectfully Submitted,

/s/ George A. Zelcs

George A. Zelcs
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, Illinois 60601
Telephone: (312) 641-9750
Facsimile: (314) 241-3525
Email: gzelcs@koreintillery.com