# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION

Case No. 1:21-md-03010-PKC

P. KEVIN CASTEL, District Judge

-------------------------------------------------------------x

## AFFIDAVIT OF GEORGE A ZELCS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 1.3 and 1.9(a), I, George A. Zelcs, hereby declare as follows:

1. I am a partner at the firm of Korein Tillery, LLC, and my office is located at 205 North Michigan Avenue, Suite 1950, Chicago, Illinois 60601. My telephone number is (312) 641-9750, and my fax number is (314) 241-3525.

2. I am a member in good standing of the Bar for the District of Columbia to which I was admitted on August 9, 2010, and of the State Bar of Illinois, to which I was admitted on April 26, 1979. My District of Columbia Bar Number is 996205, and my Illinois State Bar Number is 3123738.

3. I attach a Certificate of Good Standing from the District of Columbia Court of Appeals, which was issued within thirty days of this filing, as Exhibit A to the Motion for Admission Pro Hac Vice.

4. I attach a Certificate of Good Standing from the Illinois Supreme Court, which was issued within thirty days of this filing, as Exhibit B to the Motion for Admission Pro Hac Vice.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.      There are no disciplinary proceedings against me in any State or Federal court.

I declare under penalty of perjury and under 28 U.S. Code § 1746 and the laws of the United States of America that the foregoing is true and correct. Executed this 31st day of August, 2021, in St. Louis, Missouri.

*[signature]*

_____
George A. Zelcs

Subscribed and affirmed before me on
This 31st day of August, 2021.

*[signature]*
_____
NOTARY PUBLIC

JANET F. WITTERIED
My Commission Expires
February 16, 2022
St. Louis County
Commission #14840655

2