UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION

Case No. 1:21-md-03010-PKC

P. KEVIN CASTEL, District Judge

---------------------------------------------------------------x

## ORDER FOR ADMISSION PRO HAC VICE

The motion of George A. Zelcs for admission to practice Pro Hac Vice in the above-captioned action is granted.

George A. Zelcs has declared that he is a member in good standing with the Bars of the District of Columbia and the State of Illinois, and that his contact information is as follows:

> George A. Zelcs (*pro hac vice* to be sought)
> Korein Tillery, LLC
> 205 North Michigan Avenue, Suite 1950
> Chicago, Illinois 60601
> Telephone: (312) 641-9750
> Facsimile: (314) 241-3525
> Email: gzelcs@koreintillery.com

George A. Zelcs having requested admission Pro Hac Vice to appear for all purposes as counsel for The Progressive, Inc., The Nation Company, L.P. and Genius Media Group, Inc. in the above-captioned action;

IT IS HEREBY ORDERED that George A. Zelcs is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of Attorneys.

Dated: _____          _____
                                        Honorable P. Kevin Castel
                                        United States District Judge

1