UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION                           21-md-3010 (PKC)

                                                ORDER

-----------------------------------------------------------x
P. KEVIN CASTEL, District Judge:

        There will be a conference on all cases on October 14, 2021 at 2:30 p.m. in a courtroom to be announced.

        SO ORDERED.

                                                  P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       September 1, 2021