# EXHIBIT B

**From:** Martha Goodman <mgoodman@dirllp.com>
**Sent:** Tuesday, September 1, 2026 12:45 PM
**To:** plaintiffs-group-google-ad-tech@simplelists.susmangodfrey.com
**Cc:** Google-AdTech; Bradley Justus; Vissichelli, Allison M.; mmagnier; Solórzano, Isabella L.
**Subject:** Competitor 30(b)(1) depositions

External (mgoodman@dirllp.com)

Report This Email FAQ

Counsel, please provide us with date options in October or November for the 30(b)(1) depositions of individuals affiliated with Competitors (employees, former employees, board members etc.) who are on your initial disclosures and for whom we don't already have a confirmed/noticed date. Please provide these on a rolling basis between now and September 14 so we can begin to get these on calendar. All of the individuals disclosed are listed below.

Thanks,
Martha

| **Individual Disclosed** |
|---|
| Alex Gardner (IX) |
| Andrew Casale (IX) |
| Jourdain-Alexander Casale (IX) |
| Mike McNeeley (IX) |
| Neil Dorken (IX) |
| Ray Rhanbari (IX) |
| Arnaud Creput (Equativ) |
| Gregory Cornuz (Equativ) |
| Lucie Laurendon (Equativ) |
| Michael Sadicario (Equativ) |
| Benoit Hucafol (Equativ) |
| Juan Manual Alvarez (Equativ) |
| George Blue (Equativ) |
| Benoit Skinazi (Equativ/Sharethrough) |
| Joseph Lospalluto (Equativ) |
| Lionel Bensoussan (Equativ) |
| Matt O'Reilly (Equativ) |

| |
|---|
| Patrice Marin (Equativ/Sharethrough) |
| Fabio Martin (Equativ) |
| Teiffyon Parry (Equativ) |
| Curt Larson (Equativ/Sharethrough) |
| Dinesh Anchan (Kargo) |
| Evan Schwartz (Kargo) |
| Harry Kargman (Kargo) |
| Michael Shaugnessy (Kargo) |
| Eric Berry (TripleLift) |
| Matt Novick (TripleLift) |
| Rob Deichert (TripleLift) |
| Dave Helmrich (TripleLift) |
| Sonja Kirstiansen (TripleLift) |
| Jason Zachariah (TripleLift) |
| Walter Knapp (Sovrn) |
| Katie Derr (Sovrn) |
| Jeff Meglio (Sovrn) |
| Chris George (Sovrn) |
| Jud Valeski (Sovrn) |
| Sandy Janicki (Sovrn) |
| Tim Cadogan (OpenX) |
| Jason Fairchild (OpenX) |
| Joel Meyer (OpenX) |
| Tyler Romasco (OpenX) |
| Alex Shephard (PubMatic) |
| Amar Goel (PubMatic) |
| Ashish Kumar (PubMatic) |
| Rajeev Kumar Goel (PubMatic) |
| Michael Barrett (Magnite) |
| Adam Soroca (Magnite) |
| David Buonasera (Magnite) |
| Eric Hovanec (Magnite) |
| Ashley Wheeler (Magnite) |
| Garrett McGrath (Magnite) |
| Bill Wheaton (TRUSTX) |
| Michael Fay, (TRUSTX) |

| |
|---|
| David Kohl (TRUSTX) |
| Jeff White (TRUSTX) |
| Jason Kint (TRUSTX) |

DIR
**Martha L. Goodman | Partner**
**Dunn Isaacson Rhee LLP**
mgoodman@dirllp.com
(202) 240-2920 (direct) | (315) 269-4061 (cell)
401 9th Street NW, Washington, DC 20004
Website | LinkedIn

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.