UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC)<br><br>MOTION FOR ADMISSION PRO HAC VICE |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, the undersigned, Daniel J. Mogin, hereby moves for an Order for admission to practice Pro Hac Vice to appear as counsel for Cliffy Care Landscaping LLC, Kinin, Inc., Rodrock Chiropractic PA, and Raintree Medical and Chiropractic Center LLC in the above-captioned action.

I am a member in good standing of the State Bar of California. There are no pending disciplinary proceedings against me in any state or in federal court. Attached as Exhibit A is my certificate of good standing issued by the State Bar of California within 30 days of this motion.

Date: September 1, 2021

_____/s/ *Daniel J. Mogin*_____
Daniel J. Mogin (Cal. Bar No. 95624)
**MOGINRUBIN LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
(619) 687-6611
dmogin@moginrubin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

_____*/s/Daniel J. Mogin*_____
Daniel J. Mogin

# EXHIBIT A



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

## *DANIEL JAY MOGIN*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Daniel Jay Mogin, #95624, was on the 16th day of December 1980, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 1st day of September 2021.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Karissa Castro, Deputy Clerk*