UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC)<br><br>AFFIDAVIT OF DANIEL J. MOGIN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |

## AFFIDAVIT OF DANIEL J. MOGIN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Daniel J. Mogin, declare and state as follows:

1. I am a Partner at the law firm of MoginRubin LLP, counsel for Cliffy Care Landscaping LLC, Kinin, Inc., Rodrock Chiropractic PA, Raintree Medical and Chiropractic Center LLC. I submit this declaration in support of my motion for an order for admission pro hac vice to the Bar of this Court pursuant to Rule 1.3(c) of the Local Rules of this Court.

2. I am a member in good standing of the State Bar of California.

3. I have not been subject to any disciplinary actions, past or pending, in any state or federal court.

4. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court.

5. I am experienced in federal practice and am familiar with the Federal Rules of Civil Procedure.

6. Attached hereto as Exhibit A is my Certificate of Good Standing issued by the State Bar of California certifying that I am a member in good standing thereof. I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this

thirty-first day of August 2021, in San Diego, CA.

Date: August 31, 2021

_____
Daniel J. Mogin
**MOGINRUBIN LLP**

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this 31st day of August, 2021, by Daniel J. Mogin, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

> RENATE A. DAVERSA
> COMM. #2228571
> Notary Public - California
> San Diego County
> My Comm. Expires Feb. 8, 2022

Signature _____   (Seal)
          Notary Public

2