AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In re: Google Digital Advertising Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-md-03010-PKC |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs SkinnySchool LLC d/b/a Maria Marques Fitness and Mint Rose Day Spa LLC    .

Date:    09-02-21

/s/ Kate M. Baxter-Kauf
*Attorney's signature*

Kate M. Baxter-Kauf (MN 0392037)
*Printed name and bar number*
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

*Address*

kmbaxter-kauf@locklaw.com
*E-mail address*

612-339-6900
*Telephone number*

612-339-0981
*FAX number*