UNITED STATE DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC)<br><br>AFFIDAVIT OF JONATHAN L. RUBIN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |

## AFFIDAVIT OF JONATHAN RUBIN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Jonathan Rubin, declare and state as follows:

1.       I am a Partner at the law firm of MoginRubin LLP, counsel for Cliffy Care Landscaping LLC, Kinin, Inc., Rodrock Chiropractic PA, Raintree Medical and Chiropractic Center LLC. I submit this declaration in support of my motion for an order for admission pro hac vice to the Bar of this Court pursuant to Rule 1.3(c) of the Local Rules of this Court.

2.       I am a member in good standing of the District of Columbia Bar, the Florida, Bar, and the State Bar of Maryland.

3.       I have not been subject to any disciplinary actions, past or pending, in any state or federal court.

4.       I have never been convicted of a felony nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court.

5.       I am experienced in federal practice and am familiar with the Federal Rules of Civil Procedure.

6.       Attached hereto as Exhibit A are my Certificates of Good Standing issued by the District of Columbia Bar, the Florida Bar, and the State Bar of Maryland certifying that I am a member in good standing thereof. I declare under penalty of perjury that the foregoing is true and

correct and that this Declaration was executed this thirty-first day of August 2021, in Palm Beach, Florida.

Date: August 31, 2021

Jonathan L. Rubin
**MOGINRUBIN LLP**

STATE OF FLORIDA
COUNTY OF Palm Beach
The foregoing instrument was acknowledged
before me this 31st day of August 2021
by Jonathan Rubin
☒ Produced Identification
Type of Identification Produced MD DC

NOTARY SIGNATURE

NYLAH MOHAMMED
MY COMMISSION # GG 507558
EXPIRES: March 4, 2023
Bonded Thru Notary Public Underwriters

# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*Jonathan L Rubin*

was duly qualified and admitted on July 15, 1981 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, a(n)
ACTIVE member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August
30, 2021.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do*

*hereby certify that*

### JONATHAN LAURENCE RUBIN

*was admitted as an attorney and counselor entitled to practice law in all the*

*Courts of the State of Florida on JULY 17, 1981, is presently in good standing,*

*and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the*

*Supreme Court of Florida at Tallahassee,*

*the Capital, this SEPTEMBER 2, 2021.*

*Clerk of the Supreme Court of Florida*

# Court of Appeals
# of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

*I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-fourth day of December, 2002,*

### Jonathan Laurence Rubin

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twentieth day of August, 2021.*

_____

*Clerk of the Court of Appeals of Maryland*