# UNITED STATES DISTRICT COURT
for the

| In re Google Digital Advertising Antitrust Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-md-3010 PKC |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See Attached List of Clients .

Date: September 3, 2021

s/ Serina M. Vash
*Attorney's signature*

Serina M. Vash, SBN 2773448
*Printed name and bar number*

HERMAN JONES LLP
153 Central Avenue, #131
Westfield, New Jersey 07090
*Address*

svash@hermanjones.com
*E-mail address*

404-504-6516
*Telephone number*

404-504-6501
*FAX number*