*Notice of Appearance Client List*
*Serina M. Vash*

*HD Media Co., LLC*

*AIM Media Ind. Operating, LLC*

*AIM Media Midwest Operating, LLC*

*AIM Media Tex. Operating, LLC*

*Brown Cnty. Publ'g Co.*

*Clarksburg Publ'g Co., d.b.a. WV News*

*Coastal Point LLC*

*Eagle Printing Co.*

*Ecent Corp.*

*Emmerich Newspapers, Inc.*

*Flag Publ'ns, Inc.*

*Gale Force Media, LLC*

*Journal Inc.*