EXHIBIT B

1
2
3
4                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
5                         SAN JOSE DIVISION
6

| | |
|---|---|
| In re GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 5:20-cv-03556-BLF |
| In re GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION | Case No. 5:20-cv-08984-BLF |
| | [PROPOSED] ~~O QF HKGF~~ 'PROTOCOL FOR INTERIM CLASS COUNSEL'S TIME AND EXPENSE SUBMISSIONS |
| | Courtroom:   3, 5th Floor, San Jose<br>Judge:          Hon. Beth Labson Freeman |

WHEREAS, on April 1, 2021, this Court held a hearing in the above-captioned cases on Plaintiffs' motions for appointment of interim class counsel and instructed the various applicants to submit a protocol governing time and expense reporting. *See* 4/1/21 Tr. at 27.

NOW THEREFORE, having reviewed Plaintiffs' submission, the Court hereby enters this Order to establish a protocol for the recording, submission and review of attorneys' fees and expenses incurred by counsel for the Plaintiffs in this action.

## I. INTERIM CLASS COUNSEL'S TIME AND EXPENSE RECORDS

### A. General Standards

1. Time and expense reports generated pursuant to this Order will be considered as submitting counsel's representation to the Court, under oath, that the time and expenses submitted meet the criteria set forth below.

2. The recovery of attorneys' fees and expense reimbursements will be limited to interim class counsel in the consolidated advertising and consolidated publishing cases, and their attorneys and professional staff, and such other counsel as are authorized by the Court to work under their direction (together, "class counsel").

3. Only time and expenses authorized by interim class counsel that advance the litigation will be considered as compensable.

### B. Time Reporting

4. All time shall be maintained in tenth-of-an hour increments. Time entries not maintained in tenth-of-an-hour increments may be disallowed.

5. All attorneys and staff working on this case will keep contemporaneous records of their time spent in connection with work on this litigation, indicating the amount of time spent, the particular activity, and their position in the firm (Partner, Of Counsel, Senior Counsel, Associate, Staff Attorney, Law Clerk, Paralegal, Legal Assistant, or Contract Attorney). "Contemporaneous" means that an individual's time spent on a particular activity should be recorded no later than seven days after that activity occurred. Full descriptions of the work performed are required. Time entries that are not sufficiently detailed will not be considered for payment. Closely related tasks may be billed in a single entry but lengthy block billed entries are not acceptable.

6.      Interim class counsel will maintain their time records in an electronic database.  Failure to maintain detailed time and expense records or to provide a sufficient description of the activities performed will be grounds for denying the recovery of attorneys' fees or expenses in whole or in part.

7.      Time records must report the billing rates for each individual listed. Current hourly rates are to be used in calculating time. Billing rates may be adjusted at the conclusion of the matter dependent on uniform or local rates given relative years of experience to ensure the rate reflects the value added.

8.      Only time spent on matters that advance the litigation will be considered in determining fees.  Interim class counsel will be responsible for auditing time and expense records for compliance with the directives set forth in this Order.  Those firms appointed as interim co-lead counsel will review and approve timekeeping and bills each quarter and strike any duplicative or unreasonable fees and costs.

9.      Interim class counsel's auditing responsibilities notwithstanding, the ultimate determination of what is compensable work, and the extent or rate at which it is compensable, is within the purview of the Court.

### 1.      *Compensable Time*

10.     Compensable work done on behalf of the putative class or classes may include, but is not limited to:

- fact investigation and factual and legal research;
- preparation of research memoranda, pleadings and briefs;
- conducting document discovery (e.g., reviewing, indexing, and coding documents);
- preparation for and attendance at depositions;
- preparation of and responding to discovery requests;
- preparation for and attendance at hearings;
- preparation for and attendance at meetings with defense counsel or with co-counsel;
- work with clients;

2

1      •   work with experts;

2      •   settlement and settlement negotiations and related activities;

3      •   appellate work;

4      •   trial preparation and trial; and

5      •   performance of administrative matters specifically related to tasks undertaken for

6          the benefit of the class or classes.

