**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, April D. Lambert, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Hanson Law Firm, PC, Surefreight Global LLC, and Vitor Lindo in the above-captioned action.

I am in good standing of the bar of the State of Illinois, and there are no pending disciplinary actions against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have included herewith the declaration pursuant to Local Rule 1.3. and a certificate of good standing issued within the past 30 days.

Dated: September 7, 2021

**RADICE LAW FIRM, P.C.**

*/s/ April D. Lambert*
April Lambert
475 Wall Street
Princeton, New Jersey 08540
Telephone: (646) 245-8502
E-mail: alambert@radicelawfirm.com

*Counsel for Plaintiffs*