# EXHIBIT B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC |

## DECLARATION OF APRIL D. LAMBERT IN SUPPORT OF
## <u>MOTION FOR ADMISSION PRO HAC VICE</u>

Pursuant to Local Rules 1.3 and 1.9(a), I, April D. Lambert, hereby declare as follows:

1. I am of counsel at the firm Radice Law Firm, P.C., and our office is located at 475 Wall Street, Princeton, New Jersey, 08540. My telephone number is (646) 245-8502 and my fax number is (609) 385-0745.

2. I am a member in good standing of the bar of the State of Illinois, to which I was admitted on September 26, 2006. My Illinois State Bar Number is 6288845.

3. I attach a Certificate of Good Standing from the Illinois Supreme Court, which was issued within 30 days of this filing, as Exhibit A to the Motion for Admission Pro Hac Vice.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission of readmission by any court.

6. There are no pending disciplinary proceedings against me in any State or Federal Court.

I declare under penalty of perjury and under 28 U.S. Code § 1746 and the laws of the United States of America that the foregoing is true and correct. Executed on this 7th day of August, 2021, at Jacksonville, Florida.

*April Lambert*
_____
April D. Lambert