UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of April D. Lambert for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Illinois (Bar No. 6288845) and that her contact information is as follows:

> April D. Lambert
> Radice Law Firm, P.C.
> 475 Wall Street
> Princeton, NJ 08540
> Ph: (646) 245-8502
> Fax: (609) 385-0745
> alambert@radicelawfirm.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Hanson Law Firm, PC, Surefreight Global LLC, and Vitor Lindo in the in the above-captioned case.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro have vice* in the above-captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____
Honorable P. Kevin Castel
United States District Judge