UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION                          21-md-3010 (PKC)

ORDER

-----------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

The October 14 conference will be accelerated to September 24, 2021 at 11 a.m. in a courtroom to be announced.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       September 7, 2021