UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X
IN RE GOOGLE ADVERTISING         :
ANTITRUST LITIGATION             :        21-md-03010 (PKC)
                                 :
                                 :
                                 :
                                 :
---------------------------------- X

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Pamela A. Markert, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs SPX Total Body Fitness LLC d/b/a The Studio Empower, SkinnySchool LLC d/b/a Maria Marques Fitness and Mint Rose Day Spa LLC, individually and on behalf of all others similarly situated, in the above-captioned action.

I am in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 7, 2021              CERA LLP

                                      By: /s/ Pamela A. Markert
                                      Pamela A. Markert
                                      595 Market Street, Suite 1350
                                      San Francisco, CA 94105
                                      Tel: (415) 977-2228
                                      Fax: (415) 777-5189
                                      Email: pmarkert@cerallp.com