UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
IN RE GOOGLE ADVERTISING               :
ANTITRUST LITIGATION                   :          21-md-03010 (PKC)
                                       :
                                       :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, Solomon B. Cera, hereby moves this Court for an Order for

admission to practice Pro Hac Vice to appear as counsel for Plaintiffs SPX Total Body Fitness

LLC d/b/a The Studio Empower, SkinnySchool LLC d/b/a Maria Marques Fitness and Mint

Rose Day Spa LLC, individually and on behalf of all others similarly situated, in the above-

captioned litigation.

I am a member in good standing of the Bar of the State of California, and there are no

pending disciplinary proceedings against me in any state or federal court. I have never been

convicted of a felony. I have never been censured, suspended, disbarred or denied admission or

readmission by any court. I have attached my affidavit pursuant to Local Rule 1.3.

Dated: September 7, 2021                     CERA LLP

                                             By: _____
                                             Solomon B. Cera
                                             595 Market Street, Suite 1350
                                             San Francisco, CA 94105
                                             Tel: (415) 977-2230
                                             Fax: (415) 777-5189
                                             Email: scera@cerallp.com