UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ X
IN RE GOOGLE ADVERTISING :
ANTITRUST LITIGATION : 21-md-03010 (PKC)
:
:
:
:
------------------------------ X

## AFFIDAVIT OF SOLOMON B. CERA
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

STATE OF CALIFORNIA )
) ss:
COUNTY OF SAN FRANCISCO )

SOLOMON B. CERA, being duly sworn deposes and says:

1. I am the managing partner of the law firm Cera LLP, one of the counsel for plaintiffs SPX Total Body Fitness LLC d/b/a The Studio Empower, SkinnySchool LLC d/b/a Maria Marques Fitness and Mint Rose Day Spa LLC. I submit this affidavit in support of my motion for admission *pro hac vice*. The matters stated herein are true based on my own knowledge and, if called to testify thereto, I could and would competently do so.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of September 2021 at San Francisco, California.

_____
Solomon B. Cera

1

State of California            }
                               }
County of San Francisco        }


Subscribed and sworn to (or affirmed) before me on this _____ day of September, 2021, by
_____  _____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.


(Seal)                                  Signature  *See attached*

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**   **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. ~~~~
2. ~~~~
3. ~~~~
4. ~~~~
5. ~~~~
6. ~~~~

*Signature of Document Signer No. 1*          *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __San Francisco__

Subscribed and sworn to (or affirmed) before me on this __7th__ day of __September__, 20__21__,
  Date      Month       Year
by
(1)__Solomon B. Cera__

(and (2)_____),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature __John Leibee__
Signature of Notary Public

JOHN LEIBEE
Notary Public - California
San Francisco County
Commission # 2266040
My Comm. Expires Nov 6, 2022

Seal
Place Notary Seal Above

―――― OPTIONAL ――――

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Affidavit__     Document Date: __9/7/2021__
Number of Pages: ____  Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910