UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- X
IN RE GOOGLE ADVERTISING           :
ANTITRUST LITIGATION               :       21-md-03010 (PKC)
                                   :
                                   :
                                   :
------------------------------- X

**ORDER GRANTING ADMISSION**
**PRO HAC VICE**

The motion of Solomon B. Cera, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of California; and that his contact information is as follows:

> Applicant's Name: Solomon B. Cera
> Firm Name: Cera LLP
> Address: 595 Market Street, Suite 1350
> City / State / Zip: San Francisco, CA 94105
> Telephone: (415) 977-2230
> Email: scera@cerallp.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs SPX Total Body Fitness LLC d/b/a The Studio Empower, SkinnySchool LLC d/b/a Maria Marques Fitness and Mint Rose Day Spa LLC, individually and on behalf of all others similarly situated, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September __, 2021         _____
                                  Honorable P. Kevin Castel
                                  United States District Judge