

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Eric L. Cramer, Esq.*

DATE OF ADMISSION

**December 1, 1993**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  September 2, 2021

*Patricia Johnson*
_____
Patricia A. Johnson
Chief Clerk