AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| In re Google Digital Advertising Antitrust Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-md-03010-PKC |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cliffy Care Landscaping LLC, Kinin Inc., Raintree Medical and Chiropractic Center LLC, Rodrock Chiropractic PA.

Date: 9/8/2021

/s/ Jennifer M. Oliver
*Attorney's signature*

Jennifer M. Oliver (NY 4547428)
*Printed name and bar number*

MoginRubin LLP
600 West Broadway, Suite 3300
San Diego, CA 92101
*Address*

joliver@moginrubin.com
*E-mail address*

(619) 687-6611
*Telephone number*

(619) 687-6610
*FAX number*