UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

In re GOOGLE ADVERTISING ANTITRUST : No. 21-md-3010 (PKC)
LITIGATION :
: P. Kevin Castel District Judge
---------------------------------------x

This Document Relates To: : MOTION FOR ADMISSION *PRO HAC*
  : *VICE* OF STEVEN M. JODLOWSKI
*AIM Media Ind. Operating, LLC v. Google,* :
*LLC*, No. 1:21-cv-06912-PKC (S.D.N.Y.) :

*AIM Media Midwest Operating, LLC v.* :
*Google, LLC*, No. 1:21-cv-06884-PKC :
(S.D.N.Y.) :

*AIM Media Tex. Operating, LLC v. Google,* :
*LLC*, No. 1:21-cv-06888-PKC (S.D.N.Y.) :

*Brown Cnty. Publ'g Co., Inc. v. Google, LLC*, :
No. 1:21-cv-06915-PKC (S.D.N.Y.) :

*Clarksburg Publ'g Co., d/b/a WV News v.* :
*Google, LLC*, No. 1:21-cv-06840-PKC :
(S.D.N.Y.) :

*Coastal Point LLC v. Google, LLC*, No. 1:21- :
cv-06824-PKC (S.D.N.Y.) :

*Eagle Printing Co. v. Google, LLC*, No. 1:21- :
cv-06881-PKC (S.D.N.Y.) :

*ECENT Corp. v. Google, LLC*, No. 1:21-cv- :
06817-PKC (S.D.N.Y.) :

*Emmerich Newspapers, Inc. v. Google, LLC*, :
No. 1:21-cv-06794-PKC (S.D.N.Y.) :

*Flag Publ'ns, Inc. v. Google, LLC*, No. 1:21- :
cv-06871-PKC (S.D.N.Y.) :

[Caption continued on following page.] :
---------------------------------------x

*Gale Force Media, LLC v. Google, LLC*, : 
No. 1:21-cv-06909-PKC (S.D.N.Y.) :
:
*HD Media Co., LLC v. Google, LLC*, No. :
1:21-cv-06796-PKC (S.D.N.Y.) :
:
*Journal Inc. v. Google, LLC*, No. 1:21-cv- :
06828-PKC (S.D.N.Y.) :
--------------------------------------------------------- x

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Steven M. Jodlowski, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Brown County Publishing Company Inc.; Multi Media Channels, LLC; Clarksburg Publishing Company, d.b.a. WV News; Coastal Point LLC; Eagle Printing Company; ECENT Corporation; Emmerich Newspapers, Incorporated; J.O. Emmerich & Associates, Inc.; Delta-Democrat Publishing Company; Commonwealth Publishing Company, Inc.; Delta Press Publishing Company, Inc.; Newton County Appeal Inc.; Marion Publishing, Company; Yazoo Newspaper, Co., Inc.; Sunland Publishing, Company, Inc.; Simpson Publishing Co., Inc.; Montgomery Publishing Co., Inc.; Franklinton Publishing Co., Inc.; Charleston Publishing Co., Inc.; Clarion Publishing Company, Inc.; Scott Publishing, Inc.; Clarke Publishing, Inc.; Hattiesburg Publishing, Inc.; Tallulah Publishing, Inc.; Louisville Publishing, Inc.; Kosciusko Star-Herald, Inc.; Enterprise Tocsin, Inc.; Grenada Star, Inc.; Tate Record Inc.; Journal, Inc.; HD Media Company LLC; AIM Media Indiana Operating, LLC; AIM Media Midwest Operating, LLC; AIM Media Texas Operating, LLC; Flag Publications, Inc.; and Gale Force Media, LLC in the above-captioned action.

I am in good standing of the State Bar of California and there is no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3(c). *See* Affidavit of Steven M. Jodlowski in Support of Admission *Pro Hac Vice*, filed concurrently; *see also* Exhibit A (Certificate of Good Standing from the Supreme Court of California).

DATED:  September 8, 2021
ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL (*pro hac vice* forthcoming)
STEVEN M. JODLOWSKI (*pro hac vice* forthcoming)

s/ Steven M. Jodlowski
STEVEN M. JODLOWSKI

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHAD JOHNSON
420 Lexington Avenue, Suite 1832
New York, NY 10170
Telephone:  212/432-5100

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER (*pro hac vice* forthcoming)
STUART A. DAVIDSON (*pro hac vice* forthcoming)
MAXWELL H. SAWYER (*pro hac vice* forthcoming)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

FARRELL & FULLER, LLC
PAUL T. FARRELL, JR. (*pro hac vice* forthcoming)
MICHAEL J. FULLER, JR. (admitted *pro hac vice*)
1311 Ponce De Leon, Suite 202
San Juan, PR 00907
Telephone: 939/293-8244
939/293-8245 (fax)

FITZSIMMONS LAW FIRM PLLC
ROBERT P. FITZSIMMONS (*pro hac vice* forthcoming)
CLAYTON J. FITZSIMMONS (*pro hac vice* forthcoming)
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: 304/277-1700
304/277-1705 (fax)

HERMAN JONES LLP
JOHN C. HERMAN (*pro hac vice* forthcoming)
SERINA M. VASH
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA  30326
Telephone:  404/504-6555
404/504-6501 (fax)

Attorneys for Plaintiffs

- 3 -