UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re GOOGLE ADVERTISING ANTITRUST LITIGATION

No. 21-md-3010 (PKC)

P. Kevin Castel District Judge

This Document Relates To:

*AIM Media Ind. Operating, LLC v. Google, LLC*, No. 1:21-cv-06912-PKC (S.D.N.Y.)

*AIM Media Midwest Operating, LLC v. Google, LLC*, No. 1:21-cv-06884-PKC (S.D.N.Y.)

*AIM Media Tex. Operating, LLC v. Google, LLC*, No. 1:21-cv-06888-PKC (S.D.N.Y.)

*Brown Cnty. Publ'g Co., Inc. v. Google, LLC*, No. 1:21-cv-06915-PKC (S.D.N.Y.)

*Clarksburg Publ'g Co., d/b/a WV News v. Google, LLC*, No. 1:21-cv-06840-PKC (S.D.N.Y.)

*Coastal Point LLC v. Google, LLC*, No. 1:21-cv-06824-PKC (S.D.N.Y.)

*Eagle Printing Co. v. Google, LLC*, No. 1:21-cv-06881-PKC (S.D.N.Y.)

*ECENT Corp. v. Google, LLC*, No. 1:21-cv-06817-PKC (S.D.N.Y.)

*Emmerich Newspapers, Inc. v. Google, LLC*, No. 1:21-cv-06794-PKC (S.D.N.Y.)

*Flag Publ'ns, Inc. v. Google, LLC*, No. 1:21-cv-06871-PKC (S.D.N.Y.)

[Caption continued on following page.]

AFFIDAVIT OF STEVEN M. JODLOWSKI IN SUPPORT OF ADMISSION *PRO HAC VICE*

------------------------------------------------------------x

| | |
|---|---|
| *Gale Force Media, LLC v. Google, LLC*, No. 1:21-cv-06909-PKC (S.D.N.Y.) | : : : |
| *HD Media Co., LLC v. Google, LLC*, No. 1:21-cv-06796-PKC (S.D.N.Y.) | : : |
| *Journal Inc. v. Google, LLC*, No. 1:21-cv-06828-PKC (S.D.N.Y.) | : : : x |

I, Steven M. Jodlowski, declare as follows:

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Steven M. Jodlowski, am a member with the law firm of Robbins Geller Rudman & Dowd LLP. I submit this affidavit in support of my motion for admission *Pro Hac Vice* in the above-captioned matter.

1. I have not been convicted of a felony.

2. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me in any state or federal court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of August, 2021, at San Diego, California.

_____
STEVEN M. JODLOWSKI

Subscribed and sworn to before me on this ____ day of August, 2021.

*SEE ATTACHED CA CERTIFICATE*

_____
Notary Public

My Commission expires _____

- 1 -

> A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California    )
                          ) ss:
County of San Diego  )

    Subscribed and sworn to (or affirmed) before me on this 30th day of August, 2021, by Steven M. Jodlowski, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*Susan G. Miller*
Notary Public, State of California

Commission expires: March 21, 2022

[Notary Seal: SUSAN G. MILLER, COMM. # 2231731, NOTARY PUBLIC - CALIFORNIA, SAN DIEGO COUNTY, My Comm. Exp. Mar. 21, 2022]