UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re GOOGLE ADVERTISING ANTITRUST : No. 21-md-3010 (PKC)
LITIGATION :
                                                                :
---------------------------------------------------------------- x  P. Kevin Castel District Judge
                                                                :
This Document Relates To:                                       :  AFFIDAVIT OF PAUL J. GELLER IN
                                                                :  SUPPORT OF ADMISSION *PRO HAC VICE*
*AIM Media Ind. Operating, LLC v. Google,*                      :
*LLC*, No. 1:21-cv-06912-PKC (S.D.N.Y.)                         :
                                                                :
*AIM Media Midwest Operating, LLC v.*                           :
*Google, LLC*, No. 1:21-cv-06884-PKC                            :
(S.D.N.Y.)                                                      :
                                                                :
*AIM Media Tex. Operating, LLC v. Google,*                      :
*LLC*, No. 1:21-cv-06888-PKC (S.D.N.Y.)                         :
                                                                :
*Brown Cnty. Publ'g Co., Inc. v. Google, LLC*,                  :
No. 1:21-cv-06915-PKC (S.D.N.Y.)                                :
                                                                :
*Clarksburg Publ'g Co., d/b/a WV News v.*                       :
*Google, LLC*, No. 1:21-cv-06840-PKC                            :
(S.D.N.Y.)                                                      :
                                                                :
*Coastal Point LLC v. Google, LLC*, No. 1:21-                   :
cv-06824-PKC (S.D.N.Y.)                                         :
                                                                :
*Eagle Printing Co. v. Google, LLC*, No. 1:21-                  :
cv-06881-PKC (S.D.N.Y.)                                         :
                                                                :
*ECENT Corp. v. Google, LLC*, No. 1:21-cv-                      :
06817-PKC (S.D.N.Y.)                                            :
                                                                :
*Emmerich Newspapers, Inc. v. Google, LLC*,                     :
No. 1:21-cv-06794-PKC (S.D.N.Y.)                                :
                                                                :
*Flag Publ'ns, Inc. v. Google, LLC*, No. 1:21-                  :
cv-06871-PKC (S.D.N.Y.)                                         :
                                                                :
[Caption continued on following page.]                          :
                                                                :
---------------------------------------------------------------- x

| | |
|---|---|
| *Gale Force Media, LLC v. Google, LLC*, No. 1:21-cv-06909-PKC (S.D.N.Y.) | : : : |
| *HD Media Co., LLC v. Google, LLC*, No. 1:21-cv-06796-PKC (S.D.N.Y.) | : : |
| *Journal Inc. v. Google, LLC*, No. 1:21-cv-06828-PKC (S.D.N.Y.) | : : : x |

I, Paul J. Geller, declare as follows:

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Paul J. Geller, am a member with the law firm of Robbins Geller Rudman & Dowd LLP. I submit this affidavit in support of my motion for admission *Pro Hac Vice* in the above-captioned matter.

1. I have not been convicted of a felony.

2. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me in any state or federal court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of August, 2021, at Boca Raton, Florida.

_____
PAUL J. GELLER

Subscribed and sworn to before me on this 30th day of August, 2021.

_____
Notary Public

My Commission expires 05/16/25

CAROL REYNOLDS
MY COMMISSION # HH 086527
EXPIRES: May 16, 2025
Bonded Thru Notary Public Underwriters