# EXHIBIT A

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do*

*hereby certify that*

**STUART ANDREW DAVIDSON**

*was admitted as an attorney and counselor entitled to practice law in all the*

*Courts of the State of Florida on* **SEPTEMBER 26, 1996,** *is presently in good*

*standing, and that the private and professional character of the attorney appear*

*to be good.*



*WITNESS my hand and the Seal of the*

*Supreme Court of Florida at Tallahassee,*

*the Capital, this AUGUST 20, 2021.*

**Clerk of the Supreme Court of Florida**

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

STUART ANDREW DAVIDSON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

September 18, 2019

Given under my hand and seal of this court on

August 20, 2021

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration