UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re GOOGLE ADVERTISING ANTITRUST : No. 21-md-3010 (PKC)
LITIGATION :
                                         :
---------------------------------------- x  P. Kevin Castel District Judge
                                         :
This Document Relates To:                :  ORDER FOR ADMISSION *PRO HAC VICE*
                                         :  OF MAXWELL H. SAWYER
*AIM Media Ind. Operating, LLC v. Google,*  :
*LLC*, No. 1:21-cv-06912-PKC (S.D.N.Y.)  :
                                         :
*AIM Media Midwest Operating, LLC v.*    :
*Google, LLC*, No. 1:21-cv-06884-PKC     :
(S.D.N.Y.)                               :
                                         :
*AIM Media Tex. Operating, LLC v. Google,* :
*LLC*, No. 1:21-cv-06888-PKC (S.D.N.Y.)  :
                                         :
*Brown Cnty. Publ'g Co., Inc. v. Google, LLC*, :
No. 1:21-cv-06915-PKC (S.D.N.Y.)         :
                                         :
*Clarksburg Publ'g Co., d/b/a WV News v.* :
*Google, LLC*, No. 1:21-cv-06840-PKC     :
(S.D.N.Y.)                               :
                                         :
*Coastal Point LLC v. Google, LLC*, No. 1:21- :
cv-06824-PKC (S.D.N.Y.)                  :
                                         :
*Eagle Printing Co. v. Google, LLC*, No. 1:21- :
cv-06881-PKC (S.D.N.Y.)                  :
                                         :
*ECENT Corp. v. Google, LLC*, No. 1:21-cv- :
06817-PKC (S.D.N.Y.)                     :
                                         :
*Emmerich Newspapers, Inc. v. Google, LLC*, :
No. 1:21-cv-06794-PKC (S.D.N.Y.)         :
                                         :
*Flag Publ'ns, Inc. v. Google, LLC*, No. 1:21- :
cv-06871-PKC (S.D.N.Y.)                  :
                                         :
[Caption continued on following page.]   :
                                         :
---------------------------------------- x

*Gale Force Media, LLC v. Google, LLC*,          :
No. 1:21-cv-06909-PKC (S.D.N.Y.)                 :
                                                 :
*HD Media Co., LLC v. Google, LLC*, No.          :
1:21-cv-06796-PKC (S.D.N.Y.)                     :
                                                 :
*Journal Inc. v. Google, LLC*, No. 1:21-cv-      :
06828-PKC (S.D.N.Y.)                             :
                                              x

The motion of Maxwell H. Sawyer, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the State Bar of Florida (Bar No. 1003922) and that his contact information is as follows:

|  |  |
|---|---|
| Applicant Name: | Maxwell H. Sawyer |
| Firm Name: | Robbins Geller Rudman & Dowd LLP |
| Address: | 120 East Palmetto Park Road, Suite 500 |
| City / State / Zip: | Boca Raton, FL  33432 |
| Telephone: | 561/750-3000 |
| Fax: | 561/750-3364 |
| E-mail: | msawyer@rgrdlaw.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs Brown County Publishing Company Inc.; Multi Media Channels, LLC; Clarksburg Publishing Company, d.b.a. WV News; Coastal Point LLC; Eagle Printing Company; ECENT Corporation; Emmerich Newspapers, Incorporated; J.O. Emmerich & Associates, Inc.; Delta-Democrat Publishing Company; Commonwealth Publishing Company, Inc.; Delta Press Publishing Company, Inc.; Newton County Appeal Inc.; Marion Publishing, Company; Yazoo Newspaper, Co., Inc.; Sunland Publishing, Company, Inc.; Simpson Publishing Co., Inc.; Montgomery Publishing Co., Inc.; Franklinton Publishing Co., Inc.; Charleston Publishing Co., Inc.; Clarion Publishing Company, Inc.; Scott Publishing, Inc.; Clarke Publishing, Inc.; Hattiesburg Publishing, Inc.; Tallulah Publishing, Inc.; Louisville Publishing, Inc.; Kosciusko Star-Herald, Inc.; Enterprise Tocsin, Inc.; Grenada Star, Inc.; Tate Record Inc.; Journal, Inc.; HD Media Company LLC; AIM Media Indiana Operating, LLC; AIM Media Midwest Operating, LLC; AIM Media Texas Operating, LLC; Flag Publications, Inc.; and Gale Force Media, LLCin the above-captioned action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.

DATED: _____     _____
                                          THE HONORABLE P. KEVIN CASTEL
                                          UNITED STATES DISTRICT JUDGE