UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

In re GOOGLE ADVERTISING ANTITRUST LITIGATION

No. 21-md-3010 (PKC)

P. Kevin Castel District Judge

CERTIFICATE OF SERVICE

This Document Relates To:

*AIM Media Ind. Operating, LLC v. Google, LLC*, No. 1:21-cv-06912-PKC (S.D.N.Y.)

*AIM Media Midwest Operating, LLC v. Google, LLC*, No. 1:21-cv-06884-PKC (S.D.N.Y.)

*AIM Media Tex. Operating, LLC v. Google, LLC*, No. 1:21-cv-06888-PKC (S.D.N.Y.)

*Brown Cnty. Publ'g Co., Inc. v. Google, LLC*, No. 1:21-cv-06915-PKC (S.D.N.Y.)

*Clarksburg Publ'g Co., d/b/a WV News v. Google, LLC*, No. 1:21-cv-06840-PKC (S.D.N.Y.)

*Coastal Point LLC v. Google, LLC*, No. 1:21-cv-06824-PKC (S.D.N.Y.)

*Eagle Printing Co. v. Google, LLC*, No. 1:21-cv-06881-PKC (S.D.N.Y.)

*ECENT Corp. v. Google, LLC*, No. 1:21-cv-06817-PKC (S.D.N.Y.)

*Emmerich Newspapers, Inc. v. Google, LLC*, No. 1:21-cv-06794-PKC (S.D.N.Y.)

*Flag Publ'ns, Inc. v. Google, LLC*, No. 1:21-cv-06871-PKC (S.D.N.Y.)

[Caption continued on following page.]

---------------------------------------x

| | |
|---|---|
| *Gale Force Media, LLC v. Google, LLC*, No. 1:21-cv-06909-PKC (S.D.N.Y.) | : : : |
| *HD Media Co., LLC v. Google, LLC*, No. 1:21-cv-06796-PKC (S.D.N.Y.) | : : : |
| *Journal Inc. v. Google, LLC*, No. 1:21-cv-06828-PKC (S.D.N.Y.) | : : x |

- 1 -

I hereby certify under penalty of perjury that on September 8, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Maxwell H. Sawyer
MAXWELL H. SAWYER

ROBBINS GELLER RUDMAN
  & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

E-mail:  msawyer@rgrdlaw.com

# Mailing Information for a Case 1:21-md-03010-PKC In re: Google Digital Advertising Antitrust Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aden Martin Allen**
  aallen@wsgr.com

- **Elin S Alm**
  ealm@nd.gov

- **David M. Ashton**
  david.ashton@texasattorneygeneral.gov,sabrina.mallard@texasattorneygeneral.gov

- **Peter T Barbur**
  pbarbur@cravath.com

- **Brian W Barnes**
  bbarnes@cooperkirk.com

- **Scott Leroy Barnhart**
  scott.barnhart@atg.in.gov

- **Zina Bash**
  zina.bash@kellerlenkner.com

- **Kate M. Baxter-Kauf**
  kmbaxter-kauf@locklaw.com,jpgramlich@locklaw.com

- **Kimberley Biagioli**
  Kimberley.Biagioli@ago.mo.gov

- **Daniel S. Bitton**
  dsb@avhlaw.com

- **David Boies**
  dboies@bsfllp.com

- **Kip T. Bollin**
  kip.bollin@thompsonhine.com,ECFDocket@thompsonhine.com

- **Jamie L Boyer**
  jboyer@koreintillery.com

- **Alex Jerome Brown**
  alex.brown@lanierlawfirm.com,3511928420@filings.docketbird.com,audrey.moore@lanierlawfirm.com

- **Joseph M. Bruno**
  jbruno@brunobrunolaw.com

- **Jonathon D. Byrer**
  jbyrer@koreintillery.com

- **Bryce L Callahan**
  bcallahan@yettercoleman.com

- **Johnathan R Carter**
  johnathan.carter@arkansasag.gov

- **Solomon B. Cera**
  scera@cerallp.com,pmarkert@cerallp.com,clc@cerallp.com,keg@cerallp.com,jrl@cerallp.com,cdirksen@cerallp.com

- **Mark A. Colantonio**
  mark@fitzsimmonsfirm.com

- **Timothy Patrick Conroy**
  timothypconroy@gmail.com

- **Charles J Cooper**
  ccooper@cooperkirk.com,elizza@cooperkirk.com,johlendorf@cooperkirk.com,ktroilo@cooperkirk.com

