# EXHIBIT 15
# REDACTED

| | | |
|---|---|---|
| **From:** | ████████████████ | |
| **Sent:** | Thursday, March 18, 2010 9:41 AM | |
| **To:** | ████████████ | |
| **Cc:** | ████████████████████████████████ | |
| | ████████████████████████ | |
| | ████████████ | |
| **Subject:** | 答复: 答复: (Lyndon) Requirments for Android's Google Application from Inventec Appliances (Jiangning) Corporation | |

Hi, ████,

Yes, we had acces to your compatibility sites and downloaded CTS test program for version 1.5/1.6/2.1. We had test our Android working sample, the attached file is our first test report.

Last year we used an existing hardware platform to migrate the Cupcake version. Before we finished all the development, we desided to transfer our hardware platform to MSM7X27, so some of the software functions are not ready on this working sample.

The following hardware features are not compatible with Android 1.5 Definition:
* LCD: FWVGA
* Compass: Hardware do not support
* Wifi:  Software do not ready
* GPS: Software do not ready

The software test result are summarized as following:

Tests Passed  21217
Tests Failed 166
Tests Timed out 0
Tests Not Executed 0

| Test Package | Passed | Failed | Timed Out | Total Tests |
|---|---|---|---|---|
| SignatureTest | 1 | 0 | 0 | 1 |
| ApiDemosReferenceTest | 1 | 0 | 0 | 1 |
| CtsAppTestCases | 176 | 51 | 0 | 227 |
| CtsContentTestCases | 413 | 5 | 0 | 418 |
| CtsDatabaseTestCases | 167 | 0 | 0 | 167 |
| CtsGraphicsTestCases | 657 | 0 | 0 | 657 |
| CtsHardwareTestCases | 2 | 2 | 0 | 4 |
| CtsLocationTestCases | 41 | 3 | 0 | 44 |
| CtsNetTestCases | 55 | 2 | 0 | 57 |
| CtsOsTestCases | 265 | 0 | 0 | 265 |

1

HIGHLY CONFIDENTIAL

GOOG-DOJ-00158935

| | | | |
|---|---|---|---|
| CtsPermissionTestCases | 63 | 0 | 0 | 63 |
| CtsProviderTestCases | 85 | 0 | 0 | 85 |
| CtsTextTestCases | 519 | 4 | 0 | 523 |
| CtsUtilTestCases | 76 | 0 | 0 | 76 |
| CtsViewTestCases | 279 | 1 | 0 | 280 |
| CtsWidgetTestCases | 707 | 32 | 0 | 739 |
| android.core.tests.annotation | 13 | 0 | 0 | 13 |
| android.core.tests.archive | 264 | 0 | 0 | 264 |
| android.core.tests.concurrent | 1143 | 0 | 0 | 1143 |
| android.core.tests.crypto | 333 | 0 | 0 | 333 |
| android.core.tests.dom | 539 | 0 | 0 | 539 |
| android.core.tests.logging | 396 | 0 | 0 | 396 |
| android.core.tests.luni.io | 964 | 0 | 0 | 964 |
| android.core.tests.luni.lang | 1319 | 0 | 0 | 1319 |
| android.core.tests.luni.net | 529 | 33 | 0 | 562 |
| android.core.tests.luni.util | 1200 | 0 | 0 | 1200 |
| android.core.tests.math | 830 | 0 | 0 | 830 |
| android.core.tests.nio | 3081 | 0 | 0 | 3081 |
| android.core.tests.nio_char | 673 | 0 | 0 | 673 |
| android.core.tests.prefs | 108 | 0 | 0 | 108 |
| android.core.tests.regex | 149 | 0 | 0 | 149 |
| android.core.tests.security | 1538 | 28 | 0 | 1566 |
| android.core.tests.sql | 528 | 0 | 0 | 528 |
| android.core.tests.text | 455 | 5 | 0 | 460 |
| android.core.tests.xml | 260 | 0 | 0 | 260 |
| android.core.tests.xnet | 286 | 0 | 0 | 286 |
| android.core.vm-tests | 3102 | 0 | 0 | 3102 |

Best Regards

████████

...................................................................................................................................................

