**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: Google Digital Advertising Antitrust
Litigation

_____

P. KEVIN CASTEL, District Judge

1:21-md-3010 (PKC)

## MOTION OF PAUL T. FARRELL, JR.
## FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Paul T. Farrell, Jr., hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the following plaintiffs in the above-captioned action: AIM Media Midwest Operating, LLC; AIM Media Texas Operating, LLC; Aim Media Indiana Operating, LLC; Brown County Publishing Company Inc.; Charleston Publishing Co., Inc.; Clarion Publishing Company, Inc.; Clarke Publishing, Inc.; Clarksburg Publishing Company; Coastal Point LLC; Commonwealth Publishing Company, Inc.; Delta Press Publishing Company, Inc.; Delta-Democrat Publishing Company; ECENT Corporation; Eagle Printing Company; Emmerich Newspapers, Incorporated; Enterprise-Tocsin, Inc.; Flag Publications, Inc. Franklinton Publishing Co., Inc.; Gale Force Media, LLC; Grenada Star, Inc.; HD Media Company, LLC; Hattiesburg Publishing, Inc.; J.O. Emmerich & Associates, Inc.; Journal, Inc.; Kosciusko Star-Herald, Inc.; Louisville Publishing, Inc.; Marion Publishing Company; Montgomery Publishing Co., Inc.; Multi Media Channels LLC; Newton County Appeal Inc.; Scott

Publishing, Inc.; Simpson Publishing Co., Inc.; Sunland Publishing Company, Inc.; Tallulah Publishing, Inc.; Tate Record, Inc.; and Yazoo Newspaper Co., Inc.

I am in good standing of the bars of the states of West Virginia, Ohio and Kentucky and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. In support of this motion, I am attaching the notarized Affidavit required by Local Rule 1.3.

Dated: September 9, 2021    Respectfully Submitted,

          */s/ Paul T. Farrell, Jr.*
          Paul T. Farrell, Jr.
          **FARRELL & FULLER, LLC**
          1311 Ponce de Leon Ave., Suite 202
          San Juan, PR  00907
          304-654-8281 – Mobile
          939-293-8244 – Office
          939-293-8245 – Fax
          paul@farrellfuller.com