IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Google Digital Advertising Antitrust Litigation

_____

P. KEVIN CASTEL, District Judge

1:21-md-3010 (PKC)

**AFFIDAVIT OF PAUL T. FARRELL, JR.
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Paul T. Farrell, Jr., make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice*, pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York and, being duly sworn, do declare as follows:

(1) I am a lawyer and member of FARRELL & FULLER, LLC;

(2) My business address is 1311 Ponce de Leon Ave., Suite 202, San Juan, Puerto Rico 00907;

(3) I am a member in good standing of the bars of West Virginia, Ohio and Kentucky;

(4) My bar identification numbers are 7443 (West Virginia); 0070257 (Ohio) and 94164 (Kentucky);

(5) Certificates of Good Standing from West Virginia, Ohio and Kentucky are attached to this Affidavit as Exhibits A, B, and C, respectively, which have been issued within 30 days of this motion;

(6) I have never been convicted of a felony;

(7) I have never been censured, suspended, disbarred or denied admission or readmission by any court;

(8) There are no disciplinary proceedings presently against me;

(9) I attest that I am a registered user of ECF in the United States District Court for the Southern District of New York;

(l0) I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Southern District of New York; and

(11) Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

And further this affiant sayeth naught.

_____
Paul T. Farrell, Jr.

Taken sworn to and subscribed before me on the 9th day of ____September____, 2021.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
LORA H. CHAFIN
1132 8TH STREET
HUNTINGTON, WV 25701
My Commission Expires MARCH 23, 2024

_____
Notary Public

My Commission Expires:

__March 23, 2024_____