IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Google Digital Advertising Antitrust Litigation

1:21-md-3010 (PKC)

P. KEVIN CASTEL, District Judge

## ORDER GRANTING
## PAUL T. FARRELL, JR. ADMISSION PRO HAC VICE

The motion of Paul T. Farrell, Jr. for admission to practice *Pro Hac Vice* in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bars of the states of West Virginia, Ohio, and Kentucky; and that his contact information is as follows:

> Paul T. Farrell, Jr.
> **FARRELL & FULLER, LLC**
> 1311 Ponce de Leon Ave., Suite 202
> San Juan, PR  00907
> 304-654-8281 – Mobile
> 939-293-8244 – Office
> 939-293-8245 – Fax
> paul@farrellfuller.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel of record for the Plaintiffs AIM Media Midwest Operating, LLC; AIM Media Texas Operating, LLC;  Aim Media Indiana Operating, LLC; Brown County Publishing Company Inc.; Charleston Publishing Co., Inc.; Clarion Publishing Company, Inc.; Clarke Publishing, Inc.; Clarksburg Publishing Company; Coastal Point LLC; Commonwealth Publishing Company, Inc.; Delta Press Publishing Company, Inc.; Delta-Democrat Publishing Company; ECENT Corporation; Eagle

Printing Company; Emmerich Newspapers, Incorporated; Enterprise-Tocsin, Inc.; Flag Publications, Inc.; Franklinton Publishing Co., Inc.; Gale Force Media, LLC; Grenada Star, Inc.; HD Media Company, LLC; Hattiesburg Publishing, Inc.; J.O. Emmerich & Associates, Inc.; Journal, Inc.; Kosciusko Star-Herald, Inc.; Louisville Publishing, Inc.; Marion Publishing Company; Montgomery Publishing Co., Inc.; Multi Media Channels LLC; Newton County Appeal Inc.; Scott Publishing, Inc.; Simpson Publishing Co., Inc.; Sunland Publishing Company, Inc.; Tallulah Publishing, Inc.; Tate Record, Inc.; and Yazoo Newspaper Co., Inc. in the above-entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
UNITED STATES DISTRICT / MAGISTRATE JUDGE