IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Google Digital Advertising Antitrust Litigation

_____

P. KEVIN CASTEL, District Judge

1:21-md-3010 (PKC)

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2021, service of the foregoing ***Motion of Paul T. Farrell, Jr. for Admission Pro Hac Vice*** was electronically filed with the Clerk of this Court using the CM/ECF system, who shall provide electronic notice of such filing to all counsel of record.

*/s/ Paul T. Farrell, Jr.*
Paul T. Farrell, Jr.