UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Caitlin G. Coslett, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Sterling International Consulting Group in the above-captioned action. I am a member in good standing of the Bars of the Supreme Court of Pennsylvania and the State of New Jersey, and there are no pending disciplinary proceedings against me in any state or federal court, as evidenced by the Certificates of Good Standing annexed hereto. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: September 10, 2021          BERGER MONTAGUE PC

*/s/ Caitlin G. Coslett*
Caitlin G. Coslett
1818 Market Street
Suite 3600
Philadelphia, Pennsylvania 19103
(215) 875-3000
Email: ccoslett@bm.net

## CERTIFICATE OF SERVICE

I certify that on September 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Caitlin G. Coslett*
Caitlin G. Coslett