UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC |

**DECLARATION OF CAITLIN G. COSLETT**

Pursuant to 28 U.S.C. § 1746, I, Caitlin G. Coslett, declare and state the following:

1. I am an attorney with the law firm of Berger Montague PC, counsel for Plaintiff Sterling International Consulting Group in this action. I provide this Declaration in support of my Motion for Admission *Pro Hac Vice*.

2. Unless otherwise indicated below, the matters set forth in this Declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

3. My contact information is as follows:

> Caitlin G. Coslett
> BERGER MONTAGUE PC
> 1818 Market Street
> Suite 3600
> Philadelphia, Pennsylvania 19103
> Telephone: (215) 875-3000
> Facsimile: (215) 875-4604
> Email: ccoslett@bm.net

4. I am a member in good standing of the Bars of the Supreme Court of Pennsylvania and the State of New Jersey, and there are no pending disciplinary proceedings against me in any state or federal court, as evidenced by the Certificates of Good Standing annexed hereto. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied

1

admission or readmission by any court. I am also experienced in Federal practice and am familiar with this Court's Local Rules.

I declare under the penalty of perjury that to the best of my knowledge the foregoing statements are true and correct.


Executed on:   September 10, 2021
               Philadelphia, Pennsylvania


                                                          _____
                                                          Caitlin G. Coslett