

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Caitlin Goldwater Coslett, Esq.*

**DATE OF ADMISSION**

*November 9, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: September 2, 2021**

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk