

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Michael C. Dell'Angelo IV, Esq.*

DATE OF ADMISSION

January 2, 1998

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: September 2, 2021

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk