UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC |

**ORDER FOR ADMISSION PRO HAC VICE**

The Motion of Michael C. Dell'Angelo for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the Bars of the Supreme Court of Pennsylvania and the State of New Jersey; and that his contact information is as follows:

Michael C. Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market Street. Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: mdellangelo@bm.net

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Sterling International Consulting Group in the above-entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
P. Kevin Castel, U.S.D.C. Judge