UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
In re GOOGLE ADVERTISING ANTITRUST : No. 21-md-3010 (PKC)
LITIGATION :
  : P. Kevin Castel District Judge
———————————————————— x
  :
This Document Relates To: : AFFIDAVIT OF JOHN C. HERMAN
*AIM Media Ind. Operating, LLC v. Google,* : IN SUPPORT OF MOTION FOR
*LLC*, No. 1:21-cv-06912-PKC (S.D.N.Y.) : ADMISSION *PRO HAC VICE*

*AIM Media Midwest Operating, LLC v.*
*Google, LLC*, No. 1:21-cv-06884-PKC
(S.D.N.Y.)

*AIM Media Tex. Operating, LLC v. Google,*
*LLC*, No. 1:21-cv-06888-PKC (S.D.N.Y.)

*Brown Cnty. Publ'g Co., Inc. v. Google, LLC*,
No. 1:21-cv-06915-PKC (S.D.N.Y.)

*Clarksburg Publ'g Co., d/b/a WV News v.*
*Google, LLC*, No. 1:21-cv-06840-PKC
(S.D.N.Y.)

*Coastal Point LLC v. Google, LLC*, No. 1:21-
cv-06824-PKC (S.D.N.Y.)

*Eagle Printing Co. v. Google, LLC*, No. 1:21-
cv-06881-PKC (S.D.N.Y.)

*ECENT Corp. v. Google, LLC*, No. 1:21-cv-
06817-PKC (S.D.N.Y.)

*Emmerich Newspapers, Inc. v. Google, LLC*,
No. 1:21-cv-06794-PKC (S.D.N.Y.)

*Flag Publ'ns, Inc. v. Google, LLC*, No. 1:21-
cv-06871-PKC (S.D.N.Y.)

————————————————————
[Caption continued on following page.]
———————————————————— x

*Gale Force Media, LLC v. Google, LLC*, :
No. 1:21-cv-06909-PKC (S.D.N.Y.) :
:
*HD Media Co., LLC v. Google, LLC*, No. :
1:21-cv-06796-PKC (S.D.N.Y.) :
:
*Journal Inc. v. Google, LLC*, No. 1:21-cv- :
06828-PKC (S.D.N.Y.)                              x

I, John C. Herman, declare as follows:

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, John C. Herman, am a partner with the law firm of Herman Jones LLP. I submit this affidavit in support of my Motion for Admission *Pro Hac Vice* in the above-captioned matter.

1. I have not been convicted of a felony.

2. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me in any state or federal court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of September, 2021, at Atlanta, Georgia.

_____
JOHN C. HERMAN

Subscribed and sworn to before me on this 10th day of September, 2021.

_____
Lisa Vash Herman, Notary Public
NOTARY PUBLIC
Fulton County, GEORGIA
My Comm. Expires 04/28/2023

My Commission expires _____