UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC)<br><br>MOTION FOR ADMISSION PRO HAC VICE |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, the undersigned, Timothy Z. LaComb, hereby moves for an Order for admission to practice Pro Hac Vice to appear as counsel for Cliffy Care Landscaping LLC, Kinin, Inc., Rodrock Chiropractic PA, and Raintree Medical and Chiropractic Center LLC in the above-captioned action.

I am a member in good standing of the State Bar of California and State Bar of Wisconsin. There are no pending disciplinary proceedings against me in any state or in federal court. Attached as Exhibit A, see Affidavit of Timothy Z. LaComb in Support of Motion for Admission Pro Hac Vice, are my certificates of good standing issued by the State Bar of California and State Bar of Wisconsin within 30 days of this motion.

Date: September 10, 2021

        /s/ *Timothy Z. LaComb*
Timothy Z. LaComb (Cal. Bar No. 314244)
**MOGINRUBIN LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
(619) 687-6611
tlacomb@moginrubin.com

## CERTIFICATE OF SERVICE

    I hereby certify that on September 10, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

*/s/Timothy Z. LaComb*
Timothy Z. LaComb
