UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC) <br><br> <u>AFFIDAVIT OF TIMOTHY Z. LACOMB IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE</u> |

## AFFIDAVIT OF TIMOTHY Z. LACOMB IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Timothy Z. LaComb, declare and state as follows:

1. I am an attorney at the law firm of MoginRubin LLP, counsel for Cliffy Care Landscaping LLC, Kinin, Inc., Rodrock Chiropractic PA, Raintree Medical and Chiropractic Center LLC. I submit this declaration in support of my motion for an order for admission pro hac vice to the Bar of this Court pursuant to Rule 1.3(c) of the Local Rules of this Court.

2. I am a member in good standing of the state bars of California and Wisconsin.

3. I have not been subject to any disciplinary actions, past or pending, in any state or federal court.

4. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court.

5. I am experienced in federal practice and am familiar with the Federal Rules of Civil Procedure.

6. Attached hereto as Exhibit A are my Certificates of Good Standing issued by the Supreme Courts of California and Wisconsin certifying that I am a member in good standing thereof. I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this tenth day of September 2021, in San Diego, CA.

**Date:** September 10, 2021

*Timothy Z. LaComb*
**MOGINRUBIN LLP**

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this _____ day of September, 20___, by _____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)          Signature _____See_____
                          Notary Public

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __SAN DIEGO__
Subscribed and sworn to (or affirmed) before me this __10__ day of __Sept__, 20__21__ by __Timothy Z Lacomb__ _____, prove to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature _____ (Seal)

GREG KUGLER
COMM. # 2335035
NOTARY PUBLIC·CALIFORNIA
SAN DIEGO COUNTY
EXP. NOV 5, 2024

2

# EXHIBIT A

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### TIMOTHY Z. LaCOMB

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify TIMOTHY Z. LaCOMB, #314244, was on the 21st day of February, 2017 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on this day of September 8th, 2021.*

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Florentina Jimenez, Assistant Deputy Clerk



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Sheila T. Reiff
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

### TIM LACOMB

was admitted to practice as an attorney within this state on July 19, 2013 and is presently in good standing in this court.

Dated: September 9, 2021

SHEILA T. REIFF
Clerk of Supreme Court



AP-7000, 03/2005 Certificate of Good Standing