CJF/klc: 09/13/2021

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: Google Advertising Antitrust Litigation

_____

21-md-3010 (PKC)

P. KEVIN CASTEL, District Judge

### AFFIDAVIT OF CLAYTON J. FITZSIMMONS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Clayton J. Fitzsimmons, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* in the above-captioned matter pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York.

I, Clayton J. Fitzsimmons, being duly sworn, do hereby depose and say as follows:

(1)  I am a lawyer and member of Fitzsimmons Law Firm PLLC.

(2)  My business address is 1609 Warwood Avenue, Wheeling, West Virginia 26003.

(3)  I am a member in good standing of the bars of West Virginia, Ohio and Pennsylvania.

(4)  My bar identification numbers are 10823 (West Virginia); 0093114 (Ohio) and 326653 (Pennsylvania).

(5)  A current certificate of good standing from West Virginia, Ohio and Pennsylvania are attached to this Affidavit as Exhibits A, B, and C respectively.

(6)  I have never been convicted of a felony.

(7)  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

(8)  There are no disciplinary proceedings presently against me.

(9) I attest that I am a registered user of ECF in the United States District Court for the Southern District of New York.

(10) I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Southern District of New York.

(11) Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

And further this affiant sayeth naught.

_____
Clayton J. Fitzsimmons

Taken sworn to and subscribed before me on the 13th day of September, 2021.

_____
Notary Public of, in and for
Ohio County, West Virginia

My Commission Expires:

October 31, 2024



OFFICIAL SEAL
STATE OF WEST VIRGINIA
NOTARY PUBLIC
Kendra Lynn Cottis
1609 Warwood Avenue Wheeling, WV 26003
My Commission Expires October 31, 2024

2