# EXHIBIT A

## CERTIFICATE OF GOOD STANDING
## **WEST VIRGINIA**

STATE OF WEST VIRGINIA

I, Edythe Nash Gaiser, Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Robert P. Fitzsimmons, of Wheeling, West Virginia an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 28th day of March, 1978; that he is an attorney in good standing in said Court and is currently on active status and that his private and professional characters are good.

Given under my hand and seal of said Court, at Charleston, West Virginia, this 7th day of September 2021, and in the 159th year of the State.

_Edythe Nash Gaiser_
Clerk, Supreme Court of Appeals of West Virginia

