# EXHIBIT C

## CERTIFICATE OF GOOD STANDING
# PENNSYLVANIA



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

## *Robert Patrick Fitzsimmons, Esq.*

### DATE OF ADMISSION

*June 27, 1986*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  August 18, 2021

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk