RPF/klc: 09/13/2021

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: Google Advertising Antitrust
Litigation

_____

P. KEVIN CASTEL, District Judge

21-md-3010 (PKC)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September, 2021, service of the foregoing ***Motion for Admission of Robert P. Fitzsimmons for Pro Hac Vice*** was electronically filed with the Clerk of this Court using CM/ECF system, who shall provide electronic notice of such filing to all counsel of record.

Respectfully Submitted,

*/s/ Robert P. Fitzsimmons*
Robert P. Fitzsimmons
FITZSIMMONS LAW FIRM PLLC
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: (304) 277-1700
Fax: (304) 277-1705
bob@fitzsimmonsfirm.com