MAC/klc: 09/13/2021

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Google Advertising Antitrust Litigation<br><br>_____<br><br>P. KEVIN CASTEL, District Judge | 21-md-3010 (PKC) |

## MOTION OF MARK A. COLANTONIO FOR
## ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Mark A. Colantonio hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the following plaintiffs in the above-captioned action: AIM Media Midwest Operating, LLC; AIM Media Texas Operating, LLC; Aim Media Indiana Operating, LLC; Brown County Publishing Company Inc.; Charleston Publishing Co., Inc.; Clarion Publishing Company, Inc.; Clarke Publishing, Inc.; Clarksburg Publishing Company; Coastal Point LLC; Commonwealth Publishing Company, Inc.; Delta Press Publishing Company, Inc.; Delta-Democrat Publishing Company; ECENT Corporation; Eagle Printing Company; Emmerich Newspapers, Incorporated; Enterprise-Tocsin, Inc.; Flag Publications, Inc.; Franklinton Publishing Co., Inc.; Gale Force Media, LLC; Grenada Star, Inc.; HD Media Company, LLC; Hattiesburg Publishing, Inc.; J.O. Emmerich & Associates, Inc.; Journal, Inc.; Kosciusko Star-Herald, Inc.; Louisville Publishing, Inc.; Marion Publishing Company; Montgomery Publishing Co., Inc.; Multi Media Channels LLC; Newton County Appeal Inc.; Scott Publishing, Inc.; Simpson Publishing Co., Inc.; Sunland Publishing Company, Inc.; Tallulah Publishing, Inc.; Tate Record, Inc.; and Yazoo Newspaper Co., Inc.

I am in good standing of the bars of the States of West Virginia, Ohio and Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 13, 2021.

                                      Respectfully Submitted,

                                      */s/ Mark A. Colantonio*
                                      Mark A. Colantonio
                                      **FITZSIMMONS LAW FIRM PLLC**
                                      1609 Warwood Avenue
                                      Wheeling, WV 26003
                                      Telephone: (304) 277-1700
                                      Fax: (304) 277-1705
                                      mark@fitzsimmonsfirm.com