# EXHIBIT C

## CERTIFICATE OF GOOD STANDING

# PENNSYLVANIA



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Mark A. Colantonio, Esq.

DATE OF ADMISSION

*December 10, 1986*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 18, 2021

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk