MAC/klc: 09/13/2021

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: Google Advertising Antitrust Litigation

_____

21-md-3010 (PKC)

P. KEVIN CASTEL, District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2021, service of the foregoing *Motion for Admission of Mark A. Colantonio for Pro Hac Vice* was electronically filed with the Clerk of this Court using CM/ECF system, who shall provide electronic notice of such filing to all counsel of record.

Respectfully Submitted,

*/s/ Mark A. Colantonio*
Mark A. Colantonio
FITZSIMMONS LAW FIRM PLLC
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: (304) 277-1700
Fax: (304) 277-1705
mark@fitzsimmonsfirm.com