MAC/klc: 09/13/2021

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: Google Advertising Antitrust
Litigation

_____

P. KEVIN CASTEL, District Judge

21-md-3010 (PKC)

## ORDER GRANTING MARK A. COLANTONIO
## ADMISSION PRO HAC VICE

The motion of Mark A. Colantonio for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the States of West Virginia, Ohio, and Pennsylvania; and that his contact information is as follows:

> Mark A. Colantonio
> FITZSIMMONS LAW FIRM PLLC
> 1609 Warwood Avenue
> Wheeling, WV  26003
> Phone: (304) 277-1700
> Fax: (304) 277-1705
> Email:  mark@fitzsimmonsfirm.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel of record for the Plaintiffs AIM Media Midwest Operating, LLC; AIM Media Texas Operating, LLC; Aim Media Indiana Operating, LLC; Brown County Publishing Company Inc.; Charleston Publishing Co., Inc.; Clarion Publishing Company, Inc.; Clarke Publishing, Inc.; Clarksburg Publishing Company; Coastal Point LLC; Commonwealth Publishing Company, Inc.; Delta Press Publishing Company, Inc.; Delta-Democrat Publishing Company; ECENT Corporation; Eagle Printing Company; Emmerich Newspapers, Incorporated; Enterprise-Tocsin, Inc.; Flag Publications, Inc.; Franklinton Publishing Co., Inc.; Gale Force Media, LLC; Grenada Star, Inc.; HD Media Company, LLC; Hattiesburg Publishing, Inc.; J.O. Emmerich & Associates, Inc.;

Journal, Inc.; Kosciusko Star-Herald, Inc.; Louisville Publishing, Inc.; Marion Publishing Company; Montgomery Publishing Co., Inc.; Multi Media Channels LLC; Newton County Appeal Inc.; Scott Publishing, Inc.; Simpson Publishing Co., Inc.; Sunland Publishing Company, Inc.; Tallulah Publishing, Inc.; Tate Record, Inc.; and Yazoo Newspaper Co., Inc. in the above-entitled action.

**IT IS HEREBY ORDERED** that Mark A. Colantonio is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
UNITED STATES DISTRICT / MAGISTRATE JUDGE