UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION ) ) ) ) ) ) ) | Case No: 1:21 -MD-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

### APPEARANCE OF COUNSEL

TO:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Plaintiffs,  the States of Louisiana and South Carolina.

Date:  September 13, 2021                         *s/TerriAnne Benedetto*
                                                               Attorney's signature

                                         TerriAnne Benedetto * (NY Bar No. 4740700)
                                         (*Admitted in NJ, NY, and PA)
                                         The Dugan Law Firm, APLC
                                         365 Canal Street, Suite 1000
                                         New Orleans, Louisiana  70130
                                         Telephone:   (504) 648-0180
                                         Facsimile:    (504) 648-0181
                                         E-mail:         *tbenedettp@dugan-lawfirm.com*