UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Sophia Rios, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Sterling International Consulting Group in the above-captioned action. I am member in good standing of the Bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court, as evidenced by the Certificate of Good Standing annexed hereto. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: September 14, 2021            BERGER MONTAGUE PC

*/s/ Sophia Rios*
Sophia Rios
401 B Street, Suite 2000
San Diego, CA 92101
(619) 489-0300
Email: srios@bm.net

## CERTIFICATE OF SERVICE

I certify that on September 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    */s/ Sophia Rios*
                                                   Sophia Rios