UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC |

**ORDER FOR ADMISSION PRO HAC VICE**

The Motion of Sophia Rios for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the Bar of the State of California; and that her contact information is as follows:

Sophia Rios
**BERGER MONTAGUE PC**
401 B Street, Suite 2000
San Diego, CA 92101
(619) 489-0300
Email: srios@bm.net

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Sterling International Consulting Group in the above-entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
P. Kevin Castel, U.S.D.C. Judge