UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

21-md-03010 (PKC)

----------------------------------------------------------

THE STATE OF TEXAS, et al.,

                Plaintiffs,

      -against-

GOOGLE LLC,

                Defendant.

21-cv-06841 (PKC)

**MOTION FOR ADMISSION PRO HAC VICE**

---------------------------------------------------------- x

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Trevor E. D. Young hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the State of Texas in the above captioned action.

    I am a member in good standing of the bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit to this effect pursuant to Local Rule 1.3.

Dated: September 14, 2021

                Respectfully submitted,

                */s/ Trevor E. D. Young*
                TREVOR E. D. YOUNG
                Assistant Attorney General
                Texas Office of the Attorney General

300 W. 15th Street
Austin, Texas 78701
Tel: (512) 936-2334
trevor.young@oag.texas.gov

*Attorney for Plaintiff State of Texas*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2021, I filed the above pleading using this Court's CM/ECF system, which will send electronic notice of this filing to all parties to this matter and/or their counsel of record.

*/s/ Trevor E. D. Young*
TREVOR E. D. YOUNG