UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION

21-md-03010 (PKC)

------------------------------------------------------------

THE STATE OF TEXAS, et al.,

                Plaintiffs,

       -against-

GOOGLE LLC,

                Defendant.

21-cv-06841 (PKC)

**DECLARATION OF TREVOR E. D. YOUNG IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

------------------------------------------------------------ x

I, Trevor E. D. Young, pursuant to Local Rule 1.3, declare the following:

    1.    I am an Assistant Attorney General at the State of Texas, Office of the Attorney General, Antitrust Division located at 300 W. 15th Street, Austin, Texas 78701. My telephone number is (512) 936-2334. I am over twenty-one years of age and authorized to make this declaration.

    2.    I submit this declaration in connection with the *In re Google Advertising Antitrust Litigation,* Multidistrict Litigation No. 21-md-3010-PKC, in support of the Motion to Appear Pro Hac Vice filed herewith.

    3.    I have never been convicted of a felony, nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary proceedings presently against me.

    4.    This declaration is based on my personal knowledge and upon information provided by the Supreme Court of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 14, 2021.                                  */s/ Trevor E. D. Young*
                                                              TREVOR E. D. YOUNG