# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION

Case No. 1:21-md-03010 (PKC)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Abby L. Dennis, hereby moves this Court for an Order for Admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc. in the above-captioned action.

I am in good standing in the bars of the State of North Carolina and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated:  September 16, 2021

Respectfully Submitted,

*/s/ Abby L. Dennis*

Abby L. Dennis
adennis@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel.: (202) 895-7580 / Fax: (202) 237-6131

*Counsel for Plaintiffs Genius Media Group, Inc.,*
*The Nation Company, L.P., and The Progressive, Inc.*