# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Amy L. Funderburk, Clerk of the Supreme Court of North Carolina, do hereby

certify that on August 29, 2008, license to practice as an Attorney and Counselor at Law in

all the Courts of this State was issued by the North Carolina Board of Law Examiners to

# Abby Lauren Dennis

according to the certified list of licentiates reported by the Secretary of said Board and filed

in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this

Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in

Raleigh, this August 31, 2021.

Amy L. Funderburk
Clerk of the Supreme Court
of the State of North Carolina