UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**DECLARATION OF ABBY L. DENNIS IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

I, Abby L. Dennis, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bars of the State of North Carolina and the District of Columbia.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: September 16, 2021            Respectfully Submitted,


                                     /s/ Abby L. Dennis

                                     Abby L. Dennis
                                     adennis@bsfllp.com
                                     BOIES SCHILLER FLEXNER LLP
                                     1401 New York Avenue, NW
                                     Washington, DC 20005
                                     Tel.: (202) 895-7580 / Fax: (202) 237-6131

                                     *Counsel for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.*