UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION ) ) ) ) ) ) ) ) | Case No: 1:21 -MD-03010-PKC<br><br>P. KEVIN CASTEL, District Judge<br><br>MOTION FOR ADMISSION PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, James R. Dugan, II hereby moves this Court for an Order for Admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs, States of Louisiana, and South Carolina in the above captioned action.

I am a member in good standing with the State of Louisiana, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED: September 13, 2021

                                                Respectfully Submitted:

                                                /s/ James R. Dugan, II
                                                James R. Dugan, II (*pro hac vice to be sought*)
                                                jdugan@dugan-lawfirm.com
                                                The Dugan Law Firm, APLC
                                                365 Canal Street, Suite 1000
                                                New Orleans, Louisiana  70130
                                                Telephone:     (504) 648-0180
                                                Facsimile:      (504) 648-0181

                                                ***Counsel for Plaintiff State of Louisiana***

## *CERTIFICATE OF SERVICE*

      I hereby certify that on September 13, 2021, I filed the above and foregoing pleading using this Court's CM/ECF system, which will send electronic notice of this filing to all parties to this matter and/or their counsel of record.

                                              /s/ James R. Dugan, II
                                              **James R. Dugan, II**