UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No: 1:21 -MD-03010-PKC<br><br>P. KEVIN CASTEL, District Judge<br><br>AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, James R. Dugan, II declares the following:

1. I am an attorney with The Dugan Law Firm, APLC, and I make this Affidavit in support of my motion for *pro hac vice* admission in this action on behalf of Plaintiffs, States of Louisiana, and South Carolina in the above-captioned matter. I have personal knowledge of the facts expressed in this declaration, and if asked, could and would testify competently to the truth of those facts.

2. I am a resident of the State of Louisiana. My office address is 365 Canal Street, Suite 1000, New Orleans, Louisiana 70130.

3. I am a member in good standing of the bar of the plaintiffs, State of Louisiana and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Annexed hereto is a copy of my Certificate of Good Standing from the Supreme Court of the State of Louisiana.

4. By this application, I request permission from this Court to be admitted *pro hac vice* and appear as counsel on behalf of Plaintiffs, States of Louisiana and South Carolina in the above-captioned action.

I declare under penalty of perjury under the laws of the State of Louisiana that the foregoing is true and correct.

Executed in New Orleans, Louisiana on the 13th day of September, 2021.

DATED: September 13, 2021

Respectfully Submitted:

James R. Dugan, II (*pro hac vice* to be sought)
The Dugan Law Firm, APLC
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone:   (504) 648-0180
Facsimile:    (504) 648-0181

*Counsel for Plaintiffs State of Louisiana and South Carolina*

Subscribed and sworn to before me on this 13th day of September, 2021

_____
Notary Public

My commission expires at death.



OFFICIAL SEAL
**DAVID LYMAN BROWNE**
BAR ROLL # 20729
STATE OF LOUISIANA
PARISH OF ORLEANS
My Commission is for Life

# United States of America

# State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do

hereby certify that

### *JAMES RANDOLPH DUGAN, II ESQ., #24785*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and

the several courts of the State of Louisiana, on the 18th Day of April, 1997 A.D.; and is currently

in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at

law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 26th Day of August, 2021, A.D.

Clerk of Court
Supreme Court of Louisiana