# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGTION | ) ) ) ) ) ) | **Case No: 1:21 -MD-03010-PKC** **P. KEVIN CASTEL, District Judge** **PROPOSED ORDER RE MOTION ADMISSION PRO HAC VICE** |

The motion of James R. Dugan, II for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that He is a member in good standing of the bar of the State of Louisiana; and that his contact information is as follows:

> James R. Dugan, II
> jdugan@dugan-lawfirm.com
> The Dugan Law Firm, APLC
> 365 Canal Street, Suite 1000
> New Orleans, Louisiana  70130
> Telephone:  (504)648-0180
> Facsimile:  (504)648-0181

Applicant having requested admission *Pro Hac Vice*  to appear for all purposes as counsel for plaintiffs, State of Louisiana,  and South Carolina in the above entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United State for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED:  _____          _____

United States District/Magistrate Judge