UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**DECLARATION OF HSIAO ("MARK") C. MAO IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

I, Hsiao ("Mark") C. Mao, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bar of the State of California.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: September 16, 2021      Respectfully Submitted,


            /s/ Hsiao ("Mark") C. Mao

            Hsiao ("Mark") C. Mao
            mmao@bsfllp.com
            BOIES SCHILLER FLEXNER LLP
            44 Montgomery Street, 41st Floor
            San Francisco, CA 94104
            Tel.: (415) 293-6820 / Fax: (415) 293-6899

            *Counsel for Plaintiffs Genius Media Group, Inc.,*
            *The Nation Company, L.P., and The Progressive, Inc.*