UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1: 21-md-03010 (PKC)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Hsiao ("Mark") C. Mao, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

Applicant's Name:  Hsiao ("Mark") C. Mao

Firm Name:  Boies Schiller Flexner LLP

Address:  44 Montgomery Street, 41st Floor

City/State/Zip:  San Francisco, CA 94104

Telephone/Fax:  Tel.: (415) 293-6820 / Fax: (415) 293-6899

Email: mmao@bsfllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____
                                                                                 United States District Judge