UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sean P. Rodriguez, hereby moves this Court for an Order for Admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc. in the above-captioned action.

I am in good standing in the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated:  September 16, 2021		Respectfully Submitted,

		*/s/ Sean P. Rodriguez*

		Sean P. Rodriguez
		srodriguez@bsfllp.com
		BOIES SCHILLER FLEXNER LLP
		44 Montgomery Street, 41st Floor
		San Francisco, CA 94104
		Tel.: (415) 293-6800 / Fax: (415) 293-6899

		*Counsel for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.*