UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**DECLARATION OF SEAN P. RODRIGUEZ IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

I, Sean P. Rodriguez, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bar of the State of California.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: September 16, 2021         Respectfully Submitted,

                                                            */s/ Sean P. Rodriguez*

                                                 Sean P. Rodriguez
                                                 srodriguez@bsfllp.com
                                                 BOIES SCHILLER FLEXNER LLP
                                                 44 Montgomery Street, 41st Floor
                                                 San Francisco, CA 94104
                                                 Tel.: (415) 293-6800 / Fax: (415) 293-6899

                                                 *Counsel for Plaintiff Genius Media Group, Inc.,*
                                                 *The Nation Company, L.P., and The Progressive, Inc.*