**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 1:21-md-3010 (PKC)** |

*This Document Relates To:*

| | |
|---|---|
| **MCCLATCHY MEDIA COMPANY, LLC** *et al.* **v. GOOGLE LLC** *et al.*, | **No. 1:26-cv-00339 (PKC)** |
| **ADVANCE PUBLICATIONS, INC.** *et al.* **v. GOOGLE LLC** *et al.* | **No. 1:26-cv-00343 (PKC)** |
| **VOX MEDIA, LLC v. GOOGLE LLC** *et al.* | **No. 1:26-cv-00325 (PKC)** |
| **THE ATLANTIC MONTHLY GROUP LLC v. GOOGLE LLC** *et al.* | **No. 1:26-cv-00272 (PKC)** |
| **PENSKE MEDIA CORPORATION** *et al.* **v. GOOGLE LLC** *et al.* | **No. 1:26-cv-00225 (PKC)** |
| **ZIFF DAVIS, INC. v. GOOGLE LLC** *et al.* | **No. 1:26-cv-01055 (PKC)** |
| **LOS ANGELES TIMES COMMUNICATIONS LLC** *et al* **v. GOOGLE LLC** *et al.* | **No. 1:26-cv-01593 (PKC)** |

**[PROPOSED] ORDER CONCERNING**
**MOTION TO FILE PROVISIONALLY UNDER SEAL**

The Court hereby grants Defendants Google LLC and Alphabet Inc.'s motion to file

provisionally under seal exhibits attached to Google's Letter Motion to Compel.

SO ORDERED.


Dated: _____       _____

Honorable P. Kevin Castel
United States District Judge