UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) |

*This Motion Relates To:*

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*,<br><br>　　　　　　　*Plaintiffs*,<br><br>　- against -<br><br>GOOGLE LLC,<br><br>　　　　　　　*Defendants*. | No. 21-CV-6841 (PKC) |

**DEFENDANT GOOGLE LLC'S NOTICE OF MOTION TO SEAL
LIMITED ITEMS IN THE SECOND AMENDED COMPLAINT**

FRESHFIELDS BRUCKHAUS DERINGER US LLP

700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Fax: (202) 777-4555

WILSON SONSINI GOODRICH & ROSATI LLP

One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Fax: (415) 947-2099

*Counsel for Defendant Google LLC*

PLEASE TAKE NOTICE that, pursuant to the Court's Order dated September 7, 2021, ECF No. 142 at 2, Defendant Google LLC will seek an order before the Honorable P. Kevin Castel at a time and place convenient for the Court, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, permitting Plaintiffs to file a public version of the Second Amended Complaint, with narrowly tailored redactions, which are highlighted within the accompanying Exhibit A to the Declaration of Dan Taylor, in order to prevent the public disclosure of certain non-public information that will significantly harm the competitive interests of Google's business and the privacy interests of third parties.

Dated: September 17, 2021

Respectfully submitted,

/s/ Eric Mahr
Eric Mahr
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4545
Email: Eric.Mahr@freshfields.com

Justina Sessions
Wilson Sonsini Goodrich & Rosati LLP
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2197
Email: jsessions@wsgr.com

*Counsel for Defendant Google LLC*