UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) |

*This Order Relates To:*

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*,<br><br>                              *Plaintiffs*,<br><br>            - against -<br><br>GOOGLE LLC,<br><br>                              *Defendants*. | No. 21-CV-6841 (PKC) |

## [PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO SEAL LIMITED ITEMS IN THE SECOND AMENDED COMPLAINT

P. KEVIN CASTEL, District Judge:

The Court, having reviewed the submissions filed by Defendant Google LLC, determined that the information sought to be redacted by Google has competitive and privacy interests that outweigh any applicable presumption of access, and concluded that the proposed redactions to the Second Amended Complaint are narrowly tailored to protect Google's interests, *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006), hereby:

ORDERS that Plaintiffs file a public version of the Second Amended Complaint that redacts information highlighted in Exhibit A to the Declaration of Dan Taylor, and that the unredacted Second Amended Complaint be filed under seal.

SO ORDERED.

Dated: New York, New York

      September \_\_\_\_, 2021

                                           HONORABLE P. KEVIN CASTEL
                                           United States District Judge
                                           Southern District of New York