AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| In re: Google Digital Advertising Antitrust Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-md-03010-PKC |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Vitor Lindo                                                                                     .

Date:  09/20/2021

/s/ Rachel R. Johnson
*Attorney's signature*

Rachel R. Johnson (CA 331351)
*Printed name and bar number*

AHDOOT & WOLFSON, PC
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505

*Address*

rjohnson@ahdootwolfson.com
*E-mail address*

(310) 474-9111
*Telephone number*

(310) 474-8585
*FAX number*