IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Scott Grzenczyk, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Hanson Law Firm, PC, Surefreight Global LLC, and Vitor Lindo in the above-captioned action.

I am a member in good standing of the State Bars of California and Illinois; certificates of good standings are attached as Exhibit A. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended disbarred or denied admission or readmission by any court. In support of this Motion, I am attaching the Declaration required by Local Rules 1.3 and 1.9(a) as Exhibit B.

Dated: September 22, 2021

Respectfully submitted,

 /s/ Scott Grzenczyk

Scott Grzenczyk
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: 415.981.4800
Facsimile:  415.981.4846
Email: scottg@girardsharp.com

*Attorney for Plaintiffs*

1