EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

**DECLARATION OF SCOTT GRZENCZYK IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rules 1.3 and 1.9(a), I, Scott Grzenczyk, hereby declare as follows:

1. I am a partner at the firm of Girard Sharp LLP, and my office is located at 601 California Street, Suite 1400, San Francisco, California 94108. My telephone number is (415) 981-4800, and my fax number is (415) 981-4846.

2. I am a member in good standing of the State Bar of California, to which I was admitted on December 4, 2003. My California State Bar Number is 228731. I am also a member in good standing of the State Bar of Illinois, to which I was admitted on May 7, 2020. My Illinois State Bar Number is 6334405.

3. I attach Certificates of Good Standings from the Supreme Courts of California and Illinois, which was issued within thirty days of this filing, as Exhibit A to the Motion for Admission Pro Hac Vice.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any State or Federal Court.

1

I declare under penalty of perjury and under 28 U.S. Code § 1746 and the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of September, 2021 at Chicago, Illinois.

*/s/ Scott Grzenczyk*
Scott Grzenczyk