IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Scott Grzenczyk for admission to practice Pro Hac Vice in the above-captioned action is granted.

Scott Grzenczyk has declared that he is a member in good standing of the State Bars of California and Illinois, and that his contact information is as follows:

>  Scott Grzenczyk
>  GIRARD SHARP LLP
>  601 California Street, Suite 1400
>  San Francisco, California 94108
>  Telephone: 415.981.4800
>  Facsimile:  415.981.4846
>  Email: scottg@girardsharp.com

Scott Grzenczyk, having requested admission Pro Hac Vice to appear for all purposes as counsel for Hanson Law Firm, PC, Surefreight Global LLC, and Vitor Lindo in the above-captioned action;

**IT IS HEREBY ORDERED** that Scott Grzenczyk is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____     _____
                                                                                  Honorable P. Kevin Castel
                                                                                  United States District Judge