# EXHIBIT 6
# REDACTED

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | Case No. 1:21-md-3010 (PKC) |

**EXPERT REPORT OF MARK A. ISRAEL**

**December 13, 2024**

**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

competitive conditions in those countries, and thus averaging them in with U.S. shares is not appropriate. Instead, averaging higher shares from other countries with U.S. shares would serve only to obfuscate the fact that the U.S. market is more competitive than many other parts of the world, due to language and regulatory differences, among other reasons.

431. In this case, the evidence clearly indicates that competitive conditions vary significantly across geographies. For example, Figure 57 below plots estimates of the share of 2023 DFP indirect web non-video impressions accounted for by AdX, Google Ads, and header bidding, separately for the U.S. and the rest of the world. As shown in the figure, AdX's share and Google Ads' share are substantially higher in the rest of the world than in the United States, and header bidding's share is lower. These share differences are reflective of different competitive conditions in the rest of the world, meaning reliance on a worldwide market with worldwide shares is not appropriate.[556]

---

[556] The same point applies to the predominantly English-speaking countries listed in the *Publisher Complaint*. For example, AdX's share of DFP indirect web display (non-video) impressions in 2023 was 36 percent in the U.S., 43 percent in the United Kingdom, 46 percent in Canada, and 49 percent in Australia; Google Ads' share of DFP indirect web display (non-video) impressions in 2023 was 22 percent in the U.S., 26 percent in the United Kingdom, 25 percent in Canada, and 27 percent in Australia; and header bidding's share of DFP indirect web display (non-video) impressions in 2023 was 50 percent in the U.S., 40 percent in the United Kingdom, 39 percent in Canada, and 32 percent in Australia (see my backup materials for details).

**Figure 57: AdX, Google Ads, and Header Bidding Share of DFP Indirect Web Display (Non-Video) Impressions, 2023**



**Sources:** RFP 243 data (DFP, AdX/OB, AdSense Backfill, and Google Ads)

432.   Several factors contribute to these observed differences in competitive conditions. To begin with, it is helpful to recall the fundamental purpose of advertising, which is to encourage the viewers of that advertising to purchase the advertiser's products and/or services. With digital advertising, the internet users shown advertising naturally have very different characteristics across countries, in terms of language, income, tastes, etc. According to 2022 data from the World Bank, for instance, gross domestic product per capita (in U.S. dollars) ranged from below $3,000 in countries such as India and Nigeria (and others) to above $75,000 in countries such as the United States and Singapore (and others).[557]

---

[557]   Calculated from "API_NY.GDP.PCAP.CD_DS2_en_excel_v2_6298460.xls" (World Bank data). Household income data are less available across countries, but those data likewise indicate substantial variation (see, e.g., OECD (2019), "Household income," *Society at a Glance 2019: OECD Social Indicators*, Paris: OECD Publishing).

296

433.    Because of these differences in income and other characteristics of the population such as language,[558] the value of internet users to advertisers—a key determinant of demand for the ad tech tools facilitating the associated advertising—varies significantly across countries.  As an illustration of this point, Figure 58 below plots the average publisher revenue per thousand impressions for web non-video impressions sold via AdX in 2023, depending on the country of the internet user viewing those impressions (limiting the figure to countries with at least 10 billion AdX impressions during the year).  As shown in the figure, the value of impressions varies tremendously across countries, with the United States toward the top.

---

[558]    For example, the Polish company RTB House is orders of magnitude larger as a buyer on AdX in Eastern European countries than in the United States, which is consistent with language playing a role in shaping the competitive environment.  A similar point applies to other companies:  For example, Bridgewell is a Taiwanese company that accounted for 3.6 percent of 2023 web non-video AdX impressions in Taiwan, but is almost non-existent outside of Taiwan (calculated from RFP 243 data (AdX/OB)).





██████████████████████████████████████████████████████████

███████████████████████  ███████████████████████████████

████████████████████████████████████████[562]

436. ████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

437. ██████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

---

[561] ███████████████████████████████████████████████
███████████████████████████████████████████████████

[562] ███████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████

## V. GOOGLE DOES NOT HAVE MONOPOLY POWER

438.

439.

440.

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████



Mark A. Israel
December 13, 2024

---

1466 ████████████████████████████████████████████████████████