**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 21-MD-3010 (PKC) |

*This Motion Relates to:*

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*, *Plaintiffs*, -against- GOOGLE LLC, *Defendant*. | Case No. 21-CV-6841 **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to Local Rule 1.4, Plaintiff State of Missouri respectfully requests that Kimberley G. Biagioli be permitted to withdraw as counsel for Plaintiff State of Missouri in this matter. The reason for this request is that Ms. Biagioli has provided notice of her resignation from the Missouri Attorney General's Office. The granting of this motion will not impose delay or affect any deadlines in the case. Missouri will continue to be represented by other counsel of record, including undersigned counsel. Ms. Biagioli is not retaining or charging a lien.

1

Date: September 23, 2021                             Respectfully submitted,

                                                  By:     */s/ Stephen M. Hoeplinger*
Stephen M. Hoeplinger
Assistant Attorney General
Missouri Attorney General's Office
815 Olive St., Suite 200
St. Louis, MO 63101
(314) 340-7849
stephen.hoeplinger@ago.mo.gov

*Counsel for Plaintiff State of Missouri*