UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW
YORK

|  |  |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 21-MD-3010 (PKC) |

*This Motion Relates to:*

|  |  |
|---|---|
| THE STATE OF TEXAS, *et al.*<br><br>*Plaintiffs*,<br><br>-against-<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 21-CV-6841 |

### [PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is a Motion for Withdrawal of Kimberley Biagioli as counsel for Plaintiff State of Missouri in this matter. The Court has determined that the motion should be GRANTED. It is hereby,

ORDERED that Kimberley Biagioli is withdrawn as counsel for Plaintiff State of Missouri in this matter; and

ORDERED that the clerk terminate CM/ECF notices as to Kimberley Biagioli for this matter.

1

2

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
_____