UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION                               21-md-3010 (PKC)

ORDER

-----------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

      As a result of today's pretrial conference in this proceeding, the Court orders as follows:

      1.    The parties are directed to negotiate and submit a proposed protective order, subject to which Google shall produce to plaintiffs in all cases those documents that Google has previously produced to the State of Texas and to certain class plaintiffs. Google shall produce the documents within 30 days of the entry of the protective order. The production shall not include third-party documents, witness examinations or documents produced to the U.S. Department of Justice. The production shall not constitute a waiver by Google of any defense.

      2.    With the exception of The State of Texas, et al. v. Google LLC, 21 Civ. 6841, defendants' deadline to answer or respond to all complaints is stayed.

      3.    General discovery is stayed. The Court anticipates that general discovery will commence following a decision on the anticipated motion to dismiss in the Texas v. Google matter.

      4.    Counsel for state plaintiffs, individual plaintiffs and putative class plaintiffs are directed to coordinate through a Plaintiffs Coordinating Committee the drafting of ESI protocols and Rule 34 requests.

      5.    No later than October 1, 2021, plaintiffs' counsel in Associated Newspapers Ltd. et al. v. Google LLC et al., 21 Civ. 3446, shall submit a letter-brief explaining

why there is not a present conflict in its simultaneous representation of Associated Newspapers and Facebook and why it should be permitted to attend meetings of the Plaintiffs Coordinating Committee.  Any party may submit a letter response no later than October 8, 2021.

      6.     Plaintiffs' counsel in <u>Surefreight Global LLC et al. v. Google LLC et al.</u>, 21 Civ. 7001, shall submit a proposed revised order on time-and-expense protocols no later than October 1, 2021.

      SO ORDERED.

                                                        P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
        September 24, 2021