UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert J. Gralewski, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff JLaSalle Enterprises LLC in the above-captioned action. I am a member in good standing of the State Bar of California, and there are no pending disciplinary proceedings against me in any state or federal court, as evidenced by the Certificate of Good Standing annexed hereto. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: September 28, 2021

KIRBY McINERNEY LLP

*/s/ Robert J. Gralewski, Jr.*
Robert J. Gralewski, Jr.
600 B Street, Suite 2110
San Diego, CA 92101
Telephone: (619) 784-1442
Email: bgralewski@kmllp.com

## CERTIFICATE OF SERVICE

I certify that on September 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

*/s/ Robert J. Gralewski, Jr.*
Robert J. Gralewski, Jr.
