UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC |

**ORDER FOR ADMISSION *PRO HAC VICE***

The Motion of Robert J. Gralewski for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the State Bar of California (Bar No. 196410), and that his contact information is as follows:

Robert J. Gralewski, Jr.
**KIRBY McINERNEY LLP**
600 B Street, Suite 2110
San Diego, CA 92101
Telephone: (619) 784-1442
Facsimile: (212) 751-2540
E-mail: bgralewski@kmllp.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff JLaSalle Enterprises LLC in the above-captioned action:

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE