UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Dennis Stewart hereby declares the following:

1. I am an attorney with that law firm Gustafson Gluek PLLC, and I make this affidavit in support of my motion for *pro hac vice* admission in this action on behalf of Plaintiff Mikula Web Solutions, Inc. in the above-captioned action. I have personal knowledge of the facts expressed in this declaration, and if asked, could and would testify competently to the truth of those facts.

2. I am a resident of the State of California. My office is 600 B Street, 17th Floor, San Diego, California 92101.

3. I am a member in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission, or readmission by any

court. Annexed hereto is a copy of my Certificate of Good Standing from the Supreme Court of the State of California.

4. By this application, I request permission from this Court to be admitted *pro hac vice* and appear as counsel on behalf of Plaintiff Mikula Web Solutions, Inc. in the above-captioned action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in San Diego, California on 28th day of September, 2021.

Dated: September 28, 2021

Respectfully submitted,

Gustafson Gluek PLLC

By: /s/Dennis Stewart

Dennis Stewart (*pro hac vice* sought)
600 B Street, 17th Floor
San Diego, CA 92101
Tel: (619) 987-4250
Email: dstewart@gustafsongluek.com

*Counsel for Plaintiff Mikula Web Solutions, Inc.*

Subscribed and sworn to before me this 28th day of September, 2021.

Notary Public



DANETTE KOESTER MUNDAHL
Notary Public
State of Minnesota
My Commission Expires
January 31, 2023