UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge<br><br>**[PROPOSED] ORDER RE MOTION ADMISSION *PRO HAC VICE*** |

The motion of Dennis Stewart for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

>Dennis Stewart
>dstewart@gustafsongluek.com
>GUSTAFSON GLUEK PLLC
>600 B Street, 17th Floor
>San Diego, CA 92101
>Telephone: (619) 987-4250

Applicant having requested admission Pro Hac Vice to appear for all purpose as counsel for Plaintiff Mikula Web Solutions, Inc., in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                       United States District/Magistrate Judge