UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Civil Action No.: 1:21-md-03010-PKC |

*This motion relates to:*

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*, | Civil Action No. 1:21-cv-06841-PKC |
| *Plaintiffs*, | |
| vs. | |
| GOOGLE LLC, | **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL** |
| *Defendant*. | |

Pursuant to Local Civil Rule 1.4, Plaintiff State of Texas respectfully requests that David M. Ashton and R. Floyd Walker be permitted to withdraw as counsel for Plaintiff State of Texas. Other attorneys from the Office of the Attorney General of Texas will remain as counsel of record for the State of Texas. The granting of this motion will not impose delay or affect any deadlines in the case. Neither Mr. Ashton nor Mr. Walker are retaining or charging a lien.

<table>
<tr><td>Dated: September 29, 2021</td><td>Respectfully submitted,<br><br>/s/Nicholas G. Grimmer<br>Shawn E. Cowles<br>Deputy Attorney General for Civil Litigation<br>Shawn.Cowles@oag.texas.gov<br>James R. Lloyd<br>Chief, Antitrust Division<br>James.Lloyd@oag.texas.gov<br>Nicholas G. Grimmer<br>Assistant Attorney General, Antitrust Division<br>Texas Bar No. 24065331<br>Nick.Grimmer@oag.texas.gov<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>P.O. Box 12548 (MC075)<br>Austin, TX 78711-2548<br>(512) 653-1579<br><br>*Attorneys for Plaintiff State of Texas*</td></tr>
</table>