UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Civil Action No.: 1:21-md-03010-PKC |

*This motion relates to:*

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>    *Defendant*. | Civil Action No. 1:21-cv-06841-PKC |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before the Court is a Motion to Withdrawal David M. Ashton and R. Floyd Walker as Counsel for Plaintiff State of Texas in this matter. The Court has determined that the motion should be GRANTED. It is hereby,

ORDERED that David M. Ashton and R. Floyd Walker are withdrawn as counsel for Plaintiff State of Texas in this matter; and

ORDERED that the clerk terminate CM/ECF notices as to David M. Ashton and R. Floyd Walker for this matter.

SO ORDERED

Dated: 09/30/2021

_____
P. Kevin Castel
United States District Judge