UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 1:21-md-03010 (PKC)<br><br>[PROPOSED] PROTOCOL FOR RECORDKEEPING OF CLASS COUNSEL'S TIME AND EXPENSES |

WHEREAS, on September 24, 2021, this Court directed plaintiffs' counsel in the transferred action *Surefreight Global LLC, et al. v. Google LLC*, Case No. 21-Civ-7001, to submit a proposed revised protocol for time-and-expense recordkeeping by October 1, 2021 (Doc. 129); and

WHEREAS, the time and expense protocol is substantially similar to the one entered by Judge Freeman in the Northern District of California actions prior to the creation of the MDL in this matter;

WHEREAS, plaintiffs' counsel in *Surefreight* have conferred with counsel for all plaintiffs asserting putative class claims in this multidistrict litigation regarding the contents of this proposed time and expense protocol and all counsel, who are signatories below, stipulate and agree to its contents.

NOW THEREFORE, having reviewed the proposed protocol, the Court hereby enters this Order to establish a protocol for the recording, submission, and review of attorneys' fees and expenses incurred by counsel for putative class plaintiffs in this multidistrict litigation.

## I. APPLICATION OF THIS ORDER

1.      This protocol applies to any constituent case of MDL 3010 (1:21-md-03010-PKC) that advances claims on behalf of any proposed class under Federal Rule of Civil Procedure 23.

2.      This order shall not apply to any individual or opt-out action, or to actions brought by state attorneys general or by any other government agency or regulator.

## II.    CLASS COUNSEL'S TIME AND EXPENSE RECORDS

### A.      General Standards

3.      Time and expense reports generated pursuant to this Order will be considered as submitting counsel's representation to the Court, under oath, that the time and expenses submitted meet the criteria set forth below.

4.      The recovery of attorneys' fees and expense reimbursements will be limited to counsel representing plaintiffs in any class action complaint(s) pending before this Court, and their attorneys and professional staff, and such other counsel as are authorized by the Court to work under their direction (together, "class counsel").

5.      Only time and expenses reasonably expended to advance the litigation on behalf of the proposed class(es) will be considered compensable.

### B.      Time Reporting

6.      All time shall be maintained in tenth-of-an hour increments.  Time entries not maintained in tenth-of-an-hour increments may be disallowed.

7.      All attorneys and staff working on this case will keep contemporaneous records of their time spent in connection with work on this litigation, indicating the amount of time spent, the particular activity, and their position in the firm (Partner, Of Counsel, Senior Counsel, Associate, Staff Attorney, Law Clerk, Paralegal, Legal Assistant, or Contract Attorney).  "Contemporaneous" means that an individual's time spent on a particular activity should be recorded no later than seven days after that activity occurred.  Full descriptions of the work performed are required.  Time entries that are not

sufficiently detailed will not be considered for payment.  Closely related tasks may be billed in a single entry, but lengthy block-billed entries are not acceptable.

8.      Counsel will maintain their time records in an electronic database.  Failure to maintain detailed time and expense records or to provide a sufficient description of the activities performed will be grounds for denying the recovery of attorneys' fees or expenses in whole or in part.

9.      Time records must report the billing rates for each individual listed.  Current hourly rates are to be used in calculating time.  Billing rates may be adjusted at the conclusion of the matter dependent on uniform or local rates given relative years of experience to ensure the rate reflects the value added.

10.      Only time spent on matters that advance the litigation will be considered in determining fees.  Each separate transferred putative class action shall designate a single firm ("Designated Time and Expense Counsel") to be responsible for auditing time and expense records maintained by counsel of record for such action for compliance with the directives set forth in this Order, provided, however, that if multiple transferred actions organize their pleadings in a single consolidated complaint, they shall be considered a single action for purposes of this protocol.  Designated Time and Expense Counsel will review and approve timekeeping and expenses each quarter and strike any duplicative or unreasonable time and/or expenses.

11.      Designated Time and Expense Counsel's auditing responsibilities notwithstanding, the ultimate determination of what is compensable work, and the extent or rate at which it is compensable, is within the purview of the Court.

