KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

October 8, 2021

*Via CM/ECF*

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:   *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC)
            [rel. No. 1:21-cv-03446 (PKC)]

Dear Judge Castel:

      Undersigned counsel for plaintiffs Associated Newspapers Ltd. and Mail Media, Inc. (collectively "Daily Mail") write to further respond to Paragraph 5 of the Court's September 24, 2021 Order, ECF No. 129.  Pursuant to Your Honor's Individual Practices 1.A.iv, counsel note that there is currently no conference scheduled in this matter.

      Further to our letter of October 1, 2021, ECF No. 138, counsel write to inform the Court that, after consultation with separate counsel, both Daily Mail and Facebook have provided informed written consent to Kellogg Hansen's simultaneous representation of both Daily Mail in this matter and Facebook in separate, unrelated matters, in light of the procedures set forth in our prior submission to the Court.  As explained in our October 1, 2021 letter, there is no present conflict preventing Kellogg Hansen's representation of both clients in separate matters. Facebook's and Daily Mail's consent confirms that no conflict exists.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

The Honorable P. Kevin Castel
October 8, 2021
Page 2

                              Respectfully submitted,

                              /s/ *John Thorne*

                              John Thorne
                              KELLOGG, HANSEN, TODD, FIGEL &
                                 FREDERICK, P.L.L.C.
                              1615 M Street NW, Suite 400
                              Washington, DC  20036

                              Samuel Issacharoff
                              40 Washington Square South, Suite 411J
                              New York, NY  10012

                              *Counsel for Associated Newspapers, Ltd.*
                              *and Mail Media, Inc.*

cc:   All Counsel of Record (via CM/ECF)