UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC |

**DECLARATION OF ROBERT J. GRALEWSKI**

Pursuant to 28 U.S.C. § 1746, I, Robert J. Gralewski, declare and state the following:

1. I am an attorney with the law firm of Kirby McInerney LLP, counsel for Plaintiff JLaSalle Enterprises LLC in this action. I provide this Declaration in support of my Motion for Admission *Pro Hac Vice*.

2. Unless otherwise indicated below, the matters set forth in this Declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

3. My contact information is as follows:

> Robert J. Gralewski, Jr.
> KIRBY McINERNEY LLP
> 600 B Street, Suite 2110
> San Diego, CA 92101
> Telephone: (619) 784-1442
> Facsimile: (212) 751-2540
> Email: bgralewski@kmllp.com

4. I am a member in good standing of the State Bar of California, and there are no pending disciplinary proceedings against me in any state or federal court, as evidenced by the Certificate of Good Standing annexed hereto. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I am also experienced in Federal practice and am familiar with this Court's Local Rules.

I declare under the penalty of perjury that, to the best of my knowledge, the foregoing statements are true and correct.

Executed: October 15, 2021
San Diego, California.

*/s/ Robert J. Gralewski, Jr.*
Robert J. Gralewski, Jr.