IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC |

**UNOPPOSED MOTION FOR EXPEDITED INTERIM PROTECTIVE ORDER**

The MDL Plaintiffs[1] submit this joint motion seeking entry, on an expedited basis, of the attached proposed Unopposed Expedited Interim Protective Order. Plaintiffs have conferred with Defendants Google LLC and Facebook, Inc. who do not oppose entry of the attached proposed Unopposed Interim Protective Order.

Plaintiffs request entry of an Interim Protective Order, which would permit the Plaintiff States to share, with outside counsel for the other private Plaintiff groups, on an External Attorneys' Eyes Only basis, the following with outside counsel for the other Plaintiffs: the fully unredacted Second Amended Complaint (ECF No. 81) and drafts of the States' forthcoming Third Amended Complaint. Plaintiffs' request is narrowly tailored to obviate any theoretical risks; the requested Order would limit the States' disclosure to only the outside counsel representing the private Plaintiffs, and it would specifically disallow disclosure to the private Plaintiffs themselves (or their in-house counsel).

During the September 24, 2021 conference and corresponding minute order (ECF No. 129), the Court ordered the parties to negotiate and submit a proposed comprehensive protective order to govern disclosure and exchange of all confidential information in this MDL. The MDL Plaintiffs were able to coordinate edits and comments since the hearing and provided Defendants with a draft

---

[1] "Plaintiffs" (or "MDL Plaintiffs") refers to all parties, state and private, currently styled as plaintiffs in the cases comprising the above-referenced MDL litigation, including any subsequent division of the case for trial or otherwise.

protective order on October 15, 2021, to begin the negotiation process. Such an order would obviate the need for Plaintiffs' current request because it would make the private Plaintiffs privy to the States' unredacted complaints. But timing constraints now necessitate an interim protective order. While the parties are hopeful that their negotiations of a comprehensive protective order will conclude in short order, they are unlikely to conclude in time to permit the States to adequately consult with the private Plaintiffs' outside counsel regarding their Third Amended Complaint, which is due November 12, 2021 (less than 3 weeks from the date of this motion). *See* Order at 2 (Oct. 13, 2021), ECF No. 144.

As noted in the States' recent correspondence with the Court, it is important that the States be permitted to "finalize a comprehensive Third Amended Complaint in consultation with the other interested plaintiffs." Letter from Mark Lanier to Judge Castel at 2 (Oct. 8, 2021), ECF No. 141. But such consultation would be substantially frustrated if the States are unable to fully address the substance of their claims with the private Plaintiffs' outside counsel.

The Interim Protective Order is necessary for additional reasons as well. The States are currently unable to appropriately consult with even the private Plaintiffs' outside counsel, despite the Court's October 15 Order (ECF 147) directing the States to remove most—but not all—of the redactions currently applied to the publicly filed version of the Second Amended Complaint for two reasons. First, drafts of the Third Amended Complaint will contain information and/or materials designated confidential by Google and Facebook that were not addressed by the Court's Order because they were not referenced in the Second Amended Complaint.  Second, even the less-redacted version of the Second Amended Complaint (which will be filed, as ordered, by October 22, 2021) maintains certain redactions that would limit the States' ability to consult with interested private Plaintiffs' outside counsel concerning potential amendments to the States' complaint.

Accordingly, to facilitate the States' ability to properly and timely consult with the private Plaintiffs' outside counsel regarding the soon-to-be-filed operative lead complaint in this MDL, Plaintiffs respectfully request entry of the attached narrowly tailored Interim Protective Order.

