## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Bradley D. Justus hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC, in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and the State of Virginia, and there are no pending disciplinary procedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 27, 2021

Respectfully submitted,

*/s/ Bradley D. Justus*
Bradley D. Justus
Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
Phone: 202.912.4700
Fax: 202.912.4701
Email: bjustus@axinn.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC*

**CERTIFICATE OF SERVICE**

      I certify that on October 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

                                      */s/ Bradley D. Justus*
                                      Bradley D. Justus
                                      Axinn, Veltrop & Harkrider LLP