

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Bradley David Justus

was duly qualified and admitted on June 4, 2012 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,**
I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 26, 2021.

*Julio A. Castillo*

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Bradley David Justus

was admitted to practice as an attorney and counsellor at the bar of this Court on June 6, 2011.

I further certify that so far as the records of this office are concerned, Bradley David Justus is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 25th day of October
A.D. 2021

By: _____
Clerk