# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE GOOGLE ADVERTISING
ANTITRUST LITIGATION

Case No. 1:21-md-03010-PKC

P. KEVIN CASTEL, District Judge

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

The motion of Bradley D. Justus for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of Virginia; and that his contact information is as follows:

Bradley D. Justus
bjustus@axinn.com
Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
Telephone: 202.912.4700

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED:_____

_____
United States District / Magistrate Judge