UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC) |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The motion of Jennifer M. Oliver for admission of Jason S. Hartley to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member of good standing of the bar of the state of California; and that his contact information is as follows:

> Jason S. Hartley
> HARTLEY LLP
> 101 W. Broadway, Ste 820
> San Diego, CA 92101
> Tel: (619) 400-5822
> hartley@hartleyllp.com

Applicant, having requested admission Pro Hac Vice to appear as counsel for Kinin, Inc. in the above-captioned action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE