UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC)<br><br>MOTION FOR ADMISSION PRO HAC VICE |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Jennifer M. Oliver, hereby move this Court for an Order for admission of Jason M. Lindner to practice Pro Hac Vice to appear as counsel for Kinin, Inc. in the above-captioned action.

Mr. Lindner is a member in good standing of the State Bar of California. There are no pending disciplinary proceedings against him in any state or federal court. In support of this motion, is my signed Affidavit as an active and sponsoring member of this court. Attached as Exhibit A are his certificates of good standing which have been issued within 30 days of this motion.

Date: November 2, 2021

/s/ Jennifer M. Oliver
Jennifer M. Oliver (NY Bar No. 4547428)
**MOGINRUBIN LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 687-6611
joliver@moginrubin.com

## CERTIFICATE OF SERVICE

  I hereby certify that on November 2, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.