UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

IN RE: GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

21-md-3010 (PKC)

AFFIDAVIT OF JENNIFER M.
OLIVER IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE OF
JASON M. LINDNER

### AFFIDAVIT OF JENNIFER M. OLIVER IN SUPPORT OF
### MOTION FOR ADMISSION PRO HAC VICE OF JASON M. LINDNER

I, Jennifer M. Oliver, declare and state as follows:

1. I am an attorney at the law firm of MoginRubin LLP, counsel for Cliffy Care Landscaping LLC, Rodrock Chiropractic PA, Raintree Medical and Chiropractic Center LLC. I submit this declaration in support of my motion for an order for admission pro hac vice of Jason M. Lindner to the Bar of this Court pursuant to Rule 1.3(c) of the Local Rules of this Court.

2. I am admitted or otherwise authorized to practice in this court since February 21, 2008.

3. I have known the applicant for 4 years because our firm works with the applicant and his firm regularly, and know of his good character and experience as a member of the bar. I can attest that following:

4. Mr. Linder is a member in good standing of the State Bar of California.

5. He has not been subject to any disciplinary actions, past or pending, in any state or federal court.

6. He has never been convicted of a felony nor has he ever been censured, suspended, disbarred, or denied admission or readmission by any court.

7. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

8. Attached hereto as Exhibit A is his Certificate of Good Standing issued by the State Bar of California certifying that he is a member in good standing thereof. I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 2nd day of Novemer 2021, in San Diego, CA.

Date: November 2, 2021

Jennifer M. Oliver
MOGINRUBIN LLP

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of San Diego
Subscribed and sworn to (or affirmed) before me on this 02 day of November, 2021 by Jennifer M. Oliver, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (seal)

MAIHAR MEAKHA
Commission No. 2303826
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires SEPTEMBER 1, 2023

# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### JASON MICHAEL LINDNER

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify JASON MICHAEL LINDNER, #211451, was on the 8th day of December, 2000 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on this day of October 18th, 2021.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Florentino Jimenez, Assistant Deputy Clerk