UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC)<br><br>AFFIDAVIT OF JENNIFER M. OLIVER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF PETER F. ROTTGERS |

**AFFIDAVIT OF JENNIFER M. OLIVER IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE OF PETER F. ROTTGERS**

I, Jennifer M. Oliver, declare and state as follows:

1. I am an attorney at the law firm of MoginRubin LLP, counsel for Cliffy Care Landscaping LLC, Rodrock Chiropractic PA, Raintree Medical and Chiropractic Center LLC. I submit this declaration in support of my motion for an order for admission pro hac vice of Peter F. Rottgers to the Bar of this Court pursuant to Rule 1.3(c) of the Local Rules of this Court.

2. I am admitted or otherwise authorized to practice in this court since February 21, 2008.

3. I have known the applicant for 4 years because our firm works with the applicant and his firm regularly, and know of his good character and experience as a member of the bar. I can attest that following:

4. Mr. Rottgers is a member in good standing of the State Bar of Missouri, and the State Bar of Kansas.

5. He has not been subject to any disciplinary actions, past or pending, in any state or federal court.

6. He has never been convicted of a felony nor has he ever been censured, suspended, disbarred, or denied admission or readmission by any court.

7. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

8. Attached hereto as Exhibit A are his Certificates of Good Standing issued by the State Bar of Missouri, and the State Bar of Kansas certifying that he is a member in good standing thereof. I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 2nd day of November 2021, in San Diego, CA.

Date: November 2nd, 2021

Jennifer M. Oliver
MOGINRUBIN LLP

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of San Diego
Subscribed and sworn to (or affirmed) before me on this 02 day of NOVEMBER, 2021 by Jennifer M. Oliver proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (seal)

MAIHAR MEAKHA
Commission No. 2303826
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires SEPTEMBER 1, 2023

2

# EXHIBIT A

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on November 24, 2020,

## Peter Frederic Rottgers

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 13th day of October, 2021.

**Active Status**

*Douglas T. Shima*
*Clerk of the Supreme Court of Kansas*

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 5/21/2013,

## Peter Frederic Rottgers

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 14th day of October, 2021.

Clerk of the Supreme Court of Missouri