UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC) |

## NOTICE OF APPEARANCE

COMES NOW, Richard F. Lombardo and the law firm of Shaffer Lombardo Shurin and hereby enters his appearance on behalf of Plaintiffs Cliffy Care Landscaping, LLC, Kinin Inc., Raintree Medical and Chiropractic Center, LLC and Rodrock Chiropractic, PA.

    Respectfully submitted,

    SHAFFER LOMBARDO SHURIN

    */s/ Richard F. Lombardo*_____
    Richard F. Lombardo   (MO #29478)
    2001 Wyandotte Street
    Kansas City, MO
    816-931-0500
    816-931-5775 – Fax
    rlombardo@sls-law.com
    ATTORNEY FOR PLAINTIFFS
    CLIFFY CARE LANDSCAPING, LLC,
    KININ INC., RAINTREE MEDICAL AND
    CHIROPRACTIC CENTER, LLC AND
    RODROCK CHIROPRACTIC, PA

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above and foregoing was served, this 5th day of November, 2021 via the SDNY ECF filing system.

*/s/ Richard F. Lombardo*\_\_\_\_\_