UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION                           21-md-3010 (PKC)

-----------------------------------------------------------x

CASTEL, District Judge:

The Court has reviewed Google's letter of October 13, 2021 (Doc 145) and plaintiffs' letter of October 15, 2021 (Doc 148). While neither side has sought specific relief, it is appropriate for the Court to restate its direction at the September 24, 2021 conference regarding document production. Google shall produce to all plaintiffs in the MDL the documents previously produced to any of the state plaintiffs in their digital advertising investigations, whether voluntarily, pursuant to CIDs or otherwise. At the risk of redundancy, Google may not withhold from the foregoing those documents that have also been produced to the DOJ.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       November 5, 2021