IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Theodore W. Maya, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs Hanson Law Firm, PC, Surefreight Global LLC, and Vitor Lindo in the above-captioned action.

I am a member in good standing of the State Bar of California; a certificate of good standing is attached as Exhibit A. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended disbarred or denied admission or readmission by any court. In support of this Motion, I am attaching my Affidavit as required by Local Rules 1.3 and 1.9(a) as Exhibit B.

Dated: November 9, 2021

Respectfully submitted,

/s/ Theodore W. Maya

Theodore W. Maya
**AHDOOT & WOLFSON, P.C.**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: 310-474-9111
Facsimile: 310-474-8585

1

Email: tmaya@ahdootwolfson.com

*Attorney for Plaintiffs Hanson Law Firm, PC, Surefreight Global LLC, and Vitor Lindo*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

                                                                                          */s/ Theodore W. Maya*
                                                                                           Theodore W. Maya