# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

**AFFIDAVIT OF THEODORE W. MAYA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to 28 U.S.C. § 1746 and Local Rules 1.3 and 1.9(a), I, Theodore W. Maya, declare and state the following:

1. I am a partner with the law firm of Ahdoot & Wolfson, PC, counsel for Plaintiffs Hanson Law Firm, PC, Surefreight Global LLC, and Vitor Lindo in this action. I provide this Affidavit in support of my Motion for Admission *Pro Hac Vice*.

2. The matters set forth in this Affidavit are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

3. My contact information is as follows:

    Theodore W. Maya
    AHDOOT & WOLFSON, P.C.
    2600 W. Olive Avenue, Suite 500
    Burbank, CA 91505
    Telephone: (310) 474-9111
    Facsimile: (310) 474-8585
    Email: tmaya@ahdootwolfson.com

4. I am a member in good standing of the State Bar of California, to which I was admitted on December 11, 2002. My California State Bar Number is 223242.

5. I attach a Certificate of Good Standing from the California Supreme Court, which was issued within 30 days of this filing, as Exhibit A to the Motion for Admission *Pro*

1

Hac Vice.

6. I have never been convicted of a felony.

7. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

8. There are no pending disciplinary proceedings against me in any State or Federal Court.

9. I am also experienced in Federal practice and am familiar with this Court's Local Rules.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8 day of November 2021 at Los Angeles, California.

_____
Theodore W. Maya

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California }

County of Los Angeles }

On 11-8-2021 before me, Dennis Loc Nguyen, a Notary Public,
(Here insert name and title of the officer)

personally appeared Theodore Ma a ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

DENNIS LOC NGUYEN
Notary Public - California
Los Angeles County
Commission # 2287846
My Comm. Expires May 9, 2023

Notary Public Signature           (Notary Public Seal)

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

**CAPACITY CLAIMED BY THE SIGNER**
- ☐ Individual(s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

**INSTRUCTIONS FOR COMPLETING THIS FORM**

This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they-- is/are) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.