# IN THE UNITED STATES DISTRICT COURT FOR

# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | MDL No. 3010 <br><br> Civil Action No. 1:21-cv-360-KBJ |

## NOTICE OF APPEARANCE

COMES NOW, Jason M. Lindner and the law firm of Hartley LLP, and hereby enters his appearance on behalf of Plaintiff Kinin, Inc. in the above-captioned matter.

Date: November 9, 2021

/s/ Jason M. Lindner
Jason M. Lindner (CA Bar No. 211451)
*Pro Hac Vice*
**HARTLEY LLP**
101 W. Broadway, Ste 820
San Diego, CA 92101
Tel: (619) 400-5822
lindner@hartleyllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

                                                /s/ Jason M. Lindner
                                                Jason M. Lindner