UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC) |

## NOTICE OF APPEARANCE

COMES NOW, Peter F. Rottgers and the law firm of Shaffer Lombardo Shurin and hereby enters his appearance on behalf of Plaintiffs Cliffy Care Landscaping, LLC, Kinin Inc., Raintree Medical and Chiropractic Center, LLC and Rodrock Chiropractic, PA.

Respectfully submitted,

SHAFFER LOMBARDO SHURIN

*/s/Peter F. Rottgers*
Peter F. Rottgers    # 65671
2001 Wyandotte Street
Kansas City, MO
816-931-0500
816-931-5775 – Fax
prottgers@sls-law.com
ATTORNEY FOR PLAINTIFFS
CLIFFY CARE LANDSCAPING, LLC,
KININ INC., RAINTREE MEDICAL AND
CHIROPRACTIC CENTER, LLC AND
RODROCK CHIROPRACTIC, PA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing was served, this 12th day of November 2021 via the SDNY ECF filing system.

/s/Peter F. Rottgers