# Exhibit 19

# Exhibit 10

**In the Matter Of:**

*UNITED STATES OF AMERICA v*

*GOOGLE, LLC*

---

*NEAL MOHAN*

*October 30, 2023*

---

LEXITAS™

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

\- - -

UNITED STATES OF AMERICA, et al.,

Plaintiffs,

v.

GOOGLE, LLC,

Defendant.

CASE NO. 1:23-cv-00108-LMB-JFA

\- HIGHLY CONFIDENTIAL -

\- - -

October 30, 2023

\- - -

Videotaped deposition of NEAL MOHAN, taken pursuant to notice, was held at the law offices of Axinn, Veltrop & Harkrider, LLP, 1901 L Street NW, Washington, D.C., beginning at 8:35 a.m., on the above date, before Michelle L. Gray, a Registered Professional Reporter, Certified Court Reporter, Certified Realtime Reporter, and Notary Public.

\- - -

said, I believe it does.

BY MR. LONGMAN:

Q. Okay.

A. But I'm -- but I'm not -- again, I don't know what exactly the details of that setting.

Q. Okay. Do you know whether it has -- it -- the default setting is to set history on or off?

MR. BITTON: Objection to form.

THE WITNESS: I do not know what the default is.

BY MR. LONGMAN:

Q. Okay. Have you ever turned history off when you engaged in a chat for business purposes?

MR. BITTON: Objection to form.

THE WITNESS: I mean, generally speaking, as you can tell from my answers, because I don't really think about the settings in Google Chat that

much, I probably went with whatever the default was.

BY MR. LONGMAN:

Q. All right. Let's do some definitions.

Are you familiar with the term "display advertising"?

A. I am familiar with that term, yes.

Q. How would you define display advertising?

A. I think it -- the way I would think about it is it's -- it's all advertising, broadly speaking, that runs on websites, on mobile apps, on social media platforms, on commerce sites. All of these different digital platforms. And it can take the form of image ads, video ads, interactive ads.

It's kind of, in my mind, a very broad space that publishers and advertisers engage in, in the digital realm. It's really -- it's all -- it's all in the digital realm, typically.