# Exhibit 20

# Exhibit 11

**In the Matter Of:**

*United States vs*

*Google*

---

*JONATHAN BELLACK*

*November 16, 2023*

---

LEXITAS™

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

CASE NO. 1:23-cv-00108-LMB-JFA

UNITED STATES OF AMERICA, et al.,

Plaintiffs,

vs.

GOOGLE, LLC,

Defendant.

- HIGHLY CONFIDENTIAL -

Videotaped deposition of JONATHAN BELLACK, taken pursuant to notice, was held at the offices of Axinn, Veltrop & Harkrider LLP, 114 West 47th Street, New York, New York 10036, taken stenographically before LISA FORLANO, CCR, CRR, RMR and Notary Public, on Thursday, November 16, 2023, commencing at 8:50 a.m.

that.

You were subject to various litigation holds while you were at Google, correct?

MR. BITTON: Objection to form.

THE WITNESS: Again, during which time period?

BY MS. WOOD:

Q At any point from 2008 to 2018?

A Yes.

MR. BITTON: Objection.

BY MS. WOOD:

Q And during that time period, did you change your Google chat's default to history on?

MR. BITTON: Objection to form.

THE WITNESS: No.

BY MS. WOOD:

Q Are there any folks at Google that you stay in contact with?

A Just socially.

Q Who?

A Jason Bigler, Ari Paparo, Brad Bender, Chris LaSala.

Q Anyone else?