# Exhibit 21

# Exhibit 12

**In the Matter Of:**

*In Re - Google Digital Advertising*

*BRAD BENDER*

*June 19, 2024*

LEXITAS™

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | ) CIVIL ACTION NO. |
| | ) |
| GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | ) 1:21-md-03010-PKC |
| | ) |
| | ) |

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF

BRAD BENDER

REDWOOD CITY, CALIFORNIA

WEDNESDAY, JUNE 19, 2024

Reported in Stenotype by:
Cody R. Knacke, RMR, CSR No. 13691
Job No.: 944936

A. I believe there was a toggle.

Q. Do you recall how the toggle was set on your chat interface?

A. I would have left it at whatever the default was.

Q. Do you recall ever changing that toggle?

A. No.

Q. Do you recall receiving instructions on when to toggle that on so as to save chats versus leaving it off?

A. I don't recall.

Q. And we were talking earlier about Bernanke a bit.

A. Right.

Q. Do you recall something called "Project Bell"?

A. Nope.

MR. MAYA: Let's go ahead and introduce Exhibit 15.

THE WITNESS: Thank you.

MR. MAYA: And I'll -- Exhibit 15, for the record, bears Bates numbers GOOG-DOJ-03901693. It ends with the Bates numbers 1713.

It's a PowerPoint deck. I'm going to refer to it as -- called: "First Call Signal and GDN