# Exhibit 22

# Exhibit 13

Redacted

[redacted]

LEXITAS™

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No: 1:21-md-03010-FKC

---

IN RE GOOGLE DIGITAL
ADVERTISING ANTITRUST
LITIGATION

---

HIGHLY CONFIDENTIAL VIDEOTAPED VIDEOCONFERENCED
DEPOSITION OF [redacted]

June 13, 2024

---

A. Yes.
Q. Do you recall toggling the save function on and off in chat?
A. I don't recall any specific times when I personally toggled it off and on, but it was a long time ago.
Q. Do you recall that there was a toggle to save chats or not save them?
A. There was, yes.
Q. Do you recall how yours was set?
A. Is there a specific time period you're referring to?
Q. Well, I'm asking if you have a recollection at any time, and then we can get more specific after that.
A. Oh. No, I don't remember specific settings at specific times.
Q. Do you recall it ever being set to save?
A. I don't recall a time when I personally adjusted that toggle for a reason, no.
Q. Do you recall the default setting for that toggle?
A. I recall that there was a default setting, but I did not pay too much attention to what

it was at any particular time.
Q. And isn't it true that the default setting allowed chats to be deleted after a certain period of time?
MS. SALEM: Object to form.
A. I know that there was a setting that made it inaccessible to us as a user. I don't really know how that worked on the back end.
Q. (By Mr. Maya) Did you ever get any training on when to toggle that setting to save versus leaving it off?
MS. SALEM: And I'll just caution the witness to answer to the extent he can without revealing attorney-client communications.
A. I -- I don't recall a specific training on that, no.
Q. (By Mr. Maya) Okay. Let's introduce the next exhibit. This will be [redacted] Exhibit 5.
[redacted] Exhibit 5 was marked.)
THE WITNESS: Thanks.
Q. (By Mr. Maya) And this is basically a two-page email string beginning with the Bates number GOOG-DOJ-11766640 and ending with the Bates number 66641.
A. Yes.