# Exhibit 23

# Exhibit 14

# Exhibit 3

Freshfields Bruckhaus Deringer US LLP

**HIGHLY CONFIDENTIAL**

**Via Email**

Julia Tarver Wood
Trial Attorney
Antitrust Division
U.S. Department of Justice
450 5th Street NW, Washington, D.C. 20530

**Washington**
700 13th Street, NW
10th Floor
Washington, DC 20005-3960
+1 202 777 4500 (Switchboard)
+1 202 777 4545 (Direct)
eric.mahr@freshfields.com
www.freshfields.com

November 8, 2023

**Re:** ***United States, et al. v. Google LLC*, No. 1:23-cv-00108-LMB-JFA (E.D. Va.)**

Dear Julia:

I write further to our agreement to provide written responses in lieu of testimony in connection with Topics 25 and 26 (as narrowed) of Plaintiffs' 30(b)(6) Deposition Notice to Google LLC ("Google") dated August 9, 2023. Google reserves the right to supplement these responses as necessary.

**Topic 25**

Google agreed to provide (a) its Chat retention policies for the period from January 1, 2016 to the present (or, if no retention policy specific to Chat was in effect during parts of that period, its general document retention policy during those parts of that period); (b) a chart indicating when a litigation hold for the Investigation or Litigation was issued to each custodian; and (c) a written response on Topic 25(c), narrowed as follows: "whether, when, and in what circumstances Google suspended its 24-hour auto-delete policy for chat messages for chat messages related to this Investigation or Litigation."

With respect to subpart (a), **Appendix A** to this letter contains a chart identifying by Bates number Google's retention policies applicable to Google Chat for the period from January 1, 2016 to the present.

With respect to subpart (b), **Appendix B** to this letter contains the responsive information.

With respect to subpart (c), the retention period for Google Chat depends on the history setting of a particular message. *See* Appendix A. Further, Google implemented a process on February 8, 2023, for custodians on legal hold in this matter, whereby all Google Chats, regardless of the subject matter of the discussion, were set to "history on" moving forward and automatically preserved for so long as the legal hold is in place.

**Topic 26**

Pursuant to the parties' agreement on Topic 26, and the court's subsequent ruling, ECF No. 376, Google has agreed to provide a written response describing, based on a reasonable inquiry: (a) for each of the Covered Employees (as defined below): (i) whether the employee used Chat to discuss matters relevant to this case; and (ii) the employee's Chat history setting at times when the employee discussed matters relevant to this case; and (b) any non-privileged direction or statements that Google provided to its employees about conducting chats with "history off."

For purposes of Topic 26, "Covered Employees" means the 35 individuals whom Plaintiffs identified in their September 11, 2023 letter and are listed in **Appendix C**. Although defined as "Covered Employees," Plaintiffs' list comprises 26 current employees and 9 former employees.

Google has contacted each of the Covered Employees, of which 33 provided responsive information.[1] This letter reports information Google collected from the 33 Covered Employees.

1. Topic 26(a)(i): Case-Relevant Google Chat Usage

Out of the 33 Covered Employees who provided responsive information, 17 reported that it was not their regular practice to use Chat for substantive communications related to ad tech, and 16 reported sometimes using Chat for substantive communications related to ad tech between January 2014 and the present.[2]

[1] Google made a reasonable inquiry and endeavored to obtain responsive information from all 35 Covered Employees. One former employee, through his counsel, declined to provide responsive information. Google is still working to obtain a response from one other Covered Employee and will provide a supplement to this letter as necessary.

[2] The Covered Employees that reported sometimes using Chat for substantive communications regarding ad tech are Jonathan Bellack, Brad Bender, Jerry Dischler, John "Duke" Dukellis, Jim Giles, Pooja Kapoor, Roshan Khan, Nitish Korula, Lisa Lehman, Max Loubser, Tobias Maurer, Payam Shodjai, Vlad Sinaniyev, Scott Spencer, Sam Temes, and Debbie Weinstein.

Nine of the 16 Covered Employees recalled sometimes using Chat for substantive communications relating to ad tech after receiving a legal hold notice relating to this matter.[3]

2. Topic 26(a)(ii): Case-Relevant Chat History Setting

Of the nine Covered Employees who recalled having used Chat for substantive communications relating to ad tech after receiving a legal hold relating to this matter, one Covered Employee[4] reported that he regularly toggled the Chat history setting to "history on" when discussing matters related to a legal hold.

