# Exhibit 30

# Exhibit 24

Redacted

Message

**From:** [redacted]
**Sent:** 11/10/2021 6:15:58 PM
**To:** [redacted]
**Subject:** AAAAAiEErHE-MBI-FLAT:2021-11-09T23:15:58.284495

- [redacted]**@google.com** 2021-11-10T18:15:58.284Z

ok for me to keep history on here? need to keep some info for memory purposes ☺

- [redacted]**@google.com** 2021-11-10T18:34:34.134Z

[redacted], unfortunately, I'm not supportive of turning history on. The discussion that started this thread gets into legal and potentially competitive territory, which I'd like to be conscientious of having under privilege. So that you're aware, when history is on, it's discoverable. Sometimes that's totally fine but I'd like to stick to the default of history off. Thanks