# Exhibit 40

# EXHIBIT 5

Freshfields Bruckhaus Deringer US LLP

**HIGHLY CONFIDENTIAL**

**Via Email**

Julia Tarver Wood
Trial Attorney
Antitrust Division
U.S. Department of Justice
450 5th Street NW, Washington, D.C. 20530

**Washington**
700 13th Street, NW
10th Floor
Washington, DC 20005-3960
+1 202 777 4500 (Switchboard)
+1 202 777 4545 (Direct)
eric.mahr@freshfields.com
www.freshfields.com

November 15, 2023

**Re:** ***United States, et al. v. Google LLC*, No. 1:23-cv-00108-LMB-JFA (E.D. Va.)**

Dear Julia:

I write to follow-up on my letter of November 8, 2023 regarding Google LLC's written responses in lieu of testimony in connection with Topics 25 and 26 (as narrowed) of Plaintiffs' 30(b)(6) Deposition Notice to Google LLC ("Google") dated August 9, 2023. Google has completed its survey of Covered Employees[1] in response to Topic 26(a)(i)-(ii). In short, Google has now received information from the remaining Covered Employee (*see* Nov. 8, 2023 Letter at 2 n.1), who reported it was not their regular practice to use Chat for substantive communications related to ad tech. Google therefore amends its response to Topic 26(a)(i) as follows:

1. Topic 26(a)(i): Case-Relevant Google Chat Usage

Out of the 34 Covered Employees who provided responsive information, 18 reported that it was not their regular practice to use Chat for substantive communications related to ad tech.

[1] Unless otherwise stated, defined terms have the same meaning as provided in Google's November 8, 2023 letter.

Google reserves the right to supplement its responses as necessary.

Sincerely,

[signature]

Eric Mahr