UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) |

*This Motion Relates To:*

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*,<br><br>     *Plaintiffs*,<br><br> vs.<br><br>GOOGLE LLC,<br><br>     *Defendants*. | No. 21-CV-6841 (PKC) |

**[PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION FOR LEAVE TO FILE THE UNREDACTED COMPLAINT UNDER SEAL**

CASTEL, District Judge:

  Plaintiff States' Motion for Leave to file the Third Amended Complaint is GRANTED. The Third Amended Complaint shall be filed in the redacted form submitted to this Court in accordance with the Plaintiff States' yellow highlights, leaving in place redactions only related to Google's predictive modeling process and the names and contact information of lower-level employees, in accordance with the Court's October 15, 2021 Order. Plaintiff States are directed to publicly file a version of the Third Amended Complaint that conforms to this Order no later than December __, 2021.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
        December \_\_\_, 2021