UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 21-MD-3010 (PKC)<br><br>Judge: Hon. P. Kevin Castel |
| *This Motion Relates to:*<br><br>1:21-cv-07034-PKC | |

### NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4, Plaintiff Genius Media Group, Inc. respectfully requests that Jamie L. Boyer be permitted to withdraw as counsel for Plaintiff Genius Media Group, Inc. in this matter. The reason for this request is that Ms. Boyer resigned from the law firm of Korein Tillery, LLC. The granting of this motion will not impose delay or affect any deadlines in the case. Plaintiff Genius Media Group, Inc. will continue to be represented by other counsel of record, including the undersigned counsel. Ms. Boyer is not retaining or charging a lien.

\

1

| | |
|---|---|
| Date: November 15, 2021 | Respectfully submitted,<br><br>By:  */s/ Carol L. O'Keefe*<br>Carol L. O'Keefe<br>KOREIN TILLERY, LLC<br>505 North 7th Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525<br>cokeefe@koreintillery.com<br><br>*Counsel for Plaintiff Genius Media Group, Inc.* |