UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 21-MD-3010 (PKC) <br><br> Judge: Hon. P. Kevin Castel |
| *This Motion Relates to:* | |
| 1:21-cv-07034-PKC | |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is a Motion to Withdraw Jamie L. Boyer as counsel for Plaintiff Genius Media Group, Inc. in this matter. The Court has determined that the motion should be GRANTED.

It is hereby,

ORDERED that Jamie L. Boyer is withdrawn as counsel for Plaintiff Genius Media Group, Inc. in this matter; and

ORDERED that the clerk terminate CM/ECF notices as to Jamie L. Boyer for this matter.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
_____