UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1: 21-md-03010 (PKC) |

This Motion Relates to:

| | |
|---|---|
| SWEEPSTAKES TODAY, LLC et al.,<br><br>                              Plaintiffs,<br><br>          v.<br><br>GOOGLE LLC et al.,<br><br>                              Defendants. | Case No. 1:21-cv-07034 (PKC) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4, Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc. respectfully request that Abby L. Dennis be permitted to withdraw as counsel in the above-captioned matter as a result of her departure from Boies Schiller Flexner LLP ("BSF") and her new position as Senior Trial Counsel at the Federal Trade Commission in the Bureau of Competition's Litigation Group.

Ms. Dennis's withdrawal will not delay the matter or prejudice any party, and she is not retaining or charging a lien. Ms. Dennis was part of the principal BSF team appointed as Interim Co-Lead Publisher Class Counsel. (*See* ECF No. 76 in *In re Google Digital Publisher Antitrust Litigation*, 1:21-cv-07034-PKC.)  BSF will continue to

represent Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc. and act as Interim Co-Lead Class Counsel for the Publisher classes in *In re Google Digital Publisher Antitrust Litigation*. This motion has been served upon the foregoing clients.

Dated: November 23, 2021

                                                Respectfully submitted,

/s/ Philip C. Korologos
Philip C. Korologos
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 1001
Tel:  212-446-2300
Fax: 212-446-2350
E-mail:pkorologos@bsfllp.com

*Attorney for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc.*