# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1: 21-md-03010 (PKC) |

This Motion Relates to:

| | |
|---|---|
| SWEEPSTAKES TODAY, LLC et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC et al.,<br><br>　　　　　　　　Defendants. | Case No. 1:21-cv-07034 (PKC) |

## PROPOSED ORDER FOR WITHDRAWAL OF COUNSEL

**IT IS HEREBY ORDERED** that Abby L. Dennis hereby withdraws as counsel for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc. and shall be removed from the Case Management/ Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Boies Schiller Flexner will continue to represent Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc.

Dated: _____　　　　　　_____

　　　　　　　　　　　　　　　　　　　　Honorable P. Kevin Castel
　　　　　　　　　　　　　　　　　　　　United States District Judge