# CRAVATH, SWAINE & MOORE LLP

JOHN W. WHITE
EVAN R. CHESLER
STEPHEN L. GORDON
ROBERT H. BARON
DAVID MERCADO
CHRISTINE A. VARNEY
PETER T. BARBUR
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
PHILIP J. BOECKMAN
RONALD E. CREAMER JR.
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS

ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
DAVID S. FINKELSTEIN
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1596

WRITER'S EMAIL ADDRESS
Korsini@cravath.com

DAVID J. PERKINS
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
DAVID M. STUART
AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ
DAVID L. PORTILLA
RORY A. LERARIS
MARGARET T. SEGALL
NICHOLAS A. DORSEY
ANDREW C. ELKEN
JENNY HOCHENBERG
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI
LAUREN R. KENNEDY
SASHA ROSENTHAL-LARREA
ALLISON M. WEIN
MICHAEL P. ADDIS
JUSTIN C. CLARKE
SHARONMOYEE GOSWAMI
C. DANIEL HAAREN
EVAN MEHRAN NORRIS

LAUREN M. ROSENBERG
MICHAEL L. ARNOLD
HEATHER A. BENJAMIN
MATTHEW J. BOBBY
DANIEL J. CERQUEIRA
ALEXANDRA C. DENNING
HELAM GEBREMARIAM
MATTHEW G. JONES
MATTHEW M. KELLY
DAVID H. KORN
BRITTANY L. SUKIENNIK
ANDREW M. WARK

PARTNER EMERITUS
SAMUEL C. BUTLER

OF COUNSEL
MICHAEL L. SCHLER
CHRISTOPHER J. KELLY
KIMBERLEY S. DREXLER
NICOLE F. FOSTER
LILLIAN S. GROSSBARD
KIMBERLY A. GROUSSET
ANDREI HARASYMIAK

November 26, 2021

*In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC)
*State of Texas, et al. v. Google LLC*, No. 1:21-cv-06841 (PKC)

Dear Judge Castel:

      We represent Facebook, Inc.[1] ("Facebook") in the above-captioned multidistrict litigation. We write in regards to Plaintiff States' Motion for Leave to File the Unredacted Third Amended Complaint Under Seal (the "Motion") (Dkt. 174, "Mot.") in the *State of Texas, et al. v. Google LLC* action, in which Facebook is not a party. In accordance with Rule 1.A of the Court's Individual Practices, we note that no upcoming conferences are currently scheduled in this matter.

      After Plaintiff States filed their Second Amended Complaint in *State of Texas, et al. v. Google LLC*, this Court, after considering submissions from the relevant parties and non-parties, entered an order on October 21, 2021 providing that the "[n]ames, contact information, including email addresses, of Facebook employees, if any, should be redacted before the Second Amended Complaint is publicly filed." (Dkt. 151.) Consistent with that order, Plaintiff States filed a lesser-redacted version of the Second Amended Complaint with the names of Facebook employees redacted. (Dkt. 152.)

      Notwithstanding the Court's unambiguous ruling regarding the redactions of the names of Facebook employees, Plaintiff States seek to revisit the issue in the context of the Third Amended Complaint they filed on November 12, 2021.[2] (Dkt. 176.) Plaintiff States contend in their Motion that only the names of "lower-level" Facebook

---

[1] On October 28, 2021, Facebook, Inc. changed its name to Meta Platforms, Inc.

[2] Because Facebook is a non-party to the *Texas* action, Facebook has not a received a fully unredacted copy of the Third Amended Complaint.

employees should remain redacted in the Third Amended Complaint and not the names of "higher-level" Facebook employees. (Mot. at 2-3.) They contend this position is consistent with the Court's previous order despite the fact that their reading of that Order is plainly inconsistent with its language, which clearly provided that the names of *all* Facebook employees should be redacted. (*See id.*; Dkt. 151.)

As this Court previously observed when considering the redaction of employee names referenced in the Second Amended Complaint, "[n]on-parties to an action may have 'significant privacy interests' that favor redaction of identifying information." (Dkt. 147 at 9 (citing *Kewazinga Corp. v. Microsoft Corp.*, 2021 WL 1222122, at *5 (S.D.N.Y. Mar. 31, 2021) (Woods, J.).) Where "[t]he names . . . of these employees have no apparent bearing on any issue in th[e] dispute", the privacy interest of the employees "outweighs the strong presumption of public access." (*Id.*) As was the case with the Facebook employees referenced in the Second Amended Complaint, the Facebook employees referenced in the Third Amended Complaint have a privacy interest and their names have no apparent bearing on any issue in this dispute. Plaintiff States offer no explanation as to why a different approach is warranted on this issue with respect to the two complaints.

Facebook therefore respectfully requests that the Court afford the same protections to Facebook employees referenced in the Third Amended Complaint as it afforded to Facebook employees referenced in the Second Amended Complaint—that is, that "[n]ames, contact information, including email addresses, of Facebook employees, if any, should be redacted" (Dkt. 151) before a lesser-redacted version of the Third Amended Complaint is publicly filed.

*Application GRANTED. SO ORDERED. [signature] USDJ 12-1-21*

Respectfully submitted,

*[signature]*

Kevin J. Orsini

The Honorable P. Kevin Castel
  United States District Judge
    Southern District of New York
      500 Pearl Street
        New York, New York 10007

cc:   All Counsel of Record (via CM/ECF)