IN THE UNITED STATE DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Google Digital Advertising Antitrust Litigation | Case No. 1: 21-md-03010-PKC |
| *This document relates to*: Cliffy Care Landscaping LLC, *et al.*, v. Facebook, Inc., *et al.* | Case No. 1:21-cv-06910-PKC |

## NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Jonathan L. Rubin, counsel for Cliffy Care Landscaping LLC, Kinin, Inc., Raintree Medical and Chiropractic Center LLC, and Rodrock Chiropractic PA, has changed his mailing address as follows:

> Jonathan L. Rubin
> MoginRubin LLP
> 2101 L Street NW, Suite 300
> Washington D.C. 20037

All other contact information remains the same.

Dated: January 7, 2022

By: */s/ Jonathan Rubin*
Jonathan L. Rubin (D.C. Bar No. 353391)
MOGINRUBIN LLP
2101 L Street NW, Suite 300
Washington, D.C. 20037
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

*Counsel for Cliffy Care Landscaping LLC, Kinin, Inc., Raintree Medical and Chiropractic Center LLC, and Rodrock Chiropractic PA*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

*/s/ Jonathan Rubin*
Jonathan L. Rubin