UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION  *This Motion Relates To:*  *All Cases Listed on Schedule A* | No. 21-MD-3010 (PKC) |

# NOTICE OF APPEARANCE

TO THE CLERK OF THIS HONORABLE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Eric Mahr, an attorney with the law firm Freshfields Bruckhaus Deringer US LLP who is admitted to practice before this Court for the purposes of this multidistrict litigation, having already appeared in *State of Texas, et al v. Google, LLC*, Case No. 1:21-cv-06841-PKC, S.D.N.Y. ECF R. 20.5, hereby enters an appearance as counsel for Google LLC, Alphabet Inc., and YouTube, LLC, in the above captioned proceeding and in all actions listed on the attached Schedule A. For clarity, Schedule A does not include *Associated Newspapers Ltd. et al v. Google LLC et al*, Case No. 1:21-cv-03446-PKC.

Date:   January 18, 2022
        Washington, DC

Respectfully submitted,

/s/ *Eric Mahr*
Eric Mahr
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4545
Email: eric.mahr@freshfields.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on January 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

/s/ *Eric Mahr*
Eric Mahr

**SCHEDULE A**

1. *HD Media Company, LLC v. Google, LLC et al*, Case No. 1:21-cv-06796-PKC
2. *Coastal Point LLC v. Google LLC et al*, Case No. 1:21-cv-06824-PKC
3. *Journal, Inc. v. Google, LLC et al*, Case No. 1:21-cv-06828-PKC
4. *ECENT Corporation v. Google, LLC*, Case No. 1:21-cv-06817-PKC
5. *Clarksburg Publishing Company v. Google, LLC et al*, Case No. 1:21-cv-06840-PKC
6. *SPX Total Body Fitness LLC v. Google LLC*, Case No. 1:21-cv-06870-PKC
7. *Flag Publications, Inc. v. Google, LLC et al*, Case No. 1:21-cv-06871-PKC
8. *Eagle Printing Company v. Google, LLC et al*, Case No. 1:21-cv-06881-PKC
9. *AIM Media Midwest Operating, LLC v. Google, LLC et al*, 1:21-cv-06884-PKC
10. *Emmerich Newspapers, Incorporated et al v. Google, LLC* et al, Case No. 1:21-cv-06794-PKC
11. *AIM Media Texas Operating, LLC v. Google, LLC et al*, Case No. 1:21-cv-06888-PKC
12. *Neighbor Newspapers, Inc. v. Google, LLC et al*, Case No. 1:21-cv-10188-PKC
13. *Gale Force Media, LLC v. Google, LLC et al*, Case No. 1:21-cv-06909-PKC
14. *Cliffy Care Landscaping LLC v. Facebook Inc. et al*, Case No. 1:21-cv-06910-PKC
15. *AIM Media Indiana Operating, LLC v. Google, LLC et al*, Case No. 1:21-cv-06912-PKC
16. *In re Google Digital Advertising Antitrust Litigation*, Case No. 1:21-cv-07001-PKC
17. *In re Google Digital Publisher Antitrust Litigation*, Case No. 1:21-cv-07034-PKC
18. *SkinnySchool LLC et al v. Google LLC*, Case No. 1:21-cv-07045-PKC
19. *Brown County Publishing Company, Inc. et al v. Google LLC et al*, 1:21-cv-06915-PKC
20. *Robinson Communications Inc v. Google LLC et al*, Case No. 1:21-cv-08032-PKC
21. *Something Extra Publishing, Inc. v. Google, LLC et al*, Case No. 1:21-cv-09523-PKC
22. *Rome News Media, LLC v. Google, LLC et al*, Case No. 1:21-cv-10186-PKC
23. *Times Journal, Inc. v. Google, LLC et al*, Case No. 1:21-cv-10187-PKC