UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Motion Relates To:*<br>*All Cases Listed on Schedule A* | No. 21-MD-3010 (PKC) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS HONORABLE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Lauren Kaplin, an attorney with the law firm Freshfields Bruckhaus Deringer US LLP who is admitted to practice before this Court, hereby enters an appearance as counsel for Google LLC, Alphabet Inc., and YouTube, LLC, in the above captioned proceeding and in all actions listed on the attached Schedule A. For clarity, Schedule A does not include *Associated Newspapers Ltd. et al v. Google LLC et al*, Case No. 1:21-cv-03446-PKC.

Date:  January 18, 2022
       Washington, DC

Respectfully submitted,

/s/ *Lauren Kaplin*
Lauren Kaplin
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4518
Email: lauren.kaplin@freshfields.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on January 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

/s/ *Lauren Kaplin*
Lauren Kaplin

**SCHEDULE A**

1. *HD Media Company, LLC v. Google, LLC et al*, Case No. 1:21-cv-06796-PKC
2. *Coastal Point LLC v. Google LLC et al*, Case No. 1:21-cv-06824-PKC
3. *Journal, Inc. v. Google, LLC et al*, Case No. 1:21-cv-06828-PKC
4. *ECENT Corporation v. Google, LLC*, Case No. 1:21-cv-06817-PKC
5. *Clarksburg Publishing Company v. Google, LLC et al*, Case No. 1:21-cv-06840-PKC
6. *The State Of Texas, et al v. Google, LLC*, Case No. 1:21-cv-06841-PKC
7. *SPX Total Body Fitness LLC v. Google LLC*, Case No. 1:21-cv-06870-PKC
8. *Flag Publications, Inc. v. Google, LLC et al*, Case No. 1:21-cv-06871-PKC
9. *Eagle Printing Company v. Google, LLC et al*, Case No. 1:21-cv-06881-PKC
10. *AIM Media Midwest Operating, LLC v. Google, LLC et al*, 1:21-cv-06884-PKC
11. *Emmerich Newspapers, Incorporated et al v. Google, LLC* et al, Case No. 1:21-cv-06794-PKC
12. *AIM Media Texas Operating, LLC v. Google, LLC et al*, Case No. 1:21-cv-06888-PKC
13. *Neighbor Newspapers, Inc. v. Google, LLC et al*, Case No. 1:21-cv-10188-PKC
14. *Gale Force Media, LLC v. Google, LLC et al*, Case No. 1:21-cv-06909-PKC
15. *Cliffy Care Landscaping LLC v. Facebook Inc. et al*, Case No. 1:21-cv-06910-PKC
16. *AIM Media Indiana Operating, LLC v. Google, LLC et al*, Case No. 1:21-cv-06912-PKC
17. *In re Google Digital Advertising Antitrust Litigation*, Case No. 1:21-cv-07001-PKC
18. *In re Google Digital Publisher Antitrust Litigation*, Case No. 1:21-cv-07034-PKC
19. *SkinnySchool LLC et al v. Google LLC*, Case No. 1:21-cv-07045-PKC
20. *Brown County Publishing Company, Inc. et al v. Google LLC et al*, 1:21-cv-06915-PKC
21. *Robinson Communications Inc v. Google LLC et al*, Case No. 1:21-cv-08032-PKC
22. *Something Extra Publishing, Inc. v. Google, LLC et al*, Case No. 1:21-cv-09523-PKC
23. *Rome News Media, LLC v. Google, LLC et al*, Case No. 1:21-cv-10186-PKC
24. *Times Journal, Inc. v. Google, LLC et al*, Case No. 1:21-cv-10187-PKC