UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

No. 21-MD-3010 (PKC)

*This Motion Relates To:*
*All Cases Listed on Schedule A*

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Andrew J. Ewalt hereby moves this Court for an Order for admission to practice *pro hac vice* and to appear as counsel for Google LLC, Alphabet Inc., and YouTube, LLC, in the above captioned proceeding and in all actions listed on the attached Schedule A. For clarity, Schedule A does not include *Associated Newspapers Ltd. et al v. Google LLC et al*, Case No. 1:21-cv-03446-PKC.

I am a member in good standing of the bars of the District of Columbia, the Commonwealth of Massachusetts, and the Commonwealth of Pennsylvania, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Pursuant to Local Rule 1.3, I have attached an affidavit in support of this motion.

Date:   January 18, 2022
        Washington, DC

Respectfully submitted,

/s/ *Andrew J. Ewalt*
Andrew J. Ewalt
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4591
Email: andrew.ewalt@freshfields.com

*Counsel for Defendants Google LLC, Alphabet Inc.,*
*and YouTube, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

/s/ *Andrew J. Ewalt*

Andrew J. Ewalt

### SCHEDULE A

1. *HD Media Company, LLC v. Google, LLC et al*, Case No. 1:21-cv-06796-PKC

2. *Coastal Point LLC v. Google LLC et al*, Case No. 1:21-cv-06824-PKC

3. *Journal, Inc. v. Google, LLC et al*, Case No. 1:21-cv-06828-PKC

4. *ECENT Corporation v. Google, LLC*, Case No. 1:21-cv-06817-PKC

5. *Clarksburg Publishing Company v. Google, LLC et al*, Case No. 1:21-cv-06840-PKC

6. *The State Of Texas, et al v. Google, LLC*, Case No. 1:21-cv-06841-PKC

7. *SPX Total Body Fitness LLC v. Google LLC*, Case No. 1:21-cv-06870-PKC

8. *Flag Publications, Inc. v. Google, LLC et al*, Case No. 1:21-cv-06871-PKC

9. *Eagle Printing Company v. Google, LLC et al*, Case No. 1:21-cv-06881-PKC

10. *AIM Media Midwest Operating, LLC v. Google, LLC et al*, 1:21-cv-06884-PKC

11. *Emmerich Newspapers, Incorporated et al v. Google, LLC* et al, Case No. 1:21-cv-06794-PKC

12. *AIM Media Texas Operating, LLC v. Google, LLC et al*, Case No. 1:21-cv-06888-PKC

13. *Neighbor Newspapers, Inc. v. Google, LLC et al*, Case No. 1:21-cv-10188-PKC

14. *Gale Force Media, LLC v. Google, LLC et al*, Case No. 1:21-cv-06909-PKC

15. *Cliffy Care Landscaping LLC v. Facebook Inc. et al*, Case No. 1:21-cv-06910-PKC

16. *AIM Media Indiana Operating, LLC v. Google, LLC et al*, Case No. 1:21-cv-06912-PKC

17. *In re Google Digital Advertising Antitrust Litigation*, Case No. 1:21-cv-07001-PKC

18. *In re Google Digital Publisher Antitrust Litigation*, Case No. 1:21-cv-07034-PKC

19. *SkinnySchool LLC et al v. Google LLC*, Case No. 1:21-cv-07045-PKC

20. *Brown County Publishing Company, Inc. et al v. Google LLC et al*, 1:21-cv-06915-PKC

21. *Robinson Communications Inc v. Google LLC et al*, Case No. 1:21-cv-08032-PKC

22. *Something Extra Publishing, Inc. v. Google, LLC et al*, Case No. 1:21-cv-09523-PKC

23. *Rome News Media, LLC v. Google, LLC et al*, Case No. 1:21-cv-10186-PKC

24. *Times Journal, Inc. v. Google, LLC et al*, Case No. 1:21-cv-10187-PKC