UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

*This Affidavit Relates To:*
*All Cases Listed on Schedule A of the Related Motion*

No. 21-MD-3010 (PKC)

---

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Andrew J. Ewalt hereby declares the following:

1. I am an attorney with the law firm Freshfields Bruckhaus Deringer US LLP, and I submit this affidavit in support of my motion for *pro hac vice* admission in this action on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC. I have personal knowledge of the facts expressed in this affidavit, and if asked, could and would testify competently to the truth of those facts.

2. I am a resident of the State of Maryland. My office address is 700 13th Street NW, 10th Floor, Washington, DC 20005.

3. I am a member in good standing of the bars of the District of Columbia, the Commonwealth of Massachusetts, and the Commonwealth of Pennsylvania, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Annexed hereto are copies of my Certificates of Good Standing from the District of Columbia, the Commonwealth of Massachusetts, and the Commonwealth of Pennsylvania.

-/0

4. By this application, I request permission from this Court to be admitted *pro hac vice* and appear as counsel on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC, in the actions identified in Schedule A to the Motion for Admission Pro Hac Vice.

I declare under penalty of perjury under the laws of the State of Maryland that the foregoing is true and correct.

Executed in Kensington, Maryland on the 13th day of January, 2022.

Respectfully submitted,

Andrew J. Ewalt
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4591
Email: andrew.ewalt@freshfields.com

*Counsel for Defendant Google LLC, Alphabet Inc., and YouTube, Inc.*

Subscribed and sworn before me on the 13th day of January, 2022.

Notary Public

PHILIP EUGENE WELBORN
Notary Public
Anne Arundel County
Maryland
My Commission Expires April 19, 2023

