UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Order Relates To:*<br>*All Cases Listed on Schedule A* | No. 21-MD-3010 (PKC)<br><br>P. KEVIN CASTEL, District Judge |

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Andrew J. Ewalt for admission to practice *pro hac vice* in the above captioned proceeding and in all actions listed on the attached Schedule A is hereby granted.

The applicant has declared that he is a member in good standing of the bars of the District of Columbia, the Commonwealth of Massachusetts, and the Commonwealth of Pennsylvania; and that his contact information is as follows:

> Andrew J. Ewalt
> Freshfields Bruckhaus Deringer US LLP
> 700 13th Street, NW, 10th Floor
> Washington, DC 20005
> Telephone: (202) 777-4591
> Email: andrew.ewalt@freshfields.com

The applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC, in the above captioned proceeding and in all actions listed on the attached Schedule A;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above captioned proceeding and in all actions listed on the attached Schedule A in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATE: _____     _____
                                                                                    United States District / Magistrate Judge

# SCHEDULE A

1. *HD Media Company, LLC v. Google, LLC et al*, Case No. 1:21-cv-06796-PKC
2. *Coastal Point LLC v. Google LLC et al*, Case No. 1:21-cv-06824-PKC
3. *Journal, Inc. v. Google, LLC et al*, Case No. 1:21-cv-06828-PKC
4. *ECENT Corporation v. Google, LLC*, Case No. 1:21-cv-06817-PKC
5. *Clarksburg Publishing Company v. Google, LLC et al*, Case No. 1:21-cv-06840-PKC
6. *The State Of Texas, et al v. Google, LLC*, Case No. 1:21-cv-06841-PKC
7. *SPX Total Body Fitness LLC v. Google LLC*, Case No. 1:21-cv-06870-PKC
8. *Flag Publications, Inc. v. Google, LLC et al*, Case No. 1:21-cv-06871-PKC
9. *Eagle Printing Company v. Google, LLC et al*, Case No. 1:21-cv-06881-PKC
10. *AIM Media Midwest Operating, LLC v. Google, LLC et al*, 1:21-cv-06884-PKC
11. *Emmerich Newspapers, Incorporated et al v. Google, LLC* et al, Case No. 1:21-cv-06794-PKC
12. *AIM Media Texas Operating, LLC v. Google, LLC et al*, Case No. 1:21-cv-06888-PKC
13. *Neighbor Newspapers, Inc. v. Google, LLC et al*, Case No. 1:21-cv-10188-PKC
14. *Gale Force Media, LLC v. Google, LLC et al*, Case No. 1:21-cv-06909-PKC
15. *Cliffy Care Landscaping LLC v. Facebook Inc. et al*, Case No. 1:21-cv-06910-PKC
16. *AIM Media Indiana Operating, LLC v. Google, LLC et al*, Case No. 1:21-cv-06912-PKC
17. *In re Google Digital Advertising Antitrust Litigation*, Case No. 1:21-cv-07001-PKC
18. *In re Google Digital Publisher Antitrust Litigation*, Case No. 1:21-cv-07034-PKC
19. *SkinnySchool LLC et al v. Google LLC*, Case No. 1:21-cv-07045-PKC
20. *Brown County Publishing Company, Inc. et al v. Google LLC et al*, 1:21-cv-06915-PKC
21. *Robinson Communications Inc v. Google LLC et al*, Case No. 1:21-cv-08032-PKC
22. *Something Extra Publishing, Inc. v. Google, LLC et al*, Case No. 1:21-cv-09523-PKC
23. *Rome News Media, LLC v. Google, LLC et al*, Case No. 1:21-cv-10186-PKC
24. *Times Journal, Inc. v. Google, LLC et al*, Case No. 1:21-cv-10187-PKC