UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>         *Plaintiffs*,<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>         *Defendants*. | Case No. 1:21-cv-03446 (PKC) |

   Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Daniel G. Bird, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc.

   I am a member in good standing of the Bars of the District of Columbia and the State of Maryland and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Attached hereto is a declaration in compliance with Local Rule 1.3.

| | |
|---|---|
| Date: January 19, 2022 | Respectfully submitted, |
| | /s/ *Daniel G. Bird* |
| | Daniel G. Bird |
| | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. |
| | 1615 M Street, NW, Suite 400 |
| | Washington, DC 20036 |
| | Tel: (202) 326-7971 |
| | Fax: (202) 326-7999 |
| | Email: dbird@kellogghansen.com |
| | *Counsel for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc.* |