UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>                             *Plaintiffs*,<br><br>    -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                             *Defendants*. | Case No. 1:21-cv-03446 (PKC) |

      The motion of Daniel G. Bird for admission to practice *Pro Hac Vice* in the above-entitled litigation is granted.

      Daniel G. Bird has declared that he is a member in good standing of the bars of the District of Columbia and the State of Maryland; and that his contact information is as follows:

> Daniel G. Bird
> Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
> 1615 M Street, NW, Suite 400
> Washington, DC 20036
> Tel.:  202-326-7971
> Fax:  202-326-7999
> Email:  dbird@kellogghansen.com

1

2

Daniel G. Bird having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc. in the above-entitled litigation;

**IT IS HEREBY ORDERED** that Daniel G. Bird is admitted to practice *Pro Hac Vice* in the above-entitled litigation in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                                                                                Honorable P. Kevin Castel