UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF DANIEL V. DORRIS *PRO HAC VICE*** |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.,<br><br>                    *Plaintiffs*,<br><br>     -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                    *Defendants*. | Case No. 1:21-cv-03446 (PKC) |

  I, Daniel V. Dorris, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-entitled litigation as counsel *Pro Hac Vice* for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc.

  I, Daniel V. Dorris, being duly sworn, do hereby depose and say as follows:

  1. I have never been convicted of a felony.

  2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

  3. There are no disciplinary proceedings presently against me.

1

4. Accompanying this declaration are certificates from the District of Columbia and the State of Illinois, issued within the past thirty days, stating that I am a member in good standing of the bar in each jurisdiction.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statements made by me are true and Correct. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Executed on:  January 19, 2022     /s/ *Daniel V. Dorris*
                                   Daniel V. Dorris