UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Notice Relates To:*<br>*All Cases* | No. 21-MD-3010 (PKC) |

# NOTICE OF APPEARANCE

TO THE CLERK OF THIS HONORABLE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Justina K. Sessions, an attorney with the law firm Wilson Sonsini Goodrich & Rosati, P.C., who is admitted to practice before this Court, having already appeared in actions consolidated in this MDL including *In re Google Digital Publisher Antitrust Litigation*, Case No. 1:21-cv-07034-PKC, hereby enters an appearance as counsel for Google LLC, Alphabet Inc., and YouTube, LLC, in the above captioned proceeding and in all actions listed on the attached Schedule A.

Date:   January 19, 2022

Respectfully submitted,

*/s/ Justina K. Sessions*
Justina K. Sessions
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Fax: (415) 947-2099
Email: jsessions@wsgr.com

*Counsel for Defendants Google LLC,*
*Alphabet Inc., and YouTube, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

/s/ *Justina K. Sessions*
Justina K. Sessions

## **SCHEDULE A**

1. *HD Media Company, LLC v. Google, LLC et al*, Case No. 1:21-cv-06796-PKC
2. *Coastal Point LLC v. Google LLC et al*, Case No. 1:21-cv-06824-PKC
3. *Journal, Inc. v. Google, LLC et al*, Case No. 1:21-cv-06828-PKC
4. *ECENT Corporation v. Google, LLC*, Case No. 1:21-cv-06817-PKC
5. *Clarksburg Publishing Company v. Google, LLC et al*, Case No. 1:21-cv-06840-PKC
6. *The State Of Texas, et al v. Google, LLC*, Case No. 1:21-cv-06841-PKC
7. *SPX Total Body Fitness LLC v. Google LLC*, Case No. 1:21-cv-06870-PKC
8. *Flag Publications, Inc. v. Google, LLC et al*, Case No. 1:21-cv-06871-PKC
9. *Emmerich Newspapers, Incorporated et al v. Google, LLC et al*, Case No. 1:21-cv-06794-PKC
10. *Eagle Printing Company v. Google, LLC et al*, Case No. 1:21-cv-06881-PKC
11. *Robinson Communications Inc v. Google LLC et al*, Case No. 1:21-cv-08032-PKC
12. *AIM Media Midwest Operating, LLC v. Google, LLC et al*, 1:21-cv-06884-PKC
13. *AIM Media Texas Operating, LLC v. Google, LLC et al*, Case No. 1:21-cv-06888-PKC
14. *Associated Newspapers Ltd. et al v. Google LLC et al*, Case No. 1:21-cv-03446-PKC
15. *Neighbor Newspapers, Inc. v. Google, LLC et al*, Case No. 1:21-cv-10188-PKC
16. *Gale Force Media, LLC v. Google, LLC et al*, Case No. 1:21-cv-06909-PKC
17. *Cliffy Care Landscaping LLC v. Facebook Inc. et al*, Case No. 1:21-cv-06910-PKC
18. *AIM Media Indiana Operating, LLC v. Google, LLC et al*, Case No. 1:21-cv-06912-PKC
19. *In re Google Digital Advertising Antitrust Litigation*, Case No. 1:21-cv-07001-PKC
20. *In re Google Digital Publisher Antitrust Litigation*, Case No. 1:21-cv-07034-PKC
21. *SkinnySchool LLC et al v. Google LLC*, Case No. 1:21-cv-07045-PKC
22. *Brown County Publishing Company, Inc. et al v. Google LLC et al*, 1:21-cv-06915-PKC
23. *Something Extra Publishing, Inc. v. Google, LLC et al*, Case No. 1:21-cv-09523-PKC
24. *Rome News Media, LLC v. Google, LLC et al*, Case No. 1:21-cv-10186-PKC
25. *Times Journal, Inc. v. Google, LLC et al,* Case No. 1:21-cv-10187-PKC