UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Notice Relates To:*<br>*All Cases* | No. 21-MD-3010 (PKC) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS HONORABLE COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Jessica R. Lonergan, an attorney with the law firm Wilson Sonsini Goodrich & Rosati, P.C., who is admitted or otherwise authorized to practice before this Court, hereby enters an appearance as counsel for Google LLC, Alphabet Inc., and YouTube, LLC, in the above captioned proceeding and in all actions listed on the attached Schedule A.

Date:   January 19, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Jessica R. Lonergan*
　　　　　　　　　　　　　　　　　　　　Jessica R. Lonergan
　　　　　　　　　　　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　　　　Professional Corporation
　　　　　　　　　　　　　　　　　　　　1301 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　40th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10019-6022
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 453-2849
　　　　　　　　　　　　　　　　　　　　Fax: (212) 999-5899
　　　　　　　　　　　　　　　　　　　　Email: jlonergan@wsgr.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Google LLC,*
　　　　　　　　　　　　　　　　　　　　*Alphabet Inc., and YouTube, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

/s/ *Jessica R. Lonergan*
Jessica R. Lonergan

# SCHEDULE A

1. *HD Media Company, LLC v. Google, LLC et al*, Case No. 1:21-cv-06796-PKC
2. *Coastal Point LLC v. Google LLC et al*, Case No. 1:21-cv-06824-PKC
3. *Journal, Inc. v. Google, LLC et al*, Case No. 1:21-cv-06828-PKC
4. *ECENT Corporation v. Google, LLC*, Case No. 1:21-cv-06817-PKC
5. *Clarksburg Publishing Company v. Google, LLC et al*, Case No. 1:21-cv-06840-PKC
6. *The State Of Texas, et al v. Google, LLC*, Case No. 1:21-cv-06841-PKC
7. *SPX Total Body Fitness LLC v. Google LLC*, Case No. 1:21-cv-06870-PKC
8. *Flag Publications, Inc. v. Google, LLC et al*, Case No. 1:21-cv-06871-PKC
9. *Emmerich Newspapers, Incorporated et al v. Google, LLC et al*, Case No. 1:21-cv-06794-PKC
10. *Eagle Printing Company v. Google, LLC et al*, Case No. 1:21-cv-06881-PKC
11. *Robinson Communications Inc v. Google LLC et al*, Case No. 1:21-cv-08032-PKC
12. *AIM Media Midwest Operating, LLC v. Google, LLC et al*, 1:21-cv-06884-PKC
13. *AIM Media Texas Operating, LLC v. Google, LLC et al*, Case No. 1:21-cv-06888-PKC
14. *Associated Newspapers Ltd. et al v. Google LLC et al*, Case No. 1:21-cv-03446-PKC
15. *Neighbor Newspapers, Inc. v. Google, LLC et al*, Case No. 1:21-cv-10188-PKC
16. *Gale Force Media, LLC v. Google, LLC et al*, Case No. 1:21-cv-06909-PKC
17. *Cliffy Care Landscaping LLC v. Facebook Inc. et al*, Case No. 1:21-cv-06910-PKC
18. *AIM Media Indiana Operating, LLC v. Google, LLC et al*, Case No. 1:21-cv-06912-PKC
19. *In re Google Digital Advertising Antitrust Litigation*, Case No. 1:21-cv-07001-PKC
20. *In re Google Digital Publisher Antitrust Litigation*, Case No. 1:21-cv-07034-PKC
21. *SkinnySchool LLC et al v. Google LLC*, Case No. 1:21-cv-07045-PKC
22. *Brown County Publishing Company, Inc. et al v. Google LLC et al*, 1:21-cv-06915-PKC
23. *Something Extra Publishing, Inc. v. Google, LLC et al*, Case No. 1:21-cv-09523-PKC
24. *Rome News Media, LLC v. Google, LLC et al*, Case No. 1:21-cv-10186-PKC
25. *Times Journal, Inc. v. Google, LLC et al,* Case No. 1:21-cv-10187-PKC