**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF ERIC J. MAIER *PRO HAC VICE*** |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>                              *Plaintiffs*,<br><br>    -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                              *Defendants*. | Case No. 1:21-cv-03446 (PKC) |

I, Eric J. Maier, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-entitled litigation as counsel *Pro Hac Vice* for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc.

I, Eric J. Maier, being duly sworn, do hereby depose and say as follows:

1.      I have never been convicted of a felony.

2.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3.      There are no disciplinary proceedings presently against me.

1

4.      Accompanying this declaration are certificates from the District of

Columbia and the State of Illinois, issued within the past thirty days,

stating that I am a member in good standing of the bar in each jurisdiction.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the

foregoing statements made by me are true and correct.  I am aware that if any of the foregoing

statements made by me are false, I am subject to punishment.

Executed on:  January 20, 2022

/s/ *Eric J. Maier*
Eric J. Maier