UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**APPEARANCE OF COUNSEL** |//

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>        *Plaintiffs*,<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>        *Defendants*. | Case No. 1:21-cv-03446 (PKC) |

To: The clerk of court and all parties of record

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc.

Date: January 20, 2022          Respectfully submitted,

                   /s/ *Eliana Margo Pfeffer*
                   Eliana Margo Pfeffer (Bar No. 5591789)
                   KELLOGG, HANSEN, TODD, FIGEL &
                     FREDERICK, P.L.L.C.
                   1615 M Street NW, Suite 400
                   Washington, DC 20036
                   Tel:  (202) 326-7981
                   Fax:  (202) 326-7999
                   Email:  epfeffer@kellogghansen.com

                   *Counsel for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc.*