AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| In re: Google Digital Advertising Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-MD-3010 (PKC) |
| This Notice Relates To: All Cases | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC; Alphabet Inc.; and YouTube, LLC     .

Date:   01/20/2022

/s/ Daniel S. Bitton
*Attorney's signature*

Daniel S. Bitton, NY Bar No. 4354627
*Printed name and bar number*

Axinn, Veltrop & Harkrider LLP
560 Mission Street
San Francisco, CA 94105

*Address*

dbitton@axinn.com
*E-mail address*

(415) 490-1486
*Telephone number*

(415) 490-2001
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

                                            */s/ Daniel S. Bitton*
                                            Daniel S. Bitton
                                            Axinn, Veltrop & Harkrider LLP