AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In re: Google Digital Advertising Antitrust Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-MD-3010 (PKC) |
| This Notice Relates To: All Cases ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC; Alphabet Inc.; and YouTube, LLC.

Date: 01/20/2022

/s/ John D. Harkrider
*Attorney's signature*

John D. Harkrider, NY Bar No. 2502425
*Printed name and bar number*

Axinn, Veltrop & Harkrider LLP
114 West 47th Street
New York, NY 10036
*Address*

jharkrider@axinn.com
*E-mail address*

(212) 728-2210
*Telephone number*

(212) 728-2201
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

/s/ *John D. Harkrider*
John D. Harkrider
Axinn, Veltrop & Harkrider LLP