UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Koren W. Wong-Ervin hereby declares the following:

1. I am an attorney with the law firm Axinn, Veltrop & Harkrider LLP, and I submit this affidavit in support of my motion for *pro hac vice* admission in this action on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC in the above-captioned action. I have personal knowledge of the facts expressed in this declaration, and if asked, could and would testify competently to the truth of those facts.

2. I am a resident of the District of Columbia. My office address is 1901 L Street NW Washington, DC 20036.

3. I am a member in good standing of the bars of the District of Columbia and the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Annexed hereto are copies of my Certificates of Good Standing from the District of Columbia Bar and the Supreme Court of California.

4. By this application, I request permission from this Court to be admitted *pro hac vice* and appear as counsel on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC, in the above-captioned action.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed in Washington D.C. on the 17th day of January, 2022.

Dated: January 17, 2022

        Respectfully submitted,

        Koren W. Wong-Ervin
        Axinn, Veltrop & Harkrider LLP
        1901 L Street NW
        Washington, DC 20036
        Phone: 202.469.3513
        Fax: 202.469.3513
        Email: kwongervin@axinn.com

        *Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC*

Subscribed and sworn to before me on the 17th day of January, 2022.

_____
Notary Public

