UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Koren W. Wong-Ervin for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and the State of California; and that her contact information is as follows:

> Koren W. Wong-Ervin
> kwongervin@axinn.com
> Axinn, Veltrop & Harkrider LLP
> 1901 L Street NW
> Washington, DC 20036
> Telephone: 202.469.3513

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED:_____        _____

                                    United States District / Magistrate Judge