UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 21-MD-3010 (PKC) |

*This Motion Relates To:*

| | |
|---|---|
| **THE STATE OF TEXAS,** *et al.*,<br><br>                    *Plaintiffs*,<br><br>           - against -<br><br>**GOOGLE LLC,**<br><br>                    *Defendants.* | No. 21-CV-6841 (PKC) |

### DEFENDANT GOOGLE LLC'S NOTICE OF MOTION TO DISMISS COUNTS I THROUGH IV OF STATE PLAINTIFFS' THIRD AMENDED COMPLAINT

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Fax: (202) 777-4555

AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Fax: (212) 728-2201

WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Fax: (415) 947-2099

*Counsel for Defendant Google LLC*

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Google LLC's Motion to Dismiss Counts I Through IV of State Plaintiffs' Third Amended Complaint in the above-captioned matter, and the Declaration of Andrew J. Ewalt and its accompanying exhibit, which are being submitted contemporaneously with this Notice of Motion, Defendant Google LLC will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order dismissing with prejudice Counts I through IV of the Third Amended Complaint, No. 1:21-MD-3010 (PKC), ECF No. 195, on the ground that the State Plaintiffs have failed to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).

|  |  |
|---|---|
| Dated: January 21, 2022 | Respectfully Submitted, |
|  | /s/ *Eric Mahr* |
|  | Eric Mahr |
|  | Julie Elmer |
|  | Andrew J. Ewalt (admitted *pro hac vice*) |
|  | Jan Rybnicek (admitted *pro hac vice*) |
|  | Lauren Kaplin |
|  | Robert J. McCallum |
|  | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
|  | 700 13th Street NW, 10th Floor |
|  | Washington, DC 20005 |
|  | (202) 777-4500 |
|  | eric.mahr@freshfields.com |
|  | julie.elmer@freshfields.com |
|  | andrew.ewalt@freshfields.com |
|  | jan.rybnicek@freshfields.com |
|  | lauren.kaplin@freshfields.com |
|  | rob.mccallum@freshfields.com |

Justina Sessions
Jonathan Jacobson
Jessica Lonergan
Mikaela Evans-Aziz (*pro hac vice* motion forthcoming)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
(415) 947-2000
jsessions@wsgr.com
jjacobson@wsgr.com
jlonergan@wsgr.com
mevansaziz@wsgr.com

John Harkrider
Daniel Bitton
Bradley Justus (admitted *pro hac vice*)
Koren Wong-Ervin (pending *pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
jharkrider@axinn.com
dbitton@axinn.com
bjustus@axinn.com
kwongervin@axinn.com

*Counsel for Defendant Google LLC*