UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates To:*<br>*All Cases* | No. 21-MD-3010 (PKC) |

# NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, Defendants Google LLC, Alphabet Inc., and YouTube, LLC respectfully request that Jacqueline Hsiang Liu be permitted to withdraw as counsel in the above-captioned proceeding as a result of her departure from Wilson Sonsini Goodrich & Rosati, P.C.

Ms. Liu's withdrawal will not delay the matter or prejudice any party, and she is not retaining or charging a lien. Wilson Sonsini Goodrich & Rosati, P.C. will continue to represent Defendants Google LLC, Alphabet Inc., and YouTube, LLC in the above-captioned proceeding.

Dated: January 21, 2022

Respectfully submitted,

*/s/ Justina K. Sessions*
Justina K. Sessions
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: jsessions@wsgr.com

*Counsel for Defendants Google LLC,*
*Alphabet Inc., and YouTube, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

*/s/ Justina K. Sessions*
Justina K. Sessions