UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates To:*<br>*All Cases* | No. 21-MD-3010 (PKC) |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is a Motion to Withdraw Jacqueline Hsiang Liu as Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC in the above-captioned proceeding. The Court has determined that the motion should be granted.

IT IS HEREBY ORDERED that Jacqueline Hsiang Liu is withdrawn as counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned proceeding.

DATE: _____   _____

United States District / Magistrate Judge