UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates To:*<br>*All Cases* | No. 21-MD-3010 (PKC) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Mikaela E. Evans-Aziz hereby moves this Court for an Order for admission to practice *pro hac vice* and to appear as counsel for Google LLC, Alphabet Inc., and YouTube, LLC, in the above captioned proceeding and in all actions listed on the attached Schedule A.

I am a member in good standing of the bars of the State of New York and the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Pursuant to Local Rule 1.3, I have attached an affidavit in support of this motion.

[Signature Block on Next Page]

Dated: January 21, 2022         Respectfully submitted,

*/s/ Mikaela E. Evans-Aziz*
Mikaela E. Evans-Aziz
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: mevansaziz@wsgr.com

*Counsel for Defendants Google LLC,*
*Alphabet Inc., and YouTube, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

*/s/ Mikaela E. Evans-Aziz*
Mikaela E. Evans-Aziz

# SCHEDULE A

1. *HD Media Company, LLC v. Google, LLC et al*, Case No. 1:21-cv-06796-PKC
2. *Coastal Point LLC v. Google LLC et al*, Case No. 1:21-cv-06824-PKC
3. *Journal, Inc. v. Google, LLC et al*, Case No. 1:21-cv-06828-PKC
4. *ECENT Corporation v. Google, LLC*, Case No. 1:21-cv-06817-PKC
5. *Clarksburg Publishing Company v. Google, LLC et al*, Case No. 1:21-cv-06840-PKC
6. *The State Of Texas, et al v. Google, LLC*, Case No. 1:21-cv-06841-PKC
7. *SPX Total Body Fitness LLC v. Google LLC*, Case No. 1:21-cv-06870-PKC
8. *Flag Publications, Inc. v. Google, LLC et al*, Case No. 1:21-cv-06871-PKC
9. *Emmerich Newspapers, Incorporated et al v. Google, LLC et al*, Case No. 1:21-cv-06794-PKC
10. *Eagle Printing Company v. Google, LLC et al*, Case No. 1:21-cv-06881-PKC
11. *Robinson Communications Inc v. Google LLC et al*, Case No. 1:21-cv-08032-PKC
12. *AIM Media Midwest Operating, LLC v. Google, LLC et al*, 1:21-cv-06884-PKC
13. *AIM Media Texas Operating, LLC v. Google, LLC et al*, Case No. 1:21-cv-06888-PKC
14. *Associated Newspapers Ltd. et al v. Google LLC et al*, Case No. 1:21-cv-03446-PKC
15. *Neighbor Newspapers, Inc. v. Google, LLC et al*, Case No. 1:21-cv-10188-PKC
16. *Gale Force Media, LLC v. Google, LLC et al*, Case No. 1:21-cv-06909-PKC
17. *Cliffy Care Landscaping LLC v. Facebook Inc. et al*, Case No. 1:21-cv-06910-PKC
18. *AIM Media Indiana Operating, LLC v. Google, LLC et al*, Case No. 1:21-cv-06912-PKC
19. *In re Google Digital Advertising Antitrust Litigation*, Case No. 1:21-cv-07001-PKC
20. *In re Google Digital Publisher Antitrust Litigation*, Case No. 1:21-cv-07034-PKC
21. *SkinnySchool LLC et al v. Google LLC*, Case No. 1:21-cv-07045-PKC
22. *Brown County Publishing Company, Inc. et al v. Google LLC et al*, 1:21-cv-06915-PKC
23. *Something Extra Publishing, Inc. v. Google, LLC et al*, Case No. 1:21-cv-09523-PKC
24. *Rome News Media, LLC v. Google, LLC et al*, Case No. 1:21-cv-10186-PKC
25. *Times Journal, Inc. v. Google, LLC et al,* Case No. 1:21-cv-10187-PKC