UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates To:*<br>*All Cases* | No. 21-MD-3010 (PKC) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Mikaela E. Evans-Aziz hereby declares the following:

1. I am an attorney with the law firm Wilson Sonsini Goodrich & Rosati, P.C., and I submit this affidavit in support of my motion for *pro hac vice* admission in this action on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC. I have personal knowledge of the facts expressed in this affidavit, and if asked, could and would testify competently to the truth of those facts.

2. I am a resident of the State of California. My office address is One Market Plaza, Spear Tower, Suite 3300, San Francisco, California 94105.

3. I am a member in good standing of the bars of the State of New York and the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Annexed hereto are copies of my Certificates of Good Standing from the State of New York and the State of California.

4. By this application, I request permission from this Court to be admitted *pro hac vice* and appear as counsel on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC, in the actions identified in Schedule A to the Motion for Admission Pro Hac Vice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in San Francisco, California on the 21st day of January. 2022.

Respectfully submitted,

Mikaela E. Evans-Aziz
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: mevansaziz@wsgr.com

*Counsel for Defendants Google LLC,*
*Alphabet Inc., and YouTube, Inc.*

Subscribed and sworn to before me on the ___ day of January, 2022.

SEE ATTACHED
01 /21 /2022

_____
Notary Public

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of SAN FRANCISCO

Subscribed and sworn to (or affirmed) before me on this _21_ day of _January_, 20_22_, by _____
_Mikaela Elizabeth Evans-Aziz_,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MARIO CAMPOLLO
COMM. #2347436
NOTARY PUBLIC ●CALIFORNIA
San Francisco County
Commission Expires FEBRUARY 17, 2025

(Seal)                         Signature_____