UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

No. 21-MD-3010 (PKC)

*This Document Relates To:*
*All Cases*

P. KEVIN CASTEL, District Judge

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Mikaela E. Evans-Aziz for admission to practice *pro hac vice* in the above captioned proceeding and in all actions listed on the attached Schedule A is hereby granted.

The applicant has declared that she is a member in good standing of the bars of the State of New York and the State of California; and that her contact information is as follows:

Mikaela E. Evans-Aziz
Wilson Sonsini Goodrich & Rosati, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Email: mevansaziz@wsgr.com

The applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC, in the above captioned proceeding and in all actions listed on the attached Schedule A.

IT IS HEREBY ORDERED that the applicant is admitted to practice *pro hac vice* in the above captioned proceeding and in all actions listed on the attached Schedule A in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____      _____

United States District / Magistrate Judge

## SCHEDULE A

1. *HD Media Company, LLC v. Google, LLC et al*, Case No. 1:21-cv-06796-PKC

2. *Coastal Point LLC v. Google LLC et al*, Case No. 1:21-cv-06824-PKC

3. *Journal, Inc. v. Google, LLC et al*, Case No. 1:21-cv-06828-PKC

4. *ECENT Corporation v. Google, LLC*, Case No. 1:21-cv-06817-PKC

5. *Clarksburg Publishing Company v. Google, LLC et al*, Case No. 1:21-cv-06840-PKC

6. *The State Of Texas, et al v. Google, LLC*, Case No. 1:21-cv-06841-PKC

7. *SPX Total Body Fitness LLC v. Google LLC*, Case No. 1:21-cv-06870-PKC

8. *Flag Publications, Inc. v. Google, LLC et al*, Case No. 1:21-cv-06871-PKC

9. *Emmerich Newspapers, Incorporated et al v. Google, LLC et al*, Case No. 1:21-cv-06794-PKC

10. *Eagle Printing Company v. Google, LLC et al*, Case No. 1:21-cv-06881-PKC

11. *Robinson Communications Inc v. Google LLC et al*, Case No. 1:21-cv-08032-PKC

12. *AIM Media Midwest Operating, LLC v. Google, LLC et al*, 1:21-cv-06884-PKC

13. *AIM Media Texas Operating, LLC v. Google, LLC et al*, Case No. 1:21-cv-06888-PKC

14. *Associated Newspapers Ltd. et al v. Google LLC et al*, Case No. 1:21-cv-03446-PKC

15. *Neighbor Newspapers, Inc. v. Google, LLC et al*, Case No. 1:21-cv-10188-PKC

16. *Gale Force Media, LLC v. Google, LLC et al*, Case No. 1:21-cv-06909-PKC

17. *Cliffy Care Landscaping LLC v. Facebook Inc. et al*, Case No. 1:21-cv-06910-PKC

18. *AIM Media Indiana Operating, LLC v. Google, LLC et al*, Case No. 1:21-cv-06912-PKC

19. *In re Google Digital Advertising Antitrust Litigation*, Case No. 1:21-cv-07001-PKC

20. *In re Google Digital Publisher Antitrust Litigation*, Case No. 1:21-cv-07034-PKC

21. *SkinnySchool LLC et al v. Google LLC*, Case No. 1:21-cv-07045-PKC

22. *Brown County Publishing Company, Inc. et al v. Google LLC et al*, 1:21-cv-06915-PKC

23. *Something Extra Publishing, Inc. v. Google, LLC et al*, Case No. 1:21-cv-09523-PKC

24. *Rome News Media, LLC v. Google, LLC et al*, Case No. 1:21-cv-10186-PKC

25. *Times Journal, Inc. v. Google, LLC et al,* Case No. 1:21-cv-10187-PKC