UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |
| *This Motion relates to:* SWEEPSTAKES TODAY, LLC, *et al.* Plaintiffs, v. GOOGLE LLC, *et al.*, Defendants. | Case No. 1:21-cv-07034 (PKC) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4, Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc. respectfully request that Robert E. Litan, be permitted to withdraw as their counsel in the above-captioned matter as a result of his departure from Korein Tillery, LLC and his affiliation with another law firm in this matter.

Mr. Litan's withdrawal will not delay the matter or prejudice any party as Korein Tillery, LLC will continue to represent Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc. in the above matters. In addition, Mr. Litan will not be retaining or charging a lien as pertains to these specific clients. This motion has been served upon the foregoing clients.

Mr. Litan will subsequently be filing a motion for admission *pro hac vice* to update his firm and client affiliation in the appropriate matters.

Dated: January 24, 2022

Respectfully submitted,

By: <u>*/s/ Carol L. O'Keefe*</u>
Carol L. O'Keefe
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525
Email: <u>cokeefe@koreintillery.com</u>

*Attorney for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc.*