UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |
| *This Motion relates to:* <br> SWEEPSTAKES TODAY, LLC, *et al.* <br> Plaintiffs, <br> v. <br> GOOGLE LLC, *et al.*, <br> Defendants. | Case No. 1:21-cv-07034 (PKC) |

**PROPOSED ORDER FOR WITHDRAW AS COUNSEL**

**IT IS HEREBY ORDERED** that Robert E. Litan hereby withdraws as counsel for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc. and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matters.  Korein Tillery, LLC  will continue to represent Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc.

Dated: _____, 2022

_____
Honorable P. Kevin Castel
United States District Judge