UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1: 21-md-03010 (PKC) |

This Motion Relates to:

| | |
|---|---|
| SWEEPSTAKES TODAY, LLC et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC et al.,<br><br>　　　　　　　　Defendants. | Case No. 1:21-cv-07034 (PKC) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4, Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc. respectfully request that Jonathon D. Byrer be permitted to withdraw as counsel in the above-captioned matter as a result of his departure from Korein Tillery, LLC ("KT").

Mr. Byrer's withdrawal will not delay the matter or prejudice any party, and he is not retaining or charging a lien. KT will continue to represent Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc. and act as Interim Co-Lead Class Counsel for the Publisher classes in *In re Google Digital Publisher Antitrust Litigation*. This motion has been served upon the foregoing clients.

Dated: January 24, 2022

 Respectfully submitted,

 /s/ Carol O'Keefe
Carol L. O'Keefe
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525
Email: cokeefe@koreintillery.com

*Attorney for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc.*