UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |
| *This Motion relates to:* SWEEPSTAKES TODAY, LLC, *et al.* Plaintiffs, v. GOOGLE LLC, *et al.*, Defendants. | Case No. 1:21-cv-07034 (PKC) |

## ~~PROPOSED~~ ORDER FOR WITHDRAW AS COUNSEL

**IT IS HEREBY ORDERED** that Robert E. Litan hereby withdraws as counsel for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc. and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matters. Korein Tillery, LLC will continue to represent Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc.

Dated: January 25, 2022

_____
Honorable P. Kevin Castel
United States District Judge