**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1: 21-md-03010 (PKC) |

This Motion Relates to:

| | |
|---|---|
| SWEEPSTAKES TODAY, LLC et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC et al.,<br><br>Defendants. | Case No. 1:21-cv-07034 (PKC) |

## ~~PROPOSED~~ ORDER FOR WITHDRAWAL OF COUNSEL

**IT IS HEREBY ORDERED** that Jonathon D. Byrer hereby withdraws as counsel for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc. and shall be removed from the Case Management/ Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Korein Tillery, LLC will continue to represent Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc.


Dated:  1/25/2022

_____
Honorable P. Kevin Castel
United States District Judge