UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC |

**DECLARATION OF ROBERT E. LITAN**

Pursuant to 28 U.S.C. § 1746, I, Robert E. Litan, declare and state the following:

1. I am an attorney with the law firm of Berger Montague PC, counsel for Plaintiff Sterling International Consulting Group in this action. I provide this Declaration in support of my Motion for Admission *Pro Hac Vice*.

2. Unless otherwise indicated below, the matters set forth in this Declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

3. My contact information is as follows:

   Robert E. Litan
   BERGER MONTAGUE PC
   1818 Market Street
   Suite 3600
   Philadelphia, Pennsylvania 19103
   Telephone: (215) 875-3000
   Facsimile: (215) 875-4604
   Email: rlitan@bm.net

4. I am a member in good standing of the Bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court, as evidenced by the Certificate of Good Standing annexed hereto as Exhibit "A". I have never been convicted of a

1

felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I am also experienced in Federal practice and am familiar with this Court's Local Rules.

I declare under the penalty of perjury that to the best of my knowledge the foregoing statements are true and correct.


Executed on:   January 25, 2022
               Philadelphia, Pennsylvania


                                           */s/ Robert E. Litan*
                                           Robert E. Litan