**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21 MD 3010 (PKC) |
| THIS DOCUMENT RELATES TO:<br><br>ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | No. 21 Civ. 3446 (PKC)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Jeffrey A. Lamken hereby moves this Court for an Order for admission *pro hac vice* to appear as counsel for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc. in the above-captioned action.

I am a member in good standing of the bars of California and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

2

Date:   January 27, 2021

/s/ *Jeffrey A. Lamken*
Jeffrey A. Lamken
MOLOLAMKEN LLP
600 New Hampshire Avenue, NW
Washington, D.C.  20037
Tel.:   (202) 556-2010
Fax:   (202) 556-2001
jlamken@mololamken.com