UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21 MD 3010 (PKC) |
| THIS DOCUMENT RELATES TO:<br><br>ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | No. 21 Civ. 3446 (PKC)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

Jeffrey A. Lamken declares, under penalty of perjury, as follows:

1. I am a partner with the law firm MoloLamken LLP, and I make this affidavit in support of my motion for admission *pro hac vice* in the above-captioned action.

2. I am a member in good standing of the bars of California and the District of Columbia. I have attached as Exhibit A certificates of good standing from each of the state bars to which I am admitted.

3. I have never been convicted of a felony. Nor have I ever been censured, suspended, disbarred, or denied admission or readmission to any court.

4. There are no disciplinary proceedings presently against me.

5. By this application, I request permission from this Court to be admitted *pro hac vice* and appear on behalf of Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc. in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   January 26, 2022

_____
Jeffrey A. Lamken
MOLOLAMKEN LLP
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel.:   (202) 556-2010
Fax:    (202) 556-2001
jlamken@mololamken.com

*Counsel for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc.*

Subscribed and sworn to before me
this 26th day of January, 2022

_____
Notary Public

District of Columbia
Signed and sworn to (or affirmed) before me
on 1/26/2022 by J. Lamken
        Date           Name(s) of Individual(s) making Statement

_____
Signature of Notarial Officer

N/A
Title of Office

My commission expires: 10/31/2026

[Notary Seal: LONELL M. EDWARDS, NOTARY PUBLIC, MY COMMISSION EXPIRES 10/31/2026, DISTRICT OF COLUMBIA]

2

# Exhibit A

Case 1:21-md-03010-PKC   Document 236-1   Filed 01/27/22   Page 4 of 5



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JEFFREY ALAN LAMKEN*

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that JEFFREY ALAN LAMKEN, #154217, was on the 12th day of December, 1991, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 19th day of January 2022.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
Regine Ho, Senior Deputy Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Jeffrey A Lamken*

was duly qualified and admitted on July 7, 1995 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on January
21, 2022.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.