**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21 MD 3010 (PKC) |
| THIS DOCUMENT RELATES TO:<br><br>ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | No. 21 Civ. 3446 (PKC)<br><br>**<u>ORDER FOR ADMISSION</u>**<br>**<u>PRO HAC VICE</u>** |

The motion of Jeffrey A. Lamken for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of California and the District of Columbia; and that his contact information is as follows:

> Jeffrey A. Lamken
> MoloLamken LLP
> 600 New Hampshire Avenue, NW
> Washington, D.C.  20037
> Tel.:   (202) 556-2010
> Fax:   (202) 556-2001
> jlamken@mololamken.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc. in the above-captioned action,

**IT IS HEREBY ORDERED** that Mr. Lamken is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: _____

_____
P. KEVIN CASTEL
United States District Judge