February 4, 2022

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *In re Google Digital Advertising Antitrust Litigation*, 1:21-md-03010 (PKC)

Dear Judge Castel:

      We write on behalf of all private plaintiff groups regarding Google's non-compliance with the Court's multiple prior orders. Pursuant to Your Honor's Individual Practices 1.A.iv, counsel note that there is currently no conference scheduled in this matter.

      As noted in plaintiffs' February 1, 2022, letter (ECF No. 239), plaintiffs have been expecting Google to produce all approximately 2.3 million documents pursuant to this Court's orders. The Court's orders did not authorize Google to make a smaller production to the other plaintiffs by applying "search strings" and "identif[ying] custodians" who "focused on ad tech." Pltfs.' Ltr., Ex. A at 2 (Feb. 1, 2022), ECF No. 239-1.

      Google's unilateral process of selecting what to produce has subtracted clearly relevant documents from its production to private plaintiffs. Google has withheld at least 34 specific documents that were used in the States' Third Amended Complaint. Moreover, Google has withheld over 1,500 documents that were produced to Texas in response to a civil investigative demand that even Google concedes was related to this case. Pltfs.' Ltr. at 3 n.1, ECF No. 239 (Feb. 1, 2022). Google states that it "produced every document from custodians whose responsibilities focused on ad tech." Google Ltr. at 3 (Feb. 2, 2022), ECF No. 240. And yet, to take one example, while State plaintiffs received 7,870 documents from Sam Cox, Google's former product manager for many of its display advertising tools, private plaintiffs received over 250 fewer documents for which he is the primary custodian. Google's unilateral determination of what it asserts are documents "related" to these cases is flawed.

      Google's actions are contrary to the process set out by this Court, which was intended to efficiently and effectively manage initial discovery in this MDL. The Court's orders were appropriately designed to quickly place all plaintiffs in this MDL on even footing while formal discovery procedures were being negotiated.

      The private plaintiffs request that the Court enforce its previous orders and compel Google to produce to all plaintiffs, by February 11, 2022, the approximately 2.3 million documents that "Google has previously produced to the State of Texas." Order at 1 (Sept. 24, 2021), ECF No. 129. The private plaintiffs also request that Google provide plaintiffs on the same date a privilege log for any materials withheld or redacted within that production, as none

was included with Google's production on January 20, 2022. Irrespective of whether Google complied with its obligation to produce a privilege log as part of the States' investigation, it should be required to produce one here for any withheld or redacted documents.

Respectfully submitted,

**For Associated Newspapers Ltd.**
**and Mail Media, Inc.**

/s/ *John Thorne*
John Thorne
Daniel G. Bird
Eric J. Maier
Mark P. Hirschboeck
**KELLOGG, HANSEN, TODD, FIGEL**
   **& FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, DC 20036
Tel.: (202) 326-7900
jthorne@kellogghansen.com
dbird@kellogghansen.com
emaier@kellogghansen.com
mhirschboeck@kellogghansen.com

*Counsel for Associated Newspapers Ltd. and Mail Media, Inc.*

**For the Publisher Class Plaintiffs**

/s/ *Philip C. Korologos*
**BOIES SCHILLER FLEXNER LLP**
Philip C. Korologos
pkorologos@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel.: (212) 446-2300
Fax: (212) 446-2350

David Boies
dboies@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
Fax: (914) 749-8300

James Denvir
jdenvir@bsfllp.com
Jesse Panuccio
jpanuccio@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, NW
Washington, DC 20005
Tel.: (202) 895-7580
Fax: (202) 237-6131

Mark C. Mao
mmao@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6820
Fax: (415) 293-6899

Sabria A. McElroy
smcelroy@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel.: (954) 377 4216
Fax: (954) 356-0022

/s/ *George A. Zelcs*
KOREIN TILLERY LLC
George A. Zelcs
gzelcs@koreintillery.com
Randall P. Ewing
rewing@koreintillery.com
Marc A. Wallenstein
mwallenstein@koreintillery.com
Jonathon D. Byrer
jbyrer@koreintillery.com
Ryan A. Cortazar
rcortazar@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750
Fax: (312) 641-9751

Stephen M. Tillery
stillery@koreintillery.com
Michael E. Klenov
mklenov@koreintillery.com
Carol L. O'Keefe
cokeefe@koreintillery.com
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Tel.: (314) 241-4844
Fax: (314) 241-3525

*Counsel for Publisher Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.*


/s/ *Eric L. Cramer*
BERGER MONTAGUE PC
Eric L. Cramer
ecramer@bm.net
Michael C. Dell'Angelo
mdellangelo@bm.net
Caitlin G. Coslett
ccoslett@bm.net
Patrick F. Madden
pmadden@bm.net
Robert Litan
rlitan@bm.net
**BERGER MONTAGUE PC**
1818 Market St., Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604

Sophia M. Rios
srios@bm.net
**BERGER MONTAGUE PC**
401 B Street, Suite 2000
San Diego, CA 92101
Tel.: (619) 489-0300
Fax: (215) 875-4604

Daniel J. Walker
dwalker@bm.net
**BERGER MONTAGUE PC**
2001 Pennsylvania Ave., NW Suite 300
Washington DC 20006
Tel.: (202) 559-9745

Michael K. Yarnoff
myarnoff@kehoelawfirm.com
KEHOE LAW FIRM, P.C.
Two Penn Center Plaza
1500 JFK Blvd., Suite 1020
Philadelphia, PA 19102
Telephone: (215) 792-6676

*Counsel for Publisher Plaintiff Sterling International Consulting Group*

**For the Advertiser Class Plaintiffs**

/s/ *Dena C. Sharp*
Dena C. Sharp (pro hac vice)
Jordan Elias (pro hac vice)
Scott M. Grzenczyk (pro hac vice)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
scottg@girardsharp.com

