# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| JOHN W. WHITE | TIMOTHY G. CAMERON | WORLDWIDE PLAZA | AARON M. GRUBER | ALEXANDRA C. DENNING |
| EVAN R. CHESLER | KARIN A. DEMASI | 825 EIGHTH AVENUE | O. KEITH HALLAM, III | HELAM GEBREMARIAM |
| STEPHEN L. GORDON | DAVID S. FINKELSTEIN | NEW YORK, NY 10019-7475 | OMID H. NASAB | MATTHEW G. JONES |
| ROBERT H. BARON | RACHEL G. SKAISTIS | | DAMARIS HERNÁNDEZ | MATTHEW M. KELLY |
| CHRISTINE A. VARNEY | PAUL H. ZUMBRO | TELEPHONE: +1-212-474-1000 | JONATHAN J. KATZ | DAVID H. KORN |
| PETER T. BARBUR | ERIC W. HILFERS | FACSIMILE: +1-212-474-3700 | DAVID L. PORTILLA | BRITTANY L. SUKIENNIK |
| MICHAEL S. GOLDMAN | GEORGE F. SCHOEN | | RORY A. LERARIS | ANDREW M. WARK |
| RICHARD HALL | ERIK R. TAVZEL | | MARGARET T. SEGALL | ANDREW T. DAVIS |
| STEPHEN L. BURNS | CRAIG F. ARCELLA | | DANIEL K. ZACH | DOUGLAS DOLAN |
| KATHERINE B. FORREST | LAUREN ANGELILLI | CITYPOINT | NICHOLAS A. DORSEY | SANJAY MURTI |
| KEITH R. HUMMEL | TATIANA LAPUSHCHIK | ONE ROPEMAKER STREET | ANDREW C. ELKEN | BETHANY A. PFALZGRAF |
| DAVID J. KAPPOS | ALYSSA K. CAPLES | LONDON EC2Y 9HR | JENNY HOCHENBERG | MATTHEW L. PLOSZEK |
| DANIEL SLIFKIN | MINH VAN NGO | TELEPHONE: +44-20-7453-1000 | VANESSA A. LAVELY | ARVIND RAVICHANDRAN |
| ROBERT I. TOWNSEND, III | KEVIN J. ORSINI | FACSIMILE: +44-20-7860-1150 | G.J. LIGELIS JR. | |
| PHILIP J. BOECKMAN | MATTHEW MORREALE | | MICHAEL E. MARIANI | |
| RONALD E. CREAMER JR. | JOHN D. BURETTA | | LAUREN R. KENNEDY | PARTNER EMERITUS |
| WILLIAM V. FOGG | J. WESLEY EARNHARDT | | SASHA ROSENTHAL-LARREA | SAMUEL C. BUTLER |
| FAIZA J. SAEED | YONATAN EVEN | WRITER'S DIRECT DIAL NUMBER | ALLISON M. WEIN | |
| THOMAS E. DUNN | BENJAMIN GRUENSTEIN | +1-212-474-1596 | MICHAEL P. ADDIS | |
| MARK I. GREENE | JOSEPH D. ZAVAGLIA | | JUSTIN C. CLARKE | OF COUNSEL |
| DAVID R. MARRIOTT | STEPHEN M. KESSING | | SHARONMOYEE GOSWAMI | MICHAEL L. SCHLER |
| MICHAEL A. PASKIN | LAUREN A. MOSKOWITZ | WRITER'S EMAIL ADDRESS | C. DANIEL HAAREN | CHRISTOPHER J. KELLY |
| ANDREW J. PITTS | DAVID J. PERKINS | Korsini@cravath.com | EVAN MEHRAN NORRIS | KIMBERLEY S. DREXLER |
| MICHAEL T. REYNOLDS | J. LEONARD TETI, II | | LAUREN M. ROSENBERG | LILLIAN S. GROSSBARD |
| ANTONY L. RYAN | D. SCOTT BENNETT | | MICHAEL L. ARNOLD | KIMBERLY A. GROUSSET |
| GEORGE E. ZOBITZ | TING S. CHEN | | HEATHER A. BENJAMIN | ANDREI HARASYMIAK |
| GEORGE A. STEPHANAKIS | CHRISTOPHER K. FARGO | | MATTHEW J. BOBBY | JESSE M. WEISS |
| GARY A. BORNSTEIN | DAVID M. STUART | | DANIEL J. CERQUEIRA | MICHAEL J. ZAKEN |

February 4, 2022

<u>In re Google Digital Advertising Antitrust Litigation</u>, No. 1:21-md-03010 (PKC)
<u>State of Texas, et al. v. Google, LLC</u>, No. 1:21-cv-06841 (PKC)

Dear Judge Castel:

  We represent Facebook, Inc.[1] ("Facebook") in the above-captioned multidistrict litigation. We write in support of Google LLC's Motion to Seal Limited Personal Information in Exhibit A (Dkt. No. 219) in the *State of Texas, et al. v. Google, LLC* action, in which Facebook is not a party. In accordance with Rule 1.A of the Court's Individual Practices, we note that no upcoming conferences are currently scheduled in this matter.

  In its motion, Google LLC ("Google") sought to seal the limited personal information regarding the employees referenced in Exhibit A to the Declaration of Andrew J. Ewalt. (Dkt. No. 219.) Exhibit A includes personal information about employees of both Google and Facebook. (Dkt. No. 221-1.) With respect to the Facebook employees, Facebook submits that these limited redactions are consistent with the Second Circuit standard in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) for the reasons set forth in Facebook's previous submissions (Dkt. Nos. 150, 184, 188), and are also consistent with the Court's previous orders on this topic (Dkt. Nos. 151, 186, 189). Facebook therefore respectfully submits that the personal information regarding Facebook employees in Exhibit A remain under seal, consistent with Google's proposed redactions. (Dkt. No. 221-1.)

---

[1] Facebook, Inc. changed its name to Meta Platforms, Inc. effective October 28, 2021.

                                                    Respectfully submitted,

                                                    /s/ *Kevin J. Orsini*

                                                    Kevin J. Orsini

The Honorable P. Kevin Castel
   United States District Judge
      Southern District of New York
         500 Pearl Street
            New York, New York 10007

cc:     All Counsel of Record (via CM/ECF)