UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF BETHAN R. JONES *PRO HAC VICE*** |
| *This Document Relates To:* | |
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>        *Plaintiffs*,<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>        *Defendants*. | Case No. 1:21-cv-03446 (PKC) |

  I, Bethan R. Jones make this declaration in support of the motion for my admission to appear and practice in this Court in the above-entitled litigation as counsel Pro Hac Vice for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc.

  I, Bethan R. Jones, being duly sworn, do hereby depose and say as follows:

1.  I have never been convicted of a felony.

2.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3.  There are no disciplinary proceedings presently against me.

1

2

4. Accompanying this declaration are certificates from the District of Columbia, the Commonwealth of Pennsylvania, and the State of New Jersey, issued within the past thirty days, stating that I am a member in good standing of the bar in each jurisdiction.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Executed:  February 08, 2022      /s/ *Bethan R. Jones*
                                                                Bethan R. Jones