

### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Bethan Rhian Jones, Esq.*

**DATE OF ADMISSION**

*November 10, 2016*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  January 12, 2022

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk