UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.,<br><br>　　　　　　　　　　　　*Plaintiffs*,<br><br>　-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>　　　　　　　　　　　　*Defendants*. | Case No. 1:21-cv-03446 (PKC) |

　　　　The motion of Bethan R. Jones for admission to practice Pro Hac Vice in the above-entitled litigation is granted.

　　　　Bethan R. Jones has declared that she is a member in good standing of the bars of the District of Columbia, the Commonwealth of Pennsylvania, and the State of New Jersey; and that her contact information is as follows:

> Bethan R. Jones
> Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
> 1615 M Street, N.W., Suite 400
> Washington, D.C. 20036
> Tel.: (202) 326-7953
> Fax: (202) 326-7999
> Email: bjones@kellogghansen.com

2

Bethan R. Jones having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc.;

**IT IS HEREBY ORDERED** that Bethan R. Jones is admitted to practice Pro Hac Vice in the above-entitled litigation in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
P. KEVIN CASTEL
United States District Judge