# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4, Plaintiff Vitor Lindo ("Plaintiff") respectfully request that Rachel Renee Johnson, who is no longer affiliated with the law firm of Ahdoot & Wolfson, PC, be permitted to withdraw as counsel for Plaintiff. Plaintiff further request that: (a) her name be removed from any applicable service list herein; and (b) that the Clerk terminate the delivery of all CM/ECF notices addressed to rjohnson@ahdootwolfson.com in the above-captioned case.

Ahdoot & Wolfson, PC will continue to represent Plaintiff in this matter. The granting of this motion will not impose delay or affect any deadlines in the case. Ms. Johnson is not retaining or charging a lien.

Dated: February 9, 2022

Respectfully submitted,

 /s/ Tina Wolfson

Tina Wolfson (NY 5436043)
twolfson@ahdootwolfson.com
Theodore W. Maya (*pro hac vice*)
tmaya@ahdootwolfson.com
Bradley King (NY 5585336)
bking@ahdootwolfson.com
**AHDOOT & WOLFSON, P.C.**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
*Attorney for Plaintiff Vitor Lindo*

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 9, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

                                                                                             */s/ Tina Wolfson*
                                                                                             Tina Wolfson