# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is a Motion for Withdrawal of Rachel Renee Johnson as counsel for Plaintiff Vitor Lindo ("Plaintiff") in this matter. The Court has determined that the motion should be GRANTED. It is hereby,

ORDERED that Rachel Renee Johnson are withdrawn as counsel for Plaintiff Vitor Lindo in this matter; and

ORDERED that the Clerk terminate CM/ECF notices as to Rachel Renee Johnson for this matter.

SO ORDERED.

Dated: _____

                                                                              P. Kevin Castel
                                                                              United States District Judge