UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE GOOGLE ADVERTISING ANTITRUST　　　21-md-3010 (PKC)
LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　ORDER

-----------------------------------------------------------x

CASTEL, District Judge:

　　　　The Court will entertain written applications for the appointment of Interim Counsel for the Putative Class of Advertisers filed by February 23, 2022. Any responses or objections to any application shall be filed by March 2, 2022. Letter motion (Doc 248) should be terminated by the Clerk.

　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　P. Kevin Castel
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:　New York, New York
　　　　February 11, 2022