# EXHIBIT A



# MoginRubin

Complexity Simplified.

**MoginRubin LLP** is a national boutique law firm specializing in federal, state, and international antitrust and data privacy litigation, with a significant portion of the practice devoted to antitrust class actions. We represent businesses, entrepreneurs, consumers and investors in antitrust, unfair competition, complex business and investment cases. With offices in Washington D.C. and San Diego, the firm builds upon the named partners' deep experience in class action cases. Our Partners have represented plaintiffs in several hundred antitrust and class action cases in federal and state courts throughout the United States. Our core team of experienced antitrust attorneys and professional staff have worked together for many years and the firm's lawyers have included alumni of AMLAW 200 law firms, prestigious litigation boutiques, the Federal Trade Commission, the Antitrust Division of the U.S. Department of Justice and the California Attorney General's Antitrust Section. MoginRubin LLP has been ranked as one of the leaders in Antitrust law by The Legal 500 US and ranked as a Best Law Firm in America.

**MoginRubin** attorneys have participated in some of the largest class actions in the United States. We are frequently invited to participate by other law firms and often consult with firms engaged in antitrust cases.

Over his 40-year career, **Daniel Mogin** has been appointed as lead or liaison counsel many times and has also frequently served on Steering and Executive committees charged with overall responsibility for direction of complex Multi-District Litigation and Judicial Council Coordination Proceedings. Mr. Mogin served as a Lawyer Representative to the Ninth Circuit Conference for the United States District Court for the Southern District of California. Litigation as well as one of San Diego's "Top Attorneys" for Corporate and Business Litigation. He has also been named International Advisory Expert in Unfair Competition and Complex Business Litigation in California. Mr. Mogin is a recipient of the Sylvia Siegal Award and recognized by the California Assembly for his contributions to competition law. He was also the recipient of the Illinois Trial Lawyer Excellence Award for his work in competition law.

**Jonathan Rubin** is an experienced trial attorney who also has a Ph.D. in economics. Mr. Rubin was formerly an antitrust partner at Patton Boggs LLP in Washington, D.C and a Senior Fellow of the American Antitrust Institute. As a litigator, Mr. Rubin has led trial teams in major antitrust cases in courts throughout the country. He has served as appellate counsel in major cases and as counsel for *amici* in several significant Supreme Court antitrust cases.

**Jennifer Oliver** is a longtime IAPP Certified Information Privacy Professional experienced at service as lead counsel in complex class cases. Jennifer is keenly interested in the convergence of antitrust and privacy law, a topic on which she has spoken and written extensively. She was recently elected as an officer of the California Lawyers Association's Privacy Section, where she serves as a liaison with the Business Law and Antitrust Law Sections to provide education, publications, and programming on privacy matters as they intersect with business and antitrust law, and is also a member of the Diversity Committee.

Ms. Oliver's practice is focused on antitrust work and complex commercial litigation and has included taking active roles in high-profile jury trials, serving as lead counsel in complex mediations, and arguing before courts at both the trial and appellate levels.




Some examples of our cases are listed below.

## DATA SECURITY LITIGATION

1. ***In Re Dickey's Barbecue Restaurants Inc., Customer Data Security Breach Litigation***

Representing individual Plaintiffs Ross Diczhazy and Wesley Etheridge II and a nationwide class of consumers who made purchases at Dickey's Barbecue Pit locations and whose payment card information was compromised as a part of a data breach resulting from Defendants' failure to implement reasonable security measures in violation of the California Consumer Privacy Act. Pending ND-TX (3:20-cv-03424-K).

2. ***Atkinson, et al. v. Minted, Inc.***

Co-lead class counsel (Rule 23(g) appointment) for settlement class of over four million consumers in nationwide data breach case alleging CCPA and other claims. ND-CA (3:20-cv-03869-VC). Settled: $5 Million.

3. ***Daruwalla et al v. T-Mobile, Inc., et al. (In Re T-Mobile Customer Data Security Breach Litigation)***

Plaintiffs' counsel in class action case alleging breach of over 40 million consumers' personal information. Pending WD-MO (4:21-md-03019-BCW).

4. ***Shanmukh v. T-Mobile, Inc., et al. (In Re T-Mobile Customer Data Security Breach Litigation)***

Plaintiffs' counsel in class action case alleging breach of over 40 million consumers' personal information. Pending WD-MO (4:21-md-03019-BCW).

## ANTITRUST

1. ***Containerboard Products Antitrust Litigation (price-fixing and supply restriction)***

Co–lead counsel (Rule 23(g) appointment) in nationwide Sherman Act certified class action for direct purchaser class alleging price-fixing and supply restriction claims against the major integrated producers of containerboard and corrugated products. Reported: 775 F. Supp. 2d 1071 (N.D. Ill. 2011); 306 F.R.D. 585 (N.D. Ill. 2015); 831 F3d. 919 (7th Cir. 2016); 2016 U.S. App. LEXIS 14282. N.D. Ill. (1:10-cv-05711). Partial settlements of over $376 million.




