UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC) |
| This document relates to:<br><br>CLIFFY CARE LANDSCAPING, LLC, *et al.* on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br>v.<br><br>FACEBOOK, INC., GOOGLE LLC, and ALPHABET INC.<br>   *Defendants*. | Civil Action No. 1:21-cv-6910 (PKC) |

### [PROPOSED] ORDER APPOINTING MOGINRUBIN LLP AS INTERIM LEAD COUNSEL FOR THE CLASS OF NON-FACEBOOK ADVERTISERS HARMED BY THE FACEBOOK-GOOGLE NETWORK BIDDING AGREEMENT

  The above-captioned matter came before the Court on the Application of the *Cliffy Care* plaintiffs for Appointment as Interim Lead Class Counsel for the class of digital advertisers harmed by the Facebook-Google "Network Bidding Agreement."

  Having read and considered the Application and supporting Memorandum and documentation, and finding that interim counsel for the proposed class should be appointed, it is hereby

  **ORDERED** that, pursuant to Fed. R. Civ. P. 23(g)(3), the following attorneys are appointed as interim lead class counsel for the *Cliffy Care* class:

Jonathan L. Rubin
**MoginRubin LLP**
2101 L Street NW, Suite 300
Washington, D.C. 20037
(202) 630-0616
jrubin@moginrubin.com

and

Daniel J. Mogin
Jennifer M. Oliver
**MoginRubin LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
(619) 687-6611
dmogin@moginrubin.com
joliver@moginrubin.com

**SO ORDERED** this _____ day of _____, 2022.

_____
P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE