**Exhibit B**



# FIRM RESUME & BIOGRAPHIES

The Radice Law Firm was founded in 2012 to prosecute complex antitrust cases. Today, the firm has grown to include eleven full-time attorneys from top law schools including Harvard, N.Y.U., and the University of Pennsylvania. Attorneys at the firm have extensive experience in health care, finance, and other highly regulated industries, and are involved in all aspects of litigation, from initial case investigation through trial. We offer top-quality work, performed efficiently, while giving our clients the dedication and attention they deserve.

The Radice Law Firm has had a significant role in numerous cases resulting in substantial recoveries for the class, including cutting-edge pharmaceutical antitrust cases, *e.g.*:

- *In re Lidoderm Antitrust Litigation*, No. 14-2521 (N.D. Cal.) ($166 million settlement for direct purchasers in case alleging that Endo and Teikoku unlawfully paid Watson to delay the launch of a generic Lidoderm pain relief patch);
- *In re Flonase Direct Purchaser Antitrust Litigation*, No. 08-3149 (E.D. Pa.) ($150 million result in case alleging sham citizen petitioning to delay generic entry);
- *In re Loestrin FE Antitrust Litigation*, No. 13-md-2472 (D.R.I.) ($120 million settlement for direct purchaser class in case alleging Warner Chilcott improperly paid Watson to delay the generic entry of a birth control pill);
- *In re Celebrex Antitrust Litigation*, No. 14-361 (E.D. Va.) ($94 million settlement in case alleging that Pfizer engaged in fraud before the Patent Office in securing patent protection for its pain drug); and
- *In re Solodyn (minocycline hydrochloride) Antitrust Litigation*, No. 14-md-2503 (D. Mass.) ($74 million in settlements with four pharmaceutical companies on behalf of direct purchasers in case alleging reverse payments and sham litigation to delay generic entry).

The Radice Law Firm has served as lead or co-lead counsel in cases including:

- *RXDN, Inc. v. Novartis Pharms. Corp. et al.*, No. 16-12399 (D. Mass.) (lead counsel in antitrust class action alleging an anticompetitive scheme to delay generic competition for Gleevec);
- *Simon and Simon, PC, et al., v. Align Technology, Inc.*, No. 20-3754 (N.D. Cal.) (co-lead counsel in case alleging the maker of Invisalign dental aligners used anticompetitive actions to monopolize that market);
- *Filannino-Restifo v. TD Bank, N.A.*, No. 16-2374 (D.N.J.) (co-lead counsel in case alleging undercounting by a bank's coin-counting machines; assisted in achieving a favorable settlement for the class that received final approval from the court); and

- *Chepiga, et al. v. Conair Corp.*, No. 16-12399 (D.N.J.) (filed only class action complaint against Conair Corporation alleging consumer fraud in its recall of chopping blades from its Cuisinart food processor products, was appointed lead counsel, and efficiently negotiated a favorable settlement for the class that received final approval from the court).

The Radice Law Firm has also been instrumental in developing new cases:

- *FWK Holdings, LLC, et al. v. Takeda Pharmaceutical Company Ltd., et al.*, No. 21-11057 (D. Mass.) (researched and filed first case alleging Takeda improperly paid Par to delay generic competition for Takeda's drug Amitiza);
- *In re Dental Supplies Antitrust Litigation*, No. 16-696 (E.D.N.Y.) (investigated and filed the first complaint alleging a years-long conspiracy to fix margins in the market for dental supplies. Over sixty law firms subsequently filed similar cases. John Radice was appointed liaison counsel in that litigation. $80 million settlement for the class);
- *Align Technology* (part of the first and only case on behalf of a class of dentists and dental practices); and
- *Conair* (filed the only class action complaint against Conair Corporation alleging consumer fraud in its recall of chopping blades from its Cuisinart food processor products).

Biographies of certain of the firm's attorneys follow.

### JOHN RADICE

John Radice founded the Radice Law Firm in 2012 and has been practicing complex antitrust litigation on behalf of plaintiffs for over a dozen years.  He graduated from Princeton University, and attended New York University School of Law, where he was a Hays Fellow. After law school, he clerked for Judge Edith Brown Clement in the United States Court of Appeals for the Fifth Circuit, and then worked for some of the largest plaintiffs' antitrust firms in the country before founding the Radice Law Firm.

