UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION                           21-md-3010 (PKC)

------------------------------------------------------------x

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law in Support of their Motion and the Declaration of Fred T. Isquith, Sr., dated February 23, 2022 and all exhibits attached thereto, and upon all the papers and proceedings had herein, the SPX Plaintiffs. move this Court, before the Honorable P. Kevin Castel, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York, 10007 on a date and at a time to be designated by the Court, for an Order (1) coordinating the Advertiser Class Actions by creating a Coordinating Committee; (2) appointing Fred T. Isquith, Sr. of Zwerling, Schachter & Zwerling, LLP to serve on the Coordinating Committee; (3) directing the Cliffy Care Plaintiffs to propose an attorney to serve on the Coordinating Committee, subject to Court approval; (4) directing the Surefreight Plaintiffs to propose an attorney to serve on the Coordinating Committee, subject to Court approval; (5) appointing Fred T. Isquith, Sr. of ZSZ to be the liaison counsel with the Court for the Coordinating Committee; and (6) granting the Motion for appointment of ZSZ as interim class counsel for the *SPX* Class.

Dated:    New York, New York         Respectfully Submitted,
          February 23, 2022

                                     By: */s/ Fred T. Isquith Sr*
                                     Fred T. Isquith, Sr. (FI-6782)
                                     **ZWERLING, SCHACHTER
                                      & ZWERLING, LLP**
                                     41 Madison Avenue
                                     New York, NY 10010
                                     Tel: (212) 223-3900
                                     Fax: (212) 371-5969
                                     Email: ftisquith@zsz.com