UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION                                                              21-md-3010 (PKC)

------------------------------------------------------------x

**DECLARATION OF FRED T. ISQUITH SR. IN SUPPORT OF SPX PLAINTIFFS' MOTION FOR AN ORDER (1) CREATING A COORDINATING COMMITTEE FOR THE ADVERTISER CLASS ACTIONS AND (2) APPOINTING ZWERLING, SCHACHTER & ZWERLING, LLP AS INTERIM CLASS COUNSEL PURSUANT TO RULE 23(g) FOR THE CLASS ALLEGED BY THE SPX PLAINTIFFS**

I, FRED T. ISQUITH SR., declare as follows:

1. I am Of Counsel to Zwerling, Schachter & Zwerling, LLP and am duly admitted to practice in the State of New York and before this Court. I have personal knowledge of facts asserted herein.[1]

2. Attached hereto are true and correct copies of the following:

    Exhibit 1:   A true and correct copy of the unopposed Motion to Appoint Interim Counsel Pursuant to Fed. R.Civ. P. 23(g) and supporting papers in *SPX Total Body Fitness LLC vs. Google LLC,* 21-cv-801-HSG (N.D. Cal.).

    Exhibit 2:   A true and correct copy of the Order Granting Google's Motion to dismiss the Surefreight Plaintiff's Complaint in *In Re Google Digital Advertising Antitrust Litigation*, 20-cv-3556-BLF, ECF No. 143 (N.D. Cal. May 13, 2021).

    Exhibit 3:   A true and correct copy of the Order Denying SXP Plaintiff's motion to relate action to the Surefreight Plaintiffs' action in *In Re Google Digital Advertising Antitrust Litigation*, 20-cv-3556-BLF, ECF No. 108 (N.D.Cal. Mar 2, 2021).

    Exhibit 4:   A true and correct copy of pages 32 – 35 of the Transcript of the Status Conference in *In re Google Digital Advertising Antitrust Litig.*, 21-MDL-3010 (PKC) held on September 24, 2021.

---

[1] All Capitalized Terms, not otherwise defined herein, shall have the meaning ascribed to them in SPX Plaintiffs' Memorandum of Law in support of their Motion.

Exhibit 5: A true and correct copy of the Order regarding leadership in *In re Libor-Based Financial Instruments Antitrust Litig*., 11-md-02262, ECF No. 78 (S.D.N.Y. Dec. 15, 2011).

Exhibit 6: A true and correct copy of the Order Appointing Liaison Counsel and Interim Class Counsel for the Proposed Classes of Indirect Purchaser Plaintiffs in *In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litig*., No. 14-md-02542, ECF No. 36 (S.D.N.Y. Jun. 26 2014).

Exhibit 7: A true and correct copy of the Order Appointing Interim Lead Counsel in *In re Packaged Seafood Products Antitrust Litigation*, 15-MD-2670 (MDD), ECF No. 119 (N.D. Cal. Mar. 24, 2016).

Exhibit 8: A true and correct copy of the Order Appointing Plaintiffs' Leadership and Steering Committee Members in *Bradley Colgate, et al. v. JUUL Labs, Inc., et al.*, 19-md-2913 (WHO), ECF No. 341 (N.D. Cal. Dec. 20, 2019).

Exhibit 9: A true and correct copy of the Pretrial Order No. 1 in *In re Juul Labs, Inc. Antitrust Litig.,* 20-cv-2345, ECF No. 129, (N.D. Cal. Oct. 20, 2020).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct to the best of my knowledge and belief.

Date: February 23, 2022

*/s/ Fred T. Isquith Sr.*
Fred T. Isquith Sr.