**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION                                21-md-3010 (PKC)

------------------------------------------------------------x

## Certificate of Service

I hereby certify that on February 23, 2022 all counsel on the ECF list were served a true

and correct copy of the following documents, via the Court's CM/ECF system:

1. Notice of Motion for an Order creating a coordinating committee for the Advertiser Class
   Action and Appointing Zwerling, Schacter, & Zwerling, LLP as Interim Class Counsel
   for the Class Alleged by the SPX Plaintiffs.

2. Memorandum of Law in Support of the Motion creating a coordinating committee for the
   Advertiser Class Action and Appointing Zwerling, Schacter, & Zwerling, LLP as Interim
   Class Counsel for the Class Alleged by the SPX Plaintiffs.

3. The Declaration of Fred T. Isquith Sr. in Support of the Motion creating a coordinating
   committee for the Advertiser Class Action and Appointing Zwerling, Schacter, &
   Zwerling, LLP as Interim Class Counsel for the Class Alleged by the SPX Plaintiffs, and
   all supporting papers.

To the best knowledge of the undersigned there are no recipients who are not registered

to receive electronic service.

Dated: February 23, 2022

*/s/ Fred T. Isquith Sr*
Fred T. Isquith Sr.