UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Civil Action No.: 1:21-md-03010-PKC |

THIS DOCUMENT RELATES TO:

STATE OF TEXAS
By Attorney General Ken Paxton

STATE OF ALASKA
By Attorney General Treg R. Taylor

STATE OF ARKANSAS
By Attorney General Leslie Rutledge

STATE OF FLORIDA
By Attorney General Ashley Moody

STATE OF IDAHO
By Attorney General Lawrence G. Wasden

STATE OF INDIANA
By Attorney General Todd Rokita

COMMONWEALTH OF KENTUCKY
By Attorney General Daniel Cameron

STATE OF LOUISIANA
By Attorney General Jeff Landry

STATE OF MISSISSIPPI
By Attorney General Lynn Fitch

STATE OF MISSOURI
By Attorney General Eric Schmitt

STATE OF MONTANA
By Attorney General Austin Knudsen

STATE OF NEVADA
By Attorney General Aaron D. Ford

Related File

Civil Action No. 1:21-cv-06841-PKC

**JURY TRIAL DEMANDED**

STATE OF NORTH DAKOTA
By Attorney General Wayne Stenehjem

COMMONWEALTH OF PUERTO RICO
By Attorney General Domingo
Emanuelli- Hernández

STATE OF SOUTH CAROLINA
By Attorney General Alan Wilson

STATE OF SOUTH DAKOTA
By Attorney General Jason R. Ravnsborg

*and*

STATE OF UTAH
By Attorney General Sean D. Reyes

Plaintiffs,

     vs.

GOOGLE LLC,

Defendant.

## STATE OF NORTH DAKOTA'S MOTION TO AMEND CASE CAPTION

The State of North Dakota hereby requests the Court amend the Case Caption for the reason set forth below:

### I.

Currently, the Case Caption lists Wayne Stenehjem as the Attorney General for the State of North Dakota. Attorney General Stenehjem recently passed away, and the new Attorney General for the State of North Dakota is Drew H. Wrigley.  The State of North Dakota hereby requests the Court amend the Case Caption to name Drew H. Wrigley as the Attorney General for the State of North Dakota, in lieu of Wayne Stenehjem

## CONCLUSION

For the reason stated above, the State of North Dakota respectfully requests the Court approve its request to amend the Case Caption listing Drew H. Wrigley as the Attorney General for North Dakota, in lieu of Wayne Stenehjem.

March 22, 2022

**For North Dakota**

/s/  W. Mark Lanier
W. Mark Lanier (NY Bar No.: 4327284)
Mark.Lanier@LanierLawFirm.com
Alex J. Brown (NY Bar No.: 4593604)
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
**THE LANIER LAW FIRM, PLLC**
Tower 56
126 East 56th Street, 6th Floor
New York, NY 10022
Telephone: (212) 421-2800

 /s/ Ashley Keller
Ashley Keller
ack@kellerlenkner.com
Brooke Clason Smith
brooke.smith@kellerlenkner.com
Jason A. Zweig (NY Bar No.: 2960326)
jaz@kellerlenkner.com
**KELLER LENKNER LLC**
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
Telephone: (312) 741-5220

Zina Bash
zina.bash@kellerlenker.com
**KELLER LENKNER LLC**
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 690-0990

*Counsel for Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm only), Mississippi, North Dakota, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 22, 2022, the foregoing Motion to Amend Case Caption was filed through the Court's CM/ECF System, which will send a notice of electronic filing to any listed counsel of record.

*/s/  Zeke DeRose III*
Zeke DeRose III
