UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Civil Action No.: 1:21-md-03010-PKC |
| THIS DOCUMENT RELATES TO: | Related File |
| STATE OF TEXAS<br>By Attorney General Ken Paxton | Civil Action No. 1:21-cv-06841-PKC |
| STATE OF ALASKA<br>By Attorney General Treg R. Taylor | **JURY TRIAL DEMANDED** |

STATE OF ARKANSAS
By Attorney General Leslie Rutledge

STATE OF FLORIDA
By Attorney General Ashley Moody

STATE OF IDAHO
By Attorney General Lawrence G. Wasden

STATE OF INDIANA
By Attorney General Todd Rokita

COMMONWEALTH OF KENTUCKY
By Attorney General Daniel Cameron

STATE OF LOUISIANA
By Attorney General Jeff Landry

STATE OF MISSISSIPPI
By Attorney General Lynn Fitch

STATE OF MISSOURI
By Attorney General Eric Schmitt

STATE OF MONTANA
By Attorney General Austin Knudsen

STATE OF NEVADA
By Attorney General Aaron D. Ford

| | |
|---|---|
| STATE OF NORTH DAKOTA<br>By Attorney General Wayne Stenehjem<br><br>COMMONWEALTH OF PUERTO RICO<br>By Attorney General Domingo<br>Emanuelli- Hernández<br><br>STATE OF SOUTH CAROLINA<br>By Attorney General Alan Wilson<br><br>STATE OF SOUTH DAKOTA<br>By Attorney General Jason R. Ravnsborg<br><br>*and*<br><br>STATE OF UTAH<br>By Attorney General Sean D. Reyes<br><br>Plaintiffs,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>Defendant. | |

## [PROPOSED] ORDER GRANTING THE STATE OF NORTH DAKOTA'S MOTION TO AMEND CASE CAPTION

Before the Court is the State of North Dakota's Motion to Amend Case Caption. After consideration of the motion, the Court is of the opinion the Motion should be GRANTED.

The Case Caption is to be amended indicating Drew H. Wrigley as the Attorney General for North Dakota, in lieu of Wayne Stenehjem.

SO ORDERED.

                                                                                                 _____
                                                                                                 P. Kevin Castel
                                                                                                 United States District Judge

Dated: New York, New York
            March \_\_\_\_\_, 2022