UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 1:21-MD-03010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| **THE STATE OF TEXAS,** *et al.,*<br><br>*Plaintiffs,*<br><br>- against -<br><br>**GOOGLE LLC,**<br><br>*Defendant.* | No. 1:21-CV-06841 (PKC) |

**DEFENDANT GOOGLE LLC'S RESPONSE AND STATEMENT OF NON-OPPOSITION TO THE STATE OF NORTH DAKOTA'S MOTION TO AMEND CASE CAPTION**

Defendant Google LLC ("Google") respectfully submits this Response and Statement of Non-Opposition to the State of North Dakota's Motion to Amend Case Caption, No. 1:21-md-03010-PKC, ECF No. 265. Google does not oppose the State of North Dakota's Motion.

Dated: March 24, 2022

Respectfully Submitted,

/s/ *Justina K. Sessions*
Justina K. Sessions
Jonathan M. Jacobson
Jessica R. Lonergan
Mikaela E. Evans-Aziz (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000
jsessions@wsgr.com
jjacobson@wsgr.com
jlonergan@wsgr.com
mevansaziz@wsgr.com

Eric Mahr
Julie Elmer
Andrew J. Ewalt (admitted *pro hac vice*)
Jan Rybnicek (admitted *pro hac vice*)
Lauren Kaplin
Robert J. McCallum
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
(202) 777-4500
eric.mahr@freshfields.com
julie.elmer@freshfields.com
andrew.ewalt@freshfields.com
jan.rybnicek@freshfields.com
lauren.kaplin@freshfields.com
rob.mccallum@freshfields.com

John D. Harkrider
Daniel S. Bitton
Bradley Justus (admitted *pro hac vice*)
Koren W. Wong-Ervin (admitted *pro hac vice*)
AXINN VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
jharkrider@axinn.com
dbitton@axinn.com
bjustus@axinn.com
kwongervin@axinn.com

*Counsel for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

I certify that on March 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

 /s/ Justina K. Sessions
Justina K. Sessions
