# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING | : |
|  | : |
| ANTITRUST LITIGATION | : |
|  | : |

Case No. 1:21-md-3010 (PKC)

|  |  |
|---|---|
| *This Motion relates to:* | : |
|  | : |
| THE STATE OF TEXAS, et al., | : |
|  | : |
| Plaintiffs, | : |
|  | : |
| - against - | : |
|  | : |
| GOOGLE LLC, | : |
|  | : |
| Defendant. | : |
|  | : |

Case No. 1:21-CV-6841 (PKC)

**NOTICE OF MOTION FOR LEAVE TO FILE JOINT AMICUS BRIEF OF
PUBLISHER PLAINTIFFS IN OPPOSITION TO DEFENDANT GOOGLE LLC'S
MOTION TO DISMISS THE STATES' THIRD AMENDED COMPLAINT**

Pursuant to Local Rule 7.1, Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., The Progressive, Inc., on their own behalf and on behalf of those similarly situated (collectively, "Publisher Class Plaintiffs"), the Direct Newspaper Plaintiffs,[1] and Plaintiffs Associated Newspapers Ltd. and Mail Media Inc. (the "Daily Mail Plaintiffs") (Publisher Class Plaintiffs, Direct Newspapers Plaintiffs, and the Daily Mail Plaintiffs collectively referred to as the "Publisher Plaintiffs") respectfully provide notice that, upon the Declaration of Philip Korologos and the Memorandum of Law in Support of its Motion, Publisher Plaintiffs move this

---

[1] The "Direct Newspaper Plaintiffs" consist of AIM Media Indiana Operating, LLC, AIM Media Midwest Operating, LLC, AIM Media Texas Operating, LLC, Brown County Publishing Company, Inc. and Multi Media Channels, LLC, Clarksburg Publishing Company, d/b/a WV News, Coastal Point LLC, Eagle Printing Company, Ecent Corporation, Emmerich Newspapers, Incorporated, J.O. Emmerich & Associates, Inc., Delta Democrat Publishing Company, Commonwealth Publishing Company, Inc., Delta Press Publishing Company, Inc., Newton County Appeal Inc., Marion Publishing, Company, Yazoo Newspaper, Co., Inc., Sunland Publishing, Company, Inc., Simpson Publishing Co., Inc., Montgomery Publishing Co., Inc., Franklinton Publishing Co., Inc., Charleston Publishing Co., Inc., Clarion Publishing Company, Inc., Scott Publishing, Inc., Clarke Publishing, Inc., Hattiesburg Publishing, Inc., Tallulah Publishing, Inc., Louisville Publishing, Inc., Kosciusko Star-Herald, Inc., Enterprise-Tocsin, Inc., Grenada Star, Inc., Tate Record Inc., Flag Publications, Inc., Gale Force Media, LLC, HD Media Company, LLC, Journal Inc., Robinson Communications, Inc., Something Extra Publishing, Inc., Rome News Media, LLC, Times Journal, Inc., Neighbor Newspapers, Savannah Publishing Co., Inc., Gould Enterprises, Inc., Union City Daily Messenger, Inc., Weakley County Press, Inc., and Southern Community Newspapers, Inc.

Court for leave to file a Joint Amicus Brief in Opposition to Defendant Google LLC's Motion to

Dismiss the States' Third Amended Complaint.


This 24th day of March, 2022.

Respectfully submitted,

**For the Publisher Class Plaintiffs**


/s/ Philip C. Korologos
**BOIES SCHILLER FLEXNER LLP**
Philip C. Korologos
pkorologos@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel.: (212) 446-2300
Fax: (212) 446-2350

David Boies
dboies@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
Fax: (914) 749-8300

Jesse Panuccio
jpanuccio@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, NW
Washington, DC 20005
Tel.: (202) 895-7580
Fax: (202) 237-6131

Mark C. Mao
mmao@bsfllp.com
srodriguez@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6820
Fax: (415) 293-6899

3

Sabria A. McElroy
smcelroy@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel.: (954) 377 4216
Fax: (954) 356-0022

/s/ George A. Zelcs
KOREIN TILLERY LLC
George A. Zelcs
gzelcs@koreintillery.com
Randall P. Ewing
rewing@koreintillery.com
Marc A. Wallenstein
mwallenstein@koreintillery.com
Jonathon D. Byrer
jbyrer@koreintillery.com
Ryan A. Cortazar
rcortazar@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750
Fax: (312) 641-9751

Stephen M. Tillery
stillery@koreintillery.com
Michael E. Klenov
mklenov@koreintillery.com
Carol L. O'Keefe
cokeefe@koreintillery.com
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Tel.: (314) 241-4844
Fax: (314) 241-3525

*Counsel for Publisher Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.*

/s/ Eric L. Cramer
BERGER MONTAGUE PC
Eric L. Cramer
ecramer@bm.net
Michael C. Dell'Angelo
mdellangelo@bm.net
Caitlin G. Coslett
ccoslett@bm.net
Patrick F. Madden
pmadden@bm.net
Robert Litan
rlitan@bm.net
**BERGER MONTAGUE PC**
1818 Market St., Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604

Sophia M. Rios
srios@bm.net
**BERGER MONTAGUE PC**
401 B Street, Suite 2000
San Diego, CA 92101
Tel.: (619) 489-0300
Fax: (215) 875-4604

Daniel J. Walker
dwalker@bm.net
**BERGER MONTAGUE PC**
2001 Pennsylvania Ave., NW Suite 300
Washington DC 20006
Tel.: (202) 559-9745

Michael K. Yarnoff
myarnoff@kehoelawfirm.com
KEHOE LAW FIRM, P.C.
Two Penn Center Plaza
1500 JFK Blvd., Suite 1020
Philadelphia, PA 19102
Telephone: (215) 792-6676

*Counsel for Publisher Plaintiff Sterling International Consulting Group*

5

**For the Direct Newspaper Publishers**

/s/ Serina M. Vash
Serina M. Vash
New York Bar No.: 2773448
svash@hermanjones.com
**HERMAN JONES LLP**
153 Central Avenue, # 131
Westfield, NJ 07090
(404) 504-6516

John C. Herman
jherman@hermanjones.com
**HERMAN JONES LLP**
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA 30326
(404) 504-6500

Paul J. Geller
pgeller@rgrdlaw.com
Stuart A. Davidson
sdavidson@rgrdlaw.com
Alexander C. Cohen
Maxwell H. Sawyer
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
(561) 750-3000

David W. Mitchell
davidm@rgrdlaw.com
Steven M. Jodlowski
sjodlowski@rgrdlaw.com
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

Paul T. Farrell, Jr.
paul@farrellfuller.com
Michael J. Fuller, Jr.
mike@farrellfuller.com
**FARRELL & FULLER, LLC**
1311 Ponce De Leon, Suite 202
San Juan, PR 00907
(939) 293-8244

Robert P. Fitzsimmons
bob@fitzsimmonsfirm.com
Clayton J. Fitzsimmons
clayton@fitzsimmonsfirm.com
Mark A. Colantonio
mark@fitzsimmonsfirm.com
**FITZSIMMONS LAW FIRM PLLC**
1609 Warwood Avenue
Wheeling, WV 26003
(304) 277-1700

*Co-Counsel for AIM Media Indiana Operating,*
*LLC, AIM Media Midwest Operating, LLC, AIM*
*Media Texas Operating, LLC, Brown County*
*Publishing Company, Inc. and Multi Media*
*Channels, LLC, Clarksburg Publishing Company,*
*d/b/a WV News, Coastal Point LLC, Eagle Printing*
*Company, Ecent Corporation, Emmerich*
*Newspapers, Incorporated, J.O. Emmerich &*
*Associates, Inc., Delta Democrat Publishing*
*Company, Commonwealth Publishing Company,*
*Inc., Delta Press Publishing Company, Inc., Newton*
*County Appeal Inc., Marion Publishing, Company,*
*Yazoo Newspaper, Co., Inc., Sunland Publishing,*
*Company, Inc., Simpson Publishing Co., Inc.,*
*Montgomery Publishing Co., Inc., Franklinton*
*Publishing Co., Inc., Charleston Publishing Co.,*
*Inc., Clarion Publishing Company, Inc., Scott*
*Publishing, Inc., Clarke Publishing, Inc.,*
*Hattiesburg Publishing, Inc., Tallulah Publishing,*
*Inc., Louisville Publishing, Inc., Kosciusko Star-*
*Herald, Inc., Enterprise-Tocsin, Inc., Grenada Star,*
*Inc., Tate Record Inc., Flag Publications, Inc., Gale*
*Force Media, LLC, HD Media Company, LLC,*
*Journal Inc., Robinson Communications, Inc.,*
*Something Extra Publishing, Inc., Rome News*
*Media, LLC, Times Journal, Inc., Neighbor*
*Newspapers, Savannah Publishing Co., Inc., Gould*
*Enterprises, Inc., Union City Daily Messenger, Inc.,*
*Weakley County Press, Inc., and Southern*
*Community Newspapers, Inc..*

**For Associated Newspapers Ltd.**

/s/ John Thorne
John Thorne
**KELLOGG, HANSEN, TODD, FIGEL &**
**FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, DC 20036
202 326-7900
jthorne@kellogghansen.com

*Counsel for Associated Newspapers Ltd. and Mail*
*Media, Inc.*

*TO:  ALL COUNSEL VIA ECF*