April 6, 2022

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan, United States Courthouse
500 Pearl St., Courtroom 11D
New York, New York 10007

      Re: *In re Google Digital Advertising*, 1:21-md-03010 (PKC) (all actions)

Dear Judge Castel:

      On behalf of all parties to the above-referenced MDL, the parties jointly submit the attached draft confidentiality order. This draft is a supplement to the three letters being filed simultaneously by the Plaintiffs, Google, and Meta concerning the remaining disputes among them regarding certain proposed confidentiality order provisions. This draft contains all confidentiality provisions the parties agree upon, as well as those the parties don't agree upon. As to the disagreements, this joint submission identifies the competing language being proposed by each party. The parties thought it would assist the Court to have a single proposed confidentiality order, with the parties' agreed upon provisions, and their disagreements inline in the proposed order.

      The parties thank the Court in advance for its consideration of these issues.

Respectfully submitted,

/s/ W. Mark Lanier
W. Mark Lanier
New York Bar No.: 4327284
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
New York Bar No.: 4593604
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
Tower 56
126 East 56th Street, 6th Floor
New York, NY 10022
(212) 421-2800
THE LANIER LAW FIRM, PLLC

/s/ Ashley Keller
Ashley Keller
ack@kellerlenkner.com
Brooke Clason Smith
brooke.smith@kellerlenkner.com
Jason A. Zweig
New York Bar No.: 2960326
jaz@kellerlenkner.com
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220
Zina Bash
zina.bash@kellerlenker.com
111 Congress Avenue, Suite 500
Austin, TX 78701
(512) 690-0990
KELLER LENKNER LLC

*Counsel for Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm only), Mississippi, North Dakota, South Carolina, and South Dakota*

*On behalf of the State Plaintiffs*

/s/ Dena C. Sharp
Dena C. Sharp (*pro hac vice*)
Jordan Elias (*pro hac vice*)
Scott M. Grzenczyk (*pro hac vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
scottg@girardsharp.com

Tina Wolfson (TW-1016)
Theodore W. Maya (*pro hac vice*)
Bradley K. King (BK-1971)
**AHDOOT & WOLFSON, PC**
2600 West Olive Ave., Suite 500

/s/ John Thorne
John Thorne
Daniel G. Bird
Daniel V. Dorris
Bethan R. Jones
Mark P. Hirschboeck
Eliana M. Pfeffer
Eric J. Maier
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC  20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jthorne@kellogghansen.com

Jeffrey A. Lamken
Caleb Hayes-Deats

2

Burbank, CA 91505  
Tel.: (310) 474-9111  
Fax: (310) 474-8585  
twolfson@ahdootwolfson.com  
tmaya@ahdootwolfson.com  
bking@ahdootwolfson.com  

*Interim Co-Lead Counsel for Advertiser Plaintiffs*

/s/ *Caitlin G. Coslett*  
Eric L. Cramer  
ecramer@bm.net  
Michael C. Dell'Angelo  
mdellangelo@bm.net  
Caitlin G. Coslett  
ccoslett@bm.net  
Patrick F. Madden  
pmadden@bm.net  
BERGER MONTAGUE PC  
1818 Market St., Suite 3600  
Philadelphia, PA 19103  
Telephone: (215) 875-3000  

Philip C. Korologos  
pkorologos@bsfllp.com  
Brianna S. Hills  
bhills@bsfllp.com  
BOIES SCHILLER FLEXNER LLP  
55 Hudson Yards, 20th Floor  
New York, NY 10001  
Telephone: (212) 446-2300  

David Boies  
dboies@bsfllp.com  
BOIES SCHILLER FLEXNER LLP  
333 Main Street  
Armonk, NY 10504  
Telephone: (914) 749-8200  

Jesse Panuccio  
jpanuccio@bsfllp.com  
BOIES SCHILLER FLEXNER LLP  
1401 New York Avenue, NW  
Washington, DC 20005  

MOLOLAMKEN LLP  
Tel: (202) 556-2000  
Fax: (202) 556-2001  
jlamken@mololamken.com  

*Counsel for Associated Newspapers, Ltd. and Mail Media, Inc.*

/s/ *Serina M. Vash*  
Serina M. Vash  
New York Bar No.: 2773448  
svash@hermanjones.com  
153 Central Avenue, # 131  
Westfield, NJ 07090  
(404) 504-6516  
HERMAN JONES LLP  

John C. Herman  
jherman@hermanjones.com  
3424 Peachtree Road, N.E., Suite 1650  
Atlanta, GA 30326  
(404) 504-6500  
HERMAN JONES LLP  

Paul T. Farrell, Jr.  
paul@farrellfuller.com  
Michael J. Fuller, Jr.  
mike@farrellfuller.com  
1311 Ponce De Leon, Suite 202  
San Juan, PR 00907  
(939) 293-8244  
FARRELL & FULLER, LLC  

/s/ *Stuart A. Davidson*  
Paul J. Geller  
pgeller@rgrdlaw.com  
Stuart A. Davidson  
sdavidson@rgrdlaw.com  
Alexander C. Cohen  
acohen@rgrdlaw.com  
Maxwell H. Sawyer  
msawyer@rgrdlaw.com  
120 East Palmetto Park Road, Suite 500  

3

Telephone: (202) 895-7580

Mark C. Mao
mmao@bsfllp.com
Sean P. Rodriguez
srodriguez@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6820

Sabria A. McElroy
smcelroy@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 377-4216

*Interim Co-Lead Counsel for the Publisher Class*

Boca Raton, FL 33432
(561) 750-3000
ROBBINS GELLER RUDMAN & DOWD LLP

David W. Mitchell
davidm@rgrdlaw.com
Steven M. Jodlowski
sjodlowski@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
ROBBINS GELLER RUDMAN & DOWD LLP

Robert P. Fitzsimmons
bob@fitzsimmonsfirm.com
Clayton J. Fitzsimmons
clayton@fitzsimmonsfirm.com
Mark A. Colantonio
mark@fitzsimmonsfirm.com
1609 Warwood Avenue
Wheeling, WV 26003
(304) 277-1700
FITZSIMMONS LAW FIRM PLLC

*Counsel for Direct Action Newspaper Plaintiffs AIM Media Indiana Operating, LLC, AIM Media Midwest Operating, LLC, AIM Media Texas Operating, LLC, Brown County Publishing Company, Inc. and Multi Media Channels, LLC, Clarksburg Publishing Company, d/b/a WV News, Coastal Point LLC, Eagle Printing Company, Ecent Corporation, Emmerich Newspapers, Incorporated, J.O. Emmerich & Associates, Inc., Delta Democrat Publishing Company, Commonwealth Publishing Company, Inc., Delta Press Publishing Company, Inc., Newton County Appeal Inc., Marion Publishing, Company, Yazoo Newspaper, Co., Inc., Sunland Publishing, Company, Inc., Simpson Publishing Co., Inc., Montgomery Publishing Co., Inc., Franklinton Publishing Co., Inc., Charleston Publishing Co., Inc., Clarion Publishing Company, Inc., Scott*

*Publishing, Inc., Clarke Publishing, Inc., Hattiesburg Publishing, Inc., Tallulah Publishing, Inc., Louisville Publishing, Inc., Kosciusko Star-Herald, Inc., Enterprise-Tocsin, Inc., Grenada Star, Inc., Tate Record Inc., Flag Publications, Inc., Gale Force Media, LLC,*
*HD Media Company, LLC, Journal Inc., Robinson Communications, Inc., Something Extra Publishing, Inc., Rome News Media, LLC, Times Journal, Inc., Neighbor Newspapers, Savannah Publishing Co., Inc., Gould Enterprises, Inc., Union City Daily Messenger, Inc., Weakley County Press, Inc., and Southern Community Newspapers, Inc.*

| | |
|---|---|
| */s/ Kevin J. Orsini* | */s/ Eric Mahr* |
| Kevin J. Orsini | Eric Mahr |
| Cravath, Swaine & Moore LLP | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| Worldwide Plaza | 700 13th Street, NW |
| 825 Eighth Avenue | 10th Floor |
| New York, NY 10019-7475 | Washington, DC 20005 |
| T: (212) 474-1000 | Telephone: (202) 777-4545 |
| F: (212) 474-3700 | Email: eric.mahr@freshfields.com |
| korsini@cravath.com | |

*Attorneys for Defendant Meta Platforms, Inc.*

Justina K. Sessions
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Email: jsessions@wsgr.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC*