UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Civil Action No.: 1:21-md-03010-PKC |
| THIS DOCUMENT RELATES TO:<br><br>STATE OF TEXAS<br>By Attorney General Ken Paxton<br><br>STATE OF ALASKA<br>By Attorney General Treg R. Taylor<br><br>STATE OF ARKANSAS<br>By Attorney General Leslie Rutledge<br><br>STATE OF FLORIDA<br>By Attorney General Ashley Moody<br><br>STATE OF IDAHO<br>By Attorney General Lawrence G. Wasden<br><br>STATE OF INDIANA<br>By Attorney General Todd Rokita<br><br>COMMONWEALTH OF KENTUCKY<br>By Attorney General Daniel Cameron<br><br>STATE OF LOUISIANA<br>By Attorney General Jeff Landry<br><br>STATE OF MISSISSIPPI<br>By Attorney General Lynn Fitch<br><br>STATE OF MISSOURI<br>By Attorney General Eric Schmitt<br><br>STATE OF MONTANA<br>By Attorney General Austin Knudsen<br><br>STATE OF NEVADA<br>By Attorney General Aaron D. Ford | Related File<br><br>Civil Action No. 1:21-cv-06841-PKC<br><br>**JURY TRIAL DEMANDED**<br><br>ORDER |

STATE OF NORTH DAKOTA
By Attorney General Wayne Stenehjem

COMMONWEALTH OF PUERTO RICO
By Attorney General Domingo
Emanuelli- Hernández

STATE OF SOUTH CAROLINA
By Attorney General Alan Wilson

STATE OF SOUTH DAKOTA
By Attorney General Jason R. Ravnsborg

*and*

STATE OF UTAH
By Attorney General Sean D. Reyes

Plaintiffs,

vs.

GOOGLE LLC,

Defendant.

## [PROPOSED] ORDER GRANTING THE STATE OF NORTH DAKOTA'S MOTION TO AMEND CASE CAPTION

Before the Court is the State of North Dakota's Motion to Amend Case Caption. After consideration of the motion, the Court is of the opinion the Motion should be GRANTED.

The Case Caption is to be amended indicating Drew H. Wrigley as the Attorney General for North Dakota, in lieu of Wayne Stenehjem.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
March_____, 2022
April 6,