UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>This Document Relates to: *all actions* | Civil Action No.: 1:21-md-03010-PKC |

# NOTICE OF CHANGE OF PARTY NAME

Defendant Facebook, Inc., hereby informs the Court and all parties that it has changed its name to Meta Platforms, Inc., effective October 28, 2021.

Dated: April 11, 2022

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP

By: /s/ Kevin J. Orsini
Kevin J. Orsini (NY Bar No. 4261806)
825 Eighth Avenue
New York, NY 10019
Tel:  (212) 474-1000
Fax:  (212) 474-3700
korsini@cravath.com

*Counsel for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc.*