UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>This Document Relates to: *all actions* | Civil Action No.: 1:21-md-03010-PKC |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANT META PLATFORMS, INC. F/K/A FACEBOOK, INC.**

I, the undersigned counsel of record for Meta Platforms, Inc. (f/k/a Facebook, Inc.) ("Meta"), certify pursuant to Fed. R. Civ. P. 7.1, that to the best of my knowledge, Meta has no parent corporation and that to its knowledge, no publicly held corporation owns 10% or more of its stock. Facebook, Inc. changed its name to Meta Platforms, Inc., effective October 28, 2021.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: April 11, 2022

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP

By: /s/ Kevin J. Orsini
Kevin J. Orsini (NY Bar No. 4261806)
825 Eighth Avenue
New York, NY 10019
Tel:  (212) 474-1000
Fax:  (212) 474-3700
korsini@cravath.com

*Counsel for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc.*