UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>This Document Relates to: *all actions* | Civil Action No.: 1:21-md-03010-PKC |

### DEFENDANT META PLATFORMS INC.'S MOTION TO CHANGE PARTY NAME ON DOCKET

On October 28, 2021, subsequent to the commencement of this Action, Defendant Facebook, Inc. changed its name to Meta Platforms, Inc. ("Meta"). To reflect that name change, Meta respectfully requests that the Court direct the clerk of the court to change the party name on the docket of Civil Action No. 1:21-md-3010-PKC from "Facebook, Inc." to "Meta Platforms, Inc. f/k/a Facebook, Inc."

Meta notified the other parties in this multidistrict litigation of its intent to file this motion and no party objected.

Dated: April 11, 2022

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP

By: /s/ Kevin J. Orsini
Kevin J. Orsini (NY Bar No. 4261806)
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
korsini@cravath.com

*Counsel for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc.*