UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>This Document Relates to: *all actions* | Civil Action No.: 1:21-md-03010-PKC |

## [PROPOSED] ORDER GRANTING DEFENDANT META PLATFORM, INC.'S MOTION TO CHANGE PARTY NAME ON DOCKET

Upon consideration of Defendant Meta Platforms, Inc.'s motion to change the party name on the docket of Civil Action No. 1:21-md-3010-PKC to reflect Defendant's name change from Facebook, Inc. to Meta Platforms, Inc., it is hereby **GRANTED**; and it is further:

**ORDERED** that the clerk of the court shall change the party name on the docket of Civil Action No. 1:21-md-3010-PKC from "Facebook, Inc." to "Meta Platforms, Inc. f/k/a Facebook, Inc."

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
Honorable P. Kevin Castel
United States District Judge