UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE GOOGLE DIGITAL ADVERTISING    21-md-3010 (PKC)
ANTITRUST LITIGATION

ORDER

-----------------------------------------------------------x

CASTEL, District Judge:

There will be a conference on Tuesday, April 19, 2022 at 3:15 p.m. in Courtroom 11D to address matters related to discovery.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       April 12, 2022