# Keller | Lenkner



April 13, 2022

**VIA ECF *and* FAX**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

**Re:** *In re Google Digital Advertising*, 1:21-md-03010 (PKC); *State of Texas*, et al. v. Google LLC, No. 1:21-cv-06841 (PKC); Conference Scheduled for April 19, 2022

Dear Judge Castel:

      On Tuesday, April 12, 2022, the Court issued an Order setting a conference regarding discovery for next Tuesday, April 19, 2022. (Doc. 280). We write on behalf of the Plaintiff States to respectfully request that the conference be held the following Tuesday, April 26, 2022, if it is convenient for the Court. Counsel for Texas is unavailable on April 19, 2022. We have conferred with counsel for Google and Meta and they do not object to this request and all other parties are also available on Tuesday, April 26, 2022, though we note that David Boies, while available on April 19, is not available on April 26, but other counsel for the Publisher Class is then available. We note that other than the above-referenced April 19, 2022 conference, there are no other conferences scheduled at this time.

Respectfully submitted,

| */s/ W. Mark Lanier* | */s/ Ashley Keller* |
|---|---|
| W. Mark Lanier | Ashley Keller |
| New York Bar No.: 4327284 | ack@kellerlenkner.com |
| Mark.Lanier@LanierLawFirm.com | Brooke Clason Smith |
| Alex J. Brown | brooke.smith@kellerlenkner.com |
| New York Bar No.: 4593604 | Jason A. Zweig |
| Alex.Brown@LanierLawFirm.com | New York Bar No.: 2960326 |
| Zeke DeRose III | jaz@kellerlenkner.com |
| Zeke.DeRose@LanierLawFirm.com | 150 N. Riverside Plaza, Suite 4270 |
| Tower 56 | Chicago, Illinois 60606 |
| 126 East 56th Street, 6th Floor | (312) 741-5220 |
| New York, NY 10022 | Zina Bash |
| (212) 421-2800 | zina.bash@kellerlenker.com |
| THE LANIER LAW FIRM, PLLC | 111 Congress Avenue, Suite 500 |
|  | Austin, TX 78701 |

(512) 690-0990
KELLER LENKNER LLC

*Counsel for Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm only), Mississippi, North Dakota, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*

CC: Counsel of Record