UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21 MD 3010 (PKC) |
| THIS DOCUMENT RELATES TO:<br><br>ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | No. 21 Civ. 3446 (PKC) |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in the above-referenced matters as counsel for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc.

Date: April 18, 2022

/s/ *Sara E. Margolis*
Sara E. Margolis
MOLOLAMKEN LLP
430 Park Avenue
New York, New York 10022
Tel.: (212) 607-8172
Fax: (212) 607-8161
smargolis@mololamken.com