UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 21-MD-3010 (PKC)** |
| *This document relates to:* <br><br> **THE STATE OF TEXAS, et al.,** <br><br> *Plaintiffs,* <br><br> - against - <br><br> **GOOGLE LLC** <br><br> *Defendants.* | **No. 21-cv-6841 (PKC)** |

## NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Ashley Keller, counsel for Plaintiff States of Texas, Idaho, Indiana, Mississippi, North Dakota, South Carolina and South Dakota, has changed his firm name and email address as follows:

Ashley Keller
ack@kellerpostman.com
**KELLER POSTMAN LLC**

All other contact information remains the same.

Dated: April 26, 2022

FOR PLAINTIFF STATES OF TEXAS, IDAHO, LOUSISIANA, MISSISSIPPI, NORTH DAKOTA, SOUTH DAKOTA, INDIANA, AND SOUTH CAROLINA:

*/s/ Ashley Keller*
Ashley Keller
*Admitted Pro Hac Vice*
ack@kellerpostman.com
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220
**KELLER POSTMAN LLC**