UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 21-MD-3010 (PKC)** |
| *This document relates to:* <br><br> **THE STATE OF TEXAS, et al.,** <br><br> *Plaintiffs,* <br><br> - against - <br><br> **GOOGLE LLC** <br><br> *Defendants.* | **No. 21-cv-6841 (PKC)** |

## NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Brooke Clason Smith, counsel for Plaintiff States of Texas, Idaho, Indiana, Mississippi, North Dakota, South Carolina and South Dakota, has changed her firm name and email address as follows:

Brooke Clason Smith
brooke.smith@kellerpostman.com
**KELLER POSTMAN LLC**

All other contact information remains the same.

Dated: April 26, 2022

FOR PLAINTIFF STATES OF TEXAS, IDAHO, LOUSISIANA, MISSISSIPPI, NORTH DAKOTA, SOUTH DAKOTA, INDIANA, AND SOUTH CAROLINA:

*/s/ Brooke Clason Smith*
Brooke Clason Smith
*Admitted Pro Hac Vice*
brooke.smith@kellerpostman.com
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220
**KELLER POSTMAN LLC**