# Exhibit D

**Press Release**

## If you used Google's AdX ad exchange to sell open-web display advertising space, a class action lawsuit could affect your rights.

New York, NY, **[MONTH DD]**, 2026 /PRNewswire/ --

On December 12, 2025, the United States District Court for the Southern District of New York issued an order certifying a class of users of Google's AdX ad exchange services in a class action lawsuit (the "Action") entitled *In re Google Digital Publisher Litigation*, No. 1:21-cv-7034 (S.D.N.Y.). The Plaintiffs in the Action allege that Defendants Google LLC, Alphabet Inc., and YouTube LLC (collectively, "Google") violated federal antitrust laws and overcharged for use of its AdX ad exchange. Google denies these allegations and any wrongdoing. The Court has not decided who is right.

You are included in the Class if you are a person or entity in the United States and its territories that directly paid Google, through payment of fees directly to Google or reductions in advertising revenue received directly from Google, for services associated with selling advertising impressions (other than instream video transactions) on websites via Google's AdX auction platform (including as marketed as Google Ad Manager (GAM)) from December 15, 2016, through March 31, 2024.

There is no money available now and no guarantee there will be. However, your legal rights are affected and you have a choice to make now:

- **If you do nothing, you remain in the Class and may be entitled to share in any recovery that may come from a trial or settlement with Google**. All of the Court's orders and judgments will apply to you and legally bind you. By remaining in the Class, you retain your right to take part in any settlement or judgment, but you will be bound by the outcome of the Action and **will give up your right to file or continue your own lawsuit covering the same or similar claims as in the Action**.

- If you wish to exclude yourself (also referred to as "opt out") from the Class, you must do so in writing by **[OPT-OUT DEADLINE]**. If you exclude yourself from the Class, you will not be bound by any decision in this Action, but you will not be entitled to any benefits. You will keep your right to sue Google relating to the legal claims in this Action.

The Court has appointed Boies Schiller Flexner LLP, Korein Tillery LLC, and Berger Montague PC to represent the Class as "Co-Lead Class Counsel," and named Plaintiffs Genius Media Group Inc. (now known as MediaLab AI, Inc.) and The Nation Company, LLC as class representatives.

If the claims against Google are not resolved by a settlement or otherwise, Class Counsel will seek to prove the Class claims at a jury trial. The court has not yet scheduled a trial in this Action.

A website has been established that has more information about the Action, including important documents from the lawsuit, a copy of a detailed notice about the Action and your rights as a Class Member, a frequently asked questions ("FAQ") webpage, and contact information for the Class Administrator and Co-Lead Class Counsel.

For more information visit **[WEBSITE]**.

###