UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) <br><br> **MOTION FOR ADMISSION** <br> *PRO HAC VICE* |
| *This document relates to:* <br><br> THE STATE OF TEXAS, et al., <br><br> *Plaintiffs,* <br><br> - against - <br><br> GOOGLE LLC <br><br> *Defendants.* | No. 21-cv-6841 (PKC) |

Pursuant to Rule 1.3 of the Local Rules of the Unites States District Courts for the Southern and Eastern Districts of New York, I, Daniel Strunk, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs State of Texas.

I am a member in good standing of the Bar of the State of Ohio and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Attached hereto is an affidavit in compliance with Local Rule 1.3.

Date: May 25, 2022

Respectfully submitted,

*/s/ Daniel Strunk*
Daniel Strunk
Admitted Pro Hac Vice
daniel.strunk@kellerpostman.com
1100 Vermont Avenue, N.W. 12th Floor
Washington, DC., 20005
(202) 983-5482
**KELLER POSTMAN LLC**
*Counsel for Plaintiffs State of Texas*