UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) <br><br> **ORDER FOR ADMISSION** *PRO HAC VICE* |
| *This document relates to:* <br><br> THE STATE OF TEXAS, et al., <br><br> *Plaintiffs,* <br><br> - against - <br><br> GOOGLE LLC <br><br> *Defendants.* | No. 21-cv-6841 (PKC) |

The motion of Daniel Strunk for admission to practice Pro Hac Vice in the above-entitled litigation is granted.

Daniel Strunk has declared that he is a member in good standing of the bar of the State of Ohio; and that his contact information is as follows:

> Daniel Strunk
> Keller Postman, LLC
> 1100 Vermont Avenue, N.W., 12th Floor
> Washington, DC 20005
> Tel: (202) 983-5482
> Fax: (312) 971-3502
> Email: daniel.strunk@kellerpostman.com

Daniel Strunk having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff State of Texas;

IT IS HEREBY ORDERED that Daniel Strunk is admitted to practice Pro Hac Vice in the above-entitled litigation in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____
P. KEVIN CASTEL
United States District Judge