IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*AIM Media Ind. Operating, LLC v. Google, LLC*, No. 1:21-cv-06912-PKC (S.D.N.Y.)<br><br>*AIM Media Midwest Operating, LLC v. Google, LLC*, No. 1:21-cv-06884-PKC (S.D.N.Y.)<br><br>*AIM Media Tex. Operating, LLC v. Google, LLC*, No. 1:21-cv-06888-PKC (S.D.N.Y.)<br><br>*Brown Cnty. Publ'g Co., Inc. v. Google, LLC*, No. 1:21-cv-06915-PKC (S.D.N.Y.)<br><br>*Clarksburg Publ'g Co., d/b/a WV News v. Google, LLC*, No. 1:21-cv-06840-PKC (S.D.N.Y.)<br><br>*Coastal Point LLC v. Google, LLC*, No. 1:21-cv-06824-PKC (S.D.N.Y.)<br><br>*Eagle Printing Co. v. Google, LLC*, No. 1:21-cv-06881-PKC (S.D.N.Y.)<br><br>*ECENT Corp. v. Google, LLC*, No. 1:21-cv-06817-PKC (S.D.N.Y.)<br><br>*Emmerich Newspapers, Inc. v. Google, LLC*, No. 1:21-cv-06794-PKC (S.D.N.Y.)<br><br>*Flag Publ'ns, Inc. v. Google, LLC*, No. 1:21-cv-06871-PKC (S.D.N.Y.)<br><br>*Gale Force Media, LLC v. Google, LLC*, No. 1:21-cv-06909-PKC (S.D.N.Y.)<br><br>*HD Media Co., LLC v. Google, LLC*, No. 1:21-cv-06796-PKC (S.D.N.Y.)<br><br>*Journal Inc. v. Google, LLC*, No. 1:21-cv-06828-PKC (S.D.N.Y.) | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to Local Rule 1.4, Plaintiffs in the above-captioned related actions respectfully request that Maxwell H. Sawyer, who is no longer affiliated with the law firm Robbins Geller Rudman & Dowd LLP, be permitted to withdraw as counsel for Plaintiffs. Plaintiffs further request that: (a) Mr. Sawyer's name be removed from any applicable service list herein; and (b) the Clerk terminate the delivery of all CM/ECF notices addressed to msawyer@rgrdlaw.com in the above-captioned case.

Robbins Geller Rudman & Dowd LLP will continue to represent Plaintiffs in this matter. The granting of this motion will not impose delay or affect any deadlines in the case. Mr. Sawyer is not retaining or charging a lien.

DATED: August 12, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON

*s/ Stuart A. Davidson*
STUART A. DAVIDSON

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
STEVEN M. JODLOWSKI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
sjodlowski@rgrdlaw.com

FARRELL & FULLER, LLC
PAUL T. FARRELL, JR.
MICHAEL J. FULLER, JR.
1311 Ponce De Leon, Suite 202
San Juan, PR  00907
Telephone:  939/293-8244
939/293-8245 (fax)
paul@farrellfuller.com
mike@farrellfuller.com

HERMAN JONES LLP
JOHN C. HERMAN
SERINA M. VASH
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA  30326
Telephone:  404/504-6500
404/504-6501 (fax)
jherman@hermanjones.com
svash@hermanjones.com

FITZSIMMONS LAW FIRM PLLC
CLAYTON J. FITZSIMMONS
ROBERT P. FITZSIMMONS
MARK A. COLANTONIO
1609 Warwood Avenue
Wheeling, WV  26003
Telephone:  304/277-1700
304/277-1705 (fax)
clayton@fitzsimmonsfirm.com
bob@fitzsimmonsfirm.com
mark@fitzsimmonsfirm.com

*Counsel for Plaintiffs*

- 2 -

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on August 12, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Stuart A. Davidson*
STUART A. DAVIDSON

ROBBINS GELLER RUDMAN
  & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com