UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Application GRANTED.<br>SO ORDERED.<br>Dated: 8/24/2022<br><br>*/s/ P. Kevin Castel*<br>P. Kevin Castel<br>United States District Judge<br><br>Civil Action No.: 1:21-md-03010-PKC |

*This motion relates to:*

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*,<br><br>        *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>        *Defendant*. | Civil Action No. 1:21-cv-06841-PKC<br><br><br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL** |

    Pursuant to Local Civil Rule 1.4, Plaintiff State of Texas respectfully requests that Nicholas G. Grimmer be permitted to withdraw as counsel for Plaintiff State of Texas. Other attorneys from the Office of the Attorney General of Texas will remain as counsel of record for the State of Texas. The granting of this motion will not impose delay or affect any deadlines in the case. Mr. Grimmer is not retaining or charging a lien.

Dated: August 23, 2022                                Respectfully submitted,

                                                                 */s/Trevor Young*
                                                                 Shawn E. Cowles
                                                                 Deputy Attorney General for Civil Litigation
                                                                 Shawn.Cowles@oag.texas.gov
                                                                 James R. Lloyd
                                                                 Chief, Antitrust Division
                                                                 James.Lloyd@oag.texas.gov
                                                                 Trevor Young
                                                                 Assistant Attorney General, Antitrust Division
                                                                 Texas Bar No. 24084138
                                                                 Trevor.Young@oag.texas.gov
                                                                 OFFICE OF THE ATTORNEY GENERAL OF TEXAS
                                                                 P.O. Box 12548 (MC075)
                                                                 Austin, TX 78711-2548
                                                                 (512) 936-2334

                                                                 *Attorneys for Plaintiff State of Texas*