# Keller | Postman

The Lanier Law Firm

August 26, 2022

**VIA ECF *and* FAX**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

**Re: *In re Google Digital Advertising*, 1:21-md-03010 (PKC); *State of Texas*, et al. v. Google LLC, No. 1:21-cv-06841 (PKC); Oral Argument Scheduled for August 31, 2022**

Dear Judge Castel:

      We are counsel to plaintiffs Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm only), Mississippi, North Dakota, South Carolina, and South Dakota in connection with *State of Texas, et al. v. Google LLC*, No. 1:21-cv-06841. We write on behalf of those states, as well as the nine other states which are plaintiffs in *Texas v. Google*. On Wednesday, August 31, 2022 at 2 p.m., the Court will hear oral argument on defendant Google's motion to dismiss the State Plaintiffs' operative complaint.

      Although outside counsel for the State Plaintiffs will be arguing the motions in person, representatives from certain of the various Plaintiff States will not be able to attend the hearing in person. Therefore, we respectfully request the Court open a one-way conference line so that these state representatives, and anyone else who would like to, may listen to the proceedings. We thank the Court in advance for its consideration of this request, and look forward to seeing Your Honor next week.

Respectfully submitted,

| | |
|---|---|
| */s/ W. Mark Lanier* | */s/ Ashley Keller* |
| W. Mark Lanier | Ashley Keller |
| New York Bar No.: 4327284 | ack@kellerpostman.com |
| Mark.Lanier@LanierLawFirm.com | Brooke Clason Smith |
| Alex J. Brown | brooke.smith@kellerpostman.com |
| New York Bar No.: 4593604 | Jason A. Zweig |
| Alex.Brown@LanierLawFirm.com | New York Bar No.: 2960326 |
| Zeke DeRose III | jaz@kellerpostman.com |
| Zeke.DeRose@LanierLawFirm.com | 150 N. Riverside Plaza, Suite 4100 |
| Tower 56 | Chicago, Illinois 60606 |
| 126 East 56th Street, 6th Floor | (312) 741-5220 |
| New York, NY 10022 | Zina Bash |
| (212) 421-2800 | zina.bash@kellerpostman.com |
| THE LANIER LAW FIRM, PLLC | 111 Congress Avenue, Suite 500 |
| | Austin, TX 78701 |
| | (512) 690-0990 |
| | KELLER POSTMAN LLC |

*Counsel for Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm only), Mississippi, North Dakota, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*

CC: Counsel of Record