IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: GOOGLE ADVERTISING )
ANTITRUST LITIGATION ) Case No. 1:21-md-03010-PKC
)
_____ )

**NOTICE OF WITHDRAWAL OF COUNSEL**

Plaintiff, State of Nevada, hereby gives notice that the Senior Deputy Attorney General Marie W.L. Martin, is hereby withdrawn as counsel for Plaintiff, State of Nevada, in the above-captioned matter. The State of Nevada will continue to be represented by Senior Deputy Attorney General Lucas J. Tucker and Senior Deputy Attorney General Michelle Newman, both of whom have previously entered appearances in this matter.

Dated this 15th day of September, 2022.

        AARON D. FORD
        Attorney General

By:   /s/ Michelle Newman
      MICHELLE NEWMAN (Bar No. 13206)
      Senior Deputy Attorney General
      State of Nevada, Office of the Attorney General
      Bureau of Consumer Protection
      100 N. Carson Street
      Carson City, Nevada 89701
      775-684-1164 ph
      mnewman@ag.nv.gov
      Attorneys for Plaintiff, State of Nevada

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the Court's CM/ECF electronic filing system. Participants in this case who are registered electronic filing system users will be served by the Court's CM/ECF system.

Dated this 15th day of September, 2022.

/s/ Dorianne Potnar
An employee of the
Office of the Attorney General