UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE GOOGLE DIGITAL ADVERTISING     21-md-3010 (PKC)
ANTITRUST LITIGATION

PRE-TRIAL ORDER NO. 3

-----------------------------------------------------------x

CASTEL, Senior District Judge:

The Court Orders as follows:

1. Any Individual Action, i.e., an action that is not a putative class action or the action brought by the States, may make Conforming Amendments or move to amend on the same schedule and subject to the same conditions and requirements as set forth in ¶¶ 1-4 of Pre-Trial Order No. 2, with the same rights and obligations afforded to defendant.

2. Plaintiffs' Lead Attorneys (as defined in Pre-Trial Order No. 2) shall within 14 days designate a Discovery Steering Committee whose membership shall not exceed five lawyers, including at least one lawyer who represents a plaintiff in an Individual Action.[1]  The Discovery Steering Committee shall perform such tasks as are assigned to it from time to time by Plaintiffs' Lead Attorneys.  The Discovery Steering Committee may, in turn, assign specific tasks to other lawyers.

3. Among other responsibilities, the Discovery Steering Committee shall draft a common set of Rule 34 requests and common set of interrogatories consistent with Local Civil Rule 33.3(a) and a common set of non-party discovery

---

[1] The Discovery Steering Committee shall consist of two lawyers designated by the States, one lawyer designated by the Interim Co-Lead Counsel for the Advertiser Class, one lawyer designated by Interim Lead Counsel for the Publisher Class, and one lawyer designated from among the counsel in the Individual Actions.

requests, and shall submit a draft set to all counsel for a plaintiff in the MDL, who may submit comments to the Discovery Steering Committee within 7 days of receipt of the draft.  The Discovery Steering Committee shall consider such comments before service of the requests.  Counsel for any plaintiff may apply to the Court for leave to serve a supplemental discovery request that complies with Rule 26 and is non-duplicative of the requests served by the Discovery Steering Committee.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
September 16, 2022