UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No. 1:21-md-3010-PKC |

**NOTICE OF CHANGE OF FIRM AND ATTORNEY ADDRESS**

PLEASE TAKE NOTICE of the following firm and attorney information change for: Taus, Cebulash & Landau, LLP, and Archana Tamoshunas.


FIRM OLD ADDRESS:  Taus, Cebulash & Landau, LLP
           80 Maiden Lane
           Suite 1204
           New York, NY 10038
           Tel: (212) 931-0704

FIRM NEW ADDRESS:  Taus, Cebulash & Landau, LLP
           123 William Street
           Suite 1900A
           New York, NY 10038
           Tel: (212) 931-0704


The attorney listed will continue to be counsel of record on the above-entitled case.


Dated: September 20, 2022     Respectfully submitted,


           */s/ Archana Tamoshunas*
           Archana Tamoshunas, AT-3935
           Taus, Cebulash & Landau, LLP
           123 William Street
           Suite 1900A
           New York, NY 10038
           Telephone: (212) 931-0704
           atamoshunas@tcllaw.com


           *Member of Advertiser Class Action Steering Committee*

**CERTIFICATE OF SERVICE**

I, Archana Tamoshunas, certify that, on September 20, 2022, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

*/s/ Archana Tamoshunas*
Archana Tamoshunas, AT-3935