

**The State Bar**
**of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION &**
**CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

September 15, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARIE W. MARTIN, #189219 was admitted to the practice of law in this state by the Supreme Court of California on June 9, 1997; that at her request, on August 11, 2000, her name was changed to MARIE WILHELMINA LUCY MARTIN-KERR on the records of the State Bar of California; that at her request, on April 29, 2019, her name was changed to MARIE WILHELMINA LUCY MARTIN on the records of the State Bar of California; that from the date of admission to March 21, 2002, she transferred at her request to the INACTIVE status as of January 1, 2002; that from that date to August 17, 2004, she was an INACTIVE licensee of the State Bar of California; that on August 17, 2004, she transferred at her request to the ACTIVE status; that from that date to February 4, 2011, she was an ACTIVE licensee of the State Bar of California; that on February 4, 2011, she transferred at her request to the INACTIVE status; that from that date to March 29, 2011, she was an INACTIVE licensee of the State Bar of California; that on March 29, 2011, she transferred at her request to the ACTIVE status; that from that date to February 1, 2013, she was an ACTIVE licensee of the State Bar of California; that on February 1, 2013, she transferred at her request to the INACTIVE status; that from that date to June 8, 2017, she was an INACTIVE licensee of the State Bar of California; that on June 8, 2017, she transferred at her request to the ACTIVE status; that from that date to January 1, 2020, she was an ACTIVE licensee of the State Bar of California; that on January 1, 2020, she transferred at her request to the INACTIVE status; that from that date to December 3, 2021, she was an INACTIVE licensee of the State Bar of California; that on December 3, 2021, she transferred at her request to the ACTIVE status; that she has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Records