# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE STATE OF NEVADA



I, Elizabeth A. Brown, Clerk of the Supreme Court of the State of Nevada, do hereby certify that MARIE MARTIN (Bar No. 7808) was on the 21st day of December, 2001, duly admitted as an attorney and counselor at law to practice in all the courts of the State of Nevada; and that the Supreme Court of Nevada is the highest court in this state;

I FURTHER CERTIFY that the said MARIE MARTIN is now in good standing; and that her name now appears on the Roll of Attorneys in this office.

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE OFFICIAL SEAL OF SAID SUPREME COURT, AT MY OFFICE IN CARSON CITY, NEVADA, THIS 16TH DAY OF SEPTEMBER, 2022.

ELIZABETH A. BROWN, CLERK
SUPREME COURT
STATE OF NEVADA

_Chief Deputy Clerk_