**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

*This Document Relates To:*

| | |
|---|---|
| THE STATE OF TEXAS, *et al.,*<br><br>                      *Plaintiffs*,<br><br>    -against-<br><br>GOOGLE LLC,<br><br>                      *Defendant*. | Case No. 1:21-cv-03446 (PKC) |

      The motion of Marie W.L. Martin for admission to practice Pro Hac Vice in the above-entitled litigation is granted.

      Marie W.L. Martin has declared that she is a member in good standing of the bars of the States of California and Nevada; and that her contact information is as follows:

                      Marie W.L. Martin
                      (NV #7808, CA #189219)
                      Assistant Attorney General
                      160 East 300 South, 5th Floor
                      P.O. Box 140874
                      Salt Lake City, UT 84114-0874
                      Tel: (801)538-9600
                      mwmartin@agutah.gov
                      Counsel for the State of Utah

Marie W.L. Martin having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff State of Utah;

**IT IS HEREBY ORDERED** that Marie W.L. Martin is admitted to practice Pro Hac Vice in the above-entitled litigation in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____

P. KEVIN CASTEL
United States District Judge