# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION

Case No. 1:21-md-03010 (PKC)

**DECLARATION OF JAMES P. DENVIR IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

I, James P. Denvir, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bar of the District of Columbia.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: October 5, 2022          Respectfully Submitted,

/s/ James P. Denvir

James P. Denvir
jdenvir@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel.: (202) 237-2727 / Fax: (202) 237-6131

*Counsel for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., The Progressive, Inc., Sweepstakes Today LLC, Sterling International Consulting Group, JLaSalle Enterprises LLC, and Mikula Web Solutions, Inc.*