UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of James P. Denvir, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

Applicant's Name:  James P. Denvir

Firm Name:  Boies Schiller Flexner LLP

Address:  1401 New York Avenue, NW

City/State/Zip:  Washington, DC 20005

Telephone/Fax:  Tel: (202) 202-237-2727 / Fax: (202) 237-6131

Email: jdenvir@bsfllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., The Progressive, Inc., Sweepstakes Today LLC, Sterling International Consulting Group, JLaSalle Enterprises LLC, and Mikula Web Solutions, Inc., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____
                                                                                            United States District Judge