IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Google Advertising Antitrust Litigation* | Civil Action No. 21-MD-3010 (PKC) |

**[PROPOSED]
ORDER GRANTING ADVERTISER CLASS
PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

Before the Court is the Advertiser Class Plaintiffs' Motion to Amend pursuant to Fed. R. Civ. P. 15(a)(2), together with a Memorandum of Law in support thereof and a proposed Consolidated Amended Complaint setting forth non-conforming amendments.

The Court has considered the motion and the proposed amendments and finds that the Advertiser Class Plaintiffs have demonstrated that good cause and justice requires the grant of leave to file the proposed Consolidated Amended Complaint.

Therefore, the Advertiser Class Plaintiffs' Motion is GRANTED and the filing of the Consolidated Amended Complaint as filed with the motion is entered as of the date of this order. Defendants shall have 21 days to file an answer or otherwise respond to the amended complaint.

**IT IS SO ORDERED** this _____ day of _____, 2022.

_____
P. Kevin Castel
United States District Judge