UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates To:*<br><br>ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>                              *Plaintiffs*,<br><br>    -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                              *Defendants*. | Case No. 1:21-md-03010 (PKC)<br><br>**NOTICE OF PLAINTIFFS' MOTION TO AMEND**<br><br><br><br>Case No. 1:21-cv-03446 (PKC) |

PLEASE TAKE NOTICE that, upon the memorandum of law accompanying this Notice of Motion, which attaches Plaintiffs' Proposed First Amended Complaint, Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc. move this Court, before the Honorable P. Kevin Castel, Senior United States District Judge, on a date and at a time to be set by the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 1000, for an order, pursuant to Federal Rule of Civil Procedure 15(a), granting leave to amend Plaintiffs' Complaint for Damages and Injunctive Relief.  The basis for the motion is set forth in the accompanying memorandum of law, which attaches the Proposed First Amended Complaint.

Dated: October 5, 2021

Respectfully submitted,

/s/ *John Thorne*

| | |
|---|---|
| Jeffrey A. Lamken<br>Caleb Hayes-Deats<br>MOLOLAMKEN LLP<br>600 New Hampshire Avenue NW<br>Washington, DC 20037<br>Tel: (202) 556-2000<br>Fax: (202) 556-2001<br>Email:  jlamken@mololamken.com<br>            chayes-deats@mololamken.com | John Thorne<br>Daniel G. Bird<br>Bethan R. Jones<br>Christopher C. Goodnow<br>    (*pro hac vice* forthcoming)<br>Mark P. Hirschboeck<br>Eliana Margo Pfeffer<br>Eric J. Maier<br>KELLOGG, HANSEN, TODD, FIGEL<br>  & FREDERICK, P.L.L.C.<br>1615 M Street NW<br>Suite 400<br>Washington, DC 20036<br>Tel.:  (202) 326-7900<br>Fax:  (202) 326-7999<br>Email:  jthorne@kellogghansen.com<br>            dbird@kellogghansen.com<br>            bjones@kellogghansen.com<br>            cgoodnow@kellogghansen.com<br>            mhirschboeck@kellogghansen.com<br>            epfeffer@kellogghansen.com<br>            emaier@kellogghansen.com |

*Counsel for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc.*