**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO AMEND** |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>                              *Plaintiffs*,<br><br>    -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                              *Defendants*. | Case No. 1:21-cv-03446 (PKC) |

Upon consideration of Plaintiffs' Motion to Amend, together with Plaintiffs' Memorandum of Law in support thereof and Plaintiffs' proposed First Amended Complaint:

**IT IS HEREBY ORDERED** that Plaintiffs' motion is GRANTED and Plaintiffs shall file their First Amended Complaint. Defendants shall have 21 days to file an answer or otherwise respond to Plaintiffs' First Amended Complaint.

Dated: _____           _____
                                          Honorable P. Kevin Castel