# EXHIBIT C

| Paragraph No. | Conforming Amendment | Non-Conforming Amendment | Technical/Stylistic Amendments |
|---|---|---|---|
| ¶ 1 | Adding allegation specific to plaintiff | | |
| ¶ 9 | | | Updating information on States' Complaint and pending federal legislation |
| ¶ 11 | Adding allegation specific to plaintiff | | |
| ¶ 15 | Adding claim that survived Sept. 13 Order | | |
| ¶ 20 | Adding allegation of individual harm to plaintiff | | |
| ¶ 24 | Adding allegation specific to plaintiff | | |
| ¶ 28 | Adding allegation specific to plaintiff | | |
| ¶ 37 | Adding allegation that survived Sept. 13 Order | | |
| ¶ 42 | | | Technical amendment to clarify that average CPMs are historical |
| ¶ 44 | Adding allegation specific to plaintiff | | |
| ¶ 45 | | | Technical amendment to clarify terminology |
| ¶ 46 | Adding allegation that survived Sept. 13 Order | | |
| ¶¶ 53-54 | Adding allegations that survived Sept. 13 Order | | |
| ¶¶ 55-56, 58-59 | Adding allegations that survived Sept. 13 Order | | |
| ¶¶ 62-64 | Adding allegations that survived Sept. 13 Order | | |
| ¶¶ 68-70 | Adding allegations that survived Sept. 13 Order; adding allegations specific to plaintiff | | |

| Paragraph No. | Conforming Amendment | Non-Conforming Amendment | Technical/Stylistic Amendments |
|---|---|---|---|
| ¶¶ 72, 74 | Adding allegations that survived Sept. 13 Order | | |
| ¶ 86 | Adding allegation that survived Sept. 13 Order | | |
| ¶ 88 | Adding allegation of individual harm to plaintiff | | |
| ¶ 89 | Adding allegation that survived Sept. 13 Order | | |
| ¶ 94 | Adding allegation specific to plaintiff | | |
| ¶ 96 | | | Stylistic amendment |
| ¶ 99 | Adding allegation that survived Sept. 13 Order | | |
| ¶ 103 | Adding allegation that survived Sept. 13 Order | | |
| ¶ 109 | Adding allegation specific to plaintiff | | |
| ¶ 112 | | | Stylistic amendment |
| ¶ 113 | | Adding allegations related to hashing User IDs | |
| ¶ 118 | | | Stylistic amendments |
| ¶ 121 | Adding allegation that survived Sept. 13 Order | | |
| ¶ 123-24 | Adding allegations specific to plaintiff; adding allegation that survived Sept. 13 Order | | |
| ¶ 125 | | | Non-substantive structural amendment. |
| ¶ 126 | Adding allegation specific to plaintiff | | |
| ¶¶ 129-38 | Adding allegations that survived Sept. 13 Order | | |
| ¶¶ 139-46 | Adding allegations that survived Sept. 13 Order | | |

2

| Paragraph No. | Conforming Amendment | Non-Conforming Amendment | Technical/Stylistic Amendments |
|---|---|---|---|
| ¶ 157 | Adding allegation that survived Sept. 13 Order | | |
| ¶¶ 158-64 | | Clarifying anticompetitive nature of Exchange Bidding | |
| ¶¶ 165-70 | | | Structural amendment: moving allegations from original complaint |
| ¶¶ 171-76 | Adding allegations that survived Sept. 13 Order | | |
| ¶¶ 177-81 | Adding allegations that survived Sept. 13 Order | | |
| ¶¶ 182-87 | Adding allegations that survived Sept. 13 Order | | |
| ¶¶ 188, 190 | | | Superficial terminology amendments |
| ¶¶ 193-200 | Adding allegations related to claims that survived Sept. 13 Order; adding allegations of individual harm | | |
| After ¶ 197 | Removing allegations that did not survive Sept. 13 Order | | |
| ¶ 201 | Adding allegation specific to plaintiff | | |
| ¶ 206 | | | Superficial terminology amendment |
| ¶ 208 | Adding allegation specific to plaintiff | | |
| ¶ 209 | | | Superficial terminology amendments |
| ¶ 210 | | Adding allegation clarifying anticompetitive nature of AMP | |
| ¶ 211 | Adding allegation specific to plaintiff | | |

3

| Paragraph No. | Conforming Amendment | Non-Conforming Amendment | Technical/Stylistic Amendments |
|---|---|---|---|
| ¶ 220 | | | Superficial amendment to correct cross-reference |
| ¶ 222 | Adding allegation specific to plaintiff | | |
| ¶ 223 | | | Adding cross-references |
| ¶ 224 | | | Superficial terminology amendment |
| ¶ 225 | Adding allegation specific to plaintiff | | |
| ¶ 227 | Adding allegation that survived Sept. 13 Order | | |
| ¶ 229 | | | Adding factual detail about development in the ad server market |
| ¶¶ 232-33 | Adding allegation of individual harm to plaintiff | | |
| ¶¶ 236, 238 | | | Superficial terminology amendment |
| ¶¶ 239-40 | Adding allegation of individual harm to plaintiff | | |
| ¶ 247 | Adding allegations that survived Sept. 13 Order | | |
| ¶¶ 255-61 | Adding claim that survived Sept. 13 Order | | |
| ¶ 264 | Adding allegations regarding state law claims | | |