**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING : ANTITRUST LITIGATION : | Case No. 1:21-md-3010 (PKC) |
| *This Document relates to:* : | |
| IN RE GOOGLE DIGITAL PUBLISHER : LITIGATION : | Case No. 1:21-cv-7034 (PKC) |

**NOTICE OF PUBLISHER CLASS PLAINTIFFS' MOTION FOR LEAVE TO AMEND
THEIR CONSOLIDATED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in

Support of Publisher Class Plaintiffs' Motion for Leave to Amend Their Consolidated Class

Action Complaint (the "Publisher Class Motion to Amend), dated October 5, 2022, and the

Declaration of Philip Korologos in support of the Publisher Class Motion to Amend and the

exhibits thereto, the Putative Publisher Class Plaintiffs[1] will move this Court, before the

Honorable P. Kevin Castel, at the Courthouse of the United States District Court, Southern

District of New York, located at 500 Pearl Street, New York, NY, for an order, pursuant to

Federal Rule of Civil Procedure 15, permitting the Putative Publisher Class Plaintiffs to file a

First Amended Consolidated Class Action Complaint.

---

[1] Plaintiffs Genius Media Group (n/k/a MediaLab AI, Inc.), Sterling International Consulting Group, The Nation Company, L.P., The Progressive, Inc., JLaSalle Enterprises LLC, and Mikula Web Solutions, Inc. bring this action on behalf of themselves and those similarly situated and are collectively referred to herein as the "Putative Publisher Class Plaintiffs".

**PLEASE TAKE FURTHER NOTICE** that pursuant to Pretrial Order No. 2 (MDL 3010 ECF No. 309; hereinafter cited as "PTO No. 2"), any brief by Defendants in opposition shall be due by October 26, 2022.

**PLEASE TAKE FURTHER NOTICE** that pursuant to PTO No. 2, any reply brief by the Putative Publisher Class Plaintiffs shall be due by November 9, 2022.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is annexed hereto.

Dated:  October 5, 2022
New York, New York

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

By: */s/ Philip Korologos*

David Boies
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200 / Fax: (914) 749-8300

*Lead Counsel for the Publisher Class*

Philip C. Korologos
pkorologos@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel.: (212) 446-2300 / Fax: (212) 446-2350

Mark C. Mao*
mmao@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6820 / Fax: (415) 293-6899

James Denvir**
jpanuccio@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel.: (202) 895-7580 / Fax: (202) 237-6131

Sabria A. McElroy**
smcelroy@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel.: (954) 377 4216 / Fax: (954) 356-0022

KOREIN TILLERY LLC

By:   /S/ George A. Zelcs
George A. Zelcs*
gzelcs@koreintillery.com
Marc A. Wallenstein*
mwallenstein@koreintillery.com
Randall P. Ewing*
rewing@koreintillery.com
Ryan A. Cortazar*
rcortazar@koreintillery.com
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750 / Fax: (312) 641-9751

Stephen M. Tillery*
stillery@koreintillery.com
Michael E. Klenov
mklenov@koreintillery.com
Carol L. O'Keefe
cokeefe@koreintillery.com
KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Tel.: (314) 241-4844 / Fax: (314) 241-3525

*Counsel for Genius Media Group, Inc. (k/n/a MediaLab AI, Inc.), The Nation Company, L.P., and The Progressive, Inc. and Co-Lead Counsel for the Publisher Class*

Dated: October 5, 2022                    BERGER MONTAGUE PC

                                          By: */s/ Eric L. Cramer*
                                          Eric L. Cramer*
                                          ecramer@bm.net
                                          Michael C. Dell'Angelo*
                                          mdellangelo@bm.net
                                          Caitlin G. Coslett*
                                          ccoslett@bm.net
                                          Patrick F. Madden*
                                          pmadden@bm.net
                                          Michaela Wallin
                                          mwallin@bm.net
                                          BERGER MONTAGUE PC
                                          1818 Market St., Suite 3600
                                          Philadelphia, PA 19103
                                          Tel.: (215) 875-3000 / Fax: (215) 875-4604

                                          Sophia M. Rios*
                                          srios@bm.net
                                          BERGER MONTAGUE PC
                                          401 B Street, Suite 2000
                                          San Diego, CA 92101
                                          Tel.: (619) 489-0300 / Fax: (215) 875-4604

                                          Robert E. Litan*
                                          rlitan@bm.net
                                          Daniel J. Walker
                                          dwalker@bm.net
                                          BERGER MONTAGUE PC
                                          2001 Pennsylvania Ave., NW
                                          Suite 300
                                          Washington DC 20006
                                          Tel.: (202) 559-9745

Michael K. Yarnoff*
myarnoff@kehoelawfirm.com
KEHOE LAW FIRM, P.C.
Two Penn Center Plaza
1500 JFK Blvd., Suite 1020
Philadelphia, PA 19102
Telephone: (215) 792-6676

*Counsel for Sterling International Consulting Group and Co-Lead Counsel for the Publisher Class*

\*       *Pro Hac Vice*
\*\*     *Pro Hac Vice pending or to be filed imminently*