IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-3010 (PKC) |
| *This Document relates to:* | |
| IN RE GOOGLE DIGITAL PUBLISHER LITIGATION | Case No. 1:21-cv-7034 (PKC) |

# [PROPOSED] ORDER

CASTEL, District Judge:

Upon consideration of the Memorandum of Law in Support of Publisher Class Plaintiffs' Motion for Leave to Amend Their Consolidated Class Action Complaint, dated October 5, 2022, (the "Publisher Class Motion to Amend") and the Declaration of Philip Korologos in support of the Publisher Class Motion to Amend and the exhibits thereto; all of the pleadings and papers filed in this action; the arguments of counsel; and otherwise for good cause shown, it is hereby:

ORDERED that, pursuant to Federal Rule of Civil Procedure 15(a), the Putative Publisher Class Motion to Amend is GRANTED in its entirety and Plaintiffs may file their First Amended Consolidated Class Action Complaint.

Dated: New York, New York
_____, 2022

P. Kevin Castel
United States District Judge