# EXHIBIT 15

# REDACTED

**In the Matter Of:**

*In Re - Google Digital Advertising Antitrust Litigation*

---

*GLENN BERNTSON*

*September 06, 2024*

---



1

1      IN THE UNITED STATES DISTRICT COURT

2    FOR THE SOUTHERN DISTRICT OF NEW YORK

3                  -   -   -

4
     IN RE:  GOOGLE DIGITAL  :  CIVIL ACTION
5    ADVERTISING ANTITRUST   :  NO.
     LITIGATION              :  21-MD-3010-
6                            :  PKC
                             :
7
                - HIGHLY CONFIDENTIAL -
8
                     -   -   -
9
                 September 6, 2024
10
                     -   -   -
11

12              Videotaped deposition of
     GLENN BERNTSON taken pursuant to notice,
13   was held at the law offices of
     Freshfields Bruckhaus Deringer, 3 World
14   Trade Center, New York, New York,
     beginning at 9:35 a.m., on the above
15   date, before Michelle L. Ridgway, a
     Registered Professional Reporter,
16   Certified Shorthand Reporter, Certified
     Realtime Reporter, Certified Court
17   Reporter, and Notary Public.

18                   -   -   -

19

20

21

22

23

24

25

2

```
 1    APPEARANCES:

 2

        BOIES SCHILLER FLEXNER LLP
 3      BY:  PHILIP C. KOROLOGOS, ESQ.
        (In person)
 4      55 Hudson Yards
        20th Floor
 5      New York, New York 10001
        212.446.2300
 6      pkorologos@bsfllp.com

 7         - and -

 8      BOIES SCHILLER FLEXNER LLP
        BY:  IZAAK EARNHARDT, ESQ.
 9      (Zoom)
        1401 New York Ave, NW
10      Washington, DC 20005
        202.237.2727
11      iearnhardt@bsfllp.com

12         - and -

13      BOIES SCHILLER FLEXNER LLP
        BY:  HSIAO (MARK) C. MAO, ESQ.
14      (Zoom)
        44 Montgomery Street
15      41st Floor
        San Francisco, California 94104
16      415.293.6800
        mmao@bsfllp.com
17      Representing the Publisher Putative
        Class
18

19      AHDOOT & WOLFSON, PC
        BY:  THEODORE MAYA, ESQ.
20      (Zoom)
        2600 West Olive Avenue
21      Burbank, California 91505
        310.474.8585
22      tmaya@ahdootwolfson.com
        Representing the Advertiser
23      Plaintiffs

24

25
```

3

```
 1   APPEARANCES:  (Cont'd.)

 2

     HERMAN JONES LLP
 3   BY:  SERINA VASH, ESQ.
     (Zoom)
 4   3424 Peachtree Road NE
     Suite 1650
 5   Atlanta, Georgia 30326
     404.504.6500
 6   svash@hermanjones.com
     Representing Inform, Inc., formerly
 7   known as News Distribution Network,
     NDN Inform, Inc.

 8

 9   FRESHFIELDS BRUCKHAUS DERINGER LLP
     BY:  CONSTANCE FORKNER, ESQ.
10   (In person)
     BY:  MORGAN MARMARO, ESQ.
11   (In person)
     700 13th Street, NW
12   10th Floor
     Washington, DC 20005
13   202.777.4500
     constance.forkner@freshfields.com
14   morgan.marmaro@freshfields.com

15      - and -

16   AXINN, VELTROP & HARKRIDER LLP
     BY:  EVA YUNG, ESQ.
17   (In person)
     114 West 47th Street
18   New York, New York 10036
     212.728.2200
19   eyung@axinn.com
     Representing the Defendant, Google
20   and the Witness

21

22

23

24

25
```

4

1    ADDITIONAL APPEARANCES:  (Cont'd.

2

3

     VIDEOTAPE TECHNICIAN:
4
         Chris Johnson - in Person
5        (Lexitas)

6

     ZOOM MONITOR/DOCUMENT TECH:
7
         (Robert Castillo - Lexitas)
8

9    ALSO PRESENT:

10       Justin A. Cohen
         (Litigation Counsel - Google)
11       (In person)

12                 -  -  -

13

14

15

16

17

18

19

20

21

22

23

24

25

5

1                    -  -  -

2                I N D E X

3                    -  -  -

4
 Testimony of:
5

6                    GLENN BERNTSON

7
         By Mr. Korologos          11
8
         By Ms. Forkner           167
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

6

```
 1                  -  -  -

 2              E X H I B I T S

 3                  -  -  -

 4

 5     NO.            DESCRIPTION           PAGE

 6     Berntson
       Exhibit 1     E-mail Thread         53
 7                   3/13/20
                     Subject, Billable
 8                   Event Rate BER Dashboard
                     GOOG-DOJ-AT-0060206-09
 9
       Berntson
10     Exhibit 2     G Berntson Packet     75
                     2016
11                   GOOG-AT-MDL-012776939-50

12     Berntson
       Exhibit 3     E-mail Thread         98
13                   12/13/17
                     Subject, Potentially
14                   Raising LI Limits for
                     Daily Mail
15                   GOOG-DOJ-13942565-66

16
       Berntson
17     Exhibit 4     E-mail Thread         99
                     3/30/17
18                   Subject, Urgent
                     CBS Hit Their
19                   Total Line Item Limit
                     GOOG-DOJ-15365980-86
20
       Berntson
21     Exhibit 5     E-mail Thread         100
                     5/3/19
22                   Subject, ALI Proposal
                     GOOG-AT-MDL-007343684-85
23

24

25
```

7

```
 1                    -  -  -

 2          E X H I B I T S  (Cont'd.)

 3                    -  -  -

 4

 5    NO.             DESCRIPTION            PAGE

 6    Berntson
      Exhibit 6    E-mail Thread        101
 7                 7/24/19
                   Subject, Strat for
 8                 GAIA Council Tomorrow
                   GOOG-AT-MDL-010582112-14
 9
      Berntson
10    Exhibit 7    E-mail Thread        102
                   11/28/18
11                 Subject, Repricing
                   Knowledge Gathering
12                 GOOG-AT-MDL-010572641-42

13    Berntson
      Exhibit 8    Future Proofing the   103
14                 Ad Manager Platform
                   June 2020
15                 GOOG-AT-MDL-B-004782578-10

16    Berntson
      Exhibit 9    Declaration of Glenn  105
17                 Berntson
                   6/28/24
18                 GOOG-AT-MDL-C-000073682-92

19    Berntson
      Exhibit 10   Declaration of Glenn  162
20                 Berntson
                   7/11/24
21                 GOOG-AT-MDL-C-000076497-01

22
                        -  -  -
23

24

25
```

In Re - Google Digital Advertising Antitrust Litigation                    Glenn Berntson
Highly Confidential                                                September 06, 2024

8

1                          -   -   -

2                DEPOSITION SUPPORT INDEX

3                          -   -   -

4

5    Direction to Witness Not to Answer

6    PAGE    LINE   PAGE LINE     PAGE LINE
     115     21

7

8    Request for Production of Documents

9    PAGE    LINE   PAGE LINE     PAGE LINE
     None.

10

11   Stipulations

12   PAGE    LINE   PAGE LINE     PAGE LINE
     None.

13

14   Questions Marked

15   PAGE    LINE   PAGE LINE     PAGE LINE
     None.

16

17

18

19

20

21

22

23

24

25

9

1             -  -  -

2         THE VIDEOGRAPHER:  We are

3     now on the record.

4         The time on the video

5     monitor is approximately

6     9:35 a.m.

7         This is the video-recorded

8     deposition of Glenn Berntson in

9     reference to Google Digital

10    Advertising Antitrust

11    Litigation.

12        This deposition is being

13    held at Freshfields Bruckhaus,

14    175 Greenwich Street, 3 World

15    Trade Center, 51st Floor,

16    New York, New York 10007.

17        Today is Friday,

18    September 6, 2024.

19        The videographer is Chris

20    Johnson, and the court reporter

21    is Michelle Ridgway, both in

22    association with Lexitas.

23        Will all counsel present

24    please identify yourselves and

25    the parties you represent.

In Re - Google Digital Advertising Antitrust Litigation                 Glenn Berntson
Highly Confidential                                    September 06, 2024

10

1        MR. KOROLOGOS:  Phil

2   Korologos for the publisher

3   class, with Boies Schiller

4   Flexner.

5        We'll pick up the zoom

6   people.

7        MS. FORKNER:  Okay.  Thank

8   you.

9        Okay.  Connie Forkner from

10  Freshfields, on behalf of Google

11  and the witness.

12       And with me today is my

13  colleague, Morgan Marmaro.

14       MR. COHEN:  Justin Cohen,

15  inhouse at Google.

16       MS. YUNG:  Eva Yung from

17  Axinn, Veltrop & Harkrider, on

18  behalf of Google and the

19  witness.

20       THE VIDEOGRAPHER:  Will

21  the reporter please swear in the

22  witness and then we may proceed.

23            -   -   -

24       ... GLENN BERNTSON, having

25  been first duly sworn, was

Case 1:21-cv-07034-PKC    Document 320-6    Filed 02/20/26    Page 13 of 194
In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential

Glenn Berntson
September 06, 2024

11

```
 1          examined and testified as

 2          follows:

 3                   -   -   -

 4                 EXAMINATION

 5                   -   -   -

 6   BY MR. KOROLOGOS:

 7          Q.    Good morning.

 8                Would you state your name

 9   and address for the record, please.

10          A.    My name is Glenn Berntson.

11   I live in ███████████████████████

12          Q.    And what town?

13          A.    ███████████████

14          Q.    Are you currently a Google

15   employee?

16          A.    I'm currently a Google

17   employee.

18          Q.    And are you still the

19   engineering director and the lead of the

20   Google Ad Manager team?

21          A.    I am a lead within that

22   team, yes.  That's correct.

23          Q.    And are you also the

24   engineering director?

25          A.    I am an engineering
```

Case 1:21-cv-07034-PKC    Document 320-6    Filed 02/20/26    Page 14 of 194
In Re - Google Digital Advertising Antitrust Litigation    Glenn Berntson
Highly Confidential    September 06, 2024

12

1    director.

2         Q.    Are there other engineering

3    directors?

4         A.    Yep.

5         Q.    Approximately how many?

6         A.    Five.

7         Q.    Within Ad Manager?

8         A.    Mm-hmm.

9         Q.    Okay.  And you have to say

10   "yes" or "no," rather than "mm-hmm."

11        A.    Yes.

12        Q.    Thank you.

13             Do you have any other role

14   at Google other than being an

15   engineering director and a lead of the

16   Google Ad Manager team?

17        A.    No.

18        Q.    How would you describe the

19   areas of the Ad Manager team that you

20   focus on?

21        A.    Good people.

22        Q.    Well, what areas within the

23   Ad Manager function do you focus on?

24        A.    The scope of my oversight

25   is serving.

13

```
1        Q.    And what do you mean by
2   "serving"?
3        A.    Serving refers to the
4   realtime processing of ad requests.
5        Q.    Anything aside from serving
6   that you focus on?
7        A.    I'm thinking through.
8   There's some functionality that is
9   auxiliary that supports serving use
10  cases, such as de-normalization of data
11  that's stored in relational databases so
12  that it's in low latency caches
13  available for retrieval while processing
14  an ad request.
15            But it's all sort of either
16  directly or first order connected to the
17  process of serving.
18       Q.    And is the serving
19  functionality within Ad Manager separate
20  from the auction functionality?
21            MS. FORKNER:  Objection to
22       form.
23  BY MR. KOROLOGOS:
24       Q.    You can answer.
25       A.    Can you ask that question
```

14

```
 1   again.

 2        Q.    Sure.

 3              Is there a distinction

 4   between the serving functionality within

 5   Ad Manager and the auction

 6   functionality?

 7        A.    Yes, there is a

 8   distinction.

 9        Q.    And do you -- let me

10   withdraw that.

11              Do you have a role within

12   the auction functionality of Ad Manager?

13        A.    Yes, I do.

14        Q.    What's your role with

15   respect to auction?

16        A.    The auction is part of the

17   processing that takes place during the

18   process of serving an ad.

19        Q.    What are the different

20   parts -- let me withdraw that.

21              What are the different

22   processes of serving an ad from when an

23   ad request is made?

24              MS. FORKNER:  Objection to

25        form.
```

15

```
 1              THE WITNESS:  That is a

 2         very broad question.  How much

 3         detail would you like?  I think

 4         we only have three and a half

 5         hours.  I could easily take two

 6         days --

 7    BY MR. KOROLOGOS:

 8         Q.    In general, how would you

 9    describe that?

10              MS. FORKNER:  Objection to

11         form.

12              THE WITNESS:  I don't

13         really know what you mean by "in

14         general."

15    BY MR. KOROLOGOS:

16         Q.    How would you describe the

17    process of serving an ad, as you've used

18    that term in your prior answer?

19         A.    A server receives a request

20    for an ad, and within serving, we parse

21    the request to determine who is making

22    the request, attributes associated with

23    the request, context of the request and

24    a lot of other information.

25              We retrieve the publisher
```

16

1    configuration for how they want that ad

2    to be served.

3                  We then identify all of the

4    potential ad candidates through all the

5    potential sources of ads that we have

6    access to.  We pull all of those

7    together and make a determination as to

8    which ad is going to either best meet

9    the business needs of the publisher

10   based on their configuration or earn

11   them the most money by running an

12   auction and choosing the bid with the

13   highest amount, and then package up the

14   ad so that it can be rendered and return

15   it back to the client, return it back to

16   the publisher.

17          Q.    What do you mean by

18   "rendered"?

19          A.    Have you ever used a web

20   browser?

21          Q.    Unfortunately, you're the

22   one that gets to answer the questions,

23   but I think many people have used a web

24   browser.

25          A.    When you open a web

17

 1   browser, you type in an address.  That

 2   makes a request for content.  The

 3   content is returned to the browser in a

 4   digital form.

 5              The actual process of that

 6   content being displayed to you in a

 7   visual form in a web browser, that's

 8   rendering.  Any content in a browser is

 9   rendered.

10              For an ad, it needs to be

11   rendered in a browser; hence, we package

12   it up so that it is in a format that can

13   be rendered, made visible, in a browser.

14        Q.    Was -- is there a

15   difference between rendering and serving

16   an ad?

17        A.    Yes.

18        Q.    And what's the difference?

19        A.    Rendering is one of the

20   components that needs to be supported

21   when processing an ad that is returned

22   to the client by serving.

23        Q.    In your role within the

24   Google Ad Manager team, do you deal with

25   realtime bidding?

18

```
 1          A.    Yes, I do.

 2          Q.    What is realtime bidding?

 3          A.    Realtime bidding is a means

 4   of collecting -- of enabling multiple

 5   sources of demand, giving each an

 6   opportunity to generate a bid that is

 7   associated with and having a particular

 8   ad to be shown on the publisher site.

 9               So it's an issue of making

10   callouts, bid requests, to bidders who

11   then return bid responses.

12          Q.    Am I correct that the

13   auction function within Ad Manager is

14   sometimes referred to as AdX?

15          A.    No.

16          Q.    What is AdX?

17          A.    It's a very complicated

18   answer to that question that requires

19   some amount of history, because the

20   definition of AdX has changed over time

21   and it means different things to

22   different people.

23          Q.    Today, what does AdX mean

24   within Google?

25          A.    It depends on the --
```

19

```
 1              MS. FORKNER:  Objection to

 2      form.

 3              THE WITNESS:  Depends on

 4      the context.

 5  BY MR. KOROLOGOS:

 6      Q.    What does it mean to you?

 7      A.    Depends on the context.

 8      Q.    How does it depend on the

 9  context?

10      A.    I'll give you an example.

11              Over time, the display ad

12  serving system supported multiple

13  different products and different

14  configurations and, at one point in

15  time, a particular flow of ad requests

16  through the system, and how different

17  systems were integrated, was

18  collectively referred to as AdX, from a

19  technical perspective.

20              Over time, products have

21  changed, merged together, split apart.

22  And so a lot of the technical attributes

23  are still called AdX, even though they

24  have no relationship to the product

25  anymore.
```

20

1            So one context would be

2    from a purely technical description

3    internally of some of the flows of

4    information through the stack.  They are

5    referred to as AdX.  But that is not

6    connected to anything.  It's a

7    historical reference to the way the

8    system was built decades ago.

9            Another example is from a

10   product perspective.  While the AdX

11   product does not exist anymore, there is

12   a particular serving flow that is still

13   called AdX direct.  So that's the one

14   existing externally facing product

15   implementation that is referred to as

16   AdX.

17        Q.    Did you say AdX direct?

18        A.    Mm-hmm.

19        Q.    What is AdX direct?

20        A.    It's the specific product

21   modality I was referring to, and it's a

22   way of forming an ad request that is

23   processed in sort of a simplified

24   manner, in terms of how content is

25   retrieved.

21

 1          Q.    Internally, how do you

 2    refer to the auction functionality

 3    within Ad Manager today?

 4          A.    The unified auction.

 5          Q.    Before -- let me withdraw

 6    that.

 7                When did you start in the

 8    Ad Manager team?

 9          A.    2015.

10          Q.    And is that a time period

11    when it was referred to as DRX?

12          A.    Yes.

13          Q.    And what was DRX at that

14    time, 2015?

15          A.    DRX stands for DoubleClick

16    reservations and exchange.

17          Q.    And what -- withdraw that.

18                Was DoubleClick for

19    Publishers part of DRX back in 2015?

20          A.    Yes.

21          Q.    And was AdX part of DRX

22    back in 2015?

23          A.    Yes.

24          Q.    And DFP was the ad serving

25    function within DRX; is that right?

In Re - Google Digital Advertising Antitrust Litigation                Glenn Berntson
Highly Confidential                        September 06, 2024

22

```
 1          A.    No.
 2          Q.    What's not right about
 3    that?
 4          A.    I think your question can
 5    be interpreted multiple ways.
 6                So maybe the best response
 7    is to say, can you clarify what you mean
 8    by ad serving functionality?
 9          Q.    How about if I change it to
10    ad server?
11          A.    Then yes, DFP --
12          Q.    So DFP was the ad server
13    function within DRX back in 2015?
14          A.    That is not how I would
15    describe it.
16          Q.    How would you describe it?
17          A.    It was the ad server
18    product.
19          Q.    Ad server product.  Okay.
20                And was AdX the ad auction
21    product within DRX?
22          A.    That is not how I would
23    describe it.
24          Q.    How would you describe it?
25          A.    I would describe it as the
```

23

```
 1    Ad Exchange, which is what AdX stands

 2    for.

 3           Q.    Is AdSense part of Google's

 4    ad management -- I'm sorry.  Let's

 5    withdraw that.

 6                 Is AdSense part of Google's

 7    Ad Manager function?

 8           A.    No.

 9           Q.    Have you ever worked on

10    AdSense?

11           A.    No.

12           Q.    Is there a -- let me

13    withdraw that.

14                 What about AdMob, M-O-B?

15    Is that part of Ad Manager?

16           A.    No, it is not.

17           Q.    Have you ever worked on

18    AdMob?

19           A.    I have not.

20           Q.    When did you join Google

21    overall?

22           A.    2012.

23           Q.    And what were you doing

24    between 2012 and 2015?

25           A.    I was working on another
```

24

```
 1    team.

 2         Q.    What team was that?

 3         A.    Payments.

 4         Q.    Is that sometimes referred

 5    to as Google Wallet?

 6         A.    I would not describe

 7    payments as Google Wallet, but Google

 8    Wallet is part of payments.

 9         Q.    Okay.  So within the

10    payments team, there was a Google Wallet

11    function or product?

12         A.    Correct.

13         Q.    And you worked on the

14    Google Wallets function --

15         A.    That's correct.

16         Q.    -- within the payments

17    team?

18         A.    That is correct.

19         Q.    And during that period, did

20    you have anything to do with digital

21    advertising before 2015?

22              MS. FORKNER:  Object to

23         form.

24              THE WITNESS:  If I heard

25         you correctly --
```

25

```
 1    BY MR. KOROLOGOS:

 2         Q.   Let me -- let me rephrase

 3    it to deal with the objection.

 4              While you were at Google

 5    after 2012, did you have anything to do

 6    with digital advertising before you

 7    joined Google Ad Manager team in 2015?

 8         A.   No, I did not.

 9         Q.   What is the authorized

10    buyer product?

11         A.   The authorized buyer

12    product is the current version of our

13    RTB product that supports realtime

14    bidding with demand-side platform

15    products.

16         Q.   What is the Open Bidding

17    product?

18         A.   Open Bidding is the product

19    that is an RTB product that supports

20    integration with sell-side platform

21    products.

22         Q.   How does authorized -- let

23    me withdraw that.

24              How does the Authorized

25    Buyer product differ from the Open
```

26

1    Bidding product?

2          A.    I believe I answered that

3    question.

4          Q.    Well, I'm not sure I

5    understand it, so I'm going to ask you

6    to either answer it again or see if

7    there's any different way you could

8    describe it than the prior answers.

9          A.    The Authorized Buyers

10   product integrates third-party

11   demand-side platform, the demand that

12   they can provide back to a publisher.

13               And the Open Bidding

14   product allows SSPs and the demand they

15   can bring to be integrated for the

16   publisher.

17         Q.    And is the Authorized Buyer

18   product within the Google Ad Manager

19   function?

20         A.    Yes, it is.

21         Q.    Same with Open Bidding?

22         A.    Yes, it is.

23         Q.    In your position within

24   Google Ad Manager, have you played a

25   role with respect to identity?

Case 1:21-cv-07034-PKC    Document 320-6    Filed 02/20/26    Page 29 of 194
In Re - Google Digital Advertising Antitrust Litigation    Glenn Berntson
Highly Confidential    September 06, 2024

27

```
 1              MS. FORKNER:  Object to

 2         form.

 3              THE WITNESS:  I'm not

 4         entirely sure how to answer that

 5         question.

 6              Can you try re-asking?

 7         What do you mean by "identity"?

 8    BY MR. KOROLOGOS:

 9         Q.    Have you played any role in

10    the Google Ad Manager function with

11    respect to how Google handles the

12    identity of users in connection with

13    digital ad serving?

14         A.    I have contributed some to

15    that space.

16         Q.    And how would you describe

17    your contributions in that space?

18         A.    Overseeing functionality

19    that was part of the product when I

20    joined the team is part of it.

21              And then another part of it

22    is introduction of new first-party

23    identities, which are more publisher

24    controlled, IDs that can be used when

25    traditional identifiers are sunset or no
```

28

```
 1    longer available.
 2         Q.    When you say "traditional
 3    identifiers," what do you mean by that?
 4         A.    An example of that would be
 5    a third-party cookies.
 6         Q.    What is a third-party
 7    cookie?
 8         A.    A third-party cookie is a
 9    cookie that is set or accessed via
10    JavaScript code that is associated with
11    a domain that is not the domain that the
12    user is currently on.
13         Q.    What is a first-party
14    identifier?
15         A.    Do you mean a first-party
16    cookie?  Given that we're talking about
17    third-party cookies?
18         Q.    Well, I'm referring to
19    first-party identifiers as you used that
20    term in your prior answer.
21         A.    So I'll continue with sort
22    of a discussion of cookies.
23              A first-party cookie is a
24    cookie that is set in the domain that
25    the user is actively on.
```

29

1          Q.    So if I'm on a New York

2    Times website and New York Times has a

3    cookie, that would be considered a

4    first-party cookie?

5          A.    Generally, yes.

6          Q.    Okay.  Is there a

7    difference between first-party cookie

8    and the term you used earlier,

9    "first-party identifier"?

10          A.    One is a subset of the

11    other.

12          Q.    Which one is a subset of

13    which?

14          A.    The first-party cookie is a

15    subset of first-party identifier.

16          Q.    What other first-party

17    identifiers are there aside from

18    first-party cookies?

19          A.    There are first-party

20    identifiers where it's the publisher who

21    has the relationship with the user.  Its

22    functionality we support in the form, a

23    feature called publisher-provided ID.

24    We consider that to be first party as

25    well.

30

```
 1        Q.    Any other first-party
 2   identifiers aside from
 3   publisher-provided IDs or first-party
 4   cookies?
 5        A.    There are likely many
 6   others.
 7              Are you asking specifically
 8   about what Ad Manager supports or is
 9   that a broader question?
10        Q.    Why don't we start with
11   what Ad Manager supports.
12        A.    We also support first-party
13   IDs that are set within mobile apps.
14        Q.    What does that mean?
15        A.    Are you familiar with the
16   term "mobile app"?
17        Q.    I assume you are.
18              Is that right?
19        A.    I am.
20        Q.    Okay.  Why don't you
21   proceed with your answer, then.
22        A.    Specifically, you're
23   asking --
24        Q.    Let me rephrase it.
25              When you say that Google Ad
```

Case 1:21-cv-07034-PKC    Document 320-6    Filed 02/20/26    Page 33 of 194
In Re - Google Digital Advertising Antitrust Litigation              Glenn Berntson
Highly Confidential                        September 06, 2024

31

1    Manager supports first-party IDs that

2    are set within mobile apps, what do you

3    mean by "set within mobile apps"?

4            A.    It means that the ID is

5    stored within a mobile app.

6            Q.    What other first-party

7    identifiers, aside from those set within

8    mobile apps or publisher-provided IDs or

9    first-party cookies, does Google Ad

10   Manager support?

11           A.    I think those are -- those

12   are all the ones that Ad Manager

13   supports right now.

14           Q.    Are there other first-party

15   identifiers that Google Ad Manager has

16   considered supporting but does not?

17               MS. FORKNER:  Objection to

18        form.

19               THE WITNESS:  No.

20   BY MR. KOROLOGOS:

21           Q.    When you say Google -- let

22   me withdraw that.

23               When you say Google Ad

24   Manager supports the different

25   first-party identifiers we've talked

32

1    about, what do you mean by "supports"?

2         A.    It means we give publishers

3    the choice as to whether they want the

4    IDs enabled and to be used to support

5    things like their reservation ads,

6    where, when they provide a first-party

7    ID, they can then say, for this

8    particular campaign that I want run with

9    Nike, the presence of that first-party

10   ID allows them to also say in that

11   campaign with Nike, only show a given ad

12   to a user once.

13              It's called frequency

14   capping, and first-party IDs can be used

15   for that context.

16        Q.    Other than with respect to

17   frequency capping, how else does Google

18   Ad Manager utilize first-party

19   identifiers?

20        A.    Ad Manager also supports

21   publishers who, using -- you know, via

22   first-party IDs who have relationships

23   with their users and create lists of

24   users that, say, represent a particular

25   interest.

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential
Glenn Berntson
September 06, 2024

33

```
 1              And they can then upload
 2   that list of users, that's a list of
 3   people using their own identifier, their
 4   first-party ID, like PPID.
 5              And then use those lists
 6   that they've uploaded -- again,
 7   associated with campaigns that they set
 8   up.
 9              In the example we had
10   before, show the ad only once.  That's
11   frequency capping.
12              The other thing is only
13   show this campaign to users that are in
14   this list that I uploaded.
15        Q.    How would you describe that
16   aspect of utilizing?
17        A.    I would describe that as
18   first-party audience support.
19        Q.    Are there other ways than
20   frequency capping or first-party
21   audience that Google Ad Manager utilizes
22   first-party identifier?
23        A.    When publishers so choose,
24   they can have first-party IDs be shared
25   with demand partners.
```

34

```
 1        Q.    And when you say "demand
 2   partners," are you referring to
 3   advertisers?
 4        A.    I'm referring to companies
 5   like DSPs.
 6        Q.    And when you say partners,
 7   are those DSPs that are partnered with
 8   the publisher or with Google?
 9        A.    Google.
10        Q.    Any other ways in which
11   Google Ad Manager utilizes first-party
12   identifiers?
13             We've covered frequency
14   capping, first-party audience, and
15   sharing with demand partners.
16        A.    We allow publisher -- we
17   allow, basically, users to opt out of
18   personalized ads, and that that user
19   choice would be associated with a
20   first-party ID.  We support that
21   functionality as well.
22        Q.    Any others.
23        A.    What's that?
24        Q.    I'm sorry.  Any others?
25        A.    Yeah.  I'm trying to think.
```

35

```
 1              And I don't mean to drag

 2    this on.  I'm literally trying to run

 3    through use cases here to see if I can

 4    come up with a variant that isn't

 5    covered by the examples I gave.

 6              Yes.  There is another use

 7    case, which is the first-party

 8    identifiers can be used by a team that

 9    develops models to prevent fraud.  So

10    it's one of the important signals into

11    their models.

12         Q.   Any others that you can

13    think of?

14         A.   To be clear, your question

15    is what Ad Manager does?

16         Q.   Yes.

17         A.   Yeah.  There is one other

18    thing I can think of.  We sometimes --

19    we allow both publishers and sort of our

20    internal product development teams to

21    run experiments, which would be A/B

22    experiments, where you set up a control,

23    you have an experimental arm, and you

24    really want to be able to have the same

25    user always be in the control or the
```

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential
Glenn Berntson
September 06, 2024

36

```
 1    experimental arm.  And so the
 2    first-party IDs can be used as what's
 3    called an experiment diversion ID.
 4              But, again, publishers are
 5    the ones that control whether or not
 6    first-party IDs are set in the first
 7    place.
 8              So we can only do that if a
 9    publisher has decided they want to
10    support first-party IDs.
11              I think those are all of
12    the use cases within GAM.
13         Q.   Okay.  Within the Google Ad
14    Manager team, have you dealt with
15    privacy issues?
16         A.   I'd love to be able to say
17    that I have not, but I most definitely
18    have.
19         Q.   And what role have you
20    played with respect to privacy issues
21    within the Google Ad Manager team?
22         A.    I have helped our teams
23    design and deploy solutions to address
24    privacy regulations in the United States
25    and Europe.
```

37

```
 1        Q.    Anything else?
 2        A.    I have helped my team
 3   navigate internal Google privacy policy
 4   to make sure that all of our products
 5   are compliant with Google's strict
 6   internal privacy standards.
 7        Q.    Anything else?
 8        A.    I think that's all that
 9   I've directly done.  I might be missing
10   something, but those are the big buckets
11   of what I do.
12        Q.    Okay.  Over the last five
13   years or so, say back to 2019, would you
14   say that the privacy standards have
15   become more strict or less strict?
16             MS. FORKNER:  Objection to
17        form.
18   BY MR. KOROLOGOS:
19        Q.    You can answer.
20        A.    Both.
21        Q.    How have they become more
22   strict?
23        A.    There are more privacy
24   regulations in the market that we
25   actively support now than in 2019.  And,
```

38

1    therefore, strictly speaking, just the

2    amount of privacy regulations has

3    increased and, therefore, it's more

4    privacy -- privacy strict.

5                Trying to think of the

6    other case.  Maybe my response was too

7    clever by half.

8                It's really unchanged and

9    more strict.

10                And the unchanged piece is

11    Google's internal privacy policies

12    haven't changed.  I mean, we've

13    introduced innovative solutions, for

14    example, █████████████████████████

█████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████

████████████████████████████████████

███████████████████████████████████

███████████████████████████████████

22                The first-party data

23    solutions move much more control to the

24    publisher so that they can more active

25    choices in figuring out how they want to

39

```
 1   navigate that space with more options.

 2            So I don't think that's us

 3   becoming less privacy focused.  It's

 4   much more with a constant set of

 5   internal regulations and a growing

 6   number of external regulations, we've

 7   tried to innovate to provide solutions

 8   for publishers to help navigate this

 9   complex base.  And that's where the

10   first-party IDs and innovations come

11   into play.

12        Q.   How does -- let me withdraw

13   that.

14            What is AdSense?

15        A.   AdSense is a Google product

16   that allows publishers to monetize their

17   inventory on the web.

18        Q.   How does -- let me withdraw

19   that.

20            What's the functionality of

21   AdSense as a Google product?

22        A.   I believe I've answered

23   that question.  I can repeat my answer

24   if you'd like.

25        Q.   Well, I -- I'm not sure I
```

40

```
 1   at least recall your answer, so I'd like

 2   to hear that again.

 3           A.    Great.

 4                 It's a product that allows

 5   publishers to work with Google and get

 6   ads served onto their websites.

 7           Q.    And does AdSense include an

 8   auction functionality?

 9           A.    AdSense does include an

10   auction functionality.

11           Q.    Does AdSense include a

12   publisher ad server functionality?

13           A.    It does not.

14           Q.    How does AdSense differ

15   from the unified auction aspect of

16   Google Ad Manager?

17                 MS. FORKNER:  Objection to

18           form.

19                 THE WITNESS:  I'm not sure

20           how to answer that question.

21                 One thing is a feature

22           within ad serving and Ad Manager

23           and the other thing is a

24           product.

25   BY MR. KOROLOGOS:
```

In Re - Google Digital Advertising Antitrust Litigation    Glenn Berntson
Highly Confidential    September 06, 2024

41

```
 1          Q.    How does AdSense different

 2   from Ad Manager?

 3               MS. FORKNER:  Objection to

 4          form.

 5               THE WITNESS:  At a high

 6          level, AdSense is a simplified

 7          product that is designed from

 8          the ground up to be easy to use

 9          by publishers where a publisher

10          really just wants to monetize an

11          existing site.

12               Ad Manager -- and it's

13          limited to web.

14               Ad Manager is what I'd

15          call a more traditional

16          enterprise product that has a

17          lot more functionality than

18          AdSense, and, for a publisher

19          who wants much more control over

20          how ads are served to their

21          site, including direct

22          relationships with advertisers

23          and support for multiple

24          different platforms, web, app,

25          video, that's what Ad Manager
```

42

```
 1          provides.

 2   BY MR. KOROLOGOS:

 3          Q.    Do you recall when Google

 4   launched, externally, Ad Manager?

 5              MS. FORKNER:  Objection to

 6          form.

 7              THE WITNESS:  I'm going to

 8          guess.  I think it was 2018.

 9              And you mean the name Ad

10          Manager?

11   BY MR. KOROLOGOS:

12          Q.    Yes.

13              And before that was

14   launched externally, publishers would

15   interact separately with the AdX product

16   as compared to the ad server product,

17   DFP; is that right?

18              MS. FORKNER:  Objection to

19          form.

20              THE WITNESS:  That is not

21          how I would put it.

22   BY MR. KOROLOGOS:

23          Q.    How would you put it?

24          A.    AdX and DFP were two

25   distinct products, but they were
```

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential

Glenn Berntson
September 06, 2024

43

1   interlinked.  So they wouldn't

2   necessarily just be interacting with

3   them separately.  They'd be interacting

4   with them together.

5           Q.    And back when AdX and DFP

6   were separate products, how did AdSense

7   differ from AdX?

8           A.    The difference is similar

9   to what I previously described.  The

10  delta is that AdX -- the delta between

11  AdSense and AdX prior to Ad Manager is

12  AdX didn't support direct relationships

13  between publishers and advertisers and

14  agencies, whereas DFP did.

15              And AdX provided -- AdX

16  also supported multiple client platforms

17  which AdSense did and does not.  It's

18  just web.

19              And AdX had much more

20  sophisticated brand and pricing controls

21  than AdSense.

22          Q.    Anything else?

23          A.    I think those are the

24  primary things.

25              The user interface between

44

1    the two products was different.  And I

2    imagine some of the reporting

3    capabilities were different in the

4    granularity of information that was

5    available.

6              But I'm not an expert in

7    that space, so I'd be speculating.  But

8    I would imagine there are some

9    additional deltas.

10         Q.    When I asked you about when

11   AdX and DFP were separate products, how

12   did AdSense differ from AdX, part of

13   your answer was, the delta is that

14   AdX -- the delta between AdSense and AdX

15   prior to Ad Manager is AdX didn't

16   support direct relationships between

17   publishers and advertisers and agencies,

18   whereas DFP did.

19              I was reading from the

20   realtime transcript.  Is that what you

21   intended to say?

22         A.    Yeah, that was a very

23   convoluted statement, wasn't it?  That

24   wasn't super useful.

25              AdSense doesn't support

45

```
 1   direct relationships with publishers and

 2   AdX didn't prior to the merger with DFP.

 3         Q.    But subsequent to the

 4   merger with DFP, it did?

 5         A.    Subsequent -- after the

 6   merger there was no AdX.  There's GAM.

 7         Q.    Okay.  And GAM does?

 8         A.    GAM does.  That's why,

 9   "what is AdX," is complicated.

10         Q.    When a -- let me withdraw

11   that.

12              When an auction takes place

13   within Google Ad Manager and there's a

14   match between an advertiser and what

15   they are willing to pay for an ad slot,

16   and the request for an ad for a

17   particular slot, what else has to happen

18   before that match results in a

19   transaction for that ad slot?

20              MS. FORKNER:  Object to

21         form.

22              THE WITNESS:  I couldn't

23         quite follow your question

24         because some of the things you

25         said I don't think are accurate
```

46

 1          and are not an effective

 2          description of the way the

 3          system works.

 4    BY MR. KOROLOGOS:

 5          Q.    What did I get wrong?

 6          A.    Why don't you try asking

 7    your question again, and maybe I can

 8    help parse through and get to what

 9    you're looking for.

10          Q.    Let me first ask it in

11    different parts.

12                Do auctions takes place

13    within the Google Ad Manager product?

14          A.    Yes.

15          Q.    And those are auctions of

16    ad slots, correct?

17          A.    No.

18          Q.    They are auctions of ad

19    inventory?

20          A.    No.

21          Q.    What are they auctions of?

22          A.    Bids.

23          Q.    Pardon me?

24          A.    Bids.

25          Q.    What do you mean, they are

Case 1:21-cv-07034-PKC   Document 320-6   Filed 02/20/26   Page 49 of 194
In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential

Glenn Berntson
September 06, 2024

47

```
1   auctions of bids?
2           A.   A bid has a value.  And
3   within the auction we're basically
4   choosing the bid that's got the highest
5   price.
6           Q.   Okay.  But what is being
7   bid on in the auction?
8           A.   What is being bid on is
9   disconnected from the dynamics of the
10  auction itself.
11               An auction is evaluating
12  sources of demand and sort of candidate
13  with associated bids to show an ad in a
14  particular slot.  Thus, un-auctioned
15  would be associated with one slot, but
16  there would be multiple potential ads,
17  each with an associated bid.
18          Q.   And if the auction is
19  successful, there is the selection of
20  one ad for that slot; is that right?
21          A.   That is a strangely phrased
22  term.
23          Q.   What's strange about it?
24          A.   If there are no candidates,
25  there would be no auction.  And if
```

48

1    there's one candidate, the auction is

2    going to be successful.  The auction is

3    always successful if you have even one

4    candidate.

5              So to say an auction is not

6    successful, I don't even know what that

7    means.

8        Q.    Well, if you have a reserve

9    price and there are participants, but

10   the reserve price is not met, does that

11   result in a successful auction?

12       A.    No, I think the auction has

13   done its thing in making a

14   determination.  It is a successful

15   auction but it has no winner.

16       Q.    It has no winner.  Is that

17   what you said?

18       A.    Mm-hmm.

19       Q.    And the winner is a

20   particular advertisement that fills the

21   slot; is that right?

22       A.    That is not how I would

23   describe it.

24       Q.    How would you describe it?

25       A.    I would describe it as a

49

```
 1    winning bid, and associated with that
 2    bid is an ad candidate.
 3         Q.    So is it fair to say -- let
 4    me withdraw that.
 5              What is an ad candidate, as
 6    you used it there?
 7         A.    An ad candidate is
 8    basically an ad that, if the bid
 9    associated -- associated with it wins
10    the auction, would then be delivered to
11    the client.
12              An ad candidate can also be
13    associated with reservations in Ad
14    Manager.  Yeah.
15         Q.    Okay.  Sticking with ad
16    candidates that result from wins at
17    auction --
18         A.    That is not what I said.
19              An ad candidate are all the
20    potential ads that could serve into a
21    given ad request in the course of
22    processing an ad request.  So a request
23    for an ad slot is made.
24              Part of what we do is
25    figure out what are all the different
```

50

```
 1    sources of ads, and from each of those

 2    we're going to get one or more ad

 3    candidates.

 4                 We'll then evaluate who the

 5    winner is via an auction, which is

 6    evaluating bid prices associated with

 7    those candidates.

 8                 So really the concept of

 9    the term "candidate" is contextual to

10    processing an ad request.  Within an

11    advertiser system, they are going to

12    have campaigns that have ads associated

13    with them, and in their context they'd

14    call it an ad.  When it serves into a

15    publisher page, it's an ad.

16                 But when we're looking at

17    multiple different ads and we're trying

18    to figure out which one is the one

19    that's going to serve, we refer to them

20    as candidates.

21          Q.    Okay.  And the auction

22    process is the evaluation of bid prices

23    associated with different ad candidates;

24    is that right?

25          A.    Yeah.  That's a good
```

51

```
 1   summary.

 2         Q.   Okay.  If you -- let me

 3   withdraw that.

 4               MR. KOROLOGOS:  We've been

 5         going about an hour.  Why don't

 6         we take a short break.

 7               MS. FORKNER:  Sure.  How

 8         much time do you want?  Ten

 9         minutes?

10               MR. KOROLOGOS:  Five

11         minutes, ten minutes.  It's up

12         to the witness.

13               MS. FORKNER:  Five, ten?

14         What works for you?

15               THE WITNESS:  Either are

16         fine.

17               THE VIDEOGRAPHER:  The

18         time is 10:32 a.m.  We're going

19         off the record.

20               (Short break.)

21               THE VIDEOGRAPHER:  The

22         time is 10:46 a.m.  We are back

23         on the record.

24   BY MR. KOROLOGOS:

25         Q.   Are you familiar with the
```

52

 1    term "billable event rate"?

 2            A.    I missed the last word you

 3    said.

 4            Q.    Billable event rate.

 5            A.    Yes, I am.

 6            Q.    And what is billable event

 7    rate?

 8            A.    The billable event rate is

 9    an adjustment made to bids based on past

10    render rate information for bids from a

11    given bidder.

12            Q.    Are you familiar with the

13    term "potential billable event"?

14            A.    It is not a term commonly

15    used, but I can attempt to guess its

16    meaning.

17            Q.    Well, I'm not here to get

18    guesses, but let's get your

19    understanding.

20                  Are you familiar with the

21    term "actual billable event"?

22            A.    I guess I'd need to hear it

23    in context.

24                  MR. KOROLOGOS:  Let me ask

25            the court reporter to mark as

53

```
 1           Berntson Exhibit 1 a document

 2           that bears the production number

 3           GOOG-DOJ-AT-00060206 through 09.

 4               (Document marked for

 5           identification as Berntson

 6           Exhibit 1.)

 7  BY MR. KOROLOGOS:

 8           Q.    You have Deposition

 9  Exhibit 1 in front of you?

10           A.    I do.

11           Q.    And this appears to be an

12  e-mail string, which, of course, starts

13  at the bottom and runs its way up to the

14  top.  And the top appears to be an

15  e-mail from you to a variety of people,

16  dated March 13, 2020, at nearly

17  6:00 p.m.

18               Do you see that?

19           A.    I do see that.

20           Q.    Okay.  If I can direct your

21  attention to the bottom of the second

22  page.

23           A.    Might I request some time

24  to, like, figure out what the context of

25  this is?
```

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential
Glenn Berntson
September 06, 2024

54

```
 1          Q.    Go ahead.

 2          A.    Thank you.

 3                Okay.

 4          Q.    So you've had a chance

 5    to --

 6          A.    I've scanned the document.

 7          Q.    -- look quickly through

 8    Exhibit 1?

 9          A.    Yes.

10          Q.    And if you look at the

11    bottom of the second page, there appears

12    to be an e-mail from March 11, 2020, at

13    4:18 p.m., from a Benjamin Miller.

14                Do you see that?

15          A.    Yes, I do.

16          Q.    And he begins there with a

17    paragraph that is headed in bold

18    background.

19                Do you see that paragraph?

20          A.    I do.

21          Q.    He writes, "The billable

22    event rate, BER," and then he has a link

23    in parentheses, "is informally the rate

24    at which potential billable events,

25    (roughly speaking, auction wins), become
```

55

```
1    actual billable events immediately."

2              Do you see that?

3         A.    I do.

4         Q.    So in that context, what's

5    your understanding of what a potential

6    billable event is?

7         A.    It's an auction win.

8         Q.    Okay.  And what is an

9    actual billable event in that context?

10        A.    He uses the term "view."

11   It's really just a billable event.

12              When he says "actual

13   billable event," it's just a billable

14   event.  And it's whatever event is

15   associated with triggering the criteria

16   that says this is now an ad that has

17   been served and needs to be billed to

18   the advertiser.

19        Q.    So billing for an ad does

20   not occur until the ad has been served?

21              MS. FORKNER:  Objection to

22        form.

23              THE WITNESS:  That is not

24        how I would put it.

25   BY MR. KOROLOGOS:
```

56

```
 1          Q.    How would you put it?
 2          A.    Historically, there have
 3    been different events associated with
 4    from the point an ad request is made to
 5    -- going backwards.  Serving an ad, an
 6    ad rendering, a user seeing an ad or a
 7    user interacting with an ad.  These are
 8    all sort of points in the funnel.
 9              And, historically, billable
10    events, for different platforms, whether
11    it's web or app, have had different
12    criteria in terms of that funnel, in
13    terms of what is a billable event.
14              What he's referring to here
15    in terms of view is specifically that
16    the user has seen at least part of a
17    rendered ad.
18          Q.    And if you continue on to
19    the top of the next page in Mr. Miller's
20    March 11, 2020, e-mail, he then writes,
21    "The server-side auction determines the
22    winner's payment, but we do not bill the
23    buyer until we receive a view pingback
24    from the device indicating the user saw
25    the ad."
```

In Re - Google Digital Advertising Antitrust Litigation          Glenn Berntson
Highly Confidential                          September 06, 2024

57

```
 1              Do you see that?
 2       A.    Yep.
 3       Q.    Is that how Google Ad
 4  Manager worked, at least in 2020?
 5       A.    For the specific inventory
 6  that was relevant to this discussion,
 7  yes.
 8       Q.    What specific inventory
 9  relevant to this discussion?
10       A.    This is app.
11       Q.    Pardon me?
12       A.    This is mobile app.
13       Q.    How'd it work within Ad
14  Manager?
15       A.    This is mobile app for Ad
16  Manager.
17       Q.    What do you mean by mobile
18  app for -- within Ad Manager?
19       A.    For a publisher that wanted
20  to use Ad Manager to serve ads into an
21  app that they own, that would be an app
22  that was served by Ad Manager.
23       Q.    And what about for ads
24  served for a web page view?
25              MS. FORKNER:  Objection to
```

58

```
 1          form.

 2     BY MR. KOROLOGOS:

 3          Q.    As opposed to an app?

 4          A.    Can you ask the question.

 5          Q.    Sure.

 6                How would -- let me

 7     withdraw that.

 8                What steps are required to

 9     determine whether a billable event

10     occurs for ads viewed or served on web

11     pages as opposed to in apps?

12          A.    For an avoidance of doubt,

13     BER doesn't apply to web.  It applies to

14     app.

15                To answer your question, it

16     is when the ad begins to render.

17          Q.    So on web it's when the ad

18     begins to render?

19          A.    That is right.

20          Q.    How is that determined?

21          A.    It is determined by when

22     all of the assets that is required to

23     actually display the ad on the page, or

24     render the ad, have all been downloaded,

25     and so all that material is downloaded,
```

59

```
 1   we're about to start actually displaying

 2   the ad.  That's the point.

 3        Q.    And between -- let me

 4   withdraw that.

 5             So sometime before all the

 6   material is downloaded -- let me

 7   withdraw that too.

 8             Taking the case where the

 9   ad is selected as a result of a win at

10   an auction.  With me so far?

11        A.    Okay.

12        Q.    So there's an auction of ad

13   candidates.  The auction, as we

14   discussed before the break, is an

15   auction of the different prices.

16   There's a determination of who has the

17   winning bid.

18             What are all the steps that

19   occur between that auction process and

20   when the assets that are required to

21   display the ad, or render the ad, are

22   downloaded?

23        A.    Is it safe to assume you

24   want a high-level summary?

25        Q.    We'll start with that.
```

60

1          A.    Okay.  As described

2    previously, we package the ad

3    server-side, which is sort of preparing

4    it for rendering.

5                And we then, as part of the

6    response to the ad request that we

7    received, we return that winning

8    candidate.

9                Client-side, it receives

10   that response.  And within the payload

11   that is returned, it basically knows

12   when it has the full payload that we

13   packaged up server-side.

14               And so it is -- literally,

15   that response has multiple bites, and

16   they are sort of flowing across stream.

17   So when you have a response, it's not,

18   like, just a binary thing.  There is

19   information that is flowing.

20               When all of the information

21   is then returned to the client, the code

22   that then renders the ad can say, okay,

23   I have everything.  I'm about to start

24   actually displaying this ad on page.

25               So it's really an issue of

61

1    streaming the content back to the

2    client.  That's, I think, the core thing

3    of what you're looking at -- looking

4    for.

5          Q.    Okay.  Before Google Ad

6    Manager, when DFP was a separate product

7    from AdX, are the aspects of what you

8    just described as occurring after the

9    auction functions of the publisher ad

10   server?

11              MS. FORKNER:  Objection to

12        form.

13              THE WITNESS:  I don't

14        understand your question.

15   BY MR. KOROLOGOS:

16         Q.    What is it that you don't

17   understand about my question?

18         A.    Can you rephrase your

19   question.

20         Q.    Well, I'd like to, but if

21   you can help me what you didn't

22   understand, I'll try to address that and

23   rephrase it.

24         A.    What are you asking is the

25   attribute of the ad server?

62

1          Q.    Okay.  I asked you a moment

2     ago to describe for me the things that

3     need to happen after the auction,

4     leading up to the creation of a billable

5     event for a web page displaying an ad.

6                Do you recall that?

7          A.    Mm-hmm.

8          Q.    You've got to say yes or

9     no, again.

10         A.    Yes.

11         Q.    Okay.  And what I want to

12    explore is how you would describe that

13    in terms of what functionality within

14    DRX, before Google Ad Manager, did the

15    things that need to happen after the

16    auction chooses a winning bid, before a

17    billable event occurs.

18                Does that help with the

19    question?

20         A.    I still don't really

21    understand the question, but I can try

22    to answer it.  And what I'll answer is

23    to try to describe what I think you're

24    asking.

25                The behavior that I just

In Re - Google Digital Advertising Antitrust Litigation                    Glenn Berntson
Highly Confidential                                          September 06, 2024

63

1    described in terms of an ad wins an

2    auction or an ad is selected independent

3    of an auction -- because you don't need

4    an auction to serve an ad.  We have this

5    ad that then needs to go back to the

6    client.

7                    We package it up in

8    preparation for return to the client,

9    and then, as part of the response to the

10   original ad request, we return that

11   payload.

12                   That is a high-level

13   description that would apply to any

14   entity that is receiving an ad request

15   and returning an ad.

16        Q.    Okay.  And in the context

17   of packaging it up and preparing to

18   return it to the client, is that

19   something that, before Google Ad

20   Manager, happened within AdX or within

21   DFP or somewhere else?

22        A.    Both Ad Manager -- sorry.

23                   Both DoubleClick for

24   Publishers and the Ad Exchange had the

25   ability of taking an ad, processing it

64

1    in preparation for rendering and

2    returning it to the client.

3         Q.    And --

4         A.    But I don't understand your

5    question enough to know if that response

6    answered your question.

7         Q.    I'm not -- I'm not sure it

8    does.

9              Let me ask a somewhat

10   different question.

11             You mentioned that billable

12   event rate is specific to -- did you say

13   apps, mobile app; is that right?

14        A.    That is correct.

15        Q.    Is there a corollary with

16   respect to web pages?

17        A.    I think you mean

18   equivalent.

19             There is -- billable event

20   rate does not apply to web pages.

21             No.  There is no equivalent

22   for web.

23        Q.    Why is that?

24        A.    Because the need was much

25   -- the need was clear on app.  We were

Case 1:21-cv-07034-PKC    Document 320-6    Filed 02/20/26    Page 67 of 194
In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential

Glenn Berntson
September 06, 2024

65

1  solving a problem that was acute on app

2  and not web.

3      Q.   What was the problem you

4  were trying to solve on app?

5      A.   When a bidder responds to a

6  bid request with an ad candidate and a

7  bid, there is a high bid, and they win

8  the auction.

9          We don't have any logic

10  that basically says, is their ad

11  actually going to be able to be rendered

12  on that client.

13          It's a very hard problem to

14  solve.  I'll give you some examples.

15          If the payload that is this

16  ad candidate is, for example, a video.

17  It's a huge number of bytes.  It's a

18  large payload that then needs to be

19  returned back to the client.

20          And when you're on a --

21  when you're using a mobile app on a

22  phone, sometimes you have a low

23  bandwidth connection.  And this is

24  particularly true, region by region.

25  And so if you look in many parts of

In Re - Google Digital Advertising Antitrust Litigation          Glenn Berntson
Highly Confidential                                  September 06, 2024

66

1    Southeast Asia, there's terrible phone

2    networks.

3                     And so an ad request might

4    be made, but we're just not able to

5    deliver payloads back to the client.

6                     And when we start looking

7    at attributes associated with when can

8    we reliably deliver that ad back to the

9    client, in these networks that are not

10   very good, it's like if the bidder

11   starts tuning the size of their payload,

12   so it's a smaller creative, we can more

13   reliably get it back to the client.

14                    The problem with not having

15   any protections here is that if a bidder

16   wins an auction and the ad is not

17   rendered, because we don't actually

18   charge the advertiser and then pay the

19   publisher unless we get that event back

20   that the viewer -- that the user

21   actually saw the ad.

22                    In order to protect

23   publishers, we implemented BER, which is

24   looking at how often does a bidder win

25   the auction but the ad is not rendered.

67

```
 1              And BER is calculated based

 2   on bidder, but it's also sliced by

 3   region.  And it's sliced by region

 4   because there are huge differences in

 5   the quality of data networks in

 6   different locations.

 7              We designed BER to make

 8   sure that if somebody was sort of taking

 9   advantage of the fact, oh, I can bid on

10   this, maybe I'll get a chance to serve

11   the ad.

12              If the ad is not delivered,

13   the publisher isn't paid, and,

14   therefore, we're not doing our job.

15              BER was introduced so that

16   those bidders that historically had

17   very, say, large creatives deployed in

18   regions where there are low-quality

19   networks, they couldn't deliver the ads

20   and publishers were losing opportunity

21   to make money.  So it's about protecting

22   publishers.

23        Q.    Are there -- let me

24   withdraw that.

25              So on the mobile side,
```

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential

68

```
1   mobile app side, there are auctions that

2   have winners that don't result in

3   billable events, hence the billable

4   event rate determination; is that right?

5        A.    That is not how I would put

6   it.

7              I would say there is always

8   some amount of loss between when an

9   auction is won and then when it is

10  successfully rendered and viewed by a

11  user.  No system is perfect.

12       Q.    Is there, similarly, a loss

13  on web pages?  In other words, there are

14  auction wins that don't result in

15  billable events?

16       A.    Yes.

17       Q.    How is billable event

18  determined for web pages?  That process

19  we discussed earlier of the rendering?

20       A.    That is exactly the process

21  we just discussed earlier, so I believe

22  I have answered that question.

23       Q.    Okay.  Do you know what

24  percentage of auctions result in

25  billable events for web pages, roughly?
```

69

 1          A.    It's a little funny.  I

 2    know the data from -- what year was

 3    that, 2016.

 4          Q.    Okay.

 5          A.    And I can't attest it being

 6    accurate today, but it was approximately

 7    5 percent.  It's, like, between 3 and

 8    5 percent of a loss between when we had

 9    the ad server side and started returning

10    it and when we actually successfully

11    downloaded it.  So 1 out of 20 attempts

12    it would fail, more or less.

13                I do know that for mobile

14    app it was a significant problem in some

15    locations.  Much higher than that.

16          Q.    And Mr. Miller refers to a

17    view pingback from a device for mobile

18    determining what he refers to as an

19    actual billable event.

20                Is there a corollary that

21    comes back from the user's web page with

22    respect to the rendering?  In other

23    words, is it when the payload is sent

24    out or is it when the payload is

25    received with some kind of a pingback?

70

1        A.    You asked multiple

2   questions within that.

3             There is an equivalent

4   event notification, pingback, for web.

5   But it comes at the point that we

6   discussed previously, which is not as

7   the ad is rendering, but right before it

8   renders.  It's between we fully

9   downloaded the asset and start to

10  render.  That's when the pingback comes

11  back for web that represents a billable

12  event.

13        Q.    So let me see if I

14  understand that.

15            You've got an option win as

16  a result of the auction functionality

17  that we've talked about.  There is then

18  the packaging of all the information

19  related to the ad in order for it to

20  render.  That payload is then sent to

21  the user, and then there is a pingback

22  that goes back when that payload is

23  received, and then the ad is rendered on

24  the user's machine; is that right?

25        A.    That is not an accurate

71

1    general description.

2         Q.    What's not accurate about

3    it?

4         A.    The -- there is a single

5    event that is sent back to represent the

6    billable event, and the timing for that

7    is different on app versus web.

8              And so what you described

9    seems to imply that it would be multiple

10   pingbacks, like downloaded, viewed, when

11   in actuality we only send one back.  And

12   that's determined by how we define

13   billable events, which itself is

14   different on platform.

15        Q.    Let me try again because I

16   don't think I was trying to talk about

17   different pingbacks.

18              The pingback is from the

19   user; is that right?  The user's web

20   browser?

21        A.    It is -- for web, it is

22   from the browser.

23        Q.    Okay.  And so that's

24   information that pings back from the

25   user's web browser back to Google; is

```
 1    that right?

 2          A.    That is correct.

 3          Q.    At some stage in this

 4    process?

 5          A.    If we're talking about the

 6    billable event, the specific place where

 7    that takes place is when the ad payload

 8    has been fully downloaded and we are

 9    about to render.

10          Q.    Okay.  So it's downloaded,

11    meaning the information is in my

12    computer.  It hasn't yet shown up on my

13    browser for me to be able to see it.

14          A.    That is correct.

15          Q.    Okay.  And so it's at that

16    particular stage that the browser says,

17    I got it, and that's the billable event,

18    even if I don't end up viewing it?

19          A.    For web, yes.

20          Q.    For web, okay.

21                So if my computer failed to

22    download the whole payload, it might not

23    ping back?  You'd have an auction win

24    but no pingback --

25          A.    It will -- it's not a might
```

73

```
 1    not.  It wouldn't.

 2          Q.    It would not.  Okay.

 3                Obviously, the user is

 4    involved here and the user's computer.

 5    It's not something that -- in other

 6    words, without the user and the user's

 7    computer giving the pingback that the

 8    payload has been downloaded, there's no

 9    billable event; is that fair?

10          A.    I don't understand your

11    statement.

12          Q.    Okay.  I'll just withdraw

13    it.

14                We talked about if my

15    computer failed to download the whole

16    payload, it would not be a billable

17    event, right?

18                MS. FORKNER:  Objection to

19          form.

20                THE WITNESS:  On the web,

21          yes.

22    BY MR. KOROLOGOS:

23          Q.    On web.

24                On web, sticking with on

25    web, what other circumstances might lead
```

74

1    to that 3 to 5 percent, at least back in

2    2016, of failed events, even when

3    there's a winning auction?

4          A.    A whole bunch of things can

5    happen.

6                One, you could have poor

7    network connectivity.  So, basically,

8    there's a timeout in returning a payload

9    back to the client.

10                I don't think -- I think

11   that's probably some significant

12   fraction of the failures.

13                You could have a user

14   closing the page.  So an ad request is

15   made and they just close it before there

16   is an opportunity to actually return the

17   winning bid.

18                It is possible -- no.  I

19   don't think that would work.  I'm trying

20   to think through scenarios for what

21   would cause this.

22                Yeah.  You know, general

23   buckets, I gave you two general buckets.

24   I think they are the dominant ones.

25                Number one, where a

In Re - Google Digital Advertising Antitrust Litigation                Glenn Berntson
Highly Confidential                                September 06, 2024

75

```
1   publisher -- sorry -- where the user

2   would, say, just close a page and,

3   therefore, there is no client to render

4   the ad into, even though an auction may

5   have run that we have a winner that

6   we're trying to return.

7               And the second is where

8   there's some sort of network

9   interference so that the payload is not

10  successfully returned back to the

11  client.

12       Q.   Okay.  Let me show you a

13  document that I'll ask the court

14  reporter to mark as Berntson Deposition

15  Exhibit 2.

16              (Document marked for

17         identification as Berntson

18         Exhibit 2.)

19              MR. KOROLOGOS:  It bears

20         Production Number

21         GOOG-AT-MDL-012776939 through

22         50.

23  BY MR. KOROLOGOS:

24       Q.   If you can let me know when

25  you've had a chance to look through
```

Case 1:21-cv-07034-PKC    Document 320-6    Filed 02/20/26    Page 78 of 194
In Re - Google Digital Advertising Antitrust Litigation                Glenn Berntson
Highly Confidential                                        September 06, 2024

76

```
 1    that.

 2         A.    Yeah.  I haven't seen this

 3    in a while.

 4               I'm familiar with this.

 5         Q.    Okay.  And this is a

 6    document you would have prepared

 7    relating to your work and

 8    accomplishments as of sometime in 2016;

 9    is that right?

10         A.    That is correct.

11         Q.    If you look over to the

12    page that has the production number

13    ending in 941, and near the bottom,

14    there's a reference to delayed

15    impressions.

16               Do you see that?

17         A.    I do.

18         Q.    It says, "In August 2015 we

19    had a postmortem incident when it was

20    discovered that the net apparent view

21    rate for DFP served ads was around

22    30 percent lower on average than the

23    rest of display ads."

24               Do you recall that?

25         A.    I do.
```

In Re - Google Digital Advertising Antitrust Litigation    Glenn Berntson
Highly Confidential    September 06, 2024

77

```
 1          Q.    What was that situation?

 2          A.    It's -- yeah.  The --

 3   further down in the paragraph you see we

 4   talk about fixing view loss

 5   calculations.

 6                But the high-level

 7   description here is what we've been

 8   talking about in terms of serving an ad.

 9   And then stuff can happen between when

10   the ad wins, when the ad serves, when

11   the ad is downloaded, when it is

12   rendered, when it is viewed, whether the

13   user clicks on it.

14                There is this long what I'd

15   call a funnel, and there is a drop-off

16   that can take place.

17                And when different systems

18   are basically using different points in

19   that funnel to measure when we've served

20   an ad, there can be differences in

21   reporting.

22                This 30 percent rate here

23   specifically was referring to different

24   Google products, taking measurements of

25   when you're serving an ad at different
```

78

1    points in that funnel.

2          Q.    On the pingback for web

3    that occurs when the payload is

4    downloaded -- are you with me so far?

5          A.    Mm-hmm.

6          Q.    Is the pingback a function

7    of code that is sent to the user's

8    browser by the publisher ad server or

9    does that occur some other way?

10         A.    Are we talking specifically

11   about this 2015 time frame and DFP in

12   particular?  Because you say the

13   publisher ad server.

14               If a publisher doesn't use

15   an ad server, they just use an SSP, then

16   your question is sort of limiting any

17   entity a publisher is interacting with

18   that is then returning ads that could

19   then be rendered on their page.  That

20   general flow is going to apply to

21   everybody.

22               I can't attest that other

23   AdTech companies and products that

24   publishers are using, use the same kind

25   of pingback technology that we do.  I

79

```
 1   would expect that they do, because there

 2   are standards bodies out there that

 3   control this, but most of the other

 4   exchanges aren't even members of those

 5   standards bodies.

 6              So I -- you're framing it

 7   in a general way that seems awfully

 8   limiting, and so I'm not really sure.

 9        Q.    Well, let me phrase it

10   slightly different then.

11        A.    Okay.

12        Q.    For Google, when DFP and

13   AdX were separate products -- which

14   would include this August of 2015

15   period, correct?

16        A.    Mm-hmm.

17              MS. FORKNER:  Objection to

18        form.

19   BY MR. KOROLOGOS:

20        Q.    You've got to say "yes" or

21   "no" again.

22        A.    Yes.

23        Q.    What was it that Google's

24   products -- let me withdraw that.

25              So for Google, when DFP and
```

80

```
 1   AdX were separate products, how would

 2   Google instruct the user's web browser

 3   to send a pingback when the ad payload

 4   is fully downloaded?

 5            MS. FORKNER:  Objection to

 6        form.

 7            THE WITNESS:  What's

 8        referred to in the document that

 9        we're looking at under "delayed

10        impressions" refers to a project

11        that was underway when this

12        document was written, which is

13        in 2016.

14            Prior to the launch of

15        delayed impressions, billable

16        events were defined as when the

17        ad was served.  There was no

18        client-side pingback.

19   BY MR. KOROLOGOS:

20        Q.   And subsequent to that, I

21   take it there was a pingback?

22        A.   That is what was introduced

23   in this delayed impressions launch.

24        Q.   And so once the delayed

25   impressions project launched, how did
```

81

1    Google's ad server instruct the user's

2    web browser to ping back that it had

3    received the full payload?

4          A.    In the manner that we had

5    previously described for web.  That was

6    the implementation that was behind

7    delayed impressions.

8          Q.    And so the ad server would

9    send, along with the payload, an

10   instruction for the browser to say, let

11   me know when you have it all?

12         A.    It was a URL that was

13   basically embedded in the creative that

14   was, this is where to ping.

15         Q.    And not only this is where

16   to ping, but this is when you should

17   ping?

18         A.    No.

19         Q.    How did it know it was

20   fully downloaded if it didn't say when

21   to ping?

22         A.    Because in the context of

23   processing a network protocol, you know

24   when you're done receiving the full

25   response.  That is an attribute of

82

```
 1   network communications.

 2        Q.    So essentially a last step

 3   is, let me know you got it?

 4        A.    And so once we know that we

 5   have the full payload, before we start

 6   rendering the ad, that's when we send

 7   that ping.

 8              And knowing to send the

 9   ping at that time is logic that's in the

10   code, in the client.

11              In the case of Ad Manager,

12   it's the GPT tag.

13        Q.    What does GPT stand for?

14        A.    Google Publisher Tag.

15        Q.    And in the case of DFP

16   before Ad Manager, where was it?

17        A.    GPT.

18        Q.    Same tag?

19        A.    Mm-hmm.

20        Q.    Just part of DFP at that

21   time, instead of Ad Manager?

22        A.    Because there was no Ad

23   Manager.

24        Q.    While we are in this

25   Exhibit 2, if you can go over to the
```

In Re - Google Digital Advertising Antitrust Litigation    Glenn Berntson
Highly Confidential    September 06, 2024

83

```
 1    page that ends in 944.
 2              There's a reference to
 3    Narnia2.  Do you see that?
 4         A.    Yes.
 5         Q.    What is Narnia2?
 6         A.    Narnia2 is a Google-wide
 7    initiative to give users better controls
 8    and transparency into how their identity
 9    is used to support advertising and to
10    provide better ads to users that have
11    opted into allowing their identity to be
12    used for ad targeting.
13         Q.    Okay.  How does Narnia2 --
14    let me withdraw that.
15              How -- how did Narnia2
16    relate to NERA, N-E-R-A?
17         A.    NERA was a proposal that
18    would have been built on top of Narnia2,
19    but it was never launched.
20         Q.    Why was it never launched?
21         A.    I was not party to making
22    that decision.
23         Q.    There's reference in this
24    Narnia2 section to Gaia.
25              Do you see that?
```

84

```
1          A.    Yes.

2          Q.    What is Gaia?

3          A.    Gaia, which is a signed-in

4    Google user.

5          Q.    So if I'm using a Google

6    Chrome browser and I sign in to my

7    Google account, I would be considered a

8    signed-in Google user?

9          A.    No.

10         Q.    Why not?

11         A.    Signing into your Chrome

12   browser itself does not mean that you're

13   signed in, in the context of the web

14   browser pages that are displayed in

15   Chrome.

16               Unless you meant "sign in"

17   to mean something different.  You said

18   using your Chrome browser and you sign

19   in to your Chrome browser?  Or --

20         Q.    No, I said using a Google

21   Chrome browser.  So I'm using a

22   Google --

23         A.    What are you signing in to?

24         Q.    My Google account.

25         A.    How are you doing that?
```

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential

Glenn Berntson
September 06, 2024

85

```
 1          Q.    I go to Google and it asks
 2     me to sign in.
 3          A.    So -- so you mean
 4     google.com?
 5          Q.    Or Gmail or --
 6          A.    Okay.
 7          Q.    -- some other functionality
 8     that Google provides.
 9          A.    So you're signing in to a
10     Google property.
11          Q.    Yes.
12          A.    Within the browser.
13          Q.    Yes.
14          A.    Okay.  That's different.
15                So ask your question again.
16     I misunderstood your first question.
17          Q.    So let me -- let me ask it
18     this way.
19                You said that a -- Gaia,
20     G-A-I-A, is a signed-in Google user.  I
21     take it that's the account for the user,
22     right?
23          A.    It's the account.
24          Q.    Okay.  And so if I sign in
25     to my Gmail, my presence within Gmail is
```

86

```
 1    associated with my Google account, my

 2    Gaia; is that right?

 3          A.    I'm trying to parse what

 4    you're saying.

 5                Your presence within Gmail

 6    is associated, what?  I don't know what

 7    you mean by presence within.

 8          Q.    Well, I've signed into

 9    Gmail, right?

10          A.    Okay.

11          Q.    Gmail knows it's me because

12    of my account, right?

13          A.    And you signed in.

14          Q.    Yes.

15          A.    Okay.

16          Q.    And so that's what Gaia is,

17    at least with respect to Gmail?

18          A.    Okay.  I'm not an expert in

19    Gmail, but it sounds reasonable.

20          Q.    With respect to you're

21    saying Gaia is a signed-in Google user,

22    what do you mean by signed-in Google

23    user?

24          A.    It is a user that has a

25    Google account, and in the context of,
```

In Re - Google Digital Advertising Antitrust Litigation        Glenn Berntson
Highly Confidential                            September 06, 2024

87

```
 1    for example, being in a web browser, has

 2    signed into their Google account, and,

 3    therefore, their Google account identity

 4    is present within the browser, following

 5    your Gmail example, meaning that they

 6    then see their e-mails when they're

 7    looking at the Gmail page.

 8          Q.    Okay.  And it doesn't

 9    matter whether I do that through Chrome

10    or Safari or some other web browser,

11    correct?

12                As long as I'm signed in to

13    my Google account, there's still a Gaia

14    associated with me doing that; is that

15    right?

16          A.    When you're in Gmail, yeah.

17          Q.    Okay.  What is a Gaia Keyed

18    serving?

19          A.    "Gaia Keyed serving" is a

20    term that describes how we use Gaia when

21    it is present and all the appropriate

22    permissions are in place, rather than

23    another non-signed-in identity to

24    support ad serving.

25          Q.    And is Biscotti a
```

88

1    non-signed-in identity?

2         A.    Biscotti is a non-signed-in

3    identity.

4         Q.    And what is Biscotti other

5    than a non-signed-in identity?

6         A.    The term "Biscotti" is used

7    to refer to multiple different things.

8         Q.    And when you refer to

9    Biscotti, what do you mean?

10        A.    I'm using Biscotti to refer

11   to the third-party cookie that is set,

12   associated with the DoubleClick.net

13   domain in a web browser that has a

14   random number in it that then represents

15   a signed-out, or rather, non-signed-in

16   user.

17        Q.    Non-Google-signed-in?

18        A.    Not signed into Google.

19   It's generated independent of that.

20        Q.    And does Google use Gaia

21   Keyed serving instead of Biscotti when

22   the user is signed in to a Google

23   account?

24             MS. FORKNER:  Objection to

25        form.

In Re - Google Digital Advertising Antitrust Litigation                    Glenn Berntson
Highly Confidential                                            September 06, 2024

89

```
 1              THE WITNESS:  It depends.
 2   BY MR. KOROLOGOS:
 3        Q.    What does it depend on?
 4        A.    It depends on whether we
 5   have access to the third-party cookie
 6   that actually carries the Gaia token
 7   that we use for authentication to make
 8   sure it is a Gaia account.
 9              It depends on whether the
10   publisher has opted out of allowing Gaia
11   Keyed serving on their site.  It depends
12   on whether browsers support the
13   third-party cookies.  It depends on
14   whether the user has signed out of their
15   account.  It depends on all of those
16   factors.
17              And I assume we're just
18   talking about web right now.
19        Q.    Yes.  And sticking with
20   web.  How often is Gaia Keyed serving
21   used instead of Biscotti?
22              MS. FORKNER:  Objection to
23        form.
24   BY MR. KOROLOGOS:
25        Q.    Roughly speaking.
```

90

```
 1            MS. FORKNER:  Objection to

 2        form.

 3            THE WITNESS:  I don't

 4        have -- I don't know off the top

 5        of my head what that is.  But I

 6        can say it's an awful lot less

 7        than it was a few years ago.

 8        Because since we launched

 9        support for this, more and more

10        web browsers don't support

11        third-party cookies.

12            And on web browsers that

13        don't support third-party

14        cookies, we don't have access to

15        this information, so it's not

16        enabled.

17 BY MR. KOROLOGOS:

18        Q.    What's a GFP cookie?

19        A.    A GFP cookie is a

20 first-party cookie.

21            Earlier in the day we were

22 talking about first-party cookies.

23 It's -- it's an example of a first-party

24 cookie.

25        Q.    And specifically what does
```

91

```
 1   the GFP cookie do?

 2         A.    There are two versions of

 3   the GFP cookie.  Version 1 supports

 4   non-personalization use-cases and was

 5   designed to be used by publishers when

 6   third-party cookies weren't available to

 7   support critical and non-personalization

 8   use-cases, fraud prevention, frequency

 9   capping, stuff like that.

10              GFP Cookie V2 is a

11   first-party cookie that supports all the

12   uses of the GFP Cookie 1, but it also

13   supports publishers who want to use it

14   for personalization use cases.  And for

15   GFP Cookie V2, they have the option of

16   enabling it for sharing it with DSPs so

17   that they could use it similarly.

18         Q.    And I take it Biscotti is

19   not a GFP cookie because that's a

20   third-party cookie; is that right?

21         A.    They are distinct cookies.

22   And, yes, it a third-party cookie.

23              MR. KOROLOGOS:  We've been

24         going about another hour.

25              Do you want to take a
```

Case 1:21-cv-07034-PKC    Document 320-6    Filed 02/20/26    Page 94 of 194
In Re - Google Digital Advertising Antitrust Litigation                Glenn Berntson
Highly Confidential                                September 06, 2024

92

```
 1            break?
 2                 MS. FORKNER:  Sure.
 3                 THE VIDEOGRAPHER:  The
 4            time is 11:40 a.m.  We are going
 5            off the record.
 6                 (Short break.)
 7                 THE VIDEOGRAPHER:  It is
 8            11:52 a.m.  We are back on the
 9            record.
10       BY MR. KOROLOGOS:
11            Q.    Hello again.
12                 Do you recall working on
13       issues related to header bidding line
14       item limits?
15            A.    Yes, I do.
16            Q.    What is a header bidding
17       line item limit?
18                 MS. FORKNER:  Objection to
19            form.
20                 THE WITNESS:  I think
21            answering that requires sort of
22            context as to what line items
23            are.
24                 Line items -- and header
25            bidding line item limit is not
```

In Re - Google Digital Advertising Antitrust Litigation          Glenn Berntson
Highly Confidential                              September 06, 2024

93

```
 1          really a header bidding line

 2          item limit, it's just a line

 3          item limit.

 4   BY MR. KOROLOGOS:

 5          Q.    Okay.

 6          A.    DoubleClick for Publishers,

 7   and now GAM, allows publishers to manage

 8   direct relationships with advertisers,

 9   relationships with other SSPs, et

10   cetera, in fairly sophisticated ways,

11   where different deals or relationships

12   can be represented through line items.

13              And a line item has

14   targeting associated with it.  So only

15   on my sports pages or whatever it --

16   whatever it happens to be.

17              And so these line items

18   represent business logic that are

19   targetable and actionable within

20   serving, in terms of how to express how

21   a publisher wants to manage ads on their

22   site.

23              By default, Ad Manager

24   allows publishers to create 65,000 line

25   items.  And they can create as many or
```

In Re - Google Digital Advertising Antitrust Litigation                Glenn Berntson
Highly Confidential                                September 06, 2024

94

```
 1    as few as they want to meet their

 2    business needs.

 3                    There are some publishers

 4    -- very, very few publishers have

 5    requested more than the limits that we

 6    have in place.  And they include

 7    businesses like cars.com.

 8                    I think we had a realtor

 9    site where they basically created line

10    items associated with each different,

11    like, used car in their inventory.

12                    Header bidding represents a

13    technology that was built that

14    leverages, you know, DFP originally and

15    now GAM as a platform, where these line

16    items are directly targetable so you can

17    specify a key value pair, target a line

18    item.

19                    And there's a line item

20    type called price priority, which you

21    can set a value associated with that

22    particular line item so if it's

23    targeted, it's now eligible, and we look

24    at all of the line items that are

25    eligible to serve.
```

95

```
 1                    And from a price priority
 2      perspective, we take the highest price
 3      of all the line items that are targeted.
 4                    So line item limits have
 5      been around since the very beginning of
 6      Ad Manager.  And we need limits.
 7                    And to be clear, these are
 8      active line item limits.  You can create
 9      a million line items in our system.  But
10      only 65,000 can be active at a time,
11      because we then take all of those line
12      items and move them into serving in a
13      low-latency cache, where I can target
14      them and use the information and serving
15      time.
16                    The more line items we have
17      to marshal into serving, the higher the
18      resource costs.  And we have to actually
19      do budgeting ahead of time to make sure
20      we've adequately provisioned all of our
21      data centers to provision all of the
22      complex targeting that would then be
23      live, and it requires more when you have
24      more line items.
25                    So that's what a line item
```

96

1    limit is, to sort of make sure that

2    we -- you know, a publisher doesn't

3    arbitrarily make a set of changes that

4    blow past our ability to serve ads for

5    all of our publishers using our system.

6                    Some publishers using

7    header bidding decided that they want to

8    have fairly complex setups with very

9    fine granularity where they modeled out

10   their system and they said, I need more

11   than 65,000 line items.

12                    So this -- what is a line

13   item limit, a header bidding line item

14   limit?  It's a limit on the number of

15   line items.  It's not specific to header

16   bidding.  It's been around since the

17   beginning of DFP.  It predates me by a

18   long shot.  And it's a limit that's

19   there to ensure that our systems scale

20   effectively and one publisher doesn't

21   bring down the whole system.

22         Q.    And you mentioned that line

23   item limits have been around as long as

24   Ad Manager.  But they predated Ad

25   Manager as well, correct?

97

```
 1         A.    Yeah.  Predates me.

 2         Q.    In other words, even before

 3    2015?

 4         A.    It predates header bidding.

 5         Q.    Did you -- did you believe

 6    that header bidding was dangerous for

 7    Google?

 8              MS. FORKNER:  Object to

 9         form.

10              MR. KOROLOGOS:  What's the

11         nature of the objection?

12              MS. FORKNER:  What do you

13         mean by "dangerous for Google"?

14    BY MR. KOROLOGOS:

15         Q.    You can answer.

16         A.    No.

17         Q.    Did you consider header

18    bidding a threat to Google's business?

19              MS. FORKNER:  Object to

20         form.

21              THE WITNESS:  I did not.

22    BY MR. KOROLOGOS:

23         Q.    Did you prefer that

24    publishers not use header bidding?

25         A.    No.
```

98

```
 1          Q.    Let me show you a document
 2   that the court reporter has marked as
 3   Berntson Deposition Exhibit 3.  It bears
 4   Production Number GOOG-DOJ-13942565 to
 5   66.
 6               (Document marked for
 7          identification as Berntson
 8          Exhibit 3.)
 9   BY MR. KOROLOGOS:
10          Q.    Do you have Exhibit 3 in
11   front of you?
12          A.    I do.
13          Q.    This appears to be an
14   e-mail exchange that you were a part
15   of --
16          A.    Mm-hmm.
17          Q.    -- from 2017.
18               Do you see that?
19          A.    Mm-hmm.
20          Q.    You've got to say "yes" or
21   "no."
22          A.    Sorry.  Yes.
23          Q.    And specifically from
24   December 13th of 2017, is the date of
25   your e-mail, and I believe all of the
```

99

1    e-mails in this chain.

2                    Do you see that?

3         A.    Yes.

4         Q.    And is this an e-mail that

5    you sent in the ordinary course of your

6    work on Google Ad Manager?

7         A.    Yes.

8         Q.    Let me show you a document

9    that we will mark as Berntson Deposition

10   Exhibit 4, which bears Production Number

11   GOOG-DOJ-15365980 through 86.

12                    (Document marked for

13            identification as Berntson

14            Exhibit 4.)

15   BY MR. KOROLOGOS:

16        Q.    Do you have Exhibit 4 in

17   front of you?

18        A.    I do.

19        Q.    This, again, appears to be

20   an e-mail exchange that you're involved

21   in from March of 2017, late March.  It

22   looks like it starts on March 28th, and

23   this particular chain ends on

24   March 30th.

25                    Do you see that?

100

```
 1          A.    Yes.

 2          Q.    And there is an e-mail from

 3   you that starts at the bottom of the

 4   second page, March 29, 2017, at 10:39 in

 5   the morning.

 6               Do you see that?

 7          A.    I do.

 8          Q.    And is this, again, an

 9   e-mail string that you would have sent

10   or received in the ordinary course of

11   your work on Google Ad Manager team?

12          A.    Yes.

13          Q.    Let me show you a document

14   that I'll ask the court reporter to mark

15   as Berntson Deposition Exhibit 5, which

16   is a document that bears Production

17   Number GOOG-AT-MDL-007343684 to 85.

18               (Document marked for

19          identification as Berntson

20          Exhibit 5.)

21   BY MR. KOROLOGOS:

22          Q.    This appears to be an

23   e-mail string from May of 2019.

24               Do you see that?

25          A.    Yes, I do.
```

101

```
 1          Q.    The subject is listed as
 2    ALI proposal.
 3                Do you see that?
 4          A.    I do see that.
 5          Q.    What does ALI stand for; do
 6    you know?
 7          A.    Active line items.
 8          Q.    Okay.  And is this, again,
 9    an e-mail exchange that you would have
10    had in the ordinary course of your work
11    on Google Ad Manager?
12          A.    Yes.
13          Q.    Let me ask the court
14    reporter to mark as Berntson Deposition
15    Exhibit 6 a document that bears the
16    production number GOOG-AT-MDL-010582112
17    through 14.
18                (Document marked for
19          identification as Berntson
20          Exhibit 6.)
21    BY MR. KOROLOGOS:
22          Q.    This is an e-mail string
23    from July of 2019 that you appear to be
24    on, with the subject heading of "Strat
25    for Gaia Council Tomorrow re NERA."
```

102

```
1              Do you see that?
2         A.    I do see that.
3         Q.    And is this an e-mail
4    string that you would have participated
5    in, in your ordinary course of work on
6    Google Ad Manager team?
7         A.    Yes.
8         Q.    Okay.  I'll ask the court
9    reporter to mark as Exhibit 7 in the
10   Berntson deposition a document that
11   bears Production Number
12   GOOG-AT-MDL-010572641 to 42.
13              (Document marked for
14         identification as Berntson
15         Exhibit 7.)
16   BY MR. KOROLOGOS:
17        Q.    This appears to be an
18   e-mail exchange from November 28, 2018.
19              Do you see that?
20        A.    Yes.
21        Q.    Is this, again, an e-mail
22   exchange that you would have had in the
23   ordinary course of your work on the
24   Google Ad Manager team?
25        A.    Yes.
```

Case 1:21-cv-07034-PKC    Document 320-6    Filed 02/20/26    Page 105 of 194
In Re - Google Digital Advertising Antitrust Litigation                    Glenn Berntson
Highly Confidential                                                September 06, 2024

103

```
 1          Q.    Who is ███████?  At least

 2    in November of 2018, what role did she

 3    --

 4          A.    I don't know.

 5          Q.    Pardon me?

 6          A.    I don't know.

 7          Q.    Okay.  How about ████████

 8    ████████?

 9          A.    ████████.

10          Q.    ████████.

11                Who is that?

12          A.    He was an engineer on my

13    team.

14          Q.    I'll ask the court reporter

15    to mark as Berntson Deposition Exhibit 8

16    a document that bears Production Number

17    GOOG-AT-MDL-B-004782578 through 610.

18                (Document marked for

19          identification as Berntson

20          Exhibit 8.)

21    BY MR. KOROLOGOS:

22          Q.    Do you have Exhibit 8 in

23    front of you?

24          A.    I do.

25          Q.    Do you recognize that
```

104

 1    document?

 2         A.    I don't.

 3         Q.    Do you see that you're

 4    listed as one of the lead authors?

 5         A.    I contribute to a lot of

 6    papers.

 7         Q.    Do you believe that that's

 8    not an accurate representation?

 9         A.    I don't understand your

10    statement.

11         Q.    When it identifies you,

12    among others, as lead authors.

13         A.    I think I just need time to

14    review the paper to remember it.

15         Q.    Go for it.

16         A.    Okay.

17         Q.    Has that refreshed your

18    recollection about the document?

19         A.    The document is really just

20    sort of the first two pages.  The rest

21    are comments.  I got sort of thrown off

22    because of the format of this paper.

23    All the rest is typically embedded as

24    comments.  But yes.

25         Q.    And is this a document that

In Re - Google Digital Advertising Antitrust Litigation                    Glenn Berntson
Highly Confidential                                September 06, 2024

105

1    you would have participated in, in the

2    ordinary course of your work in the

3    Google Ad Manager team?

4          A.    Yes.

5          Q.    Let me show you a document

6    as Berntson Deposition Exhibit 9 that

7    bears Production Number

8    GOOG-AT-MDL-C-000073682 to 92.

9              (Document marked for

10         identification as Berntson

11         Exhibit 9.)

12   BY MR. KOROLOGOS:

13         Q.    Have you had a chance to

14   look at Exhibit 9?

15         A.    Yep.

16         Q.    Do you recognize it?

17         A.    I do.

18         Q.    What is it?

19         A.    It's a declaration.

20         Q.    And it's a declaration that

21   bears the caption of this multi-district

22   litigation case; is that right?

23         A.    Where does it say that?

24         Q.    Well, let me ask it this

25   way.

106

```
 1              Do you understand that the
 2    caption at the very top of the page, the
 3    first page, refers to this case, In re
 4    Google Digital Antitrust Litigation?
 5         A.    Yes, I see that.
 6         Q.    Okay.
 7         A.    But it doesn't have the
 8    rest of the text that you said it had.
 9    It doesn't say MDL anywhere on here.
10         Q.    Oh.  Do you see the number
11    over on the right which says --
12         A.    MID?
13         Q.    -- 1-MD-3010 PKC?
14              Do you see that?
15         A.    I do see that.
16         Q.    And that happens to be, you
17    may not know, the number for this case.
18              MS. FORKNER:  Objection to
19         form.
20              THE WITNESS:  I don't
21         know.
22    BY MR. KOROLOGOS:
23         Q.    Who prepared this
24    declaration?
25         A.    I did.
```

107

```
 1        Q.    And when did you prepare

 2   it?

 3        A.    Earlier this year.

 4        Q.    Why did you prepare it?

 5        A.    At the request of counsel.

 6        Q.    When was that request made?

 7        A.    Earlier this year.

 8        Q.    When this year?

 9        A.    I don't remember.

10        Q.    Do you remember

11   approximately?

12        A.    I think it was within the

13   last couple of months, which means not

14   within the first quarter, not within the

15   second quarter.  Probably sometime after

16   March, because it wasn't that long ago.

17              And I have so many things

18   going on, I don't really pay attention

19   to dates.  Last week feels like a year

20   ago.

21        Q.    This is dated June 28,

22   2024, if you look at the last page.

23        A.    That sounds about right.

24        Q.    Do you recall how far

25   before you signed it that you began work
```

108

```
 1    on it?
 2              MS. FORKNER:  Objection to
 3         form.
 4              MR. KOROLOGOS:  What's the
 5         objection?
 6              MS. FORKNER:  "Began work
 7         on it."
 8    BY MR. KOROLOGOS:
 9         Q.   You can answer.
10         A.   I don't remember how much
11    time I put into this document.
12         Q.   Do you recall how long
13    before you signed it you were asked to
14    prepare it?
15              MS. FORKNER:  Objection to
16         form.  Asked and answered.
17              THE WITNESS:  As I have
18         said, I don't remember that
19         level of detail.
20    BY MR. KOROLOGOS:
21         Q.   Do you recall approximately
22    how long before you signed it that you
23    were asked to prepare it?
24              MS. FORKNER:  Objection to
25         form.  Asked and answered.
```

109

```
 1              THE WITNESS:  I can give

 2        you a speculation.

 3  BY MR. KOROLOGOS:

 4        Q.    What's your speculation?

 5        A.    It was probably in June,

 6  because I don't think we -- I don't

 7  think my conversation with counsel about

 8  this was an extended one.

 9              MS. FORKNER:  I'm just

10        going to caution you not to

11        reveal any contents of your

12        discussions with counsel.

13              THE WITNESS:  Sorry,

14        sorry.

15              But probably the beginning

16        of June.

17  BY MR. KOROLOGOS:

18        Q.    Did you prepare -- let me

19  withdraw that.

20              Did you work on different

21  drafts of this declaration?

22        A.    Yes.

23        Q.    Approximately how many

24  drafts did you work on?

25        A.    Less than a handful.
```

110

```
 1          Q.    Less than five?

 2          A.    I think so.

 3          Q.    Did you receive comments

 4   from anybody on any drafts?

 5                MS. FORKNER:  Objection.

 6                I'll just caution you not

 7          to reveal any contents of

 8          discussions you had with

 9          counsel.

10                You can answer.

11                THE WITNESS:  All

12          conversations and comments

13          associated with this document

14          were explicitly -- all took

15          place in the presence of

16          counsel.

17   BY MR. KOROLOGOS:

18          Q.    And did you receive

19   comments on any of the drafts?

20                And right now I'm asking

21   for a yes or no.

22          A.    I need to understand what

23   you mean by did I receive comments.  If

24   your question is did I send this

25   document to somebody and they commented
```

111

```
 1    on it, the answer is no, I did not

 2    receive any such comments, ala this type

 3    of comment.

 4            Q.    Did you receive comments

 5    orally or in writing from anybody on any

 6    of the five or fewer drafts of Berntson

 7    Deposition Exhibit 9?

 8            A.    No information was

 9    collected or discussed in the

10    preparation of this declaration that was

11    not in the presence of counsel.

12            Q.    That wasn't my question.

13                 The question was whether

14    you received comments, orally or in

15    writing, from anybody on any of the five

16    or fewer drafts of Deposition Exhibit 9?

17                 MS. FORKNER:  You can

18            respond yes or no.  I think

19            that's what he's looking for.

20                 THE WITNESS:  Yes.

21    BY MR. KOROLOGOS:

22            Q.    And did you receive any

23    comments, again without revealing what

24    those comments were, from Google's

25    counsel?
```

112

```
 1              MS. FORKNER:  Again, you

 2         can answer yes or no.

 3              THE WITNESS:  Yes.

 4    BY MR. KOROLOGOS:

 5         Q.    Did you receive any

 6    comments from anyone employed by Google

 7    that is not a lawyer?

 8         A.    Yes.

 9         Q.    Who was that?

10              MS. FORKNER:  Objection.

11              I would have to speak to

12         him to know if he can answer

13         that question.

14              MR. KOROLOGOS:  Just the

15         name?

16              MS. FORKNER:  Well, I

17         don't know in what context.

18              You can identify the name,

19         yeah.  That's fine.

20              MR. KOROLOGOS:  All I'm

21         asking for is the name at this

22         point.

23              MS. FORKNER:  You can

24         provide the name.

25              THE WITNESS:  ████████ --
```

113

```
 1    BY MR. KOROLOGOS:

 2         Q.    Anybody else --

 3         A.    -- and ████████████.

 4         Q.    How do you spell ████

 5    ██████  name?

 6         A.    ██████████████████.

 7         Q.    And who is the other name,

 8    ████?

 9         A.    ██████████████████████.

10         Q.    And what is ██████████████

11    position?

12         A.    He is a product manager.

13         Q.    For what area?

14         A.    AdSense.

15         Q.    And what is ████████████████

16    position?

17         A.    He is an engineer.

18         Q.    In what area?

19         A.    Reporting.

20         Q.    Anybody else that was not a

21    lawyer that you received comments from?

22         A.    I don't think so.

23         Q.    Do you still have the other

24    drafts of Exhibit 9?

25                MS. FORKNER:  Objection to
```

114

```
 1        form.
 2               THE WITNESS:  No.  To be
 3        clear, I never had them.
 4   BY MR. KOROLOGOS:
 5        Q.   When you say you never had
 6   them, what do you mean?
 7        A.    Counsel basically took
 8   information from our conversations and
 9   put it into a document they owned.
10               MS. FORKNER:  I'll just
11        caution you not to reveal too
12        much about the drafting process,
13        to the extent it reveals
14        communications with counsel.
15               THE WITNESS:  Okay.
16   BY MR. KOROLOGOS:
17        Q.   How was this document
18   prepared?
19               MS. FORKNER:  Objection to
20        form.
21               I'm going to instruct the
22        witness not to answer.
23               MR. KOROLOGOS:  On the
24        basis of what?
25               MS. FORKNER:  Privilege.
```

115

1          MR. KOROLOGOS:  How is

2     that privileged?

3          MS. FORKNER:  Because the

4     work product.  The drafting

5     process is work product.

6          MR. KOROLOGOS:  Well, are

7     you asserting privilege or work

8     product?

9          MS. FORKNER:  Privilege

10    and work product.

11         MR. KOROLOGOS:  What?

12         MS. FORKNER:  They are

13    both reflected, privilege and

14    work product.

15         MR. KOROLOGOS:  Well --

16         MS. FORKNER:  I'm

17    instructing him not to answer.

18    You can move on and ask another

19    question, but that's my

20    instruction to the witness.

21         I'll also note for the

22    record that we've been going

23    almost three hours and the basis

24    for your request for this

25    deposition was the declarations,

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential

1    and we have yet to even talk

2    about them.

3         So it seems like a waste

4    of time to talk about the

5    drafting process, but you can

6    use your time as you may.

7         MR. KOROLOGOS:  Well, the

8    witness has not told the truth

9    it's --

10        MS. FORKNER:  I

11   strongly --

12        MR. KOROLOGOS:  -- in one

13   or more questions -- let me

14   finish my point.

15        The witness has not told

16   the truth in one or more answers

17   to the questions I've asked

18   today about how this document

19   was prepared.  And I believe I'm

20   entitled to understand how the

21   document was prepared.

22        MS. FORKNER:  I don't

23   believe the witness has not told

24   the truth.

25        MR. KOROLOGOS:  Well, the

117

```
 1          record will reflect what the

 2          record reflects.

 3               MS. FORKNER:  I agree.

 4  BY MR. KOROLOGOS:

 5          Q.   Are you going to abide by

 6  the instruction of your counsel to not

 7  answer the question?

 8          A.   I am.

 9          Q.   Where did you get the

10  information that is reflected in

11  Deposition Exhibit 9?

12               MS. FORKNER:  Objection to

13          form.

14               You can answer to the

15          extent you can do so without

16          revealing discussions with

17          counsel.

18               THE WITNESS:  Through my

19          knowledge and in discussions

20          with counsel, with experts

21          already named.

22  BY MR. KOROLOGOS:

23          Q.   ███████████████████?

24          A.   Correct.

25          Q.   Any other way?
```

Case 1:21-cv-07034-PKC   Document 320-6   Filed 02/20/26   Page 120 of 194
In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential

Glenn Berntson
September 06, 2024

118

```
 1          A.    I'm sorry.  Did you ask a
 2    question?
 3          Q.    Yes.
 4                Any other way that you got
 5    information for Berntson Deposition
 6    Exhibit 9?
 7                MS. FORKNER:  Same
 8          objection and instruction.
 9                You can answer to the
10          extent it doesn't reveal
11          discussions with counsel.
12                THE WITNESS:  The list of
13          publishers required actually
14          pulling it out of the database.
15    BY MR. KOROLOGOS:
16          Q.    What database?
17          A.    This came out of the Ad
18    Manager publisher database.
19          Q.    Any other sources?
20          A.    No.
21          Q.    If you look in the
22    declaration, in Paragraph 3, you state
23    that, "With its launch in June 2003,
24    AdSense provided Google Ads, then
25    AdWords, buyers with the ability to
```

119

1    purchase display ads on the websites of

2    AdSense publishers without using a

3    publisher ad server."

4              Do you see that?

5         A.    Yes.

6         Q.    You then go on to say,

7    "Today publishers may use" -- "may still

8    use AdSense without a separate publisher

9    ad server, like the ad serving

10   functionality of Google Ad Manager.

11   However, AdSense does not offer the full

12   functionality of a publisher ad server."

13             Do you see that?

14        A.    I do see.

15        Q.    Has AdSense in the past

16   offered the full functionality of a

17   publisher ad server?

18        A.    No.

19        Q.    What's your basis for

20   saying that?

21        A.    My knowledge.  I don't

22   really understand the question

23   otherwise.

24        Q.    Well, you didn't work on

25   AdSense, right?

120

```
1          A.    I have not.

2          Q.    And you didn't start at

3    Google in any position involving display

4    ads until 2015, correct?

5          A.    Correct.

6          Q.    So what's the basis of your

7    knowledge of what AdSense did or did not

8    offer before 2015?

9          A.    Education I received in the

10   context of working in my current

11   position within Google.

12         Q.    Anything else?

13         A.    I think that covers it.

14         Q.    Okay.  Would it be accurate

15   to say that there are two ways to use

16   AdSense:  One is to use AdSense itself

17   to book and serve an ad and the other is

18   to use AdSense via an AdSense line item

19   in Ad Manager as the ad server?

20         A.    I would not characterize it

21   that way.

22         Q.    Why not?

23         A.    Because, number one, you're

24   not booking ads in AdSense when you use

25   AdSense directly.  So your
```

121

1    characterization seems flawed and

2    inaccurate to me.

3                 And when you're using an

4    AdSense line item within Ad Manager,

5    you're using Ad Manager.

6                 The reference to AdSense is

7    specifically the technical

8    implementation of how the programmatic

9    ad request is processed.  And it's not

10   specific to the AdSense product.  It's a

11   historical moniker.

12        Q.    Anything else?

13        A.    I think that's adequate.

14        Q.    Can a publisher book

15   AdSense into a third-party ad server?

16                 MS. FORKNER:  Objection to

17        form.

18   BY MR. KOROLOGOS:

19        Q.    You can answer.

20        A.    I'm not an expert on

21   third-party ad servers, but, generally

22   speaking, an ad server -- a publisher

23   can configure a line item -- a creative

24   associated with a line item to contain

25   an arbitrary tag which would then be

122

```
1    returned to a page and rendered.  And

2    that arbitrary tag could actually

3    interact with the AdSense tag on page,

4    which could trigger a request for an ad

5    from AdSense.

6              This is general capability

7    of how the web works in terms of passing

8    information back that is then rendered

9    into client.

10        Q.    Has that always been the

11   case for AdSense?

12             MS. FORKNER:  Objection to

13        form.

14             THE WITNESS:  Because

15        AdSense is just on the web, the

16        answer is yes, because it's an

17        attribute of the way the web

18        works.  Yeah.

19   BY MR. KOROLOGOS:

20        Q.    In Paragraph 6, further

21   down on that same page, your declaration

22   states, "At least since 2009, AdSense

23   has incorporated an auction

24   functionality that allows buyers, which

25   today include DSPs and ad networks, to
```

123

```
 1    bid for the inventory made available by

 2    publishers using AdSense."

 3              Do you see that?

 4        A.    I do see that.

 5        Q.    When did that start?

 6        A.    I believe since 2009.

 7        Q.    Why do you say at least

 8    since 2009 instead of giving a

 9    particular date?

10        A.    Because I don't have

11    information that is more granular than

12    the date I gave.

13        Q.    What did you do to try to

14    find out?

15              MS. FORKNER:  Objection to

16        form.

17              You can answer to the

18        extent it doesn't reveal

19        discussions with counsel.

20              THE WITNESS:  I mean,

21        prior to drafting this, the

22        significant part of it is the

23        knowledge that I already have.

24              And so this is capturing

25        my knowledge, and ███████ was
```

124

```
1          part of a conversation to make

2          sure my information was as

3          accurate as possible.

4    BY MR. KOROLOGOS:

5          Q.    And is the source of this

6    particular date your knowledge or

7    something you got from somebody else?

8              MS. FORKNER:  Objection to

9          form.

10              You can answer to the

11         extent it's not revealing

12         discussions with counsel.

13              THE WITNESS:  This comes

14         from my knowledge.

15   BY MR. KOROLOGOS:

16         Q.    Over in Paragraph 8, top of

17   the next page, a reference to AdSense

18   operates on a revenue share model.

19              Do you see that?

20         A.    I do.

21         Q.    And then further down you

22   describe how publishers generally

23   received ■ percent of the revenue

24   recognized by Google in connection with

25   AdSense, at least before January of
```

125

```
 1   2024.

 2              Do you see that?

 3        A.    I do see that.

 4        Q.    And Google's share is the

 5   flip side of that, the █ percent,

 6   right?

 7        A.    Correct.

 8        Q.    You then go on to say, "In

 9   January of 2024, Google changed the

10   structure of its revenue share such that

11   the sell-side revenue share is now

12   20 percent after the application of any

13   buy-side fees."

14              Do you see that?

15        A.    I do.

16        Q.    What was the structure

17   before January 2024 with respect to

18   percentages that led to the █ percent?

19        A.    There was not a

20   partitioning of sell-side versus

21   buy-side rev share.  It was just a

22   Google rev share.

23        Q.    Why did Google partition

24   its rev share starting in January of

25   2024?
```

126

```
 1          A.    I'd have to speculate.  I

 2   don't know the complete answer, but I

 3   can --

 4          Q.    Do you know any part of the

 5   answer?

 6          A.    I'll give you the piece

 7   that's my understanding, which is from

 8   the perspective of really wanting to

 9   sort of understand what is the value

10   proposition associated with the profit

11   and loss of individual products within

12   Google's portfolio.  We needed to start

13   explicitly accounting for what role,

14   including partitioning rev shares,

15   different products were providing, in

16   this, say, flow of delivering an ad.

17              Without that, you can't

18   actually have per-product P&L.

19          Q.    Why did Google decide in

20   January of 2024 that it needed to have

21   that explicit accounting for those

22   different roles?

23              MS. FORKNER:  Objection to

24       form.

25   BY MR. KOROLOGOS:
```

127

1          Q.    You can answer.

2          A.    I don't know the answer to

3   that question.

4          Q.    In the last sentence of

5   that paragraph, you say that "Google

6   Ads, which takes a 15 percent buy-side

7   revenue share" -- I'm sorry.  Let me

8   back up.  I'll withdraw that.

9               In the last sentence of

10  that paragraph, you say, "For Google

11  Ads, which takes a 15 percent buy-side

12  revenue share, this would result in

13  publishers continuing to generally

14  receive ■ percent of the bid."

15              Do you see that?

16         A.    I do.

17         Q.    How does 20 percent and

18  15 percent work out to ■ percent?

19         A.    The way the rev shares are

20  applied is from a sequence.  There's the

21  bid that comes in.  There is a rev share

22  that is then taken, say the 15 percent

23  rev share, and then the 20 percent rev

24  share is 20 percent on top of what is

25  left.

128

 1                    And so because you have a

 2      sequence of multiplication, the values

 3      are not additive.

 4           Q.    The 15 and the 20 are not

 5      additive?

 6           A.    That's right.

 7           Q.    Because they're on

 8      different denominators?

 9           A.    It ends up with a

10      approximately ■ percent rev share back

11      to the pub.

12           Q.    How was the ■ percent

13      determined before January of 2024 with

14      respect to buy-side versus sell-side?

15           A.    I don't know the answer to

16      that question.

17           Q.    In Paragraph 9, you say,

18      "Historically, most AdSense publishers

19      were paid on a cost-per-click basis."

20                    Do you see that?

21           A.    Yep.

22           Q.    When you say most, what do

23      you mean?

24           A.    Most of the ad buying, you

25      know, the ads that then serve to

129

1    AdSense, came from Google Ads.  And the

2    way that Google Ads submitted bids was

3    calculating performance based off of

4    cost per click.

5              And so because the majority

6    of ads was through AdWords, that -- that

7    pathway was using a cost per click.

8        Q.    Last sentence of

9    Paragraph 9 reads, "In January 2024,

10   AdSense moved to a cost-per-mille, CPM,

11   payment model."

12             Do you see that?

13       A.    Yeah.

14       Q.    Why was that changed?  Why

15   was that change implemented?

16       A.    To align with the rest of

17   the industry.

18             Basically, virtually all

19   web programmatic ad buying, in terms of

20   prices and how it's tracked, is all on a

21   CPM basis.  And having some of the

22   transactions on AdSense remain on CPC

23   means it was misaligned with the rest of

24   the industry.

25             And to make it easier for

130

```
 1   everybody, moving to a standardized,

 2   this is how bids are represented, what

 3   they mean, et cetera, this is

 4   significant simplification.

 5          Q.    Why -- let me withdraw

 6   that.

 7                How long was the CPC,

 8   cost-per-click, basis misaligned with

 9   the rest of the industry?

10                MS. FORKNER:  Objection to

11          form.

12   BY MR. KOROLOGOS:

13          Q.    You can answer.

14          A.    I don't understand your

15   question.

16          Q.    Well, you said that the

17   change to CPM, cost-per-mille, was

18   because having some of the transactions

19   on AdSense remain on CPC means that it

20   was misaligned with the rest of the

21   industry.

22          A.    Okay.

23          Q.    When you said that, for how

24   long was it the case that AdSense's

25   approach was misaligned with the rest of
```

131

1    the industry?

2         A.    When AdSense was launched,

3    all of the demand available for AdSense

4    was AdWords.  And AdWords is -- was CPC

5    then and is CPC now.

6              In 2009 -- or earlier.

7    2009 is when I know it was -- is the

8    first date in which I know it was

9    active, when AdSense added support for

10   integrating with DSP and network demand,

11   that demand came in as CPM.

12             So having multiple

13   different sort of transactional sort of

14   values or ways of setting bids, whether

15   it's CPC or CPM, existed between 2009

16   and 2024 for AdSense.

17             And AdSense moved to sort

18   of standardizing on CPM, which is how

19   DSP network integrations were priced in

20   terms of bids, and so the

21   standardization then -- so I guess the

22   answer to your question is 2009.

23        Q.    Until January of 2024?

24        A.    That's right.

25        Q.    Why didn't Google make that

In Re - Google Digital Advertising Antitrust Litigation    Glenn Berntson
Highly Confidential    September 06, 2024

132

```
 1    change earlier?

 2              MS. FORKNER:  Objection to

 3         form.

 4              THE WITNESS:  I don't know

 5         the answer to that question.

 6         I'd have to speculate.

 7    BY MR. KOROLOGOS:

 8         Q.   The rest of your

 9    declaration relates to data transfer

10    report files.

11              Do you see that?

12         A.   I do.

13         Q.   What's a data transfer

14    report file?

15         A.   Ad Manager offers to Ad

16    Manager 360 publishers an option for an

17    additional service that -- in which we

18    would provide what we call data transfer

19    files that contain event-level data of

20    all the ads served to their property.

21         Q.   How many Ad Manager 360

22    publishers are there approximately?

23         A.   So I don't know the answer

24    to that question off the top of my head.

25    But it's a minority, not the majority.
```

In Re - Google Digital Advertising Antitrust Litigation                Glenn Berntson
Highly Confidential                                      September 06, 2024

133

```
 1          Q.    Do you know how many

 2   publishers there are in Ad Manager

 3   approximately?

 4          A.    There are thousands.

 5          Q.    Are there more than a

 6   thousand Ad Manager 360 publishers?

 7          A.    I don't think so.  The

 8   number of Ad Manager 360 publishers is

 9   much smaller than the number of Ad

10   Manager small business publishers.  I

11   don't have the numbers off the top of my

12   head.

13          Q.    In Paragraph 13 --

14          A.    Yes.

15          Q.    -- you are talking here

16   about -- let me withdraw that.

17                In Paragraph 12, you

18   mention, "When Google transitioned to a

19   unified first-price auction in September

20   of 2019, Google removed the option for

21   bidders to opt out of including

22   information about their bids in BDT

23   files."

24                Do you see that?

25          A.    I do.
```

134

```
 1        Q.    Why did Google remove the

 2   option for bidders to opt out?

 3             MS. FORKNER:  Objection to

 4        form.

 5             THE WITNESS:  Because we

 6        wanted to provide a complete set

 7        of bids back to the publisher.

 8   BY MR. KOROLOGOS:

 9        Q.    And then in Paragraph 13

10   you say, "The inclusion of information

11   about a more complete set of bids raised

12   two types of concerns for Google."

13             And then you refer to a

14   then-existing contract with an important

15   Authorized Buyer.

16        A.    Yeah.

17        Q.    And then secondly, you

18   relate to some privacy concerns.

19             Do you see that?

20        A.    Yeah.

21        Q.    On the first of those, the

22   then-existing contract, who was that

23   with?

24             MS. FORKNER:  You can

25        answer.
```

Case 1:21-cv-07034-PKC    Document 320-6    Filed 02/20/26    Page 137 of 194

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential

Glenn Berntson
September 06, 2024

135

```
 1              THE WITNESS:  █████.

 2   BY MR. KOROLOGOS:

 3        Q.    And any other contracts

 4   that raised that issue or was it just

 5   ████?

 6        A.    There were precursor

 7   discussions.  There were concerns raised

 8   also by other bidders, but none actually

 9   were blocking this move.  So

10   operationally it was just ████.

11        Q.    And what was done to try to

12   resolve, if anything, the issue of the

13   contractual issue with █████?

14              MS. FORKNER:  Objection to

15        form.

16              THE WITNESS:  I wasn't

17        involved in all the discussions.

18        ███████████████████████

     █████████████████████

     █████████████████████

21        ████████████████

     ██████████████████████

     █████████████████

     ██████████████████████

     ██████████████████████
```

136



18    BY MR. KOROLOGOS:

19         Q.    Was there consideration

20    given to simply excluding ██████████?

21              MS. FORKNER:  Objection to

22         form.

23

Case 1:21-cv-07034-PKC    Document 320-6    Filed 02/20/26    Page 139 of 194
In Re - Google Digital Advertising Antitrust Litigation                    Glenn Berntson
Highly Confidential                                        September 06, 2024

137



14    BY MR. KOROLOGOS:

15         Q.    And were you successful in

16    convincing ██████?

17              MS. FORKNER:  Objection to

18         form.

19              THE WITNESS:  Yes.

20    BY MR. KOROLOGOS:

21         Q.    And what did you convince

22    them to do?

25              MS. FORKNER:  Objection to

138

```
 1         form.
 2                    THE WITNESS:  ███████  is an
 3         Authorized Buyer partner in good
 4         standing on our platform right
 5         now.
 6   BY MR. KOROLOGOS:
 7         Q.    Further down in
 8   Paragraph 13, you refer to a key part
 9   field.
10              Do you see that?
11         A.    Yeah.
12         Q.    What's the key part field?
13         A.    The key part field is what
14   our reporting team refers to as,
15   basically, an identifier.  And in the
16   case of the bid data transfer file, it
17   includes multiple bids, you know, a
18   whole bunch of bids, but some bids are
19   from one auction, other bids are from
20   another auction.  And so the key part
21   field will be the same for all of the
22   bids that are in the bid DT file
23   associated with one auction.
24         Q.    In that same section that
25   refers to key part fields, you state,
```

Case 1:21-cv-07034-PKC    Document 320-6    Filed 02/20/26    Page 141 of 194
In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential

Glenn Berntson
September 06, 2024

139



1    "Google removed other fields that

2    otherwise could have been used to

3    probabilistically join BDT files with

4    other data transfer report files."

5             Do you see that?

6        A.    I do.

7        Q.    What do you mean by that?

8        A.

10       Q.

12       A.

21       Q.

23       A.

25       Q.    Now, in Paragraph 14 you

140

1    say, "In January of 2024, Google made

2    available to publishers using Google Ad

3    Manager 360 a modified bid" -- "bids

4    data transfer report file, a joinable

5    bids data transfer report file, that

6    could be joined with other data transfer

7    report files containing bid information

8    for requests originating outside of

9    Europe."

10                Why did Google make that

11   change?

12                MS. FORKNER:  Objection to

13       form.

14   ███████████████████████████████

███████████████████████████████████

███████████████████████████████

██████████████████████████████████

█████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

███████████████████

22                And earlier this year, we

23       did.

24   BY MR. KOROLOGOS:

25       Q.    Why did Google not make

Case 1:21-cv-07034-PKC    Document 320-6    Filed 02/20/26    Page 143 of 194

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential

Glenn Berntson
September 06, 2024

141



1    that change earlier?

2              MS. FORKNER:  Objection to

3         form.

4              THE WITNESS:  I actually

5         think we laid out a lot of the

6         reasons for sort of doing that.

7

18

142



17            And as we learn new pieces

18       of information, we shift that

19       strategy.

20   BY MR. KOROLOGOS:

21            Q.    Okay.  How did you get

22   around the ███████ contract issue that

23   you mentioned in Paragraph 13 --

24            MS. FORKNER:  Objection to

25       form.

143

BY MR. KOROLOGOS:

     Q.    -- that changed in January

of 2024?

               MS. FORKNER:  Calls for a

          legal conclusion.  I don't know

          how you expect the witness to

          answer that.

BY MR. KOROLOGOS:

     Q.    You can answer.

     A.    I did describe what I knew

about the conversations with ███████

previously.

     Q.    When were those

conversations?

     A.    We have conversations with

██████, like, every month.  And many of

the conversations relate to contracting.

Others relate to performance.  So I

think we've just had ongoing

conversations with ██████.

     Q.    I'm talking about the

conversations that you mentioned when I

asked you about Paragraph 13, which was

about the September 2019 adjustments.

     A.    Mm-hmm.

144

```
 1          Q.    Do you recall that?

 2          A.    I do.  But I was not party

 3    to those conversations.  I know of them.

 4    I don't know when they took place

 5    specifically.

 6          Q.    Who was party to them?

 7          A.    I wasn't there.  I don't

 8    know.

 9          Q.    And do you know of any

10    conversations that Google had with

11    ████████ that led to the change that

12    occurred in January of 2024 for Google

13    Ad Manager 360 publishers?

14          A.    I know the conversations

15    took place.  I have no insight into the

16    specifics of those conversations or who

17    was present.  I'm just an engineer.

18          Q.    Other than knowing,

19    generally, the conversations took place,

20    do you have any other general

21    understanding of those conversations or

22    who was present?

23          A.    Nothing beyond what I

24    already shared.

25          Q.    In Paragraphs 15, 16, and
```

145

1    17, you have lists of publishers.

2         A.    Mm-hmm.

3         Q.    Do I understand the

4    declaration correctly that the

5    information that was provided as of

6    August 31, 2019, to the 41 publishers

7    you list in Paragraph 17 is of the same

8    type of the information that's provided

9    to the list of publishers in

10   Paragraph 15 for the non-joinable BDT

11   files?

12        A.    I don't understand your

13   question.

14              Are you asking -- or are

15   they both lists of publishers?

16        Q.    Let me -- let me try it

17   again.

18              You talk in Paragraph 15

19   about publishers that are subscribed to

20   receive non-joinable BDT files.

21        A.    Mm-hmm.

22        Q.    In 16 you have a list of

23   publishers who have subscribed as of

24   June 25, 2024, the same date as of for

25   Paragraph 15, of publishers who have

In Re - Google Digital Advertising Antitrust Litigation                    Glenn Berntson
Highly Confidential                                  September 06, 2024

146

```
1    subscribed to receive joinable BDT

2    files, right?

3           A.    Mm-hmm.

4           Q.    That's a yes or no again.

5           A.    Yes.

6           Q.    And in 17, you go back in

7    time to August 31st of 2019, and you

8    identify 41 publishers subscribed to

9    receive BDT files.

10          A.    Okay.

11          Q.    In terms of the type of

12   information available, not the list of

13   publishers, but the type of information

14   available to these different

15   subscribers, is the information

16   available in the BDT files for the

17   publishers in Paragraph 17 the same type

18   of information available to the

19   publishers identified in Paragraph 15

20   for the non-joinable BDT files?

21          A.    All right.  I'm in the

22   process of sort of mapping this, which I

23   think you're basically asking, are there

24   differences in content shared in

25   different bid DT files at different
```

147

1    points in time.

2                Right?

3        Q.    That is essentially my

4    question, if you stick to non-joinable

5    BDT files as compared to the

6    September 2019 BDT files.

7            A.    The bid data transfer

8    files, prior to the changes in 2019, may

9    not complain complete -- contain

10   complete bid information.  So they are

11   missing any guarantee that you actually

12   have all the bids.  And having all of

13   the bids is something that was a change

14   that we made in 2019.  So that is a

15   delta between the two.

16       Q.    Okay.  What about comparing

17   the information available in BDT files

18   as of August 31, 2019, compared to the

19   publishers listed in Paragraph 16 that

20   receive --

21           A.    The joinable.

22       Q.    -- joinable BDT files?

23           A.    The same difference

24   applies.

25                The joinable bid data

148

1    transfer files also will contain all of

2    the bids.

3          Q.    Will they contain the same

4    information aside from bids?

5          A.    The joinable bid data

6    transfer file does not contain all of

7    the fields that are present in the

8    non-joinable bid DT file.

9          Q.    Joinable is a subset of the

10   non-joinable?

11         A.    That is my understanding.

12         Q.    What fields are not

13   available to the joinable BDT file

14   subscribers as compared to the

15   non-joinable?

16         A.    I don't have the full list

17   in my head.

18         Q.    Do you recall any of them?

19         A.    I can give you an example.

20               Advertiser identity.  Who

21   is the advertiser associated with the

22   ad, with the bid.

23         Q.    Any other examples?

24         A.    That's the only one I know

25   of.

149

```
1        Q.    And so the advertiser

2   associated -- let me withdraw that.

3              So that advertiser field

4   would be available to the non-joinable

5   BDT files?

6        A.    That is correct.

7        Q.    And let's talk about -- let

8   me withdraw that.

9              We've got three different

10  sets of BDT files identified in this

11  declaration.  You've got non-joinable

12  BDT files as of June 25, 2024; joinable

13  BDT files as of June 25, 2024; and BDT

14  files as of August 31, 2019, right?

15             You've got to say "yes" or

16  "no."

17       A.    Yes.

18       Q.    For the -- as of June 25,

19  2024, joinable versus non-joinable, in

20  terms of fields, you've identified one

21  difference?

22       A.    Yeah.

23       Q.    Within the fields,

24  particularly key part and the timestamp,

25  how does the data differ between the
```

150

1    non-joinable and the joinable?

2          A.    Well, for the joinable bid

3    data transfer file, the key part is now

4    the same ID that is present for

5    impressions, in the impression data

6    transfer file.

7                In the non-joinable data

8    transfer file, it's truncated, it's

9    modified, so that it is not an ID that

10   is present in the impressions data

11   transfer file, therefore, it is not

12   joinable.  But it still allows you to

13   uniquely identify the bids associated

14   with one option.

15         Q.    What about timestamp?

16         A.    The timestamp is given with

17   granularity in the impression data

18   transfer file.  So if you join the two

19   files together, you have the timestamp.

20         Q.    And that's true for

21   joinable and non-joinable, or is it

22   different?

23         A.    It's true -- so for a

24   joinable bid DT, any data that's in the

25   impression data transfer file, because

151

1    you can join them, you have available,

2    because it's associated with one ad that

3    was served.  You know, equivalent of a

4    billable -- billable event.  That's

5    what's in the impression data transfer

6    file.

7           Q.    Okay.

8           A.    So any data that's

9    available there, once you join it with

10   bid DT, you have all of that for one

11   impression, including the timestamp.

12          Q.    And what about in

13   non-joinable?

14          A.    We already talked about

15   non-joinable.

16          Q.    How does -- let me withdraw

17   that.

18                Does the -- does any of the

19   timestamp information differ in the

20   non-joinable BDT file or is it simply an

21   access question?

22          A.    We already talked about the

23   timestamp in the non-joinable bid DT

24   file.  It is -- I believe the timestamp

25   still exists, but it's very

152

1    coarse-grained. ████████████

████████████████████████

████████████████████████████

████████████████████ --

5         Q.    That was a difference

6    compared to the joinable where it is not

7    coarse-grained; is that right?

8         A.    I don't know if the

9    joinable bid data transfer file itself

10   has a timestamp.

11        Q.    Or whether you can just

12   access it --

13        A.    It has a deterministic key

14   to join with the impression in the

15   impression data transfer file.  So I

16   don't know why you care about the

17   timestamp in the joinable bid data

18   transfer file.  It doesn't matter.

19        Q.    In the BDT files, as of

20   August 31, 2019 --

21        A.    Yes.

22        Q.    -- how does the key part

23   compare to the joinable and the

24   non-joinable BDT files as of June 25,

25   2024?

153

1          A.    So to start with, that was

2    five years ago.  So you're asking what

3    was the status of the bid data transfer

4    file five years ago.

5               Yeah, I do not believe that

6    data -- bid -- the bid data transfer

7    files were joinable until 2024.

8               So even prior to 2019, the

9    key part would be an identifier that was

10   not a deterministic join key back to the

11   impression data transfer file.

12         Q.    And was there any

13   coarsening of the timestamp?

14         A.    Yeah.  I don't know the

15   history of what coarsening was applied

16   in the original version of the bid data

17   transfer file.

18         Q.    Okay.

19         A.    But I expect that there

20   likely was.

21               MR. KOROLOGOS:  Why don't

22        we take a short break.

23               THE VIDEOGRAPHER:  It is

24        1:10 p.m.  We're going off the

25        record.

154

```
 1              (Short break.)

 2              THE VIDEOGRAPHER:  It is

 3         1:35 p.m.  We're back on the

 4         record.

 5    BY MR. KOROLOGOS:

 6         Q.    Do you still have

 7    Exhibit 9?

 8         A.    Yes, I do.

 9         Q.    In Paragraph 15, which is

10    the -- I'm sorry -- Paragraph 17, which

11    is a list of August 31, 2019,

12    subscribers to receive BDT files.

13         A.    Mm-hmm.

14         Q.    So as of this pre-September

15    2019 time period, so including for

16    these, but anybody else that got BDT

17    files before the change in September of

18    2019, were they informed that the data

19    transfer files did not include some of

20    the bidding data?

21         A.    I don't know what our help

22    center documentation included in 2019.

23    I don't know.

24         Q.    Who would know that?

25         A.    The product manager who
```

155

```
 1    worked on this specifically is probably

 2    the best person.

 3              I think they are still at

 4    Google, but they are not in ads anymore.

 5         Q.    Do you know who that is?

 6         A.    Mm-hmm.

 7         Q.    Who is it?

 8         A.    ███████████

 9         Q.    And for the period between

10    September of 2019 and January of 2024,

11    were publishers that subscribed to BDT

12    data informed about what was and was not

13    included in the bidding data?

14         A.    We have fairly extensive

15    documentation for all of the features in

16    all of our products.  And that

17    documentation for the bid data

18    transfer -- transfer files will describe

19    all of the fields that are present.

20              We don't have a list of

21    everything that's not in a bid data

22    transfer file because the universe of

23    things that exist is quite large.  So

24    instead we documented what was there.

25    We didn't document what was not there.
```

156

1      Q.    And in terms of what was

2  there and what was documented, did it

3  describe that the key part data was

4  truncated?

5      A.    I am confident that it

6  included information that said that the

7  key part did not provide the ability to

8  join back to the impression DT.

9          The specific means by which

10  the joinability is broken, I don't know

11  if the documentation said that it was

12  truncated or other.

13      Q.    And how about any

14  description of the coarsening of the

15  timestamp, was that included?

16      A.    The help center document --

17  documents would include a description of

18  what the granularity is, not necessarily

19  the rationale for why that granularity

20  was selected.

21      Q.    And in -- let me withdraw

22  that.

23          With the change that

24  occurred in January of 2024, as you

25  describe in Paragraph 14, how were

157

1    publishers informed that they could now

2    receive joinable BDT files?

3         A.    For all material changes in

4    functionality, we send out notices to

5    publishers.  And there is a variety of

6    mechanisms that we include.

7              We include version notes

8    anytime we change functionality that

9    includes a description of what is

10   changed.

11             We include explicit

12   communications to publishers when

13   functionality has changed materially.

14   There's help center documentation.

15             And I need to check, but I

16   suspect that publishers have the ability

17   within our UI to choose which version of

18   the bid data transfer file they want

19   access to.

20        Q.    And I get that from a

21   general standpoint.

22             Do you know whether this

23   particular change that occurred in

24   January of 2024 was communicated in the

25   ways you describe, to the Google Ad

158

```
1    Manager 360 publishers?
2         A.    Yeah, all material changes
3    we communicate to publishers.  I'm
4    confident in saying all GAM 360
5    publishers were notified of this change.
6         Q.    Back in Paragraph 8, we
7    talked about that a little bit earlier.
8              Do you know when Google
9    internally shifted to a per-product
10   profit and loss statement?
11             MS. FORKNER:  Objection to
12        form.
13             THE WITNESS:  I don't know
14        a particular date associated
15        with that.  I know that internal
16        business metrics and reporting
17        have changed over time, but I am
18        not party -- I don't know when
19        Google made such a decision.
20   BY MR. KOROLOGOS:
21        Q.    Do you know generally?
22        A.    No.
23        Q.    Do you know if it made that
24   change in 2024 that precipitated this
25   specific change you mentioned in
```

159

```
 1   Paragraph 8?

 2            MS. FORKNER:  Objection to

 3        form.

 4            THE WITNESS:  No, I do not

 5        know.

 6   BY MR. KOROLOGOS:

 7        Q.    Do you know if Google

 8   shifted to a per-product P&L as far back

 9   as 2020?

10            MS. FORKNER:  Objection to

11        form.

12            THE WITNESS:  I don't

13        really understand your question

14        as it relates to Paragraph 8.

15   BY MR. KOROLOGOS:

16        Q.    Well, from a per-product

17   standpoint, I'm referring to the

18   sell-side versus buy-side P&L, which is

19   what you told me drove the change in

20   January of 2024 described in paragraph

21   --

22        A.    I believe I speculated that

23   that was the case.

24            But I also don't understand

25   what your question is in relation to
```

160

1    2020.

2         Q.    In January of 2024, were

3    there -- let me withdraw that.

4              In 2023, do you have an

5    understanding as to whether Google

6    separately accounted for buy-side versus

7    sell-side revenue?

8         A.    For some products they did.

9    Paragraph 8 is specific to AdSense.

10        Q.    Do you know whether they

11   did for AdSense?

12        A.    I don't.

13        Q.    Do you know whether they

14   did in 2022?

15        A.    I mean, given the way the

16   rev shares were calculated, there was a

17   single rev share that was taken for

18   AdSense.

19             And, again, your question

20   is just specific to AdSense, right?

21        Q.    Yes.

22        A.    This is what I know about

23   AdSense, and the history of their rev

24   shares.

25        Q.    And not more?

161

```
 1        A.    Not more.

 2        Q.    Back to the drafting of

 3   Deposition Exhibit 9, how many versions

 4   of this document did you review?

 5        A.    To my knowledge, I was

 6   involved because this is my declaration

 7   and all versions of the document.

 8        Q.    Let me ask the question

 9   again because I don't think I got an

10   answer.

11             How many versions of this

12   declaration did you review?

13             MS. FORKNER:  Objection.

14        Asked and answered.

15             THE WITNESS:  We

16        previously discussed how many

17        versions of this document there

18        were, which is the number of

19        versions I'm aware of.  And I

20        was involved in all of them.

21   BY MR. KOROLOGOS:

22        Q.    And so you reviewed those

23   handful or less versions before this

24   final version was signed?

25        A.    Yes.
```

162

```
 1          Q.    Let me show you a document

 2     that we'll mark as Berntson Deposition

 3     Exhibit 10, which bears Production

 4     Number GOOG-AT-MDL-C-000076497 through

 5     501.

 6                    (Document marked for

 7             identification as Berntson

 8             Exhibit 10.)

 9     BY MR. KOROLOGOS:

10          Q.    Do you recognize that

11     document?

12          A.    I do recognize this

13     document.

14          Q.    And what is it?

15          A.    It's a declaration.

16          Q.    And it's your declaration,

17     correct?

18          A.    Yes.

19          Q.    Do you recall when you were

20     asked to prepare this?

21          A.    Approximately.

22          Q.    Approximately when?

23          A.    Approximately May or June

24     this year.  Midyear.

25          Q.    It's executed July 11,
```

                                                                    163

1    2024.  Does that help refresh your

2    recollection as to when you were asked

3    to prepare it?

4         A.    It was earlier this year.

5         Q.    Approximately how far

6    before July 11, 2024, do you recall

7    being asked to prepare it?

8              MS. FORKNER:  Objection.

9         Asked and answered.

10   BY MR. KOROLOGOS:

11        Q.    You can answer.

12        A.    I already told you, May or

13   June.

14              If you want that in terms

15   of an interval, that would be one to

16   two months.

17        Q.    Thank you.

18              In Paragraph 5, in the

19   first sentence, it reads, "The Google

20   third-party cookie used to synonymously

21   identify a web browser instance on a

22   given device for advertising purposes

23   was known internally within Google as a

24   Biscotti and is stored under the

25   DoubleClick.net domain."

164

```
 1                   Do you see that?
 2         A.    I do.
 3         Q.    What do you mean by a web
 4   browser instance on a given device?
 5   What's an instance?
 6         A.    So a given device is a
 7   given physical piece of hardware such as
 8   the laptop in front of you.  And an
 9   instance of a browser is one browser
10   associated with one signed-in account on
11   your laptop.  You can have multiple
12   signed-in accounts on your laptop.
13               And if you create a
14   separate incognito session, that is a
15   separate session as well.  Because
16   really what defines the granularity of
17   the entity here is what's called the
18   cookie jar.
19               And so, so long as you have
20   a shared cookie jar, then basically any
21   cookies that are written into that space
22   or read from that space represents a
23   single instance.
24               And you can have Chrome on
25   a laptop or a desktop that has different
```

165

 1    instances, ala different cookie jars,

 2    associated with different logins on the

 3    same computer.  Or when you explicitly

 4    instruct your browser to say, create a

 5    separate cookie space, ala incognito

 6    mode.

 7              Did that answer your

 8    question?

 9         Q.    It did.  Thank you.

10         A.    Okay.

11         Q.    What is the DSID cookie?

12         A.    The DSID cookie is the

13    cookie -- is the name of the cookie in

14    the browser externally that carries the

15    Biscotti.

16         Q.    When you say externally,

17    what do you mean?

18         A.    So internally we call it

19    Biscotti.  But if you go look at sort of

20    the names of all of the cookies within a

21    browser, you'll never find the name

22    Biscotti.  It's an internal name.  You

23    will find DSID.

24         Q.    Okay.  So external to

25    Google?

166

```
 1          A.    Well, within the browser
 2     itself.
 3          Q.    And so DSID is the name
 4     used for Biscotti within the browser?
 5          A.    Yeah.
 6          Q.    Okay.
 7                MR. KOROLOGOS:  No further
 8          questions.
 9                MS. FORKNER:  Does anyone
10          else have questions, or are
11          we...
12                MR. KOROLOGOS:  I don't
13          believe so.  They can speak for
14          themselves if they do.
15                THE COURT REPORTER:  Does
16          anybody have questions?  This is
17          the court reporter.
18                For the people on Zoom,
19          does anyone have questions?
20                MS. FORKNER:  We want
21          to -- we'll chat.
22                Go off the record for a
23          few minutes.
24                THE VIDEOGRAPHER:  The
25          time is 1:51 p.m.  We're going
```

167

```
1          off the record.

2                (Short break.)

3                THE VIDEOGRAPHER:  The

4          time is 1:57 p.m.  We are back

5          on the record.

6                   -  -  -

7                EXAMINATION

8                   -  -  -

9    BY MS. FORKNER:

10         Q.   Mr. Berntson, prior to 2018

11   and the rebranding to GAM, could a

12   publisher use ad serving functions

13   offered by Google without using the

14   exchange functions offered by Google?

15         A.   Yes.

16               MR. KOROLOGOS:  Object to

17         the form of the question.

18   BY MS. FORKNER:

19         Q.   Today, can a publisher use

20   the ad serving functions offered by

21   Google without using the exchange

22   functions offered by Google?

23               MR. KOROLOGOS:  Same

24         objection.

25               THE WITNESS:  Yes.
```

168

1          MS. FORKNER:  No more

2     questions.

3          MR. KOROLOGOS:  No further

4     questions.

5          MS. FORKNER:  We'll read

6     and sign and mark it highly

7     confidential.

8          MR. KOROLOGOS:  Okay.

9          MS. FORKNER:  Thanks.

10          MR. KOROLOGOS:  Thank you.

11          THE VIDEOGRAPHER:  It is

12     1:58 p.m.  We are going off the

13     record.

14          **********

15          (Excused.)

16          (Deposition concluded at

17     approximately 1:58 p.m.)

18

19

20

21

22

23

24

25

169

2                    CERTIFICATE

5           I HEREBY CERTIFY that the
    witness was duly sworn by me and that the
6   deposition is a true record of the
    testimony given by the witness.

            It was requested before
8   completion of the deposition that the
    witness, GLENN BERNTSON, have the
9   opportunity to read and sign the
    deposition transcript.

11

                *Michelle L. Ridgway*
12  _____
    MICHELLE L. RIDGWAY,
13  A Registered Professional
    Reporter, Certified Shorthand
14  Reporter, Certified Realtime
    Reporter, Certified Court
15  Reporter and Notary Public
    Dated:  September 9, 2024

16

17

18

19          (The foregoing certification

20  of this transcript does not apply to any

21  reproduction of the same by any means,

22  unless under the direct control and/or

23  supervision of the certifying reporter.)

24

25

170

```
 1                 INSTRUCTIONS TO WITNESS

 2

 3                 Please read your deposition

 4    over carefully and make any necessary

 5    corrections.  You should state the reason

 6    in the appropriate space on the errata

 7    sheet for any corrections that are made.

 8                 After doing so, please sign

 9    the errata sheet and date it.

10                 You are signing same subject

11    to the changes you have noted on the

12    errata sheet, which will be attached to

13    your deposition.

14                 It is imperative that you

15    return the original errata sheet to the

16    deposing attorney within thirty (30) days

17    of receipt of the deposition transcript

18    by you.  If you fail to do so, the

19    deposition transcript may be deemed to be

20    accurate and may be used in court.

21

22

23

24

25
```

171

```
 1              -   -   -   -   -
                E   R   R   A   T   A
 2              -   -   -   -   -

 3

 4    PAGE   LINE   CHANGE

 5    _____  _____  _____

 6       REASON:    _____

 7    _____  _____  _____

 8       REASON:    _____

 9    _____  _____  _____

10       REASON:    _____

11    _____  _____  _____

12       REASON:    _____

13    _____  _____  _____

14       REASON:    _____

15    _____  _____  _____

16       REASON:    _____

17    _____  _____  _____

18       REASON:    _____

19    _____  _____  _____

20       REASON:    _____

21    _____  _____  _____

22       REASON:    _____

23    _____  _____  _____

24       REASON:    _____

25
```

172

1

2           ACKNOWLEDGMENT OF DEPONENT

3

4            I,_____, do

5    hereby certify that I have read the

6    foregoing pages, 1 - 173, and that the

7    same is a correct transcription of the

8    answers given by me to the questions

9    therein propounded, except for the

10   corrections or changes in form or

11   substance, if any, noted in the attached

12   Errata Sheet.

13

14

15   _____

16    GLENN BERNTSON                    DATE

17

18

19   Subscribed and sworn
     to before me this
20   _____ day of _____, 20____.

21   My commission expires:_____

22

23   _____
     Notary Public

24

25

173

1                       LAWYER'S NOTES

2      PAGE   LINE

3      _____  _____   _____

4      _____  _____   _____

5      _____  _____   _____

6      _____  _____   _____

7      _____  _____   _____

8      _____  _____   _____

9      _____  _____   _____

10     _____  _____   _____

11     _____  _____   _____

12     _____  _____   _____

13     _____  _____   _____

14     _____  _____   _____

15     _____  _____   _____

16     _____  _____   _____

17     _____  _____   _____

18     _____  _____   _____

19     _____  _____   _____

20     _____  _____   _____

21     _____  _____   _____

22     _____  _____   _____

23     _____  _____   _____

24     _____  _____   _____

25

**0**

**09** 53:3

**1**

**1** 53:1,6,9 54:8 69:11 91:3,12

**1-MD-3010** 106:13

**10** 162:3,8

**10007** 9:16

**10:32** 51:18

**10:39** 100:4

**10:46** 51:22

**11** 54:12 56:20 162:25 163:6

**11:40** 92:4

**11:52** 92:8

**12** 133:17

**13** 53:16 133:13 134:9 138:8 142:23 143:23

**13th** 98:24

**14** 101:17 139:25 156:25

**15** 127:6,11,18,22 128:4 144:25 145:10,18,25 146:19 154:9

**16** 144:25 145:22 147:19

**17** 145:1,7 146:6,17 154:10

**175** 9:14

**1:10** 153:24

**1:35** 154:3

**1:51** 166:25

**1:57** 167:4

**1:58** 168:12,17

**2**

**2** 75:15,18 82:25

**20** 69:11 125:12 127:17,23,24 128:4

**2003** 118:23

**2009** 122:22 123:6,8 131:6,7,15,22

**2012** 23:22,24 25:5

**2015** 21:9,14,19,22 22:13 23:24 24:21 25:7 76:18 78:11 79:14 97:3 120:4,8

**2016** 69:3 74:2 76:8 80:13

**2017** 98:17,24 99:21 100:4

**2018** 42:8 102:18 103:2 167:10

**2019** 37:13,25 100:23 101:23 133:20 143:24 145:6 146:7 147:6,8,14,18 149:14 152:20 153:8 154:11,15,18,22 155:10

**2020** 53:16 54:12 56:20 57:4 159:9 160:1

**2022** 160:14

**2023** 160:4

**2024** 9:18 107:22 125:1,9,17,25 126:20 128:13 129:9 131:16,23 140:1 143:3 144:12 145:24 149:12,13,19 152:25 153:7 155:10 156:24 157:24 158:24 159:20 160:2 163:1,6

**25** 145:24 149:12,13,18 152:24

**262** 11:11

**28** 102:18 107:21

**28th** 99:22

**29** 100:4

**3**

**3** 9:14 69:7 74:1 98:3,8,10 118:22

**30** 76:22 77:22

**30th** 99:24

**31** 145:6 147:18 149:14 152:20 154:11

**31st** 146:7

**32** 125:5

**360** 132:16,21 133:6,8 140:3 144:13 158:1,4

**4**

**4** 99:10,14,16

**41** 145:6 146:8

**42** 102:12

**4:18** 54:13

**5**

**5** 69:7,8 74:1 100:15,20 163:18

**50** 75:22

**501** 162:5

**51st** 9:15

**6**

**6** 9:18 101:15,20 122:20

**610** 103:17

**65,000** 93:24 95:10 96:11

**66** 98:5

**68** 124:23 125:18 127:14,18 128:10, 12

**6:00** 53:17

**7**

**7** 102:9,15

**8**

**8** 103:15,20,22 124:16 158:6 159:1,14 160:9

**85** 100:17

**86** 99:11

**9**

**9** 105:6,11,14 111:7,16 113:24 117:11 118:6 128:17 129:9 154:7 161:3

**92** 105:8

**941** 76:13

**944** 83:1

**9:35** 9:6

**A**

**A-L-I** 113:6

**a.m.** 9:6 51:18,22 92:4,8

**A/b** 35:21

**abide** 117:5

**ability** 63:25 96:4 118:25 156:7 157:16

**abuse** 136:6

**access** 16:6 89:5 90:14 151:21 152:12 157:19

**accessed** 28:9

**accomplishments** 76:8

**account** 84:7,24 85:21,23 86:1,12,25 87:2,3,13 88:23 89:8,15 164:10

**accounted** 160:6

**accounting** 126:13,21

**accounts** 164:12

**accurate** 45:25 69:6 70:25 71:2 104:8 120:14 124:3

**actionable** 93:19

**active** 38:24 95:8,10 101:7 131:9

**actively** 28:25 37:25

**actual** 17:5 52:21 55:1,9,12 69:19

**actuality** 71:11

**acute** 65:1

**ad** 11:20 12:7,16,19,23 13:4,14,19 14:5,12,18,22,23 15:17,20 16:1,4,8, 14 17:10,16,21,24 18:8,13 19:11,15 20:22 21:3,8,24 22:8,10,12,17,19,20 23:1,4,7,15 25:7 26:18,24 27:10,13 30:8,11,25 31:9,12,15,23 32:11,18,20 33:10,21 34:11 35:15 36:13,21 40:12, 16,22 41:2,12,14,25 42:4,9,16 43:11 44:15 45:13,15,16,19 46:13,16,18 47:13,20 49:2,5,7,8,12,13,15,19,21, 22,23 50:2,10,14,15,23 55:16,19,20 56:4,5,6,7,17,25 57:3,13,15,18,20,22 58:16,17,23,24 59:2,9,12,21 60:2,6, 22,24 61:5,9,25 62:5,14 63:1,2,4,5, 10,14,15,19,22,24,25 65:6,10,16 66:3,8,16,21,25 67:11,12 69:9 70:7, 19,23 72:7 74:14 75:4 77:8,10,11,20, 25 78:8,13,15 80:3,17 81:1,8 82:6,11, 16,21,22 83:12 87:24 93:23 95:6 96:24 99:6 100:11 101:11 102:6,24 105:3 118:17 119:3,9,10,12,17 120:17,19 121:4,5,9,15,21,22 122:4, 25 126:16 128:24 129:19 132:15,21 133:2,6,8,9 139:19 140:2 141:7 144:13 148:22 151:2 157:25 167:12, 20

**added** 131:9

**additional** 38:16,20 44:9 132:17

**additive** 128:3,5

**address** 11:9 17:1 36:23 61:22

**adequate** 121:13

**adequately** 95:20

**adjustment** 52:9

**adjustments** 143:24

**Admob** 23:14,18

**ads** 16:5 32:5 34:18 40:6 41:20 47:16 49:20 50:1,12,17 57:20,23 58:10 67:19 76:21,23 78:18 83:10 93:21 96:4 118:24 119:1 120:4,24 127:6,11 128:25 129:1,2,6 132:20 141:19 155:4

**Adsense** 23:3,6,10 39:14,15,21 40:7,9,11,14 41:1,6,18 43:6,11,17,21 44:12,14,25 113:14 118:24 119:2,8, 11,15,25 120:7,16,18,24,25 121:6,8, 10,15 122:3,5,11,15,22 123:2 124:17, 25 128:18 129:1,10,22 130:19 131:2, 3,9,16,17 160:9,11,18,20,23

**Adsense's** 130:24

**Adtech** 78:23

**advantage** 67:9

**advertisement** 48:20

**advertiser** 45:14 50:11 55:18 66:18 148:20,21 149:1,3

**advertisers** 34:3 41:22 43:13 44:17 93:8

**advertising** 9:10 24:21 25:6 83:9 163:22

**Adwords** 118:25 129:6 131:4

**Adx** 18:14,16,20,23 19:18,23 20:5, 10,13,16,17,19 21:21 22:20 23:1 42:15,24 43:5,7,10,11,12,15,19 44:11,12,14,15 45:2,6,9 61:7 63:20 79:13 80:1

**Agafonov** 103:8,9,10

**Agafonov** 103:8,9,10

**agencies** 43:14 44:17

**agree** 117:3 137:23

**ahead** 54:1 95:19

**ala** 111:2 165:1,5

**Ali** 101:2,5 112:25 113:4,10 123:25

**align** 129:16

**allowing** 83:11 89:10

**Amazon** 135:1,5,10,13,23 136:8,11, 17,20 137:13,16 138:2 142:22 143:11,16,20 144:11

**amount** 16:13 18:19 38:2 68:8

**answering** 92:21

**answers** 26:8 116:16

**Antitrust** 9:10 106:4

**anymore** 19:25 20:11 38:19 155:4

**anytime** 157:8

**app** 30:16 31:5 41:24 56:11 57:10,12, 15,18,21 58:3,14 64:13,25 65:1,4,21 68:1 69:14 71:7

**apparent** 76:20

**appears** 53:11,14 54:11 98:13 99:19 100:22 102:17

**application** 125:12

**applied** 127:20 153:15

**applies** 58:13 147:24

**apply** 58:13 63:13 64:20 78:20

**approach** 130:25

**approximately** 9:5 12:5 69:6 107:11 108:21 109:23 128:10 132:22 133:3 162:21,22,23 163:5 168:17

**apps** 30:13 31:2,3,8 58:11 64:13

**arbitrarily** 96:3

**arbitrary** 121:25 122:2

**area** 113:13,18

**areas** 12:19,22

**arm** 35:23 36:1

**Asia** 66:1

**asks** 85:1

**aspect** 33:16 40:15

**aspects** 61:7

**asserting** 115:7

**asset** 70:9

**assets** 58:22 59:20

**association** 9:22

**assume** 30:17 59:23 89:17

**attempt** 52:15

**attempts** 69:11

**attention** 53:21 107:18

**attest** 69:5 78:22

**attribute** 61:25 81:25 122:17

**attributes** 15:22 19:22 66:7

**auction** 13:20 14:5,12,15,16 16:12 18:13 21:2,4 22:20 40:8,10,15 45:12 47:3,7,10,11,18,25 48:1,2,5,11,12,15 49:10,17 50:5,21 54:25 55:7 56:21 59:10,12,13,15,19 61:9 62:3,16 63:2,

www.LexitasLegal.com/Premier
Lexitas
888-267-1200
Index: accomplishments–auction

3,4 65:8 66:16,25 68:9,14 70:16
72:23 74:3 75:4 122:23 133:19 137:8,
9 138:19,20,23 139:18

**auctions** 46:12,15,18,21 47:1 68:1,
24

**audience** 33:18,21 34:14

**August** 76:18 79:14 145:6 146:7
147:18 149:14 152:20 154:11

**authentication** 89:7

**authorized** 25:9,11,22,24 26:9,17
134:15 138:3

**authors** 104:4,12

**auxiliary** 13:9

**Ave** 11:11

**average** 76:22

**avoidance** 58:12

**aware** 161:19

**awful** 90:6

**Axinn** 10:17

---

**B**

---

**back** 16:15 21:19,22 22:13 26:12
37:13 43:5 51:22 61:1 63:5 65:19
66:5,8,13,19 69:21 70:11,22 71:5,11,
24,25 72:23 74:1,9 75:10 81:2 92:8
122:8 127:8 128:10 134:7 136:2,14
146:6 153:10 154:3 156:8 158:6
159:8 161:2 167:4

**background** 54:18

**backwards** 56:5

**balance** 142:9

**bandwidth** 65:23

**base** 39:9

**based** 16:10 52:9 67:1 129:3

**basically** 34:1 47:3 49:8 60:11
65:10 74:7 77:18 81:13 94:9 114:7
129:18 138:15 146:23 164:20

**basis** 114:24 115:23 119:19 120:6
128:19 129:21 130:8

**BDT** 133:22 139:3 145:10,20 146:1,9,
16,20 147:5,6,17,22 148:13 149:5,10,
12,13 151:20 152:19,24 154:12,16
155:11 157:2

**bears** 53:2 75:19 98:3 99:10 100:16
101:15 102:11 103:16 105:7,21 162:3

**began** 107:25 108:6

**beginning** 95:5 96:17 109:15

**begins** 54:16 58:16,18

**behalf** 10:10,18

**behavior** 62:25

**Benjamin** 54:13

**BER** 54:22 58:13 66:23 67:1,7,15

**Berntson** 9:8 10:24 11:10 53:1,5
75:14,17 98:3,7 99:9,13 100:15,19
101:14,19 102:10,14 103:15,19
105:6,10 111:6 118:5 162:2,7 167:10

**bid** 16:12 18:6,10,11 47:2,4,7,8,17
49:1,2,8 50:6,22 59:17 62:16 65:6,7
67:9 74:17 123:1 127:14,21 135:19
136:24 137:4 138:16,22 140:3,7,18
146:25 147:7,10,25 148:5,8,22 150:2,
24 151:10,23 152:9,17 153:3,6,16
155:17,21 157:18

**bidder** 52:11 65:5 66:10,15,24 67:2
141:22

**bidders** 18:10 67:16 133:21 134:2
135:8,18 141:8,9,10

**bidding** 17:25 18:2,3 25:14,16,18
26:1,13,21 92:13,16,25 93:1 94:12
96:7,13,16 97:4,6,18,24 136:8 154:20
155:13

**bids** 46:22,24 47:1,13 52:9,10 129:2
130:2 131:14,20 133:22 134:7,11
137:6,8 138:17,18,19,22 139:14,17
140:3,5 141:8 147:12,13 148:2,4
150:13

**big** 37:10

**bill** 56:22

**billable** 52:1,4,6,8,13,21 54:21,24
55:1,6,9,11,13 56:9,13 58:9 62:4,17
64:11,19 68:3,15,17,25 69:19 70:11
71:6,13 72:6,17 73:9,16 80:15 151:4

**billed** 55:17

**billing** 55:19

**binary** 60:18

**Biscotti** 87:25 88:2,4,6,9,10,21
89:21 91:18 163:24 165:15,19,22
166:4

**bit** 158:7

**bites** 60:15

**blocking** 135:9

**blow** 96:4

**bodies** 79:2,5

**Boies** 10:3

**bold** 54:17

**book** 120:17 121:14

**booking** 120:24

**bottom** 53:13,21 54:11 76:13 100:3

**brand** 43:20

**break** 51:6,20 59:14 92:1,6 153:22
154:1 167:2

**bring** 26:15 96:21

**broad** 15:2

**broader** 30:9

**broken** 156:10

**browser** 16:20,24 17:1,3,7,8,11,13
38:18 71:20,22,25 72:13,16 78:8 80:2
81:2,10 84:6,12,14,18,19,21 85:12
87:1,4,10 88:13 163:21 164:4,9
165:4,14,21 166:1,4

**browsers** 89:12 90:10,12

**Bruckhaus** 9:13

**buckets** 37:10 74:23

**budgeting** 95:19

**built** 20:8 83:18 94:13

**bunch** 74:4 138:18

**business** 16:9 93:18 94:2 97:18
133:10 135:20 142:13,14 158:16

**businesses** 94:7

**buy-side** 125:13,21 127:6,11 128:14
159:18 160:6

**buyer** 25:10,11,25 26:17 56:23
134:15 138:3

**buyers** 26:9 118:25 122:24

**buying** 128:24 129:19

**bytes** 65:17

---

**C**

---

**C-U-R-T** 113:9

**cache** 95:13

**caches** 13:12

**calculated** 67:1 160:16

calculating 129:3

calculations 77:5

call 41:15 50:14 77:15 132:18 165:18

called 19:23 20:13 29:23 32:13 36:3 94:20 164:17

callouts 18:10

Calls 143:4

campaign 32:8,11 33:13

campaigns 33:7 50:12

candidate 47:12 48:1,4 49:2,5,7,12, 19 50:9 60:8 65:6,16

candidates 16:4 47:24 49:16 50:3,7, 20,23 59:13

capabilities 44:3

capability 122:6

capping 32:14,17 33:11,20 34:14 91:9

caption 105:21 106:2

capturing 123:24

car 94:11

care 152:16

carries 89:6 165:14

cars.com. 94:7

case 35:7 38:6 59:8 82:11,15 105:22 106:3,17 122:11 130:24 138:16 159:23

cases 13:10 35:3 36:12 91:14

caution 109:10 110:6 114:11

center 9:15 154:22 156:16 157:14

centers 95:21

cetera 93:10 130:3

chain 99:1,23

chance 54:4 67:10 75:25 105:13

change 22:9 129:15 130:17 132:1 137:22 140:11 141:1 144:11 147:13 154:17 156:23 157:8,23 158:5,24,25 159:19

changed 18:20 19:21 38:12 125:9 129:14 139:11 143:2 157:10,13 158:17

characterization 121:1

characterize 120:20

charge 66:18

chat 166:21

check 157:15

Chelsea 155:8

choice 32:3 34:19

choices 38:25

choose 33:23 157:17

chooses 38:19 62:16

choosing 16:12 47:4

Chris 9:19

Chrome 84:6,11,15,18,19,21 87:9 164:24

circumstances 73:25

City 11:13

clarify 22:7

class 10:3

clear 35:14 64:25 95:7 114:3

clever 38:7

click 129:4,7

clicks 77:13

client 16:15 17:22 43:16 49:11 60:21 61:2 63:6,8,18 64:2 65:12,19 66:5,9, 13 74:9 75:3,11 82:10 122:9

client-side 60:9 80:18

close 74:15 75:2

closing 74:14

coarse-grained 139:13 152:1,2,7

coarsening 153:13,15 156:14

code 28:10 60:21 78:7 82:10

Cohen 10:14

colleague 10:13

collected 111:9

collecting 18:4

collectively 19:18

comment 111:3

commented 110:25

comments 104:21,24 110:3,12,19, 23 111:2,4,14,23,24 112:6 113:21

commonly 52:14

communicate 158:3

communicated 157:24

communications 82:1 114:14 157:12

companies 34:4 78:23

compare 152:23

compared 42:16 147:5,18 148:14 152:6

comparing 147:16

complain 147:9

complete 126:2 134:6,11 147:9,10

complex 39:9 95:22 96:8

compliant 37:5

complicated 18:17 45:9

components 17:20

computer 72:12,21 73:4,7,15 165:3

concept 50:8

concerns 134:12,18 135:7

concluded 168:16

conclusion 143:5

confident 156:5 158:4

confidential 168:7

configuration 16:1,10

configurations 19:14

configure 121:23

connected 13:16 20:6

connection 27:12 65:23 124:24

connectivity 74:7

Connie 10:9

consideration 136:19

considered 29:3 31:16 84:7

constant 39:4

constraint 38:17

constraints 142:8

content 17:2,3,6,8 20:24 61:1 146:24

contents 109:11 110:7

context 15:23 19:4,7,9 20:1 32:15 50:13 52:23 53:24 55:4,9 63:16 81:22 84:13 86:25 92:22 112:17 120:10

contextual 50:9

continue 28:21 56:18

continuing 127:13

contract 134:14,22 137:22,24
142:22

contracting 143:17

contracts 135:3

contractual 135:13

contribute 104:5

contributed 27:14

contributions 27:17

control 35:22,25 36:5 38:23 41:19
79:3

controlled 27:24

controls 43:20 83:7

conversation 109:7 124:1

conversations 110:12 114:8
143:11,14,15,17,20,22 144:3,10,14,
16,19,21

convince 137:13,21

convincing 137:16

convoluted 44:23

cookie 28:7,8,9,16,23,24 29:3,4,7,14
88:11 89:5 90:18,19,20,24 91:1,3,10,
11,12,15,19,20,22 163:20 164:18,20
165:1,5,11,12,13

cookies 28:5,17,22 29:18 30:4 31:9
38:18 89:13 90:11,14,22 91:6,21
164:21 165:20

core 61:2

corollary 64:15 69:20

correct 11:22 18:12 24:12,15,18
46:16 64:14 72:2,14 76:10 79:15
87:11 96:25 117:24 120:4,5 125:7
149:6 162:17

correctly 24:25 145:4

cost 129:4,7

cost-per-click 128:19 130:8

cost-per-mille 129:10 130:17

costs 95:18

Council 101:25

counsel 9:23 107:5 109:7,12 110:9,
16 111:11,25 114:7,14 117:6,17,20
118:11 123:19 124:12

couple 107:13

court 9:20 52:25 75:13 98:2 100:14
101:13 102:8 103:14 166:15,17

covered 34:13 35:5

covers 120:13

CPC 129:22 130:7,19 131:4,5,15

CPM 129:10,21 130:17 131:11,15,18

create 32:23 93:24,25 95:8 164:13
165:4

created 94:9

creation 62:4

creative 66:12 81:13 121:23

creatives 67:17

criteria 55:15 56:12

critical 91:7

current 25:12 120:10

Curt 113:3,8,15

D

dangerous 97:6,13

data 13:10 38:22 67:5 69:2 95:21
132:9,13,18,19 135:19,24 136:1,6,14,
17,20,24 137:3,4,11 138:16 139:4,21
140:4,5,6,19,20 141:9,13 142:7,10
147:7,25 148:5 149:25 150:3,5,7,10,
17,24,25 151:5,8 152:4,9,15,17
153:3,6,11,16 154:18,20 155:12,13,
17,21 156:3 157:18

database 118:14,16,18

databases 13:11

date 98:24 123:9,12 124:6 131:8
145:24 158:14

dated 53:16 107:21

dates 107:19

day 90:21 139:14

days 15:6

de-normalization 13:10

deal 17:24 25:3

deals 93:11

dealt 36:14

decades 20:8

December 98:24

decide 126:19

decided 36:9 96:7

decision 83:22 158:19

declaration 105:19,20 106:24
109:21 111:10 118:22 122:21 132:9
145:4 149:11 161:6,12 162:15,16

declarations 115:25

default 93:23

define 71:12

defined 80:16

defines 164:16

definition 18:20

delayed 76:14 80:9,15,23,24 81:7

deliver 66:5,8 67:19

delivered 49:10 67:12

delivering 126:16

delivery 139:18

delta 43:10 44:13,14 147:15

deltas 44:9

demand 18:5 26:11,14 33:25 34:1,15
47:12 131:3,10,11

demand-side 25:14 26:11

denominators 128:8

depend 19:8 89:3

depends 18:25 19:3,7 89:1,4,9,11,
13,15

deploy 36:23

deployed 67:17

deposition 9:8,12 53:8 75:14 98:3
99:9 100:15 101:14 102:10 103:15
105:6 111:7,16 115:25 117:11 118:5
161:3 162:2 168:16

describe 12:18 15:9,16 22:15,16,23,
24,25 24:6 26:8 27:16 33:15,17
48:23,24,25 62:2,12,23 124:22
143:10 155:18 156:3,25 157:25

describes 87:20

describing 135:22

description 20:2 46:2 63:13 71:1
77:7 156:14,17 157:9

design 36:23

designed 41:7 67:7 91:5

desktop 164:25

**detail** 15:3 108:19

**determination** 16:7 48:14 59:16
68:4

**determine** 15:21 58:9

**determined** 58:20,21 68:18 71:12
128:13

**determines** 56:21

**determining** 69:18

**deterministic** 152:13 153:10

**development** 35:20

**develops** 35:9

**device** 56:24 69:17 163:22 164:4,6

**DFP** 21:24 22:11,12 42:17,24 43:5,14
44:11,18 45:2,4 61:6 63:21 76:21
78:11 79:12,25 82:15,20 94:14 96:17

**differ** 25:25 40:14 43:7 44:12 149:25
151:19

**difference** 17:15,18 29:7 43:8
147:23 149:21 152:5

**differences** 67:4 77:20 146:24

**digital** 9:9 17:4 24:20 25:6 27:13
106:4

**direct** 20:13,17,19 41:21 43:12 44:16
45:1 53:20 93:8

**directly** 13:16 37:9 94:16 120:25

**director** 11:19,24 12:1,15

**directors** 12:3

**disclosure** 136:7

**disconnected** 47:9

**discovered** 76:20

**discussed** 59:14 68:19,21 70:6
111:9 161:16

**discussion** 28:22 57:6,9

**discussions** 109:12 110:8 117:16,
19 118:11 123:19 124:12 135:7,17

**display** 19:11 58:23 59:21 76:23
119:1 120:3

**displayed** 17:6 84:14

**displaying** 59:1 60:24 62:5

**distinct** 42:25 91:21

**distinction** 14:3,8

**diversion** 36:3

**Dmitriv** 103:7

**document** 53:1,4 54:6 75:13,16 76:6
80:8,12 98:1,6 99:8,12 100:13,16,18
101:15,18 102:10,13 103:16,18
104:1,18,19,25 105:5,9 108:11
110:13,25 114:9,17 116:18,21 155:25
156:16 161:4,7,17 162:1,6,11,13

**documentation** 154:22 155:15,17
156:11 157:14

**documented** 155:24 156:2

**documents** 156:17

**domain** 28:11,24 88:13 163:25

**dominant** 74:24

**Doubleclick** 21:15,18 63:23 93:6

**Doubleclick.net** 88:12 163:25

**doubt** 58:12

**download** 72:22 73:15

**downloaded** 58:24,25 59:6,22 69:11
70:9 71:10 72:8,10 73:8 77:11 78:4
80:4 81:20

**drafting** 114:12 115:4 116:5 123:21
161:2

**drafts** 109:21,24 110:4,19 111:6,16
113:24

**drag** 35:1

**drop-off** 77:15

**drove** 159:19

**DRX** 21:11,13,15,19,21,25 22:13,21
62:14

**DSID** 165:11,12,23 166:3

**DSP** 131:10,19

**DSPS** 34:5,7 91:16 122:25

**DT** 138:22 146:25 148:8 150:24
151:10,23 156:8

**duly** 10:25

**dynamics** 47:9

## E

**e-mail** 53:12,15 54:12 56:20 98:14,
25 99:4,20 100:2,9,23 101:9,22
102:3,18,21

**e-mails** 87:6 99:1

**earlier** 29:8 68:19,21 90:21 107:3,7
131:6 132:1 140:22 141:1 158:7

163:4

**earn** 16:10

**easier** 129:25

**easily** 15:5

**easy** 41:8

**Education** 120:9

**effective** 46:1

**effectively** 96:20

**eligible** 94:23,25

**Ellen** 103:1

**embedded** 81:13 104:23

**employed** 112:6

**employee** 11:15,17

**enabled** 32:4 90:16

**enabling** 18:4 91:16

**end** 72:18 141:18

**ending** 76:13

**ends** 83:1 99:23 128:9

**engineer** 103:12 113:17 144:17

**engineering** 11:19,24,25 12:2,15

**ensure** 96:19

**enterprise** 41:16

**entities** 142:6

**entitled** 116:20

**entity** 63:14 78:17 164:17

**equivalent** 64:18,21 70:3 151:3

**essentially** 82:2 147:3

**Europe** 36:25 140:9

**Eva** 10:16

**evaluate** 50:4 137:9

**evaluating** 47:11 50:6

**evaluation** 50:22

**event** 52:1,4,6,8,13,21 54:22 55:6,9,
11,13,14 56:13 58:9 62:5,17 64:12,19
66:19 68:4,17 69:19 70:4,12 71:5,6
72:6,17 73:9,17 151:4

**event-level** 132:19

**events** 54:24 55:1 56:3,10 68:3,15,
25 71:13 74:2 80:16

**EXAMINATION** 11:4 167:7

**examined** 11:1

**examples** 35:5 65:14 148:23

**exchange** 21:16 23:1 63:24 98:14 99:20 101:9 102:18,22 167:14,21

**exchanges** 79:4

**exclude** 137:5

**excluding** 136:20

**Excused** 168:15

**executed** 162:25

**Exhibit** 53:1,6,9 54:8 75:15,18 82:25 98:3,8,10 99:10,14,16 100:15,20 101:15,20 102:9,15 103:15,20,22 105:6,11,14 111:7,16 113:24 117:11 118:6 154:7 161:3 162:3,8

**exist** 20:11 155:23

**existed** 131:15

**existing** 20:14 41:11

**exists** 151:25

**expect** 79:1 143:6 153:19

**experiment** 36:3

**experimental** 35:23 36:1

**experiments** 35:21,22

**expert** 44:6 86:18 121:20

**experts** 117:20

**explicit** 126:21 157:11

**explicitly** 110:14 126:13 165:3

**explore** 62:12

**express** 93:20

**extended** 109:8

**extensive** 155:14

**extent** 114:13 117:15 118:10 123:18 124:11

**external** 39:6 165:24

**externally** 20:14 42:4,14 165:14,16

---

**F**

**facing** 20:14

**fact** 67:9 136:7,12,16

**factors** 89:16

**fail** 69:12

**failed** 72:21 73:15 74:2

**failures** 74:12

**fair** 49:3 73:9

**fairly** 93:10 96:8 137:10 155:14

**familiar** 30:15 51:25 52:12,20 76:4

**feature** 29:23 40:21

**features** 155:15

**feedback** 137:1 140:16

**feels** 107:19

**fees** 125:13

**fewer** 111:6,16

**field** 138:9,12,13,21 139:10 149:3

**fields** 138:25 139:1 148:7,12 149:20, 23 155:19

**figure** 49:25 50:18 53:24

**figuring** 38:25

**file** 132:14 137:4 138:16,22 140:4,5, 19,21 148:6,8,13 150:3,6,8,11,18,25 151:6,20,24 152:9,15,18 153:4,11,17 155:22 157:18

**files** 132:10,19 133:23 135:25 136:1, 25 139:3,4 140:7 145:11,20 146:2,9, 16,20,25 147:5,6,8,17,22 148:1 149:5,10,12,13,14 150:19 152:19,24 153:7 154:12,17,19 155:18 157:2

**fills** 48:20

**final** 161:24

**find** 123:14 165:21,23

**fine** 51:16 96:9 112:19

**finish** 116:14

**first-party** 27:22 28:13,15,19,23 29:4,7,9,14,15,16,18,19 30:1,3,12 31:1,6,9,14,25 32:6,9,14,18,22 33:4, 18,20,22,24 34:11,14,20 35:7 36:2,6, 10 38:15,22 39:10 90:20,22,23 91:11

**first-price** 133:19

**fixing** 77:4

**flawed** 121:1

**Flexner** 10:4

**flip** 125:5

**Floor** 9:15

**flow** 19:15 20:12 78:20 126:16

**flowing** 60:16,19

**flows** 20:3

**focus** 12:20,23 13:6 141:15

**focused** 39:3

**follow** 45:23

**Forkner** 10:7,9 13:21 14:24 15:10 19:1 24:22 27:1 31:17 37:16 40:17 41:3 42:5,18 45:20 51:7,13 55:21 57:25 61:11 73:18 79:17 80:5 88:24 89:22 90:1 92:2,18 97:8,12,19 106:18 108:2,6,15,24 109:9 110:5 111:17 112:1,10,16,23 113:25 114:10,19,25 115:3,9,12,16 116:10,22 117:3,12 118:7 121:16 122:12 123:15 124:8 126:23 130:10 132:2 134:3,24 135:14 136:21 137:17,25 140:12 141:2 142:24 143:4 158:11 159:2,10 161:13 163:8 166:9,20 167:9,18 168:1,5,9

**form** 13:22 14:25 15:11 17:4,7 19:2 24:23 27:2 29:22 31:18 37:17 40:18 41:4 42:6,19 45:21 55:22 58:1 61:12 73:19 79:18 80:6 88:25 89:23 90:2 92:19 97:9,20 106:19 108:3,16,25 114:1,20 117:13 121:17 122:13 123:16 124:9 126:24 130:11 132:3 134:4 135:15 136:22 137:18 138:1 140:13 141:3 142:25 158:12 159:3,11 167:17

**format** 17:12 104:22

**forming** 20:22

**fraction** 74:12

**frame** 78:11

**framing** 79:6

**fraud** 35:9 91:8

**frequency** 32:13,17 33:11,20 34:13 91:8

**Freshfields** 9:13 10:10

**Friday** 9:17

**front** 53:9 98:11 99:17 103:23 164:8

**frustrated** 137:2

**full** 60:12 81:3,24 82:5 119:11,16 148:16

**fully** 70:8 72:8 80:4 81:20

**function** 12:23 18:13 21:25 22:13 23:7 24:11,14 26:19 27:10 78:6

**functionality** 13:8,19,20 14:4,6,12 21:2 22:8 27:18 29:22 34:21 38:16 39:20 40:8,10,12 41:17 62:13 70:16 85:7 119:10,12,16 122:24 157:4,8,13

**functions** 61:9 167:12,14,20,22

**funnel** 56:8,12 77:15,19 78:1

**funny** 69:1

### G

**G-A-I-A** 85:20

**Gaia** 83:24 84:2,3 85:19 86:2,16,21 87:13,17,19,20 88:20 89:6,8,10,20 101:25

**GAM** 36:12 45:6,7,8 93:7 94:15 158:4 167:11

**gave** 35:5 74:23 123:12

**general** 15:8,14 71:1 74:22,23 78:20 79:7 122:6 144:20 157:21

**generally** 29:5 121:21 124:22 127:13 144:19 158:21

**generate** 18:6

**generated** 88:19

**GFP** 90:18,19 91:1,3,10,12,15,19

**give** 19:10 32:2 65:14 83:7 109:1 126:6 139:15 148:19

**giving** 18:5 73:7 123:8

**Glenn** 9:8 10:24 11:10

**Gmail** 85:5,25 86:5,9,11,17,19 87:5, 7,16

**good** 11:7 12:21 50:25 66:10 138:3 141:11,16 142:11

**GOOG-AT-MDL-007343684** 100:17

**GOOG-AT-MDL-010572641** 102:12

**GOOG-AT-MDL-010582112** 101:16

**GOOG-AT-MDL-012776939** 75:21

**GOOG-AT-MDL-B-004782578** 103:17

**GOOG-AT-MDL-C-000073682** 105:8

**GOOG-AT-MDL-C-000076497** 162:4

**GOOG-DOJ-13942565** 98:4

**GOOG-DOJ-15365980** 99:11

**GOOG-DOJ-AT-00060206** 53:3

**Google** 9:9 10:10,15,18 11:14,16,20 12:14,16 17:24 18:24 23:20 24:5,7, 10,14 25:4,7 26:18,24 27:10,11 30:25 31:9,15,21,23 32:17 33:21 34:8,9,11 36:13,21 37:3 39:15,21 40:5,16 42:3 45:13 46:13 57:3 61:5 62:14 63:19 71:25 77:24 79:12,25 80:2 82:14 84:4,5,7,8,20,22,24 85:1,8,10,20 86:1,21,22,25 87:2,3,13 88:18,20,22 97:7,13 99:6 100:11 101:11 102:6,24 105:3 106:4 112:6 118:24 119:10 120:3,11 124:24 125:9,22,23 126:19 127:5,10 129:1,2 131:25 133:18,20 134:1,12 139:1 140:1,2,10,25 144:10, 12 155:4 157:25 158:8,19 159:7 160:5 163:19,23 165:25 167:13,14, 21,22

**Google's** 23:3,6 37:5 38:11 79:23 81:1 97:18 111:24 125:4 126:12

**Google-wide** 83:6

**google.com** 85:4

**GPT** 82:12,13,17

**granular** 123:11

**granularity** 44:4 96:9 150:17 156:18,19 164:16

**Great** 40:3

**Greenwich** 9:14

**ground** 41:8

**growing** 39:5

**guarantee** 147:11

**guess** 42:8 52:15,22 131:21

**guesses** 52:18

### H

**H-A-R-T-I-N-G** 113:9

**half** 15:4 38:7

**handful** 109:25 161:23

**handles** 27:11

**happen** 45:17 62:3,15 74:5 77:9

**happened** 63:20

**hard** 65:13

**hardware** 164:7

**Harkrider** 10:17

**Harting** 113:3 117:23

**Harting's** 113:15

**head** 90:5 132:24 133:12 148:17

**headed** 54:17

**header** 92:13,16,24 93:1 94:12 96:7, 13,15 97:4,6,17,24

**heading** 101:24

**hear** 40:2 52:22

**heard** 24:24

**held** 9:13

**helped** 36:22 37:2

**high** 41:5 65:7

**high-level** 59:24 63:12 77:6

**higher** 69:15 95:17

**highest** 16:13 47:4 95:2

**highly** 168:6

**historical** 20:7 121:11

**historically** 56:2,9 67:16 128:18

**history** 18:19 142:10 153:15 160:23

**hour** 51:5 91:24

**hours** 15:5 115:23

**How'd** 57:13

**huge** 65:17 67:4

### I

**ID** 29:23 31:4 32:7,10 33:4 34:20 36:3 150:4,9

**identification** 53:5 75:17 98:7 99:13 100:19 101:19 102:14 103:19 105:10 162:7

**identified** 146:19 149:10,20

**identifier** 28:14 29:9,15 33:3,22 138:15 153:9

**identifiers** 27:25 28:3,19 29:17,20 30:2 31:7,15,25 32:19 34:12 35:8

**identifies** 104:11

**identify** 9:24 16:3 112:18 146:8 150:13 163:21

**identities** 27:23

**identity** 26:25 27:7,12 83:8,11 87:3, 23 88:1,3,5 148:20

**IDS** 27:24 30:3,13 31:1,8 32:4,14,22 33:24 36:2,6,10 38:15 39:10

**imagine** 44:2,8

**immediately** 55:1

**implementation** 20:15 81:6 121:8

**implemented** 66:23 129:15

**imply** 71:9

**important** 35:10 134:14

**impression** 140:20 150:5,17,25 151:5,11 152:14,15 153:11 156:8

**impressions** 76:15 80:10,15,23,25 81:7 136:3 150:5,10

**inaccurate** 121:2

**incident** 76:19

**include** 40:7,9,11 79:14 94:6 122:25 154:19 156:17 157:6,7,11

**included** 154:22 155:13 156:6,15

**includes** 138:17 157:9

**including** 41:21 126:14 133:21 135:25 141:12 151:11 154:15

**inclusion** 134:10

**incognito** 164:14 165:5

**incorporated** 122:23

**increased** 38:3

**independent** 63:2 88:19

**indicating** 56:24

**individual** 126:11

**industry** 129:17,24 130:9,21 131:1

**informally** 54:23

**information** 15:24 20:4 44:4 52:10 60:19,20 70:18 71:24 72:11 90:15 95:14 111:8 114:8 117:10 118:5 122:8 123:11 124:2 133:22 134:10 137:23 140:7 141:22 142:18 145:5,8 146:12,13,15,18 147:10,17 148:4 151:19 156:6

**informed** 154:18 155:12 157:1

**inhouse** 10:15

**initiative** 83:7

**innovate** 39:7

**innovations** 39:10

**innovative** 38:13

**insight** 144:15

**instance** 163:21 164:4,5,9,23

**instances** 165:1

**instruct** 80:2 81:1 114:21 165:4

**instructing** 115:17

**instruction** 81:10 115:20 117:6 118:8

**integrated** 19:17 26:15

**integrates** 26:10

**integrating** 131:10

**integration** 25:20

**integrations** 131:19

**intended** 44:21

**interact** 42:15 122:3

**interacting** 43:2,3 56:7 78:17

**interacts** 141:7

**interest** 32:25

**interested** 141:24

**interface** 43:25

**interference** 75:9

**interlinked** 43:1

**internal** 35:20 37:3,6 38:11 39:5 158:15 165:22

**internally** 20:3 21:1 158:9 163:23 165:18

**interpreted** 22:5

**interval** 163:15

**introduced** 38:13 67:15 80:22

**introduction** 27:22

**inventory** 39:17 46:19 57:5,8 94:11 123:1

**involved** 73:4 99:20 135:17 161:6,20

**involving** 120:3

**issue** 18:9 60:25 135:4,12,13 142:22

**issues** 36:15,20 92:13

**item** 92:14,17,25 93:2,3,13 94:18,19, 22 95:4,8,25 96:13,23 120:18 121:4, 23,24

**items** 92:22,24 93:12,17,25 94:10,16, 24 95:3,9,12,16,24 96:11,15 101:7

---

**J**

**January** 124:25 125:9,17,24 126:20

---

128:13 129:9 131:23 140:1 143:2 144:12 155:10 156:24 157:24 159:20 160:2

**jar** 164:18,20

**jars** 165:1

**Javascript** 28:10

**Jersey** 11:11,13

**job** 67:14

**Johnson** 9:20

**join** 23:20 139:3 150:18 151:1,9 152:3,14 153:10 156:8

**joinability** 156:10

**joinable** 136:2 140:4,19 146:1 147:21,22,25 148:5,9,13 149:12,19 150:1,2,12,21,24 152:6,9,17,23 153:7 157:2

**joined** 25:7 27:20 139:22 140:6

**joining** 139:24

**July** 101:23 162:25 163:6

**June** 107:21 109:5,16 118:23 145:24 149:12,13,18 152:24 162:23 163:13

**Justin** 10:14

---

**K**

**key** 94:17 138:8,12,13,20,25 149:24 150:3 152:13,22 153:9,10 156:3,7

**Keyed** 87:17,19 88:21 89:11,20

**kind** 69:25 78:24

**knew** 143:10

**knowing** 82:8 144:18

**knowledge** 117:19 119:21 120:7 123:23,25 124:6,14 161:5

**Korologos** 10:1,2 11:6 13:23 15:7, 15 19:5 25:1 27:8 31:20 37:18 40:25 42:2,11,22 46:4 51:4,10,24 52:24 53:7 55:25 58:2 61:15 73:22 75:19,23 79:19 80:19 89:2,24 90:17 91:23 92:10 93:4 97:10,14,22 98:9 99:15 100:21 101:21 102:16 103:21 105:12 106:22 108:4,8,20 109:3,17 110:17 111:21 112:4,14,20 113:1 114:4,16, 23 115:1,6,11,15 116:7,12,25 117:4, 22 118:15 121:18 122:19 124:4,15 126:25 130:12 132:7 134:8 135:2 136:18 137:14,20 138:6 140:24 142:20 143:1,8 153:21 154:5 158:20 159:6,15 161:21 162:9 163:10 166:7,

12 167:16,23 168:3,8,10

## L

laid 141:5

laptop 164:8,11,12,25

large 65:18 67:17 155:23

late 99:21

latency 13:12

launch 80:14,23 118:23

launched 42:4,14 80:25 83:19,20 90:8 131:2

lawyer 112:7 113:21

lead 11:19,21 12:15 73:25 104:4,12

leading 62:4

learn 142:17

led 125:18 144:11

left 127:25

legal 143:5

level 41:6 108:19 136:4

leverages 94:14

Lexitas 9:22

Li 103:1

limit 92:17,25 93:2,3 96:1,13,14,18

limited 41:13

limiting 78:16 79:8

limits 92:14 94:5 95:4,6,8 96:23

link 54:22

list 33:2,14 118:12 145:7,9,22 146:12 148:16 154:11 155:20

listed 101:1 104:4 147:19

lists 32:23 33:5 145:1,15

literally 35:2 60:14

litigation 9:11 105:22 106:4

live 11:11 38:21 95:23

locations 67:6 69:15

logic 65:9 82:9 93:18 135:20

logins 165:2

long 77:14 87:12 96:18,23 107:16 108:12,22 130:7,24 164:19

longer 28:1

losing 67:20

loss 38:17 68:8,12 69:8 77:4 126:11 158:10

lot 15:24 19:22 41:17 90:6 104:5 135:22 141:5

love 36:16

low 13:12 65:22

low-latency 95:13

low-quality 67:18

lower 76:22

## M

M-O-B 23:14

machine 70:24

made 14:23 17:13 49:23 52:9 56:4 66:4 74:15 107:6 123:1 139:12 140:1 147:14 152:1 158:19,23

maintain 141:11

maintaining 141:15

majority 129:5 132:25

make 16:7 37:4 67:7,21 89:7 95:19 96:1,3 124:1 129:25 131:25 137:11 140:10,18,25 152:2

makes 17:2

making 15:21 18:9 48:13 83:21

manage 93:7,21

management 23:4

manager 11:20 12:7,16,19,23 13:19 14:5,12 17:24 18:13 21:3,8 23:7,15 25:7 26:18,24 27:10 30:8,11 31:1,10, 12,15,24 32:18,20 33:21 34:11 35:15 36:14,21 40:16,22 41:2,12,14,25 42:4,10 43:11 44:15 45:13 46:13 49:14 57:4,14,16,18,20,22 61:6 62:14 63:20,22 82:11,16,21,23 93:23 95:6 96:24,25 99:6 100:11 101:11 102:6, 24 105:3 113:12 118:18 119:10 120:19 121:4,5 132:15,16,21 133:2,6, 8,10 140:3 141:7 144:13 154:25 158:1

manner 20:24 81:4

mapping 146:22

March 53:16 54:12 56:20 99:21,22, 24 100:4 107:16

mark 52:25 75:14 99:9 100:14 101:14 102:9 103:15 162:2 168:6

marked 53:4 75:16 98:2,6 99:12 100:18 101:18 102:13 103:18 105:9 162:6

market 37:24

Marmaro 10:13

marshal 95:17

match 45:14,18

material 58:25 59:6 157:3 158:2

materially 157:13

matter 87:9 152:18

MDL 106:9

meaning 52:16 72:11 87:5

means 18:3,21 31:4 32:2 48:7 107:13 129:23 130:19 139:24 156:9

meant 84:16

measure 77:19

measurements 77:24

mechanisms 157:6

meet 16:8 94:1 142:12

meeting 141:16 142:14

members 79:4

mention 133:18

mentioned 64:11 96:22 142:23 143:22 158:25

merged 19:21

merger 45:2,4,6

met 48:10

metrics 158:16

Michelle 9:21

MID 106:12

Midyear 162:24

Miller 54:13 69:16

Miller's 56:19

million 95:9

millisecond 139:15

minority 132:25

minutes 51:9,11 166:23

misaligned 129:23 130:8,20,25

**missed** 52:2

**missing** 37:9 137:3 147:11

**misunderstood** 85:16

**mm-hmm** 12:8,10 20:18 48:18 62:7 78:5 79:16 82:19 98:16,19 143:25 145:2,21 146:3 154:13 155:6

**mobile** 30:13,16 31:2,3,5,8 57:12,15, 17 64:13 65:21 67:25 68:1 69:13,17

**modality** 20:21

**mode** 165:6

**model** 124:18 129:11

**modeled** 96:9

**models** 35:9,11

**modified** 140:3 150:9

**moment** 62:1

**monetize** 39:16 41:10

**money** 16:11 67:21

**moniker** 121:11

**monitor** 9:5

**month** 143:16

**months** 107:13 163:16

**Morgan** 10:13

**morning** 11:7 100:5

**move** 38:23 95:12 115:18 135:9

**moved** 129:10 131:17

**moving** 130:1

**multi-district** 105:21

**multiple** 18:4 19:12 22:5 41:23 43:16 47:16 50:17 60:15 70:1 71:9 88:7 131:12 138:17 164:11

**multiplication** 128:2

## N

**N-E-R-A** 83:16

**named** 117:21

**names** 165:20

**Narnia2** 83:3,5,6,13,15,18,24

**nature** 97:11

**navigate** 37:3 39:1,8

**necessarily** 43:2 156:18

**needed** 126:12,20

**NERA** 83:16,17 101:25

**net** 76:20

**network** 74:7 75:8 81:23 82:1 131:10,19

**networks** 66:2,9 67:5,19 122:25

**Nike** 32:9,11 141:25 142:4

**Nikes** 141:24

**Non-google-signed-in** 88:17

**non-joinable** 145:10,20 146:20 147:4 148:8,10,15 149:4,11,19 150:1, 7,21 151:13,15,20,23 152:24

**non-personalization** 91:4,7

**non-signed-in** 87:23 88:1,2,5,15

**note** 115:21

**notes** 157:7

**notices** 157:4

**notification** 70:4

**notified** 158:5

**November** 102:18 103:2

**number** 39:6 53:2 65:17 74:25 75:20 76:12 88:14 96:14 98:4 99:10 100:17 101:16 102:11 103:16 105:7 106:10, 17 120:23 133:8,9 161:18 162:4

**numbers** 133:11

## O

**obfuscation** 136:4

**Object** 24:22 27:1 45:20 97:8,19 167:16

**objection** 13:21 14:24 15:10 19:1 25:3 31:17 37:16 40:17 41:3 42:5,18 55:21 57:25 61:11 73:18 79:17 80:5 88:24 89:22 90:1 92:18 97:11 106:18 108:2,5,15,24 110:5 112:10 113:25 114:19 117:12 118:8 121:16 122:12 123:15 124:8 126:23 130:10 132:2 134:3 135:14 136:21 137:17,25 140:12 141:2 142:24 158:11 159:2,10 161:13 163:8 167:24

**objectives** 142:13

**obligations** 141:17 142:16

**occur** 55:20 59:19 78:9

**occurred** 144:12 156:24 157:23

**occurring** 61:8

**occurs** 58:10 62:17 78:3

**offer** 119:11 120:8

**offered** 119:16 167:13,14,20,22

**offers** 132:15

**Ogden** 11:11

**ongoing** 143:19

**open** 16:25 25:16,18,25 26:13,21

**operates** 124:18

**operationally** 135:10

**opportunity** 18:6 67:20 74:16

**opposed** 58:3,11

**opt** 34:17 133:21 134:2

**opted** 83:11 89:10

**option** 70:15 91:15 132:16 133:20 134:2 150:14

**options** 39:1

**orally** 111:5,14

**order** 13:16 66:22 70:19

**ordinary** 99:5 100:10 101:10 102:5, 23 105:2

**original** 63:10 136:24 153:16

**originally** 94:14

**originating** 140:8

**Overseeing** 27:18

**oversight** 12:24

**owned** 114:9

## P

**P&I** 126:18 159:8,18

**P-A-S-H-A** 113:6

**p.m.** 53:17 54:13 153:24 154:3 166:25 167:4 168:12,17

**package** 16:13 17:11 60:2 63:7

**packaged** 60:13

**packaging** 63:17 70:18

**pages** 58:11 64:16,20 68:13,18,25 84:14 93:15 104:20

**paid** 67:13 128:19

**pair** 94:17

www.LexitasLegal.com/Premier
Lexitas
888-267-1200    Index: missed–pair

**paper** 104:14,22

**papers** 104:6

**paragraph** 54:17,19 77:3 118:22 122:20 124:16 127:5,10 128:17 129:9 133:13,17 134:9 138:8 139:25 142:23 143:23 145:7,10,18,25 146:17,19 147:19 154:9,10 156:25 158:6 159:1, 14,20 160:9 163:18

**Paragraphs** 144:25

**Pardon** 46:23 57:11 103:5

**parentheses** 54:23

**parse** 15:20 46:8 86:3

**part** 14:16 21:19,21 23:3,6,15 24:8 27:19,20,21 44:12 49:24 56:16 60:5 63:9 82:20 98:14 123:22 124:1 126:4 138:8,12,13,20,25 149:24 150:3 152:22 153:9 156:3,7

**participants** 48:9

**participated** 102:4 105:1

**parties** 9:25

**partition** 125:23

**partitioning** 125:20 126:14

**partner** 138:3 142:14

**partnered** 34:7

**partners** 33:25 34:2,6,15

**parts** 14:20 46:11 65:25

**party** 29:24 83:21 144:2,6 158:18

**Pasha** 112:25 117:23 123:25

**Pasha's** 113:5,10

**passing** 122:7

**past** 52:9 96:4 119:15

**pathway** 129:7

**pay** 45:15 66:18 107:18

**payload** 60:10,12 63:11 65:15,18 66:11 69:23,24 70:20,22 72:7,22 73:8,16 74:8 75:9 78:3 80:3 81:3,9 82:5

**payloads** 66:5

**payment** 56:22 129:11

**payments** 24:3,7,8,10,16

**people** 10:6 12:21 16:23 18:22 33:3 53:15 166:18

**per-product** 126:18 158:9 159:8,16

**percent** 69:7,8 74:1 76:22 77:22 124:23 125:5,12,18 127:6,11,14,17, 18,22,23,24 128:10,12

**percentage** 68:24

**percentages** 125:18

**perfect** 68:11

**performance** 129:3 143:18

**period** 21:10 24:19 79:15 154:15 155:9

**permissions** 87:22

**person** 155:2

**personalization** 91:14

**personalized** 34:18

**perspective** 19:19 20:10 95:2 126:8

**Phil** 10:1

**phone** 65:22 66:1

**phrase** 79:9

**phrased** 47:21

**physical** 164:7

**pick** 10:5

**piece** 38:10 126:6 164:7

**pieces** 142:17

**ping** 72:23 81:2,14,16,17,21 82:7,9

**pingback** 56:23 69:17,25 70:4,10,21 71:18 72:24 73:7 78:2,6,25 80:3,18, 21

**pingbacks** 71:10,17

**pings** 71:24

**PKC** 106:13

**place** 14:17 36:7 45:12 46:12 72:6,7 77:16 87:22 94:6 110:15 139:18 144:4,15,19

**platform** 25:14,20 26:11 71:14 94:15 138:4 141:14

**platforms** 41:24 43:16 56:10

**play** 38:21 39:11

**played** 26:24 27:9 36:20

**point** 19:14 56:4 59:2 70:5 112:22 116:14

**points** 56:8 77:18 78:1 147:1

**policies** 38:11

**policy** 37:3

**poor** 74:6

**portfolio** 126:12

**position** 26:23 113:11,16 120:3,11

**postmortem** 76:19

**potential** 16:4,5 47:16 49:20 52:13 54:24 55:5

**PPID** 33:4

**pre-september** 154:14

**precipitated** 158:24

**precisely** 135:23 139:23

**precursor** 135:6

**predated** 96:24

**predates** 96:17 97:1,4

**prefer** 97:23

**preparation** 63:8 64:1 111:10

**prepare** 107:1,4 108:14,23 109:18 162:20 163:3,7

**prepared** 76:6 106:23 114:18 116:19,21

**preparing** 60:3 63:17

**presence** 32:9 85:25 86:5,7 110:15 111:11

**present** 9:23 87:4,21 144:17,22 148:7 150:4,10 155:19

**prevent** 35:9

**prevention** 91:8

**previously** 43:9 60:2 70:6 81:5 143:12 161:16

**price** 47:5 48:9,10 94:20 95:1,2

**priced** 131:19

**prices** 50:6,22 59:15 129:20

**pricing** 43:20

**Primarily** 139:8

**primary** 43:24

**prior** 15:18 26:8 28:20 43:11 44:15 45:2 80:14 123:21 147:8 153:8 167:10

**priority** 94:20 95:1

**privacy** 36:15,20,24 37:3,6,14,23 38:2,4,11,20 39:3 134:18 141:20 142:7,15

**privilege** 114:25 115:7,9,13

**privileged** 115:2

**probabilistically** 139:3 152:3

**problem** 65:1,3,13 66:14 69:14

**proceed** 10:22 30:21

**process** 13:17 14:18 15:17 17:5 50:22 59:19 68:18,20 72:4 114:12 115:5 116:5 146:22

**processed** 20:23 121:9

**processes** 14:22

**processing** 13:4,13 14:17 17:21 49:22 50:10 63:25 81:23

**product** 19:24 20:10,11,14,20 22:18, 19,21 24:11 25:10,12,13,17,18,19,25 26:1,10,14,18 27:19 35:20 39:15,21 40:4,24 41:7,16 42:15,16 46:13 61:6 113:12 115:4,5,8,10,14 121:10 140:14 154:25

**production** 53:2 75:20 76:12 98:4 99:10 100:16 101:16 102:11 103:16 105:7 162:3

**products** 19:13,20 25:15,21 37:4 42:25 43:6 44:1,11 77:24 78:23 79:13,24 80:1 126:11,15 155:16 160:8

**profit** 126:10 158:10

**programmatic** 121:8 129:19

**project** 80:10,25

**property** 85:10 132:20

**proposal** 83:17 101:2

**proposition** 126:10

**proprietary** 135:20 136:17 141:9,13 142:7

**protect** 66:22 141:20

**protecting** 67:21

**protections** 66:15 136:15

**protocol** 81:23

**provide** 26:12 32:6 38:15 39:7 83:10 112:24 132:18 134:6 136:13 156:7

**provided** 43:15 118:24 136:3 145:5, 8

**providing** 126:15

**provision** 95:21

**provisioned** 95:20

**pub** 128:11

**publisher** 10:2 15:25 16:9,16 18:8 26:12,16 27:23 29:20 34:8,16 36:9 38:24 40:12 41:9,18 50:15 57:19 61:9 66:19 67:13 75:1 78:8,13,14,17 82:14 89:10 93:21 96:2,20 118:18 119:3,8, 12,17 121:14,22 134:7 140:16 167:12,19

**publisher-provided** 29:23 30:3 31:8

**publishers** 21:19 32:2,21 33:23 35:19 36:4 38:16 39:8,16 40:5 41:9 42:14 43:13 44:17 45:1 63:24 66:23 67:20,22 78:24 91:5,13 93:6,7,24 94:3,4 96:5,6 97:24 118:13 119:2,7 123:2 124:22 127:13 128:18 132:16, 22 133:2,6,8,10 136:5,14 137:1,12 140:2,15,17 144:13 145:1,6,9,15,19, 23,25 146:8,13,17,19 147:19 155:11 157:1,5,12,16 158:1,3,5

**pull** 16:6

**pulling** 118:14

**purchase** 119:1

**purely** 20:2

**purposes** 163:22

**put** 42:21,23 55:24 56:1 68:5 108:11 114:9

### Q

**quality** 67:5

**quarter** 107:14,15

**question** 13:25 15:2 18:18 22:4 26:3 27:5 30:9 35:14 39:23 40:20 45:23 46:7 58:4,15 61:14,17,19 62:19,21 64:5,6,10 68:22 78:16 85:15,16 110:24 111:12,13 112:13 115:19 117:7 118:2 119:22 127:3 128:16 130:15 131:22 132:5,24 145:13 147:4 151:21 159:13,25 160:19 161:8 165:8 167:17

**questions** 16:22 70:2 116:13,17 166:8,10,16,19 168:2,4

**quickly** 54:7

### R

**raised** 134:11 135:4,7

**random** 88:14

**rate** 52:1,4,7,8,10 54:22,23 64:12,20 68:4 76:21 77:22

**rationale** 156:19

**re-asking** 27:6

**read** 164:22 168:5

**reading** 44:19 142:12

**reads** 129:9 163:19

**realtime** 13:4 17:25 18:2,3 25:13 44:20

**realtor** 94:8

**reasonable** 86:19

**reasons** 141:6

**rebranding** 167:11

**recall** 40:1 42:3 62:6 76:24 92:12 107:24 108:12,21 144:1 148:18 162:19 163:6

**receive** 56:23 110:3,18,23 111:2,4, 22 112:5 127:14 145:20 146:1,9 147:20 154:12 157:2

**received** 60:7 69:25 70:23 81:3 100:10 111:14 113:21 120:9 124:23 136:25

**receives** 15:19 60:9

**receiving** 63:14 81:24 141:19

**recognize** 103:25 105:16 162:10,12

**recognized** 124:24

**recollection** 104:18 163:2

**record** 9:3 11:9 51:19,23 92:5,9 115:22 117:1,2 153:25 154:4 166:22 167:1,5 168:13

**refer** 21:2 50:19 88:7,8,10 134:13 138:8

**reference** 9:9 20:7 76:14 83:2,23 121:6 124:17

**referred** 18:14 19:18 20:5,15 21:11 24:4 80:8

**referring** 20:21 28:18 34:2,4 56:14 77:23 159:17

**refers** 13:3 69:16,18 80:10 106:3 138:14,25

**reflect** 117:1

**reflected** 115:13 117:10

**reflects** 117:2

**refresh** 163:1

**refreshed** 104:17

**region** 65:24 67:3

**regions** 67:18

**regulations** 36:24 37:24 38:2,20 39:5,6

**relate** 83:16 134:18 143:17,18

**related** 70:19 92:13

**relates** 132:9 136:5 159:14

**relating** 76:7

**relation** 159:25

**relational** 13:11

**relationship** 19:24 29:21 142:3

**relationships** 32:22 41:22 43:12 44:16 45:1 93:8,9,11 141:11,16

**relevant** 57:6,9

**reliably** 66:8,13

**remain** 129:22 130:19

**remember** 104:14 107:9,10 108:10, 18

**remove** 134:1

**removed** 133:20 139:1,11

**render** 52:10 58:16,18,24 59:21 70:10,20 72:9 75:3

**rendered** 16:14,18 17:9,11,13 56:17 65:11 66:17,25 68:10 70:23 77:12 78:19 122:1,8

**rendering** 17:8,15,19 56:6 60:4 64:1 68:19 69:22 70:7 82:6

**renders** 60:22 70:8

**repeat** 39:23

**rephrase** 25:2 30:24 61:18,23

**report** 132:10,14 139:4 140:4,5,7

**reporter** 9:20 10:21 52:25 75:14 98:2 100:14 101:14 102:9 103:14 166:15, 17

**reporting** 44:2 77:21 113:19 138:14 158:16

**represent** 9:25 32:24 71:5 93:18

**representation** 104:8

**represented** 93:12 130:2

**represents** 70:11 88:14 94:12 164:22

**request** 13:14 14:23 15:19,21,22,23 17:2 20:22 45:16 49:21,22 50:10

53:23 56:4 60:6 63:10,14 65:6 66:3 74:14 107:5,6 115:24 121:9 122:4

**requested** 94:5 140:18

**requests** 13:4 18:10 19:15 140:8

**required** 58:8,22 59:20 118:13

**requirements** 142:15

**requires** 18:18 92:21 95:23

**reservation** 32:5

**reservations** 21:16 49:13

**reserve** 48:8,10

**resolve** 135:12

**resource** 95:18

**respect** 14:15 26:25 27:11 32:16 36:20 64:16 69:22 86:17,20 125:17 128:14

**respond** 111:18

**responds** 65:5

**response** 22:6 38:6 60:6,10,15,17 63:9 64:5 81:25

**responses** 18:11

**rest** 76:23 104:20,23 106:8 129:16,23 130:9,20,25 132:8

**result** 48:11 49:16 59:9 68:2,14,24 70:16 127:12

**results** 45:18

**retrieval** 13:13

**retrieve** 15:25

**retrieved** 20:25

**return** 16:14,15 18:11 60:7 63:8,10, 18 74:16 75:6

**returned** 17:3,21 60:11,21 65:19 75:10 122:1

**returning** 63:15 64:2 69:9 74:8 78:18

**rev** 125:21,22,24 126:14 127:19,21, 23 128:10 160:16,17,23

**reveal** 109:11 110:7 114:11 118:10 123:18

**revealing** 111:23 117:16 124:11

**reveals** 114:13

**revenue** 124:18,23 125:10,11 127:7, 12 160:7

**review** 104:14 161:4,12

**reviewed** 161:22

**Rice** 155:8

**Ridgway** 9:21

**role** 12:13 14:11,14 17:23 26:25 27:9 36:19 103:2 126:13

**roles** 126:22

**roughly** 54:25 68:25 89:25

**RTB** 25:13,19

**run** 32:8 35:2,21 75:5 137:9

**running** 16:11

**runs** 53:13

---

**S**

**Safari** 87:10

**safe** 59:23

**scale** 96:19

**scanned** 54:6

**scenarios** 74:20

**Schiller** 10:3

**scope** 12:24

**section** 83:24 138:24

**selected** 59:9 63:2 156:20

**selection** 47:19

**sell-side** 25:20 125:11,20 128:14 159:18 160:7

**send** 71:11 80:3 81:9 82:6,8 110:24 157:4

**sensitive** 135:18

**sentence** 127:4,9 129:8 163:19

**separate** 13:19 43:6 44:11 61:6 79:13 80:1 119:8 164:14,15 165:5

**separately** 42:15 43:3 160:6

**September** 9:18 133:19 143:24 147:6 154:17 155:10

**sequence** 127:20 128:2

**serve** 49:20 50:19 57:20 63:4 67:10 94:25 96:4 120:17 128:25

**served** 16:2 40:6 41:20 55:17,20 57:22,24 58:10 76:21 77:19 80:17 132:20 151:3

**server** 15:19 22:10,12,17,19 40:12 42:16 61:10,25 69:9 78:8,13,15 81:1,

www.LexitasLegal.com/Premier
Lexitas
888-267-1200
Index: region–server

8 119:3,9,12,17 120:19 121:15,22

**server-side** 56:21 60:3,13

**servers** 121:21

**serves** 50:14 77:10

**service** 132:17

**serving** 12:25 13:2,3,5,9,17,18 14:4, 18,22 15:17,20 17:15,22 19:12 20:12 21:24 22:8 27:13 40:22 56:5 77:8,25 87:18,19,24 88:21 89:11,20 93:20 95:12,14,17 119:9 167:12,20

**session** 164:14,15

**set** 28:9,24 30:13 31:2,3,7 33:7 35:22 36:6 39:4 88:11 94:21 96:3 134:6,11

**sets** 137:6 149:10

**setting** 131:14

**setups** 96:8

**share** 124:18 125:4,10,11,21,22,24 127:7,12,21,23,24 128:10 160:17

**shared** 33:24 144:24 146:24 164:20

**shares** 126:14 127:19 160:16,24

**sharing** 34:15 91:16

**shift** 142:18

**shifted** 158:9 159:8

**short** 51:6,20 92:6 153:22 154:1 167:2

**shot** 96:18

**show** 32:11 33:10,13 47:13 75:12 98:1 99:8 100:13 105:5 162:1

**shown** 18:8 72:12

**side** 67:25 68:1 69:9 125:5

**sign** 84:6,16,18 85:2,24 168:6

**signals** 35:10

**signed** 84:13 86:8,13 87:2,12 88:18, 22 89:14 107:25 108:13,22 141:25 161:24

**signed-in** 84:3,8 85:20 86:21,22 164:10,12

**signed-out** 88:15

**significant** 69:14 74:11 123:22 130:4

**signing** 84:11,23 85:9

**similar** 43:8

**similarly** 68:12 91:17

**simplification** 130:4

**simplified** 20:23 41:6

**simply** 136:20 137:23 151:20

**single** 71:4 160:17 164:23

**site** 18:8 41:11,21 89:11 93:22 94:9

**situation** 77:1

**size** 66:11

**sliced** 67:2,3

**slightly** 79:10

**slot** 45:15,17,19 47:14,15,20 48:21 49:23

**slots** 46:16

**small** 133:10

**smaller** 66:12 133:9

**solutions** 36:23 38:13,23 39:7

**solve** 65:4,14

**solving** 65:1

**sophisticated** 43:20 93:10

**sort** 13:15 20:23 28:21 35:19 47:12 56:8 60:3,16 67:8 75:8 78:16 92:21 96:1 104:20,21 126:9 131:13,17 141:6,15 146:22 165:19

**sounds** 86:19 107:23

**source** 124:5

**sources** 16:5 18:5 47:12 50:1 118:19

**Southeast** 66:1

**space** 27:15,17 39:1 44:7 164:21,22 165:5

**speak** 112:11 166:13

**speaking** 38:1 54:25 89:25 121:22

**specific** 20:20 57:5,8 64:12 72:6 96:15 121:10 156:9 158:25 160:9,20

**specifically** 30:7,22 56:15 77:23 78:10 90:25 98:23 121:7 144:5 155:1

**specifics** 144:16

**speculate** 126:1 132:6

**speculated** 159:22

**speculating** 44:7

**speculation** 109:2,4

**spell** 113:4

**spent** 135:22

**split** 19:21

**sports** 93:15

**SSP** 78:15

**SSPS** 26:14 93:9

**stack** 20:4

**stage** 72:3,16

**stand** 82:13 101:5

**standardization** 131:21

**standardized** 130:1

**standardizing** 131:18

**standards** 37:6,14 79:2,5

**standing** 138:4

**standpoint** 157:21 159:17

**stands** 21:15 23:1

**start** 21:7 30:10 59:1,5 60:23 66:6 70:9 82:5 120:2 123:5 126:12 153:1

**started** 69:9

**starting** 125:24

**starts** 53:12 66:11 99:22 100:3

**state** 11:8 38:21 118:22 138:25

**statement** 44:23 73:11 104:10 158:10

**states** 36:24 122:22

**status** 153:3

**step** 82:2

**steps** 58:8 59:18

**stick** 147:4

**sticking** 49:15 73:24 89:19

**stored** 13:11 31:5 163:24

**strange** 47:23

**strangely** 47:21

**Strat** 101:24

**strategy** 142:19

**stream** 60:16

**streaming** 61:1

**Street** 9:14

**strict** 37:5,15,22 38:4,9

**strictly** 38:1

**string** 53:12 100:9,23 101:22 102:4

**strongly** 116:11

**structure** 125:10,16 135:24

**stuff** 77:9 91:9

**subject** 101:1,24

**submitted** 129:2

**subscribed** 145:19,23 146:1,8
155:11

**subscribers** 146:15 148:14 154:12

**subsequent** 45:3,5 80:20

**subset** 29:10,12,15 148:9

**successful** 47:19 48:2,3,6,11,14
137:15

**successfully** 68:10 69:10 75:10

**summary** 51:1 59:24

**sunset** 27:25

**super** 44:24

**support** 29:22 30:12 31:10 32:4
33:18 34:20 36:10 37:25 38:19 41:23
43:12 44:16,25 83:9 87:24 89:12
90:9,10,13 91:7 131:9

**supported** 17:20 19:12 43:16

**supporting** 31:16

**supports** 13:9 25:13,19 30:8,11
31:1,13,24 32:1,20 91:3,11,13 140:15

**suspect** 157:16

**swear** 10:21

**sworn** 10:25

**synonymously** 163:20

**system** 19:12,16 20:8 46:3 50:11
68:11 95:9 96:5,10,21

**systems** 19:17 77:17 96:19

―――――――――――――――――――

                    T

**tag** 82:12,14,18 121:25 122:2,3

**takes** 14:17 45:12 46:12 72:7 127:6,
11

**taking** 59:8 63:25 67:8 77:24

**talk** 71:16 77:4 116:1,4 145:18 149:7

**talked** 31:25 38:14 70:17 73:14
151:14,22 158:7

**talking** 28:16 72:5 77:8 78:10 89:18
90:22 133:15 143:21

**target** 94:17 95:13

**targetable** 93:19 94:16

**targeted** 94:23 95:3

**targeting** 83:12 93:14 95:22

**team** 11:20,22 12:16,19 17:24 21:8
24:1,2,10,17 25:7 27:20 35:8 36:14,
21 37:2 100:11 102:6,24 103:13
105:3 138:14

**teams** 35:20 36:22

**technical** 19:19,22 20:2 121:7

**technology** 78:25 94:13

**ten** 51:8,11,13

**term** 15:18 28:20 29:8 30:16 47:22
50:9 52:1,13,14,21 55:10 87:20 88:6

**terms** 20:24 38:14 56:12,13,15 62:13
63:1 77:8 93:20 122:7 129:19 131:20
146:11 149:20 156:1 163:14

**terrible** 66:1

**testified** 11:1

**text** 106:8

**then-existing** 134:14,22

**thing** 33:12 35:18 40:21,23 48:13
60:18 61:2 136:13

**things** 18:21 32:5 43:24 45:24 62:2,
15 74:4 88:7 107:17 155:23

**thinking** 13:7

**third-party** 26:10 28:5,6,8,17 38:18
88:11 89:5,13 90:11,13 91:6,20,22
121:15,21 163:20

**thought** 136:12

**thousand** 133:6

**thousands** 133:4

**threat** 97:18

**thrown** 104:21

**time** 9:4 18:20 19:11,15,20 21:10,14
51:8,18,22 53:23 78:11 82:9,21 92:4
95:10,15,19 104:13 108:11 116:4,6
135:22 139:20 142:16 146:7 147:1
154:15 158:17 166:25 167:4

**timeout** 74:8

**Times** 29:2 142:2

**timestamp** 139:9,10 149:24 150:15,
16,19 151:11,19,23,24 152:10,17
153:13 156:15

**timestamps** 139:16

**timing** 71:6

**today** 9:17 10:12 18:23 21:3 69:6
116:18 119:7 122:25 167:19

**token** 89:6

**told** 116:8,15,23 159:19 163:12

**Tomorrow** 101:25

**top** 53:14 56:19 83:18 90:4 106:2
124:16 127:24 132:24 133:11

**town** 11:12

**tracked** 129:20

**Trade** 9:15

**traditional** 27:25 28:2 41:15

**transaction** 45:19

**transactional** 131:13

**transactions** 129:22 130:18

**transcript** 44:20

**transfer** 132:9,13,18 135:24 136:1,
25 137:4 138:16 139:4 140:4,5,6,19,
20 142:11 147:7 148:1,6 150:3,6,8,
11,18,25 151:5 152:9,15,18 153:3,6,
11,17 154:19 155:18,22 157:18

**transitioned** 133:18

**transparency** 83:8

**transparent** 136:11

**trigger** 122:4

**triggering** 55:15

**true** 65:24 150:20,23

**truncated** 150:8 156:4,12

**truth** 116:8,16,24

**tuning** 66:11

**type** 17:1 94:20 111:2 145:8 146:11,
13,17

**types** 134:12

**typically** 104:23

―――――――――――――――――――

                    U

**UI** 157:17

**un-auctioned** 47:14

**unchanged** 38:8,10

**understand** 26:5 61:14,17,22 62:21

64:4 70:14 73:10 104:9 106:1 110:22 116:20 119:22 126:9 130:14 145:3,12 159:13,24

**understanding** 52:19 55:5 126:7 135:21 136:9 144:21 148:11 160:5

**underway** 80:11

**unified** 21:4 40:15 133:19

**uniquely** 150:13

**United** 36:24

**universe** 155:22

**upload** 33:1

**uploaded** 33:6,14

**URL** 81:12

**use-cases** 91:4,8

**user** 28:12,25 29:21 32:12 34:18 35:25 43:25 56:6,7,16,24 66:20 68:11 70:21 71:19 73:3,6 74:13 75:1 77:13 84:4,8 85:20,21 86:21,23,24 88:16,22 89:14 141:23

**user's** 69:21 70:24 71:19,25 73:4,6 78:7 80:2 81:1

**users** 27:12 32:23,24 33:2,13 34:17 83:7,10 141:18

**utilize** 32:18

**utilizes** 33:21 34:11

**utilizing** 33:16

**V**

**V2** 91:10,15

**values** 128:2 131:14

**variant** 35:4

**variety** 53:15 157:5

**Veltrop** 10:17

**version** 25:12 91:3 136:24 153:16 157:7,17 161:24

**versions** 91:2 161:3,7,11,17,19,23

**versus** 71:7 125:20 128:14 139:14 149:19 159:18 160:6

**video** 9:4 41:25 65:16

**video-recorded** 9:7

**view** 55:10 56:15,23 57:24 69:17 76:20 77:4

**viewed** 58:10 68:10 71:10 77:12

**viewer** 66:20

**viewing** 72:18

**violate** 137:24

**virtually** 129:18

**visible** 17:13

**visual** 17:7

**W**

**Wallet** 24:5,7,8,10

**Wallets** 24:14

**wanted** 57:19 134:6

**wanting** 126:8

**waste** 116:3

**ways** 22:5 33:19 34:10 93:10 120:15 131:14 157:25

**web** 16:19,23,25 17:7 39:17 41:13,24 43:18 56:11 57:24 58:10,13,17 62:5 64:16,20,22 65:2 68:13,18,25 69:21 70:4,11 71:7,19,21,25 72:19,20 73:20,23,24,25 78:2 80:2 81:2,5 84:13 87:1,10 88:13 89:18,20 90:10, 12 122:7,15,17 129:19 163:21 164:3

**website** 29:2 142:1

**websites** 40:6 119:1

**week** 107:19

**win** 55:7 59:9 65:7 66:24 70:15 72:23

**winner** 48:15,16,19 50:5 75:5

**winner's** 56:22

**winners** 68:2

**winning** 49:1 59:17 60:7 62:16 74:3, 17

**wins** 49:9,16 54:25 63:1 66:16 68:14 77:10

**withdraw** 14:10,20 21:5,17 23:5,13 25:23 31:22 39:12,18 45:10 49:4 51:3 58:7 59:4,7 67:24 73:12 79:24 83:14 109:19 127:8 130:5 133:16 149:2,8 151:16 156:21 160:3

**won** 68:9

**word** 52:2

**words** 68:13 69:23 73:6 97:2

**work** 40:5 57:13 74:19 76:7 99:6

100:11 101:10 102:5,23 105:2 107:25 108:6 109:20,24 115:4,5,7,10,14 119:24 127:18

**worked** 23:9,17 24:13 57:4 155:1

**working** 23:25 92:12 120:10

**works** 46:3 51:14 122:7,18

**World** 9:14

**writes** 54:21 56:20

**writing** 111:5,15

**written** 80:12 164:21

**wrong** 46:5

**Y**

**year** 69:2 107:3,7,8,19 140:22 162:24 163:4

**years** 37:13 90:7 153:2,4

**York** 9:16 29:1,2 142:2

**Yung** 10:16

**Z**

**zoom** 10:5 166:18

www.LexitasLegal.com/Premier
Lexitas
888-267-1200
Index: understanding–zoom

**HIGHLY CONFIDENTIAL**

**ERRATA SHEET FOR THE TRANSCRIPT OF:**

Case Name:        *In re Google Digital Advertising Antitrust Litigation*, 1:21-md-03010 (PKC)

Deposition Date:   September 6, 2024

Deponent:          Glenn Berntson

**CORRECTIONS**

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 11 | 22 | The phrase "that's" should read "that is" | Transcription Error |
| 18 | 8 | The phrase "ad to be" should read "ad be" | Transcription Error |
| 29 | 24 | The phrase "We" should read "We'd" | Transcription Error |
| 56 | 16 | The phrase "a" should read "the" | Transcription Error |
| 65 | 7 | The phrase "there is" should read "it's" | Transcription Error |
| 72 | 25 | The phrase "It will" should read "It wouldn't, it wouldn't – it's not …" | Transcription Error |
| 73 | 20 | The phrase "On the web" should read "On web" | Transcription Error |
| 81 | 3 | The phrase "payload" should read "download" | Transcription Error |
| 89 | 8 | The phrase "a Gaia" should read "an active Gaia" | Transcription Error |
| 91 | 12 | The phrase "GFP Cookie 1" should read "GFP Cookie V1" | Transcription Error |
| 92 | 24 | The phrase "and header" should read "and the header" | Transcription Error |
| 104 | 23 | The phrase "typically embedded" should read "typically embedded directly" | Transcription Error |
| 111 | 2 | The phrase "ala" should read "a la" | Transcription Error |
| 111 | 12 | The phrase "That wasn't" should read "No, that wasn't" | Transcription Error |
| 118 | 14 | The phrase "out of the database" should read "out of a database" | Transcription Error |
| 127 | 24 | The phrase "20 percent on top of what is" should read "20 percent on top of the – what is" | Transcription Error |
| 132 | 23 | The phrase "So I don't" should read "I don't" | Transcription Error |
| 134 | 16 | The phrase "Yeah." should read "Yep." | Transcription Error |
| 134 | 20 | The phrase "Yeah." should read "Yep." | Transcription Error |
| 138 | 24 | The phrase "section" should read "sentence" | Transcription Error |
| 139 | 13 | The phrase "can see" should read "could see" | Transcription Error |
| 145 | 14 | The phrase "or are" should read "are" | Transcription Error |
| 146 | 21 | The phrase "All right. I'm in the" should read "I'm – I'm in the" | Transcription Error |
| 150 | 23 | The phrase "It's true – so far" should read "So far" | Transcription Error |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 163 | 20 | The phrase "synonymously" should read "pseudonymously" | Transcription Error |
| 165 | 1 | The phrase "ala" should read "a la" | Transcription Error |
| 165 | 5 | The phrase "ala" should read "a la" | Transcription Error |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefore.

Date: October 4, 2024      Signature: