# EXHIBIT 18
# REDACTED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-3010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| IN RE GOOGLE DIGITAL PUBLISHER LITIGATION | Case No. 1:21-cv-7034 (PKC) |

## DECLARATION OF DR. GREGORY K. LEONARD

### AUGUST 8, 2025

1.  I have been asked to review the "XPP-Daily" and "AdSense Backfill" data that Google produced in the above-referenced action,[1] and explain the extent to which one of the Named Plaintiffs, The Progressive, used DoubleClick for Publishers ("DFP") to sell impressions on its properties.

2.  As explained herein, based on my review of the XPP-Daily and AdSense Backfill data, it is evident that The Progressive's AdSense web advertising sales during the Proposed Class Period were made exclusively or nearly exclusively using DFP.

3.  The XPP-Daily data include all transactions involving AdSense, whether by way of using (a) AdSense directly or (b) DFP with AdSense Backfill. The AdSense Backfill data reflect only the transactions pursuant to which a publisher used DFP with AdSense Backfill. Thus, by comparing the total number of a publisher's transactions that involved AdSense in any way (reflected in the XPP-Daily data) with the number of a publisher's transactions that used DFP with AdSense Backfill (reflected in the AdSense Backfill data), I can determine the percentage of a publisher's total AdSense-related impressions that were transacted using DFP with AdSense Backfill.

4.  Here, the XPP-Daily data indicate that during the Proposed Class Period, The Progressive had a total of ▮▮▮▮▮▮ impressions that involved AdSense in any way.[2] The AdSense Backfill data indicate that during the Proposed Class Period, The Progressive used DFP with AdSense

---

[1] The XPP-Daily data is available at GOOG-AT-MDL-DATA-000559277 to 000561030, GOOG-AT-MDL-DATA-000606113 to 000606341. The AdSense Backfill data is available at GOOG-AT-MDL-DATA-000482532 to 000486515, GOOG-AT-MDL-DATA-000605356 to 000606028.

[2] XPP-Daily data (GOOG-AT-MDL-DATA-000559277 to 000561030, GOOG-AT-MDL-DATA-000606113 to 000606341). Transactions that I identified as The Progressive's are consistent with the publisher ID that The Progressive provided in its interrogatory responses. *See*, Named Publisher Pl. The Progressive, Inc.'s Resps. and Objs. to Defs. Google LLC, Alphabet Inc., and YouTube, LLC's First Set of Interrogs. at Rog. 4.

Backfill for a total of ▮▮▮▮▮ impressions.³ The data therefore indicate that over ▮▮▮ of The Progressive's impressions transacted through AdSense during the Proposed Class Period were made using DFP via AdSense Backfill.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 8th day of August 2025 in Hillsborough, California.

_____
Gregory K. Leonard

---

³ AdSense Backfill data (GOOG-AT-MDL-DATA-000482532 to 000486515, GOOG-AT-MDL-DATA-000605356 to 000606028).

2