# EXHIBIT 19
# REDACTED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) |

## DECLARATION OF ▓▓▓

I, ▓▓▓, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I have worked for Google LLC ("Google") for approximately seven years. I am currently the Product Management Lead on the AdSense team. I have reviewed the declaration of Norman Stockwell, dated July 30, 2025, and have personal experience with and knowledge of Google's sell-side ad tech products.

2. Google Ad Manager combines functionalities that were previously called DoubleClick for Publishers ("DFP") and AdX. DFP refers to the ad-serving functionality of Google Ad Manager.

3. AdSense for Content is an ad network that allows publishers to sell ad inventory on their websites, including display ads.[1] Publishers may use AdSense without a separate publisher ad server like DFP. However, Google also offers a feature known as AdSense "backfill" that allows publishers to connect with the AdSense network through DFP. Rather than using AdSense tags that AdSense publishers typically use to sell inventory through AdSense, an AdSense backfill transaction begins as an ad request to DFP, which in turn calls the AdSense network for advertising demand without using AdSense tags.

---

[1] References to "AdSense" in the rest of this declaration refer to AdSense for Content.

1

4.   Any publisher that chooses to sell inventory via AdSense backfill must have accounts with AdSense and with Google Ad Manager and must use the Google Ad Manager user interface to enable sales via AdSense backfill. Once AdSense backfill has been enabled, both Google Ad Manager and AdSense provide reporting on a publisher's impressions sold via AdSense backfill within their respective user interfaces.

5.   I have reviewed *The Progressive's* Google Ad Manager account settings as they relate to AdSense backfill. As of today, under *The Progressive*'s current account settings, AdSense backfill is enabled to fill all of the website's unsold inventory.

6.   If a DFP publisher sells all of its inventory via AdSense backfill, then the user interfaces of Google Ad Manager and AdSense would provide reporting on the same transactions.

7.   I have also reviewed the publicly accessible source code for *The Progressive*'s website at https://progressive.org/. As of today, that source code includes Google Publisher Tags, which are used to send ad requests to Google Ad Manager. Based on my review of the code on *The Progressive*'s website as of August 8, 2025, the website's source code does not include any AdSense tags. This means that all advertising inventory on the website that is enabled to be sold by AdSense is first routed to DFP, which calls AdSense as appropriate and serves the ad to the user.

8.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 8th day of August 2025, in ███████████████