# EXHIBIT 22
# REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § | |
| Defendant. | § § | |

### DECLARATION OF NITISH KORULA

I, Nitish Korula, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I have worked for Google LLC ("Google") for approximately fourteen years. From July 2016 through December 2021, I was a member of and led engineering teams developing Google projects that allow publishers to sell display advertising technology, including Google Ad Manager.[1] Since April 29, 2024, I have been an Engineering Director at Google, reporting to  and based in the company's office in New York City, and my current responsibilities include managing engineering teams working on Google Assistant. Based on my personal experience with and knowledge of Google's sell-side products, I describe below the material features of those products and my understanding of how they generally functioned up to the time that I transferred out of the sell-side engineering role in December 2021, though there may have been exceptions (e.g., bugs, experiments, mediation chains[2]). Except as otherwise

---

[1] Google Ad Manager combines functionalities that were previously called DoubleClick for Publishers ("DFP") and AdX.
[2] The vast majority of web inventory has not been sold with the use of mediation chains, and it has not been possible to configure mediation chains on Google Ad Manager for web inventory since April 2017.

1

Highly Confidential  GOOG-AT-MDL-C-000017971

specifically indicated, the descriptions contained in this declaration do not cover or otherwise address product changes made after December 2021.

### Reserve Price Optimization

2. In a second-price auction, the buyer with the highest bid wins the auction, and pays the maximum of the applicable reserve price and the second-highest bid. Therefore, in a second-price AdX auction, having a higher reserve price could result in higher revenue for the publisher in that auction.

3. In April 2015, Google launched Reserve Price Optimization ("RPO") for general availability (having conducted small scale testing of the feature in 2014). RPO could increase the reserve price for a second-price AdX auction, prior to the auction being run. The RPO-based reserve price was based on predictions of auction competition, informed by historical data.

4. Between the launch of RPO in 2015 and the launch of the Unified First Price Auction in 2019, the reserve price in AdX was the highest of: (i) the publisher-configured reserve price; (ii) the Enhanced Dynamic Allocation price set dynamically based on a temporary CPM; (iii) the price of the remnant line item that was selected as a candidate for the impression; and (iv) the price determined by RPO. Applicable reserve prices for an AdX auction (including under RPO) were established prior to the auction and were declared when bid requests were sent to all buyers (including Authorized Buyers, Open Bidding partners, Google Ads, and DV360).

5. RPO benefited publishers because it had the effect of increasing the price paid by the winning bidder, and therefore the publisher's revenue (thereby also hopefully increasing the attractiveness of Ad Manager to publishers).

6. RPO did not apply to buyers that submitted two bids into the second-price AdX auction. Publishers using AdX tended to earn more revenue when buyers submitted two

2

Highly Confidential
GOOG-AT-MDL-C-000017972

competitive bids than when RPO applied to those buyers, but after observing some buyers submitting nominal second bids (e.g., $0.01), Google updated RPO so that it would not apply only to those buyers that provided two competitive bids into sufficient AdX auctions.

7.  RPO was disabled in 2019 following Google's move to the Unified First-Price Auction. In June 2022, Google launched a version of RPO designed for the first-price auction known as Optimized Pricing on select web traffic, and it was extended to all web traffic in January 2023. Publishers may opt out of Optimized Pricing.

### Minimum Bid to Win

8.  In a first-price auction, the bidder pays what it bids, so to avoid overpaying, a bidder must balance its payment with the probability of winning. A lower bid could result in a better return for the bidder if it wins, but it also increases the chance that the bidder will lose to a competing bidder. In deciding how much to bid, a bidder should consider how much other bidders in the auction may bid on the same inventory (in addition to the value the bidder itself places on the inventory) because other bidders' potential bids influence the likelihood that the bidder will win for any bid that it submits.

9.  In 2019, Google launched the "minimum-bid-to-win" field as part of the migration to the Unified First-Price Auction to aid bidders in training their bidding models.

10. The minimum-bid-to-win is information that the Unified First-Price Auction sends after a given auction has ended. This information indicates the minimum amount that a bidder could have bid in order to win the impression. For a losing bidder, this represents the amount they would have had to bid to beat the winning bidder or the floor price and win the ad impression in question. For the winning bidder, this represents the larger of the second-highest bid and the floor price. The information can be used to adapt bids in future auctions.

Highly Confidential

GOOG-AT-MDL-C-000017973

11. The Unified First-Price Auction sends the minimum-bid-to-win information to real-time bidders that directly bid into the Unified First-Price Auction (as long as their bid was not filtered from the auction), including all third-party exchanges that participate in Open Bidding and all bidders in Google's ad exchange.

12. Historically, there was no basis on which this information could be sent by Ad Manager to header bidders because there is no server-to-server connection between Ad Manager and such bidders and Ad Manager does not know the identity of these exchanges (although publishers could pass that information along to header bidders). In June 2022, Google began allowing minimum-bid-to-win information to be shared with header bidders who participate in the Ad Manager auction for web inventory, and who enter into a direct contractual relationship with Ad Manager for this solution.

### AdX Direct

13. Publishers using third-party publisher ad servers or in-house ad servers can access real-time demand from AdX using AdX Direct. AdX Direct has existed since at least the time that Google acquired AdX from DoubleClick in 2008.

14. To access AdX using AdX Direct, publishers place ad tags on their websites or in apps ("properties"). Ad tags are snippets of code that contain the details of the size, format, and other requirements of the ad unit. When a user visits the publisher's property, the ad tag calls AdX to return an ad meeting these requirements. For publishers using a third-party publisher ad server or an in-house ad server, when a user visits the publisher's property, an ad tag calls the publisher's ad server, and that ad server would then go through its ad selection logic and, if it chooses, call AdX Direct with an appropriate reserve price via the AdX Direct tag.

Highly Confidential    GOOG-AT-MDL-C-000017974

15.  As with AdX ads returned to DFP publishers, the ads returned by AdX Direct are determined through auctions that compare bids submitted to AdX in real-time by both Google and non-Google demand sources..

16.  There are no planned changes to the way that third-party publisher ad servers or in-house ad servers can access real-time demand from AdX using AdX Direct.

17.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 2nd day of May 2024, in New York, New York.

_____
Nitish Korula

Highly Confidential                                                                                                  GOOG-AT-MDL-C-000017975