# EXHIBIT 27
# REDACTED

| Campaign stakeholder review status | | |
|---|---|---|
| Who | Role | Date reviewed (Y/N) |
| ▮ | PMM | |
| ▮ | Legal | |
| ▮ | PM | |
| ▮ | PSL | |
| ▮ | Technical Writer | |
| Ariane Approval | | |

**Wild Card guide**
{AccountManager}: AM (filled for LPS only)
{x1}: Subject which is different for publishers that we're re-contracting vs. terminating
{x2}: Snippect which is different for publishers that we're re-contracting vs. terminating
{PropertyCode}: AdX Property Code
{PublisherName}: Publisher's name (First and Last) if available
{Recontract}: True if we're giving publisher chance to sign new contract, False otherwise
{Reminder}: True if this is reminding publisher to sign contract a week before termination, False otherwise
{link_termination}: link to the 30 day termination notice
{link_AdX}: URL of AdX account sign in (to actual Account ID's sign in)
{date}: date of termination (30 days + Termination notice)
{AdMob}: True if publisher has AdMob account, false otherwise
{AdXaccountIDnumber}: Account ID of AdX account
<u>Scalable Comms broken out by different wild card values</u>



**Commented [1]:** ▮ Would be great if you can provide a sample data. _Assigned to ▮

**Commented [2]:** Here's some sample data ▮

**Commented [3]:** Thanks ▮ )

**From:** DoubleClick for Publishers <▮>
**cc:** ${AccountManager}
**Subject:** {If(Recontract = true) and (Reminder = false)} [Termination Notice] One Contract for Ad Exchange and DoubleClick for Publishers Required {endif}
{If (Recontract = true)}[Termination Notice Reminder] One Contract for Ad Exchange and DoubleClick for Publishers Required{endif}
{If (Recontract = false)}[Termination Notice] Your Ad Exchange contract will be terminated in 30 days. {endif}

# DoubleClick

AdX Property Code: ${PropertyCode}

**Dear ${PublisherName},**

${If(Recontract = false)}
Given changes in our contracting terms, we regret to inform you that your Google Services Agreement for DoubleClick Ad Exchange (AdX) will be terminated, effective 45 days from the date of this e-mail. You can find your formal notice here.

Despite this change, you will still be able to monetize your content through AdSense${if(AdMob = true)} and/or AdMob{endif}. If you don't already have an account, sign-up for Google AdSense and/or ${if(AdMob = true)} Google AdMob{endif} to continue monetizing.

Your final payments will be made during the January billing cycle, which will be paid out in February. {endif}

${If(Recontract = true)}
As we've mentioned, we're creating greater efficiencies across our products by bringing DoubleClick Ad Exchange and DoubleClick for Publishers closer together. In order to continue using AdX, our partners now need to sign a new contract that includes terms for both AdX and DFP. This contract will give you access to DFP features, but there is no obligation to use them. There is no change to your fees for any AdX feature as a result of signing this contract.

${if (Reminder = false)}
**If you decide not to sign the contract, your Google Services Agreement for DoubleClick Ad Exchange will be terminated 45 days from the date of this email. Please find your formal notice of termination here.**
{endif}

${If (Reminder = true)}
**This email serves as a reminder to sign your updated new contract available in AdX to continue accessing your AdX account.**

Please sign the new contract by $[date]. After that point, your Google Services Agreement for your DoubleClick Ad Exchange account will be terminated. You will still be able to monetize through AdSense${if(AdMob = true)} and/or AdMob{endif}.
{endif} To continue accessing your account, please sign the new combined contract by logging into AdX as soon as possible.

**Learn More**

---

**Commented [4]:** Insert termination link wildcard

**Commented [5]:** {link_termination}

**Commented [6]:** Make sure to update billing cycle month based on when it's being sent

**Commented [7]:** let me know when this is ready to go and I'll submit it to the localization team.

**Commented [8]:** link_termination

**Commented [9]:** Move this up so that it's one paragraph

**Commented [10]:** so shall this sentence is also a part of condition ${If (Reminder = true)} and will not be displayed when ${if (Reminder = false)}

**Commented [11]:** does this work?

**Commented [12]:** Hi , this should be here.

**Commented [13]:** This sentence is this sentence is also a part of condition ${If (Reminder = true)} and will not be displayed when ${if (Reminder = false)}

**Commented [14]:** The sentence should be included for both Reminder = true and Reminder = false

**Commented [15]:** Thanks

**Commented [16]:**

| How to sign your new contract |
|---|
| 1. Sign-in to your AdX account. You will be redirected to DoubleClick for Publishers and the new **Order Form**.<br><br>2. At the top of your account, locate the message bar and click "**Sign up**".<br><br>3. Click "**Continue**" at the end of the Welcome page.<br><br>4. Select "**Display Language**" and click "**Save and Continue**".<br><br>5. Select "**Country/Region**" and "**Timezone**" (currency will be automatically inserted based on your AdX currency) and click "**Save and Continue**".<br><br>6. Read the new contract "Welcome" page and click "**Continue**".<br><br>7. On the "Legal Entity Name" page, enter the official name that should be on the order form and click "**Continue**".<br><br>8. On the "Complete Order Form" page, click **"Accept the order form"**.<br><br>If an action is not taken within 45 days, your AdX account ${AdXaccountIDnumber} will be terminated.<br><br>Access to this AdX account will cease to exist thereafter. Following termination, you may continue monetizing through AdSense${if(AdMob = true)} and/or AdMob{endif}.<br>{endif}<br><br>{If(HasAccountManager = true)}<br>If you have any questions, please reach out to your Account Manager.<br>{endif}<br>{If(HasAccount manger = false) and if(Recontract = true)}<br>If you have any questions, please refer our Help Center.<br>{endif}<br>Until next time,<br>The DoubleClick for Publishers Team<br><br>Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br><br>*You have received this mandatory email service announcement to update you about important changes to your Ad Exchange product or account.* |

Comments:
- **Commented [17]:** AdX account is a hyperlink with wildcard {link_AdX}
- **Commented [18]:** [redacted] Will this sentence be included when Recontract = false ? _Assigned to [redacted]
- **Commented [19]:** Let's remove it.
- **Commented [20]:** Great. Thanks [redacted]

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-019416880

DFP Forum      Help Center

HIGHLY CONFIDENTIAL   GOOG-AT-MDL-019416881