# EXHIBIT 40

# REDACTED



GOOG-DOJ-06134599

# Agenda

1. Executive summary
2. Overview of DRX migration plan
3. Detailed Vertical unification plans
4. Roadmap & success metrics
5. Appendix with detailed vertical plans

INTERNAL: Google Confidential and Proprietary

# Executive Summary

- What is DRX Core?
  1) A set of shared services/verticals that support our big bets: reporting, inventory, creatives, admin, forecasting, API and homepage
  2) Responsibility for the overall product including UI consistency and how DRX comes together as a unified product

- Goals for today:
  - Update on proposed phased unification plan for UI
  - Review of unification plans for each Core vertical
    - The what, why and when for unification
  - Identify open areas for further/deeper review
    - Areas not covered today: API, Orders & Forecasting

INTERNAL: Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-06134601



DRX Migration Plan

INTERNAL: Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

# Recap: Phased unification over time

| Keep DFP and AdX Separate | Unify to a single product | |
|---|---|---|
| | Stop and merge | Phased merge while continuing development |

**Cons:**
- Harder to optimize for overall yield
- Internal churn from two parallel strategies
- Market confusion from overlapping products
- Eng inefficiency from redundant work
- Against market trend toward unified solutions (MoPub, AppNexus)

**Pros:**
- Consistent experience for customers
- Eng efficiency
- No throw away work
- Does not lower engineering morale

**Cons:**
- Ignores customer & sales urgency around short-term solutions
- Many customers, eng teams, and sales just emerged from years of migrations (XFP et al)

**Pros:**
- Common vision and unified priorities will stop divergence
- Can balance short-term urgency and long-term health differently by component
- Deliver value in pieces with each merge, instead of waiting for everything to be done

**Cons:**
- Longer to get to final state

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134603



# Merged sell-side product: one container, consistent UI

| | Core | | | Demand | |
|---|---|---|---|---|---|
| **Home** | **Inventory** | **Reporting** | **Admin** | **Deals** | **Indirect Sales** |
| One login & homepage | Single tag | One QT for all formats, manual trafficked and programmatic revenue | Settings | Discovery: product definition, offer creation | Manually-booked networks/SSPs |
| Metrics, benchmarks, recommendations, alerts | Ad units | | Permissions | Sales: negotiate, workflow | ANO |
| | Targeting presets | | | | Open Auction |
| | Blocking | | | Trafficking: for manual deals | |
| Creative mgmt? | | Possible dedicated tab for Ad Review Center, creative templates, other format support | | | |

**Formats**: *plumbing* to access supply, *integrated support* across the whole product

Mobile apps: mediation, app-specific RTB signals, cross-media deals, native in-feed, PPID, etc

Brand: consistent viewability for each impression, CPV and CPP as currency, native content formats, etc

Video: manual and programmatic deals with CPP; mediation; plus video content ingestion, live, SDK, etc

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134604

# Key considerations for phased approach

- Account mappings
  - 73% of publishers (by revenue) have 1:1 mapping (1618 pubs)
  - 21% have 1 DFP account:many AdX (183 pubs)
  - 6% have many:many (216 pubs)
- Working group exploring timeline of options to get to a unified user access model across all products. Initial focus on tight integration for publishers accounting for 94% of revenue.

- Cross-team dependencies
  - While DFP and AdX have a large overlap of publishers, unification is not just a merge of redundant tabs
  - Orders, Indirect and Marketplace involve a fundamental re-working of existing workflows for each product and can't be launched independently

INTERNAL: Google Confidential and Proprietary

# Phased UI Unification Roadmap

- App Switcher (v0): Account switcher widget to allow for easy navigation between DFP and AdX - LAUNCHED!

- Separate containers (v1): Two containers with some shared services showing in both, e.g., identical QT in DFP & AdX that switches between products without refresh
  - Leverage app switcher to launch and iterate without formally announcing DRX -- we already have two containers today via Turkducken

- Shared container (v2): Core set of shared services -- homepage, reporting, billing, inventory and admin -- with remaining DFP and AdX functionality exposed in the same product
  - True "single view" across products and eliminate redundant features

- DRX (v3): All functionality unified in a single product and single UI

| Now | 1H 2015 | Mid- 2015 | 2H 2015 |
|-----|---------|-----------|---------|
| App Switcher | Launch of shared services in separate containers, e.g., Billing, Admin & Reporting | Launch shared container with new DRX homepage | Unified DRX |

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134606

# Today: App Switcher (v0)





GOOG-DOJ-06134608



GOOG-DOJ-06134609



GOOG-DOJ-06134610



GOOG-DOJ-06134611



Verticals

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134612

# What are the DRX verticals?

| Vertical area | Functionality |
|---|---|
| Inventory | Define and organize a site to determine how, where and what ads can run on it |
| Creatives | Create/upload and edit creatives (DFP) or review/block those already running on a site (AdX) |
| Admin | Manage access to certain areas and/or functions on a site, set network controls for all features on a network and review invoices (DFP) or disbursements (AdX) |
| Reporting | Access all data about a site including historical performance, reach, sell-through and revenue across a given network/account |

Note: DRX Core also includes forecasting, API and trafficking which are not covered in this presentation

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134613

# DRX Inventory

**Today:** Fragmented inventory structure and inconsistent terminology across DFP, XSM, and AdX with multiple UIs for managing inventory and 7 different targeting widgets used across Inventory, Trafficking, and Rules UIs in each publisher product.

**End State:** Create one unified module for defining inventory across all pub products, use the DFP ad unit as the primary inventory unit across AdX and DFP, and make XSM products available to all publishers in order to support deals.

INTERNAL: Google Confidential and Proprietary

if publishers don't have a clear picture of their inventory and if customers adopt conservative blocking or make mistakes, we are missing out on inventory and therefore revenue

Duplicate work (internal and external)

# Goal: Reduce complexity and increase transparency for pubs and Google

- Simplicity; provide publishers with one way to think about inventory

- Better cross-channel visibility and revenue transparency for publishers

- 65% of DFP imps are not made available to AdX; 53% of of those that are made available lose. Without a single, unified inventory model, we don't fully understand why we are losing out on these impressions

- 3 UIs for managing inventory means repetitive tasks for end-users and repetitive engineering work for us (e.g. there are 7 different targeting widgets across DFP, AdX, and XSM)

INTERNAL: Google Confidential and Proprietary

Simplicity: one way to target, one way to optimize, one set of reporting entities, etc
Of the 65% that do not compete, having a single inventory unit will allow us to learn more about the impression and how to get it into auction (e.g. was it a real opportunity and if so, what do we need to do/build to capture it? capturing less than half of each of these segments would help us see growth.)
 1.9B impressions currently matched per month; grow to 2.5B  (breakdown of impressions we compete and lose on is 7% Direct, 70% Indirect, 11% House, 12% Unfilled; if we could get at least 20% of Indirect, and 6 % each of House and Unfilled, we could grow by 33%)

whether an impression was a real opportunity and if it was,  and what actually happened (was it filled, what was the CPM, etc; and from here will give us a clear picture for what products we need to build.

                    GOOG-DOJ-06134615

# Today: Fragmented inventory structure with some overlap

|  | DFP | XSM | AdX |
|---|---|---|---|
| Building blocks (user created) | Ad units<br>Custom targeting<br>Audience segments<br>Placements | Uses DFP entities + | Uses DFP entities +<br>Ad slots (aka "AdX tags") |
|  | No channel/product equivalent | Products (package inventory, incl DFP inventory) | Channels (package inventory, incl DFP inventory) |
|  | Sizes | Uses DFP sizes | Uses system defined sizes |
| Building blocks (derived) | Geography<br>Devices (browser, device, OS, etc)<br>Connection (domains, bandwidth, mobile carrier) | Same as DFP | Geography (country)<br>URLs (domains) |

* Legend: Consistent; Needs work; Inconsistent

INTERNAL: Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

## Today: Fragmented inventory structure with some overlap

|  | DFP | XSM | AdX |
|---|---|---|---|
| Tag generation | Ad units<br><br>Custom targeting<br>Audience segments<br><br>Sizes | Same as DFP | AdX ad slots (aka 'AdX tags')<br><br><br><br>Sizes |
| Targeting | Ad units<br>Placements<br>Audience segments<br>Sizes<br><br>Custom targeting<br>Geography<br><br>Devices<br>Connection | DFP ad units<br>DFP placements<br>DFP audience segments<br>DFP sizes<br><br>DFP custom targeting<br>DFP geo-targeting<br><br>DFP device targeting<br>DFP connection targeting | DFP ad units<br>DFP placements<br>DFP audiences<br>Sizes<br><br>DFP key-values<br>Geography (country only)<br><br>AdX ad slots (aka 'AdX tags')<br>URLs |

* Legend: Consistent; Needs work; Inconsistent

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134617

# End goal: Unified inventory structure

| | DRX |
|---|---|
| Building blocks (user defined) | Ad units<br>Placements<br>Products<br>Key-values<br>Audience segments<br>Sizes |
| Building blocks (derived) | Domains/URLs<br>Geography<br>Devices<br>Connection |
| Tags | Ad units<br>Key-values<br>Audience segments<br>Sizes |
| Targeting | One unified set of targeting widgets |

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134618

# DRX Creatives

**Today:**
- *Separate tools* in separate products.
  - DFP – Manually configure creatives, then traffic.
  - AdX – Review and block creatives in Ad Review Center (ARC).
- *Separate creatives* in separate products – even when coming from the same advertiser.

**End State:**
- *Common toolset* that enables publishers to view and understand all creatives running on their properties, whether direct or indirect, manual or programmatic.
- *Creative management* shifts to the buy-side; less manual work by traffickers to maintain creative assets on the sell-side.

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134619

## Goal: Unify creatives, reduce manual trafficking

- **Today, publishers' DFP creatives don't get scanned with the technology available in ARC.** We can extend ARC to expose categorization, ad tech info, and other signals for third-party tags in DFP (30% of DFP impressions).

- **Publishers may have creatives from the same advertiser running through DFP and AdX.** We should allow them to see all creatives an advertiser is running regardless of transaction type.

- By providing better tools for review and control of creatives in one UI, we can **increase publisher comfort with programmatic**, enabling them to shift inventory away from manual/direct.

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134620

## DRX Admin

- **Today:** No clear mappings between DFP networks and AdX accounts with inconsistent nomenclature for similar functionality and completely different user management models

- **End State:** A unified Admin section that allows publishers to control all network functions, settings and users across a single product

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134621

# Goal: Simplify account mgmt for 85% of our pubs

- 85% of DFP and AdX publishers have at least one common GAIA user
  - ~ 73% of publishers (by revenue) have a 1:1 mapping between their DFP network and a single AdX account and 21% have a 1 DFP account:many AdX account mapping
    - Opportunity to create strong account linkage for publishers representing ~ 94% of DRX revenue

- Current DFP Admin tab has become a "dumping ground" for all settings
  - No clear rationale for many features in admin vs. functional area

- Same clients receive separate invoices for multiple products
  - While not all publishers will want a "net" invoice that comes with commingling payments due with disbursements, should be able to manage all invoices in a single place

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134622

# DRX Reporting

- **Today:** Reporting today is handled through multiple and disparate UIs (4) and backends (2), which leads to issues with discrepancy, usability, publisher efficiency, and publisher confidence

- **End State:** A unified reporting system to address publisher needs across all products and sales channels

INTERNAL: Google Confidential and Proprietary



GOOG-DOJ-06134624



GOOG-DOJ-06134625



GOOG-DOJ-06134626

# Core Verticals Roadmap

| Vertical | 2H 2014 | 1H 2015 | 2H 2015 |
|---|---|---|---|
| **Reporting** | - Expose first unified reporting data via M2M<br>- Retire AdX performance reports and launch QT to DFP SB | - Introduce unified reporting features, e.g., charting and begin beta for unified QT | Full launch of unified QT and deprecation of DFP QT |
| **Inventory** | - Decide on new Inventory tab vs reuse existing<br>- Design and planning for deprecating AdX ad slots, unifying overlap inventory, and targeting widgets | - Develop against mocks on Inventory tab (or use existing)<br>- Deprecate AdX ad slots as inventory building blocks<br>- Unify overlap building blocks | - Replace each targeting widget with the new, unified widget<br>- Launch new Inventory tab |
| **Creatives** | Design and planning for creative/format framework supporting programmatic and indirect | Shared Creative Review tab | Unified creative mgmt in DRX Orders and Creative Review tabs |
| **Admin** | Remove "extra" admin features from each product | - Unified billing page<br>- Unified admin page with merged user mgmt | |

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134627

# Success metrics

- Each vertical will have unique metrics to track their progress. In addition, across all verticals we'll be measuring the following:

  ○ **Customer satisfaction score** - measures regional publisher satisfaction using % or value score on a 5-point scale: Ease-of-use, Latency, Completeness, Actionability, Data (or other) quality
  ○ **Escalation issues** - measure scope and scale of impact to gTech by tracking number of tickets in each vertical vs. historical norm
  ○ **Programmatic growth** - measure increase in AdX queries via DFP as a result of shared inventory structure, reporting insights, etc.
  ○ **Reduced eng complexity/resources** - Increase velocity by 50%, quicker bug fixes and shrink code base by ~10%

INTERNAL: Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-06134628



GOOG-DOJ-06134629



Reporting

INTERNAL: Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

# Unified reporting goals

Build a unified publisher reporting system and dashboard that emphasizes **usability/efficient workflow**, **interactive report generation**, **visualizations**, **data completeness**, and **speed**

\* 70% and 69% of pubs, respectively, consider date comparisons and metric comparisons via charts to be important

Source: 2014 DFP/AdX publisher unified reporting survey
Sample size 90 combined DFP and AdX publishers across all markets and tiers

INTERNAL: Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

# How we will get there

**1) We will build unified reporting on top of the AdX Query Tool UI**

| | Pros | Cons |
|---|---|---|
| **DFP Query Tool** | • Supports post-editing of reports | • Does not have charting<br>• UI components less portable |
| **AdX Query Tool** | • Enables us to more immediately impact publishers that generate ¾ of DRX revenue<br>• Reusable UI components<br>• Already supports charting | • Does not support post-editing of reports |

**2) We will integrate AdX/DFP data using MIND2MIND**

- MIND2MIND is completely FE/UI agnostic
- Gets us to an end state faster

**3) We will build and iterate**

- This allows us to test and validate all aspects to ensure success

INTERNAL: Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

# Roadmap: phases to reach the end state

**Phase 1: Q3 2014 → Planning and Initial Execution**
- PM and UX to research unified UI and workflow concepts
- PM to finalize requirements and prioritization with Eng to phase development
- Rollout DFP QT for DFP SB publishers
- Release shadowfax beta for DFP QT
- Build out robust line charting, date/metric comparisons, and work towards building out interactive reporting creation
- Expose first unified reporting data in UI using MIND2MIND (via DFP Query Tool)

**Phase 2: Q4 2014 - Q2 2015 → Full Steam Ahead**
- Retire AdX Performance reports → *Q4 2014*
- DFP QT enters maintenance mode (no major features but continue surfacing new data) → *Q1 2014*
- Expose more unified reporting data in UI → *Q4 2014, Q1/Q2 2014*
- Release more unified-oriented reporting features → *Q4 2014, Q1 2015*
- Beta of unified reporting UI → *Q2 2015*

**Phase 3: Q3 2015 → Roll Out**
- Retirement of DFP QT
- Full launch of unified reporting

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134633

# Success metrics

- ***Customer satisfaction score*** - measures regional publisher satisfaction using % or value score on a 5-point scale:
  - Ease-of-use
  - Latency
  - Completeness
  - Actionability
  - Data quality

- ***# of escalation issues*** - measures scope and scale of Services impact
  - Look at volume of bugs vs clarifications vs feature requests

- ***Utilization of data*** - measures publisher usage of data types; validates everything from workflow, level of effort to implement, to Help Center and commercialization efforts

- ***Query execution time*** - measures overall reporting latency using avgs, distributions, deltas over time, etc.

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134634



GOOG-DOJ-06134635

# Roadmap: Phased approach to end goal

- *Phase 1 (Now thru end of Q3): Planning for unification*
  - Decide on "shared container" and whether we reuse an existing Inventory tab or build a new one
  - PRD, design, and mocks for Inventory tab
  - Design and plan for deprecation of AdX tags as an inventory building block
  - Design and plan for unifying overlap building blocks  (DFP and AdX geo, AdX channels and XSM products, etc)
  - Design and plan for updating tag generator to support all new formats (and deprecate old formats)
  - PRD for targeting widget unification

- *Phase 2 (Q4 to Q2 2015): Build new DRX Inventory tab*
  - Development against mocks on new inventory tab
  - Migration and commercialization plan for moving inventory management from each product into the new Inventory tab
  - Deprecate AdX tag as inventory building block
  - Unify overlap building blocks
  - Launch updated tag generator with support for  all new tag types (GPT, AdX, etc)
  - Begin work on targeting widget unification

- *Phase 3 (Q3 2015): Launch and migration to new Inventory tab*
  - Launch unified targeting widget
  - Phased launch of new inventory tab; launch to least disrupted product group first (TBD: DFP, AdX, or XSM)

INTERNAL: Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-06134636



GOOG-DOJ-06134637

# Success Metrics

- Grow number of competing impressions sent from DFP to AdX by 30%

  - *Rationale: Currently only 35% of all DFP impressions go to auction; of the 65% that do not go to auction, having a single inventory unit will allow us to learn more about the impression and how to get it into auction (e.g. was it a real opportunity and if so, what do we need to do/build to capture it? Breakdown of non-competing impressions is 35%  Direct, 24% Indirect, 13% House, 27% Unfilled; capturing less than half of each of these segments would help us see growth.)* **

- Increase match rate between DFP and AdX by 33%
  - *Rationale:  1.9B impressions currently matched per month; grow to 2.5B  (breakdown of impressions we compete and lose on is 7%  Direct, 70% Indirect, 11% House, 12% Unfilled; if we could get at least 20% of Indirect, and 6 % each of House and Unfilled, we could grow by 33%)* **

- Reduce inventory related support tickets by 15% (~250 inventory related support cases filed in 2013)

*** From July 2014 data in DFP Staples deck reviewed in bi-weekly PM meeting*
INTERNAL: Google Confidential and Proprietary

Reduce the rate at which we lose to Indirect, House, and Unfilled impressions

                                                                              GOOG-DOJ-06134638



GOOG-DOJ-06134639

# DFP Time Spent on Creatives

**Time spent by top-level section**

| Section | Pageviews | Avg. time on page | % Time ▼ |
|---|---|---|---|
| Orders | 28,603,770 | 4:51 | 82.79% |
| Reports | 2,472,263 | 8:20 | 12.30% |
| Inventory | 1,095,117 | 5:11 | 3.39% |
| Admin | 599,007 | 3:43 | 1.33% |
| Other | 48,819 | 6:48 | 0.20% |

**Orders > Time spent on creative management**

| Sub-section | Pageviews | Avg. time on page | % Time ▼ |
|---|---|---|---|
| Line item creative | 3,183,275 | 6:16 | 11.90% |
| Creative library (All creatives, New creative) | 533,770 | 3:52 | 1.23% |
| *Total* | *3,717,045* | *5:55* | *13.14%* |

Creative management is 13.14% of time spent in DFP.

Creatives are overwhelmingly managed from within line items, rather than in the creative library.

**Recommendations:**

- Retain line item view of creatives.
- Optimize trafficking (the 69% of DFP time in Orders tab on non-creative tasks) before creative management.

Google Analytics data

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134640

# DFP Tickets re: Creatives

**Major ticket drivers for line item settings and delivery (LSD):**

| | |
|---|---|
| Serving | 24.30% |
| Targeting | 21.30% |
| Line item priority | 12.00% |
| Delivery settings | 10.40% |
| **Creative settings** | **10.20%** |
| Other | 21.80% |

7,323 annual LSD tickets
Source: Project Mariana - LSD

**Prioritize UI features that reduce tickets while supporting shifts to programmatic and mobile.**

- Example: Improve creative previews
    - Better diagnostic information and spoofing tools to reduce setup errors
    - Support in-app previews
    - gTech ticket impact estimate: ~490/yr (source)

INTERNAL: Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

# ARC Usage in AdX

**For past 30 days (8/12/14):**
- 891 AdX publishers made 1+ ARC writes (block/unblock)
- 13.6% (891 of 6,550 publishers)
- 309 writes avg. (for active writers)

**5 publishers with >10k ARC writes in past 30 days:**
1. NTT Resonant (62,757)
2. BBC (41,772)
3. MediaCorp (24,498)
4. Kakaku (22,121)
5. VC Corp (12,455)



INTERNAL: Google Confidential and Proprietary

# ARC in AdX, Jordan



*Global ARC in AdX*



*Line item ARC in DFP (Jordan)*

**Recommendation:** Retain both views in DRX. Continue to add ARC features that make publishers more comfortable with programmatic (pre-review in Jordan, creative-level publisher block override, etc.)

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134643



HIGHLY CONFIDENTIAL

# Creative UI: DRX

- Manual and programmatic direct creatives under unified **Orders** tab
  - ○ See creatives associated with a line item (table for manual, filtered ARC for programmatic)
  - ○ Creative library for templates and manual creatives (by advertiser, time, etc.)
- Review indirect creatives at account level under **Creative review** tab



INTERNAL: Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

# Creative Formats: DFP Types

Impressions by DFP creative type (2014 Q2)

| Creative type | Impressions (Q2) | % ▼ |
|---|---|---|
| Third party | 909,493,952,647 | 30.94% |
| Image | 452,159,489,364 | 15.38% |
| AdX backfill | 444,498,313,525 | 15.12% |
| Custom | 389,975,198,727 | 13.27% |
| Creative template | 287,118,783,049 | 9.77% |
| Image overlay | 128,694,917,401 | 4.38% |
| AdSense backfill | 101,317,748,681 | 3.45% |
| Flash | 91,271,835,663 | 3.10% |
| DFA redirect | 69,957,775,066 | 2.38% |
| Other | 65,170,554,374 | 2.22% |

Creative Type + Template Data (2014 Q2)

– **52% of DFP impressions go to buy-side creative types** (3rd-party tags, backfill, DFA, Studio, programmatic). Most impressions for sell-side creative types go to *image ads*, *custom ads*, and *creative templates*: we should focus on migrating these creatives to the buy side.

– **3 system-defined creative templates account for 95% of DFP impressions.** We should deprecate templates with low usage and focus on supporting new, high-value, mobile-first formats.

INTERNAL: Google Confidential and Proprietary

# Roadmap (DRX Unification)

**Phase 1: Pre-Unification (H2 2014)**
Design and planning for creative/format framework supporting programmatic and indirect

**Phase 2: Partial Unification (H1 2015)**
Shared Creative Review tab

**Phase 3: Full Unification (H2 2015)**
Order-level creative functionality under unified Orders tab; account-level creative functionality under unified Creative Review tab

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134647

# Success Metrics

**+** Fraction of impressions to buy-side creatives

   52.85% (2014 Q2)

**+** Impressions to Jordan creatives

   887,186 (2014 Q2)

**+** Publisher satisfaction with ARC controls

**–** Average per-session time spent on manual creative management

   6:45 (2014 Q2)

**–** Tickets related to creative management

   746 per year (annualized from 2013 H2)

INTERNAL: Google Confidential and Proprietary



GOOG-DOJ-06134649

# Current State

**Existing DFP Admin tabs**
- Network settings
- Users
- Roles
- Teams
- Contacts
- Companies
- Change History
- Labels
- Custom fields

**Existing AdX Admin tabs**
- Account information
- Access and Authorization
- Network Partners
- Payments
- Personal Settings



INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134650

# End State: Unified Admin Tab

- Network settings
  - Add linked AdX account info and deprecate Linked Accounts from AdX
  - Add Crawler access as network setting (from Users in AdX)
- Users, Roles and Team
  - Add users listed under AdX User Mgmt. from Access and Authorization
- Add
  - Personal Settings with new categories for DFP to improve partner communications
- Move
  - AdX Payments move to unified DRX Billing tab
    - Note: End state will likely utilize app switcher for two views of same billing features in different accounts
  - AdX Network Partners
    - Open question: Move to partner management in DFP pending XNB resolution

INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134651

# Proposed Roadmap

- Q4 2014
  - Determine user management model for DRX

- Q1 2015
  - Remove "extra" admin functionality from each product, e.g., partner management from AdX
  - Create single Billing Summary Page view via app switcher

- Q2 2015
  - Launch unified user management model for DRX
  - Create single admin tab view for DRX

INTERNAL: Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

# Success Metrics

- Support tickets 2 months post launch at same level pre-launch
- Reduce number of users in DRX by XX% (based on analysis of same GAIA users in AdX and DFP)

INTERNAL: Google Confidential and Proprietary

# What a unified DRX admin tab might look like



INTERNAL: Google Confidential and Proprietary

GOOG-DOJ-06134654



GOOG-DOJ-06134655

# DRX API

## Publisher API Comparison

| API | Protocol | Users (7 days) | Services |
|-----|----------|----------------|----------|
| DFP | SOAP | 2,246 networks | 43 |
| AdX Seller | REST | 740 accounts | 13 |

As with DFP and AdX as a whole, there is substantial overlap between users of the DFP and AdX Seller APIs.

For a seven day period in Aug 2014, of the 740 unique AdX accounts making AdX Seller API calls, 534 (72%) can be linked to a DFP network making DFP API calls.

**DRX API Options**

1. **No merge** – Maintain separate APIs indefinitely
2. **Stop and merge** – Launch new DRX API that breaks from both existing APIs.
3. **Phased merge** – Expose AdX Seller API features in DFP API; deprecate AdX Seller API; DFP API becomes unified DRX API

**Unification Roadmap**

- *2014 Q4*: Launch AdX Seller API 2.1 (required for migration off AdSense stack; plan and reasoning)
- *2015*
  - Expose AdX Seller features in DFP/DRX API v201505 or v201508 (TBD)
  - Announce deprecation of standalone AdX Seller API
- *2016*: Deprecate standalone AdX Seller API

INTERNAL Google Confidential and Proprietary

GOOG-DOJ-06134656