# EXHIBIT 42
# REDACTED

**\*\*\* INTERNAL ONLY \*\*\***



**comms doc**

| |
|---|
| **Update from 11/6/2017:** We have reduced the amount of traffic for the <u>control group for optimizations</u> to 5% for most publishers (<u>more details</u>)<br><br>**Update from 06/13/2016:** We have launched EDA with CTR Opt. Please see <u>here</u> for more details!<br><br>**Update from 03/25/2016**: We have launched Sponsorships in EDA. Please see <u>here</u> for more details! |

# Enhanced Dynamic Allocation
**go/eda-comms**

**Authors:** ▮▮▮▮, ▮▮▮▮▮
**Created**: October 7, 2013
**Last Updated:** 11/6/2017
**Commercialization Meeting**: Indirect Commercialization Meeting

**Generally availability roll-out began on 3/3/2014.  For more details see AM/TAM-facing rollout plan: <u>go/EDArollout</u>**

| | |
|---|---|
| **Feature description** | **Enhanced Dynamic Allocation** (formerly called "Cross-Priority Ranking", CPR) introduces competition between reservations and AdX by allowing AdX (or AdSense) to bid on high priority DFP impressions (any goal-based ad in the reservation priorities) without compromising reservation goals. It calls AdX for every reservation impression and uses the reserve price to control how often we expect AdX to fill the impression. When a reservation ad is further behind, the reserve price will be higher.<br><br>Previously: DFP did not make a bid request to AdX prices when delivering a reservation. Publishers can miss out on high paying impressions even before reservation goals are met. |
| **Value Proposition** | Enhanced Dynamic Allocation increases eCPMs and revenues without compromising reservations. On average publishers have seen 10% RPM increase. |
| **Target Group** | Any publisher using AdX/AdSense in DFP and any goal based ad in the reservation priorities, both targeting the same inventory. |
| **Status** | EDA: General Availability |

GOOG-DOJ-06885161

**\*\*\* INTERNAL ONLY \*\*\***

| | |
|---|---|
| | EDA works with CTR Opt: Launched! |
| **GA Release Date** | EDA: 03/03/2014<br>EDA works with CTR Opt: Launched in Q2/2016 |
| **Complexity** | B |
| **SB Availability** | Yes. Has been launched on 75% of eligible DFP SB pubs, about 3,000+ publishers (as of 10/2013).  Eligible means has AdX/AdSense as backfill and directly booked line items in DFP SB. |
| **Project Contacts** | CL: ██████████████<br>PM: ████████████<br>Eng: ████████<br>Global: ███████████<br>Sales: ██████████████████████<br>████████████████████████<br>████████<br>███████████████████<br>PTM: ████████████<br>Documentation: ████████<br>Marketing: ████████████████████<br>████████ |

**Contents**

0. Functional Signoff
1. Value Proposition
2. Marketing Communication Schedule
3. Description and Features
4. Feature/Product Release Schedule
5. Feature Enablement - Betas
6. Feature Enablement - General Availability
7. Feature Enablement - EDA w/ CTR
8. Escalation process / gTech Support
9. Legal & Pricing
10. FAQ
    Questions on Sponsorship rollout in Q1/2016
11. Important Links

**0. Functional Signoff**

Please note: this feature is not yet available in full launch. This section covers all sign-offs to be completed before formal launch.

GOOG-DOJ-06885162

**\*\*\* INTERNAL ONLY \*\*\***

| Functional Area | Beta | General Availability |
|---|---|---|
| gTech - sign-off | Yes - GS | Yes - ▉▉▉ |
| Sales - sign-off | Yes - SB, Yes-▉▉▉<br><br>TRMC-▉▉▉ JV<br>Yes - ▉▉▉ for APAC | Yes - ▉▉▉<br>Yes - ▉▉▉<br>Yes<br>TRMC-▉▉▉ |
| Marketing - sign-off | Yes - ▉▉▉ | Yes - ▉▉▉ |
| PM / Eng - sign-off | Yes - ▉▉ | Yes-▉▉ |

| Value Proposition, Publisher Impact & Benefits | Owner: Marketing |
|---|---|

## 1. Value Proposition

- **Functional value proposition**
  - Functional value proposition is increasing backfill (AdX or AdSense) revenue for publishers with no impact to the delivery of reservation line items in DFP
- **External value proposition**
  - No external value proposition yet from Marketing, waiting for the launch of other related optimization features to bundle them into one external message.
  - Existing external material are the helpcenter articles for DFP Premium and Small Business
  - Also see this LPS training deck for more info on the value proposition for publishers
- **Naming**
  - The external name will be "**Enhanced Dynamic Allocation**" in the short term and in the future it should revert back to "Dynamic Allocation"
  - CPR (Cross-priority ranking) is what this feature used to be called previously, and should be used internally only

## 2. Marketing Communication Schedule

- Recommendation from Marketing is to train the sales team to continue to roll out the feature to more clients as sales is comfortable.
- External communication and announcement will happen after the product is mostly rolled out to our existing clients and will include client quotes and hopefully a case study on the impact of the release.

| Product Overview | Owner: PM |
|---|---|

## 3. Description and Features

**General description and background**

In an ideal world publishers can fulfill contracts and serve the highest paying ads. But right now DFP doesn't see what's happening on the spot market while it's working on a reservation. High paying impressions may come along before the reservation goal for the period is met. We'd like to show more

GOOG-DOJ-06885163

**\*\*\* INTERNAL ONLY \*\*\***

impressions to AdX/AdSense, and pick the best ones.

**How does Enhanced Dynamic Allocation work?**
Enhanced Dynamic Allocation introduces competition between reservations, remnant and AdX. AdX is called for every reservation impression and uses the reserve price to control how often we expect AdX to fill the impression instead of the reservation ad. When a reservation ad is further behind, the reserve price will be higher. If another remnant ad has a higher CPM, that remnant ad will still get the impression. There are no reporting changes at the moment - monitor CPMs for your AdX ads, delivery and CTR for reservations.

**Extension to Sponsorship ads**
We have expended this feature to also include partial sponsorships and give AdX/AdSense a chance to pick high value impressions without compromising sponsorship goals.  This works the same as existing EDA, the opportunity cost is just calculated based on how close the ad is to its goal of a % of impressions in any given time period.

**What happens once Enhanced Dynamic Allocation is turned on?**
Enhanced Dynamic Allocation requires a switch on network level that activates the algorithm change for the publisher. The feature uses a traffic split - this way we can vary how much traffic uses the new algorithm and use the control for reporting lift. We start the rollout with a small percentage and ramp up as long as things look good.

**First Results**
Enhanced Dynamic Allocation is currently live with ~2500 SB pubs, ~100 OPG Tier 1, 8 LPS (as of August 30th). Typically publishers see 10% RPM increase, some ad units seeing 40% increase.

**EDA with CTR**
The goal of EDA with CTR is to get all publishers on EDA, and move towards EDA as the default, with no option to use "old/regular DA".

The launched EDA algorithm slightly favors revenue over CTR - impressions that perform best on AdX are selected in the last stage of ranking ahead of those with high predicted CTR.  For most publishers, this is not a problem because CTR and AdX revenue are generally not correlated on the impression level. This means that picking high revenue impressions for AdX does not leave the pub without high pCTR ones for reservations. For some publishers, there are exceptions and a small number have complained about a decrease in *incremental* clicks from CTR Optimization in the presence of EDA.

EDA with CTR improves CTR Optimization performance with EDA by treating both the revenue and click objectives equally, selecting high revenue impressions while not affecting the CTR lift. To do so, EDA uses the pCTR to influence the calculated reserve price, making it unlikely that AdX can beat a query that would otherwise go to a reservation with a high pCTR. EDA revenue may drop slightly to accommodate this, but experiments show nearly equivalent performance. All publishers will be moved to EDA with CTR.

## 4. Feature/Product Release Schedule
This feature has already been released and is available for any publisher where it has been enabled - currently added via a beta list. Please see below for for how to get Enhanced Dynamic Allocation for your publisher.

**Comment [1]:** Hey guys, as we're starting to roll out... Should we have a reactive messaging? The help center is already modified, so all our "EDA is standard only" is outdated... Thanks!!

**Comment [2]:** For internal purposes, could yo upls share how Opportunity Cost is calculated?  I am clear on MRP, but not OC.

(Also, it might make sense to include both of those terms in the FAQs somewhere.  There is still a misconception that EDA competes based on line item CPM.)

**Comment [3]:** I have built a TAM training to refresh them last year -- feel free to reuse material!

You want slide 6-7

fyi

thanks!

**Comment [4]:** Hey guys, as we're starting to roll out... Should we have a reactive messaging? The help center is already modified, so all our "EDA is standard only" is outdated... Thanks!!

GOOG-DOJ-06885164

**\*\*\* INTERNAL ONLY \*\*\***

**Sales & gTech Overview**                                                                    **Owner: gTech**

## 5. Feature Enablement - Betas

- <u>Partner eligibility criteria for beta</u>
  - ○
    - ■ ~~[Update on 02/03/2014] CPR can now be enabled using the UI as described in the~~ <u>~~TAM Guide~~</u>~~.~~

  - ○ Enhanced Dynamic Allocation requires inventory overlap between the targets for Standard reservation ads, and AdX (slots filled by all AdX, or sold out for reservations won't see much effect)
  - ○ Significant share of reservations on inventory where AdX can also appear
  - ○ Not sold out / behind on reservation delivery
  - ○ Enhanced Dynamic Allocation works with all preferred deals and private auctions; if the PD/PAs are prioritized they should be de-prioritized (back to the same level as the open auction) within DFP when Enhanced Dynamic Allocation is turned on (<u>more details here</u>).
- <u>How to activate a publisher for Beta</u> **[Beta for EDA for standards is closed and the feature is already in GA]**
  - ○ EDA is enabled by default feature group on all networks except networks that have been opted out and the feature is negatively overridden.
  - ○ ~~To sign up your publisher on Betabot here~~ <u>~~Cross Priority Ranking (Enhanced Dynamic Allocation)~~</u>
  - ○ ~~Beta client messaging: Slide 10 of~~ <u>~~go/cross-priority~~</u> ~~can be presented to pubs (don't send)~~
  - ○ ~~Beta feedback:~~
    - ■ ~~No specific process set up to gather feedback, as we don't expect a large volume.~~
    - ■ ~~If you do have publisher feedback, feel free to add it here via comments.~~
    - ■ ~~If you need more insights on Enhanced Dynamic Allocation performance for a publisher, get in touch with the respective TAM. TAMs will have access to a detailed performance dashboard.~~
  - ○ ~~Beta exit criteria / goals~~
    - ■ ~~Enhanced Dynamic Allocation works with DFP Optimization~~
    - ■ ~~15 LPS publishers live on Enhanced Dynamic Allocation~~
- ~~Beta end date: We will exit Beta on February 19th and no more publishers will be added to the beta beyond this date.~~

## 6. Feature Enablement - General Availability

- Full rollout plan is here: ████████████
- AM/TAM-facing rollout plan: ████████

CONFIDENTIAL                                                                    GOOG-DOJ-06885165

**\*\*\* INTERNAL ONLY \*\*\***

- Partner eligibility criteria for General Availability
  - <u>See criteria for the Beta above</u>, the same applies to GA if you want your publisher to see a relevant impact.
- How to activate a publisher for CPR in General Availability
  - EDA goes to GA release on March 3rd. The roll out process would be handled by Eng in a batch mode from the backend with the following ramp up schedule
    - Enabled 10% traffic on EDA (90% control) on March 3rd - DONE
    - Enabled 25% traffic on EDA (75% control) on March 24th, including CTR Opt networks - DONE
    - Enable 50% traffic on EDA (50% control) on March 27th
    - Enable 90% traffic on EDA (10% control) on March 31st
  - If you need to opt out a pub or need to have a different ramp up schedule, please add to the opt out tracker <u>here</u> before Feb 24. Current Beta pubs enabled on EDA will be added to the opt out tracker and will not follow the auto ramp up schedule.
  - [update 09/10/2014]: EDA is now available as a feature with the default feature group. CPR feature flag is now hidden from the UI. For networks that are opted out of GA, should see the CPR feature flag under the 'overridden' feature listing.

## 7. Feature Enablement - EDA w/ CTR

GOOG-DOJ-06885166

**\*\*\* INTERNAL ONLY \*\*\***

**8. Escalation process / gTech Support**
- ○ gTech training:
  - ■ Global TAM Training: <u>see recording</u>
- ○ Escalation process
  - ■ Once Enhanced Dynamic Allocation is in GA, all escalations need to be submitted via EMT's escalation path (█████████, CC █████████
    - ● **DO NOT Disable EDA if you identify an issue.** Instead, follow the process at █████████ > "TAM Troubleshooting & Escalation"

# Redacted - Privilege

| **Resources** | **Owner: Commercialization Lead** |
|---|---|

| **FAQs below have been updated.** |
|---|

# 10. FAQ

<u>Information on the roll-out performance</u>

**Questions about the rollout process? Check <u>go/EDArollout</u>**

**Does EDA work when AdX is booked in DFP at a modified priority (not P12)?**
**Does EDA work when Prioritized Preferred Deals are turned on in DFP?**
<u>See this document</u> for a detail description of these scenarios. In short, EDA works with all AdX set ups in DFP with slight nuances.  To maximize revenue for pub it is best to deprioritize prioritized preferred deals (includes FLPARs).

GOOG-DOJ-06885167

**\*\*\* INTERNAL ONLY \*\*\***

However, since

**Does EDA work with CTR Optimization?**
Yes, but inherently the 2 features try to optimize against each other. This is currently the only exception to EDA, and eng. is working on finding the right spot for CTR+EDA publishers. [*UPDATE as of June 2016: This has been launched and CTR publishers can now start using EDA without any implications!*]

**What can my client expect to see after we turn on EDA?**
The customer could see increased CPMs in their regular XFP reports for inventory where both reservations and AdX backfill are running. It is possible that they notice different patterns on their site in the mix between directly sold and auction buyers. All existing inventory rules remain unchanged and will be respected.

**What will Enhanced Dynamic Allocation not do?**
Enhanced Dynamic Allocation works for all goal-based ads (including % sponsorships <100%) in the reservation priorities with remnant/AdX competition. The algorithm will pick the highest paying between AdX and all other remnant competition. Enhanced Dynamic Allocation does not change inventory rules and what ad units are available to be sold on AdX.

**Will reservation delivery be affected?**
Reservation delivery should not be affected. Optimizing revenue while still honoring reservations is the most important goal of this optimization and we've done extensive testing to validate that it works.

**Some pubs have not seen a revenue uplift in AdX. Can I predict what will happen with my pub?**
The uplift across pubs does vary and some do not see a dramatic increase in AdX revenue.  No publishers have seen revenue decrease by activating EDA.  There are two primary reasons for limited uplift: 1) AdX is already booked within DFP at a high priority (modified priority above P12).  This means that AdX is allowed to bid against the majority of DFP impressions already; 2) a pub's directly booked campaigns are significantly behind schedule.   If the need for DFP to serve directly sold campaigns so great then the EDA calculated CPM will be prohibitively high.  In these cases AdX is not even called to avoid latency.

**I've heard some pubs are seeing negative impacts from EDA.  Is this true?**
When min-CPMs set AdX side are consistently higher than the reserve prices calculated in DFP by EDA, the minimum price used in auctions comes from the AdX min, and not from EDA. In this situation comparing two groups of traffic is like comparing two random sets of auctions that both use the AdX mins - they will differ over time, and sometimes one group will have a lower average CPM than the other.

Normally EDA will generate a CPM lift by raising the minimum prices used in auctions in the optimized traffic group.

**Will my reservation campaigns notice a decrease in performance?**
In beta there was no relationship between AdX bids and CTR performance. Optimizing AdX/AdSense through EDA should not affect CTRs.

**What kind of reporting is available?  / How do I see the uplift from activating this feature?**
The publisher will have access to standard XFP reports where they can see the CPMs for the inventory where they run reservations and backfill. There is an internal EDA dashboard that TAMs have access to

**Comment [5]:** the % for EDA and CTR optimization is the same, which means that partners on optimization and which will be part of the standard roll out can get a drop in CTR... not because of EDA but because the % used will be decreased...

**Comment [6]:** should we address this in the 2nd question from the top?

**Comment [7]:** how would you like to address Jerome's point about CTR and EDA being used at the same time?

**Comment [8]:** yes, CTR Opt uses the same % and so will temporarily go down

**Comment [9]:** We need to consider current % control for pubs who will be auto ramped up. TAMs should be able to set control to the existing control % after ramp up, if needed. I would suggest that we publish current control % for all pubs being auto enabled/ramped up. A trix with pub name, n/w code, pre-enabled control %, post enabled control etc.

**Comment [10]:** Looked for a solution for a while, and after all, would still suggest that field is used only for "overrideen" feature... everybody part of the batch being managed from the backend but that would require code change.  This way, everyone using Optimization would not be impacted.

    GOOG-DOJ-06885168

**\*\*\* INTERNAL ONLY \*\*\***

[see TAM guide].

**Do we have data that states what percentage of traffic did or did not meet guarantees?**
There has been no under delivery outside what is normal for XFP - we monitor it by comparing
reservation delivery in the control and optimized traffic groups. A certain portion of impressions has to go
to the guaranteed ads so they can meet their goals and that portion should be the same in the two traffic
groups. We monitor the ratios as we ramp up traffic and we could provide this data to a pub if necessary.

**Can I only apply this to a portion of my inventory or only to certain line items?**
The optimization is turned on at the network level. There is no option to control it at the line item level. All
inventory where reservations and backfill both run will be included. If a line item is not opted in for backfill
then EDA will not impact those line items.

**Does EDA work for Mobile traffic?**
EDA works with the calls DFP makes to AdX/AdSense, so wherever the backfill works now, EDA will work
too. EDA does not work for AdMob backfill line items in DFP yet as adoption is still very low. We do plan
to support it if adoption increases.

**Will AdX have a first look over standard line items once you enable EDA?**
When a Standard line item is selected by DFP AdX is also called.  The dynamic reserve price calculated
by EDA serves a floor and if AdX (or a remnant line item) can beat it then the AdX (or remnant ad serves).
AdX does not get a 'first look' in the sense that it can take an impression before a Standard ad if a buyer
wants it - competition is based on the market price and EDA price alone.

**How does this affect other remnant line items?**
Remnant line items continue to function according to dynamic allocation rules - if a remnant LI (say, a
network) has a higher eCPM than AdX, it will still get the impression with this optimization turned on.

If a reservation LI, a remnant LI (like a network) and AdX are all eligible, the algorithm will still make sure
that the reservation gets the impressions it needs, but if there is opportunity for backfill the highest paying
between networks and AdX will take the impression.

> **Comment [11]:** Can someone comment about what this is supposed to mean exactly?

> **Comment [12]:** It describes a scenario when a reservation LI, remnant LI and AdX are all eligible for an impression.  EDA will calculate a reserve price for the reservation LI and it will compete against the remnant reserve price (input by pub) and the AdX price.  The highest priced ad will serve.

**Will I see a drop in my fill rate/coverage in AdX or Adsense once we enable EDA?**
Yes, you might see a slightly lower fill rate due to the fact that we will send more ad requests to
AdX/Adsense. The number won will be about the same, but since the floors will tend to be higher CPMs
will be lifted.

> **Comment [13]:** Is this Nov 6, 2017 or Feb 5, 2018? ▮▮▮▮▮▮

**Questions on Sponsorship rollout in Q1/2016**

GOOG-DOJ-06885169

**\*\*\* INTERNAL ONLY \*\*\***

Release notes for 4/4/2016 contain: "**Dynamic allocation for sponsorships**"
"*Dynamic allocation now supports standard and sponsorship line items; both types can compete with Ad Exchange and other lower-priority remnant line items while ensuring reservation delivery. Ad Exchange and other lower-priority line items still cannot compete when a 100% sponsorship line item is eligible, or when a combination of sponsorship line items at the same priority with goals that add up to greater than or equal to 100% are eligible.*"

**What can I externally tell my publisher if they are concerned about this launch?**
If you receive questions about this release, use the following talking points and Q&A reactively:
- EDA manages allocation between reservations and third party demand + AdX, the addition of Sponsorships is an extension of this function to all types of reservations.
- As with EDA in previous stages, protection of reservations is the top priority and we treat delivery issues with highest priority.
- 100% sponsorships are not affected, nor are multiple Sponsorship with same targeting with a goal over 100%, and line items where Ad Exchange competition is not enabled will still not be impacted.
- This release is another step in improving our mechanism designed to maximize your remnant and Ad Exchange revenue **without compromising any of your reservations**.

**How are Sponsorships protected with EDA?**
100% sponsorships are not affected. Partial sponsorships are protected by making sure that the allocated % of eligible traffic still serves to the target as specified on the LI. What EDA does is change which impressions make up that %, in order to maximize indirect revenue. For example, a 50% sponsorship still gets 50% of eligible traffic, but which queries make up the 50% will be different due to EDA.

**Can a publisher opt out of EDA for Sponsorships?**
No, it is an incremental improvement to EDA.

## 11. Important Links
- Helpcenter
  - DFP Premium
  - Small Business
- Sales
  - LPS Sales Training Deck
  - Target list of top candidates for Enhanced Dynamic Allocation
  - Beta lists for
    - LPS: ██████████
    - OPG: ██████████
- gTech
  - TAM Guide
- Product
  - Enhanced Dynamic Allocation commercialization site: ██████
- External material:
  - Slide 10 of ██████████████ can be presented to pubs (don't send)

GOOG-DOJ-06885170