# EXHIBIT 44

## REDACTED



HIGHLY CONFIDENTIAL

GOOG-DOJ-12449378

## Agenda

- Executive summary
- Landscape and overview of SB publishers
- Options for addressing backfill in DRX

HIGHLY CONFIDENTIAL                    GOOG-DOJ-12449379

## Executive summary

- Original ask was to investigate removing AFC from DFP SB (operational steps, impact, new policies) and to understand why pubs use both AFC and AdX together in DRX
  - Rationale: product simplification in-market, cleans up internal ownership, consistent access to Google demand
- We completed this investigation and in the process identified some critical questions
- **Ask for today:** before we move forward with original ask, review options and align on best path forward:
  - **Option 1:** Remove AFC backfill from DFP (original ask)
  - **Option 2:** Do nothing, but make AFC backfill an "official" product vertical within DRX
  - **Option 3:** Do nothing; leave things exactly as they are today

Change exec summary to we have three options (list them); also mention that we were originally tasked with taking AdSense out of DFP but in the course of talking through this, we identified some critical questions. The original ask was to get AdSense out of DFP (we came back and answered what it is and how to do it), but in this analysis we identified some important things that we should make sure that we are aligned before we do this. We want to review these issues/options.

--------------------
OLD EXEC SUMMARY:

In order to simplify setup, track revenue more easily, and to have clear product segmentation, we want to:
Move some DFPSB pubs to AdSense
Deprecate backfilling to AdSense in DFP, including booking AFC as a 3rd party tag in any line item type
Investigate further whether to completely deprecate dual use case (i.e. AdX backfill, but AdSense tag on page)
Current thinking is that we want to continue to allow this use case

GOOG-DOJ-12449380

Small Business publisher landscape and overview

HIGHLY CONFIDENTIAL

GOOG-DOJ-12449381



mApp and video has been excluded due to low usage by SB pubs; mApp pubs mostly use Admob; video usage is low on SB

GOOG-DOJ-12449382

| Id | Date | Text |
|----|------|------|
| 6 | 06/02/2017 14:48:33 | What is "other" and how was this derived? |
| 7 | 06/02/2017 14:50:24 | For SB clients using AFC for backfill, how much of their impressions are direct vs indirect; do they have directly sold campaigns? Then we'd want to know pricing/CPMs, are the booking bulk or remnant, selling directly? If they are using AFC the same way as AdX then why don't they just use AdX; if there's something that they are doing in AFC, we need to know what that is. |
| 5 | 06/02/2017 14:54:38 | If SB pubs are only using SB to book other networks, and very little direct sales then this is a different strategic direction. If they are doing direct sales then they should just use AdX. Growing revenue for SB is to win more impressions on AdX.<br><br>Want to make sure that all impressions are eligible for auction<br>Want to make sure that we can win their impressions<br>Non-AFC should be backfill eligible<br><br>Get more inventory, getting some deals if they have video. |
| 2 | 06/02/2017 15:22:49 | Also need to find out why so many impressions are not auction eligible; of these that are not, what is the revenue estimate if they were. |
| 3 | 06/02/2017 15:24:35 | A few hundred million per year |
| 1 | 06/02/2017 15:35:19 | IDEA: Relaunch DFPSB and DRX SSP/Programmatic; no reservations, only deals and monetization. QUESTION: would we allow PG deals? |
| 4 | 06/02/2017 15:35:19 | What's up with remnant sponsorship LI type in SB? |

GOOG-DOJ-12449383



NOTE: This slide is the only slide where we include video and mApp b/c mApp pubs mainly AdMob not SB; backfill to Admob from SB is minimal; so we didn't include this data elsewhere. For video, SB pubs don't use it as broadly, so we excluded it from larger revenue picture.

NOTE: Desktop is growing b/c there is focus in OPG on inventory access and Win Rate, and the team is pushing a lot on enabling backfill on Pubs inventory, ensyuring we have access and can win

GOOG-DOJ-12449384



Per slide 5, 64% pub revenue is coming from AdX backfill

GOOG-DOJ-12449385

## The dual use case setup

*Anecdotal feedback suggests that most common practice is using AFC tag with AdX LI backfill\**

Pubs can use a combination of AFC and AdX in any of the following ways:

- AFC IU backfill and AdX LI backfill
- AFC LI backfill and AdX LI backfill
- AFC tag and AdX LI backfill
  - AFC tag booked as passback in ad network or SSP; e.g. Rubicon price priority LI in DFP, and an AFC line in Rubicon; if Rubicon cannot fill, it passes back to Adsense, bypassing DFP
  - AFC tag booked in 3rd party ad server
  - Actual AFC hard-coded on a page
    *\* More detailed research needed to collect hard data on most common use case*

GOOG-DOJ-12449386

## Why do publishers use both AFC and AdX?

*Anecdotal feedback suggests that format differences and catch-alls are the main reason for dual use case\**

- AFC supports more formats
  - Matched content, native in-feeds, in-articles, page level ads (AFC only)
  - Publishers using DFP SB or AdX in OPG made $717K (3.2B MQs) in Feb'17 through Matched Content

- AFC acts as a "catch all" (with AdX in DFP or 3rd party ad servers/SSPs)
  - Pubs use AdX with DA and a high floor, then AFC tag as price priority or house LI, targeting same inventory with a low price floor

- Legacy AFC tag hard coded on page
  - Older page with AFC; pub didn't update with AdX tags once they started using AdX
  - Attempt to bypass previous AdSense policy limiting number of AdSense ads per page (AdX allowed 5 ads vs 3 for AdSense); pubs placed combination of tags to circumvent policy
  - Desire to monetize some ad slots with AFC because it's quick and easy

*\* More detailed research needed to collect hard data on most common use case*

HIGHLY CONFIDENTIAL

GOOG-DOJ-12449387

## Several issues caused by having 2 types of backfill in one product

1. Customer confusion around which type of backfill to use, especially as DFP and AdX become more unified

2. AFC backfill is a legacy integration and does not have proper support throughout the product

    a.  AFC is positioned as a simple product, but once plugged into DFP, nothing is integrated and reporting is poor (pub feedback from Ripple survey)

3. No clear internal eng or PM ownership and no definitive strategy

    a.  No "trafficking within DFP" testing is done for new AFC formats and tagging features

4. We block potential inventory from deals by allowing AFC competition

HIGHLY CONFIDENTIAL

## 3 options for addressing AFC in DRX

- **Option 1:** Remove AFC backfill from DRX, but continue to allow AFC tags (at least in short-term)
- **Option 2:** Do nothing, but assign a PM and eng team to support AFC backfill as an official product area
- **Option 3:** Do nothing; leave things as they are today and continue to allow AdSense backfill in DRX

1. (create strategy; ensure that all features rolled out in AFC and DRX are supported bidirectionally)

GOOG-DOJ-12449389



HIGHLY CONFIDENTIAL

GOOG-DOJ-12449390

## What we'd need to do to remove AFC backfill

*Remove backfill, create format strategy, improve AdX serviceability*

Complete roadmap here, but a few highlights:

1. Remove AFC backfill from DFP SB, but continue to allow AFC tags; proactively decide whether:
   a. AdX supports same formats as AFC and launch at the same time
   b. AdX only supports new formats once they have been "proven" in the market/by AFC
   c. AdX does not support the same formats as AFC and we are ok with that

2. Migrate to AdSense SB pubs who already use AFC for the majority of their business, excl tier 1
   a. Tier 2 pubs and below that send 80% or more of their traffic to AFC

3. Improve serviceability of AdX setup with VNLA and Managed reserves (allows pubs to use AdX without setting a floor price)

4. Modify self-service sign up flow to include publisher vetting process for AdX usage

*Note: Before moving ahead on this option, we need to expand investigation to include premium pubs*

HIGHLY CONFIDENTIAL



Note: To calculate number of Adx and AdSense customers without DFP, we looked at per account ID is there a property code with both AdSense and AdX and no DFP.

GOOG-DOJ-12449392

| Id | Date | Text |
|----|------|------|
| 1 | 04/27/2017 13:44:38 | ▮▮▮▮▮▮▮▮▮▮▮ not sure why this slide is here, should be in the first part of the deck, after backfill slide no ? _Reassigned to ▮▮▮▮▮▮▮▮_ |
| 8 | 04/27/2017 13:44:38 | Because it's to show why we want to allow AFC tags even when we remove backfill, which is the first point we mention on slide 13. |

HIGHLY CONFIDENTIAL



For ARR, multiplied the Feb'17 number by 12. I think it gives a better sense of the scale of publishers we want to move it we talk in terms of annual revenue



## New DRX SB landscape

*11.5k pubs with $2.27b ARR backfill rev*

**New landscape**
Majority of revenue sits in T1 with 1.7k accounts

| | ARR Rev | ARR MQs | Accounts |
|---|---|---|---|
| Tail | $3m | 7b | 3,709 |
| Torso | $570m | 886b | 6,101 |
| Tier 1 | $1,694m | 2,414b | 1,706 |

**Backfill for new landscape**
Roughly 50% of AFC Backfill Queries will be removed from DRX with the suggested new landscape

| | ARR |
|---|---|
| AdX Backfill Queries | 1,633b |

- 1494 torso and tier 1 pubs would potentially be eligible for AdX under the new structure
  - Using AFC backfill today
  - Would need to be vetted under new policy for DRX usage.
- These are active pubs with >1M imps/mo; need to decide what to do with inactive pubs (7774 inactive accounts)

HIGHLY CONFIDENTIAL

## Benefits of removing AFC backfill

*A simpler setup with clear internal ownership*

1. Product simplification; easier to explain in the market especially as DFP and AdX become more unified
   a. DRX is already complex; by allowing 2 types of backfill, there will likely be questions about why there are 2 types and which type to use
   b. Ripple feedback from pubs that use both AFC and DFP indicates that pubs are not happy with the combined offering; AFC was positioned as a simple product, but once plugged into DFP, nothing is integrated and reporting is poor

2. Cleans up internal ownership
   a. No clear eng ownership; features are rolled out without bidirectional testing in either product
   b. No clear PM ownership; there is a revenue pipeline between DFP and AdSense with no one managing it and no definitive strategy

3. Deals inventory; by only allowing AdX backfill, we potentially open up more inventory to Deals

a.    with DRX and pub on DFP having access to adX anyway, it will be very unclear why to use AFC backfill, probably complicate set-ups, leave more room for mistakes and abuse. Please all feel free to disagree. I agree with ▮ comments that it does allow us to test the grounds with adsense formats, but may be we can find a creative way to still support that.

HIGHLY CONFIDENTIAL

## Costs of removing AFC backfill

*7 to 9 month effort with risk of publisher perception of another forced migration*

1. Major development undertaking that spans entire DRX eng and PM teams (at least 7 months of eng work for DRX; see roadmap)

2. Massive commercialization effort (at least 6 months of comms)

3. Publishers may feel like we are forcing them into yet another migration or forcing them to change their monetization strategy

4. If we decide not to support the same formats on AdX, some revenue is at risk due to publishers not being able to monetize unsupported formats

Formats ~9M annualized

Because we a) need them to retag and b) they might be using it in competition with something in DFP, and without the ability to run it in competition, they might move to another server (in theory)
For matched content, we have some partners who compete us with Taboola/Outbrain in DFP
And they might not continue to use matched content if they were forced to HC one
i.e. they'd just hard-code Taboola / Outbrain

HIGHLY CONFIDENTIAL

Option 2: Make AFC backfill official

HIGHLY CONFIDENTIAL

## Option 2: What we'd need to do to make AFC backfill "official"

*Assign a PM and a small eng team to support AFC backfill as an official product area*

- Bridge the gap between both DRX and AdSense; not focused on one product
- Create roadmap and work with DRX and AdSense eng and PM teams to get features prioritized
- Create strategy and grow AFC backfill revenue
- Ensure that any feature that may impact AFC backfill has been tested on both products (i.e. new formats, serving changes, tagging features)

HIGHLY CONFIDENTIAL

## Benefits

- Cleans up internal ownership
- No comms needed; customers already understand setup; no new training, outreach etc
- Proactive testing and development instead of reactive bug triage
- Ability to stay ahead of the market with formats by allowing pubs to use formats only available in AdSense
- Helps prevent publisher "migration fatigue"

HIGHLY CONFIDENTIAL

| Id | Date | Text |
|----|------|------|
| 1 | 04/26/2017 14:55:21 | Hmm... "No engineering changes"? We'd need to invest in a new team to focus on this area (per previous slide), no? <br><br> Also, this option would (still) allow gaming the system via multiple calls to AdX+AFC |
| 2 | 04/26/2017 15:07:38 | Actually, one more significant cost item to add: this additional requirement (to support new AFC features in backfill scenarios) has the very real potential to slow down AFC feature development and make it more expensive, plus saddle us w/ product and technical debt - and tbh I'm not sure how to size this cost... It may also make the cost of option 1 even higher if the format feature gap between AFC/AdX remains or widens, and even more pubs/revenue shift to DFPSB+AFC. |
| 10 | 04/27/2017 04:32:08 | ok thanks, I will add this last point. Regarding your first point about gaming the system, they can still do that even with Option 1 since we would continue to allow tags. |
| 11 | 04/27/2017 04:32:35 | _Marked as resolved_ |
| 9 | 04/27/2017 06:22:53 |  <br><br> Any others you would add? |
| 2 | 04/27/2017 06:22:53 | _Re-opened_ <br> With the ongoing changes on Adwords Bidding (no double calls), I am less concerned about pubs trying to gain the system as this will go away naturally, those second calls will not receive responses. |

GOOG-DOJ-12449401

## Costs

- Requires additional eng and PM resources
- Creates channel conflict with AdX, including blocking potential inventory from deals
- Could be a challenge straddling two products especially since each team is located in different offices
- Could create confusion within the unified product (why do I have two types of backfill? When do I use AdSense vs AdX?)
- Could slow down AFC feature development and make it more expensive and could potentially make the cost of option 1 even higher if the format feature gap between AFC/AdX widens due to active development in this area

GOOG-DOJ-12449402

Option 3: Status quo

HIGHLY CONFIDENTIAL

GOOG-DOJ-12449403

## Benefits

- No new development needed; no additional eng or PM resources
- No comms needed; customers already understand setup; no new training, outreach etc
- Ability to stay ahead of the market with formats by allowing pubs to use formats only available in AdSense
- Helps prevent publisher "migration fatigue"

HIGHLY CONFIDENTIAL

## Costs

- Reactive development and fire drills instead of proactive testing; Eng and PM cycles spent putting out fires when issues arrive; creates a reactive approach to a pipeline of revenue
- Creates channel conflict with AdX, including blocking potential inventory from deals
- Could create confusion within the unified product (why do I have two types of backfill? When do I use AdSense vs AdX?)

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-12449406

## Recommendation

*Assign eng and PM owner of AFC backfill while working towards longer term goal of AFC backfill deprecation*

- **Short term: Option 2.** Make AFC official by assigning eng and PM owner, with the following caveats:
  - This team would support existing functionality while ensuring that AFC backfill related features have been tested in each product; would not focus creating new features specifically for AFC backfill
  - DRX team focuses on phasing in the elements necessary to make the long-term move described below (formats if necessary, AdX support in self-sign up, simplified AdX UI, etc)
- **Long term: Option 1.** Remove AFC backfill from DFP while continuing to allow AFC tags, with the following caveats:
  - Revisit the AFC tag in DRX use case once AFC backfill has been deprecated to see if it makes sense to deprecate this use case in the future
  - Define a clear strategy for supporting formats in AdX and AFC

GOOG-DOJ-12449407

| Id | Date | Text |
|----|------|------|
| 12 | 04/27/2017 15:05:08 | ▮▮▮▮▮▮▮▮▮ <br><br> Determine how many premium pubs are doing AFC + AdX <br><br> Also take it up a level and do full SB strategy |

GOOG-DOJ-12449408

## Summary of benefits

| | Opt1:<br>Remove AFC | Opt 2:<br>AFC is official | Opt 3:<br>Status quo |
|---|---|---|---|
| Product simplification | YES | NO | NO |
| Cleans up internal ownership | YES | YES | NO |
| Inventory access for deals | YES | NO | NO |
| No commercialization | NO | YES | YES |
| Proactive testing and development instead of reactive bug triage | YES | YES | NO |
| Innovate with formats | MAYBE | YES | YES |
| Prevents pub migration fatigue | NO | YES | YES |

HIGHLY CONFIDENTIAL



# Summary of costs

|  | Opt1: Remove AFC | Opt 2: AFC is official | Opt 3: Status quo |
|---|---|---|---|
| Large development and commercialization effort | YES | NO | NO |
| Customer perception of forced migration | YES | NO | NO |
| Revenue risk due to unsupported formats | MAYBE | NO | NO |
| Requires additional PM and eng resources | YES | YES | NO |
| Creates channel conflict, including blocking inventory from deals | NO | YES | YES |
| Market confusion | NO | YES | YES |
| Slow down AFC feature development | MAYBE | MAYBE | NO |
| Reactive development and fire drills instead of proactive testing | NO | NO | YES |
| Challenging team structure for eng and PM | NO | YES | NO |

GOOG-DOJ-12449410



HIGHLY CONFIDENTIAL

Operational details of removing AFC backfill from DFP SB

GOOG-DOJ-12449412

## The new DRX Small Business

- Backfills only to AdX (new policy)
- Sign up flow remains self service
- Support levels remain the same for torso and tier 1
- Publishers can continue to use AdSense tag on page

HIGHLY CONFIDENTIAL

# Overview of pubs remaining on DRX SB

- All OPG Tier 1 publishers
- Publishers who send less than 80% of their traffic to AFC, including torso publishers

Support and signup model remains the same:

- Tier 1 pubs are managed
- Torso publishers have the same support as today and would not get account managers as a result of resegmentation
- Policy violations would continue to be managed the same as today-- automated for torso pubs; manual and automated for Tier 1/managed accounts
- Signup continues to be self-service with vetting process for AdX usage

HIGHLY CONFIDENTIAL

GOOG-DOJ-12449414

| Id | Date | Text |
|----|------|------|
| 13 | 04/23/2017 14:44:25 | new section/appendix |

HIGHLY CONFIDENTIAL

| Task | Time | Teams | Priority |
|------|------|-------|----------|
| Investigate possible changes needed for billing, payments, and contracting | *3 weeks | DRX PM, AdSense PM | 0 |
| Design new automated AdX approval process to be integrated into SB sign up flow | 1 mo | DRX PM, DRX admin, policy | 0 |
| Modify SB signup flow front-end (incl possibly removing AdSense screens) | 1 mo | DRX FE, AdSense FE | 0 |
| Modify SB signup flow to include access to AdX and publisher approval/authorization | 3 mo | DRX admin, billing, policy | 0 |
| Modify web property creation during signup (AdX instead of AFC) | 3 mo | DRX serving, AdSense | 0 |
| Migrate inventory unit backfill from AdSense to AdX web property | 3 mo | DRX admin | 1 |
| Migrate any AdSense backfill line items to AdX backfill line items (or customer deprecation) | 4 mo | DRX FE | 1 |
| VNLA implementation | 4 mo | DRX FE, serving and reporting | 1 |
| Update automated policy enforcement with new policies | TBD | DRX PM, policy | 1 |
| UI changes to make AdX easier to use; fewer errors | 3 mo | DRX FE | 2 |
| Add new formats to AdX if we decide to support parity | 6 mo | DRX FE, serving, reporting | TBD |
| Commercialization (sales and gTech training, HC content/training updates, localization, etc) | 6 mo | DRX/AdSense PM, sales, gTech | 1 |

* For investigation only; will need to estimate eng work after this

GOOG-DOJ-12449416

| Id | Date | Text |
|----|------|------|
| 15 | 04/20/2017 02:03:18 | assumption is that we are only separating backfill traffic and not FE shared components (e.g. ARC, sign up UI, billing, etc)<br><br>Also need to determine whether we can create AdX web property during sign up while still using AdSense sign up UI |
| 14 | 04/24/2017 21:08:55 | Break up into 2 slides; possibly one slide for comms and one for eng work |

HIGHLY CONFIDENTIAL

GOOG-DOJ-12449417

## Operational impact

- Update all marketing collateral (pitch decks, website, etc)
- Sales and gtech training on new segmentation
- Update all customer documentation (help center, training videos, publisher university)
- Clear messaging and vision communicated early internally and externally so publishers don't feel "forced" into something

HIGHLY CONFIDENTIAL

## Customer impact

- All AdSense backfill line items would need to be deprecated or migrated (57,713 active line items)
- All unarchived ad units that backfill to AdSense would need to be migrated (2.3M)
- Clear messaging and vision communicated early internally and externally so publishers don't feel "forced" into something

HIGHLY CONFIDENTIAL

## Simplifying AdX setup with VNLA

- In order to improve serviceability of AdX setup, launch:
  - VNLA
  - Managed reserves (allows pubs to use AdX without setting a floor price)

- Although main benefit is to better support less sophisticated/torso publishers, all publishers and Google benefit from a simpler AdX setup
  - Fewer errors; more revenue
  - Lower support cost

Managed Reserves and Target CPM - the former for SB pubs and the latter for premium pubs

█████████████████████ for context, but we could redefine it as no floors and Google manages the reserves for the pub

Yes, ████████ is for when avg.CPM>floor across a time period, but on a single query, it could be lower

HIGHLY CONFIDENTIAL