# EXHIBIT 49
# REDACTED



HIGHLY CONFIDENTIAL   GOOG-DOJ-13464636

## Summary

Header Bidding is widely adopted in LPS AMS, 70% of top 100 pubs active to a certain degree. $300-350m the estimate revenue transacted through HB in LPS AMS. AdX is still in a relatively solid with 64% of total revenues on accounts active in HB.

HB vendors are mostly trafficked in DFP at remnant priority (no standard or sponsorships) which is good for AdX competition. CPMs from HB are also 20% lower than AdX on average, confirming the strong AdX demand and optimization capabilities.

On the other hand, segmenting publishers based on HB adoption, there is clear negative correlation with AdX performances, i.e.HB seems to be eroding AdX.

This must be carefully considered during Exchange Bidding commercialization

HIGHLY CONFIDENTIAL   GOOG-DOJ-13464637

## Methodology: bottom up manual analysis

**Sample analyzed and methodology**
- One day data: August 29th
- All LPS Americas pubs with Data Analysis Order Form (this give us the right to analyze DFP data)
- 152 pubs including apps (not video)
- Sample analyzed represent 80+% of total LPS AMS revenues
- Manual analysis of DFP Line Item (350k), results high reliability

Google

HIGHLY CONFIDENTIAL                                                          GOOG-DOJ-13464638



## Header Bidding adoption is high in LPS AMS pubs, and negative correlation between HB adoption and AdX performances

- 70% adoption of HB among top 100 LPS AMS accounts (56 out of 79 audited)
- HB intensity (**) varies from few percentage points of indirect sold impressions up to 50+%
- Across the LPS portfolio HB adoption is about 50% (75 out of 152 audited)
- Publishers with large HB adoption have negative/flat YoY trends
- Correlation even stronger for top 100 accounts
- A light adoption of HB seems to correlate to a positive AdX trend, to be investigated

**Implications:**
Exchange Bidding Commercialization must consider potential impact for legacy AdX business

**LPS Americas - Top 100**

| Segments | # of pubs | Avg Rev /Pub | Q2-16 | q2 YoY |
|---|---|---|---|---|
| HB >50+% (**) | 3 | $ 3,705,477 | $ 15,338,825 | -32% |
| HB >30-50% | 8 | $ 3,740,188 | $ 28,476,302 | -1% |
| HB >10-30% | 20 | $ 3,461,209 | $ 74,111,095 | -1% |
| HB >0-10% | 25 | $ 1,921,314 | $ 51,979,020 | 25% |
| NO HB | 23 | $ 2,202,393 | $ 54,204,681 | 31% |
| Data Not available (*) | 21 | $ 1,864,744 | $ 41,690,221 | 30% |
| Total | 100 | $ 2,481,096 | $ 248,109,621 | 14% |

**LPS Americas - Top 200**

| Segments | # of pubs | Avg Rev /Pub | Q2-16 | q2 YoY |
|---|---|---|---|---|
| HB >50+% | 8 | $ 2,375,087 | $ 17,393,240 | -29% |
| HB >30-50% | 11 | $ 2,228,420 | $ 29,645,988 | -2% |
| HB >10-30% | 24 | $ 2,726,355 | $ 76,076,442 | -1% |
| HB >0-10% | 31 | $ 1,318,845 | $ 54,159,510 | 25% |
| NO HB | 54 | $ 779,155 | $ 65,762,920 | 30% |
| Data Not available (*) | 71 | $ 531,280 | $ 57,742,768 | 25% |
| Grand Total | 200 | $ 1,408,429 | $ 281,685,757 | 14% |

**LPS Americas - All**

| Segments | # of pubs | Avg Rev /Pub | Q2-16 | q2 YoY |
|---|---|---|---|---|
| HB >50+% | 8 | $ 1,619,285 | $ 17,393,240 | -29% |
| HB >30-50% | 11 | $ 2,806,428 | $ 29,645,988 | -2% |
| HB >10-30% | 31 | $ 2,305,564 | $ 76,206,583 | -1% |
| HB >0-10% | 25 | $ 2,002,269 | $ 54,159,510 | 25% |
| NO HB | 77 | $ 824,454 | $ 68,024,903 | 30% |
| Data Not available (*) | 275 | $ 324,518 | $ 91,081,153 | 22% |
| Grand Total | 427 | $ 744,917 | $ 318,079,594 | 14% |

(*) pubs without Data Analysis Order Form, or not on DFP
(**) percentage of indirect impressions, transacted through an HB implementation

## However, AdX ability to access and compete has increased, independently of HB adoption

Proprietary + Confidential

- AdX queries (i.e. call out) have increased across all segments, no correlation with HB adoption
- HB has not affected AdX ability to compete
- Only when HB adoption is very high (over 50%) queries growth is significantly smaller

| HB segments | # properties | AdX queries - Aug 16 | AdX queries - YoY |
|---|---|---|---|
| HB >50+% | 8 | 10,391,572,175 | 23% |
| HB >30-50% | 10 | 15,068,451,108 | 61% |
| HB >10-30% | 25 | 45,347,467,699 | 46% |
| HB >0-10% | 31 | 44,281,577,350 | 88% |
| NO HB | 73 | 92,018,281,362 | 42% |
| Grand Total | 147 | 207,107,349,694 | 51% |

**Implications:**
Although HB has a significant negative correlation on AdX revenue, is not preventing AdX from competing.
Coherent with fact that HB is not trafficked as sponsorship of standard types

Google

HIGHLY CONFIDENTIAL
GOOG-DOJ-13464640

# Cumulatively HB is 11% of total indirect imp, the largest four exchanges represent 80% of HB volumes

Proprietary + Confidential

- 11% of total not guaranteed mediated impressions transacted in HB
- AdX still 4x larger than HB volumes
- No HB line items trafficked as standard or sponsorship types
- Criteo, buying directly in DFP but not as header bidding, no granular CPMs set up like for other HB buyers

**Exchange Bidding Implications:**
Top four exchanges adoption is critical for of Exchange Bidding success

| Exchange | Header Bidding Daily Impressions | Not HB Daily Impressions | Total | % imp HB |
|---|---|---|---|---|
| Google Ad Exchange | | 1,969,869,263 | 1,969,869,263 | 0% |
| The Rubicon Project | 65,120,143 | 725,626,631 | 790,746,774 | 8% |
| OpenX | 115,125,157 | 116,459,420 | 231,584,577 | 50% |
| Index Exchange | 46,056,348 | 99,288,788 | 145,345,136 | 32% |
| AppNexus | 105,395,485 | 26,880,798 | 132,276,283 | 80% |
| Pubmatic | 3,890,810 | 106,684,163 | 110,574,973 | 4% |
| Google Adsense | | 99,616,330 | 99,616,330 | 0% |
| AOL | 13,274,354 | 76,210,848 | 89,485,202 | 15% |
| Amazon | 38,384,469 | 4,396,918 | 42,781,387 | 90% |
| Criteo | | 37,320,769 | 37,320,769 | 0% |
| SpotXchange | | 27,079,026 | 27,079,026 | 0% |
| GumGum | | 25,311,741 | 25,311,741 | 0% |
| Media.net | 10,766,382 | 12,561,737 | 23,328,119 | 46% |
| Sonobi | 14,215,692 | 776,264 | 14,991,956 | 95% |
| District M | 1,931,267 | 10,201,459 | 12,132,726 | 16% |
| Sovrn | 1,699,132 | 10,215,288 | 11,914,420 | 14% |
| CatalystDesk | 2,963,950 | 4,394,859 | 7,358,809 | 40% |
| Yieldbot | 1,403,171 | 5,712,999 | 7,116,170 | 20% |
| Millennial Media | | 193,936 | 193,936 | 0% |
| **Grand Total** | **420,226,360** | **3,358,801,237** | **3,779,027,597** | **11%** |

Google

HIGHLY CONFIDENTIAL                                GOOG-DOJ-13464641

# HB rapidly making headways in LPS AMS, in last 6 months indirect impressions from 4% to 11%

Proprietary + Confidential

- AppNexus particularly big shift in last 6 months
- Percentage of pubs doing HB growing from 37% to 49%

**Adoption of HB in LPS AMS**

| Segments | % total pubs March-16 | % total pubs Aug-16 |
|---|---|---|
| HB >50+% (*) | 1% | 5% |
| HB >30-50% | 1% | 7% |
| HB >10-30% | 7% | 20% |
| HB >0-10% | 26% | 16% |
| NO HB | 67% | 51% |

(*) percentage of indirect impressions, transacted through HB implementation

**LPS AMS - Percentage of indirect impressions transacted on Header Bidding vs standard mediation**

|  | March-16 No | March-16 Yes | Aug-16 No | Aug-16 Yes |
|---|---|---|---|---|
| Google Ad Exchange | 100% | 0% | 100% | 0% |
| The Rubicon Project | 99% | 1% | 92% | 8% |
| OpenX | 65% | 35% | 50% | 50% |
| Index Exchange | 81% | 19% | 68% | 32% |
| AppNexus | 100% | 0% | 20% | 80% |
| Pubmatic | 99% | 1% | 96% | 4% |
| Google Adsense | 100% | 0% | 100% | 0% |
| AOL | 100% | 0% | 85% | 15% |
| Amazon | 47% | 53% | 10% | 90% |
| Criteo | 100% | 0% | 100% | 0% |
| SpotXchange | 100% | 0% | 100% | 0% |
| GumGum | 100% | 0% | 100% | 0% |
| Media.net | 2% | 98% | 54% | 46% |
| Sonobi | 20% | 80% | 5% | 95% |
| District M | 100% | 0% | 84% | 16% |
| Sovrn | 100% | 0% | 86% | 14% |
| CatalystDesk | 92% | 8% | 60% | 40% |
| Yieldbot | 90% | 10% | 80% | 20% |
| Millennial Media | 100% | 0% | 100% | 0% |
| **Grand Total** | **96%** | **4%** | **89%** | **11%** |

Google

HIGHLY CONFIDENTIAL  GOOG-DOJ-13464642



HIGHLY CONFIDENTIAL                                                GOOG-DOJ-13464643

## Most of publishers adopting HB are working with multiple HB providers

- Each HB provider might function as a "wrapper" including several SSPs
- For example, Index Exchange wrapper might include Rubicon + Index + others SSPs

| # HB partners | # Pubs |
|---|---|
| 1 HB | 34 |
| 2 HB | 22 |
| 3 HB | 18 |
| 4 HB | 4 |
| 5 HB | 6 |
| 6 HB | 5 |
| Total | 89 |

Proprietary + Confidential

Google

HIGHLY CONFIDENTIAL                                                         GOOG-DOJ-13464644

# Header bidding represent $300+m ARR on LPS AMS, but still 36% of AdX total

Proprietary + Confidential

- Header Bidding total revenue $820k/day, $300m ARR in LPS AMS (*)
- AdX daily revenue on the same pubs sample (pubs active on HB) $2.1m/day
- HB revenues 36% of AdX revenue
- Header Bidding Avg CPM $1.96 vs AdX avg gross CPM $2.45
- Open question: why HB winning vs AdX
  - Different demand?
  - Auction dynamics
  - Rev share
  - HB pricing accurate?

| HB exchange | HB Daily Impressions | HB Daily Revenue | Avg CPM |
|---|---|---|---|
| The Rubicon Projec | 65,120,143 | $ 145,182 | $ 2.23 |
| OpenX | 115,125,157 | $ 168,334 | $ 1.46 |
| Index Exchange | 46,056,348 | $ 120,128 | $ 2.61 |
| AppNexus | 105,395,485 | $ 145,701 | $ 1.38 |
| Pubmatic | 3,890,810 | $ 11,971 | $ 3.08 |
| AOL | 13,274,354 | $ 22,688 | $ 1.71 |
| Amazon | 38,384,469 | $ 127,182 | $ 3.31 |
| Media.net | 10,766,382 | $ 31,221 | $ 2.90 |
| Sonobi | 14,215,692 | $ 28,246 | $ 1.99 |
| District M | 1,931,267 | $ 4,172 | $ 2.16 |
| Sovrn | 1,699,132 | $ 4,047 | $ 2.38 |
| CatalystDesk | 2,963,950 | $ 10,262 | $ 3.46 |
| Yieldbot | 1,403,171 | $ 3,729 | $ 2.66 |
| **Grand Total** | **420,226,360** | **$ 822,862** | **$ 1.96** |

(*) Estimate based on based on the CPM declared in DFP, it might be slightly inaccurate, but a very close proxy

(**) Criteo not included. Criteo Also not booked as standard of sponsorship

**Implications:**
HB driving significant share of revenues on pubs active. However AdX still in a good status, and CPMs highly competitive

HIGHLY CONFIDENTIAL

GOOG-DOJ-13464645



HIGHLY CONFIDENTIAL   GOOG-DOJ-13464646





HIGHLY CONFIDENTIAL

GOOG-DOJ-13464648



HIGHLY CONFIDENTIAL                                                                                                                    GOOG-DOJ-13464649



HIGHLY CONFIDENTIAL

GOOG-DOJ-13464650