# EXHIBIT 50
# REDACTED

# Inventory unification PRD

## Introduction

<u>DRX is our rebranded unified platform</u>, comprised of DFP and AdX. Our goal is to make DRX the must-call programmatic platform for large publishers and to enable access to all demand from auctions and deals. In order to achieve this goal, we need to unify several key components of DFP and AdX by removing duplicative functionality where necessary.

Inventory is critical and central to a publisher's business; it is their product. For this reason, we need to have a seamless, intuitive workflow that allows publishers to monetize their inventory in the most efficient way possible, while providing as much insight and data as possible.

With a fragmented inventory setup across DFP and AdX (i.e. one inventory structure in DFP and a different one in AdX), providing publishers with a streamlined workflow and view is not possible. Having only one representation of inventory (an ad unit) and only one UI for managing this inventory (the Inventory tab in DFP), allows us to provide publishers with many new reporting capabilities and workflow efficiencies.

DFP ad units will serve as the single unit of inventory for publishers to seamlessly set up, sell, and report on their inventory. Therefore, we will be deprecating AdX tags in the AdX UI and eliminating the ability to manage inventory using AdX tags in the AdX UI.

**Note:** Unless otherwise noted, "AdX tag" in this document only refers to the inventory object in the AdX UI and the AdX tag that is used in DFP backfill, **not** the AdX tag or code snippet (`adsbygoogle.js`) on a publisher's page or booked in a 3rd party ad server. Therefore, the term, "AdX UI tag" is used to refer to these inventory objects.

## Benefits

1. **Full transparency and visibility across all sales channels and platform types**
   Maintaining separate inventory in AdX and DFP that represents the same real-world inventory means fragmentation and lack of visibility when reporting and targeting across sales channels and deal types. Having one inventory structure eliminates this issue. For example, you currently cannot target AdX UI tags in DFP Exchange Bidding; nor can you target both DFP ad units and AdX UI tags in a pricing rule in AdX. Because of this, publishers are forced to split up rules and deals.

2. **A unified and streamlined inventory creation and management workflow**
   Separate inventory requires creation of 2 inventory entities and sets of tags that mirror the inventory, resulting in duplicative workflows. Unified inventory allows publishers to manage inventory from a single place, then reuse throughout the entire product, which means greater workflow efficiency and time savings.

---

**Comment [1]:** actually if the LI is present, that'll work.

I wouldn't use "target" though, it's passed from DFP to AdX.

**Comment [2]:** What do you mean? I thought there was no tag targeting available in DFP, which is where you set up the targeting for exchange bidding, no?

**Comment [3]:** We couldn't just nuke the slotname configuration when EB was turned on.

So instead, where there's an Adx LI + a YG, the Adx LI backfill snippet
params are also sent, which means EB sometimes has the Slotcode!

By the end of this project, it won't be an issue though :)
--
▮
* ▮
* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
* ▮
* ▮▮▮▮▮▮▮▮▮
* ▮▮▮▮▮▮

This email may be confidential or privileged. If you received this
communication by mistake, please don't forward it to anyone else, please
erase all copies and attachments, and please let me know that it went to
the wrong person. Thanks.

**Comment [4]:** you can, unfortunately. (it'll be ANDed I believe)

+▮▮▮▮▮▮▮▮▮▮ to keep me same

**Comment [5]:** Yeah, the language is imprecise. I think what ▮▮▮ means here is that you can't have a rule whose targeting includes all traffic on some ad units, and all traffic on some slot codes.

**Comment [6]:** Yep, what ▮ said. I will update to make more clear.

HIGHLY CONFIDENTIAL                                                                 GOOG-DOJ-14026097

3. **Simplified results with higher revenue and more opportunities**
   Workflow simplification helps publishers spend more time on the things that matter. End-to-end sell through and revenue transparency surfaces opportunities and help publishers make smarter decisions about monetizing inventory.

**Inventory unification tasks**
Inventory unification refers to the process of phasing out AdX UI tags and only supporting DFP ad units as a publisher's representation of inventory. There are several projects and milestones that need to be completed before we can declare inventory as fully unified. Some of these projects have a subset of milestones, many of which have already been completed:

**Completed tasks**
- Deprecate includes under excludes in AdX. Completed April 2016. [Comment [7]: should we link to comms doc for all efforts?] [Comment [8]: Yeah if we had one ;-)]

- Deprecation of re-parenting AdX UI tags in AdX. Completed April 4th 2016.

- Prevent publishers who do not use Adx Tags in DFP Adx Line items from starting to do so. Completed September 19th 2016.

- Removal of unused AdX UI tags in AdX rules and removal of rules that only target unused AdX UI tags. This was required in order to reduce the number of AdX UI tags that will be migrated when we migrate AdX UI tags to DFP ad units. (completed in Nov 2016)

- Launch 2-level hierarchy for SB pubs and ad unit bulk uploader support for multi-level hierarchies for all pubs. Completed January 30th, 2017.

- Deprecate cross-network inventory sharing in DFP; this reduces customer confusion and helps with AdX agave migration, improves latency, and simplifies product. Completed March 2017.

- Add default queries to query tool to help with AdX UI tag deprecation. Completed March 2017.

- Unify geo-targeting in AdX with DFP geo-targeting. This was required in order to move publishers away from relying on the targeting in DFP for AdX tags. Publishers need to be moved away from this type of targeting so that we can deprecate the AdX backfill snippet (more on this below). Completed June 2017.

**Remaining phases**
There are 4 phases remaining in inventory unification and a few miscellaneous items. This section lists the requirements for each of these and then the following sections explain the requirements in more detail. The miscellaneous items don't require much explanation and therefore do not have a separate section.

1. Phase out AdX UI tags
2. Launch inventory bundles (separate PRD here)
3. Small UI updates in DFP and AdX to hide AdX UI tag targeting (separate PRD here)
4. Reporting changes
5. Miscellaneous tasks:

- Add complex custom targeting (ors of keysets) to AdX key-value targeting (blocked on Agave migration)
- Ignore slot code and other parameters in serving (https://b.corp.google.com/issues/31382341)
- Eventually, we will need to log the Inventory Bundle ID so that we can report on it as a dimension. This will be done at a later date, however, as outlined in the Inventory Bundles PRD.

**Comment [9]:** There are 2 things here:
- either ignoring parameters at serving, done but within magicEraser
- or the way to prevent serving adx manual params completely from DFP to AdX through the feature flag, and that's part of the phase out as the stick!

**Comment [10]:** This is meant to outline the remaining work, or the "stick", which I think is your #2 point. We already did the work in your first point no?

## Phasing out AdX UI tags

To phase out AdX UI tags, they need to be removed throughout DFP and AdX. AdX UI tags are used or referenced in the following places (not including reporting):

- In AdX, in the **Inventory UI**, which is where you create AdX UI tags
- In AdX, in the **Rules and Deals UIs** (for all deal types-- OA, PD, FL, and PA) as a targeting property
- In DFP, in the **AdX backfill creative snippet** for AdX line items as an `ad_slot code` parameter. This parameter contains an ID, which corresponds to a given AdX tag created in the AdX Inventory UI.

**Comment [11]:** either that is part of the bundle PRD in the longer term section, or it would be a blocker for the phasing out of the adx tags, that is if we lose reporting capabilities (I haven't reviewed th reporting section yet though=

**Comment [12]:** I'm not sure what you mean here. What do you think needs to be changed?

**Comment [13]:** ▮▮▮▮▮▮▮▮▮▮ fyi, impacting video as well

**Comment [14]:** what about publishers backfilling & targeting cross networks? (haven't seen a mention yet)

**Note:** Inventory unification only impacts AdX tags that exist in the AdX UI and that are used in DFP backfill; AdX tags (`adsbygoogle.js`) that exist on a publisher's page or that are booked in a 3rd party ad server are not impacted.

### Phasing out AdX tags in the AdX > Inventory UI

AdX UI tags in the AdX Inventory page will be automatically converted to DFP ad units. This conversion can only take place, however, once we have fully deprecated the backfill snippet for AdX line items in DFP. The following section explains what needs to happen before we can deprecate the backfill snippet.

Once AdX UI tags have been converted to DFP ad units, we will deprecate the AdX Inventory page and publishers will use the DFP Inventory > Ad Unit page to create and manage their inventory. Instead of AdX UI tags, publishers will use DFP ad units in all targeting, including rules and deals targeting, if they do not do this already.

**Comment [15]:** Adding myself on here to see how we will handle this for the multi-backfill setups and which consequences it will have for those publishers.

**Comment [16]:** I can add an explicit call out to this, but it's sort of covered in the backfill section. We only display the new ad units in the mapped account and the rules UI only displays ad units from accounts with backfill relationships. What's your specific question?

**Comment [17]:** step 2 https://docs.google.com/document/d/1k-uGieJnqIxS7caKsxHCuddDTr2NwPKrb0Lt_RURmco/edit

**Comment [18]:** Are you asking me create a cross-reference to this doc?

**Note about recontracting:** AdX only publishers will need to be recontracted to the unified contract before they can use the DFP Inventory page to create and manage inventory. There is a separate commercialization process that is already in progress for this recontracting effort.

### What about the AdX tag generator in AdX > Inventory?

Even though we are deprecating the AdX Inventory UI, which contains an AdX tag generator, publishers may continue to generate and use the AdX tag (`adsbygoogle.js`) for DFP ad units that are created as a result of the AdX UI tag conversion.

**NOTE:** Only ad units that were created from AdX UI tags can be used to generate the AdX tag (`adsbygoogle.js`). Once generated, these tags can be used in 3rd party ad servers or directly on a publisher's page.

**Comment [19]:** What does this mean for AdX only pubs that are exclusively using adsbygoogle.js tags? Their existing AdX UI Tags will get converted to Ad Unit - how will it work for them when they want to create a new segmentation and create a tag for it after we have deprecated slot codes? Would they need to use a GPT tag for those?

**Comment [20]:** They should still be able to create and generate new tags under the converted wp as DFP IU

+▮▮▮▮▮▮▮▮▮▮ to keep me sane

**Comment [21]:** Yes, they can (and probably should for the time being) continue to generate and use adsbygoogle.

**Comment [22]:** Basically any ad unit that maps to an AdX web property can have an adsbygoogle.js tag generated for it.

The DFP tag generator will be updated so that publishers may generate AdX tags (`adsbygoogle.js`) that can be used on their pages or in a 3rd party ad server. Publishers will have the ability to generate AdX tags only from the ad units that were created from an existing AdX UI tag, since those ad units are associated with an AdX web property.

> **Comment [23]:** Is there a mini-PRD for this? There are some improvements to tag generator for AdX Direct that I've held off on making for a while with assumption that this would move; would love to better understand timing and changes.
>
> **Comment [24]:** We are only making minor updates to the tag generator to support this effort. Outlined here:
>
> https://docs.google.com/document/d/1k-uGieJnqIxS7caKsxHCuddDTr2NwPKrb0Lt_RURmco/edit

**Phasing out AdX UI tags in AdX rules and deals**
As part of the process of converting AdX UI tags to DFP ad units, AdX rules and AdX deals currently targeting AdX UI tags will target DFP ad units after the conversion. This means that the ad units created from AdX UI tags will be available in the ad unit targeting picker in all AdX rules and AdX deals pages.

Note that not all AdX UI tags will be converted to DFP ad units. Publishers will have the ability to declare some AdX UI tags as Inventory Bundles, depending on the use case (more on this below and in this PRD). The net result is that any AdX rules or AdX deals that previously targeted AdX tags (and were not declared as Inventory Bundles) will target DFP ad units post-conversion.

This UI change will take place when we deprecate the AdX Inventory page and will be tied to the same feature flag.

*Note:* Since we are phasing out the usage of AdX tags in the backfill creative snippet (more on this below), it is possible that the new ad units created from AdX UI tags will not get any impressions post-conversion, if those UI tags are not associated with an `adsbygoogle.js` tag booked in a 3rd party ad server or exist on a publisher's page.

**Phasing out AdX tags in the backfill creative snippet in DFP**
In order to deprecate the usage of AdX tags as a creative snippet in DFP, all of the parameters that can be referenced in the AdX tag used in DFP backfill had to be deprecated throughout 2016 and into 2017. The majority of these parameters were redundant with other functionality in DFP or AdX and were not widely used, or not used at all.

There were also several parameters that were used more broadly that required a longer comms process or additional engineering work. As mentioned above, all of these parameters have been deprecated over the course of the last year (see comms doc for more details), with the exception of the `google_ad_slot` code parameter (more on this below).

For reference, here are the milestones for this deprecation process:

- **Milestone 1:** Disable the snippet text box for newly created DFP networks (completed August 2016).

- **Milestone 2:**

    a. Disable the snippet text box for existing DFP networks that do not use the AdX creative snippet (completed September 2016).

HIGHLY CONFIDENTIAL
GOOG-DOJ-14026100

    b.    Continue to support commonly used parameters, but only for those publishers who use them (see <u>comms doc</u> for more details). These publishers may continue to use the AdX creative snippet, but only for these "allowed" parameters. Deprecate all other unused and infrequently used parameters (completed September 2016).

- **Milestone 3:** Existing DFP networks that use the remaining parameters (and therefore the AdX creative snippet) will be encouraged to migrate this usage to AdX rules or use the <u>inventory bundles feature</u>. Sales outreach and training will be conducted throughout 2017 to help customers with this process (ongoing through 2017).

  *NOTE: As mentioned above, publishers no longer use any parameters with the exception of the `google_ad_slot` code parameter. This remaining parameter is our biggest blocker since it is used to pass AdX tag IDs from DFP to AdX and also happens to be used as a targeting hack by many of our publishers (more on this below).*

**Migrating publishers away from ad_slot code parameter**
An AdX UI tag is similar to a DFP ad unit-- both of these entities can be used to represent a publisher's inventory. For each of these entities, publishers generate code snippets or tags that can then be embedded on a web page.

Another common practice is to book these tags as creatives in 3rd party ad servers, such as Rubicon or AppNexus. Additionally, in the legacy setup of Dynamic Allocation/backfill to AdX from DFP, publishers were required to create an AdX UI tag, generate an AdX tag/code snippet, and use this tag as the creative for an AdX backfill line item in DFP.

When AdX first launched to market, it also used the notion of an ad unit to represent inventory (although this was a separate, AdX specific ad unit). Publishers were instructed to mirror in AdX their DFP inventory setup (i.e. create one AdX ad unit for every DFP ad unit that they wanted to run in the exchange). AdX later changed the concept of an AdX ad unit to the notion of an AdX tag, which became optional and could be targeted in a new Rules UI, providing more flexibility. DFP ad units and placements were also made available in AdX rules targeting in 2014.

The goal was to allow publishers who already used DFP and AdX together to have one notion of inventory (a DFP ad unit) and to target DFP ad units in rules and deals.This was an early step towards inventory unification, however, since it was not a forced migration, many publishers kept their legacy setup. This meant that publishers continued to use AdX tags for inventory targeting instead of DFP ad units, and in many cases had AdX tags that represented the same real world inventory as some or all of their DFP ad units.

Also note that the Adx tag/code snippet that is generated for a given AdX tag contains the `google_ad_slot` code parameter, which passes the ID of an AdX UI tag from DFP to AdX (or from any 3rd party ad server in which it's booked to AdX). Because the `google_ad_slot` code parameter was essentially a bridge between DFP and AdX, publishers often utilized this parameter as a hack for using in AdX deals DFP targeting that is not available in AdX (<u>more on this below</u>).

To summarize, publishers use the AdX tag (and its accompanying `google_ad_slot` code parameter) to do either or both of these things:

1. Represent their real-world inventory structure in AdX
    a. This use case will continue to be supported when we convert all AdX UI tags to DFP ad units, as described in the previous section.

2. Utilize the targeting in DFP
    a. This use case requires additional support, as there is more complex targeting available in DFP than in AdX. See the following section for more info.

**Utilizing DFP targeting in Adx rules and deals**

As mentioned above, many publishers utilized the targeting in DFP in the open auction or in other types of AdX deals (PD, FLD, or PA). The `google_ad_slot` code parameter allows publishers to link an AdX backfill line item in DFP (and its respective targeting) to an AdX UI tag which is then targeted in rules and/or AdX deals. There are several reasons for this:

1. **Geo-targeting limitations in AdX.** AdX geo-targeting historically only went to the country level, whereas DFP geo-targeting went to the postal code level. We have since launched geo-targeting in AdX that is more granular and allows publishers to target to the city level.

2. **Create a hack for reusable, targetable inventory segments.** Targeting and line item settings are available in DFP that are not available in AdX, such as frequency capping, placements, and so on. Publishers set up this targeting in a single DFP line item to create a "bundle" of targeting that can then be targeted in AdX as a single entity. Publishers target this entity in AdX rules and/or AdX deals by targeting the AdX UI tag that corresponds to the `google_ad_slot` code parameter contained within the backfill snippet for the DFP line item used to set up the targeting.

    In order to support this use case, we are launching the Inventory Bundles feature, which will allow publishers to create bundles or segments of inventory that can be targeted in AdX rules and/or AdX deals (see PRD here).

3. **DFP key-value targeting allows for the creation of more complex key-value expressions** (ors of keysets). We will evaluate the need to support this use once we launch Inventory Bundles, since this feature may render the need for ors of keysets unnecessary.

**Deprecation of the `google_ad_slot` code parameter**

After all publishers have been trained on how to accomplish their existing use cases in other ways (e.g. with AdX geo-targeting or inventory bundles), and no longer rely on the `google_ad_slot` code parameter in the AdX backfill snippet, we can disable the AdX backfill snippet text box and stop passing parameters to the ad server for all publishers. This action will fully deprecate the usage of AdX tags in the DFP UI and we can then begin the process of converting all AdX UI tags to DFP ad units as outlined in the section above.

HIGHLY CONFIDENTIAL
GOOG-DOJ-14026102

**DRX reporting changes**

The following changes to reporting need to be made to support inventory unification:

1. **AdX direct impressions (non-backfill AdX impressions):** On a given date (prior to the conversion of AdX UI tags to DFP ad units), we will begin logging as DFP ad units any AdX tag impressions that do not come from backfill. These are impressions that come from AdX tags (`adsbygoogle.js`) directly on a publisher's page or that are booked in a 3rd party ad server.

   This change will be made prior to the AdX tag conversion to DFP ad units so that publishers continue to have historical reporting for these AdX UI tags that they are using to represent inventory. See the previous section, Migrating publishers away from google_ad_slot code parameter for more info.

   Historical reporting for these new ad units will still be available under the **Ad Slot** dimension in the query tool. Even though we will begin logging these impressions as DFP ad units prior to the conversion, we will not expose this data to the publisher until we actually disable the AdX Inventory UI and expose the new DFP ad units that have been created from AdX UI tags.

2. **AdX backfill impressions:** As mentioned in the previous sections, AdX tags booked in DFP are either used to represent inventory bundles or actual inventory.
   a. **Inventory bundle reporting:** For the time being, publishers will continue to use the **Ad Slot** dimension to report on AdX impressions associated with any `google_ad_slot code` parameter that has been declared as an inventory bundle (see the Inventory Bundles PRD for more info). In other words, there is no reporting change for this use case. At some point in the future, we will begin logging impressions for a new inventory bundle dimension.

      *NOTE: Declared inventory bundles are the only type of AdX impression that will be logged as backfill. AdX UI tags that do not get declared as inventory bundles will be converted to ad units and will no longer be logged or passed as part of backfill.*

   b. **AdX tags in backfill that represent inventory:** Any AdX tag (and its corresponding `google_ad_slot` code parameter) in DFP that is not declared as an inventory bundle will be converted to a DFP ad unit during the conversion process and its associated `google_ad_slot` code parameter will no longer be passed to the ad server and logged as backfill.

      This means that unless these tags have been booked in a 3rd party ad server, or have been placed on a publisher's page, there will be no logged impressions from these types of AdX tags once the conversion takes place. If these tags have been booked in a 3rd party ad server or exist as a tag on a page, any logged impressions will be considered direct impressions once the conversion takes place, which means they will be covered under the reporting change described above in point "1" above.

---

**Comment [25]:** FYI

**Comment [26]:** 2 clarification questions:

1- So we will do dual logging - right? (sounds great)

2- Does it mean when we flip the switch that historical data for direct traffic will suddenly be shown as both DFP Ad Units and Slotnames?

**Comment [27]:** Yes, we will be doing dual logging as soon as this is rolled out.

For direct traffic, the will have historical data for both ad units and ad slots from the time that we start logging direct traffic as ad units until the time when "flip the switch". At that time however, the only data that will be available going forward for these ad units (that were formerly ad slots) will be under the ad unit dimension. In terms of what "flip the switch" means, that will happen when we stop passing the parameter.

+                                 to confirm.

**Comment [28]:** It's not actually dual logging, but the effect in reporting is the same. The reporting pipelines that read the logs are going to attribute the impression to both the slot code and the corresponding IU, as soon as            work on that is complete.

**Comment [29]:** Hi, I'm a bit confused by this paragraph and the one before it. Are we saying that this historical reporting is available to pubs before or after the migration? I want to give them a sense of the timeline they can expect.

Also, is the new AdX historical report something we should be encouraging them to use?

**Comment [30]:** Hey     - re your first question, the reporting data is historical (meaning that we will collect data ahead of the migration), but it will only be available to them once we've done the migration. So essentially when they log in, they will have data from before the migration.

**Comment [31]:** +100

+                    .com fyi

**Comment [32]:** we should start to log as soon as bundles are used in serving. This is anyway needed for troubleshooting the newly inventory bundles. Then later we can implement the reporting, although I wouldn't delay the prioritization asks to timeline issues.

**Comment [33]:** From what I understand, this isn't something the team wanted to do right away, but I'm not certain of the reasons for that (could just be prioritization)

### Phases of AdX tag in UI migration

Once publishers no longer use the `google_ad_slot` code parameter, we can begin converting AdX UI tags to DFP ad units. This conversion will take place in multiple phases:

- **Bucket 1: AdX onlies**
    - Since AdX only publishers don't use DFP and therefore can't use the backfill creative snippet, their AdX UI tags will be converted first. As mentioned above, however, all AdX only publishers must be recontracted to the unified contract before we can perform the conversion. There is a separate effort in place for this process. See the recontracting PRD and comms docs.

- **Bucket 2: Publishers who use both DFP and AdX and who use ad slots in AdX reporting, but not DFP line item targeting**

- **Bucket 3: Segments for which we've disabled the backfill snippet**
    - These pubs could be added to earlier buckets if their snippet has been disabled

### Summary timeline

| | |
|---|---|
| **Deprecate all parameters in backfill snippet** | Q3 16 through Q4 2017 |
| **Deprecate ad slot parameter in backfill snippet** | Q1 2017 through Q4 2017 |
| **Disable the snippet text box** | Q1 through Q4 2017 |
| **Launch geo-targeting in AdX rules** | DONE: Q2 2017 |
| **Launch complex key-value targeting in AdX rules (ors of keysets)** | Q1 2018 (blocked by Agave) |
| **Launch inventory bundles** | Q3 2017 |
| **Recontracting of AdX only publishers** | Q3 through Q4 2017 |
| **AdX tag to DFP ad unit conversion** | Q1 through Q2 2018 |

**Comment [34]:** ▓▓▓▓▓▓ we had originally discussed rolling out the conversion in these phases. Is that still the plan?
We will need to pull together lists for our sales teams as to which partners fall in each bucket. _Assigned to ▓▓▓▓▓▓_

**Comment [35]:** No, this isn't currently the plan for rollout, AFAIK.

**Comment [36]:** ok good to know. Are you planning for it all to happen in one shot or is there just a different phased approach?

**Comment [37]:** We'll do a beta with some pubs, first, then flip it on for everyone.

**Comment [38]:** can we say the beta is for SB pubs? it's just helpful to communicate who will see what changes when and doing SB first is an easy way to partition

**Comment [39]:** I was thinking 10 hand-picked pubs for the beta, for a couple weeks, and then everyone else. We could do that, then SB for another week, then premium, if you prefer.

**Comment [40]:** i like that idea, but we have to check if we have enough time to rollout this way since we don't want it to overlap with the Rebrand launch / adX UI deprecation, which I think would just be confusing for partners. Right now I believe ▓ is planning for the first set of rebrand changes to roll out 7/16 and finish up on 7/30.
Let's discuss tomorrow in our sync.

**Comment [41]:** Ok. For the initial set of 10, at least, I'm not too worried about it overlapping.

### Impact of AdX tag conversion on other areas of DRX
The following sections describe how the AdX tag conversion impacts other areas of DRX.

#### Impact of AdX tag conversion to backfill links
When we convert a publisher's AdX UI tags to DFP ad units, we will be converting the AdX UI tags from the AdX account that was mapped for unification. As a result, these new ad units will be displayed in the Inventory > Ad Unit page of the DFP network that was mapped for unification.

The AdX *rules* UI displays ad units from any DFP network to which the AdX account is linked for backfill. Therefore, if a publisher wants to use any of these newly created ad units in AdX rules or AdX deals, they need to ensure that a backfill relationship exists between the DFP network containing the new ad units and its mapped AdX account.

#### Impact of AdX tag migration to PD in DFP
In order to use PD in DFP, publishers must migrate away from AdX tags (`adsbygoogle.js`) and instead use GPT tags.

To migrate to PD in DFP, publishers need to recreate in DFP their deals that they currently have set up in AdX. This process would involve creating a DFP ad unit for every AdX UI tag that the publisher wants to use in a PD deal.

In order to prevent publishers having to create these ad units manually, PD in DFP will be rolled out to all publishers once all AdX UI tags have been converted to DFP ad units. Waiting until after the conversion takes place will prevent publishers from having to recreate all of these ad units manually. Publishers will still need to generate GPT tags to be used in their new deals.

#### Impact of AdX UI tag migration on Teams
When we migrate AdX UI tags to DFP ad units for networks that are using Teams, only users on the All Entities team will be able to see the new ad units in the DFP inventory picker and DFP Ad Unit pages. Publishers will need to add these new ad units to one or more teams in order for other users to view them.

In AdX rules and AdX deals however, any user will see the ad units because an API service account is used to fetch the ad units that are displayed in the AdX inventory picker. This is the way it has always functioned in AdX. This will likely be remedied when Teams for AdX rolls out at some point TBD.

---

**Comment [42]:** What about the re-tagging of the adx onlies?

Mentioning because that IU conversion leaves us in a broken experience state with, under the same UI, 2 completely different serving stacks for publishers depending on their tags on the page

+ 
+

**Comment [43]:** Retagging will be a separate project that we tackle next year most likely. Just want to keep it out of here for now.

**Comment [44]:** _Marked as done_

**Comment [45]:** _Re-opened_
Agreed, but I think it's important to mention that caveat to give the full
picture
--

* ·
* ·
* ·
* ·
* ·

This email may be confidential or privileged. If you received this
communication by mistake, please don't forward it to anyone else, please ...

**Comment [46]:** I'm a bit confused on this point. How does a DFP network get access to converted Ad Units that are from a linked, but NOT mapped account, once this conversion takes place? Said otherwise, how can a pub ...

**Comment [47]:** ▮▮▮▮▮▮▮▮▮▮▮ - can you help me answer this?

**Comment [48]:** So we only want to give pubs a heads-up that this is coming and that they'll eventually need to generate GPT tags, but we'll be migrating these AUs for them?

**Comment [49]:** Well we will be migrating AdX tags to AUs (just a little semantic difference). I believe there is more info being given to customers as part of the PD in DFP launch, but as far as we are concerned, yes, we just wan ...

**Comment [50]:** Yes we would *after* the auto conversion has happened ask pubs to generate GPT tags and implement them to use PG / PD in DFP. We can't commercialize much before that auto conversion has happened.

**Comment [51]:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ we're getting closer to launching this (converting adx tags to DFP ad units) and want to make sure you're aware of the teams impact ...

**Comment [52]:** ▮▮▮▮▮▮▮▮▮▮▮ for Teams reporting.