# EXHIBIT 54

# REDACTED



# DFP + AdX Contract Training

Training dates:
LPS Americas: 11/19/15
OPG Americas: 11/19/15
APAC: 2/29/16
EMEA: 3/29/16 & 5/12/16

Confidential & Proprietary

GOOG-DOJ-32312763



GOOG-DOJ-32312764

# New Contract Overview

Google

Confidential & Proprietary

CONFIDENTIAL

GOOG-DOJ-32312765

# DFP + AdX Contract - What is it?

DFP and AdX are merging. We have created a single contract for both, and will review specific contract changes in this session. We are not reviewing the full product unification plan - the contracting and product efforts are separate.

**Its an important step toward...**

- A one-solution pitch
  - Unified business terms
  - Best of DFP and AdX in one form

- Operational efficiency
  - Easier optimization and access to data

- Enabling innovation
  - More Engineering and Product resources focused on the next wave of innovation vs. building functionality in two products

**What it is not...**

- A forced recontracting
  - We have proactively developed a unified contract to streamline the contracting process
  - Use this form for **new deals** and **renewals**

- Tied to product unification messaging
  - The DFP and AdX products are coming together in 2016. We have unified the **business terms** in this new contract; product functionality will follow next year.

Google

Confidential & Proprietary

GOOG-DOJ-32312766

## DFP + AdX Contract - What is it?

**BEFORE**

**Agreement** *(sent to customer)*

- **Master Terms**: included in Agreement
- **Product-Specific terms**: included in Agreement
- **Pricing**: included in Agreement

*Including Terms and Conditions within Agreement required recontracting for any updates to Terms or to the Product.*

**AFTER**

**Order Form** *(sent to customer)*

- **Master Terms**: references online Master Terms
- **Product-Specific Terms**: references online Product specific terms
- **Pricing**: included in Order Form

**Master Terms** *(online)*

> Product-Specific Terms

> Product-Specific Terms

Google

Confidential & Proprietary

CONFIDENTIAL

GOOG-DOJ-32312767

# DFP + AdX Contract - Google Benefits

- Combine DFP and AdX agreements (and templates); condensed 12 templates to 3

- Reduce the total number of approval checks/fields from 418 to ~ 99

- Will save PBS 1,700 annual process hours; projected to reduce DFP deal turnaround time from 6 to 5 days

- Future-proof contract structure with ability to revise contract terms without re-execution

- Less incentive to negotiate (but still possible)
  - Contract is terminable at-will (reducing Publisher's contract risk)

- Massive simplification for internal teams and external customers

Google                                                                  Confidential & Proprietary

CONFIDENTIAL                                                    GOOG-DOJ-32312768

# DFP + AdX Contract - Publisher Benefits

We are merging DFP and AdX to make big bets and do more, faster.

- Single contract structure greatly reduces the number of agreements that the publisher needs to review and sign
- Solves customer problems once, not twice via a unified customer experience with streamlined product access
  - 80% of DFP publishers have an AdX contract
  - 82% of AdX seller revenue comes from DFP publishers
- One product - less frustration, more innovation
- One holistic view of inventory and network performance
- One workflow across reservations & programmatic
- One simple sales and contract process
- One set of learning materials

Google

Confidential & Proprietary

Doc

GOOG-DOJ-32312769

# New Contract Overview

In December 2015, we launched a DFP + AdX contract in North America. We are rolling out the new contract to APAC and EMEA in Q2 2016.

**What launched in 2015:**

- Three order form versions (in North America):
  - DFP Premium + AdX (including Video, DAI, DRM, and Audience Management)
  - DFP Small Business + AdX
  - DFP Small Business only (OPG-only)

**What's launching in 2016:**

- Regional templates (i.e., EMEA, APAC, and LatAm)
- NPM template
- User interface rollout for non-negotiated partners
  - Only negotiated agreements will be processed via Simba

Google

Confidential & Proprietary

Self-bought: not developing an add-on amendment until the product is launched in the UI

GOOG-DOJ-32312770



# Old Contracts vs. New Contracts

| Current Contracts | New Contract: |
|---|---|
| • DFP:<br>  ○ APA<br>  ○ DFP Order Form<br>    ■ DFP Small Business Order Form<br>  ○ Ancillary Order Forms for DRM, DFP Advanced Video, DAI, Audience Management<br><br>• AdX:<br>  ○ Google Services Agreement<br>    ■ Requires amending for any pricing or term changes | • Google DoubleClick Platform Services Terms and Conditions<br>  ○ DFP/AdX Service Specific Terms<br><br>• DFP Premium and AdX Order Form (includes DRM, DFP Advanced Video, DAI, Audience Management) (incorporate terms by reference)<br><br>• DFP Small Business and AdX Order Form (incorporate terms by reference)<br><br>• DFP Small Business-only Order Form (OPG-only) |

Google                                                                  Confidential & Proprietary

CONFIDENTIAL

# What's changing?

- Transaction Types & Fees
- Data Ownership and Usage
- Online Ts & Cs
- Changes to Agreement
- Term / Termination

Google

Confidential & Proprietary

GOOG-DOJ-32312773

# Contract Change: Transaction Types & Fees (AdX)

- Previously, we offered the following transaction types:
  - General Pricing
  - Private Auction
  - Preferred
  - Google-managed and Client-managed Ad Network Optimization

- We now offer:
  - **Open Auction:** Open Auction transactions are transactions that are cleared via Real Time Bidding (RTB) based auctions (excluding Private Auction transactions).
  - **Private Auction:** A Private Auction is an auction-based transaction with specific buyer(s) (one or more) that are whitelisted by Company within the portion of the AdX service where Private Auctions, Preferred Deals and Programmatic Guaranteed transactions are managed (the "Deals Interface") and that have an identifier shown in the real-time bidding protocol (a "Deal ID") associated with the Private Auction deal type.
  - **Preferred Deal:** Preferred deals are fixed-price, pre-auction transaction that the publisher negotiates with specific buyer(s).
  - NEW - **Programmatic Guaranteed:** Programmatic Guaranteed transactions are fixed-price transactions with a pre-committed set of inventory that Company negotiates with a single buyer via the Deals Interface that have a Deal ID associated with the Programmatic Guaranteed deal type.
    - We will introduce Programmatic Guaranteed as a separate deal type with its own rate card price.

- We no longer charge for or offer Google-managed or Client-managed ANO

GOOG-DOJ-32312774

# Comparison: Transaction Types & Fees (AdX)

| Transaction Type (Old Contract) | Sell-Side Rate Card | | Transaction Type (New DFP+AdX Contract) | Sell-Side Rate Card |
|---|---|---|---|---|
| General Pricing | 20% | ⟶ | Open Auction | 20% |
| Private Auction | 20% | ⟶ | Private Auction | ⬛ |
| Preferred | 10% | ⟶ | Preferred Deals | ⬛ |
| N/A | N/A | NEW | NEW: Programmatic Guaranteed | ⬛ |
| Google-Managed ANO | 10% | ⟶ | REMOVED | N/A |
| Client-Managed ANO | 5% | ⟶ | REMOVED | N/A |

Google

Confidential & Proprietary

# Contract Change: Transaction Types & Fees (DFP)

- The following changes have been made to DFP Fees:
  - **Removed:** Initial setup fee for traditional ad serving
  - **Removed:** Click Limit fee ($10,000)
    - Have removed fee and made an obligation in the online Ts & Cs



CONFIDENTIAL    GOOG-DOJ-32312776

## Contract Change: Data Ownership and Usage

- Previously,
  - The **DFP APA** grants publishers ownership rights to DFP data
    - DAOF (or AdX checkbox opt-in) was required to use DFP data for AdX optimization purposes
  - The **AdX GSA** stays silent on data



Google                                                              Confidential & Proprietary

CONFIDENTIAL                                    GOOG-DOJ-32312777

## Contract Change: Data Ownership and Usage



CONFIDENTIAL

GOOG-DOJ-32312778



JB concern



## Objection Handling: Data Ownership and Usage

| Benefits |
| --- |
| • Access to a more streamlined / integrated product |
| ██████████████████████████████████ |

For critical agreements, we may be able to negotiate additional data usage restrictions (to address specific publisher concerns). However, to maintain a unified data regime, we will need limit the number of bespoke exceptions to the data language.

Google                                    Confidential & Proprietary

JB concern

GOOG-DOJ-32312780

# Contract Change: Online Ts & Cs

- We have moved Master and Product-specific Ts & Cs online, and incorporate them by reference in the Order Form.
  - Terms can be modified, so contract does not need to be re-executed if core terms change
  - Rate card changes or launch of new deal types will require execution of a new Order Form

- Modified terms won't be effective until 30 days after they have been posted, and won't apply retroactively

- We anticipate negotiating with Tier 1 LPS partners (i.e., we understand that top partners won't accept SLA, indemnity, and other standard provisions being subject to change)

Google                                                                    Confidential & Proprietary

CONFIDENTIAL                                                      GOOG-DOJ-32312781

## Contract Change: Term and Termination

- ██████████████████████████████████████████

- ██████████████████████████████████████████

- **Value:** Suspension right in the event of a policy violation is retained; however, partners still have time to transition to a new ad server if we terminate

- **Potential Risk (and mitigation):** Opens up the risk of a partner terminating their DFP agreement. We believe the risk is mitigated by the time and cost associated with transitioning to a new ad server. Fall-back options remain available for fixed terms with auto-renewal that exclude termination for convenience rights.

Google

Confidential & Proprietary

## Policies

- We are keeping the AdX and DFP policies separate.

- Breach of AdX policies <u>will not</u> mean suspension of DFP.
  - We will only suspend DFP if the DFP Platform policies have been breached and only suspend AdX if the AdX guidelines have been breached.

- We will maintain the suspension rights that we currently have for policy violations.

Google

Confidential & Proprietary

We can suspend either part of the product, depending on which policies have been breached.

CONFIDENTIAL

GOOG-DOJ-32312783

# Publisher Outreach & Contracting Process

Google

Confidential & Proprietary

GOOG-DOJ-32312784

## So, what happens next?

The unified contract is to be used in two scenarios:

- New DFP or AdX deals
  - North America and APAC fully launched
  - EMEA launched for UK-law contracts; FR- and DE-law contracts to launch by end August
  - LATAM launch expected by EOQ3

- DFP renewals (new contract supersedes old DFP + AdX agreements)

**Note:** It's necessary to select **only one** service type: DFP/AdX Basic Video, DFP/AdX Advanced Video, DFP/AdX Small Business, or DFP/AdX Small Business with AM. **Do not** mix legacy service types with new unified service types (this muddles the agreements created by Simba and requires scuttling and starting over).

Google                                                                                          Confidential & Proprietary

# Contracting Process (go/dfpadxcontracts)

**When do we use new contracts vs. legacy DFP OF + APA and/or AdX contracts?**

**Use new contracts for:**
- New, renewing, or amended DFP / AdX deals
- Upselling to include one of the add-ons (except DSM): DFP, DFP SB, Audience Management, DFP Video, DRM, etc.

**Exceptions to use legacy contracts:**
- Amending a DFP OF without adjusting term or commercials (i.e. PPID, DSM, Spotlight)
- Short term, simple extensions to allow time to migrate to new contracts
- Adding an affiliate to an existing group deal (AAA only)
- Adding or amending a DT SOW to an existing deal
- Executing a DAOF
- Terminations of any kind (including NTAs)
- Amending a legacy non-standard deal without adjusting term length
  - Other non-standard deals can be processed on legacy contracts only with Legal approval
- Standard AdX revenue share amendments with no other changes to the AdX or DFP agreements
- Deals in regions / governing law language templates that have not yet launched

24

CONFIDENTIAL

GOOG-DOJ-32312786

# Contracting Process (Self-Service vs. Simba)

**Self Service Contracting:** The self-service contracting workflow provides an option for partners to sign up for DFP/AdX directly within the product UI with contracts configured within ICS. Simba use is not required. It's available for both DFP Small Business and DFP Premium partners. The self-service contracting workflow also is the only method to sign partners up for credit card billing (instead of terms-based invoicing). Credit card billing is ideal for partners that will have difficulty securing a credit line from Google.

**Self-service contracts are ideal for:**
- Partners happy to accept standard, non-negotiable terms
- Partners that prefer to pay invoices via credit card instead of terms billing (where available)
- Partners that are primarily AdX prospects that need a DFP network to use AdX, but are unlikely to use paid DFP features
- Partners that are eligible to use one of the currently supported templates

**Simba contracts are ideal for:**
- Partners that will receive negotiated terms, including DFP discounts, favorable revenue share, or fall-back provisions for service, data use rights, or other fallback language
- Non-standard agreements that require redlining, including deals where the partner is unwilling to accept an online set of governing terms
- Partners that demand offline signatures
- Group deals, data transfer agreements, and network transfer agreements

*For more information on self-service contracting, including how to execute agreements in the workflow, please visit go/drx-selfserve-contracts.*

Google

Confidential & Proprietary     25

CONFIDENTIAL

GOOG-DOJ-32312787

# Contracting Process

**When and how do we request Legal Assistance?**

**The old way for DFP deals:**
- Create Deal > Terms Tab Submission and Approval > Populate MOCA+ Contract > Request Legal

**The old way for AdX deals:**
- Create Deal > Request Legal

**New Contracts:** It depends on whether or not the partner will negotiate the terms
- Online Ts and Cs not negotiated (only Order Form pricing changes)
  - ➤ NO CHANGE (Do not request Legal Assistance)
- Governing terms require negotiation (partner is NOT okay with online Ts and Cs)
  - ➤ CHANGE: Create Deal > Request Legal Assistance

**Note:** The majority of partners should be signed onto a DFP+AdX Order Form that reference the online terms, saving time for sales, approvers, legal, and partners. Exceptions are limited to Tier 1 LPS partners or those explicitly approved by Legal.

Google                                                    Confidential & Proprietary      26

**Additional Resources**

Google

Confidential & Proprietary

## Resources

- Contract templates will be made available on go/templatesearch.
- The step by step contracting process is posted at go/simbaworkflows.
- FAQ is available at go/contractfaq.

More questions?

- About the contract? Write to █████████████████████████
- About the Simba process? Navigate to go/rmchelp

Google                                                      Confidential & Proprietary

Will we have a recontracting tracker? Can we pull an automated report from Simba?
Simba: Real-time report re: who is on what paper.
Hi ████ - we can't pull an automated report but we can pull one fairly easily whenever we want. The report we could pull would be able to show: which partners are signed to legacy AdX and/or DFP agreements, and which have signed on to new unified terms. We'd be able to parse it by Simba service type. The only potential gap is partners on auto-renewal terms that have not been amended in a long time (pre-2014) - these may not have been migrated to Simba from Salesforce and so the report may not be exhaustive.

CONFIDENTIAL



GOOG-DOJ-32312791