IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-3010 (PKC) |
| *This Document relates to:* | |
| IN RE GOOGLE DIGITAL PUBLISHER LITIGATION | Case No. 1:21-cv-7034 (PKC) |

**DECLARATION OF PHILIP KOROLOGOS IN SUPPORT OF PUBLISHER CLASS PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR CONSOLIDATED CLASS ACTION COMPLAINT**

PHILIP KOROLOGOS hereby declares as follows:

1. I am a member of the law firm Boies Schiller Flexner LLP, co-lead counsel for the Publisher Class in the above captioned actions. I submit this declaration in support of the Publisher Class Plaintiffs' Motion for Leave to Amend Their Consolidated Class Action Complaint, dated October 5, 2022 (the Publisher Class Motion to Amend).

2. Attached hereto as Exhibit 1 is a clean copy of the Proposed First Amended Consolidated Class Action Complaint for which permission to file such pleading is sought by the Publisher Class Motion to Amend.

3. Attached hereto as Exhibit 2 is a copy of such proposed amended complaint marked to show changes to the text as electronically compared to the text of the Proposed First Amended Consolidated Class Action Complaint and the Consolidated Class Action Complaint filed by the Publisher Class on April 5, 2021.

1

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated:  October 5, 2022
       New York, New York

                                          Respectfully submitted,

                                          /s/ Philip Korologos
                                          Philip Korologos