# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | : : : : : | Case No. 1:21-md-3010 (PKC) |
| *This Document relates to:* | : : : : : | |
| IN RE GOOGLE DIGITAL PUBLISHER LITIGATION | : : : : : | Case No. 1:21-cv-7034 (PKC) |

## NOTICE OF MOTION TO FILE EXHIBITS 1 AND 2 TO DECLARATION OF PHILIP C. KOROLOGOS UNDER SEAL

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Publisher Class Plaintiffs' Motion to File Exhibits 1 and 2 to Declaration of Philip C. Korologos under Seal (the "Motion to Seal"), dated October 5, 2022, Plaintiff, MediaLab.AI Inc., on behalf of the Publisher Class Plaintiffs, will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an order to maintain under seal certain information in Exhibits 1 and 2 to Philip C. Korologos's declaration filed in support of the Publisher Class Plaintiffs' Motion for Leave to Amend Their Consolidated Class Action Complaint until such time as Defendants show cause why the documents should not be unsealed.

Dated: October 5, 2022
New York, New York

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

By: */s/ Philip C. Korologos*

David Boies
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200 / Fax: (914) 749-8300

*Lead Counsel for the Publisher Class*

Philip C. Korologos
pkorologos@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel.: (212) 446-2300 / Fax: (212) 446-2350

Jesse Michael Panuccio
jpanuccio@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel.: (202) 237-2727 / Fax: (202) 237-6131

Mark C. Mao
mmao@bsfllp.com
Sean P. Rodriguez
srodriguez@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800 / Fax: (415) 293-6899

Sabria A. McElroy\*
smcelroy@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel.: (954) 377-4216 / Fax: (954) 356-0022

\**Pro Hac Vice*