UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re GOOGLE ADVERTISING ANTITRUST LITIGATION | No. 21-md-3010 (PKC) |
|  | P. Kevin Castel District Judge |
| This Document Relates To: | [PROPOSED] ORDER GRANTING THE NEWSPAPER PLAINTIFFS' JOINT MOTION FOR LEAVE TO AMEND |
| *AIM Media Ind. Operating, LLC v. Google, LLC*, No. 1:21-cv-06912-PKC (S.D.N.Y.) |  |
| *AIM Media Midwest Operating, LLC v. Google, LLC*, No. 1:21-cv-06884-PKC (S.D.N.Y.) |  |
| *AIM Media Tex. Operating, LLC v. Google, LLC*, No. 1:21-cv-06888-PKC (S.D.N.Y.) |  |
| *Brown Cnty. Publ'g Co., Inc. v. Google, LLC*, No. 1:21-cv-06915-PKC (S.D.N.Y.) |  |
| *Capital Region Indep. Media LLC v. Google LLC*, No. 1:22-cv-06997-PKC (S.D.N.Y.) |  |
| *Clarksburg Publ'g Co., d/b/a WV News v. Google, LLC*, No. 1:21-cv-06840-PKC (S.D.N.Y.) |  |
| *Coastal Point LLC v. Google, LLC*, No. 1:21-cv-06824-PKC (S.D.N.Y.) |  |
| *Eagle Printing Co. v. Google, LLC*, No. 1:21-cv-06881-PKC (S.D.N.Y.) |  |
| *ECENT Corp. v. Google, LLC*, No. 1:21-cv-06817-PKC (S.D.N.Y.) |  |
| *Emmerich Newspapers, Inc. v. Google, LLC*, No. 1:21-cv-06794-PKC (S.D.N.Y.) |  |

[Caption continued on following page.]

| | |
|---|---|
| *Flag Publ'ns, Inc. v. Google, LLC*, No. 1:21-cv-06871-PKC (S.D.N.Y.) | x : : |
| *Gale Force Media, LLC v. Google, LLC*, No. 1:21-cv-06909-PKC (S.D.N.Y.) | : : : |
| *Gould Enters., Inc. v. Google, LLC*, No. 1:22-cv-01705-PKC (S.D.N.Y.) | : : : |
| *HD Media Co., LLC v. Google, LLC*, No. 1:21-cv-06796-PKC (S.D.N.Y.) | : : : |
| *Journal Inc. v. Google, LLC*, No. 1:21-cv-06828-PKC (S.D.N.Y.) | : : : |
| *Neighborhood Newspapers, Inc. v. Google LLC*, No. 1:21-cv-10188-PKC (S.D.N.Y.) | : : : |
| *Robinson Commc'ns, Inc. v. Google, LLC*, No. 1:21-cv-08032-PKC (S.D.N.Y.) | : : : |
| *Rome News Media, LLC v. Google LLC*, No. 1:21-cv-10186-PKC (S.D.N.Y.) | : : : |
| *Savannah Publ'g Co. v. Google, LLC*, No. 1:22-cv-01693-PKC (S.D.N.Y.) | : : : |
| *Something Extra Publ'g, Inc. v. Google, LLC*, No. 1:21-cv-09523-PKC (S.D.N.Y.) | : : : |
| *Southern Cmty. Newspapers, Inc. v. Google, LLC*, No. 1:22-cv-01971-PKC (S.D.N.Y.) | : : : |
| *Times Journal, Inc. v. Google LLC*, No. 1:21-cv-10187-PKC (S.D.N.Y.) | : : : |
| *Union City Daily Messenger, Inc. v. Google, LLC*, No. 1:22-cv-01704-PKC (S.D.N.Y.) | : : : |
| *Weakley Cnty. Press, Inc. v. Google, LLC*, No. 1:22-cv-01701-PKC (S.D.N.Y.) | : : : |
| | x |

Pending before the Court is the Newspaper Plaintiffs' Joint Motion for Leave to Amend. The Court has considered the motion and proposed amendments and finds that Plaintiffs may file their proposed Amended Complaint as a matter of course under Fed. R. Civ. P. 15(a)(1)(B). With respect to any Plaintiff required to seek leave to amend, the Court **FINDS** that these Plaintiff(s) have demonstrated good cause and justice so requires the granting of Plaintiffs' motion under Fed. R. Civ. P. 15(a)(2).

Accordingly, the Newspaper Plaintiffs' Motion is **GRANTED** and the filing of the Amended Complaint as attached to Plaintiffs' motion is entered and deemed filed as of the date of this Order. Defendants shall have 21 days to file an answer or otherwise respond to the Amended Complaint.

**IT IS SO ORDERED.**

DATED:  _____     _____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE