# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-3010 (PKC) |
| *This Document relates to:* | |
| IN RE GOOGLE DIGITAL PUBLISHER LITIGATION | Case No. 1:21-cv-7034 (PKC) |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE EXHIBITS 1 AND 2 TO DECLARATION OF PHILIP C. KOROLOGOS UNDER SEAL**

Pursuant to this Court's Individual Practice No. 5, Plaintiff MediaLab.AI, Inc., on behalf of Sterling International Consulting Group, The Nation Company, L.P., The Progressive, Inc., JLaSalle Enterprises LLC, and Mikula Web Solutions, Inc. (the "Publisher Class Plaintiffs"), files this Motion for Leave to File Exhibits 1 and 2 to Declaration of Philip C. Korologos under Seal. Along with the unredacted Proposed First Amended Consolidated Class Action Complaint (attached hereto as Exhibit 1), the Publisher Class Plaintiffs provide, to be publicly filed, potential redactions[1] consistent with this Court's prior Orders dated October 15, 2021 [ECF No. 147], December 21, 2021 [ECF No. 192], and January 12, 2022 [ECF No. 194].

Per the Court's Individual Practice 5(B)(iii), the Publisher Plaintiffs are filing their Proposed First Amended Consolidated Class Action Complaint with redactions, as well as an

---

[1] Pursuant to Pretrial Order No. 2 [ECF No. 309] and Pretrial Order No. 3 [ECF No. 311], the Publisher Class Plaintiffs are simultaneously filing their Motion for Leave to Amend Their Consolidated Class Action Complaint, along with Mr. Korologos's accompanying declaration.

1

unredacted version related to this Motion under seal. The document does not contain personal information, employee names, and non-public technical product details, which were concerns the Court previously identified in its October 15 Order. Publisher Class Plaintiffs nevertheless make this motion to redact a broader set of allegations out of an abundance of caution, to ensure compliance with the Court's Interim Protective Order [ECF No. 192].

Publisher Class Plaintiffs wish to afford Google an opportunity to show cause why the public should be denied access to certain information designated confidential by Google. Accordingly, the Publisher Class Plaintiffs have designated in blue information pulled from Google's document productions that Google had broadly designed "confidential", which the Publisher Class Plaintiffs do not believe are confidential but filed under seal out of an abundance of caution.

Because the document does not contain personal information, employee names, or non-public technical product details, the Publisher Class Plaintiffs respectfully request the Court allow them to publicly file their First Amended Consolidated Class Action Complaint in its entirety without redaction.

Dated: October 5, 2022                    Respectfully submitted,

                                          BOIES SCHILLER FLEXNER LLP

                                          By: /s/ Philip C. Korologos

                                          David Boies
                                          dboies@bsfllp.com
                                          BOIES SCHILLER FLEXNER LLP
                                          333 Main Street
                                          Armonk, NY 10504
                                          Tel.: (914) 749-8200 / Fax: (914) 749-8300

                                          *Lead Counsel for the Publisher Class*

                                          Philip C. Korologos

pkorologos@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel.: (212) 446-2300 / Fax: (212) 446-2350

Jesse Michael Panuccio
jpanuccio@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel.: (202) 237-2727 / Fax: (202) 237-6131

Mark C. Mao
mmao@bsfllp.com
Sean P. Rodriguez
srodriguez@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800 / Fax: (415) 293-6899

Sabria A. McElroy*
smcelroy@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel.: (954) 377-4216 / Fax: (954) 356-0022


*Pro Hac Vice