# EXHIBIT 1

# EXHIBIT 1 - SCHEDULE OF CASES

The Newspaper Plaintiffs' Joint Motion for Leave to Amend
*In re: Google Digital Advertising Antitrust Litigation*, S.D.N.Y. Civil Action No. 1:21-md-3010 (PKC)

| File and Transfer Dates | Case Caption | Transferor Court | Transferor Court Civil Action No. | S.D.N.Y Related Case No. (PKC) |
|---|---|---|---|---|
| 2021/01/29 2021/08/10 | *HD Media Company, LLC v. Google, LLC, et al.* | S.D. W. Va. | 3:21-cv-00077 | 1:21-cv-06796 |
| 2021/04/19 2021/08/10 | *AIM Media Indiana Operating, LLC v. Google, LLC, et al.* | S.D. Ind. | 1:21-cv-00951 | 1:21-cv-06912 |
| 2021/04/19 2021/08/10 | *AIM Media Midwest Operating, LLC v. Google, LLC, et al.* | S.D. Ohio | 2:21-cv-01915 | 1:21-cv-06884 |
| 2021/04/19 2021/08/10 | *AIM Media Texas Operating, LLC v. Google LLC, et al.* | S.D. Tex. | 7:21-cv-00150 | 1:21-cv-06888 |
| 2021/04/19 2021/08/10 | *Clarksburg Publishing, d.b.a. WV News v. Google, LLC, et al.* | N.D. W. Va. | 1:21-cv-0000051 | 1:21-cv-06840 |
| 2021/04/19 2021/08/10 | *Coastal Point LLC v. Google LLC, et al.* | D. Del. | 1:21-cv-00554 | 1:21-cv-06824 |
| 2021/04/19 2021/08/10 | *Eagle Printing Company v. Google, LLC, et al.* | W.D. Pa. | 2:21-cv-00518 | 1:21-cv-06881 |
| 2021/04/19 2021/08/10 | *ECENT Corp. v. Google, LLC, et al.* | S.D. W.Va. | 5:21-cv-00251 | 1:21-cv-06817 |
| 2021/04/19 2021/08/10 | *Emmerich Newspapers, Inc. v. Google, LLC, et al.* | S.D. Miss. | 3:21-cv-00274 | 1:21-cv-06794 |
| 2021/04/19 2021/08/10 | *Flag Publications, Inc. v. Google LLC, et al.* | D. Md. | 1:21-cv-00965 | 1:21-cv-06871 |
| 2021/04/19 2021/08/10 | *Gale Force Media, LLC v. Google, LLC, et al.* | D.N.J. | 2:21-cv-09716 | 1:21-cv-06909 |
| 2021/04/19 2021/08/10 | *Journal Inc. v. Google, LLC, et al.* | N.D. Miss. | 1:21-cv-00072 | 1:21-cv-06828 |
| 2021/04/20 2021/08/10 | *Brown County Publishing Company, Inc. v. Google, LLC, et al.* | E.D. Wisc. | 1:21-cv-00498 | 1:21-cv-06915 |
| 2021/09/13 2021/09/28 | *Robinson Communication, Inc. v. Google, LLC, et al.* | W.D. Wash. | 2:21-cv-01247 | 1:21-cv-08032 |
| 2021/10/26 2021/11/17 | *Something Extra Publishing, Inc. v. Google, LLC, et al.* | S.D. Ala. | 1:21-cv-00468 | 1:21-cv-09523 |
| 2021/11/05 2021/12/01 | *Rome News Media, LLC v. Google LLC, et al.* | N.D. Ga | 1:21-cv-4609 | 1:21-cv-10186 |
| 2021/11/11 2021/12/01 | *Neighborhood Newspapers, Inc. v. Google LLC, et al.* | N.D. Ga. | 1:21-cv-04675 | 1:21-cv-10188 |
| 2021/11/12 2021/12/01 | *Times Journal, Inc. v. Google LLC, et al.* | N.D. Ga. | 1:21-cv-04677 | 1:21-cv-10187 |
| 2022/02/07 2022/03/01 | *Savannah Publishing Co. v. Google, LLC, et al.* | W.D. Tenn. | 1:22-cv-01024 | 1:22-cv-01693 |

| File and Transfer Dates | Case Caption | Transferor Court | Transferor Court Civil Action No. | S.D.N.Y Related Case No. (PKC) |
|---|---|---|---|---|
| 2022/02/08 2022/03/01 | *Weakley County Press, Inc. v. Google, LLC, et al.* | W.D. Tenn. | 1:22-cv-01026 | 1:22-cv-01701 |
| 2022/02/09 2022/03/01 | *Union City Daily Messenger, Inc. v. Google, LLC, et al.* | W.D. Tenn. | 1:22-cv-01027 | 1:22-cv-01704 |
| 2022/02/09 2022/03/01 | *Gould Enterprises, Inc. v. Google, LLC, et al.* | M.D. Tenn. | 3:22-cv-00086 | 1:22-cv-01705 |
| 2022/02/22 2022/03/09 | *Southern Community Newspapers, Inc. v. Google, LLC, et al.* | N.D. Ga. | 3:22-cv-00729 | 1:22-cv-01971 |
| 2022/07/26 2022/08/17 | *Capital Region Independent Media LLC v. Google LLC, et al.* | N.D.N.Y. | 1:22-cv-00785 | 1:21-cv-06997 |