# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |
|  | **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sabria McElroy hereby moves this Court for an Order for Admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., The Progressive, Inc., Sweepstakes Today LLC, Sterling International Consulting Group, JLaSalle Enterprises LLC, and Mikula Web Solutions, Inc. in the above captioned action.

I am in good standing of the bars of the State of Florida, the State of New York, and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 6, 2022

Respectfully Submitted,

*/s/ Sabria McElroy*

Sabria McElroy
smcelroy@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Tel. (954) 377-4216

*Counsel for Plaintiffs Genius Media Group, Inc.,
The Nation Company, L.P., The Progressive, Inc.,
Sweepstakes Today LLC, Sterling International Consulting
Group, JLaSalle Enterprises LLC, and Mikula Web
Solutions, Inc.*