UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**DECLARATION OF SABRIA MCELROY IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

I, Sabria McElroy, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bar of the State of Florida, the State of New York, and the District of Columbia.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: October 6, 2022         Respectfully Submitted,

                              /s/ Sabria McElroy

                              Sabria McElroy
                              smcelroy@bsfllp.com
                              BOIES SCHILLER FLEXNER LLP
                              401 Las Olas Boulevard
                              Suite 1200
                              Fort Lauderdale, FL 33301
                              Tel. (954) 377-4216

                              *Counsel for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., and the Progressive, Inc., Sweepstakes Today LLC, Sterling International Consulting Group, JLaSalle Enterprises LLC, and Mikula Web Solutions, Inc.*