# Exhibit A



Wilson Sonsini Goodrich & Rosati
Professional Corporation

One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105

O: 415-947-2000

JUSTINA K. SESSIONS
415-947-2197
jsessions@wsgr.com

August 10, 2022

**VIA ELECTRONIC TRANSMISSION**

Theodore Maya
tmaya@ahdootwolfson.com
Ahdoot & Wolfson, PC
2600 W. Olive Avenue, Suite 500
Burbank, California 91505
Tel.: (310) 474-9111

Re:         *In re Google Digital Advertising Litigation*, 1:21-md-03010 (PKC)

Counsel:

On behalf of Google LLC ("Google"), it has come to our attention that despite extensive and reasonable steps taken to prevent disclosure of privileged information, Google inadvertently produced the privileged documents set forth in the Appendix below.  The inadvertent production of these documents does not constitute a waiver of any privilege or protection applicable to these documents or subject matter contained therein.  We seek return, sequestration, or destruction of these documents consistent with Paragraph 12(c) of the Confidentiality Order, ECF No. 297.

We request that all Parties promptly confirm that they will delete or sequester any copies of these documents and that they have been permanently removed or sequestered from any databases.  To facilitate the removal or sequestration of these documents, we enclose in the accompanying email a secure link to a replacement production providing either slip sheets or partially redacted documents for the inadvertently produced documents.

Please provide written confirmation in no later than three business days that you have deleted or sequestered the documents in the Appendix, which contains the basis of the privilege asserted pursuant to Paragraph 12(c) of the Confidentiality Order.

**WILSON
SONSINI**

August 10, 2022
Page 2

Sincerely,

*/s/ Justina Sessions*
Justina Sessions

*Counsel for Defendants*
*Google LLC, Alphabet Inc., and YouTube, LLC*

Copies to:

Eric Mahr
eric.mahr@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Tel.: (202) 777-4545

Kevin J. Orsini
korsini@cravath.com
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel.: (212) 474-1596

Caitlin Goldwater Coslett
ccoslett@bm.net
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3057

Eric J. Maier
emaier@kellogghansen.com
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel.: (202) 326-7923

**WILSON SONSINI**

August 10, 2022
Page 3


Stuart Davidson
sdavidson@rgrdlaw.com
Robins Geller Rudman & Dowd LLP
120 East Palmetto Park Road, Suite 200
Boca Raton, FL 33432
Tel.: (561) 750-3000

Jonathan Rubin
jrubin@moginrubin.com
MoginRubin LLP
1615 M Street, NW, Third Floor
Washington, DC 20036
Tel.: (202) 630-0616

Fred T. Isquith, Jr.
fisquith@zsz.com
Zwerling, Schachter & Zwerling, LLP
41 Madison Avenue
New York, NY 10010
Tel.: (212) 223-3900

Kate M. Baxter-Kauf
kmbaxter-kauf@locklaw.com
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900

Zeke DeRose III
zeke.derose@lanierlawfirm.com
The Lanier Law Firm
10940 W. Sam Houston Pkwy N, Suite 100
Houston, TX 77064
Tel.: (713) 659-5200

Jason Zweig
jaz@kellerpostman.com
Keller Postman LLC
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Tel.: (312) 216-8667

**WILSON SONSINI**

August 10, 2022
Page 4

Appendix

| Begin Bates Number | | Privilege Asserted |
|---|---|---|
| GOOG-DOJ-06509724 | GOOG-NE-06506462 | Attorney-Client Privilege |
| GOOG-DOJ-06513731 | GOOG-NE-06510469 | Attorney-Client Privilege |
| GOOG-DOJ-06513911 | GOOG-NE-06510649 | Attorney-Client Privilege |
| GOOG-DOJ-06513923 | GOOG-NE-06510661 | Attorney-Client Privilege |
| GOOG-DOJ-06513935 | GOOG-NE-06510673 | Attorney-Client Privilege |
| GOOG-DOJ-06514594 | GOOG-NE-06511332 | Attorney-Client Privilege |
| GOOG-DOJ-06514607 | GOOG-NE-06511345 | Attorney-Client Privilege |
| GOOG-DOJ-06514620 | GOOG-NE-06511358 | Attorney-Client Privilege |
| GOOG-DOJ-06514633 | GOOG-NE-06511371 | Attorney-Client Privilege |
| GOOG-DOJ-06516201 | GOOG-NE-06512939 | Attorney-Client Privilege |
| GOOG-DOJ-06588651 | GOOG-NE-06585389 | Attorney-Client Privilege |
| GOOG-DOJ-06588652 | GOOG-NE-06585390 | Attorney-Client Privilege |
| GOOG-DOJ-06588654 | GOOG-NE-06585392 | Attorney-Client Privilege |
| GOOG-DOJ-06588656 | GOOG-NE-06585394 | Attorney-Client Privilege |
| GOOG-DOJ-06884551 | GOOG-NE-06881289 | Attorney-Client Privilege |
| GOOG-DOJ-07618131 | GOOG-NE-07614869 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-08154428 | GOOG-NE-08151166 | Attorney-Client Privilege |
| GOOG-DOJ-09000970 | GOOG-NE-08997708 | Attorney-Client Privilege |
| GOOG-DOJ-09088857 | GOOG-NE-09085595 | Attorney-Client Privilege |
| GOOG-DOJ-09092627 | GOOG-NE-09089365 | Attorney-Client Privilege |
| GOOG-DOJ-09094865 | GOOG-NE-09091603 | Attorney-Client Privilege |
| GOOG-DOJ-09099300 | GOOG-NE-09096038 | Attorney-Client Privilege |
| GOOG-DOJ-09099310 | GOOG-NE-09096048 | Attorney-Client Privilege |
| GOOG-DOJ-09116931 | GOOG-NE-09113669 | Attorney Work Product |
| GOOG-DOJ-09185767 | GOOG-NE-09182505 | Attorney-Client Privilege |
| GOOG-DOJ-09215178 | GOOG-NE-09211671 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-09750661 | GOOG-NE-09747154 | Attorney-Client Privilege |
| GOOG-DOJ-09829583 | GOOG-NE-09826076 | Attorney-Client Privilege |
| GOOG-DOJ-09905380 | GOOG-NE-09901873 | Attorney-Client Privilege |
| GOOG-DOJ-09999660 | GOOG-NE-09996153 | Attorney-Client Privilege |
| GOOG-DOJ-10308209 | GOOG-NE-10304702 | Attorney Work Product |

**WILSON SONSINI**

August 10, 2022
Page 5

| Begin Bates Number | | Privilege Asserted |
|---|---|---|
| GOOG-DOJ-10308464 | GOOG-NE-10304957 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-10962922 | GOOG-NE-10990537 | Attorney Work Product |
| GOOG-DOJ-10963552 | GOOG-NE-10991167 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-10963555 | GOOG-NE-10991170 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-10963558 | GOOG-NE-10991173 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-10963561 | GOOG-NE-10991176 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-10963564 | GOOG-NE-10991179 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-10963567 | GOOG-NE-10991182 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-10963570 | GOOG-NE-10991185 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-10968812 | GOOG-NE-10996427 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-11284588 | GOOG-NE-11312293 | Attorney-Client Privilege |
| GOOG-DOJ-11330398 | GOOG-NE-11358103 | Attorney-Client Privilege |
| GOOG-DOJ-11698798 | GOOG-NE-11726287 | Attorney-Client Privilege |
| GOOG-DOJ-11794531 | GOOG-NE-11822020 | Attorney Work Product |
| GOOG-DOJ-11794570 | GOOG-NE-11822059 | Attorney Work Product |
| GOOG-DOJ-11795403 | GOOG-NE-11822892 | Attorney Work Product |
| GOOG-DOJ-11795615 | GOOG-NE-11823104 | Attorney Work Product |
| GOOG-DOJ-12064157 | GOOG-NE-12091646 | Attorney Work Product |
| GOOG-DOJ-12527426 | GOOG-NE-12554915 | Attorney-Client Privilege |
| GOOG-DOJ-12764938 | GOOG-NE-12792427 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-12764939 | GOOG-NE-12792428 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-12765100 | GOOG-NE-12792589 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-12765939 | GOOG-NE-12793428 | Attorney-Client Privilege; Attorney Work Product |

**WILSON SONSINI**

August 10, 2022
Page 6

| Begin Bates Number | | Privilege Asserted |
|---|---|---|
| GOOG-DOJ-12765994 | GOOG-NE-12793483 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-12765995 | GOOG-NE-12793484 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-12765996 | GOOG-NE-12793485 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-12765998 | GOOG-NE-12793487 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-12766000 | GOOG-NE-12793489 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-12766002 | GOOG-NE-12793491 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-12766005 | GOOG-NE-12793494 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-12766008 | GOOG-NE-12793497 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-12766017 | GOOG-NE-12793506 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-12766021 | GOOG-NE-12793510 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-12766025 | GOOG-NE-12793514 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-12864699 | GOOG-NE-12892188 | Attorney-Client Privilege; Attorney Work Product |
| GOOG-DOJ-12866023 | GOOG-NE-12893512 | Attorney Work Product |
| GOOG-DOJ-13462965 | GOOG-NE-13462331 | Attorney-Client Privilege |