UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**DECLARATION OF SABRIA MCELROY IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

I, Sabria McElroy, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bar of the State of Florida, the State of New York, and the District of Columbia.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: October 10, 2022              Respectfully Submitted,

/s/ Sabria McElroy

Sabria McElroy
smcelroy@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Tel. (954) 377-4216

*Counsel for Plaintiffs Genius Media Group, Inc. (k/n/a MediaLab AI, Inc.), The Nation Company, L.P., The Progressive, Inc. and Co-Lead Counsel for the Publisher Class*