UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Sabria McElroy, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Florida, the State of New York, and the District of Columbia; and that her contact information is as follows:

Applicant's Name: Sabria McElroy

Firm Name: Boies Schiller Flexner LLP

Address: 401 East Las Olas Boulevard, Suite 1200

City/State/Zip: Fort Lauderdale, FL 33301

Telephone/Fax: Tel.: (954) 377-4216

Email: smcelroy@bsfllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as Counsel for Plaintiffs Genius Media Group, Inc. (k/n/a MediaLab AI, Inc.), The Nation Company, L.P., The Progressive, Inc. and Co-Lead Counsel for the Publisher Class in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
                                                                                                       United States District Judge