UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) |
| *This document relates to:*<br><br>THE STATE OF TEXAS, et al.,<br><br>*Plaintiffs,*<br><br>- against –<br><br>GOOGLE LLC<br><br>*Defendants.* | No. 21-cv-6841 (PKC) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Mary Frances Jowers, also known as Mary Frances G. Jowers, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff the State of South Carolina.

I am a member in good standing of the Bar of the State of South Carolina, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached my Declaration to this effect pursuant to Local Rule 1.3.

Date: October 13, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Mary Frances Jowers*
　　　　　　　　　　　　　　　　　　Mary Frances Jowers
　　　　　　　　　　　　　　　　　　Assistant Deputy Attorney General
　　　　　　　　　　　　　　　　　　South Carolina Attorney General's Office
　　　　　　　　　　　　　　　　　　P.O. Box 11549
　　　　　　　　　　　　　　　　　　Columbia, South Carolina 29211-1549
　　　　　　　　　　　　　　　　　　Phone: 803-734-3970
　　　　　　　　　　　　　　　　　　Email: mfjowers@scag.gov