UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) |
| *This document relates to:*<br><br>THE STATE OF TEXAS, et al.,<br><br>*Plaintiffs,*<br><br>- against –<br><br>GOOGLE LLC<br><br>*Defendants.* | No. 21-cv-6841 (PKC) |

**AFFIDAVIT OF MARY FRANCES JOWERS IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE***

I, Mary Frances Jowers, also known as Mary Frances G. Jowers, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-entitled litigation as counsel *Pro Hac Vice* for Plaintiff State of South Carolina.

I, Mary Frances Jowers, hereby declare as follows:

1. I am an attorney licensed in South Carolina and employed with the South Carolina Attorney General's Office. I submit this Declaration in support of my motion for admission *Pro Hac Vice*.

2. I have not been convicted of a felony.

3. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

5. Accompanying this declaration is a certificate from the South Carolina Supreme Court, issued within the past thirty days, stating that I am a member in good standing of the bar.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Date: October 13, 2022

Respectfully submitted,

*Mary Frances Jowers*
Mary Frances Jowers
Assistant Deputy Attorney General
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, South Carolina 29211-1549
Phone: 803-734-3970
Email: mfjowers@scag.gov

Subscribed and sworn to before me on this 13th day of October, 2022

_____
Notary Public for South Carolina
My Commission expires 7/5/2031