# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Mary Frances Gibson (n/k/a Mary Frances G. Jowers) was duly sworn and admitted as an attorney in this state on November 13, 2000 and is currently a regular member of the South Carolina Bar in good standing.

PATRICIA A. HOWARD, CLERK

BY _____
CHIEF DEPUTY CLERK

Columbia, South Carolina

October 6, 2022

