UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) |
| *This document relates to:*<br><br>THE STATE OF TEXAS, et al.,<br><br>*Plaintiffs,*<br><br>- against –<br><br>GOOGLE LLC<br><br>*Defendants.* | No. 21-cv-6841 (PKC) |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Motion of Mary Frances Jowers for admission to practice *pro hac vice* in the above-captioned litigation is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of South Carolina, and that her contact information is as follows:

    Mary Frances Jowers
    Assistant Deputy Attorney General
    South Carolina Attorney General's Office
    P.O. Box 11549
    Columbia, South Carolina 29211-1549
    Phone: 803-734-3970
    Email: mfjowers@scag.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff State of South Carolina;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *pro hac vice* in the above-captioned litigation in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                                           Hon. P. Kevin Castel, U.S.D.C. Judge