UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------  X
IN RE GOOGLE ADVERTISING           :
ANTITRUST LITIGATION               :          21-md-03010 (PKC)
                                   :
                                   :
                                   :
---------------------------------  X
```

## NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the San Francisco office of Cera LLP has changed its address for purposes of service of notices and documents in the above-captioned case. The new address of the San Francisco office of Cera LLP is as follows:

> **Cera LLP**
> **201 California Street, Suite 1240**
> **San Francisco, CA 94111**

The firm's telephone number, fax number and email addresses remain the same.

Please amend your service list accordingly.

Dated: October 17, 2022                CERA LLP

                                       By: /s/ Solomon B. Cera
                                       Solomon B. Cera
                                       Pamela A. Markert
                                       201 California Street, Suite 1240
                                       San Francisco, CA 94111
                                       Tel: (415) 777-2230
                                       Fax: (415) 777-5189
                                       Email: scera@cerallp.com
                                       Email: pmarkert@cerallp.com