UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

IN RE: GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

                                           1:21-md-03010-PKC

                                    PRO HAC VICE MOTION FOR ADMISSION

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, **I, David A.F. McCoy,** hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **State of Arkanas** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **Arkansas** and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 10/18/2022          Respectfully Submitted,

                                                                   _____

Applicant Signature: _/s/ David A.F. McCoy_

Applicant's Name: David A.F. McCoy

Firm Name: Arkansas Attorney General's Office

Address: 323 Center Street, Suite 200

City/State/Zip: Little Rock, Arkansas 72201

Telephone/Fax: 501-682-7506 / 501-682-8118

Email: David.McCoy@ArkansasAG.gov