UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- x

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

21-md-03010 (PKC)

**DECLARATION OF
DAVID A.F. MCCOY IN
SUPPORT OF MOTION
FOR ADMISSION
PRO HAC VICE**

---------------------------------------

I, David A.F. McCoy, pursuant to Local Rule 1.3, declare the following:

1. I am a Senior Assistant Attorney General at the State of Arkansas, Office of the Attorney General, 323 Center Street, Suite 200, Little Rock, AR. 72201. My telephone number is (501) 682-7506.

2. I am over twenty-one years of age and authorized to make this declaration.

3. I submit this declaration in connection with the *In re Google Advertising Antitrust Litigation,* Multidistrict Litigation No. 21-md-3010-PKC, in support of the Motion to Appear Pro Hac Vice filed herewith.

4. I have never been convicted of a felony, nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary proceedings presently against me.

5. This declaration is based on my personal knowledge and upon information provided by the Supreme Court of Arkansas.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/18/2022

_____
David A.F. McCoy

SUBSCRIBED AND SWORN TO before me by the above-named applicant this __18th__ day of __October__, 20__22__.



_Jamie Matilda Ann Benson_
Notary Public

My commission expires: __04/04/2030__