Supreme Court

# State of Arkansas
Little Rock

## CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Kyle E. Burton, Clerk of the Supreme Court of Arkansas, do hereby certify that David Alan Farrell McCoy was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on April 27, 2006 and that no disbarment proceedings nor adverse disciplinary actions have been filed against this attorney in this court during the past three year period.

In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this the 19th day of September, 2022.



KYLE E. BURTON
(CLERK SUPREME COURT OF ARKANSAS)

By _Christina Cummings_
Deputy Clerk