UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: GOOGLE DIGITAL ADVERTISING        1:21-md-03010-PKC
ANTITRUST LITIGATION

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of ___David A.F. McCoy_____, for admission to

practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

___Arkansas_____; and that his/her contact information is
as follows

Applicant's Name:_ David A.F. McCoy_____

Firm Name:__Arkansas Attorney General's Office_____

Address:_ 323 Center Street, Suite 200_____

City/State/Zip:_ Little Rock, Arkansas 72201_____

Telephone/Fax:__501-682-7506 / 501-682-8118_____

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel

for ___State of Arkansas_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated:_____             _____
                                        United States District / Magistrate Judge