

**Via ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Washington**
700 13th Street, NW
10th Floor
Washington, DC 20005-3960
T     +1 202 777 4500 (Switchboard)
       +1 202 777 4545 (Direct)
F     +1 202 507 5945
E     eric.mahr@freshfields.com
www.freshfields.com

October 19, 2022

**Re:**    *In re Google Digital Advertising Antitrust Litigation*, **No. 1:21-md-03010 (PKC)**

Dear Judge Castel:

      Defendant Google LLC ("Google") files this response to the sealing motions filed on October 5, 2022 by Plaintiffs in 24 of the 25 non-class private cases, ECF No. 323, and Publisher Class Plaintiffs, ECF No. 324, concerning their respective proposed Amended Complaints. Google does not seek to seal the contents, or redact the public versions, of the proposed amended pleadings that are the subject of those motions.

                               Respectfully submitted,

                                 */s/ Eric Mahr*
                                 Eric Mahr
                                 FRESHFIELDS BRUCKHAUS DERINGER US LLP
                                 700 13th Street, NW
                                 10th Floor
                                 Washington, DC 20005
                                 Telephone: (202) 777-4545
                                 Email: eric.mahr@freshfields.com

                                 Justina K. Sessions
                                 WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation
                                 One Market Plaza
                                 Spear Tower, Suite 3300
                                 San Francisco, California 94105
                                 Telephone: (415) 947-2197
                                 Email: jsessions@wsgr.com

                                 *Counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC*

CC:   All Counsel of Record (via ECF)