UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

No. 21-MD-3010 (PKC)

*This Motion Relates To All Consolidated Cases*

**DEFENDANT GOOGLE LLC'S NOTICE OF MOTION TO SEAL LIMITED PERSONAL INFORMATION IN EXHIBIT A TO THE DECLARATION OF ROBERT J. MCCALLUM IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO SEAL LIMITED PERSONAL INFORMATION IN THE OCTOBER 21, 2022 PRIVILEGE LOG**

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Fax: (202) 777-4555

WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Fax: (415) 947-2099

*Counsel for Defendants Google LLC,
Alphabet Inc., and YouTube LLC*

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, which is being submitted contemporaneously with this Notice of Motion, Defendant Google LLC will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order to maintain under seal limited personal information in the Privilege Log in Exhibit A to the Declaration of Robert J. McCallum in Support of Google LLC's Motion to Seal Limited Personal Information in the October 21, 2022 Privilege Log. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).

Dated: October 21, 2022                                    Respectfully Submitted,

/s/ Eric Mahr
Eric Mahr
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4545
Email: eric.mahr@freshfields.com

Justina K. Sessions
WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Email: jsessions@wsgr.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC*