UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 21-MD-3010 (PKC) |

*This Order Relates To All Consolidated Cases*

**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO SEAL LIMITED PERSONAL INFORMATION IN EXHIBIT A TO THE DECLARATION OF ROBERT J. MCCALLUM IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO SEAL LIMITED PERSONAL INFORMATION IN THE <u>OCTOBER 21, 2022 PRIVILEGE LOG</u>**

P. KEVIN CASTEL, District Judge:

The Court, having reviewed the submissions filed by Defendant Google LLC, determined that third parties' privacy interests in maintaining under seal the information sought to be redacted by Google LLC outweigh any applicable presumption of access, and concluded that the proposed redactions are narrowly tailored to protect those privacy interests, *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006), hereby:

ORDERS that the redacted content within the publicly filed Privilege Log in Exhibit A to the Declaration of Robert J. McCallum in Support of Google LLC's Motion to Seal Limited Personal Information in the October 21, 2022 Privilege Log shall be maintained under seal.

SO ORDERED.

Dated: New York, New York

_____, 2022

_____
HONORABLE P. KEVIN CASTEL
United States District Judge
Southern District of New York