UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) |

*This Motion Relates To All Consolidated Cases*

### DECLARATION OF ROBERT J. MCCALLUM IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO SEAL LIMITED PERSONAL INFORMATION IN THE OCTOBER 21, 2022 PRIVILEGE LOG

I, Robert J. McCallum, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am Of Counsel to the law firm Freshfields Bruckhaus Deringer US LLP, which represents Defendant Google LLC ("Google") in the above-captioned case.

2. I am an attorney admitted to practice in the State of New York and I have filed a Notice of Appearance in the above-captioned case.

3. In response to the Court's Order dated October 7, 2022, No. 1:21-MD-3010, ECF No. 333, attached as Exhibit A is a Privilege Log concerning documents clawed back on August 10, 2022.

4. Pursuant to Rule 5 of the Court's Individual Practices and in accordance with the Court's prior orders concerning sealing personal information, including names and email addresses, the version of Exhibit A filed on the public docket contains redactions of the names and email addresses of Google employees and the version of Exhibit A filed under seal contains highlighting to identify the portions that have been redacted from the public version.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2022, in New York, NY

*[signature]*
Robert J. McCallum