# Exhibit A

*In re Google Digital Advertising Antitrust Litigation*
No. 1:21-md-03010 (PKC)

10/21/2022 Privilege Log Pursuant to ECF No. 333

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | GOOG-DOJ-06 588651 | GOOG-DOJ-06 588651 | 5/8/2014 4:14 | ▮ | ▮ | ▮ | ▮ | | Email thread, the redacted portion of which reveals legal advice of counsel regarding legal issues in connection with DoubleClick Bid Manager and AdWords bidding. | Redact | AC |
| 2. | GOOG-DOJ-06 588652 | GOOG-DOJ-06 588653 | 5/8/2014 4:18 | ▮ | ▮ | ▮ | ▮ | | Email thread, the redacted portion of which reveals legal advice of counsel regarding legal issues in connection with DoubleClick Bid Manager and AdWords bidding. | Redact | AC |
| 3. | GOOG-DOJ-06 588654 | GOOG-DOJ-06 588655 | 5/8/2014 5:13 | ▮ | ▮ | ▮ | ▮ | | Email thread, the redacted portion of which reveals legal advice of counsel regarding legal issues in connection with DoubleClick Bid Manager and AdWords bidding. | Redact | AC |
| 4. | GOOG-DOJ-06 588656 | GOOG-DOJ-06 588657 | 5/8/2014 12:14 | ▮ | | ▮ | ▮ | | Email thread, the redacted portion of which reveals legal advice of counsel regarding legal issues in connection with DoubleClick Bid Manager and AdWords bidding. | Redact | AC |
| 5. | GOOG-DOJ-09 088857 | GOOG-DOJ-09 088861 | 1/19/2016 15:17 | ▮ | ▮ | ▮ | ▮ | | Email chain, the redacted portions of which contain requests for and legal advice from ▮ ESQ regarding contract negotiations. | Redact | AC |

1

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ██████ | | | | |
| 6. | GOOG-DOJ-06 509724 | GOOG-DOJ-06 509725 | 7/1/2016 19:01 | ██████ | ██████ | ██████ | ██████ | | Email thread seeking and containing legal advice of ██████ ESQ regarding provisions of agreements with third party. | WH | AC |
| 7. | GOOG-DOJ-09 750661 | GOOG-DOJ-09 750664 | 8/12/2017 6:06 | ██████ | ██████ | ██████ | | ██████ | Email, the redacted portions of which reveal legal advice of ██████ ESQ and ██████ ESQ regarding regulatory and privacy guidance regarding proposals to address changes in Ad tracking. | Redact | AC |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ██████<br>██████<br>██████<br>██████<br>Philipp Schindler;<br>██████<br>██████ | | | | | | | |
| 8. | GOOG-DOJ-09 000970 | GOOG-DOJ-09 000973 | 8/12/2017 6:06 | ██████ | ██████ | ██████ | | ██████ | Email, the redacted portions of which reveal legal advice of ██████ ESQ and ██████ ESQ regarding regulatory and privacy guidance for proposals to address changes in Ad tracking. | Redact | AC |
| 9. | GOOG-DOJ-09 092627 | GOOG-DOJ-09 092634 | 9/5/2017 21:50 | ██████ | ██████ | ██████ | | | Email thread, the redacted portions of which seek legal advice of ██████ ESQ, ██████ ESQ and ██████ ESQ regarding consent and privacy issues. | Redact | AC |
| 10. | GOOG-DOJ-09 905380 | GOOG-DOJ-09 905399 | 9/14/2017 18:18 | ██████ | ██████ | | | | Draft report, the redacted portion of which reveals legal advice by ██████ ESQ, ██████ ESQ and | Redact | AC |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ██████████ ESQ regarding regulatory compliance. | | |
| 11. | GOOG-DOJ-06 516201 | GOOG-DOJ-06 516204 | 5/23/2018 19:35 | ██████ | ██████ | ██████ | | | Email thread, the redacted portion of which seeks legal advice of ████████ ESQ and ████████ ESQ regarding General Data Protection Regulation (GDPR) and competition issues. | Redact | AC |
| 12. | GOOG-DOJ-09 094865 | GOOG-DOJ-09 094870 | 8/24/2018 17:56 | ██████ | ██████ | ██████ | ██████ | | Email thread, the redacted portion of which seeks the legal advice of ████████ ESQ regarding contract and non-disclosure issues. | Redact | AC |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ████████ | | | | |
| 13. | GOOG-DOJ-10 968812 | GOOG-DOJ-10 968812 | 11/23/201 8 8:33 | ████ | ████ | | | | Spreadsheet revealing legal advice and opinion work product of ████ ESQ and ████ ESQ regarding an active EC | WH | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | █ | | | | | regulatory investigation, prepared in anticipation of litigation. | | |
| 14. | GOOG-DOJ-11 330398 | GOOG-DOJ-11 330400 | 4/19/2019 5:12 | █ | █ | | | | Memorandum, the redacted portions of which reveal legal advice of █ ESQ regarding compliance with the Hong Kong Personal Data Privacy Ordinance and the GDPR. | Redact | AC |
| 15. | GOOG-DOJ-09 099300 | GOOG-DOJ-09 099305 | 8/6/2019 17:56 | | █ | █ | █ | | Email thread, the redacted portion of which seeks legal advice of █ ESQ regarding contract interpretation. | Redact | AC |
| 16. | GOOG-DOJ-09 099310 | GOOG-DOJ-09 099315 | 8/6/2019 18:24 | █ | █ | █ | █ | | Email thread, the redacted portion of which seeks legal advice of █ ESQ regarding contract interpretation. | Redact | AC |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ⬛ | | | | |
| 17. | GOOG-DOJ-07 618131 | GOOG-DOJ-07 618131 | 10/30/2019 21:46 | ⬛ | ⬛ | | | | Draft spreadsheet seeking and revealing legal advice and opinion work product of ⬛ ESQ, ⬛ ESQ, ⬛ ESQ, ⬛ ESQ, and ⬛ ESQ regarding adherence to privacy laws. | WH | AC, WP |
| 18. | GOOG-DOJ-09 215178 | GOOG-DOJ-09 215178 | 10/30/2019 21:46 | ⬛ | ⬛ | | | | Draft spreadsheet seeking and revealing legal advice and opinion work product of ⬛ ESQ, ⬛ ESQ, ⬛ ESQ, ⬛ ESQ, ⬛ ESQ, and ⬛ ESQ regarding adherence to privacy laws. | WH | AC, WP |
| 19. | GOOG-DOJ-12 527426 | GOOG-DOJ-12 527587 | 11/1/2019 12:24 | ⬛ | ⬛ | | | | Presentation, the redacted portion of which describes and requests confirmation of legal advice of Competition Counsel regarding limited product experiment. | Redact | AC |
| 20. | GOOG-DOJ-10 308209 | GOOG-DOJ-10 308210 | 1/9/2020 15:48 | ⬛ | ⬛ | ⬛ | | | Email containing chat history, the redacted portions of which reflect opinion work product of Competition Counsel regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European | Redact | WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | | |
| 21. | GOOG-DOJ-10 962922 | GOOG-DOJ-10 962923 | 1/14/2020 23:44 | ███ | ███ | ███ | ███ | | Email thread revealing and reflecting opinion work product of ███ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | WH | WP |
| 22. | GOOG-DOJ-12 764938 | GOOG-DOJ-12 764938 | 1/14/2020 23:47 | ███ | ███ | ███ | | | Email thread reflecting and revealing legal advice and opinion work product of ███ ESQ and ███ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection | WH | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | | |
| 23. | GOOG-DOJ-10 308464 | GOOG-DOJ-10 308464 | 1/14/2020 23:47 | ▮▮ | ▮▮ | ▮▮ | | | Email thread reflecting and revealing legal advice and opinion work product of ▮▮ ESQ and ▮▮ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | WH | AC, WP |
| 24. | GOOG-DOJ-12 764939 | GOOG-DOJ-12 764939 | 1/15/2020 0:12 | ▮▮ | ▮▮ | ▮▮ | | | Email thread reflecting and revealing legal advice and opinion work product of ▮▮ ESQ and ▮▮ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French | WH | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Competition Authority, and the U.K. Competition and Markets Authority. | | |
| 25. | GOOG-DOJ-12 864699 | GOOG-DOJ-12 864699 | 1/15/2020 0:12 | ██████ | ██████ | ███ | | | Email thread reflecting and revealing legal advice and opinion work product of ████████ ESQ and ████████ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | WH | AC, WP |
| 26. | GOOG-DOJ-11 794531 | GOOG-DOJ-11 794531 | 1/27/2020 14:29 | ██████ | ██████ | ████ | | | Email thread reflecting and revealing opinion work product of ████████ ESQ and ███ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | WH | WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 27. | GOOG-DOJ-11 794570 | GOOG-DOJ-11 794570 | 1/28/2020 1:45 | █████ | ████ | ███ | | | Email thread reflecting and revealing opinion work product of ████████ ESQ and ████ ████ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | WH | WP |
| 28. | GOOG-DOJ-12 765100 | GOOG-DOJ-12 765101 | 1/28/2020 20:45 | █████ | ████ | ███ | | | Email thread reflecting and revealing legal advice and opinion work product of ██████ ESQ and ████████ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | WH | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29. | GOOG-DOJ-12 064157 | GOOG-DOJ-12 064157 | 1/28/2020 22:31 | ██ | ██ | ██ | | | Email thread reflecting and revealing opinion work product of ██ ESQ and ██ ██ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | WH | WP |
| 30. | GOOG-DOJ-11 698798 | GOOG-DOJ-11 698815 | 2/3/2020 14:29 | ██ | ██ | | | | Presentation, the redacted portion of which reveals legal advice of EU outside counsel regarding EU law. | Redact | AC |
| 31. | GOOG-DOJ-08 154428 | GOOG-DOJ-08 154526 | 2/7/2020 2:25 | ██ | ██ | | | | Compilation of meeting notes, the redacted portion of which seeks and contains legal advice from ██ ██ ESQ regarding privacy and competition laws with respect to product development. | Redact | AC |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32. | GOOG-DOJ-09 116931 | GOOG-DOJ-09 116980 | 2/10/2020 21:18 | ███ Kent Walker | ███ | | | | Notes, the redacted portion of which reflects opinion work product of ███ ESQ regarding government investigations, undertaken in anticipation of litigation. | Redact | WP |
| 33. | GOOG-DOJ-12 765939 | GOOG-DOJ-12 765939 | 2/14/2020 19:24 | ███ | ███ | ███ | ███ | | Email, the redacted portion of which seeks and reveals legal advice and opinion work product of ███ ESQ and ███ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | Redact | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ███ | | | | | |
| 34. | GOOG-DOJ-09 999660 | GOOG-DOJ-09 999785 | 2/18/2020 16:58 | ███ | ███ | | | | Aggregated meeting notes, the redacted portion of which reveals legal advice of ███ ESQ and ███ ESQ regarding expected FTC action. | Redact | AC |
| 35. | GOOG-DOJ-12 765994 | GOOG-DOJ-12 765994 | 2/19/2020 13:33 | ███ | ███ | ███ | ███ | | Email, the redacted portion of which seeks and reveals legal advice and opinion work product of ███ ESQ and ███ ESQ regarding anticipated litigation and response to active government investigations by the | Redact | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ███ | | ███ | ███ | | State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | | |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36. | GOOG-DOJ-12 765995 | GOOG-DOJ-12 765995 | 2/19/2020 14:40 | ███ | ███ | ███ | ███ | | Email, the redacted portion of which seeks and reveals legal advice and opinion work product of ███ ESQ and ███ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | Redact | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ▮ | | | | |
| 37. | GOOG-DOJ-11 795403 | GOOG-DOJ-11 795404 | 2/19/2020 14:53 | ▮ | ▮ | | | | Notes containing and revealing opinion work product of ▮ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | WH | WP |
| 38. | GOOG-DOJ-12 765996 | GOOG-DOJ-12 765997 | 2/19/2020 15:27 | ▮ | ▮ | ▮ | ▮ | | Email thread, the redacted portions of which seek and reveal legal advice and opinion work product of ▮ ESQ and ▮ ESQ regarding anticipated | Redact | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | █ | | | █ | | litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | | |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ███ | | | | |
| 39. | GOOG-DOJ-12 765998 | GOOG-DOJ-12 765999 | 2/19/2020 15:30 | ███ | ███ | ███ | ███ | | Email thread, the redacted portions of which seek and reveal legal advice and opinion work product of ███ ESQ and ███ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | Redact | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ███ | | | | |
| 40. | GOOG-DOJ-12766000 | GOOG-DOJ-12766001 | 2/19/2020 15:40 | ███ | ███ | ███ | ███ | | Email thread, the redacted portions of which seek and reveal legal advice and opinion work product of ███ ESQ and ███ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust | Redact | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ███ | | | ███ | | Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | | |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | █ | | | | |
| 41. | GOOG-DOJ-12 766002 | GOOG-DOJ-12 766004 | 2/19/2020 15:49 | █ | █ | █ | █ | | Email thread, the redacted portions of which seek and reveal legal advice and opinion work product of █ ESQ and █ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | Redact | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ███ | | | | |
| 42. | GOOG-DOJ-12 766005 | GOOG-DOJ-12 766007 | 2/19/2020 15:50 | ███ | ███ | ███ | ███ | | Email thread, the redacted portions of which seek and reveal legal advice and opinion work product of ███ ESQ and ███ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and | Redact | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ███ | | | ████ | | the U.K. Competition and Markets Authority. | | |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ███ | | | | |
| 43. | GOOG-DOJ-12766008 | GOOG-DOJ-12766010 | 2/19/2020 15:53 | ███ | ███ | ███ | ███ | | Email thread, the redacted portions of which seek and reveal legal advice and opinion work product of ███ ESQ and ███ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | Redact | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ███████ | | | | |
| 44. | GOOG-DOJ-10 963552 | GOOG-DOJ-10 963554 | 2/19/2020 15:58 | ███████ | ███████ | ███████ | | | Email thread, the redacted portions of which seek and reveal legal advice and opinion work product of ███████ ESQ and ███████ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | Redact | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 45. | GOOG-DOJ-10 963555 | GOOG-DOJ-10 963557 | 2/19/2020 16:01 | ██ | ██ | ██ | ██ | | Email thread, the redacted portions of which seek and reveal legal advice and opinion work product of ████ ESQ and ████ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | Redact | AC, WP |
| 46. | GOOG-DOJ-10 963561 | GOOG-DOJ-10 963563 | 2/19/2020 16:07 | ██ | ██ | ██ | ██ | | Email thread, the redacted portions of which seek and reveal legal advice and opinion work product of ████ ESQ and ████ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | Redact | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 47. | GOOG-DOJ-10963558 | GOOG-DOJ-10963560 | 2/19/2020 16:07 | ■■ | ■■ | ■■ | ■■ | | Email thread, the redacted portions of which seek and reveal legal advice and opinion work product of ■■ ESQ and ■■ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | Redact | AC, WP |
| 48. | GOOG-DOJ-10963564 | GOOG-DOJ-10963566 | 2/19/2020 16:12 | ■■ | ■■ | ■■ | ■■ | | Email thread, the redacted portions of which reveal legal advice and opinion work product of ■■ ESQ and ■■ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | Redact | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 49. | GOOG-DOJ-10 963567 | GOOG-DOJ-10 963569 | 2/19/2020 16:24 | ██ | ██ | ██ | ██ | | Email thread, the redacted portions of which seek and reveal legal advice and opinion work product of ██ ESQ and ██ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | Redact | AC, WP |
| 50. | GOOG-DOJ-10 963570 | GOOG-DOJ-10 963572 | 2/19/2020 16:29 | ██ | ██ | ██ | ██ | | Email thread, the redacted portions of which seek and reveal legal advice and opinion work product of ██ ESQ and ██ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | Redact | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51. | GOOG-DOJ-12 766017 | GOOG-DOJ-12 766020 | 2/19/2020 17:02 | ███ | ███ | ███ | ███ | | Email thread, the redacted portions of which seek and reveal legal advice and opinion work product of ███ ESQ and ███ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | Redact | AC, WP |
| 52. | GOOG-DOJ-12 766021 | GOOG-DOJ-12 766024 | 2/19/2020 17:08 | ███ | ███ | ███ | ███ | | Email thread, the redacted portions of which seek and reveal legal advice and opinion work product of ███ ESQ and ███ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | Redact | AC, WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 53. | GOOG-DOJ-09 829583 | GOOG-DOJ-09 829605 | 2/19/2020 20:52 | ■■■ | ■■■ | | | | Draft memorandum, the redacted portion of which reveals legal advice of Privacy Counsel and Product Counsel regarding product development. | Redact | AC |
| 54. | GOOG-DOJ-12 766025 | GOOG-DOJ-12 766028 | 2/19/2020 23:57 | ■■■ | ■■■ | ■■■ | | | Email thread, the redacted portions of which reveal legal advice and opinion work product of ■■■ ESQ and ■■■ ESQ regarding anticipated litigation and response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | Redact | AC, WP |
| 55. | GOOG-DOJ-12 866023 | GOOG-DOJ-12 866103 | 2/21/2020 15:33 | ■■■ | ■■■ | | | | Notes, the redacted portion of which reveals opinion work product of Competition and Product Counsel in anticipation of litigation and in response to active government investigations by the State of Texas, the Antitrust Division of the United States Department of Justice, the European Commission, the U.K. Information Commissioner's Office, the Irish Data Protection | Redact | WP |

| | Begin Bates | End Bates | Date/ Time | Custodian | Email From/ Author | Email To | Email CC | Email BCC | Description | Status | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Commission, the French Competition Authority, and the U.K. Competition and Markets Authority. | | |
| 56. | GOOG-DOJ-11 795615 | GOOG-DOJ-11 795621 | 2/24/2020 17:21 | ██████ | █████ | | | | Notes, the redacted portion of which reveals opinion work product of ██████ ESQ regarding anticipated litigation and response to active government investigations by the U.K. Information Commissioner's Office, the Irish Data Protection Commission, the French Competition Authority, the U.K. Competition and Markets Authority, the State of Texas, leading a coalition of state attorneys general, the Antitrust Division of the United States Department of Justice, and the European Commission. | Redact | WP |
| 57. | GOOG-DOJ-09 185767 | GOOG-DOJ-09 185898 | 3/3/2020 17:18 | █████ | █████ | | | | Aggregated meeting notes, the redacted portion of which reveals legal advice of ██████ ESQ and ████ ESQ regarding expected FTC action. | Redact | AC |
| 58. | GOOG-DOJ-13 462965 | GOOG-DOJ-13 462965 | 7/20/2020 16:51 | █████ | █████ | | | | Spreadsheet, the redacted portion of which reveals legal advice of ████ ESQ regarding legal aspects of transaction strategy in France. | Redact | AC |