**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105

O: 415-947-2000

JUSTINA K. SESSIONS
Email: jsessions@wsgr.com
Direct dial: (415) 947-2197

October 26, 2022

VIA CM/ECF

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  **Re:**  *In re Google Digital Advertising Litigation*, 1:21-md-03010 (PKC)

Dear Judge Castel:

  We write in relation to Private Plaintiffs' October 5, 2022 motions for leave to amend, ECF Nos. 316, 318, 320, 325. Pursuant to Your Honor's individual practices, we note that no conference is currently scheduled.

  On October 5, 2022, four Class Action or individual plaintiffs filed motions for leave to amend their complaints, each attaching a new proposed amended complaint. Each proposed amended complaint contained changes that "do not fall entirely within the definition of Conforming Amendments." ECF No. 309, ¶ 3.

  Google does not oppose Private Plaintiffs' motions for leave to amend; however, Google reserves all rights in responding to Plaintiffs' amended complaints, including forthcoming motions to dismiss.[1]

---

[1] We understand that Meta Platforms, Inc. ("Meta") opposes the proposed amendments submitted by the Putative Advertiser Class and the Newspapers. Google agrees with Meta that the Advertisers' and Newspapers' allegations regarding the Network Bidding Agreement simply repeat the flawed theory that the Court rejected in its Order regarding the States' complaint, the proposed amendments fail to state a claim and are therefore futile. However, because Google intends to move to dismiss claims based on both Conforming and Non-Conforming Amendments, Google will present our arguments in a pre-motion letter for leave to file motions to dismiss the amended complaints. To the extent these amendments regarding the NBA are permitted, Google will move to dismiss them under Federal Rule of Civil Procedure 12(b)(6).

WILSON SONSINI

October 26, 2022
Page 2

  We intend to file a pre-motion letter for leave to file motions to dismiss the Class Action and individual plaintiffs' amended complaints by Friday, November 4.  *See* ECF No. 309, ¶ 4.

                Respectfully submitted,

                <u>/s/ Justina Sessions</u>
                Justina K. Sessions
                WILSON SONSINI GOODRICH & ROSATI
                Professional Corporation
                One Market Plaza
                Spear Tower, Suite 3300
                San Francisco, California 94105
                Telephone: (415) 947-2197
                Email: jsessions@wsgr.com

                Eric Mahr
                FRESHFIELDS BRUCKHAUS DERINGER
                  US LLP
                700 13th Street, NW
                10th Floor
                Washington, DC 20005
                Telephone: (202) 777-4545
                Email: eric.mahr@freshfields.com

                *Counsel for Defendants Google LLC, Alphabet*
                  *Inc., and YouTube LLC*

cc:  All Counsel of Record (via ECF)