IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-3010 (PKC) |
| *This Document relates to:* | *Motion provisionally granted.* SO ORDERED |
| IN RE GOOGLE DIGITAL PUBLISHER LITIGATION | Case No. 1:21-cv-7034 (PKC) USDJ 11-1-22 |

### NOTICE OF MOTION TO FILE EXHIBITS 1 AND 2 TO DECLARATION OF PHILIP C. KOROLOGOS UNDER SEAL

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Publisher Class Plaintiffs' Motion to File Exhibits 1 and 2 to Declaration of Philip C. Korologos under Seal (the "Motion to Seal"), dated October 5, 2022, Plaintiff, MediaLab.AI Inc., on behalf of the Publisher Class Plaintiffs, will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an order to maintain under seal certain information in Exhibits 1 and 2 to Philip C. Korologos's declaration filed in support of the Publisher Class Plaintiffs' Motion for Leave to Amend Their Consolidated Class Action Complaint until such time as Defendants show cause why the documents should not be unsealed.

1

| | |
|---|---|
| Dated: October 5, 2022<br>New York, New York | Respectfully submitted,<br><br>BOIES SCHILLER FLEXNER LLP<br><br>By: /s/ *Philip C. Korologos*<br><br>David Boies<br>dboies@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200 / Fax: (914) 749-8300<br><br>*Lead Counsel for the Publisher Class*<br><br>Philip C. Korologos<br>pkorologos@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Tel.: (212) 446-2300 / Fax: (212) 446-2350<br><br>Jesse Michael Panuccio<br>jpanuccio@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Avenue, NW<br>Washington, DC 20005<br>Tel.: (202) 237-2727 / Fax: (202) 237-6131<br><br>Mark C. Mao<br>mmao@bsfllp.com<br>Sean P. Rodriguez<br>srodriguez@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800 / Fax: (415) 293-6899<br><br>Sabria A. McElroy*<br>smcelroy@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>401 E. Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>Tel.: (954) 377-4216 / Fax: (954) 356-0022<br><br>**Pro Hac Vice* |

2