UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF MARIE W.L. MARTIN *PRO HAC VICE*** |

*This Document Relates To:*

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*,<br><br>      *Plaintiffs*,<br><br>    -against-<br><br>GOOGLE LLC,<br><br>      *Defendants*. | Case No. 1:21-cv-03446 (PKC) |

  I, Marie W.L. Martin make this declaration in support of the motion for my admission to appear and practice in this Court in the above-entitled litigation as counsel Pro Hac Vice for Plaintiff State of Utah.

  I, Marie W.L. Martin, being duly sworn, do hereby depose and say as follows:

1.   I have never been convicted of a felony.

2.   I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3.   There are no disciplinary proceedings presently against me.

1

4. Accompanying this declaration are certificates from the States of California and Nevada, issued within the past thirty days, stating that I am a member in good standing of the bar in each jurisdiction.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Executed:  September 14, 2022          /s/ *Marie W.L. Martin*
                                       Marie W.L. Martin