UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

*This Document Relates To:*

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*,<br><br>*Plaintiffs*,<br><br>-against-<br><br>GOOGLE, LLC<br><br>*Defendants*. | Case No. 1:21-cv-03446 (PKC) |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Marie W.L. Martin, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff State of Utah.

I am a member in good standing of the Bars of the States of Nevada and California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Attached hereto is an affidavit in compliance with Local Rule 1.3.

1

Date:  September 14, 2022

Respectfully submitted,

/s/ *Marie W.L. Martin*

Marie W.L. Martin
(NV #7808, CA #189219)
Assistant Attorney General
160 East 300 South, 5th Floor
P.O. Box 140874
Salt Lake City, UT 84114-0874
Tel: (801)538-9600
mwmartin@agutah.gov
Counsel for the State of Utah

2