UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re GOOGLE ADVERTISING ANTITRUST : No. 21-md-3010 (PKC)
LITIGATION :
:
---------------------------------------- x P. Kevin Castel District Judge
:
This Document Relates To: : THE NEWSPAPER PLAINTIFFS' NOTICE
: OF FILING PURSUANT TO THE COURT'S
*AIM Media Ind. Operating, LLC v. Google,* : OCTOBER 24, 2022 ORDER
*LLC*, No. 1:21-cv-06912-PKC (S.D.N.Y.) :
:
*AIM Media Midwest Operating, LLC v.* :
*Google, LLC*, No. 1:21-cv-06884-PKC :
(S.D.N.Y.) :
:
*AIM Media Tex. Operating, LLC v. Google,* :
*LLC*, No. 1:21-cv-06888-PKC (S.D.N.Y.) :
:
*Brown Cnty. Publ'g Co., Inc. v. Google, LLC*, :
No. 1:21-cv-06915-PKC (S.D.N.Y.) :
:
*Capital Region Indep. Media LLC v. Google* :
*LLC*, No. 1:22-cv-06997-PKC (S.D.N.Y.) :
:
*Clarksburg Publ'g Co., d/b/a WV News v.* :
*Google, LLC*, No. 1:21-cv-06840-PKC :
(S.D.N.Y.) :
:
*Coastal Point LLC v. Google, LLC*, No. 1:21- :
cv-06824-PKC (S.D.N.Y.) :
:
*Eagle Printing Co. v. Google, LLC*, No. 1:21- :
cv-06881-PKC (S.D.N.Y.) :
:
*ECENT Corp. v. Google, LLC*, No. 1:21-cv- :
06817-PKC (S.D.N.Y.) :
:
*Emmerich Newspapers, Inc. v. Google,* :
*LLC*, No. 1:21-cv-06794-PKC (S.D.N.Y.) :
:
---------------------------------------- x

[Caption continued on following page.]

| | |
|---|---|
| *Flag Publ'ns, Inc. v. Google, LLC*, No. 1:21-cv-06871-PKC (S.D.N.Y.) | x : |
| *Gale Force Media, LLC v. Google, LLC*, No. 1:21-cv-06909-PKC (S.D.N.Y.) | : : : |
| *Gould Enters., Inc. v. Google, LLC*, No. 1:22-cv-01705-PKC (S.D.N.Y.) | : : : |
| *HD Media Co., LLC v. Google, LLC*, No. 1:21-cv-06796-PKC (S.D.N.Y.) | : : : |
| *Journal Inc. v. Google, LLC*, No. 1:21-cv-06828-PKC (S.D.N.Y.) | : : : |
| *Neighborhood Newspapers, Inc. v. Google LLC*, No. 1:21-cv-10188-PKC (S.D.N.Y.) | : : : |
| *Robinson Commc'ns, Inc. v. Google, LLC*, No. 1:21-cv-08032-PKC (S.D.N.Y.) | : : : |
| *Rome News Media, LLC v. Google LLC*, No. 1:21-cv-10186-PKC (S.D.N.Y.) | : : : |
| *Savannah Publ'g Co. v. Google, LLC*, No. 1:22-cv-01693-PKC (S.D.N.Y.) | : : : |
| *Something Extra Publ'g, Inc. v. Google, LLC*, No. 1:21-cv-09523-PKC (S.D.N.Y.) | : : : |
| *Southern Cmty. Newspapers, Inc. v. Google, LLC*, No. 1:22-cv-01971-PKC (S.D.N.Y.) | : : : |
| *Times Journal, Inc. v. Google LLC*, No. 1:21-cv-10187-PKC (S.D.N.Y.) | : : : |
| *Union City Daily Messenger, Inc. v. Google, LLC*, No. 1:22-cv-01704-PKC (S.D.N.Y.) | : : : |
| *Weakley Cnty. Press, Inc. v. Google, LLC*, No. 1:22-cv-01701-PKC (S.D.N.Y.) | : : : |
| | x |

Plaintiffs, by and through their undersigned counsel, hereby give notice of filing the sealed and unredacted versions of their proposed Amended Complaint, in accordance with the Court's Order Granting Newspaper Plaintiffs' Motion to Seal (ECF 353), dated October 24, 2022. *See* Exhibit 1 (filed under seal version of proposed Amended Complaint) and Exhibit 2 (redacted version of proposed Amended Complaint), attached hereto.

DATED:  November 3, 2022
ROBBINS GELLER RUDMAN
 & DOWD LLP
DAVID W. MITCHELL (admitted *pro hac vice*)
STEVEN M. JODLOWSKI (admitted *pro hac vice*)


s/ David W. Mitchell
DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
PAUL J. GELLER (admitted *pro hac vice*)
STUART A. DAVIDSON (admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

FARRELL & FULLER, LLC
PAUL T. FARRELL, JR. (admitted *pro hac vice*)
MICHAEL J. FULLER, JR. (admitted *pro hac vice*)
1311 Ponce De Leon, Suite 202
San Juan, PR 00907
Telephone: 939/293-8244
939/293-8245 (fax)

FITZSIMMONS LAW FIRM PLLC
ROBERT P. FITZSIMMONS (admitted *pro hac vice*)
CLAYTON J. FITZSIMMONS (admitted *pro hac vice*)
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: 304/277-1700
304/277-1705 (fax)

HERMAN JONES LLP
JOHN C. HERMAN (admitted *pro hac vice*)
SERINA M. VASH
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA  30326
Telephone:  404/504-6555
404/504-6501 (fax)

*Attorneys for Plaintiffs AIM Media Ind. Operating, LLC v. Google, LLC*; *AIM Media Midwest Operating, LLC v. Google, LLC*; *AIM Media Tex. Operating, LLC v. Google, LLC*; *Brown Cnty. Publ'g Co., Inc. v. Google, LLC*; *Capital Region Indep. Media LLC v. Google LLC*; *Clarksburg Publ'g Co., d.b.a. WV News v. Google, LLC*; *Coastal Point LLC v. Google LLC*; *Eagle Printing Co. v. Google, LLC*; *ECENT Corp. v. Google, LLC*; *Emmerich Newspapers, Inc. v. Google, LLC*; *Flag Publ'ns, Inc. v. Google, LLC*; *Gale Force Media, LLC v. Google, LLC*; *Gould Enters., Inc. v. Google, LLC*; *HD Media Co., LLC v. Google, LLC*; *Journal, Inc. v. Google, LLC*; *Neighborhood Newspapers, Inc. v. Google, LLC*; *Robinson Commc'ns, Inc. v. Google, LLC*; *Rome News Media, LLC v. Google, LLC*; *Savannah Publ'g Co. v. Google, LLC*; *Something Extra Publ'g, Inc. v. Google, LLC*; *Southern Cmty. Newspapers, Inc. v. Google, LLC*; *Times Journal, Inc. v. Google, LLC*; *Union City Daily Messenger, Inc. v. Google, LLC*; and *Weakley Cnty. Press, Inc. v. Google, LLC*.

4880-7917-0109.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 3, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<div style="margin-left: 3em;">

s/ David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  davidm@rgrdlaw.com

</div>

4880-7917-0109.v1

## Mailing Information for a Case 1:21-md-03010-PKC In re: Google Digital Advertising Antitrust Litigation

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aden Martin Allen**
  aallen@wsgr.com

- **Elin S Alm**
  ealm@nd.gov,lemoch@nd.gov

- **Peter T Barbur**
  pbarbur@cravath.com

- **Brian W Barnes**
  bbarnes@cooperkirk.com

- **Scott Leroy Barnhart**
  scott.barnhart@atg.in.gov

- **Patrick Montgomery Barrett , III**
  pbarrett@barrettlawofficetn.com

- **Zina Bash**
  zina.bash@kellerpostman.com

- **Kate M. Baxter-Kauf**
  kmbaxter-kauf@locklaw.com,atajagbusi@locklaw.com,lgn-kmbaxter-kauf@ecf.courtdrive.com

- **TerriAnne Benedetto**
  tbenedetto@dugan-lawfirm.com,cbarnes@seegerweiss.com,klaukaitis@seegerweiss.com,cchoe@seegerweiss.com

- **Daniel G Bird**
  dbird@kellogghansen.com,hwallace@kellogghansen.com,etripodi@kellogghansen.com,ecf-d43d0fc62774@ecf.pacerpro.com

- **Daniel S. Bitton**
  dbitton@axinn.com

- **David Boies**
  dboies@bsfllp.com

- **Kip T. Bollin**
  kip.bollin@thompsonhine.com,ECFDocket@thompsonhine.com

- **Jamie L Boyer**
  jboyer@koreintillery.com

- **Alex Jerome Brown**
  alex.brown@lanierlawfirm.com,3511928420@filings.docketbird.com,audrey.moore@lanierlawfirm.com

- **Joseph M. Bruno**
  jbruno@brunobrunolaw.com

- **Bryce L Callahan**
  bcallahan@yettercoleman.com

- **Johnathan R Carter**
  johnathan.carter@arkansasag.gov

- **Solomon B. Cera**
  scera@cerallp.com,jrl@cerallp.com,cdirksen@cerallp.com,kgantan@cerallp.com

- **Mark A. Colantonio**
  mark@fitzsimmonsfirm.com

- **Mark A. Colantonio**
  mark@fitzsimmonsfirm.com,jaclyn@fitzsimmonsfirm.com,mark_096@ecf.courtdrive.com,leslie@fitzsimmonsfirm.com

- **Timothy Patrick Conroy**
  timothypconroy@gmail.com

- **Charles J Cooper**
  ccooper@cooperkirk.com,johlendorf@cooperkirk.com,ccarroll@cooperkirk.com,ktroilo@cooperkirk.com

- **Andrew Dieter Cordo**
  acordo@wsgr.com

- **Ryan Z. Cortazar**
  rcortazar@koreintillery.com

- **Caitlin G. Coslett**
  ccoslett@bm.net,sleo@bm.net

- **Caitlin Goldwater Coslett**
  ccoslett@bm.net

- **Shawn Cowles**
  shawn.cowles@oag.texas.gov

- **Eric L. Cramer**
  ecramer@bm.net,sleo@bm.net,dgiovanetti@bm.net,emagnus@bm.net

- **Mary Csarny**
  Mary.Csarny@ThompsonHine.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com,khanson@rgrdlaw.com

- **Brett Talmage DeLange**
  brett.delange@ag.idaho.gov,lynn.mize@ag.idaho.gov,oscar.klaas@ag.idaho.gov

- **Zeke DeRose , III**
  zeke.derose@lanierlawfirm.com

- **Michael C Dell'Angelo , IV**
  mdellangelo@bm.net,csimon@bm.net,jgionnette@bm.net

- **Michael C. Dell'Angelo**
  mdellangelo@bm.net,eyork@bm.net,clozano@bm.net,csimon@bm.net,jgionnette@bm.net

- **James Peter Denvir , III**
  jdenvir@bsfllp.com

- **Daniel V. Dorris**
  ddorris@kellogghansen.com,ktondrowski@kellogghansen.com

- **James R. Dugan , II**
  jdugan@dugan-lawfirm.com,dscalia@dugan-lawfirm.com,dplymale@dugan-lawfirm.com,bonnie@dugan-lawfirm.com

- **Marc Howard Edelson**
  medelson@edelson-law.com

- **Vadim Egoul**
  vegoul@wsgr.com

- **Kara A. Elgersma**
  kae@wbe-llp.com,wbe-ecf@ecf.courtdrive.com

- **Jordan Elias**
  jelias@girardsharp.com,5261237420@filings.docketbird.com,avongoetz@girardsharp.com

- **Julie Elmer**
  julie.elmer@freshfields.com

- **Julie S Elmer**
  julie.elmer@freshfields.com,6188914420@filings.docketbird.com

- **Mikaela Elizabeth Evans-Aziz**
  mevansaziz@wsgr.com,ageritano@wsgr.com

- **Andrew Ewalt**
  andrew.ewalt@freshfields.com,Nicholas.Vockrodt@freshfields.com

- **Randall P. Ewing , Jr**
  REwing@KoreinTillery.com,gkaminsky@koreintillery.com

- **Paul T. Farrell , Jr**
  paul@farrellfuller.com,patty@farrell.law,lora@farrell.law

- **Paul T. Farrell, Jr**
  paul@farrellfuller.com

- **Andrew William Ferich**
  aferich@ahdootwolfson.com

- **Clayton J. Fitzsimmons**
  clayton@fitzsimmonsfirm.com,kendra@fitzsimmonsfirm.com,kait@fitzsimmonsfirm.com,christy@fitzsimmonsfirm.com,leslie@fitzsimmonsfirm.com

- **Robert Patrick Fitzsimmons**
  bob@fitzsimmonsfirm.com,kendra@fitzsimmonsfirm.com,kait@fitzsimmonsfirm.com,christy@fitzsimmonsfirm.com,leslie@fitzsimmonsfirm.com

- **Isaac Ralston Forman**
  iforman@hfdrlaw.com

- **Michael Jay Fuller**
  mike@farrellfuller.com

- **Michael Jay Fuller , Jr**
  mike@farrellfuller.com,edna@mchughfuller.com

- **Michael Jay Fuller , Jr**
  mike@farrellfuller.com

- **Paul J Geller**
  pgeller@rgrdlaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Max C. Gottlieb**
  mgottlieb@hfdrlaw.com

- **Joshua H. Grabar**
  jgrabar@grabarlaw.com

- **Robert J. Gralewski , Jr**
  bgralewski@kmllp.com

- **Robert Gralewski, Jr**
  bgralewski@kmllp.com

- **Benjamin M. Greenblum**
  bgreenblum@wc.com

- **Philip Lawrence Gregory**
  pgregory@gregorylawgroup.com

- **Parrell D Grossman**
  pgrossman@nd.gov

- **Scott M Grzenczyk**
  scottg@girardsharp.com,7488696420@filings.docketbird.com,avongoetz@girardsharp.com

- **Daniel E. Gustafson**
  dgustafson@gustafsongluek.com

- **John David Harkrider**
  jharkrider@axinn.com

- **Jason S. Hartley**
  hartley@hartleyllp.com

- **Rebecca M Hartner**
  rhartner@scag.gov

- **Caleb Hayes-Deats**
  chayes-deats@mololamken.com,caleb.hayes-deats@usdoj.gov

- **Daniel C. Hedlund**
  dhedlund@gustafsongluek.com,jholzer@gustafsongluek.com

- **Philip R Heleringer**
  philip.heleringer@ky.gov,sarah.telle@ky.gov

- **John C. Herman**
  jherman@hermanjones.com

- **Brianna S. Hills**
  bhills@bsfllp.com

- **Mark Hirschboeck**
  mhirschboeck@kellogghansen.com

- **Michael B. Hissam**
  mhissam@hfdrlaw.com

- **Stephen M. Hoeplinger**
  stephen.hoeplinger@ago.mo.gov

- **Stephen Mark Hoeplinger**
  stephen.hoeplinger@ago.mo.gov

- **Fred Taylor Isquith**
  fisquith@zsz.com,isquithlaw@gmail.com

- **Frederick Taylor Isquith , Sr**
  ftisquith@zsz.com

- **Lee Istrail**
  lee.istrail@myfloridalegal.com

- **Jonathan M. Jacobson**
  jjacobson@wsgr.com,ageritano@wsgr.com,lalmeida@wsgr.com,cstavros@wsgr.com

- **Rachel Annie Jarvis**
  jarvislawgroup@gmail.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher Chad Johnson**
  chadj@rgrdlaw.com,e_file_ny@rgrdlaw.com,chadj@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Bethan R Jones**
  bjones@kellogghansen.com

- **Mary Gibson Jowers**
  mfjowers@scag.gov

- **Bradley Justus**
  bjustus@axinn.com,gteamaxinn@axinn.com

- **Lauren Kaplin**
  lauren.kaplin@freshfields.com

- **Ashley C. Keller**
  ack@kellerpostman.com,docket@kellerlenkner.com

- **Bradley K. King**
  bking@ahdootwolfson.com,twolfson@ahdootwolfson.com,rahdoot@ahdootwolfson.com,filings@ahdootwolfson.com,1946088420@filings.docketbird.com

- **Michael E. Klenov**
  mklenov@koreintillery.com,ldunn@koreintillery.com

- **Philip C. Korologos**
  pkorologos@bsfllp.com,jkramer@bsfllp.com,eresnicow@bsfllp.com,NYC_Managing_Clerk@bsfllp.com,tshort@bsfllp.com,mlebron@bsfllp.com,philip-korologos-7041@ecf.pacerpro.com

- **David H. Kramer**
  dkramer@wsgr.com,dgrubbs@wsgr.com

- **Tim LaComb**
  tlacomb@moginrubin.com

- **Benjamin Labow**
  blabow@wsgr.com

- **Yvette K Lafrentz**
  yvette.lafrentz@state.sd.us

- **April D Lambert**
  alambert@radicelawfirm.com

- **April Dawn Lambert**
  alambert@radicelawfirm.com

- **Jeffrey A. Lamken**
  jlamken@mololamken.com

- **W Mark Lanier**
  jrm@lanierlawfirm.com

- **W. Mark Lanier**
  mark.lanier@lanierlawfirm.com,cristina.delise@lanierlawfirm.com,catherine.heacox@lanierlawfirm.com,audrey.moore@lanierlawfirm.com

- **Vanessa Allen Lavely**
  vlavely@cravath.com,abahri@cravath.com,mamiller@cravath.com,dphillips@cravath.com

- **Karen M. Lerner**
  klerner@kmllp.com,karen-lerner-7246@ecf.pacerpro.com

- **Matthew Levinton**
  Matthew.Levinton@oag.texas.gov

- **Chelsea C. Lewis**
  chelsea.lewis@formanwatkins.com

- **John Christian Lewis**
  christian.lewis@ky.gov

- **Jason M Lindner**
  lindner@hartleyllp.com

- **Robert E Litan**
  rlitan@bm.net,csimon@bm.net

- **Richard Lombardo**
  rlombardo@sls-law.com,jwelker@sls-law.com,bwilmoth@sls-law.com

- **Jessica Lonergan**
  jlonergan@wsgr.com,ageritano@wsgr.com,lalmeida@wsgr.com

- **Patrick Fanning Madden**
  pmadden@bm.net,jgionnette@bm.net

- **Eric Mahr**
  eric.mahr@freshfields.com

- **Eric J. Mahr**
  eric.mahr@freshfields.com

- **Eric J. Maier**
  emaier@kellogghansen.com

- **Hsiao C. Mao**
  mmao@bsfllp.com

- **Mark C. Mao**
  mmao@bsfllp.com

- **Sara Ellen Margolis**
  smargolis@mololamken.com

- **Pamela A. Markert**
  pmarkert@cerallp.com

- **Hart Martin**
  hart.martin@ago.ms.gov

- **Marie W.L. Martin**
  mwmartin@agutah.gov,dpotnar@ag.nv.gov,mhodges@ag.nv.gov

- **Steven A. Martino**
  stevemartino@taylormartino.com

- **Mark W Mattioli**
  mmattioli@mt.gov,edoj@mt.gov

- **Theodore W. Maya**
  tmaya@ahdootwolfson.com

- **Robert John McCallum**
  rob.mccallum@freshfields.com,6188914420@filings.docketbird.com,Tyler.CLARKSON@freshfields.com,mark.goldberg@freshfields.com

- **Derriel Carlton McCorvey**
  derriel@mccorveylaw.com

- **David A.F. McCoy**
  david.mccoy@arkansasag.gov,matilda.benson@arkansasag.gov

- **Sabria McElroy**
  smcelroy@bsfllp.com

- **Sabria McElroy**
  smcelroy@bsfllp.com

- **Matthew Alan Michaloski**
  matthew.michaloski@atg.in.gov

- **Mint Rose Day Spa LLC**
  Mintrosedayspa@gmail.com

- **David W. Mitchell**
  davidm@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David W. Mitchell - PHV**
  davidm@rgrdlaw.com

- **Daniel Jay Mogin**
  dmogin@moginrubin.com,jchatfield@moginrubin.com,sbuack@moginrubin.com,ngeraci@moginrubin.com,jsidhwa@moginrubin.com,carmijo@moginrubin.com

- **Jason Blake Mollick**
  jmollick@wsgr.com,ageritano@wsgr.com

- **Dianne M. Nast**
  dnast@nastlaw.com

- **Michelle C Newman**
  mnewman@ag.nv.gov,dpotnar@ag.nv.gov,mhodges@ag.nv.gov

- **Daniel Jay Nordin**
  dnordin@gustafsongluek.com

- **Carol L. O'Keefe**
  cokeefe@koreintillery.com

- **Carol Lee O'Keefe**
  cokeefe@koreintillery.com,jwitteried@koreintillery.com,llucas@koreintillery.com

- **Jennifer M. Oliver**
  joliver@moginrubin.com

- **John K Olson**
  john.olson@ag.idaho.gov

- **Kevin J. Orsini**
  korsini@cravath.com,mao@cravath.com,FBADTechAssociates@cravath.com,pbarbur@cravath.com,Antitrust_Paralegals@cravath.com

- **Jesse Michael Panuccio**
  jpanuccio@bsfllp.com

- **Eliana M. Pfeffer**
  epfeffer@kellogghansen.com,edawson@kellogghansen.com

- **Daniel J. Pfefferbaum**
  dpfefferbaum@rgrdlaw.com,dpfefferbaumRGRD@ecf.courtdrive.com

- **Jeffery G Pickett**
  jeff.pickett@alaska.gov

- **Tara W Pincock**
  tpincock@agutah.gov

- **Adam E Polk**
  apolk@girardsharp.com,avongoetz@girardsharp.com,3768906420@filings.docketbird.com

- **Warren D Postman**
  wdp@kellerlenkner.com

- **John D. Radice**
  jradice@radicelawfirm.com

- **Tiffany Ray**
  tiffany@taylormartino.com

- **Tiffany N. Ray**
  tiffany@taylormartino.com

- **Harold S. Reeves**
  hreeves@cooperkirk.com

- **Martha Reiser**
  mreiser@cravath.com

- **Sophia Marie Rios**
  srios@bm.net

- **Sophia Marie Rios**
  srios@bm.net

- **Sean P. Rodriguez**
  srodriguez@bsfllp.com,sphan@bsfllp.com,sean-rodriguez-4625@ecf.pacerpro.com

- **Thaizza M Rodriguez**
  trodriguez@justicia.pr.gov

- **David Evan Ross**
  dross@seitzross.com

- **Peter Frederic Rottgers**
  prottgers@sls-law.com,ctraffis@sls-law.com

- **Jonathan Rubin**
  jrubin@moginrubin.com,jchatfield@moginrubin.com,sbuack@moginrubin.com,tlacomb@moginrubin.com,ngeraci@moginrubin.com,jsidhwa@moginrubin.com,dmo

- **Jonathan Laurence Rubin**
  jrubin@moginrubin.com

- **Franklin M Rubinstein**
  frubinstein@wsgr.com

- **Jan Rybnicek**
  jan.rybnicek@freshfields.com

- **John E. Schmidtlein**
  jschmidtlein@wc.com,john-schmidtlein-5892@ecf.pacerpro.com

- **Justina K. Sessions**
  jsessions@wsgr.com,ageritano@wsgr.com

- **Justina Kahn Sessions**
  jsessions@wsgr.com

- **Dena C. Sharp**
  dsharp@girardsharp.com,avongoetz@girardsharp.com,8388361420@filings.docketbird.com

- **Dena C. Sharp**
  dsharp@girardsharp.com

- **Heidi M. Silton**
  hmsilton@locklaw.com,lgn-hmsilton@ecf.courtdrive.com,hnpotteiger@locklaw.com,sljuell@locklaw.com

- **William Nelson Sinclair**
  bsinclair@mdattorney.com

- **SkinnySchool LLC**
  info@mariamarquesfitness.com

- **Brooke Clason Smith**
  brooke.smith@kellerlenkner.com

- **Michael S Sommer**
  msommer@wsgr.com,ageritano@wsgr.com

- **Dennis Stewart**
  dstewart@gustafsongluek.com

- **Christopher Eric Stiner**
  cstiner@ahdootwolfson.com

- **Daniel Strunk**
  daniel.strunk@kellerpostman.com

- **Michael E. Sumner**
  sumnerpc@numail.org

- **Archana Tamoshunas**
  atamoshunas@tcllaw.com

- **David H Thompson**
  dthompson@cooperkirk.com,elizza@cooperkirk.com,abailey@cooperkirk.com,ktroilo@cooperkirk.com

- **John Thorne**
  jthorne@kellogghansen.com,awhite@kellogghansen.com,sthorne@kellogghansen.com,csella@kellogghansen.com

- **Stephen M. Tillery**
  stillery@koreintillery.com,ldunn@koreintillery.com,leckhardt@koreintillery.com

- **Katielynn Boyd Townsend**
  ktownsend@rcfp.org

- **Lucas J Tucker**
  ltucker@ag.nv.gov,dpotnar@ag.nv.gov,mhodges@ag.nv.gov

- **Serina M. Vash**
  svash@hermanjones.com

- **Serina Marie Vash**
  svash@hermanjones.com

- **Jeffrey M. Wakefield**
  jwakefield@fsblaw.com

- **Daniel John Walker**
  dwalker@bm.net

- **Marc Alfred Wallenstein**
  mwallenstein@koreintillery.com

- **Michaela Wallin**
  mwallin@bm.net

- **Clarence Webster , III**
  cwebster@babc.com

- **Gregory F Wesner**
  gwesner@hermanjones.com

- **Kenneth A. Wexler**
  kaw@wbe-llp.com,wbe-ecf@ecf.courtdrive.com

- **James A. Wilson**
  jawilson@vorys.com

- **Tina Wolfson**
  twolfson@ahdootwolfson.com,bking@ahdootwolfson.com,filings@ahdootwolfson.com,hkelston@ahdootwolfson.com,hliivamagi@ahdootwolfson.com,rahdoot@ahd

- **Koren Wong-Ervin**
  kwongervin@axinn.com

- **Stephen Yelderman**
  stephen.yelderman@kellerlenkner.com

- **R Paul Yetter**
  pyetter@yettercoleman.com

- **Trevor Young**
  trevor.young@oag.texas.gov,stephen.craig@oag.texas.gov

- **George A. Zelcs**
  gzelcs@koreintillery.com,ldunn@koreintillery.com,leckhardt@koreintillery.com,gkaminsky@koreintillery.com,mbannester@koreintillery.com,dhutton@koreintillery.c

- **Jason Allen Zweig**
  jaz@kellerpostman.com,docket@kellerlenkner.com

- **Peter Bradford deLeeuw**
  brad@deleeuwlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Erin              K Dickinson
Crueger Dickinson LLC
4532 N Oakland Ave
Whitefish Bay, WI 53211

Paul              T. Farrell
Greene, Ketchum, Farrell, Bailey & Tweel, LLP
P.O. Box 2389
419 - 11th Street
Huntington, WV 25724-2389

Steven            A. Martino
Taylor Martino & Hedge
61 St. Joseph Street
1600 SouthTrust Bank Building
Mobile, AL 36602
```