**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF MARIE W.L. MARTIN *PRO HAC VICE*** |

I, Marie W.L. Martin make this declaration in support of the motion for my admission to appear and practice in this Court in the above-entitled litigation as counsel Pro Hac Vice for Plaintiff State of Utah.

I, Marie W.L. Martin, being duly sworn, do hereby depose and say as follows:

1.      I have never been convicted of a felony.

2.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3.      There are no disciplinary proceedings presently against me.

4.      Accompanying this declaration are certificates from the States of California and Nevada, issued within the past thirty days, stating that I am a member in good standing of the bar in each jurisdiction.

2

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Executed:  November 4, 2022                    /s/ *Marie W.L. Martin*
                                                                Marie W.L. Martin