**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE GOOGLE ADVERTISING ANTITRUST
LITIGATION

Case No. 1:21-md-03010 (PKC)

**ORDER FOR ADMISSION**
***PRO HAC VICE***

---

The motion of Marie W.L. Martin for admission to practice Pro Hac Vice in the

above-entitled litigation is granted.

Marie W.L. Martin has declared that she is a member in good standing of the bars of the

States of California and Nevada; and that her contact information is as follows:

> Marie W.L. Martin
> (NV #7808, CA #189219)
> Assistant Attorney General
> 160 East 300 South, 5th Floor
> P.O. Box 140874
> Salt Lake City, UT 84114-0874
> Tel: (801)538-9600
> mwmartin@agutah.gov
> Counsel for the State of Utah

1

Marie W.L. Martin having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff State of Utah;

**IT IS HEREBY ORDERED** that Marie W.L. Martin is admitted to practice Pro Hac Vice in the above-entitled litigation in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  _____        _____

P. KEVIN CASTEL
United States District Judge