

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### MARIE WILHELMINA LUCY MARTIN

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that MARIE WILHELMINA LUCY MARTIN, #189219, was on the 9th day of June 1997, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 6th day of October, 2022.*

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
I. H. Calanoc, Sr. Deputy Clerk