# EXHIBIT A



Wilson Sonsini Goodrich & Rosati
Professional Corporation

One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105

O: 415-947-2000

JUSTINA K. SESSIONS
415-947-2197
jsessions@wsgr.com

October 21, 2022

**VIA ELECTRONIC TRANSMISSION**

Theodore Maya
tmaya@ahdootwolfson.com
Ahdoot & Wolfson, PC
2600 W. Olive Avenue, Suite 500
Burbank, California 91505
Tel.: (310) 474-9111

**Re:**   ***In re Google Digital Advertising Litigation*, 1:21-md-03010 (PKC)**

Counsel:

     We write to inform you that Google no longer requests clawback of the documents in the attached Appendix.

Sincerely,

*/s/ Justina Sessions*
Justina Sessions

*Counsel for Defendants*
*Google LLC, Alphabet Inc., and YouTube, LLC*

Copies to:

Eric Mahr
eric.mahr@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Tel.: (202) 777-4545

AUSTIN   BEIJING   BOSTON   BRUSSELS   HONG KONG   LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, DC   WILMINGTON, DE

**WILSON
SONSINI**

October 21, 2022
Page 2


Kevin J. Orsini
korsini@cravath.com
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel.: (212) 474-1596

Caitlin Goldwater Coslett
ccoslett@bm.net
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3057

Eric J. Maier
emaier@kellogghansen.com
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel.: (202) 326-7923

Stuart Davidson
sdavidson@rgrdlaw.com
Robins Geller Rudman & Dowd LLP
120 East Palmetto Park Road, Suite 200
Boca Raton, FL 33432
Tel.: (561) 750-3000

Jonathan Rubin
jrubin@moginrubin.com
MoginRubin LLP
1615 M Street, NW, Third Floor
Washington, DC 20036
Tel.: (202) 630-0616

Fred T. Isquith, Jr.
fisquith@zsz.com
Zwerling, Schachter & Zwerling, LLP
41 Madison Avenue
New York, NY 10010
Tel.: (212) 223-3900

**WILSON SONSINI**

October 21, 2022
Page 3


Kate M. Baxter-Kauf
kmbaxter-kauf@locklaw.com
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900

Zeke DeRose III
zeke.derose@lanierlawfirm.com
The Lanier Law Firm
10940 W. Sam Houston Pkwy N, Suite 100
Houston, TX 77064
Tel.: (713) 659-5200

Jason Zweig
jaz@kellerpostman.com
Keller Postman LLC
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Tel.: (312) 216-8667

**WILSON
SONSINI**

October 21, 2022
Page 4

Appendix

| Begin Bates Number | |
|---|---|
| GOOG-DOJ-11284588 | GOOG-NE-11312293 |
| GOOG-DOJ-06513731 | GOOG-NE-06510469 |
| GOOG-DOJ-06513911 | GOOG-NE-06510649 |
| GOOG-DOJ-06513923 | GOOG-NE-06510661 |
| GOOG-DOJ-06513935 | GOOG-NE-06510673 |
| GOOG-DOJ-06514594 | GOOG-NE-06511332 |
| GOOG-DOJ-06514607 | GOOG-NE-06511345 |
| GOOG-DOJ-06514620 | GOOG-NE-06511358 |
| GOOG-DOJ-06514633 | GOOG-NE-06511371 |
| GOOG-DOJ-06884551 | GOOG-NE-06881289 |