UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF CHRISTOPHER C. GOODNOW *PRO HAC VICE*** |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>         *Plaintiffs*,<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>         *Defendants*. | Case No. 1:21-cv-03446 (PKC) |

  I, Christopher C. Goodnow, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-entitled litigation as counsel *Pro Hac Vice* for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc.

  I, Christopher C. Goodnow, being duly sworn, do hereby depose and say as follows:

  1.  I have never been convicted of a felony.

  2.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

  3.  There are no disciplinary proceedings presently against me.

1

4. Accompanying this declaration are certificates from the District of Columbia and the State of California, issued within the past thirty days, stating that I am a member in good standing of the bar in each jurisdiction.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statements made by me are true and correct.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Executed on:  November 7, 2022             /s/ *Christopher C. Goodnow*
                                           Christopher C. Goodnow