# Exhibit G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STEPHEN SULLIVAN, WHITE OAK FUND LP,
CALIFORNIA STATE TEACHERS'
RETIREMENT SYSTEM, SONTERRA CAPITAL
MASTER FUND, LTD., FRONTPOIN
PARTNERS TRADING FUND, L.P. and
FRONTPOINT AUSTRALIAN OPPORTUNITIES
TRUST, on behalf of themselves and others
similar situated,

                       Plaintiffs,                       13-cv-2811 (PKC)

    -against-                             SCHEDULING ORDER

BARCLAYS PLC, et al.,

                       Defendants.
-----------------------------------------------------------x

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 4/10/17 |

        Pursuant to Rule 16, Fed. R. Civ. P., this Scheduling Order shall govern this action:

1. The remaining defendants in this action are: Citibank, N.A. and Citigroup Inc. (together, "Citi") and JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (together, "JP Morgan"). Plaintiffs have move for leave to file a Fifth Amended Complaint and the Court and parties acknowledge that this Order may need to be adjusted in the event new parties are added.

2. The parties do not consent to conducting all further proceedings before a Magistrate Judge.

3. The parties have agreed to waive initial disclosures in this matter.

4. Plaintiffs have requested a jury trial. Defendants reserve their position as to whether a jury trial is permissible here, depending on facts that may be further developed in discovery, and which claims might ultimately remain to be tried.

5. All fact discovery, including class discovery, shall be completed no later than December 4, 2018.

6. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. Dates for service of discovery requests, depositions and other discovery tools may agreed upon by the parties and extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 5 above. Subject to the foregoing, the following dates apply:

   a. Parties shall serve Rule 34 requests, including requests addressed to the issue of class certification, by August 1, 2017.
   b. Defendants production of Euribor documents produced to regulators shall be completed by June 9, 2017;
   c. Defendants shall substantially complete their production of transactional data by October 23, 2017;
   d. Depositions may commence at any time after December 4, 2017 and shall be completed by December 4, 2018;
   e. The parties shall prioritize their depositions to complete those necessary to support or oppose class certification by February 16, 2018.

7. All expert discovery relating to class certification shall be completed by June 28, 2018.

8. Plaintiff may move for class certification any time before August 1, 2018.

9. All expert discovery (other than for class certification) in this case shall be completed by June 30, 2019. The parties shall meet and confer prior to December 14, 2018 to agree upon a schedule for completing same.

10. All motions and applications shall be governed by the Court's Individual Practices, including pre-motion conference requirements, except that motions in limine may be made without a premotion conference on the schedule set forth in paragraph 11. Pursuant to the authority of Rule 16(c)(2), Fed. R. Civ. P., any motion for summary judgment will be deemed untimely unless a request for a premotion conference relating thereto is made in writing no later than fourteen (14) days after the date set by the Court for the close of fact discovery.

11. By April 28, 2017, the plaintiffs, the Citi defendants and the JP Morgan defendanst shall advise the Court in writing via fax whether they agree to the retention of a private mediator.

12. The Final Pretrial Submission Date is forty five (45) days after the date in paragraph 9. By the Final Pretrial Submission Date, the parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practices and Rule 26(a)(3), Fed. R. Civ. P. Any motions in limine shall be filed after the close of discovery but sufficiently before the Final Pretrial Submission Date to allow all briefing by all parties by the Final Pretrial Submission date; the premotion letter requirement is waived for any such motion. If this action is to be tried before a jury, proposed voir dire, jury instructions and verdict form shall also be filed by the Final Pretrial Submission Date. Counsel are required to meet and confer on a joint submission of proposed jury instructions and verdict form, noting any points of disagreement in the joint submission. Jury instructions may not be submitted after the Final Pretrial Submission Date, unless they meet the standard of Rule 51(a)(2)(A), Fed. R. Civ. P. If the action is to be tried to the Court, all "Final Pretrial Submissions (Non-Jury)" described in the Judge's Individual Practices (at ¶5) shall be filed by the Final Submission Date with the schedule for each party's submission to be agreed upon by the parties.

13. The next Case Management Conference is scheduled for  Nov 17, 2017  at 10:30 a.m.

14. Any motion to amend to add additional parties or claims will be deemed untimely unless made within 60 days of this Order.

This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend the dates herein (except as noted in paragraph 6) shall be made in a written application in accordance with the Court's Individual Practices and shall be made no less than five (5) days prior to the expiration of the date sought to be extended.

                                                  P. Kevin Castel
                                                  United States District Judge

Dated:     New York, New York
             April 10, 2017