# Exhibit J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Google Play Store Antitrust Litigation | Case No. 21-md-02981-JD<br><br>**AMENDED MDL SCHEDULING ORDER** |

In response to the parties' Joint Statement re: Case Schedule and Trial Structure, MDL Dkt. No. 181, the Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. This order applies to all actions that are a part of this multi-district litigation case, and supersedes all scheduling orders previously issued in any member case.

| Event | Deadline |
|---|---|
| Add parties and amend pleadings | Closed |
| Plaintiffs serve opening class expert reports | February 28, 2022 |
| Status conference | March 17, 2022, at 11 a.m. (by remote access) |
| Google serves opposition class expert reports | March 31, 2022 |
| Plaintiffs serve class expert rebuttal reports | April 25, 2022 |
| Class experts discovery cut-off | May 13, 2022 |
| Plaintiffs file class certification motion;<br><br>Plaintiffs and Google file *Daubert* motions re class certification experts | May 26, 2022 |

| Event | Deadline |
|---|---|
| Google's class certification opposition; Plaintiffs' and Google's *Daubert* oppositions | June 23, 2022 |
| Joint submission for class certification experts' concurrent expert proceeding | July 12, 2022 |
| Plaintiffs' class certification reply brief; Plaintiffs' and Google's *Daubert* replies | July 14, 2022 |
| Concurrent expert proceeding for class certification experts | July 19, 2022 (Tue), at 2:00 p.m. |
| Class certification hearing | August 4, 2022, at 10:00 a.m. |
| Fact discovery cut-off | August 12, 2022 |
| Plaintiffs' merits expert reports | August 22, 2022 |
| Google's merits expert reports | September 26, 2022 |
| Plaintiffs' merits expert rebuttal reports | October 17, 2022 |
| Merits experts discovery cut-off | October 31, 2022 |
| Last day to file dispositive and *Daubert* motions | November 10, 2022 |
| Dispositive and *Daubert* motion responses | December 8, 2022 |
| Dispositive and *Daubert* motion replies | December 29, 2022 |
| Joint submission for merits experts' concurrent expert proceeding | December 30, 2022 |
| Concurrent expert proceeding for merits experts | January 5, 2023 (Tue), at 2:00 p.m. |
| Dispositive motion hearing | January 19, 2023, at 10:00 a.m. |
| Final pretrial conference | March 16, 2023, at 1:30 p.m. |
| Jury Trial | April 3, 2023, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-

controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  February 2, 2022

JAMES DONATO
United States District Judge