# Exhibit L

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case No. 19-md-02918-MMC<br><br>MDL No. 2918 |
| This Document Relates to:<br><br>ALL CASES | [PROPOSED] AMENDED ORDER RE CASE SCHEDULE<br><br>Judge: Hon. Maxine M. Chesney |

WHEREAS the current case schedule was set forth in ECF No. 430;

WHEREAS, the Court considered the Parties' Joint Case Management Statement (ECF No. 497) outlining their respective positions concerning Class Plaintiffs' request for an extension to the case schedule; and

WHEREAS, the Court held a Case Management Conference on May 20, 2022:

It is hereby **Ordered** that the case schedule shall be amended as follows:

1. The close of fact discovery will be on October 21, 2022;

2. Defendants' Motions for Summary Judgment based on the Foreign Trade Antitrust Improvements Act ("FTAIA") and other laws limiting the extraterritorial reach of U.S. antitrust laws will be due on August 2, 2022;

3. Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment based on the FTAIA and other laws limiting the extraterritorial reach of U.S. antitrust laws will be due on October 14, 2022;

4. Defendants' Replies in Support of their Motions for Summary Judgment based on the FTAIA and other laws limiting the extraterritorial reach of U.S. antitrust laws will be due on December 7, 2022;

5. Class Plaintiffs' Motions for Class Certification and expert reports in support of class certification will be due on September 27, 2022;

6. Defendants' Oppositions to Motions for Class Certification and expert reports in opposition to class certification will be due on November 22, 2022;

7. Class Plaintiffs' Replies and expert rebuttal reports in support of their Motions for Class Certification will be due on January 31, 2023; and

8. A Case Management Conference shall take place on March 31, 2023, with the Parties' Joint Case Management Statement due by March 24, 2023.

Dated: May 27, 2022

Hon. Maxine M. Chesney
United States District Judge