# Exhibit N

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

**PRETRIAL ORDER NO. 217**
**(AMENDING PRETRIAL ORDER NO. 188)**
**( SCHEDULE OF PROCEEDINGS IN BELLWETHER CASES)**

**AND NOW**, this 13th day of October, 2022, after discussion with the parties during the October 13, 2022 General Status Conference, it is hereby **ORDERED** that the deadlines set forth in Pretrial Order No. 188 for the **Bellwether Cases** are **AMENDED** as follows:

1. Fact discovery shall be completed no later than **June 1, 2023**.

2. Plaintiffs shall serve all expert reports and file applicable motions for class certification no later than **July 5, 2023**.

3. Depositions of Plaintiffs' experts shall be completed no later than **September 14, 2023**.

4. Defendants shall serve all expert reports and file responses to motions for class certification (with any expert reports in support thereof) and *Daubert* motions as to Plaintiffs' experts no later than **October 2, 2023**.

5. Depositions of Defendants' experts shall be completed no later than **December 18, 2023**.

6. Plaintiffs shall serve all rebuttal expert reports and file replies in support of class certification, responses to Defendants' *Daubert* motions, and *Daubert* motions as to Defendants' experts no later than **January 10, 2024**.

7. Depositions of Plaintiffs' new rebuttal experts, if any, shall be completed no later than **February 12, 2024**.

8. Defendants shall file sur-replies in opposition to class certification and responses in opposition to Plaintiffs' *Daubert* motions no later than **February 26, 2024**.

9. Plaintiffs shall file any further replies in support of class certification no later than **March 13, 2024**.

10. The Court will schedule hearings on class certification and *Daubert* motions for dates to be determined in **April 2024**.

11. All motions for summary judgment regarding the State Plaintiffs' bellwether case shall be filed no later than **March 13, 2024**.

12. All motions for summary judgment regarding the DPPs' and EPPs' bellwether cases shall be filed no later than **April 15, 2024**.

13. Responses to a motion for summary judgment shall be filed 60 days after the motion is filed.

14. Replies to a motion for a summary judgment shall be filed 30 days after the response is filed.

15. Oral argument on motions for summary judgment will be scheduled at the discretion of the Court.

16. Pretrial planning conferences, including with regard to *Lexecon*, will be scheduled at a later time in consultation with counsel.

17. Witnesses, including expert witnesses, shall be deposed no more than once, unless by agreement of the parties or by order of the Court for good cause shown. All disputes regarding depositions, including the length of the deposition of a particular witness, are referred in the first instance to Special Discovery Master Bruce Merenstein and whenever possible should be resolved before the witness is deposed.

It is so **ORDERED.**

                **BY THE COURT**

                /s/ Cynthia M. Rufe
                _____
                 CYNTHIA M. RUFE, J.