# Exhibit O

**Archived:** Thursday, November 3, 2022 1:01:21 PM
**From:** Jason Zweig
**Sent:** Sunday, October 23, 2022 5:18:18 PM
**To:** Zeke DeRose; MCCALLUM, Robert
**Cc:** MAHR, Eric (EJM); Justina Sessions; mevansaziz@wsgr.com; BAYOUMI, Jeanette; Philip Korologos; Dena C. Sharp; Jordan Elias; Henry Kelston; Ted Maya; Stuart Davidson; Serina Vash; Eric Maier; Daniel Bird; Zelcs, George; Martha Reiser; Andrew Huynh; bsukiennik@cravath.com
**Subject:** RE: Google AdTech MDL: PLA's Proposed Case Management Plan & Scheduling Order
**Sensitivity:** Normal

Thanks for sending these Zeke.

Rob, we can discuss further when we speak, but in terms of the length of the discovery period, plaintiffs have offered 18 months as a compromise, which we hope defendants will accept. If not, it is plaintiffs' intention to request a 15 month discovery period in the PLA's submission to the Court that is due on October 31.

**Jason Zweig**
Partner

# Keller | Postman

150 N. Riverside Plaza, Suite 4100 | Chicago, IL, 60606
312.216.8667  ?| Email ?| Bio | Website

---

**From:** Zeke DeRose III <Zeke.DeRose@LanierLawFirm.com>
**Sent:** Saturday, October 22, 2022 2:27 AM
**To:** MCCALLUM, Robert <rob.mccallum@freshfields.com>
**Cc:** MAHR, Eric (EJM) <Eric.MAHR@freshfields.com>; Justina Sessions <jsessions@wsgr.com>; mevansaziz@wsgr.com; BAYOUMI, Jeanette <Jeanette.Bayoumi@freshfields.com>; Philip Korologos <Pkorologos@BSFLLP.com>; Jason Zweig <jaz@kellerpostman.com>; Dena C. Sharp <dsharp@girardsharp.com>; Jordan Elias <jelias@girardsharp.com>; Henry Kelston <hkelston@ahdootwolfson.com>; Ted Maya <tmaya@ahdootwolfson.com>; Stuart Davidson <sdavidson@rgrdlaw.com>; Serina Vash <svash@hermanjones.com>; Eric Maier <emaier@kellogghansen.com>; Daniel Bird <dbird@kellogghansen.com>; Zelcs, George <GZelcs@KoreinTillery.com>; Martha Reiser <mreiser@cravath.com>; Andrew Huynh <ahuynh@cravath.com>; bsukiennik@cravath.com
**Subject:** Re: Google AdTech MDL: PLA's Proposed Case Management Plan & Scheduling Order

Rob,

I have attached a response from the plaintiffs to the Case Management Plan. Please let us know if you and Meta have time to discuss the edits/changes on Monday or Tuesday.

Zeke

---

**From:** Zeke DeRose III <Zeke.DeRose@LanierLawFirm.com>
**Date:** Wednesday, October 12, 2022 at 12:33 AM
**To:** "MCCALLUM, Robert" <rob.mccallum@freshfields.com>

**Cc:** "MAHR, Eric (EJM)" <Eric.MAHR@freshfields.com>, Justina Sessions <jsessions@wsgr.com>, "mevansaziz@wsgr.com" <mevansaziz@wsgr.com>, "BAYOUMI, Jeanette" <Jeanette.Bayoumi@freshfields.com>, Philip Korologos <Pkorologos@BSFLLP.com>, Jason Zweig <jaz@kellerpostman.com>, "Dena C. Sharp" <dsharp@girardsharp.com>, Jordan Elias <jelias@girardsharp.com>, Henry Kelston <hkelston@ahdootwolfson.com>, Ted Maya <tmaya@ahdootwolfson.com>, Stuart Davidson <sdavidson@rgrdlaw.com>, Serina Vash <svash@hermanjones.com>, "Maier, Eric J." <emaier@kellogghansen.com>, "Bird, Daniel G." <dbird@kellogghansen.com>, "Zelcs, George" <GZelcs@KoreinTillery.com>
**Subject:** Re: Google AdTech MDL: PLA's Proposed Case Management Plan & Scheduling Order

Great. Thank y'all for accommodating. Invite to follow.

---

**From:** "MCCALLUM, Robert" <rob.mccallum@freshfields.com>
**Date:** Tuesday, October 11, 2022 at 5:45 PM
**To:** Zeke DeRose III <Zeke.DeRose@LanierLawFirm.com>
**Cc:** "MAHR, Eric (EJM)" <Eric.MAHR@freshfields.com>, Justina Sessions <jsessions@wsgr.com>, "mevansaziz@wsgr.com" <mevansaziz@wsgr.com>, "BAYOUMI, Jeanette" <Jeanette.Bayoumi@freshfields.com>, Philip Korologos <Pkorologos@BSFLLP.com>, Jason Zweig <jaz@kellerpostman.com>, "Dena C. Sharp" <dsharp@girardsharp.com>, Jordan Elias <jelias@girardsharp.com>, Henry Kelston <hkelston@ahdootwolfson.com>, Ted Maya <tmaya@ahdootwolfson.com>, Stuart Davidson <sdavidson@rgrdlaw.com>, Serina Vash <svash@hermanjones.com>, "Maier, Eric J." <emaier@kellogghansen.com>, "Bird, Daniel G." <dbird@kellogghansen.com>, "Zelcs, George" <GZelcs@KoreinTillery.com>
**Subject:** RE: Google AdTech MDL: PLA's Proposed Case Management Plan & Scheduling Order

Zeke – Monday from 3pm to 4pm ET works for us. Look forward to speaking with you then.

Kind regards,
Rob

---

**From:** Zeke DeRose III <Zeke.DeRose@LanierLawFirm.com>
**Sent:** Tuesday, October 11, 2022 4:33 PM
**To:** MCCALLUM, Robert <rob.mccallum@freshfields.com>
**Cc:** MAHR, Eric (EJM) <Eric.MAHR@freshfields.com>; Justina Sessions <jsessions@wsgr.com>; mevansaziz@wsgr.com; BAYOUMI, Jeanette <Jeanette.Bayoumi@freshfields.com>; Philip Korologos <Pkorologos@BSFLLP.com>; Jason Zweig <jaz@kellerpostman.com>; Dena C. Sharp <dsharp@girardsharp.com>; Jordan Elias <jelias@girardsharp.com>; Henry Kelston <hkelston@ahdootwolfson.com>; Ted Maya <tmaya@ahdootwolfson.com>; Stuart Davidson <sdavidson@rgrdlaw.com>; Serina Vash <svash@hermanjones.com>; Maier, Eric J. <emaier@kellogghansen.com>; Bird, Daniel G. <dbird@kellogghansen.com>; Zelcs, George <GZelcs@KoreinTillery.com>
**Subject:** Re: Google AdTech MDL: PLA's Proposed Case Management Plan & Scheduling Order

Rob,

It looks like schedules and court appearances are pretty backed-up the next few days. Any chance this next Monday (Oct 17) from 2-4pm ET works for y'all?

That timeframe might allow your West Coast team to join as well.

If 2-4pm ET doesn't work, let me know what does and we will get a smaller group on the call so we can move things forward.

*As an aside, we have confirmation that the draft of the Case Management Plan circulated Friday has sign off from all plaintiffs (including all plaintiff states).

Thanks again,

Zeke

---

**From:** "MCCALLUM, Robert" <rob.mccallum@freshfields.com>
**Date:** Monday, October 10, 2022 at 1:57 PM
**To:** Zeke DeRose III <Zeke.DeRose@LanierLawFirm.com>
**Cc:** PLA-GoogleAdTech <PLA-GoogleADTech@mail-list.com>, "MAHR, Eric (EJM)" <Eric.MAHR@freshfields.com>, Justina Sessions <jsessions@wsgr.com>, "mevansaziz@wsgr.com" <mevansaziz@wsgr.com>, "BAYOUMI, Jeanette" <Jeanette.Bayoumi@freshfields.com>
**Subject:** RE: Google AdTech MDL: PLA's Proposed Case Management Plan & Scheduling Order

Zeke –

Thanks for your email. Please do let us know when you have confirmation from all of the states that they are signed off on the revised draft.

Google is available to discuss on Wednesday from 12pm to 2pm and from 3pm to 4pm (ET). Please let us know if one of those slots will work for you.

Kind regards,
Rob

---

**From:** Zeke DeRose III <Zeke.DeRose@LanierLawFirm.com>
**Sent:** Friday, October 7, 2022 8:12 PM
**To:** MAHR, Eric (EJM) <Eric.MAHR@freshfields.com>; Justina Sessions <jsessions@wsgr.com>; MCCALLUM, Robert <rob.mccallum@freshfields.com>
**Cc:** PLA-GoogleAdTech <PLA-GoogleADTech@mail-list.com>
**Subject:** Re: Google AdTech MDL: PLA's Proposed Case Management Plan & Scheduling Order

Eric,

We provided the draft Case Management Plan to Google last Friday, and at the same time (in accordance with PTO2) provided the draft to the Individual Action plaintiffs for comment.

The PLA has worked with the Individual Action plaintiffs and have incorporated their comments and the comments of all plaintiffs into the attached redline. (The redline is made to the version sent to Google last Friday.)

The attached document has input from all plaintiff groups. In the interest of getting Google a draft for negotiations, we are waiting on final sign off regarding the most recent tweaks/edits from some of the states and they have a negative option that expires Monday. (We expect all states to consent to the most recent edits, and this draft to represent the proposal from all plaintiffs (private and state)).

As you will see, some of the changes are simply reorganizing provisions or edits for consistency (e.g., combining paragraph 6 with paragraph 3, making references to the number of parties, etc.), and two of the paragraphs (1 and 12) have a substantive edit.

**Please let us know if Google is available this Wednesday, October 12 to being initial**

**discussions regarding the Case Management Plan and Scheduling Order.**

As always, please feel free to call. And have a great weekend.

Zeke


Zeke DeRose III - Attorney  p: 713-659-5200  w: [www.LanierLawFirm.com](www.LanierLawFirm.com)

---

**From:** Zeke DeRose III <[Zeke.DeRose@LanierLawFirm.com](Zeke.DeRose@LanierLawFirm.com)>
**Date:** Friday, September 30, 2022 at 2:38 PM
**To:** "MAHR, Eric (EJM)" <[Eric.MAHR@freshfields.com](Eric.MAHR@freshfields.com)>, "Sessions, Justina" <[jsessions@wsgr.com](jsessions@wsgr.com)>, "MCCALLUM, Robert" <[rob.mccallum@freshfields.com](rob.mccallum@freshfields.com)>
**Cc:** PLA-GoogleAdTech <[PLA-GoogleADTech@mail-list.com](PLA-GoogleADTech@mail-list.com)>
**Subject:** Google AdTech MDL: PLA's Proposed Case Management Plan & Scheduling Order

Eric,

I hope you are doing well and the weather isn't too bad in D.C. from the hurricane.

We have included in the "cc" line a listserv that includes the Plaintiffs' Lead Attorneys (Mark Lanier, David Boies, Dena Sharp, and Tina Wolfson) to help ensure folks don't get left off emails when it's intended for the PLA. This list also includes others from their teams to make sure nothing slips through.

I have attached a draft of the PLA's proposed Case Management Plan and Scheduling Order. In accordance with Judge Castel's direction, we are simultaneously sending the draft to the Individual Action plaintiffs for consideration and negotiation.

It is our understanding that we have until October 29th to submit our proposal to the Court. (We are aiming for Friday, October 28, 2022 to submit the draft.) We have drafted the Case Management Plan and Scheduling Order based on Judge Castel's model order, his guidance in paragraph 6 of PTO2 (Dkt. No. 309), and any unique issues to the case.

We look forward to open and productive conversations and negotiations around the Plan and are happy to jump on a call sooner rather than later to discuss.

Please let us know who we should include on those calls/correspondence and when you would like to have an initial call.

Have a good and safe weekend.

Zeke

**Zeke DeRose III**
**Attorney**
p: 713-659-5200

10940 West Sam Houston Pkwy N, Suite 100
Houston • Texas • 77064
www.LanierLawFirm.com

---

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.