# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Civil Action No. 1:21-md-3010 (PKC) |
| This document relates to:<br><br>CLIFFY CARE LANDSCAPING, LLC, *et al.* on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br>v.<br><br>META PLATFORMS, INC., GOOGLE LLC, and ALPHABET INC.<br><br>   *Defendants*. | Civil Action No. 1:21-cv-6910 (PKC) |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, Plaintiffs Cliffy Care Landscaping LLC, Kinin, Inc., Raintree Medical and Chiropractic Center LLC, and Rodrock Chiropractic, PA (the "*Cliffy Care* plaintiffs"), respectfully request that Jennifer M. Oliver be permitted to withdraw as counsel in the above-captioned proceeding as a result of her departure from MoginRubin LLP.

Ms. Oliver's withdrawal will not delay the matter or prejudice any party, and she is not retaining or charging a lien. MoginRubin LLP will continue to represent Cliffy Care plaintiffs in the above-captioned proceeding.

Dated: November 10, 2022						Respectfully submitted,

								*/s/ Daniel J. Mogin*
								Daniel J. Mogin
								**MOGINRUBIN LLP**
								600 West Broadway, Suite 3300
								San Diego, CA 92101
								(619) 687-6611
								dmogin@moginrubin.com

								*Counsel for Plaintiffs Cliffy Care,*
								*Kinin, Rodrock, and Raintree*

## CERTIFICATE OF SERVICE

All counsel on the ECF list were served a true and correct copy of the foregoing on November 10, 2022, via the Court's CM/ECF system and to the best knowledge of the undersigned there are no recipients who are not registered to receive electronic service.

*/s/ Daniel J. Mogin*
Daniel J. Mogin