UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Civil Action No. 1:21-md-3010 (PKC) |
| This document relates to:<br><br>CLIFFY CARE LANDSCAPING, LLC, *et al.* on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br>v.<br><br>META PLATFORMS, INC., GOOGLE LLC, and ALPHABET INC.<br><br>   *Defendants*. | Civil Action No. 1:21-cv-6910 (PKC) |

## [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

IT IS HEREBY ORDERED that Jennifer M. Oliver is withdrawn as counsel for Plaintiffs Cliffy Care Landscaping LLC, Kinin, Inc., Raintree Medical and Chiropractic Center LLC, and Rodrock Chiropractic, PA (the "*Cliffy Care* plaintiffs"), and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. MoginRubin LLP will continue to represent Plaintiffs Cliffy Care Landscaping LLC, Kinin, Inc., Raintree Medical and Chiropractic Center LLC, and Rodrock Chiropractic, PA.

Dated: _____

                    _____
                    Honorable P. Kevin Castel
                    United States District Judge