UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**MOTION TO WITHDRAW DANIEL V. DORRIS AS ATTORNEY OF RECORD** |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>                                    *Plaintiffs*,<br><br>     -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                                    *Defendants*. | Case No. 1:21-cv-03446 (PKC) |

     PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Civil Rule 1.4, to allow Daniel V. Dorris to withdraw as counsel of record for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc. in the above-referenced actions due to his departure from the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.  I respectfully request that Daniel V. Dorris be removed from the docket as counsel for Associated Newspapers Ltd. and Mail Media, Inc.  All other counsel listed on the docket from the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. will continue to represent Associated Newspapers Ltd. and Mail Media, Inc. in these matters.

     A proposed order is attached hereto.

Date:  November 11, 2022

Respectfully submitted,

/s/ *John Thorne*

John Thorne
KELLOGG, HANSEN, TODD, FIGEL &
   FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Tel:  (202) 326-7992
Fax:  (202) 326-7999
Email:  jthorne@kellogghansen.com

*Counsel for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 11, 2022, I caused an electronic copy of the foregoing Motion to Withdraw Daniel V. Dorris as Attorney of Record to be served electronically by the Court's Electronic Case Filing (ECF) System.

/s/ *John Thorne*
John Thorne