**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**ORDER TO WITHDRAW DANIEL V. DORRIS AS ATTORNEY OF RECORD** |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>*Plaintiffs*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:21-cv-03446 (PKC) |

The motion of Daniel V. Dorris to withdraw as attorney of record in the above-entitled litigation is granted.

**IT IS HEREBY ORDERED** that Daniel V. Dorris be withdrawn as Counsel for Associated Newspapers Ltd. and Mail Media, Inc. in the above-referenced actions.

Dated: _____        _____
                                                                                        Honorable P. Kevin Castel