UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC)<br><br>*This Document Relates to:*<br>*ALL ACTIONS* |

### DECLARATION OF ROBERT J. MCCALLUM IN SUPPORT OF DEFENDANT GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER COMPELLING PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED

I, Robert J. McCallum, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am Of Counsel to the law firm Freshfields Bruckhaus Deringer US LLP, which represents Defendant Google LLC ("Google") in the above-captioned case.

2.  I am an attorney admitted to practice in the State of New York and I have filed a Notice of Appearance in the above-captioned case.

3.  In support of Google's Opposition to Plaintiffs' Motion for Order Compelling Production of Documents Withheld as Privileged, No. 1:21-MD-3010, ECF No. 368, attached as Exhibits A, B, C, and D are four declarations provided by Google employees with personal knowledge of certain documents challenged by Plaintiffs.

4.  Pursuant to Rule 5 of the Court's Individual Practices and in accordance with the Court's prior orders concerning sealing personal information, including names and job titles, the versions of Exhibits A, B, C, and D filed on the public docket contain redactions of the names and job titles of Google employees and the versions of Exhibits A, B, C, and D filed under seal contain highlighting to identify the portions that have been redacted from the public versions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2022, in New York, NY

                                                 Robert J. McCallum