# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC)<br><br>*This Document Relates to:*<br>*ALL ACTIONS* |

**DECLARATION OF ███████ IN SUPPORT OF GOOGLE'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER COMPELLING PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED**

I, ███████, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am ███████████████████████ at Defendant Google LLC.  I have been employed by Google since February 2015 and have held my current position since November 2022. During the period from November 2018 to January 2021, I was employed by Google in the position of ████████████████████████

2.      I have reviewed the document identified as GOOG-DOJ-11698798, which is a presentation titled "Dec 2019 Finance Updates" (hereinafter "the Document").

3.      I have personal knowledge of the material in the Document because I was one of the Document's authors.

4.      The redacted material on Slide 7 (page -804) reflects the legal advice of attorneys at the law firm Slaughter and May, one of Google's European outside counsel, concerning pricing guidance under EU law.

5.      I submit this declaration in support of Google's Memorandum of Law in Opposition to Plaintiffs' Motion for Order Compelling Production of Documents Withheld as Privileged in *In Re Google Digital Advertising Antitrust Litigation*, Case No. 21-MD-3010 (PKC) (S.D.N.Y.), filed on November 14, 2022.

6.      The contents of this declaration are true and correct to the best of my knowledge, information, and belief, and are based on my personal knowledge of the Document.  If called upon as a witness in this action, I could and would testify competently thereto.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 11th day of November, 2022, in New York, NY