UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ------------------------------------------------------- x <br> IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION <br><br> ------------------------------------------------------- x | 21-md-3010 (PKC) |
| THIS DOCUMENT RELATES TO: <br><br> SPX Total Body Fitness LLC, d/b/a The Studio Empower, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> *and* <br><br> SKINNYSCHOOL LLC d/b/a MARIA MARQUES FITNESS and MINT ROSE DAY SPA LLC, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. <br> ------------------------------------------------------- x | 1:21-cv-06870-PKC <br><br><br><br><br> 1:21-cv-07045-PKC <br><br><br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT UNDER SEAL**

Pursuant to this Court's Individual Practice No. 5, SPX Total Body Fitness LLC, d/b/a The Studio Empower ("SPX"), Mint Rose Day Spa LLC.("Mint Rose") and SkinnySchool LLC., d/b/a Maria Marques Fitness ("SkinnySchool") (the "Plaintiffs") file this Motion for Leave to File the Unredacted Consolidated Amended Class Action Complaint Under Seal. Along with the unredacted version of the Consolidated Amended Class Action Complaint (Exhibit A), Plaintiffa

provide, to be publicly filed, proposed redactions that are consistent with the Court's prior guidance in this case to the best of their ability.

In accordance with Individual Practices Rule 5B(iii), the Plaintiffs are filing the Consolidated Amended Class Action Complaint with redactions. Simultaneously, the Plaintiff are also filing, as an Exhibit A to this Motion, the unredacted Consolidated Amended Class Action Complaint with proposed redactions highlighted in yellow. Out of an abundance of caution, the publicly filed redacted version of the Consolidated Amended Class Action Complaint redacts all items that were produced by Google, LLC, designated under the Protective Order. ECF No. 297. Plaintiffs believe they are required to file such information under seal but that Google must justify its remaining under seal. Plaintiffs believe that any questions about whether information should remain under seal should be resolved in favor of public access. *See Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 142 (2nd Cir. 2016); *Bronx Conservatory of Music, Inc. v. Kwoka*, 2021 WL 2850632 (S.D.N.Y. July 8, 2021) ("[I]t is well-settled that generalized concerns of adverse publicity and reputational injury ... cannot justify an order sealing a core judicial document."). As a result, Plaintiffs believe that Google and other affected entities should be required to show cause in writing, by December 16, 2022 (two weeks from the date of this Motion), why the Consolidated Amended Class Action Complaint ought not be publicly filed in unredacted form.

Dated: December 2, 2022                Respectfully submitted,

                                  By:   */s/ Fred T. Isquith Sr.*
                                        Fred T. Isquith Sr
                                        Robert S. Schachter (RS 7243)
                                        Jessica Hermes (JH____)
                                        **ZWERLING, SCHACHTER**
                                        **& ZWERLING, LLP**
                                        41 Madison Avenue, 32nd Floor

New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 371-5969
ftisquith@zsz.com
rschachter@zsz.com
jhermes@zsz.com

Fred T. Isquith, Jr. (*FI-1064*)
**ISQUITH LAW**
220 East 80th Street
New York, NY 10075
Tel: (607) 277-6513
isquithlaw@gmail.com


Solomon B. Cera (admitted pro hac)
Pamela A. Markert (admitted pro hac)
**CERA LLP**
201 California Street, Ste 1240
San Francisco, CA 94111
Telephone: (415) 977-2228
Email: scera@cerallp.com
Email: pmarkert@cerallp.com

Kate Baxter-Kauf (admitted pro hac)
Heidi M. Silton (admitted pro hac)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P**
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 596-4007
Email: kmbaxter-kauf@locklaw.com
Email: hmsilton@locklaw.com

Richard Vita
**VITA LAW OFFICES, P.C.**
100 State Street, Suite 900
Boston, MA 02109
Tel: (617) 426-6566
rjv@vitalaw.com


*Attorneys for Plaintiffs and the Class*