UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

IN RE: GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

21-md-3010 (PKC)

-------------------------------------------------------- x

THIS DOCUMENT RELATES TO:

SPX Total Body Fitness LLC, d/b/a The
Studio Empower, on behalf of itself and all
others similarly situated,

1:21-cv-06870-PKC

Plaintiff,

*and*

SKINNYSCHOOL LLC d/b/a MARIA
MARQUES FITNESS and MINT ROSE DAY
SPA LLC, on behalf of themselves and all
others similarly situated,

1:21-cv-07045-PKC

Plaintiffs,

vs.

**JURY TRIAL DEMANDED**

GOOGLE LLC,

Defendant.
-------------------------------------------------------- x

**[PROPOSED] ORDER GRANTING THE PLAINTIFFS' MOTION FOR LEAVE TO
FILE THE UNREDACTED COMPLAINT UNDER SEAL**

CASTEL, District Judge:

The Plaintiffs' Motion for Leave to file the Consolidated Amended Class Action Complaint

is GRANTED. The Consolidated Amended Class Action Complaint shall be filed in the redacted

form submitted to this Court in accordance with the Plaintiff States' yellow highlights, leaving in

place redactions only related to documents designated confidential or higher by Google LLC

2

pursuant to the Protective Order.   ECF No. 297.  Plaintiffs are directed to publicly file a version

of the Third Amended Complaint that conforms to this Order no later than December __, 2022.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York                           _____
        December ___, 2022

2