## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Mikaela M. Bock, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Hanson Law Firm, PC, and Vitor Lindo in the above-captioned action.

I am a member in good standing of the State Bar of California; a certificate of good standing is attached as Exhibit A.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended disbarred or denied admission or readmission by any court.  In support of this Motion, I am attaching the Declaration required by Local Rules 1.3 and 1.9(a) as Exhibit B.

Dated: December 5, 2022

Respectfully submitted,

 */s/ Mikaela M. Bock*

Mikaela M. Bock
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: 415.981.4800
Facsimile:  415.981.4846
Email: mbock@girardsharp.com

*Attorney for Plaintiffs*