# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Mikaela M. Bock for admission to practice Pro Hac Vice in the above-captioned action is granted.

Mikaela M. Bock has declared that she is a member in good standing of the State Bar of California, and that her contact information is as follows:

> Mikaela M. Bock
> GIRARD SHARP LLP
> 601 California Street, Suite 1400
> San Francisco, California 94108
> Telephone: 415.981.4800
> Facsimile:  415.981.4846
> Email: mbock@girardsharp.com

Mikaela M. Bock, having requested admission Pro Hac Vice to appear for all purposes as counsel for Hanson Law Firm, PC, and Vitor Lindo in the above-captioned action;

**IT IS HEREBY ORDERED** that Mikaela M. Bock is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                                                         Honorable P. Kevin Castel
                                                                                         United States District Judge