> Doc 404 shall remain sealed. File new redacted Consolidated Amended Complaint within 7 days.
>
> SO ORDERED
>
> [signature]
> USDJ
> 12-6-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

IN RE: GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

21-md-3010 (PKC)

------------------------------------------------------- x

THIS DOCUMENT RELATES TO:

SPX Total Body Fitness LLC, d/b/a The Studio Empower, on behalf of itself and all others similarly situated,

        Plaintiff,

*and*

SKINNYSCHOOL LLC d/b/a MARIA MARQUES FITNESS and MINT ROSE DAY SPA LLC, on behalf of themselves and all others similarly situated,

        Plaintiffs,

        vs.

GOOGLE LLC,

        Defendant.

1:21-cv-06870-PKC

1:21-cv-07045-PKC

------------------------------------------------------- x

## REQUEST TO REMOVE OR FORMALLY SEAL FILING PURSUANT TO ELECTRONIC CASE FILING RULES AND INSTRUCTIONS §§ 13.26 & 21.7

Plaintiffs SPX Total Body Fitness LLC, d/b/a The Studio Empower, Mint Rose Day Spa LLC and SkinnySchool LLC., d/b/a Maria Marques Fitness (together, the "Plaintiffs") respectfully request that the Court enter an Order directing the Southern District of New York ECF Help Desk remove a redacted document filed in error and currently under temporary seal. In support of this request, Plaintiffs state as follows:

1. Plaintiffs filed the Consolidated Amended Class Action Complaint on December 2, 2022, pursuant to this Court's Order of November 18, 2022. *See* ECF No. 392 (Order permitting filing of amended complaint); ECF No. 404 (filed complaint).

2. Because the complaint contained quotes from documents produced in discovery and designated confidential or higher by Defendant Google LLC pursuant to the governing protective order (ECF No. 297), Plaintiffs filed a motion to seal portions of the complaint and then filed redacted and under seal versions of the complaint. *See* ECF No. 403 (motion to seal with accompanying Exhibit A); ECF No. 404 (filed redacted complaint); ECF No. 405 (notice of under seal complaint).

3. After filing, still on December 2, 2022, Plaintiffs received correspondence from counsel for Meta Platforms, Inc. f/k/a Facebook, Inc., that certain names of Meta employees should also have been redacted. Specifically, Plaintiffs reference two Meta employees in paragraph 215 of the Consolidated Amended Class Action Complaint that this Court previously ordered remain under seal in prior complaints. *See* ECF No. 195 (paragraph 420 of States' complaint naming same employees); ECF No. 186 (Court order permitting those names to remain under seal).

4. As a result, the undersigned counsel immediately contacted the Help Desk and the ECF Error email account for the Southern District of New York pursuant to sections 13.26 and 21.7 of the SDNY Electronic Case Filing Rules and Instructions to request that ECF No. 404 be removed as incorrectly filed, or sealed pending a Court order permitting removal. That email was sent the evening of December 2, 2022; the ECF Help Desk confirmed that the entry had been placed under emergency seal immediately after opening on December 5, 2022.

5. In addition, Plaintiffs immediately filed a corrected redacted complaint on the public docket that redacts the information produced and designated confidential by Google LLC

pursuant to the operative protective order as well as the redaction of the two names requested by Meta Platforms, Inc., such that an appropriately redacted complaint is currently present on the public docket. ECF No. 406.

6. Plaintiffs believe that the incorrectly redacted version of Plaintiffs' Consolidated Amended Class Action Complaint (ECF No. 404) should thus be removed from the docket or remain under permanent seal given this Court's prior order. ECF No. 186. As a result, Plaintiffs respectfully request that the Court order such relief.

Dated: December 5, 2022                    Respectfully submitted,

By:  /s/Kate Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN P.L.L.P**
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 596-4007
Email: kmbaxter-kauf@locklaw.com

Fred T. Isquith, Sr. (FI 6482)
Robert S. Schachter (RS 7243)
Jessica Hermes (JH 9075)
**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue, 32nd Floor
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 371-5969
ftisquith@zsz.com
rschachter@zsz.com
jhermes@zsz.com

Fred T. Isquith, Jr. (*FI-1064*)
**ISQUITH LAW**
220 East 80th Street
New York, NY 10075
Tel: (607) 277-6513
isquithlaw@gmail.com

Solomon B. Cera (admitted pro hac)
Pamela A. Markert (admitted pro hac)
**CERA LLP**
201 California Street, Ste 1240
San Francisco, CA 94111
Telephone: (415) 977-2228
Email: scera@cerallp.com
Email: pmarkert@cerallp.com

Kate Baxter-Kauf (admitted pro hac)
Heidi M. Silton (admitted pro hac)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P**
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 596-4007
Email: kmbaxter-kauf@locklaw.com
Email: hmsilton@locklaw.com

Richard Vita
**VITA LAW OFFICES, P.C.**
100 State Street, Suite 900
Boston, MA 02109
Tel: (617) 426-6566
rjv@vitalaw.com

*Attorneys for Plaintiffs and the Class*