AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| In Re Google Digital Advertising Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-md-03010-PKC |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Progressive, Inc., The Nation Company, L.P. and Genius Media Group, Inc.

Date: 12/07/2022

/s/ Christopher M. Burke
*Attorney's signature*

Christopher M Burke    SDNY Bar No. CB-3648
*Printed name and bar number*

Korein Tillery, LLC
707 Broadway, Suite 1410
San Diego, CA  92101
*Address*

cburke@koreintillery.com
*E-mail address*

619-625-5620
*Telephone number*

314-241-3525
*FAX number*