AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| In Re Google Digital Advertising Litigation | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-md-03010-PKC |
|  | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Progressive, Inc., The Nation Company, L.P. and Genius Media Group, Inc.

Date: 12/07/2022

/s/ Yifan (Kate) Lv
*Attorney's signature*

Yifan (Kate) Lv      Bar No. 5259320
*Printed name and bar number*

Korein Tillery, LLC
707 Broadway, Suite 1410
San Diego, CA  92101
*Address*

klu@koreintillery.com
*E-mail address*

619-625-5620
*Telephone number*

314-241-3525
*FAX number*