UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-md-3010 (PKC) |

*This Stipulation Relates To:*

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*, *Plaintiffs*, - against - GOOGLE LLC, *Defendant.* | No. 21-CV-6841 (PKC) |

*and Order*

STIPULATION REGARDING
STATE PLAINTIFFS' STATE LAW CLAIMS

Defendant Google LLC ("Google") and Plaintiffs State of Texas, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, Commonwealth of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, Commonwealth of Puerto Rico, State of South Carolina, State of South Dakota, and State of Utah (collectively "State Plaintiffs") stipulate as follows:

WHEREAS, on September 13, 2022, the Court issued its Opinion and Order on Google's Motion to Dismiss Counts I Through IV of the States' Third Amended Complaint (ECF No. 308, the "Opinion and Order");

1

WHEREAS, on November 18, 2022, the Court issued Pre-Trial Order No. 4, ordering State Plaintiffs and Google to meet and confer on a stipulation as to the effect of the Opinion and Order on any of the State Plaintiffs' state law claims and to report to the Court within 21 days (*see* ECF No. 392, ¶ 4);

NOW THEREFORE, Google and State Plaintiffs ("the parties"), through their respective counsel, hereby stipulate as follows:

1. Where the Opinion and Order has determined the viability of any federal antitrust claim based on certain conduct, the parties stipulate that the Opinion and Order is also determinative of any state antitrust claim based on that same conduct;

2. Any state law antitrust claim is deemed dismissed to the extent that it is based on conduct alleged to serve as a basis for a federal antitrust claim that the Opinion and Order dismissed;

3. The parties have not reached any agreement—and this Stipulation should not be interpreted as expressing a view—as to whether any state law antitrust claim based on conduct, other than conduct described in paragraph 2, should be deemed dismissed;

4. If any portion of the Opinion and Order is reversed on appeal, Google will not take the position that State Plaintiffs, by entering into this Stipulation, have waived any state antitrust claim based on such portion of the Opinion and Order;

5. The Opinion and Order did not determine the viability of the State Plaintiffs' claims arising under the deceptive trade practice acts of the various State Plaintiffs; and

2

6. The parties have not reached any agreement—and this Stipulation should not be interpreted as expressing a view—as to whether State Plaintiffs may further amend their pleadings with respect to state antitrust claims or any other claims.

**IT IS SO STIPULATED.**

Dated: December 9, 2022

/s/ Eric Mahr
Eric Mahr
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4545
Email: eric.mahr@freshfields.com

Justina K. Sessions
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Email: jsessions@wsgr.com

*Counsel for Defendant Google LLC*

*For Plaintiff States of Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm only), Mississippi, North Dakota, South Carolina, and South Dakota:*

s/ Ashley Keller
Ashley Keller
Admitted Pro Hac Vice
ack@kellerpostman.com
Jason A. Zweig
jaz@kellerpostman.com
Brooke Clason Smith
brooke.smith@kellerpostman.com
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220
Zina Bash
zina.bash@kellerpostman.com
111 Congress Avenue, Suite 500

/s/ Mark Lanier
W. Mark Lanier (*lead counsel*)
Texas Bar No. 11934600
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
10940 W. Sam Houston Parkway N. Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
**THE LANIER LAW FIRM, P.C.**

*Handwritten annotation by the Court:* The stipulation is entered as an Order of the Court with the following provision: By February 24, 2023, the parties shall submit a stipulation describing with particularity the claims or portion of claims governed by paragraph 2. SO ORDERED. /s/ P. Kevin Castel USDJ 12-14-22

3

Austin, TX 78701
(501) 690-0990
**KELLER POSTMAN LLC**

*Attorneys for Plaintiff States of Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm only), Mississippi, North Dakota, South Carolina, and South Dakota*

FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General

/s/ Shawn E. Cowles
Brent Webster, First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov
Grant Dorfman, Deputy First Assistant Attorney General
Grant.Dorfman@oag.texas.gov
Aaron Reitz, Deputy Attorney General for Legal Strategy
Aaron.Reitz@oag.texas.gov
Shawn E. Cowles, Deputy Attorney General for Civil Litigation
Shawn.Cowles@oag.texas.gov
Nanette DiNunzio, Associate Deputy Attorney General for Civil Litigation
Nanette.Dinunzio@oag.texas.gov

James R. Lloyd, Chief, Antitrust Division
James.Lloyd@oag.texas.gov
Trevor Young, Deputy Chief, Antitrust Division
Trevor.Young@oag.texas.gov
Gabriella Gonzalez, Assistant Attorney General, Antitrust Division
Gabriella.Gonzalez@oag.texas.gov
Margaret Sharp, Assistant Attorney General, Antitrust Division
Margaret.Sharp@oag.texas.gov
Kelsey Paine, Assistant Attorney General, Antitrust Division
Kelsey.Paine@oag.texas.gov
William Shieber, Assistant Attorney General, Antitrust Division
William.Shieber@oag.texas.gov
Matthew Levinton, Assistant Attorney General, Antitrust Division
Matthew.Levinton@oag.texas.gov
Ralph Molina, Assistant Attorney General, General Litigation Division
Ralph.Molina@oag.texas.gov

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*

4

FOR PLAINTIFF STATE OF ALASKA:

TREG R. TAYLOR
Attorney General

By:  /s/ Jeff Pickett
     Jeff Pickett
     Senior Assistant Attorney General, Special Litigation
     Section jeff.pickett@alaska.gov

     *Attorney for Plaintiff State of Alaska*


FOR PLAINTIFF STATE OF ARKANSAS:

LESLIE RUTLEDGE ATTORNEY
GENERAL

By:  /s/ Johnathan R. Carter
     Johnathan R. Carter – AR Bar # 2007105
     Assistant Attorney General
     Office of the Arkansas Attorney General
     323 Center Street, Suite 200
     Little Rock, AR 72201
     Phone: 501.682.8063
     Fax: 501.682.8118
     Email: Johnathan.Carter@Arkansasag.gov

     *Attorney for Plaintiff State of Arkansas*


FOR PLAINTIFF STATE OF FLORIDA:

ASHLEY MOODY, Attorney General

/s/ R. Scott Palmer
R. SCOTT PALMER, Interim Co-Director, Antitrust Division
FL Bar No. 220353
JOHN GUARD, Chief Deputy Attorney General
LEE ISTRAIL, Assistant Attorney General
CHRISTOPHER KNIGHT, Assistant Attorney General
ANDREW BUTLER, Assistant Attorney General

Office of the Attorney General, State of
Florida PL-01 The Capitol
Tallahassee, Florida 32399

Phone: 850-414-3300
Email: scott.palmer@myfloridalegal.com

*Attorneys for Plaintiff State of Florida*


FOR PLAINTIFF STATE OF IDAHO:

LAWRENCE G. WASDEN
Attorney General

/s/ *Brett T. DeLange*
Brett T. DeLange, Division Chief, Consumer Protection Division
John K. Olson, Deputy Attorney General

Consumer Protection Division
Office of the Attorney General
954 W. Jefferson Street, 2nd
Floor
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-2424
brett.delange@ag.idaho.gov
john.olson@ag.idaho.gov

*Attorneys for Plaintiff State of Idaho*


FOR PLAINTIFF STATE OF INDIANA:

THEODORE E. ROKITA
Attorney General

The Office of the Indiana Attorney General

By: *[signature]*

Scott Barnhart
Chief Counsel and Director of Consumer Protection
Indiana Atty. No. 25474-82
Indiana Government Center South – 5th
Fl. 302 W. Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-6309
Fax: (317) 232-7979
Email: scott.barnhart@atg.in.gov

6

_____
Matthew Michaloski
Deputy Attorney General
Indiana Atty. No. 35313-49
Indiana Government Center South – 5th Fl. 302 W. Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-1479
Fax: (317) 232-7979
Email: matthew.michaloski@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

FOR PLAINTIFF COMMONWEALTH OF KENTUCKY:

DANIEL CAMERON
Attorney General

J. Christian Lewis
Executive Director of Consumer Protection

_____
Christian.Lewis@ky.gov
Philip R. Heleringer, Deputy Director of Consumer Protection
Philip.Heleringer@ky.gov
Jonathan E. Farmer, Assistant Attorney General
Jonathan.Farmer@ky.gov
Office of the Attorney General,
Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Tel: 502-696-5300

*Attorneys for Commonwealth of Kentucky*

7

FOR PLAINTIFF STATE OF LOUISIANA:

HON. JEFF LANDRY
ATTORNEY GENERAL, STATE OF LOUISIANA
Michael Dupree
Christopher J.
Alderman 1885 N. 3rd
Street
Baton Rouge, LA 70802

*s/ James R. Dugan, II*
James R. Dugan, II (*pro hac vice*) TerriAnne Benedetto (*pro hac vice*) The Dugan Law Firm
365 Canal Street
One Canal Place, Suite 1000 New Orleans, LA 70130
PH: (504) 648-0180
FX: (504) 649-0181
EM: jdugan@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com

James Williams
CHEHARDY SHERMAN WILLIAM, LLP
Galleria Boulevard, Suite 1100
Metairie, LA 70001
PH: (504) 833-5600
FX: (504) 833-8080
EM: jmw@chehardy.com

*Attorneys for the State of Louisiana*


FOR PLAINTIFF STATE OF MISSISSIPPI:

LYNN FITCH, ATTORNEY GENERAL
STATE OF MISSISSIPPI

By: */s/ Hart Martin*
Hart Martin
Consumer Protection Division
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Telephone: 601-359-4223

8

Fax: 601-359-4231
Hart.martin@ago.ms.gov

*Attorney for Plaintiff State of Mississippi*

FOR PLAINTIFF STATE OF MISSOURI:

Eric Schmitt
Attorney
General

*Amy Haywood* (signature)

Amy.Haywood@ago.mo.gov
Missouri Attorney General's
Office
P.O. Box 899
Jefferson City, Missouri
65102 Tel: 816-889-3090

*Attorneys for Plaintiff State of Missouri*

FOR PLAINTIFF STATE OF MONTANA:

> AUSTIN KNUDSEN
> Montana Attorney General

> */s/ David M.S. Dewhirst*
> DAVID M.S. DEWHIRST
> Solicitor General
> P.O. Box 200151
> Helena, MT 59620-0151
> Phone: (406) 444-4500
> Fax: (406) 442-1894
> david.dewhirst@mt.gov
> mmattioli@mt.gov

> */s/ Charles J. Cooper* Charles
> J. Cooper
> ccooper@cooperkirk.com
> David H. Thompson
> dthompson@cooperkirk.com

9

        Brian W. Barnes
        bbarnes@cooperkirk.com
        Harold S. Reeves
        hreeves@cooperkirk.com
        COOPER & KIRK PLLC
        1523 New Hampshire Avenue, NW
        Washington DC 20036
        Phone: (202) 220-9620
        Fax: (202) 220-9601

        *Attorneys for Plaintiff State of Montana*

FOR PLAINTIFF STATE OF NEVADA:

AARON D. FORD
Attorney General
ERNEST D.
FIGUEROA
Consumer Advocate


/s/ Marie W.L. Martin
Marie W.L. Martin (NV Bar No. 7808)
Senior Deputy Attorney General
MWMartin@ag.nv.gov
Lucas J. Tucker (NV Bar No.
10252) Senior Deputy Attorney
General LTucker@ag.nv.gov
Office of the Nevada Attorney General
Senior Deputy Attorney General
Michelle Newman (NV Bar No.
13206) mnewman@ag.nv.gov
100 N. Carson St.
Carson City, Nevada 89701
Tel: (775) 684-1100

*Attorneys for Plaintiff State of Nevada*

FOR PLAINTIFF STATE OF NORTH DAKOTA:

    **STATE OF NORTH DAKOTA**
    Drew H. Wrigley Attorney
    General

By:   */s/ Elin S. Alm*
       Parrell D. Grossman, ND ID 04684

Elin S. Alm, ND ID 05924
Assistant Attorneys General
Consumer Protection & Antitrust Division
Office of Attorney General of North Dakota
1720 Burlington Drive, Suite C, Bismarck, ND 58503-7736
(701) 328-5570
(701) 328-5568 (fax)
pgrossman@nd.gov
ealm@nd.gov

*Attorneys for Plaintiff State of North Dakota*

FOR PLAINTIFF COMMONWEALTH OF PUERTO RICO:

*/s/ Domingo Emanuelli-Hernández*
Domingo Emanuelli-
Hernández Attorney General
Thaizza Rodríguez
Pagán Assistant Attorney
General PR Bar No.
17177
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Tel: (787) 721-2900, ext. 1201,
1204
trodriguez@justicia.pr.gov

*Attorneys for Plaintiff Commonwealth of Puerto Rico*

FOR PLAINTIFF STATE OF SOUTH CAROLINA:

ALAN WILSON
Attorney General


*/s/ Rebecca M. Hartner*
Rebecca M. Hartner (S.C. Bar No. 101302)
Assistant Attorney General
W. Jeffrey Young
Chief Deputy Attorney General
C. Havird Jones, Jr.
Senior Assistant Deputy Attorney General
Mary Frances Jowers
Assistant Deputy Attorney General
South Carolina Attorney General's Office

11

P.O. Box 11549
Columbia, South Carolina 29211-1549
Phone: 803-734-3970
Email: rhartner@scag.gov

Charlie Condon
Charlie Condon Law Firm,
LLC 880 Johnnie Dodds Blvd,
Suite 1 Mount Pleasant, SC
29464 Phone: 843-884-8146
Email: charlie@charliecondon.com

James R. Dugan, II (*pro hac vice*) The Dugan Law Firm
365 Canal Street
One Canal Place, Suite 1000
New Orleans, LA 70130
Phone: (504) 648-0180
Email: jdugan@dugan-lawfirm.com

*Attorneys for Plaintiff State of South Carolina*

FOR PLAINTIFF STATE OF SOUTH DAKOTA:

MARK VARGO
Attorney General

*/s/ Yvette K. Lafrentz*
Yvette K. Lafrentz
Assistant Attorney
General
Consumer Protection Division
South Dakota Office of the Attorney General
1302 E. Hwy. 14, Suite 1
Pierre, SD 57501
P: 605.773.3215 F:605.773.4106
Yvette.lafrentz@state.sd.us

*Attorney for Plaintiff State of South Dakota*

12

FOR PLAINTIFF STATE OF UTAH:

Sean D. Reyes
Utah Attorney General

>*/s/ Tara Pincock*
>Tara Pincock
>Assistant Attorney General, Antitrust Section
>Office of the Utah Attorney General
>160 E 300 S, 5th Floor
>PO Box 140874
>Salt Lake City, UT 84114-0872
>Telephone: 385-881-3958
>Fax: 801-366-0315

>*Attorneys for Plaintiff State of Utah and as counsel for the Utah Division of Consumer Protection*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____   _____
Hon. P. Kevin Castel
United States District Court
Southern District of New York

13