UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 21-MD-3010 (PKC) |

*This Motion Relates To All Consolidated Cases*

**DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANT GOOGLE LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT UNDER SEAL**

I, Justina K. Sessions, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the firm Wilson Sonsini Goodrich & Rosati, P.C., which represents Defendant Google LLC in the above-captioned case.

2. I am an attorney admitted to practice in the State of California and have been admitted *pro hac vice* in the above-captioned case.

3. In response to Plaintiffs' Motion For Leave To File the Consolidated Amended Class Action Complaint Under Seal, attached as Exhibit A is a copy of the Consolidated Amended Class Action Complaint.

4. Exhibit A contains green highlighting to identify the portion that Google proposes to have redacted from the public version.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2022, in San Francisco, CA

                                                                                         */s/* Justina K. Sessions
                                                                                            Justina K. Sessions