UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

1:21-md-03010-PKC

**PRO HAC VICE MOTION FOR ADMISSION**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Amanda J. Wentz, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the State of Arkansas in the above-captioned action.

I am in good standing of the bar of the state of Arkansas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 12/16/2022

Respectfully Submitted,

_____
Amanda J. Wentz
Arkansas Attorney General's Office
323 Center St., Suite 200
Little Rock, Arkansas 72201
T: (501) 682-1178 | F: (501) 682-8118
Amanda.Wentz@ArkansasAG.gov