UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

IN RE: GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

                                      1:21-md-03010-PKC

                                      **DECLARATION OF
AMANDA J. WENTZ IN
SUPPORT OF MOTION
FOR ADMISSION
PRO HAC VICE**

_____

I, Amanda J. Wentz, pursuant to Local Rule 1.3, declare the following:

1. I am an Assistant Attorney General at the State of Arkansas, Office of the Attorney General, 323 Center Street, Suite 200, Little Rock, AR. 72201. My telephone number is (501) 682-1178.

2. I am over twenty-one years of age and authorized to make this declaration.

3. I submit this declaration in connection with the *In re Google Advertising Antitrust Litigation*, Multidistrict Litigation No. 21-md-3010-PKC, in support of the Motion to Appear Pro Hac Vice filed herewith.

4. I have never been convicted of a felony, nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary proceedings presently against me.

5. This declaration is based on my personal knowledge and upon information provided by the Supreme Court of Arkansas.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/16/2022

_____
Amanda J. Wentz

SUBSCRIBED AND SWORN TO before me by the above-named applicant this 16th day of December, 2022.

_____
Notary Public

My commission expires: 8-11-2030



MARY E. THOMPSON
MY COMMISSION # 12379210
EXPIRES: August 11, 2030
Pulaski County