UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

1:21-md-03010-PKC

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of Amanda J. Wentz for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Arkansas; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Amanda J. Wentz |
| Firm Name: | Arkansas Attorney General's Office |
| Address: | 323 Center St., Suite 200 |
| City/State/Zip: | Little Rock, Arkansas 72201 |
| Telephone/Fax:  T: | (501) 682-1178 | F: (501) 682-8118 |

Dated: _____                      _____
                                       United States District / Magistrate Judge