IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

CASE NO. 1:21-md-03010-PKC

## NOTICE OF WITHDRAWAL OF APPEARANCE

Senior Assistant Attorney General David A.F. McCoy respectfully notifies the Court of his withdrawal as counsel for the Plaintiff State of Arkansas in this case. Assistant Attorney General Amanda Wentz will continue to represent the Plaintiff State of Arkansas, and it will not be without representation in this matter.

Dated:  01/03/2023           Respectfully submitted,

LESLIE RUTLEDGE
ARKANSAS ATTORNEY GENERAL

By:   /s/ David A.F. McCoy
      David A.F. McCoy, Ark. Bar No. 2006100
      Senior Assistant Attorney General
      323 Center Street, Suite 200
      Little Rock, Arkansas 72201
      Phone: (501) 682-7506
      Fax: (501) 682-8118
      Email: david.mccoy@arkansasag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I caused a copy of the foregoing to be filed though this Court's CM/ECF filing system, which will serve a notice of electronic filing on all registered users, including counsel of record for all parties.

/s/ David A.F. McCoy
David A.F. McCoy