UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC)

------------------------------------------------------- x

THIS DOCUMENT RELATES TO:

SPX Total Body Fitness LLC, d/b/a The Studio Empower, on behalf of itself and all others similarly situated, | 1:21-cv-06870-PKC

Plaintiff,

*and*

SKINNYSCHOOL LLC d/b/a MARIA MARQUES FITNESS and MINT ROSE DAY SPA LLC, on behalf of themselves and all others similarly situated, | 1:21-cv-07045-PKC

Plaintiffs,   | **JURY TRIAL DEMANDED**

vs.

GOOGLE LLC,

Defendant.
------------------------------------------------------- x

**[~~PROPOSED~~] ORDER GRANTING THE PLAINTIFFS' MOTION FOR LEAVE TO FILE THE UNREDACTED COMPLAINT UNDER SEAL**

CASTEL, District Judge:

The Plaintiffs' Motion for Leave to file the Consolidated Amended Class Action Complaint is GRANTED. The Consolidated Amended Class Action Complaint shall be filed in the redacted form submitted to this Court in accordance with the Plaintiff States' yellow highlights, leaving in place redactions only related to documents designated confidential or higher by Google LLC

pursuant to the Protective Order. ECF No. 297. Plaintiffs are directed to publicly file a version of the Third Amended Complaint that conforms to this Order no later than ~~December __, 2022.~~ January 13, 2023

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
~~December __, 2022~~
January 5, 2023

2