UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING         21-md-3010 (PKC)
ANTITRUST LITIGATION

                              ORDER

-----------------------------------------------------------x

CASTEL, Senior District Judge:

      Meta Platforms, Inc. ("Meta") asserts in a letter dated January 4, 2023 that because all discovery relating to the Network Bidding Agreement ("NBA") has been stayed and, it asserts, that all claims against it relate to the NBA, then all discovery against it is stayed. The syllogism appears correct, provided the premise that all claims against it relate to the NBA is correct. Because no pleading against Meta has ever been before the Court for a ruling and none is cited in the letter, the Court is unable to accommodate the request "that the Court confirm that [discovery] deadlines in PTO-5 . . . do not apply to it."

      The Court does note that no other party has taken issue with the assertion in the January 4, 2023 letter.

      SO ORDERED.

                                                  *P. Kevin Castel*
                                                  P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
       January 12, 2023