UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | CASE NO. 1:21-md-03010-PKC |

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, Assistant Attorney General Amanda Wentz, attorney for the State of Arkansas, *ex rel.* Tim Griffin, Attorney General ("the State"), and for its Motion to Substitute, states:

1. David A.F. McCoy is no longer employed at the Office of the Arkansas Attorney General.

2. Johnathan R. Carter is no longer employed at the Office of the Arkansas Attorney General.

3. Amanda Wentz has been reassigned this case and will be the attorney of record for the state of Arkansas.

WHEREFORE, the State respectfully moves the Court to issue an order substituting Amanda Wentz in place of David A.F. McCoy and Johnathan R. Carter for the State in this matter.

Dated: January 17, 2023          Respectfully submitted,

                                 FOR THE PLAINTIFF STATE OF ARKANSAS
                                 TIM GRIFFIN, ATTORNEY GENERAL

1

STATE OF ARKANSAS

By: _____
Amanda J. Wentz
Ark. Bar No. 2021066
Assistant Attorney General
Office of Tim Griffin, Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas, 72201
Phone: 501.682.1178
Fax: 501.682.8118
amanda.wentz@arkansasag.gov

**CERTIFICATE OF SERVICE**

    I, Amanda Wentz, hereby certify that on January 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system

_____
Amanda Wentz