UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION

21-md-3010 (PKC)

ORDER

-----------------------------------------------------------x

CASTEL, District Judge:

The Conference presently scheduled for February 15, 2023 at 2 p.m. is adjourned to February 16, 2023 at 2:30 p.m. in Courtroom 11D.

The sole issue that the Court will entertain at the Conference is the dueling ESI protocols. The Court has the submission of the plaintiffs' Coordinating Committee, as well as defendants' submissions. If any party is of the view that the written submissions are inadequate, they are invited to make a written submission by February 8, 2023. It therefore should be appropriate to hear from one lawyer from each side on the issue of the ESI protocol.

By February 8, each side shall send to the Chambers email in-box (CastelNYSDChambers@nysd.uscourts.gov) an electronic version of their proposed ESI protocol in MS Word format.

To repeat, the Conference is not an opportunity for a lawyer for a party to raise an issue not germane to the above-stated purpose of the Conference.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
February 2, 2023