# Exhibit B

Please review these Terms carefully. They include the use of binding arbitration to resolve disputes rather than jury trials or class actions. Please follow the instructions in the terms below if you wish to opt out of this provision. Learn more

### Google LLC Advertising Program Terms

These Google LLC Advertising Program Terms ("Terms") are entered into by Google LLC ("Google") and the entity executing these Terms or that accepts these Terms electronically ("Customer"). These Terms govern Customer's participation in Google's advertising programs and services (i) that are accessible through the account(s) given to Customer in connection with these Terms or (ii) that incorporate by reference these Terms (collectively, "Programs"). Please read these Terms carefully. They require the use of binding individual arbitration to resolve disputes rather than jury trials or class actions. If Customer wishes, Customer may opt out of the requirement to arbitrate

Print

○ Accept

Yes, I have reviewed and accept the above Terms. I am of legal age and authorized to bind to these Terms the party legally responsible for this account (i.e., the party that previously accepted the Terms for this account) and all other accounts for which the party is either legally or financially responsible.

○ Decline

No, I do not accept the terms and conditions. Note: If you decline the Terms your ads will be paused.

**SUBMIT**