# Exhibit C



kmetti@google.com

# Google LLC Advertising Program Terms: Dispute Resolution Settings

This form allows Google Ads customers to select how they wish to resolve disputes with Google.

By accepting the **Google LLC Advertising Program Terms**, you agree to use binding arbitration to resolve disputes with Google rather than jury trials or class actions. If you have accepted these terms and wish to continue using binding arbitration, no further action is necessary.

If you previously opted out of arbitration and now wish to use arbitration going forward, please select "**Arbitration**" below.

If you want to opt out of the arbitration provisions of the terms, please select "**Opt out of arbitration**" below.

**Select what action you'd like to take:**

○ **Arbitration:** Use binding arbitration to resolve disputes with Google (default upon acceptance of Google LLC Advertising Program Terms).

○ **Opt out of arbitration:** I don't want to be bound by the Dispute Resolution provisions of the Google LLC Advertising Program Terms.

SUBMIT

©2021 Google     Help