UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 1:21-MD-3010 (PKC) |

*This Motion Relates To:*

**AIM Media Ind. Operating, LLC v. Google, LLC, No. 1:21-cv-06912-PKC (S.D.N.Y.)**

**AIM Media Midwest Operating, LLC v. Google, LLC, No. 1:21-cv-06884-PKC (S.D.N.Y.)**

**AIM Media Tex. Operating, LLC v. Google, LLC, No. 1:21-cv-06888-PKC (S.D.N.Y.)**

**Appen Media Group, Inc. v. Google LLC, No. 1:22-cv-09810-PKC (S.D.N.Y.)**

**Brown Cnty. Publ'g Co., Inc. v. Google, LLC, No. 1:21-cv-06915-PKC (S.D.N.Y.)**

**Capital Region Indep. Media LLC v. Google LLC, No. 1:22-cv-06997-PKC (S.D.N.Y.)**

**Clarksburg Publ'g Co., d/b/a WV News v. Google, LLC, No. 1:21-cv-06840-PKC (S.D.N.Y.)**

**Coastal Point LLC v. Google, LLC, No. 1:21-cv-06824-PKC (S.D.N.Y.)**

**Eagle Printing Co. v. Google, LLC, No. 1:21-cv-06881-PKC (S.D.N.Y.)**

**ECENT Corp. v. Google, LLC, No. 1:21-cv-06817-PKC (S.D.N.Y.)**

**[Caption continued on following page]**

**Emmerich Newspapers, Inc. v. Google, LLC**, No. 1:21-cv-06794-PKC (S.D.N.Y.)

**Flag Publ'ns, Inc. v. Google, LLC**, No. 1:21-cv-06871-PKC (S.D.N.Y.)

**Gale Force Media, LLC v. Google, LLC**, No. 1:21-cv-06909-PKC (S.D.N.Y.)

**Gould Enters., Inc. v. Google, LLC**, No. 1:22-cv-01705-PKC (S.D.N.Y.)

**HD Media Co., LLC v. Google, LLC**, No. 1:21-cv-06796-PKC (S.D.N.Y.)

**Journal Inc. v. Google, LLC**, No. 1:21-cv-06828-PKC (S.D.N.Y.)

**Neighborhood Newspapers, Inc. v. Google LLC**, No. 1:21-cv-10188-PKC (S.D.N.Y.)

**Robinson Commc'ns, Inc. v. Google, LLC**, No. 1:21-cv-08032-PKC (S.D.N.Y.)

**Rome News Media, LLC v. Google LLC**, No. 1:21-cv-10186-PKC (S.D.N.Y.)

**Savannah Publ'g Co. v. Google, LLC**, No. 1:22-cv-01693-PKC (S.D.N.Y.)

**Something Extra Publ'g, Inc. v. Google, LLC**, No. 1:21-cv-09523-PKC (S.D.N.Y.)

**Southern Cmty. Newspapers, Inc. v. Google, LLC**, No. 1:22-cv-01971-PKC (S.D.N.Y.)

**Times Journal, Inc. v. Google LLC**, No. 1:21-cv-10187-PKC (S.D.N.Y.)

**Union City Daily Messenger, Inc. v. Google, LLC**, No. 1:22-cv-01704-PKC (S.D.N.Y.)

[Caption continued on following page]

**Weakley Cnty. Press, Inc. v. Google, LLC,**
No. 1:22-cv-01701-PKC (S.D.N.Y.)

*Plaintiffs,*

-against-

GOOGLE LLC,

*Defendant.*

### DEFENDANT GOOGLE LLC'S NOTICE OF MOTION TO DISMISS NEWSPAPER PLAINTIFFS' AMENDED COMPLAINT

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Fax: (202) 777-4555

WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Fax: (415) 947-2099

AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Fax: (212) 728-2201

*Counsel for Defendant Google LLC*

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Google LLC's Motion to Dismiss Newspaper Plaintiffs' Amended Complaint in the above-captioned matter, which is being submitted contemporaneously with this Notice of Motion, Defendant Google LLC will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order dismissing with prejudice Counts I, II, IV and V of Newspaper Plaintiffs' Amended Complaint, No. 1:21-MD-3010 (PKC), ECF No. 401, on the ground that Newspaper Plaintiffs have failed to state a claim upon which relief can be granted.  See Fed. R. Civ. P. 12(b)(6); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).

Dated: February 3, 2023

Respectfully Submitted,

*/s/ Justina K. Sessions*
Justina K. Sessions
Jonathan Jacobson
Jessica Lonergan
Mikaela Evans-Aziz (admitted *pro hac vice*)
Vadim Egoul
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
(415) 947-2000
jsessions@wsgr.com
jjacobson@wsgr.com
jlonergan@wsgr.com
mevansaziz@wsgr.com
vegoul@wsgr.com

Eric Mahr
Julie Elmer
Andrew J. Ewalt (admitted *pro hac vice*)
Jan Rybnicek (admitted *pro hac vice*)
Lauren Kaplin
Robert J. McCallum
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
(202) 777-4500
eric.mahr@freshfields.com
julie.elmer@freshfields.com
andrew.ewalt@freshfields.com
jan.rybnicek@freshfields.com
lauren.kaplin@freshfields.com
rob.mccallum@freshfields.com

John Harkrider
Daniel Bitton
Bradley Justus (admitted *pro hac vice*)
Koren Wong-Ervin (admitted *pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
jharkrider@axinn.com
dbitton@axinn.com
bjustus@axinn.com
kwongervin@axinn.com

*Counsel for Defendant Google LLC*