UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 1:21-MD-3010 (PKC) |

*This Motion Relates To:*

| | |
|---|---|
| **SPX Total Body Fitness LLC, d/b/a The Studio Empower, on behalf of itself and all others similarly situated.**<br><br>*Plaintiff,*<br><br>-against-<br><br>**GOOGLE LLC.,**<br><br>*Defendant.* | No. 1:21-cv-06870-PKC |
| **SKINNYSCHOOL LLC d/b/a MARIA MARQUES FITNESS and MINT ROSE DAY SPA LLC, on behalf of themselves and all others similarly situated.**<br><br>*Plaintiffs,*<br><br>-against-<br><br>**GOOGLE LLC.,**<br><br>*Defendant.* | No. 1:21-cv-07045-PKC |

**DEFENDANT GOOGLE LLC'S NOTICE OF MOTION TO DISMISS
SPX PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Fax: (202) 777-4555

WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Fax: (415) 947-2099

AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Fax: (212) 728-2201

*Counsel for Defendant Google LLC*

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Google LLC's Motion to Dismiss SPX Plaintiffs' Consolidated Amended Class Action Complaint in the above-captioned matter, which is being submitted contemporaneously with this Notice of Motion, Defendant Google LLC will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order dismissing with prejudice the Consolidated Amended Class Action Complaint, No. 1:21-MD-3010 (PKC), ECF No. 406, on the ground that the SPX Plaintiffs have failed to state a claim upon which relief can be granted.  *See* Fed. R. Civ. P. 12(b)(6); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).

| | |
|---|---|
| Dated: February 3, 2023 | Respectfully Submitted, |
| | */s/ Justina K. Sessions* <br> Justina K. Sessions <br> Jonathan Jacobson <br> Jessica Lonergan <br> Mikaela Evans-Aziz (admitted *pro hac vice*) <br> Vadim Egoul <br> WILSON SONSINI GOODRICH & ROSATI <br> Professional Corporation <br> One Market Plaza, Spear Tower <br> Suite 3300 <br> San Francisco, CA 94105 <br> (415) 947-2000 <br> jsessions@wsgr.com <br> jjacobson@wsgr.com <br> jlonergan@wsgr.com <br> mevansaziz@wsgr.com <br> vegoul@wsgr.com |

Eric Mahr
Julie Elmer
Andrew J. Ewalt (admitted *pro hac vice*)
Jan Rybnicek (admitted *pro hac vice*)
Lauren Kaplin
Robert J. McCallum
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
(202) 777-4500
eric.mahr@freshfields.com
julie.elmer@freshfields.com
andrew.ewalt@freshfields.com
jan.rybnicek@freshfields.com
lauren.kaplin@freshfields.com
rob.mccallum@freshfields.com

John Harkrider
Daniel Bitton
Bradley Justus (admitted *pro hac vice*)
Koren Wong-Ervin (admitted *pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
jharkrider@axinn.com
dbitton@axinn.com
bjustus@axinn.com
kwongervin@axinn.com

*Counsel for Defendant Google LLC.*