UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 1:21-MD-3010 (PKC) |

*This Motion Relates To:*

| | |
|---|---|
| **ORGANIC PANACEAS, LLC,** *et al.,*<br><br>*Plaintiffs,*<br><br>-against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>*Defendants.* | No. 5:21-cv-02629 |

**DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S
NOTICE OF MOTION TO DISMISS
ORGANIC PANACEAS' CLASS ACTION COMPLAINT**

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Fax: (202) 777-4555

WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Fax: (415) 947-2099

AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Fax: (212) 728-2201

*Counsel for Defendants Google LLC and Alphabet Inc.*

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants Google LLC and Alphabet Inc's Motion to Dismiss Organic Panaceas' Class Action Complaint in the above-captioned matter, and the Declaration of Courtney Shadd and exhibits thereto, which are being submitted contemporaneously with this Notice of Motion, Defendants Google LLC and Alphabet Inc. will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order dismissing with prejudice the Class Action Complaint, No. 5:21-cv-02629, ECF No. 1, on the ground that Organic Panaceas is bound by a valid and enforceable arbitration agreement with Google. *See* Fed. R. Civ. P. 12(b)(3) and 12(b)(6). In the alternative, Google moves for an order compelling Organic Panaceas to arbitrate its claim as it agreed. Google also moves to dismiss Organic Panaceas' federal antitrust claim on the ground that Organic Panaceas has failed to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).

| | |
|---|---|
| Dated: February 3, 2023 | Respectfully Submitted,<br><br>*/s/ Justina K. Sessions*<br>Justina K. Sessions<br>Jonathan Jacobson<br>Jessica Lonergan<br>Mikaela Evans-Aziz (admitted *pro hac vice*)<br>Vadim Egoul<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza, Spear Tower<br>Suite 3300 |

San Francisco, CA 94105
(415) 947-2000
jsessions@wsgr.com
jjacobson@wsgr.com
jlonergan@wsgr.com
mevansaziz@wsgr.com
vegoul@wsgr.com

Eric Mahr
Julie Elmer
Andrew J. Ewalt (admitted *pro hac vice*)
Jan Rybnicek (admitted *pro hac vice*)
Lauren Kaplin
Robert J. McCallum
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
(202) 777-4500
eric.mahr@freshfields.com
julie.elmer@freshfields.com
andrew.ewalt@freshfields.com
jan.rybnicek@freshfields.com
lauren.kaplin@freshfields.com
rob.mccallum@freshfields.com

John Harkrider
Daniel Bitton
Bradley Justus (admitted *pro hac vice*)
Koren Wong-Ervin (admitted *pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
jharkrider@axinn.com
dbitton@axinn.com
bjustus@axinn.com
kwongervin@axinn.com

*Counsel for Defendants Google LLC and Alphabet Inc.*