UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-md-03010 (PKC) |

**META PLATFORMS, INC.'S NOTICE OF MOTION TO DISMISS COUNTS III AND IV OF ADVERTISERS' CONSOLIDATED AMENDED COMPLAINT**

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for Meta Platforms, Inc.,*

February 3, 2023

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Meta Platforms, Inc.'s Motion to Dismiss Counts III and IV of Advertisers' Consolidated Amended Complaint in the above-captioned matter, which is being submitted contemporaneously with this Notice of Motion, Meta Platforms, Inc. will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order dismissing with prejudice Counts III and IV of the Advertisers' Consolidated Amended Complaint (Dkt. No. 399), on the ground that the Advertisers have failed to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).

Dated: February 3, 2023

CRAVATH, SWAINE & MOORE, LLP

by /s/ *Kevin J. Orsini*
Kevin J. Orsini

Worldwide Plaza
825 Eighth Avenue
New York, NY
(212) 474-1000
korsini@cravath.com

*Attorneys for Meta Platforms, Inc.*