UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-md-03010 (PKC) |

**[PROPOSED] ORDER**

Upon consideration of Defendant Meta Platforms, Inc.'s Motion to Dismiss Counts III and IV of Advertisers' Consolidated Amended Complaint (Dkt. No. 399), together with the Memorandum of Law in support thereof:

**IT IS HEREBY ORDERED** that Defendant Meta Platforms, Inc.'s Motion is **GRANTED** and Counts III and IV of Advertisers' Consolidated Amended Complaint are dismissed with prejudice.

Dated: _____

_____
Honorable P. Kevin Castel