AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| In re Google Digital Advertising Antitrust Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-md-3010-PKC |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Meta Platforms, Inc. f/k/a Facebook, Inc.

Date: 02/13/2023

/s/ Brittany L. Sukiennik
*Attorney's signature*

Brittany L. Sukiennik, SBN 5025879
*Printed name and bar number*
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

*Address*

bsukiennik@cravath.com
*E-mail address*

(212) 474-1946
*Telephone number*

(212) 474-3700
*FAX number*