# State Bar of South Dakota

**President**
Lisa K. Marso
300 S. Main Ave.
Sioux Falls, SD 57104
(605) 336-0828
lkmarso@boycelaw.com

**President Elect**
Heather Lammers Bogard
704 St. Joseph St.
Rapid City, SD 57701
(605) 343-2410
hbogard@costelloporter.com

**Executive Director & Sec/Treas**
Paul L. Cremer
111 W. Capitol Ave. #1
Pierre, SD 57501
(605) 224-7554
paul.cremer@sdbar.net

**Board of Bar Commissioners**
Justin Lee Bell        Eric J. Pickar
Timothy Dougherty      John T. Richter
Hon. Francy E. Foral   N. Drew Skjoldal
Stacy M. Johnson       Caroline A. Srstka
Rory King              David R. Strait
Tyler Paul Matson      Jacob W. Tiede
Erika S. Olson

To Whom It May Concern:

This is to certify that Jonathan K. Van Patten of Pierre, SD, was admitted to practice law in the State of South Dakota on March 6, 1986; that he is presently listed on the roster of active practitioners in this state in good standing and is presently, and has been at all times since that year, in good standing and admitted to practice before the Supreme Court of South Dakota, and further, that his fitness to practice law and his conduct as an attorney have never been legitimately challenged before the Disciplinary Board of the State Bar of South Dakota.

Dated at Pierre, South Dakota, this 21st day of February 2023.

*Tracie Bradford*

Tracie Bradford
Communications Director
State Bar of South Dakota

Exhibit A