**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST | ) ) ) ) | Case No. 1:21-md-03010-PKC |

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of Jonathan Van Patten for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of South Dakota; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Jonathan Van Patten |
| Firm Name: | South Dakota Attorney General's Office |
| Address: | 1302 E. Highway 14, Suite 1 |
| City/State/Zip: | Pierre, South Dakota 57501 |
| Telephone/Fax: | T:  (605) 773-3215  /  F: (605) 773-4106 |

Dated: _____

_____
United States District / Magistrate Judge