**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
O: (415) 947-2000

JUSTINA K. SESSIONS
Email: jsessions@wsgr.com
Direct dial: (415) 947-2197

February 21, 2023

<u>VIA CM / ECF</u>

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

   Re: *In re Google Digital Advertising*, 1:21-md-03010 (PKC) (all actions)

Dear Judge Castel:

  On behalf of all parties to the above-referenced MDL, we write to update the Court regarding the status of ESI negotiations in advance of the Case Management Conference scheduled for tomorrow. The parties have continued to meet and confer and have been able to resolve all but two issues:

1. Preservation of ad logs (Paragraph II.3(i) and footnote 2)

2. Linked Files and Collaborative Work Environments (Appendix J) and relatedly, the Metadata field "DOC LINK" in (Appendix D)

  For the Court's convenience, the parties jointly submit the attached draft ESI order which reflects all provisions the parties agree upon, as well as those the parties do not agree upon. As to the disagreements, this joint submission identifies the competing language being proposed by each party.

  The parties thank the Court in advance for its consideration of these issues.

WILSON SONSINI

February 21, 2023
Page 2

                          Respectfully submitted,

                          */s/ Justina K. Sessions*
                          Justina K. Sessions
                          WILSON SONSINI GOODRICH & ROSATI
                          Professional Corporation
                          One Market Plaza
                          Spear Tower, Suite 3300
                          San Francisco, California 94105
                          Telephone: (415) 947-2197
                          Email: jsessions@wsgr.com

                          Eric Mahr
                          FRESHFIELDS BRUCKHAUS
                          DERINGER US LLP
                          700 13th Street, NW
                          10th Floor
                          Washington, DC 20005
                          Telephone: (202) 777-4545
                          Email: eric.mahr@freshfields.com

                          *Counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC*


                          */s/ Kevin J. Orsini*
                          Kevin J. Orsini
                          Brittany L. Sukiennik
                          CRAVATH, SWAINE & MOORE LLP
                          825 Eighth Avenue
                          New York, NY 10019
                          Telephone: (212) 474-1000
                          Email: korsini@cravath.com
                          Email: bsukiennik@cravath.com

                          *Counsel for Defendant Meta Platforms, Inc.*

WILSON SONSINI

February 21, 2023
Page 3

*Plaintiffs' Lead Attorneys*

*/s/ W. Mark Lanier*
W. Mark Lanier
New York Bar No.: 4327284
Mark.Lanier@LanierLawFirm.com
**THE LANIER LAW FIRM, PLLC**
Tower 56
126 East 56th Street, 6th Floor
New York, NY 10022
Tel: (212) 421-2800

*Counsel for Texas, Idaho, Indiana, Louisiana, Mississippi, North Dakota, South Carolina, and South Dakota*

*On behalf of the State Plaintiffs*

*/s/ David Boies*
David Boies
dboies@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

*Lead Counsel for the Publisher Class*

*/s/ Dena C. Sharp*
Dena C. Sharp (*pro hac vice*)
dsharp@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800

WILSON SONSINI

February 21, 2023
Page 4


*/s/ Tina Wolfson*
Tina Wolfson (TW-1016)
twolfson@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 West Olive Ave., Suite 500
Burbank, CA 91505
Tel.: (310) 474-9111

*Interim Co-Lead Counsel for the
Proposed Advertiser Class*


cc: All Counsel of Record (via CM / ECF)