# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST | Case No. 1:21-md-03010-PKC |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jonathan Van Patten, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the State of South Dakota in the above-captioned action.

I am in good standing of the Bar of the State of South Dakota, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated this 22nd day of February, 2023.

Respectfully submitted,

*/s/ Jonathan Van Patten*
Jonathan Van Patten
Assistant Attorney General
Office of the Attorney General
1302 E. Highway 14, Suite 1
Pierre, SD 57501
Tel: 605-773-3215
jonathan.vanpatten@state.sd.us