# STATE OF <u>SOUTH DAKOTA</u>

# IN THE SUPREME COURT

*I Hereby Certify* that Jonathan K. Van Patten was on the 6th day of March in the year nineteen eighty-six admitted to practice as an Attorney and Counselor at Law in all the Courts of South Dakota and since that date she has remained on active status in good standing.

*I further Certify* that no disciplinary action is presently pending against her nor has any discipline heretofore been imposed upon him.

DATED at Pierre, South Dakota, this 22nd day of February, 2023.

*[signature]*
Deputy Clerk,
South Dakota Supreme Court

Exhibit A