# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST | Case No. 1:21-md-03010-PKC |

## AFFIDAVIT OF JONATHAN VAN PATTEN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Jonathan Van Patten, pursuant to Local Rule 1.3, declare the following:

1. I am an Assistant Attorney General at the State of South Dakota, Office of Attorney General, 1302 E. Highway 14, Suite 1, Pierre, South Dakota. My telephone number is (605) 773-3215.

2. I am over twenty-one years of age and authorized to make this declaration.

3. I submit this declaration in connection with the *In re Google Advertising Antitrust Litigation*, Multidistrict Litigation No. 1:21-md-3010-PKC, in support of the Motion to Appear Pro Hac Vice filed herewith.

4. I have never been convicted of a felony, nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary proceedings presently against me.

5. This declaration is based on my personal knowledge and information provided by the Supreme Court of South Dakota.

Exhibit B

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 21st day of February, 2023.

                                             Respectfully submitted,

                                             */s/ Jonathan K. Van Patten*
                                             Jonathan Van Patten
                                             Assistant Attorney General
                                             Office of the Attorney General
                                             1302 E. Highway 14, Suite 1
                                             Pierre, SD 57501
                                             Tel: 605-773-3215
                                             jonathan.vanpatten@state.sd.us

Subscribed and sworn to before me this 21st day of February, 2023.

                                             *Lynell Erickson*
                                             Notary Public – South Dakota

My Commission Expires:

May 12, 2023

(Seal)

[Notary Seal: LYNELL ERICKSON / NOTARY SEAL PUBLIC / SOUTH DAKOTA]