IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: GOOGLE ADVERTISING   )
ANTITRUST LITIGATION         )        Case No. 1:21-md-03010-PKC
                             )
                             )

## NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiff, State of Utah, hereby gives notice that Tara W. Pincock, is hereby withdrawn as counsel for Plaintiff, State of Utah, in the above-captioned matter. The State of Utah will continue to be represented by Marie W.L. Martin, who has previously entered an appearance in this matter.

Dated this 22nd day of February, 2023.

By:   /s/ Tara W. Pincock
      **Tara W. Pincock**
      Assistant Attorney General
      Antitrust and Data Privacy Section
      Utah Office of the Attorney General
      160 E 300 S, 5th Floor
      P.O. Box 140874
      Salt Lake City, UT 84114
      Attorneys for Plaintiff, State of Utah

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the Court's CM/ECF electronic filing system. Participants in this case who are registered electronic filing system users will be served by the Court's CM/ECF system.

Dated this 22nd day of February, 2023.

By: /s/ Tara W. Pincock
Tara W. Pincock
Counsel for Plaintiff State of Utah