AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In re Google Digital Advertising Antitrust Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-md-3010-PKC |
| ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

South Dakota.

Date: 02/23/2023

/s/ Jonathan K. Van Patten
*Attorney's signature*

Jonathan K. Van Patten, #1896
*Printed name and bar number*

Office of Attorney General
1302 E. Highway 14, Suite 1
Pierre, SD 57501
*Address*

jonathan.vanpatten@state.sd.us
*E-mail address*

(605) 773-3215
*Telephone number*

(605) 773-4106
*FAX number*