# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST | Case No. 1:21-md-03010-PKC |

## NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiff, State of South Dakota, hereby gives notice that Assistant Attorney General Yvette K. Lafrentz is hereby withdrawn as counsel for Plaintiff, State of South Dakota, in the above captioned matter. The State of South Dakota will be represented by Assistant Attorney General Jonathan Van Patten, who has previously entered an appearance in this matter.

Dated this 23rd day of February, 2023.

MARTY J. JACKLEY
Attorney General

By: /s/ *Yvette K. Lafrentz*
Yvette K. Lafrentz
Assistant Attorney General
Office of the Attorney General
1302 E. Highway 14, Suite 1
Pierre, SD 57501
Tel: 605-773-3215
Yvette.lafrentz@state.sd.us
Attorneys for Plaintiff, State of South Dakota

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 23, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the Court's CM/ECF electronic filing system.  Participants in this case who are registered electronic filing system users will be served by the Court's CM/ECF system.

                                            */s/ Yvette K. Lafrentz*
                                            Yvette L. Lafrentz
                                            Assistant Attorney General
                                            Office of the Attorney General