UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re GOOGLE ADVERTISING ANTITRUST LITIGATION | No. 21-md-3010 (PKC) |
| | P. Kevin Castel District Judge |
| | **NOTICE OF FILING** |
| This Document Relates To: ALL ACTIONS | |

The undersigned counsel of record for the Newspaper Plaintiffs hereby gives notice of filing correspondence to the Honorable P. Kevin Castel, which is appended hereto.

DATED: February 28, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER (admitted *pro hac vice*)
STUART A. DAVIDSON (admitted *pro hac vice*)

*s/ Stuart A. Davidson*
STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL (admitted *pro hac vice*)
STEVEN M. JODLOWSKI (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

*Attorneys for Plaintiffs HD Media Company LLC, AIM Media Indiana Operating, LLC, AIM Media Midwest Operating, LLC, AIM Media Texas*

*Operating, LLC, Clarksburg Publishing Company, d.b.a. WV News, Coastal Point LLC, Eagle Printing Company, ECENT Corp., Emmerich Newspapers, Inc., J.O. Emmerich & Associates, Inc., Delta-Democrat Publishing Company, Commonwealth Publishing Company, Inc., Delta Press Publishing Company, Inc., Newton County Appeal Inc., Marion Publishing, Company, Yazoo Newspaper, Co., Inc., Sunland Publishing, Company, Inc., Simpson Publishing Co., Inc., Montgomery Publishing Co., Inc., Franklinton Publishing Co., Inc., Charleston Publishing Co., Inc., Clarion Publishing Company, Inc., Scott Publishing, Inc., Clarke Publishing, Inc., Hattiesburg Publishing, Inc., Tallulah Publishing, Inc., Louisville Publishing, Inc., Kosciusko Star-Herald, Inc., Enterprise-Tocsin, Inc., Grenada Star, Inc., Tate Record Inc., Flag Publications, Inc., Gale Force Media, LLC, Journal Inc., Brown County Publishing Company, Inc., Multi Media Channels, LLC, Robinson Communication, Inc., Something Extra Publishing, Inc., Rome News Media, LLC, Neighborhood Newspapers, Inc., Times Journal, Inc., Savannah Publishing Co., Inc., Weakley County Press, Inc., Union City Daily Messenger, Inc., Gould Enterprises, Inc., Southern Community Newspapers, Inc., Appen Media Group, Inc., Capital Region Independent Media LLC*