UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION

21-md-3010 (PKC)

---------------------------------------------------------- x

THIS DOCUMENT RELATES TO:

SPX Total Body Fitness LLC, d/b/a The Studio Empower, on behalf of itself and all others similarly situated,

1:21-cv-06870-PKC

    Plaintiff,

*and*

SKINNYSCHOOL LLC d/b/a MARIA MARQUES FITNESS and MINT ROSE DAY SPA LLC, on behalf of themselves and all others similarly situated,

1:21-cv-07045-PKC

    Plaintiffs,

**JURY TRIAL DEMANDED**

  vs.

GOOGLE LLC,

    Defendant.

---------------------------------------------------------- x

**[PROPOSED] ORDER GRANTING THE PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR UNREDACTED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT GOOGLE LLC'S MOTION TO DISMISS SPX'S CONSOLIDATED AMENDED CLASS COMPLAINT UNDER SEAL**

CASTEL, District Judge:

  The Plaintiffs' Motion for Leave to file their Memorandum of Law in Opposition to Defendant Google LLC's Motion to Dismiss SPX's Consolidated Amended Class Action Complaint Under Seal is GRANTED. The Memorandum submitted to this Court and filed on the

public docket with redactions in accordance with the sections highlighted in yellow on the under seal version submitted to this Court, leaving in place redactions only related to documents designated confidential or higher by Google LLC pursuant to the Protective Order (ECF No. 297) is approved.

      SO ORDERED.


Dated: New York, New York
March ___, 2023                                               _____

                                                                 Honorable P. Kevin Castel
                                                                 United States District Court Judge