UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ------------------------------------------------------- x<br>IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>------------------------------------------------------- x<br><br>THIS DOCUMENT RELATES TO:<br><br>SPX Total Body Fitness LLC, d/b/a The Studio Empower, on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br> vs.<br><br>GOOGLE LLC,<br><br>   Defendant.<br><br><br>SKINNYSCHOOL LLC d/b/a MARIA MARQUES FITNESS and MINT ROSE DAY SPA LLC, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br> vs.<br><br>GOOGLE LLC,<br><br>   Defendant.<br>------------------------------------------------------- x | 21-md-3010 (PKC)<br><br><br><br><br>1:21-cv-06870-PKC<br><br><br><br><br><br>1:21-cv-07045-PKC |

**DECLARATION OF FRED T. ISQUITH JR IN SUPPORT OF SPX PLAINTIFFS'
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT GOOGLE LLC'S
MOTION TO DISMISS SPX'S CONSOLIDATED AMENDED CLASS COMPLAINT**

I, Fred T. Isquith, declare and state as follows:

  1.  I am the owner of the law firm Isquith Law PLLC, one of the counsel of record for

Plaintiffs SPX Total Body Fitness LLC, d/b/a The Studio Empower, SkinnySchool LLC d/b/a

Maria Marques Fitness, and Mint Rose Day Spa LLC (collectively "SPX Plaintiffs").

2. I am a member in good standing of the bars of the State of New York and the District of Columbia. I make this declaration under my personal knowledge.

3. Attached as Exhibit 1 is a true and correct copy of the First Amended Consolidated Advertiser Class Action Complaint, *Klein v. Meta Platforms*, No. 3:20-CV-8570-JD, ECF No. 391 (N.D. Cal. Dec, 5, 2022).

I declare under penalty of perjury under the laws of the State of New York and the United States that the foregoing is true and correct.

Executed this 3rd day of March, 2023 in New York, New York.

*/s/ Fred T. Isquith Jr*
Fred T. Isquith Jr.