UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: GOOGLE DIGITAL
ADVERTISING
ANTITRUST LITIGATION

CASE NO. 1:21-md-03010-PKC

ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

NOW, on this 6th day of March, 2023, comes on for consideration, the Motion to Substitute Counsel filed by the Plaintiff, State of Arkansas, *ex rel.* Tim Griffin, Attorney General. The Motion to Substitute Counsel, filed on January 17, 2023, is granted. David A.F. McCoy and Johnathan R. Carter are hereby withdrawn as counsel of record for Plaintiff, and Plaintiff will continue to be represented by Attorney Amanda Wentz.

IT IS SO ORDERED.

_____
Hon. P. Kevin Castel

Prepared by:
Amanda J. Wentz
Ark. Bar No. 2021066
Assistant Attorney General
Office of Tim Griffin, Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas, 72201
Phone: 501.682.1178
Fax: 501.682.8118
amanda.wentz@arkansasag.gov