UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

21-md-3010 (PKC)

<u>PRE-TRIAL ORDER NO. 6</u>

-----------------------------------------------------------x

CASTEL, Senior District Judge:

For reasons explained in Pre-Trial Order No. 1 and on the record at the September 24, 2021 conference, proceedings with regard to the States' state law claims have been stayed. Google has outlined the perceived deficiencies in the States' DTPA claims and the remedies sought by the States pursuant to those claims in a pre-motion letter dated October 28, 2022. (ECF 357.)

The States now seek to amend their state law Deceptive Trade Practices Act ("DTPA") claims, including allegations relating to remedy. (ECF 466.) The States' application does not relate to the federal antitrust claims nor to the States' state law analogues to the federal antitrust claims.

Google opposes the application (ECF 473), arguing that the States have been afforded a full and fair opportunity to assert their strongest and best DTPA claims.

The Court will allow the States to file a further amended complaint amending the Third Amended Complaint only as it relates to the DTPA and remedies for violations of the DTPA provided it does so within 60 days of this Order. Google's time to answer the further amended pleading is stayed pending further Order of this Court.

SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 6, 2023