UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 21-MD-3010 (PKC) |
| **THE STATE OF TEXAS, et al.,**  *Plaintiffs,*  - against -  **GOOGLE LLC**  *Defendants.* | No. 21-cv-6841 (PKC) |

## NOTICE OF MOTION TO WITHDRAWAL AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, ("Plaintiff States") Texas, Idaho, Indiana, Mississippi, North Dakota, South Carolina, and South Dakota respectfully request that Brooke Clason Smith be permitted to withdraw as counsel in the above-captioned proceeding as a result of her departure from Keller Postman LLC.

Ms. Smith's withdrawal will not delay the matter or prejudice any party, and she is not retaining or charging a lien. Keller Postman LLC will continue to represent Plaintiff States in the above-captioned proceeding.

Dated this 7th day of March 2023

/s/ *Ashley Keller*
Ashley Keller
Admitted Pro Hac Vice
ack@kellerpostman.com
Jason A. Zweig
jaz@kellerpostman.com
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220
Zina Bash
zina.bash@kellerpostman.com
111 Congress Avenue, Suite 500
Austin, TX 78701
(501) 690-0990
**KELLER POSTMAN LLC**

*Counsel for Plaintiff States of Texas, Idaho, Indiana, Mississippi, North Dakota, South Carolina, and South Dakota*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by the CM/ECF system.

Dated this 7th day of March 2023

/s/ *Ashley Keller*
Ashley Keller
Admitted Pro Hac Vice
ack@kellerpostman.com
Jason A. Zweig
jaz@kellerpostman.com
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220
Zina Bash
zina.bash@kellerpostman.com
111 Congress Avenue, Suite 500
Austin, TX 78701
(501) 690-0990
**KELLER POSTMAN LLC**

*Counsel for Plaintiff States of Texas, Idaho, Indiana, Mississippi, North Dakota, South Carolina, and South Dakota*