UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Case No. 1:21-MD-03010 (PKC)<br>Case No. 1:21-CV-06871 (PKC) | Case No. 1:21-MD-03010 (PKC) |

## DEFENDANT META PLATFORMS, INC.'S
## MOTION TO WITHDRAW MARTHA REISER AS COUNSEL OF RECORD

Defendant Meta Platforms, Inc. ("Meta") hereby respectfully moves, pursuant to Local Civil Rule 1.4, for leave to withdraw Martha Reiser's appearance as counsel of record for Meta in the above-captioned cases. Martha Reiser is no longer associated with Cravath, Swaine & Moore LLP.

Attorneys at Cravath, Swaine & Moore LLP with appearances in this matter, including the undersigned, will continue to represent Meta in the above-captioned matters.

Dated: March 9, 2023

Respectfully submitted,

CRAVATH, SWAINE & MOORE, LLP

by  */s/ Kevin J. Orsini*
Kevin J. Orsini

Worldwide Plaza
825 Eighth Avenue
New York, NY
(212) 474-1000
korsini@cravath.com

*Attorneys for Meta Platforms, Inc.*