**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Case No. 1:21-MD-03010 (PKC)<br>Case No. 1:21-CV-06871 (PKC) | Case No. 1:21-MD-03010 (PKC) |

### [PROPOSED] ORDER TO WITHDRAW MARTHA REISER AS COUNSEL

The motion of Kevin J. Orsini to withdraw Martha Reiser as counsel in the above-captioned case is granted.

**IT IS HEREBY ORDERED** that Martha Reiser be withdrawn as Counsel for Defendant Meta Platforms, Inc. in the above-referenced actions.

Dated: _____        _____
                                                                Honorable P. Kevin Castel