UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-md-3010 (PKC) |

### DECLARATION OF ANNA K. SCHNEIDER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Anna K. Schneider, pursuant to Local Rule 1.3. declare the following:

1. I am a Bureau Chief at the State of Montana, Office of Consumer Protection, 555 Fuller Avenue, Helena, MT 59601. My telephone number is (406)444-4500.

2. I am over twenty-one years of age and authorized to make this declaration.

3. I submit this declaration in connection with the *In re Google Advertising Antitrust litigation*, Multidistrict Litigation No. 21-md-3010-PKC, in support of the Motion to Appear Pro Hac Vice filed herewith.

4. I have never been convicted of a felony. Nor have I ever been censured, suspended, dis barred, or denied admission or readmission by any court. and there are no disciplinary proceedings presently against me.

5. This declaration is based on my personal knowledge and upon information provided by the Supreme Court of Montana.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 9th day of March, 2023.

Anna K. Schneider, MT Bar #13963

**SUBSCRIBED AND SWORN TO** before me by the above-named applicant this 9th day of March, 2023.



Notary Public

RENEE FRANKS
NOTARY PUBLIC for the
State of Montana
Residing at Helena, Montana
My Commission Expires
January 9, 2024