UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-md-3010 (PKC) |

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

The motion of Anna Schneider for admission to practice Pro Hac Vice in the above-entitled litigation is granted.

Anna Schneider has declared that she is a member in good standing of the bar of the State of Montana; and that her contact information is as follows:

> Anna K. Schneider
> Bureau Chief, Office of Consumer Protection
> Montana Department of Justice
> P.O. Box 200151
> Helena, MT 59620-0151
> (406) 444-4500
> anna.schneider@mt.gov

Anna Schneider having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff State of Montana;

IT IS HEREBY ORDERED that Anna Schneider is admitted to practice Pro Hac Vice in the above-entitled litigation in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
                                          P. KEVIN CASTEL
                                          United States District Judge