UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Google Digital Advertising Antitrust Litigation | Civil Action No. 21-MD-3010 (PKC) |

*This Document Relates to:*

| | |
|---|---|
| In re Google Digital Advertising Antitrust Litigation | Civil Action No. 21-CV-7001 (PKC) |

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFF VITOR LINDO PURSUANT TO FED. R. CIV. P. 41(a)

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Vitor Lindo hereby voluntarily dismisses his claims without prejudice. This voluntary dismissal does not alter or affect the pendency of the claims of any other Plaintiff in this litigation.

Dated: March 20, 2023

Respectfully submitted,

*/s/ Tina Wolfson*
Tina Wolfson (TW-1016)
Theodore W. Maya (*pro hac vice*)
**AHDOOT & WOLFSON, PC**
2600 West Olive Ave., Suite 500
Burbank, California 91505
Tel.: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com

*Interim Co-Lead Counsel for Advertiser Plaintiffs and the Proposed Advertiser Class*