UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Google Digital Advertising Antitrust Litigation | Civil Action No. 21-MD-3010 (PKC) |
|---|---|

*This Document Relates to:*

| Cliffy Care Landscaping v. Facebook, Inc. et al | Civil Action No. 21-CV-06910 (PKC) |
|---|---|

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFFS RAINTREE MEDICAL AND CHIROPRACTIC CENTER LLC AND RODROCK CHIROPRACTIC PA PURSUANT TO FED. R. CIV. P. 41(a)

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Raintree Medical and Chiropractic Center LLC and Rodrock Chiropractic PA hereby voluntarily dismiss their claims without prejudice. This voluntary dismissal does not alter or affect the pendency of the claims of any other Plaintiff in this litigation.

Dated: March 20, 2023

Respectfully submitted,

/s/ *Jonathan L. Rubin*
Jonathan L. Rubin (pro hac vice)
MOGINRUBIN LLP
2101 L Street N.W., Suite 300
Washington, D.C. 20036
(202) 630-0616
jrubin@moginrubin.com

Richard F. Lombardo (*pro hac vice*)
Peter F. Rottgers (*pro hac vice*)
**SHAFFER LOMBARDO SHURIN**
2001 Wyandotte Street
Kansas City, MO 64108
(816) 931-0500
rlombardo@sls-law.com
prottgers@sls-law.com

*Counsel for Plaintiffs Raintree Medical and Chiropractic Center LLC and Rodrock Chiropractic PA*