UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC) |

------------------------------------------------------ x

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | 1:21-cv-06870-PKC |
| SPX Total Body Fitness LLC, d/b/a The Studio Empower, on behalf of itself and all others similarly situated, | |
| Plaintiff, vs. | 1:21-cv-07045-PKC |
| GOOGLE LLC, | |
| Defendant. | |
| SKINNYSCHOOL LLC d/b/a MARIA MARQUES FITNESS and MINT ROSE DAY SPA LLC, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, vs. | |
| GOOGLE LLC, | |
| Defendant. | |

------------------------------------------------------ x

## NOTICE OF MOTION TO WITHDRAWAL AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, Plaintiffs SPX Total Body Fitness LLC, d/b/a, The Studio Empower, SkinnySchool LLC, d/b/a/ Maria Marques Fitness, and Mint Rose Day Spa LLC, (collectively "SPX Plaintiffs") respectfully request that Fred Isquith Jr. be permitted to withdraw as counsel in the above-captioned proceeding as a result of his departure Isquith Law PLLC.

Mr. Isquith Jr.'s withdrawal will not delay the matter or prejudice any party, and he is

not retaining or charging a lien. Isquith Law, and other counsel, will continue to represent the SPX Plaintiffs in the above-captioned proceeding.

Dated this day 29 of March 2023

*/s/ Fred T. Isquith Jr*

By:   */s/ Fred T. Isquith Jr.*
        Fred T. Isquith Jr

Fred T. Isquith, Jr. (*FI-1064*)
**ISQUITH LAW**
220 East 80th Street
New York, NY 10075
Tel: (607) 277-6513
isquithlaw@gmail.com

*Attorney for SPX Plaintiffs and Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by the CM/ECF system.

                                             By:   */s/ Fred T. Isquith Jr.*
                                                        Fred T. Isquith Jr

Fred T. Isquith, Jr. (*FI-1064*)
**ISQUITH LAW**
220 East 80th Street
New York, NY 10075
Tel: (607) 277-6513
isquithlaw@gmail.com