UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ------------------------------------------------------ x | |
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC) |
| ------------------------------------------------------ x | |
| THIS DOCUMENT RELATES TO: | 1:21-cv-06870-PKC |
| SPX Total Body Fitness LLC, d/b/a The Studio Empower, on behalf of itself and all others similarly situated, | |
| Plaintiff, vs. | 1:21-cv-07045-PKC |
| GOOGLE LLC, | |
| Defendant. | |
| SKINNYSCHOOL LLC d/b/a MARIA MARQUES FITNESS and MINT ROSE DAY SPA LLC, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, vs. | |
| GOOGLE LLC, | |
| Defendant. | |
| ------------------------------------------------------ x | |

**[PROPOSED[ ORDER GRANTING MOTION TO WITHDRAWAL AS COUNSEL**

Before the Court is a Motion to Withdraw Fred T. Isquith Jr as Counsel for the Plaintiffs SPX Total Body Fitness LLC, d/b/a, The Studio Empower, SkinnySchool LLC, d/b/a/ Maria Marques Fitness, and Mint Rose Day Spa LLC, (collectively "SPX Plaintiffs") in the above-captioned proceeding. The Court has determined that the motion should be granted.

IT IS HEREBY ORDERED that Fred Isquith Jr.  is withdrawn as counsel for the SPX Plaintiffs and shall be removed from the Case Management/Electronic Case Files (CM/ECF)

notification in the above-captioned proceeding.

DATE:_____          _____
                                      United States District / Magistrate Judge