Fred T. Isquith Sr.<br>
**ISQUITH LAW PLLC**<br>
103 E 84th Street<br>
New York, New York 10028<br>
Ph: (718) 775-6478

March 31, 2023

<u>VIA ECF</u>

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *In re Google Digital Advertising Antitrust Litigation*, **No. 1:21-md-03010-PKC**
      *Re: Fred Isquith Jr Motion to Withdraw*

Dear Judge Castel:

  I represent the plaintiffs SPX Total Body Fitness LLC, d/b/a The Studio Empower, SkinnySchool LLC, d/b/a Maria Marques Fitness, and Mint Rose Day Spa LLC (collectively "SPX Plaintiffs"). I was also appointed, by the Court, to the Advertiser Class Action Steering Committee (ECF No. 263 at p. 5). I write to request the Court correct an administrative error in docket entry 515 Order Granting Motion to Withdrawal as Counsel, which inadvertently terminated me as counsel to the SPX Plaintiffs.

  On March 29, 2023, Fred Isquith Jr, filed his motion to Withdraw as Attorney. *ECF No.* 514 (Mar. 29, 2023). In that motion, Fred Isquith Jr stated that "Isquith Law, and other counsel, will continue to represent SPX Plaintiffs." Frederick Taylor Isquith Sr is also with Isquith Law PLLC. The Court granted that motion on March 30, 2023, ordering that "Fred Isquith Jr. is withdrawn as counsel for SPX Plaintiffs". *ECF No.* 515 (Mar. 30, 2023). While the order correctly permits the withdrawal of Fred Isquith Jr from the case. However, the docket entry incorrectly states "Fred Taylor Isquith [Jr.] **and Fredrick Taylor Isquith [Sr.]**. terminated in case." *See docket* entry 515 (Mar. 30, 2023) (emphasis added). As such the docket reflects, incorrectly, that Frederick Taylor Isquith Sr. is "terminated". Frederick Taylor Isquith Sr. continues to represent the SPX plaintiffs and the proposed class.

  I request that the Court please correct what appears to be an administrative error.

            Respectfully submitted,

            <u>*/s/ Fred T. Isquith Sr*</u>
            Fred T. Isquith Sr.