# Exhibit C

| From: | Evans-Aziz, Mikaela <mevansaziz@wsgr.com> |
|---|---|
| Sent: | Friday, April 21, 2023 1:59 PM |
| To: | Jason Zweig; Serina Vash; Stuart Davidson; Mark C. Mao; Jordan Elias; Ted Maya; Trevor Young; wnoss@koreintillery.com; Thomas Ray; 'Zeke DeRose III'; Thorne, John; Bird, Daniel G.; Goodnow, Christopher C.; Henningson, Sven E. (Trip); Maier, Eric J.; Philip Korologos |
| Cc: | Sessions, Justina; MCCALLUM, Robert; ELMER, Julie (JSE); Justus, Bradley; Bitton, Daniel S.; Egoul, Vadim |
| Subject: | [EXTERNAL] RE: In re Google |

Eric:

Thanks for your email.

Plaintiffs have themselves to blame for any purported delay in the production of these documents. Over Google's objections, Plaintiffs insisted on a provision in the ESI Order requiring the parties to "meet and confer concerning the applicability of the [ESI Order] to any Documents to be reproduced in this action that were previously produced in another action or as part of a pre-complaint investigation." ECF No. 508 at 2. Following that meet and confer, Google instructed its document vendor to prepare the documents at issue for production and the vendor has indicated that the production will be ready in mid-May. We will then promptly produce those documents to you.

We think that filing a motion to compel production on an earlier timeline would be a waste of judicial resources because the motion is moot. Google has agreed to produce the documents that are the subject of Plaintiffs' proposed motion. We anticipate that production will occur in advance of the substantial completion deadline set forth in Pre-Trial Order No. 5, and approximately fourteen months before the close of fact discovery.

We are available to meet and confer.

Thanks,
Mikaela

## WILSON SONSINI

**Mikaela E. Evans-Aziz | Associate | Wilson Sonsini Goodrich & Rosati**
One Market Plaza, Spear Tower, Suite 3300 | San Francisco, CA 94105 | mobile: 619.395.2439 | mevansaziz@wsgr.com

**From:** Maier, Eric J. <emaier@kelloghhansen.com>
**Sent:** Wednesday, April 19, 2023 3:50 PM
**To:** MCCALLUM, Robert <rob.mccallum@freshfields.com>
**Cc:** Jason Zweig <jaz@kellerpostman.com>; Serina Vash <svash@hermanjones.com>; Stuart Davidson <sdavidson@rgrdlaw.com>; Mark C. Mao <mmao@bsfllp.com>; Philip C. Korologos - Boies, Schiller & Flexner LLP (pkorologos@bsfllp.com) <pkorologos@bsfllp.com>; Jordan Elias <jelias@girardsharp.com>; Ted Maya <tmaya@ahdootwolfson.com>; Trevor Young <Trevor.Young@oag.texas.gov>; wnoss@koreintillery.com; Justina Sessions <jsessions@wsgr.com>; Thomas Ray <Thomas.Ray@oag.texas.gov>; 'Zeke DeRose III' <Zeke.DeRose@LanierLawFirm.com>; Thorne, John <jthorne@kelloghhansen.com>; Bird, Daniel G. <dbird@kelloghhansen.com>; Goodnow, Christopher C. <cgoodnow@kelloghhansen.com>; Henningson, Sven E. (Trip) <shenningson@kelloghhansen.com>
**Subject:** RE: In re Google

Rob,
Plaintiffs have now made clear on March 23, 28 and April 12 that they will accept, without reformatting, the approximately 800,000 documents produced to DOJ in its ad tech investigation but not to plaintiffs in these actions. The

need to discuss reformatting those documents is the only justification Google has provided for refusing to produce those documents. Google's obligation to produce these documents bears no relation with "other discovery issues," and we reiterate (for the fourth time) that no reformatting is necessary. Please confirm by this Friday, April 21 at 2:00pm ET that Google will produce the 800,000 documents by Monday, April 24. Otherwise, we will file a letter motion to compel production of those documents.

Regards,

Eric

**Eric J. Maier**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7923
NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Zeke DeRose III <Zeke.DeRose@LanierLawFirm.com>
**Sent:** Tuesday, April 18, 2023 9:29 AM
**To:** MCCALLUM, Robert <rob.mccallum@freshfields.com>
**Cc:** Jason Zweig <jaz@kellerpostman.com>; Serina Vash <svash@hermanjones.com>; Stuart Davidson <sdavidson@rgrdlaw.com>; Mark C. Mao <mmao@bsfllp.com>; Philip C. Korologos - Boies, Schiller & Flexner LLP (pkorologos@bsfllp.com) <pkorologos@bsfllp.com>; Jordan Elias <jelias@girardsharp.com>; Ted Maya <tmaya@ahdootwolfson.com>; Trevor Young <Trevor.Young@oag.texas.gov>; wnoss@koreintillery.com; Justina Sessions <jsessions@wsgr.com>; Thomas Ray <Thomas.Ray@oag.texas.gov>; Maier, Eric J. <emaier@kelloghansen.com>
**Subject:** [EXTERNAL] Re: In re Google

Adding DailyMail.

Zeke DeRose III - Attorney p: 713-659-5200 w: www.LanierLawFirm.com

On Apr 17, 2023, at 9:53 PM, MCCALLUM, Robert <rob.mccallum@freshfields.com> wrote:

Jason:
Thanks for your letter. As to documents produced to Google pursuant to subpoenas, we are preparing a production which I expect you will receive on or before Wednesday. As to documents previously produced to DOJ, we anticipate sending an update on this and other discovery issues later this week. Feel free to give me a call if you have any questions in the meantime.
Kind regards,
Rob

**From:** Jason Zweig <jaz@kellerpostman.com>
**Sent:** Wednesday, April 12, 2023 2:45 PM
**To:** MCCALLUM, Robert <rob.mccallum@freshfields.com>
**Cc:** Serina Vash <svash@hermanjones.com>; Stuart Davidson <sdavidson@rgrdlaw.com>; Mark C. Mao <mmao@BSFLLP.com>; Philip C. Korologos - Boies, Schiller & Flexner LLP (pkorologos@bsfllp.com) <pkorologos@bsfllp.com>; Jordan Elias <jelias@girardsharp.com>; Ted Maya <tmaya@ahdootwolfson.com>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Trevor Young <trevor.young@oag.texas.gov>; wnoss@koreintillery.com; Justina Sessions <jsessions@wsgr.com>; Thomas Ray <thomas.ray@oag.texas.gov>
**Subject:** In re Google

Please see attached.

**Jason Zweig**
Partner

Keller | Postman

150 N. Riverside Plaza, Suite 4100 | Chicago, IL, 60606
312.216.8667 | Email | Bio | Website

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.