# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Izaak Earnhardt hereby moves this Court for an Order for Admission to practice *pro hac vice* to appear as counsel for Plaintiffs Genius Media Group, Inc. (n/k/a MediaLab.AI, Inc.), The Nation Company, LLC, The Progressive, Inc., and Co-Lead Counsel for the Publisher Class. in the above captioned action.

I am in good standing of the bars of the State of North Carolina and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 26, 2023

Respectfully Submitted,

*/s/ Izaak Earnhardt*

Izaak Earnhardt
iearnhardt@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Suite 1100
Washington, DC 20005
Tel. (202) 237 2727

*Counsel for Plaintiffs Genius Media Group, Inc. (n/k/a MediaLab.AI, Inc.),The Nation Company, LLC, The Progressive, Inc., and Co-Lead Counsel for the Publisher Class*