UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**DECLARATION OF IZAAK EARNHARDT IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

I, Izaak Earnhardt, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bars of the State of North Carolina and the District of Columbia.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: April 26, 2023

Respectfully Submitted,

*/s/ Izaak Earnhardt*

Izaak Earnhardt
iearnhardt@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Suite 1100
Washington, DC 20005
Tel. (202) 237-2727

*Counsel for Plaintiffs Genius Media Group, Inc., The Nation Company, LLC, and the Progressive, Inc. and Co-Lead Counsel for the Publisher Class*