UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Izaak Earnhardt, for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar to the State of North Carolina and the District of Columbia; and that his contact information is as follows:

Applicant's Name:  Izaak Earnhardt

Firm Name:  Boies Schiller Flexner LLP

Address:  1401 New York Ave NW, Suite 1100

City/State/Zip:  Washington, DC 20005

Telephone/Fax:  (202) 237-2727

Email: iearnhardt@bsfllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs Genius Media Group, Inc. (n/k/a MediaLab.AI, Inc.), The Nation Company, LLC, and The Progressive, Inc., and Co-Lead Counsel for the Publisher Class in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                     _____
                                                    United States District Judge