

April 29, 2023

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, NY 10007-1312

<i>In re Google Digital Advertising Antitrust Litigation</i><br/><i>No. 1:21-md-03010 (PKC)</i>

Dear Judge Castel:

I write on behalf of the MDL Plaintiffs in relation to Defendants' letter motion (ECF 536) filed last night concerning discovery coordination between the matters pending before Your Honor in this MDL-3010 and the action brought by DOJ and several states in the Eastern District of Virginia. There is no conference currently scheduled with the Court.

As anticipated in our letter to Google and the Department of Justice that is included as Exhibit B to Defendants' letter motion (ECF 536-2), the MDL Plaintiffs respectfully request permission to file a response to Defendants' letter motion on Friday, May 5, 2023.

Respectfully,

/s/ Philip Korologos
Philip Korologos

Copy via ECF to:  All Counsel

*[Handwritten annotation:]* Application to file response by May 5, 2023 is GRANTED. SO ORDERED. [signature] USDJ 5-1-23