AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In re: Google Digital Advertising Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-md-3010-PKC |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff JLaSalle Enterprises LLC.

Date: 05/02/2023

/s/ Nicole A. Veno
*Attorney's signature*

Nicole A. Veno 5144340
*Printed name and bar number*

Kirby McInerney LLP
Suite 820, 250 Park Ave
New York, NY 10177
*Address*

nveno@kmllp.com
*E-mail address*

(212) 371-6600
*Telephone number*

(212) 751-2540
*FAX number*