UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 1:21-md-03010-PKC |
| THIS DOCUMENT RELATES TO:<br><br>SPX TOTAL BODY FITNESS LLC d/b/a THE STUDIO EMPOWER, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>                Defendant. | 1:21-cv-06870-PKC |
| SKINNYSCHOOL LLC d/b/a MARIA MARQUES FITNESS and MINT ROSE DAY SPA LLC, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>                Defendant. | 1:21-cv-07045-PKC |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that Jessica C. Hermes of Zwerling, Schachter & Zwerling, LLP hereby enters her appearance as counsel for Plaintiffs SPX Total Body Fitness LLC d/b/a The Studio Empower; SkinnySchool LLC d/b/a Maria Marques Fitness; and Mint Rose Day Spa LLC in the above-captioned proceedings and requests that all future correspondence and papers be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Dated:  May 11, 2023　　　　　　　　　　Respectfully submitted,

                                            **ZWERLING, SCHACHTER & ZWERLING, LLP**

By:  s/ Jessica C. Hermes
     Jessica C. Hermes (NY # 5454061)
     41 Madison Avenue
     New York, NY 10010
     Tel.: (212) 223-3900
     Email: jhermes@zsz.com