UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re GOOGLE ADVERTISING ANTITRUST LITIGATION | No. 21-md-3010 (PKC) |
|  | P. Kevin Castel District Judge |
| This Document Relates To: | MOTION TO WITHDRAW STEVEN M. JODLOWSKI AS ATTORNEY OF RECORD |
| *AIM Media Ind. Operating, LLC v. Google, LLC*, No. 1:21-cv-06912-PKC (S.D.N.Y.) |  |
| *AIM Media Midwest Operating, LLC v. Google, LLC*, No. 1:21-cv-06884-PKC (S.D.N.Y.) |  |
| *AIM Media Tex. Operating, LLC v. Google, LLC*, No. 1:21-cv-06888-PKC (S.D.N.Y.) |  |
| *Appen Media Group, Inc. v. Google LLC*, No. 1:22-cv-09810-PKC (S.D.N.Y.) |  |
| *Brown Cnty. Publ'g Co., Inc. v. Google, LLC*, No. 1:21-cv-06915-PKC (S.D.N.Y.) |  |
| *Capital Region Indep. Media LLC v. Google LLC*, No. 1:22-cv-06997-PKC (S.D.N.Y.) |  |
| *Clarksburg Publ'g Co., d/b/a WV News v. Google, LLC*, No. 1:21-cv-06840-PKC (S.D.N.Y.) |  |
| *Coastal Point LLC v. Google, LLC*, No. 1:21-cv-06824-PKC (S.D.N.Y.) |  |
| *Eagle Printing Co. v. Google, LLC*, No. 1:21-cv-06881-PKC (S.D.N.Y.) |  |
| *ECENT Corp. v. Google, LLC*, No. 1:21-cv-06817-PKC (S.D.N.Y.) |  |
| *Emmerich Newspapers, Inc. v. Google, LLC*, No. 1:21-cv-06794-PKC (S.D.N.Y.) |  |

[Caption continued on following page.]

*Flag Publ'ns, Inc. v. Google, LLC*, No. 1:21-cv-06871-PKC (S.D.N.Y.)

*Gale Force Media, LLC v. Google, LLC*, No. 1:21-cv-06909-PKC (S.D.N.Y.)

*Gould Enters., Inc. v. Google, LLC*, No. 1:22-cv-01705-PKC (S.D.N.Y.)

*HD Media Co., LLC v. Google, LLC*, No. 1:21-cv-06796-PKC (S.D.N.Y.)

*Journal, Inc. v. Google, LLC*, No. 1:21-cv-06828-PKC (S.D.N.Y.)

*Neighborhood Newspapers, Inc. v. Google LLC*, No. 1:21-cv-10188-PKC (S.D.N.Y.)

*Robinson Commc'ns, Inc. v. Google, LLC*, No. 1:21-cv-08032-PKC (S.D.N.Y.)

*Rome News Media, LLC v. Google LLC*, No. 1:21-cv-10186-PKC (S.D.N.Y.)

*Savannah Publ'g Co., Inc. v. Google, LLC*, No. 1:22-cv-01693-PKC (S.D.N.Y.)

*Something Extra Publ'g, Inc. v. Google, LLC*, No. 1:21-cv-09523-PKC (S.D.N.Y.)

*Southern Cmty. Newspapers, Inc. v. Google, LLC*, No. 1:22-cv-01971-PKC (S.D.N.Y.)

*Times Journal, Inc. v. Google LLC*, No. 1:21-cv-10187-PKC (S.D.N.Y.)

*Union City Daily Messenger, Inc. v. Google, LLC*, No. 1:22-cv-01704-PKC (S.D.N.Y.)

*Weakley Cnty. Press, Inc. v. Google, LLC*, No. 1:22-cv-01701-PKC (S.D.N.Y.)

x
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
x

PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Civil Rule 1.4, to allow Steven M. Jodlowski to withdraw as counsel of record for the Newspaper Plaintiffs in the above-referenced action due to his departure from the law firm of Robbins Geller Rudman & Dowd LLP. I respectfully request that Steven M. Jodlowski be removed from the docket as counsel for the Newspaper Plaintiffs. All other counsel listed on the docket from the law firm of Robbins Geller Rudman & Dowd LLP will continue to represent the Newspaper Plaintiffs in this matter.

A proposed order is filed concurrently herewith.

DATED: May 16, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL (admitted *pro hac vice*)


s/ David W. Mitchell
DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER (admitted *pro hac vice*)
STUART A. DAVIDSON (admitted *pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

FARRELL & FULLER, LLC
PAUL T. FARRELL, JR. (admitted *pro hac vice*)
MICHAEL J. FULLER, JR. (admitted *pro hac vice*)
1311 Ponce De Leon, Suite 202
San Juan, PR 00907
Telephone: 939/293-8244
939/293-8245 (fax)

FITZSIMMONS LAW FIRM PLLC
ROBERT P. FITZSIMMONS (admitted *pro hac vice*)
CLAYTON J. FITZSIMMONS (admitted *pro hac vice*)
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: 304/277-1700
304/277-1705 (fax)

HERMAN JONES LLP
JOHN C. HERMAN (admitted *pro hac vice*)
SERINA M. VASH
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA 30326
Telephone: 404/504-6555
404/504-6501 (fax)

Attorneys for Plaintiffs HD Media Company LLC, AIM Media Indiana Operating, LLC, AIM Media Midwest Operating, LLC, AIM Media Texas Operating, LLC, Clarksburg Publishing Company, d.b.a. WV News, Coastal Point LLC, Eagle Printing Company, ECENT Corp., Emmerich Newspapers, Inc., J.O. Emmerich & Associates, Inc., Delta-Democrat Publishing Company, Commonwealth Publishing Company, Inc., Delta Press Publishing Company, Inc., Newton County Appeal Inc., Marion Publishing, Company, Yazoo Newspaper, Co., Inc., Sunland Publishing, Company, Inc., Simpson Publishing Co., Inc., Montgomery Publishing Co., Inc., Franklinton Publishing Co., Inc., Charleston Publishing Co., Inc., Clarion Publishing Company, Inc., Scott Publishing, Inc., Clarke Publishing, Inc., Hattiesburg Publishing, Inc., Tallulah Publishing, Inc., Louisville Publishing, Inc., Kosciusko Star-Herald, Inc., Enterprise-Tocsin, Inc., Grenada Star, Inc., Tate Record Inc., Flag Publications, Inc., Gale Force Media, LLC, Journal, Inc., Brown County Publishing Company, Inc., Multi Media Channels, LLC, Robinson Communication, Inc., Something Extra Publishing, Inc., Rome News Media, LLC, Neighborhood Newspapers, Inc., Times Journal, Inc., Savannah Publishing Co., Inc., Weakley County Press, Inc., Union City Daily Messenger, Inc., Gould Enterprises, Inc., Southern Community Newspapers, Inc., Appen Media Group, Inc., Capital Region Independent Media LLC

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on May 16, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  davidm@rgrdlaw.com

# Mailing Information for a Case 1:21-md-03010-PKC In re: Google Digital Advertising Antitrust Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Ahdoot**
  rahdoot@ahdootwolfson.com,3559819420@filings.docketbird.com,tmaya@ahdootwolfson.com,bking@ahdootwolfson.com,filings@ahdootwolfson.com

- **Aden Martin Allen**
  aallen@wsgr.com

- **Elin S Alm**
  ealm@nd.gov,lemoch@nd.gov

- **Peter T Barbur**
  pbarbur@cravath.com

- **Brian W Barnes**
  bbarnes@cooperkirk.com

- **Scott Leroy Barnhart**
  scott.barnhart@atg.in.gov

- **Patrick Montgomery Barrett , III**
  pbarrett@barrettlawofficetn.com

- **Zina Bash**
  zina.bash@kellerpostman.com

- **Kate M. Baxter-Kauf**
  kmbaxter-kauf@locklaw.com,atajagbusi@locklaw.com,lgn-kmbaxter-kauf@ecf.courtdrive.com

- **TerriAnne Benedetto**
  tbenedetto@dugan-lawfirm.com,cbarnes@seegerweiss.com,klaukaitis@seegerweiss.com,cchoe@seegerweiss.com

- **Daniel G Bird**
  dbird@kellogghansen.com,hwallace@kellogghansen.com,etripodi@kellogghansen.com,ecf-d43d0fc62774@ecf.pacerpro.com

- **Daniel S. Bitton**
  dbitton@axinn.com

- **Mikaela M. Bock**
  mbock@girardsharp.com

- **David Boies**
  dboies@bsfllp.com

- **Kip T. Bollin**
  kip.bollin@thompsonhine.com,ECFDocket@thompsonhine.com

- **Jamie L Boyer**
  jboyer@koreintillery.com

- **Alex Jerome Brown**
  alex.brown@lanierlawfirm.com,3511928420@filings.docketbird.com,audrey.moore@lanierlawfirm.com

- **Joseph M. Bruno**
  jbruno@brunobrunolaw.com

- **Christopher M. Burke**
  Cburke@KoreinTillery.com

- **Bryce L Callahan**
  bcallahan@yettercoleman.com

- **Solomon B. Cera**
  scera@cerallp.com,jrl@cerallp.com,cdirksen@cerallp.com,tempsec@cerallp.com,kgantan@cerallp.com

- **Mark A. Colantonio**
  mark@fitzsimmonsfirm.com

- **Mark A. Colantonio**
  mark@fitzsimmonsfirm.com,jaclyn@fitzsimmonsfirm.com,mark_096@ecf.courtdrive.com,leslie@fitzsimmonsfirm.com

- **Timothy Patrick Conroy**
  timothypconroy@gmail.com

- **Charles J Cooper**
  ccooper@cooperkirk.com,johlendorf@cooperkirk.com,ccarroll@cooperkirk.com,ktroilo@cooperkirk.com

- **Andrew Dieter Cordo**
  acordo@wsgr.com

- **Ryan Z. Cortazar**
  rcortazar@koreintillery.com

- **Caitlin G. Coslett**
  ccoslett@bm.net,sleo@bm.net

- **Caitlin Goldwater Coslett**
  ccoslett@bm.net

- **Shawn Cowles**
  shawn.cowles@oag.texas.gov

- **Eric L. Cramer**
  ecramer@bm.net,sleo@bm.net,dgiovanetti@bm.net,emagnus@bm.net

- **Mary Csarny**
  Mary.Csarny@ThompsonHine.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com,khanson@rgrdlaw.com

- **Zeke DeRose , III**
  zeke.derose@lanierlawfirm.com

- **Michael C Dell'Angelo , IV**
  mdellangelo@bm.net,csimon@bm.net,jgionnette@bm.net

- **Michael C. Dell'Angelo**
  mdellangelo@bm.net,eyork@bm.net,clozano@bm.net,csimon@bm.net,jgionnette@bm.net

- **James Peter Denvir , III**
  jdenvir@bsfllp.com

- **James R. Dugan , II**
  jdugan@dugan-lawfirm.com,dscalia@dugan-lawfirm.com,dplymale@dugan-lawfirm.com,bonnie@dugan-lawfirm.com

- **Alexander Izaak Earnhardt**
  iearnhardt@bsfllp.com

- **Marc Howard Edelson**
  medelson@edelson-law.com

- **Vadim Egoul**
  vegoul@wsgr.com

- **Kara A. Elgersma**
  kae@wbe-llp.com,wbe-ecf@ecf.courtdrive.com

- **Jordan Elias**
  jelias@girardsharp.com,5261237420@filings.docketbird.com,avongoetz@girardsharp.com

- **Julie Elmer**
  julie.elmer@freshfields.com

- **Julie S Elmer**
  julie.elmer@freshfields.com,filing_notice@freshfields.com,6188914420@filings.docketbird.com

- **Mikaela Elizabeth Evans-Aziz**
  mevansaziz@wsgr.com,ageritano@wsgr.com

- **Andrew Ewalt**
  andrew.ewalt@freshfields.com,filing_notice@freshfields.com

- **Randall P. Ewing , Jr**
  REwing@KoreinTillery.com,gkaminsky@koreintillery.com

- **Paul T. Farrell , Jr**
  paul@farrellfuller.com,andrea@farrellfuller.com,lora@farrell.law

- **Paul T. Farrell, Jr**
  paul@farrellfuller.com

- **Andrew William Ferich**
  aferich@ahdootwolfson.com

- **Clayton J. Fitzsimmons**
  clayton@fitzsimmonsfirm.com,kait@fitzsimmonsfirm.com,crystal@fitzsimmonsfirm.com,christy@fitzsimmonsfirm.com,leslie@fitzsimmonsfirm.com

- **Robert Patrick Fitzsimmons**
  bob@fitzsimmonsfirm.com,kendra@fitzsimmonsfirm.com,kait@fitzsimmonsfirm.com,christy@fitzsimmonsfirm.com,leslie@fitzsimmonsfirm.com

- **Isaac Ralston Forman**
  iforman@hfdrlaw.com

- **Michael Jay Fuller**
  mike@farrellfuller.com

- **Michael Jay Fuller , Jr**
  mike@farrellfuller.com,edna@mchughfuller.com

- **Michael Jay Fuller , Jr**
  mike@farrellfuller.com

- **Paul J Geller**
  pgeller@rgrdlaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Christopher Goodnow**
  cgoodnow@kellogghansen.com

- **Max C. Gottlieb**
  mgottlieb@hfdrlaw.com

- **Joshua H. Grabar**
  jgrabar@grabarlaw.com

- **Robert J. Gralewski , Jr**
  bgralewski@kmllp.com

- **Robert Gralewski, Jr**
  bgralewski@kmllp.com

- **Benjamin M. Greenblum**
  bgreenblum@wc.com

- **Philip Lawrence Gregory**
  pgregory@gregorylawgroup.com

- **Parrell D Grossman**
  pgrossman@nd.gov

- **Scott M Grzenczyk**
  scottg@girardsharp.com,7488696420@filings.docketbird.com,avongoetz@girardsharp.com

- **Daniel E. Gustafson**
  dgustafson@gustafsongluek.com

- **John David Harkrider**
  jharkrider@axinn.com

- **Jason S. Hartley**
  hartley@hartleyllp.com

- **Rebecca M Hartner**
  rhartner@scag.gov

- **Caleb Hayes-Deats**
  chayes-deats@mololamken.com,caleb.hayes-deats@usdoj.gov

- **Daniel C. Hedlund**
  dhedlund@gustafsongluek.com,jholzer@gustafsongluek.com

- **Noah Heinz**
  noah.heinz@kellerpostman.com

- **Philip R Heleringer**
  philip.heleringer@ky.gov,sarah.telle@ky.gov

- **John C. Herman**
  jherman@hermanjones.com

- **Jessica Hermes**
  jhermes@zsz.com

- **Brianna S. Hills**
  bhills@bsfllp.com

- **Mark Hirschboeck**
  mhirschboeck@kellogghansen.com

- **Michael B. Hissam**
  mhissam@hfdrlaw.com

- **Stephen M. Hoeplinger**
  stephen.hoeplinger@ago.mo.gov

- **Stephen Mark Hoeplinger**
  stephen.hoeplinger@ago.mo.gov

- **Frederick Taylor Isquith , Sr**
  isquithlaw@gmail.com

- **Lee Istrail**
  lee.istrail@myfloridalegal.com

- **Jonathan M. Jacobson**
  jjacobson@wsgr.com,ageritano@wsgr.com,lalmeida@wsgr.com,cstavros@wsgr.com

- **Rachel Annie Jarvis**
  jarvislawgroup@gmail.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher Chad Johnson**
  chadj@rgrdlaw.com,e_file_ny@rgrdlaw.com,chadj@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Bethan R Jones**
  bjones@kellogghansen.com

- **Carlton R. Jones**
  cjones@rgrdlaw.com

- **Peter M. Jones**
  pjones@rgrdlaw.com,geubanks@rgrdlaw.com

- **Mary Gibson Jowers**
  mfjowers@scag.gov

- **Bradley Justus**
  bjustus@axinn.com,gteamaxinn@axinn.com

- **Lauren Kaplin**
  lauren.kaplin@freshfields.com,filing_notice@freshfields.com,6188914420@filings.docketbird.com

- **Ashley C. Keller**
  ack@kellerpostman.com,docket@kellerlenkner.com

- **Bradley K. King**
  bking@ahdootwolfson.com,twolfson@ahdootwolfson.com,rahdoot@ahdootwolfson.com,filings@ahdootwolfson.com,1946088420@filings.docketbird.com

- **Michael E. Klenov**
  mklenov@koreintillery.com,ldunn@koreintillery.com

- **Philip C. Korologos**
  pkorologos@bsfllp.com,jkramer@bsfllp.com,eresnicow@bsfllp.com,NYC_Managing_Clerk@bsfllp.com,tshort@bsfllp.com,mlebron@bsfllp.com,philip-korologos-7041@ecf.pacerpro.com

- **David H. Kramer**
  dkramer@wsgr.com,dgrubbs@wsgr.com

- **Tim LaComb**
  tlacomb@moginrubin.com

- **Benjamin Labow**
  blabow@wsgr.com

- **Yvette K Lafrentz**
  yvette.lafrentz@state.sd.us

- **April D Lambert**
  alambert@radicelawfirm.com

- **April Dawn Lambert**
  alambert@radicelawfirm.com

- **Jeffrey A. Lamken**
  jlamken@mololamken.com

- **W Mark Lanier**
  jrm@lanierlawfirm.com

- **W. Mark Lanier**
  jrm@lanierlawfirm.com,catherine.heacox@lanierlawfirm.com,audrey.moore@lanierlawfirm.com,sadie.turner@lanierlawfirm.com

- **Vanessa Allen Lavely**
  vlavely@cravath.com,abahri@cravath.com,mamiller@cravath.com,dphillips@cravath.com

- **Karen M. Lerner**
  klerner@kmllp.com,karen-lerner-7246@ecf.pacerpro.com

- **Matthew Levinton**
  Matthew.Levinton@oag.texas.gov

- **Chelsea C. Lewis**
  chelsea.lewis@formanwatkins.com

- **John Christian Lewis**
  christian.lewis@ky.gov

- **Jason M Lindner**
  lindner@hartleyllp.com

- **Robert E Litan**
  rlitan@bm.net,csimon@bm.net

- **Richard Lombardo**
  rlombardo@sls-law.com,jwelker@sls-law.com,bwilmoth@sls-law.com

- **Jessica Lonergan**
  jlonergan@wsgr.com,ageritano@wsgr.com

- **Kate Lv**
  klv@koreintillery.com

- **Patrick Fanning Madden**
  pmadden@bm.net,jgionnette@bm.net

- **Eric Mahr**
  eric.mahr@freshfields.com

- **Eric J. Mahr**
  eric.mahr@freshfields.com,filing_notice@freshfields.com

- **Eric J. Maier**
  emaier@kellogghansen.com

- **Hsiao C. Mao**
  mmao@bsfllp.com

- **Mark C. Mao**
  mmao@bsfllp.com,lfrance-gorn@bsfllp.com

- **Sara Ellen Margolis**
  smargolis@mololamken.com

- **Pamela A. Markert**
  pmarkert@cerallp.com

- **Hart Martin**
  hart.martin@ago.ms.gov

- **Marie W.L. Martin**
  mwmartin@agutah.gov,dpotnar@ag.nv.gov,mhodges@ag.nv.gov

- **Steven A. Martino**
  stevemartino@taylormartino.com

- **Mark W Mattioli**
  mmattioli@mt.gov

- **Theodore W. Maya**
  tmaya@ahdootwolfson.com

- **Robert John McCallum**
  rob.mccallum@freshfields.com,filing_notice@freshfields.com,6188914420@filings.docketbird.com

- **Derriel Carlton McCorvey**
  derriel@mccorveylaw.com

- **Sabria McElroy**
  smcelroy@bsfllp.com

- **Sabria McElroy**
  smcelroy@bsfllp.com

- **Matthew Alan Michaloski**
  matthew.michaloski@atg.in.gov

- **Mint Rose Day Spa LLC**
  Mintrosedayspa@gmail.com

- **David W. Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David W. Mitchell - PHV**
  davidm@rgrdlaw.com

- **Daniel Jay Mogin**
  dmogin@moginrubin.com,jchatfield@moginrubin.com,sbuack@moginrubin.com,ngeraci@moginrubin.com,jsidhwa@moginrubin.com,carmijo@moginrubin.com

- **Jason Blake Mollick**
  jmollick@wsgr.com,ageritano@wsgr.com

- **Dianne M. Nast**
  dnast@nastlaw.com

- **Michelle C Newman**
  mnewman@ag.nv.gov,dpotnar@ag.nv.gov,mhodges@ag.nv.gov

- **Daniel Jay Nordin**
  dnordin@gustafsongluek.com

- **Walter W. Noss**
  wnoss@koreintillery.com

- **Carol L. O'Keefe**
  cokeefe@koreintillery.com

- **Carol Lee O'Keefe**
  cokeefe@koreintillery.com,jwitteried@koreintillery.com,llucas@koreintillery.com

- **John K Olson**
  john.olson@ag.idaho.gov,lynn.mize@ag.idaho.gov

- **Kevin J. Orsini**
  korsini@cravath.com,mao@cravath.com,FBADTechAssociates@cravath.com,pbarbur@cravath.com,Antitrust_Paralegals@cravath.com

- **Jesse Panuccio**
  jpanuccio@bsfllp.com,jpanuccio@BSFLLP.com

- **Eliana M. Pfeffer**
  epfeffer@kellogghansen.com,edawson@kellogghansen.com

- **Daniel J. Pfefferbaum**
  dpfefferbaum@rgrdlaw.com,dpfefferbaumRGRD@ecf.courtdrive.com

- **Jeffery G Pickett**
  jeff.pickett@alaska.gov

- **Tara W Pincock**
  tpincock@agutah.gov

- **Adam E Polk**
  apolk@girardsharp.com,avongoetz@girardsharp.com,3768906420@filings.docketbird.com

- **Warren D Postman**
  wdp@kellerlenkner.com

- **Carol Joan Pruski**
  cpruski@wc.com,carol-pruski-7367@ecf.pacerpro.com

- **John D. Radice**
  jradice@radicelawfirm.com

- **Tiffany Ray**
  tiffany@taylormartino.com

- **Tiffany N. Ray**
  tiffany@taylormartino.com

- **Harold S. Reeves**
  hreeves@cooperkirk.com

- **Sophia Marie Rios**
  srios@bm.net

- **Sophia Marie Rios**
  srios@bm.net

- **Sean P. Rodriguez**
  srodriguez@bsfllp.com,sphan@bsfllp.com,sean-rodriguez-4625@ecf.pacerpro.com

- **Thaizza M Rodriguez**
  trodriguez@justicia.pr.gov

- **David Evan Ross**
  dross@seitzross.com

- **Peter Frederic Rottgers**
  prottgers@sls-law.com,ctraffis@sls-law.com

- **Jonathan Rubin**
  jrubin@moginrubin.com,jchatfield@moginrubin.com,sbuack@moginrubin.com,tlacomb@moginrubin.com,ngeraci@moginrubin.com,jsidhwa@moginrubin.com,dmo

- **Jonathan Laurence Rubin**
  jrubin@moginrubin.com

- **Franklin M Rubinstein**
  frubinstein@wsgr.com

- **Jan Rybnicek**
  jan.rybnicek@freshfields.com

- **John E. Schmidtlein**
  jschmidtlein@wc.com,john-schmidtlein-5892@ecf.pacerpro.com

- **Anna Schneider**
  anna.schneider@mt.gov,renee.franks@mt.gov

- **Justina K. Sessions**
  jsessions@wsgr.com,ageritano@wsgr.com

- **Justina Kahn Sessions**
  jsessions@wsgr.com

- **Dena C. Sharp**
  dsharp@girardsharp.com,avongoetz@girardsharp.com,8388361420@filings.docketbird.com

- **Dena C. Sharp**
  dsharp@girardsharp.com

- **Heidi M. Silton**
  hmsilton@locklaw.com,lgn-hmsilton@ecf.courtdrive.com,hnpotteiger@locklaw.com,sljuell@locklaw.com

- **William Nelson Sinclair**
  bsinclair@mdattorney.com

- **SkinnySchool LLC**
  info@mariamarquesfitness.com

- **Michael S Sommer**
  msommer@wsgr.com,ageritano@wsgr.com

- **Dennis Stewart**
  dstewart@gustafsongluek.com

- **Christopher Eric Stiner**
  cstiner@ahdootwolfson.com

- **Daniel Strunk**
  daniel.strunk@kellerpostman.com

- **Brittany Lynn Sukiennik**
  bsukiennik@cravath.com,mao@cravath.com

- **Michael E. Sumner**
  sumnerpc@numail.org

- **Archana Tamoshunas**
  atamoshunas@tcllaw.com

- **David H Thompson**
  dthompson@cooperkirk.com,ccarroll@cooperkirk.com,abailey@cooperkirk.com,ktroilo@cooperkirk.com

- **John Thorne**
  jthorne@kellogghansen.com,awhite@kellogghansen.com,sthorne@kellogghansen.com,csella@kellogghansen.com

- **Stephen M. Tillery**
  stillery@koreintillery.com,ldunn@koreintillery.com,leckhardt@koreintillery.com

- **Katielynn Boyd Townsend**
  ktownsend@rcfp.org

- **Lucas J Tucker**
  ltucker@ag.nv.gov,dpotnar@ag.nv.gov,mhodges@ag.nv.gov

- **Jonathan K Van Patten**
  jonathan.vanpatten@state.sd.us,lynell.erickson@state.sd.us

- **Serina M. Vash**
  svash@hermanjones.com

- **Serina Marie Vash**
  svash@hermanjones.com

- **Nicole Anne Veno**
  nveno@kmllp.com

- **Jeffrey M. Wakefield**
  jwakefield@fsblaw.com

- **Daniel John Walker**
  dwalker@bm.net

- **Marc Alfred Wallenstein**
  mwallenstein@koreintillery.com

- **Michaela Wallin**
  mwallin@bm.net

- **Clarence Webster , III**
  cwebster@babc.com

- **Amanda J. Wentz**
  amanda.wentz@arkansasag.gov,Heather.Jones@ArkansasAG.gov

- **Gregory F Wesner**
  gwesner@hermanjones.com

- **Kenneth A. Wexler**
  kaw@wbe-llp.com,wbe-ecf@ecf.courtdrive.com

- **James A. Wilson**
  jawilson@vorys.com

- **Tina Wolfson**
  twolfson@ahdootwolfson.com,bking@ahdootwolfson.com,filings@ahdootwolfson.com,hkelston@ahdootwolfson.com,hliivamagi@ahdootwolfson.com,rahdoot@ahd

- **Koren Wong-Ervin**
  kwongervin@axinn.com

- **Stephen Yelderman**
  stephen.yelderman@kellerlenkner.com

- **R Paul Yetter**
  pyetter@yettercoleman.com

- **Trevor Young**
  trevor.young@oag.texas.gov,stephen.craig@oag.texas.gov

- **George A. Zelcs**
  gzelcs@koreintillery.com,ldunn@koreintillery.com,7556444420@filings.docketbird.com,leckhardt@koreintillery.com,gkaminsky@koreintillery.com,mbannester@ko

- **Jason Allen Zweig**
  jaz@kellerpostman.com,docket@kellerlenkner.com

- **Peter Bradford deLeeuw**
  brad@deleeuwlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Kimberly          Joanne Broecker
Williams & Connolly
680 Maine Avenue SW
20024
Washington, DC 20005

Christina         H. Connolly
Girard Gibbs LLP
601 California Street
14th Floor
San Francisco, CA 94108

Brett             Talmage DeLange
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720

Erin              K Dickinson
Crueger Dickinson LLC
4532 N Oakland Ave
Whitefish Bay, WI 53211

Paul              T. Farrell
Greene, Ketchum, Farrell, Bailey & Tweel, LLP
P.O. Box 2389
```

```
419 - 11th Street
Huntington, WV 25724-2389

Steven              A. Martino
Taylor Martino & Hedge
61 St. Joseph Street
1600 SouthTrust Bank Building
Mobile, AL 36602

Eric                P Schroeder
Bryan Cave Leighton Paisner LLP - ATL
One Atlantic Center, 14th Floor
1201 West Peachtree St., N.W.
Atlanta, GA 30309-3471

Brian               McKinley Underwood                                  , Jr
Bryan Cave Leighton Paisner LLP - ATL
One Atlantic Center, 14th Floor
1201 West Peachtree St., N.W.
Atlanta, GA 30309-3471

Carlynne            A Wagner
Ahdoot & Wolfson, PC
201 King of Prussia Road
Suite 650
Radnor, PA 19087
```