UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re GOOGLE ADVERTISING ANTITRUST : No. 21-md-3010 (PKC)
LITIGATION :
 :
---------------------------------------------------------------x P. Kevin Castel District Judge
 :
This Document Relates To: : ORDER TO WITHDRAW STEVEN M.
 : JODLOWSKI AS ATTORNEY OF RECORD
*AIM Media Ind. Operating, LLC v. Google,* :
*LLC*, No. 1:21-cv-06912-PKC (S.D.N.Y.) :
 :
*AIM Media Midwest Operating, LLC v.* :
*Google, LLC*, No. 1:21-cv-06884-PKC :
(S.D.N.Y.) :
 :
*AIM Media Tex. Operating, LLC v. Google,* :
*LLC*, No. 1:21-cv-06888-PKC (S.D.N.Y.) :
 :
*Appen Media Group, Inc. v. Google LLC*, No. :
1:22-cv-09810-PKC (S.D.N.Y.) :
 :
*Brown Cnty. Publ'g Co., Inc. v. Google, LLC*, :
No. 1:21-cv-06915-PKC (S.D.N.Y.) :
 :
*Capital Region Indep. Media LLC v. Google* :
*LLC*, No. 1:22-cv-06997-PKC (S.D.N.Y.) :
 :
*Clarksburg Publ'g Co., d/b/a WV News v.* :
*Google, LLC*, No. 1:21-cv-06840-PKC :
(S.D.N.Y.) :
 :
*Coastal Point LLC v. Google, LLC*, No. 1:21- :
cv-06824-PKC (S.D.N.Y.) :
 :
*Eagle Printing Co. v. Google, LLC*, No. 1:21- :
cv-06881-PKC (S.D.N.Y.) :
 :
*ECENT Corp. v. Google, LLC*, No. 1:21-cv- :
06817-PKC (S.D.N.Y.) :
 :
*Emmerich Newspapers, Inc. v. Google,* :
*LLC*, No. 1:21-cv-06794-PKC (S.D.N.Y.) :
---------------------------------------------------------------x

[Caption continued on following page.]

| | |
|---|---|
| *Flag Publ'ns, Inc. v. Google, LLC*, No. 1:21-cv-06871-PKC (S.D.N.Y.) | x<br>:<br>: |
| *Gale Force Media, LLC v. Google, LLC*, No. 1:21-cv-06909-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Gould Enters., Inc. v. Google, LLC*, No. 1:22-cv-01705-PKC (S.D.N.Y.) | :<br>:<br>: |
| *HD Media Co., LLC v. Google, LLC*, No. 1:21-cv-06796-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Journal, Inc. v. Google, LLC*, No. 1:21-cv-06828-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Neighborhood Newspapers, Inc. v. Google LLC*, No. 1:21-cv-10188-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Robinson Commc'ns, Inc. v. Google, LLC*, No. 1:21-cv-08032-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Rome News Media, LLC v. Google LLC*, No. 1:21-cv-10186-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Savannah Publ'g Co., Inc. v. Google, LLC*, No. 1:22-cv-01693-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Something Extra Publ'g, Inc. v. Google, LLC*, No. 1:21-cv-09523-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Southern Cmty. Newspapers, Inc. v. Google, LLC*, No. 1:22-cv-01971-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Times Journal, Inc. v. Google LLC*, No. 1:21-cv-10187-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Union City Daily Messenger, Inc. v. Google, LLC*, No. 1:22-cv-01704-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Weakley Cnty. Press, Inc. v. Google, LLC*, No. 1:22-cv-01701-PKC (S.D.N.Y.) | :<br>:<br>:<br>x |

The motion of Steven M. Jodlowski to withdraw as attorney of record in the above-referenced action is granted.

IT IS HEREBY ORDERED that Steven M. Jodlowski be withdrawn as Counsel for the Newspaper Plaintiffs in the above-referenced action.

IT IS SO ORDERED.

DATED: 5/22/2023

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

- 1 -