UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, Kyle G. Bates hereby moves this Court for an Order for Admission to practice *pro hac vice* to appear as counsel for Plaintiff Commonwealth of Puerto Rico in the above captioned action.

I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit regarding the foregoing pursuant to Local Rule 1.3.

Dated: May 25, 2023

Respectfully submitted,

/s/ Kyle G. Bates
Kyle G. Bates
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
kbates@hausfeld.com

*Attorneys for Plaintiff*
*Commonwealth of Puerto Rico*