UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |

**DECLARATION OF KYLE G. BATES IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

I, Kyle G. Bates, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member of good standing of the bar of the State of California.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: May 25, 2023

Respectfully submitted,

/s/ *Kyle G. Bates*
Kyle G. Bates
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
kbates@hausfeld.com

*Attorneys for Plaintiff*
*Commonwealth of Puerto Rico*