UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**[Proposed] ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Kyle G. Bates, for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member of good standing of the bar of the State of California and that his contact information is as follows:

Applicant's Name:    Kyle G. Bates

Firm Name:    HAUSFELD LLP

Address:    600 Montgomery Street, Suite 3200

City/State/Zip:    San Francisco, CA 94111

Telephone:    (415) 633-1908

Email:    kbates@hausfeld.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs Commonwealth of Puerto Rico in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____

United States District Judge