

**Via ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Washington**
700 13th Street, NW
10th Floor
Washington, DC 20005-3960
T +1 202 777 4500 (Switchboard)
 +1 202 777 4545 (Direct)
F +1 202 507 5945
E eric.mahr@freshfields.com
www.freshfields.com

June 1, 2023

Re:   *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC)

Dear Judge Castel:

On behalf of Defendants Alphabet Inc., Google, LLC, and YouTube, LLC ("Google"), we write further to the Court's Order dated May 16, 2023 concerning coordination between this MDL and *United States, et al. v. Google LLC*, No. 1:23-cv-00108 (E.D.Va).  See Dkt. 551.  Pursuant to that Order, Google is submitting a final execution copy of a proposed Order Regarding Coordination of Discovery ("Coordination Order"), which we have attached hereto as Exhibit A. We also attach as Exhibit B a redline showing the changes between the draft order that Google submitted on May 15 (*see* Dkt. 547-1) and Exhibit A.  Google has shared Exhibit B with MDL Plaintiffs, Meta Platforms, Inc., and Virginia Plaintiffs, and they have all confirmed that the Coordination Order implements the Court's instructions.  No conference is scheduled at this time.

Respectfully submitted,

*/s/* Eric Mahr
Eric Mahr
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4545
Email: eric.mahr@freshfields.com

Justina K. Sessions
WILSON SONSINI GOODRICH &
ROSATI

June 1, 2023<br>Page 2

Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Email: jsessions@wsgr.com

*Counsel for Defendant Google LLC*

CC: All Counsel of Record (via ECF)