UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) |
| *This document relates to:*<br><br>THE STATE OF TEXAS, et al.,<br><br>    *Plaintiffs,*<br><br> -against-<br><br>GOOGLE LLC<br><br>    *Defendants.* | No. 21-cv-06841 (PKC) |

## **MOTION TO WITHDRAWAL AS COUNSEL**

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, ("Plaintiff States") Texas, Idaho, Indiana, Mississippi, North Dakota, South Carolina, and South Dakota respectfully request that Daniel Strunk be permitted to withdraw as counsel in the above-captioned proceeding as a result of his departure from Keller Postman LLC.

Mr. Strunk's withdrawal will not delay the matter or prejudice any party, and he is not retaining or charging a lien. Keller Postman LLC will continue to represent Plaintiff States in the above-captioned proceeding.

1

2

Date: June 2, 2023                          Respectfully submitted,

*/s/Ashley Keller*
Ashley C. Keller (*Admitted pro hac vice*)
Jason A. Zweig
KELLER POSTMAN LLC
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
312-741-5220
ack@kellerpostman.com
jaz@kellerpostman.com

Zina Bash
KELLER POSTMAN, LLC
111 Congress Avenue, Suite 500
Austin, TX 78701
501-690-0990
zina.bash@kellerpostman.com

*Counsel for Plaintiff States of Texas, Idaho, Indiana, Mississippi, North Dakota, South Carolina and South Dakota*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by the CM/ECF system.

Date: June 2, 2023

Respectfully submitted,

*/s/Ashley Keller*
Ashley C. Keller (*Admitted pro hac vice*)
Jason A. Zweig
KELLER POSTMAN LLC
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
312-741-5220
ack@kellerpostman.com
jaz@kellerpostman.com

Zina Bash
KELLER POSTMAN, LLC
111 Congress Avenue, Suite 500
Austin, TX 78701
501-690-0990
zina.bash@kellerpostman.com

*Counsel for Plaintiff States of Texas, Idaho, Indiana, Mississippi, North Dakota, South Carolina and South Dakota*