UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) |
| *This document relates to:* THE STATE OF TEXAS, et al., *Plaintiffs,* -against- GOOGLE LLC *Defendants.* | No. 21-cv-06841 (PKC) |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAWAL AS COUNSEL**

Before the Court is a Motion to Withdraw Daniel Strunk as Counsel for the Plaintiff States, Texas, Idaho, Indiana, Mississippi, North Dakota, South Carolina, and South Dakota in the above-captioned proceeding. The Court has determined that the motion should be granted.

IT IS HEREBY ORDERED that Daniel Strunk is withdrawn as counsel for the Plaintiff States, Texas, Idaho, Indiana, Mississippi, North Dakota, South Carolina, and South Dakota and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification in the above-captioned proceeding.

DATE: 6/4/2023

_____
United State District Judge