UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-md-3010 (PKC) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Andrew Butler, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the State of Montana in the above-captioned action.

I am in good standing with the Bar of the State of Montana, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated this 16th day of June 2023.

Respectfully submitted,

*/s/ Andrew Butler*
Andrew Butler, MT Bar #53936812
Assistant Attorney General
Office of Consumer Protection
PO Box 200151
Helena, MT 59620-0151
Tel: (406)444-5790
andrew.butler@mt.gov