UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION

No. 21-md-3010 (PKC)

## DECLARATION OF ANDREW BUTLER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Andrew Butler, pursuant to Local Rule 1.3, declare the following:

1. I am an Assistant Attorney General at the State of Montana, Office of Consumer Protection, 555 Fuller Avenue, Helena, MT 59601. My telephone number is (406)444-5790.

2. I am over twenty-one years of age and authorized to make this declaration.

3. I submit this declaration in connection with the *In re Google Advertising Antitrust litigation*, Multidistrict Litigation No. 21-md-3010-PKC, in support of the Motion to Appear Pro Hac Vice filed herewith.

4. I have never been convicted of a felony, nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary proceedings presently against me.

5. This declaration is based on my personal knowledge and upon information provided by the Supreme Court of Montana.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 16th day of June 2023.

Andrew Butler, MT Bar #53936812

**SUBSCRIBED AND SWORN TO** before me by the above-named applicant this 16th day of June 2023.



RENEE FRANKS
NOTARY PUBLIC for the
State of Montana
Residing at Helena, Montana
My Commission Expires
January 9, 2024

_____
Notary Public