UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-md-3010 (PKC) |

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

The motion of Andrew Butler for admission to practice Pro Hac Vice in the above-entitled litigation is granted.

Andrew Butler has declared that she is a member in good standing of the bar of the State of Montana; and that her contact information is as follows:

> Andrew Butler
> Assistant Attorney General
> Office of Consumer Protection
> P.O. Box 200151
> Helena, MT 59620-0151
> (406) 444-5790
> anna.schneider@mt.gov

Andrew Butler having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff State of Montana;

IT IS HEREBY ORDERED that Andrew Butler is admitted to practice Pro Hac Vice in the above-entitled litigation in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                       P. KEVIN CASTEL
                                       United States District Judge