UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GANNETT CO., INC.,

                            Plaintiff,                          23-cv-5177(PKC)

                                                           ORDER

    -against-

GOOGLE LLC and ALPHABET INC.,

                            Defendant.

-----------------------------------------------------------x
IN RE: GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION                             21-md-3010 (PKC)


-----------------------------------------------------------x
CASTEL, U.S.D.J.

        The above-action has been accepted as related to IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION, 21-md-3010(PKC). The newly-filed action will be coordinated for pretrial proceedings with the MDL and is subject to all existing and future Orders and Schedules of this Court entered in the MDL without prejudice to the right of Gannett Co., Inc. to seek certain modifications appropriate to its circumstance.

        SO ORDERED.

                                                                    */s/ P. Kevin Castel*
                                                                 P. Kevin Castel
                                                             United States District Judge

Dated: New York, New York
        June 22, 2023