UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re GOOGLE ADVERTISING ANTITRUST LITIGATION | No. 21-md-3010 (PKC) |
|  | P. Kevin Castel District Judge |
| This Document Relates To: | MOTION FOR ADMISSION *PRO HAC VICE* OF ARTHUR L. SHINGLER, III |
| *AIM Media Ind. Operating, LLC v. Google, LLC*, No. 1:21-cv-06912-PKC (S.D.N.Y.) |  |
| *AIM Media Midwest Operating, LLC v. Google, LLC*, No. 1:21-cv-06884-PKC (S.D.N.Y.) |  |
| *AIM Media Tex. Operating, LLC v. Google, LLC*, No. 1:21-cv-06888-PKC (S.D.N.Y.) |  |
| *Appen Media Group, Inc. v. Google LLC*, No. 1:22-cv-09810-PKC (S.D.N.Y.) |  |
| *Brown Cnty. Publ'g Co., Inc. v. Google, LLC*, No. 1:21-cv-06915-PKC (S.D.N.Y.) |  |
| *Capital Region Indep. Media LLC v. Google LLC*, No. 1:22-cv-06997-PKC (S.D.N.Y.) |  |
| *Clarksburg Publ'g Co., d/b/a WV News v. Google, LLC*, No. 1:21-cv-06840-PKC (S.D.N.Y.) |  |
| *Coastal Point LLC v. Google, LLC*, No. 1:21-cv-06824-PKC (S.D.N.Y.) |  |
| *Eagle Printing Co. v. Google, LLC*, No. 1:21-cv-06881-PKC (S.D.N.Y.) |  |
| *ECENT Corp. v. Google, LLC*, No. 1:21-cv-06817-PKC (S.D.N.Y.) |  |
| *Emmerich Newspapers, Inc. v. Google, LLC*, No. 1:21-cv-06794-PKC (S.D.N.Y.) |  |

[Caption continued on following page.]

| | |
|---|---|
| *Flag Publ'ns, Inc. v. Google, LLC*, No. 1:21-cv-06871-PKC (S.D.N.Y.) | x<br>:<br>: |
| *Gale Force Media, LLC v. Google, LLC*, No. 1:21-cv-06909-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Gould Enters., Inc. v. Google, LLC*, No. 1:22-cv-01705-PKC (S.D.N.Y.) | :<br>:<br>: |
| *HD Media Co., LLC v. Google, LLC*, No. 1:21-cv-06796-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Journal, Inc. v. Google, LLC*, No. 1:21-cv-06828-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Neighborhood Newspapers, Inc. v. Google LLC*, No. 1:21-cv-10188-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Robinson Commc'ns, Inc. v. Google, LLC*, No. 1:21-cv-08032-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Rome News Media, LLC v. Google LLC*, No. 1:21-cv-10186-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Savannah Publ'g Co., Inc. v. Google, LLC*, No. 1:22-cv-01693-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Something Extra Publ'g, Inc. v. Google, LLC*, No. 1:21-cv-09523-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Southern Cmty. Newspapers, Inc. v. Google, LLC*, No. 1:22-cv-01971-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Times Journal, Inc. v. Google LLC*, No. 1:21-cv-10187-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Union City Daily Messenger, Inc. v. Google, LLC*, No. 1:22-cv-01704-PKC (S.D.N.Y.) | :<br>:<br>: |
| *Weakley Cnty. Press, Inc. v. Google, LLC*, No. 1:22-cv-01701-PKC (S.D.N.Y.) | :<br>:<br>:<br>x |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Arthur L. Shingler III, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Brown County Publishing Company Inc.; Multi Media Channels, LLC; Clarksburg Publishing Company, d.b.a. WV News; Coastal Point LLC; Eagle Printing Company; ECENT Corporation; Emmerich Newspapers, Incorporated; J.O. Emmerich & Associates, Inc.; Delta-Democrat Publishing Company; Commonwealth Publishing Company, Inc.; Delta Press Publishing Company, Inc.; Newton County Appeal Inc.; Marion Publishing, Company; Yazoo Newspaper, Co., Inc.; Sunland Publishing, Company, Inc.; Simpson Publishing Co., Inc.; Montgomery Publishing Co., Inc.; Franklinton Publishing Co., Inc.; Charleston Publishing Co., Inc.; Clarion Publishing Company, Inc.; Scott Publishing, Inc.; Clarke Publishing, Inc.; Hattiesburg Publishing, Inc.; Tallulah Publishing, Inc.; Louisville Publishing, Inc.; Kosciusko Star-Herald, Inc.; Enterprise Tocsin, Inc.; Grenada Star, Inc.; Tate Record Inc.; Journal, Inc.; HD Media Company LLC; AIM Media Indiana Operating, LLC; AIM Media Midwest Operating, LLC; AIM Media Texas Operating, LLC; Flag Publications, Inc.; Gale Force Media, LLC; Appen Media Group, Inc.; Capital Region Independent Media LLC; Gould Enterprises, Inc.; Neighbor Newspapers, Inc.; Robinson Communications Inc.; Rome News Media, LLC; Savannah Publishing Co., Inc.; Something Extra Publishing, Inc.; Southern Community Newspapers, Inc.; Times Journal, Inc.; Union City Daily Messenger, Inc.; and Weakley County Press, Inc. in the above-captioned action.

I am in good standing of the State Bar of California and there is no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3(c). *See* Affidavit of Arthur L. Shingler III in

Support of Admission *Pro Hac Vice*, filed concurrently; *see also* Exhibit A (Certificate of Good Standing from the Supreme Court of California).

DATED: June 29, 2023                ROBBINS GELLER RUDMAN
   & DOWD LLP
DAVID W. MITCHELL (admitted *pro hac vice*)
ARTHUR L. SHINGLER III (*pro hac vice* pending)


           s/ Arthur L. Shingler, III
ARTHUR L. SHINGLER III

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
PAUL J. GELLER (admitted *pro hac vice*)
STUART A. DAVIDSON (admitted *pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

FARRELL & FULLER, LLC
PAUL T. FARRELL, JR. (admitted *pro hac vice*)
MICHAEL J. FULLER, JR. (admitted *pro hac vice*)
1311 Ponce De Leon, Suite 202
San Juan, PR 00907
Telephone: 939/293-8244
939/293-8245 (fax)

FITZSIMMONS LAW FIRM PLLC
ROBERT P. FITZSIMMONS (admitted *pro hac vice*)
CLAYTON J. FITZSIMMONS (admitted *pro hac vice*)
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: 304/277-1700
304/277-1705 (fax)

HERMAN JONES LLP
JOHN C. HERMAN (admitted *pro hac vice*)
SERINA M. VASH
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA  30326
Telephone:  404/504-6555
404/504-6501 (fax)

Attorneys for Plaintiffs HD Media Company LLC, AIM Media Indiana Operating, LLC, AIM Media Midwest Operating, LLC, AIM Media Texas Operating, LLC, Clarksburg Publishing Company, d.b.a. WV News, Coastal Point LLC, Eagle Printing Company, ECENT Corp., Emmerich Newspapers, Inc., J.O. Emmerich & Associates, Inc., Delta-Democrat Publishing Company, Commonwealth Publishing Company, Inc., Delta Press Publishing Company, Inc., Newton County Appeal Inc., Marion Publishing, Company, Yazoo Newspaper, Co., Inc., Sunland Publishing, Company, Inc., Simpson Publishing Co., Inc., Montgomery Publishing Co., Inc., Franklinton Publishing Co., Inc., Charleston Publishing Co., Inc., Clarion Publishing Company, Inc., Scott Publishing, Inc., Clarke Publishing, Inc., Hattiesburg Publishing, Inc., Tallulah Publishing, Inc., Louisville Publishing, Inc., Kosciusko Star-Herald, Inc., Enterprise-Tocsin, Inc., Grenada Star, Inc.,  Tate Record Inc., Flag Publications, Inc., Gale Force Media, LLC, Journal, Inc., Brown County Publishing Company, Inc., Multi Media Channels, LLC, Robinson Communication, Inc., Something Extra Publishing, Inc., Rome News Media, LLC, Neighborhood Newspapers, Inc., Times Journal, Inc., Savannah Publishing Co., Inc., Weakley County Press, Inc., Union City Daily Messenger, Inc.,  Gould Enterprises, Inc., Southern Community Newspapers, Inc., Appen Media Group, Inc., Capital Region Independent Media LLC

- 5 -