UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

In re GOOGLE ADVERTISING ANTITRUST
LITIGATION

: No. 21-md-3010 (PKC)
:
: P. Kevin Castel District Judge
————————————————————————

This Document Relates To:

*AIM Media Ind. Operating, LLC v. Google, LLC*, No. 1:21-cv-06912-PKC (S.D.N.Y.)

*AIM Media Midwest Operating, LLC v. Google, LLC*, No. 1:21-cv-06884-PKC (S.D.N.Y.)

*AIM Media Tex. Operating, LLC v. Google, LLC*, No. 1:21-cv-06888-PKC (S.D.N.Y.)

*Appen Media Group, Inc. v. Google LLC*, No. 1:22-cv-09810-PKC (S.D.N.Y.)

*Brown Cnty. Publ'g Co., Inc. v. Google, LLC*, No. 1:21-cv-06915-PKC (S.D.N.Y.)

*Capital Region Indep. Media LLC v. Google LLC*, No. 1:22-cv-06997-PKC (S.D.N.Y.)

*Clarksburg Publ'g Co., d/b/a WV News v. Google, LLC*, No. 1:21-cv-06840-PKC (S.D.N.Y.)

*Coastal Point LLC v. Google, LLC*, No. 1:21-cv-06824-PKC (S.D.N.Y.)

*Eagle Printing Co. v. Google, LLC*, No. 1:21-cv-06881-PKC (S.D.N.Y.)

*ECENT Corp. v. Google, LLC*, No. 1:21-cv-06817-PKC (S.D.N.Y.)

*Emmerich Newspapers, Inc. v. Google, LLC*, No. 1:21-cv-06794-PKC (S.D.N.Y.)

: AFFIDAVIT IN SUPPORT OF MOTION TO
: ADMIT COUNSEL *PRO HAC VICE*
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

———————————————————————— x

[Caption continued on following page.]

————————————————————————

4862-3732-5164.v1

*Flag Publ'ns, Inc. v. Google, LLC*, No.     x
1:21-cv-06871-PKC (S.D.N.Y.)         :
        :
*Gale Force Media, LLC v. Google, LLC,*    :
No. 1:21-cv-06909-PKC (S.D.N.Y.)     :
        :
*Gould Enters., Inc. v. Google, LLC*, No.   :
1:22-cv-01705-PKC (S.D.N.Y.)         :
        :
*HD Media Co., LLC v. Google, LLC*, No.   :
1:21-cv-06796-PKC (S.D.N.Y.)         :
        :
*Journal, Inc. v. Google, LLC*, No. 1:21-cv- :
06828-PKC (S.D.N.Y.)              :
        :
*Neighborhood Newspapers, Inc. v. Google LLC,* :
No. 1:21-cv-10188-PKC (S.D.N.Y.)    :
        :
*Robinson Commc'ns, Inc. v. Google, LLC*, No. :
1:21-cv-08032-PKC (S.D.N.Y.)         :
        :
*Rome News Media, LLC v. Google LLC*, No. :
1:21-cv-10186-PKC (S.D.N.Y.)         :
        :
*Savannah Publ'g Co., Inc. v. Google, LLC*, No. :
1:22-cv-01693-PKC (S.D.N.Y.)         :
        :
*Something Extra Publ'g, Inc. v. Google, LLC,* :
No. 1:21-cv-09523-PKC (S.D.N.Y.)    :
        :
*Southern Cmty. Newspapers, Inc. v. Google,* :
LLC, No. 1:22-cv-01971-PKC (S.D.N.Y.) :
        :
*Times Journal, Inc. v. Google LLC*, No. 1:21-cv- :
10187-PKC (S.D.N.Y.)              :
        :
*Union City Daily Messenger, Inc. v. Google,* :
LLC, No. 1:22-cv-01704-PKC (S.D.N.Y.) :
        :
*Weakley Cnty. Press, Inc. v. Google, LLC*, No. :
1:22-cv-01701-PKC (S.D.N.Y.)         :
        :
———————————————————x

I, ARTHUR L. SHINGLER III, being duly sworn, hereby depose and say as follows:

1.      I am Of Counsel to the law firm of Robbins Geller Rudman & Dowd LLP.

2.      I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California (Bar No. 181719).

4.      There are no pending disciplinary proceedings against me in any state or federal court.

5.      I have not been convicted of a felony.

6.      I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7.      Attorney Registration Number(s) if applicable: N/A.

8.      Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in case No. 21-md-3010  for Plaintiffs Brown County Publishing Company Inc.; Multi Media Channels, LLC; Clarksburg Publishing Company, d.b.a. WV News; Coastal Point LLC; Eagle Printing Company; ECENT Corporation; Emmerich Newspapers, Incorporated; J.O. Emmerich & Associates, Inc.; Delta-Democrat Publishing Company; Commonwealth Publishing Company, Inc.; Delta Press Publishing Company, Inc.; Newton County Appeal Inc.; Marion Publishing, Company; Yazoo Newspaper, Co., Inc.; Sunland Publishing, Company, Inc.; Simpson Publishing Co., Inc.; Montgomery Publishing Co., Inc.; Franklinton Publishing Co., Inc.; Charleston Publishing Co., Inc.; Clarion Publishing Company, Inc.; Scott Publishing, Inc.; Clarke Publishing, Inc.; Hattiesburg Publishing, Inc.; Tallulah Publishing, Inc.; Louisville Publishing, Inc.; Kosciusko Star-Herald, Inc.; Enterprise Tocsin, Inc.; Grenada Star, Inc.;

Tate Record Inc.; Journal, Inc.; HD Media Company LLC; AIM Media Indiana Operating, LLC; AIM Media Midwest Operating, LLC; AIM Media Texas Operating, LLC; Flag Publications, Inc.; Gale Force Media, LLC; Appen Media Group, Inc.; Capital Region Independent Media LLC; Gould Enterprises, Inc.; Neighbor Newspapers, Inc.; Robinson Communications Inc.; Rome News Media, LLC; Savannah Publishing Co., Inc.; Something Extra Publishing, Inc.; Southern Community Newspapers, Inc.; Times Journal, Inc.; Union City Daily Messenger, Inc.; and Weakley County Press, Inc.

_____

ARTHUR L. SHINGLER III

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  AShingler@rgrdlaw.com

4862-3732-5164.v1

State of California    )
                      ) ss:
County of San Diego  )

       On June 29, 2023 before me, ~~Deborah D. Hayes~~, personally appeared Arthur L. Shingler III who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his/her/their authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

       I certify under PENALTY OF PERJURY under the laws of the State of  that the foregoing paragraph is true and correct.

       WITNESS my hand and official seal.

DEBORAH D. HAYES
Notary Public - California
San Diego County
Commission # 2304619
My Comm. Expires Oct 9, 2023
NNA 1

_____
                Notary Public, State of

Commission expires: _____ 10/9/2023

4862-3732-5164.v1