UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) |

*This Notice Relates To All Consolidated Cases*

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Justina K. Sessions, counsel for Defendants Alphabet Inc., Google LLC, YouTube LLC, has changed Firms, and effective immediately has the following contact information:

**Justina K. Sessions**
Freshfields Bruckhaus Deringer US LLP
855 Main Street
Redwood City, CA 94063
T: 650-618-9250
F: 650-461-8276
Email: justina.sessions@freshfields.com

Please update your records accordingly.

Dated: Redwood City, California
       July 7, 2023

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ Justina K. Sessions

855 Main Street
Redwood City, CA 94063
650-618-9250
justina.sessions@freshfields.com