IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | CIVIL ACTION NO. 1:21-MD-03010-PKC |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, Plaintiff JLaSalle Enterprises LLC respectfully requests that Nicole A. Veno be permitted to withdraw as counsel in the above-captioned proceeding as result of her departure from Kirby McInerney LLP on July 7, 2023. Ms. Veno's withdrawal will not delay the matter or prejudice any party, and she is not retaining or charging a lien. Kirby McInerney LLP will continue to represent Plaintiff JLaSalle Enterprises LLC in the above-captioned proceeding.

Dated: July 7, 2023

/s/ Nicole A. Veno
Nicole A. Veno
**Kirby McInerney LLP**
250 Park Avenue, Suite 820
New York, New York 10177
Tel: (212) 371-6600
Fax: (212) 751-2540
nveno@kmllp.com