## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | CIVIL ACTION NO. 1:21-MD-03010-PKC |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is a Motion to Withdraw Nicole A. Veno as Counsel for Plaintiff JLaSalle Enterprises LLC in the above-captioned proceeding. The Court has determined that the motion should be granted.

IT IS HEREBY ORDERED that Nicole A. Veno is withdrawn as counsel for the Plaintiff JLaSalle Enterprises LLC in the above-captioned proceeding and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification in the above-captioned proceeding.

Date: _____                                      _____

                                                                             United States District / Magistrate Judge