**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) |
| *This document relates to:* THE STATE OF TEXAS, et al., *Plaintiffs,* -against- GOOGLE LLC *Defendants.* | No. 21-cv-06841 (PKC) |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAWAL AS COUNSEL**

Before the Court is a Motion to Withdraw Jason Zweig as Counsel for the Plaintiff States, Texas, Idaho, Indiana, Mississippi, North Dakota, South Carolina, and South Dakota in the above-captioned proceeding. The Court has determined that the motion should be granted.

IT IS HEREBY ORDERED that Jason Zweig is withdrawn as counsel for the Plaintiff States, Texas, Idaho, Indiana, Mississippi, North Dakota, South Carolina, and South Dakota and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification in the above-captioned proceeding.

DATE: _____

_____
United State District / Magistrate Judge