UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-md-03010 (PKC) |
| **This Stipulation Relates To:**<br><br>SUNNY SINGH, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC, ALPHABET INC., and META PLATFORMS, INC.,<br><br>*Defendants*. | No. 1:23-cv-03651 (PKC) |

**STIPULATION AND [PROPOSED] ORDER REGARDING
<u>*SINGH*</u> COMPLAINT**

Defendants Meta Platforms Inc. ("Meta"), Google LLC ("Google") and Alphabet Inc. ("Alphabet") and Plaintiff Sunny Singh stipulate as follows:

WHEREAS, on December 2, 2022, the Advertiser Class Plaintiffs filed a Consolidated Advertiser Class Action Complaint (the "Advertisers' CAC") in this Court (Dkt. No. 399);

WHEREAS, on February 3, 2023, Google and Alphabet filed a Motion to Dismiss the Advertisers' CAC (Dkt. No. 446);

WHEREAS, on February 3, 2023, Meta filed a Motion to Dismiss the Advertisers' CAC (Dkt. No. 460);

WHEREAS, on March 3, 2023, the Advertiser Class Plaintiffs filed separate Oppositions to Google, Alphabet and Meta's Motions to Dismiss the Advertisers' CAC (Dkt. Nos. 490, 491);

WHEREAS, on March 31, 2023, Meta filed a Reply Memorandum of Law in Support of its Motion to Dismiss the Advertisers' CAC (Dkt. No. 519);

WHEREAS, on March 31, 2023, Google and Alphabet filed a Reply Memorandum of Law in Support of their Motion to Dismiss the Advertisers' CAC (Dkt. No. 520);

WHEREAS, on April 4, 2023, Advertiser Plaintiff Sunny Singh filed an action against Google, Alphabet and Meta in the Central District of California, *Singh v. Google LLC et al.*, 23-cv-02539 (the "*Singh* Complaint");

WHEREAS, on May 1, 2023, the *Singh* action was transferred to the Southern District of New York and consolidated and coordinated with the MDL for pre-trial proceedings under the caption *Singh v. Google LLC et al.*, 23-cv-03651;

NOW THEREFORE, the Parties, through their respective counsel, hereby stipulate as follows:

1. Google, Alphabet and Meta have accepted or waived service of the *Singh* Complaint.

2. Any ruling by the Court on the pending motions to dismiss the Advertisers' CAC, except a ruling regarding issues of individual named plaintiffs' obligations to arbitrate claims against Defendants Google and Alphabet, would be deemed to apply to the *Singh* Complaint.

3. Google will be entitled to request leave to file a motion not to exceed 5 pages regarding Mr. Singh's alleged obligation to arbitrate any claims that may not otherwise be dismissed. Plaintiffs and Meta reserve all rights concerning that issue.

**IT IS SO STIPULATED AND ORDERED.**

Dated: July 21, 2023

| | |
|---|---|
| */s/* Dena C. Sharp<br><br>Dena C. Sharp<br>Jordan Elias<br>Scott M. Grzenczyk<br>Mikaela M. Bock<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br>dsharp@girardsharp.com<br>jelias@girardsharp.com<br>scottg@girardsharp.com<br>mbock@girardsharp.com<br><br>*Counsel for Plaintiff Sunny Singh* | */s/* Justina Sessions<br><br>Justina Sessions<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>855 Main Street<br>Redwood City, CA 94063<br>Tel: (650) 618-9250<br>justina.sessions@freshfields.com<br><br><br>*Counsel for Defendants Google LLC and Alphabet Inc.* |
| */s/* Kevin J. Orsini<br><br>Kevin J. Orsini<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Tel: (212) 474-1000<br>Email: korsini@cravath.com<br><br>*Counsel for Defendant Meta Platforms Inc.* | |

4