**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates To:*<br>*All Cases* | Civil Action No. 1:21-md-03010-PKC |

## **NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, Defendants Google LLC, Alphabet Inc., and YouTube, LLC respectfully request that Koren W. Wong-Ervin be permitted to withdraw as counsel in the above-captioned proceeding as a result of her departure from Axinn, Veltrop & Harkrider LLP.

Ms. Wong-Ervin's withdrawal will not delay the matter or prejudice any party, and she is not retaining or charging a lien. Defendants Google LLC, Alphabet Inc., and YouTube, LLC will continue to be represented by other attorneys who are members of the bar of the Court and who have been admitted *pro hac vice*.

Dated: July 26, 2023                                   Respectfully submitted,

/s/ *Bradley Justus*
Bradley Justus (admitted *pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

Daniel S. Bitton (NY Bar No. 4354627)
AXINN, VELTROP & HARKRIDER LLP
560 Mission Street
San Francisco, CA 94105
Telephone: (415) 490-1486
Facsimile: (415) 490-2001
dbitton@axinn.com

*Counsel for Defendants Google LLC,*
*Alphabet Inc., and YouTube, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on July 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

*/s/ Bradley Justus*
Bradley Justus
Axinn, Veltrop & Harkrider LLP