UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIG. | Civil Action No. 1:21-md-03010-(PKC) |

*This Motion relates to:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>*Plaintiffs,*<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendant.* | No. 1:21-cv-03446 (PKC) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, Defendants Google LLC and Alphabet Inc. respectfully request that Justina K. Sessions be permitted to withdraw as counsel in *Associated Newspapers Ltd. And Mail Media, Inc. v. Google LLC and Alphabet Inc.* (Case No. 1:21-cv-03446 (PKC)) as a result of her departure from Wilson Sonsini Goodrich & Rosati. Ms. Sessions's withdrawal will not delay the matter or prejudice any party, and she is not retaining or charging a lien. Wilson Sonsini Goodrich & Rosati will continue to represent Defendants Google LLC and Alphabet Inc. in *Associated Newspapers Ltd. And Mail Media, Inc. v. Google LLC and Alphabet Inc.* (Case No. 1:21-cv-03446 (PKC)),

1

including attorneys of record Benjamin Lubow, David H. Kramer, Jessica Lonergan, Jonathan M. Jacobson, Michael S. Sommer, Mikaela Elizabeth Evans-Aziz, Vadim Egoul. Axinn Veltrop & Harkrider LLP will also continue to represent Defendants Google LLC and Alphabet Inc. in the above-captioned case.

| | |
|---|---|
| Dated: Redwood City, California<br>July 27, 2023 | FRESHFIELDS BRUCKHAUS DERINGER US LLP<br><br>By: /s/ Justina K. Sessions<br><br>855 Main Street<br>Redwood City, CA 94063<br>650-618-9250<br>justina.sessions@freshfields.com |