UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIG. | Civil Action No. 1:21-md-03010-PKC |

*This Motion relates to:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>*Plaintiffs,*<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendant.* | No. 1:21-cv-03446 (PKC) |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before the Court is a Motion to Withdraw Justina K. Sessions as Counsel for the Defendants Google LLC and Alphabet LLC in *Associated Newspapers Ltd. And Mail Media, Inc. v. Google LLC and Alphabet Inc.* (Case No. 1:21-cv-03446 (PKC)). The Court has determined that the motion should be granted.

IT IS HEREBY ORDERED that Justina K. Sessions is withdrawn as counsel for the Defendants Google LLC and Alphabet LLC in *Associated Newspapers Ltd. And Mail Media, Inc. v. Google LLC and Alphabet Inc.* (Case No. 1:21-cv-03446 (PKC)).

DATE: _____                    _____
                                                                    United States District Judge

1