# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates To:*<br>*All Cases* | Civil Action No. 1:21-md-03010-PKC |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is a Motion to Withdraw Koren W. Wong-Ervin as Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC in the above-captioned proceeding. The Court has determined that the motion should be granted.

**IT IS HEREBY OREDRED** that Koren W. Wong-Ervin is withdrawn as counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification in the above-captioned proceeding.

DATE: August 3, 2023

United States District ~~Xxxxxxxxxxxxx~~ Judge