UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE: GOOGLE DIGITAL ADVERTISING          21-md-3010(PKC)
ANTITRUST LITIGATION
-----------------------------------------------------------x
GANNETT CO., INC.,

                Plaintiff,          23-cv-5177(PKC)

                                      ORDER

   -against-

GOOGLE LLC and ALPHABET INC.,

                Defendants.
-----------------------------------------------------------x
SUNNY SINGH,

                Plaintiff,          23-cv-3651(PKC)

   -against-

GOOGLE LLC, et al.,

                Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        The Google defendants may proceed as requested in their letter of July 18, 2023 and move to dismiss the complaint of Gannett Co., Inc. incorporating by reference the arguments set forth in their motion to dismiss the Daily Mail complaint (ECF 453 & 454) and moving against the allegations relating to Enhanced Dynamic Allocation and Line Item Caps on the additional grounds of the statute of limitations.

        The Google defendants may also move to dismiss the complaint of Sunny Singh incorporating by reference the arguments set forth in their motion to dismiss the Advertisers

Consolidated Amended Complaint (ECF 446 & 447), including seeking to compel arbitration of Singh's claim.

The motions described above shall be filed by September 8, 2023, any response filed by October 6, 2023 and any reply by October 20, 2023. Letter motions ECF 585 and 586 are granted to the extent indicated and should be terminated.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
August 3, 2023