

**Via ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Redwood City**
855 Main Street
Redwood City, CA 94063
justina.sessions@freshfields.com
T +1 650-618-9250
E justina.sessions@freshfields.com
www.freshfields.com

August 14, 2023

Re:   *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC)

Dear Judge Castel:

    I write on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC ("Defendants") in the above-captioned multi-district litigation further to the Motion to Withdraw as Counsel in *Associated Newspapers Ltd. And Mail Media, Inc. v. Google LLC and Alphabet Inc.* (Case No. 1:21-cv-03446 (PKC)) filed on July 27, 2023 as ECF No. 591 ("Motion"), and the Order granting the Motion, ECF No. 594.

    Following the entry of the Order, I was mistakenly marked terminated on the docket for the entire multi-district litigation captioned above. Consequently, I write to request reinstatement to the docket for Case No. 1:21-md-03010 (PKC). The Motion and Order granting the Motion only applied to Case No. 1:21-cv-03446 (PKC) and I will continue to represent the Defendants in all other cases in the multi-district litigation captioned above.

Respectfully submitted,

*/s/ Justina K. Sessions*
Justina K. Sessions
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC*

CC: All Counsel of Record (via ECF)

---

Application GRANTED.  The Clerk is respectfully directed to update the docket to reflect that Justina K. Sessions remains counsel of record in 21-md-3010.
SO ORDERED.
8/16/2023

_____
P. Kevin Castel
United States District Judge