UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

*This Motion Relates To:*
*All Cases Listed on Schedule A*

No. 21-MD-3010 (PKC)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS HONORABLE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Sean Murray, an attorney with the law firm Freshfields Bruckhaus Deringer US LLP, who is admitted to practice before this Court, hereby enters an appearance as counsel for Google LLC, Alphabet Inc., and YouTube, LLC, in the above captioned proceeding and in all actions listed on the attached Schedule A. For clarity, Schedule A does not include *Associated Newspapers Ltd. et al v. Google LLC et al*, Case No. 1:21-cv-03446-PKC.

Date: August 29, 2023
      New York, NY

Respectfully submitted,

/s/ *Sean Murray*
Sean Murray (New York Bar No. 5603592)
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (646) 863-1645
Email: sean.murray@freshfields.com

*Counsel for Defendant Google LLC, Alphabet Inc., and YouTube, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on August 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

/s/ *Sean Murray*
Sean Murray

# SCHEDULE A

1. *HD Media Company, LLC v. Google, LLC et al.*, Case No. 1:21-cv-06796-PKC

2. *Coastal Point LLC v. Google LLC et al.*, Case No. 1:21-cv-06824-PKC

3. *Journal, Inc. v. Google, LLC et al.*, Case No. 1:21-cv-06828-PKC

4. *ECENT Corporation v. Google*, LLC *et al.*, Case No. 1:21-cv-06817-PKC

5. *Clarksburg Publishing Company v. Google, LLC et al.*, Case No. 1:21-cv-06840-PKC

6. *The State of Texas, et al. v. Google, LLC et al.*, Case No. 1:21-cv-06841-PKC

7. *SPX Total Body Fitness LLC v. Google LLC et al.*, Case No. 1:21-cv-06870-PKC

8. *Flag Publications, Inc. v. Google, LLC et al.*, Case No. 1:21-cv-06871-PKC

9. *Eagle Printing Company v. Google, LLC et al.*, Case No. 1:21-cv-06881-PKC

10. *AIM Media Midwest Operating, LLC v. Google, LLC et al.*, 1:21-cv-06884-PKC

11. *Emmerich Newspapers, Inc. et al. v. Google, LLC et al.*, Case No. 1:21-cv-06794-PKC

12. *AIM Media Texas Operating, LLC v. Google, LLC et al.*, Case No. 1:21-cv-06888-PKC

13. *Neighbor Newspapers, Inc. v. Google, LLC et al.*, Case No. 1:21-cv-10188-PKC

14. *Gale Force Media, LLC v. Google, LLC et al.*, Case No. 1:21-cv-06909-PKC

15. *Cliffy Care Landscaping LLC v. Facebook Inc. et al.*, Case No. 1:21-cv-06910-PKC

16. *AIM Media Indiana Operating, LLC v. Google, LLC et al.*, Case No. 1:21-cv-06912-PKC

17. *In re Google Digital Advertising Antitrust Litigation*, Case No. 1:21-cv-07001-PKC

18. *In re Google Digital Publisher Antitrust Litigation*, Case No. 1:21-cv-07034-PKC

19. *SkinnySchool LLC et al. v. Google LLC et al.*, Case No. 1:21-cv-07045-PKC

20. *Brown County Publishing Company, Inc. et al. v. Google LLC et al.*, 1:21-cv-06915-PKC

21. *Robinson Communications Inc. v. Google LLC et al.*, Case No. 1:21-cv-08032-PKC

22. *Something Extra Publishing, Inc. v. Google, LLC et al.*, Case No. 1:21-cv-09523-PKC

23. *Rome News Media, LLC v. Google, LLC et al.*, Case No. 1:21-cv-10186-PKC

24. *Times Journal, Inc. v. Google, LLC et al.*, Case No. 1:21-cv-10187-PKC

25. *Gannett Co., Inc. v. Google LLC et al.*, Case No. 1:23-cv-05177-PKC

26. *Savannah Publishing Co., Inc. v. Google LLC et al.*, Case No. 1:22-cv-01693-PKC

27. *Weakley County Press, Inc. v. Google LLC et al.*, Case No. 1:22-cv-01701-PKC

28. *Union City Daily Messenger, Inc. v. Google LLC et al.*, Case No. 1:22-cv-01704-PKC

29. *Gould Enterprises, Inc. v. Google LLC et al.*, Case No. 1:22-cv-01705-PKC

30. *Southern Community Newspapers, Inc. v. Google LLC et al.*, Case No. 1:22-cv-01971-PKC

31. *Capital Region Independent Media LLC v. Google LLC et al.*, Case No. 1:22-cv-06997-PKC

32. *Appen Media Group, Inc. v. Google LLC et al.*, Case No. 1:22-cv-09810-PKC

33. *Inform Inc. v. Google LLC et al.*, Case No. 1:23-cv-01530-PKC

34. *Stellman v. Google LLC et al.*, Case No. 1:23-cv-01532-PKC

35. *Sunny Singh v. Google LLC et al.*, Case No. 1:23-cv-03651-PKC