UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Motion Relates To:*<br>*All Cases Listed on Schedule A* | No. 21-MD-3010 (PKC) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Sara L. Salem hereby moves this Court for an Order for admission to practice pro hac vice and to appear as counsel for Google LLC, Alphabet Inc., and YouTube, LLC, in the above captioned proceeding and in all actions listed on the attached Schedule A. For clarity, Schedule A does not include *Associated Newspapers Ltd. et al. v. Google LLC et al*, Case No. 1:21-cv-03446-PKC.

I am a member in good standing of the bars of the District of Columbia and the State of Florida, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Pursuant to Local Rule 1.3, I have attached an affidavit in support of this motion.

Date:   August 29, 2023

Respectfully submitted,

/s/ *Sara L. Salem*
Sara L. Salem
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4529
Email: sara.salem@freshfields.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, Inc.*

# SCHEDULE A

1. *HD Media Company, LLC v. Google, LLC et al.*, Case No. 1:21-cv-06796-PKC

2. *Coastal Point LLC v. Google LLC et al.*, Case No. 1:21-cv-06824-PKC

3. *Journal, Inc. v. Google, LLC et al.*, Case No. 1:21-cv-06828-PKC

4. *ECENT Corporation v. Google*, LLC et al., Case No. 1:21-cv-06817-PKC

5. *Clarksburg Publishing Company v. Google, LLC et al.*, Case No. 1:21-cv-06840-PKC

6. *The State of Texas, et al. v. Google, LLC et al.*, Case No. 1:21-cv-06841-PKC

7. *SPX Total Body Fitness LLC v. Google LLC et al.*, Case No. 1:21-cv-06870-PKC

8. *Flag Publications, Inc. v. Google, LLC et al.*, Case No. 1:21-cv-06871-PKC

9. *Eagle Printing Company v. Google, LLC et al.*, Case No. 1:21-cv-06881-PKC

10. *AIM Media Midwest Operating, LLC v. Google, LLC et al.*, 1:21-cv-06884-PKC

11. *Emmerich Newspapers, Inc. et al. v. Google, LLC et al.*, Case No. 1:21-cv-06794-PKC

12. *AIM Media Texas Operating, LLC v. Google, LLC et al.*, Case No. 1:21-cv-06888-PKC

13. *Neighbor Newspapers, Inc. v. Google, LLC et al.*, Case No. 1:21-cv-10188-PKC

14. *Gale Force Media, LLC v. Google, LLC et al.*, Case No. 1:21-cv-06909-PKC

15. *Cliffy Care Landscaping LLC v. Facebook Inc. et al.*, Case No. 1:21-cv-06910-PKC

16. *AIM Media Indiana Operating, LLC v. Google, LLC et al.*, Case No. 1:21-cv-06912-PKC

17. *In re Google Digital Advertising Antitrust Litigation*, Case No. 1:21-cv-07001-PKC

18. *In re Google Digital Publisher Antitrust Litigation*, Case No. 1:21-cv-07034-PKC

19. *SkinnySchool LLC et al. v. Google LLC et al.*, Case No. 1:21-cv-07045-PKC

20. *Brown County Publishing Company, Inc. et al. v. Google LLC et al.*, 1:21-cv-06915-PKC

21. *Robinson Communications Inc. v. Google LLC et al.*, Case No. 1:21-cv-08032-PKC

22. *Something Extra Publishing, Inc. v. Google, LLC et al.*, Case No. 1:21-cv-09523-PKC

23. *Rome News Media, LLC v. Google, LLC et al.*, Case No. 1:21-cv-10186-PKC

24. *Times Journal, Inc. v. Google, LLC et al.*, Case No. 1:21-cv-10187-PKC

25. *Gannett Co., Inc. v. Google LLC et al.*, Case No. 1:23-cv-05177-PKC

26. *Savannah Publishing Co., Inc. v. Google LLC et al.*, Case No. 1:22-cv-01693-PKC

27. *Weakley County Press, Inc. v. Google LLC et al.*, Case No. 1:22-cv-01701-PKC

28. *Union City Daily Messenger, Inc. v. Google LLC et al.*, Case No. 1:22-cv-01704-PKC

29. *Gould Enterprises, Inc. v. Google LLC et al.*, Case No. 1:22-cv-01705-PKC

30. *Southern Community Newspapers, Inc. v. Google LLC et al.*, Case No. 1:22-cv-01971-PKC

31. *Capital Region Independent Media LLC v. Google LLC et al.*, Case No. 1:22-cv-06997-PKC

32. *Appen Media Group, Inc. v. Google LLC et al.*, Case No. 1:22-cv-09810-PKC

33. *Inform Inc. v. Google LLC et al.*, Case No. 1:23-cv-01530-PKC

34. *Stellman v. Google LLC et al.*, Case No. 1:23-cv-01532-PKC

35. *Sunny Singh v. Google LLC et al.*, Case No. 1:23-cv-03651-PKC