UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

No. 21-MD-3010 (PKC)

*This Motion Relates To:*
*All Cases Listed on Schedule A*

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Sara L. Salem hereby declares the following:

1. I am an attorney with the law firm Freshfields Bruckhaus Deringer US LLP, and I submit this affidavit in support of my motion for *pro hac vice* admission in this action on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC. I have personal knowledge of the facts expressed in this affidavit, and if asked, could and would testify competently to the truth of those facts.

2. I am a resident of the District of Columbia. My office address is 700 13th Street, NW, 10th Floor, Washington, DC 20005.

3. I am a member in good standing of the bars of the District of Columbia and the State of Florida, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Annexed hereto are copies of my Certificates of Good Standing from the District of Columbia and the State of Florida.

4. By this application, I request permission from this Court to be admitted *pro hac vice* and appear as counsel on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC, in the actions identified in Schedule A to the Motion for Admission Pro Hac Vice.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed in Washington, District of Columbia, on the 29th day of August 2023.

By: _____
Sara L. Salem

Subscribed and sworn before me on the 29th day of August 2023.

_____
Notary Public

**District of Columbia**
Signed and sworn to (or affirmed) before me on
8/29/23 by, Sara Salem
Date        Name(s) of Individual making statement
_____
Signature of Notarial Officer
DC
Title of Office   My Commission Expires 2/29/2028