UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates To:*<br>*All Cases* | No. 21-MD-3010 (PKC)<br><br>P. KEVIN CASTEL, District Judge |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT AND ALL PARTIES OF RECORD:

The undersigned counsel, Jason Mollick of Wilson Sonsini Goodrich & Rosati, P.C., hereby requests that the Court remove him as counsel of record in this matter for Defendants Google LLC, Alphabet Inc., and YouTube, Inc. and from the service list, as Mr. Mollick will shortly be departing Wilson Sonsini. Defendants will continue to be represented by counsel of record who have appeared in this matter. Accordingly, the withdrawal of Mr. Mollick will cause no delay of the case or prejudice any party.

Dated: August 30, 2023

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Jason Mollick*

Jason Mollick
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jmollick@wsgr.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, Inc.*