UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**APPEARANCE OF COUNSEL** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC in the above-captioned matter. I certify that I am admitted to practice before this Court.

Dated: August 30, 2023

*/s/ Craig M. Reiser*
Craig M. Reiser (NY Bar No. 4886735)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, New York 10036
Telephone: (212) 261-2218
Facsimile: (212) 728-2201
Email: creiser@axinn.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC*