**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

Case No. 1:21-md-03010 (PKC)

**APPEARANCE OF COUNSEL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Defendants Google LLC, Alphabet Inc., and

YouTube, LLC in the above-captioned matter.  I certify that I am admitted to practice before this

Court.

Dated: August 30, 2023

/s/ Eva H. Yung
Eva H. Yung (NY Bar No. 5497300)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, New York 10036
Telephone: (212) 728-2235
Facsimile: (212) 728-2201
Email: eyung@axinn.com

*Counsel for Defendants Google LLC,*
*Alphabet Inc., and YouTube, LLC*