**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates To:*<br>*All Cases* | Civil Action No. 1:21-md-03010-PKC |

## CONSENT MOTION FOR ENTRY OF A MODIFIED CONFIDENTIALITY ORDER

PURSUANT TO RULE 26(c), Defendants, Google LLC, Alphabet Inc., and YouTube LLC, move for entry of a modified confidentiality order on the following grounds:

1. This antitrust action will include the discovery of confidential business information from the parties and non-parties.

2. The Court has previously entered a *Confidentiality Order* (ECF No. 297), which was intended to cover the handling, use, and disclosure of confidential information produced by the parties and non-parties during discovery.

3. Thereafter, non-party Comcast Corporation, for itself and with the support of other non-parties AT&T, Inc., Microsoft Corporation, Fox Corporation, and T-Mobile USA, Inc., requested that the parties modify the *Confidentiality Order* to address certain concerns with the procedures in the *Confidentiality Order* regarding the disclosure of confidential information produced by non-parties to in-house attorneys—that is, *Confidentiality Order* ¶¶ 14(d), 19, 20-22.

4. The parties and the non-parties identified above have agreed on a modified version of the *Confidentiality Order*, which addresses these concerns raised by these non-parties—*i.e.*, it deletes Paragraphs 20-22, and modifies Paragraphs 14(d) and 19, along with conforming edits.

5. Google now moves the Court to vacate the current *Confidentiality Order* and to enter the attached proposed *Modified Confidentiality Order* in its place (*nunc pro tunc* to May 11, 2022, the date when the *Confidentiality Order* was entered).

6. The Plaintiffs and the above-referenced non-parties consent to the relief sought in this motion.

WHEREFORE, Google requests that the Court vacate the current *Confidentiality Order* (ECF No. 297) and enter the attached proposed *Modified Confidentiality Order* (*nunc pro tunc* to May 11, 2022). Proposed orders are submitted herewith.

***The parties and the above-referenced non-parties do not seek oral argument on this motion.***

Dated:  August 31, 2023

Respectfully submitted,

*/s/ Bradley Justus*

Bradley Justus (Admitted *pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

Daniel S. Bitton (NY Bar No. 4354627)
AXINN, VELTROP & HARKRIDER LLP
560 Mission Street
San Francisco, CA 94105
Telephone: (415) 490-1486
Facsimile: (415) 490-2001
dbitton@axinn.com

Justina K. Sessions (Admitted *pro hac vice*)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
(650) 618-9250
justina.sessions@freshfields.com

Eric Mahr
700 13th Street, NW
Washington, DC 20005
(202) 777-4500
eric.mahr@freshfields.com

*Counsel for Defendants Google LLC,
Alphabet Inc., and YouTube, LLC*

## CERTIFICATE OF SERVICE

I certify that on August 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

*/s/ Bradley Justus*
Bradley Justus
Axinn, Veltrop & Harkrider LLP