IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates To:*<br>*All Cases* | Civil Action No. 1:21-md-03010-PKC |

### [PROPOSED] ORDER

THIS MATTER is before the Court on the *Consent Motion for Entry of A Modified Confidentiality Order* (ECF No. _____). Upon consideration of the motion, the consent of the parties and non-parties, and for good cause, it is

ORDERED that the consent motion is GRANTED, and the Court has entered the *Modified Confidentiality Order* (ECF No. ____) *nunc pro tunc* to May 11, 2022; and it is further

ORDERED that the previously entered *Confidentiality Order* (ECF No. 297) is VACATED.

ENTERED this _____ day of _____2023.

New York, New York

_____
P. Kevin Castel
United States District Judge