**UNITED STATES U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** |

**No. 21-md-3010 (PKC)**

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Joseph M. Graham, Jr., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the State of Texas in the above-captioned action.

I am in good standing with the Bar of the Texas, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  September 1, 2023

NORTON ROSE FULBRIGHT US LLP

By: */s/ Joseph M. Graham, Jr.* _____
   Joseph M. Graham, Jr.
   TX Bar No. 24044814
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
(713) 651-5151
(713) 651-5246
joseph.graham@nortonrosefulbright.com