UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-md-3010 (PKC) |

**AFFIDAVIT IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Joseph M. Graham, Jr., hereby declare the following:

1. I am an attorney with the law firm Norton Rose Fulbright US LLP, and I submit this affidavit in support of my motion for *pro hac vice* admission in this action on behalf of The State of Texas. I have personal knowledge of the facts expressed in this affidavit, and if asked, could and would testify competently to the truth of those facts.

2. I am a resident of the State of Texas. My office address is 1301 McKinney St., Suite 5100, Houston, TX 77010.

3. I am a member in good standing of the bar of the State of Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Annexed hereto are copies of my Certificates of Good Standing from the State of Texas.

4. By this application, I request permission from this Court to be admitted *pro hac vice* and appear as counsel on behalf of the State of Texas.

_____
Joseph M. Graham, Jr.

Subscribed and sworn before me on the 31st day of August, 2023.

_____
Notary Public
State of TEXAS

CINDY L. HICKMAN
Notary Public, State of Texas
ID # 217122-3
Commission Expires
MARCH 14, 2025

123703369.1