# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Joseph Graham JR**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 9th day of September, 2004.

I further certify that the records of this office show that, as of this date

**Joseph Graham JR**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 29th day of August, 2023.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 6059C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.