UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-md-3010 (PKC) |

### [PROPOSED] ORDER FOR MOTION FOR ADMISSION PRO HAC VICE

The motion of Joseph M. Graham, Jr. for admission to practice Pro Hac Vice in the above-entitled litigation is granted.

Joseph M. Graham, Jr. has declared that he is a member in good standing for the bar of the State of Texas; and that his contact information is a follows:

Joseph M. Graham, Jr.
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
(713) 651-5151
(713) 651-5246
joseph.graham@nortonrosefulbright.com

Joseph M. Graham, Jr. having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff The State of Texas;

IT IS HEREBY ORDERED that Joseph M. Graham, Jr. is admitted to practice *Pro Hac Vice* in the above-entitled litigation in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                                                       P. KEVIN CASTEL
                                                                                       United States District Judge

123693594.1