# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Google Advertising Antitrust Litigation* <br><br> *This Document Relates To:* <br> *1:21-cv-06841-PKC* | Civil Action No. 21-MD-3010 (PKC) <br><br> P. KEVIN CASTEL, District Judge |

## MOTION FOR WITHDRAWAL OF COUNSEL

The undersigned counsel, Assistant Attorney General Stephen M. Hoeplinger, hereby requests that the Court remove him as counsel of record in this matter for Plaintiff State of Missouri and from the service list, as Mr. Hoeplinger will shortly be departing The Missouri Attorney General's Office. The State of Missouri will continue to be represented by counsel of record who have appeared in this matter, and other Assistant Attorneys General from the Missouri Attorney General's Office. Accordingly, the withdrawal of Mr. Hoeplinger will cause no delay of the case or prejudice any party.

Dated: September 1, 2023            Respectfully Submitted,

**ANDREW BAILEY**
Missouri Attorney General
/s/ Stephen M. Hoeplinger
Stephen M. Hoeplinger (*pro hac vice*)
Missouri Attorney General's Office
815 Olive St., Suite 200
St. Louis, MO 63101
Tel: 314-340-7849
Stephen.Hoeplinger@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 1, 2023, the foregoing was filed with the Court's CM/ECF system, which served a copy on all counsel of record.

*/s/ Stephen M. Hoeplinger*