

**Redwood City**
855 Main Street
Redwood City, CA 94063
justina.sessions@freshfields.com
T +1 650-618-9250
E justina.sessions@freshfields.com
www.freshfields.com

**Via ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

September 6, 2023

**Re:**   *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC); *Inform Inc. v. Google LLC, et al.*, No. 1:23-cv-01530 (PKC)

Dear Judge Castel:

I write on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC (collectively "Google") in the above-captioned multi-district litigation regarding the Court's Order filed on May 31, 2023 as ECF No. 562 ("Order"). No conference is scheduled at this time.

The Order provides a briefing schedule with respect to Inform Inc.'s ("Inform") Second Amended Complaint ("SAC") and Google's motion to dismiss the SAC. The Order states that Google may file its reply to Inform's response by September 23, 2023. Because the Court-ordered deadline falls on a Saturday, I write to request that Google be permitted to file its reply the following Monday, September 25, 2023.

Respectfully submitted,

*/s/ Justina K. Sessions*
Justina K. Sessions
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

September 6, 2023<br>
Page 2

                                      Eric Mahr
Robert J. McCallum
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Fax: (202) 777-4555
eric.mahr@freshfields.com
rob.mccallum@freshfields.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC*

CC: All Counsel of Record (via ECF)