**Freshfields Bruckhaus Deringer US LLP**

Via ECF

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Redwood City**
855 Main Street
Redwood City, CA 94063
justina.sessions@freshfields.com
T +1 650-618-9250
E justina.sessions@freshfields.com
www.freshfields.com

September 6, 2023

Re:   *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC); *Inform Inc. v. Google LLC, et al.*, No. 1:23-cv-01530 (PKC)

Dear Judge Castel:

I write on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC (collectively "Google") in the above-captioned multi-district litigation regarding the Court's Order filed on May 31, 2023 as ECF No. 562 ("Order"). No conference is scheduled at this time.

The Order provides a briefing schedule with respect to Inform Inc.'s ("Inform") Second Amended Complaint ("SAC") and Google's motion to dismiss the SAC. The Order states that Google may file its reply to Inform's response by September 23, 2023. Because the Court-ordered deadline falls on a Saturday, I write to request that Google be permitted to file its reply the following Monday, September 25, 2023.

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
9-7-23

Respectfully submitted,

*/s/ Justina K. Sessions*
Justina K. Sessions
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

September 6, 2023
Page 2

        Eric Mahr
        Robert J. McCallum
        FRESHFIELDS BRUCKHAUS
        DERINGER US LLP
        700 13th Street NW, 10th Floor
        Washington, DC 20005
        Telephone: (202) 777-4500
        Fax: (202) 777-4555
        eric.mahr@freshfields.com
        rob.mccallum@freshfields.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC*

CC: All Counsel of Record (via ECF)