## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC <br><br> **<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel, Michael S. Sommer of Wilson Sonsini Goodrich & Rosati, P.C., hereby requests that the Court remove him as counsel of record in this matter for Defendants Google LLC, Alphabet Inc., and YouTube LLC and from the service list.

Defendants Google LLC, Alphabet Inc., and YouTube LLC will continue to be represented by Wilson Sonsini Goodrich & Rosati, P.C. Accordingly, the withdrawal of Mr. Sommer will cause no delay of the case or prejudice to any party.

Dated: September 7, 2023

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

<u>s/ *Michael S. Sommer*</u>
Michael S. Sommer
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: msommer@wsgr.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC*