# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Caroline P. Boisvert hereby declares the following:

1. I am an attorney with the law firm Axinn, Veltrop & Harkrider LLP, and I submit this affidavit in support of my motion for *pro hac vice* admission in this action on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC. I have personal knowledge of the facts expressed in this declaration, and if asked, could and would testify competently to the truth of those facts.

2. I am a resident of the State of Connecticut. My office address is 90 State House Square, Hartford, CT 06103.

3. I am a member of good standing of the bars of the State of Connecticut and the Commonwealth of Massachusetts, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Annexed hereto are copies of my Certificates of Good Standing from the Supreme Court of Connecticut and the Massachusetts Supreme Judicial Court.

4. By this application, I request permission from this Court to be admitted *pro hac vice* and appear as counsel on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC, in the above-captioned matter.

I declare under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and correct.

Executed in Connecticut on the 7th day of September, 2023.

Dated: September 7, 2023

Respectfully submitted,

Caroline P. Boisvert
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8129
Facsimile: (860) 275-8101
Email: cboisvert@axinn.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC*

Subscribed and sworn to before me on the 7th days of September, 2023.

Notary Public

D. BRETT DIMBERG
NOTARY PUBLIC
State of Connecticut
My Commission Expires
January 31, 2027

2