## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**APPEARANCE OF COUNSEL** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC in the above-captioned matter. I certify that I am admitted to practice before this Court.

Dated: September 8, 2023

*/s/ Claire L. Haws*
Claire L. Haws (NY Bar No. 6037071)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, New York 10036
Telephone: (212) 261-5647
Facsimile: (212) 728-2201
Email: chaws@axinn.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC*