# Exhibit A

| Topic / Allegation | Gannett Allegation | Daily Mail Allegation | Prior Motion to Dismiss Daily Mail's Argument Incorporated | Relevant Passages of the Court's MTD Op. Dismissing the Allegations |
|---|---|---|---|---|
| **Exchange Bidding Harms Competition by Seeking to "Kill" Header Bidding** | Gannett alleges that Google designed and launched Exchange Bidding to negatively impact client-side header bidding. Compl. ¶¶ 179-81. | Same. Daily Mail Compl. ¶¶ 159, 161-62. | MTD Daily Mail Compl. at 3-6 | MTD Op. at 61-66 |
| | Gannett further alleges that Google has taken steps to "coerce" publishers to abandon client-side header bidding for Exchange Bidding. *Id.* ¶ 182. According to Gannett, this coercion took the form of false sales representations. *Id.* ¶¶ 183-86. | Same. *Id.* ¶ 163. | | |
| **Encryption of User IDs Harms Competition by Blocking Rivals' Access** | Gannett alleges that Google encrypts user IDs such that publishers cannot use the data to solicit targeted ads from advertisers, imposing financial harm on Gannett. Compl. ¶¶ 131-32. | Same. Daily Mail Compl. ¶¶ 110-11. | MTD Daily Mail Compl. at 6-9 | MTD Op. at 40-44 |
| | Gannett further alleges that Google's stated rationale for encrypting user IDs—protecting user privacy—is irrational, but for its effect on rival ad exchanges. *Id.* ¶¶ 133-35. | Same. *Id.* ¶¶ 112-13. | | |

| Topic / Allegation | Gannett Allegation | Daily Mail Allegation | Prior Motion to Dismiss Daily Mail's Argument Incorporated | Relevant Passages of the Court's MTD Op. Dismissing the Allegations |
|---|---|---|---|---|
| **Accelerated Mobile Pages ("AMP") Harms Competition Through Its Incompatibility with Header Bidding** | Gannett alleges that Google has leveraged its supposed "Search monopoly" to force publishers to adopt Accelerated Mobile Pages ("AMP"). Compl. ¶¶ 223-26.<br><br>Gannett further alleges that Google has made AMP, and thus AMP inventory, incompatible with client-side header bidding, insulating AdX from competition. *Id.* ¶¶ 230, 233-35. | Same. Daily Mail Compl. ¶¶ 201-04.<br><br>Same. *Id.* ¶¶ 206, 209-10, 212. | MTD Daily Mail Compl. at 9-12 | MTD Op. at 70-72 |