UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 21-MD-3010 (PKC)** |

*This Document Relates To:*

| | |
|---|---|
| **SUNNY SINGH, individually and on behalf of all others similarly situated**<br><br>*Plaintiff,*<br><br>- against -<br><br>**GOOGLE LLC, ALPHABET INC. and META PLATFORMS, INC.**<br><br>*Defendants.* | **No. 1:23-cv-03651 (PKC)** |

**DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S NOTICE OF MOTION TO DISMISS THE *SINGH* COMPLAINT**

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276

AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Fax: (212) 728-2201

*Counsel for Defendants Google LLC and Alphabet Inc.*

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants Google LLC and Alphabet Inc.'s Motion to Dismiss the federal antitrust claims (Counts I through III and V) in the Singh Putative Class Action Complaint, No. 1:23-cv-03651 (PKC), ECF No. 1 ("Complaint"), and the Declaration of Courtney Shadd dated August 31, 2023 ("Second Shadd Declaration") and its accompanying exhibit, which are being submitted contemporaneously with this Notice of Motion, Defendants Google LLC and Alphabet Inc. (collectively "Google") will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order dismissing with prejudice the federal antitrust claims (Counts I through III and V) in the Complaint in their entirety. *See* Fed. R. Civ. P. 12(b)(6); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).  Google also moves to dismiss all claims by Plaintiff Singh on the ground that he is bound by a valid and enforceable arbitration agreement with Google.  *See* Fed. R. Civ. P. 12(b)(3) and 12(b)(6).  In the alternative, Google moves for an order compelling Plaintiff Singh to arbitrate his claims as he agreed to do.

Dated: September 8, 2022

Respectfully Submitted,

*/s/ Justina Sessions*
Justina K. Sessions
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

Eric Mahr
Robert J. McCallum
FRESHFIELDS BRUCKHAUS

DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Fax: (202) 777-4555
eric.mahr@freshfields.com
rob.mccallum@freshfields.com

Daniel Bitton
Denise L. Plunkett
Craig M. Reiser
Eva H. Yung
Claire L. Haws
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, New York 10036
Telephone: (212) 728-2200
Fax: (212) 728-2201
dbitton@axinn.com
dplunkett@axinn.com
creiser@axinn.com
eyung@axinn.com
chaws@axinn.com

Bradley Justus (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Fax: (202) 912-4701
bjustus@axinn.com

Caroline P. Boisvert (*pro hac vice* pending)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, Connecticut 06103
Telephone: (860) 275-8100
Fax: (860) 275-8101
cboisvert@axinn.com

*Counsel for Defendants Google LLC and
Alphabet Inc.*

3