UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*Singh v. Google LLC*, No. 1: 23-cv-03651 (PKC) | No. 1:21-md-03010 (PKC) |

**META PLATFORMS, INC.'S NOTICE OF MOTION TO DISMISS COUNTS III AND IV OF THE *SINGH v. GOOGLE LLC* COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Meta Platforms, Inc.'s Motion to Dismiss Counts III and IV of the *Singh v. Google LLC* complaint ("*Singh* Complaint", Dkt. No. 1, 23-cv-03651 (S.D.N.Y.)) in the above-captioned matter, which is being submitted contemporaneously with this Notice of Motion, Meta Platforms, Inc. will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing with prejudice Counts III and IV, on the ground that Mr. Singh has failed to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).

Dated: September 8, 2023

                                                    CRAVATH, SWAINE & MOORE LLP

                                   by  /s/ *Kevin J. Orsini*
                                        Kevin J. Orsini

                                        Worldwide Plaza
                                        825 Eighth Avenue
                                        New York, NY 10019
                                        (212) 474-1000
                                        korsini@cravath.com

                                        *Attorneys for Meta Platforms, Inc.*