UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-md-3010 (PKC) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, Marc B. Collier, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the State of Texas in the above-captioned action.

I am in good standing with the Bar of Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 29, 2023

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

_/s/ Marc B. Collier_

Marc B. Collier
Texas Bar No. 00792418
98 San Jacinto Blvd, Suite 1100
Austin, Texas 78701
(512) 474-5201- Tel
(512) 536-4598 – Fax
Marc.collier@nortonrosefulbright.com