UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-md-3010 (PKC) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, Marc B. Collier, hereby declares the following:

1. I am an attorney with the law firm Norton Rose Fulbright US LLP, and I submit this affidavit in support of my motion for *pro hac vice* admission in this action on behalf of the State of Texas. I have personal knowledge of the facts expressed in this affidavit, and if asked, could and would testify competently to the truth of those facts.

2. I am a resident of the State of Texas. My office address is 98 San Jacinto Boulevard, Suite 1100, Austin, Texas 78701.

3. I am a member in good standing of the bar of the State of Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Annexed hereto are copies of my Certificates of Good Standing from the State of Texas.

4. By this application, I request permission from the Court to be admitted *pro hac vice* and appear as counsel on behalf of the State of Texas.

_____
Marc B. Collier

Subscribed and sworn to before me the undersigned Notary Public on this 29th day of September, 2023.

_____
Juliann R. Wright
Notary Public in and for the
State of Texas

JULIANN R WRIGHT
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 07/03/25
NOTARY ID 11616-3

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 27, 2023

Re: Mr. Marc Brian Collier, State Bar Number 00792418

To Whom It May Concern:

This is to certify that Mr. Marc Brian Collier was licensed to practice law in Texas on May 05, 1995, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Marc Brian Collier**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 5th day of May, 1995.

I further certify that the records of this office show that, as of this date

**Marc Brian Collier**

is presently enrolled with the State Bar of Texas as an active member in good standing.



**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 27th day of September, 2023.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 8881C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.