UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 21-md-3010 (PKC) |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Marc B. Collier, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Application has declared that he is a member in good standing of the bar of the state of Texas; and that his contact information is as follows:

Marc B. Collier
Texas Bar No. 00792418
98 San Jacinto Blvd, Suite 1100
Austin, Texas 78701
(512) 474-5201- Tel
(512) 536-4598 – Fax
Marc.collier@nortonrosefulbright.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the State of Texas in the above entitled action;

**IT IS HEREBY ORDERED,** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York, All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

Dated: _____

_____
United States District/Magistrate Judge