UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Google Digital Advertising Antitrust Litigation | Civil Action No. 1:21-MD-3010 (PKC) |

*This Document Relates to:*

| | |
|---|---|
| SUNNY SINGH, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC, ALPHABET INC., and META PLATFORMS, INC.,<br><br>　　　　Defendants. | Civil Action No. 1:23-cv-03651 (PKC) |

**PLAINTIFF SUNNY SINGH'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS <u>COUNTS III AND IV OF THE *SINGH* COMPLAINT</u>**

1

On September 8, 2023, Defendant, Meta Platforms, Inc. ("Meta"), moved pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 628 (Notice of Motion)) to dismiss Counts III and IV of the *Singh v. Google LLC* complaint ("*Singh* Complaint," 1:23-cv-03651, Doc. 1 (S.D.N.Y.)) on the ground that the complaint fails to state a claim upon which relief can be granted. In its Memorandum in Support of its Motion (Dkt. No. 629), Meta incorporated "all the arguments set forth in its motion to dismiss the Advertisers' CAC (Dkt. Nos. 460-461, 519)," and asked the Court to grant Meta's motion to dismiss the NBA claims in the *Singh* Complaint (Counts III and IV) "for the same reasons set forth therein."

Accordingly, in opposition to Meta's motion, Plaintiff Singh incorporates all the points and authorities set forth in Advertiser Class Plaintiffs' Consolidated Memorandum of Law in Opposition to Defendants Google LLC, Alphabet Inc., and Meta Platforms, Inc.'s Motions to Dismiss Counts III and IV of the Advertisers' Consolidated Class Action Complaint (Doc. 491) and, for the reasons stated therein, requests that the Court deny Meta's Motion to Dismiss Counts III and IV of the *Singh* Complaint. If the Court dismisses these claims in whole or part, the Advertisers, including Singh, respectfully seek leave to amend under Rule 15.

Dated: October 6, 2023               Respectfully submitted,

/s/ *Dena C. Sharp*
Dena C. Sharp (*pro hac vice*)
Jordan Elias (*pro hac vice*)
Scott M. Grzenczyk (*pro hac vice*)
Mikaela Bock (*pro hac vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
scottg@girardsharp.com

1

mbock@girardsharp.com

Tina Wolfson (TW-1016)
Theodore W. Maya (*pro hac vice*)
Bradley K. King (BK-1971)
**AHDOOT & WOLFSON, PC**
2600 West Olive Ave., Suite 500
Burbank, California 91505
Tel.: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com
bking@ahdootwolfson.com

*Interim Co-Lead Counsel for Advertiser Plaintiffs and the Proposed Advertiser Class*

Jonathan Rubin (*pro hac vice*)
**MOGINRUBIN LLP**
2101 L Street, NW, Ste. 300
Washington, D.C. 20037
(202) 630-0616
jrubin@moginrubin.com

Daniel J. Mogin (*pro hac vice*)
Timothy Z. LaComb (*pro hac vice*)
**MOGINRUBIN LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
(619) 687-6611
dmogin@moginrubin.com
tlacomb@moginrubin.com

*Counsel for Plaintiffs Cliffy Care and Kinin*

Archana Tamoshunas (AT-3935)
**TAUS, CEBULASH & LANDAU, LLP**
123 William Street, Suite 1900A
New York, NY 10038
Tel.: (212) 931-0704
Fax: (212) 931-0703
atamoshunas@tcllaw.com

April D. Lambert (*pro hac vice*)
John D. Radice (JR 9033)
**RADICE LAW FIRM, PC**
475 Wall Street

2

Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (609) 385-0745
alambert@radicelawfirm.com
jradice@radicelawfirm.com

*Counsel for Plaintiff Hanson Law Office, as successor in-interest to Hanson Law Firm, PC*

Richard F. Lombardo (*pro hac vice*)
Peter F. Rottgers (*pro hac vice*)
**SHAFFER LOMBARDO SHURIN**
2001 Wyandotte Street
Kansas City, MO 64108
(816) 931-0500
rlombardo@sls-law.com
prottgers@sls-law.com

*Counsel for Plaintiff Cliffy Care*

Jason S. Hartley (*pro hac vice* forthcoming)
Jason M. Lindner (*pro hac vice* forthcoming)
**HARTLEY LLP**
101 W. Broadway, Ste 820
San Diego, CA 92101
(619) 400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com

*Counsel for Plaintiff Kinin*

3