IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Maureen Kane Berg, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff SPX Total Body Fitness LLC d/b/a/The Studio Empower in the above-captioned action.

I am a member in good standing of the State Bars of Minnesota and Illinois; certificates of good standing are attached as Exhibit A (Minnesota) and Exhibit B (Illinois). There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. In support of this Motion, I am attaching the Declaration required by Local Rules 1.3(c) and 1.9(a) as Exhibit C.

Dated: October 13, 2023         Respectfully submitted,

                                 */s/ Maureen Kane Berg*

                                 Maureen Kane Berg
                                 **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
                                 100 Washington Avenue South, Suite 2200
                                 Minneapolis, MN 55401
                                 Telephone: 612.339.6900
                                 Facsimile: 612.339.0981
                                 Email: mkberg@locklaw.com

                                 *Attorney for Plaintiffs*

1