# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

**DECLARATION OF MAUREEN KANE BERG IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rules 1.3 and 1.9(a), I, Maureen Kane Berg, hereby declare as follows:

1. I am an associate at the firm of Lockridge Grindal Nauen PLLP, and my office is located at 100 Washington Avenue South, Suite 2200, Minneapolis, Minnesota. My telephone number is (612) 339-6900, and my fax number is (612) 339-0981.

2. I am a member in good standing of the State Bar of Minnesota, to which I was admitted on August 13, 2020. My Minnesota State Bar Number is 03334X.

3. I attach a Certificate of Good Standing from the Minnesota Supreme Court, which was issued within thirty days of this filing, as Exhibit A to the Motion for Admission Pro Hac Vice.

4. I am a member in good standing of the State Bar of Illinois, to which I was admitted on May 12, 1989. My Illinois State Bar Number is 6200319.

5. I attach a Certificate of Good Standing from the Illinois Supreme Court, which was issued within thirty days of this filing, as Exhibit B to the Motion for Admission Pro Hac Vice.

6. I have never been convicted of a felony.

2

7. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

8. There are no pending disciplinary proceedings against me in any State or Federal Court.

I declare under penalty of perjury and under 28 U.S. Code § 1746 and the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of October 2023 at Minneapolis, Minnesota.

_____
Maureen Kane Berg