# Exhibit A

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

MAUREEN KANE BERG

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

January 20, 2004

Given under my hand and seal of this court on

October 03, 2023

Emily J. Eschweiler, Director
Office of Lawyer Registration