IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Maureen Kane Berg for admission to practice Pro Hac Vice in the above-captioned action is granted.

Maureen Kane Berg has declared that she is a member in good standing of the State Bars of Minnesota and Illinois, and that her contact information is as follows:

>   Maureen Kane Berg
>   LOCKRIDGE GRINDAL NAUEN PLLP
>   100 Washington Avenue S, Suite 2200
>   Minneapolis, MN 55401
>   Telephone: 612.339.6900
>   Facsimile:  612.339.0981
>   Email: mkberg@locklaw.com

Maureen Kane Berg, having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff SPX Total Body Fitness LLC d/b/a/The Studio Empower in the above-captioned action;

**IT IS HEREBY ORDERED** that Maureen Kane Berg is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                                   Honorable P. Kevin Castel
                                                                   United States District Judge