UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION                                              21-md-3010 (PKC)

                                                                                    ORDER
-----------------------------------------------------------x
INFORM, INC.

                                    Plaintiff

      -against-                                                         23-cv-1530 (PKC)

GOOGLE LLC, et al.,

                                    Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

    The Court has reviewed the October 6, 2023 letter request of Inform Inc. ("Inform") (ECF 636) and the response of Google LLC, Alphabet Inc. and YouTube LLC (collectively "Google"). (ECF 646.) Inform seeks to propound additional requests for production of documents and data ("RFPs"). Essential to the efficient management of this MDL is ensuring that discovery is closely coordinated, lest each plaintiff serve its own overlapping requests on its own timeline.

    The present application is denied without prejudice to Inform proceeding in the following manner: Inform may file draft RFPs on ECF that (1) do not overlap with other RFPs previously served in this MDL; (2) are unique to Inform's status as an online video platform that, in its view, competes with YouTube; and (3) meet the proportionality and other requirements of Rule 26, with a letter explaining why the RFPs satisfy these three requirements. Within seven days, Google shall state the grounds for any objection to the service of the requests, without

prejudice to its right to later assert specific objections permitted under the Federal Rules of Civil Procedure. The Court will then decide whether Inform may serve the requests. The parties are encouraged to meet and confer to narrow areas of disagreement.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 18, 2023