KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

October 16, 2023

*Via CM/ECF*

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC); related case: *Gannett Co., Inc. v. Google LLC*, No. 1:23-cv-05177 (PKC)

*[Handwritten annotation: Application for leave to file amended opposition is GRANTED. Google may reply by October 27, 2023. SO ORDERED [signature] USDJ 10-18-23]*

*[Handwritten: Docket in both]*

Dear Judge Castel:

Undersigned counsel for plaintiff Gannett Co., Inc. write to seek leave to file an amended opposition to Google's partial motion to dismiss Gannett's complaint. Google's partial motion to dismiss is filed at ECF No. 24, and Gannett's original opposition is filed at ECF No. 27, both on the above-captioned *Gannett* docket. Pursuant to Your Honor's Individual Practices, there is no conference currently scheduled in this matter.

The amended opposition addresses the relevance of additional publisher class complaints that also toll Gannett's claims under *American Pipe*. Although Gannett believes, as stated in the opposition, that the exact damages period is a fact-bound question that need not be resolved on a motion to dismiss, Gannett did not want to leave the record unclear. Attached to this letter are the amended opposition (Ex. A) and a redline showing changes against the original opposition (Ex. B).

Google's reply is currently due October 20, 2023. *See* ECF No. 18. In light of Gannett's request, Gannett would propose that Google be given a one-week extension, until October 27, 2023, to file its reply to the amended opposition.

Counsel for Gannett and Google have conferred, and Google does not oppose Gannett's request, provided that Google receive an extension until October 27 to file its reply.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Honorable P. Kevin Castel
October 16, 2023
Page 2

                                                Respectfully submitted,

Date: October 16, 2023                /s/ *John Thorne*
                                                John Thorne
                                                Daniel G. Bird
                                                Bethan R. Jones
                                                Christopher C. Goodnow
                                                Mark P. Hirschboeck
                                                Eliana Margo Pfeffer
                                                Eric J. Maier
                                                KELLOGG, HANSEN, TODD, FIGEL
                                                  & FREDERICK, P.L.L.C.
                                                1615 M Street NW
                                                Suite 400
                                                Washington, DC 20036
                                                Tel.: (202) 326-7900
                                                Fax: (202) 326-7999
                                                Email: jthorne@kellogghansen.com
                                                         dbird@kellogghansen.com
                                                         bjones@kellogghansen.com
                                                         cgoodnow@kellogghansen.com
                                                         mhirschboeck@kellogghansen.com
                                                         epfeffer@kellogghansen.com
                                                         emaier@kellogghansen.com

                                               *Counsel for Gannett Co., Inc.*

cc: All Counsel of Record (via CM/ECF)