IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Google Advertising Antitrust Litigation* | Civil Action No. 21-MD-3010 (PKC) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Evan Rosin, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Surefreight Global LLC, and Hanson Law Firm, PC in the above-captioned action.

I am a member in good standing of the State Bars of New York and Michigan; certificates of good standing are attached as Exhibit A (New York) and Exhibit B (Michigan). There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. In support of this Motion, I am attaching the Declaration required by Local Rules 1.3(c) and 1.9(a) as Exhibit C.

Dated: October 30, 2023                     Respectfully submitted,

/s/ Evan Rosin

TAUS, CEBULASH & LANDAU, LLP
123 William St., Suite 1900A
New York, NY 10038
Telephone: 212.931.0704
Email: erosin@tcllaw.com

*Attorney for Plaintiffs*