# Exhibit B

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Evan Rosin*

was admitted to the practice of law in the courts of the State of Michigan on

*December 27, 2018*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date:  October 26, 2023

_____
Clerk