# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

**DECLARATION OF EVAN ROSIN IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rules 1.3 and 1.9(a), I, Evan Rosin, hereby declare as follows:

1. I am an associate at the firm of Taus, Cebulash & Landau, LLP, and my office is located at 123 William Street, Suite 1900A, New York, New York. My telephone number is (212) 931-0704, and my fax number is (212) 931-0703.

2. I am a member in good standing of the State Bar of New York, to which I was admitted on August 20, 2014. My New York State Bar Number is 5255153.

3. I attach a Certificate of Good Standing from the New York Supreme Court, which was issued within thirty days of this filing, as Exhibit A to the Motion for Admission Pro Hac Vice.

4. I am a member in good standing of the State Bar of Michigan, to which I was admitted on December 27, 2018. My Michigan State Bar Number is P84072.

5. I attach a Certificate of Good Standing from the Michigan Supreme Court, which was issued within thirty days of this filing, as Exhibit B to the Motion for Admission Pro Hac Vice.

6. I have never been convicted of a felony.

7.   I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

8.   There are no pending disciplinary proceedings against me in any State or Federal Court.

I declare under penalty of perjury and under 28 U.S. Code § 1746 and the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of October 2023 at Farmington Hills, Michigan.

                                                    */s/ Evan Rosin*
                                                    Evan Rosin