# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC<br><br>P. KEVIN CASTEL, District Judge |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Evan Rosin for admission to practice Pro Hac Vice in the above-captioned action is granted.

Evan Rosin has declared that he is a member in good standing of the State Bars of New York and Michigan, and that his contact information is as follows:

>   Evan Rosin
>   TAUS, CEBULASH & LANDAU, LLP
>   123 William St., Suite 1900A
>   New York, NY 10038
>   Telephone: 212.931.0704
>   Facsimile: 212.931.0703
>   Email: erosin@tcllaw.com

Evan Rosin, having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Surefreight Global LLC, and Hanson Law Firm, PC in the above-captioned action;

**IT IS HEREBY ORDERED** that Evan Rosin is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
                                                                                Honorable P. Kevin Castel
                                                                                United States District Judge