# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING       21-md-3010 (PKC)
ANTITRUST LITIGATION

[PROPOSED] ORDER

-----------------------------------------------------------x

CASTEL, Senior District Judge

         Having considered the parties' written submissions (ECF Nos. ___) and the arguments made during November 2, 2023 hearing concerning search terms and custodians, the Court orders as follows:

         1.      Plaintiffs' request for (a) three common custodians; (b) four custodians specific to plaintiff Daily Mail; (c) five custodians specific to plaintiff Gannett; and (d) ten custodians specific to plaintiff Inform is GRANTED.  Those custodians are identified in Attachment B to Plaintiffs' October 20 submission (ECF No. 564).

         2.      Plaintiffs' request that Google run an additional 10 search terms set forth in Attachment A to Plaintiffs' October 20 submission (ECF No. 564) is GRANTED.

         3.      For the 19 custodians specific to plaintiffs Daily Mail, Gannett, and Inform, Google may forgo running the 47 search terms identified by those plaintiffs.

         4.      Future requests for production shall be made consistent with the Court's prior orders, which remain in full force and effect, and the Federal Rules of Civil Procedure.  *See* ECF Nos. 311, 647, 656.

         SO ORDERED.

                                                               P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
        November __, 2023