UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

21-md-3010 (PKC)

[PROPOSED] ORDER *(except String No. 191)*

------------------------------------------------------------x
CASTEL, Senior District Judge

Having considered the parties' written submissions (ECF Nos. ___) and the arguments made during November 2, 2023 hearing concerning search terms and custodians, the Court orders as follows:

1. Plaintiffs' request for (a) three common custodians; (b) four custodians and specific to plaintiff Daily Mail; (c) five custodians specific to plaintiff Gannett; ~~and (d) ten custodians specific to plaintiff Inform~~ is GRANTED. Those custodians are identified in Attachment B to Plaintiffs' October 20 submission (ECF No. 564). *PKC*

2. Plaintiffs' request that Google run an additional 10 search terms set forth in Attachment A to Plaintiffs' October 20 submission (ECF No. 564) is GRANTED. *PKC*

3. For the ~~19~~ 9 custodians specific to plaintiffs Daily Mail, Gannett, ~~and~~ (and) ~~Inform~~, Google may forgo running the 47 search terms identified by those plaintiffs. *PKC*

4. Future requests for production shall be made consistent with the Court's prior orders, which remain in full force and effect, and the Federal Rules of Civil Procedure. *See* ECF Nos. 311, 647, 656.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       November 2, 2023