UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

In Re Google Digital Advertising Antitrust Litigation             Plaintiff,

Case No. 1:21-md-3010

-against-

Defendant.

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Robert J. Gralewski , Jr._____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✔] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Kirby McInerney LLP_____
              FIRM ADDRESS: 600 B Street, Suite 2110, San Diego, CA 92101_____
              FIRM TELEPHONE NUMBER: (619) 784-1442_____
              FIRM FAX NUMBER:_____

NEW FIRM:     FIRM NAME: Kirby McInerney LLP_____
              FIRM ADDRESS: 1420 Kettner Boulevard Suite 100, San Diego, CA 92101_____
              FIRM TELEPHONE NUMBER: (858) 834-2044_____
              FIRM FAX NUMBER: (858) 255-7772_____

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 1/10/2024

/s/ Robert Gralewski_____
ATTORNEY'S SIGNATURE