# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-3010 (PKC) |

**AFFIDAVIT OF ANDREW ELLIS IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rules 1.3 of the Local Rules of the United States Courts for the Southern District of New York, Andrew Ellis, hereby declares the following:

1. I am an attorney with the law firm Korein Tillery LLC, and I submit this affidavit in support of my motion for *pro hac vice* admission in this action on behalf of the Plaintiffs The Progressive, Inc., The Nation Company, L.P. and Genius Media Group, Inc. I have personal knowledge of the facts expressed in this affidavit, and if asked, could and would testify competently to the truth of those facts.

2. I am a resident of the State of Missouri. My office address is 505 North 7th Street, Suite 3600, St. Louis, MO 63101.

3. I am a member in good standing of the State Bar of Georgia, to which I was admitted on December 1, 2016. My Georgia State Bar Number is 536041.

3. I attach a Certificate of Good Standing from the State Bar of Georgia, which was issued within thirty days of this filing, as Exhibit A to the Motion for Admission Pro Hac Vice.

4. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.  By this application, I request permission from the Court to be admitted *pro hac vice* and appear as counsel on behalf of the Plaintiffs The Progressive, Inc., The Nation Company, L.P. and Genius Media Group, Inc.

_____
Andrew Ellis

Subscribed and sworn to before me the undersigned Notary Public on this /2 day of January, 2024.

LAURA A DUNN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES AUGUST 23, 2026
ST. LOUIS CITY
COMMISSION #18945510

_____
Notary Public in and for the State of Missouri

2