IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-3010 (PKC)<br><br>P. KEVIN CASTEL, District Judge |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Andrew Ellis for admission to practice Pro Hac Vice in the above-captioned action is granted.

Andrew Ellis has declared that he is a member in good standing of the State Bar of Georgia, and that his contact information is as follows:

> Andrew Ellis
> KOREIN TILLERY LLC
> 505 North 7th Street, Suite 3600
> St. Louis, MO 63101
> Telephone: 314.241.4844
> Facsimile: 314.241.3525
> Email: aellis@koreintillery.com

Andrew Ellis, having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs The Progressive, Inc., The Nation Company, L.P. and Genius Media Group, Inc. in the above entitled action;

**IT IS HERBY ORDERED** that Andrew Ellis is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                              _____
                                                    Honorable P. Kevin Castel
                                                    United States District Judge