# Discovery Steering Committee
## In re Google Digital Advertising Antitrust Litigation

January 16, 2024

**VIA ECF**
Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*In re Google Digital Advertising Antitrust Litigation*
No. 1:21-md-03010 (PKC) (S.D.N.Y.)

Dear Judge Castel:

We write to inquire whether the Court needs additional information concerning the pending Consent Motion for Entry of a Modified Confidentiality Order (ECF No. 611). The modifications to the Confidentiality Oder (ECF No. 297) are necessary so that certain third-party documents can be produced in the MDL. We thank the Court for its attention to this issue.

*s/Philip Korologos*
Philip Korologos
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-446-2390
pkorologos@bsfllp.com

*s/Jordan Elias*
Jordan Elias
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415-981-4800
jelias@girardsharp.com

*s/Serina M. Vash*
Serina M. Vash
**HERMAN JONES LLP**
153 Central Avenue #131
Westfield, New Jersey 07090
Telephone: 404-504-6516
svash@hermanjones.com

*MDL Plaintiffs' Discovery Steering Committee*