IN THE UNITED STATE DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Google Digital Advertising Antitrust Litigation | Case No. 1: 21-md-03010-PKC |
| *This document relates to*:<br>Cliffy Care Landscaping LLC, *et al.*, v. Facebook, Inc., *et al.* | Case No. 1:21-cv-06910-PKC |

## NOTICE OF CHANGE OF FIRM ADDRESS

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT Daniel J. Mogin and Timothy Z. LaComb, Counsel for Cliffy Care Landscaping LLC, and Kinin, Inc., have changed their mailing address as follows:

>MOGINRUBIN LLP
>4225 Executive Square,
>Suite 600
>La Jolla, CA 92037
>Tel: (619) 687-6611

All other contact information remains the same.

| | |
|---|---|
| Dated: January 18, 2024 | By: */s/ Daniel J. Mogin*<br>Daniel J. Mogin (SBN 95624)<br>Timothy Z. LaComb (SBN 314244)<br>MOGINRUBIN LLP<br>4225 Executive Square, Suite 600<br>La Jolla, CA 92037<br>Tel: (619) 687-6611<br>dmogin@moginrubin.com<br>tlacomb@moginrubin.com<br><br>*Counsel for Cliffy Care Landscaping LLC, and Kinin, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

                                            */s/ Daniel J. Mogin*
                                            Daniel J. Mogin