UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | Case No. 1:21-md-03010-PKC |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please withdraw the appearance of Jonathan M. Jacobson from Wilson Sonsini Goodrich & Rosati, P.C., as counsel for Google LLC, Alphabet Inc., and YouTube, LLC.

Dated: February 9, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Jonathan M. Jacobson*
Jonathan M. Jacobson
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7758
Facsimile: (866) 974-7329
Email: jjacobson@wsgr.com

*Counsel for Google LLC, Alphabet Inc., and YouTube, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 9th day of February 2024, I caused the foregoing Withdrawal of Appearance to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system.

s/ *Jonathan M. Jacobson*
Jonathan M. Jacobson

Dated: February 9, 2024

2