# Exhibit B

# STEYL, Matthew

| | |
|---|---|
| **From:** | BAYOUMI, Jeanette |
| **Sent:** | Friday, September 22, 2023 3:08 PM |
| **To:** | Serina Vash |
| **Cc:** | MCCALLUM, Robert; SESSIONS, Justina (JKS); John Herman; ZWEIFACH, Ben |
| **Subject:** | RE: Google's Requests for Production and Interrogatories - Inform, Inc. v. Google LLC, et. al, No. 1:23-cv-01530 |

Hi Serina,

Rob forwarded me the below email. Google consents to the requested one-week extension for Inform to provide its responses and objections to Google's First Set of Interrogatories and Requests for Production by September 29, 2023, provided that Inform also agrees not to use the granting of this extension against Google in any way. Additionally, given the extra time, we expect that Inform will provide substantive responses to Google's Interrogatories.

Thank you,
Jeanette

**Jeanette Bayoumi**
Senior Associate
she/her/hers

**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10022
**T** +1 212 277 4043 | **M** +1 646 284 7200
Jeanette.Bayoumi@freshfields.com

---

**From:** Serina Vash <svash@hermanjones.com>
**Sent:** Thursday, September 21, 2023 4:51:00 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** MCCALLUM, Robert <rob.mccallum@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>
**Cc:** John Herman <jherman@hermanjones.com>
**Subject:** Google's Requests for Production and Interrogatories - Inform, Inc. v. Google LLC, et. al, No. 1:23-cv-01530

Good afternoon Rob and Justina. I hope you're both well.

Plaintiff Inform would like to request an additional week to respond to Google's First Set of Interrogatories and Requests for Production.

Kindly advise whether you are amenable to our request.

Thank you in advance,
Serina

1