# Exhibit G

# HERMAN JONES LLP
ATLANTA - NEWARK - SEATTLE

Candace N. Smith
csmith@hermanjones.com

January 5, 2024

**ELECTRONIC MAIL**

Jeanette Bayoumi
Freshfields Bruckhas Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
(212) 277-4000 (main)
Jeanette.bayoumi@freshfields.com

Re: *In re Google Digital Advertising Antitrust Litigation;* No. 1:21-md-03010 (PKC)
Inform, Inc.'s Responses to Defendants' First Set of Interrogatories

Dear Jeanette

This letter is in response to your correspondence of December 21st. I was (and remain) out of the office on medical leave, having had a significant abdominal surgery on December 21st. If I am cleared by my physician on January 8th, I hope to return to the office on Tuesday. Given the aforementioned, I appreciate having until January 12th to respond to your letter. I can provide a response and the supplemental responses which were discussed previously next week.

I hope you had a good holiday.

Sincerely,

/s/ *Candace N. Smith*
CANDACE N. SMITH
HERMAN JONES LLP

CNS/cns