# Exhibit H

# FAULKNER, Anna

| | |
|---|---|
| **From:** | Candace Smith <csmith@hermanjones.com> |
| **Sent:** | Wednesday, January 17, 2024 1:00 PM |
| **To:** | BAYOUMI, Jeanette |
| **Cc:** | MAHR, Eric (EJM); SESSIONS, Justina (JKS); ELMER, Julie (JSE); EWALT, Andrew (AJE); MCCALLUM, Robert; ZWEIFACH, Ben; SALEM, Sara; SYRMOS, Alexia; STEYL, Matthew; SVENSON, Ross; John Herman; Serina Vash; CJ Jones; MURRAY, Sean; BOSCO, Veronica |
| **Subject:** | Re: Inform/Google Letter Regarding Inform's Responses to Defendants' First Set of Interrogatories |

We are still working and will provide you the same by that date.

Candace N. Smith
HERMAN JONES LLP
3424 Peachtree Road NE
Suite 1650
Atlanta, Georgia 30326
404-504-6508
csmith@hermanjones.com
www.hermanjones.com

---

**From:** BAYOUMI, Jeanette <Jeanette.Bayoumi@freshfields.com>
**Sent:** Wednesday, January 17, 2024 12:59:10 PM
**To:** Candace Smith <csmith@hermanjones.com>
**Cc:** MAHR, Eric (EJM) <Eric.MAHR@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; ZWEIFACH, Ben <Ben.Zweifach@freshfields.com>; SALEM, Sara <Sara.Salem@freshfields.com>; SYRMOS, Alexia <Alexia.Syrmos@freshfields.com>; STEYL, Matthew <Matthew.Steyl@freshfields.com>; SVENSON, Ross <Ross.Svenson@freshfields.com>; John Herman <jherman@hermanjones.com>; Serina Vash <svash@hermanjones.com>; CJ Jones <cjones@hermanjones.com>; MURRAY, Sean <Sean.Murray@freshfields.com>; BOSCO, Veronica <Veronica.Bosco@freshfields.com>
**Subject:** RE: Inform/Google Letter Regarding Inform's Responses to Defendants' First Set of Interrogatories

Counsel,

We have not received a response from Inform Inc. regarding its deficient Responses and Objections to Google's First Set of Interrogatories. If Inform does not supplement its responses by **January 19,** Google will seek relief from the court.

Kind regards,
Jeanette

**Jeanette Bayoumi**
Senior Associate
she/her/hers

**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10022
**T** +1 212 277 4043 **| M** +1 646 284 7200
Jeanette.Bayoumi@freshfields.com

1

**From:** BAYOUMI, Jeanette
**Sent:** Friday, January 5, 2024 3:51 PM
**To:** Candace Smith <csmith@hermanjones.com>
**Cc:** MAHR, Eric (EJM) <Eric.MAHR@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; ZWEIFACH, Ben <Ben.Zweifach@freshfields.com>; SALEM, Sara <Sara.Salem@freshfields.com>; SYRMOS, Alexia <Alexia.Syrmos@freshfields.com>; STEYL, Matthew <Matthew.STEYL@freshfields.com>; SVENSON, Ross <Ross.Svenson@freshfields.com>; John Herman <jherman@hermanjones.com>; Serina Vash <svash@hermanjones.com>; CJ Jones <cjones@hermanjones.com>; MURRAY, Sean <Sean.Murray@freshfields.com>; BOSCO, Veronica <Veronica.Bosco@freshfields.com>
**Subject:** RE: Inform/Google Letter Regarding Inform's Responses to Defendants' First Set of Interrogatories

Candace,

We are in receipt of your letter and wish you a speedy recovery. We are willing to wait until January 12, 2024 provided that Inform does in fact provide fulsome supplemental responses to Google's First Set of Interrogatories.

Thanks,
Jeanette

**Jeanette Bayoumi**
Senior Associate
she/her/hers

**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10022
**T** +1 212 277 4043 | **M** +1 646 284 7200
Jeanette.Bayoumi@freshfields.com

---

**From:** Candace Smith <csmith@hermanjones.com>
**Sent:** Friday, January 5, 2024 3:13 PM
**To:** BAYOUMI, Jeanette <Jeanette.Bayoumi@freshfields.com>
**Cc:** MAHR, Eric (EJM) <Eric.MAHR@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; ZWEIFACH, Ben <Ben.Zweifach@freshfields.com>; SALEM, Sara <Sara.Salem@freshfields.com>; SYRMOS, Alexia <Alexia.Syrmos@freshfields.com>; STEYL, Matthew <Matthew.Steyl@freshfields.com>; SVENSON, Ross <Ross.Svenson@freshfields.com>; John Herman <jherman@hermanjones.com>; Serina Vash <svash@hermanjones.com>; CJ Jones <cjones@hermanjones.com>; MURRAY, Sean <Sean.Murray@freshfields.com>; BOSCO, Veronica <Veronica.Bosco@freshfields.com>
**Subject:** Re: Inform/Google Letter Regarding Inform's Responses to Defendants' First Set of Interrogatories

Happy holidays all. Jeanette, if you would like to speak further, you can all me at 404-355-1263.



Candace N. Smith

Herman Jones LLP
404-504-6508 (office)


csmith@hermanjones.com

---

**From:** BAYOUMI, Jeanette <Jeanette.Bayoumi@freshfields.com>
**Sent:** Thursday, December 21, 2023 3:30 PM
**To:** Candace Smith <csmith@hermanjones.com>
**Cc:** MAHR, Eric (EJM) <Eric.MAHR@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>;

ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; ZWEIFACH, Ben <Ben.Zweifach@freshfields.com>; SALEM, Sara <Sara.Salem@freshfields.com>; SYRMOS, Alexia <Alexia.Syrmos@freshfields.com>; STEYL, Matthew <Matthew.Steyl@freshfields.com>; SVENSON, Ross <Ross.Svenson@freshfields.com>; John Herman <jherman@hermanjones.com>; Serina Vash <svash@hermanjones.com>; CJ Jones <cjones@hermanjones.com>; MURRAY, Sean <Sean.Murray@freshfields.com>; BOSCO, Veronica <Veronica.Bosco@freshfields.com>
**Subject:** RE: Inform/Google Letter Regarding Inform's Responses to Defendants' First Set of Interrogatories

Counsel,

Please see the attached correspondence.

Kind regards,
Jeanette

**Jeanette Bayoumi**
Senior Associate
she/her/hers

**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10022
**T** +1 212 277 4043 | **M** +1 646 284 7200
Jeanette.Bayoumi@freshfields.com

---

**From:** Candace Smith <csmith@hermanjones.com>
**Sent:** Monday, December 4, 2023 1:14 PM
**To:** BAYOUMI, Jeanette <Jeanette.Bayoumi@freshfields.com>
**Cc:** MAHR, Eric (EJM) <Eric.MAHR@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; ZWEIFACH, Ben <Ben.Zweifach@freshfields.com>; SALEM, Sara <Sara.Salem@freshfields.com>; SYRMOS, Alexia <Alexia.Syrmos@freshfields.com>; STEYL, Matthew <Matthew.Steyl@freshfields.com>; SVENSON, Ross <Ross.Svenson@freshfields.com>; John Herman <jherman@hermanjones.com>; Serina Vash <svash@hermanjones.com>; CJ Jones <cjones@hermanjones.com>
**Subject:** Inform/Google Letter Regarding Inform's Responses to Defendants' First Set of Interrogatories

Attached please find our response to your letter concerning Inform's Interrogatory Responses. Please contact me if you have any questions.


Candace N. Smith

HERMAN JONES LLP
3424 Peachtree Road NE
Suite 1650
Atlanta, Georgia 30326
404-504-6508

csmith@hermanjones.com
www.hermanjones.com

[LinkedIn profile]

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.