# Exhibit I

# HERMAN JONES LLP
ATLANTA · NEWARK · SEATTLE

Candace N. Smith
csmith@hermanjones.com

January 19, 2024

**ELECTRONIC MAIL**

Jeanette Bayoumi
Freshfields Bruckhas Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
(212) 277-4000 (main)
Jeanette.bayoumi@freshfields.com

Re: *In re Google Digital Advertising Antitrust Litigation;* No. 1:21-md-03010 (PKC)
Inform, Inc.'s Responses to Defendants' First Set of Interrogatories

Dear Jeanette:

I write in response to your letter regarding Inform's Interrogatory responses.

As you may have been apprised, we conducted a meet and confer again today with Google (with Rob, Eric, Ben and Matt) during which this issue, among others, was addressed. We informed your colleagues who attended that, while we do not agree with you that our responses are deficient in any way, we will continue to work in good faith to accommodate your request for a supplement. We also reminded your colleagues that we requested that you cure your deficient Initial Disclosures back in July.

As I said in our meet and confer today, we are continuing to work in good faith to get additional information to you, to the extent that it exists. As was acknowledged in the call by your colleagues, we are in a unique and challenging position, as Inform is no longer a going concern. Again, we are working to accommodate your request.

As always, if you would like to speak further, please reach out to me at 404-504-6508. I previously provided you with my home number as a courtesy while I was out.

Ms. Jeanette Bayoumi
January 19, 2024
Page 2

                                                  Sincerely,

                                                  */s/ Candace N. Smith*
                                                  CANDACE N. SMITH
                                                  HERMAN JONES LLP

CNS/cns