

Via ECF

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Silicon Valley
855 Main Street
Redwood City, CA 94063
T +1 650 618 9250 (Switchboard)
   +1 650 461 8276 (Direct)
F +1 202 507 5945
E justina.sessions@freshfields.com
www.freshfields.com

February 16, 2024

Re:   *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC); *Inform Inc. v. Google LLC, et al.*, No. 1:23:cv-01530 (PKC)

Dear Judge Castel:

We write jointly as counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC (collectively, "Google") and Plaintiff Inform, Inc. to confirm that, pursuant to the Court's Order dated February 12, 2024 (ECF No. 693), lead counsel for the respective parties met and conferred on February 14, 2024 and February 15, 2024 regarding Google's Motion to Compel Inform, Inc. to Respond to Google's First Set of Interrogatories, ECF No. 692. Inform has agreed to supplement certain of its interrogatory responses and to consider supplementing its other interrogatory responses. At Inform's request, Google has provided written clarification of certain interrogatories. Inform has agreed to state by February 21 which of its interrogatory responses it will supplement.

The parties are working cooperatively to address the issues raised in Google's motion. Google therefore withdraws its motion to compel without prejudice to refiling all or part of it in the event that Inform does not agree to supplement or does not adequately supplement its interrogatory responses.

Respectfully submitted,

*/s/ Justina Sessions*
Justina K. Sessions
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com

*Counsel for Defendants Google LLC,
Alphabet Inc., and YouTube LLC*

<u>*/s/ Serina M. Vash*</u>
Serina M. Vash (*NYSBN 2273448*)
John C. Herman *(Admitted Pro Hac Vice)*
**HERMAN JONES LLP**
153 Central Avenue, #131
Westfield, NJ 07090
Telephone: (404) 504-6516
Fax: (404) 504-6501
svash@hermanjones.com
jherman@hermanjones.com

CC: All Counsel of Record (via ECF)