UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST ANTITRUST LITIGATION ) ) ) ) ) ) ) | Case No: 1:21 -MD-03010-PKC<br>P. KEVIN CASTEL, District Judge |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK AND ALL PARTIES:

NOW COMES James R. Dugan, II, who represents to this Court that Glenn Mintzer is no longer associated with The Dugan Law Firm, APLC, and therefore will no longer be performing work in this matter. As such, the undersigned respectfully requests that Glenn Mintzer be withdrawn as counsel of record for Plaintiff(s) in the above-numbered and entitled cause. All other counsel named below shall remain the attorneys of record for Plaintiff(s) in this action.

DATED: February 19, 2024

Application Granted.

So Ordered:

Hon. P. Kevin Castel, U.S.D.J.

2-22-24

Respectfully Submitted:

/s/ James R. Dugan, II
James R. Dugan, II (LA Bar No. 24785)
David S. Scalia (LA Bar No.21369)
TerriAnne Benedetto (PA Bar #59378)
The Dugan Law Firm, APLC
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone:   (504) 648-0180
Facsimile:    (504) 648-0181
E-mail:        *jdugan@dugan-lawfirm.com*
                 *dscalia@dugan-lawfirm.com*
                 *tbenedetto@dugan-lawfirm.com*

***Counsel for Plaintiff(s)***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February 2024, I filed the above and foregoing pleading using this Court's CM/ECF system, which will send electronic notice of this filing to all parties to this matter and/or their counsel of record.

/s/ James R. Dugan, II
James R. Dugan, II