UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING            21-md-3010 (PKC)
ANTITRUST LITIGATION

-----------------------------------------------------------------------x      **JUDGMENT**

SUNNY SINGH,

                Plaintiff,             23-cv-3651 (PKC)

    -against-

GOOGLE LLC, ALPHABET INC., and META

PLATFORMS INC.,

                Defendants.

-----------------------------------------------------------------------x

ORGANIC PANACEAS, LLC,

                Plaintiff,             21-cv-7001 (PKC)

    -against-

GOOGLE LLC, ALPHABET INC., and META

PLATFORMS INC.,

                Defendants.

-----------------------------------------------------------------------x

SPX TOTAL BODY FITNESS, et al.,

                Plaintiffs,            21-cv-6870 (PKC)

    -against-

GOOGLE LLC,

                Defendant.

-----------------------------------------------------------------------x

------------------------------------------------------------------x

| | |
|---|---|
| IN RE: GOOGLE DIGITAL PUBLISHER LITIGATION | 21-cv-7034 (PKC) |

------------------------------------------------------------------x

AIM MEDIA IND. OPERATING, LLC, et al.,

                Plaintiffs,             21-cv-6912 (PKC)

    -against-

GOOGLE LLC and FACEBOOK INC.,

------------------------------------------------------------------x

ASSOCIATED NEWSPAPERS LTD., et al.,

                Plaintiffs,            21-cv-3446 (PKC)

    -against-

GOOGLE LLC and ALPHABET INC.,

------------------------------------------------------------------x

GANNETT CO., INC., et al.,

                Plaintiffs,            23-cv-5177 (PKC)

    -against-

GOOGLE LLC and ALPHABET INC.,

------------------------------------------------------------------x

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 1, 2024, The motions to dismiss in In re: Google Digital Antitrust Advertising, 21 Civ. 7001 (PKC) and Singh v. Google LLC, et al., 23 Civ. 3651 (PKC) are GRANTED as to plaintiffs' claims directed to Project Elmo, Project Poirot and Reserve Price Optimization. Count III and Count V are also dismissed. Plaintiff Hanson's claims directed to conduct that post-dates September 6, 2016 are dismissed. The remainder of the

motions are DENIED. The Clerk is respectfully directed to terminate the motions. (21 MD 3010, ECF 446, 460, 625, 628; 21 Civ. 7001, ECF 181; 23 Civ. 3651, ECF 22.) The Court will separately enter as an Order the Stipulation and Proposed Order in the Singh matter. The motion to dismiss in Organic Panaceas v. Google LLC, 21 Civ. 7001 (PKC) is GRANTED in its entirety. The Clerk is respectfully directed to terminate the motion. (21 MD 3010, ECF 457.). The motion to dismiss the consolidated complaint in SPX Total Body Fitness LLC v. Google LLC, 21 Civ. 6870 (PKC) and SkinnySchool LLC, et al. v Google LLC, 21 Civ. 7045 (PKC) is GRANTED in its entirety. (21 MD 3010, ECF 455; 21 Civ. 6870, ECF 79; 21 Civ. 7045, ECF 43.) The Clerk is respectfully directed to terminate the motion and to close these two cases. The motion to dismiss in In re: Google Digital Publishing Litigation, 21 Civ. 7034 (PKC) is GRANTED as to plaintiffs' claims directed to Google's detection of "problematic code" and their tying claim directed to the "Search+" product. The motions are otherwise DENIED. The Clerk is respectfully directed to terminate the motions. (21 MD 3010, ECF 449; 21 Civ. 7034, ECF 136.) The motions to dismiss the Newspapers' consolidated complaint are terminated as moot. (21 MD 3010, ECF 451, 462.) The motion to partially dismiss in Associated Newspapers Ltd., et al. v. Google LLC, et al., 21 Civ. 3446 (PKC) is GRANTED in its entirety. The Clerk is respectfully directed to terminate the motion. (21 MD 3010, ECF 453; 21 Civ. 3446, ECF 71.) The motion to dismiss in Gannett Co., Inc. v. Google LLC, 23 Civ. 5177 (PKC) is GRANTED as to Gannett's claims premised on exchange bidding, the encryption of user IDs and line-item capping. It is also GRANTED as to the leveraging claim directed to AMP. The motion is otherwise DENIED. The Clerk is respectfully directed to terminate the motion. (21 MD 3010, ECF 623; 23 Civ. 5177, ECF 24.). Accordingly, the case is closed.

**Dated:** New York, New York

       March 4, 2024

**RUBY J. KRAJICK**
Clerk of Court

**BY:** _____
**Deputy Clerk**