# Exhibit A

| From: | BOSCO, Veronica |
|---|---|
| To: | ccoslett@bm.net; GZelcs@KoreinTillery.com; Noss, Walter; Lv, Kate; Clerkin, Stephanie; jsteinmetz@koreintillery.com; Izaak Earnhardt; Mark C. Mao; Philip Korologos; Jordan Elias; Ted Maya; Stuart Davidson; MCamozzi@rgrdlaw.com; MAngotti@rgrdlaw.com; Serina Vash; John Thorne; Eric Maier; Goodnow, Christopher C.; jrubin@moginrubin.com; oliver@moginrubin.com; MRParalegal@moginrubin.com; kmbaxter-kauf@locklaw.com; pmarkert@cerallp.com |
| Cc: | SESSIONS, Justina (JKS); MAHR, Eric (EJM); ELMER, Julie (JSE); EWALT, Andrew (AJE); RYBNICEK, Jan (JRYB); MCCALLUM, Robert; KAPLIN, Lauren; BAYOUMI, Jeanette; EGOUL, Vadim; MURRAY, Sean; STEYL, Matthew; SVENSON, Ross; SYRMOS, Alexia; ZWEIFACH, Ben; BASSETT, Morgan; CERICOLA, Pamela; FAULKNER, Anna; Reiser, Craig M.; Boisvert, Caroline P.; Bitton, Daniel S.; Pearl, David; Justus, Bradley |
| Subject: | In re Google Digital Advertising - Next steps |
| Date: | Wednesday, March 6, 2024 4:13:58 PM |

**Caution:External Email**

Counsel,

Consistent with the Court's prior orders following dismissal rulings in the MDL, we would like to agree on and propose to the Court a process to streamline matters following the Court's ruling on Google's motions to dismiss.  We'd like to avoid any ambiguity or confusion about deadlines and what claims remain in the case.  To that end, we propose the following for all remaining plaintiffs other than Inform and Daily Mail. Craig will follow up separately regarding Daily Mail.

1. By Friday, March 15, Plaintiffs will file conforming amended complaints, which clarify the narrowed scope of their claims based on Judge Castel's rulings dismissing certain claims.
2. To the extent that Plaintiffs still intend to advance state-law antitrust claims, the parties will enter into a stipulation similar to that between the States and Google, i.e., agreeing that state antitrust claims are deemed dismissed to the same extent as federal claims.
3. 15 days following agreement on the stipulation and/or conforming amendments (whichever is later), Google may file letter briefs seeking to dismiss Plaintiffs' state-law claims.
4. Google's deadline to answer a complaint will be 30 days from the latest of 1 or 2 or, if Google requests leave to move to dismiss state-law claims, 30 days from resolution of such request or subsequent motion.

Please let us know by Friday, March 8 if Plaintiffs are amenable to this proposal.  If so, we will draft a proposed stipulation and order outlining the above.

Kind regards,
Veronica

**Veronica M. Bosco**
Senior Associate

**Freshfields Bruckhaus Deringer US LLP**
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
**T** +1 646-440-1863 | **M** +1 929-266-7982
Veronica.Bosco@freshfields.com

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice

of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.