UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) |

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Freshfields Bruckhaus Deringer US LLP has relocated its New York office to the following as of February 20, 2024:

> Freshfields Bruckhaus Deringer US LLP
> 3 World Trade Center
> 175 Greenwich Street, 51st Floor
> New York, NY 10007

The firm's telephone, fax numbers, and email addresses remain unchanged. Please direct any hard copy service to us at our new address.

/s/Robert McCallum
By: Robert McCallum

Freshfields Bruckhaus Deringer US LLP

3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
Rob.mccallum@freshfields.com
212-277-4000
*Attorneys for Defendants Alphabet Inc, Google LLC, and YouTube LLC*

Dated: New York, New York
         March 18, 2024