IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that effective March 1, 2024, the Washington, DC office address for Berger Montague PC and the undersigned attorney has changed to the following:

Berger Montague PC
1001 G Street, NW
Suite 400 East
Washington, DC 20001

The Court and all counsel and parties are hereby requested to make note of this change and send all notices, orders, pleadings, and other communications concerning the above-captioned matter to the new address. The firm's telephone number and the attorney's email address remains the same.

Dated:  March 20, 2024          **BERGER MONTAGUE PC**

   */s/ Robert E. Litan*
   Robert E. Litan
   1001 G Street, NW
   Suite 400 East
   Washington, DC  20001
   Tel:  (202) 599-9745
   Email:  rlitan@bm.net

   *Counsel for Plaintiff Sterling International
     Consulting Group*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2024, I electronically filed the foregoing Notice of Change of Address via the CM/ECF System, and thereby caused to be served on all counsel of record registered to receive such service.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Robert E. Litan*