# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jeremy Gradwohl, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Sterling International Consulting Group in the above-captioned action. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of California, and there are no pending disciplinary proceedings against me in any state or federal court, as evidenced by the Certificates of Good Standing attached as Exhibit A to my Declaration. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: April 1, 2024

BERGER MONTAGUE PC

*/s/ Jeremy Gradwohl*
Jeremy Gradwohl
1818 Market Street
Suite 3600
Philadelphia, Pennsylvania 19103
(215) 875-3000
Email: jgradwohl@bm.net

## CERTIFICATE OF SERVICE

I certify that on April 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jeremy Gradwohl*
Jeremy Gradwohl