UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC |

**DECLARATION OF JEREMY GRADWOHL**

Pursuant to 28 U.S.C. § 1746, I, Jeremy Gradwohl, declare and state the following:

1. I am an attorney with the law firm of Berger Montague PC, counsel for Plaintiff Sterling International Consulting Group in this action. I provide this Declaration in support of my Motion for Admission *Pro Hac Vice*.

2. Unless otherwise indicated below, the matters set forth in this Declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

3. My contact information is as follows:

   Jeremy Gradwohl
   BERGER MONTAGUE PC
   1818 Market Street
   Suite 3600
   Philadelphia, Pennsylvania 19103
   Telephone: (215) 875-3000
   Facsimile: (215) 875-4604
   Email: jgradwohl@bm.net

4. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of California, and there are no pending disciplinary proceedings against me in any state or federal court, as evidenced by the Certificates of Good Standing annexed hereto as Exhibit "A". I have never been convicted of a felony. I have never been censured, suspended, disbarred,

or denied admission or readmission by any court. I am also experienced in Federal practice and am familiar with this Court's Local Rules.

I declare under the penalty of perjury that to the best of my knowledge the foregoing statements are true and correct.

Executed on:  April 1, 2024
              Philadelphia, Pennsylvania

_____
Jeremy Gradwohl