UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010-PKC |

**ORDER FOR ADMISSION PRO HAC VICE**

The Motion of Jeremy Gradwohl for admission to practice *pro hac vice* in the above-captioned action is granted.  Applicant has declared that he is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of California; and that his contact information is as follows:

Jeremy Gradwohl
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
Email: jgradwohl@bm.net

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Sterling International Consulting Group in the above-entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
Honorable P. Kevin Castel
United States District Court Judge