**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 1:21-md-03010 (PKC) |

*This document relates to:*

*SPX Total Body Fitness LLC v. Google LLC,* 1:21-cv-06870 (PKC)

## NOTICE OF APPEAL

NOTICE is hereby given that Plaintiff SPX Total Body Fitness LLC hereby appeals to the United States Court of Appeals for the Second Circuit from each and every part of the Opinion and Order entered March 1, 2024, ECF No. 701 (1:21-cv-06870, ECF No. 100) and the Judgment entered March 4, 2024, ECF No. 703 (1:21-cv-06870, ECF No. 101) in favor of Defendant Google LLC, dismissing Plaintiff's claims in their entirety.

Dated: April 3, 2024

    Respectfully submitted,

*/s/ Fred T. Isquith, Sr.*
Fred T. Isquith, Sr. (FI 6482)
**ISQUITH LAW PLLC**
103 East 84th Street
New York, NY 10028
Tel: (718) 775-6478
Isquithlaw@gmail.com

Robert S. Schachter (RS 7243)
Jessica Hermes (JH 9075)
**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue
New York, NY 10010
Tel: (212) 223-3900
rschachter@zsz.com
jhermes@zsz.com

Kate Baxter-Kauf (admitted *pro hac vice*)
Heidi M. Silton (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P**
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 596-4007
kmbaxter-kauf@locklaw.com
hmsilton@locklaw.com

Richard Vita
**VITA LAW OFFICES, P.C.**
100 State Street, Suite 900
Boston, MA 02109
Tel: (617) 426-6566
rjv@vitalaw.com

*Attorneys for Plaintiff-Appellant*

**CERTIFICATE OF SERVICE**

  I, Fred T. Isquith, Sr., do hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true and correct copy of this Notice of Appeal was served on all counsel of record via the Court's Electronic Case Filing System on April 3, 2024.

            By: */s/ Fred T. Isquith, Sr.*
               Fred T. Isquith, Sr. (FI 6482)
               **ISQUITH LAW PLLC**
               103 East 84th Street
               New York, NY 10028
               Tel: (718) 775-6478
               Isquithlaw@gmail.com