# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Allison M. Vissichelli hereby declares the following:

1. I am an attorney with the law firm Axinn, Veltrop & Harkrider LLP, and I submit this affidavit in support of my motion for *pro hac vice* admission in this action on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC. I have personal knowledge of the facts expressed in this declaration, and if asked, could and would testify competently to the truth of those facts.

2. I am a resident of the District of Columbia. My office address is 1901 L Street NW, Washington, DC 20036.

3. I am a member of good standing of the bars of the State of Maryland and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Annexed hereto are copies of my Certificates of Good Standing from the Supreme Court of Maryland and the District of Columbia Bar.

4. By this application, I request permission from this Court to be admitted *pro hac vice* and appear as counsel on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC, in the above-captioned matter.

I declare under penalty of perjury under the laws of the District of Columbia t that the foregoing is true and correct.

Executed in Washington D.C. on the 10th day of April, 2024.

Dated: April 10, 2024

Respectfully submitted,

Allison M. Vissichelli
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 469-3510
Facsimile: (202) 912-4701
Email: avissichelli@axinn.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC*

Subscribed and sworn to before me on the 10th days of April, 2024.



Notary Public

Dana Lynn Olds
Notary Public, District of Columbia
My Commission Expires August 31, 2027

2