# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Kenina Lee hereby declares the following:

1.      I am an attorney with the law firm Axinn, Veltrop & Harkrider LLP, and I submit this affidavit in support of my motion for *pro hac vice* admission in this action on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC.  I have personal knowledge of the facts expressed in this declaration, and if asked, could and would testify competently to the truth of those facts.

2.      I am a resident of State of Maryland.  My office address is 1901 L Street NW, Washington, DC 20036.

3.      I am a member of good standing of the bars of the State of the State of New York, the State of Hawaii, and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  Annexed hereto are copies of my Certificates of Good Standing from the District of Columbia, the Supreme Court of New York, and the Supreme Court of Hawaii.

4.      By this application, I request permission from this Court to be admitted *pro hac vice* and appear as counsel on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC, in the above-captioned matter.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed in the District of Columbia on the 12th day of April, 2024.

Dated: April 12, 2024

Respectfully submitted,

Kenina Lee
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 721-5410
Facsimile: (202) 912-4701
Email: klee@axinn.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC*

Subscribed and sworn to before me on the 12 days of April, 2024.

Maureen Mansoor
Notary Public

District of Columbia
Signed and Sworn to (or affirmed) before me on 4/12/2024 (Date)
by Kenina Lee
(Name(s) of Individual(s) Making Statement)
Signature of Notarial Officer: Maureen Mansoor
Title of Office: DC
My Commission Expires: 1/14/2029

2