# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

Case No. 1:21-md-03010 (PKC)

**[PROPOSED] ORDER FOR
ADMISSION PRO HAC VICE**

The motion of Kenina Lee for admission to practice *Pro Hac Vice* in the above-captioned

action is granted.

Applicant has declared that she is a member in good standing of the bars of the State of

New York, Hawaii, and the District of Columbia; and that her contact information is as follows:

Kenina Lee
Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 721-5410
Facsimile: (202) 912-4701
Email: klee@axinn.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for Defendants Google LLC, Alphabet Inc., and YouTube, LLC, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated: _____    _____

United States District / Magistrate Judge