# CRAVATH

Kevin J. Orsini
korsini@cravath.com
T+1-212-474-1596
New York

April 18, 2024

_In re Google Digital Advertising Antitrust Litigation, No. 1:21-md-03010 (PKC)_

Dear Judge Castel,

We represent Meta Platforms, Inc. ("Meta") and write to report that Defendants Google LLC ("Google"), Alphabet Inc. ("Alphabet") and Meta and the Advertiser Plaintiffs[1] and Plaintiff Sunny Singh (collectively, the "Plaintiffs") have reached agreement on a stipulation concerning certain of the Plaintiffs' state antitrust claims, pursuant to Pre-Trial Order No. 10 (Dkt. No. 736 ¶ 2). The agreed stipulation is attached hereto as **Exhibit A**. With the dismissal of these claims by virtue of this stipulation, all remaining claims asserted in this multi-district litigation against Meta will have been dismissed. In accordance with Rule 1.A of the Court's Individual Practices, we note there is no conference currently scheduled before the Court.

Respectfully,

_/s/ Kevin J. Orsini_

Kevin J. Orsini

---

[1] The Advertiser Plaintiffs are defined as Hanson Law Office, Cliffy Care Landscaping, Inc. and Kinin, Inc., collectively. Vitor Lindo, Raintree Medical and Chiropractic Center, LLC and Rodrock Chiropractic PA were also named Advertiser Plaintiffs at the time of filing (Dkt. No. 399). These plaintiffs later voluntarily dismissed their claims against Defendants on March 17, 2023 (Dkt Nos. 509-10).

---

**NEW YORK**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP