# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

April 18, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID R. PEARL, #261402 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 2008; that from the date of admission to December 28, 2015, they were an ACTIVE licensee of the State Bar of California; that on December 28, 2015, they transferred at their request to the INACTIVE status; that from that date to February 16, 2018, they were an INACTIVE licensee of the State Bar of California; that on February 16, 2018, they transferred at their request to the ACTIVE status; that they have been since that date, and are at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# *David Rudolph Pearl*

*was duly qualified and admitted on December 7, 2009 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on April 11, 2024.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*