UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>                              Plaintiffs,<br><br>       -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                              Defendants. | Case No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC.<br><br>                              Plaintiff,<br><br>       -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                              Defendants. | Case No. 1:23-cv-5177 (PKC) |

The motion of Sven E. Henningson III for admission to practice *Pro Hac Vice* in the above-entitled litigations is granted.

Sven E. Henningson III has declared that he is a member in good standing of the bars of the District of Columbia and the State of Georgia; and that his contact information is as follows:

>Sven E. Henningson III
>Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
>1615 M Street, NW, Suite 400
>Washington, DC 20036
>Tel.: (202) 367-7805 / Fax: (202) 326-7999
>shenningson@kellogghansen.com

1

2

Sven E. Henningson III having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs Gannett Co., Inc., Associated Newspapers Ltd., and Mail Media, Inc. in the above-entitled litigations;

**IT IS HEREBY ORDERED** that Sven E. Henningson III is admitted to practice *Pro Hac Vice* in the above-entitled litigations in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
DISTRICT JUDGE / MAGISTRATE JUDGE