# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING   21-md-3010 (PKC)
ANTITRUST LITIGATION

[PROPOSED] ORDER

------------------------------------------------------------x

CASTEL, Senior District Judge

      Having considered the parties' written submissions (ECF _____), the Court orders as follows:

      1.    Plaintiffs' request for leave to take 12 additional fact depositions beyond the limit of 15 set forth in Pre-Trial Order No. 5 (ECF No. 394) is GRANTED.

      2.    Plaintiffs' requests for leave, to the extent required under Pre-Trial Order No. 5, to depose the individuals identified in Attachment A to Plaintiffs' April 19 submission (ECF ___) as

      a.  Witness No. 1;

      b.  Witness No. 2;

      c.  Witness No. 3;

      d.  Witness No. 4;

      e.  Witness No. 5;

      f.  Witness No. 6;

      g.  Witness No. 7;

      h.  Witness No. 8;

      i.  Witness No. 9;

      j.  Witness No. 10;

      k.  Witness No. 11;

      l.  Witness No. 12;

      m.  Witness No. 13;

      n.  Witness No. 14;

      o.  Witness No. 15; and

      p.  Witness No. 16,

is GRANTED.

      3.  Future requests for discovery shall be made consistent with the Court's prior orders, which remain in full force and effect, and the Federal Rules of Civil Procedure.

SO ORDERED.

                                                                 P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
      April __, 2023