# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 21-MD-3010 (PKC)** |

*This Document Relates To:*

| | |
|---|---|
| **MICHAEL STELLMAN, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>**Defendants.** | **No. 1:23-cv-01532 (PKC)** |

**STIPULATION AND [PROPOSED] ORDER REGARDING**
***STELLMAN V. GOOGLE LLC ET AL.* PUTATIVE CLASS ACTION COMPLAINT**

Defendants Google LLC ("Google") and Alphabet Inc. ("Alphabet") and Plaintiff Michael Stellman ("Stellman," and collectively with the other defined parties, the "Parties") stipulate and agree as follows:

WHEREAS, on September 15, 2022, Plaintiff Stellman filed an action against Google and Alphabet in the Northern District of California (the "*Stellman* Complaint," *Michael Stellman v. Google LLC, et al.*, No. 22-cv-05273 (N.D. Cal.)), asserting, *inter alia*, claims against Google under numerous non-California state laws (Counts III and IV) based on Google's Reserve Price Optimization ("RPO");

WHEREAS, on November 18, 2022, the Court stayed any motion practice on all state law claims in this MDL under Pre-Trial Order No. 4, without prejudice to the right of any party to

apply to the Court to dissolve the stay ninety days after entry of the order (ECF No. 392);

WHEREAS, on February 23, 2023, the *Stellman* action was transferred to the Southern District of New York and consolidated and coordinated with the MDL for pre-trial proceedings (*Stellman v. Google LLC, et al.*, No. 23-cv-01532 (S.D.N.Y.));

WHEREAS, on March 15, 2024, Google and Alphabet filed a pre-motion letter with the Court to dismiss the state law claims in the *Stellman* Complaint (ECF No. 720);

WHEREAS, on March 20, 2024, Plaintiff Stellman responded by, *inter alia*, indicating that he would stipulate to withdrawal of claims under non-California state laws (Counts III and IV) (ECF No. 727);

WHEREAS, on March 26, 2024, the Court entered an order directing "[a]ny plaintiff seeking to negotiate a stipulation with Google regarding its existing pleading shall file that stipulation by April 19, 2024;"

NOW THEREFORE, the Parties, through their respective counsel, hereby stipulate and agree as follows:

1. The Parties agree to the dismissal of Counts III and IV of the *Stellman* Complaint;

2. This stipulation is not and shall not be construed as an admission by any Party regarding the merits of any claim in this litigation, including claims arising from RPO.

**IT IS SO STIPULATED AND ORDERED.**

Dated: April 19, 2024

**/s/ Tina Wolfson**
**Tina Wolfson**
**Robert Ahdoot**
**Ted Maya**

***/s/ Justina K. Sessions***
**Justina K. Sessions**
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

**Henry J. Kelston**
**AHDOOT & WOLFSON, PC**
**2600 West Olive Avenue**
**Burbank, CA 91505**
**Tel: (888) 333-8996**
**twolfson@ahdootwolfson.com**
**rahdoot@ahdootwolfson.com**
**tmaya@ahdootwolfson.com**
**hkelston@ahdootwolfson.com**

***Counsel for Plaintiff Michael Stellman and the Putative Class***

**855 Main Street**
**Redwood City, CA 94063**
**Telephone: (650) 618-9250**
**Fax: (650) 461-8276**
**justina.sessions@freshfields.com**

**Eric Mahr**
**Robert J. McCallum**
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
**700 13th Street NW, 10th Floor**
**Washington, DC 20005**
**Telephone: (202) 777-4500**
**Fax: (202) 777-4555**
**eric.mahr@freshfields.com**
**rob.mccallum@freshfields.com**

**Daniel Bitton**
**Denise L. Plunkett**
**Craig M. Reiser**
**Eva H. Yung**
**Claire L. Haws**
**AXINN, VELTROP & HARKRIDER LLP**
**114 West 47th Street**
**New York, New York 10036**
**Telephone: (212) 728-2200**
**Fax: (212) 728-2201**
**dbitton@axinn.com**
**dplunkett@axinn.com**
**creiser@axinn.com**
**eyung@axinn.com**
**chaws@axinn.com**

**Bradley Justus (*pro hac vice*)**
**AXINN, VELTROP & HARKRIDER LLP**
**1901 L Street NW**
**Washington, DC 20036**
**Telephone: (202) 912-4700**
**Fax: (202) 912-4701**
**bjustus@axinn.com**

**Caroline P. Boisvert (*pro hac vice*)**
**AXINN, VELTROP & HARKRIDER LLP**
**90 State House Square**
**Hartford, Connecticut 06103**
**Telephone: (860) 275-8100**

**Fax: (860) 275-8101**
**cboisvert@axinn.com**

***Counsel for Defendants Google LLC and Alphabet Inc.***