# EXHIBIT C

# MURRAY, Sean

| | |
|---|---|
| **From:** | Noss, Walter <Wnoss@KoreinTillery.com> |
| **Sent:** | Friday, April 19, 2024 1:09 PM |
| **To:** | MURRAY, Sean; Coslett, Caitlin; Zelcs, George; Lv, Kate; Clerkin, Stephanie; Steinmetz, Jamie; Earnhardt, Izaac; Mao, Mark; Korologos, Philip |
| **Cc:** | SESSIONS, Justina (JKS); MCCALLUM, Robert; dpearl@axinn.com; Reiser, Craig M.; Daniel Bitton; Yung, Eva H.; Boisvert, Caroline P.; Haws, Claire L.; $US MDL Discovery-Associates |
| **Subject:** | RE: In re Google Digital Advertising Antitrust Litigation |

Sean:

Publisher Class Plaintiffs will not pursue state law claims based on the allegations regarding Search+ and/or malicious code. I consider the issue resolved and the file sufficiently papered.

Take care,

-WW



Walter Noss
**Korein Tillery**
707 Broadway, Suite 1410
San Diego, CA 92101
Office: 619-625-5620
Direct: 619-625-5622

www.KoreinTillery.com

---------------------------
This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
---------------------------

**From:** MURRAY, Sean <Sean.Murray@freshfields.com>
**Sent:** Friday, April 19, 2024 9:49 AM
**To:** Coslett, Caitlin <ccoslett@bm.net>; Zelcs, George <GZelcs@KoreinTillery.com>; Noss, Walter <Wnoss@KoreinTillery.com>; Lv, Kate <KLv@KoreinTillery.com>; Clerkin, Stephanie <SClerkin@KoreinTillery.com>; Steinmetz, Jamie <jsteinmetz@koreintillery.com>; Earnhardt, Izaac <iearnhardt@bsfllp.com>; Mao, Mark <mmao@BSFLLP.com>; Korologos, Philip <pkorologos@BSFLLP.com>
**Cc:** SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; dpearl@axinn.com; Reiser, Craig M. <creiser@axinn.com>; Daniel Bitton <dbitton@axinn.com>; Yung, Eva H. <eyung@axinn.com>; Boisvert, Caroline P. <cboisvert@axinn.com>; Haws, Claire L. <chaws@axinn.com>; $US MDL Discovery-Associates <$USMDLDiscovery-Associates@freshfields.com>
**Subject:** RE: In re Google Digital Advertising Antitrust Litigation

Counsel,

We write to follow up on our email from yesterday. Please let us know if Publisher Plaintiffs agree to the attached stipulation, which is based on representations Publishers made in their pre-motion letter response, ECF No. 730. *See also* ECF No. 736 at 1-2.

1

Kind regards,

Sean

**Sean Murray**
Senior Associate

**Freshfields Bruckhaus Deringer US LLP**
**T** +1 (646) 863-1645 | **M** +1 (646) 864-5110

---

**From:** MURRAY, Sean
**Sent:** Thursday, April 18, 2024 2:07 PM
**To:** Caitlin Coslett <ccoslett@bm.net>; George Zelcs <GZelcs@KoreinTillery.com>; Walter Noss <Wnoss@KoreinTillery.com>; Kate Lu <KLv@KoreinTillery.com>; sclerkin@KoreinTillery.com; jsteinmetz@koreintillery.com; Earnhardt, Izaac <iearnhardt@bsfllp.com>; mmao@bsfllp.com; Pkorologos@BSFLLP.com
**Cc:** SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; dpearl@axinn.com; Reiser, Craig M. <creiser@axinn.com>; Daniel Bitton <dbitton@axinn.com>; Yung, Eva H. <eyung@axinn.com>; Boisvert, Caroline P. <cboisvert@axinn.com>; Haws, Claire L. <chaws@axinn.com>; $US MDL Discovery-Associates <$USMDLDiscovery-Associates@freshfields.com>
**Subject:** In re Google Digital Advertising Antitrust Litigation

Counsel,

Pursuant to Judge Castel's March 26 order (*see* ECF No. 736), we have prepared the attached stipulation to dismiss claims in the Publisher Class Complaint (ECF No. 408) related to Search+ and "problematic code" based on representations Publisher Plaintiffs made in their pre-motion letter response, ECF No. 730.  *See also* ECF No. 736 at 1-2.

Please let us know by tomorrow noon if Publisher Plaintiffs will agree to this stipulation.  We are happy to meet and confer if you have any questions.

Kind regards,

Sean

**Sean Murray**
Senior Associate

**Freshfields Bruckhaus Deringer US LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
**T** +1 (646) 863-1645 | **M** +1 (646) 864-5110
sean.murray@freshfields.com

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.