# EXHIBIT 1

## Google's Search Terms Proposal

| String No. | Proposed Search String |
|---|---|
| 1 | (NDN OR "News Distribution Network" OR @inform.com OR @newsinc.com) |
| 2 | (Inform OR NDN OR "News Distribution Network") w/10 (@zenithmedia-na.com OR farmers* OR SFGate* OR adult* OR porn* OR Yahoo OR Mayer OR Youtube OR "You Tube" OR "You-Tube" OR YT) |
| 3 | (AdX w/5 "line item") /20 forecast* |
| 4 | ((Inform) w/20 (OLV OR video OR videos OR ad OR ads OR advert*) w/20 (customer* OR complain* OR threat* OR compet* OR revenue OR Adx OR auction* OR bid* OR goal* OR campaign OR deliver* OR demand OR inventory OR remnant OR impression* OR (line /2 item*) OR yield OR leftover OR "left over" OR ratio OR priority OR pacing OR rat* OR rank* OR los* OR score OR pric* OR bid* OR premium OR backfill OR overbook* OR constraint* OR waterfall* OR water-fall OR EDA OR (dynamic /3 alloc*) OR Bell OR Elmo OR CPM OR (temp* w/3 price) OR (opportunity w/3 cost))) |
| 5 | ((*direct w/5 (sale* OR campaign* OR ad OR ads OR advert* OR channel* or deal)) w/50 (EDA OR " DA " OR "DA." OR "DA," OR (dynamic /3 alloc*) OR Bell OR Elmo) w/25 (customer* OR complain* OR threat* OR compet* OR revenue OR ad OR ads OR advert* OR Adx OR auction* OR bid* OR goal* OR campaign OR deliver* OR demand OR inventory OR remnant OR impression* OR (line /2 item*) OR yield OR leftover OR "left over" OR ratio OR priority OR pacing OR rat* OR rank* OR los* OR score OR comScore OR pric* OR premium OR backfill OR overbook* OR constraint* OR waterfall* OR water-fall OR system OR logic OR serv* OR select* OR CPM OR (temp* w/3 price) OR (opportunity w/3 cost) OR (news w/3 spik*))) |
| 6 | N/A |
| 7 | ((Flash OR Adobe) w/10 (HTML5 OR HTML-5 OR Chrome OR transition OR change* OR "whitelist" OR "white list" OR "white-list" OR block* OR disabl* OR skip* OR paus* OR autostart* OR (auto /2 start*) OR autoplay* OR (auto /2 play*) OR mute* OR Intelligent* OR TrueView OR "True View" OR TRV OR "YouTube" OR "You Tube" OR "You-Tube" OR YT)) |
| 8 | ((((OLV OR video OR videos OR ad OR ads OR advert*) w/20 ((chrome OR youtube OR "YouTube" OR "You Tube" OR "You-Tube" OR YT) w/10 (block* OR disabl* OR skip* OR paus* OR autostart* OR (auto w/2 start*) OR autoplay* OR (auto w/2 play*) OR mute* OR Intelligent* OR TrueView OR "True View" OR TRV)))) |
| 9 | N/A |

| 10 | ((Yahoo OR Mayer) /10 (purchas* OR buy* OR deal* OR agreement OR acqui*)) |
|---|---|
| 11 | (((temp* w/5 CPM) OR (temp* w/3 price) OR (opportunity w/3 cost)) /25 (EDA OR (dynamic /3 alloc*))) |
| 12 | (Farmers* AND (porn* OR adult* OR zenithmedia-na.com) AND (YouTube OR "You Tube" OR YT OR sfgate*)) |
| 13 | (("M&A" OR "M & A" OR merger* OR acquisition* OR acquir* OR transaction OR divest* OR JV OR "joint venture" OR "joint-venture" OR alliance) /5 (YouTube OR "You Tube" OR "You-Tube" OR YT OR AOS OR "Applied Semantics")) |
| 14 | ((moat OR "pricing power" OR "market power" OR "monopoly" OR "monopsony" OR "competitive edge" OR "efficient scale" OR "entry barriers" OR "entrench" OR "dominant" OR "market leader" OR "market position" OR "network effects") w/20 ((video w/3 (ad OR ads OR advert*)) OR "OLV" OR "online video" OR "online video platform" OR Chrome OR browser OR YouTube OR "You Tube" OR "You-Tube" OR YT)) |
| 15 | (((market* /5 (share* or percent* or portion* or segmen* or vertical* OR presence OR domina* OR position)) /25 (protect* OR preserv* OR maint* OR keep* OR defend* OR guard* OR shield*)) /20 ((video w/5 (ad OR ads OR advert*)) OR ("OLV" OR "online video" OR "online video platform") OR (Chrome OR browser) OR (YouTube OR "You Tube" OR "You-Tube" OR YT))) |
| 16 | (((analy* OR report* OR study OR studie* OR research* OR whitepaper OR "white paper" OR "white-paper") /5 (econom* OR market*)) /20 ((video w/3 (ad OR ads OR advert*)) OR ("OLV" OR "online video") OR (Chrome OR browser) OR (YouTube OR "You Tube" OR "You-Tube" OR YT))) |
| 17 | ((compet* OR rival* OR (market* /3 (share* OR entry OR exit OR foreclose* OR dominan* OR leader OR position OR concentrate* OR HHI OR disrupt*))) /15 ((video w/3 (ad OR ads OR advert*)) OR ("OLV" OR "online video" OR "online video platform") OR (Chrome) OR (YouTube OR "You Tube" OR "You-Tube" OR YT))) |
| 18 | (((compet* OR rival*) /15 (market* /5 (share* OR entry OR exit OR foreclose* OR dominan* OR leader OR position OR concentrate* OR HHI OR disrupt*))) /20 ((video w/5 (ad OR ads OR advert*)) OR "OLV" OR "online video" OR "online video platform" OR "player" OR YouTube OR "You Tube" OR "You-Tube" OR YT)) |
| 19 | (((compet* OR rival*) /10 (strength OR weakness OR compar* OR analy*)) /20 ((video w/5 (ad OR ads OR advert*)) OR ("OLV" OR "online video" OR "online video platform" OR "player") OR (YouTube OR "You Tube" OR "You-Tube" OR YT))) |

| 20 | ((integrat* OR combin* OR unif* OR consolidat* OR incorporat* OR join* OR interfac* OR interop* OR rebrand* OR purchas*) w/5 (YouTube OR "You Tube" OR "You-Tube" OR YT) w/5 ("Google Analytics" OR GA360 OR "Analytics 360" OR "Double Click" OR DBM OR DCM OR DV360 OR "Display & Video 360" OR "Google Ads" OR AdX OR "Google Ad Manager" OR GAM OR "Ad Manager" OR DFP)) |
|---|---|
| 21 | ((complain* OR angry OR upset* OR problem* OR unfair OR exploit* OR leverag* OR harm* OR hurt* OR protest* OR oppose* OR annoy* OR dissatisf* OR disadvantage* OR disfavor*) w/20 ((YouTube OR "You Tube" OR "You-Tube" OR YT) w/10 ("Google Analytics" OR GA360 OR "Analytics 360" OR DoubleClick OR DBM OR DCM OR DV360 OR "Display & Video 360" OR "Google Ads" OR AdX OR "Google Ad Manager" OR GAM))) |
| 22 | (("Privacy Policy" OR "policy") /10 ("True View" OR "TrueView" OR TRV OR viewab*) /10 (chang* OR alter* OR complain* OR angry OR "mad" OR upset* OR unfair OR exploit* OR leverage* OR harm* OR hurt* OR protest* OR oppose OR object* OR annoy* OR dissatisfied OR dissatisfaction OR disadvantage* OR degrad* OR disfavor* OR viol*)) |
| 23 | ((complain* OR angry OR mad OR upset* OR problem* OR unfair OR exploit* OR leverage* OR harm* OR hurt* OR protest* OR oppose* OR object* OR annoy* OR dissatisf* OR disadvantage* OR degrad* OR disfavor*) /20 (OLV OR "online video" OR "video platform" OR SDK* OR "Software Dev Kit" OR "Software Development Kit")) |
| 24 | ((YouTube OR "You Tube" OR "You-Tube" OR YT) w/5 ("ad serv*" OR DFP OR GAM OR "Ad Manager")) |
| 25 | ((ad OR ads OR advert*) w/10 (news /2 spik*)) |
| 26 | ((((plan OR plans OR planned OR planning) /5 business) OR strateg* OR forecast* OR roadmap OR project* OR predict* OR budget* OR decision* OR decid* OR stud* OR (white pre/1 paper*) OR whitepaper* OR memo* OR report* OR deck* OR slide* OR slideshow* OR presentation* OR PowerPoint* OR "Power Point" OR "Power Points") /20 (entry OR "R&D" OR "R & D" OR research* OR (develop* /5 (plan OR plans OR planned OR planning OR strateg* OR forecast* OR roadmap OR project* OR predict* OR budget* OR decision* OR decid*)) OR expan* OR grow* OR exit* OR shrink* OR enter* OR retrench* OR market* OR scal* OR compet* OR pric* OR objectiv* OR improv* OR cost* OR experiment*) /20 (YouTube OR "You Tube" OR "You-Tube" OR YT OR TrueView OR TRV) /25 (Inform) |
| 27 | ((pric* OR rate OR rates OR discount* OR fee OR fees OR commission*) /10 (planned OR planning OR polic* OR forecast* OR strateg* OR analy* OR program OR decision OR decid* OR revshar* OR ((rev OR revenue) /2 shar*))) /10 (YouTube OR "You Tube" OR "You-Tube" OR YT OR TrueView OR TRV OR Inform OR NDN OR "News Distribution Network")) |

| | |
|---|---|
| 28 | ((compet* OR rival*) /10 (quality OR technolog* OR performance OR "user experience" OR UX OR customizability OR inventory OR availability OR publisher* OR develop* OR (customer /5 service))) w/25 (YouTube OR "You Tube" OR "You-Tube" OR YT OR TrueView OR TRV) |
| 29 | (compet* OR rival* OR substitut*) /20 ((supply OR demand OR cost OR scale OR inventory OR price OR elastic*) /10 (YouTube OR "You Tube" OR "You-Tube" OR YT OR TrueView OR TRV)) |
| 30 | ((third* /3 part*) OR 3P OR Freewheel OR "Free Wheel" OR "Non Google" OR nongoogle OR compet* OR rival*) /30 (integrat* OR compatib* OR support* OR contract* OR allow OR agreement*) /30 ((YouTube OR YT) /30 ((clean* OR dirt* OR risk* OR IVT OR invalid*) w/2 (traffic OR fraud* OR spam*))) |
| 31 | (complain* OR angry OR upset* OR problem* OR unfair OR exploit* OR leverage* OR harm* OR hurt* OR protest* OR oppose* OR object* OR annoy* OR dissatisf* OR disadvantage* OR degrad* OR disfavor*) w/10 (YouTube OR "You Tube" OR "You-Tube" OR YT) /10 (ad OR ads OR inventory OR purchase OR sell OR trade OR access) |
| 32 | "Project Ming" |
| 33 | "Project Magnolia" |
| 34 | Swiffy |
| 35 | "YouTube inventory ramp down" |