## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>, | No. 1:21-md-03010 (PKC) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Cravath, Swaine & Moore LLP has relocated its New York office to the following as of May 1, 2024:

> Cravath, Swaine & Moore LLP
> Two Manhattan West
> 375 Ninth Avenue
> New York, NY 10001

The firm's telephone, fax numbers, and email addresses remain unchanged. Please direct any hard copy service to us at our new address.

May 3, 2024

                        CRAVATH, SWAINE & MOORE LLP,

            by

                            */s/ Kevin J. Orsini*
                              Kevin J. Orsini
                              Peter T. Barbur
                              Vanessa A. Lavely
                              Brittany L. Sukiennik

                Two Manhattan West
                  375 Ninth Avenue
                  New York, NY 10001
                    (212) 474-1000
                        korsini@cravath.com
                        pbarbur@cravath.com
                        vlavely@cravath.com
                        bsukiennik@cravath.com

            *Counsel for Defendant Meta Platforms, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2024, I electronically filed the foregoing Notice of Change of Address via the CM/ECF System, and thereby caused to be served on all counsel of record registered to receive such service.

*/s/ Kevin J. Orsini*
Kevin J. Orsini