UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING      21-md-3010 (PKC)
ANTITRUST LITIGATION

PRE-TRIAL ORDER NO. 12

-----------------------------------------------------------------x

CASTEL, Senior District Judge.

      The Court has considered the parties' written submissions on amendments to the state law claims sought by Associated Newspapers, Gannett and Inform. (ECF 757, 766, 769, 759 & 781). Based upon the implicit representation of the plaintiffs that the amendments will not expand the scope of discovery, the Court will grant leave to amend to file the submitted proposed amended pleadings. The Court, as it previously informed the parties, does not consider any argument on futility or merits. The Court will defer briefing on any motion to dismiss until the summary judgment stage.

      Any party wishing to be heard on Google's letter of May 7, 2024, which is deemed a motion for a protective Order, shall submit its response by May 10, 2024. (ECF 782.)

      The Clerk shall terminate letter motion at ECF 631 as moot in view of the Order at ECF 634.

      SO ORDERED.

*[signature]*
P. Kevin Castel
United States District Judge

Dated: New York, New York
      May 8, 2024