

**Via ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Silicon Valley
855 Main Street
Redwood City, CA 94063
T +1 650 461 8276 (Direct)
F +1 202 507 5945
justina.sessions@freshfields.com
www.freshfields.com

May 8, 2024

**Re: *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC); *Inform Inc. v. Google LLC, et al.*, No. 1:23-cv-01530 (PKC)**

Dear Judge Castel:

    We write jointly as counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC (collectively, "Google") and Plaintiff Inform, Inc. ("Inform") in response to Pre-Trial Order No. 11, directing the parties to submit Proposed Orders and final arguments regarding search terms and source code in connection with Inform's Supplemental Requests for Production of Documents.  ECF No. 777 at 1-2.  No conference is scheduled.

    The parties have had a series of productive discussions in recent days and are working towards a resolution.  As to search terms, the parties have reached agreement on an approach that the parties anticipate will resolve all issues.  As to source code, the parties are working cooperatively to address the issues raised in Inform's motion to compel.

    The parties therefore respectfully request that the Court withhold ruling on Inform's motion to compel, ECF No. 751, at this time, in anticipation of the parties' final resolution and Inform's withdrawal of the motion.  The parties agree to promptly alert the Court if they are unable to reach a complete resolution.

Respectfully submitted,

*/s/ Justina Sessions*
Justina K. Sessions
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: 650-618-9250
Email: justina.sessions@freshfields.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC*

/s/ *Serina Vash*
SERINA M. VASH
New York Bar No.: 2773448
svash@hermanjones.com
**HERMAN JONES LLP**
153 Central Avenue, # 131
Westfield, NJ 07090
(404) 504-6516

JOHN C. HERMAN (admitted *pro hac vice*)
jherman@hermanjones.com
**HERMAN JONES LLP**
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA 30326
(404) 504-6555
(404) 504-6501 (fax)

*Counsel for Plaintiff Inform Inc.*

CC: All Counsel of Record (via ECF)