UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>P. KEVIN CASTEL, District Judge<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, James K. Hunsberger hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC in the above-captioned matter.

I am a member in good standing of the bars of the State of New York and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached, as Exhibit A, the affidavit pursuant to Local Rule 1.3.

Dated: May 9, 2024

Respectfully submitted,

*/s/ James K. Hunsberger*
James K. Hunsberger
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 469-3561
Facsimile: (202) 912-4701
Email: jhunsberger@axinn.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC*

**CERTIFICATE OF SERVICE**

I certify that on May 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

/s/ *James K. Hunsberger*
James K. Hunsberger
Axinn, Veltrop & Harkrider LLP