## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of James K. Hunsberger for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of New York and the District of Columbia; and that his contact information is as follows:

>   James K. Hunsberger
>   Axinn, Veltrop & Harkrider LLP
>   1901 L Street NW
>   Washington, DC 20036
>   Telephone: (202) 469-3561
>   Facsimile: (202) 912-4701
>   Email: jhunsberger@axinn.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
                                                                                United States District / Magistrate Judge