UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING　　　　21-md-3010 (PKC)
ANTITRUST LITIGATION

　　　　　　　　　　　　　　　　　　　　　　ORDER

-----------------------------------------------------------------x
CASTEL, Senior District Judge.

　　　There will be a conference on May 21, 2024 at 2 p.m. in Courtroom 11D regarding the subpoena served by MDL Plaintiffs on the plaintiffs in the Texas Action.

　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　P. Kevin Castel
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: New York, New York
　　　　May 14, 2024