UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING          21-md-3010 (PKC)
ANTITRUST LITIGATION

                                                              ORDER

-----------------------------------------------------------------x

CASTEL, Senior District Judge.

        At the conference of May 21, 2024, the Court will also address the request of plaintiff Inform Inc. to serve a set of interrogatories.

        SO ORDERED.

                                                                P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
      May 15, 2024