

May 17, 2024

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

      Re:    *In re Google Digital Advertising Antitrust Litigation*, 1:21-md-03010 (PKC);
              *In re Google Digital Advertising Antitrust Litigation*, 1:21-cv-7001 (PKC)

Dear Judge Castel:

      We write as interim co-lead counsel for the proposed class of advertisers, in reply to Google's partial opposition to the Advertisers' Motion for Leave to Serve Case-Specific Interrogatories. (ECF No. 786.)  Google challenges only Interrogatories 14 and 15. (ECF No. 799.)  Interrogatory 14 seeks the number of AdX auctions won by small advertisers, and Interrogatory 15 seeks information on how many of these auctions were affected by the key auction dynamics noted in the Advertisers' complaint.  This information is central to Advertisers' case, does not duplicate any previously served request for production, and has not been addressed by data produced by Google.  The next conference is set for May 21, 2024.

      Google claims that the two Interrogatories duplicate "MDL Common RFPs" but identifies only a single RFP related to Interrogatory 14.  Google refused to produce any data in response to this RFP (No. 243) besides total impressions, clicks, and amounts paid.  The data thus does not correspond to this Interrogatory.  As for Interrogatory 15, Google does not claim to have produced *any* responsive data.  As a result, although Advertisers have diligently analyzed hundreds of terabytes of data produced by Google, that data does not answer the basic information sought through Interrogatories 14 and 15.

      While Google produced a voluminous data set regarding certain AdX auctions, that date only covered a single week in 2022—a very limited time period—and Google maintains that it cannot produce similar data for the class period.  But if, as Google appears to concede, it can answer Plaintiffs' Interrogatories by producing additional data, then it may respond under Rule 33 by producing such data and "specifying the records that must be reviewed" to provide satisfactory answers.  Fed. R. Civ. P. 33(d)(1).  Given Google's inability or unwillingness to produce such data, these Interrogatories represent "a more practical method of obtaining the information sought than a request for production or a deposition."  L.R. 33.3(b)(1).  The Court should, therefore, grant the Motion in full.

Hon. P. Kevin Castel
May 17, 2024
Page 2

Respectfully submitted,

/s/ *Dena C. Sharp*
Dena C. Sharp (*pro hac vice*)
Jordan Elias (*pro hac vice*)
Scott M. Grzenczyk (*pro hac vice*)
Mikaela Bock (*pro hac vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
scottg@girardsharp.com
mbock@girardsharp.com

Tina Wolfson (TW-1016)
Theodore W. Maya (*pro hac vice*)
Henry Kelston (HK-9026)
**AHDOOT & WOLFSON, PC**
2600 West Olive Ave., Suite 500
Burbank, California 91505
Tel.: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com
hkelston@ahdootwolfson.com

*Interim Co-Lead Counsel for Advertiser Plaintiffs and the Proposed Advertiser Class*
Jonathan L. Rubin (pro hac vice)
**MOGINRUBIN LLP**
2101 L Street, NW, Third Floor
Washington, D.C. 20037
(202) 630-0616
jrubin@moginrubin.com

Daniel J. Mogin (pro hac vice)
Timothy Z. LaComb (pro hac vice)
**MOGINRUBIN LLP**
4225 Executive Square, Suite 600

Hon. P. Kevin Castel
May 17, 2024
Page 3

    La Jolla, CA 92037
    (619) 687-6611
    dmogin@moginrubin.com
    tlacomb@moginrubin.com

    *Counsel for Plaintiffs Cliffy Care and Kinin*

    Archana Tamoshunas (AT-3935)
    **TAUS, CEBULASH & LANDAU, LLP**
    123 William Street, Suite 1900A
    New York, NY 10038
    Tel.: (212) 931-0704
    Fax: (212) 931-0703
    atamoshunas@tcllaw.com

    April D. Lambert (*pro hac vice*)
    John D. Radice (JR 9033)
    **RADICE LAW FIRM, PC**
    475 Wall Street
    Princeton, NJ 08540
    Tel: (646) 245-8502
    Fax: (609) 385-0745
    alambert@radicelawfirm.com
    jradice@radicelawfirm.com

    *Counsel for Plaintiff Hanson Law Office, as*
    *successor in-interest to Hanson Law Firm, PC*

    Richard F. Lombardo (*pro hac vice*)
    Peter F. Rottgers (*pro hac vice*)
    **SHAFFER LOMBARDO SHURIN**
    2001 Wyandotte Street
    Kansas City, MO 64108
    (816) 931-0500
    rlombardo@sls-law.com
    prottgers@sls-law.com

    *Counsel for Plaintiff Cliffy Care*

    Jason S. Hartley (*pro hac vice* forthcoming)
    Jason M. Lindner (*pro hac vice* forthcoming)
    **HARTLEY LLP**
    101 W. Broadway, Ste 820

Hon. P. Kevin Castel
May 17, 2024
Page 4

                San Diego, CA 92101
                (619) 400-5822
                hartley@hartleyllp.com
                lindner@hartleyllp.com

*Counsel for Plaintiff Kinin*