# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIG. | Civil Action No. 1:21-md-03010 (PKC) |

**[PROPOSED] REVISED CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

For good cause shown, the Court hereby grants MDL Plaintiffs' unopposed request to amend the Scheduling Order (Pre-Trial Order No. 5). The amended deadlines are as follows:

| Event | Due Date |
|---|---|
| Plaintiffs' Opening Expert Reports | September 24, 2024 |
| Defendants' Responsive Expert Reports | November 8, 2024 |
| Plaintiffs' Rebuttal Expert Reports | December 23, 2024 |
| Expert Discovery Cutoff | February 7, 2025 |
| Pre-Motion Letter for Summary Judgment Motions | February 21, 2025 |
| Class Certification Motion | March 11, 2025 |
| Opposition to Class Certification | April 9, 2025 |
| Class Certification Reply | April 30, 2025 |

SO ORDERED.

DATED: _____

_____
P. Kevin Castel
United States District Judge