UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION

21-md-3010 (PKC)

PRE-TRIAL ORDER NO. 13

-----------------------------------------------------------------x

CASTEL, Senior District Judge.

1. Within seven days of submission of the Joint Final Pretrial Order ("JPTO"), Google shall produce to all plaintiffs governed by the JPTO copies of transcripts of any deposition of a listed trial witness (will call and may call) that was taken in the Texas Action. Subject to the Federal Rules of Evidence, these transcripts may be used for impeachment purposes at trial. ECF 782 is terminated.

2. The Court has considered the proposed interrogatories submitted by the Daily Mail and Gannett and directed to Google, the opposition of Google and the reply of the two plaintiffs. The Court will allow the following interrogatories from the two substantially identical sets of interrogatories: Nos. 3, 4, 5, 6, 7, 8. ECF 809 is terminated.

3. The Court has considered the proposed interrogatories submitted by Google and directed to Gannett and Daily Mail and the opposition of the two plaintiffs. The Court will allow the following interrogatories from the two substantially similar sets of interrogatories: Nos. 26, 27, 29, 30, 31, 34, 35 and 36. ECF 807 is terminated.

4. Google has submitted five sets of interrogatories to the Court for review directed to the Publishers' Putative Class, the Consolidated Advertisers' Putative Class, the Sunny Singh Putative Class, the Stellman Putative Class and the Inform action. The Court will allow the interrogatories, except Interrogatory No. 40 directed to the Publishers' Putative Class,

the Consolidated Advertisers' Putative Class, the Sunny Singh Putative Class and the Inform action, Interrogatory No. 37 directed to the Stellman Putative Class and Interrogatory No. 28 directed to the Inform Action.  ECF 805 is terminated.

       5.  The Advertiser Plaintiffs and Google shall advise the Court in writing no later than June 7, 2024 as to whether they have reached a resolution as to proposed Advertiser interrogatories 14 and 15.

       SO ORDERED.

                                      P. Kevin Castel
                              United States District Judge

Dated: New York, New York
       June 3, 2024