# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Christopher Erickson hereby declares the following:

1. I am an attorney with the law firm Axinn, Veltrop & Harkrider LLP, and I submit this affidavit in support of my motion for *pro hac vice* admission in this action on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC. I have personal knowledge of the facts expressed in this declaration, and if asked, could and would testify competently to the truth of those facts.

2. I am a resident of New York. My office address is 114 West 47th Street, New York, New York, 10036.

3. I am a member of good standing of the bar of the State of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Annexed hereto is a copy of my Certificate of Good Standing from the Appellate Division of the Supreme Court of the State of New York.

4. By this application, I request permission from this Court to be admitted *pro hac vice* and appear as counsel on behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC, in the above-captioned matter.

I declare under penalty of perjury under the laws of the New York that the foregoing is true and correct.

Executed in New York on the 5th day of June, 2024.

Dated: June 5, 2024

Respectfully submitted,

Christopher Erickson
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, New York 10036
Telephone: (212) 784-5420
Facsimile: (212) 728-2201
Email: cerickson@axinn.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC*

Subscribed and sworn to before me on the 5 day of June, 2024.

JENNIFER M. MCEACHERN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MC6423801
Qualified in Nassau County
Commission Expires October 18, 2025

Notary Public

2