**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) <br><br> **MOTION FOR ADMISSION** *PRO HAC VICE* |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC. <br><br> Plaintiffs, <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> Defendants. | Case No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC. <br><br> Plaintiff, <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> Defendants. | Case No. 1:23-cv-5177 (PKC) |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan I. Liebman, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Gannett Co., Inc., Associated Newspapers Ltd., and Mail Media, Inc.

I am a member in good standing of the Bars of the District of Columbia and the State of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended,

disbarred, or denied admission or readmission by any court.  Attached hereto is a declaration in compliance with Local Rule 1.3.

Date:  June 6, 2024

Respectfully submitted,

/s/ *Jonathan I. Liebman*

Jonathan I. Liebman
KELLOGG, HANSEN, TODD, FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Tel:  (202) 326-7958
Fax:  (202) 326-7999
Email:  jliebman@kellogghansen.com

*Counsel for Plaintiffs Gannett Co., Inc.,
Associated Newspapers Ltd., and Mail Media,
Inc.*