**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF JONATHAN I. LIEBMAN** *PRO HAC VICE* |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>                          Plaintiffs,<br><br>     -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                          Defendants. | Case No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC.<br><br>                          Plaintiff,<br><br>     -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                          Defendants. | Case No. 1:23-cv-5177 (PKC) |

I, Jonathan I. Liebman, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-entitled litigations as counsel *Pro Hac Vice* for Plaintiffs Gannett Co., Inc., Associated Newspapers Ltd., and Mail Media, Inc.

I, Jonathan I. Liebman, being duly sworn, do hereby depose and say as follows:

    1.    I have never been convicted of a felony.

    2.    I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3.       There are no disciplinary proceedings presently against me.

4.       Accompanying this declaration are certificates from the District of
Columbia and the State of New York, issued within the past thirty days,
stating that I am a member in good standing of the bar in each jurisdiction.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the
foregoing statements made by me are true and correct.  I am aware that if any of the foregoing
statements made by me are false, I am subject to punishment.

Executed on:  June 6, 2024                         /s/ *Jonathan I. Liebman*
                                                    Jonathan I. Liebman