**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) <br><br> **DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF KYLE B. GRIGEL** *PRO HAC VICE* |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC. <br><br> Plaintiffs, <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> Defendants. | Case No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC. <br><br> Plaintiff, <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> Defendants. | Case No. 1:23-cv-5177 (PKC) |

  I, Kyle B. Grigel, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-entitled litigations as counsel *Pro Hac Vice* for Plaintiffs Gannett Co., Inc., Associated Newspapers Ltd., and Mail Media, Inc.

  I, Kyle B. Grigel, being duly sworn, do hereby depose and say as follows:

    1.  I have never been convicted of a felony.

    2.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

1

2

3. There are no disciplinary proceedings presently against me.

4. Accompanying this declaration is a certificate from the State of New York, issued within the past thirty days, stating that I am a member in good standing of the bar in the jurisdiction.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Executed on: June 6, 2024                          /s/ *Kyle B. Grigel*
                                                   Kyle B. Grigel