

June 7, 2024

**Via ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *In re Google Digital Advertising Antitrust Litigation*
              **Case No. 1:21-md-03010-PKC**

Dear Judge Castel:

      On May 9, 2024, Advertiser Plaintiffs filed a letter motion seeking leave to serve Google with fifteen case-specific interrogatories. ECF 786. Google did not object to responding to interrogatories 1-13, but did object to interrogatories 14 and 15. ECF 799 at 1. At the May 21, 2024, status conference the parties agreed that further meeting and conferring on interrogatories 14 and 15 might be productive, and the Court subsequently directed Advertiser Plaintiffs and Google to inform the Court in writing by June 7, 2024, as to whether they had reached a resolution regarding the two outstanding interrogatories. ECF 813.

      The parties have met and conferred multiple times since the May 21 conference and resolved their dispute. With respect to interrogatory 14, the parties have agreed that Plaintiffs will withdraw the request and that Google agrees to answer reasonable questions on similar issues concerning the data that Google has previously produced. With respect to interrogatory 15, Google agrees to provide a formal response with objections to the interrogatory stating that Google does not maintain the information sought by the interrogatory in the normal course of business.

      As a result of the parties' agreement, no further action is needed from the Court.

                                        Respectfully submitted,

                                        */s/ Scott Grzenczyk*
                                        Scott Grzenczyk
                                        **GIRARD SHARP LLP**
                                        601 California Street, Suite 1400
                                        San Francisco, CA 94108
                                        Telephone: 415.981.4800
                                        scottg@girardsharp.com

                                        *Counsel for Advertiser Plaintiffs*

Copies to:     All counsel via ECF