IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-3010 (PKC) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, Ian Moody, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs The Progressive, Inc., The Nation Company, L.P. and Genius Media Group, Inc. in the above-captioned action.

I am a member in good standing of the State Bar of Missouri; certificate of good standing is attached as Exhibit A.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  In support of this Motion, I am attaching the affidavit pursuant to Local Rule 1.3 as Exhibit B.

Dated: June 11, 2024

Respectfully Submitted,

*/s/ Ian Moody*

KOREIN TILLERY LLC
Missouri Bar No. 69238
505 North 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844
imoody@koreintillery.com

*Attorney for Plaintiffs*