# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-3010 (PKC)<br><br>P. KEVIN CASTEL, District Judge |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Ian Moody for admission to practice Pro Hac Vice in the above-captioned action is granted.

Ian Moody has declared that he is a member in good standing of the State Bar of Missouri, and that his contact information is as follows:

> Ian Moody
> KOREIN TILLERY LLC
> 505 North 7th Street, Suite 3600
> St. Louis, MO 63101
> Telephone: 314.241.4844
> Facsimile: 314.241.3525
> Email: imoody@koreintillery.com

Ian Moody, having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs The Progressive, Inc., The Nation Company, L.P. and Genius Media Group, Inc. in the above entitled action;

**IT IS HERBY ORDERED** that Ian Moody is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                   _____

                                                                                 Honorable P. Kevin Castel
                                                                                 United States District Judge