UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING    21-md-3010 (PKC)
ANTITRUST LITIGATION

PRE-TRIAL ORDER NO. 14

-----------------------------------------------------------------x

CASTEL, Senior District Judge.

Without objection, Google may conduct the depositions of Witnesses 4 and 5 in the Advertisers' Action and Witness 6 in the Publishers' Action. (ECF 810 at 4.) Google may take the deposition of the Daily Mail Witness. (Id. at 4-5.) Google may take the depositions of Witnesses 1 and 2 in the Gannett Action for five hours each. (Id. at 2-3.)

Plaintiffs shall produce the foregoing witnesses (except for the Daily Mail Witness who is not under party control) for deposition on or before June 28, 2024, provided, however, that if Google and the affected plaintiff or plaintiffs agree, they may on consent conduct the depositions in the period no later than 14 days after June 28, 2024. The Daily Mail witness, if not available prior to June 28, may be examined no later than 14 days after June 28, 2024.

The Clerk is requested to terminate Google's motion. (ECF 810.) In view of the agreement reported in ECF 822, the Clerk is also requested to terminate the motion at ECF 786.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 11, 2024