### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIG. | Civil Action No. 1:21-md-03010-PKC |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that counsel Christopher M. Burke, Walter W. Noss, and Yifan (Kate) Lv of the law firm Korein Tillery P.C. hereby notify the Court and all parties in the above referenced action that they have changed their mailing address. They request that all future correspondence and service of pleadings addressed to their attention be directed to the following address:

Korein Tillery P.C.
401 West A Street, Suite 1430
San Diego, CA 92101

Counsel's telephone numbers, fax numbers, and email addresses remain unchanged.

Dated: June 13, 2024

Respectfully submitted,

/s/ *Christopher Burke*
Christopher M. Burke
Walter W. Noss
Yifan (Kate) Lv
KOREIN TILLERY P.C.
401 West A Street, Suite 1430
San Diego, CA 92101
Tel: (619) 625-5620
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2024, I electronically filed the foregoing Notice of Change of Address via the CM/ECF System, and thereby caused to be served on all counsel of record registered to receive such service.

*/s/ Christopher Burke*
Christopher Burke
