UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE: GOOGLE DIGINAL ADVERTISING           21-md-3010 (PKC)
ANTITRUST LITIGATION

                                                                                    ORDER

-----------------------------------------------------------------x

CASTEL, Senior District Judge.

        There will be a discovery conference on June 20, 2024 at 4 p.m. in Courtroom 11D.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
         June 18, 2024