# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| _____ : | | |
| IN RE GOOGLE DIGITAL ADVERTISING : | Case No. 1:21-md-3010 (PKC) | |
| ANTITRUST LITIGATION : | | |
| : | | |
| : | | |
| _____: | | |
| : | | |
| *This Document relates to:* : | | |
| : | | |
| : | | |
| IN RE GOOGLE DIGITAL PUBLISHER : | Case No. 1:21-cv-7034 (PKC) | |
| LITIGATION : | | |
| : | | |
| _____: | | |

**NAMED PUBLISHER PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION**
**TO DEFENDANTS GOOGLE LLC, ALPHABET, INC. AND YOUTUBE, LLC**

Pursuant to Federal Rule of Civil Procedure 36, Plaintiffs in the above-captioned matter, by their counsel, hereby serve this First Set of Requests for Admission ("Requests") upon Defendants Google LLC, Alphabet, Inc. and YouTube, LLC ("Defendants") and request that Defendants answer each, under oath, within thirty (30) days.

Please note that the matters set forth herein will be deemed admitted unless within thirty (30) days of service of these Requests, Defendants serve upon Plaintiffs' Counsel written answers or objections addressed to the matter and signed by Defendants or their attorneys.

**DEFINITIONS**

The definitions and rules of construction set forth in Rule 34 of the Federal Rules of Civil Procedure ("Federal Rules") and Rule 26.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York ("Local Rules")–including, but not limited to, the definitions of "Documents" and "Person"–are hereby incorporated and

apply to these Requests. These definitions apply throughout these Requests without regard to capitalization. Plaintiffs reserve the right to deliver and serve additional Requests. In addition, as used in these Requests, the words set forth below shall be defined as follows:

1.      "You," "Your," "Alphabet," or "Google" shall mean Defendants Google LLC, Alphabet Inc., and YouTube, LLC and their past and present officers, employees, agents and representatives, parents and predecessors, divisions, subsidiaries, affiliates, partnerships and joint ventures. The terms subsidiary, affiliate, and joint venture refer to any firm in which there is total or partial ownership of twenty-five percent or more or total or partial control between the company and any other person or entity.

2.      To bring within the scope of these Requests all information that might otherwise be construed to be outside of their scope, the following rules of construction apply: (i) the singular includes the plural and vice versa; (ii) the masculine, feminine, or neuter pronoun does not exclude other genders; (iii) the connectives "and" and "or" should be read either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope; (iv) the terms "any," "all," and "each" should be read to mean any and all; (v) the word "including" should be read to mean including, without limitation; (vi) the present tense should be construed to include the past tense and vice versa; (vii) references to employees, officers, directors, or agents include both current and former employees, officers, directors, and agents; and (viii) defined terms should be given their broadest meaning regardless of whether they are capitalized in these Requests.

## INSTRUCTIONS

1.      Unless otherwise specified, the information requested by this set of Requests shall include information within the knowledge or possession of any of Your agents,

employees, attorneys, investigators, or any other Persons, firms, or entities directly or indirectly subject to Your control in any way whatsoever.

2.      Each Request shall be answered in its entirety. If any Request or subsection thereof cannot be answered in full, it shall be answered to the fullest extent possible with an explanation as to why a complete answer is not provided.

3.      Separate and complete responses (or, as the case may be, separate objections) are required for each Request or subpart thereof.

4.      Unless otherwise instructed or clear from the context of the Request, these Requests seek responsive information concerning the period from January 1, 2007 to Present. Plaintiffs reserve the right to expand the time frame of these and any future Requests should the Court in this Action determine that the relevant time period for discovery exceeds the scope set forth herein.

5.      If a claim of privilege is asserted in objecting to any Request or subpart thereof, and a full response is not provided on the basis of such assertions, you are directed to comply with all applicable rules, statutes and provisions regarding such Requests, including, but not limited to Fed. R. Civ. P. 26(b)(5) relating to, among other things, the identification, protection, and disclosure of the existence of such information.  You are further directed to respond to any part of the request for admission which is not objectionable and furnish a statement of the claim of privilege and all facts relied upon in support thereof in the form of a log.

6.      If you find the meaning of any term in any request for admission is unclear, without wavier of Plaintiffs' right to seek a full and compliant response to the request for admission, you shall assume a reasonable meaning, state what the assumed meaning is, and respond to the request for admission according to the assumed meaning.

7.      These Requests are continuing in nature and require supplemental or additional

responses in accordance with Rule 26(e) of the Federal Rules of Civil Procedure

**<u>REQUESTS FOR ADMISSION</u>**

**<u>REQUEST FOR ADMISSION NO. 1.:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13469175 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 1a:**

Admit that document GOOG-DOJ-13469175 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 1b:**

Admit that document GOOG-DOJ-13469175 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 1c:**

Admit that document GOOG-DOJ-13469175 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 1d:**

Admit that document GOOG-DOJ-13469175 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 1e:**

Admit that document GOOG-DOJ-13469175 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 1f:**

Admit that document GOOG-DOJ-13469175 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 1g:**

Admit that document GOOG-DOJ-13469175 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 2.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-000992438 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 2a:**

Admit that document GOOG-AT-MDL-000992438 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 2b:**

Admit that document GOOG-AT-MDL-000992438 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 2c:**

Admit that document GOOG-AT-MDL-000992438 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 2d:**

Admit that document GOOG-AT-MDL-000992438 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 2e:**

Admit that document GOOG-AT-MDL-000992438 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 2f:**

Admit that document GOOG-AT-MDL-000992438 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 2g:**

Admit that document GOOG-AT-MDL-000992438 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 3.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001172797 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 3a:**

Admit that document GOOG-AT-MDL-001172797 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 3b:**

Admit that document GOOG-AT-MDL-001172797 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 3c:**

Admit that document GOOG-AT-MDL-001172797 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 3d:**

Admit that document GOOG-AT-MDL-001172797 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 3e:**

Admit that document GOOG-AT-MDL-001172797 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 3f:**

Admit that document GOOG-AT-MDL-001172797 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 3g:**

Admit that document GOOG-AT-MDL-001172797 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 4.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001283705 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 4a:**



Admit that document GOOG-AT-MDL-001283705 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 4b:**

Admit that document GOOG-AT-MDL-001283705 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 4c:**

Admit that document GOOG-AT-MDL-001283705 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 4d:**

Admit that document GOOG-AT-MDL-001283705 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 4e:**

Admit that document GOOG-AT-MDL-001283705 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 4f:**

Admit that document GOOG-AT-MDL-001283705 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 4g:**

Admit that document GOOG-AT-MDL-001283705 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 5.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001412453 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 5a:**

Admit that document GOOG-AT-MDL-001412453 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 5b:**

Admit that document GOOG-AT-MDL-001412453 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 5c:**

Admit that document GOOG-AT-MDL-001412453 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 5d:**

Admit that document GOOG-AT-MDL-001412453 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 5e:**

Admit that document GOOG-AT-MDL-001412453 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 5f:**

Admit that document GOOG-AT-MDL-001412453 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 5g:**

Admit that document GOOG-AT-MDL-001412453 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 6.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001412715 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 6a:**



Admit that document GOOG-AT-MDL-001412715 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 6b:**

Admit that document GOOG-AT-MDL-001412715 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 6c:**

Admit that document GOOG-AT-MDL-001412715 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 6d:**

Admit that document GOOG-AT-MDL-001412715 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 6e:**

Admit that document GOOG-AT-MDL-001412715 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 6f:**

Admit that document GOOG-AT-MDL-001412715 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 6g:**

Admit that document GOOG-AT-MDL-001412715 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 7.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001412726 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 7a:**

Admit that document GOOG-AT-MDL-001412726 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 7b:**

Admit that document GOOG-AT-MDL-001412726 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 7c:**

Admit that document GOOG-AT-MDL-001412726 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 7d:**

Admit that document GOOG-AT-MDL-001412726 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 7e:**

Admit that document GOOG-AT-MDL-001412726 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 7f:**

Admit that document GOOG-AT-MDL-001412726 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 7g:**

Admit that document GOOG-AT-MDL-001412726 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 8.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001941178 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 8a:**

14



Admit that document GOOG-AT-MDL-001941178 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 8b:**

Admit that document GOOG-AT-MDL-001941178 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 8c:**

Admit that document GOOG-AT-MDL-001941178 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 8d:**

Admit that document GOOG-AT-MDL-001941178 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 8e:**

Admit that document GOOG-AT-MDL-001941178 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 8f:**

Admit that document GOOG-AT-MDL-001941178 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 8g:**

Admit that document GOOG-AT-MDL-001941178 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 9.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-003284235 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 9a:**

Admit that document GOOG-AT-MDL-003284235 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 9b:**

Admit that document GOOG-AT-MDL-003284235 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 9c:**

Admit that document GOOG-AT-MDL-003284235 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 9d:**

Admit that document GOOG-AT-MDL-003284235 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 9e:**

Admit that document GOOG-AT-MDL-003284235 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 9f:**

Admit that document GOOG-AT-MDL-003284235 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 9g:**

Admit that document GOOG-AT-MDL-003284235 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 10.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-003465604 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 10a:**

17

Admit that document GOOG-AT-MDL-003465604 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 10b:**

Admit that document GOOG-AT-MDL-003465604 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 10c:**

Admit that document GOOG-AT-MDL-003465604 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 10d:**

Admit that document GOOG-AT-MDL-003465604 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 10e:**

Admit that document GOOG-AT-MDL-003465604 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 10f:**

Admit that document GOOG-AT-MDL-003465604 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 10g:**

Admit that document GOOG-AT-MDL-003465604 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 11.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-003465605 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 11a:**

Admit that document GOOG-AT-MDL-003465605 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 11b:**

Admit that document GOOG-AT-MDL-003465605 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 11c:**

Admit that document GOOG-AT-MDL-003465605 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 11d:**

Admit that document GOOG-AT-MDL-003465605 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 11e:**

Admit that document GOOG-AT-MDL-003465605 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 11f:**

Admit that document GOOG-AT-MDL-003465605 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 11g:**

Admit that document GOOG-AT-MDL-003465605 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 12.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-003465606 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 12a:**

Admit that document GOOG-AT-MDL-003465606 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 12b:**

Admit that document GOOG-AT-MDL-003465606 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 12c:**

Admit that document GOOG-AT-MDL-003465606 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 12d:**

Admit that document GOOG-AT-MDL-003465606 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 12e:**

Admit that document GOOG-AT-MDL-003465606 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 12f:**

Admit that document GOOG-AT-MDL-003465606 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 12g:**

Admit that document GOOG-AT-MDL-003465606 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 13.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-003959342 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 13a:**

Admit that document GOOG-AT-MDL-003959342 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 13b:**

Admit that document GOOG-AT-MDL-003959342 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 13c:**

Admit that document GOOG-AT-MDL-003959342 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 13d:**

Admit that document GOOG-AT-MDL-003959342 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 13e:**

Admit that document GOOG-AT-MDL-003959342 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 13f:**

Admit that document GOOG-AT-MDL-003959342 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 13g:**

Admit that document GOOG-AT-MDL-003959342 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 14.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-003960138 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 14a:**

Admit that document GOOG-AT-MDL-003960138 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 14b:**

Admit that document GOOG-AT-MDL-003960138 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 14c:**

Admit that document GOOG-AT-MDL-003960138 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 14d:**

Admit that document GOOG-AT-MDL-003960138 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 14e:**

Admit that document GOOG-AT-MDL-003960138 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 14f:**

Admit that document GOOG-AT-MDL-003960138 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 14g:**

Admit that document GOOG-AT-MDL-003960138 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 15.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-003961096 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 15a:**

Admit that document GOOG-AT-MDL-003961096 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 15b:**

Admit that document GOOG-AT-MDL-003961096 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 15c:**

Admit that document GOOG-AT-MDL-003961096 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 15d:**

Admit that document GOOG-AT-MDL-003961096 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 15e:**

Admit that document GOOG-AT-MDL-003961096 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 15f:**

Admit that document GOOG-AT-MDL-003961096 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 15g:**

Admit that document GOOG-AT-MDL-003961096 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 16.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-003995286 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 16a:**

Admit that document GOOG-AT-MDL-003995286 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 16b:**

Admit that document GOOG-AT-MDL-003995286 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 16c:**

Admit that document GOOG-AT-MDL-003995286 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 16d:**

Admit that document GOOG-AT-MDL-003995286 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 16e:**

Admit that document GOOG-AT-MDL-003995286 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 16f:**

Admit that document GOOG-AT-MDL-003995286 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 16g:**

Admit that document GOOG-AT-MDL-003995286 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 17.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004018669 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 17a:**

Admit that document GOOG-AT-MDL-004018669 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 17b:**

Admit that document GOOG-AT-MDL-004018669 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 17c:**

Admit that document GOOG-AT-MDL-004018669 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 17d:**

Admit that document GOOG-AT-MDL-004018669 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 17e:**

Admit that document GOOG-AT-MDL-004018669 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 17f:**

Admit that document GOOG-AT-MDL-004018669 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 17g:**

Admit that document GOOG-AT-MDL-004018669 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 18.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004021142 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 18a:**

Admit that document GOOG-AT-MDL-004021142 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 18b:**

Admit that document GOOG-AT-MDL-004021142 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 18c:**

Admit that document GOOG-AT-MDL-004021142 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 18d:**

Admit that document GOOG-AT-MDL-004021142 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 18e:**

Admit that document GOOG-AT-MDL-004021142 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 18f:**

Admit that document GOOG-AT-MDL-004021142 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 18g:**

Admit that document GOOG-AT-MDL-004021142 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 19.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004035650 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 19a:**

Admit that document GOOG-AT-MDL-004035650 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 19b:**

Admit that document GOOG-AT-MDL-004035650 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 19c:**

Admit that document GOOG-AT-MDL-004035650 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 19d:**

31

Admit that document GOOG-AT-MDL-004035650 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 19e:**

Admit that document GOOG-AT-MDL-004035650 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 19f:**

Admit that document GOOG-AT-MDL-004035650 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 19g:**

Admit that document GOOG-AT-MDL-004035650 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 20.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004041171 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 20a:**

Admit that document GOOG-AT-MDL-004041171 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 20b:**

Admit that document GOOG-AT-MDL-004041171 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 20c:**

Admit that document GOOG-AT-MDL-004041171 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 20d:**

Admit that document GOOG-AT-MDL-004041171 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 20e:**

Admit that document GOOG-AT-MDL-004041171 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 20f:**

Admit that document GOOG-AT-MDL-004041171 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 20g:**

Admit that document GOOG-AT-MDL-004041171 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 21.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004041587 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 21a:**

Admit that document GOOG-AT-MDL-004041587 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 21b:**

Admit that document GOOG-AT-MDL-004041587 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 21c:**

Admit that document GOOG-AT-MDL-004041587 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 21d:**

Admit that document GOOG-AT-MDL-004041587 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 21e:**

Admit that document GOOG-AT-MDL-004041587 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 21f:**

Admit that document GOOG-AT-MDL-004041587 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 21g:**

Admit that document GOOG-AT-MDL-004041587 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 22.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004053993 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 22a:**

Admit that document GOOG-AT-MDL-004053993 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 22b:**

Admit that document GOOG-AT-MDL-004053993 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 22c:**

Admit that document GOOG-AT-MDL-004053993 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 22d:**

Admit that document GOOG-AT-MDL-004053993 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 22e:**

Admit that document GOOG-AT-MDL-004053993 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 22f:**

Admit that document GOOG-AT-MDL-004053993 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 22g:**

Admit that document GOOG-AT-MDL-004053993 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 23.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004054012 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 23a:**

Admit that document GOOG-AT-MDL-004054012 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 23b:**

Admit that document GOOG-AT-MDL-004054012 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 23c:**

Admit that document GOOG-AT-MDL-004054012 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 23d:**

Admit that document GOOG-AT-MDL-004054012 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 23e:**

Admit that document GOOG-AT-MDL-004054012 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 23f:**

Admit that document GOOG-AT-MDL-004054012 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 23g:**

Admit that document GOOG-AT-MDL-004054012 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 24.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004070768 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 24a:**

Admit that document GOOG-AT-MDL-004070768 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 24b:**

Admit that document GOOG-AT-MDL-004070768 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 24c:**

Admit that document GOOG-AT-MDL-004070768 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 24d:**

Admit that document GOOG-AT-MDL-004070768 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 24e:**

Admit that document GOOG-AT-MDL-004070768 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 24f:**

Admit that document GOOG-AT-MDL-004070768 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 24g:**

Admit that document GOOG-AT-MDL-004070768 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 25.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004128801 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 25a:**

Admit that document GOOG-AT-MDL-004128801 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 25b:**

Admit that document GOOG-AT-MDL-004128801 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 25c:**

Admit that document GOOG-AT-MDL-004128801 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 25d:**

Admit that document GOOG-AT-MDL-004128801 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 25e:**

Admit that document GOOG-AT-MDL-004128801 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 25f:**

Admit that document GOOG-AT-MDL-004128801 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 25g:**

Admit that document GOOG-AT-MDL-004128801 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 26.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004216182 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 26a:**

Admit that document GOOG-AT-MDL-004216182 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 26b:**

Admit that document GOOG-AT-MDL-004216182 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 26c:**

Admit that document GOOG-AT-MDL-004216182 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 26d:**

Admit that document GOOG-AT-MDL-004216182 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 26e:**

Admit that document GOOG-AT-MDL-004216182 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 26f:**

Admit that document GOOG-AT-MDL-004216182 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 26g:**

Admit that document GOOG-AT-MDL-004216182 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 27.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004247686 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 27a:**

Admit that document GOOG-AT-MDL-004247686 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 27b:**

Admit that document GOOG-AT-MDL-004247686 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 27c:**

Admit that document GOOG-AT-MDL-004247686 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 27d:**

Admit that document GOOG-AT-MDL-004247686 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 27e:**

Admit that document GOOG-AT-MDL-004247686 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 27f:**

Admit that document GOOG-AT-MDL-004247686 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 27g:**

Admit that document GOOG-AT-MDL-004247686 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 28.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004258970 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 28a:**

Admit that document GOOG-AT-MDL-004258970 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 28b:**

Admit that document GOOG-AT-MDL-004258970 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 28c:**

Admit that document GOOG-AT-MDL-004258970 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 28d:**

Admit that document GOOG-AT-MDL-004258970 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 28e:**

Admit that document GOOG-AT-MDL-004258970 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 28f:**

Admit that document GOOG-AT-MDL-004258970 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 28g:**

Admit that document GOOG-AT-MDL-004258970 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 29.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004308278 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 29a:**

Admit that document GOOG-AT-MDL-004308278 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 29b:**

Admit that document GOOG-AT-MDL-004308278 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 29c:**

Admit that document GOOG-AT-MDL-004308278 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 29d:**

Admit that document GOOG-AT-MDL-004308278 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 29e:**

Admit that document GOOG-AT-MDL-004308278 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 29f:**

Admit that document GOOG-AT-MDL-004308278 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 29g:**

Admit that document GOOG-AT-MDL-004308278 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 30.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004344524 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 30a:**

Admit that document GOOG-AT-MDL-004344524 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 30b:**

Admit that document GOOG-AT-MDL-004344524 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 30c:**

Admit that document GOOG-AT-MDL-004344524 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 30d:**

Admit that document GOOG-AT-MDL-004344524 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 30e:**

Admit that document GOOG-AT-MDL-004344524 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 30f:**

Admit that document GOOG-AT-MDL-004344524 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 30g:**

Admit that document GOOG-AT-MDL-004344524 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 31.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004477683 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 31a:**

Admit that document GOOG-AT-MDL-004477683 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 31b:**

Admit that document GOOG-AT-MDL-004477683 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 31c:**

Admit that document GOOG-AT-MDL-004477683 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 31d:**

Admit that document GOOG-AT-MDL-004477683 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 31e:**

Admit that document GOOG-AT-MDL-004477683 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 31f:**

Admit that document GOOG-AT-MDL-004477683 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 31g:**

Admit that document GOOG-AT-MDL-004477683 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 32.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004547405 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 32a:**

Admit that document GOOG-AT-MDL-004547405 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 32b:**

Admit that document GOOG-AT-MDL-004547405 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 32c:**

Admit that document GOOG-AT-MDL-004547405 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 32d:**

Admit that document GOOG-AT-MDL-004547405 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 32e:**

Admit that document GOOG-AT-MDL-004547405 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 32f:**

Admit that document GOOG-AT-MDL-004547405 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 32g:**

Admit that document GOOG-AT-MDL-004547405 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 33.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-00454786 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 33a:**

Admit that document GOOG-AT-MDL-00454786 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 33b:**

Admit that document GOOG-AT-MDL-00454786 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 33c:**

Admit that document GOOG-AT-MDL-00454786 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 33d:**

Admit that document GOOG-AT-MDL-00454786 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 33e:**

Admit that document GOOG-AT-MDL-00454786 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 33f:**

Admit that document GOOG-AT-MDL-00454786 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 33g:**

Admit that document GOOG-AT-MDL-00454786 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 34.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-006332586 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 34a:**

Admit that document GOOG-AT-MDL-006332586 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 34b:**

Admit that document GOOG-AT-MDL-006332586 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 34c:**

Admit that document GOOG-AT-MDL-006332586 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 34d:**

Admit that document GOOG-AT-MDL-006332586 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 34e:**

Admit that document GOOG-AT-MDL-006332586 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 34f:**

Admit that document GOOG-AT-MDL-006332586 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 34g:**

Admit that document GOOG-AT-MDL-006332586 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 35.:**



Admit that all foundational requirements for the admission of document GOOG-AT-MDL-006779245 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 35a:**

Admit that document GOOG-AT-MDL-006779245 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 35b:**

Admit that document GOOG-AT-MDL-006779245 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 35c:**

Admit that document GOOG-AT-MDL-006779245 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 35d:**

Admit that document GOOG-AT-MDL-006779245 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 35e:**

Admit that document GOOG-AT-MDL-006779245 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 35f:**

Admit that document GOOG-AT-MDL-006779245 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 35g:**

Admit that document GOOG-AT-MDL-006779245 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 36.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007365297 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 36a:**

Admit that document GOOG-AT-MDL-007365297 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 36b:**

Admit that document GOOG-AT-MDL-007365297 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 36c:**

Admit that document GOOG-AT-MDL-007365297 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 36d:**

Admit that document GOOG-AT-MDL-007365297 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 36e:**

Admit that document GOOG-AT-MDL-007365297 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 36f:**

Admit that document GOOG-AT-MDL-007365297 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 36g:**

Admit that document GOOG-AT-MDL-007365297 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 37.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007985340 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 37a:**

Admit that document GOOG-AT-MDL-007985340 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 37b:**

Admit that document GOOG-AT-MDL-007985340 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 37c:**

Admit that document GOOG-AT-MDL-007985340 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 37d:**

Admit that document GOOG-AT-MDL-007985340 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 37e:**

Admit that document GOOG-AT-MDL-007985340 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 37f:**

Admit that document GOOG-AT-MDL-007985340 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 37g:**

Admit that document GOOG-AT-MDL-007985340 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 38.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-008918004 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 38a:**

Admit that document GOOG-AT-MDL-008918004 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 38b:**

Admit that document GOOG-AT-MDL-008918004 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 38c:**

Admit that document GOOG-AT-MDL-008918004 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 38d:**

Admit that document GOOG-AT-MDL-008918004 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 38e:**

Admit that document GOOG-AT-MDL-008918004 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 38f:**

Admit that document GOOG-AT-MDL-008918004 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 38g:**

Admit that document GOOG-AT-MDL-008918004 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 39.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-008941078 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 39a:**

Admit that document GOOG-AT-MDL-008941078 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 39b:**

Admit that document GOOG-AT-MDL-008941078 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 39c:**

Admit that document GOOG-AT-MDL-008941078 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 39d:**

Admit that document GOOG-AT-MDL-008941078 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 39e:**

Admit that document GOOG-AT-MDL-008941078 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 39f:**

Admit that document GOOG-AT-MDL-008941078 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 39g:**

Admit that document GOOG-AT-MDL-008941078 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 40.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-008989727 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 40a:**

Admit that document GOOG-AT-MDL-008989727 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 40b:**

Admit that document GOOG-AT-MDL-008989727 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 40c:**

Admit that document GOOG-AT-MDL-008989727 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 40d:**

Admit that document GOOG-AT-MDL-008989727 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 40e:**

Admit that document GOOG-AT-MDL-008989727 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 40f:**

Admit that document GOOG-AT-MDL-008989727 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 40g:**

Admit that document GOOG-AT-MDL-008989727 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 41.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009013537 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 41a:**

Admit that document GOOG-AT-MDL-009013537 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 41b:**

Admit that document GOOG-AT-MDL-009013537 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 41c:**

Admit that document GOOG-AT-MDL-009013537 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 41d:**

Admit that document GOOG-AT-MDL-009013537 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 41e:**

Admit that document GOOG-AT-MDL-009013537 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 41f:**

Admit that document GOOG-AT-MDL-009013537 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 41g:**

Admit that document GOOG-AT-MDL-009013537 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 42.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009595882 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 42a:**

Admit that document GOOG-AT-MDL-009595882 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 42b:**

Admit that document GOOG-AT-MDL-009595882 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 42c:**

Admit that document GOOG-AT-MDL-009595882 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 42d:**

Admit that document GOOG-AT-MDL-009595882 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 42e:**

Admit that document GOOG-AT-MDL-009595882 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 42f:**

Admit that document GOOG-AT-MDL-009595882 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 42g:**

Admit that document GOOG-AT-MDL-009595882 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 43.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009601474 have been satisfied.

**ANSWER:**

66

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 43a:**

Admit that document GOOG-AT-MDL-009601474 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 43b:**

Admit that document GOOG-AT-MDL-009601474 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 43c:**

Admit that document GOOG-AT-MDL-009601474 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 43d:**

Admit that document GOOG-AT-MDL-009601474 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 43e:**

Admit that document GOOG-AT-MDL-009601474 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 43f:**

Admit that document GOOG-AT-MDL-009601474 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 43g:**

Admit that document GOOG-AT-MDL-009601474 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 44.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009603866 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 44a:**

Admit that document GOOG-AT-MDL-009603866 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 44b:**

Admit that document GOOG-AT-MDL-009603866 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 44c:**

Admit that document GOOG-AT-MDL-009603866 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 44d:**

Admit that document GOOG-AT-MDL-009603866 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 44e:**

Admit that document GOOG-AT-MDL-009603866 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 44f:**

Admit that document GOOG-AT-MDL-009603866 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 44g:**

Admit that document GOOG-AT-MDL-009603866 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 45.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009834227 have been satisfied.

**ANSWER:**

69

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 45a:**

Admit that document GOOG-AT-MDL-009834227 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 45b:**

Admit that document GOOG-AT-MDL-009834227 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 45c:**

Admit that document GOOG-AT-MDL-009834227 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 45d:**

Admit that document GOOG-AT-MDL-009834227 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 45e:**

Admit that document GOOG-AT-MDL-009834227 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 45f:**

Admit that document GOOG-AT-MDL-009834227 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 45g:**

Admit that document GOOG-AT-MDL-009834227 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 46.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009864590 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 46a:**

Admit that document GOOG-AT-MDL-009864590 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 46b:**

Admit that document GOOG-AT-MDL-009864590 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 46c:**

Admit that document GOOG-AT-MDL-009864590 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 46d:**

Admit that document GOOG-AT-MDL-009864590 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 46e:**

Admit that document GOOG-AT-MDL-009864590 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 46f:**

Admit that document GOOG-AT-MDL-009864590 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 46g:**

Admit that document GOOG-AT-MDL-009864590 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 47.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009882939 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 47a:**

Admit that document GOOG-AT-MDL-009882939 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 47b:**

Admit that document GOOG-AT-MDL-009882939 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 47c:**

Admit that document GOOG-AT-MDL-009882939 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 47d:**

Admit that document GOOG-AT-MDL-009882939 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 47e:**

Admit that document GOOG-AT-MDL-009882939 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 47f:**

Admit that document GOOG-AT-MDL-009882939 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 47g:**

Admit that document GOOG-AT-MDL-009882939 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 48.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-011686692 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 48a:**

Admit that document GOOG-AT-MDL-011686692 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 48b:**

Admit that document GOOG-AT-MDL-011686692 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 48c:**

Admit that document GOOG-AT-MDL-011686692 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 48d:**

Admit that document GOOG-AT-MDL-011686692 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 48e:**

Admit that document GOOG-AT-MDL-011686692 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 48f:**

Admit that document GOOG-AT-MDL-011686692 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 48g:**

Admit that document GOOG-AT-MDL-011686692 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 49.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-012333095 have been satisfied.

**ANSWER:**

75

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 49a:**

Admit that document GOOG-AT-MDL-012333095 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 49b:**

Admit that document GOOG-AT-MDL-012333095 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 49c:**

Admit that document GOOG-AT-MDL-012333095 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 49d:**

Admit that document GOOG-AT-MDL-012333095 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 49e:**

Admit that document GOOG-AT-MDL-012333095 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 49f:**

Admit that document GOOG-AT-MDL-012333095 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 49g:**

Admit that document GOOG-AT-MDL-012333095 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 50.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-012339357 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 50a:**

Admit that document GOOG-AT-MDL-012339357 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 50b:**

Admit that document GOOG-AT-MDL-012339357 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 50c:**

Admit that document GOOG-AT-MDL-012339357 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 50d:**

Admit that document GOOG-AT-MDL-012339357 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 50e:**

Admit that document GOOG-AT-MDL-012339357 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 50f:**

Admit that document GOOG-AT-MDL-012339357 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 50g:**

Admit that document GOOG-AT-MDL-012339357 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 51.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-012340434 have been satisfied.

**ANSWER:**

78

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 51a:**

Admit that document GOOG-AT-MDL-012340434 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 51b:**

Admit that document GOOG-AT-MDL-012340434 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 51c:**

Admit that document GOOG-AT-MDL-012340434 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 51d:**

Admit that document GOOG-AT-MDL-012340434 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 51e:**

Admit that document GOOG-AT-MDL-012340434 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 51f:**

Admit that document GOOG-AT-MDL-012340434 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 51g:**

Admit that document GOOG-AT-MDL-012340434 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 52.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-012347685 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 52a:**

Admit that document GOOG-AT-MDL-012347685 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 52b:**

Admit that document GOOG-AT-MDL-012347685 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 52c:**

Admit that document GOOG-AT-MDL-012347685 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 52d:**

Admit that document GOOG-AT-MDL-012347685 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 52e:**

Admit that document GOOG-AT-MDL-012347685 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 52f:**

Admit that document GOOG-AT-MDL-012347685 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 52g:**

Admit that document GOOG-AT-MDL-012347685 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 53.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-012351138 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 53a:**

Admit that document GOOG-AT-MDL-012351138 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 53b:**

Admit that document GOOG-AT-MDL-012351138 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 53c:**

Admit that document GOOG-AT-MDL-012351138 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 53d:**

Admit that document GOOG-AT-MDL-012351138 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 53e:**

Admit that document GOOG-AT-MDL-012351138 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 53f:**

Admit that document GOOG-AT-MDL-012351138 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 53g:**

Admit that document GOOG-AT-MDL-012351138 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 54.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-012365770 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 54a:**

Admit that document GOOG-AT-MDL-012365770 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 54b:**

Admit that document GOOG-AT-MDL-012365770 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 54c:**

Admit that document GOOG-AT-MDL-012365770 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 54d:**

Admit that document GOOG-AT-MDL-012365770 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 54e:**

Admit that document GOOG-AT-MDL-012365770 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 54f:**

Admit that document GOOG-AT-MDL-012365770 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 54g:**

Admit that document GOOG-AT-MDL-012365770 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 55.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-012367452 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 55a:**

Admit that document GOOG-AT-MDL-012367452 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 55b:**

Admit that document GOOG-AT-MDL-012367452 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 55c:**

Admit that document GOOG-AT-MDL-012367452 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 55d:**

Admit that document GOOG-AT-MDL-012367452 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 55e:**

Admit that document GOOG-AT-MDL-012367452 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 55f:**

Admit that document GOOG-AT-MDL-012367452 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 55g:**

Admit that document GOOG-AT-MDL-012367452 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 56.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-012370704 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 56a:**

Admit that document GOOG-AT-MDL-012370704 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 56b:**

Admit that document GOOG-AT-MDL-012370704 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 56c:**

Admit that document GOOG-AT-MDL-012370704 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 56d:**

Admit that document GOOG-AT-MDL-012370704 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 56e:**

Admit that document GOOG-AT-MDL-012370704 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 56f:**

Admit that document GOOG-AT-MDL-012370704 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 56g:**

Admit that document GOOG-AT-MDL-012370704 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 57.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-012370776 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 57a:**

Admit that document GOOG-AT-MDL-012370776 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 57b:**

Admit that document GOOG-AT-MDL-012370776 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 57c:**

Admit that document GOOG-AT-MDL-012370776 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 57d:**

Admit that document GOOG-AT-MDL-012370776 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 57e:**

Admit that document GOOG-AT-MDL-012370776 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 57f:**

Admit that document GOOG-AT-MDL-012370776 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 57g:**

Admit that document GOOG-AT-MDL-012370776 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 58.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-012590006 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 58a:**

Admit that document GOOG-AT-MDL-012590006 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 58b:**

Admit that document GOOG-AT-MDL-012590006 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 58c:**

Admit that document GOOG-AT-MDL-012590006 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 58d:**

Admit that document GOOG-AT-MDL-012590006 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 58e:**

Admit that document GOOG-AT-MDL-012590006 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 58f:**

Admit that document GOOG-AT-MDL-012590006 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 58g:**

Admit that document GOOG-AT-MDL-012590006 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 59.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-012590542 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 59a:**

Admit that document GOOG-AT-MDL-012590542 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 59b:**

Admit that document GOOG-AT-MDL-012590542 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 59c:**

Admit that document GOOG-AT-MDL-012590542 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 59d:**

Admit that document GOOG-AT-MDL-012590542 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 59e:**

Admit that document GOOG-AT-MDL-012590542 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 59f:**

Admit that document GOOG-AT-MDL-012590542 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 59g:**

Admit that document GOOG-AT-MDL-012590542 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 60.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-013212331 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 60a:**

Admit that document GOOG-AT-MDL-013212331 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 60b:**

Admit that document GOOG-AT-MDL-013212331 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 60c:**

Admit that document GOOG-AT-MDL-013212331 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 60d:**

Admit that document GOOG-AT-MDL-013212331 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 60e:**

Admit that document GOOG-AT-MDL-013212331 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 60f:**

Admit that document GOOG-AT-MDL-013212331 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 60g:**

Admit that document GOOG-AT-MDL-013212331 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 61.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-013261192 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 61a:**

Admit that document GOOG-AT-MDL-013261192 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 61b:**

Admit that document GOOG-AT-MDL-013261192 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 61c:**

Admit that document GOOG-AT-MDL-013261192 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 61d:**

Admit that document GOOG-AT-MDL-013261192 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 61e:**

Admit that document GOOG-AT-MDL-013261192 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 61f:**

Admit that document GOOG-AT-MDL-013261192 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 61g:**

Admit that document GOOG-AT-MDL-013261192 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 62.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-013299540 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 62a:**

Admit that document GOOG-AT-MDL-013299540 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 62b:**

Admit that document GOOG-AT-MDL-013299540 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 62c:**

Admit that document GOOG-AT-MDL-013299540 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 62d:**

Admit that document GOOG-AT-MDL-013299540 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 62e:**

Admit that document GOOG-AT-MDL-013299540 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 62f:**

Admit that document GOOG-AT-MDL-013299540 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 62g:**

Admit that document GOOG-AT-MDL-013299540 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 63.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-013357511 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 63a:**

Admit that document GOOG-AT-MDL-013357511 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 63b:**

Admit that document GOOG-AT-MDL-013357511 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 63c:**

Admit that document GOOG-AT-MDL-013357511 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 63d:**

Admit that document GOOG-AT-MDL-013357511 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 63e:**

Admit that document GOOG-AT-MDL-013357511 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 63f:**

Admit that document GOOG-AT-MDL-013357511 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 63g:**

Admit that document GOOG-AT-MDL-013357511 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 64.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-013378392 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 64a:**

Admit that document GOOG-AT-MDL-013378392 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 64b:**

Admit that document GOOG-AT-MDL-013378392 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 64c:**

Admit that document GOOG-AT-MDL-013378392 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 64d:**

Admit that document GOOG-AT-MDL-013378392 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 64e:**

Admit that document GOOG-AT-MDL-013378392 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 64f:**

Admit that document GOOG-AT-MDL-013378392 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 64g:**

Admit that document GOOG-AT-MDL-013378392 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 65.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-014631305 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 65a:**

Admit that document GOOG-AT-MDL-014631305 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 65b:**

Admit that document GOOG-AT-MDL-014631305 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 65c:**

Admit that document GOOG-AT-MDL-014631305 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 65d:**

Admit that document GOOG-AT-MDL-014631305 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 65e:**

Admit that document GOOG-AT-MDL-014631305 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 65f:**

Admit that document GOOG-AT-MDL-014631305 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 65g:**

Admit that document GOOG-AT-MDL-014631305 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 66.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-014635799 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 66a:**

Admit that document GOOG-AT-MDL-014635799 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 66b:**

Admit that document GOOG-AT-MDL-014635799 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 66c:**

Admit that document GOOG-AT-MDL-014635799 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 66d:**

Admit that document GOOG-AT-MDL-014635799 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION e:**

Admit that document GOOG-AT-MDL-014635799 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 66f:**

Admit that document GOOG-AT-MDL-014635799 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 66g:**

Admit that document GOOG-AT-MDL-014635799 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 67.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-014638338 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 67a:**

Admit that document GOOG-AT-MDL-014638338 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 67b:**

Admit that document GOOG-AT-MDL-014638338 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 67c:**

Admit that document GOOG-AT-MDL-014638338 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 67d:**

Admit that document GOOG-AT-MDL-014638338 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 67e:**

Admit that document GOOG-AT-MDL-014638338 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 67f:**

Admit that document GOOG-AT-MDL-014638338 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 67g:**

Admit that document GOOG-AT-MDL-014638338 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 68.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-014639555 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 68a:**

Admit that document GOOG-AT-MDL-014639555 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 68b:**

Admit that document GOOG-AT-MDL-014639555 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 68c:**

Admit that document GOOG-AT-MDL-014639555 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 68d:**

Admit that document GOOG-AT-MDL-014639555 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 68e:**

Admit that document GOOG-AT-MDL-014639555 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 68f:**

Admit that document GOOG-AT-MDL-014639555 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 68g:**

Admit that document GOOG-AT-MDL-014639555 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 69.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-015228626 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 69a:**

Admit that document GOOG-AT-MDL-015228626 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 69b:**

Admit that document GOOG-AT-MDL-015228626 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 69c:**

Admit that document GOOG-AT-MDL-015228626 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 69d:**

Admit that document GOOG-AT-MDL-015228626 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 69e:**

Admit that document GOOG-AT-MDL-015228626 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 69f:**

Admit that document GOOG-AT-MDL-015228626 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 69g:**

Admit that document GOOG-AT-MDL-015228626 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 70.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-015382734 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 70a:**

Admit that document GOOG-AT-MDL-015382734 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 70b:**

Admit that document GOOG-AT-MDL-015382734 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 70c:**

Admit that document GOOG-AT-MDL-015382734 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 70d:**

Admit that document GOOG-AT-MDL-015382734 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 70e:**

Admit that document GOOG-AT-MDL-015382734 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 70f:**

Admit that document GOOG-AT-MDL-015382734 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 70g:**

Admit that document GOOG-AT-MDL-015382734 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 71.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-015384641 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 71a:**

Admit that document GOOG-AT-MDL-015384641 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 71b:**

Admit that document GOOG-AT-MDL-015384641 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 71c:**

Admit that document GOOG-AT-MDL-015384641 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 71d:**

Admit that document GOOG-AT-MDL-015384641 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 71e:**

Admit that document GOOG-AT-MDL-015384641 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 71f:**

Admit that document GOOG-AT-MDL-015384641 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 71g:**

Admit that document GOOG-AT-MDL-015384641 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 72.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-015393772 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 72a:**

Admit that document GOOG-AT-MDL-015393772 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 72b:**

Admit that document GOOG-AT-MDL-015393772 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 72c:**

Admit that document GOOG-AT-MDL-015393772 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 72d:**

Admit that document GOOG-AT-MDL-015393772 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 72e:**

Admit that document GOOG-AT-MDL-015393772 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 72f:**

Admit that document GOOG-AT-MDL-015393772 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 72g:**

Admit that document GOOG-AT-MDL-015393772 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 73.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-015507143 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 73a:**

Admit that document GOOG-AT-MDL-015507143 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 73b:**

Admit that document GOOG-AT-MDL-015507143 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 73c:**

Admit that document GOOG-AT-MDL-015507143 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 73d:**

Admit that document GOOG-AT-MDL-015507143 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 73e:**

Admit that document GOOG-AT-MDL-015507143 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 73f:**

Admit that document GOOG-AT-MDL-015507143 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 73g:**

Admit that document GOOG-AT-MDL-015507143 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 74.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-015555982 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 74a:**

Admit that document GOOG-AT-MDL-015555982 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 74b:**

Admit that document GOOG-AT-MDL-015555982 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 74c:**

Admit that document GOOG-AT-MDL-015555982 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 74d:**

Admit that document GOOG-AT-MDL-015555982 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 74e:**

Admit that document GOOG-AT-MDL-015555982 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 74f:**

Admit that document GOOG-AT-MDL-015555982 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 74g:**

Admit that document GOOG-AT-MDL-015555982 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 75.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-016128140 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 75a:**

Admit that document GOOG-AT-MDL-016128140 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 75b:**

Admit that document GOOG-AT-MDL-016128140 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 75c:**

Admit that document GOOG-AT-MDL-016128140 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 75d:**

Admit that document GOOG-AT-MDL-016128140 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 75e:**

Admit that document GOOG-AT-MDL-016128140 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 75f:**

Admit that document GOOG-AT-MDL-016128140 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 75g:**

Admit that document GOOG-AT-MDL-016128140 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 76.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-016859188 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 76a:**

Admit that document GOOG-AT-MDL-016859188 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 76b:**

Admit that document GOOG-AT-MDL-016859188 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 76c:**

Admit that document GOOG-AT-MDL-016859188 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 76d:**

Admit that document GOOG-AT-MDL-016859188 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 76e:**

Admit that document GOOG-AT-MDL-016859188 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 76f:**

Admit that document GOOG-AT-MDL-016859188 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 76g:**

Admit that document GOOG-AT-MDL-016859188 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 77.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-017580835 have been satisfied.

**ANSWER:**

117

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 77a:**

Admit that document GOOG-AT-MDL-017580835 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 77b:**

Admit that document GOOG-AT-MDL-017580835 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 77c:**

Admit that document GOOG-AT-MDL-017580835 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 77d:**

Admit that document GOOG-AT-MDL-017580835 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 77e:**

Admit that document GOOG-AT-MDL-017580835 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 77f:**

Admit that document GOOG-AT-MDL-017580835 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 77g:**

Admit that document GOOG-AT-MDL-017580835 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 78.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-017581753 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 78a:**

Admit that document GOOG-AT-MDL-017581753 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 78b:**

Admit that document GOOG-AT-MDL-017581753 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 78c:**

Admit that document GOOG-AT-MDL-017581753 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 78d:**

Admit that document GOOG-AT-MDL-017581753 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 78e:**

Admit that document GOOG-AT-MDL-017581753 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 78f:**

Admit that document GOOG-AT-MDL-017581753 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 78g:**

Admit that document GOOG-AT-MDL-017581753 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 79.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-018915627 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 79a:**

Admit that document GOOG-AT-MDL-018915627 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 79b:**

Admit that document GOOG-AT-MDL-018915627 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 79c:**

Admit that document GOOG-AT-MDL-018915627 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 79d:**

Admit that document GOOG-AT-MDL-018915627 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 79e:**

Admit that document GOOG-AT-MDL-018915627 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 79f:**

Admit that document GOOG-AT-MDL-018915627 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 79g:**

Admit that document GOOG-AT-MDL-018915627 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 80.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-019331980 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 80a:**

Admit that document GOOG-AT-MDL-019331980 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 80b:**

Admit that document GOOG-AT-MDL-019331980 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 80c:**

Admit that document GOOG-AT-MDL-019331980 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 80d:**

Admit that document GOOG-AT-MDL-019331980 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 80e:**

Admit that document GOOG-AT-MDL-019331980 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 80f:**

Admit that document GOOG-AT-MDL-019331980 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 80g:**

Admit that document GOOG-AT-MDL-019331980 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 81.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-000210650 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 81a:**

Admit that document GOOG-AT-MDL-B-000210650 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 81b:**

Admit that document GOOG-AT-MDL-B-000210650 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 81c:**

Admit that document GOOG-AT-MDL-B-000210650 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 81d:**

Admit that document GOOG-AT-MDL-B-000210650 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 81e:**

Admit that document GOOG-AT-MDL-B-000210650 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 81f:**

Admit that document GOOG-AT-MDL-B-000210650 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 81g:**

Admit that document GOOG-AT-MDL-B-000210650 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 82.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-000728907 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 82a:**

Admit that document GOOG-AT-MDL-B-000728907 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 82b:**

Admit that document GOOG-AT-MDL-B-000728907 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 82c:**

Admit that document GOOG-AT-MDL-B-000728907 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 82d:**

Admit that document GOOG-AT-MDL-B-000728907 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 82e:**

Admit that document GOOG-AT-MDL-B-000728907 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 82f:**

Admit that document GOOG-AT-MDL-B-000728907 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 82g:**

Admit that document GOOG-AT-MDL-B-000728907 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 83.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-001109013 have been satisfied.

**ANSWER:**

126

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 83a:**

Admit that document GOOG-AT-MDL-B-001109013 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 83b:**

Admit that document GOOG-AT-MDL-B-001109013 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 83c:**

Admit that document GOOG-AT-MDL-B-001109013 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 83d:**

Admit that document GOOG-AT-MDL-B-001109013 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 83e:**

Admit that document GOOG-AT-MDL-B-001109013 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 83f:**

Admit that document GOOG-AT-MDL-B-001109013 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 83g:**

Admit that document GOOG-AT-MDL-B-001109013 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 84.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-001637158 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 84a:**

Admit that document GOOG-AT-MDL-B-001637158 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 84b:**

Admit that document GOOG-AT-MDL-B-001637158 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 84c:**

Admit that document GOOG-AT-MDL-B-001637158 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 84d:**

Admit that document GOOG-AT-MDL-B-001637158 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 84e:**

Admit that document GOOG-AT-MDL-B-001637158 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 84f:**

Admit that document GOOG-AT-MDL-B-001637158 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 84g:**

Admit that document GOOG-AT-MDL-B-001637158 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 85.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-001640930 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 85a:**

Admit that document GOOG-AT-MDL-B-001640930 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 85b:**

Admit that document GOOG-AT-MDL-B-001640930 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 85c:**

Admit that document GOOG-AT-MDL-B-001640930 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 85d:**

Admit that document GOOG-AT-MDL-B-001640930 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 85e:**

Admit that document GOOG-AT-MDL-B-001640930 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 85f:**

Admit that document GOOG-AT-MDL-B-001640930 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 85g:**

Admit that document GOOG-AT-MDL-B-001640930 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 86.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-002529765 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 86a:**

Admit that document GOOG-AT-MDL-B-002529765 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 86b:**

Admit that document GOOG-AT-MDL-B-002529765 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 86c:**

Admit that document GOOG-AT-MDL-B-002529765 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 86d:**

Admit that document GOOG-AT-MDL-B-002529765 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 86e:**

Admit that document GOOG-AT-MDL-B-002529765 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 86f:**

Admit that document GOOG-AT-MDL-B-002529765 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 86g:**

Admit that document GOOG-AT-MDL-B-002529765 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 87.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-002531737 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 87a:**

Admit that document GOOG-AT-MDL-B-002531737 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 87b:**

Admit that document GOOG-AT-MDL-B-002531737 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 87c:**

Admit that document GOOG-AT-MDL-B-002531737 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 87d:**

Admit that document GOOG-AT-MDL-B-002531737 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 87e:**

Admit that document GOOG-AT-MDL-B-002531737 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 87f:**

Admit that document GOOG-AT-MDL-B-002531737 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 87g:**

Admit that document GOOG-AT-MDL-B-002531737 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 88.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-003044270 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 88a:**

Admit that document GOOG-AT-MDL-B-003044270 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 88b:**

Admit that document GOOG-AT-MDL-B-003044270 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 88c:**

Admit that document GOOG-AT-MDL-B-003044270 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 88d:**

Admit that document GOOG-AT-MDL-B-003044270 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 88e:**

Admit that document GOOG-AT-MDL-B-003044270 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 88f:**

Admit that document GOOG-AT-MDL-B-003044270 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 88g:**

Admit that document GOOG-AT-MDL-B-003044270 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 89.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-003109036 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 89a:**

Admit that document GOOG-AT-MDL-B-003109036 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 89b:**

Admit that document GOOG-AT-MDL-B-003109036 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 89c:**

Admit that document GOOG-AT-MDL-B-003109036 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 89d:**

Admit that document GOOG-AT-MDL-B-003109036 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 89e:**

Admit that document GOOG-AT-MDL-B-003109036 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 89f:**

Admit that document GOOG-AT-MDL-B-003109036 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 89g:**

Admit that document GOOG-AT-MDL-B-003109036 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 90.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-003119399 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 90a:**

Admit that document GOOG-AT-MDL-B-003119399 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 90b:**

Admit that document GOOG-AT-MDL-B-003119399 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 90c:**

Admit that document GOOG-AT-MDL-B-003119399 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 90d:**

Admit that document GOOG-AT-MDL-B-003119399 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 90e:**

Admit that document GOOG-AT-MDL-B-003119399 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 90f:**

Admit that document GOOG-AT-MDL-B-003119399 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 90g:**

Admit that document GOOG-AT-MDL-B-003119399 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 91.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-003164039 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 91a:**

Admit that document GOOG-AT-MDL-B-003164039 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 91b:**

Admit that document GOOG-AT-MDL-B-003164039 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 91c:**

Admit that document GOOG-AT-MDL-B-003164039 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 91d:**

Admit that document GOOG-AT-MDL-B-003164039 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 91e:**

Admit that document GOOG-AT-MDL-B-003164039 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 91f:**

Admit that document GOOG-AT-MDL-B-003164039 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 91g:**

Admit that document GOOG-AT-MDL-B-003164039 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 92.:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-003207782 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 92a:**

Admit that document GOOG-AT-MDL-B-003207782 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 92b:**

Admit that document GOOG-AT-MDL-B-003207782 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 92c:**

Admit that document GOOG-AT-MDL-B-003207782 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 92d:**

Admit that document GOOG-AT-MDL-B-003207782 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 92e:**

Admit that document GOOG-AT-MDL-B-003207782 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 92f:**

Admit that document GOOG-AT-MDL-B-003207782 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 92g:**

Admit that document GOOG-AT-MDL-B-003207782 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 93.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-02732514 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 93a:**

Admit that document GOOG-DOJ-02732514 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 93b:**

Admit that document GOOG-DOJ-02732514 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 93c:**

Admit that document GOOG-DOJ-02732514 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 93d:**

Admit that document GOOG-DOJ-02732514 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 93e:**

Admit that document GOOG-DOJ-02732514 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 93f:**

Admit that document GOOG-DOJ-02732514 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 93g:**

Admit that document GOOG-DOJ-02732514 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 94.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-02819654 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 94a:**

Admit that document GOOG-DOJ-02819654 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 94b:**

Admit that document GOOG-DOJ-02819654 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 94c:**

Admit that document GOOG-DOJ-02819654 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 94d:**

Admit that document GOOG-DOJ-02819654 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 94e:**

Admit that document GOOG-DOJ-02819654 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 94f:**

Admit that document GOOG-DOJ-02819654 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 94g:**

Admit that document GOOG-DOJ-02819654 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 95.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-03194110 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 95a:**

Admit that document GOOG-DOJ-03194110 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 95b:**

Admit that document GOOG-DOJ-03194110 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 95c:**

Admit that document GOOG-DOJ-03194110 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 95d:**

Admit that document GOOG-DOJ-03194110 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 95e:**

Admit that document GOOG-DOJ-03194110 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 95f:**

Admit that document GOOG-DOJ-03194110 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 95g:**

Admit that document GOOG-DOJ-03194110 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 96.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-03863784 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 96a:**

Admit that document GOOG-DOJ-03863784 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 96b:**

Admit that document GOOG-DOJ-03863784 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 96c:**

Admit that document GOOG-DOJ-03863784 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 96d:**

Admit that document GOOG-DOJ-03863784 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 96e:**

Admit that document GOOG-DOJ-03863784 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 96f:**

Admit that document GOOG-DOJ-03863784 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 96g:**

Admit that document GOOG-DOJ-03863784 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 97.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-03872448 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 97a:**

Admit that document GOOG-DOJ-03872448 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 97b:**

Admit that document GOOG-DOJ-03872448 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 97c:**

Admit that document GOOG-DOJ-03872448 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 97d:**

Admit that document GOOG-DOJ-03872448 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 97e:**

Admit that document GOOG-DOJ-03872448 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 97f:**

Admit that document GOOG-DOJ-03872448 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 97g:**

Admit that document GOOG-DOJ-03872448 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 98.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-03901693 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 98a:**

Admit that document GOOG-DOJ-03901693 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 98b:**

Admit that document GOOG-DOJ-03901693 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 98c:**

Admit that document GOOG-DOJ-03901693 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 98d:**

Admit that document GOOG-DOJ-03901693 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 98e:**

Admit that document GOOG-DOJ-03901693 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 98f:**

Admit that document GOOG-DOJ-03901693 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 98g:**

Admit that document GOOG-DOJ-03901693 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 99.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-04433541 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 99a:**

Admit that document GOOG-DOJ-04433541 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 99b:**

Admit that document GOOG-DOJ-04433541 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 99c:**

Admit that document GOOG-DOJ-04433541 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 99d:**

Admit that document GOOG-DOJ-04433541 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 99e:**

Admit that document GOOG-DOJ-04433541 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 99f:**

Admit that document GOOG-DOJ-04433541 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 99g:**

Admit that document GOOG-DOJ-04433541 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 100.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-05247075 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 100a:**

Admit that document GOOG-DOJ-05247075 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 100b:**

Admit that document GOOG-DOJ-05247075 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 100c:**

Admit that document GOOG-DOJ-05247075 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 100d:**

Admit that document GOOG-DOJ-05247075 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 100e:**

Admit that document GOOG-DOJ-05247075 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 100f:**

Admit that document GOOG-DOJ-05247075 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 100g:**

Admit that document GOOG-DOJ-05247075 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 101.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-05272333 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 101a:**

Admit that document GOOG-DOJ-05272333 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 101b:**

Admit that document GOOG-DOJ-05272333 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 101c:**

Admit that document GOOG-DOJ-05272333 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 101d:**

Admit that document GOOG-DOJ-05272333 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 101e:**

Admit that document GOOG-DOJ-05272333 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 101f:**

Admit that document GOOG-DOJ-05272333 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 101g:**

Admit that document GOOG-DOJ-05272333 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 102.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-05282625 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 102a:**

Admit that document GOOG-DOJ-05282625 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 102b:**

Admit that document GOOG-DOJ-05282625 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 102c:**

Admit that document GOOG-DOJ-05282625 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 102d:**

Admit that document GOOG-DOJ-05282625 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 102e:**

Admit that document GOOG-DOJ-05282625 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 102f:**

Admit that document GOOG-DOJ-05282625 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 102g:**

Admit that document GOOG-DOJ-05282625 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 103.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06581350 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 103a:**

Admit that document GOOG-DOJ-06581350 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 103b:**

Admit that document GOOG-DOJ-06581350 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 103c:**

Admit that document GOOG-DOJ-06581350 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 103d:**

Admit that document GOOG-DOJ-06581350 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 103e:**

Admit that document GOOG-DOJ-06581350 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 103f:**

Admit that document GOOG-DOJ-06581350 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 103g:**

Admit that document GOOG-DOJ-06581350 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 104.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06583348 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 104a:**

Admit that document GOOG-DOJ-06583348 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 104b:**

Admit that document GOOG-DOJ-06583348 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 104c:**

Admit that document GOOG-DOJ-06583348 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 104d:**

Admit that document GOOG-DOJ-06583348 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 104e:**

Admit that document GOOG-DOJ-06583348 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 104f:**

Admit that document GOOG-DOJ-06583348 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 104g:**

Admit that document GOOG-DOJ-06583348 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 105.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06587217 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 105a:**

Admit that document GOOG-DOJ-06587217 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 105b:**

Admit that document GOOG-DOJ-06587217 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 105c:**

Admit that document GOOG-DOJ-06587217 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 105d:**

Admit that document GOOG-DOJ-06587217 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 105e:**

Admit that document GOOG-DOJ-06587217 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 105f:**

Admit that document GOOG-DOJ-06587217 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 105g:**

Admit that document GOOG-DOJ-06587217 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 106.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06595722 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 106a:**

Admit that document GOOG-DOJ-06595722 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 106b:**

Admit that document GOOG-DOJ-06595722 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 106c:**

Admit that document GOOG-DOJ-06595722 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 106d:**

Admit that document GOOG-DOJ-06595722 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 106e:**

Admit that document GOOG-DOJ-06595722 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 106f:**

Admit that document GOOG-DOJ-06595722 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 106g:**

Admit that document GOOG-DOJ-06595722 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 107.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06855254 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 107a:**

Admit that document GOOG-DOJ-06855254 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 107b:**

Admit that document GOOG-DOJ-06855254 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 107c:**

Admit that document GOOG-DOJ-06855254 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 107d:**

Admit that document GOOG-DOJ-06855254 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 107e:**

Admit that document GOOG-DOJ-06855254 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 107f:**

Admit that document GOOG-DOJ-06855254 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 107g:**

Admit that document GOOG-DOJ-06855254 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 108.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06865076 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 108a:**

Admit that document GOOG-DOJ-06865076 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 108b:**

Admit that document GOOG-DOJ-06865076 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 108c:**

Admit that document GOOG-DOJ-06865076 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 108d:**

Admit that document GOOG-DOJ-06865076 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 108e:**

Admit that document GOOG-DOJ-06865076 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 108f:**

Admit that document GOOG-DOJ-06865076 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 108g:**

Admit that document GOOG-DOJ-06865076 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 109.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06885161 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 109a:**

Admit that document GOOG-DOJ-06885161 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 109b:**

Admit that document GOOG-DOJ-06885161 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 109c:**

Admit that document GOOG-DOJ-06885161 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 109d:**

Admit that document GOOG-DOJ-06885161 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 109e:**

Admit that document GOOG-DOJ-06885161 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 109f:**

Admit that document GOOG-DOJ-06885161 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 109g:**

Admit that document GOOG-DOJ-06885161 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 110.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-07292531 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 110a:**

Admit that document GOOG-DOJ-07292531 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 110b:**

Admit that document GOOG-DOJ-07292531 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 110c:**

Admit that document GOOG-DOJ-07292531 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 110d:**

Admit that document GOOG-DOJ-07292531 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 110e:**

Admit that document GOOG-DOJ-07292531 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 110f:**

Admit that document GOOG-DOJ-07292531 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 110g:**

Admit that document GOOG-DOJ-07292531 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 111.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-07554277 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 111a:**

Admit that document GOOG-DOJ-07554277 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 111b:**

Admit that document GOOG-DOJ-07554277 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 111c:**

Admit that document GOOG-DOJ-07554277 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 111d:**

Admit that document GOOG-DOJ-07554277 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 111e:**

Admit that document GOOG-DOJ-07554277 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 111f:**

Admit that document GOOG-DOJ-07554277 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 111g:**

Admit that document GOOG-DOJ-07554277 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 112.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-08150229 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 112a:**

Admit that document GOOG-DOJ-08150229 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 112b:**

Admit that document GOOG-DOJ-08150229 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 112c:**

Admit that document GOOG-DOJ-08150229 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 112d:**

Admit that document GOOG-DOJ-08150229 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 112e:**

Admit that document GOOG-DOJ-08150229 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 112f:**

Admit that document GOOG-DOJ-08150229 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 112g:**

Admit that document GOOG-DOJ-08150229 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 113.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-08374386 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 113a:**

Admit that document GOOG-DOJ-08374386 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 113b:**

Admit that document GOOG-DOJ-08374386 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 113c:**

Admit that document GOOG-DOJ-08374386 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 113d:**

Admit that document GOOG-DOJ-08374386 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 113e:**

Admit that document GOOG-DOJ-08374386 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 113f:**

Admit that document GOOG-DOJ-08374386 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 113g:**

Admit that document GOOG-DOJ-08374386 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 114.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-09126005 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 114a:**

Admit that document GOOG-DOJ-09126005 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 114b:**

Admit that document GOOG-DOJ-09126005 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 114c:**

Admit that document GOOG-DOJ-09126005 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 114d:**

Admit that document GOOG-DOJ-09126005 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 114e:**

Admit that document GOOG-DOJ-09126005 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 114f:**

Admit that document GOOG-DOJ-09126005 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 114g:**

Admit that document GOOG-DOJ-09126005 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 115.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-09126030 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 115a:**

Admit that document GOOG-DOJ-09126030 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 115b:**

Admit that document GOOG-DOJ-09126030 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 115c:**

Admit that document GOOG-DOJ-09126030 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 115d:**

Admit that document GOOG-DOJ-09126030 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 115e:**

Admit that document GOOG-DOJ-09126030 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 115f:**

Admit that document GOOG-DOJ-09126030 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 115g:**

Admit that document GOOG-DOJ-09126030 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 116.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-09159964 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 116a:**

Admit that document GOOG-DOJ-09159964 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 116b:**

Admit that document GOOG-DOJ-09159964 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 116c:**

Admit that document GOOG-DOJ-09159964 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 116d:**

Admit that document GOOG-DOJ-09159964 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 116e:**

Admit that document GOOG-DOJ-09159964 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 116f:**

Admit that document GOOG-DOJ-09159964 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 116g:**

Admit that document GOOG-DOJ-09159964 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 117.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-09247960 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 117a:**

Admit that document GOOG-DOJ-09247960 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 117b:**

Admit that document GOOG-DOJ-09247960 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 117c:**

Admit that document GOOG-DOJ-09247960 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 117d:**

Admit that document GOOG-DOJ-09247960 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 117e:**

Admit that document GOOG-DOJ-09247960 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 117f:**

Admit that document GOOG-DOJ-09247960 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 117g:**

Admit that document GOOG-DOJ-09247960 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 118.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-10424017 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 118a:**

Admit that document GOOG-DOJ-10424017 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 118b:**

Admit that document GOOG-DOJ-10424017 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 118c:**

Admit that document GOOG-DOJ-10424017 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 118d:**

Admit that document GOOG-DOJ-10424017 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 118e:**

Admit that document GOOG-DOJ-10424017 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 118f:**

Admit that document GOOG-DOJ-10424017 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 118g:**

Admit that document GOOG-DOJ-10424017 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 119.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-10672139 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 119a:**

Admit that document GOOG-DOJ-10672139 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 119b:**

Admit that document GOOG-DOJ-10672139 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 119c:**

Admit that document GOOG-DOJ-10672139 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 119d:**

Admit that document GOOG-DOJ-10672139 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 119e:**

Admit that document GOOG-DOJ-10672139 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 119f:**

Admit that document GOOG-DOJ-10672139 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 119g:**

Admit that document GOOG-DOJ-10672139 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 120.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-10733927 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 120a:**

Admit that document GOOG-DOJ-10733927 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 120b:**

Admit that document GOOG-DOJ-10733927 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 120c:**

Admit that document GOOG-DOJ-10733927 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 120d:**

Admit that document GOOG-DOJ-10733927 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 120e:**

Admit that document GOOG-DOJ-10733927 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 120f:**

Admit that document GOOG-DOJ-10733927 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 120g:**

Admit that document GOOG-DOJ-10733927 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 121.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-10736364 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 121a:**

Admit that document GOOG-DOJ-10736364 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 121b:**

Admit that document GOOG-DOJ-10736364 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 121c:**

Admit that document GOOG-DOJ-10736364 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 121d:**

Admit that document GOOG-DOJ-10736364 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 121e:**

Admit that document GOOG-DOJ-10736364 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 121f:**

Admit that document GOOG-DOJ-10736364 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 121g:**

Admit that document GOOG-DOJ-10736364 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 122.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-10963387 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 122a:**

Admit that document GOOG-DOJ-10963387 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 122b:**

Admit that document GOOG-DOJ-10963387 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 122c:**

Admit that document GOOG-DOJ-10963387 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 122d:**

Admit that document GOOG-DOJ-10963387 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 122e:**

Admit that document GOOG-DOJ-10963387 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 122f:**

Admit that document GOOG-DOJ-10963387 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 122g:**

Admit that document GOOG-DOJ-10963387 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 123.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-11247631 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 123a:**

Admit that document GOOG-DOJ-11247631 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 123b:**

Admit that document GOOG-DOJ-11247631 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 123c:**

Admit that document GOOG-DOJ-11247631 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 123d:**

Admit that document GOOG-DOJ-11247631 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 123e:**

Admit that document GOOG-DOJ-11247631 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 123f:**

Admit that document GOOG-DOJ-11247631 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 123g:**

Admit that document GOOG-DOJ-11247631 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 124.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-11406673 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 124a:**

Admit that document GOOG-DOJ-11406673 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 124b:**

Admit that document GOOG-DOJ-11406673 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 124c:**

Admit that document GOOG-DOJ-11406673 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 124d:**

Admit that document GOOG-DOJ-11406673 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 124e:**

Admit that document GOOG-DOJ-11406673 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 124f:**

Admit that document GOOG-DOJ-11406673 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 124g:**

Admit that document GOOG-DOJ-11406673 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 125.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-11451111 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 125a:**

Admit that document GOOG-DOJ-11451111 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 125b:**

Admit that document GOOG-DOJ-11451111 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 125c:**

Admit that document GOOG-DOJ-11451111 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 125d:**

Admit that document GOOG-DOJ-11451111 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 125e:**

Admit that document GOOG-DOJ-11451111 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 125f:**

Admit that document GOOG-DOJ-11451111 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 125g:**

Admit that document GOOG-DOJ-11451111 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 126.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-11765613 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 126a:**

Admit that document GOOG-DOJ-11765613 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 126b:**

Admit that document GOOG-DOJ-11765613 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 126c:**

Admit that document GOOG-DOJ-11765613 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 126d:**

Admit that document GOOG-DOJ-11765613 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 126e:**

Admit that document GOOG-DOJ-11765613 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 126f:**

Admit that document GOOG-DOJ-11765613 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 126g:**

Admit that document GOOG-DOJ-11765613 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 127.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-11792784 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 127a:**

Admit that document GOOG-DOJ-11792784 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 127b:**

Admit that document GOOG-DOJ-11792784 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 127c:**

Admit that document GOOG-DOJ-11792784 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 127d:**

Admit that document GOOG-DOJ-11792784 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 127e:**

Admit that document GOOG-DOJ-11792784 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 127f:**

Admit that document GOOG-DOJ-11792784 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 127g:**

Admit that document GOOG-DOJ-11792784 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 128.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12059682 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 128a:**

Admit that document GOOG-DOJ-12059682 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 128b:**

Admit that document GOOG-DOJ-12059682 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 128c:**

194

Admit that document GOOG-DOJ-12059682 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 128d:**

Admit that document GOOG-DOJ-12059682 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 128e:**

Admit that document GOOG-DOJ-12059682 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 128f:**

Admit that document GOOG-DOJ-12059682 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 128g:**

Admit that document GOOG-DOJ-12059682 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 129.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12114691 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 129a:**

Admit that document GOOG-DOJ-12114691 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 129b:**

Admit that document GOOG-DOJ-12114691 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 129c:**

Admit that document GOOG-DOJ-12114691 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 129d:**

Admit that document GOOG-DOJ-12114691 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 129e:**

Admit that document GOOG-DOJ-12114691 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 129f:**

Admit that document GOOG-DOJ-12114691 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 129g:**

Admit that document GOOG-DOJ-12114691 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 130.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12700489 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 130a:**

Admit that document GOOG-DOJ-12700489 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 130b:**

Admit that document GOOG-DOJ-12700489 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 130c:**

Admit that document GOOG-DOJ-12700489 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 130d:**

Admit that document GOOG-DOJ-12700489 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 130e:**

Admit that document GOOG-DOJ-12700489 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 130f:**

Admit that document GOOG-DOJ-12700489 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 130g:**

Admit that document GOOG-DOJ-12700489 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 131.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12711806 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 131a:**

Admit that document GOOG-DOJ-12711806 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 131b:**

Admit that document GOOG-DOJ-12711806 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 131c:**

Admit that document GOOG-DOJ-12711806 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 131d:**

Admit that document GOOG-DOJ-12711806 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 131e:**

Admit that document GOOG-DOJ-12711806 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 131f:**

Admit that document GOOG-DOJ-12711806 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 131g:**

Admit that document GOOG-DOJ-12711806 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 132.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12764786 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 132a:**

Admit that document GOOG-DOJ-12764786 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 132b:**

Admit that document GOOG-DOJ-12764786 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 132c:**

Admit that document GOOG-DOJ-12764786 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 132d:**

Admit that document GOOG-DOJ-12764786 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 132e:**

Admit that document GOOG-DOJ-12764786 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 132f:**

Admit that document GOOG-DOJ-12764786 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 132g:**

Admit that document GOOG-DOJ-12764786 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 133.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12787887 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 133a:**

Admit that document GOOG-DOJ-12787887 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 133b:**

Admit that document GOOG-DOJ-12787887 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 133c:**

Admit that document GOOG-DOJ-12787887 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 133d:**

Admit that document GOOG-DOJ-12787887 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 133e:**

Admit that document GOOG-DOJ-12787887 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 133f:**

Admit that document GOOG-DOJ-12787887 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 133g:**

Admit that document GOOG-DOJ-12787887 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 134.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12931851 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 134a:**

Admit that document GOOG-DOJ-12931851 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 134b:**

Admit that document GOOG-DOJ-12931851 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 134c:**

Admit that document GOOG-DOJ-12931851 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 134d:**

Admit that document GOOG-DOJ-12931851 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 134e:**

Admit that document GOOG-DOJ-12931851 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 134f:**

Admit that document GOOG-DOJ-12931851 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 134g:**

Admit that document GOOG-DOJ-12931851 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 135.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13205676 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 135a:**

Admit that document GOOG-DOJ-13205676 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 135b:**

Admit that document GOOG-DOJ-13205676 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 135c:**

Admit that document GOOG-DOJ-13205676 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 135d:**

Admit that document GOOG-DOJ-13205676 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 135e:**

Admit that document GOOG-DOJ-13205676 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 135f:**

Admit that document GOOG-DOJ-13205676 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 135g:**

Admit that document GOOG-DOJ-13205676 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 136.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13207875 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 136a:**

Admit that document GOOG-DOJ-13207875 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 136b:**

Admit that document GOOG-DOJ-13207875 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 136c:**

Admit that document GOOG-DOJ-13207875 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 136d:**

Admit that document GOOG-DOJ-13207875 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 136e:**

Admit that document GOOG-DOJ-13207875 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 136f:**

Admit that document GOOG-DOJ-13207875 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 136g:**

Admit that document GOOG-DOJ-13207875 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 137.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13209291 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 137a:**

Admit that document GOOG-DOJ-13209291 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 137b:**

Admit that document GOOG-DOJ-13209291 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 137c:**

Admit that document GOOG-DOJ-13209291 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 137d:**

Admit that document GOOG-DOJ-13209291 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 137e:**

Admit that document GOOG-DOJ-13209291 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 137f:**

Admit that document GOOG-DOJ-13209291 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 137g:**

Admit that document GOOG-DOJ-13209291 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 138.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13215382 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 138a:**

Admit that document GOOG-DOJ-13215382 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 138b:**

Admit that document GOOG-DOJ-13215382 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 138c:**

Admit that document GOOG-DOJ-13215382 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 138d:**

Admit that document GOOG-DOJ-13215382 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 138e:**

Admit that document GOOG-DOJ-13215382 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 138f:**

Admit that document GOOG-DOJ-13215382 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 138g:**

Admit that document GOOG-DOJ-13215382 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 139.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13308357 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 139a:**

Admit that document GOOG-DOJ-13308357 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 139b:**

Admit that document GOOG-DOJ-13308357 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 139c:**

Admit that document GOOG-DOJ-13308357 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 139d:**

Admit that document GOOG-DOJ-13308357 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 139e:**

Admit that document GOOG-DOJ-13308357 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 139f:**

Admit that document GOOG-DOJ-13308357 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 139g:**

Admit that document GOOG-DOJ-13308357 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 140.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13315305 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 140a:**

Admit that document GOOG-DOJ-13315305 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 140b:**

Admit that document GOOG-DOJ-13315305 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 140c:**

Admit that document GOOG-DOJ-13315305 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 140d:**

Admit that document GOOG-DOJ-13315305 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 140e:**

Admit that document GOOG-DOJ-13315305 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 140f:**

Admit that document GOOG-DOJ-13315305 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 140g:**

Admit that document GOOG-DOJ-13315305 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 141.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13320240 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 141a:**

Admit that document GOOG-DOJ-13320240 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 141b:**

Admit that document GOOG-DOJ-13320240 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 141c:**

Admit that document GOOG-DOJ-13320240 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 141d:**

Admit that document GOOG-DOJ-13320240 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 141e:**

Admit that document GOOG-DOJ-13320240 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 141f:**

Admit that document GOOG-DOJ-13320240 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 141g:**

Admit that document GOOG-DOJ-13320240 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 142.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13484248 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 142a:**

Admit that document GOOG-DOJ-13484248 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 142b:**

Admit that document GOOG-DOJ-13484248 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 142c:**

Admit that document GOOG-DOJ-13484248 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 142d:**

Admit that document GOOG-DOJ-13484248 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 142e:**

Admit that document GOOG-DOJ-13484248 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 142f:**

Admit that document GOOG-DOJ-13484248 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 142g:**

Admit that document GOOG-DOJ-13484248 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 143.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13512496 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 143a:**

Admit that document GOOG-DOJ-13512496 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 143b:**

Admit that document GOOG-DOJ-13512496 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 143c:**

Admit that document GOOG-DOJ-13512496 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 143d:**

Admit that document GOOG-DOJ-13512496 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 143e:**

Admit that document GOOG-DOJ-13512496 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 143f:**

Admit that document GOOG-DOJ-13512496 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 143g:**

Admit that document GOOG-DOJ-13512496 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 144.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14161943 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 144a:**

Admit that document GOOG-DOJ-14161943 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 144b:**

Admit that document GOOG-DOJ-14161943 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 144c:**

Admit that document GOOG-DOJ-14161943 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 144d:**

Admit that document GOOG-DOJ-14161943 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 144e:**

Admit that document GOOG-DOJ-14161943 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 144f:**

Admit that document GOOG-DOJ-14161943 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 144g:**

Admit that document GOOG-DOJ-14161943 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 145.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14421383 have been satisfied.

**ANSWER:**

219

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 145a:**

Admit that document GOOG-DOJ-14421383 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 145b:**

Admit that document GOOG-DOJ-14421383 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 145c:**

Admit that document GOOG-DOJ-14421383 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 145d:**

Admit that document GOOG-DOJ-14421383 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 145e:**

Admit that document GOOG-DOJ-14421383 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 145f:**

Admit that document GOOG-DOJ-14421383 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 145g:**

Admit that document GOOG-DOJ-14421383 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 146.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14435924 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 146a:**

Admit that document GOOG-DOJ-14435924 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 146b:**

Admit that document GOOG-DOJ-14435924 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 146c:**

Admit that document GOOG-DOJ-14435924 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 146d:**

Admit that document GOOG-DOJ-14435924 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 146e:**

Admit that document GOOG-DOJ-14435924 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 146f:**

Admit that document GOOG-DOJ-14435924 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 146g:**

Admit that document GOOG-DOJ-14435924 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 147.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14570859 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 147a:**

Admit that document GOOG-DOJ-14570859 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 147b:**

Admit that document GOOG-DOJ-14570859 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 147c:**

Admit that document GOOG-DOJ-14570859 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 147d:**

Admit that document GOOG-DOJ-14570859 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 147e:**

Admit that document GOOG-DOJ-14570859 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 147f:**

Admit that document GOOG-DOJ-14570859 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 147g:**

Admit that document GOOG-DOJ-14570859 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 148.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14579039 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 148a:**

Admit that document GOOG-DOJ-14579039 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 148b:**

Admit that document GOOG-DOJ-14579039 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 148c:**

Admit that document GOOG-DOJ-14579039 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 148d:**

Admit that document GOOG-DOJ-14579039 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 148e:**

Admit that document GOOG-DOJ-14579039 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 148f:**

Admit that document GOOG-DOJ-14579039 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 148g:**

Admit that document GOOG-DOJ-14579039 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 149.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14707110 have been satisfied.

**ANSWER:**

225

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 149a:**

Admit that document GOOG-DOJ-14707110 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 149b:**

Admit that document GOOG-DOJ-14707110 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 149c:**

Admit that document GOOG-DOJ-14707110 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 149d:**

Admit that document GOOG-DOJ-14707110 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 149e:**

Admit that document GOOG-DOJ-14707110 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 149f:**

Admit that document GOOG-DOJ-14707110 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 149g:**

Admit that document GOOG-DOJ-14707110 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 150.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14710302 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 150a:**

Admit that document GOOG-DOJ-14710302 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 150b:**

Admit that document GOOG-DOJ-14710302 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 150c:**

Admit that document GOOG-DOJ-14710302 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 150d:**

Admit that document GOOG-DOJ-14710302 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 150e:**

Admit that document GOOG-DOJ-14710302 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 150f:**

Admit that document GOOG-DOJ-14710302 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 150g:**

Admit that document GOOG-DOJ-14710302 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 151.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14712344 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 151a:**

Admit that document GOOG-DOJ-14712344 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 151b:**

Admit that document GOOG-DOJ-14712344 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 151c:**

Admit that document GOOG-DOJ-14712344 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 151d:**

Admit that document GOOG-DOJ-14712344 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 151e:**

Admit that document GOOG-DOJ-14712344 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 151f:**

Admit that document GOOG-DOJ-14712344 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 151g:**

Admit that document GOOG-DOJ-14712344 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 152.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14714591 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 152a:**

Admit that document GOOG-DOJ-14714591 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 152b:**

Admit that document GOOG-DOJ-14714591 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 152c:**

Admit that document GOOG-DOJ-14714591 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 152d:**

Admit that document GOOG-DOJ-14714591 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 152e:**

Admit that document GOOG-DOJ-14714591 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 152f:**

Admit that document GOOG-DOJ-14714591 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 152g:**

Admit that document GOOG-DOJ-14714591 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 153.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14750005 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 153a:**

Admit that document GOOG-DOJ-14750005 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 153b:**

Admit that document GOOG-DOJ-14750005 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 153c:**

Admit that document GOOG-DOJ-14750005 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 153d:**

Admit that document GOOG-DOJ-14750005 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 153e:**

Admit that document GOOG-DOJ-14750005 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 153f:**

Admit that document GOOG-DOJ-14750005 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 153g:**

Admit that document GOOG-DOJ-14750005 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 154.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14931600 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 154a:**

Admit that document GOOG-DOJ-14931600 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 154b:**

Admit that document GOOG-DOJ-14931600 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 154c:**

Admit that document GOOG-DOJ-14931600 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 154d:**

Admit that document GOOG-DOJ-14931600 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 154e:**

Admit that document GOOG-DOJ-14931600 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 154f:**

Admit that document GOOG-DOJ-14931600 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 154g:**

Admit that document GOOG-DOJ-14931600 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 155.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14954902 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 155a:**

Admit that document GOOG-DOJ-14954902 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 155b:**

Admit that document GOOG-DOJ-14954902 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 155c:**

Admit that document GOOG-DOJ-14954902 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 155d:**

Admit that document GOOG-DOJ-14954902 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 155e:**

Admit that document GOOG-DOJ-14954902 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 155f:**

Admit that document GOOG-DOJ-14954902 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 155g:**

Admit that document GOOG-DOJ-14954902 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 156.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14960003 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 156a:**

Admit that document GOOG-DOJ-14960003 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 156b:**

Admit that document GOOG-DOJ-14960003 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 156c:**

Admit that document GOOG-DOJ-14960003 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 156d:**

Admit that document GOOG-DOJ-14960003 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 156e:**

Admit that document GOOG-DOJ-14960003 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 156f:**

Admit that document GOOG-DOJ-14960003 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 156g:**

Admit that document GOOG-DOJ-14960003 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 157.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14960966 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 157a:**

Admit that document GOOG-DOJ-14960966 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 157b:**

Admit that document GOOG-DOJ-14960966 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 157c:**

Admit that document GOOG-DOJ-14960966 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION d:**

Admit that document GOOG-DOJ-14960966 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 157e:**

Admit that document GOOG-DOJ-14960966 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 157f:**

Admit that document GOOG-DOJ-14960966 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 157g:**

Admit that document GOOG-DOJ-14960966 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 158.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14970401 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 158a:**

Admit that document GOOG-DOJ-14970401 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 158b:**

Admit that document GOOG-DOJ-14970401 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 158c:**

Admit that document GOOG-DOJ-14970401 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 158d:**

Admit that document GOOG-DOJ-14970401 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 158e:**

Admit that document GOOG-DOJ-14970401 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 158f:**

Admit that document GOOG-DOJ-14970401 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 158g:**

Admit that document GOOG-DOJ-14970401 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 159.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15140608 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 159a:**

Admit that document GOOG-DOJ-15140608 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 159b:**

Admit that document GOOG-DOJ-15140608 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 159c:**

Admit that document GOOG-DOJ-15140608 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 159d:**

Admit that document GOOG-DOJ-15140608 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 159e:**

Admit that document GOOG-DOJ-15140608 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 159f:**

Admit that document GOOG-DOJ-15140608 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 159g:**

Admit that document GOOG-DOJ-15140608 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 160.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15188713 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 160a:**

Admit that document GOOG-DOJ-15188713 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 160b:**

Admit that document GOOG-DOJ-15188713 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 160c:**

Admit that document GOOG-DOJ-15188713 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 160d:**

Admit that document GOOG-DOJ-15188713 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 160e:**

Admit that document GOOG-DOJ-15188713 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 160f:**

Admit that document GOOG-DOJ-15188713 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 160g:**

Admit that document GOOG-DOJ-15188713 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 161.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15207807 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 161a:**

Admit that document GOOG-DOJ-15207807 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 161b:**

Admit that document GOOG-DOJ-15207807 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 161c:**

Admit that document GOOG-DOJ-15207807 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 161d:**

Admit that document GOOG-DOJ-15207807 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 161e:**

Admit that document GOOG-DOJ-15207807 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 161f:**

Admit that document GOOG-DOJ-15207807 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 161g:**

Admit that document GOOG-DOJ-15207807 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 162.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15208872 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 162a:**

Admit that document GOOG-DOJ-15208872 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 162b:**

Admit that document GOOG-DOJ-15208872 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 162c:**

Admit that document GOOG-DOJ-15208872 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 162d:**

Admit that document GOOG-DOJ-15208872 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 162e:**

Admit that document GOOG-DOJ-15208872 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 162f:**

Admit that document GOOG-DOJ-15208872 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 162g:**

Admit that document GOOG-DOJ-15208872 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 163.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15215193 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 163a:**

Admit that document GOOG-DOJ-15215193 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 163b:**

Admit that document GOOG-DOJ-15215193 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 163c:**

Admit that document GOOG-DOJ-15215193 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 163d:**

Admit that document GOOG-DOJ-15215193 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 163e:**

Admit that document GOOG-DOJ-15215193 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 163f:**

Admit that document GOOG-DOJ-15215193 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 163g:**

Admit that document GOOG-DOJ-15215193 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 164.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15255888 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 164a:**

Admit that document GOOG-DOJ-15255888 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 164b:**

Admit that document GOOG-DOJ-15255888 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 164c:**

Admit that document GOOG-DOJ-15255888 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 164d:**

Admit that document GOOG-DOJ-15255888 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 164e:**

Admit that document GOOG-DOJ-15255888 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 164f:**

Admit that document GOOG-DOJ-15255888 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 164g:**

Admit that document GOOG-DOJ-15255888 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 165.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15263664 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 165a:**

Admit that document GOOG-DOJ-15263664 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 165b:**

Admit that document GOOG-DOJ-15263664 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 165c:**

Admit that document GOOG-DOJ-15263664 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 165d:**

Admit that document GOOG-DOJ-15263664 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 165e:**

Admit that document GOOG-DOJ-15263664 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 165f:**

Admit that document GOOG-DOJ-15263664 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 165g:**

Admit that document GOOG-DOJ-15263664 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 166.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15423706 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 166a:**

Admit that document GOOG-DOJ-15423706 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 166b:**

Admit that document GOOG-DOJ-15423706 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 166c:**

251

Admit that document GOOG-DOJ-15423706 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 166d:**

Admit that document GOOG-DOJ-15423706 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 166e:**

Admit that document GOOG-DOJ-15423706 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 166f:**

Admit that document GOOG-DOJ-15423706 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 166g:**

Admit that document GOOG-DOJ-15423706 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 167.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15426048 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 167a:**

Admit that document GOOG-DOJ-15426048 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 167b:**

Admit that document GOOG-DOJ-15426048 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 167c:**

Admit that document GOOG-DOJ-15426048 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 167d:**

Admit that document GOOG-DOJ-15426048 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 167e:**

Admit that document GOOG-DOJ-15426048 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 167f:**

Admit that document GOOG-DOJ-15426048 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 167g:**

Admit that document GOOG-DOJ-15426048 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 168.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15431058 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 168a:**

Admit that document GOOG-DOJ-15431058 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 168b:**

Admit that document GOOG-DOJ-15431058 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 168c:**

Admit that document GOOG-DOJ-15431058 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 168d:**

Admit that document GOOG-DOJ-15431058 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 168e:**

Admit that document GOOG-DOJ-15431058 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 168f:**

Admit that document GOOG-DOJ-15431058 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 168g:**

Admit that document GOOG-DOJ-15431058 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 169.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15432125 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 169a:**

Admit that document GOOG-DOJ-15432125 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 169b:**

Admit that document GOOG-DOJ-15432125 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 169c:**

Admit that document GOOG-DOJ-15432125 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 169d:**

Admit that document GOOG-DOJ-15432125 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 169e:**

Admit that document GOOG-DOJ-15432125 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 169f:**

Admit that document GOOG-DOJ-15432125 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 169g:**

Admit that document GOOG-DOJ-15432125 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 170.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15432545 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 170a:**

Admit that document GOOG-DOJ-15432545 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 170b:**

Admit that document GOOG-DOJ-15432545 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 170c:**

Admit that document GOOG-DOJ-15432545 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 170d:**

Admit that document GOOG-DOJ-15432545 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 170e:**

Admit that document GOOG-DOJ-15432545 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 170f:**

Admit that document GOOG-DOJ-15432545 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 170g:**

Admit that document GOOG-DOJ-15432545 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 171.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15481789 have been satisfied.

**ANSWER:**

258

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 171a:**

Admit that document GOOG-DOJ-15481789 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 171b:**

Admit that document GOOG-DOJ-15481789 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 171c:**

Admit that document GOOG-DOJ-15481789 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 171d:**

Admit that document GOOG-DOJ-15481789 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 171e:**

Admit that document GOOG-DOJ-15481789 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 171f:**

Admit that document GOOG-DOJ-15481789 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 171g:**

Admit that document GOOG-DOJ-15481789 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 172.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15492339 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 172a:**

Admit that document GOOG-DOJ-15492339 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 172b:**

Admit that document GOOG-DOJ-15492339 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 172c:**

Admit that document GOOG-DOJ-15492339 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 172d:**

Admit that document GOOG-DOJ-15492339 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 172e:**

Admit that document GOOG-DOJ-15492339 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 172f:**

Admit that document GOOG-DOJ-15492339 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 172g:**

Admit that document GOOG-DOJ-15492339 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 173.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15559564 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 173a:**

Admit that document GOOG-DOJ-15559564 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 173b:**

Admit that document GOOG-DOJ-15559564 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 173c:**

Admit that document GOOG-DOJ-15559564 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 173d:**

Admit that document GOOG-DOJ-15559564 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 173e:**

Admit that document GOOG-DOJ-15559564 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 173f:**

Admit that document GOOG-DOJ-15559564 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 173g:**

Admit that document GOOG-DOJ-15559564 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 174.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15636582 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 174a:**

Admit that document GOOG-DOJ-15636582 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 174b:**

Admit that document GOOG-DOJ-15636582 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 174c:**

Admit that document GOOG-DOJ-15636582 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 174d:**

Admit that document GOOG-DOJ-15636582 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 174e:**

Admit that document GOOG-DOJ-15636582 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 174f:**

Admit that document GOOG-DOJ-15636582 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 174g:**

Admit that document GOOG-DOJ-15636582 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 175.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15673014 have been satisfied.

**ANSWER:**

264

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 175a:**

Admit that document GOOG-DOJ-15673014 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 175b:**

Admit that document GOOG-DOJ-15673014 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 175c:**

Admit that document GOOG-DOJ-15673014 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 175d:**

Admit that document GOOG-DOJ-15673014 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 175e:**

Admit that document GOOG-DOJ-15673014 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 175f:**

Admit that document GOOG-DOJ-15673014 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 175g:**

Admit that document GOOG-DOJ-15673014 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 176.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15718277 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 176a:**

Admit that document GOOG-DOJ-15718277 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 176b:**

Admit that document GOOG-DOJ-15718277 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 176c:**

Admit that document GOOG-DOJ-15718277 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 176d:**

Admit that document GOOG-DOJ-15718277 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 176e:**

Admit that document GOOG-DOJ-15718277 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 176f:**

Admit that document GOOG-DOJ-15718277 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 176g:**

Admit that document GOOG-DOJ-15718277 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 177.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15718679 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 177a:**

Admit that document GOOG-DOJ-15718679 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 177b:**

Admit that document GOOG-DOJ-15718679 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 177c:**

Admit that document GOOG-DOJ-15718679 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 177d:**

Admit that document GOOG-DOJ-15718679 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 177e:**

Admit that document GOOG-DOJ-15718679 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 177f:**

Admit that document GOOG-DOJ-15718679 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 177g:**

Admit that document GOOG-DOJ-15718679 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 178.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15730905 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 178a:**

Admit that document GOOG-DOJ-15730905 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 178b:**

Admit that document GOOG-DOJ-15730905 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 178c:**

Admit that document GOOG-DOJ-15730905 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 178d:**

Admit that document GOOG-DOJ-15730905 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 178e:**

Admit that document GOOG-DOJ-15730905 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 178f:**

Admit that document GOOG-DOJ-15730905 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 178g:**

Admit that document GOOG-DOJ-15730905 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 179.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15769372 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 179a:**

Admit that document GOOG-DOJ-15769372 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 179b:**

Admit that document GOOG-DOJ-15769372 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 179c:**

Admit that document GOOG-DOJ-15769372 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 179d:**

Admit that document GOOG-DOJ-15769372 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 179e:**

Admit that document GOOG-DOJ-15769372 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 179f:**

Admit that document GOOG-DOJ-15769372 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 179g:**

Admit that document GOOG-DOJ-15769372 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 180.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15776523 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 180a:**

Admit that document GOOG-DOJ-15776523 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 180b:**

Admit that document GOOG-DOJ-15776523 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 180c:**

Admit that document GOOG-DOJ-15776523 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 180d:**

Admit that document GOOG-DOJ-15776523 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 180e:**

Admit that document GOOG-DOJ-15776523 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 180f:**

Admit that document GOOG-DOJ-15776523 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 180g:**

Admit that document GOOG-DOJ-15776523 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 181.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15780699 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 181a:**

Admit that document GOOG-DOJ-15780699 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 181b:**

Admit that document GOOG-DOJ-15780699 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 181c:**

Admit that document GOOG-DOJ-15780699 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 181d:**

Admit that document GOOG-DOJ-15780699 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 181e:**

Admit that document GOOG-DOJ-15780699 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 181f:**

Admit that document GOOG-DOJ-15780699 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 181g:**

Admit that document GOOG-DOJ-15780699 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 182.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15829504 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 182a:**

Admit that document GOOG-DOJ-15829504 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 182b:**

Admit that document GOOG-DOJ-15829504 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 182c:**

Admit that document GOOG-DOJ-15829504 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 182d:**

Admit that document GOOG-DOJ-15829504 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 182e:**

Admit that document GOOG-DOJ-15829504 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 182f:**

Admit that document GOOG-DOJ-15829504 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 182g:**

Admit that document GOOG-DOJ-15829504 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 183.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15830080 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 183a:**

Admit that document GOOG-DOJ-15830080 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 183b:**

Admit that document GOOG-DOJ-15830080 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 183c:**

Admit that document GOOG-DOJ-15830080 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 183d:**

Admit that document GOOG-DOJ-15830080 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 183e:**

Admit that document GOOG-DOJ-15830080 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 183f:**

Admit that document GOOG-DOJ-15830080 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 183g:**

Admit that document GOOG-DOJ-15830080 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 184.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-27799214 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 184a:**

Admit that document GOOG-DOJ-27799214 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 184b:**

Admit that document GOOG-DOJ-27799214 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 184c:**

Admit that document GOOG-DOJ-27799214 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 184d:**

Admit that document GOOG-DOJ-27799214 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 184e:**

Admit that document GOOG-DOJ-27799214 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 184f:**

Admit that document GOOG-DOJ-27799214 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 184g:**

Admit that document GOOG-DOJ-27799214 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 185.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-28501644 have been satisfied.

**ANSWER:**

279

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 185a:**

Admit that document GOOG-DOJ-28501644 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 185b:**

Admit that document GOOG-DOJ-28501644 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 185c:**

Admit that document GOOG-DOJ-28501644 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 185d:**

Admit that document GOOG-DOJ-28501644 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 185e:**

Admit that document GOOG-DOJ-28501644 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 185f:**

Admit that document GOOG-DOJ-28501644 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 185g:**

Admit that document GOOG-DOJ-28501644 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 186.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-29624967 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 186a:**

Admit that document GOOG-DOJ-29624967 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 186b:**

Admit that document GOOG-DOJ-29624967 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 186c:**

Admit that document GOOG-DOJ-29624967 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 186d:**

Admit that document GOOG-DOJ-29624967 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 186e:**

Admit that document GOOG-DOJ-29624967 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 186f:**

Admit that document GOOG-DOJ-29624967 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 186g:**

Admit that document GOOG-DOJ-29624967 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 187.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-29760379 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 187a:**

Admit that document GOOG-DOJ-29760379 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 187b:**

Admit that document GOOG-DOJ-29760379 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 187c:**

Admit that document GOOG-DOJ-29760379 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 187d:**

Admit that document GOOG-DOJ-29760379 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 187e:**

Admit that document GOOG-DOJ-29760379 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 187f:**

Admit that document GOOG-DOJ-29760379 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 187g:**

Admit that document GOOG-DOJ-29760379 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 188.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-32262609 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 188a:**

Admit that document GOOG-DOJ-32262609 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 188b:**

Admit that document GOOG-DOJ-32262609 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 188c:**

Admit that document GOOG-DOJ-32262609 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 188d:**

Admit that document GOOG-DOJ-32262609 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 188e:**

Admit that document GOOG-DOJ-32262609 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 188f:**

Admit that document GOOG-DOJ-32262609 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 188g:**

Admit that document GOOG-DOJ-32262609 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 189.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-32310693 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 189a:**

Admit that document GOOG-DOJ-32310693 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 189b:**

Admit that document GOOG-DOJ-32310693 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 189c:**

Admit that document GOOG-DOJ-32310693 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 189d:**

Admit that document GOOG-DOJ-32310693 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 189e:**

Admit that document GOOG-DOJ-32310693 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 189f:**

Admit that document GOOG-DOJ-32310693 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 189g:**

Admit that document GOOG-DOJ-32310693 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 190.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-32312763 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 190a:**

Admit that document GOOG-DOJ-32312763 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 190b:**

Admit that document GOOG-DOJ-32312763 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 190c:**

Admit that document GOOG-DOJ-32312763 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 190d:**

Admit that document GOOG-DOJ-32312763 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 190e:**

Admit that document GOOG-DOJ-32312763 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 190f:**

Admit that document GOOG-DOJ-32312763 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 190g:**

Admit that document GOOG-DOJ-32312763 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 191.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00060049 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 191a:**

Admit that document GOOG-DOJ-AT-00060049 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 191b:**

Admit that document GOOG-DOJ-AT-00060049 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 191c:**

Admit that document GOOG-DOJ-AT-00060049 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 191d:**

Admit that document GOOG-DOJ-AT-00060049 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 191e:**

Admit that document GOOG-DOJ-AT-00060049 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 191f:**

Admit that document GOOG-DOJ-AT-00060049 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 191g:**

Admit that document GOOG-DOJ-AT-00060049 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 192.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00340120 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 192a:**

Admit that document GOOG-DOJ-AT-00340120 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 192b:**

Admit that document GOOG-DOJ-AT-00340120 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 192c:**

Admit that document GOOG-DOJ-AT-00340120 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 192d:**

Admit that document GOOG-DOJ-AT-00340120 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 192e:**

Admit that document GOOG-DOJ-AT-00340120 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 192f:**

Admit that document GOOG-DOJ-AT-00340120 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 192g:**

Admit that document GOOG-DOJ-AT-00340120 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 193.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00439209 have been satisfied.

**ANSWER:**

291

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 193a:**

Admit that document GOOG-DOJ-AT-00439209 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 193b:**

Admit that document GOOG-DOJ-AT-00439209 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 193c:**

Admit that document GOOG-DOJ-AT-00439209 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 193d:**

Admit that document GOOG-DOJ-AT-00439209 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 193e:**

Admit that document GOOG-DOJ-AT-00439209 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 193f:**

Admit that document GOOG-DOJ-AT-00439209 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 193g:**

Admit that document GOOG-DOJ-AT-00439209 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 194.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00494212 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 194a:**

Admit that document GOOG-DOJ-AT-00494212 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 194b:**

Admit that document GOOG-DOJ-AT-00494212 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 194c:**

Admit that document GOOG-DOJ-AT-00494212 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 194d:**

Admit that document GOOG-DOJ-AT-00494212 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 194e:**

Admit that document GOOG-DOJ-AT-00494212 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 194f:**

Admit that document GOOG-DOJ-AT-00494212 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 194g:**

Admit that document GOOG-DOJ-AT-00494212 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 195.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00573479 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 195a:**

Admit that document GOOG-DOJ-AT-00573479 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 195b:**

Admit that document GOOG-DOJ-AT-00573479 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 195c:**

Admit that document GOOG-DOJ-AT-00573479 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 195d:**

Admit that document GOOG-DOJ-AT-00573479 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 195e:**

Admit that document GOOG-DOJ-AT-00573479 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 195f:**

Admit that document GOOG-DOJ-AT-00573479 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 195g:**

Admit that document GOOG-DOJ-AT-00573479 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 196.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00584259 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 196a:**

Admit that document GOOG-DOJ-AT-00584259 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 196b:**

Admit that document GOOG-DOJ-AT-00584259 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 196c:**

Admit that document GOOG-DOJ-AT-00584259 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 196d:**

Admit that document GOOG-DOJ-AT-00584259 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 196e:**

Admit that document GOOG-DOJ-AT-00584259 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 196f:**

Admit that document GOOG-DOJ-AT-00584259 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 196g:**

Admit that document GOOG-DOJ-AT-00584259 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 197.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00602190 have been satisfied.

**ANSWER:**

297

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 197a:**

Admit that document GOOG-DOJ-AT-00602190 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 197b:**

Admit that document GOOG-DOJ-AT-00602190 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 197c:**

Admit that document GOOG-DOJ-AT-00602190 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 197d:**

Admit that document GOOG-DOJ-AT-00602190 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 197e:**

Admit that document GOOG-DOJ-AT-00602190 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 197f:**

Admit that document GOOG-DOJ-AT-00602190 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 197g:**

Admit that document GOOG-DOJ-AT-00602190 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 198.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00646436 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 198a:**

Admit that document GOOG-DOJ-AT-00646436 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 198b:**

Admit that document GOOG-DOJ-AT-00646436 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 198c:**

Admit that document GOOG-DOJ-AT-00646436 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 198d:**

Admit that document GOOG-DOJ-AT-00646436 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 198e:**

Admit that document GOOG-DOJ-AT-00646436 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 198f:**

Admit that document GOOG-DOJ-AT-00646436 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 198g:**

Admit that document GOOG-DOJ-AT-00646436 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 199.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00788537 have been satisfied.

**ANSWER:**

300

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 199a:**

Admit that document GOOG-DOJ-AT-00788537 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 199b:**

Admit that document GOOG-DOJ-AT-00788537 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 199c:**

Admit that document GOOG-DOJ-AT-00788537 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 199d:**

Admit that document GOOG-DOJ-AT-00788537 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 199e:**

Admit that document GOOG-DOJ-AT-00788537 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 199f:**

Admit that document GOOG-DOJ-AT-00788537 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 199g:**

Admit that document GOOG-DOJ-AT-00788537 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 200.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-01078237 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 200a:**

Admit that document GOOG-DOJ-AT-01078237 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 200b:**

Admit that document GOOG-DOJ-AT-01078237 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 200c:**

Admit that document GOOG-DOJ-AT-01078237 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 200d:**

Admit that document GOOG-DOJ-AT-01078237 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 200e:**

Admit that document GOOG-DOJ-AT-01078237 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 200f:**

Admit that document GOOG-DOJ-AT-01078237 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 200g:**

Admit that document GOOG-DOJ-AT-01078237 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 201.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-01363996 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 201a:**

Admit that document GOOG-DOJ-AT-01363996 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 201b:**

Admit that document GOOG-DOJ-AT-01363996 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 201c:**

Admit that document GOOG-DOJ-AT-01363996 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 201d:**

Admit that document GOOG-DOJ-AT-01363996 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 201e:**

Admit that document GOOG-DOJ-AT-01363996 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 201f:**

Admit that document GOOG-DOJ-AT-01363996 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 201g:**

Admit that document GOOG-DOJ-AT-01363996 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 202.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-01565600 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 202a:**

Admit that document GOOG-DOJ-AT-01565600 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 202b:**

Admit that document GOOG-DOJ-AT-01565600 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 202c:**

Admit that document GOOG-DOJ-AT-01565600 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 202d:**

Admit that document GOOG-DOJ-AT-01565600 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 202e:**

Admit that document GOOG-DOJ-AT-01565600 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 202f:**

Admit that document GOOG-DOJ-AT-01565600 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 202g:**

Admit that document GOOG-DOJ-AT-01565600 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 203.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-01812898 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 203a:**

Admit that document GOOG-DOJ-AT-01812898 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 203b:**

Admit that document GOOG-DOJ-AT-01812898 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 203c:**

Admit that document GOOG-DOJ-AT-01812898 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 203d:**

Admit that document GOOG-DOJ-AT-01812898 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 203e:**

Admit that document GOOG-DOJ-AT-01812898 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 203f:**

Admit that document GOOG-DOJ-AT-01812898 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 203g:**

Admit that document GOOG-DOJ-AT-01812898 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 204.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-01899377 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 204a:**

Admit that document GOOG-DOJ-AT-01899377 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 204b:**

Admit that document GOOG-DOJ-AT-01899377 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 204c:**

Admit that document GOOG-DOJ-AT-01899377 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 204d:**

Admit that document GOOG-DOJ-AT-01899377 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 204e:**

Admit that document GOOG-DOJ-AT-01899377 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 204f:**

Admit that document GOOG-DOJ-AT-01899377 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 204g:**

Admit that document GOOG-DOJ-AT-01899377 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 205.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-01902619 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 205a:**

Admit that document GOOG-DOJ-AT-01902619 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 205b:**

Admit that document GOOG-DOJ-AT-01902619 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 205c:**

Admit that document GOOG-DOJ-AT-01902619 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 205d:**

Admit that document GOOG-DOJ-AT-01902619 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 205e:**

Admit that document GOOG-DOJ-AT-01902619 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 205f:**

Admit that document GOOG-DOJ-AT-01902619 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 205g:**

Admit that document GOOG-DOJ-AT-01902619 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 206.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-01908449 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 206a:**

Admit that document GOOG-DOJ-AT-01908449 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 206b:**

Admit that document GOOG-DOJ-AT-01908449 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 206c:**

311

Admit that document GOOG-DOJ-AT-01908449 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 206d:**

Admit that document GOOG-DOJ-AT-01908449 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 206e:**

Admit that document GOOG-DOJ-AT-01908449 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 206f:**

Admit that document GOOG-DOJ-AT-01908449 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 206g:**

Admit that document GOOG-DOJ-AT-01908449 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 207.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-02084261 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 207a:**

Admit that document GOOG-DOJ-AT-02084261 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 207b:**

Admit that document GOOG-DOJ-AT-02084261 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 207c:**

Admit that document GOOG-DOJ-AT-02084261 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 207d:**

Admit that document GOOG-DOJ-AT-02084261 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 207e:**

Admit that document GOOG-DOJ-AT-02084261 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 207f:**

Admit that document GOOG-DOJ-AT-02084261 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 207g:**

Admit that document GOOG-DOJ-AT-02084261 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 208.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-02218162 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 208a:**

Admit that document GOOG-DOJ-AT-02218162 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 208b:**

Admit that document GOOG-DOJ-AT-02218162 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 208c:**

Admit that document GOOG-DOJ-AT-02218162 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 208d:**

Admit that document GOOG-DOJ-AT-02218162 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 208e:**

Admit that document GOOG-DOJ-AT-02218162 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 208f:**

Admit that document GOOG-DOJ-AT-02218162 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 208g:**

Admit that document GOOG-DOJ-AT-02218162 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 209.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-02325942 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 209a:**

Admit that document GOOG-DOJ-AT-02325942 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 209b:**

Admit that document GOOG-DOJ-AT-02325942 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 209c:**

Admit that document GOOG-DOJ-AT-02325942 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 209d:**

Admit that document GOOG-DOJ-AT-02325942 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 209e:**

Admit that document GOOG-DOJ-AT-02325942 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 209f:**

Admit that document GOOG-DOJ-AT-02325942 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 209g:**

Admit that document GOOG-DOJ-AT-02325942 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 210.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-02425801 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 210a:**

Admit that document GOOG-DOJ-AT-02425801 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 210b:**

Admit that document GOOG-DOJ-AT-02425801 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 210c:**

Admit that document GOOG-DOJ-AT-02425801 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 210d:**

Admit that document GOOG-DOJ-AT-02425801 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 210e:**

Admit that document GOOG-DOJ-AT-02425801 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 210f:**

Admit that document GOOG-DOJ-AT-02425801 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 210g:**

Admit that document GOOG-DOJ-AT-02425801 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 211.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-02480338 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 211a:**

Admit that document GOOG-DOJ-AT-02480338 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 211b:**

Admit that document GOOG-DOJ-AT-02480338 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 211c:**

Admit that document GOOG-DOJ-AT-02480338 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 211d:**

Admit that document GOOG-DOJ-AT-02480338 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 211e:**

Admit that document GOOG-DOJ-AT-02480338 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 211f:**

Admit that document GOOG-DOJ-AT-02480338 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 211g:**

Admit that document GOOG-DOJ-AT-02480338 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 212.:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-02512856 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 212a:**

Admit that document GOOG-DOJ-AT-02512856 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 212b:**

Admit that document GOOG-DOJ-AT-02512856 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 212c:**

Admit that document GOOG-DOJ-AT-02512856 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 212d:**

Admit that document GOOG-DOJ-AT-02512856 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 212e:**

Admit that document GOOG-DOJ-AT-02512856 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 212f:**

Admit that document GOOG-DOJ-AT-02512856 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 212g:**

Admit that document GOOG-DOJ-AT-02512856 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 213.:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00117939 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 213a:**

Admit that document GOOG-TEX-00117939 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 213b:**

Admit that document GOOG-TEX-00117939 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 213c:**

Admit that document GOOG-TEX-00117939 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 213d:**

Admit that document GOOG-TEX-00117939 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 213e:**

Admit that document GOOG-TEX-00117939 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 213f:**

Admit that document GOOG-TEX-00117939 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 213g:**

Admit that document GOOG-TEX-00117939 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 214.:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00119553 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 214a:**

Admit that document GOOG-TEX-00119553 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 214b:**

Admit that document GOOG-TEX-00119553 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 214c:**

Admit that document GOOG-TEX-00119553 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 214d:**

Admit that document GOOG-TEX-00119553 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 214e:**

Admit that document GOOG-TEX-00119553 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 214f:**

Admit that document GOOG-TEX-00119553 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 214g:**

Admit that document GOOG-TEX-00119553 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 215.:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00122254 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 215a:**

Admit that document GOOG-TEX-00122254 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 215b:**

Admit that document GOOG-TEX-00122254 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 215c:**

Admit that document GOOG-TEX-00122254 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 215d:**

Admit that document GOOG-TEX-00122254 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 215e:**

Admit that document GOOG-TEX-00122254 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 215f:**

Admit that document GOOG-TEX-00122254 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 215g:**

Admit that document GOOG-TEX-00122254 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 216.:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00339309 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 216a:**

Admit that document GOOG-TEX-00339309 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 216b:**

Admit that document GOOG-TEX-00339309 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 216c:**

Admit that document GOOG-TEX-00339309 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 216d:**

Admit that document GOOG-TEX-00339309 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 216e:**

Admit that document GOOG-TEX-00339309 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 216f:**

Admit that document GOOG-TEX-00339309 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 216g:**

Admit that document GOOG-TEX-00339309 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 217.:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00446533 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 217a:**

Admit that document GOOG-TEX-00446533 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 217b:**

Admit that document GOOG-TEX-00446533 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 217c:**

Admit that document GOOG-TEX-00446533 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 217d:**

Admit that document GOOG-TEX-00446533 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 217e:**

Admit that document GOOG-TEX-00446533 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 217f:**

Admit that document GOOG-TEX-00446533 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 217g:**

Admit that document GOOG-TEX-00446533 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 218.:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00539436 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 218a:**

Admit that document GOOG-TEX-00539436 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 218b:**

Admit that document GOOG-TEX-00539436 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 218c:**

Admit that document GOOG-TEX-00539436 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 218d:**

Admit that document GOOG-TEX-00539436 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 218e:**

Admit that document GOOG-TEX-00539436 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 218f:**

Admit that document GOOG-TEX-00539436 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 218g:**

Admit that document GOOG-TEX-00539436 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 219.:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00736931 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 219a:**

Admit that document GOOG-TEX-00736931 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 219b:**

Admit that document GOOG-TEX-00736931 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 219c:**

Admit that document GOOG-TEX-00736931 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 219d:**

Admit that document GOOG-TEX-00736931 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 219e:**

Admit that document GOOG-TEX-00736931 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 219f:**

Admit that document GOOG-TEX-00736931 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 219g:**

Admit that document GOOG-TEX-00736931 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 220.:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00774747 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 220a:**

Admit that document GOOG-TEX-00774747 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 220b:**

Admit that document GOOG-TEX-00774747 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 220c:**

Admit that document GOOG-TEX-00774747 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 220d:**

Admit that document GOOG-TEX-00774747 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 220e:**

Admit that document GOOG-TEX-00774747 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 220f:**

Admit that document GOOG-TEX-00774747 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 220g:**

Admit that document GOOG-TEX-00774747 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 221.:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00858434 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 221a:**

Admit that document GOOG-TEX-00858434 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 221b:**

Admit that document GOOG-TEX-00858434 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 221c:**

Admit that document GOOG-TEX-00858434 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 221d:**

Admit that document GOOG-TEX-00858434 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 221e:**

Admit that document GOOG-TEX-00858434 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 221f:**

Admit that document GOOG-TEX-00858434 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 221g:**

Admit that document GOOG-TEX-00858434 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 222.:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00913710 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 222a:**

Admit that document GOOG-TEX-00913710 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 222b:**

Admit that document GOOG-TEX-00913710 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 222c:**

Admit that document GOOG-TEX-00913710 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 222d:**

Admit that document GOOG-TEX-00913710 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 222e:**

Admit that document GOOG-TEX-00913710 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 222f:**

Admit that document GOOG-TEX-00913710 was kept by Google in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 222g:**

Admit that document GOOG-TEX-00913710 was made by an agent or employee of Google on a matter within the scope of that relationship and while it existed.

**ANSWER:**

Dated: May 8, 2024

*/s/ Philip C. Korologos*

David Boies
dboies@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

*Lead Counsel for the Publisher Class*

Philip C. Korologos
pkorologos@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300

Mark C. Mao
mmao@bsfllp.com
Sean P. Rodriguez
srodriguez@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6820

Sabria A. McElroy
smcelroy@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 377-4216

George A. Zelcs
gzelcs@koreintillery.com
Randall P. Ewing
rewing@koreintillery.com
Marc A. Wallenstein
mwallenstein@koreintillery.com
Ryan A. Cortazar
rcortazar@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Fax: (312) 641-9751

Christopher M. Burke
cburke@koreintillery.com
Walter W. Noss
wnoss@koreintillery.com
Yifan (Kate) Lv
klv@koreintillery.com
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA  92101
Telephone: (619) 625-5621
Fax: (314) 241-3525

Stephen M. Tillery
stillery@koreintillery.com
Michael E. Klenov
mklenov@koreintillery.com
Carol L. O'Keefe
cokeefe@koreintillery.com
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Fax: (314) 241-3525

Eric L. Cramer
ecramer@bm.net
Michael C. Dell'Angelo
mdellangelo@bm.net
Caitlin G. Coslett
ccoslett@bm.net
Patrick F. Madden
pmadden@bm.net
**BERGER MONTAGUE PC**
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000

Robert E. Litan
rlitan@bm.net
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Telephone: (202) 559-9745

*Interim Co-Lead Counsel for the Publisher Class*

## CERTIFICATE OF SERVICE

I, Philip C. Korologos, hereby certify that on May 8, 2024, I caused a copy of Named

Publisher Plaintiffs' First Set of Requests for Admission to Defendants Google LLC, Alphabet,

Inc., and YouTube, LLC to be served via email on counsel for Defendants:

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Eric Mahr
Justina Sessions
Julie Elmer
Andrew J. Ewalt
Jan Rybnicek
Lauren Kaplin
Robert J. McCallum
700 13th Street NW, 10th Floor
Washington, DC 20005
(202) 777-4500
eric.mahr@freshfields.com
julie.elmer@freshfields.com
andrew.ewalt@freshfields.com
jan.rybnicek@freshfields.com
lauren.kaplin@freshfields.com
rob.mccallum@freshfields.com
justina.sessions@freshfields.com

**AXINN VELTROP & HARKRIDER LLP**
John Harkrider
Daniel Bitton
Bradley Justus
David Pearl
114 West 47th Street
New York, NY 10036
(212) 728-2200
jharkrider@axinn.com
dbitton@axinn.com
bjustus@axinn.com
dpearl@axinn.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC*

*/s/ Philip C. Korologos*
Philip C. Korologos