# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| _____ | : | |
| IN RE GOOGLE DIGITAL ADVERTISING | : | |
| ANTITRUST LITIGATION | : | Case No. 1:21-md-3010 (PKC) |
| | : | |
| | : | |
| _____ | : | |
| | : | |
| *This Document relates to:* | : | |
| | : | |
| | : | |
| IN RE GOOGLE DIGITAL PUBLISHER | : | Case No. 1:21-cv-7034 (PKC) |
| LITIGATION | : | |
| | : | |
| _____ | : | |

### NAMED PUBLISHER PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION TO DEFENDANTS GOOGLE LLC, ALPHABET, INC. AND YOUTUBE, LLC

Pursuant to Federal Rule of Civil Procedure 36, Plaintiffs in the above-captioned matter, by their counsel, hereby serve this Second Set of Requests for Admission ("Requests") upon Defendants Google LLC, Alphabet, Inc. and YouTube, LLC ("Defendants") and request that Defendants answer each, under oath, within thirty (30) days.

Please note that the matters set forth herein will be deemed admitted unless within thirty (30) days of service of these Requests, Defendants serve upon Plaintiffs' Counsel written answers or objections addressed to the matter and signed by Defendants or their attorneys.

### DEFINITIONS

The definitions and rules of construction set forth in Rule 34 of the Federal Rules of Civil Procedure ("Federal Rules") and Rule 26.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York ("Local Rules")–including, but not limited to, the definitions of "Documents" and "Person"–are hereby incorporated and

apply to these Requests. These definitions apply throughout these Requests without regard to capitalization. Plaintiffs reserve the right to deliver and serve additional Requests. In addition, as used in these Requests, the words set forth below shall be defined as follows:

1.      "You," "Your," "Alphabet," or "Google" shall mean Defendants Google LLC, Alphabet Inc., and YouTube, LLC and their past and present officers, employees, agents and representatives, parents and predecessors, divisions, subsidiaries, affiliates, partnerships and joint ventures. The terms subsidiary, affiliate, and joint venture refer to any firm in which there is total or partial ownership of twenty-five percent or more or total or partial control between the company and any other person or entity.

2.      To bring within the scope of these Requests all information that might otherwise be construed to be outside of their scope, the following rules of construction apply: (i) the singular includes the plural and vice versa; (ii) the masculine, feminine, or neuter pronoun does not exclude other genders; (iii) the connectives "and" and "or" should be read either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope; (iv) the terms "any," "all," and "each" should be read to mean any and all; (v) the word "including" should be read to mean including, without limitation; (vi) the present tense should be construed to include the past tense and vice versa; (vii) references to employees, officers, directors, or agents include both current and former employees, officers, directors, and agents; and (viii) defined terms should be given their broadest meaning regardless of whether they are capitalized in these Requests.

## **INSTRUCTIONS**

1.      Unless otherwise specified, the information requested by this set of Requests shall include information within the knowledge or possession of any of Your agents,

employees, attorneys, investigators, or any other Persons, firms, or entities directly or indirectly subject to Your control in any way whatsoever.

2.      Each Request shall be answered in its entirety. If any Request or subsection thereof cannot be answered in full, it shall be answered to the fullest extent possible with an explanation as to why a complete answer is not provided.

3.      Separate and complete responses (or, as the case may be, separate objections) are required for each Request or subpart thereof.

4.      Unless otherwise instructed or clear from the context of the Request, these Requests seek responsive information concerning the period from January 1, 2007 to Present. Plaintiffs reserve the right to expand the time frame of these and any future Requests should the Court in this Action determine that the relevant time period for discovery exceeds the scope set forth herein.

5.      If a claim of privilege is asserted in objecting to any Request or subpart thereof, and a full response is not provided on the basis of such assertions, you are directed to comply with all applicable rules, statutes and provisions regarding such Requests, including, but not limited to Fed. R. Civ. P. 26(b)(5) relating to, among other things, the identification, protection, and disclosure of the existence of such information.  You are further directed to respond to any part of the request for admission which is not objectionable and furnish a statement of the claim of privilege and all facts relied upon in support thereof in the form of a log.

6.      If you find the meaning of any term in any request for admission is unclear, without wavier of Plaintiffs' right to seek a full and compliant response to the request for admission, you shall assume a reasonable meaning, state what the assumed meaning is, and respond to the request for admission according to the assumed meaning.

7.      These Requests are continuing in nature and require supplemental or additional responses in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

## <u>REQUESTS FOR ADMISSION</u>

### <u>REQUEST FOR ADMISSION NO. 223:</u>

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-000888797 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

### **REQUEST FOR ADMISSION 223a:**

Admit that document GOOG-AT-MDL-000888797 is a true and authentic copy of a genuine original document.

**ANSWER:**


### **REQUEST FOR ADMISSION 223b:**

Admit that document GOOG-AT-MDL-000888797 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


### **REQUEST FOR ADMISSION 223c:**

Admit that document GOOG-AT-MDL-000888797 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


### **REQUEST FOR ADMISSION 223d:**

Admit that document GOOG-AT-MDL-000888797 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 223e:**

Admit that document GOOG-AT-MDL-000888797 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 223f:**

Admit that document GOOG-AT-MDL-000888797 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 223g:**

Admit that document GOOG-AT-MDL-000888797 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 224:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-000969513 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 224a:**

Admit that document GOOG-AT-MDL-000969513 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 224b:**

Admit that document GOOG-AT-MDL-000969513 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 224c:**

Admit that document GOOG-AT-MDL-000969513 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 224d:**

Admit that document GOOG-AT-MDL-000969513 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 224e:**

Admit that document GOOG-AT-MDL-000969513 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 224f:**

Admit that document GOOG-AT-MDL-000969513 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 224g:**

Admit that document GOOG-AT-MDL-000969513 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 225:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001045369 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 225a:**

Admit that document GOOG-AT-MDL-001045369 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 225b:**

Admit that document GOOG-AT-MDL-001045369 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 225c:**

Admit that document GOOG-AT-MDL-001045369 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 225d:**

Admit that document GOOG-AT-MDL-001045369 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 225e:**

Admit that document GOOG-AT-MDL-001045369 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 225f:**

Admit that document GOOG-AT-MDL-001045369 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 225g:**

Admit that document GOOG-AT-MDL-001045369 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 226:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001056641 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 226a:**

Admit that document GOOG-AT-MDL-001056641 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 226b:**

Admit that document GOOG-AT-MDL-001056641 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 226c:**

Admit that document GOOG-AT-MDL-001056641 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 226d:**

Admit that document GOOG-AT-MDL-001056641 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 226e:**

Admit that document GOOG-AT-MDL-001056641 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 226f:**

Admit that document GOOG-AT-MDL-001056641 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 226g:**

Admit that document GOOG-AT-MDL-001056641 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 227:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001078440 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 227a:**

Admit that document GOOG-AT-MDL-001078440 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 227b:**

Admit that document GOOG-AT-MDL-001078440 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 227c:**

Admit that document GOOG-AT-MDL-001078440 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 227d:**

Admit that document GOOG-AT-MDL-001078440 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 227e:**

Admit that document GOOG-AT-MDL-001078440 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 227f:**

Admit that document GOOG-AT-MDL-001078440 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 227g:**

Admit that document GOOG-AT-MDL-001078440 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 228:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001078448 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 228a:**

Admit that document GOOG-AT-MDL-001078448 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 228b:**

Admit that document GOOG-AT-MDL-001078448 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 228c:**

Admit that document GOOG-AT-MDL-001078448 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 228d:**

Admit that document GOOG-AT-MDL-001078448 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 228e:**

Admit that document GOOG-AT-MDL-001078448 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 228f:**

Admit that document GOOG-AT-MDL-001078448 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 228g:**

Admit that document GOOG-AT-MDL-001078448 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 229:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001275611 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 229a:**

Admit that document GOOG-AT-MDL-001275611 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 229b:**

Admit that document GOOG-AT-MDL-001275611 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 229c:**

Admit that document GOOG-AT-MDL-001275611 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 229d:**

Admit that document GOOG-AT-MDL-001275611 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 229e:**

Admit that document GOOG-AT-MDL-001275611 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 229f:**

Admit that document GOOG-AT-MDL-001275611 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 229g:**

Admit that document GOOG-AT-MDL-001275611 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 230:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001279414 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 230a:**

Admit that document GOOG-AT-MDL-001279414 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 230b:**

Admit that document GOOG-AT-MDL-001279414 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 230c:**

Admit that document GOOG-AT-MDL-001279414 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 230d:**

Admit that document GOOG-AT-MDL-001279414 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 230e:**

Admit that document GOOG-AT-MDL-001279414 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 230f:**

Admit that document GOOG-AT-MDL-001279414 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 230g:**

Admit that document GOOG-AT-MDL-001279414 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 231:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001391639 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

14

**REQUEST FOR ADMISSION 231a:**

Admit that document GOOG-AT-MDL-001391639 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 231b:**

Admit that document GOOG-AT-MDL-001391639 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 231c:**

Admit that document GOOG-AT-MDL-001391639 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 231d:**

Admit that document GOOG-AT-MDL-001391639 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 231e:**

Admit that document GOOG-AT-MDL-001391639 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 231f:**

Admit that document GOOG-AT-MDL-001391639 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 231g:**

Admit that document GOOG-AT-MDL-001391639 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 232:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001393224 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 232a:**

Admit that document GOOG-AT-MDL-001393224 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 232b:**

Admit that document GOOG-AT-MDL-001393224 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 232c:**

Admit that document GOOG-AT-MDL-001393224 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 232d:**

Admit that document GOOG-AT-MDL-001393224 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 232e:**

Admit that document GOOG-AT-MDL-001393224 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 232f:**

Admit that document GOOG-AT-MDL-001393224 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 232g:**

Admit that document GOOG-AT-MDL-001393224 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 233:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001401872 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 233a:**

Admit that document GOOG-AT-MDL-001401872 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 233b:**

Admit that document GOOG-AT-MDL-001401872 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 233c:**

Admit that document GOOG-AT-MDL-001401872 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 233d:**

Admit that document GOOG-AT-MDL-001401872 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 233e:**

Admit that document GOOG-AT-MDL-001401872 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 233f:**

Admit that document GOOG-AT-MDL-001401872 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 233g:**

Admit that document GOOG-AT-MDL-001401872 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 234:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001427983 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 234a:**

Admit that document GOOG-AT-MDL-001427983 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 234b:**

Admit that document GOOG-AT-MDL-001427983 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 234c:**

Admit that document GOOG-AT-MDL-001427983 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 234d:**

Admit that document GOOG-AT-MDL-001427983 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 234e:**

Admit that document GOOG-AT-MDL-001427983 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 234f:**

Admit that document GOOG-AT-MDL-001427983 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 234g:**

Admit that document GOOG-AT-MDL-001427983 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 235:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001456516 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 235a:**

Admit that document GOOG-AT-MDL-001456516 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 235b:**

Admit that document GOOG-AT-MDL-001456516 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 235c:**

Admit that document GOOG-AT-MDL-001456516 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 235d:**

Admit that document GOOG-AT-MDL-001456516 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 235e:**

Admit that document GOOG-AT-MDL-001456516 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 235f:**

Admit that document GOOG-AT-MDL-001456516 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 235g:**

Admit that document GOOG-AT-MDL-001456516 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 236:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001793318 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 236a:**

Admit that document GOOG-AT-MDL-001793318 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 236b:**

Admit that document GOOG-AT-MDL-001793318 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 236c:**

Admit that document GOOG-AT-MDL-001793318 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 236d:**

Admit that document GOOG-AT-MDL-001793318 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 236e:**

Admit that document GOOG-AT-MDL-001793318 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 236f:**

Admit that document GOOG-AT-MDL-001793318 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 236g:**

Admit that document GOOG-AT-MDL-001793318 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 237:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-001937115 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 237a:**

Admit that document GOOG-AT-MDL-001937115 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 237b:**

Admit that document GOOG-AT-MDL-001937115 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 237c:**

Admit that document GOOG-AT-MDL-001937115 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 237d:**

Admit that document GOOG-AT-MDL-001937115 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 237e:**

Admit that document GOOG-AT-MDL-001937115 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 237f:**

Admit that document GOOG-AT-MDL-001937115 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 237g:**

Admit that document GOOG-AT-MDL-001937115 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 238:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-002107176 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 238a:**

Admit that document GOOG-AT-MDL-002107176 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 238b:**

Admit that document GOOG-AT-MDL-002107176 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 238c:**

Admit that document GOOG-AT-MDL-002107176 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 238d:**

Admit that document GOOG-AT-MDL-002107176 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 238e:**

Admit that document GOOG-AT-MDL-002107176 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 238f:**

Admit that document GOOG-AT-MDL-002107176 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 238g:**

Admit that document GOOG-AT-MDL-002107176 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 239:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-002112607 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 239a:**

Admit that document GOOG-AT-MDL-002112607 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 239b:**

Admit that document GOOG-AT-MDL-002112607 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 239c:**

Admit that document GOOG-AT-MDL-002112607 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 239d:**

Admit that document GOOG-AT-MDL-002112607 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 239e:**

Admit that document GOOG-AT-MDL-002112607 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 239f:**

Admit that document GOOG-AT-MDL-002112607 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 239g:**

Admit that document GOOG-AT-MDL-002112607 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 240:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-002252933 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

26

**REQUEST FOR ADMISSION 240a:**

Admit that document GOOG-AT-MDL-002252933 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 240b:**

Admit that document GOOG-AT-MDL-002252933 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 240c:**

Admit that document GOOG-AT-MDL-002252933 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 240d:**

Admit that document GOOG-AT-MDL-002252933 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 240e:**

Admit that document GOOG-AT-MDL-002252933 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 240f:**

Admit that document GOOG-AT-MDL-002252933 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 240g:**

Admit that document GOOG-AT-MDL-002252933 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 241:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-002295032 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 241a:**

Admit that document GOOG-AT-MDL-002295032 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 241b:**

Admit that document GOOG-AT-MDL-002295032 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 241c:**

Admit that document GOOG-AT-MDL-002295032 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 241d:**

Admit that document GOOG-AT-MDL-002295032 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 241e:**

Admit that document GOOG-AT-MDL-002295032 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 241f:**

Admit that document GOOG-AT-MDL-002295032 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 241g:**

Admit that document GOOG-AT-MDL-002295032 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 242:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-002315337 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 242a:**

Admit that document GOOG-AT-MDL-002315337 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 242b:**

Admit that document GOOG-AT-MDL-002315337 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 242c:**

Admit that document GOOG-AT-MDL-002315337 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 242d:**

Admit that document GOOG-AT-MDL-002315337 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 242e:**

Admit that document GOOG-AT-MDL-002315337 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 242f:**

Admit that document GOOG-AT-MDL-002315337 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 242g:**

Admit that document GOOG-AT-MDL-002315337 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 243:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-002395723 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 243a:**

Admit that document GOOG-AT-MDL-002395723 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 243b:**

Admit that document GOOG-AT-MDL-002395723 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 243c:**

Admit that document GOOG-AT-MDL-002395723 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 243d:**

Admit that document GOOG-AT-MDL-002395723 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 243e:**

Admit that document GOOG-AT-MDL-002395723 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 243f:**

Admit that document GOOG-AT-MDL-002395723 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 243g:**

Admit that document GOOG-AT-MDL-002395723 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 244:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-002449187 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 244a:**

Admit that document GOOG-AT-MDL-002449187 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 244b:**

Admit that document GOOG-AT-MDL-002449187 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 244c:**

Admit that document GOOG-AT-MDL-002449187 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 244d:**

Admit that document GOOG-AT-MDL-002449187 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 244e:**

Admit that document GOOG-AT-MDL-002449187 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 244f:**

Admit that document GOOG-AT-MDL-002449187 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 244g:**

Admit that document GOOG-AT-MDL-002449187 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 245:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-002454727 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 245a:**

Admit that document GOOG-AT-MDL-002454727 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 245b:**

Admit that document GOOG-AT-MDL-002454727 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 245c:**

Admit that document GOOG-AT-MDL-002454727 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 245d:**

Admit that document GOOG-AT-MDL-002454727 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 245e:**

Admit that document GOOG-AT-MDL-002454727 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 245f:**

Admit that document GOOG-AT-MDL-002454727 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 245g:**

Admit that document GOOG-AT-MDL-002454727 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 246:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-002468416 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 246a:**

Admit that document GOOG-AT-MDL-002468416 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 246b:**

Admit that document GOOG-AT-MDL-002468416 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 246c:**

Admit that document GOOG-AT-MDL-002468416 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 246d:**

Admit that document GOOG-AT-MDL-002468416 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 246e:**

Admit that document GOOG-AT-MDL-002468416 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 246f:**

Admit that document GOOG-AT-MDL-002468416 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 246g:**

Admit that document GOOG-AT-MDL-002468416 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 247:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-003226347 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 247a:**

Admit that document GOOG-AT-MDL-003226347 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 247b:**

Admit that document GOOG-AT-MDL-003226347 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 247c:**

Admit that document GOOG-AT-MDL-003226347 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 247d:**

Admit that document GOOG-AT-MDL-003226347 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 247e:**

Admit that document GOOG-AT-MDL-003226347 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 247f:**

Admit that document GOOG-AT-MDL-003226347 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 247g:**

Admit that document GOOG-AT-MDL-003226347 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 248:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-003600711 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 248a:**

Admit that document GOOG-AT-MDL-003600711 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 248b:**

Admit that document GOOG-AT-MDL-003600711 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 248c:**

Admit that document GOOG-AT-MDL-003600711 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 248d:**

Admit that document GOOG-AT-MDL-003600711 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 248e:**

Admit that document GOOG-AT-MDL-003600711 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 248f:**

Admit that document GOOG-AT-MDL-003600711 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 248g:**

Admit that document GOOG-AT-MDL-003600711 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 249:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-003607133 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 249a:**

Admit that document GOOG-AT-MDL-003607133 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 249b:**

Admit that document GOOG-AT-MDL-003607133 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 249c:**

Admit that document GOOG-AT-MDL-003607133 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 249d:**

Admit that document GOOG-AT-MDL-003607133 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 249e:**

Admit that document GOOG-AT-MDL-003607133 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 249f:**

Admit that document GOOG-AT-MDL-003607133 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 249g:**

Admit that document GOOG-AT-MDL-003607133 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 250:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004216976 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 250a:**

Admit that document GOOG-AT-MDL-004216976 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 250b:**

Admit that document GOOG-AT-MDL-004216976 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 250c:**

Admit that document GOOG-AT-MDL-004216976 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 250d:**

Admit that document GOOG-AT-MDL-004216976 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 250e:**

Admit that document GOOG-AT-MDL-004216976 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 250f:**

Admit that document GOOG-AT-MDL-004216976 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 250g:**

Admit that document GOOG-AT-MDL-004216976 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 251:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004233357 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 251a:**

Admit that document GOOG-AT-MDL-004233357 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 251b:**

Admit that document GOOG-AT-MDL-004233357 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 251c:**

Admit that document GOOG-AT-MDL-004233357 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 251d:**

Admit that document GOOG-AT-MDL-004233357 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 251e:**

Admit that document GOOG-AT-MDL-004233357 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 251f:**

Admit that document GOOG-AT-MDL-004233357 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 251g:**

Admit that document GOOG-AT-MDL-004233357 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 252:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004248075 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

42

**REQUEST FOR ADMISSION 252a:**

Admit that document GOOG-AT-MDL-004248075 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 252b:**

Admit that document GOOG-AT-MDL-004248075 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 252c:**

Admit that document GOOG-AT-MDL-004248075 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 252d:**

Admit that document GOOG-AT-MDL-004248075 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 252e:**

Admit that document GOOG-AT-MDL-004248075 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 252f:**

Admit that document GOOG-AT-MDL-004248075 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 252g:**

Admit that document GOOG-AT-MDL-004248075 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 253:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004284828 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 253a:**

Admit that document GOOG-AT-MDL-004284828 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 253b:**

Admit that document GOOG-AT-MDL-004284828 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 253c:**

Admit that document GOOG-AT-MDL-004284828 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 253d:**

Admit that document GOOG-AT-MDL-004284828 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 253e:**

Admit that document GOOG-AT-MDL-004284828 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 253f:**

Admit that document GOOG-AT-MDL-004284828 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 253g:**

Admit that document GOOG-AT-MDL-004284828 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 254:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004300268 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 254a:**

Admit that document GOOG-AT-MDL-004300268 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 254b:**

Admit that document GOOG-AT-MDL-004300268 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

45

**REQUEST FOR ADMISSION 254c:**

Admit that document GOOG-AT-MDL-004300268 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 254d:**

Admit that document GOOG-AT-MDL-004300268 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 254e:**

Admit that document GOOG-AT-MDL-004300268 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 254f:**

Admit that document GOOG-AT-MDL-004300268 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 254g:**

Admit that document GOOG-AT-MDL-004300268 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 255:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004308101 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 255a:**

Admit that document GOOG-AT-MDL-004308101 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 255b:**

Admit that document GOOG-AT-MDL-004308101 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 255c:**

Admit that document GOOG-AT-MDL-004308101 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 255d:**

Admit that document GOOG-AT-MDL-004308101 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 255e:**

Admit that document GOOG-AT-MDL-004308101 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 255f:**

Admit that document GOOG-AT-MDL-004308101 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 255g:**

Admit that document GOOG-AT-MDL-004308101 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 256:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004514658 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 256a:**

Admit that document GOOG-AT-MDL-004514658 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 256b:**

Admit that document GOOG-AT-MDL-004514658 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 256c:**

Admit that document GOOG-AT-MDL-004514658 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 256d:**

Admit that document GOOG-AT-MDL-004514658 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 256e:**

Admit that document GOOG-AT-MDL-004514658 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 256f:**

Admit that document GOOG-AT-MDL-004514658 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 256g:**

Admit that document GOOG-AT-MDL-004514658 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 257:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-004547866 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 257a:**

Admit that document GOOG-AT-MDL-004547866 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 257b:**

Admit that document GOOG-AT-MDL-004547866 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

49

**REQUEST FOR ADMISSION 257c:**

Admit that document GOOG-AT-MDL-004547866 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 257d:**

Admit that document GOOG-AT-MDL-004547866 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 257e:**

Admit that document GOOG-AT-MDL-004547866 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 257f:**

Admit that document GOOG-AT-MDL-004547866 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 257g:**

Admit that document GOOG-AT-MDL-004547866 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 258:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-006193295 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 258a:**

Admit that document GOOG-AT-MDL-006193295 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 258b:**

Admit that document GOOG-AT-MDL-006193295 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 258c:**

Admit that document GOOG-AT-MDL-006193295 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 258d:**

Admit that document GOOG-AT-MDL-006193295 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 258e:**

Admit that document GOOG-AT-MDL-006193295 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 258f:**

Admit that document GOOG-AT-MDL-006193295 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 258g:**

Admit that document GOOG-AT-MDL-006193295 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 259:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007169628 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 259a:**

Admit that document GOOG-AT-MDL-007169628 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 259b:**

Admit that document GOOG-AT-MDL-007169628 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 259c:**

Admit that document GOOG-AT-MDL-007169628 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 259d:**

Admit that document GOOG-AT-MDL-007169628 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 259e:**

Admit that document GOOG-AT-MDL-007169628 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 259f:**

Admit that document GOOG-AT-MDL-007169628 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 259g:**

Admit that document GOOG-AT-MDL-007169628 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 260:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007169640 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 260a:**

Admit that document GOOG-AT-MDL-007169640 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 260b:**

Admit that document GOOG-AT-MDL-007169640 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 260c:**

Admit that document GOOG-AT-MDL-007169640 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 260d:**

Admit that document GOOG-AT-MDL-007169640 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 260e:**

Admit that document GOOG-AT-MDL-007169640 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 260f:**

Admit that document GOOG-AT-MDL-007169640 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 260g:**

Admit that document GOOG-AT-MDL-007169640 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 261:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007169970 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 261a:**

Admit that document GOOG-AT-MDL-007169970 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 261b:**

Admit that document GOOG-AT-MDL-007169970 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 261c:**

Admit that document GOOG-AT-MDL-007169970 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 261d:**

Admit that document GOOG-AT-MDL-007169970 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 261e:**

Admit that document GOOG-AT-MDL-007169970 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 261f:**

Admit that document GOOG-AT-MDL-007169970 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 261g:**

Admit that document GOOG-AT-MDL-007169970 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 262:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007169973 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 262a:**

Admit that document GOOG-AT-MDL-007169973 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 262b:**

Admit that document GOOG-AT-MDL-007169973 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 262c:**

Admit that document GOOG-AT-MDL-007169973 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 262d:**

Admit that document GOOG-AT-MDL-007169973 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 262e:**

Admit that document GOOG-AT-MDL-007169973 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 262f:**

Admit that document GOOG-AT-MDL-007169973 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 262g:**

Admit that document GOOG-AT-MDL-007169973 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 263:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007170314 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 263a:**

Admit that document GOOG-AT-MDL-007170314 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 263b:**

Admit that document GOOG-AT-MDL-007170314 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 263c:**

Admit that document GOOG-AT-MDL-007170314 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 263d:**

Admit that document GOOG-AT-MDL-007170314 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 263e:**

Admit that document GOOG-AT-MDL-007170314 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 263f:**

Admit that document GOOG-AT-MDL-007170314 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 263g:**

Admit that document GOOG-AT-MDL-007170314 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 264:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007170315 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 264a:**

Admit that document GOOG-AT-MDL-007170315 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 264b:**

Admit that document GOOG-AT-MDL-007170315 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 264c:**

Admit that document GOOG-AT-MDL-007170315 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 264d:**

Admit that document GOOG-AT-MDL-007170315 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 264e:**

Admit that document GOOG-AT-MDL-007170315 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 264f:**

Admit that document GOOG-AT-MDL-007170315 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 264g:**

Admit that document GOOG-AT-MDL-007170315 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 265:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007170599 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 265a:**

Admit that document GOOG-AT-MDL-007170599 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 265b:**

Admit that document GOOG-AT-MDL-007170599 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 265c:**

Admit that document GOOG-AT-MDL-007170599 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 265d:**

Admit that document GOOG-AT-MDL-007170599 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 265e:**

Admit that document GOOG-AT-MDL-007170599 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 265f:**

Admit that document GOOG-AT-MDL-007170599 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 265g:**

Admit that document GOOG-AT-MDL-007170599 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 266:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007170602 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 266a:**

Admit that document GOOG-AT-MDL-007170602 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 266b:**

Admit that document GOOG-AT-MDL-007170602 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 266c:**

Admit that document GOOG-AT-MDL-007170602 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 266d:**

Admit that document GOOG-AT-MDL-007170602 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 266e:**

Admit that document GOOG-AT-MDL-007170602 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 266f:**

Admit that document GOOG-AT-MDL-007170602 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 266g:**

Admit that document GOOG-AT-MDL-007170602 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 267:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007170930 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

62

**REQUEST FOR ADMISSION 267a:**

Admit that document GOOG-AT-MDL-007170930 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 267b:**

Admit that document GOOG-AT-MDL-007170930 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 267c:**

Admit that document GOOG-AT-MDL-007170930 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 267d:**

Admit that document GOOG-AT-MDL-007170930 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 267e:**

Admit that document GOOG-AT-MDL-007170930 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 267f:**

Admit that document GOOG-AT-MDL-007170930 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 267g:**

Admit that document GOOG-AT-MDL-007170930 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 268:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007170932 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 268a:**

Admit that document GOOG-AT-MDL-007170932 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 268b:**

Admit that document GOOG-AT-MDL-007170932 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 268c:**

Admit that document GOOG-AT-MDL-007170932 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 268d:**

Admit that document GOOG-AT-MDL-007170932 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 268e:**

Admit that document GOOG-AT-MDL-007170932 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 268f:**

Admit that document GOOG-AT-MDL-007170932 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 268g:**

Admit that document GOOG-AT-MDL-007170932 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 269:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007171096 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 269a:**

Admit that document GOOG-AT-MDL-007171096 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 269b:**

Admit that document GOOG-AT-MDL-007171096 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 269c:**

Admit that document GOOG-AT-MDL-007171096 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 269d:**

Admit that document GOOG-AT-MDL-007171096 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 269e:**

Admit that document GOOG-AT-MDL-007171096 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 269f:**

Admit that document GOOG-AT-MDL-007171096 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 269g:**

Admit that document GOOG-AT-MDL-007171096 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 270:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007171104 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 270a:**

Admit that document GOOG-AT-MDL-007171104 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 270b:**

Admit that document GOOG-AT-MDL-007171104 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 270c:**

Admit that document GOOG-AT-MDL-007171104 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 270d:**

Admit that document GOOG-AT-MDL-007171104 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 270e:**

Admit that document GOOG-AT-MDL-007171104 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 270f:**

Admit that document GOOG-AT-MDL-007171104 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 270g:**

Admit that document GOOG-AT-MDL-007171104 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 271:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007171538 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 271a:**

Admit that document GOOG-AT-MDL-007171538 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 271b:**

Admit that document GOOG-AT-MDL-007171538 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 271c:**

Admit that document GOOG-AT-MDL-007171538 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 271d:**

Admit that document GOOG-AT-MDL-007171538 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 271e:**

Admit that document GOOG-AT-MDL-007171538 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 271f:**

Admit that document GOOG-AT-MDL-007171538 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 271g:**

Admit that document GOOG-AT-MDL-007171538 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 272:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007171541 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 272a:**

Admit that document GOOG-AT-MDL-007171541 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 272b:**

Admit that document GOOG-AT-MDL-007171541 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 272c:**

Admit that document GOOG-AT-MDL-007171541 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 272d:**

Admit that document GOOG-AT-MDL-007171541 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 272e:**

Admit that document GOOG-AT-MDL-007171541 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 272f:**

Admit that document GOOG-AT-MDL-007171541 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 272g:**

Admit that document GOOG-AT-MDL-007171541 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 273:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007171831 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 273a:**

Admit that document GOOG-AT-MDL-007171831 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 273b:**

Admit that document GOOG-AT-MDL-007171831 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 273c:**

Admit that document GOOG-AT-MDL-007171831 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 273d:**

Admit that document GOOG-AT-MDL-007171831 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 273e:**

Admit that document GOOG-AT-MDL-007171831 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 273f:**

Admit that document GOOG-AT-MDL-007171831 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 273g:**

Admit that document GOOG-AT-MDL-007171831 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 274:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007171833 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 274a:**

Admit that document GOOG-AT-MDL-007171833 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 274b:**

Admit that document GOOG-AT-MDL-007171833 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 274c:**

Admit that document GOOG-AT-MDL-007171833 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 274d:**

Admit that document GOOG-AT-MDL-007171833 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 274e:**

Admit that document GOOG-AT-MDL-007171833 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 274f:**

Admit that document GOOG-AT-MDL-007171833 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 274g:**

Admit that document GOOG-AT-MDL-007171833 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 275:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007172111 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 275a:**

Admit that document GOOG-AT-MDL-007172111 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 275b:**

Admit that document GOOG-AT-MDL-007172111 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 275c:**

Admit that document GOOG-AT-MDL-007172111 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 275d:**

Admit that document GOOG-AT-MDL-007172111 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 275e:**

Admit that document GOOG-AT-MDL-007172111 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 275f:**

Admit that document GOOG-AT-MDL-007172111 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 275g:**

Admit that document GOOG-AT-MDL-007172111 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 276:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007172126 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 276a:**

Admit that document GOOG-AT-MDL-007172126 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 276b:**

Admit that document GOOG-AT-MDL-007172126 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 276c:**

Admit that document GOOG-AT-MDL-007172126 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 276d:**

Admit that document GOOG-AT-MDL-007172126 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 276e:**

Admit that document GOOG-AT-MDL-007172126 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 276f:**

Admit that document GOOG-AT-MDL-007172126 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 276g:**

Admit that document GOOG-AT-MDL-007172126 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 277:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007172450 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 277a:**

Admit that document GOOG-AT-MDL-007172450 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 277b:**

Admit that document GOOG-AT-MDL-007172450 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 277c:**

Admit that document GOOG-AT-MDL-007172450 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 277d:**

Admit that document GOOG-AT-MDL-007172450 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 277e:**

Admit that document GOOG-AT-MDL-007172450 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 277f:**

Admit that document GOOG-AT-MDL-007172450 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 277g:**

Admit that document GOOG-AT-MDL-007172450 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 278:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007172452 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 278a:**

Admit that document GOOG-AT-MDL-007172452 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 278b:**

Admit that document GOOG-AT-MDL-007172452 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 278c:**

Admit that document GOOG-AT-MDL-007172452 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 278d:**

Admit that document GOOG-AT-MDL-007172452 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 278e:**

Admit that document GOOG-AT-MDL-007172452 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 278f:**

Admit that document GOOG-AT-MDL-007172452 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 278g:**

Admit that document GOOG-AT-MDL-007172452 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 279:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007172731 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 279a:**

Admit that document GOOG-AT-MDL-007172731 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 279b:**

Admit that document GOOG-AT-MDL-007172731 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 279c:**

Admit that document GOOG-AT-MDL-007172731 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 279d:**

Admit that document GOOG-AT-MDL-007172731 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 279e:**

Admit that document GOOG-AT-MDL-007172731 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 279f:**

Admit that document GOOG-AT-MDL-007172731 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 279g:**

Admit that document GOOG-AT-MDL-007172731 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 280:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007172733 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 280a:**

Admit that document GOOG-AT-MDL-007172733 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 280b:**

Admit that document GOOG-AT-MDL-007172733 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 280c:**

Admit that document GOOG-AT-MDL-007172733 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 280d:**

Admit that document GOOG-AT-MDL-007172733 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 280e:**

Admit that document GOOG-AT-MDL-007172733 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 280f:**

Admit that document GOOG-AT-MDL-007172733 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 280g:**

Admit that document GOOG-AT-MDL-007172733 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 281:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007173075 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 281a:**

Admit that document GOOG-AT-MDL-007173075 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 281b:**

Admit that document GOOG-AT-MDL-007173075 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 281c:**

Admit that document GOOG-AT-MDL-007173075 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 281d:**

Admit that document GOOG-AT-MDL-007173075 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 281e:**

Admit that document GOOG-AT-MDL-007173075 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 281f:**

Admit that document GOOG-AT-MDL-007173075 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 281g:**

Admit that document GOOG-AT-MDL-007173075 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 282:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007173084 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

82

**REQUEST FOR ADMISSION 282a:**

Admit that document GOOG-AT-MDL-007173084 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 282b:**

Admit that document GOOG-AT-MDL-007173084 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 282c:**

Admit that document GOOG-AT-MDL-007173084 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 282d:**

Admit that document GOOG-AT-MDL-007173084 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 282e:**

Admit that document GOOG-AT-MDL-007173084 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 282f:**

Admit that document GOOG-AT-MDL-007173084 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 282g:**

Admit that document GOOG-AT-MDL-007173084 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 283:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007173619 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 283a:**

Admit that document GOOG-AT-MDL-007173619 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 283b:**

Admit that document GOOG-AT-MDL-007173619 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 283c:**

Admit that document GOOG-AT-MDL-007173619 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 283d:**

Admit that document GOOG-AT-MDL-007173619 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 283e:**

Admit that document GOOG-AT-MDL-007173619 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 283f:**

Admit that document GOOG-AT-MDL-007173619 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 283g:**

Admit that document GOOG-AT-MDL-007173619 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 284:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007173623 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 284a:**

Admit that document GOOG-AT-MDL-007173623 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 284b:**

Admit that document GOOG-AT-MDL-007173623 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 284c:**

Admit that document GOOG-AT-MDL-007173623 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 284d:**

Admit that document GOOG-AT-MDL-007173623 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 284e:**

Admit that document GOOG-AT-MDL-007173623 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 284f:**

Admit that document GOOG-AT-MDL-007173623 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 284g:**

Admit that document GOOG-AT-MDL-007173623 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 285:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007173918 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 285a:**

Admit that document GOOG-AT-MDL-007173918 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 285b:**

Admit that document GOOG-AT-MDL-007173918 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 285c:**

Admit that document GOOG-AT-MDL-007173918 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 285d:**

Admit that document GOOG-AT-MDL-007173918 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 285e:**

Admit that document GOOG-AT-MDL-007173918 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 285f:**

Admit that document GOOG-AT-MDL-007173918 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 285g:**

Admit that document GOOG-AT-MDL-007173918 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 286:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007173923 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 286a:**

Admit that document GOOG-AT-MDL-007173923 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 286b:**

Admit that document GOOG-AT-MDL-007173923 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 286c:**

Admit that document GOOG-AT-MDL-007173923 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 286d:**

Admit that document GOOG-AT-MDL-007173923 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 286e:**

Admit that document GOOG-AT-MDL-007173923 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 286f:**

Admit that document GOOG-AT-MDL-007173923 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 286g:**

Admit that document GOOG-AT-MDL-007173923 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 287:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007174249 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 287a:**

Admit that document GOOG-AT-MDL-007174249 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 287b:**

Admit that document GOOG-AT-MDL-007174249 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 287c:**

Admit that document GOOG-AT-MDL-007174249 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 287d:**

Admit that document GOOG-AT-MDL-007174249 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 287e:**

Admit that document GOOG-AT-MDL-007174249 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 287f:**

Admit that document GOOG-AT-MDL-007174249 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 287g:**

Admit that document GOOG-AT-MDL-007174249 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 288:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007174254 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 288a:**

Admit that document GOOG-AT-MDL-007174254 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 288b:**

Admit that document GOOG-AT-MDL-007174254 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 288c:**

Admit that document GOOG-AT-MDL-007174254 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 288d:**

Admit that document GOOG-AT-MDL-007174254 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 288e:**

Admit that document GOOG-AT-MDL-007174254 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 288f:**

Admit that document GOOG-AT-MDL-007174254 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 288g:**

Admit that document GOOG-AT-MDL-007174254 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 289:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007174550 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 289a:**

Admit that document GOOG-AT-MDL-007174550 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 289b:**

Admit that document GOOG-AT-MDL-007174550 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 289c:**

Admit that document GOOG-AT-MDL-007174550 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 289d:**

Admit that document GOOG-AT-MDL-007174550 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 289e:**

Admit that document GOOG-AT-MDL-007174550 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 289f:**

Admit that document GOOG-AT-MDL-007174550 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 289g:**

Admit that document GOOG-AT-MDL-007174550 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 290:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007174558 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 290a:**

Admit that document GOOG-AT-MDL-007174558 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 290b:**

Admit that document GOOG-AT-MDL-007174558 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 290c:**

Admit that document GOOG-AT-MDL-007174558 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 290d:**

Admit that document GOOG-AT-MDL-007174558 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 290e:**

Admit that document GOOG-AT-MDL-007174558 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 290f:**

Admit that document GOOG-AT-MDL-007174558 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 290g:**

Admit that document GOOG-AT-MDL-007174558 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 291:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007174878 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

94

**REQUEST FOR ADMISSION 291a:**

Admit that document GOOG-AT-MDL-007174878 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 291b:**

Admit that document GOOG-AT-MDL-007174878 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 291c:**

Admit that document GOOG-AT-MDL-007174878 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 291d:**

Admit that document GOOG-AT-MDL-007174878 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 291e:**

Admit that document GOOG-AT-MDL-007174878 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 291f:**

Admit that document GOOG-AT-MDL-007174878 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 291g:**

Admit that document GOOG-AT-MDL-007174878 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 292:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007174888 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 292a:**

Admit that document GOOG-AT-MDL-007174888 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 292b:**

Admit that document GOOG-AT-MDL-007174888 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 292c:**

Admit that document GOOG-AT-MDL-007174888 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 292d:**

Admit that document GOOG-AT-MDL-007174888 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 292e:**

Admit that document GOOG-AT-MDL-007174888 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 292f:**

Admit that document GOOG-AT-MDL-007174888 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 292g:**

Admit that document GOOG-AT-MDL-007174888 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 293:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007175165 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 293a:**

Admit that document GOOG-AT-MDL-007175165 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 293b:**

Admit that document GOOG-AT-MDL-007175165 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 293c:**

Admit that document GOOG-AT-MDL-007175165 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 293d:**

Admit that document GOOG-AT-MDL-007175165 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 293e:**

Admit that document GOOG-AT-MDL-007175165 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 293f:**

Admit that document GOOG-AT-MDL-007175165 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 293g:**

Admit that document GOOG-AT-MDL-007175165 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 294:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007175167 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 294a:**

Admit that document GOOG-AT-MDL-007175167 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 294b:**

Admit that document GOOG-AT-MDL-007175167 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 294c:**

Admit that document GOOG-AT-MDL-007175167 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 294d:**

Admit that document GOOG-AT-MDL-007175167 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 294e:**

Admit that document GOOG-AT-MDL-007175167 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 294f:**

Admit that document GOOG-AT-MDL-007175167 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 294g:**

Admit that document GOOG-AT-MDL-007175167 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 295:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007175548 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 295a:**

Admit that document GOOG-AT-MDL-007175548 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 295b:**

Admit that document GOOG-AT-MDL-007175548 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 295c:**

Admit that document GOOG-AT-MDL-007175548 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 295d:**

Admit that document GOOG-AT-MDL-007175548 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 295e:**

Admit that document GOOG-AT-MDL-007175548 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 295f:**

Admit that document GOOG-AT-MDL-007175548 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 295g:**

Admit that document GOOG-AT-MDL-007175548 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 296:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007175551 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 296a:**

Admit that document GOOG-AT-MDL-007175551 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 296b:**

Admit that document GOOG-AT-MDL-007175551 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 296c:**

Admit that document GOOG-AT-MDL-007175551 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 296d:**

Admit that document GOOG-AT-MDL-007175551 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 296e:**

Admit that document GOOG-AT-MDL-007175551 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 296f:**

Admit that document GOOG-AT-MDL-007175551 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 296g:**

Admit that document GOOG-AT-MDL-007175551 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 297:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007175842 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 297a:**

Admit that document GOOG-AT-MDL-007175842 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 297b:**

Admit that document GOOG-AT-MDL-007175842 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 297c:**

Admit that document GOOG-AT-MDL-007175842 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 297d:**

Admit that document GOOG-AT-MDL-007175842 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 297e:**

Admit that document GOOG-AT-MDL-007175842 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 297f:**

Admit that document GOOG-AT-MDL-007175842 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 297g:**

Admit that document GOOG-AT-MDL-007175842 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 298:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007176156 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 298a:**

Admit that document GOOG-AT-MDL-007176156 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 298b:**

Admit that document GOOG-AT-MDL-007176156 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 298c:**

Admit that document GOOG-AT-MDL-007176156 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 298d:**

Admit that document GOOG-AT-MDL-007176156 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 298e:**

Admit that document GOOG-AT-MDL-007176156 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 298f:**

Admit that document GOOG-AT-MDL-007176156 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 298g:**

Admit that document GOOG-AT-MDL-007176156 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 299:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007176466 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 299a:**

Admit that document GOOG-AT-MDL-007176466 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 299b:**

Admit that document GOOG-AT-MDL-007176466 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 299c:**

Admit that document GOOG-AT-MDL-007176466 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 299d:**

Admit that document GOOG-AT-MDL-007176466 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 299e:**

Admit that document GOOG-AT-MDL-007176466 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 299f:**

Admit that document GOOG-AT-MDL-007176466 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 299g:**

Admit that document GOOG-AT-MDL-007176466 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 300:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007176468 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 300a:**

Admit that document GOOG-AT-MDL-007176468 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 300b:**

Admit that document GOOG-AT-MDL-007176468 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 300c:**

Admit that document GOOG-AT-MDL-007176468 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 300d:**

Admit that document GOOG-AT-MDL-007176468 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 300e:**

Admit that document GOOG-AT-MDL-007176468 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 300f:**

Admit that document GOOG-AT-MDL-007176468 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 300g:**

Admit that document GOOG-AT-MDL-007176468 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 301:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007176734 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 301a:**

Admit that document GOOG-AT-MDL-007176734 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 301b:**

Admit that document GOOG-AT-MDL-007176734 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 301c:**

Admit that document GOOG-AT-MDL-007176734 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 301d:**

Admit that document GOOG-AT-MDL-007176734 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 301e:**

Admit that document GOOG-AT-MDL-007176734 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 301f:**

Admit that document GOOG-AT-MDL-007176734 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 301g:**

Admit that document GOOG-AT-MDL-007176734 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 302:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007176738 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 302a:**

Admit that document GOOG-AT-MDL-007176738 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 302b:**

Admit that document GOOG-AT-MDL-007176738 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 302c:**

Admit that document GOOG-AT-MDL-007176738 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 302d:**

Admit that document GOOG-AT-MDL-007176738 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 302e:**

Admit that document GOOG-AT-MDL-007176738 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 302f:**

Admit that document GOOG-AT-MDL-007176738 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 302g:**

Admit that document GOOG-AT-MDL-007176738 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 303:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007177040 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

110

**REQUEST FOR ADMISSION 303a:**

Admit that document GOOG-AT-MDL-007177040 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 303b:**

Admit that document GOOG-AT-MDL-007177040 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 303c:**

Admit that document GOOG-AT-MDL-007177040 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 303d:**

Admit that document GOOG-AT-MDL-007177040 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 303e:**

Admit that document GOOG-AT-MDL-007177040 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 303f:**

Admit that document GOOG-AT-MDL-007177040 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 303g:**

Admit that document GOOG-AT-MDL-007177040 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 304:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007177352 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 304a:**

Admit that document GOOG-AT-MDL-007177352 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 304b:**

Admit that document GOOG-AT-MDL-007177352 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 304c:**

Admit that document GOOG-AT-MDL-007177352 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 304d:**

Admit that document GOOG-AT-MDL-007177352 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 304e:**

Admit that document GOOG-AT-MDL-007177352 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 304f:**

Admit that document GOOG-AT-MDL-007177352 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 304g:**

Admit that document GOOG-AT-MDL-007177352 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 305:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007177356 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 305a:**

Admit that document GOOG-AT-MDL-007177356 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 305b:**

Admit that document GOOG-AT-MDL-007177356 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 305c:**

Admit that document GOOG-AT-MDL-007177356 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 305d:**

Admit that document GOOG-AT-MDL-007177356 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 305e:**

Admit that document GOOG-AT-MDL-007177356 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 305f:**

Admit that document GOOG-AT-MDL-007177356 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 305g:**

Admit that document GOOG-AT-MDL-007177356 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 306:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007177645 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

114

**REQUEST FOR ADMISSION 306a:**

Admit that document GOOG-AT-MDL-007177645 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 306b:**

Admit that document GOOG-AT-MDL-007177645 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 306c:**

Admit that document GOOG-AT-MDL-007177645 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 306d:**

Admit that document GOOG-AT-MDL-007177645 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 306e:**

Admit that document GOOG-AT-MDL-007177645 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 306f:**

Admit that document GOOG-AT-MDL-007177645 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 306g:**

Admit that document GOOG-AT-MDL-007177645 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 307:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007177648 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 307a:**

Admit that document GOOG-AT-MDL-007177648 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 307b:**

Admit that document GOOG-AT-MDL-007177648 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 307c:**

Admit that document GOOG-AT-MDL-007177648 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 307d:**

Admit that document GOOG-AT-MDL-007177648 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 307e:**

Admit that document GOOG-AT-MDL-007177648 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 307f:**

Admit that document GOOG-AT-MDL-007177648 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 307g:**

Admit that document GOOG-AT-MDL-007177648 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 308:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007178019 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 308a:**

Admit that document GOOG-AT-MDL-007178019 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 308b:**

Admit that document GOOG-AT-MDL-007178019 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 308c:**

Admit that document GOOG-AT-MDL-007178019 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 308d:**

Admit that document GOOG-AT-MDL-007178019 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 308e:**

Admit that document GOOG-AT-MDL-007178019 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 308f:**

Admit that document GOOG-AT-MDL-007178019 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 308g:**

Admit that document GOOG-AT-MDL-007178019 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 309:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007178029 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

118

**REQUEST FOR ADMISSION 309a:**

Admit that document GOOG-AT-MDL-007178029 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 309b:**

Admit that document GOOG-AT-MDL-007178029 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 309c:**

Admit that document GOOG-AT-MDL-007178029 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 309d:**

Admit that document GOOG-AT-MDL-007178029 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 309e:**

Admit that document GOOG-AT-MDL-007178029 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 309f:**

Admit that document GOOG-AT-MDL-007178029 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 309g:**

Admit that document GOOG-AT-MDL-007178029 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 310:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007178290 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 310a:**

Admit that document GOOG-AT-MDL-007178290 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 310b:**

Admit that document GOOG-AT-MDL-007178290 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 310c:**

Admit that document GOOG-AT-MDL-007178290 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 310d:**

Admit that document GOOG-AT-MDL-007178290 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 310e:**

Admit that document GOOG-AT-MDL-007178290 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 310f:**

Admit that document GOOG-AT-MDL-007178290 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 310g:**

Admit that document GOOG-AT-MDL-007178290 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 311:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007178292 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 311a:**

Admit that document GOOG-AT-MDL-007178292 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 311b:**

Admit that document GOOG-AT-MDL-007178292 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 311c:**

Admit that document GOOG-AT-MDL-007178292 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 311d:**

Admit that document GOOG-AT-MDL-007178292 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 311e:**

Admit that document GOOG-AT-MDL-007178292 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 311f:**

Admit that document GOOG-AT-MDL-007178292 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 311g:**

Admit that document GOOG-AT-MDL-007178292 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 312:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007178556 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 312a:**

Admit that document GOOG-AT-MDL-007178556 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 312b:**

Admit that document GOOG-AT-MDL-007178556 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 312c:**

Admit that document GOOG-AT-MDL-007178556 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 312d:**

Admit that document GOOG-AT-MDL-007178556 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 312e:**

Admit that document GOOG-AT-MDL-007178556 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 312f:**

Admit that document GOOG-AT-MDL-007178556 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 312g:**

Admit that document GOOG-AT-MDL-007178556 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 313:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007178559 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 313a:**

Admit that document GOOG-AT-MDL-007178559 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 313b:**

Admit that document GOOG-AT-MDL-007178559 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 313c:**

Admit that document GOOG-AT-MDL-007178559 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 313d:**

Admit that document GOOG-AT-MDL-007178559 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 313e:**

Admit that document GOOG-AT-MDL-007178559 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 313f:**

Admit that document GOOG-AT-MDL-007178559 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 313g:**

Admit that document GOOG-AT-MDL-007178559 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 314:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007178881 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 314a:**

Admit that document GOOG-AT-MDL-007178881 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 314b:**

Admit that document GOOG-AT-MDL-007178881 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 314c:**

Admit that document GOOG-AT-MDL-007178881 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 314d:**

Admit that document GOOG-AT-MDL-007178881 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 314e:**

Admit that document GOOG-AT-MDL-007178881 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 314f:**

Admit that document GOOG-AT-MDL-007178881 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 314g:**

Admit that document GOOG-AT-MDL-007178881 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 315:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007178884 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

126

**REQUEST FOR ADMISSION 315a:**

Admit that document GOOG-AT-MDL-007178884 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 315b:**

Admit that document GOOG-AT-MDL-007178884 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 315c:**

Admit that document GOOG-AT-MDL-007178884 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 315d:**

Admit that document GOOG-AT-MDL-007178884 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 315e:**

Admit that document GOOG-AT-MDL-007178884 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 315f:**

Admit that document GOOG-AT-MDL-007178884 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 315g:**

Admit that document GOOG-AT-MDL-007178884 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 316:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007179299 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 316a:**

Admit that document GOOG-AT-MDL-007179299 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 316b:**

Admit that document GOOG-AT-MDL-007179299 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 316c:**

Admit that document GOOG-AT-MDL-007179299 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 316d:**

Admit that document GOOG-AT-MDL-007179299 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 316e:**

Admit that document GOOG-AT-MDL-007179299 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 316f:**

Admit that document GOOG-AT-MDL-007179299 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 316g:**

Admit that document GOOG-AT-MDL-007179299 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 317:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007179303 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 317a:**

Admit that document GOOG-AT-MDL-007179303 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 317b:**

Admit that document GOOG-AT-MDL-007179303 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 317c:**

Admit that document GOOG-AT-MDL-007179303 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 317d:**

Admit that document GOOG-AT-MDL-007179303 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 317e:**

Admit that document GOOG-AT-MDL-007179303 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 317f:**

Admit that document GOOG-AT-MDL-007179303 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 317g:**

Admit that document GOOG-AT-MDL-007179303 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 318:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007179585 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 318a:**

Admit that document GOOG-AT-MDL-007179585 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 318b:**

Admit that document GOOG-AT-MDL-007179585 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 318c:**

Admit that document GOOG-AT-MDL-007179585 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 318d:**

Admit that document GOOG-AT-MDL-007179585 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 318e:**

Admit that document GOOG-AT-MDL-007179585 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 318f:**

Admit that document GOOG-AT-MDL-007179585 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 318g:**

Admit that document GOOG-AT-MDL-007179585 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 319:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007179591 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 319a:**

Admit that document GOOG-AT-MDL-007179591 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 319b:**

Admit that document GOOG-AT-MDL-007179591 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 319c:**

Admit that document GOOG-AT-MDL-007179591 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 319d:**

Admit that document GOOG-AT-MDL-007179591 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 319e:**

Admit that document GOOG-AT-MDL-007179591 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 319f:**

Admit that document GOOG-AT-MDL-007179591 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 319g:**

Admit that document GOOG-AT-MDL-007179591 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 320:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007179956 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 320a:**

Admit that document GOOG-AT-MDL-007179956 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 320b:**

Admit that document GOOG-AT-MDL-007179956 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 320c:**

Admit that document GOOG-AT-MDL-007179956 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 320d:**

Admit that document GOOG-AT-MDL-007179956 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 320e:**

Admit that document GOOG-AT-MDL-007179956 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 320f:**

Admit that document GOOG-AT-MDL-007179956 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 320g:**

Admit that document GOOG-AT-MDL-007179956 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 321:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007179960 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

134

**REQUEST FOR ADMISSION 321a:**

Admit that document GOOG-AT-MDL-007179960 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 321b:**

Admit that document GOOG-AT-MDL-007179960 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 321c:**

Admit that document GOOG-AT-MDL-007179960 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 321d:**

Admit that document GOOG-AT-MDL-007179960 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 321e:**

Admit that document GOOG-AT-MDL-007179960 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 321f:**

Admit that document GOOG-AT-MDL-007179960 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 321g:**

Admit that document GOOG-AT-MDL-007179960 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 322:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007214166 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 322a:**

Admit that document GOOG-AT-MDL-007214166 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 322b:**

Admit that document GOOG-AT-MDL-007214166 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 322c:**

Admit that document GOOG-AT-MDL-007214166 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 322d:**

Admit that document GOOG-AT-MDL-007214166 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 322e:**

Admit that document GOOG-AT-MDL-007214166 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 322f:**

Admit that document GOOG-AT-MDL-007214166 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 322g:**

Admit that document GOOG-AT-MDL-007214166 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 323:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007246434 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 323a:**

Admit that document GOOG-AT-MDL-007246434 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 323b:**

Admit that document GOOG-AT-MDL-007246434 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 323c:**

Admit that document GOOG-AT-MDL-007246434 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 323d:**

Admit that document GOOG-AT-MDL-007246434 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 323e:**

Admit that document GOOG-AT-MDL-007246434 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 323f:**

Admit that document GOOG-AT-MDL-007246434 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 323g:**

Admit that document GOOG-AT-MDL-007246434 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 324:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007334263 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

138

**REQUEST FOR ADMISSION 324a:**

Admit that document GOOG-AT-MDL-007334263 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 324b:**

Admit that document GOOG-AT-MDL-007334263 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 324c:**

Admit that document GOOG-AT-MDL-007334263 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 324d:**

Admit that document GOOG-AT-MDL-007334263 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 324e:**

Admit that document GOOG-AT-MDL-007334263 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 324f:**

Admit that document GOOG-AT-MDL-007334263 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 324g:**

Admit that document GOOG-AT-MDL-007334263 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 325:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007345778 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 325a:**

Admit that document GOOG-AT-MDL-007345778 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 325b:**

Admit that document GOOG-AT-MDL-007345778 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 325c:**

Admit that document GOOG-AT-MDL-007345778 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 325d:**

Admit that document GOOG-AT-MDL-007345778 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 325e:**

Admit that document GOOG-AT-MDL-007345778 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 325f:**

Admit that document GOOG-AT-MDL-007345778 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 325g:**

Admit that document GOOG-AT-MDL-007345778 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 326:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-007370740 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 326a:**

Admit that document GOOG-AT-MDL-007370740 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 326b:**

Admit that document GOOG-AT-MDL-007370740 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

141

**REQUEST FOR ADMISSION 326c:**

Admit that document GOOG-AT-MDL-007370740 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 326d:**

Admit that document GOOG-AT-MDL-007370740 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 326e:**

Admit that document GOOG-AT-MDL-007370740 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 326f:**

Admit that document GOOG-AT-MDL-007370740 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 326g:**

Admit that document GOOG-AT-MDL-007370740 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 327:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-008518822 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 327a:**

Admit that document GOOG-AT-MDL-008518822 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 327b:**

Admit that document GOOG-AT-MDL-008518822 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 327c:**

Admit that document GOOG-AT-MDL-008518822 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 327d:**

Admit that document GOOG-AT-MDL-008518822 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 327e:**

Admit that document GOOG-AT-MDL-008518822 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 327f:**

Admit that document GOOG-AT-MDL-008518822 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 327g:**

Admit that document GOOG-AT-MDL-008518822 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 328:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-008842393 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 328a:**

Admit that document GOOG-AT-MDL-008842393 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 328b:**

Admit that document GOOG-AT-MDL-008842393 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 328c:**

Admit that document GOOG-AT-MDL-008842393 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 328d:**

Admit that document GOOG-AT-MDL-008842393 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 328e:**

Admit that document GOOG-AT-MDL-008842393 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 328f:**

Admit that document GOOG-AT-MDL-008842393 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 328g:**

Admit that document GOOG-AT-MDL-008842393 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 329:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-008881206 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 329a:**

Admit that document GOOG-AT-MDL-008881206 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 329b:**

Admit that document GOOG-AT-MDL-008881206 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 329c:**

Admit that document GOOG-AT-MDL-008881206 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 329d:**

Admit that document GOOG-AT-MDL-008881206 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 329e:**

Admit that document GOOG-AT-MDL-008881206 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 329f:**

Admit that document GOOG-AT-MDL-008881206 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 329g:**

Admit that document GOOG-AT-MDL-008881206 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 330:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-008885349 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

146

**REQUEST FOR ADMISSION 330a:**

Admit that document GOOG-AT-MDL-008885349 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 330b:**

Admit that document GOOG-AT-MDL-008885349 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 330c:**

Admit that document GOOG-AT-MDL-008885349 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 330d:**

Admit that document GOOG-AT-MDL-008885349 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 330e:**

Admit that document GOOG-AT-MDL-008885349 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 330f:**

Admit that document GOOG-AT-MDL-008885349 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 330g:**

Admit that document GOOG-AT-MDL-008885349 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 331:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-008973897 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 331a:**

Admit that document GOOG-AT-MDL-008973897 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 331b:**

Admit that document GOOG-AT-MDL-008973897 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 331c:**

Admit that document GOOG-AT-MDL-008973897 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 331d:**

Admit that document GOOG-AT-MDL-008973897 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 331e:**

Admit that document GOOG-AT-MDL-008973897 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 331f:**

Admit that document GOOG-AT-MDL-008973897 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 331g:**

Admit that document GOOG-AT-MDL-008973897 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 332:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009468493 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 332a:**

Admit that document GOOG-AT-MDL-009468493 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 332b:**

Admit that document GOOG-AT-MDL-009468493 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 332c:**

Admit that document GOOG-AT-MDL-009468493 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 332d:**

Admit that document GOOG-AT-MDL-009468493 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 332e:**

Admit that document GOOG-AT-MDL-009468493 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 332f:**

Admit that document GOOG-AT-MDL-009468493 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 332g:**

Admit that document GOOG-AT-MDL-009468493 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 333:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009473312 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 333a:**

Admit that document GOOG-AT-MDL-009473312 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 333b:**

Admit that document GOOG-AT-MDL-009473312 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 333c:**

Admit that document GOOG-AT-MDL-009473312 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 333d:**

Admit that document GOOG-AT-MDL-009473312 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 333e:**

Admit that document GOOG-AT-MDL-009473312 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 333f:**

Admit that document GOOG-AT-MDL-009473312 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 333g:**

Admit that document GOOG-AT-MDL-009473312 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 334:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009507776 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 334a:**

Admit that document GOOG-AT-MDL-009507776 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 334b:**

Admit that document GOOG-AT-MDL-009507776 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 334c:**

Admit that document GOOG-AT-MDL-009507776 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 334d:**

Admit that document GOOG-AT-MDL-009507776 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 334e:**

Admit that document GOOG-AT-MDL-009507776 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 334f:**

Admit that document GOOG-AT-MDL-009507776 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 334g:**

Admit that document GOOG-AT-MDL-009507776 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 335:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009589239 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 335a:**

Admit that document GOOG-AT-MDL-009589239 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 335b:**

Admit that document GOOG-AT-MDL-009589239 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 335c:**

Admit that document GOOG-AT-MDL-009589239 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 335d:**

Admit that document GOOG-AT-MDL-009589239 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 335e:**

Admit that document GOOG-AT-MDL-009589239 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 335f:**

Admit that document GOOG-AT-MDL-009589239 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 335g:**

Admit that document GOOG-AT-MDL-009589239 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 336:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009589382 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

154

**REQUEST FOR ADMISSION 336a:**

Admit that document GOOG-AT-MDL-009589382 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 336b:**

Admit that document GOOG-AT-MDL-009589382 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 336c:**

Admit that document GOOG-AT-MDL-009589382 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 336d:**

Admit that document GOOG-AT-MDL-009589382 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 336e:**

Admit that document GOOG-AT-MDL-009589382 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 336f:**

Admit that document GOOG-AT-MDL-009589382 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 336g:**

Admit that document GOOG-AT-MDL-009589382 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 337:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009597305 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 337a:**

Admit that document GOOG-AT-MDL-009597305 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 337b:**

Admit that document GOOG-AT-MDL-009597305 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 337c:**

Admit that document GOOG-AT-MDL-009597305 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 337d:**

Admit that document GOOG-AT-MDL-009597305 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 337e:**

Admit that document GOOG-AT-MDL-009597305 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 337f:**

Admit that document GOOG-AT-MDL-009597305 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 337g:**

Admit that document GOOG-AT-MDL-009597305 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 338:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009644149 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 338a:**

Admit that document GOOG-AT-MDL-009644149 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 338b:**

Admit that document GOOG-AT-MDL-009644149 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 338c:**

Admit that document GOOG-AT-MDL-009644149 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 338d:**

Admit that document GOOG-AT-MDL-009644149 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 338e:**

Admit that document GOOG-AT-MDL-009644149 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 338f:**

Admit that document GOOG-AT-MDL-009644149 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 338g:**

Admit that document GOOG-AT-MDL-009644149 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 339:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009644377 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 339a:**

Admit that document GOOG-AT-MDL-009644377 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 339b:**

Admit that document GOOG-AT-MDL-009644377 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 339c:**

Admit that document GOOG-AT-MDL-009644377 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 339d:**

Admit that document GOOG-AT-MDL-009644377 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 339e:**

Admit that document GOOG-AT-MDL-009644377 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 339f:**

Admit that document GOOG-AT-MDL-009644377 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 339g:**

Admit that document GOOG-AT-MDL-009644377 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 340:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009644404 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 340a:**

Admit that document GOOG-AT-MDL-009644404 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 340b:**

Admit that document GOOG-AT-MDL-009644404 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 340c:**

Admit that document GOOG-AT-MDL-009644404 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 340d:**

Admit that document GOOG-AT-MDL-009644404 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 340e:**

Admit that document GOOG-AT-MDL-009644404 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 340f:**

Admit that document GOOG-AT-MDL-009644404 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 340g:**

Admit that document GOOG-AT-MDL-009644404 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 341:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009644615 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 341a:**

Admit that document GOOG-AT-MDL-009644615 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 341b:**

Admit that document GOOG-AT-MDL-009644615 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 341c:**

Admit that document GOOG-AT-MDL-009644615 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 341d:**

Admit that document GOOG-AT-MDL-009644615 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 341e:**

Admit that document GOOG-AT-MDL-009644615 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 341f:**

Admit that document GOOG-AT-MDL-009644615 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 341g:**

Admit that document GOOG-AT-MDL-009644615 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 342:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009644618 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

162

**REQUEST FOR ADMISSION 342a:**

Admit that document GOOG-AT-MDL-009644618 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 342b:**

Admit that document GOOG-AT-MDL-009644618 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 342c:**

Admit that document GOOG-AT-MDL-009644618 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 342d:**

Admit that document GOOG-AT-MDL-009644618 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 342e:**

Admit that document GOOG-AT-MDL-009644618 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 342f:**

Admit that document GOOG-AT-MDL-009644618 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 342g:**

Admit that document GOOG-AT-MDL-009644618 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 343:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009711198 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 343a:**

Admit that document GOOG-AT-MDL-009711198 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 343b:**

Admit that document GOOG-AT-MDL-009711198 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 343c:**

Admit that document GOOG-AT-MDL-009711198 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 343d:**

Admit that document GOOG-AT-MDL-009711198 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 343e:**

Admit that document GOOG-AT-MDL-009711198 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 343f:**

Admit that document GOOG-AT-MDL-009711198 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 343g:**

Admit that document GOOG-AT-MDL-009711198 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 344:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009711268 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 344a:**

Admit that document GOOG-AT-MDL-009711268 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 344b:**

Admit that document GOOG-AT-MDL-009711268 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

165

**REQUEST FOR ADMISSION 344c:**

Admit that document GOOG-AT-MDL-009711268 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 344d:**

Admit that document GOOG-AT-MDL-009711268 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 344e:**

Admit that document GOOG-AT-MDL-009711268 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 344f:**

Admit that document GOOG-AT-MDL-009711268 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 344g:**

Admit that document GOOG-AT-MDL-009711268 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 345:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-009751677 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 345a:**

Admit that document GOOG-AT-MDL-009751677 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 345b:**

Admit that document GOOG-AT-MDL-009751677 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 345c:**

Admit that document GOOG-AT-MDL-009751677 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 345d:**

Admit that document GOOG-AT-MDL-009751677 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 345e:**

Admit that document GOOG-AT-MDL-009751677 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 345f:**

Admit that document GOOG-AT-MDL-009751677 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 345g:**

Admit that document GOOG-AT-MDL-009751677 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 346:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-011953867 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 346a:**

Admit that document GOOG-AT-MDL-011953867 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 346b:**

Admit that document GOOG-AT-MDL-011953867 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 346c:**

Admit that document GOOG-AT-MDL-011953867 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 346d:**

Admit that document GOOG-AT-MDL-011953867 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 346e:**

Admit that document GOOG-AT-MDL-011953867 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 346f:**

Admit that document GOOG-AT-MDL-011953867 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 346g:**

Admit that document GOOG-AT-MDL-011953867 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 347:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-013105366 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 347a:**

Admit that document GOOG-AT-MDL-013105366 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 347b:**

Admit that document GOOG-AT-MDL-013105366 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 347c:**

Admit that document GOOG-AT-MDL-013105366 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 347d:**

Admit that document GOOG-AT-MDL-013105366 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 347e:**

Admit that document GOOG-AT-MDL-013105366 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 347f:**

Admit that document GOOG-AT-MDL-013105366 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 347g:**

Admit that document GOOG-AT-MDL-013105366 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 348:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-013108778 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

170

**REQUEST FOR ADMISSION 348a:**

Admit that document GOOG-AT-MDL-013108778 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 348b:**

Admit that document GOOG-AT-MDL-013108778 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 348c:**

Admit that document GOOG-AT-MDL-013108778 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 348d:**

Admit that document GOOG-AT-MDL-013108778 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 348e:**

Admit that document GOOG-AT-MDL-013108778 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 348f:**

Admit that document GOOG-AT-MDL-013108778 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 348g:**

Admit that document GOOG-AT-MDL-013108778 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 349:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-013132983 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 349a:**

Admit that document GOOG-AT-MDL-013132983 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 349b:**

Admit that document GOOG-AT-MDL-013132983 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 349c:**

Admit that document GOOG-AT-MDL-013132983 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 349d:**

Admit that document GOOG-AT-MDL-013132983 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 349e:**

Admit that document GOOG-AT-MDL-013132983 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 349f:**

Admit that document GOOG-AT-MDL-013132983 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 349g:**

Admit that document GOOG-AT-MDL-013132983 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 350:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-013256370 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 350a:**

Admit that document GOOG-AT-MDL-013256370 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 350b:**

Admit that document GOOG-AT-MDL-013256370 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 350c:**

Admit that document GOOG-AT-MDL-013256370 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 350d:**

Admit that document GOOG-AT-MDL-013256370 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 350e:**

Admit that document GOOG-AT-MDL-013256370 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 350f:**

Admit that document GOOG-AT-MDL-013256370 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 350g:**

Admit that document GOOG-AT-MDL-013256370 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 351:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-013305187 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

174

**REQUEST FOR ADMISSION 351a:**

Admit that document GOOG-AT-MDL-013305187 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 351b:**

Admit that document GOOG-AT-MDL-013305187 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 351c:**

Admit that document GOOG-AT-MDL-013305187 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 351d:**

Admit that document GOOG-AT-MDL-013305187 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 351e:**

Admit that document GOOG-AT-MDL-013305187 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 351f:**

Admit that document GOOG-AT-MDL-013305187 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 351g:**

Admit that document GOOG-AT-MDL-013305187 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 352:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-014297596 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 352a:**

Admit that document GOOG-AT-MDL-014297596 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 352b:**

Admit that document GOOG-AT-MDL-014297596 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 352c:**

Admit that document GOOG-AT-MDL-014297596 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 352d:**

Admit that document GOOG-AT-MDL-014297596 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 352e:**

Admit that document GOOG-AT-MDL-014297596 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 352f:**

Admit that document GOOG-AT-MDL-014297596 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 352g:**

Admit that document GOOG-AT-MDL-014297596 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 353:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-014460499 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 353a:**

Admit that document GOOG-AT-MDL-014460499 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 353b:**

Admit that document GOOG-AT-MDL-014460499 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 353c:**

Admit that document GOOG-AT-MDL-014460499 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 353d:**

Admit that document GOOG-AT-MDL-014460499 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 353e:**

Admit that document GOOG-AT-MDL-014460499 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 353f:**

Admit that document GOOG-AT-MDL-014460499 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 353g:**

Admit that document GOOG-AT-MDL-014460499 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 354:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-014460503 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 354a:**

Admit that document GOOG-AT-MDL-014460503 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 354b:**

Admit that document GOOG-AT-MDL-014460503 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 354c:**

Admit that document GOOG-AT-MDL-014460503 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 354d:**

Admit that document GOOG-AT-MDL-014460503 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 354e:**

Admit that document GOOG-AT-MDL-014460503 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 354f:**

Admit that document GOOG-AT-MDL-014460503 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 354g:**

Admit that document GOOG-AT-MDL-014460503 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 355:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-014512012 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 355a:**

Admit that document GOOG-AT-MDL-014512012 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 355b:**

Admit that document GOOG-AT-MDL-014512012 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 355c:**

Admit that document GOOG-AT-MDL-014512012 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 355d:**

Admit that document GOOG-AT-MDL-014512012 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 355e:**

Admit that document GOOG-AT-MDL-014512012 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 355f:**

Admit that document GOOG-AT-MDL-014512012 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 355g:**

Admit that document GOOG-AT-MDL-014512012 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 356:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-014513923 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 356a:**

Admit that document GOOG-AT-MDL-014513923 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 356b:**

Admit that document GOOG-AT-MDL-014513923 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 356c:**

Admit that document GOOG-AT-MDL-014513923 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 356d:**

Admit that document GOOG-AT-MDL-014513923 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 356e:**

Admit that document GOOG-AT-MDL-014513923 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 356f:**

Admit that document GOOG-AT-MDL-014513923 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 356g:**

Admit that document GOOG-AT-MDL-014513923 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 357:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-014513941 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

182

**REQUEST FOR ADMISSION 357a:**

Admit that document GOOG-AT-MDL-014513941 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 357b:**

Admit that document GOOG-AT-MDL-014513941 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 357c:**

Admit that document GOOG-AT-MDL-014513941 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 357d:**

Admit that document GOOG-AT-MDL-014513941 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 357e:**

Admit that document GOOG-AT-MDL-014513941 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 357f:**

Admit that document GOOG-AT-MDL-014513941 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 357g:**

Admit that document GOOG-AT-MDL-014513941 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 358:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-014513957 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 358a:**

Admit that document GOOG-AT-MDL-014513957 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 358b:**

Admit that document GOOG-AT-MDL-014513957 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 358c:**

Admit that document GOOG-AT-MDL-014513957 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 358d:**

Admit that document GOOG-AT-MDL-014513957 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 358e:**

Admit that document GOOG-AT-MDL-014513957 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 358f:**

Admit that document GOOG-AT-MDL-014513957 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 358g:**

Admit that document GOOG-AT-MDL-014513957 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 359:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-014514911 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 359a:**

Admit that document GOOG-AT-MDL-014514911 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 359b:**

Admit that document GOOG-AT-MDL-014514911 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

185

**REQUEST FOR ADMISSION 359c:**

Admit that document GOOG-AT-MDL-014514911 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 359d:**

Admit that document GOOG-AT-MDL-014514911 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 359e:**

Admit that document GOOG-AT-MDL-014514911 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 359f:**

Admit that document GOOG-AT-MDL-014514911 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 359g:**

Admit that document GOOG-AT-MDL-014514911 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 360:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-014515755 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 360a:**

Admit that document GOOG-AT-MDL-014515755 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 360b:**

Admit that document GOOG-AT-MDL-014515755 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 360c:**

Admit that document GOOG-AT-MDL-014515755 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 360d:**

Admit that document GOOG-AT-MDL-014515755 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 360e:**

Admit that document GOOG-AT-MDL-014515755 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 360f:**

Admit that document GOOG-AT-MDL-014515755 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 360g:**

Admit that document GOOG-AT-MDL-014515755 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 361:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-014598981 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 361a:**

Admit that document GOOG-AT-MDL-014598981 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 361b:**

Admit that document GOOG-AT-MDL-014598981 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 361c:**

Admit that document GOOG-AT-MDL-014598981 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 361d:**

Admit that document GOOG-AT-MDL-014598981 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 361e:**

Admit that document GOOG-AT-MDL-014598981 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 361f:**

Admit that document GOOG-AT-MDL-014598981 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 361g:**

Admit that document GOOG-AT-MDL-014598981 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 362:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-014602520 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 362a:**

Admit that document GOOG-AT-MDL-014602520 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 362b:**

Admit that document GOOG-AT-MDL-014602520 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 362c:**

Admit that document GOOG-AT-MDL-014602520 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 362d:**

Admit that document GOOG-AT-MDL-014602520 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 362e:**

Admit that document GOOG-AT-MDL-014602520 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 362f:**

Admit that document GOOG-AT-MDL-014602520 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 362g:**

Admit that document GOOG-AT-MDL-014602520 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 363:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-014630200 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

190

**REQUEST FOR ADMISSION 363a:**

Admit that document GOOG-AT-MDL-014630200 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 363b:**

Admit that document GOOG-AT-MDL-014630200 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 363c:**

Admit that document GOOG-AT-MDL-014630200 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 363d:**

Admit that document GOOG-AT-MDL-014630200 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 363e:**

Admit that document GOOG-AT-MDL-014630200 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 363f:**

Admit that document GOOG-AT-MDL-014630200 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 363g:**

Admit that document GOOG-AT-MDL-014630200 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 364:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-014630282 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 364a:**

Admit that document GOOG-AT-MDL-014630282 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 364b:**

Admit that document GOOG-AT-MDL-014630282 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 364c:**

Admit that document GOOG-AT-MDL-014630282 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 364d:**

Admit that document GOOG-AT-MDL-014630282 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 364e:**

Admit that document GOOG-AT-MDL-014630282 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 364f:**

Admit that document GOOG-AT-MDL-014630282 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 364g:**

Admit that document GOOG-AT-MDL-014630282 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 365:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-015236195 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 365a:**

Admit that document GOOG-AT-MDL-015236195 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 365b:**

Admit that document GOOG-AT-MDL-015236195 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 365c:**

Admit that document GOOG-AT-MDL-015236195 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 365d:**

Admit that document GOOG-AT-MDL-015236195 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 365e:**

Admit that document GOOG-AT-MDL-015236195 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 365f:**

Admit that document GOOG-AT-MDL-015236195 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 365g:**

Admit that document GOOG-AT-MDL-015236195 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 366:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-015538915 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

194

**REQUEST FOR ADMISSION 366a:**

Admit that document GOOG-AT-MDL-015538915 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 366b:**

Admit that document GOOG-AT-MDL-015538915 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 366c:**

Admit that document GOOG-AT-MDL-015538915 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 366d:**

Admit that document GOOG-AT-MDL-015538915 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 366e:**

Admit that document GOOG-AT-MDL-015538915 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 366f:**

Admit that document GOOG-AT-MDL-015538915 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 366g:**

Admit that document GOOG-AT-MDL-015538915 was made by an agent or employee of
Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 367:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-
015541968 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 367a:**

Admit that document GOOG-AT-MDL-015541968 is a true and authentic copy of a genuine
original document.

**ANSWER:**

**REQUEST FOR ADMISSION 367b:**

Admit that document GOOG-AT-MDL-015541968 was made at or near the time of the regularly
conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 367c:**

Admit that document GOOG-AT-MDL-015541968 was made by a person with knowledge of the
activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 367d:**

Admit that document GOOG-AT-MDL-015541968 was made from information transmitted by a
person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 367e:**

Admit that document GOOG-AT-MDL-015541968 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 367f:**

Admit that document GOOG-AT-MDL-015541968 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 367g:**

Admit that document GOOG-AT-MDL-015541968 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 368:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-015544875 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 368a:**

Admit that document GOOG-AT-MDL-015544875 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 368b:**

Admit that document GOOG-AT-MDL-015544875 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 368c:**

Admit that document GOOG-AT-MDL-015544875 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 368d:**

Admit that document GOOG-AT-MDL-015544875 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 368e:**

Admit that document GOOG-AT-MDL-015544875 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 368f:**

Admit that document GOOG-AT-MDL-015544875 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 368g:**

Admit that document GOOG-AT-MDL-015544875 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 369:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-015901867 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 369a:**

Admit that document GOOG-AT-MDL-015901867 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 369b:**

Admit that document GOOG-AT-MDL-015901867 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 369c:**

Admit that document GOOG-AT-MDL-015901867 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 369d:**

Admit that document GOOG-AT-MDL-015901867 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 369e:**

Admit that document GOOG-AT-MDL-015901867 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 369f:**

Admit that document GOOG-AT-MDL-015901867 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 369g:**

Admit that document GOOG-AT-MDL-015901867 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 370:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-016437758 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 370a:**

Admit that document GOOG-AT-MDL-016437758 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 370b:**

Admit that document GOOG-AT-MDL-016437758 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 370c:**

Admit that document GOOG-AT-MDL-016437758 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 370d:**

Admit that document GOOG-AT-MDL-016437758 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 370e:**

Admit that document GOOG-AT-MDL-016437758 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 370f:**

Admit that document GOOG-AT-MDL-016437758 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 370g:**

Admit that document GOOG-AT-MDL-016437758 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 371:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-016858158 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 371a:**

Admit that document GOOG-AT-MDL-016858158 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 371b:**

Admit that document GOOG-AT-MDL-016858158 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 371c:**

Admit that document GOOG-AT-MDL-016858158 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 371d:**

Admit that document GOOG-AT-MDL-016858158 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 371e:**

Admit that document GOOG-AT-MDL-016858158 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 371f:**

Admit that document GOOG-AT-MDL-016858158 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 371g:**

Admit that document GOOG-AT-MDL-016858158 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 372:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-017224998 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 372a:**

Admit that document GOOG-AT-MDL-017224998 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 372b:**

Admit that document GOOG-AT-MDL-017224998 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 372c:**

Admit that document GOOG-AT-MDL-017224998 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 372d:**

Admit that document GOOG-AT-MDL-017224998 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 372e:**

Admit that document GOOG-AT-MDL-017224998 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 372f:**

Admit that document GOOG-AT-MDL-017224998 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 372g:**

Admit that document GOOG-AT-MDL-017224998 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 373:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-017562648 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 373a:**

Admit that document GOOG-AT-MDL-017562648 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 373b:**

Admit that document GOOG-AT-MDL-017562648 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 373c:**

Admit that document GOOG-AT-MDL-017562648 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 373d:**

Admit that document GOOG-AT-MDL-017562648 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 373e:**

Admit that document GOOG-AT-MDL-017562648 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 373f:**

Admit that document GOOG-AT-MDL-017562648 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 373g:**

Admit that document GOOG-AT-MDL-017562648 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 374:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-018303140 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 374a:**

Admit that document GOOG-AT-MDL-018303140 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 374b:**

Admit that document GOOG-AT-MDL-018303140 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 374c:**

Admit that document GOOG-AT-MDL-018303140 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 374d:**

Admit that document GOOG-AT-MDL-018303140 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 374e:**

Admit that document GOOG-AT-MDL-018303140 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 374f:**

Admit that document GOOG-AT-MDL-018303140 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 374g:**

Admit that document GOOG-AT-MDL-018303140 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 375:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-018391714 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 375a:**

Admit that document GOOG-AT-MDL-018391714 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 375b:**

Admit that document GOOG-AT-MDL-018391714 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 375c:**

Admit that document GOOG-AT-MDL-018391714 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 375d:**

Admit that document GOOG-AT-MDL-018391714 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 375e:**

Admit that document GOOG-AT-MDL-018391714 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 375f:**

Admit that document GOOG-AT-MDL-018391714 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 375g:**

Admit that document GOOG-AT-MDL-018391714 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 376:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-019300635 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 376a:**

Admit that document GOOG-AT-MDL-019300635 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 376b:**

Admit that document GOOG-AT-MDL-019300635 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 376c:**

Admit that document GOOG-AT-MDL-019300635 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 376d:**

Admit that document GOOG-AT-MDL-019300635 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 376e:**

Admit that document GOOG-AT-MDL-019300635 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 376f:**

Admit that document GOOG-AT-MDL-019300635 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 376g:**

Admit that document GOOG-AT-MDL-019300635 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 377:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-019521346 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 377a:**

Admit that document GOOG-AT-MDL-019521346 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 377b:**

Admit that document GOOG-AT-MDL-019521346 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 377c:**

Admit that document GOOG-AT-MDL-019521346 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 377d:**

Admit that document GOOG-AT-MDL-019521346 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 377e:**

Admit that document GOOG-AT-MDL-019521346 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 377f:**

Admit that document GOOG-AT-MDL-019521346 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 377g:**

Admit that document GOOG-AT-MDL-019521346 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 378:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-019521348 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 378a:**

Admit that document GOOG-AT-MDL-019521348 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 378b:**

Admit that document GOOG-AT-MDL-019521348 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 378c:**

Admit that document GOOG-AT-MDL-019521348 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 378d:**

Admit that document GOOG-AT-MDL-019521348 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 378e:**

Admit that document GOOG-AT-MDL-019521348 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 378f:**

Admit that document GOOG-AT-MDL-019521348 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 378g:**

Admit that document GOOG-AT-MDL-019521348 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 379:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-019521367 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 379a:**

Admit that document GOOG-AT-MDL-019521367 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 379b:**

Admit that document GOOG-AT-MDL-019521367 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 379c:**

Admit that document GOOG-AT-MDL-019521367 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 379d:**

Admit that document GOOG-AT-MDL-019521367 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 379e:**

Admit that document GOOG-AT-MDL-019521367 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 379f:**

Admit that document GOOG-AT-MDL-019521367 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 379g:**

Admit that document GOOG-AT-MDL-019521367 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 380:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-019549050 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 380a:**

Admit that document GOOG-AT-MDL-019549050 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 380b:**

Admit that document GOOG-AT-MDL-019549050 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 380c:**

Admit that document GOOG-AT-MDL-019549050 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 380d:**

Admit that document GOOG-AT-MDL-019549050 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 380e:**

Admit that document GOOG-AT-MDL-019549050 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 380f:**

Admit that document GOOG-AT-MDL-019549050 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 380g:**

Admit that document GOOG-AT-MDL-019549050 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 381:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-000035051 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

214

**REQUEST FOR ADMISSION 381a:**

Admit that document GOOG-AT-MDL-B-000035051 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 381b:**

Admit that document GOOG-AT-MDL-B-000035051 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 381c:**

Admit that document GOOG-AT-MDL-B-000035051 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 381d:**

Admit that document GOOG-AT-MDL-B-000035051 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 381e:**

Admit that document GOOG-AT-MDL-B-000035051 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 381f:**

Admit that document GOOG-AT-MDL-B-000035051 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 381g:**

Admit that document GOOG-AT-MDL-B-000035051 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 382:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-000580336 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 382a:**

Admit that document GOOG-AT-MDL-B-000580336 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 382b:**

Admit that document GOOG-AT-MDL-B-000580336 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 382c:**

Admit that document GOOG-AT-MDL-B-000580336 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 382d:**

Admit that document GOOG-AT-MDL-B-000580336 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 382e:**

Admit that document GOOG-AT-MDL-B-000580336 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 382f:**

Admit that document GOOG-AT-MDL-B-000580336 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 382g:**

Admit that document GOOG-AT-MDL-B-000580336 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 383:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-000585371 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 383a:**

Admit that document GOOG-AT-MDL-B-000585371 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 383b:**

Admit that document GOOG-AT-MDL-B-000585371 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 383c:**

Admit that document GOOG-AT-MDL-B-000585371 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 383d:**

Admit that document GOOG-AT-MDL-B-000585371 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 383e:**

Admit that document GOOG-AT-MDL-B-000585371 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 383f:**

Admit that document GOOG-AT-MDL-B-000585371 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 383g:**

Admit that document GOOG-AT-MDL-B-000585371 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 384:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-001149686 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

218

**REQUEST FOR ADMISSION 384a:**

Admit that document GOOG-AT-MDL-B-001149686 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 384b:**

Admit that document GOOG-AT-MDL-B-001149686 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 384c:**

Admit that document GOOG-AT-MDL-B-001149686 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 384d:**

Admit that document GOOG-AT-MDL-B-001149686 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 384e:**

Admit that document GOOG-AT-MDL-B-001149686 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 384f:**

Admit that document GOOG-AT-MDL-B-001149686 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 384g:**

Admit that document GOOG-AT-MDL-B-001149686 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 385:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-001287740 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 385a:**

Admit that document GOOG-AT-MDL-B-001287740 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 385b:**

Admit that document GOOG-AT-MDL-B-001287740 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 385c:**

Admit that document GOOG-AT-MDL-B-001287740 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 385d:**

Admit that document GOOG-AT-MDL-B-001287740 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 385e:**

Admit that document GOOG-AT-MDL-B-001287740 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 385f:**

Admit that document GOOG-AT-MDL-B-001287740 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 385g:**

Admit that document GOOG-AT-MDL-B-001287740 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 386:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-001602051 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 386a:**

Admit that document GOOG-AT-MDL-B-001602051 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 386b:**

Admit that document GOOG-AT-MDL-B-001602051 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 386c:**

Admit that document GOOG-AT-MDL-B-001602051 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 386d:**

Admit that document GOOG-AT-MDL-B-001602051 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 386e:**

Admit that document GOOG-AT-MDL-B-001602051 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 386f:**

Admit that document GOOG-AT-MDL-B-001602051 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 386g:**

Admit that document GOOG-AT-MDL-B-001602051 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 387:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-001646301 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

222

**REQUEST FOR ADMISSION 387a:**

Admit that document GOOG-AT-MDL-B-001646301 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 387b:**

Admit that document GOOG-AT-MDL-B-001646301 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 387c:**

Admit that document GOOG-AT-MDL-B-001646301 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 387d:**

Admit that document GOOG-AT-MDL-B-001646301 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 387e:**

Admit that document GOOG-AT-MDL-B-001646301 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 387f:**

Admit that document GOOG-AT-MDL-B-001646301 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 387g:**

Admit that document GOOG-AT-MDL-B-001646301 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 388:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-002093394 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 388a:**

Admit that document GOOG-AT-MDL-B-002093394 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 388b:**

Admit that document GOOG-AT-MDL-B-002093394 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 388c:**

Admit that document GOOG-AT-MDL-B-002093394 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 388d:**

Admit that document GOOG-AT-MDL-B-002093394 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 388e:**

Admit that document GOOG-AT-MDL-B-002093394 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 388f:**

Admit that document GOOG-AT-MDL-B-002093394 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 388g:**

Admit that document GOOG-AT-MDL-B-002093394 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 389:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-002095462 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 389a:**

Admit that document GOOG-AT-MDL-B-002095462 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 389b:**

Admit that document GOOG-AT-MDL-B-002095462 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 389c:**

Admit that document GOOG-AT-MDL-B-002095462 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 389d:**

Admit that document GOOG-AT-MDL-B-002095462 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 389e:**

Admit that document GOOG-AT-MDL-B-002095462 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 389f:**

Admit that document GOOG-AT-MDL-B-002095462 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 389g:**

Admit that document GOOG-AT-MDL-B-002095462 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 390:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-002095972 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

226

**REQUEST FOR ADMISSION 390a:**

Admit that document GOOG-AT-MDL-B-002095972 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 390b:**

Admit that document GOOG-AT-MDL-B-002095972 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 390c:**

Admit that document GOOG-AT-MDL-B-002095972 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 390d:**

Admit that document GOOG-AT-MDL-B-002095972 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 390e:**

Admit that document GOOG-AT-MDL-B-002095972 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 390f:**

Admit that document GOOG-AT-MDL-B-002095972 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 390g:**

Admit that document GOOG-AT-MDL-B-002095972 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 391:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-002122273 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 391a:**

Admit that document GOOG-AT-MDL-B-002122273 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 391b:**

Admit that document GOOG-AT-MDL-B-002122273 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 391c:**

Admit that document GOOG-AT-MDL-B-002122273 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 391d:**

Admit that document GOOG-AT-MDL-B-002122273 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 391e:**

Admit that document GOOG-AT-MDL-B-002122273 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 391f:**

Admit that document GOOG-AT-MDL-B-002122273 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 391g:**

Admit that document GOOG-AT-MDL-B-002122273 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 392:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-003063431 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 392a:**

Admit that document GOOG-AT-MDL-B-003063431 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 392b:**

Admit that document GOOG-AT-MDL-B-003063431 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 392c:**

Admit that document GOOG-AT-MDL-B-003063431 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 392d:**

Admit that document GOOG-AT-MDL-B-003063431 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 392e:**

Admit that document GOOG-AT-MDL-B-003063431 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 392f:**

Admit that document GOOG-AT-MDL-B-003063431 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 392g:**

Admit that document GOOG-AT-MDL-B-003063431 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 393:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-003101175 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

230

**REQUEST FOR ADMISSION 393a:**

Admit that document GOOG-AT-MDL-B-003101175 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 393b:**

Admit that document GOOG-AT-MDL-B-003101175 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 393c:**

Admit that document GOOG-AT-MDL-B-003101175 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 393d:**

Admit that document GOOG-AT-MDL-B-003101175 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 393e:**

Admit that document GOOG-AT-MDL-B-003101175 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 393f:**

Admit that document GOOG-AT-MDL-B-003101175 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 393g:**

Admit that document GOOG-AT-MDL-B-003101175 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 394:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-003208954 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 394a:**

Admit that document GOOG-AT-MDL-B-003208954 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 394b:**

Admit that document GOOG-AT-MDL-B-003208954 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 394c:**

Admit that document GOOG-AT-MDL-B-003208954 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 394d:**

Admit that document GOOG-AT-MDL-B-003208954 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 394e:**

Admit that document GOOG-AT-MDL-B-003208954 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 394f:**

Admit that document GOOG-AT-MDL-B-003208954 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 394g:**

Admit that document GOOG-AT-MDL-B-003208954 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 395:**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-004014961 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 395a:**

Admit that document GOOG-AT-MDL-B-004014961 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 395b:**

Admit that document GOOG-AT-MDL-B-004014961 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 395c:**

Admit that document GOOG-AT-MDL-B-004014961 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 395d:**

Admit that document GOOG-AT-MDL-B-004014961 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 395e:**

Admit that document GOOG-AT-MDL-B-004014961 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 395f:**

Admit that document GOOG-AT-MDL-B-004014961 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 395g:**

Admit that document GOOG-AT-MDL-B-004014961 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 396:</u>**

Admit that all foundational requirements for the admission of document GOOG-AT-MDL-B-004712817 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

234

**REQUEST FOR ADMISSION 396a:**

Admit that document GOOG-AT-MDL-B-004712817 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 396b:**

Admit that document GOOG-AT-MDL-B-004712817 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 396c:**

Admit that document GOOG-AT-MDL-B-004712817 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 396d:**

Admit that document GOOG-AT-MDL-B-004712817 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 396e:**

Admit that document GOOG-AT-MDL-B-004712817 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 396f:**

Admit that document GOOG-AT-MDL-B-004712817 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 396g:**

Admit that document GOOG-AT-MDL-B-004712817 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 397:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-00075483 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 397a:**

Admit that document GOOG-DOJ-00075483 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 397b:**

Admit that document GOOG-DOJ-00075483 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 397c:**

Admit that document GOOG-DOJ-00075483 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 397d:**

Admit that document GOOG-DOJ-00075483 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 397e:**

Admit that document GOOG-DOJ-00075483 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 397f:**

Admit that document GOOG-DOJ-00075483 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 397g:**

Admit that document GOOG-DOJ-00075483 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 398:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-01144643 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 398a:**

Admit that document GOOG-DOJ-01144643 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 398b:**

Admit that document GOOG-DOJ-01144643 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 398c:**

Admit that document GOOG-DOJ-01144643 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 398d:**

Admit that document GOOG-DOJ-01144643 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 398e:**

Admit that document GOOG-DOJ-01144643 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 398f:**

Admit that document GOOG-DOJ-01144643 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 398g:**

Admit that document GOOG-DOJ-01144643 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 399:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-01657521 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 399a:**

Admit that document GOOG-DOJ-01657521 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 399b:**

Admit that document GOOG-DOJ-01657521 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 399c:**

Admit that document GOOG-DOJ-01657521 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 399d:**

Admit that document GOOG-DOJ-01657521 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 399e:**

Admit that document GOOG-DOJ-01657521 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 399f:**

Admit that document GOOG-DOJ-01657521 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 399g:**

Admit that document GOOG-DOJ-01657521 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 400:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-02138229 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 400a:**

Admit that document GOOG-DOJ-02138229 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 400b:**

Admit that document GOOG-DOJ-02138229 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 400c:**

Admit that document GOOG-DOJ-02138229 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 400d:**

Admit that document GOOG-DOJ-02138229 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 400e:**

Admit that document GOOG-DOJ-02138229 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 400f:**

Admit that document GOOG-DOJ-02138229 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 400g:**

Admit that document GOOG-DOJ-02138229 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 401:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-02162524 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 401a:**

Admit that document GOOG-DOJ-02162524 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 401b:**

Admit that document GOOG-DOJ-02162524 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 401c:**

Admit that document GOOG-DOJ-02162524 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 401d:**

Admit that document GOOG-DOJ-02162524 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 401e:**

Admit that document GOOG-DOJ-02162524 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 401f:**

Admit that document GOOG-DOJ-02162524 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 401g:**

Admit that document GOOG-DOJ-02162524 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 402:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-02852767 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

242

**REQUEST FOR ADMISSION 402a:**

Admit that document GOOG-DOJ-02852767 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 402b:**

Admit that document GOOG-DOJ-02852767 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 402c:**

Admit that document GOOG-DOJ-02852767 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 402d:**

Admit that document GOOG-DOJ-02852767 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 402e:**

Admit that document GOOG-DOJ-02852767 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 402f:**

Admit that document GOOG-DOJ-02852767 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 402g:**

Admit that document GOOG-DOJ-02852767 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 403:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-03033279 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 403a:**

Admit that document GOOG-DOJ-03033279 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 403b:**

Admit that document GOOG-DOJ-03033279 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 403c:**

Admit that document GOOG-DOJ-03033279 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 403d:**

Admit that document GOOG-DOJ-03033279 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 403e:**

Admit that document GOOG-DOJ-03033279 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 403f:**

Admit that document GOOG-DOJ-03033279 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 403g:**

Admit that document GOOG-DOJ-03033279 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 404:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-03070314 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 404a:**

Admit that document GOOG-DOJ-03070314 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 404b:**

Admit that document GOOG-DOJ-03070314 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 404c:**

Admit that document GOOG-DOJ-03070314 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 404d:**

Admit that document GOOG-DOJ-03070314 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 404e:**

Admit that document GOOG-DOJ-03070314 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 404f:**

Admit that document GOOG-DOJ-03070314 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 404g:**

Admit that document GOOG-DOJ-03070314 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 405:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-03071831 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 405a:**

Admit that document GOOG-DOJ-03071831 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 405b:**

Admit that document GOOG-DOJ-03071831 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 405c:**

Admit that document GOOG-DOJ-03071831 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 405d:**

Admit that document GOOG-DOJ-03071831 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 405e:**

Admit that document GOOG-DOJ-03071831 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 405f:**

Admit that document GOOG-DOJ-03071831 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 405g:**

Admit that document GOOG-DOJ-03071831 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 406:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-03234697 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 406a:**

Admit that document GOOG-DOJ-03234697 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 406b:**

Admit that document GOOG-DOJ-03234697 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 406c:**

Admit that document GOOG-DOJ-03234697 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 406d:**

Admit that document GOOG-DOJ-03234697 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 406e:**

Admit that document GOOG-DOJ-03234697 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 406f:**

Admit that document GOOG-DOJ-03234697 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 406g:**

Admit that document GOOG-DOJ-03234697 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 407:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-03234731 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 407a:**

Admit that document GOOG-DOJ-03234731 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 407b:**

Admit that document GOOG-DOJ-03234731 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

249

**REQUEST FOR ADMISSION 407c:**

Admit that document GOOG-DOJ-03234731 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 407d:**

Admit that document GOOG-DOJ-03234731 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 407e:**

Admit that document GOOG-DOJ-03234731 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 407f:**

Admit that document GOOG-DOJ-03234731 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 407g:**

Admit that document GOOG-DOJ-03234731 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 408:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-03235613 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 408a:**

Admit that document GOOG-DOJ-03235613 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 408b:**

Admit that document GOOG-DOJ-03235613 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 408c:**

Admit that document GOOG-DOJ-03235613 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 408d:**

Admit that document GOOG-DOJ-03235613 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 408e:**

Admit that document GOOG-DOJ-03235613 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 408f:**

Admit that document GOOG-DOJ-03235613 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 408g:**

Admit that document GOOG-DOJ-03235613 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 409:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-03238507 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 409a:**

Admit that document GOOG-DOJ-03238507 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 409b:**

Admit that document GOOG-DOJ-03238507 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 409c:**

Admit that document GOOG-DOJ-03238507 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 409d:**

Admit that document GOOG-DOJ-03238507 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 409e:**

Admit that document GOOG-DOJ-03238507 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 409f:**

Admit that document GOOG-DOJ-03238507 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 409g:**

Admit that document GOOG-DOJ-03238507 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 410:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-03603333 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 410a:**

Admit that document GOOG-DOJ-03603333 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 410b:**

Admit that document GOOG-DOJ-03603333 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 410c:**

Admit that document GOOG-DOJ-03603333 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 410d:**

Admit that document GOOG-DOJ-03603333 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 410e:**

Admit that document GOOG-DOJ-03603333 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 410f:**

Admit that document GOOG-DOJ-03603333 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 410g:**

Admit that document GOOG-DOJ-03603333 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 411:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-03608886 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 411a:**

Admit that document GOOG-DOJ-03608886 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 411b:**

Admit that document GOOG-DOJ-03608886 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 411c:**

Admit that document GOOG-DOJ-03608886 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 411d:**

Admit that document GOOG-DOJ-03608886 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 411e:**

Admit that document GOOG-DOJ-03608886 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 411f:**

Admit that document GOOG-DOJ-03608886 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 411g:**

Admit that document GOOG-DOJ-03608886 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 412:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-03634896 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 412a:**

Admit that document GOOG-DOJ-03634896 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 412b:**

Admit that document GOOG-DOJ-03634896 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 412c:**

Admit that document GOOG-DOJ-03634896 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 412d:**

Admit that document GOOG-DOJ-03634896 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 412e:**

Admit that document GOOG-DOJ-03634896 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 412f:**

Admit that document GOOG-DOJ-03634896 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 412g:**

Admit that document GOOG-DOJ-03634896 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 413:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-03863839 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 413a:**

Admit that document GOOG-DOJ-03863839 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 413b:**

Admit that document GOOG-DOJ-03863839 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 413c:**

Admit that document GOOG-DOJ-03863839 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 413d:**

Admit that document GOOG-DOJ-03863839 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 413e:**

Admit that document GOOG-DOJ-03863839 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 413f:**

Admit that document GOOG-DOJ-03863839 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 413g:**

Admit that document GOOG-DOJ-03863839 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 414:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-03870086 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 414a:**

Admit that document GOOG-DOJ-03870086 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 414b:**

Admit that document GOOG-DOJ-03870086 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 414c:**

Admit that document GOOG-DOJ-03870086 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 414d:**

Admit that document GOOG-DOJ-03870086 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 414e:**

Admit that document GOOG-DOJ-03870086 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 414f:**

Admit that document GOOG-DOJ-03870086 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 414g:**

Admit that document GOOG-DOJ-03870086 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 415:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-03875507 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 415a:**

Admit that document GOOG-DOJ-03875507 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 415b:**

Admit that document GOOG-DOJ-03875507 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 415c:**

Admit that document GOOG-DOJ-03875507 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 415d:**

Admit that document GOOG-DOJ-03875507 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 415e:**

Admit that document GOOG-DOJ-03875507 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 415f:**

Admit that document GOOG-DOJ-03875507 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 415g:**

Admit that document GOOG-DOJ-03875507 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 416:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-04004392 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 416a:**

Admit that document GOOG-DOJ-04004392 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 416b:**

Admit that document GOOG-DOJ-04004392 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 416c:**

Admit that document GOOG-DOJ-04004392 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 416d:**

Admit that document GOOG-DOJ-04004392 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 416e:**

Admit that document GOOG-DOJ-04004392 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 416f:**

Admit that document GOOG-DOJ-04004392 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 416g:**

Admit that document GOOG-DOJ-04004392 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 417:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-04153354 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 417a:**

Admit that document GOOG-DOJ-04153354 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 417b:**

Admit that document GOOG-DOJ-04153354 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 417c:**

Admit that document GOOG-DOJ-04153354 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 417d:**

Admit that document GOOG-DOJ-04153354 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 417e:**

Admit that document GOOG-DOJ-04153354 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 417f:**

Admit that document GOOG-DOJ-04153354 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 417g:**

Admit that document GOOG-DOJ-04153354 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 418:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-04169849 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 418a:**

Admit that document GOOG-DOJ-04169849 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 418b:**

Admit that document GOOG-DOJ-04169849 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 418c:**

Admit that document GOOG-DOJ-04169849 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 418d:**

Admit that document GOOG-DOJ-04169849 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 418e:**

Admit that document GOOG-DOJ-04169849 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 418f:**

Admit that document GOOG-DOJ-04169849 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 418g:**

Admit that document GOOG-DOJ-04169849 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 419:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-04201963 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 419a:**

Admit that document GOOG-DOJ-04201963 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 419b:**

Admit that document GOOG-DOJ-04201963 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 419c:**

Admit that document GOOG-DOJ-04201963 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 419d:**

Admit that document GOOG-DOJ-04201963 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 419e:**

Admit that document GOOG-DOJ-04201963 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 419f:**

Admit that document GOOG-DOJ-04201963 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 419g:**

Admit that document GOOG-DOJ-04201963 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 420:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-04329872 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 420a:**

Admit that document GOOG-DOJ-04329872 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 420b:**

Admit that document GOOG-DOJ-04329872 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 420c:**

Admit that document GOOG-DOJ-04329872 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 420d:**

Admit that document GOOG-DOJ-04329872 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 420e:**

Admit that document GOOG-DOJ-04329872 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 420f:**

Admit that document GOOG-DOJ-04329872 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 420g:**

Admit that document GOOG-DOJ-04329872 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 421:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-04425508 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 421a:**

Admit that document GOOG-DOJ-04425508 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 421b:**

Admit that document GOOG-DOJ-04425508 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 421c:**

Admit that document GOOG-DOJ-04425508 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 421d:**

Admit that document GOOG-DOJ-04425508 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 421e:**

Admit that document GOOG-DOJ-04425508 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 421f:**

Admit that document GOOG-DOJ-04425508 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 421g:**

Admit that document GOOG-DOJ-04425508 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 422:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-04425907 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 422a:**

Admit that document GOOG-DOJ-04425907 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 422b:**

Admit that document GOOG-DOJ-04425907 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 422c:**

Admit that document GOOG-DOJ-04425907 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 422d:**

Admit that document GOOG-DOJ-04425907 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 422e:**

Admit that document GOOG-DOJ-04425907 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 422f:**

Admit that document GOOG-DOJ-04425907 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 422g:**

Admit that document GOOG-DOJ-04425907 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 423:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-04452105 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

270

**REQUEST FOR ADMISSION 423a:**

Admit that document GOOG-DOJ-04452105 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 423b:**

Admit that document GOOG-DOJ-04452105 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 423c:**

Admit that document GOOG-DOJ-04452105 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 423d:**

Admit that document GOOG-DOJ-04452105 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 423e:**

Admit that document GOOG-DOJ-04452105 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 423f:**

Admit that document GOOG-DOJ-04452105 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 423g:**

Admit that document GOOG-DOJ-04452105 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


Dated: May 14, 2024

David Boies
dboies@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

*Lead Counsel for the Publisher Class*

*/s/ Philip C. Korologos*
Philip C. Korologos
pkorologos@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300

Mark C. Mao
mmao@bsfllp.com
Sean P. Rodriguez
srodriguez@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6820

Sabria A. McElroy
smcelroy@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 377-4216

Izaak Earnhardt
iearnhardt@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave NW, 11th Floor
Washington, DC 20005

Telephone: (202) 237-2727
George A. Zelcs
gzelcs@koreintillery.com
Randall P. Ewing
rewing@koreintillery.com
Marc A. Wallenstein
mwallenstein@koreintillery.com
Ryan A. Cortazar
rcortazar@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Fax: (312) 641-9751

Christopher M. Burke
cburke@koreintillery.com
Walter W. Noss
wnoss@koreintillery.com
Yifan (Kate) Lv
klv@koreintillery.com
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA  92101
Telephone: (619) 625-5621
Fax: (314) 241-3525

Stephen M. Tillery
stillery@koreintillery.com
Michael E. Klenov
mklenov@koreintillery.com
Carol L. O'Keefe
cokeefe@koreintillery.com
Andrew Ellis
aellis@koreintillery.com
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Fax: (314) 241-3525

Eric L. Cramer
ecramer@bm.net
Michael C. Dell'Angelo
mdellangelo@bm.net
Caitlin G. Coslett

ccoslett@bm.net
Patrick F. Madden
pmadden@bm.net
Jeremy Gradwohl
jgradwohl@bm.net
**BERGER MONTAGUE PC**
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000

Robert E. Litan
rlitan@bm.net
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Telephone: (202) 559-9745

*Interim Co-Lead Counsel for the Publisher Class*

## CERTIFICATE OF SERVICE

I, Philip C. Korologos, hereby certify that on May 14, 2024, I caused a copy of Named

Publisher Plaintiffs' Second Set of Requests for Admission to Defendants Google LLC,

Alphabet, Inc., and YouTube, LLC to be served via email on counsel for Defendants:

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Eric Mahr
Justina Sessions
Julie Elmer
Andrew J. Ewalt
Jan Rybnicek
Lauren Kaplin
Robert J. McCallum
700 13th Street NW, 10th Floor
Washington, DC 20005
(202) 777-4500
eric.mahr@freshfields.com
julie.elmer@freshfields.com
andrew.ewalt@freshfields.com
jan.rybnicek@freshfields.com
lauren.kaplin@freshfields.com
rob.mccallum@freshfields.com
justina.sessions@freshfields.com

**AXINN VELTROP & HARKRIDER LLP**
John Harkrider
Daniel Bitton
Bradley Justus
David Pearl
114 West 47th Street
New York, NY 10036
(212) 728-2200
jharkrider@axinn.com
dbitton@axinn.com
bjustus@axinn.com
dpearl@axinn.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC*


*/s/ Philip C. Korologos*
Philip C. Korologos