# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                         :
IN RE GOOGLE DIGITAL ADVERTISING         :
ANTITRUST LITIGATION                     :        Case No. 1:21-md-3010 (PKC)
                                         :
                                         :
_____:
                                         :
*This Document relates to:*              :
                                         :
                                         :
IN RE GOOGLE DIGITAL PUBLISHER           :        Case No. 1:21-cv-7034 (PKC)
LITIGATION                               :
                                         :
_____:

## NAMED PUBLISHER PLAINTIFFS' THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANTS GOOGLE LLC, ALPHABET, INC. AND YOUTUBE, LLC

Pursuant to Federal Rule of Civil Procedure 36, Plaintiffs in the above-captioned matter, by their counsel, hereby serve this Third Set of Requests for Admission ("Requests") upon Defendants Google LLC, Alphabet, Inc. and YouTube, LLC ("Defendants") and request that Defendants answer each, under oath, within thirty (30) days.

Please note that the matters set forth herein will be deemed admitted unless within thirty (30) days of service of these Requests, Defendants serve upon Plaintiffs' Counsel written answers or objections addressed to the matter and signed by Defendants or their attorneys.

## DEFINITIONS

The definitions and rules of construction set forth in Rule 34 of the Federal Rules of Civil Procedure ("Federal Rules") and Rule 26.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York ("Local Rules")–including, but not limited to, the definitions of "Documents" and "Person"–are hereby incorporated and

apply to these Requests. These definitions apply throughout these Requests without regard to capitalization. Plaintiffs reserve the right to deliver and serve additional Requests. In addition, as used in these Requests, the words set forth below shall be defined as follows:

1.      "You," "Your," "Alphabet," or "Google" shall mean Defendants Google LLC, Alphabet Inc., and YouTube, LLC and their past and present officers, employees, agents and representatives, parents and predecessors, divisions, subsidiaries, affiliates, partnerships and joint ventures. The terms subsidiary, affiliate, and joint venture refer to any firm in which there is total or partial ownership of twenty-five percent or more or total or partial control between the company and any other person or entity.

2.      To bring within the scope of these Requests all information that might otherwise be construed to be outside of their scope, the following rules of construction apply: (i) the singular includes the plural and vice versa; (ii) the masculine, feminine, or neuter pronoun does not exclude other genders; (iii) the connectives "and" and "or" should be read either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope; (iv) the terms "any," "all," and "each" should be read to mean any and all; (v) the word "including" should be read to mean including, without limitation; (vi) the present tense should be construed to include the past tense and vice versa; (vii) references to employees, officers, directors, or agents include both current and former employees, officers, directors, and agents; and (viii) defined terms should be given their broadest meaning regardless of whether they are capitalized in these Requests.

## <u>INSTRUCTIONS</u>

1.      Unless otherwise specified, the information requested by this set of Requests shall include information within the knowledge or possession of any of Your agents,

employees, attorneys, investigators, or any other Persons, firms, or entities directly or indirectly subject to Your control in any way whatsoever.

2.      Each Request shall be answered in its entirety. If any Request or subsection thereof cannot be answered in full, it shall be answered to the fullest extent possible with an explanation as to why a complete answer is not provided.

3.      Separate and complete responses (or, as the case may be, separate objections) are required for each Request or subpart thereof.

4.      Unless otherwise instructed or clear from the context of the Request, these Requests seek responsive information concerning the period from January 1, 2007 to Present. Plaintiffs reserve the right to expand the time frame of these and any future Requests should the Court in this Action determine that the relevant time period for discovery exceeds the scope set forth herein.

5.      If a claim of privilege is asserted in objecting to any Request or subpart thereof, and a full response is not provided on the basis of such assertions, you are directed to comply with all applicable rules, statutes and provisions regarding such Requests, including, but not limited to Fed. R. Civ. P. 26(b)(5) relating to, among other things, the identification, protection, and disclosure of the existence of such information.  You are further directed to respond to any part of the request for admission which is not objectionable and furnish a statement of the claim of privilege and all facts relied upon in support thereof in the form of a log.

6.      If you find the meaning of any term in any request for admission is unclear, without wavier of Plaintiffs' right to seek a full and compliant response to the request for admission, you shall assume a reasonable meaning, state what the assumed meaning is, and respond to the request for admission according to the assumed meaning.

7.      These Requests are continuing in nature and require supplemental or additional responses in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

## REQUESTS FOR ADMISSION

### REQUEST FOR ADMISSION NO. 424:

Admit that all foundational requirements for the admission of document GOOG-DOJ-04602757 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

### REQUEST FOR ADMISSION 424a:

Admit that document GOOG-DOJ-04602757 is a true and authentic copy of a genuine original document.

**ANSWER:**


### REQUEST FOR ADMISSION 424b:

Admit that document GOOG-DOJ-04602757 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


### REQUEST FOR ADMISSION 424c:

Admit that document GOOG-DOJ-04602757 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


### REQUEST FOR ADMISSION 424d:

Admit that document GOOG-DOJ-04602757 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 424e:**

Admit that document GOOG-DOJ-04602757 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 424f:**

Admit that document GOOG-DOJ-04602757 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 424g:**

Admit that document GOOG-DOJ-04602757 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 425:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-04830048 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 425a:**

Admit that document GOOG-DOJ-04830048 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 425b:**

Admit that document GOOG-DOJ-04830048 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

5

**REQUEST FOR ADMISSION 425c:**

Admit that document GOOG-DOJ-04830048 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 425d:**

Admit that document GOOG-DOJ-04830048 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 425e:**

Admit that document GOOG-DOJ-04830048 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 425f:**

Admit that document GOOG-DOJ-04830048 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 425g:**

Admit that document GOOG-DOJ-04830048 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 426:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-04980683 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 426a:**

Admit that document GOOG-DOJ-04980683 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 426b:**

Admit that document GOOG-DOJ-04980683 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 426c:**

Admit that document GOOG-DOJ-04980683 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 426d:**

Admit that document GOOG-DOJ-04980683 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 426e:**

Admit that document GOOG-DOJ-04980683 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 426f:**

Admit that document GOOG-DOJ-04980683 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 426g:**

Admit that document GOOG-DOJ-04980683 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 427:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-05226188 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 427a:**

Admit that document GOOG-DOJ-05226188 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 427b:**

Admit that document GOOG-DOJ-05226188 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 427c:**

Admit that document GOOG-DOJ-05226188 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 427d:**

Admit that document GOOG-DOJ-05226188 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 427e:**

Admit that document GOOG-DOJ-05226188 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 427f:**

Admit that document GOOG-DOJ-05226188 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 427g:**

Admit that document GOOG-DOJ-05226188 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 428:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-05241286 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 428a:**

Admit that document GOOG-DOJ-05241286 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 428b:**

Admit that document GOOG-DOJ-05241286 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 428c:**

Admit that document GOOG-DOJ-05241286 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 428d:**

Admit that document GOOG-DOJ-05241286 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 428e:**

Admit that document GOOG-DOJ-05241286 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 428f:**

Admit that document GOOG-DOJ-05241286 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 428g:**

Admit that document GOOG-DOJ-05241286 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 429:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-05244839 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 429a:**

Admit that document GOOG-DOJ-05244839 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 429b:**

Admit that document GOOG-DOJ-05244839 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 429c:**

Admit that document GOOG-DOJ-05244839 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 429d:**

Admit that document GOOG-DOJ-05244839 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 429e:**

Admit that document GOOG-DOJ-05244839 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 429f:**

Admit that document GOOG-DOJ-05244839 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 429g:**

Admit that document GOOG-DOJ-05244839 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 430:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-05270417 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 430a:**

Admit that document GOOG-DOJ-05270417 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 430b:**

Admit that document GOOG-DOJ-05270417 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 430c:**

Admit that document GOOG-DOJ-05270417 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 430d:**

Admit that document GOOG-DOJ-05270417 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 430e:**

Admit that document GOOG-DOJ-05270417 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 430f:**

Admit that document GOOG-DOJ-05270417 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 430g:**

Admit that document GOOG-DOJ-05270417 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 431:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-05539231 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 431a:**

Admit that document GOOG-DOJ-05539231 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 431b:**

Admit that document GOOG-DOJ-05539231 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 431c:**

Admit that document GOOG-DOJ-05539231 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 431d:**

Admit that document GOOG-DOJ-05539231 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 431e:**

Admit that document GOOG-DOJ-05539231 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 431f:**

Admit that document GOOG-DOJ-05539231 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 431g:**

Admit that document GOOG-DOJ-05539231 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 432:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06210474 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

14

**REQUEST FOR ADMISSION 432a:**

Admit that document GOOG-DOJ-06210474 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 432b:**

Admit that document GOOG-DOJ-06210474 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 432c:**

Admit that document GOOG-DOJ-06210474 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 432d:**

Admit that document GOOG-DOJ-06210474 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 432e:**

Admit that document GOOG-DOJ-06210474 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 432f:**

Admit that document GOOG-DOJ-06210474 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 432g:**

Admit that document GOOG-DOJ-06210474 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 433:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06550301 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 433a:**

Admit that document GOOG-DOJ-06550301 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 433b:**

Admit that document GOOG-DOJ-06550301 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 433c:**

Admit that document GOOG-DOJ-06550301 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 433d:**

Admit that document GOOG-DOJ-06550301 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 433e:**

Admit that document GOOG-DOJ-06550301 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 433f:**

Admit that document GOOG-DOJ-06550301 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 433g:**

Admit that document GOOG-DOJ-06550301 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 434:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06572999 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 434a:**

Admit that document GOOG-DOJ-06572999 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 434b:**

Admit that document GOOG-DOJ-06572999 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 434c:**

Admit that document GOOG-DOJ-06572999 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 434d:**

Admit that document GOOG-DOJ-06572999 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 434e:**

Admit that document GOOG-DOJ-06572999 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 434f:**

Admit that document GOOG-DOJ-06572999 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 434g:**

Admit that document GOOG-DOJ-06572999 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 435:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06592338 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 435a:**

Admit that document GOOG-DOJ-06592338 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 435b:**

Admit that document GOOG-DOJ-06592338 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 435c:**

Admit that document GOOG-DOJ-06592338 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 435d:**

Admit that document GOOG-DOJ-06592338 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 435e:**

Admit that document GOOG-DOJ-06592338 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 435f:**

Admit that document GOOG-DOJ-06592338 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 435g:**

Admit that document GOOG-DOJ-06592338 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 436:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06730424 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 436a:**

Admit that document GOOG-DOJ-06730424 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 436b:**

Admit that document GOOG-DOJ-06730424 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 436c:**

Admit that document GOOG-DOJ-06730424 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 436d:**

Admit that document GOOG-DOJ-06730424 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 436e:**

Admit that document GOOG-DOJ-06730424 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 436f:**

Admit that document GOOG-DOJ-06730424 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 436g:**

Admit that document GOOG-DOJ-06730424 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 437:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06744027 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 437a:**

Admit that document GOOG-DOJ-06744027 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 437b:**

Admit that document GOOG-DOJ-06744027 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 437c:**

Admit that document GOOG-DOJ-06744027 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 437d:**

Admit that document GOOG-DOJ-06744027 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 437e:**

Admit that document GOOG-DOJ-06744027 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 437f:**

Admit that document GOOG-DOJ-06744027 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 437g:**

Admit that document GOOG-DOJ-06744027 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 438:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06842351 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 438a:**

Admit that document GOOG-DOJ-06842351 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 438b:**

Admit that document GOOG-DOJ-06842351 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 438c:**

Admit that document GOOG-DOJ-06842351 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 438d:**

Admit that document GOOG-DOJ-06842351 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 438e:**

Admit that document GOOG-DOJ-06842351 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 438f:**

Admit that document GOOG-DOJ-06842351 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

23

**REQUEST FOR ADMISSION 438g:**

Admit that document GOOG-DOJ-06842351 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 439:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06844964 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 439a:**

Admit that document GOOG-DOJ-06844964 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 439b:**

Admit that document GOOG-DOJ-06844964 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 439c:**

Admit that document GOOG-DOJ-06844964 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 439d:**

Admit that document GOOG-DOJ-06844964 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 439e:**

Admit that document GOOG-DOJ-06844964 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 439f:**

Admit that document GOOG-DOJ-06844964 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 439g:**

Admit that document GOOG-DOJ-06844964 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 440:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06850910 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 440a:**

Admit that document GOOG-DOJ-06850910 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 440b:**

Admit that document GOOG-DOJ-06850910 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 440c:**

Admit that document GOOG-DOJ-06850910 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 440d:**

Admit that document GOOG-DOJ-06850910 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 440e:**

Admit that document GOOG-DOJ-06850910 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 440f:**

Admit that document GOOG-DOJ-06850910 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 440g:**

Admit that document GOOG-DOJ-06850910 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 441:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06852418 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 441a:**

Admit that document GOOG-DOJ-06852418 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 441b:**

Admit that document GOOG-DOJ-06852418 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 441c:**

Admit that document GOOG-DOJ-06852418 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 441d:**

Admit that document GOOG-DOJ-06852418 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 441e:**

Admit that document GOOG-DOJ-06852418 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 441f:**

Admit that document GOOG-DOJ-06852418 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 441g:**

Admit that document GOOG-DOJ-06852418 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 442:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06867901 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 442a:**

Admit that document GOOG-DOJ-06867901 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 442b:**

Admit that document GOOG-DOJ-06867901 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 442c:**

Admit that document GOOG-DOJ-06867901 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 442d:**

Admit that document GOOG-DOJ-06867901 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 442e:**

Admit that document GOOG-DOJ-06867901 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 442f:**

Admit that document GOOG-DOJ-06867901 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 442g:**

Admit that document GOOG-DOJ-06867901 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 443:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-06881716 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 443a:**

Admit that document GOOG-DOJ-06881716 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 443b:**

Admit that document GOOG-DOJ-06881716 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 443c:**

Admit that document GOOG-DOJ-06881716 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 443d:**

Admit that document GOOG-DOJ-06881716 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 443e:**

Admit that document GOOG-DOJ-06881716 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 443f:**

Admit that document GOOG-DOJ-06881716 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 443g:**

Admit that document GOOG-DOJ-06881716 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 444:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-07285943 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 444a:**

Admit that document GOOG-DOJ-07285943 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 444b:**

Admit that document GOOG-DOJ-07285943 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 444c:**

Admit that document GOOG-DOJ-07285943 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 444d:**

Admit that document GOOG-DOJ-07285943 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 444e:**

Admit that document GOOG-DOJ-07285943 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 444f:**

Admit that document GOOG-DOJ-07285943 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 444g:**

Admit that document GOOG-DOJ-07285943 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 445:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-07290132 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 445a:**

Admit that document GOOG-DOJ-07290132 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 445b:**

Admit that document GOOG-DOJ-07290132 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 445c:**

Admit that document GOOG-DOJ-07290132 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 445d:**

Admit that document GOOG-DOJ-07290132 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 445e:**

Admit that document GOOG-DOJ-07290132 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 445f:**

Admit that document GOOG-DOJ-07290132 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 445g:**

Admit that document GOOG-DOJ-07290132 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 446:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-07298264 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 446a:**

Admit that document GOOG-DOJ-07298264 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 446b:**

Admit that document GOOG-DOJ-07298264 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 446c:**

Admit that document GOOG-DOJ-07298264 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 446d:**

Admit that document GOOG-DOJ-07298264 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 446e:**

Admit that document GOOG-DOJ-07298264 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 446f:**

Admit that document GOOG-DOJ-07298264 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 446g:**

Admit that document GOOG-DOJ-07298264 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 447:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-07593699 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 447a:**

Admit that document GOOG-DOJ-07593699 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 447b:**

Admit that document GOOG-DOJ-07593699 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 447c:**

Admit that document GOOG-DOJ-07593699 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 447d:**

Admit that document GOOG-DOJ-07593699 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 447e:**

Admit that document GOOG-DOJ-07593699 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 447f:**

Admit that document GOOG-DOJ-07593699 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 447g:**

Admit that document GOOG-DOJ-07593699 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 448:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-07799709 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 448a:**

Admit that document GOOG-DOJ-07799709 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 448b:**

Admit that document GOOG-DOJ-07799709 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 448c:**

Admit that document GOOG-DOJ-07799709 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 448d:**

Admit that document GOOG-DOJ-07799709 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 448e:**

Admit that document GOOG-DOJ-07799709 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 448f:**

Admit that document GOOG-DOJ-07799709 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 448g:**

Admit that document GOOG-DOJ-07799709 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 449:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-07832481 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 449a:**

Admit that document GOOG-DOJ-07832481 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 449b:**

Admit that document GOOG-DOJ-07832481 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 449c:**

Admit that document GOOG-DOJ-07832481 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 449d:**

Admit that document GOOG-DOJ-07832481 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 449e:**

Admit that document GOOG-DOJ-07832481 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 449f:**

Admit that document GOOG-DOJ-07832481 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 449g:**

Admit that document GOOG-DOJ-07832481 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 450:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-07838134 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 450a:**

Admit that document GOOG-DOJ-07838134 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 450b:**

Admit that document GOOG-DOJ-07838134 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 450c:**

Admit that document GOOG-DOJ-07838134 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 450d:**

Admit that document GOOG-DOJ-07838134 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 450e:**

Admit that document GOOG-DOJ-07838134 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 450f:**

Admit that document GOOG-DOJ-07838134 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 450g:**

Admit that document GOOG-DOJ-07838134 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 451:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-07905557 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 451a:**

Admit that document GOOG-DOJ-07905557 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 451b:**

Admit that document GOOG-DOJ-07905557 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 451c:**

Admit that document GOOG-DOJ-07905557 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 451d:**

Admit that document GOOG-DOJ-07905557 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 451e:**

Admit that document GOOG-DOJ-07905557 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 451f:**

Admit that document GOOG-DOJ-07905557 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 451g:**

Admit that document GOOG-DOJ-07905557 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 452:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-07961867 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 452a:**

Admit that document GOOG-DOJ-07961867 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 452b:**

Admit that document GOOG-DOJ-07961867 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 452c:**

Admit that document GOOG-DOJ-07961867 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 452d:**

Admit that document GOOG-DOJ-07961867 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 452e:**

Admit that document GOOG-DOJ-07961867 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 452f:**

Admit that document GOOG-DOJ-07961867 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 452g:**

Admit that document GOOG-DOJ-07961867 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 453:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-09429821 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 453a:**

Admit that document GOOG-DOJ-09429821 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 453b:**

Admit that document GOOG-DOJ-09429821 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 453c:**

Admit that document GOOG-DOJ-09429821 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 453d:**

Admit that document GOOG-DOJ-09429821 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 453e:**

Admit that document GOOG-DOJ-09429821 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 453f:**

Admit that document GOOG-DOJ-09429821 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 453g:**

Admit that document GOOG-DOJ-09429821 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 454:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-09429825 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 454a:**

Admit that document GOOG-DOJ-09429825 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 454b:**

Admit that document GOOG-DOJ-09429825 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 454c:**

Admit that document GOOG-DOJ-09429825 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 454d:**

Admit that document GOOG-DOJ-09429825 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 454e:**

Admit that document GOOG-DOJ-09429825 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 454f:**

Admit that document GOOG-DOJ-09429825 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 454g:**

Admit that document GOOG-DOJ-09429825 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 455:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-09457997 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 455a:**

Admit that document GOOG-DOJ-09457997 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 455b:**

Admit that document GOOG-DOJ-09457997 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 455c:**

Admit that document GOOG-DOJ-09457997 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 455d:**

Admit that document GOOG-DOJ-09457997 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 455e:**

Admit that document GOOG-DOJ-09457997 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 455f:**

Admit that document GOOG-DOJ-09457997 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 455g:**

Admit that document GOOG-DOJ-09457997 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 456:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-09493971 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

46

**REQUEST FOR ADMISSION 456a:**

Admit that document GOOG-DOJ-09493971 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 456b:**

Admit that document GOOG-DOJ-09493971 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 456c:**

Admit that document GOOG-DOJ-09493971 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 456d:**

Admit that document GOOG-DOJ-09493971 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 456e:**

Admit that document GOOG-DOJ-09493971 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 456f:**

Admit that document GOOG-DOJ-09493971 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 456g:**

Admit that document GOOG-DOJ-09493971 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 457:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-09494187 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 457a:**

Admit that document GOOG-DOJ-09494187 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 457b:**

Admit that document GOOG-DOJ-09494187 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 457c:**

Admit that document GOOG-DOJ-09494187 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 457d:**

Admit that document GOOG-DOJ-09494187 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 457e:**

Admit that document GOOG-DOJ-09494187 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 457f:**

Admit that document GOOG-DOJ-09494187 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 457g:**

Admit that document GOOG-DOJ-09494187 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 458:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-09494195 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 458a:**

Admit that document GOOG-DOJ-09494195 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 458b:**

Admit that document GOOG-DOJ-09494195 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 458c:**

Admit that document GOOG-DOJ-09494195 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 458d:**

Admit that document GOOG-DOJ-09494195 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 458e:**

Admit that document GOOG-DOJ-09494195 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 458f:**

Admit that document GOOG-DOJ-09494195 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 458g:**

Admit that document GOOG-DOJ-09494195 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 459:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-09702063 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

50

**REQUEST FOR ADMISSION 459a:**

Admit that document GOOG-DOJ-09702063 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 459b:**

Admit that document GOOG-DOJ-09702063 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 459c:**

Admit that document GOOG-DOJ-09702063 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 459d:**

Admit that document GOOG-DOJ-09702063 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 459e:**

Admit that document GOOG-DOJ-09702063 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 459f:**

Admit that document GOOG-DOJ-09702063 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 459g:**

Admit that document GOOG-DOJ-09702063 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 460:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-09704571 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 460a:**

Admit that document GOOG-DOJ-09704571 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 460b:**

Admit that document GOOG-DOJ-09704571 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 460c:**

Admit that document GOOG-DOJ-09704571 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 460d:**

Admit that document GOOG-DOJ-09704571 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 460e:**

Admit that document GOOG-DOJ-09704571 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 460f:**

Admit that document GOOG-DOJ-09704571 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 460g:**

Admit that document GOOG-DOJ-09704571 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 461:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-09713317 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 461a:**

Admit that document GOOG-DOJ-09713317 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 461b:**

Admit that document GOOG-DOJ-09713317 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 461c:**

Admit that document GOOG-DOJ-09713317 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 461d:**

Admit that document GOOG-DOJ-09713317 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 461e:**

Admit that document GOOG-DOJ-09713317 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 461f:**

Admit that document GOOG-DOJ-09713317 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 461g:**

Admit that document GOOG-DOJ-09713317 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 462:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-09779876 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 462a:**

Admit that document GOOG-DOJ-09779876 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 462b:**

Admit that document GOOG-DOJ-09779876 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 462c:**

Admit that document GOOG-DOJ-09779876 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 462d:**

Admit that document GOOG-DOJ-09779876 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 462e:**

Admit that document GOOG-DOJ-09779876 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 462f:**

Admit that document GOOG-DOJ-09779876 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 462g:**

Admit that document GOOG-DOJ-09779876 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 463:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-09875989 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 463a:**

Admit that document GOOG-DOJ-09875989 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 463b:**

Admit that document GOOG-DOJ-09875989 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 463c:**

Admit that document GOOG-DOJ-09875989 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 463d:**

Admit that document GOOG-DOJ-09875989 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 463e:**

Admit that document GOOG-DOJ-09875989 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 463f:**

Admit that document GOOG-DOJ-09875989 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 463g:**

Admit that document GOOG-DOJ-09875989 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 464:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-10167174 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 464a:**

Admit that document GOOG-DOJ-10167174 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 464b:**

Admit that document GOOG-DOJ-10167174 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 464c:**

Admit that document GOOG-DOJ-10167174 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 464d:**

Admit that document GOOG-DOJ-10167174 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 464e:**

Admit that document GOOG-DOJ-10167174 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 464f:**

Admit that document GOOG-DOJ-10167174 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 464g:**

Admit that document GOOG-DOJ-10167174 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 465:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-10310183 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 465a:**

Admit that document GOOG-DOJ-10310183 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 465b:**

Admit that document GOOG-DOJ-10310183 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 465c:**

Admit that document GOOG-DOJ-10310183 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 465d:**

Admit that document GOOG-DOJ-10310183 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 465e:**

Admit that document GOOG-DOJ-10310183 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 465f:**

Admit that document GOOG-DOJ-10310183 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 465g:**

Admit that document GOOG-DOJ-10310183 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 466:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-10463108 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 466a:**

Admit that document GOOG-DOJ-10463108 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 466b:**

Admit that document GOOG-DOJ-10463108 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 466c:**

Admit that document GOOG-DOJ-10463108 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 466d:**

Admit that document GOOG-DOJ-10463108 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 466e:**

Admit that document GOOG-DOJ-10463108 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 466f:**

Admit that document GOOG-DOJ-10463108 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 466g:**

Admit that document GOOG-DOJ-10463108 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 467:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-10671724 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 467a:**

Admit that document GOOG-DOJ-10671724 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 467b:**

Admit that document GOOG-DOJ-10671724 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 467c:**

Admit that document GOOG-DOJ-10671724 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 467d:**

Admit that document GOOG-DOJ-10671724 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 467e:**

Admit that document GOOG-DOJ-10671724 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 467f:**

Admit that document GOOG-DOJ-10671724 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 467g:**

Admit that document GOOG-DOJ-10671724 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 468:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-10907160 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 468a:**

Admit that document GOOG-DOJ-10907160 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 468b:**

Admit that document GOOG-DOJ-10907160 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 468c:**

Admit that document GOOG-DOJ-10907160 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 468d:**

Admit that document GOOG-DOJ-10907160 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 468e:**

Admit that document GOOG-DOJ-10907160 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 468f:**

Admit that document GOOG-DOJ-10907160 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 468g:**

Admit that document GOOG-DOJ-10907160 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 469:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-11232909 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 469a:**

Admit that document GOOG-DOJ-11232909 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 469b:**

Admit that document GOOG-DOJ-11232909 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 469c:**

Admit that document GOOG-DOJ-11232909 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 469d:**

Admit that document GOOG-DOJ-11232909 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 469e:**

Admit that document GOOG-DOJ-11232909 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 469f:**

Admit that document GOOG-DOJ-11232909 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 469g:**

Admit that document GOOG-DOJ-11232909 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 470:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-11767702 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 470a:**

Admit that document GOOG-DOJ-11767702 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 470b:**

Admit that document GOOG-DOJ-11767702 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 470c:**

Admit that document GOOG-DOJ-11767702 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 470d:**

Admit that document GOOG-DOJ-11767702 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 470e:**

Admit that document GOOG-DOJ-11767702 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 470f:**

Admit that document GOOG-DOJ-11767702 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 470g:**

Admit that document GOOG-DOJ-11767702 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 471:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-11770436 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

66

**REQUEST FOR ADMISSION 471a:**

Admit that document GOOG-DOJ-11770436 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 471b:**

Admit that document GOOG-DOJ-11770436 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 471c:**

Admit that document GOOG-DOJ-11770436 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 471d:**

Admit that document GOOG-DOJ-11770436 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 471e:**

Admit that document GOOG-DOJ-11770436 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 471f:**

Admit that document GOOG-DOJ-11770436 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 471g:**

Admit that document GOOG-DOJ-11770436 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 472:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-11770602 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 472a:**

Admit that document GOOG-DOJ-11770602 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 472b:**

Admit that document GOOG-DOJ-11770602 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 472c:**

Admit that document GOOG-DOJ-11770602 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 472d:**

Admit that document GOOG-DOJ-11770602 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 472e:**

Admit that document GOOG-DOJ-11770602 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 472f:**

Admit that document GOOG-DOJ-11770602 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 472g:**

Admit that document GOOG-DOJ-11770602 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 473:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-11772703 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 473a:**

Admit that document GOOG-DOJ-11772703 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 473b:**

Admit that document GOOG-DOJ-11772703 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

69

**REQUEST FOR ADMISSION 473c:**

Admit that document GOOG-DOJ-11772703 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 473d:**

Admit that document GOOG-DOJ-11772703 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 473e:**

Admit that document GOOG-DOJ-11772703 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 473f:**

Admit that document GOOG-DOJ-11772703 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 473g:**

Admit that document GOOG-DOJ-11772703 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 474:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-11813566 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 474a:**

Admit that document GOOG-DOJ-11813566 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 474b:**

Admit that document GOOG-DOJ-11813566 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 474c:**

Admit that document GOOG-DOJ-11813566 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 474d:**

Admit that document GOOG-DOJ-11813566 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 474e:**

Admit that document GOOG-DOJ-11813566 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 474f:**

Admit that document GOOG-DOJ-11813566 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 474g:**

Admit that document GOOG-DOJ-11813566 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 475:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-11838564 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 475a:**

Admit that document GOOG-DOJ-11838564 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 475b:**

Admit that document GOOG-DOJ-11838564 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 475c:**

Admit that document GOOG-DOJ-11838564 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 475d:**

Admit that document GOOG-DOJ-11838564 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 475e:**

Admit that document GOOG-DOJ-11838564 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 475f:**

Admit that document GOOG-DOJ-11838564 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 475g:**

Admit that document GOOG-DOJ-11838564 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 476:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-11855915 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 476a:**

Admit that document GOOG-DOJ-11855915 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 476b:**

Admit that document GOOG-DOJ-11855915 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 476c:**

Admit that document GOOG-DOJ-11855915 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 476d:**

Admit that document GOOG-DOJ-11855915 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 476e:**

Admit that document GOOG-DOJ-11855915 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 476f:**

Admit that document GOOG-DOJ-11855915 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 476g:**

Admit that document GOOG-DOJ-11855915 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 477:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-11916997 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

74

**REQUEST FOR ADMISSION 477a:**

Admit that document GOOG-DOJ-11916997 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 477b:**

Admit that document GOOG-DOJ-11916997 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 477c:**

Admit that document GOOG-DOJ-11916997 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 477d:**

Admit that document GOOG-DOJ-11916997 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 477e:**

Admit that document GOOG-DOJ-11916997 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 477f:**

Admit that document GOOG-DOJ-11916997 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 477g:**

Admit that document GOOG-DOJ-11916997 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 478:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12062878 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 478a:**

Admit that document GOOG-DOJ-12062878 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 478b:**

Admit that document GOOG-DOJ-12062878 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 478c:**

Admit that document GOOG-DOJ-12062878 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 478d:**

Admit that document GOOG-DOJ-12062878 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 478e:**

Admit that document GOOG-DOJ-12062878 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 478f:**

Admit that document GOOG-DOJ-12062878 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 478g:**

Admit that document GOOG-DOJ-12062878 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 479:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12071464 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 479a:**

Admit that document GOOG-DOJ-12071464 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 479b:**

Admit that document GOOG-DOJ-12071464 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 479c:**

Admit that document GOOG-DOJ-12071464 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 479d:**

Admit that document GOOG-DOJ-12071464 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 479e:**

Admit that document GOOG-DOJ-12071464 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 479f:**

Admit that document GOOG-DOJ-12071464 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 479g:**

Admit that document GOOG-DOJ-12071464 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 480:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12072304 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

78

**REQUEST FOR ADMISSION 480a:**

Admit that document GOOG-DOJ-12072304 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 480b:**

Admit that document GOOG-DOJ-12072304 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 480c:**

Admit that document GOOG-DOJ-12072304 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 480d:**

Admit that document GOOG-DOJ-12072304 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 480e:**

Admit that document GOOG-DOJ-12072304 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 480f:**

Admit that document GOOG-DOJ-12072304 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 480g:**

Admit that document GOOG-DOJ-12072304 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 481:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12073148 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 481a:**

Admit that document GOOG-DOJ-12073148 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 481b:**

Admit that document GOOG-DOJ-12073148 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 481c:**

Admit that document GOOG-DOJ-12073148 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 481d:**

Admit that document GOOG-DOJ-12073148 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 481e:**

Admit that document GOOG-DOJ-12073148 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 481f:**

Admit that document GOOG-DOJ-12073148 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 481g:**

Admit that document GOOG-DOJ-12073148 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 482:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12468880 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 482a:**

Admit that document GOOG-DOJ-12468880 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 482b:**

Admit that document GOOG-DOJ-12468880 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 482c:**

Admit that document GOOG-DOJ-12468880 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 482d:**

Admit that document GOOG-DOJ-12468880 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 482e:**

Admit that document GOOG-DOJ-12468880 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 482f:**

Admit that document GOOG-DOJ-12468880 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 482g:**

Admit that document GOOG-DOJ-12468880 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 483:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12497615 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 483a:**

Admit that document GOOG-DOJ-12497615 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 483b:**

Admit that document GOOG-DOJ-12497615 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 483c:**

Admit that document GOOG-DOJ-12497615 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 483d:**

Admit that document GOOG-DOJ-12497615 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 483e:**

Admit that document GOOG-DOJ-12497615 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 483f:**

Admit that document GOOG-DOJ-12497615 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 483g:**

Admit that document GOOG-DOJ-12497615 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 484:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12504330 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 484a:**

Admit that document GOOG-DOJ-12504330 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 484b:**

Admit that document GOOG-DOJ-12504330 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 484c:**

Admit that document GOOG-DOJ-12504330 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 484d:**

Admit that document GOOG-DOJ-12504330 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 484e:**

Admit that document GOOG-DOJ-12504330 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 484f:**

Admit that document GOOG-DOJ-12504330 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 484g:**

Admit that document GOOG-DOJ-12504330 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 485:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12707431 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 485a:**

Admit that document GOOG-DOJ-12707431 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 485b:**

Admit that document GOOG-DOJ-12707431 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 485c:**

Admit that document GOOG-DOJ-12707431 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 485d:**

Admit that document GOOG-DOJ-12707431 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 485e:**

Admit that document GOOG-DOJ-12707431 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 485f:**

Admit that document GOOG-DOJ-12707431 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 485g:**

Admit that document GOOG-DOJ-12707431 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 486:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12712317 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 486a:**

Admit that document GOOG-DOJ-12712317 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 486b:**

Admit that document GOOG-DOJ-12712317 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 486c:**

Admit that document GOOG-DOJ-12712317 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 486d:**

Admit that document GOOG-DOJ-12712317 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 486e:**

Admit that document GOOG-DOJ-12712317 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 486f:**

Admit that document GOOG-DOJ-12712317 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 486g:**

Admit that document GOOG-DOJ-12712317 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 487:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12857583 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 487a:**

Admit that document GOOG-DOJ-12857583 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 487b:**

Admit that document GOOG-DOJ-12857583 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 487c:**

Admit that document GOOG-DOJ-12857583 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 487d:**

Admit that document GOOG-DOJ-12857583 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 487e:**

Admit that document GOOG-DOJ-12857583 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 487f:**

Admit that document GOOG-DOJ-12857583 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 487g:**

Admit that document GOOG-DOJ-12857583 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 488:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-12866023 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 488a:**

Admit that document GOOG-DOJ-12866023 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 488b:**

Admit that document GOOG-DOJ-12866023 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 488c:**

Admit that document GOOG-DOJ-12866023 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 488d:**

Admit that document GOOG-DOJ-12866023 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 488e:**

Admit that document GOOG-DOJ-12866023 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 488f:**

Admit that document GOOG-DOJ-12866023 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 488g:**

Admit that document GOOG-DOJ-12866023 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 489:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13200335 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

90

**REQUEST FOR ADMISSION 489a:**

Admit that document GOOG-DOJ-13200335 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 489b:**

Admit that document GOOG-DOJ-13200335 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 489c:**

Admit that document GOOG-DOJ-13200335 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 489d:**

Admit that document GOOG-DOJ-13200335 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 489e:**

Admit that document GOOG-DOJ-13200335 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 489f:**

Admit that document GOOG-DOJ-13200335 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 489g:**

Admit that document GOOG-DOJ-13200335 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 490:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13216012 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 490a:**

Admit that document GOOG-DOJ-13216012 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 490b:**

Admit that document GOOG-DOJ-13216012 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 490c:**

Admit that document GOOG-DOJ-13216012 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 490d:**

Admit that document GOOG-DOJ-13216012 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 490e:**

Admit that document GOOG-DOJ-13216012 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 490f:**

Admit that document GOOG-DOJ-13216012 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 490g:**

Admit that document GOOG-DOJ-13216012 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 491:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13227047 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 491a:**

Admit that document GOOG-DOJ-13227047 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 491b:**

Admit that document GOOG-DOJ-13227047 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 491c:**

Admit that document GOOG-DOJ-13227047 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 491d:**

Admit that document GOOG-DOJ-13227047 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 491e:**

Admit that document GOOG-DOJ-13227047 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 491f:**

Admit that document GOOG-DOJ-13227047 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 491g:**

Admit that document GOOG-DOJ-13227047 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 492:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13229710 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

94

**REQUEST FOR ADMISSION 492a:**

Admit that document GOOG-DOJ-13229710 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 492b:**

Admit that document GOOG-DOJ-13229710 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 492c:**

Admit that document GOOG-DOJ-13229710 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 492d:**

Admit that document GOOG-DOJ-13229710 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 492e:**

Admit that document GOOG-DOJ-13229710 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 492f:**

Admit that document GOOG-DOJ-13229710 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 492g:**

Admit that document GOOG-DOJ-13229710 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 493:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13232351 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 493a:**

Admit that document GOOG-DOJ-13232351 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 493b:**

Admit that document GOOG-DOJ-13232351 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 493c:**

Admit that document GOOG-DOJ-13232351 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 493d:**

Admit that document GOOG-DOJ-13232351 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 493e:**

Admit that document GOOG-DOJ-13232351 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 493f:**

Admit that document GOOG-DOJ-13232351 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 493g:**

Admit that document GOOG-DOJ-13232351 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 494:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13233139 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 494a:**

Admit that document GOOG-DOJ-13233139 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 494b:**

Admit that document GOOG-DOJ-13233139 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 494c:**

Admit that document GOOG-DOJ-13233139 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 494d:**

Admit that document GOOG-DOJ-13233139 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 494e:**

Admit that document GOOG-DOJ-13233139 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 494f:**

Admit that document GOOG-DOJ-13233139 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 494g:**

Admit that document GOOG-DOJ-13233139 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 495:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13234247 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

98

**REQUEST FOR ADMISSION 495a:**

Admit that document GOOG-DOJ-13234247 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 495b:**

Admit that document GOOG-DOJ-13234247 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 495c:**

Admit that document GOOG-DOJ-13234247 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 495d:**

Admit that document GOOG-DOJ-13234247 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 495e:**

Admit that document GOOG-DOJ-13234247 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 495f:**

Admit that document GOOG-DOJ-13234247 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 495g:**

Admit that document GOOG-DOJ-13234247 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 496:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13242398 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 496a:**

Admit that document GOOG-DOJ-13242398 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 496b:**

Admit that document GOOG-DOJ-13242398 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 496c:**

Admit that document GOOG-DOJ-13242398 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 496d:**

Admit that document GOOG-DOJ-13242398 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 496e:**

Admit that document GOOG-DOJ-13242398 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 496f:**

Admit that document GOOG-DOJ-13242398 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 496g:**

Admit that document GOOG-DOJ-13242398 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 497:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13261336 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 497a:**

Admit that document GOOG-DOJ-13261336 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 497b:**

Admit that document GOOG-DOJ-13261336 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 497c:**

Admit that document GOOG-DOJ-13261336 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 497d:**

Admit that document GOOG-DOJ-13261336 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 497e:**

Admit that document GOOG-DOJ-13261336 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 497f:**

Admit that document GOOG-DOJ-13261336 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 497g:**

Admit that document GOOG-DOJ-13261336 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 498:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13283803 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 498a:**

Admit that document GOOG-DOJ-13283803 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 498b:**

Admit that document GOOG-DOJ-13283803 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 498c:**

Admit that document GOOG-DOJ-13283803 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 498d:**

Admit that document GOOG-DOJ-13283803 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 498e:**

Admit that document GOOG-DOJ-13283803 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 498f:**

Admit that document GOOG-DOJ-13283803 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 498g:**

Admit that document GOOG-DOJ-13283803 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 499:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13324071 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 499a:**

Admit that document GOOG-DOJ-13324071 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 499b:**

Admit that document GOOG-DOJ-13324071 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 499c:**

Admit that document GOOG-DOJ-13324071 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 499d:**

Admit that document GOOG-DOJ-13324071 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 499e:**

Admit that document GOOG-DOJ-13324071 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 499f:**

Admit that document GOOG-DOJ-13324071 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 499g:**

Admit that document GOOG-DOJ-13324071 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 500:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13336103 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 500a:**

Admit that document GOOG-DOJ-13336103 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 500b:**

Admit that document GOOG-DOJ-13336103 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 500c:**

Admit that document GOOG-DOJ-13336103 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 500d:**

Admit that document GOOG-DOJ-13336103 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 500e:**

Admit that document GOOG-DOJ-13336103 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 500f:**

Admit that document GOOG-DOJ-13336103 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 500g:**

Admit that document GOOG-DOJ-13336103 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 501:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13351748 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

106

**REQUEST FOR ADMISSION 501a:**

Admit that document GOOG-DOJ-13351748 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 501b:**

Admit that document GOOG-DOJ-13351748 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 501c:**

Admit that document GOOG-DOJ-13351748 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 501d:**

Admit that document GOOG-DOJ-13351748 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 501e:**

Admit that document GOOG-DOJ-13351748 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 501f:**

Admit that document GOOG-DOJ-13351748 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 501g:**

Admit that document GOOG-DOJ-13351748 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 502:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13370258 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 502a:**

Admit that document GOOG-DOJ-13370258 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 502b:**

Admit that document GOOG-DOJ-13370258 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 502c:**

Admit that document GOOG-DOJ-13370258 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 502d:**

Admit that document GOOG-DOJ-13370258 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 502e:**

Admit that document GOOG-DOJ-13370258 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 502f:**

Admit that document GOOG-DOJ-13370258 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 502g:**

Admit that document GOOG-DOJ-13370258 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 503:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13378777 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 503a:**

Admit that document GOOG-DOJ-13378777 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 503b:**

Admit that document GOOG-DOJ-13378777 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 503c:**

Admit that document GOOG-DOJ-13378777 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 503d:**

Admit that document GOOG-DOJ-13378777 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 503e:**

Admit that document GOOG-DOJ-13378777 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 503f:**

Admit that document GOOG-DOJ-13378777 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 503g:**

Admit that document GOOG-DOJ-13378777 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 504:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13473146 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

110

**REQUEST FOR ADMISSION 504a:**

Admit that document GOOG-DOJ-13473146 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 504b:**

Admit that document GOOG-DOJ-13473146 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 504c:**

Admit that document GOOG-DOJ-13473146 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 504d:**

Admit that document GOOG-DOJ-13473146 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 504e:**

Admit that document GOOG-DOJ-13473146 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 504f:**

Admit that document GOOG-DOJ-13473146 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 504g:**

Admit that document GOOG-DOJ-13473146 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 505:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13473945 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 505a:**

Admit that document GOOG-DOJ-13473945 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 505b:**

Admit that document GOOG-DOJ-13473945 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 505c:**

Admit that document GOOG-DOJ-13473945 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 505d:**

Admit that document GOOG-DOJ-13473945 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 505e:**

Admit that document GOOG-DOJ-13473945 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 505f:**

Admit that document GOOG-DOJ-13473945 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 505g:**

Admit that document GOOG-DOJ-13473945 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 506:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13494286 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 506a:**

Admit that document GOOG-DOJ-13494286 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 506b:**

Admit that document GOOG-DOJ-13494286 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 506c:**

Admit that document GOOG-DOJ-13494286 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 506d:**

Admit that document GOOG-DOJ-13494286 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 506e:**

Admit that document GOOG-DOJ-13494286 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 506f:**

Admit that document GOOG-DOJ-13494286 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 506g:**

Admit that document GOOG-DOJ-13494286 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 507:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13495808 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 507a:**

Admit that document GOOG-DOJ-13495808 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 507b:**

Admit that document GOOG-DOJ-13495808 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 507c:**

Admit that document GOOG-DOJ-13495808 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 507d:**

Admit that document GOOG-DOJ-13495808 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 507e:**

Admit that document GOOG-DOJ-13495808 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 507f:**

Admit that document GOOG-DOJ-13495808 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 507g:**

Admit that document GOOG-DOJ-13495808 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 508:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13500397 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 508a:**

Admit that document GOOG-DOJ-13500397 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 508b:**

Admit that document GOOG-DOJ-13500397 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 508c:**

Admit that document GOOG-DOJ-13500397 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 508d:**

Admit that document GOOG-DOJ-13500397 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 508e:**

Admit that document GOOG-DOJ-13500397 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 508f:**

Admit that document GOOG-DOJ-13500397 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 508g:**

Admit that document GOOG-DOJ-13500397 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 509:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13521060 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 509a:**

Admit that document GOOG-DOJ-13521060 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 509b:**

Admit that document GOOG-DOJ-13521060 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 509c:**

Admit that document GOOG-DOJ-13521060 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 509d:**

Admit that document GOOG-DOJ-13521060 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 509e:**

Admit that document GOOG-DOJ-13521060 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 509f:**

Admit that document GOOG-DOJ-13521060 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 509g:**

Admit that document GOOG-DOJ-13521060 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 510:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13539769 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

118

**REQUEST FOR ADMISSION 510a:**

Admit that document GOOG-DOJ-13539769 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 510b:**

Admit that document GOOG-DOJ-13539769 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 510c:**

Admit that document GOOG-DOJ-13539769 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 510d:**

Admit that document GOOG-DOJ-13539769 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 510e:**

Admit that document GOOG-DOJ-13539769 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 510f:**

Admit that document GOOG-DOJ-13539769 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 510g:**

Admit that document GOOG-DOJ-13539769 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 511:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13545813 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 511a:**

Admit that document GOOG-DOJ-13545813 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 511b:**

Admit that document GOOG-DOJ-13545813 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 511c:**

Admit that document GOOG-DOJ-13545813 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 511d:**

Admit that document GOOG-DOJ-13545813 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 511e:**

Admit that document GOOG-DOJ-13545813 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 511f:**

Admit that document GOOG-DOJ-13545813 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 511g:**

Admit that document GOOG-DOJ-13545813 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 512:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13562563 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 512a:**

Admit that document GOOG-DOJ-13562563 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 512b:**

Admit that document GOOG-DOJ-13562563 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 512c:**

Admit that document GOOG-DOJ-13562563 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 512d:**

Admit that document GOOG-DOJ-13562563 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 512e:**

Admit that document GOOG-DOJ-13562563 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 512f:**

Admit that document GOOG-DOJ-13562563 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 512g:**

Admit that document GOOG-DOJ-13562563 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 513:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13564416 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 513a:**

Admit that document GOOG-DOJ-13564416 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 513b:**

Admit that document GOOG-DOJ-13564416 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 513c:**

Admit that document GOOG-DOJ-13564416 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 513d:**

Admit that document GOOG-DOJ-13564416 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 513e:**

Admit that document GOOG-DOJ-13564416 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 513f:**

Admit that document GOOG-DOJ-13564416 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 513g:**

Admit that document GOOG-DOJ-13564416 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 514:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13920561 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 514a:**

Admit that document GOOG-DOJ-13920561 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 514b:**

Admit that document GOOG-DOJ-13920561 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 514c:**

Admit that document GOOG-DOJ-13920561 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 514d:**

Admit that document GOOG-DOJ-13920561 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 514e:**

Admit that document GOOG-DOJ-13920561 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 514f:**

Admit that document GOOG-DOJ-13920561 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 514g:**

Admit that document GOOG-DOJ-13920561 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 515:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-13952019 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 515a:**

Admit that document GOOG-DOJ-13952019 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 515b:**

Admit that document GOOG-DOJ-13952019 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

125

**REQUEST FOR ADMISSION 515c:**

Admit that document GOOG-DOJ-13952019 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 515d:**

Admit that document GOOG-DOJ-13952019 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 515e:**

Admit that document GOOG-DOJ-13952019 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 515f:**

Admit that document GOOG-DOJ-13952019 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 515g:**

Admit that document GOOG-DOJ-13952019 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 516:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14000557 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

126

**REQUEST FOR ADMISSION 516a:**

Admit that document GOOG-DOJ-14000557 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 516b:**

Admit that document GOOG-DOJ-14000557 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 516c:**

Admit that document GOOG-DOJ-14000557 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 516d:**

Admit that document GOOG-DOJ-14000557 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 516e:**

Admit that document GOOG-DOJ-14000557 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 516f:**

Admit that document GOOG-DOJ-14000557 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 516g:**

Admit that document GOOG-DOJ-14000557 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 517:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14053554 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 517a:**

Admit that document GOOG-DOJ-14053554 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 517b:**

Admit that document GOOG-DOJ-14053554 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 517c:**

Admit that document GOOG-DOJ-14053554 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 517d:**

Admit that document GOOG-DOJ-14053554 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 517e:**

Admit that document GOOG-DOJ-14053554 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 517f:**

Admit that document GOOG-DOJ-14053554 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 517g:**

Admit that document GOOG-DOJ-14053554 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 518:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14151560 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 518a:**

Admit that document GOOG-DOJ-14151560 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 518b:**

Admit that document GOOG-DOJ-14151560 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 518c:**

Admit that document GOOG-DOJ-14151560 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 518d:**

Admit that document GOOG-DOJ-14151560 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 518e:**

Admit that document GOOG-DOJ-14151560 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 518f:**

Admit that document GOOG-DOJ-14151560 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 518g:**

Admit that document GOOG-DOJ-14151560 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 519:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14156057 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 519a:**

Admit that document GOOG-DOJ-14156057 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 519b:**

Admit that document GOOG-DOJ-14156057 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 519c:**

Admit that document GOOG-DOJ-14156057 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 519d:**

Admit that document GOOG-DOJ-14156057 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 519e:**

Admit that document GOOG-DOJ-14156057 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 519f:**

Admit that document GOOG-DOJ-14156057 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 519g:**

Admit that document GOOG-DOJ-14156057 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 520:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14158930 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 520a:**

Admit that document GOOG-DOJ-14158930 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 520b:**

Admit that document GOOG-DOJ-14158930 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 520c:**

Admit that document GOOG-DOJ-14158930 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 520d:**

Admit that document GOOG-DOJ-14158930 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 520e:**

Admit that document GOOG-DOJ-14158930 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 520f:**

Admit that document GOOG-DOJ-14158930 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 520g:**

Admit that document GOOG-DOJ-14158930 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 521:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14162329 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 521a:**

Admit that document GOOG-DOJ-14162329 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 521b:**

Admit that document GOOG-DOJ-14162329 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 521c:**

Admit that document GOOG-DOJ-14162329 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 521d:**

Admit that document GOOG-DOJ-14162329 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 521e:**

Admit that document GOOG-DOJ-14162329 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 521f:**

Admit that document GOOG-DOJ-14162329 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 521g:**

Admit that document GOOG-DOJ-14162329 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 522:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14162388 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

134

**REQUEST FOR ADMISSION 522a:**

Admit that document GOOG-DOJ-14162388 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 522b:**

Admit that document GOOG-DOJ-14162388 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 522c:**

Admit that document GOOG-DOJ-14162388 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 522d:**

Admit that document GOOG-DOJ-14162388 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 522e:**

Admit that document GOOG-DOJ-14162388 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 522f:**

Admit that document GOOG-DOJ-14162388 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

135

**REQUEST FOR ADMISSION 522g:**

Admit that document GOOG-DOJ-14162388 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 523:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14174064 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 523a:**

Admit that document GOOG-DOJ-14174064 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 523b:**

Admit that document GOOG-DOJ-14174064 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 523c:**

Admit that document GOOG-DOJ-14174064 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 523d:**

Admit that document GOOG-DOJ-14174064 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 523e:**

Admit that document GOOG-DOJ-14174064 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 523f:**

Admit that document GOOG-DOJ-14174064 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 523g:**

Admit that document GOOG-DOJ-14174064 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 524:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14221792 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 524a:**

Admit that document GOOG-DOJ-14221792 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 524b:**

Admit that document GOOG-DOJ-14221792 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 524c:**

Admit that document GOOG-DOJ-14221792 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 524d:**

Admit that document GOOG-DOJ-14221792 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 524e:**

Admit that document GOOG-DOJ-14221792 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 524f:**

Admit that document GOOG-DOJ-14221792 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 524g:**

Admit that document GOOG-DOJ-14221792 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 525:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14232497 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

138

**REQUEST FOR ADMISSION 525a:**

Admit that document GOOG-DOJ-14232497 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 525b:**

Admit that document GOOG-DOJ-14232497 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 525c:**

Admit that document GOOG-DOJ-14232497 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 525d:**

Admit that document GOOG-DOJ-14232497 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 525e:**

Admit that document GOOG-DOJ-14232497 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 525f:**

Admit that document GOOG-DOJ-14232497 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 525g:**

Admit that document GOOG-DOJ-14232497 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 526:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14234608 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 526a:**

Admit that document GOOG-DOJ-14234608 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 526b:**

Admit that document GOOG-DOJ-14234608 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 526c:**

Admit that document GOOG-DOJ-14234608 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 526d:**

Admit that document GOOG-DOJ-14234608 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 526e:**

Admit that document GOOG-DOJ-14234608 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 526f:**

Admit that document GOOG-DOJ-14234608 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 526g:**

Admit that document GOOG-DOJ-14234608 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 527:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14300557 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 527a:**

Admit that document GOOG-DOJ-14300557 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 527b:**

Admit that document GOOG-DOJ-14300557 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 527c:**

Admit that document GOOG-DOJ-14300557 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 527d:**

Admit that document GOOG-DOJ-14300557 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 527e:**

Admit that document GOOG-DOJ-14300557 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 527f:**

Admit that document GOOG-DOJ-14300557 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 527g:**

Admit that document GOOG-DOJ-14300557 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 528:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14303244 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 528a:**

Admit that document GOOG-DOJ-14303244 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 528b:**

Admit that document GOOG-DOJ-14303244 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 528c:**

Admit that document GOOG-DOJ-14303244 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 528d:**

Admit that document GOOG-DOJ-14303244 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 528e:**

Admit that document GOOG-DOJ-14303244 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 528f:**

Admit that document GOOG-DOJ-14303244 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 528g:**

Admit that document GOOG-DOJ-14303244 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 529:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14307067 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 529a:**

Admit that document GOOG-DOJ-14307067 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 529b:**

Admit that document GOOG-DOJ-14307067 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 529c:**

Admit that document GOOG-DOJ-14307067 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 529d:**

Admit that document GOOG-DOJ-14307067 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 529e:**

Admit that document GOOG-DOJ-14307067 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 529f:**

Admit that document GOOG-DOJ-14307067 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 529g:**

Admit that document GOOG-DOJ-14307067 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 530:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14382034 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 530a:**

Admit that document GOOG-DOJ-14382034 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 530b:**

Admit that document GOOG-DOJ-14382034 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

145

**REQUEST FOR ADMISSION 530c:**

Admit that document GOOG-DOJ-14382034 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 530d:**

Admit that document GOOG-DOJ-14382034 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 530e:**

Admit that document GOOG-DOJ-14382034 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 530f:**

Admit that document GOOG-DOJ-14382034 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 530g:**

Admit that document GOOG-DOJ-14382034 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 531:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14432628 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 531a:**

Admit that document GOOG-DOJ-14432628 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 531b:**

Admit that document GOOG-DOJ-14432628 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 531c:**

Admit that document GOOG-DOJ-14432628 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 531d:**

Admit that document GOOG-DOJ-14432628 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 531e:**

Admit that document GOOG-DOJ-14432628 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 531f:**

Admit that document GOOG-DOJ-14432628 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 531g:**

Admit that document GOOG-DOJ-14432628 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 532:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14433907 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 532a:**

Admit that document GOOG-DOJ-14433907 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 532b:**

Admit that document GOOG-DOJ-14433907 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 532c:**

Admit that document GOOG-DOJ-14433907 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 532d:**

Admit that document GOOG-DOJ-14433907 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 532e:**

Admit that document GOOG-DOJ-14433907 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 532f:**

Admit that document GOOG-DOJ-14433907 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 532g:**

Admit that document GOOG-DOJ-14433907 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 533:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14470227 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 533a:**

Admit that document GOOG-DOJ-14470227 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 533b:**

Admit that document GOOG-DOJ-14470227 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 533c:**

Admit that document GOOG-DOJ-14470227 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 533d:**

Admit that document GOOG-DOJ-14470227 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 533e:**

Admit that document GOOG-DOJ-14470227 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 533f:**

Admit that document GOOG-DOJ-14470227 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 533g:**

Admit that document GOOG-DOJ-14470227 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 534:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14497955 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 534a:**

Admit that document GOOG-DOJ-14497955 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 534b:**

Admit that document GOOG-DOJ-14497955 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 534c:**

Admit that document GOOG-DOJ-14497955 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 534d:**

Admit that document GOOG-DOJ-14497955 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 534e:**

Admit that document GOOG-DOJ-14497955 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 534f:**

Admit that document GOOG-DOJ-14497955 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 534g:**

Admit that document GOOG-DOJ-14497955 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 535:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14507818 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 535a:**

Admit that document GOOG-DOJ-14507818 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 535b:**

Admit that document GOOG-DOJ-14507818 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 535c:**

Admit that document GOOG-DOJ-14507818 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 535d:**

Admit that document GOOG-DOJ-14507818 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 535e:**

Admit that document GOOG-DOJ-14507818 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 535f:**

Admit that document GOOG-DOJ-14507818 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 535g:**

Admit that document GOOG-DOJ-14507818 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 536:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14510226 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 536a:**

Admit that document GOOG-DOJ-14510226 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 536b:**

Admit that document GOOG-DOJ-14510226 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 536c:**

Admit that document GOOG-DOJ-14510226 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 536d:**

Admit that document GOOG-DOJ-14510226 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 536e:**

Admit that document GOOG-DOJ-14510226 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 536f:**

Admit that document GOOG-DOJ-14510226 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 536g:**

Admit that document GOOG-DOJ-14510226 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 537:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14516983 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

154

**REQUEST FOR ADMISSION 537a:**

Admit that document GOOG-DOJ-14516983 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 537b:**

Admit that document GOOG-DOJ-14516983 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 537c:**

Admit that document GOOG-DOJ-14516983 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 537d:**

Admit that document GOOG-DOJ-14516983 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 537e:**

Admit that document GOOG-DOJ-14516983 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 537f:**

Admit that document GOOG-DOJ-14516983 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 537g:**

Admit that document GOOG-DOJ-14516983 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 538:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14526119 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 538a:**

Admit that document GOOG-DOJ-14526119 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 538b:**

Admit that document GOOG-DOJ-14526119 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 538c:**

Admit that document GOOG-DOJ-14526119 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 538d:**

Admit that document GOOG-DOJ-14526119 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 538e:**

Admit that document GOOG-DOJ-14526119 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 538f:**

Admit that document GOOG-DOJ-14526119 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 538g:**

Admit that document GOOG-DOJ-14526119 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 539:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14566240 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 539a:**

Admit that document GOOG-DOJ-14566240 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 539b:**

Admit that document GOOG-DOJ-14566240 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 539c:**

Admit that document GOOG-DOJ-14566240 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 539d:**

Admit that document GOOG-DOJ-14566240 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 539e:**

Admit that document GOOG-DOJ-14566240 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 539f:**

Admit that document GOOG-DOJ-14566240 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 539g:**

Admit that document GOOG-DOJ-14566240 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 540:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14717196 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 540a:**

Admit that document GOOG-DOJ-14717196 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 540b:**

Admit that document GOOG-DOJ-14717196 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 540c:**

Admit that document GOOG-DOJ-14717196 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 540d:**

Admit that document GOOG-DOJ-14717196 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 540e:**

Admit that document GOOG-DOJ-14717196 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 540f:**

Admit that document GOOG-DOJ-14717196 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 540g:**

Admit that document GOOG-DOJ-14717196 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 541:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-14734878 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 541a:**

Admit that document GOOG-DOJ-14734878 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 541b:**

Admit that document GOOG-DOJ-14734878 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 541c:**

Admit that document GOOG-DOJ-14734878 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 541d:**

Admit that document GOOG-DOJ-14734878 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 541e:**

Admit that document GOOG-DOJ-14734878 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 541f:**

Admit that document GOOG-DOJ-14734878 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 541g:**

Admit that document GOOG-DOJ-14734878 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 542:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15125492 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 542a:**

Admit that document GOOG-DOJ-15125492 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 542b:**

Admit that document GOOG-DOJ-15125492 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 542c:**

Admit that document GOOG-DOJ-15125492 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 542d:**

Admit that document GOOG-DOJ-15125492 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 542e:**

Admit that document GOOG-DOJ-15125492 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 542f:**

Admit that document GOOG-DOJ-15125492 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 542g:**

Admit that document GOOG-DOJ-15125492 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 543:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15128751 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

162

**REQUEST FOR ADMISSION 543a:**

Admit that document GOOG-DOJ-15128751 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 543b:**

Admit that document GOOG-DOJ-15128751 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 543c:**

Admit that document GOOG-DOJ-15128751 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 543d:**

Admit that document GOOG-DOJ-15128751 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 543e:**

Admit that document GOOG-DOJ-15128751 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 543f:**

Admit that document GOOG-DOJ-15128751 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 543g:**

Admit that document GOOG-DOJ-15128751 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 544:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15182420 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 544a:**

Admit that document GOOG-DOJ-15182420 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 544b:**

Admit that document GOOG-DOJ-15182420 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 544c:**

Admit that document GOOG-DOJ-15182420 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 544d:**

Admit that document GOOG-DOJ-15182420 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 544e:**

Admit that document GOOG-DOJ-15182420 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 544f:**

Admit that document GOOG-DOJ-15182420 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 544g:**

Admit that document GOOG-DOJ-15182420 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 545:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15221851 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 545a:**

Admit that document GOOG-DOJ-15221851 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 545b:**

Admit that document GOOG-DOJ-15221851 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 545c:**

Admit that document GOOG-DOJ-15221851 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 545d:**

Admit that document GOOG-DOJ-15221851 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 545e:**

Admit that document GOOG-DOJ-15221851 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 545f:**

Admit that document GOOG-DOJ-15221851 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 545g:**

Admit that document GOOG-DOJ-15221851 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 546:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15225551 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 546a:**

Admit that document GOOG-DOJ-15225551 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 546b:**

Admit that document GOOG-DOJ-15225551 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 546c:**

Admit that document GOOG-DOJ-15225551 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 546d:**

Admit that document GOOG-DOJ-15225551 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 546e:**

Admit that document GOOG-DOJ-15225551 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 546f:**

Admit that document GOOG-DOJ-15225551 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 546g:**

Admit that document GOOG-DOJ-15225551 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 547:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15231673 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 547a:**

Admit that document GOOG-DOJ-15231673 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 547b:**

Admit that document GOOG-DOJ-15231673 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 547c:**

Admit that document GOOG-DOJ-15231673 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 547d:**

Admit that document GOOG-DOJ-15231673 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 547e:**

Admit that document GOOG-DOJ-15231673 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 547f:**

Admit that document GOOG-DOJ-15231673 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 547g:**

Admit that document GOOG-DOJ-15231673 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 548:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15364963 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 548a:**

Admit that document GOOG-DOJ-15364963 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 548b:**

Admit that document GOOG-DOJ-15364963 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 548c:**

Admit that document GOOG-DOJ-15364963 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 548d:**

Admit that document GOOG-DOJ-15364963 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 548e:**

Admit that document GOOG-DOJ-15364963 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 548f:**

Admit that document GOOG-DOJ-15364963 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 548g:**

Admit that document GOOG-DOJ-15364963 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 549:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15432420 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 549a:**

Admit that document GOOG-DOJ-15432420 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 549b:**

Admit that document GOOG-DOJ-15432420 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 549c:**

Admit that document GOOG-DOJ-15432420 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 549d:**

Admit that document GOOG-DOJ-15432420 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 549e:**

Admit that document GOOG-DOJ-15432420 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 549f:**

Admit that document GOOG-DOJ-15432420 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

171

**REQUEST FOR ADMISSION 549g:**

Admit that document GOOG-DOJ-15432420 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 550:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15432462 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 550a:**

Admit that document GOOG-DOJ-15432462 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 550b:**

Admit that document GOOG-DOJ-15432462 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 550c:**

Admit that document GOOG-DOJ-15432462 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 550d:**

Admit that document GOOG-DOJ-15432462 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 550e:**

Admit that document GOOG-DOJ-15432462 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 550f:**

Admit that document GOOG-DOJ-15432462 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 550g:**

Admit that document GOOG-DOJ-15432462 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 551:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15443001 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 551a:**

Admit that document GOOG-DOJ-15443001 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 551b:**

Admit that document GOOG-DOJ-15443001 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 551c:**

Admit that document GOOG-DOJ-15443001 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 551d:**

Admit that document GOOG-DOJ-15443001 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 551e:**

Admit that document GOOG-DOJ-15443001 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 551f:**

Admit that document GOOG-DOJ-15443001 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 551g:**

Admit that document GOOG-DOJ-15443001 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 552:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15564967 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 552a:**

Admit that document GOOG-DOJ-15564967 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 552b:**

Admit that document GOOG-DOJ-15564967 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 552c:**

Admit that document GOOG-DOJ-15564967 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 552d:**

Admit that document GOOG-DOJ-15564967 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 552e:**

Admit that document GOOG-DOJ-15564967 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 552f:**

Admit that document GOOG-DOJ-15564967 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 552g:**

Admit that document GOOG-DOJ-15564967 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 553:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15602823 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 553a:**

Admit that document GOOG-DOJ-15602823 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 553b:**

Admit that document GOOG-DOJ-15602823 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 553c:**

Admit that document GOOG-DOJ-15602823 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 553d:**

Admit that document GOOG-DOJ-15602823 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 553e:**

Admit that document GOOG-DOJ-15602823 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 553f:**

Admit that document GOOG-DOJ-15602823 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 553g:**

Admit that document GOOG-DOJ-15602823 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 554:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15616116 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 554a:**

Admit that document GOOG-DOJ-15616116 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 554b:**

Admit that document GOOG-DOJ-15616116 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 554c:**

Admit that document GOOG-DOJ-15616116 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 554d:**

Admit that document GOOG-DOJ-15616116 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 554e:**

Admit that document GOOG-DOJ-15616116 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 554f:**

Admit that document GOOG-DOJ-15616116 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 554g:**

Admit that document GOOG-DOJ-15616116 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 555:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15618621 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

178

**REQUEST FOR ADMISSION 555a:**

Admit that document GOOG-DOJ-15618621 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 555b:**

Admit that document GOOG-DOJ-15618621 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 555c:**

Admit that document GOOG-DOJ-15618621 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 555d:**

Admit that document GOOG-DOJ-15618621 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 555e:**

Admit that document GOOG-DOJ-15618621 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 555f:**

Admit that document GOOG-DOJ-15618621 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 555g:**

Admit that document GOOG-DOJ-15618621 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 556:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15619150 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 556a:**

Admit that document GOOG-DOJ-15619150 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 556b:**

Admit that document GOOG-DOJ-15619150 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 556c:**

Admit that document GOOG-DOJ-15619150 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 556d:**

Admit that document GOOG-DOJ-15619150 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 556e:**

Admit that document GOOG-DOJ-15619150 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 556f:**

Admit that document GOOG-DOJ-15619150 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 556g:**

Admit that document GOOG-DOJ-15619150 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 557:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-15779558 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 557a:**

Admit that document GOOG-DOJ-15779558 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 557b:**

Admit that document GOOG-DOJ-15779558 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

181

**REQUEST FOR ADMISSION 557c:**

Admit that document GOOG-DOJ-15779558 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 557d:**

Admit that document GOOG-DOJ-15779558 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 557e:**

Admit that document GOOG-DOJ-15779558 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 557f:**

Admit that document GOOG-DOJ-15779558 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 557g:**

Admit that document GOOG-DOJ-15779558 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 558:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-24968142 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 558a:**

Admit that document GOOG-DOJ-24968142 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 558b:**

Admit that document GOOG-DOJ-24968142 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 558c:**

Admit that document GOOG-DOJ-24968142 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 558d:**

Admit that document GOOG-DOJ-24968142 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 558e:**

Admit that document GOOG-DOJ-24968142 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 558f:**

Admit that document GOOG-DOJ-24968142 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 558g:**

Admit that document GOOG-DOJ-24968142 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 559:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-27767168 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 559a:**

Admit that document GOOG-DOJ-27767168 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 559b:**

Admit that document GOOG-DOJ-27767168 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 559c:**

Admit that document GOOG-DOJ-27767168 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 559d:**

Admit that document GOOG-DOJ-27767168 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 559e:**

Admit that document GOOG-DOJ-27767168 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 559f:**

Admit that document GOOG-DOJ-27767168 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 559g:**

Admit that document GOOG-DOJ-27767168 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 560:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-27822173 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 560a:**

Admit that document GOOG-DOJ-27822173 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 560b:**

Admit that document GOOG-DOJ-27822173 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 560c:**

Admit that document GOOG-DOJ-27822173 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 560d:**

Admit that document GOOG-DOJ-27822173 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 560e:**

Admit that document GOOG-DOJ-27822173 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 560f:**

Admit that document GOOG-DOJ-27822173 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 560g:**

Admit that document GOOG-DOJ-27822173 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 561:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-28339653 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 561a:**

Admit that document GOOG-DOJ-28339653 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 561b:**

Admit that document GOOG-DOJ-28339653 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 561c:**

Admit that document GOOG-DOJ-28339653 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 561d:**

Admit that document GOOG-DOJ-28339653 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 561e:**

Admit that document GOOG-DOJ-28339653 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 561f:**

Admit that document GOOG-DOJ-28339653 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 561g:**

Admit that document GOOG-DOJ-28339653 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 562:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-28365982 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 562a:**

Admit that document GOOG-DOJ-28365982 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 562b:**

Admit that document GOOG-DOJ-28365982 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 562c:**

Admit that document GOOG-DOJ-28365982 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 562d:**

Admit that document GOOG-DOJ-28365982 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 562e:**

Admit that document GOOG-DOJ-28365982 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 562f:**

Admit that document GOOG-DOJ-28365982 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 562g:**

Admit that document GOOG-DOJ-28365982 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 563:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-29478169 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 563a:**

Admit that document GOOG-DOJ-29478169 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 563b:**

Admit that document GOOG-DOJ-29478169 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 563c:**

Admit that document GOOG-DOJ-29478169 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 563d:**

Admit that document GOOG-DOJ-29478169 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 563e:**

Admit that document GOOG-DOJ-29478169 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 563f:**

Admit that document GOOG-DOJ-29478169 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 563g:**

Admit that document GOOG-DOJ-29478169 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 564:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-29731245 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

190

**REQUEST FOR ADMISSION 564a:**

Admit that document GOOG-DOJ-29731245 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 564b:**

Admit that document GOOG-DOJ-29731245 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 564c:**

Admit that document GOOG-DOJ-29731245 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 564d:**

Admit that document GOOG-DOJ-29731245 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 564e:**

Admit that document GOOG-DOJ-29731245 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 564f:**

Admit that document GOOG-DOJ-29731245 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 564g:**

Admit that document GOOG-DOJ-29731245 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 565:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-31847985 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 565a:**

Admit that document GOOG-DOJ-31847985 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 565b:**

Admit that document GOOG-DOJ-31847985 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 565c:**

Admit that document GOOG-DOJ-31847985 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 565d:**

Admit that document GOOG-DOJ-31847985 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 565e:**

Admit that document GOOG-DOJ-31847985 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 565f:**

Admit that document GOOG-DOJ-31847985 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 565g:**

Admit that document GOOG-DOJ-31847985 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 566:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-32022555 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 566a:**

Admit that document GOOG-DOJ-32022555 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 566b:**

Admit that document GOOG-DOJ-32022555 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 566c:**

Admit that document GOOG-DOJ-32022555 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 566d:**

Admit that document GOOG-DOJ-32022555 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 566e:**

Admit that document GOOG-DOJ-32022555 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 566f:**

Admit that document GOOG-DOJ-32022555 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 566g:**

Admit that document GOOG-DOJ-32022555 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 567:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-32036805 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

194

**REQUEST FOR ADMISSION 567a:**

Admit that document GOOG-DOJ-32036805 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 567b:**

Admit that document GOOG-DOJ-32036805 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 567c:**

Admit that document GOOG-DOJ-32036805 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 567d:**

Admit that document GOOG-DOJ-32036805 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 567e:**

Admit that document GOOG-DOJ-32036805 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 567f:**

Admit that document GOOG-DOJ-32036805 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 567g:**

Admit that document GOOG-DOJ-32036805 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 568:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-32274341 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 568a:**

Admit that document GOOG-DOJ-32274341 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 568b:**

Admit that document GOOG-DOJ-32274341 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 568c:**

Admit that document GOOG-DOJ-32274341 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 568d:**

Admit that document GOOG-DOJ-32274341 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 568e:**

Admit that document GOOG-DOJ-32274341 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 568f:**

Admit that document GOOG-DOJ-32274341 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 568g:**

Admit that document GOOG-DOJ-32274341 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 569:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-32277877 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 569a:**

Admit that document GOOG-DOJ-32277877 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 569b:**

Admit that document GOOG-DOJ-32277877 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 569c:**

Admit that document GOOG-DOJ-32277877 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 569d:**

Admit that document GOOG-DOJ-32277877 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 569e:**

Admit that document GOOG-DOJ-32277877 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 569f:**

Admit that document GOOG-DOJ-32277877 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 569g:**

Admit that document GOOG-DOJ-32277877 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 570:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-32321082 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 570a:**

Admit that document GOOG-DOJ-32321082 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 570b:**

Admit that document GOOG-DOJ-32321082 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 570c:**

Admit that document GOOG-DOJ-32321082 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 570d:**

Admit that document GOOG-DOJ-32321082 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 570e:**

Admit that document GOOG-DOJ-32321082 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 570f:**

Admit that document GOOG-DOJ-32321082 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 570g:**

Admit that document GOOG-DOJ-32321082 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 571:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-32327613 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 571a:**

Admit that document GOOG-DOJ-32327613 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 571b:**

Admit that document GOOG-DOJ-32327613 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 571c:**

Admit that document GOOG-DOJ-32327613 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 571d:**

Admit that document GOOG-DOJ-32327613 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 571e:**

Admit that document GOOG-DOJ-32327613 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 571f:**

Admit that document GOOG-DOJ-32327613 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 571g:**

Admit that document GOOG-DOJ-32327613 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 572:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00027275 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 572a:**

Admit that document GOOG-DOJ-AT-00027275 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 572b:**

Admit that document GOOG-DOJ-AT-00027275 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 572c:**

Admit that document GOOG-DOJ-AT-00027275 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 572d:**

Admit that document GOOG-DOJ-AT-00027275 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 572e:**

Admit that document GOOG-DOJ-AT-00027275 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 572f:**

Admit that document GOOG-DOJ-AT-00027275 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 572g:**

Admit that document GOOG-DOJ-AT-00027275 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 573:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00060011 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 573a:**

Admit that document GOOG-DOJ-AT-00060011 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 573b:**

Admit that document GOOG-DOJ-AT-00060011 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 573c:**

Admit that document GOOG-DOJ-AT-00060011 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 573d:**

Admit that document GOOG-DOJ-AT-00060011 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 573e:**

Admit that document GOOG-DOJ-AT-00060011 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 573f:**

Admit that document GOOG-DOJ-AT-00060011 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 573g:**

Admit that document GOOG-DOJ-AT-00060011 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 574:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00212946 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 574a:**

Admit that document GOOG-DOJ-AT-00212946 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 574b:**

Admit that document GOOG-DOJ-AT-00212946 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 574c:**

Admit that document GOOG-DOJ-AT-00212946 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 574d:**

Admit that document GOOG-DOJ-AT-00212946 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 574e:**

Admit that document GOOG-DOJ-AT-00212946 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 574f:**

Admit that document GOOG-DOJ-AT-00212946 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 574g:**

Admit that document GOOG-DOJ-AT-00212946 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 575:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00569994 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 575a:**

Admit that document GOOG-DOJ-AT-00569994 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 575b:**

Admit that document GOOG-DOJ-AT-00569994 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 575c:**

Admit that document GOOG-DOJ-AT-00569994 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 575d:**

Admit that document GOOG-DOJ-AT-00569994 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 575e:**

Admit that document GOOG-DOJ-AT-00569994 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 575f:**

Admit that document GOOG-DOJ-AT-00569994 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 575g:**

Admit that document GOOG-DOJ-AT-00569994 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

Dated: May 14, 2024

David Boies
dboies@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

*Lead Counsel for the Publisher Class*

*/s/ Philip C. Korologos*
Philip C. Korologos
pkorologos@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300

Mark C. Mao
mmao@bsfllp.com
Sean P. Rodriguez
srodriguez@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6820

Sabria A. McElroy
smcelroy@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 377-4216

Izaak Earnhardt
iearnhardt@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave NW, 11th Floor
Washington, DC 20005
Telephone: (202) 237-2727

George A. Zelcs
gzelcs@koreintillery.com
Randall P. Ewing
rewing@koreintillery.com
Marc A. Wallenstein
mwallenstein@koreintillery.com
Ryan A. Cortazar
rcortazar@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Fax: (312) 641-9751

Christopher M. Burke
cburke@koreintillery.com
Walter W. Noss
wnoss@koreintillery.com
Yifan (Kate) Lv
klv@koreintillery.com
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA  92101
Telephone: (619) 625-5621
Fax: (314) 241-3525

Stephen M. Tillery
stillery@koreintillery.com
Michael E. Klenov
mklenov@koreintillery.com
Carol L. O'Keefe
cokeefe@koreintillery.com
Andrew Ellis
aellis@koreintillery.com
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Fax: (314) 241-3525

Eric L. Cramer
ecramer@bm.net
Michael C. Dell'Angelo
mdellangelo@bm.net
Caitlin G. Coslett
ccoslett@bm.net
Patrick F. Madden
pmadden@bm.net
Jeremy Gradwohl
jgradwohl@bm.net
**BERGER MONTAGUE PC**
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000

Robert E. Litan
rlitan@bm.net
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Telephone: (202) 559-9745

*Interim Co-Lead Counsel for the Publisher Class*

## CERTIFICATE OF SERVICE

I, Philip C. Korologos, hereby certify that on May 14, 2024, I caused a copy of Named

Publisher Plaintiffs' Third Set of Requests for Admission to Defendants Google LLC, Alphabet,

Inc., and YouTube, LLC to be served via email on counsel for Defendants:

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Eric Mahr
Justina Sessions
Julie Elmer
Andrew J. Ewalt
Jan Rybnicek
Lauren Kaplin
Robert J. McCallum
700 13th Street NW, 10th Floor
Washington, DC 20005
(202) 777-4500
eric.mahr@freshfields.com
julie.elmer@freshfields.com
andrew.ewalt@freshfields.com
jan.rybnicek@freshfields.com
lauren.kaplin@freshfields.com
rob.mccallum@freshfields.com
justina.sessions@freshfields.com

**AXINN VELTROP & HARKRIDER LLP**
John Harkrider
Daniel Bitton
Bradley Justus
David Pearl
114 West 47th Street
New York, NY 10036
(212) 728-2200
jharkrider@axinn.com
dbitton@axinn.com
bjustus@axinn.com
dpearl@axinn.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC*

*/s/ Philip C. Korologos*
Philip C. Korologos