# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| _____ : | | |
| IN RE GOOGLE DIGITAL ADVERTISING : | Case No. 1:21-md-3010 (PKC) | |
| ANTITRUST LITIGATION : | | |
| : | | |
| : | | |
| _____: | | |
| : | | |
| *This Document relates to:* : | | |
| : | | |
| : | | |
| IN RE GOOGLE DIGITAL PUBLISHER : | Case No. 1:21-cv-7034 (PKC) | |
| LITIGATION : | | |
| : | | |
| _____: | | |

**NAMED PUBLISHER PLAINTIFFS' FOURTH SET OF REQUESTS FOR ADMISSION
TO DEFENDANTS GOOGLE LLC, ALPHABET, INC. AND YOUTUBE, LLC**

Pursuant to Federal Rule of Civil Procedure 36, Plaintiffs in the above-captioned matter,
by their counsel, hereby serve this Fourth Set of Requests for Admission ("Requests") upon
Defendants Google LLC, Alphabet, Inc. and YouTube, LLC ("Defendants") and request that
Defendants answer each, under oath, within thirty (30) days.

Please note that the matters set forth herein will be deemed admitted unless within thirty
(30) days of service of these Requests, Defendants serve upon Plaintiffs' Counsel written
answers or objections addressed to the matter and signed by Defendants or their attorneys.

**DEFINITIONS**

The definitions and rules of construction set forth in Rule 34 of the Federal Rules of
Civil Procedure ("Federal Rules") and Rule 26.3 of the Local Rules of the United States
District Courts for the Southern and Eastern Districts of New York ("Local Rules")–including,
but not limited to, the definitions of "Documents" and "Person"–are hereby incorporated and

apply to these Requests. These definitions apply throughout these Requests without regard to capitalization. Plaintiffs reserve the right to deliver and serve additional Requests. In addition, as used in these Requests, the words set forth below shall be defined as follows:

1.      "You," "Your," "Alphabet," or "Google" shall mean Defendants Google LLC, Alphabet Inc., and YouTube, LLC and their past and present officers, employees, agents and representatives, parents and predecessors, divisions, subsidiaries, affiliates, partnerships and joint ventures. The terms subsidiary, affiliate, and joint venture refer to any firm in which there is total or partial ownership of twenty-five percent or more or total or partial control between the company and any other person or entity.

2.      To bring within the scope of these Requests all information that might otherwise be construed to be outside of their scope, the following rules of construction apply: (i) the singular includes the plural and vice versa; (ii) the masculine, feminine, or neuter pronoun does not exclude other genders; (iii) the connectives "and" and "or" should be read either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope; (iv) the terms "any," "all," and "each" should be read to mean any and all; (v) the word "including" should be read to mean including, without limitation; (vi) the present tense should be construed to include the past tense and vice versa; (vii) references to employees, officers, directors, or agents include both current and former employees, officers, directors, and agents; and (viii) defined terms should be given their broadest meaning regardless of whether they are capitalized in these Requests.

## <u>INSTRUCTIONS</u>

1.      Unless otherwise specified, the information requested by this set of Requests shall include information within the knowledge or possession of any of Your agents,

2

employees, attorneys, investigators, or any other Persons, firms, or entities directly or indirectly subject to Your control in any way whatsoever.

2.      Each Request shall be answered in its entirety. If any Request or subsection thereof cannot be answered in full, it shall be answered to the fullest extent possible with an explanation as to why a complete answer is not provided.

3.      Separate and complete responses (or, as the case may be, separate objections) are required for each Request or subpart thereof.

4.      Unless otherwise instructed or clear from the context of the Request, these Requests seek responsive information concerning the period from January 1, 2007 to Present. Plaintiffs reserve the right to expand the time frame of these and any future Requests should the Court in this Action determine that the relevant time period for discovery exceeds the scope set forth herein.

5.      If a claim of privilege is asserted in objecting to any Request or subpart thereof, and a full response is not provided on the basis of such assertions, you are directed to comply with all applicable rules, statutes and provisions regarding such Requests, including, but not limited to Fed. R. Civ. P. 26(b)(5) relating to, among other things, the identification, protection, and disclosure of the existence of such information.  You are further directed to respond to any part of the request for admission which is not objectionable and furnish a statement of the claim of privilege and all facts relied upon in support thereof in the form of a log.

6.      If you find the meaning of any term in any request for admission is unclear, without wavier of Plaintiffs' right to seek a full and compliant response to the request for admission, you shall assume a reasonable meaning, state what the assumed meaning is, and respond to the request for admission according to the assumed meaning.

3

7.      These Requests are continuing in nature and require supplemental or additional

responses in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

<div align="center"><b><u>REQUESTS FOR ADMISSION</u></b></div>

**<u>REQUEST FOR ADMISSION NO. 575:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00569994 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 575a:**

Admit that document GOOG-DOJ-AT-00569994 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 575b:**

Admit that document GOOG-DOJ-AT-00569994 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 575c:**

Admit that document GOOG-DOJ-AT-00569994 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 575d:**

Admit that document GOOG-DOJ-AT-00569994 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 575e:**

Admit that document GOOG-DOJ-AT-00569994 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 575f:**

Admit that document GOOG-DOJ-AT-00569994 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 575g:**

Admit that document GOOG-DOJ-AT-00569994 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 576:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00571933 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 576a:**

Admit that document GOOG-DOJ-AT-00571933 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 576b:**

Admit that document GOOG-DOJ-AT-00571933 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 576c:**

Admit that document GOOG-DOJ-AT-00571933 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 576d:**

Admit that document GOOG-DOJ-AT-00571933 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 576e:**

Admit that document GOOG-DOJ-AT-00571933 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 576f:**

Admit that document GOOG-DOJ-AT-00571933 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 576g:**

Admit that document GOOG-DOJ-AT-00571933 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 577:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00573274 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 577a:**

Admit that document GOOG-DOJ-AT-00573274 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 577b:**

Admit that document GOOG-DOJ-AT-00573274 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 577c:**

Admit that document GOOG-DOJ-AT-00573274 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 577d:**

Admit that document GOOG-DOJ-AT-00573274 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 577e:**

Admit that document GOOG-DOJ-AT-00573274 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 577f:**

Admit that document GOOG-DOJ-AT-00573274 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 577g:**

Admit that document GOOG-DOJ-AT-00573274 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 578:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00573492 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 578a:**

Admit that document GOOG-DOJ-AT-00573492 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 578b:**

Admit that document GOOG-DOJ-AT-00573492 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 578c:**

Admit that document GOOG-DOJ-AT-00573492 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 578d:**

Admit that document GOOG-DOJ-AT-00573492 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 578e:**

Admit that document GOOG-DOJ-AT-00573492 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 578f:**

Admit that document GOOG-DOJ-AT-00573492 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 578g:**

Admit that document GOOG-DOJ-AT-00573492 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 579:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00580931 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 579a:**

Admit that document GOOG-DOJ-AT-00580931 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 579b:**

Admit that document GOOG-DOJ-AT-00580931 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 579c:**

Admit that document GOOG-DOJ-AT-00580931 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 579d:**

Admit that document GOOG-DOJ-AT-00580931 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 579e:**

Admit that document GOOG-DOJ-AT-00580931 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 579f:**

Admit that document GOOG-DOJ-AT-00580931 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 579g:**

Admit that document GOOG-DOJ-AT-00580931 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 580:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00588423 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 580a:**

Admit that document GOOG-DOJ-AT-00588423 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 580b:**

Admit that document GOOG-DOJ-AT-00588423 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 580c:**

Admit that document GOOG-DOJ-AT-00588423 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 580d:**

Admit that document GOOG-DOJ-AT-00588423 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 580e:**

Admit that document GOOG-DOJ-AT-00588423 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 580f:**

Admit that document GOOG-DOJ-AT-00588423 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 580g:**

Admit that document GOOG-DOJ-AT-00588423 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 581:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00597161 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 581a:**

Admit that document GOOG-DOJ-AT-00597161 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 581b:**

Admit that document GOOG-DOJ-AT-00597161 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 581c:**

Admit that document GOOG-DOJ-AT-00597161 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 581d:**

Admit that document GOOG-DOJ-AT-00597161 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 581e:**

Admit that document GOOG-DOJ-AT-00597161 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 581f:**

Admit that document GOOG-DOJ-AT-00597161 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 581g:**

Admit that document GOOG-DOJ-AT-00597161 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 582:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-00605702 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 582a:**

Admit that document GOOG-DOJ-AT-00605702 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 582b:**

Admit that document GOOG-DOJ-AT-00605702 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

13

**REQUEST FOR ADMISSION 582c:**

Admit that document GOOG-DOJ-AT-00605702 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 582d:**

Admit that document GOOG-DOJ-AT-00605702 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 582e:**

Admit that document GOOG-DOJ-AT-00605702 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 582f:**

Admit that document GOOG-DOJ-AT-00605702 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 582g:**

Admit that document GOOG-DOJ-AT-00605702 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 583:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-01019429 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

14

**REQUEST FOR ADMISSION 583a:**

Admit that document GOOG-DOJ-AT-01019429 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 583b:**

Admit that document GOOG-DOJ-AT-01019429 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 583c:**

Admit that document GOOG-DOJ-AT-01019429 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 583d:**

Admit that document GOOG-DOJ-AT-01019429 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 583e:**

Admit that document GOOG-DOJ-AT-01019429 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 583f:**

Admit that document GOOG-DOJ-AT-01019429 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 583g:**

Admit that document GOOG-DOJ-AT-01019429 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 584:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-01019463 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 584a:**

Admit that document GOOG-DOJ-AT-01019463 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 584b:**

Admit that document GOOG-DOJ-AT-01019463 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 584c:**

Admit that document GOOG-DOJ-AT-01019463 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 584d:**

Admit that document GOOG-DOJ-AT-01019463 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 584e:**

Admit that document GOOG-DOJ-AT-01019463 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 584f:**

Admit that document GOOG-DOJ-AT-01019463 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 584g:**

Admit that document GOOG-DOJ-AT-01019463 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 585:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-01130388 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 585a:**

Admit that document GOOG-DOJ-AT-01130388 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 585b:**

Admit that document GOOG-DOJ-AT-01130388 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 585c:**

Admit that document GOOG-DOJ-AT-01130388 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 585d:**

Admit that document GOOG-DOJ-AT-01130388 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 585e:**

Admit that document GOOG-DOJ-AT-01130388 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 585f:**

Admit that document GOOG-DOJ-AT-01130388 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 585g:**

Admit that document GOOG-DOJ-AT-01130388 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 586:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-01132753 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

18

**REQUEST FOR ADMISSION 586a:**

Admit that document GOOG-DOJ-AT-01132753 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 586b:**

Admit that document GOOG-DOJ-AT-01132753 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 586c:**

Admit that document GOOG-DOJ-AT-01132753 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 586d:**

Admit that document GOOG-DOJ-AT-01132753 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 586e:**

Admit that document GOOG-DOJ-AT-01132753 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 586f:**

Admit that document GOOG-DOJ-AT-01132753 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 586g:**

Admit that document GOOG-DOJ-AT-01132753 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 587:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-01133537 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 587a:**

Admit that document GOOG-DOJ-AT-01133537 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 587b:**

Admit that document GOOG-DOJ-AT-01133537 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 587c:**

Admit that document GOOG-DOJ-AT-01133537 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 587d:**

Admit that document GOOG-DOJ-AT-01133537 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 587e:**

Admit that document GOOG-DOJ-AT-01133537 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 587f:**

Admit that document GOOG-DOJ-AT-01133537 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 587g:**

Admit that document GOOG-DOJ-AT-01133537 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 588:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-01510462 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 588a:**

Admit that document GOOG-DOJ-AT-01510462 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 588b:**

Admit that document GOOG-DOJ-AT-01510462 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 588c:**

Admit that document GOOG-DOJ-AT-01510462 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 588d:**

Admit that document GOOG-DOJ-AT-01510462 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 588e:**

Admit that document GOOG-DOJ-AT-01510462 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 588f:**

Admit that document GOOG-DOJ-AT-01510462 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 588g:**

Admit that document GOOG-DOJ-AT-01510462 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 589:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-01809712 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

22

**REQUEST FOR ADMISSION 589a:**

Admit that document GOOG-DOJ-AT-01809712 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 589b:**

Admit that document GOOG-DOJ-AT-01809712 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 589c:**

Admit that document GOOG-DOJ-AT-01809712 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 589d:**

Admit that document GOOG-DOJ-AT-01809712 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 589e:**

Admit that document GOOG-DOJ-AT-01809712 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 589f:**

Admit that document GOOG-DOJ-AT-01809712 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 589g:**

Admit that document GOOG-DOJ-AT-01809712 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 590:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-01810533 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 590a:**

Admit that document GOOG-DOJ-AT-01810533 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 590b:**

Admit that document GOOG-DOJ-AT-01810533 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 590c:**

Admit that document GOOG-DOJ-AT-01810533 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 590d:**

Admit that document GOOG-DOJ-AT-01810533 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 590e:**

Admit that document GOOG-DOJ-AT-01810533 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 590f:**

Admit that document GOOG-DOJ-AT-01810533 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 590g:**

Admit that document GOOG-DOJ-AT-01810533 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 591:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-01827124 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 591a:**

Admit that document GOOG-DOJ-AT-01827124 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 591b:**

Admit that document GOOG-DOJ-AT-01827124 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 591c:**

Admit that document GOOG-DOJ-AT-01827124 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 591d:**

Admit that document GOOG-DOJ-AT-01827124 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 591e:**

Admit that document GOOG-DOJ-AT-01827124 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 591f:**

Admit that document GOOG-DOJ-AT-01827124 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 591g:**

Admit that document GOOG-DOJ-AT-01827124 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 592:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-01945355 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

26

**REQUEST FOR ADMISSION 592a:**

Admit that document GOOG-DOJ-AT-01945355 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 592b:**

Admit that document GOOG-DOJ-AT-01945355 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 592c:**

Admit that document GOOG-DOJ-AT-01945355 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 592d:**

Admit that document GOOG-DOJ-AT-01945355 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 592e:**

Admit that document GOOG-DOJ-AT-01945355 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 592f:**

Admit that document GOOG-DOJ-AT-01945355 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 592g:**

Admit that document GOOG-DOJ-AT-01945355 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 593:**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-02118627 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 593a:**

Admit that document GOOG-DOJ-AT-02118627 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 593b:**

Admit that document GOOG-DOJ-AT-02118627 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 593c:**

Admit that document GOOG-DOJ-AT-02118627 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 593d:**

Admit that document GOOG-DOJ-AT-02118627 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 593e:**

Admit that document GOOG-DOJ-AT-02118627 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 593f:**

Admit that document GOOG-DOJ-AT-02118627 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 593g:**

Admit that document GOOG-DOJ-AT-02118627 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 594:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-02140405 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 594a:**

Admit that document GOOG-DOJ-AT-02140405 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 594b:**

Admit that document GOOG-DOJ-AT-02140405 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 594c:**

Admit that document GOOG-DOJ-AT-02140405 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 594d:**

Admit that document GOOG-DOJ-AT-02140405 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 594e:**

Admit that document GOOG-DOJ-AT-02140405 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 594f:**

Admit that document GOOG-DOJ-AT-02140405 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 594g:**

Admit that document GOOG-DOJ-AT-02140405 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 595:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-02206627 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 595a:**

Admit that document GOOG-DOJ-AT-02206627 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 595b:**

Admit that document GOOG-DOJ-AT-02206627 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 595c:**

Admit that document GOOG-DOJ-AT-02206627 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 595d:**

Admit that document GOOG-DOJ-AT-02206627 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 595e:**

Admit that document GOOG-DOJ-AT-02206627 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 595f:**

Admit that document GOOG-DOJ-AT-02206627 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 595g:**

Admit that document GOOG-DOJ-AT-02206627 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 596:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-02480378 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 596a:**

Admit that document GOOG-DOJ-AT-02480378 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 596b:**

Admit that document GOOG-DOJ-AT-02480378 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 596c:**

Admit that document GOOG-DOJ-AT-02480378 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 596d:**

Admit that document GOOG-DOJ-AT-02480378 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 596e:**

Admit that document GOOG-DOJ-AT-02480378 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 596f:**

Admit that document GOOG-DOJ-AT-02480378 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 596g:**

Admit that document GOOG-DOJ-AT-02480378 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 597:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-02484270 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 597a:**

Admit that document GOOG-DOJ-AT-02484270 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 597b:**

Admit that document GOOG-DOJ-AT-02484270 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 597c:**

Admit that document GOOG-DOJ-AT-02484270 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 597d:**

Admit that document GOOG-DOJ-AT-02484270 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 597e:**

Admit that document GOOG-DOJ-AT-02484270 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 597f:**

Admit that document GOOG-DOJ-AT-02484270 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 597g:**

Admit that document GOOG-DOJ-AT-02484270 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 598:</u>**

Admit that all foundational requirements for the admission of document GOOG-DOJ-AT-02524665 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 598a:**

Admit that document GOOG-DOJ-AT-02524665 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 598b:**

Admit that document GOOG-DOJ-AT-02524665 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 598c:**

Admit that document GOOG-DOJ-AT-02524665 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 598d:**

Admit that document GOOG-DOJ-AT-02524665 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 598e:**

Admit that document GOOG-DOJ-AT-02524665 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 598f:**

Admit that document GOOG-DOJ-AT-02524665 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 598g:**

Admit that document GOOG-DOJ-AT-02524665 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 599:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00001207 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 599a:**

Admit that document GOOG-TEX-00001207 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 599b:**

Admit that document GOOG-TEX-00001207 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 599c:**

Admit that document GOOG-TEX-00001207 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 599d:**

Admit that document GOOG-TEX-00001207 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 599e:**

Admit that document GOOG-TEX-00001207 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 599f:**

Admit that document GOOG-TEX-00001207 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 599g:**

Admit that document GOOG-TEX-00001207 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 600:</u>**

Admit that all foundational requirements for the admission of document GOOG-TEX-00035601 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 600a:**

Admit that document GOOG-TEX-00035601 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 600b:**

Admit that document GOOG-TEX-00035601 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 600c:**

Admit that document GOOG-TEX-00035601 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 600d:**

Admit that document GOOG-TEX-00035601 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 600e:**

Admit that document GOOG-TEX-00035601 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 600f:**

Admit that document GOOG-TEX-00035601 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 600g:**

Admit that document GOOG-TEX-00035601 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 601:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00036584 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 601a:**

Admit that document GOOG-TEX-00036584 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 601b:**

Admit that document GOOG-TEX-00036584 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 601c:**

Admit that document GOOG-TEX-00036584 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 601d:**

Admit that document GOOG-TEX-00036584 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 601e:**

Admit that document GOOG-TEX-00036584 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 601f:**

Admit that document GOOG-TEX-00036584 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 601g:**

Admit that document GOOG-TEX-00036584 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 602:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00041283 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 602a:**

Admit that document GOOG-TEX-00041283 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 602b:**

Admit that document GOOG-TEX-00041283 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 602c:**

Admit that document GOOG-TEX-00041283 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 602d:**

Admit that document GOOG-TEX-00041283 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 602e:**

Admit that document GOOG-TEX-00041283 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 602f:**

Admit that document GOOG-TEX-00041283 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 602g:**

Admit that document GOOG-TEX-00041283 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 603:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00041627 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 603a:**

Admit that document GOOG-TEX-00041627 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 603b:**

Admit that document GOOG-TEX-00041627 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 603c:**

Admit that document GOOG-TEX-00041627 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 603d:**

Admit that document GOOG-TEX-00041627 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 603e:**

Admit that document GOOG-TEX-00041627 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 603f:**

Admit that document GOOG-TEX-00041627 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 603g:**

Admit that document GOOG-TEX-00041627 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 604:</u>**

Admit that all foundational requirements for the admission of document GOOG-TEX-00044535 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 604a:**

Admit that document GOOG-TEX-00044535 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 604b:**

Admit that document GOOG-TEX-00044535 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 604c:**

Admit that document GOOG-TEX-00044535 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 604d:**

Admit that document GOOG-TEX-00044535 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 604e:**

Admit that document GOOG-TEX-00044535 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 604f:**

Admit that document GOOG-TEX-00044535 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 604g:**

Admit that document GOOG-TEX-00044535 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 605:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00046730 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 605a:**

Admit that document GOOG-TEX-00046730 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 605b:**

Admit that document GOOG-TEX-00046730 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 605c:**

Admit that document GOOG-TEX-00046730 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 605d:**

Admit that document GOOG-TEX-00046730 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 605e:**

Admit that document GOOG-TEX-00046730 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 605f:**

Admit that document GOOG-TEX-00046730 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 605g:**

Admit that document GOOG-TEX-00046730 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 606:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00054839 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 606a:**

Admit that document GOOG-TEX-00054839 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 606b:**

Admit that document GOOG-TEX-00054839 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 606c:**

Admit that document GOOG-TEX-00054839 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 606d:**

Admit that document GOOG-TEX-00054839 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 606e:**

Admit that document GOOG-TEX-00054839 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 606f:**

Admit that document GOOG-TEX-00054839 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 606g:**

Admit that document GOOG-TEX-00054839 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 607:</u>**

Admit that all foundational requirements for the admission of document GOOG-TEX-00055186 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 607a:**

Admit that document GOOG-TEX-00055186 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 607b:**

Admit that document GOOG-TEX-00055186 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 607c:**

Admit that document GOOG-TEX-00055186 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 607d:**

Admit that document GOOG-TEX-00055186 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 607e:**

Admit that document GOOG-TEX-00055186 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 607f:**

Admit that document GOOG-TEX-00055186 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 607g:**

Admit that document GOOG-TEX-00055186 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 608:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00060664 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 608a:**

Admit that document GOOG-TEX-00060664 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 608b:**

Admit that document GOOG-TEX-00060664 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 608c:**

Admit that document GOOG-TEX-00060664 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 608d:**

Admit that document GOOG-TEX-00060664 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 608e:**

Admit that document GOOG-TEX-00060664 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 608f:**

Admit that document GOOG-TEX-00060664 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 608g:**

Admit that document GOOG-TEX-00060664 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 609:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00072552 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 609a:**

Admit that document GOOG-TEX-00072552 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 609b:**

Admit that document GOOG-TEX-00072552 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 609c:**

Admit that document GOOG-TEX-00072552 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 609d:**

Admit that document GOOG-TEX-00072552 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 609e:**

Admit that document GOOG-TEX-00072552 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 609f:**

Admit that document GOOG-TEX-00072552 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 609g:**

Admit that document GOOG-TEX-00072552 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 610:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00076051 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 610a:**

Admit that document GOOG-TEX-00076051 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 610b:**

Admit that document GOOG-TEX-00076051 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 610c:**

Admit that document GOOG-TEX-00076051 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 610d:**

Admit that document GOOG-TEX-00076051 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 610e:**

Admit that document GOOG-TEX-00076051 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 610f:**

Admit that document GOOG-TEX-00076051 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 610g:**

Admit that document GOOG-TEX-00076051 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 611:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00082594 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 611a:**

Admit that document GOOG-TEX-00082594 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 611b:**

Admit that document GOOG-TEX-00082594 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 611c:**

Admit that document GOOG-TEX-00082594 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 611d:**

Admit that document GOOG-TEX-00082594 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 611e:**

Admit that document GOOG-TEX-00082594 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 611f:**

Admit that document GOOG-TEX-00082594 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 611g:**

Admit that document GOOG-TEX-00082594 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 612:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00083092 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 612a:**

Admit that document GOOG-TEX-00083092 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 612b:**

Admit that document GOOG-TEX-00083092 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 612c:**

Admit that document GOOG-TEX-00083092 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 612d:**

Admit that document GOOG-TEX-00083092 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 612e:**

Admit that document GOOG-TEX-00083092 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 612f:**

Admit that document GOOG-TEX-00083092 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 612g:**

Admit that document GOOG-TEX-00083092 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 613:</u>**

Admit that all foundational requirements for the admission of document GOOG-TEX-00084860 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 613a:**

Admit that document GOOG-TEX-00084860 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 613b:**

Admit that document GOOG-TEX-00084860 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 613c:**

Admit that document GOOG-TEX-00084860 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 613d:**

Admit that document GOOG-TEX-00084860 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 613e:**

Admit that document GOOG-TEX-00084860 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 613f:**

Admit that document GOOG-TEX-00084860 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 613g:**

Admit that document GOOG-TEX-00084860 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 614:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00085406 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 614a:**

Admit that document GOOG-TEX-00085406 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 614b:**

Admit that document GOOG-TEX-00085406 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 614c:**

Admit that document GOOG-TEX-00085406 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 614d:**

Admit that document GOOG-TEX-00085406 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 614e:**

Admit that document GOOG-TEX-00085406 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 614f:**

Admit that document GOOG-TEX-00085406 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 614g:**

Admit that document GOOG-TEX-00085406 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 615:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00089241 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 615a:**

Admit that document GOOG-TEX-00089241 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 615b:**

Admit that document GOOG-TEX-00089241 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 615c:**

Admit that document GOOG-TEX-00089241 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 615d:**

Admit that document GOOG-TEX-00089241 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 615e:**

Admit that document GOOG-TEX-00089241 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 615f:**

Admit that document GOOG-TEX-00089241 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 615g:**

Admit that document GOOG-TEX-00089241 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 616:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00090112 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 616a:**

Admit that document GOOG-TEX-00090112 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 616b:**

Admit that document GOOG-TEX-00090112 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 616c:**

Admit that document GOOG-TEX-00090112 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 616d:**

Admit that document GOOG-TEX-00090112 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 616e:**

Admit that document GOOG-TEX-00090112 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 616f:**

Admit that document GOOG-TEX-00090112 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 616g:**

Admit that document GOOG-TEX-00090112 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 617:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00090151 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 617a:**

Admit that document GOOG-TEX-00090151 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 617b:**

Admit that document GOOG-TEX-00090151 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 617c:**

Admit that document GOOG-TEX-00090151 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 617d:**

Admit that document GOOG-TEX-00090151 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 617e:**

Admit that document GOOG-TEX-00090151 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 617f:**

Admit that document GOOG-TEX-00090151 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 617g:**

Admit that document GOOG-TEX-00090151 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 618:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00090969 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 618a:**

Admit that document GOOG-TEX-00090969 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 618b:**

Admit that document GOOG-TEX-00090969 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

61

**REQUEST FOR ADMISSION 618c:**

Admit that document GOOG-TEX-00090969 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 618d:**

Admit that document GOOG-TEX-00090969 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 618e:**

Admit that document GOOG-TEX-00090969 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 618f:**

Admit that document GOOG-TEX-00090969 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 618g:**

Admit that document GOOG-TEX-00090969 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 619:</u>**

Admit that all foundational requirements for the admission of document GOOG-TEX-00098643 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 619a:**

Admit that document GOOG-TEX-00098643 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 619b:**

Admit that document GOOG-TEX-00098643 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 619c:**

Admit that document GOOG-TEX-00098643 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 619d:**

Admit that document GOOG-TEX-00098643 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 619e:**

Admit that document GOOG-TEX-00098643 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 619f:**

Admit that document GOOG-TEX-00098643 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 619g:**

Admit that document GOOG-TEX-00098643 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 620:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00104622 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 620a:**

Admit that document GOOG-TEX-00104622 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 620b:**

Admit that document GOOG-TEX-00104622 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 620c:**

Admit that document GOOG-TEX-00104622 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 620d:**

Admit that document GOOG-TEX-00104622 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 620e:**

Admit that document GOOG-TEX-00104622 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 620f:**

Admit that document GOOG-TEX-00104622 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 620g:**

Admit that document GOOG-TEX-00104622 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 621:</u>**

Admit that all foundational requirements for the admission of document GOOG-TEX-00105202 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 621a:**

Admit that document GOOG-TEX-00105202 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 621b:**

Admit that document GOOG-TEX-00105202 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 621c:**

Admit that document GOOG-TEX-00105202 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 621d:**

Admit that document GOOG-TEX-00105202 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 621e:**

Admit that document GOOG-TEX-00105202 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 621f:**

Admit that document GOOG-TEX-00105202 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 621g:**

Admit that document GOOG-TEX-00105202 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 622:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00116043 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 622a:**

Admit that document GOOG-TEX-00116043 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 622b:**

Admit that document GOOG-TEX-00116043 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 622c:**

Admit that document GOOG-TEX-00116043 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 622d:**

Admit that document GOOG-TEX-00116043 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 622e:**

Admit that document GOOG-TEX-00116043 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 622f:**

Admit that document GOOG-TEX-00116043 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 622g:**

Admit that document GOOG-TEX-00116043 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 623:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00121314 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 623a:**

Admit that document GOOG-TEX-00121314 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 623b:**

Admit that document GOOG-TEX-00121314 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 623c:**

Admit that document GOOG-TEX-00121314 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 623d:**

Admit that document GOOG-TEX-00121314 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 623e:**

Admit that document GOOG-TEX-00121314 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 623f:**

Admit that document GOOG-TEX-00121314 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 623g:**

Admit that document GOOG-TEX-00121314 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 624:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00122285 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 624a:**

Admit that document GOOG-TEX-00122285 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 624b:**

Admit that document GOOG-TEX-00122285 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 624c:**

Admit that document GOOG-TEX-00122285 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 624d:**

Admit that document GOOG-TEX-00122285 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 624e:**

Admit that document GOOG-TEX-00122285 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 624f:**

Admit that document GOOG-TEX-00122285 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 624g:**

Admit that document GOOG-TEX-00122285 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 625:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00124787 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 625a:**

Admit that document GOOG-TEX-00124787 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 625b:**

Admit that document GOOG-TEX-00124787 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 625c:**

Admit that document GOOG-TEX-00124787 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 625d:**

Admit that document GOOG-TEX-00124787 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 625e:**

Admit that document GOOG-TEX-00124787 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 625f:**

Admit that document GOOG-TEX-00124787 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 625g:**

Admit that document GOOG-TEX-00124787 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 626:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00149044 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 626a:**

Admit that document GOOG-TEX-00149044 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 626b:**

Admit that document GOOG-TEX-00149044 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 626c:**

Admit that document GOOG-TEX-00149044 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 626d:**

Admit that document GOOG-TEX-00149044 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 626e:**

Admit that document GOOG-TEX-00149044 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 626f:**

Admit that document GOOG-TEX-00149044 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 626g:**

Admit that document GOOG-TEX-00149044 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 627:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00149703 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 627a:**

Admit that document GOOG-TEX-00149703 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 627b:**

Admit that document GOOG-TEX-00149703 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 627c:**

Admit that document GOOG-TEX-00149703 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 627d:**

Admit that document GOOG-TEX-00149703 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 627e:**

Admit that document GOOG-TEX-00149703 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 627f:**

Admit that document GOOG-TEX-00149703 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 627g:**

Admit that document GOOG-TEX-00149703 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 628:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00156605 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

74

**REQUEST FOR ADMISSION 628a:**

Admit that document GOOG-TEX-00156605 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 628b:**

Admit that document GOOG-TEX-00156605 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 628c:**

Admit that document GOOG-TEX-00156605 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 628d:**

Admit that document GOOG-TEX-00156605 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 628e:**

Admit that document GOOG-TEX-00156605 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 628f:**

Admit that document GOOG-TEX-00156605 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 628g:**

Admit that document GOOG-TEX-00156605 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 629:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00167119 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 629a:**

Admit that document GOOG-TEX-00167119 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 629b:**

Admit that document GOOG-TEX-00167119 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 629c:**

Admit that document GOOG-TEX-00167119 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 629d:**

Admit that document GOOG-TEX-00167119 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 629e:**

Admit that document GOOG-TEX-00167119 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 629f:**

Admit that document GOOG-TEX-00167119 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 629g:**

Admit that document GOOG-TEX-00167119 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 630:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00168140 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 630a:**

Admit that document GOOG-TEX-00168140 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 630b:**

Admit that document GOOG-TEX-00168140 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 630c:**

Admit that document GOOG-TEX-00168140 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 630d:**

Admit that document GOOG-TEX-00168140 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 630e:**

Admit that document GOOG-TEX-00168140 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 630f:**

Admit that document GOOG-TEX-00168140 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 630g:**

Admit that document GOOG-TEX-00168140 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 631:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00170030 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

78

**REQUEST FOR ADMISSION 631a:**

Admit that document GOOG-TEX-00170030 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 631b:**

Admit that document GOOG-TEX-00170030 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 631c:**

Admit that document GOOG-TEX-00170030 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 631d:**

Admit that document GOOG-TEX-00170030 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 631e:**

Admit that document GOOG-TEX-00170030 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 631f:**

Admit that document GOOG-TEX-00170030 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 631g:**

Admit that document GOOG-TEX-00170030 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 632:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00174773 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 632a:**

Admit that document GOOG-TEX-00174773 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 632b:**

Admit that document GOOG-TEX-00174773 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 632c:**

Admit that document GOOG-TEX-00174773 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 632d:**

Admit that document GOOG-TEX-00174773 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 632e:**

Admit that document GOOG-TEX-00174773 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 632f:**

Admit that document GOOG-TEX-00174773 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 632g:**

Admit that document GOOG-TEX-00174773 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 633:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00174812 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 633a:**

Admit that document GOOG-TEX-00174812 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 633b:**

Admit that document GOOG-TEX-00174812 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 633c:**

Admit that document GOOG-TEX-00174812 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 633d:**

Admit that document GOOG-TEX-00174812 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 633e:**

Admit that document GOOG-TEX-00174812 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 633f:**

Admit that document GOOG-TEX-00174812 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 633g:**

Admit that document GOOG-TEX-00174812 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 634:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00182219 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 634a:**

Admit that document GOOG-TEX-00182219 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 634b:**

Admit that document GOOG-TEX-00182219 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 634c:**

Admit that document GOOG-TEX-00182219 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 634d:**

Admit that document GOOG-TEX-00182219 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 634e:**

Admit that document GOOG-TEX-00182219 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 634f:**

Admit that document GOOG-TEX-00182219 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 634g:**

Admit that document GOOG-TEX-00182219 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 635:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00187515 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 635a:**

Admit that document GOOG-TEX-00187515 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 635b:**

Admit that document GOOG-TEX-00187515 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 635c:**

Admit that document GOOG-TEX-00187515 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 635d:**

Admit that document GOOG-TEX-00187515 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 635e:**

Admit that document GOOG-TEX-00187515 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 635f:**

Admit that document GOOG-TEX-00187515 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 635g:**

Admit that document GOOG-TEX-00187515 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 636:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00209883 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 636a:**

Admit that document GOOG-TEX-00209883 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 636b:**

Admit that document GOOG-TEX-00209883 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 636c:**

Admit that document GOOG-TEX-00209883 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 636d:**

Admit that document GOOG-TEX-00209883 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 636e:**

Admit that document GOOG-TEX-00209883 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 636f:**

Admit that document GOOG-TEX-00209883 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 636g:**

Admit that document GOOG-TEX-00209883 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 637:</u>**

Admit that all foundational requirements for the admission of document GOOG-TEX-00225931 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 637a:**

Admit that document GOOG-TEX-00225931 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 637b:**

Admit that document GOOG-TEX-00225931 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 637c:**

Admit that document GOOG-TEX-00225931 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 637d:**

Admit that document GOOG-TEX-00225931 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 637e:**

Admit that document GOOG-TEX-00225931 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 637f:**

Admit that document GOOG-TEX-00225931 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 637g:**

Admit that document GOOG-TEX-00225931 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 638:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00237666 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 638a:**

Admit that document GOOG-TEX-00237666 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 638b:**

Admit that document GOOG-TEX-00237666 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 638c:**

Admit that document GOOG-TEX-00237666 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 638d:**

Admit that document GOOG-TEX-00237666 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 638e:**

Admit that document GOOG-TEX-00237666 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 638f:**

Admit that document GOOG-TEX-00237666 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 638g:**

Admit that document GOOG-TEX-00237666 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 639:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00250068 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 639a:**

Admit that document GOOG-TEX-00250068 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 639b:**

Admit that document GOOG-TEX-00250068 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 639c:**

Admit that document GOOG-TEX-00250068 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 639d:**

Admit that document GOOG-TEX-00250068 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 639e:**

Admit that document GOOG-TEX-00250068 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 639f:**

Admit that document GOOG-TEX-00250068 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 639g:**

Admit that document GOOG-TEX-00250068 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 640:</u>**

Admit that all foundational requirements for the admission of document GOOG-TEX-00255353 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 640a:**

Admit that document GOOG-TEX-00255353 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 640b:**

Admit that document GOOG-TEX-00255353 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 640c:**

Admit that document GOOG-TEX-00255353 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 640d:**

Admit that document GOOG-TEX-00255353 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 640e:**

Admit that document GOOG-TEX-00255353 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 640f:**

Admit that document GOOG-TEX-00255353 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 640g:**

Admit that document GOOG-TEX-00255353 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 641:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00261147 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 641a:**

Admit that document GOOG-TEX-00261147 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 641b:**

Admit that document GOOG-TEX-00261147 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 641c:**

Admit that document GOOG-TEX-00261147 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 641d:**

Admit that document GOOG-TEX-00261147 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 641e:**

Admit that document GOOG-TEX-00261147 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 641f:**

Admit that document GOOG-TEX-00261147 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 641g:**

Admit that document GOOG-TEX-00261147 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 642:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00265478 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 642a:**

Admit that document GOOG-TEX-00265478 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 642b:**

Admit that document GOOG-TEX-00265478 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 642c:**

Admit that document GOOG-TEX-00265478 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 642d:**

Admit that document GOOG-TEX-00265478 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 642e:**

Admit that document GOOG-TEX-00265478 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 642f:**

Admit that document GOOG-TEX-00265478 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 642g:**

Admit that document GOOG-TEX-00265478 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 643:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00268373 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 643a:**

Admit that document GOOG-TEX-00268373 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 643b:**

Admit that document GOOG-TEX-00268373 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 643c:**

Admit that document GOOG-TEX-00268373 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 643d:**

Admit that document GOOG-TEX-00268373 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 643e:**

Admit that document GOOG-TEX-00268373 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 643f:**

Admit that document GOOG-TEX-00268373 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 643g:**

Admit that document GOOG-TEX-00268373 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 644:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00287619 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 644a:**

Admit that document GOOG-TEX-00287619 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 644b:**

Admit that document GOOG-TEX-00287619 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 644c:**

Admit that document GOOG-TEX-00287619 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 644d:**

Admit that document GOOG-TEX-00287619 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 644e:**

Admit that document GOOG-TEX-00287619 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 644f:**

Admit that document GOOG-TEX-00287619 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 644g:**

Admit that document GOOG-TEX-00287619 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 645:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00294658 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 645a:**

Admit that document GOOG-TEX-00294658 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 645b:**

Admit that document GOOG-TEX-00294658 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 645c:**

Admit that document GOOG-TEX-00294658 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 645d:**

Admit that document GOOG-TEX-00294658 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 645e:**

Admit that document GOOG-TEX-00294658 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 645f:**

Admit that document GOOG-TEX-00294658 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 645g:**

Admit that document GOOG-TEX-00294658 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 646:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00302454 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 646a:**

Admit that document GOOG-TEX-00302454 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 646b:**

Admit that document GOOG-TEX-00302454 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 646c:**

Admit that document GOOG-TEX-00302454 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 646d:**

Admit that document GOOG-TEX-00302454 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 646e:**

Admit that document GOOG-TEX-00302454 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 646f:**

Admit that document GOOG-TEX-00302454 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 646g:**

Admit that document GOOG-TEX-00302454 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 647:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00309600 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 647a:**

Admit that document GOOG-TEX-00309600 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 647b:**

Admit that document GOOG-TEX-00309600 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 647c:**

Admit that document GOOG-TEX-00309600 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 647d:**

Admit that document GOOG-TEX-00309600 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 647e:**

Admit that document GOOG-TEX-00309600 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 647f:**

Admit that document GOOG-TEX-00309600 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 647g:**

Admit that document GOOG-TEX-00309600 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 648:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00327736 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 648a:**

Admit that document GOOG-TEX-00327736 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 648b:**

Admit that document GOOG-TEX-00327736 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 648c:**

Admit that document GOOG-TEX-00327736 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 648d:**

Admit that document GOOG-TEX-00327736 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 648e:**

Admit that document GOOG-TEX-00327736 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 648f:**

Admit that document GOOG-TEX-00327736 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 648g:**

Admit that document GOOG-TEX-00327736 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 649:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00328443 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 649a:**

Admit that document GOOG-TEX-00328443 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 649b:**

Admit that document GOOG-TEX-00328443 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 649c:**

Admit that document GOOG-TEX-00328443 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 649d:**

Admit that document GOOG-TEX-00328443 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 649e:**

Admit that document GOOG-TEX-00328443 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 649f:**

Admit that document GOOG-TEX-00328443 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 649g:**

Admit that document GOOG-TEX-00328443 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 650:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00348725 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 650a:**

Admit that document GOOG-TEX-00348725 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 650b:**

Admit that document GOOG-TEX-00348725 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 650c:**

Admit that document GOOG-TEX-00348725 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 650d:**

Admit that document GOOG-TEX-00348725 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 650e:**

Admit that document GOOG-TEX-00348725 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 650f:**

Admit that document GOOG-TEX-00348725 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 650g:**

Admit that document GOOG-TEX-00348725 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 651:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00349530 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 651a:**

Admit that document GOOG-TEX-00349530 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 651b:**

Admit that document GOOG-TEX-00349530 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 651c:**

Admit that document GOOG-TEX-00349530 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 651d:**

Admit that document GOOG-TEX-00349530 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 651e:**

Admit that document GOOG-TEX-00349530 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 651f:**

Admit that document GOOG-TEX-00349530 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 651g:**

Admit that document GOOG-TEX-00349530 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 652:</u>**

Admit that all foundational requirements for the admission of document GOOG-TEX-00368453 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 652a:**

Admit that document GOOG-TEX-00368453 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 652b:**

Admit that document GOOG-TEX-00368453 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 652c:**

Admit that document GOOG-TEX-00368453 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 652d:**

Admit that document GOOG-TEX-00368453 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 652e:**

Admit that document GOOG-TEX-00368453 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 652f:**

Admit that document GOOG-TEX-00368453 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 652g:**

Admit that document GOOG-TEX-00368453 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 653:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00403995 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 653a:**

Admit that document GOOG-TEX-00403995 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 653b:**

Admit that document GOOG-TEX-00403995 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 653c:**

Admit that document GOOG-TEX-00403995 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 653d:**

Admit that document GOOG-TEX-00403995 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 653e:**

Admit that document GOOG-TEX-00403995 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 653f:**

Admit that document GOOG-TEX-00403995 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 653g:**

Admit that document GOOG-TEX-00403995 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 654:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00444035 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 654a:**

Admit that document GOOG-TEX-00444035 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 654b:**

Admit that document GOOG-TEX-00444035 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 654c:**

Admit that document GOOG-TEX-00444035 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 654d:**

Admit that document GOOG-TEX-00444035 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 654e:**

Admit that document GOOG-TEX-00444035 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 654f:**

Admit that document GOOG-TEX-00444035 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 654g:**

Admit that document GOOG-TEX-00444035 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 655:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00452857 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 655a:**

Admit that document GOOG-TEX-00452857 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 655b:**

Admit that document GOOG-TEX-00452857 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 655c:**

Admit that document GOOG-TEX-00452857 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 655d:**

Admit that document GOOG-TEX-00452857 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 655e:**

Admit that document GOOG-TEX-00452857 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 655f:**

Admit that document GOOG-TEX-00452857 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 655g:**

Admit that document GOOG-TEX-00452857 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 656:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00474166 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 656a:**

Admit that document GOOG-TEX-00474166 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 656b:**

Admit that document GOOG-TEX-00474166 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 656c:**

Admit that document GOOG-TEX-00474166 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 656d:**

Admit that document GOOG-TEX-00474166 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 656e:**

Admit that document GOOG-TEX-00474166 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 656f:**

Admit that document GOOG-TEX-00474166 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 656g:**

Admit that document GOOG-TEX-00474166 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 657:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00476767 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 657a:**

Admit that document GOOG-TEX-00476767 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 657b:**

Admit that document GOOG-TEX-00476767 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 657c:**

Admit that document GOOG-TEX-00476767 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 657d:**

Admit that document GOOG-TEX-00476767 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 657e:**

Admit that document GOOG-TEX-00476767 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 657f:**

Admit that document GOOG-TEX-00476767 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 657g:**

Admit that document GOOG-TEX-00476767 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 658:</u>**

Admit that all foundational requirements for the admission of document GOOG-TEX-00485421 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

114

**REQUEST FOR ADMISSION 658a:**

Admit that document GOOG-TEX-00485421 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 658b:**

Admit that document GOOG-TEX-00485421 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 658c:**

Admit that document GOOG-TEX-00485421 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 658d:**

Admit that document GOOG-TEX-00485421 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 658e:**

Admit that document GOOG-TEX-00485421 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 658f:**

Admit that document GOOG-TEX-00485421 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 658g:**

Admit that document GOOG-TEX-00485421 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 659:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00513684 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 659a:**

Admit that document GOOG-TEX-00513684 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 659b:**

Admit that document GOOG-TEX-00513684 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 659c:**

Admit that document GOOG-TEX-00513684 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 659d:**

Admit that document GOOG-TEX-00513684 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 659e:**

Admit that document GOOG-TEX-00513684 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 659f:**

Admit that document GOOG-TEX-00513684 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 659g:**

Admit that document GOOG-TEX-00513684 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 660:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00532696 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 660a:**

Admit that document GOOG-TEX-00532696 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 660b:**

Admit that document GOOG-TEX-00532696 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 660c:**

Admit that document GOOG-TEX-00532696 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 660d:**

Admit that document GOOG-TEX-00532696 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 660e:**

Admit that document GOOG-TEX-00532696 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 660f:**

Admit that document GOOG-TEX-00532696 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 660g:**

Admit that document GOOG-TEX-00532696 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 661:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00534464 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 661a:**

Admit that document GOOG-TEX-00534464 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 661b:**

Admit that document GOOG-TEX-00534464 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 661c:**

Admit that document GOOG-TEX-00534464 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 661d:**

Admit that document GOOG-TEX-00534464 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 661e:**

Admit that document GOOG-TEX-00534464 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 661f:**

Admit that document GOOG-TEX-00534464 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 661g:**

Admit that document GOOG-TEX-00534464 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 662:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00551466 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 662a:**

Admit that document GOOG-TEX-00551466 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 662b:**

Admit that document GOOG-TEX-00551466 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 662c:**

Admit that document GOOG-TEX-00551466 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 662d:**

Admit that document GOOG-TEX-00551466 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 662e:**

Admit that document GOOG-TEX-00551466 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 662f:**

Admit that document GOOG-TEX-00551466 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 662g:**

Admit that document GOOG-TEX-00551466 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 663:</u>**

Admit that all foundational requirements for the admission of document GOOG-TEX-00585766 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 663a:**

Admit that document GOOG-TEX-00585766 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 663b:**

Admit that document GOOG-TEX-00585766 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 663c:**

Admit that document GOOG-TEX-00585766 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 663d:**

Admit that document GOOG-TEX-00585766 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 663e:**

Admit that document GOOG-TEX-00585766 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 663f:**

Admit that document GOOG-TEX-00585766 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 663g:**

Admit that document GOOG-TEX-00585766 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 664:</u>**

Admit that all foundational requirements for the admission of document GOOG-TEX-00591510 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 664a:**

Admit that document GOOG-TEX-00591510 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 664b:**

Admit that document GOOG-TEX-00591510 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 664c:**

Admit that document GOOG-TEX-00591510 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 664d:**

Admit that document GOOG-TEX-00591510 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 664e:**

Admit that document GOOG-TEX-00591510 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 664f:**

Admit that document GOOG-TEX-00591510 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 664g:**

Admit that document GOOG-TEX-00591510 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 665:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00658141 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 665a:**

Admit that document GOOG-TEX-00658141 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 665b:**

Admit that document GOOG-TEX-00658141 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 665c:**

Admit that document GOOG-TEX-00658141 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 665d:**

Admit that document GOOG-TEX-00658141 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 665e:**

Admit that document GOOG-TEX-00658141 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 665f:**

Admit that document GOOG-TEX-00658141 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 665g:**

Admit that document GOOG-TEX-00658141 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 666:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00679919 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 666a:**

Admit that document GOOG-TEX-00679919 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 666b:**

Admit that document GOOG-TEX-00679919 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 666c:**

Admit that document GOOG-TEX-00679919 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 666d:**

Admit that document GOOG-TEX-00679919 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 666e:**

Admit that document GOOG-TEX-00679919 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 666f:**

Admit that document GOOG-TEX-00679919 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 666g:**

Admit that document GOOG-TEX-00679919 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 667:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00714472 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 667a:**

Admit that document GOOG-TEX-00714472 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 667b:**

Admit that document GOOG-TEX-00714472 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 667c:**

Admit that document GOOG-TEX-00714472 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 667d:**

Admit that document GOOG-TEX-00714472 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 667e:**

Admit that document GOOG-TEX-00714472 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 667f:**

Admit that document GOOG-TEX-00714472 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 667g:**

Admit that document GOOG-TEX-00714472 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 668:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00719824 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 668a:**

Admit that document GOOG-TEX-00719824 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 668b:**

Admit that document GOOG-TEX-00719824 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 668c:**

Admit that document GOOG-TEX-00719824 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 668d:**

Admit that document GOOG-TEX-00719824 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 668e:**

Admit that document GOOG-TEX-00719824 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 668f:**

Admit that document GOOG-TEX-00719824 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 668g:**

Admit that document GOOG-TEX-00719824 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 669:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00768832 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 669a:**

Admit that document GOOG-TEX-00768832 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 669b:**

Admit that document GOOG-TEX-00768832 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 669c:**

Admit that document GOOG-TEX-00768832 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 669d:**

Admit that document GOOG-TEX-00768832 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 669e:**

Admit that document GOOG-TEX-00768832 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 669f:**

Admit that document GOOG-TEX-00768832 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 669g:**

Admit that document GOOG-TEX-00768832 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 670:</u>**

Admit that all foundational requirements for the admission of document GOOG-TEX-00774473 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 670a:**

Admit that document GOOG-TEX-00774473 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 670b:**

Admit that document GOOG-TEX-00774473 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 670c:**

Admit that document GOOG-TEX-00774473 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 670d:**

Admit that document GOOG-TEX-00774473 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 670e:**

Admit that document GOOG-TEX-00774473 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 670f:**

Admit that document GOOG-TEX-00774473 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 670g:**

Admit that document GOOG-TEX-00774473 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 671:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00777528 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 671a:**

Admit that document GOOG-TEX-00777528 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 671b:**

Admit that document GOOG-TEX-00777528 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 671c:**

Admit that document GOOG-TEX-00777528 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 671d:**

Admit that document GOOG-TEX-00777528 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 671e:**

Admit that document GOOG-TEX-00777528 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 671f:**

Admit that document GOOG-TEX-00777528 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 671g:**

Admit that document GOOG-TEX-00777528 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 672:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00782555 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 672a:**

Admit that document GOOG-TEX-00782555 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 672b:**

Admit that document GOOG-TEX-00782555 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 672c:**

Admit that document GOOG-TEX-00782555 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 672d:**

Admit that document GOOG-TEX-00782555 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 672e:**

Admit that document GOOG-TEX-00782555 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 672f:**

Admit that document GOOG-TEX-00782555 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 672g:**

Admit that document GOOG-TEX-00782555 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 673:</u>**

Admit that all foundational requirements for the admission of document GOOG-TEX-00831668 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 673a:**

Admit that document GOOG-TEX-00831668 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 673b:**

Admit that document GOOG-TEX-00831668 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 673c:**

Admit that document GOOG-TEX-00831668 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 673d:**

Admit that document GOOG-TEX-00831668 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 673e:**

Admit that document GOOG-TEX-00831668 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 673f:**

Admit that document GOOG-TEX-00831668 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 673g:**

Admit that document GOOG-TEX-00831668 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 674:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00837246 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 674a:**

Admit that document GOOG-TEX-00837246 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 674b:**

Admit that document GOOG-TEX-00837246 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 674c:**

Admit that document GOOG-TEX-00837246 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 674d:**

Admit that document GOOG-TEX-00837246 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 674e:**

Admit that document GOOG-TEX-00837246 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 674f:**

Admit that document GOOG-TEX-00837246 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 674g:**

Admit that document GOOG-TEX-00837246 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 675:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00840494 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 675a:**

Admit that document GOOG-TEX-00840494 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 675b:**

Admit that document GOOG-TEX-00840494 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 675c:**

Admit that document GOOG-TEX-00840494 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 675d:**

Admit that document GOOG-TEX-00840494 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 675e:**

Admit that document GOOG-TEX-00840494 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 675f:**

Admit that document GOOG-TEX-00840494 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 675g:**

Admit that document GOOG-TEX-00840494 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 676:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00841213 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 676a:**

Admit that document GOOG-TEX-00841213 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 676b:**

Admit that document GOOG-TEX-00841213 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 676c:**

Admit that document GOOG-TEX-00841213 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 676d:**

Admit that document GOOG-TEX-00841213 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 676e:**

Admit that document GOOG-TEX-00841213 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 676f:**

Admit that document GOOG-TEX-00841213 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 676g:**

Admit that document GOOG-TEX-00841213 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 677:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00853611 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 677a:**

Admit that document GOOG-TEX-00853611 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 677b:**

Admit that document GOOG-TEX-00853611 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 677c:**

Admit that document GOOG-TEX-00853611 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 677d:**

Admit that document GOOG-TEX-00853611 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 677e:**

Admit that document GOOG-TEX-00853611 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 677f:**

Admit that document GOOG-TEX-00853611 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 677g:**

Admit that document GOOG-TEX-00853611 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 678:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00867039 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 678a:**

Admit that document GOOG-TEX-00867039 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 678b:**

Admit that document GOOG-TEX-00867039 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 678c:**

Admit that document GOOG-TEX-00867039 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 678d:**

Admit that document GOOG-TEX-00867039 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 678e:**

Admit that document GOOG-TEX-00867039 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 678f:**

Admit that document GOOG-TEX-00867039 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 678g:**

Admit that document GOOG-TEX-00867039 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 679:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00920221 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 679a:**

Admit that document GOOG-TEX-00920221 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 679b:**

Admit that document GOOG-TEX-00920221 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 679c:**

Admit that document GOOG-TEX-00920221 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 679d:**

Admit that document GOOG-TEX-00920221 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 679e:**

Admit that document GOOG-TEX-00920221 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 679f:**

Admit that document GOOG-TEX-00920221 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 679g:**

Admit that document GOOG-TEX-00920221 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 680:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00921304 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 680a:**

Admit that document GOOG-TEX-00921304 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 680b:**

Admit that document GOOG-TEX-00921304 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 680c:**

Admit that document GOOG-TEX-00921304 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 680d:**

Admit that document GOOG-TEX-00921304 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

144

**REQUEST FOR ADMISSION 680e:**

Admit that document GOOG-TEX-00921304 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 680f:**

Admit that document GOOG-TEX-00921304 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 680g:**

Admit that document GOOG-TEX-00921304 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 681:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00923505 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 681a:**

Admit that document GOOG-TEX-00923505 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 681b:**

Admit that document GOOG-TEX-00923505 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 681c:**

Admit that document GOOG-TEX-00923505 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 681d:**

Admit that document GOOG-TEX-00923505 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 681e:**

Admit that document GOOG-TEX-00923505 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 681f:**

Admit that document GOOG-TEX-00923505 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 681g:**

Admit that document GOOG-TEX-00923505 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 682:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00925646 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 682a:**

Admit that document GOOG-TEX-00925646 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 682b:**

Admit that document GOOG-TEX-00925646 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 682c:**

Admit that document GOOG-TEX-00925646 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 682d:**

Admit that document GOOG-TEX-00925646 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 682e:**

Admit that document GOOG-TEX-00925646 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 682f:**

Admit that document GOOG-TEX-00925646 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 682g:**

Admit that document GOOG-TEX-00925646 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 683:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00961037 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 683a:**

Admit that document GOOG-TEX-00961037 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 683b:**

Admit that document GOOG-TEX-00961037 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 683c:**

Admit that document GOOG-TEX-00961037 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 683d:**

Admit that document GOOG-TEX-00961037 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 683e:**

Admit that document GOOG-TEX-00961037 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 683f:**

Admit that document GOOG-TEX-00961037 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 683g:**

Admit that document GOOG-TEX-00961037 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 684:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00966698 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 684a:**

Admit that document GOOG-TEX-00966698 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 684b:**

Admit that document GOOG-TEX-00966698 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 684c:**

Admit that document GOOG-TEX-00966698 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 684d:**

Admit that document GOOG-TEX-00966698 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 684e:**

Admit that document GOOG-TEX-00966698 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 684f:**

Admit that document GOOG-TEX-00966698 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 684g:**

Admit that document GOOG-TEX-00966698 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 685:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00966868 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 685a:**

Admit that document GOOG-TEX-00966868 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 685b:**

Admit that document GOOG-TEX-00966868 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 685c:**

Admit that document GOOG-TEX-00966868 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 685d:**

Admit that document GOOG-TEX-00966868 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 685e:**

Admit that document GOOG-TEX-00966868 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 685f:**

Admit that document GOOG-TEX-00966868 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 685g:**

Admit that document GOOG-TEX-00966868 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 686:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00969653 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 686a:**

Admit that document GOOG-TEX-00969653 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 686b:**

Admit that document GOOG-TEX-00969653 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 686c:**

Admit that document GOOG-TEX-00969653 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 686d:**

Admit that document GOOG-TEX-00969653 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 686e:**

Admit that document GOOG-TEX-00969653 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 686f:**

Admit that document GOOG-TEX-00969653 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 686g:**

Admit that document GOOG-TEX-00969653 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 687:**

Admit that all foundational requirements for the admission of document GOOG-TEX-00970722 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 687a:**

Admit that document GOOG-TEX-00970722 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 687b:**

Admit that document GOOG-TEX-00970722 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 687c:**

Admit that document GOOG-TEX-00970722 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 687d:**

Admit that document GOOG-TEX-00970722 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 687e:**

Admit that document GOOG-TEX-00970722 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 687f:**

Admit that document GOOG-TEX-00970722 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 687g:**

Admit that document GOOG-TEX-00970722 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 688:</u>**

Admit that all foundational requirements for the admission of document GOOG-TEX-01010601 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 688a:**

Admit that document GOOG-TEX-01010601 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 688b:**

Admit that document GOOG-TEX-01010601 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 688c:**

Admit that document GOOG-TEX-01010601 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 688d:**

Admit that document GOOG-TEX-01010601 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 688e:**

Admit that document GOOG-TEX-01010601 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 688f:**

Admit that document GOOG-TEX-01010601 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 688g:**

Admit that document GOOG-TEX-01010601 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 689:**

Admit that all foundational requirements for the admission of document GOOG-TEX-01011487 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 689a:**

Admit that document GOOG-TEX-01011487 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 689b:**

Admit that document GOOG-TEX-01011487 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 689c:**

Admit that document GOOG-TEX-01011487 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 689d:**

Admit that document GOOG-TEX-01011487 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 689e:**

Admit that document GOOG-TEX-01011487 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 689f:**

Admit that document GOOG-TEX-01011487 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 689g:**

Admit that document GOOG-TEX-01011487 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 690:**

Admit that all foundational requirements for the admission of document GOOG-TEX-01022767 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 690a:**

Admit that document GOOG-TEX-01022767 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 690b:**

Admit that document GOOG-TEX-01022767 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 690c:**

Admit that document GOOG-TEX-01022767 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 690d:**

Admit that document GOOG-TEX-01022767 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 690e:**

Admit that document GOOG-TEX-01022767 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 690f:**

Admit that document GOOG-TEX-01022767 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 690g:**

Admit that document GOOG-TEX-01022767 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 691:</u>**

Admit that all foundational requirements for the admission of document GOOG-TEX-01079067 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 691a:**

Admit that document GOOG-TEX-01079067 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 691b:**

Admit that document GOOG-TEX-01079067 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 691c:**

Admit that document GOOG-TEX-01079067 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 691d:**

Admit that document GOOG-TEX-01079067 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 691e:**

Admit that document GOOG-TEX-01079067 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 691f:**

Admit that document GOOG-TEX-01079067 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 691g:**

Admit that document GOOG-TEX-01079067 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 692:**

Admit that all foundational requirements for the admission of document GOOG-TEX-01104986 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 692a:**

Admit that document GOOG-TEX-01104986 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 692b:**

Admit that document GOOG-TEX-01104986 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 692c:**

Admit that document GOOG-TEX-01104986 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 692d:**

Admit that document GOOG-TEX-01104986 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 692e:**

Admit that document GOOG-TEX-01104986 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 692f:**

Admit that document GOOG-TEX-01104986 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 692g:**

Admit that document GOOG-TEX-01104986 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 693:**

Admit that all foundational requirements for the admission of document GOOG-TEX-01156109 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 693a:**

Admit that document GOOG-TEX-01156109 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 693b:**

Admit that document GOOG-TEX-01156109 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 693c:**

Admit that document GOOG-TEX-01156109 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 693d:**

Admit that document GOOG-TEX-01156109 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 693e:**

Admit that document GOOG-TEX-01156109 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 693f:**

Admit that document GOOG-TEX-01156109 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 693g:**

Admit that document GOOG-TEX-01156109 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 694:**

Admit that all foundational requirements for the admission of document GOOG-TEX-01166094 have been satisfied.

**ANSWER:**


Unless the answer to the preceding Request is an unqualified "Admit":

162

**REQUEST FOR ADMISSION 694a:**

Admit that document GOOG-TEX-01166094 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 694b:**

Admit that document GOOG-TEX-01166094 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 694c:**

Admit that document GOOG-TEX-01166094 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 694d:**

Admit that document GOOG-TEX-01166094 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 694e:**

Admit that document GOOG-TEX-01166094 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 694f:**

Admit that document GOOG-TEX-01166094 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**

**REQUEST FOR ADMISSION 694g:**

Admit that document GOOG-TEX-01166094 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 695:**

Admit that all foundational requirements for the admission of document GOOG-TEX-01177339 have been satisfied.

**ANSWER:**

Unless the answer to the preceding Request is an unqualified "Admit":

**REQUEST FOR ADMISSION 695a:**

Admit that document GOOG-TEX-01177339 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 695b:**

Admit that document GOOG-TEX-01177339 was made at or near the time of the regularly conducted activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 695c:**

Admit that document GOOG-TEX-01177339 was made by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 695d:**

Admit that document GOOG-TEX-01177339 was made from information transmitted by a person with knowledge of the activity to which the document pertains.

**ANSWER:**

**REQUEST FOR ADMISSION 695e:**

Admit that document GOOG-TEX-01177339 was made in the regular practice of the activity to which the document pertains.

**ANSWER:**


**REQUEST FOR ADMISSION 695f:**

Admit that document GOOG-TEX-01177339 was kept by Google LLC in the course of regularly conducted activity of a business, organization, occupation, or calling.

**ANSWER:**


**REQUEST FOR ADMISSION 695g:**

Admit that document GOOG-TEX-01177339 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 696.</u>**

**REQUEST FOR ADMISSION 696a:**

Admit that document GOOG-AT-MDL-000881089 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 696b:**

Admit that document GOOG-AT-MDL-000881089 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 697.</u>**

**REQUEST FOR ADMISSION 697a:**

Admit that document GOOG-AT-MDL-000994606 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 697b:**

Admit that document GOOG-AT-MDL-000994606 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 698.**

**REQUEST FOR ADMISSION 698a:**

Admit that document GOOG-AT-MDL-001933539 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 698b:**

Admit that document GOOG-AT-MDL-001933539 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 699.**

**REQUEST FOR ADMISSION 699a:**

Admit that document GOOG-AT-MDL-002293467 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 699b:**

Admit that document GOOG-AT-MDL-002293467 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 700.**

**REQUEST FOR ADMISSION 700a:**

Admit that document GOOG-AT-MDL-006218257 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 700b:**

Admit that document GOOG-AT-MDL-006218257 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 701.**

**REQUEST FOR ADMISSION 701a:**

Admit that document GOOG-AT-MDL-006218271 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 701b:**

Admit that document GOOG-AT-MDL-006218271 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 702.**

**REQUEST FOR ADMISSION 702a:**

Admit that document GOOG-AT-MDL-007371906 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 702b:**

Admit that document GOOG-AT-MDL-007371906 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

## REQUEST FOR ADMISSION NO. 703.

### REQUEST FOR ADMISSION 703a:

Admit that document GOOG-AT-MDL-008991711 is a true and authentic copy of a genuine original document.

**ANSWER:**


### REQUEST FOR ADMISSION 703b:

Admit that document GOOG-AT-MDL-008991711 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


## REQUEST FOR ADMISSION NO. 704.

### REQUEST FOR ADMISSION 704a:

Admit that document GOOG-AT-MDL-009005324 is a true and authentic copy of a genuine original document.

**ANSWER:**


### REQUEST FOR ADMISSION 704b:

Admit that document GOOG-AT-MDL-009005324 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


## REQUEST FOR ADMISSION NO. 705.

### REQUEST FOR ADMISSION 705a:

Admit that document GOOG-AT-MDL-009485854 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 705b:**

Admit that document GOOG-AT-MDL-009485854 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 706.**

**REQUEST FOR ADMISSION 706a:**

Admit that document GOOG-AT-MDL-009839146 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 706b:**

Admit that document GOOG-AT-MDL-009839146 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 707.**

**REQUEST FOR ADMISSION 707a:**

Admit that document GOOG-AT-MDL-010637020 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 707b:**

Admit that document GOOG-AT-MDL-010637020 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 708.</u>**

**REQUEST FOR ADMISSION 708a:**

Admit that document GOOG-AT-MDL-013293352 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 708b:**

Admit that document GOOG-AT-MDL-013293352 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 709.</u>**

**REQUEST FOR ADMISSION 709a:**

Admit that document GOOG-AT-MDL-017488704 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 709b:**

Admit that document GOOG-AT-MDL-017488704 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**<u>REQUEST FOR ADMISSION NO. 710.</u>**

**REQUEST FOR ADMISSION 710a:**

Admit that document GOOG-AT-MDL-019508860 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 710b:**

Admit that document GOOG-AT-MDL-019508860 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 711.**

**REQUEST FOR ADMISSION 711a:**

Admit that document GOOG-AT-MDL-B-003833556 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 711b:**

Admit that document GOOG-AT-MDL-B-003833556 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 712.**

**REQUEST FOR ADMISSION 712a:**

Admit that document GOOG-DOJ-02139596 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 712b:**

Admit that document GOOG-DOJ-02139596 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

## REQUEST FOR ADMISSION NO. 713.

### REQUEST FOR ADMISSION 713a:

Admit that document GOOG-DOJ-02850074 is a true and authentic copy of a genuine original document.

### ANSWER:


### REQUEST FOR ADMISSION 713b:

Admit that document GOOG-DOJ-02850074 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

### ANSWER:

## REQUEST FOR ADMISSION NO. 714.

### REQUEST FOR ADMISSION 714a:

Admit that document GOOG-DOJ-03998505 is a true and authentic copy of a genuine original document.

### ANSWER:


### REQUEST FOR ADMISSION 714b:

Admit that document GOOG-DOJ-03998505 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

### ANSWER:

## REQUEST FOR ADMISSION NO. 715.

### REQUEST FOR ADMISSION 715a:

Admit that document GOOG-DOJ-04298262 is a true and authentic copy of a genuine original document.

### ANSWER:

**REQUEST FOR ADMISSION 715b:**

Admit that document GOOG-DOJ-04298262 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 716.**

**REQUEST FOR ADMISSION 716a:**

Admit that document GOOG-DOJ-04387378 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 716b:**

Admit that document GOOG-DOJ-04387378  was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 717.**

**REQUEST FOR ADMISSION 717a:**

Admit that document GOOG-DOJ-04407434 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 717b:**

Admit that document GOOG-DOJ-04407434 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 718.</u>**

**REQUEST FOR ADMISSION 718a:**

Admit that document GOOG-DOJ-05250604 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 718b:**

Admit that document GOOG-DOJ-05250604 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 719.</u>**

**REQUEST FOR ADMISSION 719a:**

Admit that document GOOG-DOJ-05252842 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 719b:**

Admit that document GOOG-DOJ-05252842 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**<u>REQUEST FOR ADMISSION NO. 720.</u>**

**REQUEST FOR ADMISSION 720a:**

Admit that document GOOG-DOJ-05287436 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 720b:**

Admit that document GOOG-DOJ-05287436 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 721.**

**REQUEST FOR ADMISSION 721a:**

Admit that document GOOG-DOJ-06259371 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 721b:**

Admit that document GOOG-DOJ-06259371 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 722.**

**REQUEST FOR ADMISSION 722a:**

Admit that document GOOG-DOJ-06563186 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 722b:**

Admit that document GOOG-DOJ-06563186 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

## REQUEST FOR ADMISSION NO. 723.

### REQUEST FOR ADMISSION 723a:

Admit that document GOOG-DOJ-06833499 is a true and authentic copy of a genuine original document.

### ANSWER:

### REQUEST FOR ADMISSION 723b:

Admit that document GOOG-DOJ-06833499 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

### ANSWER:

## REQUEST FOR ADMISSION NO. 724.

### REQUEST FOR ADMISSION 724a:

Admit that document GOOG-DOJ-06878968 is a true and authentic copy of a genuine original document.

### ANSWER:

### REQUEST FOR ADMISSION 724b:

Admit that document GOOG-DOJ-06878968 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

### ANSWER:

## REQUEST FOR ADMISSION NO. 725.

### REQUEST FOR ADMISSION 725a:

Admit that document GOOG-DOJ-07254697 is a true and authentic copy of a genuine original document.

### ANSWER:

**REQUEST FOR ADMISSION 725b:**

Admit that document GOOG-DOJ-07254697 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 726.**

**REQUEST FOR ADMISSION 726a:**

Admit that document GOOG-DOJ-07275375 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 726b:**

Admit that document GOOG-DOJ-07275375 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 727.**

**REQUEST FOR ADMISSION 727a:**

Admit that document GOOG-DOJ-07510981 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 727b:**

Admit that document GOOG-DOJ-07510981 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 728.**

**REQUEST FOR ADMISSION 728a:**

Admit that document GOOG-DOJ-09712720 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 728b:**

Admit that document GOOG-DOJ-09712720 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 729.**

**REQUEST FOR ADMISSION 729a:**

Admit that document GOOG-DOJ-09876316 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 729b:**

Admit that document GOOG-DOJ-09876316 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 730.**

**REQUEST FOR ADMISSION 730a:**

Admit that document GOOG-DOJ-10572595 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 730b:**

Admit that document GOOG-DOJ-10572595 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 731.**

**REQUEST FOR ADMISSION 731a:**

Admit that document GOOG-DOJ-10806862 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 731b:**

Admit that document GOOG-DOJ-10806862 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 732.**

**REQUEST FOR ADMISSION 732a:**

Admit that document GOOG-DOJ-10915097 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 732b:**

Admit that document GOOG-DOJ-10915097 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

## REQUEST FOR ADMISSION NO. 733.

### REQUEST FOR ADMISSION 733a:

Admit that document GOOG-DOJ-10924270 is a true and authentic copy of a genuine original document.

### ANSWER:

### REQUEST FOR ADMISSION 733b:

Admit that document GOOG-DOJ-10924270 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

### ANSWER:

## REQUEST FOR ADMISSION NO. 734.

### REQUEST FOR ADMISSION 734a:

Admit that document GOOG-DOJ-11272634 is a true and authentic copy of a genuine original document.

### ANSWER:

### REQUEST FOR ADMISSION 734b:

Admit that document GOOG-DOJ-11272634 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

### ANSWER:

## REQUEST FOR ADMISSION NO. 735.

### REQUEST FOR ADMISSION 735a:

Admit that document GOOG-DOJ-11357824 is a true and authentic copy of a genuine original document.

### ANSWER:

**REQUEST FOR ADMISSION 735b:**

Admit that document GOOG-DOJ-11357824 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 736.**

**REQUEST FOR ADMISSION 736a:**

Admit that document GOOG-DOJ-11733552 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 736b:**

Admit that document GOOG-DOJ-11733552 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 737.**

**REQUEST FOR ADMISSION 737a:**

Admit that document GOOG-DOJ-11790760 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 737b:**

Admit that document GOOG-DOJ-11790760 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 738.**

**REQUEST FOR ADMISSION 738a:**

Admit that document GOOG-DOJ-12513382 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 738b:**

Admit that document GOOG-DOJ-12513382 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 739.**

**REQUEST FOR ADMISSION 739a:**

Admit that document GOOG-DOJ-12848608 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 739b:**

Admit that document GOOG-DOJ-12848608 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 740.**

**REQUEST FOR ADMISSION 740a:**

Admit that document GOOG-DOJ-13197448 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 740b:**

Admit that document GOOG-DOJ-13197448 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 741.**

**REQUEST FOR ADMISSION 741a:**

Admit that document GOOG-DOJ-13199116 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 741b:**

Admit that document GOOG-DOJ-13199116 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 742.**

**REQUEST FOR ADMISSION 742a:**

Admit that document GOOG-DOJ-13203643 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 742b:**

Admit that document GOOG-DOJ-13203643 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

## REQUEST FOR ADMISSION NO. 743.

### REQUEST FOR ADMISSION 743a:

Admit that document GOOG-DOJ-13227256 is a true and authentic copy of a genuine original document.

### ANSWER:

### REQUEST FOR ADMISSION 743b:

Admit that document GOOG-DOJ-13227256 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

### ANSWER:

## REQUEST FOR ADMISSION NO. 744.

### REQUEST FOR ADMISSION 744a:

Admit that document GOOG-DOJ-13228856 is a true and authentic copy of a genuine original document.

### ANSWER:

### REQUEST FOR ADMISSION 744b:

Admit that document GOOG-DOJ-13228856 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

### ANSWER:

## REQUEST FOR ADMISSION NO. 745.

### REQUEST FOR ADMISSION 745a:

Admit that document GOOG-DOJ-13501237 is a true and authentic copy of a genuine original document.

### ANSWER:

**REQUEST FOR ADMISSION 745b:**

Admit that document GOOG-DOJ-13501237 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 746.**

**REQUEST FOR ADMISSION 746a:**

Admit that document GOOG-DOJ-14024199 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 746b:**

Admit that document GOOG-DOJ-14024199 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 747.**

**REQUEST FOR ADMISSION 747a:**

Admit that document GOOG-DOJ-14257734 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 747b:**

Admit that document GOOG-DOJ-14257734 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

185

**REQUEST FOR ADMISSION NO. 748.**

**REQUEST FOR ADMISSION 748a:**

Admit that document GOOG-DOJ-14302623 is a true and authentic copy of a genuine original document.


**ANSWER:**


**REQUEST FOR ADMISSION 748b:**

Admit that document GOOG-DOJ-14302623 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 749.**

**REQUEST FOR ADMISSION 749a:**

Admit that document GOOG-DOJ-14369960 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 749b:**

Admit that document GOOG-DOJ-14369960 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 750.**

**REQUEST FOR ADMISSION 750a:**

Admit that document GOOG-DOJ-14436029 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 750b:**

Admit that document GOOG-DOJ-14436029 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 751.**

**REQUEST FOR ADMISSION 751a:**

Admit that document GOOG-DOJ-14452226 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 751b:**

Admit that document GOOG-DOJ-14452226 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 752.**

**REQUEST FOR ADMISSION 752a:**

Admit that document GOOG-DOJ-14549757 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 752b:**

Admit that document GOOG-DOJ-14549757 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 753.**

**REQUEST FOR ADMISSION 753a:**

Admit that document GOOG-DOJ-15416614 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 753b:**

Admit that document GOOG-DOJ-15416614 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 754.**

**REQUEST FOR ADMISSION 754a:**

Admit that document GOOG-DOJ-15772422 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 754b:**

Admit that document GOOG-DOJ-15772422 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 755.**

**REQUEST FOR ADMISSION 755a:**

Admit that document GOOG-DOJ-15778327 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 755b:**

Admit that document GOOG-DOJ-15778327 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 756.**

**REQUEST FOR ADMISSION 756a:**

Admit that document GOOG-DOJ-28250391 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 756b:**

Admit that document GOOG-DOJ-28250391 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 757.**

**REQUEST FOR ADMISSION 757a:**

Admit that document GOOG-DOJ-28420330 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 757b:**

Admit that document GOOG-DOJ-28420330 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

## REQUEST FOR ADMISSION NO. 758.

### REQUEST FOR ADMISSION 758a:

Admit that document GOOG-DOJ-32311897 is a true and authentic copy of a genuine original document.

### ANSWER:

### REQUEST FOR ADMISSION 758b:

Admit that document GOOG-DOJ-32311897 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

### ANSWER:

## REQUEST FOR ADMISSION NO. 759.

### REQUEST FOR ADMISSION 759a:

Admit that document GOOG-DOJ-32329805 is a true and authentic copy of a genuine original document.

### ANSWER:

### REQUEST FOR ADMISSION 759b:

Admit that document GOOG-DOJ-32329805 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

### ANSWER:

## REQUEST FOR ADMISSION NO. 760.

### REQUEST FOR ADMISSION 760a:

Admit that document GOOG-DOJ-32331123 is a true and authentic copy of a genuine original document.

### ANSWER:

**REQUEST FOR ADMISSION 760b:**

Admit that document GOOG-DOJ-32331123 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 761.**

**REQUEST FOR ADMISSION 761a:**

Admit that document GOOG-DOJ-AT-00198548 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 761b:**

Admit that document GOOG-DOJ-AT-00198548 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 762.**

**REQUEST FOR ADMISSION 762a:**

Admit that document GOOG-DOJ-AT-00330626 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 762b:**

Admit that document GOOG-DOJ-AT-00330626 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

## REQUEST FOR ADMISSION NO. 763.

### REQUEST FOR ADMISSION 763a:

Admit that document GOOG-DOJ-AT-01632915 is a true and authentic copy of a genuine original document.

**ANSWER:**


### REQUEST FOR ADMISSION 763b:

Admit that document GOOG-DOJ-AT-01632915 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


## REQUEST FOR ADMISSION NO. 764.

### REQUEST FOR ADMISSION 764a:

Admit that document GOOG-DOJ-AT-01923981 is a true and authentic copy of a genuine original document.

**ANSWER:**


### REQUEST FOR ADMISSION 764b:

Admit that document GOOG-DOJ-AT-01923981 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


## REQUEST FOR ADMISSION NO. 765.

### REQUEST FOR ADMISSION 765a:

Admit that document GOOG-DOJ-AT-02118632 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 765b:**

Admit that document GOOG-DOJ-AT-02118632 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 766.**

**REQUEST FOR ADMISSION 766a:**

Admit that document GOOG-DOJ-AT-02199478 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 766b:**

Admit that document GOOG-DOJ-AT-02199478 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 767.**

**REQUEST FOR ADMISSION 767a:**

Admit that document GOOG-DOJ-AT-02371338 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 767b:**

Admit that document GOOG-DOJ-AT-02371338 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

## REQUEST FOR ADMISSION NO. 768.

**REQUEST FOR ADMISSION 768a:**

Admit that document GOOG-TEX-00106008 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 768b:**

Admit that document GOOG-TEX-00106008 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


## REQUEST FOR ADMISSION NO. 769.

**REQUEST FOR ADMISSION 769a:**

Admit that document GOOG-TEX-00110408 is a true and authentic copy of a genuine original document.

**ANSWER:**


**REQUEST FOR ADMISSION 769b:**

Admit that document GOOG-TEX-00110408 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


## REQUEST FOR ADMISSION NO. 770.

**REQUEST FOR ADMISSION 770a:**

Admit that document GOOG-TEX-00149813 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 770b:**

Admit that document GOOG-TEX-00149813 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 771.**

**REQUEST FOR ADMISSION 771a:**

Admit that document GOOG-TEX-00213050 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 771b:**

Admit that document GOOG-TEX-00213050 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 772.**

**REQUEST FOR ADMISSION 772a:**

Admit that document GOOG-DOJ-03610752 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 772b:**

Admit that document GOOG-DOJ-03610752 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

## REQUEST FOR ADMISSION NO. 773.

**REQUEST FOR ADMISSION 773a:**

Admit that document GOOG-DOJ-13374594 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 773b:**

Admit that document GOOG-DOJ-13374594 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

## REQUEST FOR ADMISSION NO. 774.

**REQUEST FOR ADMISSION 774a:**

Admit that document GOOG-AT-MDL-009599879 is a true and authentic copy of a genuine original document.

**ANSWER:**

**REQUEST FOR ADMISSION 774b:**

Admit that document GOOG-AT-MDL-009599879 was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

## REQUEST FOR ADMISSION NO. 775
**REQUEST FOR ADMISSION 775a:**

Admit that Exhibit A is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://support.google.com/analytics/answer/9944574?hl=en#zippy=%2Cin-this-article as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 775b:**

Admit that Exhibit A was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


## REQUEST FOR ADMISSION NO. 776

**REQUEST FOR ADMISSION 776a:**

Admit that Exhibit B is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://support.google.com/analytics/answer/4589209?hl=en#zippy=%2Cin-this-article as it existed on May 14, 2024.

**ANSWER:**


**REQUEST FOR ADMISSION 776b:**

Admit that Exhibit B was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


## REQUEST FOR ADMISSION NO. 777

**REQUEST FOR ADMISSION 777a:**

Admit that Exhibit C is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://support.google.com/admanager/answer/9197913?sjid=16416381410633679506-NA#zippy=%2Capril-introducing-unified-pricing-rules-beta-an as it existed on May 14, 2024.

**ANSWER:**


**REQUEST FOR ADMISSION 777b:**

Admit that Exhibit C was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 778**

**REQUEST FOR ADMISSION 778a:**

Admit that Exhibit D is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://support.google.com/google-ads/answer/2404190?hl=en as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 778b:**

Admit that Exhibit D was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 779**

**REQUEST FOR ADMISSION 779a:**

Admit that Exhibit E is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://support.google.com/google-ads/answer/6349091?visit_id=638461543708494039-2963894023&hl=en&rd=1) as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 779b:**

Admit that Exhibit E was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 780**

**REQUEST FOR ADMISSION 780a:**

Admit that Exhibit F is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://blog.google/products/ads/ads-and-analytics-innovations-for-a-mobile-first-world/ as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 780b:**

Admit that Exhibit F was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

## REQUEST FOR ADMISSION NO. 781

**REQUEST FOR ADMISSION 781a:**

Admit that Exhibit G is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://support.google.com/authorizedbuyers/answer/2696468?hl=en as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 781b:**

Admit that Exhibit G was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

## REQUEST FOR ADMISSION NO. 782

**REQUEST FOR ADMISSION 782a:**

Admit that Exhibit H is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://services.google.com/fh/files/misc/disablin g_third-party_cookies_publisher_revenue.pdf as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 782b:**

Admit that Exhibit H was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 783**

**REQUEST FOR ADMISSION 783a:**

Admit that Exhibit I is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://support.google.com/displayvideo/answer/9059464?hl=en#zippy=%2Ccampaigns%2Caudiences as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 783b:**

Admit that Exhibit I was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 784**

**REQUEST FOR ADMISSION 784a:**

Admit that Exhibit J is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://doubleclick-advertisers.googleblog.com/2010/06/investing-in-exchange-bidding.html as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 784b:**

Admit that Exhibit J was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 785**

**REQUEST FOR ADMISSION 785a:**

Admit that Exhibit K is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://doubleclick-publishers.googleblog.com/search?q=exchange+bidding as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 785b:**

Admit that Exhibit K was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

## REQUEST FOR ADMISSION NO. 786

**REQUEST FOR ADMISSION 786a:**

Admit that Exhibit L is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://support.google.com/adsense/answer/10858748?hl=en as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 786b:**

Admit that Exhibit L was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

## REQUEST FOR ADMISSION NO. 787

**REQUEST FOR ADMISSION 787a:**

Admit that Exhibit M is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://support.google.com/googleplay/android-developer/answer/4448378?hl=en as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 787b:**

Admit that Exhibit M was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 788**

**REQUEST FOR ADMISSION 788a:**

Admit that Exhibit N is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://googlepress.blogspot.com/2008/03/google-closes-acquisition-of_11.html as it existed on May 14, 2024.

**ANSWER:**


**REQUEST FOR ADMISSION 788b:**

Admit that Exhibit N was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 789**

**REQUEST FOR ADMISSION 789a:**

Admit that Exhibit O is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://ads.google.com/intl/en_us/home/resources/articles/reach-larger-new-audiences/ as it existed on May 14, 2024.

**ANSWER:**


**REQUEST FOR ADMISSION 789b:**

Admit that Exhibit O was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 790**

**REQUEST FOR ADMISSION 790a:**

Admit that Exhibit P is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://googlepress.blogspot.com/2009/09/google-opens-new-doubleclick-ad_18.html as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 790b:**

Admit that Exhibit P was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 791**

**REQUEST FOR ADMISSION 791a:**

Admit that Exhibit Q is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://googlepress.blogspot.com/2009/11/google-to-acquire-admob_09.html as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 791b:**

Admit that Exhibit Q was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 792**

**REQUEST FOR ADMISSION 792a:**

Admit that Exhibit R is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://googlepress.blogspot.com/2007/04/google-to-acquire-doubleclick_13.html as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 792b:**

Admit that Exhibit R was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 793**

**REQUEST FOR ADMISSION 793a:**

Admit that Exhibit S is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://blog.google/products/admanager/improving-yield-speed-and-control-with-dfp-first-look-and-exchange-bidding/ as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 793b:**

Admit that Exhibit S was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 794**

**REQUEST FOR ADMISSION 794a:**

Admit that Exhibit T is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://adsense.googleblog.com/2010/05/adsense-revenue-share.html as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 794b:**

Admit that Exhibit T was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 795**

**REQUEST FOR ADMISSION 795a:**

Admit that Exhibit U is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://blog.google/products/admanager/introducing-google-ad-manager/ as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 795b:**

Admit that Exhibit U was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

## REQUEST FOR ADMISSION NO. 796

**REQUEST FOR ADMISSION 796a:**

Admit that Exhibit V is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://blog.google/technology/ads/new-advertising-brands/ as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 796b:**

Admit that Exhibit V was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

## REQUEST FOR ADMISSION NO. 797

**REQUEST FOR ADMISSION 797a:**

Admit that Exhibit W is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://googleblog.blogspot.com/2011/06/helping-publishers-get-most-from.html as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 797b:**

Admit that Exhibit W was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 798**

**REQUEST FOR ADMISSION 798a:**

Admit that Exhibit X is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://googleblog.blogspot.com/2010/05/weve-officially-acquired-admob.html as it existed on May 14, 2024.

**ANSWER:**


**REQUEST FOR ADMISSION 798b:**

Admit that Exhibit X was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 799**

**REQUEST FOR ADMISSION 799a:**

Admit that Exhibit Y is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://support.google.com/google-ads/answer/6382966?sjid=9912686547751179152-NA as it existed on May 14, 2024.

**ANSWER:**


**REQUEST FOR ADMISSION 799b:**

Admit that Exhibit Y was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 800**

**REQUEST FOR ADMISSION 800a:**

Admit that Exhibit Z is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://support.google.com/google-ads/answer/7040605?hl=en as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 800b:**

Admit that Exhibit Z was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


## REQUEST FOR ADMISSION NO. 801

**REQUEST FOR ADMISSION 801a:**

Admit that Exhibit AA is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://blog.google/products/admanager/simplifying-programmatic-first-price-auctions-google-ad-manager/ as it existed on May 14, 2024.

**ANSWER:**


**REQUEST FOR ADMISSION 801b:**

Admit that Exhibit AA was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


## REQUEST FOR ADMISSION NO. 802

**REQUEST FOR ADMISSION 802a:**

Admit that Exhibit AB is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://support.google.com/admanager/answer/1628457?hl=en as it existed on May 14, 2024.

**ANSWER:**


**REQUEST FOR ADMISSION 802b:**

Admit that Exhibit AB was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 803**

**REQUEST FOR ADMISSION 803a:**

Admit that Exhibit AC is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://support.google.com/google-ads/answer/13342705?hl=en as it existed on May 14, 2024.

**ANSWER:**


**REQUEST FOR ADMISSION 803b:**

Admit that Exhibit AC was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 804**

**REQUEST FOR ADMISSION 804a:**

Admit that Exhibit AD is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://blog.google/products/adsense/evolving-how-publishers-monetize-with-adsense/ as it existed on May 14, 2024.

**ANSWER:**


**REQUEST FOR ADMISSION 804b:**

Admit that Exhibit AD was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 805**

**REQUEST FOR ADMISSION 805a:**

Admit that Exhibit AE is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://ads.google.com/intl/en_us/home/resources/articles/what-is-paid-search/ as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 805b:**

Admit that Exhibit AE was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 806**

**REQUEST FOR ADMISSION 806a:**

Admit that Exhibit AF is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://support.google.com/google-ads/answer/1704373?hl=en as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 806b:**

Admit that Exhibit AF was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 807**

**REQUEST FOR ADMISSION 807a:**

Admit that Exhibit AG is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://developers.google.com/authorized-buyers/rtb/archived-relnotes#updates-2019-03-13 as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 807b:**

Admit that Exhibit AG was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 808**

**REQUEST FOR ADMISSION 808a:**

Admit that Exhibit AH is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://support.google.com/google-ads/answer/7193800?hl=en as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 808b:**

Admit that Exhibit AH was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 809**

**REQUEST FOR ADMISSION 809a:**

Admit that Exhibit AI is a true and authentic copy of a genuine original document, a webpage maintained by Google LLC with the URL at https://adwords.googleblog.com/2014/02/reach-more-customers-across-search-and.html as it existed on May 14, 2024.

**ANSWER:**

**REQUEST FOR ADMISSION 809b:**

Admit that Exhibit AI was made by an agent or employee of Google LLC on a matter within the scope of that relationship and while it existed.

**ANSWER:**

Dated: May 14, 2024

<div style="margin-left:40%">

David Boies
dboies@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

*Lead Counsel for the Publisher Class*

</div>

*/s/ Philip C. Korologos*
Philip C. Korologos
pkorologos@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300

Mark C. Mao
mmao@bsfllp.com
Sean P. Rodriguez
srodriguez@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6820

Sabria A. McElroy
smcelroy@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 377-4216

Izaak Earnhardt
iearnhardt@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave NW, 11th Floor
Washington, DC 20005
Telephone: (202) 237-2727

George A. Zelcs
gzelcs@koreintillery.com
Randall P. Ewing
rewing@koreintillery.com
Marc A. Wallenstein
mwallenstein@koreintillery.com
Ryan A. Cortazar
rcortazar@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Fax: (312) 641-9751

Christopher M. Burke

211

cburke@koreintillery.com
Walter W. Noss
wnoss@koreintillery.com
Yifan (Kate) Lv
klv@koreintillery.com
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA  92101
Telephone: (619) 625-5621
Fax: (314) 241-3525

Stephen M. Tillery
stillery@koreintillery.com
Michael E. Klenov
mklenov@koreintillery.com
Carol L. O'Keefe
cokeefe@koreintillery.com
Andrew Ellis
aellis@koreintillery.com
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Fax: (314) 241-3525

Eric L. Cramer
ecramer@bm.net
Michael C. Dell'Angelo
mdellangelo@bm.net
Caitlin G. Coslett
ccoslett@bm.net
Patrick F. Madden
pmadden@bm.net
Jeremy Gradwohl
jgradwohl@bm.net
**BERGER MONTAGUE PC**
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000

Robert E. Litan
rlitan@bm.net
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006

212

Telephone: (202) 559-9745

*Interim Co-Lead Counsel for the Publisher Class*

## CERTIFICATE OF SERVICE

I, Philip C. Korologos, hereby certify that on May 14, 2024, I caused a copy of Named

Publisher Plaintiffs' Fourth Set of Requests for Admission to Defendants Google LLC, Alphabet,

Inc., and YouTube, LLC to be served via email on counsel for Defendants:

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Eric Mahr
Justina Sessions
Julie Elmer
Andrew J. Ewalt
Jan Rybnicek
Lauren Kaplin
Robert J. McCallum
700 13th Street NW, 10th Floor
Washington, DC 20005
(202) 777-4500
eric.mahr@freshfields.com
julie.elmer@freshfields.com
andrew.ewalt@freshfields.com
jan.rybnicek@freshfields.com
lauren.kaplin@freshfields.com
rob.mccallum@freshfields.com
justina.sessions@freshfields.com

**AXINN VELTROP & HARKRIDER LLP**
John Harkrider
Daniel Bitton
Bradley Justus
David Pearl
114 West 47th Street
New York, NY 10036
(212) 728-2200
jharkrider@axinn.com
dbitton@axinn.com
bjustus@axinn.com
dpearl@axinn.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC*

*/s/ Philip C. Korologos*
Philip C. Korologos