# EXHIBIT L

# MURRAY, Sean

| | |
|---|---|
| **From:** | Izaak Earnhardt <iearnhardt@BSFLLP.com> |
| **Sent:** | Friday, June 14, 2024 10:41 AM |
| **To:** | MURRAY, Sean; Philip Korologos; jelias@girardsharp.com; svash@hermanjones.com |
| **Cc:** | ccoslett@bm.net; George Zelcs; Wnoss@KoreinTillery.com; KLv@KoreinTillery.com; sclerkin@KoreinTillery.com; jsteinmetz@KoreinTillery.com; Mark C. Mao; Philip Korologos; COKeefe@KoreinTillery.com; Cburke@KoreinTillery.com; David Boies; Jesse Panuccio; mwallenstein@koreintillery.com; mklenov@koreintillery.com; REwing@KoreinTillery.com; rcortazar@koreintillery.com; Sabria McElroy; Sean Rodriguez; Stephen Tillery; aellis@koreintillery.com; James P. Denvir; dwalker@bm.net; ecramer@bm.net; mdellangelo@bm.net; mwallin@bm.net; pmadden@bm.net; srios@bm.net; jgradwohl@bm.net; klerner@kmllp.com; bgralewski@kmllp.com; dgustafson@gustafsongluek.com; dnordin@gustafsongluek.com; dstewart@gustafsongluek.com; dnast@nastlaw.com; jgrabar@grabarlaw.com; kae@wbe-llp.com; kaw@wbe-llp.com; medelson@edelson-law.com; dhedlund@gustafsongluek.com; Dena C. Sharp; jelias@girardsharp.com; mbock@girardsharp.com; hkelston@ahdootwolfson.com; apolk@girardsharp.com; alambert@radicelawfirm.com; atamoshunas@tcllaw.com; jradice@radicelawfirm.com; Scott Grzenczyk; erosin@tcllaw.com; dmogin@moginrubin.com; hartley@hartleyllp.com; lindner@hartleyllp.com; jrubin@moginrubin.com; rlombardo@sls-law.com; tlacomb@moginrubin.com; MRParalegal@moginrubin.com; prottgers@sls-law.com; twolfson@ahdootwolfson.com; tmaya@ahdootwolfson.com; rahdoot@ahdootwolfson.com; JThorne@kellogghansen.com; cgoodnow@kellogghansen.com; emaier@kellogghansen.com; shenningson@kellogghansen.com; dbird@kellogghansen.com; epfeffer@kellogghansen.com; bjones@kellogghansen.com; mhirschboeck@kellogghansen.com; svash@hermanjones.com; jherman@hermanjones.com; csmith@hermanjones.com; cjones@hermanjones.com; kmbaxter-kauf@locklaw.com; pmarkert@cerallp.com; Solomon Cera; hmsilton@locklaw.com; jhermes@zsz.com; SESSIONS, Justina (JKS); MCCALLUM, Robert; Ad Tech MDL; Reiser, Craig M.; dpearl@axinn.com; Daniel Bitton; Bradley Justus; Yung, Eva H.; Boisvert, Caroline P.; Haws, Claire L.; Duffee, Nicholas D.M. |
| **Subject:** | RE: In re Google Digital Advertising Antitrust Litigation, No. 21-md-3010 (PKC) (S.D.N.Y.) |

Sean –

Following up on our call with your colleagues earlier this morning, MDL Plaintiffs have considered Google's proposal that Plaintiffs withdraw the fact RFAs propounded in their respective actions and serve a single set of only 40 fact RFAs. Because that proposal is not proportional to the needs of the case, Plaintiffs must reject it.

Fact RFAs are a reasonable and proportional means of paring down the issues for proof in a case of this magnitude. RFAs under Rule 36(a)(1)(A) will reduce trial time and narrow the issues in dispute as described in the Advisory Committee Notes to the Rule. *See* Fed. R. Civ. P. 36 advisory committee's note to 1970 amendment ("Rule 36 serves two vital purposes, both of which are designed to reduce trial time. Admissions are sought, first to facilitate proof with respect to issues that cannot be eliminated from the case, and secondly, to narrow the issues by eliminating those that can be."); *Holiday Inns Inc. v. Aetna Ins. Co.*, 571 F. Supp. 1460, 1468 n. 10 (S.D.N.Y. 1983) (Haight, J.) ("Though Rule 36 has not been resorted to as much as some of the other discovery rules, it is a valuable time saver when properly used."); *see River Light V, L.P. v. Lin & J Int'l, Inc.*, 299 F.R.D. 61, 63 (S.D.N.Y. 2014) (Cote, J.) ("Rule 36 promotes 'truth-seeking in litigation and efficiency in dispensing justice'"); 2 Moore's Federal Practice and Procedure § 15.28 ("Requests for admission can save litigants considerable time and

expense by avoiding the necessity to prove facts at trial, or to establish certain facts through more complex and costly discovery procedures . . . ."); Richard L. Marcus, 8B Federal Practice & Procedure § 2252 (3d ed. April 2023).

Plaintiffs are willing to meet and confer further about this issue to the extent that Google believes it would be fruitful.

Thank you.

Izaak


**Izaak Earnhardt**
(he/him)
Associate

**BOIES SCHILLER FLEXNER** LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 274 1129
(m) +1 919 614 2488
iearnhardt@bsfllp.com
www.bsfllp.com


**From:** MURRAY, Sean <Sean.Murray@freshfields.com>
**Sent:** Monday, June 3, 2024 10:28 PM
**To:** Philip Korologos <Pkorologos@BSFLLP.com>; jelias@girardsharp.com; svash@hermanjones.com
**Cc:** ccoslett@bm.net; George Zelcs <gzelcs@koreintillery.com>; Wnoss@KoreinTillery.com; KLv@KoreinTillery.com; sclerkin@KoreinTillery.com; jsteinmetz@KoreinTillery.com; Izaak Earnhardt <iearnhardt@BSFLLP.com>; Mark C. Mao <mmao@BSFLLP.com>; Philip Korologos <Pkorologos@BSFLLP.com>; COKeefe@KoreinTillery.com; Cburke@KoreinTillery.com; David Boies <DBoies@BSFLLP.com>; Jesse Panuccio <jpanuccio@BSFLLP.com>; mwallenstein@koreintillery.com; mklenov@koreintillery.com; REwing@KoreinTillery.com; rcortazar@koreintillery.com; Sabria McElroy <smcelroy@bsfllp.com>; Sean Rodriguez <srodriguez@BSFLLP.com>; Stephen Tillery <stillery@koreintillery.com>; aellis@koreintillery.com; James P. Denvir <JDenvir@bsfllp.com>; dwalker@bm.net; ecramer@bm.net; mdellangelo@bm.net; mwallin@bm.net; pmadden@bm.net; srios@bm.net; jgradwohl@bm.net; klerner@kmllp.com; bgralewski@kmllp.com; dgustafson@gustafsongluek.com; dnordin@gustafsongluek.com; dstewart@gustafsongluek.com; dnast@nastlaw.com; jgrabar@grabarlaw.com; kae@wbe-llp.com; kaw@wbe-llp.com; medelson@edelson-law.com; dhedlund@gustafsongluek.com; Dena C. Sharp <dsharp@girardsharp.com>; jelias@girardsharp.com; mbock@girardsharp.com; hkelston@ahdootwolfson.com; apolk@girardsharp.com; alambert@radicelawfirm.com; atamoshunas@tcllaw.com; jradice@radicelawfirm.com; Scott Grzenczyk <scottg@girardsharp.com>; erosin@tcllaw.com; dmogin@moginrubin.com; hartley@hartleyllp.com; lindner@hartleyllp.com; jrubin@moginrubin.com; rlombardo@sls-law.com; tlacomb@moginrubin.com; MRParalegal@moginrubin.com; prottgers@sls-law.com; twolfson@ahdootwolfson.com; tmaya@ahdootwolfson.com; rahdoot@ahdootwolfson.com; JThorne@kellogghansen.com; cgoodnow@kellogghansen.com; emaier@kellogghansen.com; shenningson@kellogghansen.com; dbird@kellogghansen.com; epfeffer@kellogghansen.com; bjones@kellogghansen.com; mhirschboeck@kellogghansen.com; svash@hermanjones.com; jherman@hermanjones.com; csmith@hermanjones.com; cjones@hermanjones.com; kmbaxter-kauf@locklaw.com; pmarkert@cerallp.com; Solomon Cera <scera@cerallp.com>; hmsilton@locklaw.com; jhermes@zsz.com; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; Ad Tech MDL <adtechmdl@freshfields.com>; Reiser, Craig M. <creiser@axinn.com>; dpearl@axinn.com; Daniel Bitton <dbitton@axinn.com>; Bradley Justus <bjustus@axinn.com>; Yung, Eva H. <eyung@axinn.com>; Boisvert, Caroline P. <cboisvert@axinn.com>; Haws, Claire L. <chaws@axinn.com>; Duffee,

Nicholas D.M. <nduffee@axinn.com>
**Subject:** In re Google Digital Advertising Antitrust Litigation, No. 21-md-3010 (PKC) (S.D.N.Y.)

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Discovery Steering Committee:

We are currently in receipt of 452 non-authentication Requests for Admission propounded by several plaintiffs in this MDL between May 18 and May 29. This type of voluminous, late-stage written discovery is disproportionate to the needs of the case, particularly given the broad discovery that Google has already produced and as discovery that has not even been contemplated by the Court in its pre-trial orders.

Google intends to object to these RFAs. We are willing to meet and confer.

Kind regards,

Sean

**Sean Murray**
Senior Associate

**Freshfields Bruckhaus Deringer US LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
**T** +1 (646) 863-1645 | **M** +1 (646) 864-5110
sean.murray@freshfields.com

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]