UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 1:21-md-3010 (PKC) |
| *This Document Relates To:* | |
| **SUNNY SINGH, individually and on behalf of all others similarly situated**<br><br>*Plaintiff*,<br><br>- against -<br><br>**GOOGLE LLC, ALPHABET INC. and META PLATFORMS, INC.**<br><br>*Defendants.* | No. 1:23-cv-03651 (PKC) |

### STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF SUNNY SINGH PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by the parties and their respective counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the individual claims of Plaintiff Sunny Singh are voluntarily dismissed, without prejudice, from the above-captioned actions, with each party to bear its own costs and attorney's fees. This stipulation shall not be read to dismiss any of the claims of any other MDL plaintiffs.

| | |
|---|---|
| Dated: June 21, 2024 | /s/ Justina Sessions<br>Justina K. Sessions<br>FRESHFIELDS BRUCKHAUS<br>DERINGER US LLP<br>855 Main Street<br>Redwood City, CA 94063<br>Telephone: (650) 618-9250<br>justina.sessions@freshfields.com<br><br>*Counsel for Defendants Google LLC and Alphabet, Inc.* |
| Dated: June 21, 2024 | /s/ Dena C. Sharp<br>Dena C. Sharp (*pro hac vice*)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br>dsharp@girardsharp.com<br><br>*Counsel for Sunny Singh* |