UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 1:21-md-3010 (PKC) |
| *This Document Relates To:* | |
| **SUNNY SINGH, individually and on behalf of all others similarly situated**<br><br>*Plaintiff,*<br><br>- against -<br><br>**GOOGLE LLC, ALPHABET INC. and META PLATFORMS, INC.**<br><br>*Defendants.* | No. 1:23-cv-03651 (PKC) |

### STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF SUNNY SINGH PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by the parties and their respective counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the individual claims of Plaintiff Sunny Singh are voluntarily dismissed, without prejudice, from the above-captioned actions, with each party to bear its own costs and attorney's fees.  This stipulation shall not be read to dismiss any of the claims of any other MDL plaintiffs.

Dated: June 25, 2024

_____
Justina K. Sessions
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
justina.sessions@freshfields.com

*Counsel for Defendants Google LLC and Alphabet, Inc.*

Dated: June 25, 2024

_____
Dena C. Sharp (*pro hac vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com

*Counsel for Sunny Singh*

1