UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION, | 21-md-3010 (PKC) |

This Document Relates to:

| | |
|---|---|
| GOOGLE LLC,<br><br>                          *Plaintiff,*<br><br>v.<br><br>HAVAS MEDIA GROUP, USA, LLC<br><br>                          *Defendant.* | 24 Civ. 3063 (PKC) |

**RESPONSE ON ORDER TO SHOW CAUSE RE HAVAS SUBPOENA**

    Google LLC has decided to withdraw its motion to compel against Havas Media Group USA, LLC, which Google fully briefed and filed a motion to set a hearing in the transferring court (C.D. Illinois). As a result, Google responds to the Court's order to show cause dated June 27, 2024 by stating that this proceeding may be dismissed by the Court.

1

Dated: June 28, 2024                                Respectfully submitted,

*/s/ Justina K. Sessions*
Justina K. Sessions
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
justina.sessions@freshfields.com

Eric Mahr
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Fax: (202) 777-4555
eric.mahr@freshfields.com

R. Paul Yetter *(pro hac vice)*
Bryce L. Callahan (*pro hac vice*)
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
(713) 632-8002
pyetter@yettercoleman.com
bcallahan@yettercoleman.com

*Counsel for Google LLC*