AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In re Google Digital Advertising Antitrust Litigation ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> *Defendant* ) | Case No. 1:21-md-03010 (PKC) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Plaintiffs Genius Media Group, Inc. (n/k/a MediaLab.AI, Inc.), The Nation Company, LLC, The Progressive, Inc., and Co-Lead Counsel for the Publisher Class.

Date: 07/01/2024

/s/ Luke Williams
*Attorney's signature*

Luke Williams (NY bar No. 6040281)
*Printed name and bar number*

55 Hudson Yards 20th Floor
New York, NY 10001
*Address*

lwilliams@bsfllp.com
*E-mail address*

(212) 754-4427
*Telephone number*

(212) 446-2350
*FAX number*