UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION, | 21-md-3010 (PKC) |

*This Document Relates to:*

| | |
|---|---|
| GOOGLE LLC,<br><br>              *Plaintiff,*<br><br>v.<br><br>HAVAS MEDIA GROUP, USA, LLC<br><br>              *Defendant.* | 24 Civ. 3063 (PKC) |

**RESPONSE ON ORDER TO SHOW CAUSE RE HAVAS SUBPOENA**

Google LLC has decided to withdraw its motion to compel against Havas Media Group USA, LLC, which Google fully briefed and filed a motion to set a hearing in the transferring court (C.D. Illinois). As a result, Google responds to the Court's order to show cause dated June 27, 2024 by stating that this proceeding may be dismissed by the Court.

> In light of Google's withdrawal of its motion to compel, the Clerk is directed to terminate the pending motion in Google LLC v. Havas Media Group, 24 Civ. 3063 (PKC), and to close that case.
> SO ORDERED.
> 7/9/2024
>
> _____
> P. Kevin Castel
> United States District Judge

1

Dated: June 28, 2024						Respectfully submitted,

							*/s/ Justina K. Sessions*
							Justina K. Sessions
							FRESHFIELDS BRUCKHAUS
							DERINGER US LLP
							855 Main Street
							Redwood City, CA 94063
							Telephone: (650) 618-9250
							justina.sessions@freshfields.com

							Eric Mahr
							FRESHFIELDS BRUCKHAUS
							DERINGER US LLP
							700 13th Street NW, 10th Floor
							Washington, DC 20005
							Telephone: (202) 777-4500
							Fax: (202) 777-4555
							eric.mahr@freshfields.com

							R. Paul Yetter *(pro hac vice*)
							Bryce L. Callahan (*pro hac vice*)
							Yetter Coleman LLP
							811 Main Street, Suite 4100
							Houston, Texas 77002
							(713) 632-8000
							(713) 632-8002
							pyetter@yettercoleman.com
							bcallahan@yettercoleman.com

							*Counsel for Google LLC*