IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-3010 (PKC) |
| This Document relates to: | SO ORDERED. *[signature]* USDJ 7-10-24 |
| IN RE GOOGLE DIGITAL PUBLISHER LITIGATION | Case No. 1:21-cv-7034 (PKC) |

**STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF STERLING INTERNATIONAL CONSULTING GROUP PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by the parties and their respective counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the claims of Plaintiff Sterling International Consulting Group ("SICG") are voluntarily dismissed, without prejudice, from the above-captioned action, due to SICG's inability to continue as a named Plaintiff due to the health of its sole employee. This stipulation of voluntary dismissal does not prevent SICG's possible future participation as an absent class member if the proposed class is certified. This stipulation shall not be read to dismiss any of the claims of any other MDL plaintiff.

June 27, 2024

By: *[signature]*

Eric L. Cramer
ecramer@bm.net
Michael C. Dell'Angelo
mdellangelo@bm.net
Caitlin G. Coslett
ccoslett@bm.net
Patrick F. Madden
pmadden@bm.net
Michaela Wallin
mwallin@bm.net
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000 / Fax: (215) 875-4604

*Counsel for Plaintiff SICG and the Proposed Classes*

Respectfully Submitted,

By: *[signature]*

Justina K. Sessions
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC*

-/0