# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIG. | Civil Action No. 1:21-md-03010 (PKC) |

## AMENDED CASE MANAGEMENT PLAN AND SCHEDULING ORDER

For good cause shown, the Court hereby amends the Scheduling Order (Pre-Trial Order No. 5) as follows:

| Event | Due Date |
|---|---|
| Plaintiffs' Opening Expert Reports | September 13, 2024 |
| Defendants' Responsive Expert Reports | October 21, 2024 |
| Plaintiffs' Rebuttal Expert Reports | November 18, 2024 |
| Expert Discovery Cutoff | December 30, 2024 |
| Pre-Motion Letter for Summary Judgment Motions and Class Certification Motions | January 10, 2025 |

SO ORDERED.

DATED: July 10, 2024

_____
P. Kevin Castel
United States District Judge