**Isquith Law PLLC**
103 East 84th Street
New York, New York 10028
718-775-6478

August 16, 2024

**VIA ECF**
The Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  RE: *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC)

  This document relates to: *SPX Total Body Fitness LLC v. Google LLC*, 1:21-cv- 06870 (PKC); *SkinnySchool LLC et al. v. Google LLC*, 1:21-cv-07045 (PKC)

Dear Judge Castel:

  We represent the plaintiffs and the proposed class of advertisers on Facebook (Meta) in *SPX Total Body Fitness LLC v. Google LLC*, 1:21-cv- 06870 (PKC) and *SkinnySchool LLC et al. v. Google LLC*, 1:21-cv-07045 (PKC) (the "Meta Class Actions").

  This Court issued opinions, orders, and judgments dismissing the Class Actions in their entirety on March 1, 2024 and March 4, 2024 (ECF 701, 703, 705) (the "Dismissal Orders"). On April 3, 2024, our clients timely filed notices of appeal from the Dismissal Orders (ECF 745, 746).

  On July 30, 2024, the Court of Appeals remanded the Meta Class Actions to this Court (ECF 863), in acknowledgement of Your Honor's indicative ruling of May 15, 2024 (ECF 798). There Your Honor stated that were the Meta Class Actions remanded to the District Court, the Meta Class Actions would effectuate a stay of the judgment so as to avoid repetitive appeals of the same issues by different parties in different actions that are part of this coordinated MDL.

  With the matter fully discussed by the parties in their letters to the Court of May 2, 2024 (ECF 772) and May 14, 2024 (ECF 792) the remand is presently ripe

**Isquith Law PLLC**

The Honorable P. Kevin Castel
August 16, 2024
Page 2

for decision pursuant to Rule 12.1.

                          Respectfully submitted,

                          */s/ Fred T. Isquith Sr.*
                          Fred T. Isquith, Sr. (FI 6482)
                          ISQUITH LAW PLLC
                          103 East 84th Street
                          New York, NY 10028
                          Tel: (718) 775-6478
                          isquithlaw@gmail.com

                          Robert S. Schachter (RS 7243)
                          Jessica Hermes (JH 9075)
                          ZWERLING, SCHACHTER &
                          ZWERLING, LLP
                          41 Madison Avenue
                          New York, NY 10010
                          Tel: (212) 223-3900
                          rschachter@zsz.com
                          jhermes@zsz.com

                          Heidi Silton (admitted pro hac vice)
                          Kate M. Baxter-Kauf (admitted *pro hac vice*)
                          Maureen Kane Berg (admitted *pro hac vice*)
                          LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                          100 Washington Avenue S., Suite 2200
                          Minneapolis, MN 55401-2159
                          Tel: (612) 596-4092
                          hmsilton@locklaw.com
                          kmbaxter-kauf@locklaw.com
                          mkberg@locklaw.com

                          *Attorneys for Plaintiffs SPX Total Body Fitness LLC, d/b/a The Studio Empower, SkinnySchool LLC d/b/a/ Maria Marques Fitness, and Mint Rose Day Spa LLC*