UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING          21-md-3010 (PKC)
ANTITRUST LITIGATION

ORDER

THIS ORDER APPLIES TO:

SPX Total Body Fitness LLC, et al.,
v. Google LLC, 21-cv-6870, and
SkinnySchool LLC v. Google, LLC,
21-cv-7045 (PKC)

-----------------------------------------------------------x

CASTEL, United States District Judge:

   Based on the prior motions for a stay, the Order of May 15, 2024 in 21 md 3010 (ECF 798), the Orders and Mandates of the Second Circuit in 21 cv 6870 (ECF 110) and 21 cv 7045 (ECF 75), and the representations in the letter dated August 16, 2024 in 21 cv 3010 (ECF 867), the Court now GRANTS the motions for a stay of the judgments in 21 cv 6870 (ECF 101), and 21 cv 7045 (ECF 66), for the reason that the stay will avoid repetitive appeals of the same issue by different parties in different actions that are part of this coordinated multi-district litigation. The stay shall remain in effect until a further Order of this Court made on application of the parties.

   SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
   August 19, 2024