# Exhibit 1

| | |
|---|---|
| **From:** | Thorne, John |
| **Sent:** | Friday, August 16, 2024 10:01 AM |
| **To:** | Reiser, Craig M. |
| **Subject:** | RE: VM |

Craig:  Sorry I missed your call.  Thanks for your voicemail.  Don't you think that any particularized need that Google could demonstrate could be addressed by a more limited disclosure?

As I mentioned yesterday, Daily Mail and Gannett would consider a proposal that let your in-house counsel review your work product such as drafts of discovery letters or summary judgment briefs.  That would allow your clients to supervise your work but would not have them reading all the privilege logs, transcripts, and other discovery materials.

Best regards, JT

**From:** Reiser, Craig M. <creiser@axinn.com>
**Sent:** Friday, August 16, 2024 9:28 AM
**To:** Thorne, John <jthorne@kellogghansen.com>
**Subject:** [EXTERNAL] RE: VM

Re-sending because the attachment for some reason didn't come through.


**Craig M. Reiser**
*Partner*



Axinn, Veltrop & Harkrider LLP
114 West 47th Street
New York, New York 10036
Office 212.728.2218
Fax 212.728.2201
creiser@axinn.com
**Axinn.com**


**From:** Reiser, Craig M.
**Sent:** Friday, August 16, 2024 9:28 AM
**To:** Thorne, John <jthorne@kellogghansen.com>
**Subject:** VM

John,

Following on my voicemail, I discussed with my client and we are planning to file a motion today on the confidentiality issue if we can't get this resolved.  The materials we're currently hoping to share with designated in-house counsel are outlined in Appendix A to the attached.  Happy to discuss further, but wanted to give you a heads up now over email and voicemail since I am going to be tied up in meetings for most of the morning.

1

Craig

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client communication, and as such is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*