# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |

**[PROPOSED] REVISED CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

For good cause shown, the Court hereby grants MDL Plaintiffs' unopposed request to amend the Scheduling Order (Pre-Trial Order No. 5, Dkt. No. 394) and Amended Case Management Plan and Scheduling Order (Dkt. No. 858). The amended deadlines are as follows:

| Event | Current Due Date | Proposed Due Date |
|---|---|---|
| Plaintiffs' Opening Expert Reports | September 13, 2024 | October 4, 2024 |
| Defendants' Responsive Expert Reports | October 21, 2024 | December 13, 2024 |
| Plaintiffs' Rebuttal Expert Reports | November 18, 2024 | January 17, 2025 |
| Expert Discovery Cutoff | December 30, 2024 | February 28, 2025 |
| Pre-Motion Letter for Summary Judgment Motions and Class Certification Motions | January 10, 2025 | March 14, 2025 |

**SO ORDERED**

DATED: _____                    _____
                                                                          P. Kevin Castel
                                                                          United States District Judge