UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-md-3010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-cv-7001 (PKC) |

**STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF KININ, INC. PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by the parties and their respective counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the individual claims of Plaintiff Kinin, Inc. are voluntarily dismissed, without prejudice, from the above-captioned actions, with each party to bear its own costs and attorney's fees. This stipulation shall not be read to dismiss any of the claims of any other MDL plaintiffs.

Dated: September 25, 2024

Justina K. Sessions
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
justina.sessions@freshfields.com

*Counsel for Defendants Google LLC and Alphabet, Inc*

_____
Jonathan L. Rubin (*pro hac vice*)
MOGINRUBIN LLP
2101 L Street NW, Suite 300
Washington, D.C. 20037
Tel: (202) 630-0616
jrubin@moginrubin.com

*Counsel for Plaintiff Kinin, Inc.*

1