UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates To:*<br>*All Cases* | Case No. 1:21-md-03010 (PKC) |

**STIPULATION AND [PROPOSED] ORDER TO DEFER EXPERT
DISCOVERY CONCERNING EQUITABLE REMEDIES**

Defendants Google LLC, Alphabet Inc., and YouTube, LLC (collectively "Defendants") and Plaintiffs Inform Inc., Associated Newspapers Ltd., Mail Media Inc., Gannett Co., Inc., Michael Stellman, the putative Publisher Class Plaintiffs, and the putative Advertiser Class Plaintiffs (collectively "Plaintiffs," and together with Defendants, the "Parties") stipulate as follows:

WHEREAS, certain Plaintiffs in this MDL are seeking equitable, injunctive, and/or structural relief (for simplicity, referred to together as "equitable remedies") in addition to monetary relief.

WHEREAS, any finding on liability will inform what discovery, if any, is appropriate regarding Plaintiffs' equitable remedies.

WHEREAS, the Parties agree that deferring expert discovery relating to equitable remedies will promote judicial economy by allowing the Parties and the Court to (i) avoid spending time and resources addressing matters that ultimately may be unnecessary, depending on the outcomes of the actions included within this multidistrict litigation; and (ii) in the event of a liability finding, tailor any expert discovery and litigation on equitable remedies.

WHEREAS, courts in other antitrust cases have provided for post-trial expert discovery on equitable remedies. *See, e.g.*, Order at 3, *United States v. Google LLC*, Case No. 23-cv-00108

(E.D. Va. July 11, 2023), ECF No. 283 (establishing process for plaintiffs, if they prevail at trial, to indicate "what equitable relief [they] intend to pursue" based on the liability finding and for the parties to "exchang[e] expert reports addressing the specific equitable remedy or remedies being sought"); Order on Bifurcation at 1, *Texas v. Google LLC*, Case No. 20-cv-00957 (E.D. Tex. Aug. 30, 2024), ECF No. 610 ("If there is a liability finding, the Court will order separate proceedings regarding equitable remedies"); Minute Entry at 1-2, *In re Google Play Store Antitrust Litig.*, Case No. 3:21-md-02981 (N.D. Cal. May 24, 2024), ECF No. 978 (ordering post-trial expert discovery to determine "an appropriate injunctive remedy" based on the liability finding); Order to Bifurcate Proceedings at 2, *United States v. Google LLC*, Case No. 1:20-cv-03010 (D.D.C. Dec. 6, 2021), ECF No. 264 (deferring "expert discovery and testimony . . . regarding particular remedies" until post-trial remedies phase); Joint Scheduling Order at 2, *FTC v. Meta Platforms, Inc.*, 20-cv-03590 (D.D.C. Mar. 3, 2022), ECF No. 103 (deferring "any additional discovery to facilitate a remedy phase" until after the liability phase of proceedings).

NOW THEREFORE, Defendants and Plaintiffs, through their respective counsel, hereby stipulate as follows:

1. Expert discovery relating solely to equitable remedies is hereby deferred until after findings have been made with respect to liability, to the extent necessary based on any remaining claims at that time, or until otherwise ordered.

2. The expert reports currently due to be served on October 4, 2024 (Plaintiffs' opening reports), December 13, 2024 (Defendants' responsive reports), and January 17, 2025 (Plaintiffs' rebuttal reports), *see* ECF No. 880, shall not address issues relating solely to equitable remedies.

3.      Nothing in this stipulation shall be deemed an admission by any Party as to any issue relating to liability or remedies, nor be deemed to alter the burden of proof, persuasion, or production as to any issue relating to liability or remedies.  Plaintiffs and Defendants each expressly reserve all rights with respect to all issues relating to liability and remedies.

4.      This stipulation shall have no impact on the ability of any Plaintiff (including its experts) to participate, or Defendants' ability to oppose such participation, in any remedy-phase discovery that may occur in any other pending case.

**IT IS SO STIPULATED AND ORDERED.**

_____
Hon. P. Kevin Castel, U.S.D.J.


Dated: October 3, 2024


| | |
|---|---|
| */s/ SERINA M. VASH* | */s/ Craig M. Reiser* |
| **SERINA M. VASH** | **Craig M. Reiser** |
| **New York Bar No.: 2773448** | **Daniel Bitton** |
| **svash@hermanjones.com** | **Denise L. Plunkett** |
| **HERMAN JONES LLP** | **Eva H. Yung** |
| **153 Central Avenue, # 131** | **Claire L. Haws** |
| **Westfield, NJ 07090** | **AXINN, VELTROP & HARKRIDER LLP** |
| **(404) 504-6516** | **114 West 47th Street** |
| | **New York, New York 10036** |
| **JOHN C. HERMAN (*pro hac vice*)** | **Telephone: (212) 728-2200** |
| **jherman@hermanjones.com** | **Fax: (212) 728-2201** |
| **HERMAN JONES LLP** | **creiser@axinn.com** |
| **3424 Peachtree Road, N.E., Suite 1650** | **dbitton@axinn.com** |
| **Atlanta, GA 30326** | **dplunkett@axinn.com** |

(404) 504-6555
(404) 504-6501 (fax)

*Counsel for Plaintiff Inform Inc.*


*/s/ John Thorne*
**John Thorne**
**Daniel G. Bird**
**Bethan R. Jones**
**Christopher C. Goodnow**
**Mark P. Hirschboeck**
**Eliana Margo Pfeffer**
**Eric J. Maier**
**Sven E. Henningson**
**Tiberius T. Davis**
**Jonathan I. Liebman**
**Kyle B. Grigel**
**KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, P.L.L.C.**
1615 M Street NW
Suite 400
Washington, DC 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
jthorne@kellogghansen.com
dbird@kellogghansen.com
bjones@kellogghansen.com
cgoodnow@kellogghansen.com
mhirschboeck@kellogghansen.com
epfeffer@kellogghansen.com
emaier@kellogghansen.com
shenningson@kellogghansen.com
tdavis@kellogghansen.com
jliebman@kellogghansen.com
kgrigel@kellogghansen.com

*Counsel for Associated Newspapers Ltd.,
Mail Media, Inc., and Gannett Co., Inc.*

eyung@axinn.com
chaws@axinn.com

Bradley Justus (*pro hac vice*)
James K. Hunsberger
**AXINN, VELTROP & HARKRIDER LLP**
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Fax: (202) 912-4701
bjustus@axinn.com
jhunsberger@axinn.com

Caroline P. Boisvert (*pro hac vice*)
**AXINN, VELTROP & HARKRIDER LLP**
90 State House Square
Hartford, Connecticut 06103
Telephone: (860) 275-8100
Fax: (860) 275-8101
cboisvert@axinn.com

Justina K. Sessions
**FRESHFIELDS BRUCKHAUS
DERINGER US LLP**
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

Eric Mahr
Robert J. McCallum
**FRESHFIELDS BRUCKHAUS
DERINGER US LLP**
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Fax: (202) 777-4555
eric.mahr@freshfields.com
rob.mccallum@freshfields.com

*Counsel for Defendants Google LLC,
Alphabet Inc., and YouTube, LLC*

4

*/s/ Tina Wolfson*
**Tina Wolfson**
**Robert Ahdoot**
**Ted Maya**
**AHDOOT & WOLFSON, PC**
**2600 West Olive Avenue**
**Burbank, CA 91505**
**Tel: (888) 333-8996**
**twolfson@ahdootwolfson.com**
**rahdoot@ahdootwolfson.com**
**tmaya@ahdootwolfson.com**

*Counsel for Plaintiff Michael Stellman and the Putative Class*


*/s/ David Boies*
**David Boies**
**dboies@bsfllp.com**
**BOIES SCHILLER FLEXNER LLP**
**333 Main Street**
**Armonk, NY 10504**
**Telephone: (914) 749-8200**

*Lead Counsel for the Publisher Class*


**Philip C. Korologos**
**pkorologos@bsfllp.com**
**Luke Williams**
**lwilliams@bsfllp.com**
**BOIES SCHILLER FLEXNER LLP**
**55 Hudson Yards, 20th Floor**
**New York, NY 10001**
**Telephone: (212) 446-2300**

**Mark C. Mao**
**mmao@bsfllp.com**
**Sean P. Rodriguez**
**srodriguez@bsfllp.com**
**BOIES SCHILLER FLEXNER LLP**
**44 Montgomery Street, 41st Floor**
**San Francisco, CA 94104**
**Telephone: (415) 293-6820**
**Sabria A. McElroy**
**smcelroy@bsfllp.com**

**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 377-4216

Izaak Earnhardt
iearnhardt@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave NW, 11th Floor
Washington, DC 20005
Telephone: (202) 237-2727

George A. Zelcs
gzelcs@koreintillery.com
Randall P. Ewing
rewing@koreintillery.com
Marc A. Wallenstein
mwallenstein@koreintillery.com
Ryan A. Cortazar
rcortazar@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Fax: (312) 641-9751

Christopher M. Burke
cburke@koreintillery.com
Walter W. Noss
wnoss@koreintillery.com
Yifan (Kate) Lv
klv@koreintillery.com
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA  92101
Telephone: (619) 625-5621
Fax: (314) 241-3525

Stephen M. Tillery
stillery@koreintillery.com
Michael E. Klenov
mklenov@koreintillery.com
Carol L. O'Keefe
cokeefe@koreintillery.com
Andrew Ellis
aellis@koreintillery.com

**KOREIN TILLERY LLC**
**505 North 7th Street, Suite 3600**
**St. Louis, MO 63101**
**Telephone: (314) 241-4844**
**Fax: (314) 241-3525**

**Eric L. Cramer**
**ecramer@bm.net**
**Michael C. Dell'Angelo**
**mdellangelo@bm.net**
**Caitlin G. Coslett**
**ccoslett@bm.net**
**Patrick F. Madden**
**pmadden@bm.net**
**Jeremy Gradwohl**
**jgradwohl@bm.net**
**BERGER MONTAGUE PC**
**1818 Market St., Suite 3600**
**Philadelphia, PA 19103**
**Telephone: (215) 875-3000**

**Robert E. Litan**
**rlitan@bm.net**
**BERGER MONTAGUE PC**
**2001 Pennsylvania Avenue, NW**
**Suite 300**
**Washington, DC 20006**
**Telephone: (202) 559-9745**

*Interim Co-Lead Counsel for the Publisher Class*


*/s/ Dena C. Sharp*
**Dena C. Sharp (pro hac vice)**
**Jordan Elias (pro hac vice)**
**Scott M. Grzenczyk (pro hac vice)**
**Mikaela Bock (pro hac vice)**
**GIRARD SHARP LLP**
**601 California Street, Suite 1400**
**San Francisco, CA 94108**
**Tel: (415) 981-4800**
**Fax: (415) 981-4846**
**dsharp@girardsharp.com**
**jelias@girardsharp.com**
**scottg@girardsharp.com**

mbock@girardsharp.com

**Tina Wolfson (TW-1016)**
**Theodore W. Maya (pro hac vice)**
**AHDOOT & WOLFSON, PC**
**2600 West Olive Ave., Suite 500**
**Burbank, California 91505**
**Tel.: (310) 474-9111**
**Fax: (310) 474-8585**
**twolfson@ahdootwolfson.com**
**tmaya@ahdootwolfson.com**

*Interim Co-Lead Counsel for Advertiser Plaintiffs and the Proposed Advertiser Class*


**Jonathan L. Rubin (pro hac vice)**
**MOGINRUBIN LLP**
**2101 L Street, NW, Third Floor**
**Washington, D.C. 20037**
**(202) 630-0616**
**jrubin@moginrubin.com**

**Daniel J. Mogin (pro hac vice)**
**Timothy Z. LaComb (pro hac vice)**
**MOGINRUBIN LLP**
**4225 Executive Square, Suite 600**
**La Jolla, CA 92037**
**(619) 687-6611**
**dmogin@moginrubin.com**
**tlacomb@moginrubin.com**

*Counsel for Plaintiffs Cliffy Care and Kinin*


**Archana Tamoshunas (AT-3935)**
**TAUS, CEBULASH & LANDAU, LLP**
**123 William Street, Suite 1900A**
**New York, NY 10038**
**Tel.: (212) 931-0704**
**Fax: (212) 931-0703**
**atamoshunas@tcllaw.com**
**April D. Lambert (pro hac vice)**
**John D. Radice (JR 9033)**
**RADICE LAW FIRM, PC**
**475 Wall Street**

**Princeton, NJ 08540**
**Tel: (646) 245-8502**
**Fax: (609) 385-0745**
**alambert@radicelawfirm.com**
**jradice@radicelawfirm.com**

*Counsel for Plaintiff Hanson Law Office, as successor in-interest to Hanson Law Firm, PC*


**Richard F. Lombardo (pro hac vice)**
**Peter F. Rottgers (pro hac vice)**
**SHAFFER LOMBARDO SHURIN**
**2001 Wyandotte Street**
**Kansas City, MO 64108**
**(816) 931-0500**
**rlombardo@sls-law.com**
**prottgers@sls-law.com**

*Counsel for Plaintiff Cliffy Care*


**Jason S. Hartley (pro hac vice forthcoming)**
**Jason M. Lindner (pro hac vice forthcoming)**
**HARTLEY LLP**
**101 W. Broadway, Ste 820**
**San Diego, CA 92101**
**(619) 400-5822**
**hartley@hartleyllp.com**
**lindner@hartleyllp.com**

*Counsel for Plaintiff Kinin*