# MANDATE

S.D.N.Y. – N.Y.C.
21-md-3010
21-cv-6870
21-cv-7045
Castel, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of August, two thousand twenty-four.

Present:
    Eunice C. Lee,
    Beth Robinson,
    Maria Araújo Kahn,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 10, 2024

In re Google Digital Advertising Antitrust Litigation.   24-874,
24-875

The above-captioned appeals are consolidated for purposes of this order.

The Appellants in both appeals request that the appeals be dismissed without prejudice to reinstatement. Upon due consideration, it is hereby ORDERED that the requests are GRANTED and both appeals are dismissed without prejudice to reinstatement on the written request of the Appellants within 30 days of the entry of an order or judgment disposing of the multi-district litigation in district court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/09/2024