UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-3010 (PKC) |

### NOTICE OF CHANGE OF FIRM NAME

To:     All Counsel of Record

PLEASE TAKE NOTICE that Freshfields Bruckhaus Deringer US LLP has changed its name to Freshfields US LLP.  The Firm's and its lawyers' addresses, phone numbers, fax numbers and emails remain the same.

PLEASE TAKE FURTHER NOTICE that the Court has been notified via the electronic filing system, including PACER where applicable, of the change from Freshfields Bruckhaus Deringer US LLP to Freshfields US LLP.

Dated: October 16, 2024

Respectfully Submitted,

*/s/ Justina Sessions*
Justina K. Sessions (*pro hac vice*)
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
(650) 618-9250
justina.sessions@freshfields.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC*