# EXHIBIT 1

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2           FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
 4   IN RE:  GOOGLE DIGITAL
 5
 6   ADVERTISING ANTITRUST           No. 1:21-MD-3010 (PKC)
 7
 8   LITIGATION
 9
10
11
12          REMOTE VIDEOTAPED DEPOSITION OF ▆▆▆
13   ▆▆▆, as corporate representative of Cliffy Care
14   Landscaping, taken on behalf of the Defendant Google
15   before ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
16   (appearing remotely), pursuant to Notice on the 21st
17   of August, 2024, with all parties, including the
18   witness, appearing via mobile videoconference.
19
20
21
22
23
24
25      Job No. CS6871243
```

Veritext Legal Solutions

Page 95

1        MS. BOCK:  We're still waiting here.
2        THE WITNESS:  Yeah, it's still...
3        Still hasn't come up.
4        Okay, I'm there now.
5        MS. BOCK:  I still don't have it, I'm
6    sorry.  Just one moment.
7        MR. ZWEIFACH:  Okay.
8        THE WITNESS:  It's 58 pages.
9        MR. ZWEIFACH:  It's slightly longer
10   than the others, but.  It should be.
11       MS. BOCK:  Okay, I can look on with
12   the witness.  We can proceed.
13   BY MR. ZWEIFACH:
14       Q.    When Cliffy Care began using Google
15   Ads in November 2019, who activated the Google Ads?
16   Or who opened the Google Ads account I should say?
17       A.    ▮▮▮▮▮▮▮▮▮▮
18       Q.    Okay.  Did ▮▮▮▮▮▮▮▮▮ need to accept
19   Google's 2019 Terms of Service when he opened the
20   account?
21       A.    I would imagine so, yes.
22       Q.    Okay.  Did ▮▮▮▮▮▮▮▮▮ agree to
23   arbitration in the event of a dispute with Google
24   when he opened the account?
25       MS. BOCK:  I'm going to pause just one