# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 1:21-md-3010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 1:21-cv-7001 (PKC) |

**ADVERTISER CLASS PLAINTIFFS' FURTHER RESPONSES AND OBJECTIONS TO DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S <u>FIRST SET OF INTERROGATORIES</u>**

approximately December 2, 2019.

**<u>Plaintiff Cliffy Care Landscaping, Inc.</u>**

Cliffy Care Landscaping, Inc. used two Google Digital Advertising Accounts:

<u>Account 1</u>

- ███████

- Opened November 20, 2019

- In use from November 20, 2019 to the present

- Cliffy Care Landscaping, Inc. owned the account

- ████████ accessed the account from November 20, 2019 to the present, and ██████ accessed the account from January 2022 to the present.

<u>Account 2</u>

- ███████

- Opened June 28, 2022

- In use from June 28, 2022 until approximately August 15, 2022

- Cliffy Care Landscaping, Inc. owned the account

- ████████████████ accessed the account from June 28, 2022 until approximately August 15, 2022

## **<u>INTERROGATORY NO. 6</u>**

Identify Your communications with Google upon which You rely for any of Your claims, including identifying the dates of such communications, the relevant individuals from You and Google who participated in the communications, the subject matter of such communications, and all documents related thereto.

12