# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 21-MD-3010 (PKC)** |

*This Document Relates To:*

| | |
|---|---|
| **IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 1:21-cv-7001 (PKC)** |

**CLIFFY CARE LANDSCAPPING LLC RESPONSES AND OBJECTIONS TO**
**DEFENDANTS' RULE 36(a)(1)(A) REQUESTS FOR ADMISSION**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, and the Civil Local

Rules of the United States District Court of the Southern District of New York, Plaintiff Cliffy

Care Landscaping LLC ("Plaintiff") submits the following objections and responses to the First

Set of Requests for Admission ("Requests") by Defendants Google LLC and Alphabet Inc.

(collectively "Defendants") as follows:

**PRELIMINARY STATEMENT AND GENERAL OBJECTIONS**

1.      The following responses and objections are based on the facts and information

presently known and available to Plaintiff and are given without prejudice to Plaintiff's right to

amend, modify, or supplement the objections or responses stated herein. No incidental or implied

admissions are intended in or by any of these responses. That Plaintiff has responded to all or

**Request for Admission No. 3:**

On November 20, 2019, Cliffy Landscaping declined to Opt Out of the Dispute Resolution Agreement and has never subsequently Opted Out of the Dispute Resolution Agreement.

**Response to Request for Admission No. 3:**

Plaintiff objects to the phrase "declined" as vague and ambiguous and subject to multiple interpretations. Plaintiff further objects on the grounds that the Request calls for a legal conclusion. Plaintiff objects that the Request is compound.

Subject to and without waiving the foregoing objections, Plaintiff responds as follows:

Plaintiff admits that it did not take affirmative action to opt out of the dispute resolution agreement presented in the 2019 terms and conditions. Plaintiff denies anything else implied by the request, including but not limited, that a valid right to opt out was ever presented to Plaintiff.

Dated: October 14, 2024

/s/ *Mikaela M. Bock*
Dena C. Sharp (*pro hac vice*)
Jordan Elias (*pro hac vice*)
Scott M. Grzenczyk (*pro hac vice*)
Mikaela M. Bock (*pro hac vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
scottg@girardsharp.com
mbock@girardsharp.com

Tina Wolfson (TW-1016)
Theodore W. Maya (*pro hac vice*)
Bradley K. King (BK-1971)
**AHDOOT & WOLFSON, PC**
2600 West Olive Ave., Suite 500
Burbank, California 91505

Tel.: (310) 474-9111
Fa x: (310) 474-8585
twolfson@a hdootwolfson.com
tma ya @a hdootwolfson.com
bking@a hdootwolfson.com

*Interim Co-Lead Counsel for Advertiser*
*Plaintiffs and the Proposed Advertiser Class*

Jona tha n L. Rubin (*pro hac vice*)
**MOGINRUBIN LLP**
1615 M Street, NW, Wa shington, D.C. 20036
(202) 630-0616
jrubin@moginrubin.com

Richard F. Lombardo (*pro hac vice*)
Peter F. Rottgers (*pro hac vice*)
**SHAFFER LOMBARDO SHURIN**
2001 Wyandotte Street
Kansas City, MO 64108
(816) 931-0500
rlombardo@sls-law.com
prottgers@sls-law.com

*Counsel for Plaintiff Cliffy Care*