7          **2.   *Non-Compensable Time***

8    11.   Compensable work does not include:

9      •   excessive time for a particular task;

10     •   work performed by a person more senior than necessary for the task;

11     •   duplicative time;

12     •   "read and review" time (*e.g.*, billing time for reading every document filed on the

13         court's docket regardless of whether it related to the individual's responsibilities)

14         unless specifically related to a billable task;

15     •   unnecessary or duplicative time spent attending depositions or hearings;

16     •   time for which descriptions are missing or incomplete; and

17     •   internal firm time for firm management.

18   **C.   Expense Reporting**

19   12.   Interim class counsel are entirely self-funded for these matters.  If that changes, class

20   counsel will report the change to the Court within 14 days.

21   13.   All costs and expenses in this case will be advanced by interim class counsel.  Class

22   counsel will seek reimbursement of these costs and expenses following a judgment or settlement.

23         **1.   *Expenses***

24   14.   To be eligible for reimbursement, expenses must meet the requirements of this section.

25   Expenses must be:

26     •   appropriately authorized by interim class counsel;

27     •   timely submitted;

28     •   reasonable in amount; and

3

- supported by adequate documentation.

15. Reimbursable expenses include:

- costs related to obtaining, reviewing, indexing, and paying for hard copies of computerized images of documents;
- legal research (e.g., LEXIS, Westlaw, or PACER charges);
- deposition, court reporter, and transcript costs;
- costs for the electronic storage, retrieval, and searches of ESI;
- court filing and service costs;
- group administration matters, such as meetings and conference calls;
- reasonable travel expenses including lodging and meals;
- expert witness and consultant fees and related expenses;
- investigator fees and related expenses;
- printing, copying, coding, and scanning;
- telephone, postage charges, and courier charges;
- data and materials provided by outside third-party vendors, consultants and attorneys;
- witness expenses, including travel;
- translation costs; and
- bank or financial institution charges.

### 2. *Expense Limitations*

16. Only reasonable expenses will be reimbursed. Except in extraordinary circumstances approved by class counsel, all travel reimbursements are subject to the following limitations:

- Airfare: Only the price of a coach seat for a reasonable itinerary will be reimbursed. Business/First Class Airfare will not be fully reimbursed. If Business Class/First Class Airfare is used, then an estimate of the difference between the Business Class/First Class Airfare and coach fare must be shown on the travel reimbursement form, and only the coach fare portion will be reimbursed.

[PROPOSED] PROTOCOL FOR INTERIM CLASS COUNSEL'S TIME AND
EXPENSE SUBMISSIONS
CASE NOS. 5:20-cv-03556-BLF and 5:20-cv-08984-BLF

- Hotel:  Hotel room charges for the average available room rate of a business hotel, such as the Hyatt, Westin, and Marriott hotels, in the city in which the stay occurred will be reimbursed.  Unless a special discounted rate is negotiated, luxury hotels will not be fully reimbursed but will be reimbursed at the average available rate of a business hotel.

- Meals:  Meal expenses must be reasonable, and shall not exceed $125 per day per person (not including shared meal expenses that include meals for other attorneys working on the case, experts, etc.).  Meal expense submissions must be supported by receipts or credit card statements that reflect the date and those partaking in the meal.

- Cash Expenses:  Miscellaneous cash expenses for which receipts generally are not available (tips, luggage handling, short taxi rides, etc.) will be reimbursed up to $50.00 per day, as long as the expenses are properly itemized.

- Rental Automobiles:  Luxury automobile rentals will not be reimbursed.  If luxury automobiles are selected when non-luxury vehicles are available, then the difference between the luxury and non-luxury vehicle rates must be shown on the travel reimbursement form, and only the non-luxury rate may be claimed, unless such larger sized vehicle is needed to accommodate several people working on the case.

- Mileage:  Mileage claims must be documented by stating the origination point, destination, total actual miles for each trip, and rate per mile paid by the member's firm.  The maximum allowable rate will be the maximum rate allowed by the IRS (currently $0.545 per mile).

- Parking:  Parking will be limited to actual documented costs.

17.    Other non-travel expenses will be limited as follows:

- Long Distance and Cellular Telephone:  Long distance and cellular telephone charges must be documented.

5

[PROPOSED] PROTOCOL FOR INTERIM CLASS COUNSEL'S TIME AND
EXPENSE SUBMISSIONS
CASE NOS. 5:20-cv-03556-BLF and 5:20-cv-08984-BLF

- Shipping, Courier, and Delivery Charges:  All such claimed expenses must be documented.

- Postage Charges:  A contemporaneous postage log or other supporting documentation must be maintained.

- Telefax Charges:  Contemporaneous records should be maintained and submitted showing faxes sent and received.  The per-fax charge shall not exceed $1.00 per page.

- In-House Photocopy:  A contemporaneous photocopy log or other supporting documentation must be maintained.  The maximum copy charge is $0.30 per page.

- Computerized Research:  Claims for LEXIS, Westlaw, PACER, and other computerized legal research expenses should be in the amount charged to the firm for these research services.

### D.     Verification of Expenses

18.     Attorneys and staff must keep receipts for all expenses.  Credit card receipts or monthly credit card statements are an appropriate form of verification.  Hotel and restaurant costs must be supported by a credit card statement, hotel invoice, or restaurant bill.  The description of unclaimed expenses on the statement or invoice may be redacted.  Receipts need not be submitted on a quarterly basis, but shall be maintained by the attorneys and may be required later as a condition of payment.

## II.     EXCHANGING TIME AND EXPENSE REPORTS

### A.     Timing of Exchange

19.     Interim class counsel for each respective class will collect time and expense reports from other counsel working on that matter on a quarterly basis. Time and expense reports will be submitted to interim class counsel no later than the twenty-first day of the month following the end of the quarter being reported.  For example, reports for the first quarter (January through March) are due by April 21.

20.     Girard Sharp LLP will be responsible for collecting and preserving, in an electronic format, the monthly reports for interim class counsel in the *Advertising* case, and Korein Tillery LLC

will be responsible for collecting and preserving, in an electronic format, the monthly reports for interim class counsel in the *Publisher* case.

21.     Any time and expense records submitted more than three months in arrears may not be considered or included in any compilation of time or expense calculation and may be disallowed, except for good cause shown and with Court approval.

**B.     Content of Reports**

22.     Each time report submission must be in the form of **Attachment A**, and each expense submission must be in the form of **Attachment B**.

**III.     SUBMITTING TIME AND EXPENSE REPORTS**

23.     On a quarterly basis, interim class counsel will file *in camera* summaries reflecting the hours billed and expenses incurred in this matter pursuant to this protocol.

24.     Interim class counsel's first submission, covering the calendar year 2020 and the first and second quarters of this year, will be due to the court on August 10.  Thereafter, each submission to the Court will be due on the tenth day of the second month following the end of the quarter being reported.  For example, first quarter reports (covering January through March) will be due to the Court on May 10.

25.     Class counsel may be required to submit detailed time records in connection with any fee application.

26.     The Court further requires submission of a summary chart of billings in accordance with this Court's Standing Order regarding Motions for Attorneys' Fees.

Dated:  April 26, 2021

_____
THE HONORABLE BETH LABSON FREEMAN
United States District Judge

7
[PROPOSED] PROTOCOL FOR INTERIM CLASS COUNSEL'S TIME AND
EXPENSE SUBMISSIONS
CASE NOS. 5:20-cv-03556-BLF and 5:20-cv-08984-BLF

1 | Dated: April 12, 2021

Respectfully submitted,

By:    /s/ Dena C. Sharp

Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)
Scott M. Grzenczyk (State Bar No. 279309)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
scottg@girardsharp.com

John D. Radice (*pro hac vice*)
April Lambert (*pro hac vice*)
RADICE LAW FIRM, PC
475 Wall Street
Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com
alambert@radicelawfirm.com

Archana Tamoshunas (*pro hac vice*)
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
Tel: (212) 931-0704
Fax: (212) 931-0703
atamoshunas@tcllaw.com

*Attorneys for Plaintiffs Mark J. Astarita, Hanson Law Firm, PC, and Surefreight Global LLC d/b/a Prana Pets*

Dated: April 12, 2021

By:    /s/ Tina Wolfson

Tina Wolfson (State Bar No. 174806)
Rachel Johnson (State Bar No. 331351)
Theodore W. Maya (State Bar No. 223242)
Christopher Stiner (State Bar No. 276033)
AHDOOT & WOLFSON, PC
2600 West Olive Ave., Suite 500

8

[PROPOSED] PROTOCOL FOR INTERIM CLASS COUNSEL'S TIME AND
EXPENSE SUBMISSIONS
CASE NOS. 5:20-cv-03556-BLF and 5:20-cv-08984-BLF

Burbank, California 91505
Tel.: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
rjohnson@ahdootwolfson.com
tmaya@ahdootwolfson.com
cstiner@ahdootwolfson.com

Andrew W. Ferich (*pro hac vice* to be filed)
AHDOOT & WOLFSON, PC
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel.: (310) 474-9111
Fax: (310) 474-8585
aferich@ahdootwolfson.com

*Attorneys for Plaintiff Victor Lindo*

Dated: April 12, 2021                    By:    /s/ *Philip C. Korologos*

BOIES SCHILLER FLEXNER LLP

Philip C. Korologos*
pkorologos@bsfllp.com
Brianna S. Hills*
bhills@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel.: (212) 446-2300 / Fax: (212) 446-2350

David Boies*
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200 / Fax: (914) 749-8300

Abby L. Dennis*
adennis@bsfllp.com
Jesse Panuccio*
jpanuccio@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005

[PROPOSED] PROTOCOL FOR INTERIM CLASS COUNSEL'S TIME AND
EXPENSE SUBMISSIONS
CASE NOS. 5:20-cv-03556-BLF and 5:20-cv-08984-BLF

Tel.: (202) 895-7580 / Fax: (202) 237-6131
Mark C. Mao (236165)
mmao@bsfllp.com
Sean P. Rodriguez (262437)
srodriguez@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6820 / Fax: (415) 293-6899

Sabria A. McElroy*
smcelroy@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel.: (954) 377 4216 / Fax: (954) 356-0022

Dated: April 12, 2021                    By:    /s/ Carol L. O'Keefe

KOREIN TILLERY LLC

George A. Zelcs*
gzelcs@koreintillery.com
Robert E. Litan*
rlitan@koreintillery.com
Randall P. Ewing*
rewing@koreintillery.com
Jonathon D. Byrer*
jbyrer@koreintillery.com
Ryan A. Cortazar*
rcortazar@koreintillery.com
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750 / Fax: (312) 641-9751

Stephen M. Tillery*
stillery@koreintillery.com
Michael E. Klenov (277028)
mklenov@koreintillery.com
Carol L. O'Keefe*
cokeefe@koreintillery.com
Jamie Boyer*
jboyer@koreintillery.com

KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Tel.: (314) 241-4844 / Fax: (314) 241-3525

*Counsel for Publisher Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.*

Dated: April 12, 2021                    By:     /s/ *Caitlin G. Coslett*

BERGER MONTAGUE PC

Eric L. Cramer*
ecramer@bm.net
Michael C. Dell'Angelo*
mdellangelo@bm.net
Caitlin G. Coslett*
ccoslett@bm.net
Patrick F. Madden*
pmadden@bm.net
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000 / Fax: (215) 875-4604

Sophia M. Rios (305801)
srios@bm.net
BERGER MONTAGUE PC
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel.: (619) 489-0300 / Fax: (215) 875-4604

Daniel J. Walker*
dwalker@bm.net
BERGER MONTAGUE PC
2001 Pennsylvania Ave., NW
Suite 300
Washington DC 20006
Tel.: (202) 559-9745

Michael K. Yarnoff**
myarnoff@kehoelawfirm.com
KEHOE LAW FIRM, P.C.
Two Penn Center Plaza
1500 JFK Blvd., Suite 1020

```
1                                      Philadelphia, PA 19102
                                       Telephone: (215) 792-6676
2
                                       Counsel for Publisher Plaintiff Sterling
3                                      International Consulting Group

4
    Dated: April 12, 2021              By:    /s / David W. Mitchell
5
6                                      ROBBINS GELLER RUDMAN
                                       & DOWD LLP
7
8                                      DAVID W. MITCHELL
                                       davidm@rgrdlaw.com
9                                      STEVEN M. JODLOWSKI
                                       sjodlowski@rgrdlaw.com
10                                     655 West Broadway, Suite 1900
                                       San Diego, CA 92101-8498
11                                     Tel.: (619) 231-1058 / Fax: (619) 231-7423
12
                                       PAUL J. GELLER*
13                                     STUART A. DAVIDSON*
                                       Robbins Geller Rudman & Dowd LLP
14                                     120 East Palmetto Park Road, Suite 500
                                       Boca Raton, FL 33432
15                                     Tel.: (561) 750-3000 / Fax: (561) 750-3364
16
                                       John C. Herman*
17                                     (GA Bar No. 348370)
                                       jherman@hermanjones.com
18                                     Serina M. Vash**
                                       (NJ Bar No. 041142009)
19                                     svash@hermanjones.com
                                       HERMAN JONES LLP
20                                     3424 Peachtree Road, N.E., Suite 1650
                                       Atlanta, Georgia 30326
21                                     Tel.: (404) 504-6500 / Fax: (404) 504-6501
22
                                       Counsel for Publisher Plaintiff Sweepstakes Today,
23                                     LLC
24
25
    Dated: April 12, 2021              By:    /s/ Robert J. Gralewski, Jr
26
27                                     KIRBY McINERNEY LLP
                                       Robert J. Gralewski, Jr. (196410)
28
```

12

1    bgralewski@kmllp.com
     Samantha L. Greenberg (327224)
2    sgreenberg@kmllp.com
     KIRBY McINERNEY LLP
3    600 B Street, Suite 2110
     San Diego, CA 92101
4    Telephone: (619) 784-1442

5
     Karen Lerner**
6    klerner@kmllp.com
     Daniel Hume**
7    dhume@kmllp.com
     David Bishop**
8    dbishop@kmllp.com
     Andrew McNeela**
9    amcneela@kmllp.com
     KIRBY McINERNEY LLP
10   250 Park Avenue, Suite 820
     New York, New York 10177
11   Telephone: (212) 371-6600
     Facsimile: (212) 751-2540
12

13
     HINKLE SHANOR LLP
14   Thomas M. Hnasko**
     Michael E. Jacobs**
15   218 Montezuma Avenue
     Sante Fe, NM 87501
16   Telephone: (505) 982-4554
     thnasko@hinklelawfirm.com
17   mjacobs@hinklelawfirm.com

18
     WILLIAMS LAW FIRM
19   Kent Williams**
     1632 Homestead Trail
20   Long Lake, MN 55356
     Tel.: (612) 940-4452 / Fax: (952) 283-1525
21   williamslawmn@gmail.com

22
     *Counsel for Publisher Plaintiff JLaSalle*
23   *Enterprises LLC*

24   Dated: April 12, 2021          By: ___/s/ Dennis Stewart_____
25

26       GUSTAFSON GLUEK PLLC
27
         Dennis Stewart (99152)
28

---

13

dstewart@gustafsongluek.com
GUSTAFSON GLUEK PLLC
600 B Street, 17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
Daniel E. Gustafson*
dgustafson@gustafsongluek.com
Daniel C. Hedlund*
dhedlund@gustafsongluek.com
Daniel J. Nordin*
dnordin@gustafsongluek.com
Ling S. Wang*
lwang@gustafsongluek.com
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

Marc H. Edelson, Esq*
medelson@edelson-law.com
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940
Tel.: (215) 867-2399 / Fax: (267) 685-0676

Joshua H. Grabar*
jgrabar@grabarlaw.com
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (267) 507-6085 / Fax: (267) 507-6048

E. Powell Miller*
epm@millerlawpc.com
Sharon S. Almonrode*
ssa@millerlawpc.com
Emily E. Hughes*
eeh@millerlawpc.com
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Tel.: (248) 841-2200 / Fax: (248) 652-2852

Simon Bahne Paris, Esquire*

14

sparis@smbb.com
Patrick Howard, Esquire*
phoward@smbb.com
SALTZ, MONGELUZZI & BENDESKY, P.C.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Tel.: (215) 496-8282 / Fax: (215) 496-0999

Kenneth A. Wexler*
kaw@wexlerwallace.com
Kara A. Elgersma*
kae@wexlerwallace.com
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603

Dianne M. Nast*
dnast@nastlaw.com
Daniel N. Gallucci*
dgallucci@nastlaw.com
Joseph N. Roda*
jnroda@nastlaw.com
NASTLAWLLC
1101 Market Street, Suite 2801
Philadelphia, PA 19106

*Counsel for Publisher Plaintiff Mikula Web
Solutions, Inc.*

## ATTESTATION

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file the foregoing

document. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in this filing has

been obtained from all signatories above.

By:   /s/ *Dena C. Sharp*

[PROPOSED] PROTOCOL FOR INTERIM CLASS COUNSEL'S TIME AND
EXPENSE SUBMISSIONS
CASE NOS. 5:20-cv-03556-BLF and 5:20-cv-08984-BLF

### EXHIBIT A

**Firm Name:**
**Time Period:**

**Categories:** PT (pretrial work); AP (work on appeals); TP (trial work); ST (settlement work); TL (travel time not spent doing other work, which should be billed separately); and OT (other; describe in detail).

| Last Name, First Name | Professional Level | Date of Service | Category Code | Category Name | Detailed Description of Work Performed | Billing Rate | Time Spent (by 0.1 increments) | Fees Total |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
| **TOTALS** |  | **0.00** |  | **0.00** |  | **0.00** |  | **0.00** |

Professional Level: P = Partner; OC = Of Counsel or Counsel; SC = Senior Counsel; A = Associate; SA = Staff Attorney; PL = Paralegal; LA = Legal Assistant; LC = Law Clerk; CA = Contract Attorney; OT = Other (explanation required)

## EXHIBIT B

| | | | | | |
|---|---|---|---|---|---|
| **Firm Name:** | | | | | |
| **Time Period:** | | | | | |

**Categories:** 1. Court/Filing Fees; 2. Professional Fees (expert, consultants, investigators, etc.); 3. Air Transportation; 4. Ground Transportation; 5. Meals; 6. Lodging; 7. Telephone/Facsimile; 8. Postage/Express Delivery/Messenger; 9. Commercial Copies; 10. Court Reporters/Transcripts; 11. Witness/Service Fees; 12. Internal Reproduction/Copies; 13. Computer research (e.g., Westlaw); 14. Contributions to the litigation fund; and 15. Miscellaneous (Describe in detail)

| DateL | Category Code | Category Name | Detailed Description | mo nt | Receipt vailable es No ( f no, provide reason) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | | 0.00 | 0.00 | 0.00 |