- **Andrew Dieter Cordo**
  acordo@wsgr.com

- **Ryan Z. Cortazar**
  rcortazar@koreintillery.com

- **Caitlin Goldwater Coslett**
  ccoslett@bm.net

- **Shawn Cowles**
  shawn.cowles@oag.texas.gov

- **Eric L. Cramer**
  ecramer@bm.net,dgiovanetti@bm.net

- **Mary Csarny**
  Mary.Csarny@ThompsonHine.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com,khanson@rgrdlaw.com

- **Brett Talmage DeLange**
  brett.delange@ag.idaho.gov,lynn.mize@ag.idaho.gov,oscar.klaas@ag.idaho.gov

- **Zeke DeRose , III**
  zeke.derose@lanierlawfirm.com

- **Michael C Dell'Angelo , IV**
  mdellangelo@bm.net

- **Abby Lauren Dennis**
  adennis@bsfllp.com,abby--dennis-7408@ecf.pacerpro.com

- **James R. Dugan , II**
  jdugan@dugan-lawfirm.com,dscalia@dugan-lawfirm.com,dplymale@dugan-lawfirm.com,bonnie@dugan-lawfirm.com

- **Marc Howard Edelson**
  medelson@edelson-law.com

- **Kara A. Elgersma**
  kae@wexlerwallace.com,ecf@wexlerwallace.com

- **Jordan Elias**
  jelias@girardsharp.com,5261237420@filings.docketbird.com,avongoetz@girardsharp.com

- **Julie Elmer**
  julie.elmer@freshfields.com

- **Randall P. Ewing , Jr**
  REwing@KoreinTillery.com,gkaminsky@koreintillery.com

- **Paul T. Farrell, Jr**
  paul@farrellfuller.com

- **Andrew William Ferich**
  aferich@ahdootwolfson.com

- **Clayton J. Fitzsimmons**
  Clayton@fitzsimmonsfirm.com

- **Robert Patrick Fitzsimmons**
  bob@fitzsimmonsfirm.com

- **Isaac Ralston Forman**
  iforman@hfdrlaw.com

- **Michael Jay Fuller**
  mike@farrellfuller.com

- **Michael Jay Fuller , Jr**
  mike@farrellfuller.com,edna@mchughfuller.com

- **Michael Jay Fuller , Jr**
  mike@farrellfuller.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Max C. Gottlieb**
  mgottlieb@hfdrlaw.com

- **Joshua H. Grabar**
  jgrabar@grabarlaw.com

- **Robert Gralewski, Jr**
  bgralewski@kmllp.com

- **Benjamin M. Greenblum**
  bgreenblum@wc.com

- **Philip Lawrence Gregory**
  pgregory@gregorylawgroup.com

- **Nicholas G. Grimmer**
  nick.grimmer@oag.texas.gov

- **Parrell D Grossman**
  pgrossman@nd.gov
- **Scott M Grzenczyk**
  scottg@girardsharp.com,7488696420@filings.docketbird.com,avongoetz@girardsharp.com
- **Daniel E. Gustafson**
  dgustafson@gustafsongluek.com
- **John David Harkrider**
  jdh@avhlaw.com
- **Rebecca M Hartner**
  rhartner@scag.gov
- **Daniel C. Hedlund**
  dhedlund@gustafsongluek.com
- **Philip R Heleringer**
  philip.heleringer@ky.gov
- **John C. Herman**
  jherman@hermanjones.com
- **Brianna S. Hills**
  bhills@bsfllp.com
- **Michael B. Hissam**
  mhissam@hfdrlaw.com
- **Stephen Mark Hoeplinger**
  stephen.hoeplinger@ago.mo.gov
- **Fred Taylor Isquith**
  fisquith@zsz.com,isquithlaw@gmail.com
- **Frederick Taylor Isquith , Sr**
  ftisquith@zsz.com
- **Lee Istrail**
  lee.istrail@myfloridalegal.com
- **Jonathan M. Jacobson**
  jjacobson@wsgr.com,ageritano@wsgr.com,lalmeida@wsgr.com,cstavros@wsgr.com
- **Rachel Annie Jarvis**
  jarvislawgroup@gmail.com
- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Steven M. Jodlowski - PHV**
  sjodlowski@rgrdlaw.com
- **Rachel Renee Johnson**
  rjohnson@ahdootwolfson.com
- **Ashley C. Keller**
  ack@kellerlenkner.com,docket@kellerlenkner.com
- **Bradley K. King**
  bking@ahdootwolfson.com,twolfson@ahdootwolfson.com,rahdoot@ahdootwolfson.com,filings@ahdootwolfson.com,1946088420@filings.docketbird.com
- **Michael E. Klenov**
  mklenov@koreintillery.com,ldunn@koreintillery.com
- **Philip C. Korologos**
  pkorologos@bsfllp.com,jkramer@bsfllp.com,eresnicow@bsfllp.com,NYC_Managing_Clerk@bsfllp.com,tshort@bsfllp.com,mlebron@bsfllp.com,philip-korologos-7041@ecf.pacerpro.com
- **David H. Kramer**
  dkramer@wsgr.com,dgrubbs@wsgr.com
- **Tim LaComb**
  tlacomb@moginrubin.com
- **Benjamin Labow**
  blabow@wsgr.com
- **Yvette K Lafrentz**
  yvette.lafrentz@state.sd.us
- **April D Lambert**
  alambert@radicelawfirm.com

- **April Dawn Lambert**
  alambert@radicelawfirm.com

- **W Mark Lanier**
  jrm@lanierlawfirm.com

- **Vanessa Allen Lavely**
  vlavely@cravath.com,abahri@cravath.com,mamiller@cravath.com,dphillips@cravath.com

- **Karen M. Lerner**
  klerner@kmllp.com

- **Matthew Levinton**
  Matthew.Levinton@oag.texas.gov

- **Chelsea C. Lewis**
  chelsea.lewis@formanwatkins.com

- **John Christian Lewis**
  christian.lewis@ky.gov

- **Robert Litan**
  rlitan@koreintillery.com

- **Robert E. Litan**
  rlitan@koreintillery.com

- **Jacqueline Hsiang Liu**
  jhliu@wsgr.com,ageritano@wsgr.com

- **Patrick Fanning Madden**
  pmadden@bm.net,jgionnette@bm.net

- **Eric Mahr**
  eric.mahr@freshfields.com

- **Hsiao C. Mao**
  mmao@bsfllp.com

- **Pamela A. Markert**
  pmarkert@cerallp.com

- **Hart Martin**
  hart.martin@ago.ms.gov

- **Marie W.L. Martin**
  dpotnar@ag.nv.gov,mmartin@ag.nv.gov,mhodges@ag.nv.gov

- **Mark W Mattioli**
  mmattioli@mt.gov,BEkola@mt.gov

- **Theodore W. Maya**
  tmaya@ahdootwolfson.com

- **Derriel Carlton McCorvey**
  derriel@mccorveylaw.com

- **Sabria Alexandra McElroy**
  smcelroy@bsfllp.com

- **Matthew Alan Michaloski**
  matthew.michaloski@atg.in.gov

- **Mint Rose Day Spa LLC**
  Mintrosedayspa@gmail.com

- **David W. Mitchell**
  davidm@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David W. Mitchell - PHV**
  davidm@rgrdlaw.com

- **Daniel Jay Mogin**
  dmogin@moginrubin.com,jchatfield@moginrubin.com,steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com,sejercito@moginrubin.com,sbuack@moginrubin.com,ngeraci@moginrubin.com,nambrosetti@moginrubin.com,jwilliams@moginrubin.com

- **Jason Blake Mollick**
  jmollick@wsgr.com,ageritano@wsgr.com

- **Dianne M. Nast**
  dnast@nastlaw.com

- **Michelle C Newman**
  mnewman@ag.nv.gov,dpotnar@ag.nv.gov,mhodges@ag.nv.gov

- **Daniel Jay Nordin**
  dnordin@gustafsongluek.com

- **Carol L. O'Keefe**
  cokeefe@koreintillery.com

- **Carol Lee O'Keefe**
  cokeefe@koreintillery.com,jwitteried@koreintillery.com

- **Jennifer M. Oliver**
  joliver@moginrubin.com

- **John K Olson**
  john.olson@ag.idaho.gov

- **Kevin J. Orsini**
  korsini@cravath.com,mao@cravath.com,FBADTechAssociates@cravath.com,pbarbur@cravath.com,Antitrust_Paralegals@cravath.com

- **Jesse Michael Panuccio**
  jpanuccio@bsfllp.com

- **Daniel J. Pfefferbaum**
  dpfefferbaum@rgrdlaw.com,dpfefferbaumRGRD@ecf.courtdrive.com

- **Jeffery G Pickett**
  jeff.pickett@alaska.gov

- **Tara W Pincock**
  tpincock@agutah.gov

- **Adam E Polk**
  apolk@girardsharp.com,avongoetz@girardsharp.com,3768906420@filings.docketbird.com

- **Warren D Postman**
  wdp@kellerlenkner.com

- **John D. Radice**
  jradice@radicelawfirm.com

- **Harold S. Reeves**
  hreeves@cooperkirk.com

- **Martha Reiser**
  mreiser@cravath.com

- **Sophia Marie Rios**
  srios@bm.net

- **Sean P. Rodriguez**
  srodriguez@bsfllp.com,sphan@bsfllp.com,sean-rodriguez-4625@ecf.pacerpro.com

- **Thaizza M Rodriguez**
  trodriguez@justicia.pr.gov

- **David Evan Ross**
  dross@seitzross.com

- **Jonathan Rubin**
  jrubin@moginrubin.com,jchatfield@moginrubin.com,sbuack@moginrubin.com,tlacomb@moginrubin.com,ngeraci@moginrubin.com,jsidhwa@moginrubin.com,dmo

- **Jonathan Laurence Rubin**
  jrubin@moginrubin.com

- **Franklin M Rubinstein**
  frubinstein@wsgr.com

- **John E. Schmidtlein**
  jschmidtlein@wc.com

- **Justina K. Sessions**
  jsessions@wsgr.com,ageritano@wsgr.com

- **Justina Kahn Sessions**
  jsessions@wsgr.com

- **Christina H. C. Sharp**
  dsharp@girardsharp.com,avongoetz@girardsharp.com,8388361420@filings.docketbird.com

- **Dena C. Sharp**
  dsharp@girardsharp.com

- **Heidi M. Silton**
  hmsilton@locklaw.com,lgn-hmsilton@ecf.courtdrive.com,hnpotteiger@locklaw.com,sljuell@locklaw.com

- **William Nelson Sinclair**
  bsinclair@mdattorney.com

- **SkinnySchool LLC**
  info@mariamarquesfitness.com

- **Brooke Clason Smith**
  brooke.smith@kellerlenkner.com

- **Michael S Sommer**
  msommer@wsgr.com,ageritano@wsgr.com

- **Dennis Stewart**
  dstewart@gustafsongluek.com

- **Christopher Eric Stiner**
  cstiner@ahdootwolfson.com

- **Archana Tamoshunas**
  atamoshunas@tcllaw.com

- **David H Thompson**
  dthompson@cooperkirk.com,ebarton@cooperkirk.com,ctheriot@cooperkirk.com

- **John Thorne**
  jthorne@kellogghansen.com,sthorne@kellogghansen.com,csella@kellogghansen.com

- **Stephen M. Tillery**
  stillery@koreintillery.com,ldunn@koreintillery.com,leckhardt@koreintillery.com

- **Lucas J Tucker**
  ltucker@ag.nv.gov,dpotnar@ag.nv.gov,mhodges@ag.nv.gov

- **Serina M. Vash**
  svash@hermanjones.com

- **Serina Marie Vash**
  svash@hermanjones.com

- **Jeffrey M. Wakefield**
  jwakefield@fsblaw.com

- **Daniel John Walker**
  dwalker@bm.net

- **R Floyd Walker**
  floyd.walker@puc.texas.gov,robert.lewis@oag.texas.gov,fwalker@curvedearth.com,gabriella.gonzalez@oag.texas.gov

- **Marc Alfred Wallenstein**
  mwallenstein@koreintillery.com

- **Michaela Wallin**
  mwallin@bm.net

- **Clarence Webster , III**
  cwebster@babc.com

- **Kenneth A. Wexler**
  kaw@wexlerwallace.com,ecf@wexlerwallace.com

- **James A. Wilson**
  jawilson@vorys.com

- **Tina Wolfson**
  twolfson@ahdootwolfson.com,rjohnson@ahdootwolfson.com,bking@ahdootwolfson.com,filings@ahdootwolfson.com,pmarc@ahdootwolfson.com,rahdoot@ahdootw

- **Stephen Yelderman**
  stephen.yelderman@kellerlenkner.com

- **R Paul Yetter**
  pyetter@yettercoleman.com

- **George A. Zelcs**
  gzelcs@koreintillery.com,ldunn@koreintillery.com,leckhardt@koreintillery.com,gkaminsky@koreintillery.com,mbannester@koreintillery.com,dhutton@koreintillery.c

- **Jason Allen Zweig**
  jaz@kellerlenkner.com,docket@kellerlenkner.com

- **Peter Bradford deLeeuw**
  brad@deleeuwlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Erin          K Dickinson**
Crueger Dickinson LLC
4532 N Oakland Ave
Whitefish Bay, WI 53211