发件人：███████████████████████████

发送时间：2010年3月18日 8:41

收件人：████████████ 陈██ 洋 IAC-N)

抄送：████████████████████████████████████ ███████ █████████████████ 才

████████████ ██ █████████████████

主题：Re: 答复: (Lyndon) Requirments for Android's Google Application from Inventec Appliances (Jiangning) Corporation

████,

████████████ informed me that he has set you up with access to our compatibility sites. Have you checked if your device is compatible?

Regards,

HIGHLY CONFIDENTIAL                                                                                              GOOG-DOJ-00158936



On Wed, Mar 17, 2010 at 9:47 AM, ████████@████████████ wrote:

Hi █████,

    Many thanks for your information and now we understand primarily what we need to provide to Google.

    I would like to explain that Inventec(IEC) and Inventec Appliances Corporation(IAC) are two independent companies.  IAC, focusing on smart handheld devices including mobile phones,  was seperated from IEC in 2000. IEC and IAC are listed separately in Taiwan stock market. There is no business relationship between these two. So I think it is better that I can contact you directly.

    We developed a prototype of Android phone based on Qualcomm MSM7200A last year. It is our first Android phone, so I am not sure whether it can pass your technical evaluation. Would you please tell me how I can contact directly to discuss in detail?  It will be a great help if you can give us more information about Google's technical or any other requirements for the prototype.

Best Regards

████████████



发件人: ████████████████████████
发送时间: 2010年3月17日 15:48
收件人: ████████ (████ IAC-N)
抄送: ███████████████████████████████████████████████████████████(██)才
████████████ ██ 峰 IAC-N)
主题: Re: (Lyndon) Requirments for Android's Google Application from Inventec Appliances (Jiangning) Corporation

████████,

In order to help us assess this request, please can you provide the following:

- We need to see a prototype of the Android device with Android running on it (to be evaluated by our tech team)
- We need to get rough forecasts of volume sales

With this information we are able to prioritize partners for GMS licenses.

Regards,

████████████

Android Business Development

On Thu, Mar 11, 2010 at 11:11 PM, <████████████████████████> wrote:

Dear Sirs,

3

HIGHLY CONFIDENTIAL

GOOG-DOJ-00158937

We are Inventec Appliances (Jiangning) Corporation, one of the three major facilities of Inventec Appliances Corporation. We are focused on design, manufacturing and sales of mobile phone business. Our markets cover China, Japan, Taiwan, India, Thai, and other Asian countries as well as African and South American countries. Our current product platforms include Windows Mobile, BREW, and open-source Redhat eCos as well. Attached please see detailed company profile.

We started development of Google Android from 2008. And we succesfully ported Android Cupcake Version onto Qualcomm 72xx chipset based handsets. More investment will be made on Android platform going forward.

Currently we plan to offer products based on Android Éclair platform to our customer, and adding applications like
> Gmail,
> Google Maps,
> Android Market
> GTalk,
> Calendar & Contacts (Support synchronizing with Gmail Server) ,
> YouTube ,
> and etc.

If we can implement these applications successfully. It will help a lot to our handsets sales.

We'd like to understand whether Google is able to provide us with these applications and what business models you have to provide them. Can we have a detaileded discussion?

Thank you  very much!

Best Regards

██████████

Director of System Development Division 1
**Inventec Appliances (Jiangning) Corporation**
英華達(南京)科技有限公司
**No.133 JiangJun Road, Jiangning Economic and Technological Development Zone, Nanjing, Jiangsu, P.R. of China**
**Tel:** ████████████████
**Fax:** █████████████
**Mobile:** █████████ **(China)**
**E-mail:** █████████████████████████

**This e-mail may contain trade secrets or privileged, undisclosed or otherwise confidential information. This e-mail is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, distribution or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by return and delete this email from your system. Thank you for your cooperation.**

HIGHLY CONFIDENTIAL

GOOG-DOJ-00158938