### 1. Compensable Time

12.      Compensable work done on behalf of a putative class or classes may include, but is not limited to:

- fact investigation and factual and legal research;

- preparation of research memoranda, pleadings, case management filings, and briefs;

- conducting document discovery (e.g., reviewing, indexing, and coding documents);

- preparation for and attendance at depositions;

- preparation of and responding to discovery requests;

- preparation for and attendance at hearings;

- preparation for and attendance at meetings with defense counsel or with co-counsel;

- work with clients;

- work with experts;

- settlement and settlement negotiations and related activities;

- appellate work;

- trial preparation and trial; and

- performance of administrative matters specifically related to tasks undertaken for the benefit of a putative class or classes.

### 2. *Non-Compensable Time*

13. Compensable work does not include:

- excessive time for a particular task;

- work performed by a person more senior than necessary for the task;

- duplicative time;

- "read and review" time (*e.g.*, billing time for reading every document filed on the court's docket regardless of whether it related to the individual's responsibilities) unless specifically related to a billable task;

- unnecessary or duplicative time spent attending depositions or hearings;

- time for which descriptions are missing or incomplete; and

- internal firm time for firm management or recording and monitoring time submissions.

**C.    Expense Reporting**

14.    Class counsel are entirely self-funded for these matters.  If that changes, class counsel will report the change to the Court within 14 days.

15.    All costs and expenses in this case will be advanced by class counsel.  Following a judgment or settlement, class counsel will seek reimbursement of costs and expenses reasonably advanced for the prosecution of claims on behalf of a putative class or classes.

*1.    Expenses*

16.    To be eligible for reimbursement, expenses must meet the requirements of this section. Expenses must be:

- appropriately authorized;

- timely submitted;

- reasonable in amount; and

- supported by adequate documentation.

17.    Reimbursable expenses include:

- costs related to obtaining, reviewing, indexing, and paying for hard copies of computerized images of documents;

- legal research (e.g., LEXIS, Westlaw, or PACER charges);

- deposition, court reporter, and transcript costs;

- costs for the electronic storage, retrieval, and searches of ESI;

- court filing and service costs;

- group administration matters, such as meetings and conference calls;

- reasonable travel expenses including lodging and meals;

- expert witness and consultant fees and related expenses;

- investigator fees and related expenses;

- printing, copying, coding, and scanning;

- telephone, postage charges, and courier charges;

- data and materials provided by outside third-party vendors, consultants and attorneys;

- witness expenses, including travel;

- translation costs; and

- bank or financial institution charges.

### 2.   *Expense Limitations*

18.   Only reasonable expenses will be reimbursed.  Except in extraordinary circumstances approved by class counsel, all travel reimbursements are subject to the following limitations:

- Airfare:  Only the price of a coach seat for a reasonable itinerary will be reimbursed.  Business/First Class Airfare will not be fully reimbursed.  If Business Class/First Class Airfare is used, then an estimate of the difference between the Business Class/First Class Airfare and coach fare must be shown on

the travel reimbursement form, and only the coach fare portion will be reimbursed.

- Hotel:  Hotel room charges for the average available room rate of a business hotel, such as the Hyatt, Westin, and Marriott hotels, in the city in which the stay occurred will be reimbursed.  Unless a special discounted rate is negotiated, luxury hotels will not be fully reimbursed but will be reimbursed at the average available rate of a business hotel.

- Meals:  Meal expenses must be reasonable, and shall not exceed $125 per day per person (not including shared meal expenses that include meals for other attorneys working on the case, experts, etc.).  Meal expense submissions must be supported by receipts or credit card statements that reflect the date and those partaking in the meal.

- Cash Expenses:  Miscellaneous cash expenses for which receipts generally are not available (tips, luggage handling, short taxi rides, etc.) will be reimbursed up to $50.00 per day, as long as the expenses are properly itemized.

- Rental Automobiles and Ride-Hailing Services:  Luxury automobile rentals will not be reimbursed.  If luxury automobiles are selected when non-luxury vehicles are available, then the difference between the luxury and non-luxury vehicle rates must be shown on the travel reimbursement form, and only the non-luxury rate may be claimed, unless such larger sized vehicle is needed to accommodate several people working on the case.

- Mileage:  Mileage claims must be documented by stating the origination point, destination, total actual miles for each trip, and rate per mile paid by the

member's firm.  The maximum allowable rate will be the maximum rate allowed by the IRS (currently $0.545 per mile).

- Parking:  Parking will be limited to actual documented costs.

19.     Other non-travel expenses will be limited as follows:

- Long Distance and Cellular Telephone:  Long distance and cellular telephone charges must be documented.

- Shipping, Courier, and Delivery Charges:  All such claimed expenses must be documented.

- Postage Charges:  A contemporaneous postage log or other supporting documentation must be maintained.

- Telefax Charges:  Contemporaneous records should be maintained and submitted showing faxes sent and received.  The per-fax charge shall not exceed $1.00 per page.

- In-House Photocopy:  A contemporaneous photocopy log or other supporting documentation must be maintained.  The maximum copy charge is $0.30 per page.

- Computerized Research:  Claims for LEXIS, Westlaw, PACER, and other computerized legal research expenses should be in the amount charged to the firm for these research services.

**D.     Verification of Expenses**

20.     Attorneys and staff must keep receipts for all expenses.  Credit card receipts or monthly credit card statements are an appropriate form of verification.  Hotel and restaurant costs must be supported by a credit card statement, hotel invoice, or restaurant bill.  The description of unclaimed

expenses on the statement or invoice may be redacted.  Receipts need not be submitted on a quarterly basis, but shall be maintained by counsel and may be required later as a condition of payment.

### III.    EXCHANGING TIME AND EXPENSE REPORTS

#### A.    Timing of Exchange

21.    Designated Time and Expense Counsel will collect time and expense reports from other counsel working on the relevant action on a quarterly basis.  Time and expense reports will be submitted to Designated Time and Expense Counsel no later than the twenty-first day of the month following the end of the quarter being reported.  For example, reports for the third quarter (July through September) are due by October 21.

22.    Any time and expense records submitted more than three months in arrears may not be considered or included in any compilation of time or expense calculation and may be disallowed, except for good cause shown and with Court approval.

#### B.    Content of Reports

23.    Each time report submission must be in the form of **Attachment A**, and each expense submission must be in the form of **Attachment B**.

SO ORDERED.


Dated:                                 _____
                                             Honorable P. Kevin Castel
                                             United States District Judge

**For the *Surefreight* Plaintiffs**

Dated: October 1, 2021                    Respectfully submitted,

By:    /s/ *Dena C. Sharp*

Dena C. Sharp (*pro hac vice*)
Jordan Elias (*pro hac vice*)
Scott M. Grzenczyk (*pro hac vice*)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
scottg@girardsharp.com

April Lambert (*pro hac vice*)
RADICE LAW FIRM, PC
475 Wall Street
Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (609) 385-0745
alambert@radicelawfirm.com

Archana Tamoshunas (AT-3935)
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
Tel: (212) 931-0704
Fax: (212) 931-0703
atamoshunas@tcllaw.com

*Attorneys for Plaintiffs Surefreight Global LLC
d/b/a Prana Pets and Hanson Law Office, as
successor-in-interest to Hanson Law Firm, PC*

Dated: October 1, 2021                    By:    /s/ *Tina Wolfson*

Tina Wolfson (NY #5436043)
Rachel Johnson (*pro hac vice* forthcoming)
Theodore W. Maya (*pro hac vice* forthcoming)
AHDOOT & WOLFSON, PC
2600 West Olive Ave., Suite 500
Burbank, California 91505
Tel.: (310) 474-9111

Fax: (310) 474-8585
twolfson@ahdootwolfson.com
rjohnson@ahdootwolfson.com
tmaya@ahdootwolfson.com

*Attorneys for Plaintiff Vitor Lindo*

**For the *Publisher Class* Plaintiffs**

Dated: October 1, 2021

By:   /s/ *Philip C. Korologos*

BOIES SCHILLER FLEXNER LLP

Philip C. Korologos*
pkorologos@bsfllp.com
Brianna S. Hills*
bhills@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel.: (212) 446-2300 / Fax: (212) 446-2350

David Boies*
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200 / Fax: (914) 749-8300

Abby L. Dennis*
adennis@bsfllp.com
Jesse Panuccio*
jpanuccio@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel.: (202) 895-7580 / Fax: (202) 237-6131
Mark C. Mao (236165)
mmao@bsfllp.com
Sean P. Rodriguez (262437)
srodriguez@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6820 / Fax: (415) 293-6899

Sabria A. McElroy*
smcelroy@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel.: (954) 377 4216 / Fax: (954) 356-0022

Dated:  October 1, 2021                    By:   _/s/ Carol L. O'Keefe_____

KOREIN TILLERY LLC

George A. Zelcs*
gzelcs@koreintillery.com
Robert E. Litan*
rlitan@koreintillery.com
Randall P. Ewing*
rewing@koreintillery.com
Marc A. Wallenstein*
mwallenstein@koreintillery.com
Jonathon D. Byrer*
jbyrer@koreintillery.com
Ryan A. Cortazar*
rcortazar@koreintillery.com
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750 / Fax: (312) 641-9751

Stephen M. Tillery*
stillery@koreintillery.com
Michael E. Klenov (277028)
mklenov@koreintillery.com
Carol L. O'Keefe*
cokeefe@koreintillery.com
KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Tel.: (314) 241-4844 / Fax: (314) 241-3525

*Counsel for Publisher Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.*

Dated: October 1, 2021

By:   /s/ *Caitlin G. Coslett*

BERGER MONTAGUE PC

Eric L. Cramer*
ecramer@bm.net
Michael C. Dell'Angelo*
mdellangelo@bm.net
Caitlin G. Coslett*
ccoslett@bm.net
Patrick F. Madden*
pmadden@bm.net
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000 / Fax: (215) 875-4604

Sophia M. Rios (305801)
srios@bm.net
BERGER MONTAGUE PC
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel.: (619) 489-0300 / Fax: (215) 875-4604

Daniel J. Walker*
dwalker@bm.net
BERGER MONTAGUE PC
2001 Pennsylvania Ave., NW
Suite 300
Washington DC 20006
Tel.: (202) 559-9745

Michael K. Yarnoff**
myarnoff@kehoelawfirm.com
KEHOE LAW FIRM, P.C.
Two Penn Center Plaza
1500 JFK Blvd., Suite 1020
 Philadelphia, PA 19102
Telephone: (215) 792-6676

*Counsel for Publisher Plaintiff Sterling
International Consulting Group*

By:    /s / *David W. Mitchell*

ROBBINS GELLER RUDMAN
& DOWD LLP

DAVID W. MITCHELL
davidm@rgrdlaw.com
STEVEN M. JODLOWSKI
sjodlowski@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Tel.: (619) 231-1058 / Fax: (619) 231-7423

PAUL J. GELLER*
STUART A. DAVIDSON*
Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel.: (561) 750-3000 / Fax: (561) 750-3364

John C. Herman*
(GA Bar No. 348370)
jherman@hermanjones.com
Serina M. Vash**
(NJ Bar No. 041142009)
svash@hermanjones.com
HERMAN JONES LLP
3424 Peachtree Road, N.E., Suite 1650
Atlanta, Georgia 30326
Tel.: (404) 504-6500 / Fax: (404) 504-6501

*Counsel for Publisher Plaintiff Sweepstakes Today,
LLC*

By:    /s/ *Robert J. Gralewski, Jr*

KIRBY McINERNEY LLP
Robert J. Gralewski, Jr. (196410)
bgralewski@kmllp.com
Samantha L. Greenberg (327224)
sgreenberg@kmllp.com
KIRBY McINERNEY LLP
600 B Street, Suite 2110
San Diego, CA 92101
Telephone: (619) 784-1442

14

Karen Lerner**
klerner@kmllp.com
Daniel Hume**
dhume@kmllp.com
David Bishop**
dbishop@kmllp.com
Andrew McNeela**
amcneela@kmllp.com
KIRBY McINERNEY LLP
250 Park Avenue, Suite 820
New York, New York 10177
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

HINKLE SHANOR LLP
Thomas M. Hnasko**
Michael E. Jacobs**
218 Montezuma Avenue
Sante Fe, NM 87501
Telephone: (505) 982-4554
thnasko@hinklelawfirm.com
mjacobs@hinklelawfirm.com

WILLIAMS LAW FIRM
Kent Williams**
1632 Homestead Trail
Long Lake, MN 55356
Tel.: (612) 940-4452 / Fax: (952) 283-1525
williamslawmn@gmail.com

*Counsel for Publisher Plaintiff JLaSalle
Enterprises LLC*

By:   */s/ Dennis Stewart*

GUSTAFSON GLUEK PLLC

Dennis Stewart (99152)
dstewart@gustafsongluek.com
GUSTAFSON GLUEK PLLC
600 B Street, 17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
Daniel E. Gustafson*
dgustafson@gustafsongluek.com
Daniel C. Hedlund*

dhedlund@gustafsongluek.com
Daniel J. Nordin*
dnordin@gustafsongluek.com
Ling S. Wang*
lwang@gustafsongluek.com
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

Marc H. Edelson, Esq*
medelson@edelson-law.com
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940
Tel.: (215) 867-2399 / Fax: (267) 685-0676

Joshua H. Grabar*
jgrabar@grabarlaw.com
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (267) 507-6085 / Fax: (267) 507-6048

E. Powell Miller*
epm@millerlawpc.com
Sharon S. Almonrode*
ssa@millerlawpc.com
Emily E. Hughes*
eeh@millerlawpc.com
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Tel.: (248) 841-2200 / Fax: (248) 652-2852

Simon Bahne Paris, Esquire*
sparis@smbb.com
Patrick Howard, Esquire*
phoward@smbb.com
SALTZ, MONGELUZZI & BENDESKY, P.C.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Tel.: (215) 496-8282 / Fax: (215) 496-0999

Kenneth A. Wexler*
kaw@wexlerwallace.com
Kara A. Elgersma*
kae@wexlerwallace.com
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603

Dianne M. Nast*
dnast@nastlaw.com
Daniel N. Gallucci*
dgallucci@nastlaw.com
Joseph N. Roda*
jnroda@nastlaw.com
NASTLAWLLC
1101 Market Street, Suite 2801
Philadelphia, PA 19106

*Counsel for Publisher Plaintiff Mikula Web Solutions, Inc.*

**For the *SPX* Plaintiffs**

Dated: October 1, 2021

By:  */s/ Fred T. Isquith Jr.*
　　　　Fred T. Isquith Jr.

Fred T. Isquith, Jr. (FI-6782)
Robert S. Schachter (RS-7243)
ZWERLING, SCHACHTER
　& ZWERLING, LLP
41 Madison Avenue, 32nd Floor
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 371-5969
Email: ftisquith@zsz.com
Email: rschachter@zsz.com
Email: sshah@zsz.com

By: */s/ Fred T. Isquith Jr.*
　　　　Fred T. Isquith Jr.

Fred T. Isquith, Jr. (FI-1064)
ISQUITH LAW
220 East 80th Street
New York, NY 10075
Tel: (607) 277-6513
Email: isquithlaw@gmail.com

By: */s/ Pamela A. Markert*
  Pamela A. Markert

Solomon B. Cera (admitted *pro hac vice*)
Pamela A. Markert (admitted *pro hac vice*)
CERA LLP
595 Market St., Suite 1350
San Francisco, CA 94105
Telephone: (415) 777-2230
Fax: (415) 777-5189
Email: scera@cerallp.com
Email: pmarkert@cerallp.com

By:  */s/* Kate M. Baxter-Kauf
  Kate. M. Baxter-Kauf

Heidi Silton (admitted *pro hac vice*)
Kate M. Baxter-Kauf (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401-2159
Tel: (612) 596-4092
Email: hmsilton@locklaw.com
Email: kmbaxter-kauf@locklaw.com

By:  */s/ Richard Vita*

Richard Vita (*pro hac vice* forthcoming)
VITA LAW OFFICES, P.C.
100 State Street, Suite 900
Boston, MA 02109
Tel: (617) 426-6566
Email: rjv@vitalaw.com

*Attorneys for Plaintiffs SPX Total Body Fitness*
*LLC, d/b/a The Studio Empower, SkinnySchool*
*LLC d/b/a/ Maria Marques Fitness, and Mint*
*Rose Day Spa LLC, on Behalf of Themselves and*
*All Others Similarly Situated*

**For the *Cliffy Care* Plaintiffs**

Dated: October 1, 2021

                */s/ Jonathan L. Rubin*
                Jonathan L. Rubin (*Pro Hac Vice*)
                MOGINRUBIN LLP
                1615 M Street, NW, Third Floor

Washington, D.C. 20036
(202) 630-0616
jrubin@moginrubin.com
Daniel J. Mogin (*Pro Hac Vice*)
Jennifer M. Oliver (N.Y. Bar No. 4547428)
Timothy Z. LaComb (*Pro Hac Vice*)
MOGINRUBIN LLP
600 West Broadway, Suite 3300
San Diego, CA 92101
(619) 687-6611
dmogin@moginrubin.com
joliver@moginrubin.com
tlacomb@moginrubin.com

*Counsel for Plaintiffs, Cliffy Care, Kinin,Rodrock,
and Raintree*

Richard F. Lombardo (*Pro Hac Vice
Forthcoming*)
Peter F. Rottgers (*Pro Hac Vice Forthcoming*)
SHAFFER LOMBARDO SHURIN
2001 Wyandotte Street
Kansas City, MO 64108
(816) 931-0500
rlombardo@sls-law.com
prottgers@sls-law.com

*Counsel for Plaintiffs, Cliffy Care, Rodrock, and
Raintree*

Jason S. Hartley (*Pro Hac Vice Forthcoming*)
Jason M. Lindner (*Pro Hac Vice Forthcoming*)
**HARTLEY LLP**
101 W. Broadway, Ste 820 San
Diego, CA 92101 (619) 400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com

*Counsel for Plaintiff Kinin*

Attachment A

**Firm Name:**
**Time Period:**

**Categories:** 1) Pre-Complaint Investigation/Complaint Prep/Class member intakes 2) Court Hearings/Conferences/ Pretrial Stipulations 3) MTD Briefing/Research/Analysis 4) Class Cert Briefing/ Research/Analysis 5) SJ Briefing/Research/Analysis 6) Other Motion Practice/Research/Analysis 7) Discovery Requests/Responses/Meet & confer 8) Factual Development 9) Document Review 10) Depositions and Related Preparation 11) Experts/Expert Discovery/Daubert 12) Trial/Trial Preparation 13) Appeals 14) Settlement/ Settlement Administration/Notice

| Last Name, First Name | Professional Level | Date of Service | Category Code | Category Name | Detailed Description of Work Performed | Billing Rate | Time Spent (by 0.1 increments) | Fees Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **TOTALS** | | | **0.00** | **0.00** | **0.00** | | | **0.00** |

Professional Level: P = Partner; OC = Of Counsel or Counsel; SC = Senior Counsel; A = Associate; SA = Staff Attorney; PL = Paralegal; LA = Legal Assistant; LC = Law Clerk
CA = Contract Attorney; OT = Other (explanation must be required)

Attachment B

| Firm Name: | | | | | |
|---|---|---|---|---|---|
| Time Period: | | | | | |

**Categories:** 1. Court/Filing Fees; 2. Professional Fees (expert, consultants, investigators, etc.); 3. Air Transportation; 4. Ground Transportation; 5. Meals; 6. Lodging; 7. Telephone/Facsimile; 8. Postage/Express Delivery/Messenger; 9. Commercial Copies; 10. Court Reporters/Transcripts; 11. Witness/Service Fees; 12. Internal Reproduction/Copies; 13. Computer research (e.g., Westlaw); 14. Contributions to the litigation fund; and 15. Miscellaneous (Describe in detail)

| DateL | Category Code | Category Name | Detailed Description | Amount | Receipt Available? Yes/No (If no, provide reason) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | | 0.00 | 0.00 | 0.00 |