Dated: October 25, 2021

Respectfully submitted,

**For the Plaintiff States**

*/s/ W. Mark Lanier*_____
W. Mark Lanier (NY Bar No.: 4327284)
Mark.Lanier@LanierLawFirm.com
Alex J. Brown (NY Bar No.: 4593604)
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
**THE LANIER LAW FIRM, PLLC**
Tower 56
126 East 56th Street, 6th Floor
New York, NY 10022
Telephone: (212) 421-2800

*/s/ Ashley Keller*_____
Ashley Keller
ack@kellerlenkner.com
Brooke Clason Smith
brooke.smith@kellerlenkner.com
Jason A. Zweig (NY Bar No.: 2960326)
jaz@kellerlenkner.com
**KELLER LENKNER LLC**
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
Telephone: (312) 741-5220

Zina Bash
zina.bash@kellerlenker.com
**KELLER LENKNER LLC**
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 690-0990

*Counsel for Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm only), Mississippi, North Dakota, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*

**For the *Advertiser Class* Plaintiffs**

| | |
|---|---|
| /s/ Dena C. Sharp<br>Dena C. Sharp (*pro hac vice*)<br>dsharp@girardsharp.com<br>Jordan Elias (*pro hac vice*)<br>jelias@girardsharp.com<br>Scott M. Grzenczyk (*pro hac vice*)<br>scottg@girardsharp.com<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800 | /s/ Fred T. Isquith, Sr.<br>Fred T. Isquith, Sr. (FI-6782)<br>ftisquith@zsz.com<br>Robert S. Schachter (RS-7243)<br>rschachter@zsz.com<br>**ZWERLING, SCHACHTER & ZWERLING, LLP**<br>41 Madison Avenue, 32nd Floor<br>New York, NY 10010<br>Telephone: (212) 223-3900 |

Archana Tamoshunas (AT-3935)
atamoshunas@tcllaw.com
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (212) 931-0704

/s/ Fred T. Isquith, Jr.
Fred T. Isquith, Jr. (FI-1064)
isquithlaw@gmail.com
**ISQUITH LAW**
220 East 80th Street
New York, NY 10075
Telephone: (607) 277-6513

April Lambert (*pro hac vice*)
alambert@radicelawfirm.com
**RADICE LAW FIRM, PC**
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502

/s/ Pamela A Markert
Solomon B. Cera (admitted *pro hac vice*)
scera@cerallp.com
Pamela A. Markert (admitted *pro hac vice*)
pmarkert@cerallp.com
**CERA LLP**
595 Market St., Suite 1350
San Francisco, CA 94105
Telephone: (415) 777-2230

*Counsel for Advertiser Plaintiffs Surefreight Global LLC d/b/a Prana Pets and Hanson Law Office, as successor-in-interest to Hanson Law Firm, PC*

/s/ Kate M. Baxter-Kauf
Heidi Silton (admitted *pro hac vice*)
hmsilton@locklaw.com
Kate M. Baxter-Kauf (admitted *pro hac vice*)
kmbaxter-kauf@locklaw.com
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401-2159
Telephone: (612) 596-4092

/s/ Tina Wolfson
Tina Wolfson (TW-1016)
twolfson@ahdootwolfson.com
Theodore W. Maya (*pro hac vice* forthcoming)
tmaya@ahdootwolfson.com
Bradley K. King (BK-1971)
bking@ahdootwolfson.com
Rachel R. Johnson (*pro hac vice* forthcoming)
rjohnson@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111

/s/ Richard Vita
Richard Vita (*pro hac vice* forthcoming)
rjv@vitalaw.com
**VITA LAW OFFICES, P.C.**
100 State Street, Suite 900
Boston, MA 02109
Telephone: (617) 426-6566

*Counsel for Advertiser Plaintiff Vitor Lindo*

*Counsel for Plaintiffs SPX Total Body Fitness LLC, d/b/a The Studio Empower, SkinnySchool LLC d/b/a Maria Marques Fitness, and Mint Rose Day Spa LLC, on Behalf of Themselves and All Others Similarly Situated*

_/s/ Jonathan L. Rubin_____
Jonathan L. Rubin (*Pro Hac Vice*)
jrubin@moginrubin.com
**MOGINRUBIN LLP**
1615 M Street, NW, Third Floor
Washington, D.C. 20036
Telephone: (202) 630-0616

Daniel J. Mogin (*Pro Hac Vice*)
dmogin@moginrubin.com
Jennifer M. Oliver (N.Y. Bar No. 4547428)
joliver@moginrubin.com
Timothy Z. LaComb (*Pro Hac Vice*)
tlacomb@moginrubin.com
**MOGINRUBIN LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 687-6611

*Counsel for Plaintiffs Cliffy Care, Kinin, Rodrock, and Raintree*

Richard F. Lombardo (*Pro Hac Vice Forthcoming*)
rlombardo@sls-law.com
Peter F. Rottgers (*Pro Hac Vice Forthcoming*)
prottgers@sls-law.com
**SHAFFER LOMBARDO SHURIN**
2001 Wyandotte Street
Kansas City, MO 64108
Telephone: (816) 931-0500

*Counsel for Plaintiffs Cliffy Care, Rodrock, and Raintree*

Jason S. Hartley (*Pro Hac Vice Forthcoming*)
hartley@hartleyllp.com
Jason M. Lindner (*Pro Hac Vice Forthcoming*)
lindner@hartleyllp.com
**HARTLEY LLP**
101 W. Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822

*Counsel for Plaintiff Kinin*

**For the *Publisher Class* Plaintiffs**

 /s/ *Philip C. Korologos*
Philip C. Korologos*
pkorologos@bsfllp.com
Brianna S. Hills*
bhills@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300

David Boies*
dboies@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

Abby L. Dennis*
adennis@bsfllp.com
Jesse Panuccio*
jpanuccio@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 895-7580

Mark C. Mao (236165)
mmao@bsfllp.com
Sean P. Rodriguez (262437)
srodriguez@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6820

Sabria A. McElroy*
smcelroy@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 377-4216

/s/ *Eric L. Cramer*
Eric L. Cramer*
ecramer@bm.net
Michael C. Dell'Angelo*
mdellangelo@bm.net
Caitlin G. Coslett*
ccoslett@bm.net
Patrick F. Madden*
pmadden@bm.net
**BERGER MONTAGUE PC**
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000

Sophia M. Rios (305801)
srios@bm.net
**BERGER MONTAGUE PC**
401 B Street, Suite 2000
San Diego, CA 92101
Telephone: (619) 489-0300

Daniel J. Walker*
dwalker@bm.net
**BERGER MONTAGUE PC**
2001 Pennsylvania Ave., NW, Suite 300
Washington DC 20006
Telephone: (202) 559-9745

Michael K. Yarnoff**
myarnoff@kehoelawfirm.com
**KEHOE LAW FIRM, P.C.**
Two Penn Center Plaza
1500 JFK Blvd., Suite 1020
Philadelphia, PA 19102
Telephone: (215) 792-6676

*Counsel for Publisher Plaintiff Sterling International Consulting Group*

_/s/ George A. Zelcs_____
George A. Zelcs*
gzelcs@koreintillery.com
Robert E. Litan*
rlitan@koreintillery.com
Randall P. Ewing*
rewing@koreintillery.com
Marc A. Wallenstein*
mwallenstein@koreintillery.com
Jonathon D. Byrer*
jbyrer@koreintillery.com
Ryan A. Cortazar*
rcortazar@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

Stephen M. Tillery*
stillery@koreintillery.com
Michael E. Klenov (277028)
mklenov@koreintillery.com
Carol L. O'Keefe*
cokeefe@koreintillery.com
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844

*Counsel for Publisher Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.*

/s/ *Robert J. Gralewski, Jr*____
Robert J. Gralewski, Jr. (196410)
bgralewski@kmllp.com
Samantha L. Greenberg (327224)
sgreenberg@kmllp.com
**KIRBY McINERNEY LLP**
600 B Street, Suite 2110
San Diego, CA 92101
Telephone: (619) 784-1442

Karen Lerner**
klerner@kmllp.com
Daniel Hume**
dhume@kmllp.com
David Bishop**
dbishop@kmllp.com
Andrew McNeela**
amcneela@kmllp.com
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600

Thomas M. Hnasko**
thnasko@hinklelawfirm.com
Michael E. Jacobs**
mjacobs@hinklelawfirm.com
**HINKLE SHANOR LLP**
218 Montezuma Avenue
Santa Fe, NM 87501
Telephone: (505) 982-4554

Kent Williams**
williamslawmn@gmail.com
**WILLIAMS LAW FIRM**
1632 Homestead Trail
Long Lake, MN 55356
Telephone: (612) 940-4452

*Counsel for Publisher Plaintiff JLaSalle Enterprises LLC*

*/s/ Dennis Stewart*
Dennis Stewart (99152)
dstewart@gustafsongluek.com
**GUSTAFSON GLUEK PLLC**
600 B Street, 17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299

Daniel E. Gustafson*
dgustafson@gustafsongluek.com
Daniel C. Hedlund*
dhedlund@gustafsongluek.com
Daniel J. Nordin*
dnordin@gustafsongluek.com
Ling S. Wang*
lwang@gustafsongluek.com
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

Marc H. Edelson, Esq*
medelson@edelson-law.com
**EDELSON LECHTZIN LLP**
3 Terry Drive, Suite 205
Newtown, PA 18940
Telephone: (215) 867-2399

Joshua H. Grabar*
jgrabar@grabarlaw.com
**GRABAR LAW OFFICE**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085

E. Powell Miller*
epm@millerlawpc.com
Sharon S. Almonrode*
ssa@millerlawpc.com
Emily E. Hughes*
eeh@millerlawpc.com
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200

Simon Bahne Paris, Esquire*
sparis@smbb.com
Patrick Howard, Esquire*
phoward@smbb.com
**SALTZ, MONGELUZZI & BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 496-8282

Kenneth A. Wexler*
kaw@wexlerwallace.com
Kara A. Elgersma*
kae@wexlerwallace.com
**WEXLER WALLACE LLP**
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222

Dianne M. Nast*
dnast@nastlaw.com
Daniel N. Gallucci*
dgallucci@nastlaw.com
Joseph N. Roda*
jnroda@nastlaw.com
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19106
Telephone: (215) 923-9300

*Counsel for Publisher Plaintiff
Mikula Web Solutions, Inc.*

**For the *Direct Newspaper* Publishers**

*/s/ Serina M. Vash*
Serina M. Vash (New York Bar No.: 2773448)
svash@hermanjones.com
**HERMAN JONES LLP**
153 Central Avenue, # 131
Westfield, NJ  07090
Telephone: (404) 504-6516

John C. Herman
jherman@hermanjones.com
**HERMAN JONES LLP**
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA  30326
Telephone: (404) 504-6500

Paul J. Geller
pgeller@rgrdlaw.com
Stuart A. Davidson
sdavidson@rgrdlaw.com
Alexander C. Cohen
acohen@rgrdlaw.com
Maxwell H. Sawyer
msawyer@rgrdlaw.com
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone: (561) 750-3000

David W. Mitchell
davidm@rgrdlaw.com
Steven M. Jodlowski
sjodlowski@rgrdlaw.com
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: (619) 231-1058

Paul T. Farrell, Jr.
paul@farrellfuller.com
Michael J. Fuller, Jr.
mike@farrellfuller.com
**FARRELL & FULLER, LLC**
1311 Ponce De Leon, Suite 202
San Juan, PR  00907
Telephone: (939) 293-8244

Robert P. Fitzsimmons
bob@fitzsimmonsfirm.com
Clayton J. Fitzsimmons
clayton@fitzsimmonsfirm.com
Mark A. Colantonio
mark@fitzsimmonsfirm.com
**FITZSIMMONS LAW FIRM PLLC**
1609 Warwood Avenue
Wheeling, WV  26003
Telephone: (304) 277-1700

*Co-Counsel for the Newspaper Plaintiffs*

**For Associated Newspapers, Ltd. and Mail Media, Inc.**

John Thorne
jthorne@kellogghansen.com
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7999