3. Topic 26(b): Non-Privileged Chat History Setting Direction or Statements

Topic 26(b) (as narrowed) seeks "any non-privileged direction or statements that Google provided to its employees about conducting chats with 'history off.'" Google has made a good faith attempt, following a reasonable inquiry, to ascertain "direction or statements" about communicating via Chat with history off and identifies the following: Google's retention policies (*see* Appendix A) provide information on how long Chat is retained, whether a message is sent with history on or history off. In a communications training previously provided to Google employees, a module regarding whether to send an email when angry or tired contained a multiple choice question; one (incorrect) answer was: "Don't send the email. Chat 'off the record' via Hangouts instead."

Sincerely,

Eric Mahr

---

[3] The other seven Covered Employees had transitioned out of positions involving work on Google's ad tech business and into positions in Alphabet, Inc. or Google business segments not involving ad tech before they received legal hold notices relevant to this case. These seven Covered Employees include: Jonathan Bellack (on legal hold October 4, 2019; transitioned from Director of Product Management, Publisher Ad Platforms at Google to Director of Product at Jigsaw (another subsidiary of Alphabet, Inc.) in January 2019), Jim Giles (on legal hold January 22, 2021; transitioned from Engineering Director, Google Ad Manager and AdSense to Engineering Director, Google Drive in January 2019), Pooja Kapoor (on legal hold October 4, 2019; transitioned from Head of Global Strategy, Programmatic, and Ecosystem Health to Head of GDPR & Data Trust in April 2018), Roshan Khan (on legal hold January 22, 2021; transitioned from Group Product Manager, DV360 to Group Product Manager, Android Auto in January 2020), Lisa Lehman (on legal hold January 22, 2021; transitioned from Strategic Partner Lead, News & Magazines to Strategic Partner Manager, Global News Product Partnerships in April 2018), Max Loubser (on legal hold January 22, 2021; transitioned from Senior Product Manager, Display & Video Advertising to Senior Product Manager, YouTube in May 2018), and Payam Shodjai (on legal hold January 22, 2021; transitioned from Senior Director, Product Management, Display and Video Ads to Senior Director, Product Management, Google Assistant in December 2019).

[4] Nitish Korula.

**APPENDIX A**

**Retention policies applicable to Google Chat (January 1, 2016 to the present)**

| Policy | Time Period | Beginning Bates |
|---|---|---|
| Gmail Retention Policy | August 21, 2015 - February 25, 2021 | GOOG-AT-MDL-009709510 |
| Google Chat Retention Policy | November 18, 2020 - February 25, 2021 | GOOG-AT-MDL-009709520 |
| Google Chat Retention Policy | February 26, 2021 - September 30, 2021 | GOOG-AT-MDL-009709508 |
| Google Chat Retention Policy | October 1, 2021 - December 7, 2021 | GOOG-AT-MDL-009709522 |
| Google Chat Retention Policy | December 8, 2021 - May 16, 2023 | GOOG-AT-MDL-009709506 |
| Google Chat Retention Policy | May 17, 2023 - Present (Current Policy) | GOOG-AT-MDL-009709518 |

**APPENDIX B**

| Custodian Name | Date Hold Notice Issued[5] |
|---|---|
| Sergio Abreu | Feb 3, 2021 |
| Daniel Alegre | June 2, 2020 |
| Kate Alessi | Feb 3, 2021 |
| Anthony Altimari | May 25, 2023 |
| Ali Nasiri Amini | Feb 3, 2021 |
| Vip Andleigh | Jan 22, 2021 |
| Nikesh Arora | Dec 5, 2019 |
| Ajay Bangla | May 25, 2023 |
| Bethanie Baynes | Jan 22, 2021 |
| Karen Aviram Beatty | Jan 22, 2021 |
| Jonathan Bellack | Oct 4, 2019 |
| Brad Bender | Oct 4, 2019 |
| Glenn Berntson | Sept 20, 2022 |
| David Besbris | Jan 22, 2021 |
| Deepti Bhatnagar | Jan 22, 2021 |
| Jason Bigler | Oct 4, 2019 |
| Chetna Bindra | Jan 22, 2021 |
| Jeff Birnbaum | Feb 3, 2021 |
| Simon Bolger | May 25, 2023 |
| Joan Braddi | Jan 22, 2021 |
| Drew Bradstock | Jan 22, 2021 |
| Amin Charaniya | Feb 3, 2021 |
| Anthony Chavez | Jan 22, 2021 |

[5] A legal hold was implemented for some custodians after they left Google. For those custodians, we have provided the date that the hold was implemented.

| Custodian Name | Date Hold Notice Issued[5] |
|---|---|
| Julie Chen | Feb 3, 2021 |
| Susan Childs | Jan 22, 2021 |
| Mary Ellen Coe | Jan 22, 2021 |
| Josh Cohen | June 22, 2020 |
| Christophe Combette | June 12, 2023 |
| Matthew Conroy | Jan 22, 2021 |
| Erin Corkins | May 25, 2023 |
| Sam Cox | Oct 4, 2019 |
| Marcel Crasmaru | Feb 3, 2021 |
| Tim Craycroft | Sept 20, 2022 |
| Jerry Dischler | Jan 22, 2021 |
| Katie (Baxter) Dodson | May 25, 2023 |
| Sean Downey | Jan 22, 2021 |
| John "Duke" Dukellis | Jan 22, 2021 |
| Sam Franklin | May 25, 2023 |
| Rudy Galfi | Jan 22, 2021 |
| Haskell Garon | Jan 22, 2021 |
| Kristen Gil | Feb 3, 2021 |
| Jim Giles | Jan 22, 2021 |
| Richard Gingras | Jan 22, 2021 |
| Chris Gklaros-Stavropoulos | Jan 22, 2021 |
| Matthew Glotzbach | June 22, 2020 |
| Eu-Jin Goh | Jul 26, 2023 |
| Joanna Zimelis Goldblatt | Apr 3, 2023 |
| Eve Goldman | Feb 3, 2021 |
| David Goodman | Jan 22, 2021 |
| Jerome Grateau | Jan 22, 2021 |

| Custodian Name | Date Hold Notice Issued[5] |
|---|---|
| Anna Grodecka-Grad | Sept 26, 2023 |
| Chip Hall | Jan 22, 2021 |
| K. Marco Hardie | Apr 3, 2023 |
| Donald Harrison | Oct 4, 2019 |
| Sean Harrison | Apr 3, 2023 |
| Rob Hazan | Aug 6, 2020 |
| Joerg Heilig | Jan 29, 2021 |
| Sissie Hsiao | Oct 4, 2019 |
| Nirmal Jayaram | Jan 22, 2021 |
| Darline Jean | June 12, 2023 |
| Adam Juda | Jan 22, 2021 |
| Bashar Kachachi | Jan 22, 2021 |
| Kishore Kanakamedala | Feb 21, 2020 |
| Pooja Kapoor | Oct 4, 2019 |
| Roshan Khan | Jan 22, 2021 |
| Woojin Kim | Jan 22, 2021 |
| Jennifer Koester | Jan 22, 2021 |
| Martin Kon | Feb 3, 2021 |
| Rahul Kooverjee | May 25, 2023 |
| Omid Kordestani | Feb. 4, 2020 |
| Nitish Korula | Oct 4, 2019 |
| Gabe Kronstadt | Feb 10, 2021 |
| Suresh Kumar | June 2, 2020 |
| Robert Kyncl | Jan 22, 2021 |
| Sue Lai | Sept 25, 2023 |
| Tript Singh Lamba | Jan 22, 2021 |
| Chris LaSala | Jan 22, 2021 |

| Custodian Name | Date Hold Notice Issued[5] |
|---|---|
| Lisa Lehman | Jan 22, 2021 |
| George Levitte | Jan 22, 2021 |
| Max Lin | Jan 22, 2021 |
| Eisar Lipkovitz | June 22, 2020 |
| Tim Lipus | Feb 23, 2023 |
| Max Loubser | Jan 22, 2021 |
| Tobias Maurer | Jan 22, 2021 |
| Chris Maxcy | Jan 22, 2021 |
| Stuart May | Jul 26, 2023 |
| Ali Miller | Jan 22, 2021 |
| Jason Miller | Feb 3, 2021 |
| Giulio Minguzzi | May 3, 2023 |
| David Mitby | Jan 22, 2021 |
| Neal Mohan | Apr 27, 2023 |
| Jessica Mok | Feb 23, 2023 |
| Paul Muret | Jan 22, 2021 |
| Elissa Murphy | Feb 3, 2021 |
| Sagnik Nandy | Mar 8, 2021 |
| Jon Newmuis | Jul 26, 2023 |
| Rany Ng | Jan 22, 2021 |
| Ali Nouri | June 14, 2023 |
| Kristen O'Hara | June 12, 2023 |
| Martin Pal | Jan 22, 2021 |
| Thomas Pan | Jul 26, 2023 |
| Aparna Pappu | Jan 22, 2021 |
| Peentoo Patel | Sept 20, 2022 |
| Bonnie Pericolosi | Jan 22, 2021 |

| Custodian Name | Date Hold Notice Issued[5] |
|---|---|
| Igor Perisic | Oct 16, 2023 |
| Shane Peros | Jan 22, 2021 |
| Kirk Perry | Jan 22, 2021 |
| Sundar Pichai | Oct 4, 2019 |
| Barbara Piermont | Jan 22, 2021 |
| Arthur Price | Feb 3, 2021 |
| Prabhakar Raghavan | Oct 4, 2019 |
| Alyssa Raiola | Apr 3, 2023 |
| Sridhar Ramaswamy | Nov. 4, 2019 |
| Vinay Rao | Feb 3, 2021 |
| Vivek Rao | Jan 22, 2021 |
| Rita Ren | May 23, 2023 |
| Nicky Rettke | June 12, 2023 |
| Sarah Rock | May 25, 2023 |
| Dave Rolefson | Jan 22, 2021 |
| Danielle Romain | Jan 22, 2021 |
| Courtney Rose | May 25, 2023 |
| Bryan Rowley | Jan 22, 2021 |
| Nathalie Sajous | May 25, 2023 |
| Karen Sauder | Mar 8, 2021 |
| Erin Schaefer | Jan 29, 2021 |
| Philipp Schindler | Oct 4, 2019 |
| Mike Schulman | Oct 4, 2019 |
| Jasper Seldin | Jan 22, 2021 |
| Jayavel Shanmugasundaram | Jan 22, 2021 |
| Vishal Sharma | Jan 22, 2021 |
| Scott Sheffer | Feb 3, 2021 |

| Custodian Name | Date Hold Notice Issued[5] |
|---|---|
| Alex Shellhammer | Jan 22, 2021 |
| Lior Shenkar | Mar 3, 2022 |
| Steven Shin | May 23, 2023 |
| Payam Shodjai | Jan 22, 2021 |
| Scott Silver | Jan 22, 2021 |
| Vlad Sinaniyev | Jan 22, 2021 |
| Selin Song | June 12, 2023 |
| Scott Spencer | Jan 22, 2021 |
| Jason Spero | Jan 22, 2021 |
| Rahul Srinivasan | Jan 22, 2021 |
| Vidhya Srinivasan | Jan 22, 2021 |
| Sarah Stefaniu | Apr 3, 2023 |
| Adam Stewart | Mar 8, 2021 |
| Bonita Stewart | Oct 4, 2019 |
| Gargi Sur | Jan 22, 2021 |
| Dan Taylor | Jan 22, 2021 |
| Sam Temes | Jan 22, 2021 |
| Sneha Thomas | June 12, 2023 |
| Glenn Thrope | Feb 23, 2021 |
| Allan Thygesen | Jan 22, 2021 |
| Christoper Tignor | June 14, 2023 |
| John Tobler | Feb 3, 2021 |
| Malte Ubl | Jan 22, 2021 |
| Kai Umezawa | June 12, 2023 |
| Shashi Upadhyay | June 12, 2023 |
| Jyoti Vaidee | Jan 22, 2021 |
| Marshall Vale | Jan 22, 2021 |

| Custodian Name | Date Hold Notice Issued[5] |
|---|---|
| Jay VanDerzee | Mar 3, 2022 |
| Hal Varian | Jan 22, 2021 |
| Medha Vedaprakash | Jan 18, 2023 |
| Casper Verhoofstad | May 25, 2023 |
| Alok Verma | Jan 22, 2021 |
| Luis Vilela | Feb 3, 2021 |
| Madhu Vudali | Jan 22, 2021 |
| Jason Washing | Jan 22, 2021 |
| Debbie Weinstein | Jan 22, 2021 |
| Mike Westervelt | May 25, 2023 |
| Kristin Wiechmann | Jan 22, 2021 |
| Susan Wojcicki | Oct 4, 2019 |
| Noam Wolf | Oct 4, 2019 |
| Meghan Zidar | May 25, 2023 |

## APPENDIX C

On September 11, 2023, Plaintiffs identified the following 35 employees as "Covered Employees" for Google's written response to Topic 26 of Plaintiffs' 30(b)(6) Notice[6]:

1) Jonathan Bellack*
2) Brad Bender*
3) Deepti Bhatnagar
4) Jason Bigler*
5) Sam Cox*
6) Jerry Dischler
7) Sean Downey
8) John "Duke" Dukellis
9) Jim Giles
10) Don Harrison
11) Jörg Heilig*
12) Sissie Hsiao
13) Nirmal Jayaram
14) Pooja Kapoor
15) Sanjay Kapoor
16) Roshan Khan
17) Woojin Kim
18) Nitish Korula
19) Lisa Lehman
20) Max Loubser
21) Tobias Maurer
22) Paul Muret
23) Sagnik Nandy*
24) Larry Page
25) Sundar Pichai
26) Shailesh Prakash
27) Prabhakar Raghavan
28) Sridhar Ramaswamy*
29) Eric Schmidt*
30) Payam Shodjai
31) Vlad Sinaniyev
32) Scott Spencer*
33) Sam Temes
34) Debbie Weinstein
35) Susan Wojcicki

[6] An asterisk (*) denotes former Google employees as of September 11, 2023.