Archana Tamoshunas (AT-3935)
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038
Tel: (212) 931-0704
Fax: (212) 931-0703
atamoshunas@tcllaw.com

April Lambert (pro hac vice)
RADICE LAW FIRM, PC
475 Wall Street
Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (609) 385-0745
alambert@radicelawfirm.com

*Attorneys for Advertiser Plaintiffs Surefreight Global LLC d/b/a Prana Pets and Hanson Law Office, as successor-in-interest to Hanson Law Firm, PC*

/s/ *Tina Wolfson*
Tina Wolfson (TW-1016)
Theodore W. Maya (pro hac vice forthcoming)
Bradley K. King (BK-1971)
Rachel R. Johnson (pro hac vice forthcoming)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel.: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com
bking@ahdootwolfson.com
rjohnson@ahdootwolfson.com

*Attorneys for Advertiser Plaintiff Vitor Lindo*


/s/ *Fred T. Isquith Jr.*
Fred T. Isquith, Jr. (FI-1064)
**ISQUITH LAW**
220 East 80th Street
New York, NY 10075
Tel: (607) 277-6513
isquithlaw@gmail.com

Fred T. Isquith Sr.
Fred T. Isquith, Sr. (FI-6782)
Robert S. Schachter (RS-7243)
**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue, 32nd Floor
New York, NY 10010

Tel: (212) 223-3900
Fax: (212) 371-5969
ftisquith@zsz.com
rschachter@zsz.com
sshah@zsz.com

Solomon B. Cera (admitted pro hac vice)
Pamela A. Markert (admitted pro hac vice)
**CERA LLP**
595 Market St., Suite 1350
San Francisco, CA 94105
Telephone: (415) 777-2230
Fax: (415) 777-5189
scera@cerallp.com
pmarkert@cerallp.com

Kate. M. Baxter-Kauf
Heidi Silton (admitted pro hac vice)
Kate M. Baxter-Kauf (admitted pro hac vice)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401-2159
Tel: (612) 596-4092
hmsilton@locklaw.com
kmbaxter-kauf@locklaw.com

Richard Vita (pro hac vice forthcoming)
**VITA LAW OFFICES, P.C.**
100 State Street, Suite 900
Boston, MA 02109
Tel: (617) 426-6566
rjv@vitalaw.com

*Attorneys for Plaintiffs SPX Total Body Fitness LLC, d/b/a The Studio Empower, SkinnySchool LLC d/b/a/ Maria Marques Fitness, and Mint Rose Day Spa LLC, on Behalf of Themselves and All Others Similarly Situated*

/s/ *Jonathan Rubin*
Jonathan L. Rubin (Pro Hac Vice)
**MOGINRUBIN LLP**
2191 L Street, NW, Suite 300
Washington, D.C. 20037
(202) 630-0616
jrubin@moginrubin.com

Daniel J. Mogin (Pro Hac Vice)
Jennifer M. Oliver (N.Y. Bar No. 4547428)
Timothy Z. LaComb (Pro Hac Vice)
**MOGINRUBIN LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
(619) 687-6611
dmogin@moginrubin.com
joliver@moginrubin.com
tlacomb@moginrubin.com

*Counsel for Plaintiffs, Cliffy Care, Kinin, Rodrock, and Raintree*

Richard F. Lombardo (Pro Hac Vice Forthcoming)
Peter F. Rottgers (Pro Hac Vice Forthcoming)
*SHAFFER LOMBARDO SHURIN*
2001 Wyandotte Street
Kansas City, MO 64108
(816) 931-0500
rlombardo@sls-law.com
prottgers@sls-law.com

*Counsel for Plaintiffs, Cliffy Care, Rodrock, and Raintree*

Jason S. Hartley (Pro Hac Vice Forthcoming)
Jason M. Lindner (Pro Hac Vice Forthcoming)
**HARTLEY LLP**
101 W. Broadway, Ste 820
San Diego, CA 92101
(619) 400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com

*Counsel for Plaintiff, Kinin*

8

**For the Direct Newspaper Publishers**

/s/ *Serina M. Vash*
Serina M. Vash
New York Bar No.: 2773448
svash@hermanjones.com
**HERMAN JONES LLP**
153 Central Avenue, # 131
Westfield, NJ 07090
(404) 504-6516

John C. Herman
jherman@hermanjones.com
**HERMAN JONES LLP**
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA 30326
(404) 504-6500

Paul J. Geller
pgeller@rgrdlaw.com
Stuart A. Davidson
sdavidson@rgrdlaw.com
Alexander C. Cohen
Maxwell H. Sawyer
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
(561) 750-3000

David W. Mitchell
davidm@rgrdlaw.com
Steven M. Jodlowski
sjodlowski@rgrdlaw.com
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

Paul T. Farrell, Jr.
paul@farrellfuller.com
Michael J. Fuller, Jr.
mike@farrellfuller.com
**FARRELL & FULLER, LLC**
1311 Ponce De Leon, Suite 202
San Juan, PR 00907
(939) 293-8244

<div style="margin-left: 40%;">
Robert P. Fitzsimmons  
bob@fitzsimmonsfirm.com  
Clayton J. Fitzsimmons  
clayton@fitzsimmonsfirm.com  
Mark A. Colantonio  
mark@fitzsimmonsfirm.com  
**FITZSIMMONS LAW FIRM PLLC**  
1609 Warwood Avenue  
Wheeling, WV 26003  
(304) 277-1700  

*Co-Counsel for the Newspaper Plaintiffs*
</div>

<u>Copy to All Counsel of Record via ECF</u>