2. ***Dynamic Random Access Memory (DRAM) Antitrust Litigation (international cartel)***

Co-lead counsel (Rule 23(g) appointment) for class of indirect purchasers involving an international price-fixing cartel in the P.C. memory industry. Reported: 516 F. Supp. 2d 1072 (N.D. Cal. 2007); 536 F. Supp. 2d 1129 (N.D. Cal. 2008). (MDL 1486, ND-CA (4:02-md-01486-PJH). Settled for over $310 million.

3. ***National ATM Council, et. al. v. Visa, Inc., et. al., (price-fixing)***

Lead counsel for a certified class of ATM Operators in nationwide antitrust class action alleging that Visa and Mastercard used their market power to illegally fix and artificially increase ATM access fees in violation of Section 1 of the Sherman Act. Reported: 797 F. 3d 1057 (D.C. Cir., 2015); 137 S. Ct. 289 (Mem) (2016). Pending D-DC (1:11-cv-01803-RJL).

4. ***California CARB Gasoline Antitrust Litigation (price-fixing and supply restriction)***

Co-lead counsel for a certified statewide class against nine major refiners, distributors, and retailers of California's "CARB" gasoline. Reported: 1998-1 Trade Cas. (CCH) ¶72,080; 25 Cal 4th 826 (2001). CA-SD. Partial Settlement.

5. ***Smokeless Tobacco Antitrust Cases (monopolization-bundled discounting)***

Co-lead/liaison counsel representing certified statewide class alleging bundled discounting and related claims against largest producer of smokeless tobacco. JCCP 4250, 4258, 4259 & 4260 (CA-SF). Settled: $96 million.

6. ***Circular Thermostat Antitrust Litigation (monopolization-IP abuse)***

Lead counsel for plaintiff class in multi-state action alleging monopolization and concerted conduct to abuse intellectual property rights and foreclose entry into key thermostat sub-market. Reported: 241 Cal. App. 4th 1472; 989 A.2d 539. MDL 1673 (remanded as Roos and Santos et al. v. Honeywell International Inc., San Francisco, Cal. Superior Court, No. CGC-04-436205- lead case for Vermont, Maine and other jurisdictions). Settled: $8.75 million (78% of damages).

7. ***Foreign Exchange Benchmark Rates Antitrust Litigation (international cartel-finance)***

Represent proposed class in Sherman Act case alleging conspiracy to fix prices of currencies in the foreign exchange market; expert witness and econometrics issues. Reported: 74 F. Supp. 3d 581. Pending S.D.N.Y. (1:13-cv-07789). Partial settlements in excess of $2 billion.




8. ***Static Random Access Memory (SRAM) Antitrust Litigation (international cartel)***

Represented class against multinational manufacturers of computer memory. Reported: 580 F. Supp. 2d 896 (N.D. Cal. 2008); 257 F.R.D. 580 (N.D. Cal. 2009). MDL 1819 (ND-CA).

9. ***National Credit Reporting Association v. Equifax (merger challenge)***

Lead counsel for trade association and individual association members in antitrust action challenging acquisition by Equifax. D-MD (08-cv-2322). Settled with conduct restrictions.

10. ***FreeConference.com v. AT&T (monopolization-refusal to deal)***

Lead counsel for telephone conferencing company against AT&T for denial of service. D-DC. Settled with conduct restrictions.

11. ***TFT-LCD (Flat Panel) Antitrust Litigation (international cartel)***

Represented certified classes against multinational manufacturers of flat screen video panels and computer screens. MDL No. 1827 (ND-CA). Settled: $1.2 billion.

12. ***Vitamin Cases Antitrust Litigation (international cartel)***

Court-appointed Executive Committee against multinational drug and vitamin companies. Reported: 107 Cal. App. 4th 820. JCCP 4076 (CA-SF). Settled: $96 million.

13. ***Microsoft Antitrust Litigation (monopolization-exclusionary practices)***

Court-appointed Executive Committee representing certified class of Windows and other Office applications. Reported: 135 Cal. App. 4th 706. JCCP 4106, 4107, 4109, 4110 & 4112 (CA-SF). Settled: $1.1 billion.

14. ***Brand Name Prescription Drug Antitrust Litigation (group boycott/price-fixing)***

Represented certified class of retail pharmacies challenging pricing policies and distribution practices of over 30 of the largest manufacturers and distributors of brand name prescription drugs. Reported: 123 F. 3d 599 (7th Cir. 1997); 186 F.3d 781 (7th Cir. 1999). MDL 997 (ND-IL). Settled: $715 million and injunction.

15. ***San Diego MLS Antitrust Litigation (price-fixing)***

Lead counsel (Rule 23(g) appointment) in this Sherman Act case involving the San Diego real estate multiple listing service. Reported: 225 F.R.D. 616 (S.D. Cal. 2004). (S.D. Cal. 04-cv-1495-BEN(JMA)). Settled: $7.5 million.




16. ***Department Store Cosmetics Cases Antitrust Litigation (price-fixing)***

Court-appointed Executive Committee representing class against the nation's largest department store chains and the major manufacturers of prestige beauty products. Reported: 243 Fed. Appx. 311; 499 F. 3d 950. ND-CA (03-cv-3359). Settled: $200 million.

17. ***Compact Disc Antitrust Cases (MAP)***

Lead counsel for statewide class alleging minimum advertised price-fixing conspiracy. Reported: 216 FRD 197. JCCP 4123 (CA-LA). Jointly settled with MDL 1361 for $67 million, $5.6 million product distributions and injunctive relief.

18. ***Hart Intercivic Inc. v. Diebold Inc. and ESS (merger challenge)***

Lead counsel for voting machine manufacturer challenging merger of two rivals. D-DE (09-cv-678). Settled favorably with negotiated divestitures.

19. ***In Re Drill Bits Antitrust Litigation (price-fixing)***

Court-appointed Steering Committee against manufacturers of tri-cone "rock bits" used in oil and gas drilling. SD-TX (H 91-627). Settled: $53 million

20. ***Los Angeles Retail Milk Price-Fixing Litigation (price-fixing)***

Steering Committee and court-appointed Plaintiffs' Settlement Counsel representing a certified class against the seven largest supermarket chains in the Los Angeles area. CA-LA (BC 70061). Settled: $19 million.

21. ***In Re Citric Acid Antitrust Litigation (appeal)***

Represented American Antitrust Institute as *amicus curiae* before the United States Court of Appeals for the Ninth Circuit. MDL 1092 (ND-CA).

22. ***Children's Ibuprofen Oral Suspension Antitrust Litigation (market allocation)***

Lead counsel for statewide class alleging market allocation conspiracy in over-the-counter generic store-brand versions of children's liquid ibuprofen. JCCP 4395 and 4398 (CA-SD). Jointly settled with parallel federal actions (D-DC) with California class receiving highest *per capita* relief.

23. ***California Indirect Purchaser Infant Formula Antitrust Litigation* (price-fixing)**

Court-appointed Executive Committee for statewide class of infant formula buyers. JCCP 2557 (CA-LA). Settled: $19.8 million including $13.9 million in free nutritional products distributed to needy families throughout California.




24. ***Automotive Refinishing Paint Cases (price-fixing)***

Court-appointed Executive Committee for statewide class against major paint manufacturers. JCCP 4199 (CA-SF). Settled: $9.4 million.

25. ***Polyester Staple Cases (price-fixing)***

Court-appointed Executive Committee for statewide class action of polyester staple and polyester staple products. JCCP 4278 (CA-SF). Settled: $5.25 million.

26. ***7 West 57th Street Realty Company, LLC v. Citigroup, Inc., et al. (international cartel)***

Lead counsel in direct action representing Forbes 400 individual alleging LIBOR manipulation.

27. ***Automotive Parts Antitrust Litigation (international cartel)***

Represent multiple proposed direct purchaser classes in a series of cases alleging conspiracy to fix prices concerning numerous automotive parts. MDL 2311. Pending ED-MI.

28. ***In re Lithium Ion Batteries Antitrust Litigation (international cartel)***

Represented class against multinational battery manufacturers. ND-CA (MDL 2420). Settled: $75 million.

29. ***Domestic Airlines Travel Antitrust Litigation (price-fixing and capacity restriction)***

Represent proposed class against major U.S. airlines. MDL 2656. Partial settlements: $60 million. Pending D-DC.

30. ***Disposable Contact Lens Antitrust Litigation (minimum advertised price-fixing)***

Represent certified class alleging minimum advertised price-fixing conspiracy. MDL 2626. Partial settlements: $33 million. Pending MD-FL.

31. ***Rechister v. Oticon, Inc. (distribution restraints)***

Defense counsel for Danish public company in private antitrust action by distributor alleging violations of California Cartwright Act. Settled: Confidential. CA-R.

32. ***Flagship Theaters (boycott and circuit-dealing)***

Represented independent movie theater in direct action against large exhibitor. Reported: 198 Cal. App.4th 1366. CA-LA. Settled: Confidential.




33. ***PVC Antitrust Litigation (distribution restraints)***

Represented independent manufacturer of PVC plumbing fixtures against Fortune 1000 supplier/franchisor in arbitration. Settled: Confidential.

34. ***Natural Gas Antitrust Cases II (price-fixing/index manipulation)***

Represented certified statewide class concerning the California energy crisis of 2000-2001, including manipulation of price indices and engaging in phony trading. JCCP 4226 (CA-SD). Settled: $159 million.

35. ***California Copper Tubing Antitrust Litigation (price-fixing)***

Represented statewide class and major copper tubing manufacturers. CA-SF. Settled: $6.5 million.

36. ***California X-Ray Antitrust Litigation (price-fixing)***

Represented statewide class against multinational X-Ray film manufacturers. CA-SF. Settled: $7.5 million.

37. ***In Re Ticket Service Charge Antitrust Litigation (market allocation)***

Represented statewide class of event ticket purchasers. CA-SF. Settled: $4.5 million, including $3 million in event tickets for charitable purposes, and significant injunctive relief.

38. ***MedVets, Inc., et al. v. VIP Petcare Holdings, et al. (merger and monopolization)***

Lead counsel in a private action to enjoin merger under Section 7 of the Clayton Act. Reported: 811 Fed. Appx. 422 (9th Cir. 2020). ND-CA (3:18-cv-02054-MMC).

39. ***Payment Logistics v. Lighthouse Network, LLC, et al. (merger and monopolization)***

Private action concerning the payment gateway/interface market. SD-CA (3:18-cv-00786-L-AGS).

40. ***In re Diisocyanates (price-fixing and supply restriction)***

Representing class against the largest manufacturers of isocyanates, chemicals primarily used in the production polyurethane products. Pending MDL 2862; WD-PA (13-cv-07789-LGS (Lead)).




41. ***Simon and Simon, PC v. Align Technology, Inc. (price-fixing and supply restriction)***

Representing class of dentists and orthodontists against major manufacturers in the removable dental aligners market and the hand-held digital intraoral scanners market. Pending ND-CA (3:20-cv-03754-VC).

42. ***In Re Google Digital Advertising Antitrust Ligation***

Plaintiffs' counsel in a case alleging illegal collusion in the digital advertising markets by Defendants Facebook and Google, in violation of Section 1 of the Sherman Act. Pending SD-NY (21-md-03010-PK(Lead)) (*Cliffy Care, et al v. Facebook, et al*; SD-NY (1:21-cv-06910-PKC)).

43. ***In Re National Football League Sunday Ticket Antitrust Ligation***

Appointed to Plaintiffs' Steering Committee for direct purchaser commercial-user class in nationwide Sherman Act case alleging conspiracy to restrict competition for the broadcast of out-of-market NFL games. Pending MDL 2668; CD-CA (2:15-ml-02668-BRO-JEM).

## MERGER CLEARANCE

1. ***Project Granite***

Provided legal analysis regarding a sizeable transaction applying existing antitrust law and pre-merger notification requirements required by the Hart-Scott-Rodino Antitrust Improvements Act of 1976.

2. ***KBS Holdco***

Provided legal analysis regarding reportability and filing obligations required by the Hart-Scott-Rodino Antitrust Improvements Act of 1976.

## UNFAIR COMPETITION AND DECEPTIVE TRADE PRACTICES

1. ***Intel Benchmark Litigation*** (***false advertising/unfair competition)***

Co-lead counsel against the world's largest manufacturer of computer chips in connection with benchmark test results. CA-SC (755101). Settled: $25 million.




2. ***Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation (deceptive sales and marketing practices)***

Represented national class action against major international drug manufacturer concerning women's and heart health combination aspirin products. MDL 2023 (ED-NY). Settled: $15 million.

3. ***Old Republic Title Escrow Practices Litigation (deceptive practices/unfair competition)***

Executive Committee in class against the one of the nation's largest title and escrow companies in connection with its policy of retaining interest earned on customer escrow accounts and other escrow practices. CA-SF (9930507). Reported: 125 Cal. App. 4th 1219. Verdict: $14 million.

4. ***Business Voicemail Marketing and Sales Practices Litigation (deceptive sales and marketing practices)***

Co-lead counsel representing a certified class of business subscribers in connection with the alleged imposition of hidden charges. CA-SF (997136). Settled: $42 million.

5. ***Sears-Consolidated Defective Furnaces Litigation (deceptive sales and marketing practices)***

Lead counsel on behalf of a certified statewide class in connection with the sale of defective furnaces. CA-SD (735554). Settled: $14 million.

6. ***Confidential Matter*** (***false advertising/unfair competition)***

Counsel defending a beauty company, Jocott Brands, Inc. in a threatened class action case by an unnamed plaintiff for alleged clean beauty product mislabeling. Settled: Confidential.

7. ***Confidential Matter*** (***false advertising/unfair competition)***

Counsel defending a beauty company, Jocott Brands, Inc. in a threatened class action case by an unnamed plaintiff for alleged product mislabeling of its oils. Settled: Confidential.

8. ***Confidential Matter*** (***false advertising/unfair competition)***

Counsel defending a beauty company, Jocott Brands, Inc. in a threatened class action case by an unnamed plaintiff for alleged product mislabeling of its eye firming serum. Settled: Confidential.

9. ***Cruz v. Jocott Brands, Inc. (false advertising/unfair competition)***

Counsel defending beauty company, Jocott Brands, Inc. for alleged failure to maintain website in compliance with ADA regulations. SD-NY. Settled: Confidential.




# SECURITIES/INVESTMENT

1. ***Private Equity Litigation (securities)***

Lead counsel for investment banking and warrant-holder against Wall Street private equity firm. CA-LA. Settled: Confidential.

2. ***Medical Device Shareholder Litigation (corporate governance)***

Lead Counsel in minority shareholder action against privately held medical device company directors. CD-CA. Settled: Confidential.

5. ***MetLife PERCS Litigation** (**investment)***

Engaged by law firm with national reputation in securities and insurance investment matters in this mass action case alleging a Ponzi scheme in the sale of non-qualified deferred compensation plans. CA-SD. Settled: Confidential.

4. ***Drexel/Milken Daisy Chain Securities Litigation (securities)***

Mr. Mogin initiated, litigated, and coordinated prosecution of 11 separate class and derivative actions involving the investment banking firm of Drexel Burnham Lambert and the head of its junk bond operations, Michael Milken, including MDL 834, MDL 871, MDL 880, and MDL 901. These actions were filed in state and federal courts throughout California, and some were later joined by the Federal Deposit Insurance Corporation and the Resolution Trust Corporation. The cases were ultimately resolved in the SD-NY. Mr. Mogin served as one of a core group of "Pooled Claims Counsel." The Pooled Claims resulted in settlements valued at over $2.5 billion. Approximately $100 million was also recovered from other defendants, including the alleged "auditor of choice" of the Drexel Daisy Chain as well as directors and officers of the many companies involved. (Prior firm).

5. ***In Re Alco International Group, Inc. Securities Litigation (securities)***

Co-lead counsel in this class action against directors and officers of a medical technology company involving allegations of stock manipulation and financial reporting fraud. SD-CA. Judgment: $27 million.

6. ***In Re Cousins Securities Litigation (securities)***

Class action against directors and officers arising from initial public offering. SD-CA. This case was the underlying action in the Supreme Court's decision in *Music, Peeler & Garrett v. Employers Insurance of Wausau*, 113 S. Ct. 2085. (Prior firm). Settled: $13.5 million.




7. ***Newhall Land and Farming Co. Class and Derivative Litigation (merger/corporate governance)***

State and federal actions related to proxy fight, "poison pill" and lock-up option. CD-CA and CA-LA. (Prior firm). The lawsuits forced a corporate restructuring valued to the plaintiff class at over $100 million.

8. ***PLM Roll-up Litigation (merger/corporate governance)***

Co-trial counsel in cases alleging breach of fiduciary duty arising from "roll-up" or consolidation of limited partnerships in exchange for stock. This action also involved bankruptcy proceedings and insurance coverage actions. ND-CA and CA-SF. Over $15 million recovered on the eve of trial. (Prior firm).

## HUMAN RIGHTS

1. ***Japanese POWS Slave Labor Litigation***

Mr. Mogin was engaged in these multi-venue combined class and mass action cases by several prestigious national law firms to assist them with class certification and appeals on behalf of former U.S. military survivors of the Bataan Death March who were captured in the Philippines during WWII, shipped to Japan and forced into slave labor in mines for private companies.

2. ***Hopi Village of Shungopavi***

Mr. Mogin has represented members of the Hopi Native American tribe (the Hopi Village of Shungopavi) in litigation related to tribal sovereignty and the tribal constitution. He has appeared in Hopi Tribal Court as well as in federal District Court and the Ninth Circuit on their behalf.

## INTERNATIONAL BUSINESS AND ENERGY

Mr. Mogin's clients have included a former President of Mexico and his associates in connection with international antitrust litigation and their energy business activities in the United States including electricity swaps and brokerage.




# PROFESSIONALS

**DANIEL J. MOGIN** (Managing Partner) received his B.A. (Economics) from Indiana University and his J.D. from the University of San Diego. Mr. Mogin was admitted to the State Bar of California in 1980. He is also admitted in The Supreme Court of the United States, the United States Court of Appeals for the Ninth, Seventh, and Second Circuits and the United States District Courts for the Southern, Central, and Northern Districts of California.

Mr. Mogin's practice concentrates on antitrust, unfair competition, and complex and business litigation. He has been selected as lead or liaison counsel in numerous cases and has also frequently served on Steering and Executive committees charged with overall responsibility for direction of complex Multi-District Litigation and Judicial Council Coordination Proceedings. He has participated in some of the largest antitrust class actions in the United States. Mr. Mogin is frequently invited to participate in these cases by other law firms and often consults with law firms engaged in antitrust cases. He has also provided expert testimony in cases and before the California State Senate Judiciary Committee.

Dan Mogin served as a Lawyer Representative for the United States District Court for the Southern District of California at the Ninth Circuit Conference. Mr. Mogin is a past Chair of the Antitrust and Unfair Competition Law Section of the California State Bar (2002-2003). He taught antitrust law for ten years as an Adjunct Professor at the University of San Diego. Mr. Mogin is an emeritus member of the Advisory Board and has contributed to its *Report to the Antitrust Modernization Committee* (2007) and its *Antitrust Presidential Transition Report* (2008).

Mr. Mogin was Editor-in-Chief and an author of *California Antitrust & Unfair Competition Law (Third*), published by the Antitrust and Unfair Competition Law Section of the California State Bar. He has contributed to a number of other legal treatises and is the author of many articles on litigation and antitrust issues. He has been a panelist and lecturer for numerous organizations on complex litigation, antitrust, unfair competition, mergers and acquisitions, and civil procedure.

Mr. Mogin has been selected multiple times as a "Best Lawyer in America" and a "Super Lawyer" for Antitrust Litigation. He has been repeatedly chosen as one of San Diego's "Top Attorneys" and has been named International Advisory Expert in Unfair Competition and Complex Business Litigation in California. In 2020, he was chosen by The Daily Journal as a 2020 Top Antitrust Lawyer, by Lawdragon as a Leading Plaintiff Financial Lawyer for Antitrust Litigation and was recognized by the Legal 500 for excellence in his field.

Mr. Mogin has received the Sylvia Siegal Award which recognizes professionals who continue to identify injustices faced by consumers. He has also received the Illinois Trial Lawyer Excellence Award by Jury Verdict Reporters for his work in competition law. His work has also been recognized by the California Assembly, Mothers Against Drunk Driving and the Sierra Club, among others.

Mr. Mogin has been referred to in the national media and legal journals including American Lawyer, Bloomberg Law, Law360, SF Recorder, LA Daily Journal, SD Daily Transcript, Wall Street Journal, NY Times, LA Times, Washington Post, CNN, CBS, NBC, Forbes, Barron's, FTC Watch, and Stein, *A License to Steal: The Untold Story of Michael Milken and the Conspiracy to Bilk the Nation* (Simon & Schuster 1992).




**JONATHAN L. RUBIN** (Partner) Mr. Rubin was formerly an antitrust partner at Patton Boggs LLP (now Squire Patton Boggs) in Washington, D.C. For more than 20 years, he has focused his legal practice exclusively on antitrust and competition law and policy.

Mr. Rubin has led trial teams in major antitrust cases, steered mergers through agency clearance, and represented numerous businesses and associations as antitrust counsel before the antitrust authorities in industries as diverse as consumer finance and telecommunications. He is a former Senior Fellow at the American Antitrust Institute, where he contributed to the *Report to the Antitrust Modernization Committee* (2007) and its *Antitrust Presidential Transition Report* (2008) and continues to serve as a member of the Advisory Board. Mr. Rubin has testified on antitrust matters before U.S. House of Representatives and Senate committees and has been invited to speak to the ABA Antitrust Section, the Directorate General for Competition of the European Commission, the World Bank, the University of Wisconsin, and the Young Competition Law Professionals of the Danish Competition Law Society. He has been published in The Daily Journal, Law360, and Sports Litigation Alert and Sports Law Alert. He is also a regular contributor to the MoginRubin Blog regarding a wide variety of legal topics. In 2020, he was chosen by The National Law Review as a Go-To Thought Leader, and by the National Law Journal as a D.C. Trailblazer. He was also ranked by The Legal 500. As an adjunct professor, he taught Law and Economics at the George Washington University Law School.

Mr. Rubin received a B.S. from the University of Wisconsin-Madison, a J.D. from the University of Florida, and a Ph.D. (Economics) from the University of Copenhagen in Denmark. He is a member of the District of Columbia Bar, the Maryland Bar and the Florida Bar and admitted to practice before the U.S. Supreme Court, the U.S. Courts of Appeals for the District of Columbia, and the Ninth and Eleventh Circuits, and the United States District Courts for the District of Columbia, the Southern District of Florida, and the District of Maryland.

**JENNIFER M. OLIVER** (Partner) joined MoginRubin in 2017 after nearly ten years practicing in New York at the international firm of Weil, Gotshal & Manges LLP. Her previous clients include General Electric, Lehman Brothers, Bridgestone, Washington Mutual, The Walt Disney Company, ESPN, The Dow Chemical Company, General Motors, The Port Authority of New York and New Jersey, Forbes, and American Airlines. Since joining the firm, she has been named International Advisory Expert in Unfair Competition and Complex Business Litigation in California.

As a longtime IAPP Certified Information Privacy Professional, Jennifer is keenly interested in the convergence of antitrust and privacy law, a topic on which she has spoken and written extensively. She was recently elected as an officer of the California Lawyers Association's Privacy Section, where she serves as a liaison with the Business Law and Antitrust Law Sections to provide education, publications, and programming on privacy matters as they intersect with business and antitrust law, and is also a member of the Diversity Committee.

Ms. Oliver's practice is focused on antitrust work and complex commercial litigation and has included taking active roles in high-profile jury trials, serving as lead counsel in complex mediations, and arguing before courts at both the trial and appellate levels. She is experienced in merger and cartel matters and antitrust counseling, as well as litigating claims related to breaches of contract, trade secrets, RICO conspiracies, the False Claims Act, securities fraud,




unfair trade practices, and privacy issues. She founded and co-leads the firm's transactional department, which focuses on providing antitrust diligence and merger clearance counseling to parties and firms in need of specialized antitrust counsel.

Ms. Oliver is an active member of the California Lawyer's Association Privacy Subcommittee and the San Diego Lawyer's Club. In 2020, she was appointed to the University at Buffalo Law School Dean's Advisory Council, affording her the opportunity to advocate for additional course offerings in antitrust and lecture to law students about careers in competition law. She is also a leader in the national networking group ProVisors where she regularly speaks to practitioners in other fields about antitrust issues and is a member of the Council of Women Professionals. In 2021, Ms. Oliver was recently elected to the Fellows of the American Bar Foundation, an honor which is limited to one percent of lawyers licensed to practice in each jurisdiction. She was also a member of the pro bono team that represented Javaid Iqbal in the seminal Supreme Court case *Ashcroft v. Iqbal* and received the Sanctuary for Families Above and Beyond Achievement Award for her pro bono work on behalf of victims of domestic violence. She is also an active member of the Junior League of San Diego, where her work focuses on programs for local foster youth.

An alumna of The University at Buffalo, Ms. Oliver earned her J.D. and M.B.A. in 2007 and her undergraduate degree in Business in 2003. She graduated with honors and was an editor of the Buffalo Law Review.

Jennifer has also lived and worked in Tokyo, where she studied international law at Temple University Beasley School of Law in Tokyo and clerked at one of Japan's largest law firms. She is admitted to practice law in the Southern and Eastern Districts of New York, the District of New Jersey, and the Northern, Central, and Southern Districts of California, and is an IAPP Certified Information Privacy Professional.

**TIMOTHY Z. LACOMB** (Associate) Mr. LaComb's practice focuses on antitrust, unfair competition, and complex business litigation, particularly as they relate to mergers and acquisitions. Prior to joining MoginRubin LLP, Mr. LaComb helped secure several multi-million-dollar recoveries in merger-related class action litigation. Through his extensive experience in complex litigation, he has developed an expertise and proficiency in electronic and other discovery-related issues. His writings have been published in Sports Litigation Daily and the Los Angeles Daily Journal. He has been named a Go-To Thought Leader by the National Law Review and is a regular contributor to the MoginRubin Blog. Mr. LaComb is admitted in both California and Wisconsin. Tim earned his J.D. from the University of Wisconsin School of Law, where he was on the Dean's List and a member of the UW Law Moot Court Board and earned his B.A. in Economics from the University of San Diego.

**JOY M. SIDHWA** (Senior Counsel) Ms. Sidhwa concentrates on antitrust and other complex litigation for MoginRubin and leads the document discovery team. Ms. Sidhwa joined the firm in 2009, her prior experience includes working for national law firms in electronic document discovery and trial preparation in patent infringement, trademark, contract and intellectual property cases and SEC investigations.




Ms. Sidhwa received the Pan Asian Lawyers of San Diego's President's Award for Outstanding Service in 2009 and 2010 for serving on the Board of Directors and participating in various community services. She has also been named International Advisory Expert in Unfair Competition and Complex Business Litigation in California and was named to the "Best of the Bar" list by the San Diego Business Journal. She volunteers her time to the Filipino-American Lawyers of San Diego (Director), the University of Michigan Club of San Diego (Board of Governor), and the Lawyers Club North County Committee. She was recently appointed to serve as Board of Director for the Women of Color in Law and is a University of Michigan Club of San Diego Board of Governors member. Ms. Sidhwa received her B.S. from the University of Michigan in 1996 and her J.D. from California Western School of Law in 2006.

**KRISTY F. GREENBERG** (Senior Attorney) Ms. Greenberg concentrates on antitrust, investment, and intellectual property matters for MoginRubin LLP, and has an extensive background in securities and general business litigation. Ms. Greenberg received her J.D. from the University of San Diego in 2004, where she was comment editor for the San Diego International Law Journal and a member of the Pro Bono Law Society. Kristy received her B.A. in English (cum laude) from the University of San Diego in 2000.

Ms. Greenberg joined the firm in 2008. Previously, she first worked for one of the premier securities defense firms on the West Coast, and later one of California's top commercial litigation firms where she defended commercial and environmental claims. Ms. Greenberg is also experienced in managing large electronic document review projects where she has supervised numerous attorneys.



# AWARDS AND RECOGNITIONS

***Best Lawyers in America***:

*Best Law Firm*: *Litigation - Antitrust* (2019, 2020)

*Best Law Firm: Mass Tort / Class Actions - Plaintiffs* (2019, 2020)

*Best Lawyers: Litigation* - *Antitrust* - Daniel J. Mogin (2018-2021)

*Best Lawyers*: *Mass Tort / Class Actions - Plaintiffs*) - Daniel J. Mogin (2018-2021)

***California Legislature - Assembly***: *Consumer Rights Leader* - Daniel J. Mogin (2018)

***Global Competition Review***: *Regional Firm of the Year* - *Americas*; Finalist (2019)

***International Advisory Experts***:

Daniel J. Mogin (2018)

Jennifer M. Oliver (2018)

Joy M. Sidhwa (2018-2020) (Complex Litigation - California)

***Jury Verdict Reporter***: *Illinois Trial Lawyer of the Year (Federal)* - Daniel J. Mogin (2018)

***Lawdragon***: *Leading Plaintiff Financial Lawyers*:

Daniel J. Mogin (2019, 2020),

Jennifer M. Oliver (2019, 2020)

Jonathan L. Rubin (2020)

***Lawyers of Distinction***: *Antitrust Law* - Daniel J. Mogin (2019, 2020)

***Legal 500 US***: *Antitrust: Civil Litigation / Class Actions: Plaintiff* (2019, 2020, 2021)

***Legal Aid Society of San Diego, Inc.:*** *Outstanding Service Award* (2008, 2010)




***Legalweek Leaders in Tech Awards:*** Innovations in Diversity and Inclusion (Finalist 2021)

***California Lawyer Daily Journal****:*

*Top Boutique Law Firm in California for Antitrust and Competition Law* (2019)

*Top Antitrust Lawyer* - Daniel J. Mogin (2020)

*Top 40 Under 40* - Jennifer M. Oliver (2020, 2021)

***Mothers Against Drunk Driving (M.A.D.D.):*** *Community Leader* - Daniel J. Mogin (2007)

***National Law Journal****:*

*D.C. Trailblazers* - Jonathan L. Rubin (2020)

*Elite Boutique Trailblazer* - Jennifer M. Oliver (2020)

*Plaintiffs' Attorneys Trailblazers* – Jennifer M. Oliver (2022)

***National Law Review:***

*Go To Thought Leader* -

Jennifer M. Oliver (2019, 2021)

Timothy Z. LaComb (2019)

Jonathan L. Rubin (2020)

***San Diego Business Journal:***

*Women of Influence in Law – San Diego's most Influential Women in Law*

Jennifer M. Oliver (2021)

Joy M. Sidhwa (2021)

*Leaders in Law (Finalist)*

Daniel J. Mogin (2021)

Jennifer M. Oliver (2021)

*Top 500 Most Influential People in San Diego*

Lela Fox-Mazzeo (2021)




***San Diego Daily Transcript**: Top San Diego County Attorneys* - Daniel J. Mogin (2005)

***Sierra Club**: Outstanding Legal Achievement* - Daniel J. Mogin (2010)

***Super Lawyers***: *Antitrust Litigation* - Daniel J. Mogin 2009, 2012 - 2021

***The American Lawyer*:** West Trailblazers – Jennifer M. Oliver (2021)

***The Utility Reform Network**: Sylvia Siegel Champion Consumer Rights Leader* - Daniel J. Mogin (2018)

***U.S. Business News:** Legal Elite - Best Specialist Antitrust & Competition Law Practice - California* (2019)