Mr. Radice was part of litigation or trial teams in cases including *Dental Supplies*; *Flonase*; *Inclusive Access*; *Align Technology*; *United States ex rel. Piacentile v. Bristol-Myers Squibb Co.*, No. 05-10196 (D. Mass.) ($515 million *qui tam* settlement related to unlawful promotion of Abilify); *In re Tricor Direct Purchaser Antitrust Litigation*, No. 05-340 (D. Del.) ($250 million settlement after the start of trial in case alleging delayed entry of generic versions of Tricor); and *In re Neurontin Marketing & Sales Practices Litigation*, No. 04-10981 (D. Mass.) (resulting in a RICO jury verdict statutorily trebled to over $142 million for the unlawful and fraudulent promotion of Neurontin), among many others.

Mr. Radice heads the firm's case investigation and development efforts and has developed multiple new cases including *In re Norvir Direct Purchaser Antitrust Litigation*, No. 04-1511 (N.D. Cal.) (developed first direct purchaser case); *Takeda Pharmaceutical*; *Dental Supplies*; *Inclusive Access*; *Align Technology*; and *Conair*.

Mr. Radice has a background in economics and often works with expert economists to develop the economic analysis to support key arguments in pharmaceutical antitrust cases.

### CLARK CRADDOCK

Ms. Craddock has more than fifteen years of experience as a litigator. Prior to joining the Radice Law Firm, Ms. Craddock worked for seven years as an attorney in the New York office of Jones Day, where she primarily practiced intellectual property law. Her practice included cases concerning patent infringement, trademark infringement and unfair trade practices. Ms. Craddock also worked in the San Francisco office of Quinn Emanuel Urquhart & Sullivan, where she continued to practice intellectual property law before joining the Radice Law Firm.

Her practice now focuses on class action antitrust actions. She is currently a member of the litigation team for *In re Intuniv Antitrust Litigation*, 16-cv-12653 (D. Mass.) (alleging that Shire and Actavis anticompetitively delayed entry of a generic version of Shire's ADHD drug).

Ms. Craddock earned her J.D. from the University of Pennsylvania Law School in 2004. She received a B.S. in Biology from the College of William and Mary. She then earned her Ph.D. in Ecology and Evolution from Rutgers University with research examining on the genetic relationships among molluscan species at deep-sea hydrothermal vents and cold-water seeps.

Prior to law school, Ms. Craddock taught undergraduate and graduate science courses at the University of South Florida. Ms. Craddock is admitted to practice in New York, New Jersey and California, and in the Southern District of New York and Northern District of California.

### NATASHA FERNÁNDEZ-SILBER

Natasha Fernández-Silber joined the Radice Law Firm in 2018. She is an experienced litigator who started her career in the Restructuring and Finance Group at the law firm Wachtell, Lipton, Rosen & Katz in New York City, where she represented clients on issues relating to bankruptcy, insolvency and creditors' rights.

Her practice now focuses on antitrust class actions. At the Radice Law Firm, she has taken an leading roles in a number of cases. She is on the litigation team for *In re Intuniv Antitrust Litigation*, No. 16-12653 (D. Mass.) (alleging delayed generic entry) and *In re: Ranbaxy Generic Drug Application Antitrust Litig.*, No. 19-02878 (D. Mass) (alleging anticompetitive behavior related to generic drug applications). Recently, Ms. Fernández-Silber was appointed to the four-member steering committee in *Reece v. Altria Group, Inc.*, No. 20-2345 (N.D. Cal.) on behalf of the direct purchaser plaintiffs, a suit alleging that an anticompetitive agreement between Juul and Altria caused consumers of Juul products to pay inflated prices.

Ms. Fernández-Silber has a B.A. and M.A. from Yale University, and earned her J.D. from New York University School of Law, where she was a member of the Law Review. She clerked for the Honorable Ann Claire Williams (ret.) of the Seventh Circuit Court of Appeals. She is admitted to practice in New York and Michigan.

### APRIL D. LAMBERT

April D. Lambert joined the Radice Law Firm as of counsel in June 2016. Prior to joining the Radice Law Firm, Ms. Lambert was an associate in the intellectual property litigation group at Sidley Austin LLP. Ms. Lambert has extensive experience litigating patent infringement and antitrust cases, as well as handling other intellectual property matters. Ms. Lambert has also participated on the discovery teams of a range of litigation matters.

Ms. Lambert has played an integral role in numerous pharmaceutical antitrust cases, including *Loestrin*; *In re Asacol Antitrust Litig.*, No. 15-12730 (D. Mass.) (alleging delayed generic entry of prescription drug Asacol); *In re Niaspan Antitrust Litig.*, 13-md-2460 (E.D. Pa.) (alleging delayed generic entry of prescription drug Niaspan); and *Solodyn*.

Ms. Lambert earned her J.D. from the New York University School of Law (2003), where she was a McKay Scholar, an award given to the top 25% of the class, and was the Executive Editor of the *N.Y.U. Journal of Legislation and Public Policy*. While at NYU, Ms. Lambert served as an intern for the New York City Public Advocate's Office. Ms. Lambert also graduated Phi Beta Kappa from Johns Hopkins University (2000) and earned a masters in library and information science from the University of Illinois (2013).

### KENNETH PICKLE

Prior to law school, Mr. Pickle was an analytical chemist for a large pharmaceutical company. His litigation experience includes representing plaintiffs in all phases of litigation, including case evaluation and assessment, development of case strategy, all phases of discovery, trial strategy development, and trial. He has been part of the litigation or trial teams in numerous class actions against pharmaceutical companies alleging anticompetitive delayed-generic entry business practices, including:

- *In re Skelaxin (Metaxalone) Direct Purchaser Antitrust Litig.*, 12-2343 (E.D. Tenn.) ($73 million settlement in case alleging delayed generic entry);
- *In re Nexium (Esomeprazole) Antitrust Litig.*, 1:12-md-02409 (D. Mass.) ($24 million partial mid-trial settlement in "pay-for-delay" case challenging agreements between AstraZeneca and generic competitors to delay generic entry);
- *In re Solodyn Antitrust Litig.*, No. 14-10438 (D. Mass.) (alleging that Medicis engaged in an anticompetitive scheme to delay generic competition).

Mr. Pickle also has experience litigating class action antitrust cases in the financial trading, telecommunication, and dental supplies industries. Mr. Pickle graduated from Cardozo Law School in 2011, where he served as associate editor for the Cardozo Journal of International and Comparative Law. He is admitted to the bar of the State of New York, as well as the U.S. District Courts for the Southern District of New York and Eastern District of New York. He is also a registered patent attorney with the U.S. Patent and Trademark Office.

### A. LUKE SMITH

Mr. Smith has considerable experience litigating all phases of complex antitrust class actions, from prefiling investigations through post-trial briefing. Throughout his career, Mr. Smith has had the privilege of working alongside the nation's most preeminent plaintiffs law firms and lawyers, and has been part of the litigation or trial teams in, inter alia, the following cases:

- *In re Zetia (ezetimibe) Antitrust Litig.*, No. 18-md-2836 (E.D. Va.) (alleging delay of generic entry)
- *In re Prandin Direct Purchaser Antitrust Litig.*, No. 10-12141 (E.D. Mich. ($19 million settlement in case challenging Novo Nordisk's conduct to delay generic entry);
- *Marchese v. Cablevision Systems Corp.*, No. 10-02190 (D.N.J.) (accusing Cablevision of illegally tying two-way cable services to rentals of a Cablevision-supplied set-top box);
- under FOIA);
- *In re Solodyn Antitrust Litig.*, No. 14-10438 (D. Mass.) (alleging that Medicis engaged in an anticompetitive scheme to delay generic competition);
- *In re Lidoderm Antitrust Litig.*, No. 14-2521 (N.D. Cal.) (alleging that Endo paid its generic competitor, Watson (now known as Actavis), to delay generic versions of Lidoderm); and
- *In re Capacitors Antitrust Litig.*, No.14-03264 (N.D. Cal.) (alleging manufacturers of capacitors (ubiquitous components found in virtually every electronic device) conspired to inflate capacitor prices).

Mr. Smith earned his J.D. from Pennsylvania State University Dickinson School of Law (2010), and graduated summa cum laude from Cheyney University of Pennsylvania with a degree in Business Management (2007). Mr. Smith has completed internships for the Honorable Joseph A. Greenaway, then of the United States District Court for the District of New Jersey, the New Jersey Office of the Public Defender, and at the Pennsylvania Attorney General, Bureau of Consumer Protection.

Mr. Smith is licensed to practice in Pennsylvania and New Jersey has been admitted to the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey.