**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

No. 21-MD-3010 (PKC)

**DECLARATION OF ARMETE MOBIN IN SUPPORT OF DEFENDANTS GOOGLE LLC
AND ALPHABET INC.'S MOTION FOR SUMMARY JUDGMENT**

I, Armete Mobin, declare as follows:

1.    I am a legal specialist on the Ads legal team at Google LLC ("Google"). I began working at Google in my current role in November 2021. Through my work, I am very familiar with records relating to Google Ads and the relevant terms and policies that apply to Google Ads. In my current role, I have access to the below referenced records.

2.    The content of this declaration is based on my personal knowledge and from my review of Google's relevant records. If called as a witness, I could and would testify competently thereto.

**Google Advertising Program Terms**

3.    When advertisers sign up to use Google's advertising platforms in the United States, they are shown Google's Advertising Program Terms ("Terms") and are requested to expressly agree to the Terms by clicking a button labeled "Accept" located under the Terms. An advertiser will not be able to use Google's services until after the Terms have been agreed to.

4.    Beginning at least as early as 2016, Google Ads has had a Terms of Service. These Terms have been modified from time to time, and in September 2017, the Terms were modified to, among other things, incorporate an agreement to arbitrate disputes. At that time, existing advertisers were given notice asking them to review and accept the modified Terms.

1

That notice campaign included direct email to advertisers, a public blog post, and an alert that advertisers could see when they logged in to their accounts.

5.    Attached as **Exhibit A** is a true and correct copy of the September 2017 Terms, available at https://payments.google.com/payments/apis-secure/get_legal_document?ldi=30847.

6.    As noted above, advertisers received several types of notice that the Terms were being modified, and they were requested to review and accept the new Terms. Each type of notice included a link that, when clicked, directed the advertiser to the webpage shown at **Exhibit B.** The entire text of the September 2017 Terms was available on the webpage shown at **Exhibit B** by scrolling down in the embedded window, without needing to access other webpages. Above the embedded window, at the top of the page, **Exhibit B** states: "Please review these Terms carefully. They include the use of binding arbitration to resolve disputes rather than jury trials or class actions. Please follow the instructions in the terms below if you wish to opt out of this provision." Thus, advertisers were put on notice, without needing to scroll down in the embedded window or visit another webpage, that the September 2017 Terms contain an arbitration clause and the ability to opt out of it.

7.    The September 2017 Terms contains the following provision in the first paragraph:

> Please read these Terms carefully. They require the use of binding individual arbitration to resolve disputes rather than jury trials or class actions. If Customer wishes, Customer may opt out of the requirement to arbitrate disputes by following the instructions in Section 13(F) below within 30 days of the first acceptance date of any version of these Terms containing an arbitration provision.

8.    Section 13(A) of the September 2017 Terms provides:

> Arbitration of disputes. Google, Customer, and Advertiser agree to arbitrate all disputes and claims between Google and Customer or between Google and Advertiser that arise out of or relate in any way to the Programs or these Terms. This agreement

to arbitrate ("Dispute Resolution Agreement" or "Section 13") is intended to be broadly interpreted and includes, for example:

(1) claims brought under any legal theory;
(2) claims that arose before Customer or Advertiser first accepted any version of these Terms containing an arbitration provision;
(3) claims that may arise after the termination of Customer's or Advertiser's Use of the Programs;
(4) claims brought by or against Google, Google affiliates that provide the Programs to Customer or Advertiser, Google parent companies, and the respective officers, directors, employees, agents, predecessors, successors, and assigns of these entities; and
(5) claims brought by or against Customer or Advertiser, the respective affiliates and parent companies of Customer or Advertiser, and the respective officers, directors, employees, agents, predecessors, successors, and assigns of these entities.

9.    Section 13(F) of the September 2017 Terms provides:

30-day opt out period. Customer (both for itself and for any Advertiser that Customer represents) and Advertiser have the right to opt out of this Dispute Resolution Agreement. A Customer or Advertiser who does not wish to be bound by this Dispute Resolution Agreement (including its waiver of class and representative claims) must notify Google as set forth below within 30 days of the first acceptance date of any version of these Terms containing an arbitration provision (unless a longer period is required by applicable law). Customer's or Advertiser's notice to Google under this subsection must be submitted via webform available at adwords.google.com/nav/arbitration. An opt-out notice does not revoke or otherwise affect any previous arbitration agreement between Customer and Google or between Advertiser and Google.

10.    By clicking on the hyperlink in Section 13(F), an advertiser would have been taken to a landing webpage containing the Opt Out Procedure. The webpage containing the Opt Out Procedure went live in September 2017 in a coordinated rollout with the September 2017 Terms.  Attached as **Exhibit C** is a true and correct copy of the webpage containing the Opt Out Procedure, also available at adwords.google.com/nav/arbitration. In the resulting page, the advertiser can choose arbitration or to opt out. In the opt out section, the advertiser provides their customer ID and clicks submit. The substance of this webpage has been unchanged since its inception in September 2017.

11.  Once complete, the advertiser returns to the original window to accept the Terms. If the advertiser accepts the Terms without opting out of the Dispute Resolution Agreement, their account will default to acceptance of the Agreement after 30 days.

12.  Google updated the Terms in April 2018. Attached as **Exhibit D** a true and correct copy of the April 2018 Terms, available at https://payments.google.com/payments/apis-secure/get_legal_document?ldi=31462. The Dispute Resolution Agreement in the September 2017 Terms, including the sections quoted above, was not modified.

13.  Google again updated the Terms in November 2019. Attached as **Exhibit E** is a true and correct copy of the November 2019 Terms, available at https://payments.google.com/payments/apis-secure/u/0/get_legal_document?ldi=131839. The Dispute Resolution Agreement in the November 2019 Terms, including the sections quoted above, was not modified.

**Plaintiffs Cliffy Care Landscaping LLC, Kinin, Inc, and Michael Stellman**

14.  Google keeps regular records of the advertisers that have provided Google with notice that they are opting out of the Dispute Resolution Agreement pursuant to Section 13(F) of the September 2017, April 2018, and November 2019 Terms.

15.  I have reviewed the records relating to the following named plaintiffs in this litigation: Cliffy Care Landscaping LLC, Kinin, Inc., and Michael Stellman.

16.  According to Google's records, the account associated with Kinin, Inc. accepted the September 2017 Terms on September 19, 2017. I have attached a screenshot of Kinin, Inc.'s Google Ads Account Home Page as **Exhibit F** and Kinin, Inc.'s Customer Change History as **Exhibit G**, both of which confirm the date of acceptance.

17.     According to Google's records, an account associated with Cliffy Care Landscaping LLC accepted the November 2019 Terms on November 20, 2019. I have attached a screenshot of Cliffy Care Landscaping LLC's Google Ads Account Home Page as **Exhibit H** and Cliffy Care Landscaping LLC's Customer Change History as **Exhibit I**, both of which confirm the date of acceptance.

18.     According to Google's records, an account associated with Michael Stellman accepted the September 2017 Terms on September 14, 2017.  I have attached a screenshot of Michael Stellman's Google Ads Account Home Page as **Exhibit J** and Michael Stellman's Customer Change History as **Exhibit K**, both of which confirm the date of acceptance.

19.     If a Google Ads customer opts out of the Dispute Resolution Agreement, the status "Opted Out of Arbitration" appears on their Account page under "Google Program Advertiser Terms. I have attached as **Exhibit L** an example of where this status appears for an anonymous Google Ads Account that opted out of arbitration.

20.     None of the accounts associated with Kinin, Inc., Cliffy Care Landscaping LLC, or Michael Stellman displays the status "Opted Out of Arbitration." *See* **Exhibits F, H, J**. There is no affirmative or visible designation of "opt-out status" for Google Ads accounts to indicate that they have declined to opt out of arbitration.

21.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2024, in San Francisco, California.

*Armete Mobin*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
ARMETE MOBIN

# EXHIBIT A

## Google LLC Advertising Program Terms

These Google LLC Advertising Program Terms ("Terms") are entered into by Google LLC ("Google") and the entity executing these Terms or that accepts these Terms electronically ("Customer"). These Terms govern Customer's participation in Google's advertising programs and services (i) that are accessible through the account(s) given to Customer in connection with these Terms or (ii) that incorporate by reference these Terms (collectively, "Programs"). Please read these Terms carefully. They require the use of binding individual arbitration to resolve disputes rather than jury trials or class actions. If Customer wishes, Customer may opt out of the requirement to arbitrate disputes by following the instructions in Section 13(F) below within 30 days of the first acceptance date of any version of these Terms containing an arbitration provision.

1 Programs. Customer authorizes Google and its affiliates to place Customer's advertising materials, feed data, and technology (collectively, "Ads" or "Creative") on any content or property (each a "Property") provided by Google or its affiliates on behalf of Google or, as applicable, a third party ("Partner"). Customer is solely responsible for all: (i) Ads, (ii) Ads trafficking or targeting decisions (e.g., keywords) ("Targets"), (iii) destinations to which Ads direct viewers (e.g., landing pages, mobile applications) along with the related URLs, waypoints, and redirects ("Destinations"), and (iv) services and products advertised on Destinations (collectively, "Services"). The Program is an advertising platform on which Customer authorizes Google and its affiliates to use automated tools to format Ads. Google and its affiliates may also make available to Customer certain optional Program features to assist Customer with the selection or generation of Targets, Ads, or Destinations. Customer is not required to authorize use of these optional features and, as applicable, may opt-in to or opt-out of usage of these features. However, if Customer uses these features, then Customer will be solely responsible for the Targets, Ads, and Destinations. Google and its affiliates or Partners may reject or remove a specific Target, Ad, or Destination at any time for any or no reason. Google and its affiliates may modify or cancel Programs at any time. Customer acknowledges that Google or its affiliates may participate in Program auctions in support of its own services and products. Some Program features are identified as "Beta" or as otherwise unsupported or confidential ("Beta Features"). Customer may not disclose any information from Beta Features or the terms or existence of any non-public Beta Features.

2 Policies. Customer is solely responsible for its use of the Programs (e.g., access to and use of Program accounts and safeguarding usernames and passwords) ("Use"). Program Use is subject to applicable Google policies available at google.com/ads/policies, and all other policies made available by Google to Customer, including Partner policies, and to the extent applicable, the Google EU User Consent Policy at privacy.google.com/businesses/userconsentpolicy (in each case, as modified from time to time, "Policies"). Customer also authorizes Google to modify Ads as described in Policies. In connection with the Program, Google will comply with the Google Privacy Policy available at google.com/policies/privacy (as modified from time to time). To the extent Program Use is within scope, Google and Customer agree, as applicable, to the (i) Google Ads Controller-Controller Data Protection Terms at privacy.google.com/businesses/controllerterms; or (ii) Google Ads Data Processing Terms at privacy.google.com/businesses/processorterms (collectively the "EU Data Terms"). Google will not modify the EU Data Terms, except as expressly permitted under the EU Data Terms. Customer will not, and will not authorize any third party to, (i) generate automated, fraudulent or otherwise invalid impressions, inquiries, clicks or conversions, (ii) conceal conversions for Programs where they are required to be disclosed, (iii) use any automated means or form of scraping or data extraction to access, query or otherwise collect Google advertising-related information from any Property except as expressly permitted by Google, or (iv) attempt to interfere with the functioning of the Programs. Customer will direct communications regarding Ads on Partner Properties under these Terms only to Google.

3 Ad Serving. (a) Customer will not provide Ads that contain or connect to malware, spyware, unwanted software or any other malicious code, or knowingly breach or circumvent any Program security measure. (b) Customer may utilize an Ad server solely for serving or tracking Ads under Programs that permit third-party Ad serving and only if the Ad server has been authorized by Google to participate in the Program. Google will implement Customer's Ad server tags so that they are functional. (c) For online display Ad impressions billed

on a CPM or vCPM basis ("Display Ads"), if Google's applicable impression count ("IC") for a Program is higher than Customer's third-party Ad server ("3PAS") IC by more than 10% over the invoice period, Customer will facilitate reconciliation efforts between Google and 3PAS. If this discrepancy is not resolved, Customer's sole remedy is to make a claim within 60 days after the invoice date ("Claim Period"). If Google determines that the claim is valid, then Google will issue to Customer advertising credits equal to (90% of Google's IC minus 3PAS's IC), multiplied by Google's reported campaign average CPM or vCPM, as applicable, over the invoice period. Any advertising credits issued must be used by Customer within 60 days of issuance ("Use-By Date") and Google may suspend Customer's permission to utilize that 3PAS provider and may suspend or void the effectiveness of the discrepancy resolution provisions of this Section for that 3PAS provider. Metrics from 3PAS whose Ad server tags are provided to Google will be used in the above discrepancy resolution calculations. Google may require that discrepancy records be provided directly by 3PAS to Google. Customer will not be credited for discrepancies caused by 3PAS's inability to serve Ads.

4 Testing. Customer authorizes Google and its affiliates to periodically conduct tests that may affect Customer's Use of Programs, including Ad formatting, Targets, Destinations, quality, ranking, performance, pricing, and auction-time bid adjustments. To ensure the timeliness and validity of test results, Customer authorizes Google to conduct such tests without notice or compensation to Customer.

5 Ad Cancellation. Unless a Policy, the Program user interface, or an agreement referencing these Terms (an "IO") provides otherwise, either party may cancel any Ad at any time before the earlier of Ad auction or placement, but if Customer cancels an Ad after a commitment date provided by Google (e.g., a reservation-based campaign), then Customer is responsible for any cancellation fees communicated by Google to Customer, and the Ad may still be published. Cancelled Ads will generally cease serving within 8 business hours or as described in a Policy or IO, and Customer remains obligated to pay all charges resulting from served Ads (e.g., fees based on conversion). Customer must effect cancellation of Ads (i) online through Customer's account, if the functionality is available, (ii) if this functionality is not available, with notice to Google via email to Customer's account representative, or (iii) if this functionality is not available and Customer does not have an account representative, with notice to Google via email to adwords-support@google.com (collectively, the "Ad Cancellation Process"). Customer will not be relieved of any payment obligations for Ads not submitted or submitted by Customer after the due date provided by Google. Google will not be bound by a Customer provided IO.

6 Warranty, Rights, and Obligations. Customer warrants that (a) Customer holds, and hereby grants Google, its affiliates and Partners, the rights in Ads, Destinations, and Targets for Google, its affiliates and Partners to operate the Google Programs (including, in the case of feed data, after Customer ceases to use the Programs), and (b) all information and authorizations provided by Customer are complete, correct and current. Customer authorizes Google and its affiliates to automate retrieval and analysis of, and create test credentials to access, Destinations for the purposes of the Programs. By providing any mobile or other telephone number to Google in connection with the Programs, Customer authorizes Google, its affiliates and their agents to call and send text messages (for which standard message and data rates may apply) to the provided telephone numbers, including by an automatic telephone dialing system, for purposes of the Programs. However, Google will not rely on this permission to initiate autodialed calls or text messages for marketing purposes. Customer further authorizes Google, its affiliates and their agents to send electronic mail to Customer for purposes of the Programs. Customer warrants that it is authorized to act on behalf of, and has bound to these Terms, each third party, if any, for which Customer advertises in connection with these Terms ("Advertiser") and any references to Customer in these Terms will also apply to Advertiser, as applicable. If for any reason Customer has not bound an Advertiser to these Terms, Customer will be liable for performing any obligation Advertiser would have had under these Terms had Advertiser been bound. If Customer is using a Program on its own behalf to advertise, for that use Customer will be deemed to be both Customer and Advertiser. Customer will provide Advertiser with reporting data no less than on a monthly basis, that discloses absolute dollars spent on Google and performance (at a

minimum cost, clicks and impressions of users on the account of that Advertiser) in a reasonably prominent location. Google may, upon request of an Advertiser, share Advertiser-specific information with Advertiser.

7 Make-Goods. For reservation-based Display Ads, Google will deliver any agreed on aggregate number of Display Ads by the end of the campaign, but if Google fails to do so, then Customer's sole remedy is to make a claim during the Claim Period. If Google confirms the accuracy of the claim, then Google will not charge Customer for the undelivered Display Ads or, if Customer has already paid, at Google's reasonable discretion, Google will provide (i) advertising credits, which must be used by the Use-By Date, (ii) placement of the Display Ads in a position Google deems comparable within 60 days of Google's confirmation of the accuracy of the claim or (iii) an extension of the term of the campaign. Google cannot assure that any auction-based Ads will be delivered and therefore make-goods do not apply to auction-based Ads.

8 Payment. Customer will pay all charges incurred in connection with a Program, using  a payment method approved by Google for that Customer (as modified from time to time), within a commercially reasonable time period specified by Google (e.g., in the Program user interface or IO). Late payments bear interest at the rate of 1.5% per month (or the highest rate permitted by law, if less). Charges are exclusive of taxes. Customer will pay (i) all taxes and other government charges and (ii) reasonable expenses and legal fees Google incurs in collecting late payments that are not disputed in good faith. Charges are based on the billing criteria under the applicable Program (e.g., based on clicks, impressions, or conversions). Any portion of a charge not disputed in good faith must be paid in full. No party may offset any payment due under these Terms against any other payment to be made under these Terms. Google may, in its sole discretion, extend, revise or revoke credit at any time. Google is not obligated to deliver any Ads in excess of any credit limit. If Google does not deliver Ads to the selected Targets or Destinations, then Customer's sole remedy is to make a claim for advertising credits within the Claim Period, after which Google will issue the credits following claim validation which must be used by the Use-By Date. Customer understands that third parties may generate impressions or clicks on Customer's Ads for prohibited or improper purposes and if that happens, Customer's sole remedy is to make a claim for advertising credits within the Claim Period, after which Google will issue the credits following claim validation, which must be used by the Use-By Date. TO THE FULLEST EXTENT PERMITTED BY LAW, (A) CUSTOMER WAIVES ALL CLAIMS RELATING TO ANY PROGRAM CHARGES UNLESS A CLAIM IS MADE WITHIN THE CLAIM PERIOD AND (B) THE ISSUANCE OF ADVERTISING CREDITS (IF ANY) IS AT GOOGLE'S REASONABLE DISCRETION AND IF ISSUED, MUST BE USED BY THE USE-BY DATE.

9 Disclaimers. TO THE FULLEST EXTENT PERMITTED BY LAW, GOOGLE, ON BEHALF OF ITSELF AND ITS PARTNERS AND AFFILIATES, DISCLAIMS ALL WARRANTIES, WHETHER  IMPLIED, STATUTORY OR OTHERWISE, INCLUDING FOR NON-INFRINGEMENT, SATISFACTORY QUALITY, MERCHANTABILITY AND FITNESS FOR ANY PURPOSE, AS WELL AS ANY WARRANTIES ARISING OUT OF ANY COURSE OF DEALING OR USAGE OF TRADE. TO THE FULLEST EXTENT PERMITTED BY LAW, THE PROGRAMS AND GOOGLE AND PARTNER PROPERTIES ARE PROVIDED "AS IS," "AS AVAILABLE" AND "WITH ALL FAULTS," AND CUSTOMER USES THEM AT ITS OWN RISK. GOOGLE, ITS AFFILIATES, AND ITS PARTNERS DO NOT MAKE ANY GUARANTEE IN CONNECTION WITH THE PROGRAMS OR PROGRAM RESULTS. GOOGLE MAKES NO PROMISE TO INFORM CUSTOMER OF DEFECTS OR ERRORS.

10  Limitation of Liability. EXCEPT FOR SECTION 11 AND CUSTOMER'S BREACHES OF SECTIONS 3(A), 14(E) OR THE LAST SENTENCE OF SECTION 1, TO THE FULLEST EXTENT PERMITTED BY LAW REGARDLESS OF THE THEORY OR TYPE OF CLAIM: (a) GOOGLE, CUSTOMER, AND THEIR RESPECTIVE AFFILIATES WILL NOT BE HELD LIABLE UNDER THESE TERMS OR ARISING OUT OF OR RELATED TO THESE TERMS FOR ANY DAMAGES OTHER THAN DIRECT DAMAGES, EVEN IF THE PARTY IS AWARE OR SHOULD KNOW THAT SUCH OTHER TYPES OF DAMAGES ARE POSSIBLE AND EVEN IF DIRECT DAMAGES DO NOT SATISFY A REMEDY; AND (b) OTHER THAN

CUSTOMER'S PAYMENT OBLIGATIONS UNDER THESE TERMS, GOOGLE, CUSTOMER, AND THEIR RESPECTIVE AFFILIATES WILL NOT BE HELD LIABLE FOR DAMAGES UNDER THESE TERMS OR ARISING OUT OF OR RELATED TO PERFORMANCE OF THESE TERMS FOR ANY GIVEN EVENT OR SERIES OF CONNECTED EVENTS IN THE AGGREGATE OF MORE THAN THE AMOUNT PAYABLE TO GOOGLE BY CUSTOMER UNDER THE TERMS IN THE THIRTY DAYS BEFORE THE DATE OF THE ACTIVITY FIRST GIVING RISE TO THE CLAIM.

11 Indemnification. Customer will defend and indemnify Google, its Partners, agents, affiliates, and licensors against all liabilities, damages, losses, costs, fees (including legal fees), and expenses relating to any third-party allegation or legal proceeding to the extent arising out of or related to Ads, Targets, Destinations, Services, Use or any breach of these Terms by Customer. Partners are intended third-party beneficiaries of this Section.

12 Changes to Terms. Google may make non-material changes to these Terms at any time without notice, but Google will provide advance notice of any material changes to these Terms. The Terms will be posted at google.com/ads/terms. Other than changes made under Section 13(G), the changes to the Terms will not apply retroactively and will become effective 7 days after posting. However, changes made for legal reasons will be effective immediately upon notice. Either party may terminate these Terms at any time with notice to the other party, but (i) campaigns not cancelled under Section 5 and new campaigns may be run and reserved and (ii) continued Program Use is, in each case, subject to Google's terms and conditions then in effect for the Programs (available at google.com/ads/terms). Google may suspend Customer's ability to participate in the Programs at any time. In all cases, the running of any Customer campaigns after termination is in Google's sole discretion.

13 Dispute Resolution Agreement.

A. Arbitration of disputes. Google, Customer, and Advertiser agree to arbitrate all disputes and claims between Google and Customer or between Google and Advertiser that arise out of or relate in any way to the Programs or these Terms. This agreement to arbitrate ("Dispute Resolution Agreement" or "Section 13") is intended to be broadly interpreted and includes, for example:

1. claims brought under any legal theory;
2. claims that arose before Customer or Advertiser first accepted any version of these Terms containing an arbitration provision;
3. claims that may arise after the termination of Customer's or Advertiser's Use of the Programs;
4. claims brought by or against Google, Google affiliates that provide the Programs to Customer or Advertiser, Google parent companies, and the respective officers, directors, employees, agents, predecessors, successors, and assigns of these entities; and
5. claims brought by or against Customer or Advertiser, the respective affiliates and parent companies of Customer or Advertiser, and the respective officers, directors, employees, agents, predecessors, successors, and assigns of these entities.

This Dispute Resolution Agreement does not preclude any party from seeking an individualized preliminary injunction or temporary restraining order until a claim is arbitrated, or from bringing an individualized action in small claims court, in any court that has jurisdiction; provided that, as limited by Section 13(C) below, the arbitrator will have exclusive jurisdiction to finally resolve claims not within the jurisdiction of a small claims court. Nor does this Dispute Resolution Agreement bar any party from bringing issues to the attention of federal, state, or local agencies.

Google, Customer, and Advertiser agree that, by entering into this arbitration agreement, all parties are waiving their respective rights to a trial by jury or to participate in a class or representative action. The Federal Arbitration Act governs the interpretation and enforcement of this Dispute Resolution Agreement. With respect to all disputes or claims that arise out of or relate in any way to the Programs or these Terms, this Dispute Resolution Agreement supersedes any contrary terms regarding dispute resolution in any other agreement between the parties.

B.  Notice of disputes. If any party intends to seek arbitration of a dispute, that party must provide the other party with notice in writing ("Notice of Dispute").  This Notice of Dispute to Google must be sent to the following address ("Google's Notice Address"):

Google LLC
Legal Department - AdWords Arbitration
P.O. Box 580
Mountain View, CA 94041

Google will send notice to Customer or Advertiser at the e-mail and mailing addresses associated with Customer's account.  Customer and Advertiser each agree to receive notice at those addresses.  In addition, Customer agrees to notify Advertiser promptly of any such notice.  Customer's or Advertiser's Notice of Dispute to Google must provide, as applicable, (a) Customer's or Advertiser's name and mailing address, (b) the email address Customer or Advertiser uses to log into Customer's account, (c) the AdWords Customer ID(s), (d) the Case Number(s) assigned by Google to track previous attempts to resolve the dispute, (e) a description of the dispute, including identification of the relevant campaigns and/or AdGroups, and (f) a statement of the relief requested.  If the parties are unable or unwilling to resolve the dispute within 60 days after the Notice of Dispute is submitted, the dispute will be resolved by arbitration upon one party sending the other party or parties and the American Arbitration Association ("AAA") a demand for arbitration.  For the avoidance of doubt, no arbitration demand may be submitted until at least 60 days after submission of the Notice of Dispute.  Unless the parties agree otherwise, Customer's or Advertiser's demand for arbitration must be sent to Google's Notice Address and entitled "Demand For Arbitration."  Google will send demands for arbitration to Customer or Advertiser at the e-mail and mailing addresses associated with Customer's account.

C.  Arbitration procedures. The arbitration will be governed by the AAA's Commercial Arbitration Rules ("AAA Rules"), as modified by these Terms, and will be administered by the AAA.  Unless the parties agree otherwise, the Expedited Procedures of the AAA Rules will apply to any claim of $75,000 or less.  The AAA Rules are available online at adr.org or by calling the AAA at 1-800-778-7879.  If the AAA is unavailable, the parties will agree to another arbitration provider or the court will appoint a substitute.  To the fullest extent permitted by applicable law, any evidentiary submissions made in arbitration will be maintained as confidential in the absence of good cause for its disclosure.  The arbitrator's award will be maintained as confidential only to the extent necessary to protect either party's trade secrets or proprietary business information or to comply with a legal requirement mandating confidentiality.

 Unless the parties agree otherwise, any arbitration hearings will take place in the county (or parish) of Customer's principal place of business (or, if the arbitration is commenced by Advertiser, the county (or parish) of Advertiser's principal place of business). If the value of Customer's or Advertiser's claim is $25,000 or less, Customer or Advertiser may choose whether the arbitration will be conducted solely on the basis of documents submitted to the arbitrator, by telephone, or by an in-person hearing.  If the value of Customer's or Advertiser's claim exceeds $25,000, the right to a hearing will be determined by the AAA Rules.  Regardless of the manner in which the arbitration is conducted, the arbitrator will issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the decision is based.  All issues are for the arbitrator to decide, except that only a court of competent jurisdiction may decide issues relating to the scope and enforceability of this arbitration provision, the arbitrability of disputes, or the interpretation of Section 13(E).  The arbitrator will not be bound by rulings in other arbitrations in which Customer or Advertiser is not a party.  The arbitrator can award the same individualized damages and relief that a court can award.  Judgment on the award may be entered by any court having jurisdiction.

D.  Costs of arbitration.  The AAA's fee schedule is subject to change and may be found in the AAA Rules (available online at adr.org or by calling the AAA at 1-800-778-7879).  Google will pay all AAA filing, administrative, and arbitrator fees for any arbitration that Google commences.  If Customer or Advertiser commenced arbitration at least 60 days after submitting the Notice of Dispute to Google, and the value of Customer's or Advertiser's claim is $75,000 or less, Google will pay Customer's or Advertiser's share of any such AAA fees.  If the value of Customer's or Advertiser's claim is between $75,000 and $300,000, Customer's or Advertiser's share of any such fees will be capped at $200 (unless the law of Customer's or Advertiser's state

requires Google to pay all such fees). If the value of Customer's or Advertiser's claim exceeds $300,000, the allocation of AAA fees will be governed by the AAA Rules. But the arbitrator may reallocate the fees to require Google to pay all fees if Customer or Advertiser cannot afford to pay them. If, however, the arbitrator finds that either the substance of Customer's or Advertiser's claim or the relief sought is frivolous or brought for an improper purpose (as measured by the standards in Federal Rule of Civil Procedure 11(b)), then the payment of all AAA fees will be governed by the AAA Rules. In such cases, the arbitrator may direct Customer or Advertiser to reimburse Google for amounts that Google paid on Customer's or Advertiser's behalf.

E. No class or representative arbitration. The arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim without affecting other Google users or other customers or advertisers. CUSTOMER, ADVERTISER, AND GOOGLE AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN ITS INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL PROCEEDING. Further, unless all affected parties agree otherwise, the arbitrator may not consolidate more than one Advertiser's or Customer's claims, and may not otherwise preside over any form of a representative or class proceeding. If a court decides that applicable law precludes enforcement of any of this subsection's limitations as to a particular claim for relief, then that claim (and only that claim) must be severed from the arbitration and may be brought in court.

F. 30-day opt out period. Customer (both for itself and for any Advertiser that Customer represents) and Advertiser have the right to opt out of this Dispute Resolution Agreement. A Customer or Advertiser who does not wish to be bound by this Dispute Resolution Agreement (including its waiver of class and representative claims) must notify Google as set forth below within 30 days of the first acceptance date of any version of these Terms containing an arbitration provision (unless a longer period is required by applicable law). Customer's or Advertiser's notice to Google under this subsection must be submitted via webform available at adwords.google.com/nav/arbitration. An opt-out notice does not revoke or otherwise affect any previous arbitration agreement between Customer and Google or between Advertiser and Google.

G. Future changes to Dispute Resolution Agreement. If Google makes any changes to this Dispute Resolution Agreement (other than a change to Google's Notice Address), Customer or Advertiser may reject any such change by notifying Google via webform as set forth in Section 13(F) within 30 days of the change. It is not necessary to submit a rejection of the future change to this Dispute Resolution Agreement if Customer or Advertiser had properly opted out of arbitration in compliance with the requirements of Section 13(F). By rejecting a future change, Customer or Advertiser is agreeing that it will arbitrate any dispute in accordance with the language of this Dispute Resolution Agreement, as modified by any changes that Customer or Advertiser did not reject.

14 Miscellaneous. (a) ALL CLAIMS ARISING OUT OF OR RELATING TO THESE TERMS OR THE PROGRAMS WILL BE GOVERNED BY CALIFORNIA LAW, EXCLUDING CALIFORNIA'S CONFLICT OF LAWS RULES, EXCEPT TO THE EXTENT THAT CALIFORNIA LAW IS CONTRARY TO OR PREEMPTED BY FEDERAL LAW. (b) EXCEPT AS PROVIDED IN SECTION 13, ALL CLAIMS ARISING OUT OF OR RELATING TO THESE TERMS OR THE PROGRAMS WILL BE LITIGATED EXCLUSIVELY IN THE FEDERAL OR STATE COURTS OF SANTA CLARA COUNTY, CALIFORNIA; THE PARTIES CONSENT TO PERSONAL JURISDICTION IN THESE COURTS. (c) Customer will not seek an injunction based on patent infringement in connection with the Programs in any proceeding filed while these Terms are in effect, and for one year after any termination of these Terms. (d) These Terms are the parties' entire agreement relating to their subject matter and supersede any prior or contemporaneous agreements on those subjects. (e) Customer may not make any public statement regarding the relationship contemplated by these Terms (except when required by law). (f) Except as provided in Section 13, all notices of termination or breach must be in writing and addressed to the other party's Legal Department (or if it is not known if the other party has a Legal Department then to the other party's primary contact or other address on file). The email address for notices being sent to Google's Legal Department is legal-notices@google.com. Except as provided in Section 13, all other notices to Customer will be in writing and sent to an email address associated with Customer's account.

Except as provided in Section 13, all other notices to Google will be in writing and addressed to Customer's primary contact at Google or other method made available by Google. Notice will be treated as given on receipt, as confirmed by written or electronic means. These notice requirements do not apply to legal service of process, which is instead governed by applicable law, nor do they apply to Section 13. (g) Except for modifications to these Terms by Google under Section 12, any amendment must be agreed to by both parties and must expressly state that it is amending these Terms. Neither party will be treated as having waived any rights by not exercising (or by delaying the exercise of) any rights under these Terms. Except as provided in Section 13(E), if any provision of these Terms is found unenforceable, that provision will be severed and the balance of the Terms will remain in full force and effect. (h) Neither party may assign any of its rights or obligations under these Terms without the written consent of the other party, except to an affiliate but only where (I) the assignee agrees in writing to be bound by these Terms, (II) the assigning party remains liable for obligations under these Terms if the assignee defaults on them, and (III) the assigning party has notified the other party of the assignment. Any other attempt to transfer or assign is void. (i) Except as provided in Sections 11 and 13, there are no third-party beneficiaries to these Terms. (j) These Terms do not create any agency, partnership or joint venture among the parties. (k) Sections 1 (last sentence only) and 8 through 14 will survive termination of these Terms. (l) Except for payment obligations, no party or its affiliates are liable for failure or delay in performance to the extent caused by circumstances beyond its reasonable control.

September 1, 2017

# EXHIBIT B

Please review these Terms carefully. They include the use of binding arbitration to resolve disputes rather than jury trials or class actions. Please follow the instructions in the terms below if you wish to opt out of this provision. Learn more

## Google LLC Advertising Program Terms

These Google LLC Advertising Program Terms ("Terms") are entered into by Google LLC ("Google") and the entity executing these Terms or that accepts these Terms electronically ("Customer"). These Terms govern Customer's participation in Google's advertising programs and services (i) that are accessible through the account(s) given to Customer in connection with these Terms or (ii) that incorporate by reference these Terms (collectively, "Programs"). Please read these Terms carefully. They require the use of binding individual arbitration to resolve disputes rather than jury trials or class actions. If Customer wishes, Customer may opt out of the requirement to arbitrate

Print

○ Accept

Yes, I have reviewed and accept the above Terms. I am of legal age and authorized to bind to these Terms the party legally responsible for this account (i.e., the party that previously accepted the Terms for this account) and all other accounts for which the party is either legally or financially responsible.

○ Decline

No, I do not accept the terms and conditions. Note: If you decline the Terms your ads will be paused.

SUBMIT

# EXHIBIT C

Google

kmetti@google.com

# Google LLC Advertising Program Terms: Dispute Resolution Settings

This form allows Google Ads customers to select how they wish to resolve disputes with Google.

By accepting the **Google LLC Advertising Program Terms**, you agree to use binding arbitration to resolve disputes with Google rather than jury trials or class actions. If you have accepted these terms and wish to continue using binding arbitration, no further action is necessary.

If you previously opted out of arbitration and now wish to use arbitration going forward, please select "**Arbitration**" below.

If you want to opt out of the arbitration provisions of the terms, please select "**Opt out of arbitration**" below.

**Select what action you'd like to take:**

◯ **Arbitration:** Use binding arbitration to resolve disputes with Google (default upon acceptance of Google LLC Advertising Program Terms).

◯ **Opt out of arbitration:** I don't want to be bound by the Dispute Resolution provisions of the Google LLC Advertising Program Terms.

SUBMIT

# EXHIBIT D

## Google LLC Advertising Program Terms

These Google LLC Advertising Program Terms ("**Terms**") are entered into by Google LLC ("**Google**") and the entity executing these Terms or that accepts these Terms electronically ("**Customer**"). These Terms govern Customer's participation in Google's advertising programs and services (i) that are accessible through the account(s) given to Customer in connection with these Terms or (ii) that incorporate by reference these Terms (collectively, "**Programs**"). **Please read these Terms carefully. They require the use of binding individual arbitration to resolve disputes rather than jury trials or class actions. If Customer wishes, Customer may opt out of the requirement to arbitrate disputes by following the instructions in Section 13(F) below within 30 days of the first acceptance date of any version of these Terms containing an arbitration provision.**

**1 Programs.** Customer authorizes Google and its affiliates to place Customer's advertising materials, feed data, and technology (collectively, "**Ads**" or "**Creative**") on any content or property (each a "**Property**") provided by Google or its affiliates on behalf of Google or, as applicable, a third party ("**Partner**"). Customer is solely responsible for all: (i) Ads, (ii) Ads trafficking or targeting decisions (e.g., keywords) ("**Targets**"), (iii) destinations to which Ads direct viewers (e.g., landing pages, mobile applications) along with the related URLs, waypoints, and redirects ("**Destinations**"), and (iv) services and products advertised on Destinations (collectively, "**Services**"). The Program is an advertising platform on which Customer authorizes Google and its affiliates to use automated tools to format Ads. Google and its affiliates may also make available to Customer certain optional Program features to assist Customer with the selection or generation of Targets, Ads, or Destinations. Customer is not required to authorize use of these optional features and, as applicable, may opt-in to or opt-out of usage of these features. However, if Customer uses these features, then Customer will be solely responsible for the Targets, Ads, and Destinations. Google and its affiliates or Partners may reject or remove a specific Target, Ad, or Destination at any time for any or no reason. Google and its affiliates may modify or cancel Programs at any time. Customer acknowledges that Google or its affiliates may participate in Program auctions in support of its own services and products. Some Program features are identified as "**Beta**" or as otherwise unsupported or confidential ("**Beta Features**"). Customer may not disclose any information from Beta Features or the terms or existence of any non-public Beta Features.

**2 Policies.** Customer is solely responsible for its use of the Programs (e.g., access to and use of Program accounts and safeguarding usernames and passwords) ("**Use**"). Program Use is subject to applicable Google policies available at google.com/ads/policies, and all other policies made available by Google to Customer, including Partner policies, and to the extent applicable, the Google EU User Consent Policy at privacy.google.com/businesses/userconsentpolicy (in each case, as modified from time to time, "**Policies**"). Customer also authorizes Google to modify Ads as described in Policies. In connection with the Program, Google will comply with the Google Privacy Policy available at google.com/policies/privacy (as modified from time to time). To the extent Program Use is within scope, Google and Customer agree, as applicable, to the (i) Google Ads Controller-Controller Data Protection Terms at privacy.google.com/businesses/controllerterms; or (ii) Google Ads Data Processing Terms at privacy.google.com/businesses/processorterms (collectively the "**EU Data Terms**"). Google will not modify the EU Data Terms, except as expressly permitted under the EU Data Terms. Customer will not, and will not authorize any third party to, (i) generate automated, fraudulent or otherwise invalid impressions, inquiries, clicks or conversions, (ii) conceal conversions for Programs where they are required to be disclosed, (iii) use any automated means or form of scraping or data extraction to access, query or otherwise collect Google advertising-related information from any Property except as expressly permitted by Google, or (iv) attempt to interfere with the functioning of the Programs. Customer will direct communications regarding Ads on Partner Properties under these Terms only to Google.

**3 Ad Serving.** (a) Customer will not provide Ads that contain or connect to malware, spyware, unwanted software or any other malicious code, or knowingly breach or circumvent any Program security measure. (b) Customer may utilize an Ad server solely for serving or tracking Ads under Programs that permit third-party Ad serving and only if the Ad server has been authorized by Google to participate in the Program. Google will implement Customer's Ad server tags so that they are functional. (c) For online display Ad impressions billed on a CPM or vCPM basis ("**Display Ads**"), if Google's applicable impression count ("**IC**") for a Program is higher

than Customer's third-party Ad server ("**3PAS**") IC by more than 10% over the invoice period, Customer will facilitate reconciliation efforts between Google and 3PAS. If this discrepancy is not resolved, Customer's sole remedy is to make a claim within 60 days after the invoice date ("**Claim Period**"). If Google determines that the claim is valid, then Google will issue to Customer advertising credits equal to (90% of Google's IC minus 3PAS's IC), multiplied by Google's reported campaign average CPM or vCPM, as applicable, over the invoice period. Any advertising credits issued must be used by Customer within 60 days of issuance ("**Use-By Date**") and Google may suspend Customer's permission to utilize that 3PAS provider and may suspend or void the effectiveness of the discrepancy resolution provisions of this Section for that 3PAS provider. Metrics from 3PAS whose Ad server tags are provided to Google will be used in the above discrepancy resolution calculations. Google may require that discrepancy records be provided directly by 3PAS to Google. Customer will not be credited for discrepancies caused by 3PAS's inability to serve Ads.

**4 Testing**. Customer authorizes Google and its affiliates to periodically conduct tests that may affect Customer's Use of Programs, including Ad formatting, Targets, Destinations, quality, ranking, performance, pricing, and auction-time bid adjustments. To ensure the timeliness and validity of test results, Customer authorizes Google to conduct such tests without notice or compensation to Customer.

**5 Ad Cancellation**. Unless a Policy, the Program user interface, or an agreement referencing these Terms (an "**IO**") provides otherwise, either party may cancel any Ad at any time before the earlier of Ad auction or placement, but if Customer cancels an Ad after a commitment date provided by Google (e.g., a reservation-based campaign), then Customer is responsible for any cancellation fees communicated by Google to Customer, and the Ad may still be published. Cancelled Ads will generally cease serving within 8 business hours or as described in a Policy or IO, and Customer remains obligated to pay all charges resulting from served Ads (e.g., fees based on conversion). Customer must effect cancellation of Ads (i) online through Customer's account, if the functionality is available, (ii) if this functionality is not available, with notice to Google via email to Customer's account representative, or (iii) if this functionality is not available and Customer does not have an account representative, with notice to Google via email to adwords-support@google.com. Customer will not be relieved of any payment obligations for Ads not submitted or submitted by Customer after the due date provided by Google. Google will not be bound by a Customer provided IO.

**6 Warranty, Rights, and Obligations**. Customer warrants that (a) Customer holds, and hereby grants Google, its affiliates and Partners, the rights in Ads, Destinations, and Targets for Google, its affiliates and Partners to operate the Google Programs (including, in the case of feed data, after Customer ceases to use the Programs), and (b) all information and authorizations provided by Customer are complete, correct and current. Customer authorizes Google and its affiliates to automate retrieval and analysis of, and create test credentials to access, Destinations for the purposes of the Programs. By providing any mobile or other telephone number to Google in connection with the Programs, Customer authorizes Google, its affiliates and their agents to call and send text messages (for which standard message and data rates may apply) to the provided telephone numbers, including by an automatic telephone dialing system, for purposes of the Programs. However, Google will not rely on this permission to initiate autodialed calls or text messages for marketing purposes. Customer further authorizes Google, its affiliates and their agents to send electronic mail to Customer for purposes of the Programs. Customer warrants that it is authorized to act on behalf of, and has bound to these Terms, each third party, if any, for which Customer advertises in connection with these Terms ("**Advertiser**") and any references to Customer in these Terms will also apply to Advertiser, as applicable. If for any reason Customer has not bound an Advertiser to these Terms, Customer will be liable for performing any obligation Advertiser would have had under these Terms had Advertiser been bound. If Customer is using a Program on its own behalf to advertise, for that use Customer will be deemed to be both Customer and Advertiser. Customer will provide Advertiser with reporting data no less than on a monthly basis, that discloses absolute dollars spent on Google and performance (at a minimum cost, clicks and impressions of users on the account of that Advertiser) in a reasonably prominent location. Google may, upon request of an Advertiser, share Advertiser-specific information with Advertiser.

**7 Make-Goods**. For reservation-based Display Ads, Google will deliver any agreed on aggregate number of Display Ads by the end of the campaign, but if Google fails to do so, then Customer's sole remedy is to make a claim during the Claim Period. If Google confirms the accuracy of the claim, then Google will not charge

Customer for the undelivered Display Ads or, if Customer has already paid, at Google's reasonable discretion, Google will provide for (i) advertising credits, which must be used by the Use-By Date, (ii) placement of the Display Ads in a position Google deems comparable within 60 days of Google's confirmation of the accuracy of the claim or (iii) an extension of the term of the campaign. Google cannot assure that any auction-based Ads will be delivered and therefore make-goods do not apply to auction-based Ads.

**8 Payment**. Customer will pay all charges incurred in connection with a Program, using a payment method approved by Google for that Customer (as modified from time to time), within a commercially reasonable time period specified by Google (e.g., in the Program user interface or IO). Late payments bear interest at the rate of 1.5% per month (or the highest rate permitted by law, if less). Charges are exclusive of taxes. Customer will pay (i) all taxes and other government charges and (ii) reasonable expenses and legal fees Google incurs in collecting late payments that are not disputed in good faith. Charges are based on the billing criteria under the applicable Program (e.g., based on clicks, impressions, or conversions). Any portion of a charge not disputed in good faith must be paid in full. No party may offset any payment due under these Terms against any other payment to be made under these Terms. Google may, in its sole discretion, extend, revise or revoke credit at any time. Google is not obligated to deliver any Ads in excess of any credit limit. If Google does not deliver Ads to the selected Targets or Destinations, then Customer's sole remedy is to make a claim for advertising credits within the Claim Period, after which Google will issue the credits following claim validation which must be used by the Use-By Date. Customer understands that third parties may generate impressions or clicks on Customer's Ads for prohibited or improper purposes and if that happens, Customer's sole remedy is to make a claim for advertising credits within the Claim Period, after which Google will issue the credits following claim validation, which must be used by the Use-By Date. TO THE FULLEST EXTENT PERMITTED BY LAW, (A) CUSTOMER WAIVES ALL CLAIMS RELATING TO ANY PROGRAM CHARGES UNLESS A CLAIM IS MADE WITHIN THE CLAIM PERIOD AND (B) THE ISSUANCE OF ADVERTISING CREDITS (IF ANY) IS AT GOOGLE'S REASONABLE DISCRETION AND IF ISSUED, MUST BE USED BY THE USE-BY DATE.

**9 Disclaimers**. TO THE FULLEST EXTENT PERMITTED BY LAW, GOOGLE, ON BEHALF OF ITSELF AND ITS PARTNERS AND AFFILIATES, DISCLAIMS ALL WARRANTIES, WHETHER IMPLIED, STATUTORY OR OTHERWISE, INCLUDING FOR NON-INFRINGEMENT, SATISFACTORY QUALITY, MERCHANTABILITY AND FITNESS FOR ANY PURPOSE, AS WELL AS ANY WARRANTIES ARISING OUT OF ANY COURSE OF DEALING OR USAGE OF TRADE. TO THE FULLEST EXTENT PERMITTED BY LAW, THE PROGRAMS AND GOOGLE AND PARTNER PROPERTIES ARE PROVIDED "AS IS," "AS AVAILABLE" AND "WITH ALL FAULTS," AND CUSTOMER USES THEM AT ITS OWN RISK. GOOGLE, ITS AFFILIATES, AND ITS PARTNERS DO NOT MAKE ANY GUARANTEE IN CONNECTION WITH THE PROGRAMS OR PROGRAM RESULTS. GOOGLE MAKES NO PROMISE TO INFORM CUSTOMER OF DEFECTS OR ERRORS.

**10 Limitation of Liability**. EXCEPT FOR SECTION 11 AND CUSTOMER'S BREACHES OF SECTIONS 3(A), 14(E) OR THE LAST SENTENCE OF SECTION 1, TO THE FULLEST EXTENT PERMITTED BY LAW REGARDLESS OF THE THEORY OR TYPE OF CLAIM: (a) GOOGLE, CUSTOMER, AND THEIR RESPECTIVE AFFILIATES WILL NOT BE HELD LIABLE UNDER THESE TERMS OR ARISING OUT OF OR RELATED TO THESE TERMS FOR ANY DAMAGES OTHER THAN DIRECT DAMAGES, EVEN IF THE PARTY IS AWARE OR SHOULD KNOW THAT SUCH OTHER TYPES OF DAMAGES ARE POSSIBLE AND EVEN IF DIRECT DAMAGES DO NOT SATISFY A REMEDY; AND (b) OTHER THAN CUSTOMER'S PAYMENT OBLIGATIONS UNDER THESE TERMS, GOOGLE, CUSTOMER, AND THEIR RESPECTIVE AFFILIATES WILL NOT BE HELD LIABLE FOR DAMAGES UNDER THESE TERMS OR ARISING OUT OF OR RELATED TO PERFORMANCE OF THESE TERMS FOR ANY GIVEN EVENT OR SERIES OF CONNECTED EVENTS IN THE AGGREGATE OF MORE THAN THE AMOUNT PAYABLE TO GOOGLE BY CUSTOMER UNDER THE TERMS IN THE THIRTY DAYS BEFORE THE DATE OF THE ACTIVITY FIRST GIVING RISE TO THE CLAIM.

**11 Indemnification**. Customer will defend and indemnify Google, its Partners, agents, affiliates, and licensors against all liabilities, damages, losses, costs, fees (including legal fees), and expenses relating to any third-party allegation or legal proceeding to the extent arising out of or related to Ads, Targets, Destinations, Services, Use

or any breach of these Terms by Customer. Partners are intended third-party beneficiaries of this Section.

**12 Changes to Terms**. Google may make non-material changes to these Terms at any time without notice, but Google will provide advance notice of any material changes to these Terms. The Terms will be posted at google.com/ads/terms. Other than changes made under Section 13(G), the changes to the Terms will not apply retroactively and will become effective 7 days after posting. However, changes made for legal reasons will be effective immediately upon notice. Either party may terminate these Terms at any time with notice to the other party, but (i) campaigns not cancelled under Section 5 and new campaigns may be run and reserved and (ii) continued Program Use is, in each case, subject to Google's terms and conditions then in effect for the Programs (available at google.com/ads/terms). Google may suspend Customer's ability to participate in the Programs at any time. In all cases, the running of any Customer campaigns after termination is in Google's sole discretion.

**13 Dispute Resolution Agreement**.

**A. Arbitration of disputes**. Google, Customer, and Advertiser agree to arbitrate all disputes and claims between Google and Customer or between Google and Advertiser that arise out of or relate in any way to the Programs or these Terms. This agreement to arbitrate (**"Dispute Resolution Agreement"** or **"Section 13"**) is intended to be broadly interpreted and includes, for example:

  i. claims brought under any legal theory;
  ii. claims that arose before Customer or Advertiser first accepted any version of these Terms containing an arbitration provision;
  iii. claims that may arise after the termination of Customer's or Advertiser's Use of the Programs;
  iv. claims brought by or against Google, Google affiliates that provide the Programs to Customer or Advertiser, Google parent companies, and the respective officers, directors, employees, agents, predecessors, successors, and assigns of these entities; and
  v. claims brought by or against Customer or Advertiser, the respective affiliates and parent companies of Customer or Advertiser, and the respective officers, directors, employees, agents, predecessors, successors, and assigns of these entities.

This Dispute Resolution Agreement does not preclude any party from seeking an individualized preliminary injunction or temporary restraining order until a claim is arbitrated, or from bringing an individualized action in small claims court, in any court that has jurisdiction; provided that, as limited by Section 13(C) below, the arbitrator will have exclusive jurisdiction to finally resolve claims not within the jurisdiction of a small claims court. Nor does this Dispute Resolution Agreement bar any party from bringing issues to the attention of federal, state, or local agencies.

Google, Customer, and Advertiser agree that, by entering into this arbitration agreement, all parties are waiving their respective rights to a trial by jury or to participate in a class or representative action. The Federal Arbitration Act governs the interpretation and enforcement of this Dispute Resolution Agreement. With respect to all disputes or claims that arise out of or relate in any way to the Programs or these Terms, this Dispute Resolution Agreement supersedes any contrary terms regarding dispute resolution in any other agreement between the parties.

**B. Notice of disputes**. If any party intends to seek arbitration of a dispute, that party must provide the other party with notice in writing (**"Notice of Dispute"**). This Notice of Dispute to Google must be sent to the following address (**"Google's Notice Address"**):

Google LLC
Legal Department - AdWords Arbitration
P.O. Box 580
Mountain View, CA 94041

Google will send notice to Customer or Advertiser at the e-mail and mailing addresses associated with

Customer's account. Customer and Advertiser each agree to receive notice at those addresses. In addition, Customer agrees to notify Advertiser promptly of any such notice. Customer's or Advertiser's Notice of Dispute to Google must provide, as applicable, (a) Customer's or Advertiser's name and mailing address, (b) the email address Customer or Advertiser uses to log into Customer's account, (c) the AdWords Customer ID(s), (d) the Case Number(s) assigned by Google to track previous attempts to resolve the dispute, (e) a description of the dispute, including identification of the relevant campaigns and/or AdGroups, and (f) a statement of the relief requested. If the parties are unable or unwilling to resolve the dispute within 60 days after the Notice of Dispute is submitted, the dispute will be resolved by arbitration upon one party sending the other party or parties and the American Arbitration Association ("AAA") a demand for arbitration. For the avoidance of doubt, no arbitration demand may be submitted until at least 60 days after submission of the Notice of Dispute. Unless the parties agree otherwise, Customer's or Advertiser's demand for arbitration must be sent to Google's Notice Address and entitled "Demand For Arbitration." Google will send demands for arbitration to Customer or Advertiser at the e-mail and mailing addresses associated with Customer's account.

**C. Arbitration procedures**. The arbitration will be governed by the AAA's Commercial Arbitration Rules ("**AAA Rules**"), as modified by these Terms, and will be administered by the AAA. Unless the parties agree otherwise, the Expedited Procedures of the AAA Rules will apply to any claim of $75,000 or less. The AAA Rules are available online at adr.org or by calling the AAA at 1-800-778-7879. If the AAA is unavailable, the parties will agree to another arbitration provider or the court will appoint a substitute. To the fullest extent permitted by applicable law, any evidentiary submissions made in arbitration will be maintained as confidential in the absence of good cause for its disclosure. The arbitrator's award will be maintained as confidential only to the extent necessary to protect either party's trade secrets or proprietary business information or to comply with a legal requirement mandating confidentiality.

Unless the parties agree otherwise, any arbitration hearings will take place in the county (or parish) of Customer's principal place of business (or, if the arbitration is commenced by Advertiser, the county (or parish) of Advertiser's principal place of business). If the value of Customer's or Advertiser's claim is $25,000 or less, Customer or Advertiser may choose whether the arbitration will be conducted solely on the basis of documents submitted to the arbitrator, by telephone, or by an in-person hearing. If the value of Customer's or Advertiser's claim exceeds $25,000, the right to a hearing will be determined by the AAA Rules. Regardless of the manner in which the arbitration is conducted, the arbitrator will issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the decision is based. All issues are for the arbitrator to decide, except that only a court of competent jurisdiction may decide issues relating to the scope and enforceability of this arbitration provision, the arbitrability of disputes, or the interpretation of Section 13(E). The arbitrator will not be bound by rulings in other arbitrations in which Customer or Advertiser is not a party. The arbitrator can award the same individualized damages and relief that a court can award. Judgment on the award may be entered by any court having jurisdiction.

**D. Costs of arbitration**. The AAA's fee schedule is subject to change and may be found in the AAA Rules (available online at adr.org or by calling the AAA at 1-800-778-7879). Google will pay all AAA filing, administrative, and arbitrator fees for any arbitration that Google commences. If Customer or Advertiser commenced arbitration at least 60 days after submitting the Notice of Dispute to Google, and the value of Customer's or Advertiser's claim is $75,000 or less, Google will pay Customer's or Advertiser's share of any such AAA fees. If the value of Customer's or Advertiser's claim is between $75,000 and $300,000, Customer's or Advertiser's share of any such fees will be capped at $200 (unless the law of Customer's or Advertiser's state requires Google to pay all such fees). If the value of Customer's or Advertiser's claim exceeds $300,000, the allocation of AAA fees will be governed by the AAA Rules. But the arbitrator may reallocate the fees to require Google to pay all fees if Customer or Advertiser cannot afford to pay them. If, however, the arbitrator finds that either the substance of Customer's or Advertiser's claim or the relief sought is frivolous or brought for an improper purpose (as measured by the standards in Federal Rule of Civil Procedure 11(b)), then the payment of all AAA fees will be governed by the AAA Rules. In such cases, the arbitrator may direct Customer or Advertiser to reimburse Google for amounts that Google paid on Customer's or Advertiser's behalf.

**E. No class or representative arbitration**. The arbitrator may award declaratory or injunctive relief only in

favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim without affecting other Google users or other customers or advertisers. CUSTOMER, ADVERTISER, AND GOOGLE AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN ITS INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL PROCEEDING. Further, unless all affected parties agree otherwise, the arbitrator may not consolidate more than one Advertiser's or Customer's claims, and may not otherwise preside over any form of a representative or class proceeding. If a court decides that applicable law precludes enforcement of any of this subsection's limitations as to a particular claim for relief, then that claim (and only that claim) must be severed from the arbitration and may be brought in court.

**F. 30-day opt out period.** Customer (both for itself and for any Advertiser that Customer represents) and Advertiser have the right to opt out of this Dispute Resolution Agreement. A Customer or Advertiser who does not wish to be bound by this Dispute Resolution Agreement (including its waiver of class and representative claims) must notify Google as set forth below within 30 days of the first acceptance date of any version of these Terms containing an arbitration provision (unless a longer period is required by applicable law). Customer's or Advertiser's notice to Google under this subsection must be submitted via webform available at adwords.google.com/nav/arbitration. An opt-out notice does not revoke or otherwise affect any previous arbitration agreement between Customer and Google or between Advertiser and Google.

**G. Future changes to Dispute Resolution Agreement.** If Google makes any changes to this Dispute Resolution Agreement (other than a change to Google's Notice Address), Customer or Advertiser may reject any such change by notifying Google via webform as set forth in Section 13(F) within 30 days of the change. It is not necessary to submit a rejection of the future change to this Dispute Resolution Agreement if Customer or Advertiser had properly opted out of arbitration in compliance with the requirements of Section 13(F). By rejecting a future change, Customer or Advertiser is agreeing that it will arbitrate any dispute in accordance with the language of this Dispute Resolution Agreement, as modified by any changes that Customer or Advertiser did not reject.

**14 Miscellaneous.** (a) ALL CLAIMS ARISING OUT OF OR RELATING TO THESE TERMS OR THE PROGRAMS WILL BE GOVERNED BY CALIFORNIA LAW, EXCLUDING CALIFORNIA'S CONFLICT OF LAWS RULES, EXCEPT TO THE EXTENT THAT CALIFORNIA LAW IS CONTRARY TO OR PREEMPTED BY FEDERAL LAW. (b) EXCEPT AS PROVIDED IN SECTION 13, ALL CLAIMS ARISING OUT OF OR RELATING TO THESE TERMS OR THE PROGRAMS WILL BE LITIGATED EXCLUSIVELY IN THE FEDERAL OR STATE COURTS OF SANTA CLARA COUNTY, CALIFORNIA; THE PARTIES CONSENT TO PERSONAL JURISDICTION IN THESE COURTS. (c) Customer will not seek an injunction based on patent infringement in connection with the Programs in any proceeding filed while these Terms are in effect, and for one year after any termination of these Terms. (d) These Terms are the parties' entire agreement relating to their subject matter and supersede any prior or contemporaneous agreements on those subjects. (e) Customer may not make any public statement regarding the relationship contemplated by these Terms (except when required by law). (f) Except as provided in Section 13, all notices of termination or breach must be in writing and addressed to the other party's Legal Department (or if it is not known if the other party has a Legal Department then to the other party's primary contact or other address on file). The email address for notices being sent to Google's Legal Department is legal-notices@google.com. Except as provided in Section 13, all other notices to Customer will be in writing and sent to an email address associated with Customer's account. Except as provided in Section 13, all other notices to Google will be in writing and addressed to Customer's primary contact at Google or other method made available by Google. Notice will be treated as given on receipt, as confirmed by written or electronic means. These notice requirements do not apply to legal service of process, which is instead governed by applicable law, nor do they apply to Section 13. (g) Except for modifications to these Terms by Google under Section 12, any amendment must be agreed to by both parties and must expressly state that it is amending these Terms. Neither party will be treated as having waived any rights by not exercising (or by delaying the exercise of) any rights under these Terms. Except as provided in Section 13(E), if any provision of these Terms is found unenforceable, that provision will be severed and the balance of the Terms will remain in full force and effect. (h) Neither party may assign any of its rights or obligations under these Terms

without the written consent of the other party, except to an affiliate but only where (I) the assignee agrees in writing to be bound by these Terms, (II) the assigning party remains liable for obligations under these Terms if the assignee defaults on them, and (III) the assigning party has notified the other party of the assignment. Any other attempt to transfer or assign is void. (i) Except as provided in Sections 11 and 13, there are no third-party beneficiaries to these Terms. (j) These Terms do not create any agency, partnership or joint venture among the parties. (k) Sections 1 (last sentence only) and 8 through 14 will survive termination of these Terms. (l) Except for payment obligations, no party or its affiliates are liable for failure or delay in performance to the extent caused by circumstances beyond its reasonable control.

*April 16, 2018*

# EXHIBIT E

**Google LLC Advertising Program Terms**

These Google LLC Advertising Program Terms ("**Terms**") are entered into by Google LLC ("**Google**") and the entity executing these Terms or that accepts these Terms electronically ("**Customer**"). These Terms govern Customer's participation in Google's advertising programs and services (i) that are accessible through the account(s) given to Customer in connection with these Terms or (ii) that incorporate by reference these Terms (collectively, "**Programs**"). **Please read these Terms carefully. They require the use of binding individual arbitration to resolve disputes rather than jury trials or class actions. If Customer wishes, Customer may opt out of the requirement to arbitrate disputes by following the instructions in Section 13(F) below within 30 days of the first acceptance date of any version of these Terms containing an arbitration provision.**

**1 Programs**. Customer authorizes Google and its affiliates to place Customer's advertising materials, feed data, and technology (collectively, "**Ads**" or "**Creative**") on any content or property (each a "**Property**") provided by Google or its affiliates on behalf of Google or, as applicable, a third party ("**Partner**"). Customer is solely responsible for all: (i) Ads, (ii) Ads trafficking or targeting decisions (e.g., keywords) ("**Targets**"), (iii) destinations to which Ads direct viewers (e.g., landing pages, mobile applications) along with the related URLs, waypoints, and redirects ("**Destinations**"), and (iv) services and products advertised on Destinations (collectively, "**Services**"). The Program is an advertising platform on which Customer authorizes Google and its affiliates to use automated tools to format Ads. Google and its affiliates may also make available to Customer certain optional Program features to assist Customer with the selection or generation of Targets, Ads, or Destinations. Customer is not required to authorize use of these optional features and, as applicable, may opt-in to or opt-out of usage of these features. However, if Customer uses these features, then Customer will be solely responsible for the Targets, Ads, and Destinations. Google and its affiliates or Partners may reject or remove a specific Target, Ad, or Destination at any time for any or no reason. Google and its affiliates may modify or cancel Programs at any time. Customer acknowledges that Google or its affiliates may participate in Program auctions in support of its own services and products. Some Program features are identified as "**Beta**" or as otherwise unsupported or confidential ("**Beta Features**"). Customer may not disclose any information from Beta Features or the terms or existence of any non-public Beta Features.

**2 Policies**. Customer is solely responsible for its use of the Programs (e.g., access to and use of Program accounts and safeguarding usernames and passwords) ("**Use**"). Program Use is subject to applicable Google policies available at google.com/ads/policies, and all other policies made available by Google to Customer, including Partner policies, and to the extent applicable, the Google EU User Consent Policy at privacy.google.com/businesses/userconsentpolicy (in each case, as modified from time to time, "**Policies**"). Customer also authorizes Google to modify Ads as described in Policies. In connection with the Program, Google will comply with the Google Privacy Policy available at google.com/policies/privacy (as modified from time to time). To the extent Program Use is within scope, Google and Customer agree, as applicable, to the (i) Google Ads Controller-Controller Data Protection Terms at privacy.google.com/businesses/controllerterms; or (ii) Google Ads Data Processing Terms at privacy.google.com/businesses/processorterms (collectively the "**EU Data Terms**"). Google will not modify the EU Data Terms, except as expressly permitted under the EU Data Terms. Customer will not, and will not authorize any third party to, (i) generate automated, fraudulent or otherwise invalid impressions, inquiries, clicks or conversions, (ii) conceal conversions for Programs where they are required to be disclosed, (iii) use any automated means or form of scraping or data extraction to access, query or otherwise collect Google advertising-related information from any Property except as expressly permitted by Google, or (iv) attempt to interfere with the functioning of the Programs. Customer will direct communications regarding Ads on Partner Properties under these Terms only to Google.

**3 Ad Serving**. (a) Customer will not provide Ads that contain or connect to malware, spyware, unwanted software or any other malicious code, or knowingly breach or circumvent any Program security measure. (b) Customer may utilize an Ad server solely for serving or tracking Ads under Programs that permit third-party Ad serving and only if the Ad server has been authorized by Google to participate in the Program. Google will implement Customer's Ad server tags so that they are functional. (c) For online display Ad impressions billed on a CPM or vCPM basis ("**Display Ads**"), if Google's applicable impression count ("**IC**") for a Program is higher than Customer's third-party Ad server ("**3PAS**") IC by more than 10% over the invoice period, Customer will

facilitate reconciliation efforts between Google and 3PAS. If this discrepancy is not resolved, Customer's sole remedy is to make a claim within 60 days after the invoice date ("**Claim Period**"). If Google determines that the claim is valid, then Google will issue to Customer advertising credits equal to (90% of Google's IC minus 3PAS's IC), multiplied by Google's reported campaign average CPM or vCPM, as applicable, over the invoice period. Any advertising credits issued must be used by Customer within 60 days of issuance ("**Use-By Date**") and Google may suspend Customer's permission to utilize that 3PAS provider and may suspend or void the effectiveness of the discrepancy resolution provisions of this Section for that 3PAS provider. Metrics from 3PAS whose Ad server tags are provided to Google will be used in the above discrepancy resolution calculations. Google may require that discrepancy records be provided directly by 3PAS to Google. Customer will not be credited for discrepancies caused by 3PAS's inability to serve Ads.

**4 Testing**. Customer authorizes Google and its affiliates to periodically conduct tests that may affect Customer's Use of Programs, including Ad formatting, Targets, Destinations, quality, ranking, performance, pricing, and auction-time bid adjustments. To ensure the timeliness and validity of test results, Customer authorizes Google to conduct such tests without notice or compensation to Customer.

**5 Ad Cancellation**. Unless a Policy, the Program user interface, or an agreement referencing these Terms (an "**IO**") provides otherwise, either party may cancel any Ad at any time before the earlier of Ad auction or placement, but if Customer cancels an Ad after a commitment date provided by Google (e.g., a reservation-based campaign), then Customer is responsible for any cancellation fees communicated by Google to Customer, and the Ad may still be published. Cancelled Ads will generally cease serving within 8 business hours or as described in a Policy or IO, and Customer remains obligated to pay all charges resulting from served Ads (e.g., fees based on conversion). Customer must effect cancellation of Ads (i) online through Customer's account, if the functionality is available, (ii) if this functionality is not available, with notice to Google via email to Customer's account representative, or (iii) if this functionality is not available and Customer does not have an account representative, with notice to Google via email to adwords-support@google.com. Customer will not be relieved of any payment obligations for Ads not submitted or submitted by Customer after the due date provided by Google. Google will not be bound by a Customer provided IO.

**6 Warranty, Rights, and Obligations**. Customer warrants that (a) Customer holds, and hereby grants Google, its affiliates and Partners, the rights in Ads, Destinations, and Targets for Google, its affiliates and Partners to operate the Google Programs (including, in the case of feed data, after Customer ceases to use the Programs), and (b) all information and authorizations provided by Customer are complete, correct and current. Customer authorizes Google and its affiliates to automate retrieval and analysis of, and create test credentials to access, Destinations for the purposes of the Programs. By providing any mobile or other telephone number to Google in connection with the Programs, Customer authorizes Google, its affiliates and their agents to call and send text messages (for which standard message and data rates may apply) to the provided telephone numbers, including by an automatic telephone dialing system, for purposes of the Programs. However, Google will not rely on this permission to initiate autodialed calls or text messages for marketing purposes. Customer further authorizes Google, its affiliates and their agents to send electronic mail to Customer for purposes of the Programs. Customer warrants that it is authorized to act on behalf of, and has bound to these Terms, each third party, if any, for which Customer advertises in connection with these Terms ("**Advertiser**") and any references to Customer in these Terms will also apply to Advertiser, as applicable. If for any reason Customer has not bound an Advertiser to these Terms, Customer will be liable for performing any obligation Advertiser would have had under these Terms had Advertiser been bound. If Customer is using a Program on its own behalf to advertise, for that use Customer will be deemed to be both Customer and Advertiser. Customer will provide Advertiser with reporting data no less than on a monthly basis, that discloses absolute dollars spent on Google and performance (at a minimum cost, clicks and impressions of users on the account of that Advertiser) in a reasonably prominent location. Google may, upon request of an Advertiser, share Advertiser-specific information with Advertiser.

**7 Make-Goods**. For reservation-based Display Ads, Google will deliver any agreed on aggregate number of Display Ads by the end of the campaign, but if Google fails to do so, then Customer's sole remedy is to make a claim during the Claim Period. If Google confirms the accuracy of the claim, then Google will not charge Customer for the undelivered Display Ads or, if Customer has already paid, at Google's reasonable discretion,

Google will provide for (i) advertising credits, which must be used by the Use-By Date, (ii) placement of the Display Ads in a position Google deems comparable within 60 days of Google's confirmation of the accuracy of the claim or (iii) an extension of the term of the campaign. Google cannot assure that any auction-based Ads will be delivered and therefore make-goods do not apply to auction-based Ads.

**8 Payment**. Customer will pay all charges incurred in connection with a Program, using a payment method approved by Google for that Customer (as modified from time to time), within a commercially reasonable time period specified by Google (e.g., in the Program user interface or IO). Late payments bear interest at the rate of 1.5% per month (or the highest rate permitted by law, if less). Charges are exclusive of taxes. Customer will pay (i) all taxes and other government charges and (ii) reasonable expenses and legal fees Google incurs in collecting late payments that are not disputed in good faith. Charges are based on the billing criteria under the applicable Program (e.g., based on clicks, impressions, or conversions). Any portion of a charge not disputed in good faith must be paid in full. No party may offset any payment due under these Terms against any other payment to be made under these Terms. Google may, in its sole discretion, extend, revise or revoke credit at any time. Google is not obligated to deliver any Ads in excess of any credit limit. If Google does not deliver Ads to the selected Targets or Destinations, then Customer's sole remedy is to make a claim for advertising credits within the Claim Period, after which Google will issue the credits following claim validation which must be used by the Use-By Date. Customer understands that third parties may generate impressions or clicks on Customer's Ads for prohibited or improper purposes and if that happens, Customer's sole remedy is to make a claim for advertising credits within the Claim Period, after which Google will issue the credits following claim validation, which must be used by the Use-By Date. TO THE FULLEST EXTENT PERMITTED BY LAW, (A) CUSTOMER WAIVES ALL CLAIMS RELATING TO ANY PROGRAM CHARGES UNLESS A CLAIM IS MADE WITHIN THE CLAIM PERIOD AND (B) THE ISSUANCE OF ADVERTISING CREDITS (IF ANY) IS AT GOOGLE'S REASONABLE DISCRETION AND IF ISSUED, MUST BE USED BY THE USE-BY DATE.

**9 Disclaimers**. TO THE FULLEST EXTENT PERMITTED BY LAW, GOOGLE, ON BEHALF OF ITSELF AND ITS PARTNERS AND AFFILIATES, DISCLAIMS ALL WARRANTIES, WHETHER IMPLIED, STATUTORY OR OTHERWISE, INCLUDING FOR NON-INFRINGEMENT, SATISFACTORY QUALITY, MERCHANTABILITY AND FITNESS FOR ANY PURPOSE, AS WELL AS ANY WARRANTIES ARISING OUT OF ANY COURSE OF DEALING OR USAGE OF TRADE. TO THE FULLEST EXTENT PERMITTED BY LAW, THE PROGRAMS AND GOOGLE AND PARTNER PROPERTIES ARE PROVIDED "AS IS," "AS AVAILABLE" AND "WITH ALL FAULTS," AND CUSTOMER USES THEM AT ITS OWN RISK. GOOGLE, ITS AFFILIATES, AND ITS PARTNERS DO NOT MAKE ANY GUARANTEE IN CONNECTION WITH THE PROGRAMS OR PROGRAM RESULTS. GOOGLE MAKES NO PROMISE TO INFORM CUSTOMER OF DEFECTS OR ERRORS.

**10 Limitation of Liability**. EXCEPT FOR SECTION 11 AND CUSTOMER'S BREACHES OF SECTIONS 3(A), 14(E) OR THE LAST SENTENCE OF SECTION 1, TO THE FULLEST EXTENT PERMITTED BY LAW REGARDLESS OF THE THEORY OR TYPE OF CLAIM: (a) GOOGLE, CUSTOMER, AND THEIR RESPECTIVE AFFILIATES WILL NOT BE HELD LIABLE UNDER THESE TERMS OR ARISING OUT OF OR RELATED TO THESE TERMS FOR ANY DAMAGES OTHER THAN DIRECT DAMAGES, EVEN IF THE PARTY IS AWARE OR SHOULD KNOW THAT SUCH OTHER TYPES OF DAMAGES ARE POSSIBLE AND EVEN IF DIRECT DAMAGES DO NOT SATISFY A REMEDY; AND (b) OTHER THAN CUSTOMER'S PAYMENT OBLIGATIONS UNDER THESE TERMS, GOOGLE, CUSTOMER, AND THEIR RESPECTIVE AFFILIATES WILL NOT BE HELD LIABLE FOR DAMAGES UNDER THESE TERMS OR ARISING OUT OF OR RELATED TO PERFORMANCE OF THESE TERMS FOR ANY GIVEN EVENT OR SERIES OF CONNECTED EVENTS IN THE AGGREGATE OF MORE THAN THE AMOUNT PAYABLE TO GOOGLE BY CUSTOMER UNDER THE TERMS IN THE THIRTY DAYS BEFORE THE DATE OF THE ACTIVITY FIRST GIVING RISE TO THE CLAIM.

**11 Indemnification**. Customer will defend and indemnify Google, its Partners, agents, affiliates, and licensors against all liabilities, damages, losses, costs, fees (including legal fees), and expenses relating to any third-party allegation or legal proceeding to the extent arising out of or related to Ads, Targets, Destinations, Services, Use or any breach of these Terms by Customer. Partners are intended third-party beneficiaries of this Section.

**12 Changes to Terms**. Google may make non-material changes to these Terms at any time without notice, but Google will provide advance notice of any material changes to these Terms. The Terms will be posted at google.com/ads/terms. Other than changes made under Section 13(G), the changes to the Terms will not apply retroactively and will become effective 7 days after posting. However, changes made for legal reasons will be effective immediately upon notice. Either party may terminate these Terms at any time with notice to the other party, but (i) campaigns not cancelled under Section 5 and new campaigns may be run and reserved and (ii) continued Program Use is, in each case, subject to Google's terms and conditions then in effect for the Programs (available at google.com/ads/terms). Google may suspend Customer's ability to participate in the Programs at any time. In all cases, the running of any Customer campaigns after termination is in Google's sole discretion.

**13 Dispute Resolution Agreement**.

**A. Arbitration of disputes**. Google, Customer, and Advertiser agree to arbitrate all disputes and claims between Google and Customer or between Google and Advertiser that arise out of or relate in any way to the Programs or these Terms. This agreement to arbitrate (**"Dispute Resolution Agreement"** or **"Section 13"**) is intended to be broadly interpreted and includes, for example:

1. claims brought under any legal theory;
2. claims that arose before Customer or Advertiser first accepted any version of these Terms containing an arbitration provision;
3. claims that may arise after the termination of Customer's or Advertiser's Use of the Programs;
4. claims brought by or against Google, Google affiliates that provide the Programs to Customer or Advertiser, Google parent companies, and the respective officers, directors, employees, agents, predecessors, successors, and assigns of these entities; and
5. claims brought by or against Customer or Advertiser, the respective affiliates and parent companies of Customer or Advertiser, and the respective officers, directors, employees, agents, predecessors, successors, and assigns of these entities.

This Dispute Resolution Agreement does not preclude any party from seeking an individualized preliminary injunction or temporary restraining order until a claim is arbitrated, or from bringing an individualized action in small claims court, in any court that has jurisdiction; provided that, as limited by Section 13(C) below, the arbitrator will have exclusive jurisdiction to finally resolve claims not within the jurisdiction of a small claims court. Nor does this Dispute Resolution Agreement bar any party from bringing issues to the attention of federal, state, or local agencies.

Google, Customer, and Advertiser agree that, by entering into this arbitration agreement, all parties are waiving their respective rights to a trial by jury or to participate in a class or representative action. The Federal Arbitration Act governs the interpretation and enforcement of this Dispute Resolution Agreement. With respect to all disputes or claims that arise out of or relate in any way to the Programs or these Terms, this Dispute Resolution Agreement supersedes any contrary terms regarding dispute resolution in any other agreement between the parties.

**B. Notice of disputes**. If any party intends to seek arbitration of a dispute, that party must provide the other party with notice in writing (**"Notice of Dispute"**). This Notice of Dispute to Google must be sent to the following address (**"Google's Notice Address"**):

Google LLC

Legal Department - Google Ads Arbitration

c/o Corporation Service Company

2710 Gateway Oaks Drive, Suite 150N

Sacramento, CA 95833

Google will send notice to Customer or Advertiser at the e-mail and mailing addresses associated with Customer's account. Customer and Advertiser each agree to receive notice at those addresses. In addition, Customer agrees to notify Advertiser promptly of any such notice. Customer's or Advertiser's Notice of Dispute to Google must provide, as applicable, (a) Customer's or Advertiser's name and mailing address, (b) the email address Customer or Advertiser uses to log into Customer's account, (c) the Google Ads Customer ID(s), (d) the Case Number(s) assigned by Google to track previous attempts to resolve the dispute, (e) a description of the dispute, including identification of the relevant campaigns and/or AdGroups, and (f) a statement of the relief requested. If the parties are unable or unwilling to resolve the dispute within 60 days after the Notice of Dispute is submitted, the dispute will be resolved by arbitration upon one party sending the other party or parties and the American Arbitration Association ("AAA") a demand for arbitration. For the avoidance of doubt, no arbitration demand may be submitted until at least 60 days after submission of the Notice of Dispute. Unless the parties agree otherwise, Customer's or Advertiser's demand for arbitration must be sent to Google's Notice Address and entitled "Demand for Arbitration." Google will send demands for arbitration to Customer or Advertiser at the e-mail and mailing addresses associated with Customer's account.

**C. Arbitration procedures**. The arbitration will be governed by the AAA's Commercial Arbitration Rules ("**AAA Rules**"), as modified by these Terms, and will be administered by the AAA. Unless the parties agree otherwise, the Expedited Procedures of the AAA Rules will apply to any claim of $75,000 or less. The AAA Rules are available online at adr.org. If the AAA is unavailable, the parties will agree to another arbitration provider or the court will appoint a substitute. To the fullest extent permitted by applicable law, any evidentiary submissions made in arbitration will be maintained as confidential in the absence of good cause for its disclosure. The arbitrator's award will be maintained as confidential only to the extent necessary to protect either party's trade secrets or proprietary business information or to comply with a legal requirement mandating confidentiality.

Unless the parties agree otherwise, any arbitration hearings will take place in the county (or parish) where Customer's principal place of business (or, if the arbitration is commenced by Advertiser, the county (or parish) of Advertiser's principal place of business. If the value of Customer's or Advertiser's claim is $25,000 or less, Customer or Advertiser may choose whether the arbitration will be conducted solely on the basis of documents submitted to the arbitrator, by telephone, or by an in-person hearing. If the value of Customer's or Advertiser's claim exceeds $25,000, the right to a hearing will be determined by the AAA Rules. Regardless of the manner in which the arbitration is conducted, the arbitrator will issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the decision is based. All issues are for the arbitrator to decide, except that only a court of competent jurisdiction may decide issues relating to the scope and enforceability of this arbitration provision, the arbitrability of disputes, or the interpretation of Section 13(E). The arbitrator will not be bound by rulings in other arbitrations in which Customer or Advertiser is not a party. The arbitrator can award the same individualized damages and relief that a court can award. Judgment on the award may be entered by any court having jurisdiction.

**D. Costs of arbitration**. The AAA's fee schedule is subject to change and may be found in the AAA Rules (available online at adr.org or by calling the AAA at 1-800-778-7879). Google will pay all AAA filing, administrative, and arbitrator fees for any arbitration that Google commences. If Customer or Advertiser commenced arbitration at least 60 days after submitting the Notice of Dispute to Google, and the value of Customer's or Advertiser's claim is $75,000 or less, Google will pay Customer's or Advertiser's share of any such AAA fees. If the value of Customer's or Advertiser's claim is between $75,000 and $300,000, Customer's or Advertiser's share of any such fees will be capped at $200 (unless the law of Customer's or Advertiser's state requires Google to pay all such fees). If the value of Customer's or Advertiser's claim exceeds $300,000, the allocation of AAA fees will be governed by the AAA Rules. But the arbitrator may reallocate the fees to require Google to pay all fees if Customer or Advertiser cannot afford to pay them. If, however, the arbitrator finds that either the substance of Customer's or Advertiser's claim or the relief sought is frivolous or brought for an improper purpose (as measured by the standards in Federal Rule of Civil Procedure 11(b)), then the payment of all AAA fees will be governed by the AAA Rules. In such cases, the arbitrator may direct Customer or Advertiser to reimburse Google for amounts that Google paid on Customer's or Advertiser's behalf.

**E. No class or representative arbitration**. The arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim without affecting other Google users or other customers or advertisers. CUSTOMER, ADVERTISER, AND GOOGLE AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN ITS INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL PROCEEDING. Further, unless all affected parties agree otherwise, the arbitrator may not consolidate more than one Advertiser's or Customer's claims, and may not otherwise preside over any form of a representative or class proceeding. If a court decides that applicable law precludes enforcement of any of this subsection's limitations as to a particular claim for relief, then that claim (and only that claim) must be severed from the arbitration and may be brought in court.

**F. 30-day opt out period**. Customer (both for itself and for any Advertiser that Customer represents) and Advertiser have the right to opt out of this Dispute Resolution Agreement. A Customer or Advertiser who does not wish to be bound by this Dispute Resolution Agreement (including its waiver of class and representative claims) must notify Google as set forth below within 30 days of the first acceptance date of any version of these Terms containing an arbitration provision (unless a longer period is required by applicable law). Customer's or Advertiser's notice to Google under this subsection must be submitted via webform available at adwords.google.com/nav/arbitration. An opt-out notice does not revoke or otherwise affect any previous arbitration agreement between Customer and Google or between Advertiser and Google.

**G. Future changes to Dispute Resolution Agreement**. If Google makes any changes to this Dispute Resolution Agreement (other than a change to Google's Notice Address), Customer or Advertiser may reject any such change by notifying Google via webform as set forth in Section 13(F) within 30 days of the change. It is not necessary to submit a rejection of the future change to this Dispute Resolution Agreement if Customer or Advertiser had properly opted out of arbitration in compliance with the requirements of Section 13(F). By rejecting a future change, Customer or Advertiser is agreeing that it will arbitrate any dispute in accordance with the language of this Dispute Resolution Agreement, as modified by any changes that Customer or Advertiser did not reject.

**14 Miscellaneous**. (a) ALL CLAIMS ARISING OUT OF OR RELATING TO THESE TERMS OR THE PROGRAMS WILL BE GOVERNED BY CALIFORNIA LAW, EXCLUDING CALIFORNIA'S CONFLICT OF LAWS RULES, EXCEPT TO THE EXTENT THAT CALIFORNIA LAW IS CONTRARY TO OR PREEMPTED BY FEDERAL LAW. (b) EXCEPT AS PROVIDED IN SECTION 13, ALL CLAIMS ARISING OUT OF OR RELATING TO THESE TERMS OR THE PROGRAMS WILL BE LITIGATED EXCLUSIVELY IN THE FEDERAL OR STATE COURTS OF SANTA CLARA COUNTY, CALIFORNIA; THE PARTIES CONSENT TO PERSONAL JURISDICTION IN THESE COURTS. (c) Customer will not seek an injunction based on patent infringement in connection with the Programs in any proceeding filed while these Terms are in effect, and for one year after any termination of these Terms. (d) These Terms are the parties' entire agreement relating to their subject matter and supersede any prior or contemporaneous agreements on those subjects. (e) Customer may not make any public statement regarding the relationship contemplated by these Terms (except when required by law). (f) Except as provided in Section 13, all notices of termination or breach must be in writing and addressed to the other party's Legal Department (or if it is not known if the other party has a Legal Department then to the other party's primary contact or other address on file). The email address for notices being sent to Google's Legal Department is legal-notices@google.com. Except as provided in Section 13, all other notices to Customer will be in writing and sent to an email address associated with Customer's account. Except as provided in Section 13, all other notices to Google will be in writing and addressed to Customer's primary contact at Google or other method made available by Google. Notice will be treated as given on receipt, as confirmed by written or electronic means. These notice requirements do not apply to legal service of process, which is instead governed by applicable law, nor do they apply to Section 13. (g) Except for modifications to these Terms by Google under Section 12, any amendment must be agreed to by both parties and must expressly state that it is amending these Terms. Neither party will be treated as having waived any rights by not exercising (or by delaying the exercise of) any rights under these Terms. Except as provided in Section 13(E), if any provision of these Terms is found unenforceable, that provision will be severed and the balance of the Terms will

remain in full force and effect. (h) Neither party may assign any of its rights or obligations under these Terms without the written consent of the other party, except to an affiliate but only where (I) the assignee agrees in writing to be bound by these Terms, (II) the assigning party remains liable for obligations under these Terms if the assignee defaults on them, and (III) the assigning party has notified the other party of the assignment. Any other attempt to transfer or assign is void. (i) Except as provided in Sections 11 and 13, there are no third-party beneficiaries to these Terms. (j) These Terms do not create any agency, partnership or joint venture among the parties. (k) Sections 1 (last sentence only) and 8 through 14 will survive termination of these Terms. (l) Except for payment obligations, no party or its affiliates are liable for failure or delay in performance to the extent caused by circumstances beyond its reasonable control.

*November 1, 2019*

# EXHIBIT F



matt
CID 220344202
Sales info
Unassigned
Internal
Find a customer
OPS CONTROL CENTER
Google Ads
Search for a page or campaign
Appearance
Refresh
Help
Notifications
[redacted]
1 / 4
Complete payments account activity - You need to complete any refunds and pay any outstanding charges.
Hide
Fix it
Create
Campaigns
Goals
Tools
Billing
Admin
Account settings
Preferences
Notifications
Access and security
Preferences
All time
Apr 28, 2017 – Mar 19, 2024
Show last 30 days
These apply only to the users that have access to this account.
Account name
KININ
Time zone
(GMT-07:00) Pacific Time
Account status
Account: Canceled
Data sharing
Recommendations for your business
Turned On
Data protection contacts
Provide contact information in connection with the Google Ads Data Processing Terms and the EU General Data Protection Regulation. Please keep these contacts up-to-date.
Contact information
[redacted]
Rules and terms
Google program advertiser terms
Status: Accepted (2017-9-19 10:58:59 America/Los_Angeles) Read printer-friendly document
Google Ads policy suspension procedures
Read suspension procedures

# EXHIBIT G

≡  Payments ICS    Customer Change History                                                    ⚙

## Displaying changes from 3/20/1900 to 3/19/2024

Start date                    End date
📅  3/20/1900       ▼      📅  3/19/2024      ▼

Change Types

General        Profile        FOP        Disbursement        Risk        Other

**APPLY FILTER**

| Time | Change Description | Changed by User (IP) |
|---|---|---|
| Mar 12, 2021 12:22 PST | Billing account serving state changed from SERVING_INFINITE to BLOCKED(NO_ACTIVE_PRODUCT_ACCOUNTS) for order AdWords ▆▆▆ | UNKNOWN (UNKNOWN) |
| Mar 12, 2021 12:22 PST | Orderline end date changed from <empty> to 2021/03/12 20:22 | loas_user: "ads-billing" (UNKNOWN) |
| Aug 1, 2020 01:40 PDT | Billing account serving state changed from SERVING_INFINITE to BLOCKED(NO_VALID_FOP) for order Google Cloud ▆▆▆ | UNKNOWN (UNKNOWN) |
| Aug 1, 2020 01:40 PDT | VISA ending in ▆▆ has expired (Exp: 08/2020) | loas_user: "payments-api-borgcron" (UNKNOWN) |
| Apr 28, 2020 17:22 PDT | Billing account serving state changed from BLOCKED(NO_ACTIVE_PRODUCT_ACCOUNTS) to SERVING_INFINITE for order Google Cloud ▆▆▆ | UNKNOWN (UNKNOWN) |
| Apr 28, 2020 17:22 PDT | Orderline end date changed from 2020/03/20 09:28 to <empty> | loas_user: "cloud-billing-prod" (UNKNOWN) |
| Mar 20, 2020 02:28 PDT | Billing account serving state changed from SERVING_INFINITE to BLOCKED(NO_ACTIVE_PRODUCT_ACCOUNTS) for order Google Cloud ▆▆▆ | UNKNOWN (UNKNOWN) |
| Mar 20, 2020 02:28 PDT | Orderline end date changed from <empty> to 2020/03/20 09:28 | loas_user: "cloud-billing-prod" (UNKNOWN) |
| Feb 7, 2020 20:01 PST | Threshold value set to ▆▆▆ (largest system-initiated withdrawal: ▆ micro-USD) for order Google Cloud 01D4A3-AC780A-1D15A5 | UNKNOWN (UNKNOWN) |
| Feb 6, 2020 17:45 PST | Threshold value set to ▆▆▆ (largest system-initiated withdrawal: ▆ micro-USD) for order Google Cloud 01D4A3-AC780A-1D15A5 | UNKNOWN (UNKNOWN) |
| Sep 20, 2019 11:43 PDT | Customer has ACCEPTED terms and conditions for document 0.googleprivacypolicy for country ZZ, version 1.0, legal_document_id: 30939 | gaia_id: 415304875385 (99.39.65.75) |
| Sep 20, 2019 11:43 PDT | Customer's address changed to KININ, Inc, Kinin, Inc, ▆▆▆ | gaia_id: 415304875385 (99.39.65.75) |
| Sep 20, 2019 11:43 PDT | Added new address KININ, Inc, Kinin, Inc, ▆▆▆ | gaia_id: 415304875385 (99.39.65.75) |
| Mar 20, 2019 16:39 PDT | Billing account serving state changed from UNKNOWN to SERVING_INFINITE for order Google Cloud 01D4A3-AC780A-1D15A5 | UNKNOWN (UNKNOWN) |
| Mar 20, 2019 16:39 PDT | Threshold value set to ▆▆▆ (risk-computed) for order Google Cloud ▆▆▆ | UNKNOWN (UNKNOWN) |
| Mar 20, 2019 16:39 PDT | Created Order | gaia_id: 415304875385 (2602:306:b8f6:440:8563:1ac4:89fe:b1 |
| Mar 20, 2019 16:39 PDT | For order, currency code changed from <empty> to USD | gaia_id: 415304875385 (2602:306:b8f6:440:8563:1ac4:89fe:b1 |
| Mar 20, 2019 16:39 PDT | For order, electronic documents delivery option changed to false | gaia_id: 415304875385 (2602:306:b8f6:440:8563:1ac4:89fe:b1 |
| Mar 20, 2019 16:39 PDT | VISA ending in ▆▆ set as PRIMARY for Order Google Cloud ▆▆▆ | gaia_id: 415304875385 (2602:306:b8f6:440:8563:1ac4:89fe:b1 |
| Mar 20, 2019 16:39 PDT | Added orderline starting at 2019/03/20 23:39, with no end date, and with a spending limit of <infinite> | gaia_id: 415304875385 (2602:306:b8f6:440:8563:1ac4:89fe:b1 |

| | | |
|---|---|---|
| Apr 19, 2018 12:47 PDT | VISA ending in ▮ set as BACKUP for Order AdWords 741-334-1194 | gaia_id: 415304875385 (12.9.178.131) |
| Apr 19, 2018 12:46 PDT | Bank account ending in ▮ set as PRIMARY for Order AdWords 741-334-1194 | gaia_id: 415304875385 (12.9.178.131) |
| Apr 19, 2018 12:46 PDT | Challenge deposit amount of $0.87 verified successfully for bank account ending in 376 (ID: InstrumentData:blkh$s3sR9Op16vyQXfuUg) | gaia_id: 415304875385 (12.9.178.131) |
| Apr 3, 2018 23:30 PDT | Archived CONTROL_TYPE_ADSENSE_DISBURSEMENT_HOLD control on Customer. | loas_user: `adsense-ui-payments` (UNKNOWN) |
| Feb 15, 2018 11:24 PST | Challenge deposit amount of $0.87 is REQUESTED for bank account ending in ▮ (ID: ▮), with 0 verification attempts complete out of a maximum of 3 attempts. Number of challenge deposit reissues: 0. Number of attempt resets: 0. | loas_user: `payments-api-borgcron` (UNKNOWN) |
| Feb 6, 2018 11:24 PST | Challenge deposit amount of $0.87 is REQUESTED for bank account ending in ▮ (ID: ▮), with 0 verification attempts complete out of a maximum of 3 attempts. Number of challenge deposit reissues: 0. Number of attempt resets: 0. | loas_user: `payments-api-borgcron` (UNKNOWN) |
| Feb 1, 2018 10:59 PST | Challenge deposit amount of $0.87 is REQUESTED for bank account ending in ▮ (ID: ▮), with 0 verification attempts complete out of a maximum of 3 attempts. Number of challenge deposit reissues: 0. Number of attempt resets: 0. | loas_user: `billing-payments-pipeline` (UNKNOWN) |
| Feb 1, 2018 10:59 PST | Added bank account ending in ▮ | gaia_id: 415304875385 (12.9.178.131) |
| Feb 1, 2018 10:59 PST | Challenge deposit amount of $0.87 is SCHEDULED for bank account ending in ▮ (ID: ▮), with 0 verification attempts complete out of a maximum of 3 attempts. Number of challenge deposit reissues: 0. Number of attempt resets: 0. | gaia_id: 415304875385 (12.9.178.131) |
| Feb 1, 2018 10:59 PST | Activation method for bank account ending in ▮ (ID: ▮) set set Challenge_deposit | gaia_id: 415304875385 (12.9.178.131) |
| Feb 1, 2018 10:59 PST | Yodlee verification for bank account ending in ▮ (ID: ▮) in state Waiting_on_user_input_login_form on initiation attempt 0 | gaia_id: 415304875385 (12.9.178.131) |
| Sep 19, 2017 10:58 PDT | Customer has ACCEPTED terms and conditions for agreement 294, version 2.0, legal_document_id: 18019 | gaia_id: 415304875385 (66.27.74.147) |
| Sep 2, 2017 17:28 PDT | Threshold value set to ▮ (largest system initiated withdraw: ▮ micro-USD) for order AdWords 741-334-1194 | UNKNOWN (UNKNOWN) |
| Aug 29, 2017 03:07 PDT | Threshold value set to ▮ (largest system initiated withdraw: ▮ micro-USD) for order AdWords 741-334-1194 | UNKNOWN (UNKNOWN) |
| Aug 24, 2017 22:12 PDT | Threshold value set to ▮ (largest system initiated withdraw: 50,000,000 micro-USD) for order AdWords | UNKNOWN (UNKNOWN) |
| Jun 13, 2017 19:06 PDT | Archived CONTROL_TYPE_ADSENSE_DISBURSEMENT_HOLD control on Customer. | loas_user: `adsense-ui-payments` (UNKNOWN) |
| Jun 13, 2017 19:06 PDT | Enabled CONTROL_TYPE_ADSENSE_DISBURSEMENT_HOLD control on Customer. | loas_user: `adsense-ui-payments` (UNKNOWN) |
| Jun 13, 2017 17:33 PDT | Enabled CONTROL_TYPE_ADSENSE_DISBURSEMENT_HOLD control on Customer. | loas_user: `adsense-ui-payments` (UNKNOWN) |
| Jun 13, 2017 17:33 PDT | Customer's address changed to ▮ s | gaia_id: 415304875385 (2606:6000:cac9:3600:f145:507e:5ad6 |
| Jun 13, 2017 17:33 PDT | Created Order | gaia_id: 415304875385 (2606:6000:cac9:3600:f145:507e:5ad6 |
| Jun 13, 2017 17:33 PDT | For order, currency code changed from <empty> to USD | gaia_id: 415304875385 (2606:6000:cac9:3600:f145:507e:5ad6 |
| Jun 13, 2017 17:33 PDT | For order, electronic documents delivery option changed to false | gaia_id: 415304875385 (2606:6000:cac9:3600:f145:507e:5ad6 |
| Jun 13, 2017 17:33 PDT | Added new address ▮ <empty> [FINANCIAL] | gaia_id: 415304875385 (2606:6000:cac9:3600:f145:507e:5ad6 |
| Jun 13, 2017 17:33 PDT | Added orderline starting at 2017/06/14 00:33, with no end date, and with a spending limit of <infinite> | gaia_id: 415304875385 (2606:6000:cac9:3600:f145:507e:5ad6 |
| Apr 28, 2017 18:06 PDT | Billing account serving state changed from UNKNOWN to SERVING_INFINITE for order AdWords ▮ | UNKNOWN (UNKNOWN) |
| Apr 28, 2017 18:06 PDT | Threshold value set to ▮ (largest system initiated withdraw: ▮ micro-USD) for order AdWords ▮ | UNKNOWN (UNKNOWN) |
| Apr 28, 2017 18:06 PDT | Created customer | gaia_id: 415304875385 (2606:6000:cac9:3600:e011:2b78:423e |

| | | |
|---|---|---|
| Apr 28, 2017 18:06 PDT | Customer has ACCEPTED terms and conditions for agreement 294, version 1.0, legal_document_id: 5377 | gaia_id: 415304875385 {2606:6000:cac9:3600:e011:2b78:423a |
| Apr 28, 2017 18:06 PDT | Customer's primary address set to ███████████████████ ████████ | gaia_id: 415304875385 {2606:6000:cac9:3600:e011:2b78:423a |
| Apr 28, 2017 18:06 PDT | Created Order | gaia_id: 415304875385 {2606:6000:cac9:3600:e011:2b78:423a |
| Apr 28, 2017 18:06 PDT | For order, currency code changed from <empty> to USD | gaia_id: 415304875385 {2606:6000:cac9:3600:e011:2b78:423a |
| Apr 28, 2017 18:06 PDT | For order, electronic documents delivery option changed to false | gaia_id: 415304875385 {2606:6000:cac9:3600:e011:2b78:423a |
| Apr 28, 2017 18:06 PDT | Added contact ContactData:V3nA4AAAAAI:███████████ | gaia_id: 415304875385 {2606:6000:cac9:3600:e011:2b78:423a |
| Apr 28, 2017 18:06 PDT | Associated contact ContactData:V3nA4AAAAAI with email address EmailAddressData:X4IPYAAAAAI | gaia_id: 415304875385 {2606:6000:cac9:3600:e011:2b78:423a |
| Apr 28, 2017 18:06 PDT | Added email address EmailAddressData:X4IPYAAAAAI:████████ OPTED_IN | gaia_id: 415304875385 {2606:6000:cac9:3600:e011:2b78:423a |
| Apr 28, 2017 18:06 PDT | Added VISA ending in ████ | gaia_id: 415304875385 {2606:6000:cac9:3600:e011:2b78:423a |
| Apr 28, 2017 18:06 PDT | Added new address ████████████████████████ ████,<empty> [FINANCIAL] | gaia_id: 415304875385 {2606:6000:cac9:3600:e011:2b78:423a |
| Apr 28, 2017 18:06 PDT | Added new address ██████████████████████ ,<empty> [FINANCIAL] | gaia_id: 415304875385 {2606:6000:cac9:3600:e011:2b78:423a |
| Apr 28, 2017 18:06 PDT | VISA ending in ████ set as PRIMARY for Order AdWords ████████ | gaia_id: 415304875385 {2606:6000:cac9:3600:e011:2b78:423a |
| Apr 28, 2017 18:06 PDT | Added orderline starting at 2017/04/29:01:06, with no end date, and with a spending limit of <infinite> | gaia_id: 415304875385 {2606:6000:cac9:3600:e011:2b78:423a |
| Apr 28, 2017 18:06 PDT | VISA ending in ████ has been successfully authorized | gaia_id: 415304875385 {2606:6000:cac9:3600:e011:2b78:423a |

# EXHIBIT H



cliffycarellc
CID 381148955
Sales info Unassigned
Internal
Find a customer
OPS CONTROL CENTER
Google Ads
Search for a page or campaign
Appearance
Refresh
Help
Notifications
[redacted] Cliffy Care Land...
None of your ads are running · Your campaigns and ad groups are paused or removed. Enable them to begin showing your ads.
Hide
Learn more
Create
Campaigns
Goals
Tools
Billing
Admin
Account settings
Preferences
Notifications
Access and security
Preferences
All time
Nov 20, 2019 – Mar 19, 2024
Show last 30 days
Preferences for Cliffy Care Landscaping
These apply only to the users that have access to this account
Account name
Cliffy Care Landscaping
Time zone
(GMT-05:00) Central Time
Account status
Account: Active
Data sharing
Recommendations for your business
Turned On
Data protection contacts
Provide contact information in connection with the Google Ads Data Processing Terms and the EU General Data Protection Regulation. Please keep these contacts up-to-date.
Contact information
None
Rules and terms
Google program advertiser terms
Status: Accepted (2019-11-20 19:12:15 America/Chicago) Read printer-friendly document
Google Ads policy suspension procedures
Read suspension procedures
Get the Google Ads mobile app
© Google, 2024

# EXHIBIT I

≡  Payments ICS   Customer Change History                                                    ⚙

## Displaying changes from 3/20/1900 to 3/19/2024

Start date                     End date
📅  3/20/1900       ▼     📅  3/19/2024       ▼

Change Types

General       Profile       FOP       Disbursement       Risk       Other

**APPLY FILTER**

| Time | Change Description | Changed by User (IP) |
|------|--------------------|----------------------|
| Oct 2, 2023 04:51 PDT | Added VISA ending in 5847 | gaia_id: 224956658030 (2607:fb90:bf0d:59dc:803a:28da:1c10 |
| Oct 2, 2023 04:51 PDT | Added new address ▮▮▮▮, 19947 West 162nd Street, Olathe, KS 66062, United States, <empty> [FINANCIAL] | gaia_id: 224956658030 (2607:fb90:bf0d:59dc:803a:28da:1c10 |
| Oct 2, 2023 04:51 PDT | VISA ending in ▮▮▮ has been successfully authorized | gaia_id: 224956658030 (2607:fb90:bf0d:59dc:803a:28da:1c10 |
| Sep 7, 2023 16:06 PDT | Deleted VISA ending in ▮▮▮ | gaia_id: 224956658030 (71.34.212.81) |
| Sep 7, 2023 16:06 PDT | Deleted VISA ending in ▮▮▮ | gaia_id: 224956658030 (71.34.212.81) |
| Sep 7, 2023 15:56 PDT | Billing account serving state changed from BLOCKED(MINIMUM_AMOUNT_DUE,NO_VALID_FOP) to SERVING_INFINITE for order AdWords ▮▮▮▮ | UNKNOWN (UNKNOWN) |
| Sep 7, 2023 15:56 PDT | Decline-block workflow for instrument ID "InstrumentData:wn$JT9XvQcq1dhsHuvLSOA" is unblocked | loas_user: "payments-api" (UNKNOWN) |
| Sep 7, 2023 15:56 PDT | Threshold value set to ▮▮▮ (customer selected threshold limit) for order AdWords ▮▮▮ | UNKNOWN (UNKNOWN) |
| Sep 7, 2023 15:56 PDT | Customer selected threshold amount changed from <empty> to ▮▮▮ for order AdWords ▮▮▮ | gaia_id: 224956658030 (71.34.212.81) |
| Jun 14, 2023 04:29 PDT | Billing account serving state changed from BLOCKED(NO_VALID_FOP) to BLOCKED(MINIMUM_AMOUNT_DUE,NO_VALID_FOP) for order AdWords ▮▮▮▮ | UNKNOWN (UNKNOWN) |
| Jun 12, 2023 11:12 PDT | Billing account grace state changed from IN_GRACE to NO_GRACE for order AdWords ▮▮▮ | UNKNOWN (UNKNOWN) |
| Jun 12, 2023 11:12 PDT | Billing account serving state changed from SERVING_INFINITE to BLOCKED(NO_VALID_FOP) for order AdWords ▮▮▮ | UNKNOWN (UNKNOWN) |
| Jun 2, 2023 08:07 PDT | Decline-block workflow for instrument ID "InstrumentData:wn$JT9XvQcq1dhsHuvLSOA" is blocked indefinitely | loas_user: "payments-processing-outbound-notification" (UNKNOWN) |
| Jun 1, 2023 08:19 PDT | Billing account grace state changed from NO_GRACE to IN_GRACE for order AdWords ▮▮▮ | UNKNOWN (UNKNOWN) |
| Jun 1, 2023 08:08 PDT | Decline-block workflow for instrument ID "InstrumentData:wn$JT9XvQcq1dhsHuvLSOA" is blocked until 6/2/23, 3:07 PM | loas_user: "payments-processing-outbound-notification" (UNKNOWN) |
| Jan 1, 2023 20:39 PST | Billing account grace state changed from IN_GRACE to NO_GRACE for order AdWords ▮▮▮ | UNKNOWN (UNKNOWN) |
| Jan 1, 2023 20:39 PST | VISA ending in ▮▮▮ set as PRIMARY for Order AdWords ▮▮▮▮ | gaia_id: 349732632314 (2605:a601:ae07:2100:bc75:78fb:7a8f |
| Dec 29, 2022 11:09 PST | Billing account grace state changed from NO_GRACE to IN_GRACE for order AdWords ▮▮▮ | UNKNOWN (UNKNOWN) |
| Dec 29, 2022 11:08 PST | Decline-block workflow for instrument ID "InstrumentData:0ePyQCXBR-atJAgXq16ovw" is blocked indefinitely | loas_user: "payments-processing-outbound-notification" (UNKNOWN) |
| Dec 28, 2022 23:02 PST | Billing account grace state changed from IN_GRACE to NO_GRACE for order AdWords ▮▮▮ | UNKNOWN (UNKNOWN) |

| Date | Description | Account |
|---|---|---|
| Dec 28, 2022 23:02 PST | Decline-block workflow for instrument ID 'InstrumentData:0ePyQCXBR-atjAgXq16ovw' is unblocked | Ioas_user: "payments-api-borgcron" (UNKNOWN) |
| Dec 27, 2022 18:17 PST | Billing account grace state changed from NO_GRACE to IN_GRACE for order AdWords ▮ | UNKNOWN (UNKNOWN) |
| Dec 27, 2022 18:17 PST | Decline-block workflow for instrument ID 'InstrumentData:0ePyQCXBR-atjAgXq16ovw' is blocked until 12/29/22, 2:17 AM | Ioas_user: "payments-processing-outbound-notification" (UNKNOWN) |
| Dec 16, 2022 07:29 PST | VISA ending in ▮ set as PRIMARY for Order AdWords ▮ | gaia_id: 349732632314 (2605:a601:ae07:2100:91b2:7192:6c0◌ |
| Dec 16, 2022 07:29 PST | Added VISA ending in ▮ | gaia_id: 349732632314 (2605:a601:ae07:2100:91b2:7192:6c0◌ |
| Dec 16, 2022 07:29 PST | Added new address Austin Lane, LENEXA, KS 66062, United States,<empty> [FINANCIAL] | gaia_id: 349732632314 (2605:a601:ae07:2100:91b2:7192:6c0◌ |
| Dec 16, 2022 07:29 PST | VISA ending in ▮ has been successfully authorized | gaia_id: 349732632314 (2605:a601:ae07:2100:91b2:7192:6c0◌ |
| Nov 1, 2022 07:19 PDT | Threshold value set to ▮ (largest system-initiated withdrawal: ▮ micro-USD) for order AdWords ▮ | UNKNOWN (UNKNOWN) |
| Aug 10, 2022 06:21 PDT | Billing account serving state changed from BLOCKED(NO_VALID_FOP) to SERVING_INFINITE for order AdWords ▮ | UNKNOWN (UNKNOWN) |
| Aug 10, 2022 06:21 PDT | VISA ending in ▮ set as PRIMARY for Order AdWords ▮ | gaia_id: 224956658030 (2603:300e:1f0:8000:9904:8b:5fa0:b8◌ |
| Aug 10, 2022 06:21 PDT | Added VISA ending in ▮ | gaia_id: 224956658030 (2603:300e:1f0:8000:9904:8b:5fa0:b8◌ |
| Aug 10, 2022 06:21 PDT | VISA ending in ▮ has been successfully authorized | gaia_id: 224956658030 (2603:300e:1f0:8000:9904:8b:5fa0:b8◌ |
| Oct 1, 2021 00:43 PDT | Billing account serving state changed from SERVING_INFINITE to BLOCKED(NO_VALID_FOP) for order AdWords ▮ | UNKNOWN (UNKNOWN) |
| Oct 1, 2021 00:43 PDT | VISA ending in ▮ has expired (Exp: 10/2021) | Ioas_user: "payments-api-borgcron" (UNKNOWN) |
| Apr 27, 2021 05:16 PDT | Deleted VISA ending in ▮ | gaia_id: 224956658030 (2603:300e:1f0:8000:342f:e2b5:da94:1 |
| Apr 27, 2021 05:16 PDT | VISA ending in ▮ set as PRIMARY for Order AdWords ▮ | gaia_id: 224956658030 (2603:300e:1f0:8000:342f:e2b5:da94:1 |
| Apr 27, 2021 05:16 PDT | Added VISA ending in ▮ | gaia_id: 224956658030 (2603:300e:1f0:8000:342f:e2b5:da94:1 |
| Apr 27, 2021 05:16 PDT | Added new address ▮ SPRING HILL, KS 66083, United States,<empty> [FINANCIAL] | gaia_id: 224956658030 (2603:300e:1f0:8000:342f:e2b5:da94:1 |
| Apr 27, 2021 05:16 PDT | VISA ending in ▮ has been successfully authorized | gaia_id: 224956658030 (2603:300e:1f0:8000:342f:e2b5:da94:1 |
| Dec 5, 2019 18:17 PST | Threshold value set to ▮ (largest system-initiated withdrawal: ▮ micro-USD) for order AdWords ▮ | UNKNOWN (UNKNOWN) |
| Nov 20, 2019 17:12 PST | Billing account serving state changed from UNKNOWN to SERVING_INFINITE for order AdWords ▮ | UNKNOWN (UNKNOWN) |
| Nov 20, 2019 17:12 PST | Threshold value set to $350.00 (largest system-initiated withdrawal: 0 micro-USD) for order AdWords ▮ | UNKNOWN (UNKNOWN) |
| Nov 20, 2019 17:12 PST | Created Order | gaia_id: 224956658030 (64.136.223.12 |
| Nov 20, 2019 17:12 PST | For order, currency code changed from <empty> to USD | gaia_id: 224956658030 (64.136.223.12 |
| Nov 20, 2019 17:12 PST | For order, electronic documents delivery option changed to false | gaia_id: 224956658030 (64.136.223.12 |
| Nov 20, 2019 17:12 PST | VISA ending in ▮ set as PRIMARY for Order AdWords ▮ | gaia_id: 224956658030 (64.136.223.12 |
| Nov 20, 2019 17:12 PST | Added orderline starting at 2019/11/21-01:12, with no end date, and with a spending limit of <infinite> | gaia_id: 224956658030 (64.136.223.12 |
| Nov 20, 2019 17:12 PST | Created customer | gaia_id: 224956658030 (64.136.223.12 |
| Nov 20, 2019 17:12 PST | Customer has ACCEPTED terms and conditions for agreement 294, version 2.5, legal_document_id: 131839 | gaia_id: 224956658030 (64.136.223.12 |
| Nov 20, 2019 17:12 PST | Customer's primary address set to ▮ Cliffy Care Landscaping, LLC, OLATHE, KS 66062, United States, | gaia_id: 224956658030 (64.136.223.12 |

| Nov 20, 2019 17:12 PST | Added contact ContactData:WMMltAAAAAl: ███ <empty> | gaia_id: 224956658030 (64.136.223.12 |
| Nov 20, 2019 17:12 PST | Associated contact ContactData:WMMltAAAAAl with email address EmailAddressData:lkv5tAAAAAl | gaia_id: 224956658030 (64.136.223.12 |
| Nov 20, 2019 17:12 PST | Added email address EmailAddressData:lkv5tAAAAAl: cliffycarellc@gmail.com OPTED_IN | gaia_id: 224956658030 (64.136.223.12 |
| Nov 20, 2019 17:12 PST | Added VISA ending in ███ | gaia_id: 224956658030 (64.136.223.12 |
| Nov 20, 2019 17:12 PST | Added new address ███ OLATHE, KS 66062, United States,<empty> [FINANCIAL] | gaia_id: 224956658030 (64.136.223.12 |
| Nov 20, 2019 17:12 PST | Added new address ███ Cliffy Care Landscaping, LLC, OLATHE, KS 66062, United States,<empty> [FINANCIAL] | gaia_id: 224956658030 (64.136.223.12 |
| Nov 20, 2019 17:12 PST | VISA ending in ███ has been successfully authorized | gaia_id: 224956658030 (64.136.223.12 |

# EXHIBIT J



Google Ads
Search for a page or campaign
Appearance
Refresh
Help
Notifications
[redacted] Michael Stellman
[no login email]
Search ads definition changes - Certain Search ads definitions have been updated to reflect that top ads can appear either above or below organic results on different queries.
Dismiss
Learn more
Create
Campaigns
Goals
Tools
Billing
Admin
Internal tools
Account settings
Preferences
Notifications
Access and security
Preferences
Child
All time
Jan 29, 2008 – May 14, 2024
Show last 30 days
Account name
Michael Stellman
Time zone
(GMT-07:00) Pacific Time
Account status
Account: Active
Data sharing
Recommendations for your business
Turned On
Data protection contacts
Provide contact information in connection with the Google Ads Data Processing Terms and the EU General Data Protection Regulation. Please keep these contacts up-to-date.
Contact information
Michael Stellman (primary contact, data protection officer)
Rules and terms
Google program advertiser terms
Status: Accepted (2017-9-14 19:04:18 America/Los_Angeles) Read printer-friendly document
Google Ads policy suspension procedures
Read suspension procedures
Get the Google Ads mobile app
© Google, 2024

# EXHIBIT K

≡  Payments ICS  / Customer Change History                                                    ⚙

## Displaying changes from 5/15/1900 to 5/14/2024

Start date                     End date
📅   5/15/1900        ▾    📅   5/14/2024      ▾

Change Types

General      Profile      FOP      Disbursement      Risk      Other

**APPLY FILTER**

| Time | Change Description | Changed by User (IP) |
|------|--------------------|----------------------|
| Feb 19, 2024 01:48 PST | Threshold value set to ▮▮▮ (largest system-initiated withdrawal: ▮▮▮ micro-USD) for order Google AdWords | UNKNOWN (UNKNOWN) |
| Dec 11, 2023 12:19 PST | Threshold value set to ▮▮▮ (largest system-initiated withdrawal: ▮▮▮ micro-USD) for order Google AdWords | UNKNOWN (UNKNOWN) |
| Oct 31, 2023 16:46 PDT | Threshold value set to ▮▮▮ (Threshold from exposure) for order Google AdWords | UNKNOWN (UNKNOWN) |
| Jun 25, 2023 00:28 PDT | Customer's enterprise type changed from Unspecified to Personal | gaia_id: 328282160798 (2603:8000:ab01:52d1:9116:e229:d05t |
| Jun 25, 2023 00:28 PDT | Customer's address changed to Michael Stellman, ▮▮▮▮▮ Los Angeles, CA 90036-3124, United States | gaia_id: 328282160798 (2603:8000:ab01:52d1:9116:e229:d05t |
| Jun 25, 2023 00:28 PDT | Added new address Michael Stellman, ▮▮▮▮▮, Los Angeles, CA 90036-3124, United States,<empty> [FINANCIAL] | gaia_id: 328282160798 (2603:8000:ab01:52d1:9116:e229:d05t |
| Jun 19, 2022 01:23 PDT | Threshold value set to ▮▮▮ (largest system-initiated withdrawal: ▮▮▮ micro-USD) for order Google AdWords | UNKNOWN (UNKNOWN) |
| Apr 1, 2022 09:16 PDT | Billing account grace state changed from IN_GRACE to NO_GRACE for order Google AdWords | UNKNOWN (UNKNOWN) |
| Apr 1, 2022 09:15 PDT | AMEX ending in ▮▮▮ set as PRIMARY for Order Google AdWords | gaia_id: 328282160798 (2603:8000:ab01:52d1:d902:74ff:6dd9 |
| Apr 1, 2022 09:15 PDT | Added AMEX ending in ▮▮▮ | gaia_id: 328282160798 (2603:8000:ab01:52d1:d902:74ff:6dd9 |
| Apr 1, 2022 09:15 PDT | Added new address michael stellman, LOS ANGELES, CA 90036, United States,<empty> [FINANCIAL] | gaia_id: 328282160798 (2603:8000:ab01:52d1:d902:74ff:6dd9 |
| Apr 1, 2022 09:15 PDT | AMEX ending in ▮▮▮ has been successfully authorized | gaia_id: 328282160798 (2603:8000:ab01:52d1:d902:74ff:6dd9 |
| Apr 1, 2022 01:40 PDT | Billing account grace state changed from NO_GRACE to IN_GRACE for order Google AdWords | UNKNOWN (UNKNOWN) |
| Apr 1, 2022 01:40 PDT | AMEX ending in ▮▮▮ has expired (Exp: ▮▮▮ ) | loas_user: 'payments-api-borgcron' (UNKNOWN) |
| Sep 29, 2021 18:59 PDT | Threshold value set to ▮▮▮ (largest system-initiated withdrawal: ▮▮▮ micro-USD) for order Google AdWords | UNKNOWN (UNKNOWN) |
| Sep 22, 2021 19:00 PDT | Billing account serving state changed from BLOCKED(NO_VALID_FOP) to SERVING_INFINITE for order Google AdWords | UNKNOWN (UNKNOWN) |
| Sep 22, 2021 14:13 PDT | Billing account serving state changed from SERVING_INFINITE to BLOCKED(NO_VALID_FOP) for order Google AdWords | UNKNOWN (UNKNOWN) |
| Sep 21, 2017 04:06 PDT | Added contact ContactData:nEsF0AAAAAI: Michael Stellman <empty> | loas_user: 'payments-api-backfill' (UNKNOWN) |
| Sep 21, 2017 04:06 PDT | Associated contact ContactData:nEsF0AAAAAI with email address EmailAddressData:bjxx0AAAAAI | loas_user: 'payments-api-backfill' (UNKNOWN) |
| Sep 21, 2017 04:06 PDT | Added email address EmailAddressData:bjxx0AAAAAI: ▮▮▮▮ OPTED_IN | loas_user: 'payments-api-backfill' (UNKNOWN) |

| Sep 14, 2017 19:04 PDT | Customer has ACCEPTED terms and conditions for agreement 294, version 2.0, legal_document_id: 18019 | gaia_id: 328282160798 (2606:6000:60e1:7000:311d:74db:240◼ |
| May 4, 2017 20:46 PDT | Customer has ACCEPTED terms and conditions for agreement 294, version 1.0, legal_document_id: 5377,Customer has ACCEPTED terms and conditions for agreement 1, version 1.0, legal_document_id: 15857 | |
| Apr 11, 2017 17:04 PDT | For AMEX ending in ◼ account number changed to number ending in ◼ | loas_user: 'billing-vendor-notifications' (UNKNOWN) |
| Apr 11, 2017 17:04 PDT | For AMEX ending in ◼ expiration date changed to ◼ | loas_user: 'billing-vendor-notifications' (UNKNOWN) |
| Mar 16, 2017 17:44 PDT | Billing account serving state changed from BLOCKED(NO_VALID_FOP) to SERVING_INFINITE for order Google AdWords | UNKNOWN (UNKNOWN) |
| Mar 16, 2017 17:44 PDT | Deleted VISA ending in ◼ | gaia_id: 328282160798 (2606:6000:60c2:8e00:3ca4:11fd:7d07 |
| Mar 16, 2017 17:44 PDT | AMEX ending in ◼ set as PRIMARY for Order Google AdWords | gaia_id: 328282160798 (2606:6000:60c2:8e00:3ca4:11fd:7d07 |
| Mar 15, 2017 21:25 PDT | Billing account serving state changed from SERVING_INFINITE to BLOCKED(NO_VALID_FOP) for order Google AdWords | UNKNOWN (UNKNOWN) |
| Mar 15, 2017 21:25 PDT | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is blocked until 3/17/17, 4:25AM | loas_user: 'billing-payments-pipeline' (UNKNOWN) |
| Feb 8, 2017 17:06 PST | Status of Orderline for ADWORDS changed from STATUS_ACTIVE to STATUS_CLOSED with end time: 2017/02/09-01:06. | loas_user: 'payments-api-backfill' (UNKNOWN) |
| Dec 7, 2016 18:51 PST | Orderline start date changed from <empty> to 2008/01/29-09:15 | UNKNOWN (UNKNOWN) |
| Dec 7, 2016 18:51 PST | Orderline start date changed from <empty> to 2008/01/29-09:15 | UNKNOWN (UNKNOWN) |
| Oct 20, 2016 16:30 PDT | Billing account serving state changed from BLOCKED(NO_VALID_FOP) to SERVING_INFINITE for order Google AdWords | UNKNOWN (UNKNOWN) |
| Oct 20, 2016 16:30 PDT | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is unblocked | gaia_id: 328282160798 (UNKNOWN) |
| Oct 20, 2016 16:29 PDT | AMEX ending in ◼ now has valid expiration date (Exp: ◼) | gaia_id: 328282160798 (UNKNOWN) |
| Oct 20, 2016 16:29 PDT | Added AMEX ending in ◼ | gaia_id: 328282160798 (2606:6000:60c2:8e00:e457:6b9a:de5: |
| Oct 20, 2016 16:29 PDT | AMEX ending in ◼ has been successfully authorized | gaia_id: 328282160798 (2606:6000:60c2:8e00:e457:6b9a:de5: |
| Oct 19, 2016 02:34 PDT | Billing account serving state changed from SERVING_INFINITE to BLOCKED(NO_VALID_FOP) for order Google AdWords | UNKNOWN (UNKNOWN) |
| Oct 19, 2016 02:34 PDT | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is blocked indefinitely | loas_user: 'billing-payments-pipeline' (UNKNOWN) |
| Oct 18, 2016 10:58 PDT | Status of Orderline for ADWORDS changed from <empty> to STATUS_ACTIVE. | UNKNOWN (UNKNOWN) |
| Oct 18, 2016 10:58 PDT | Status of Orderline for ADWORDS changed from <empty> to STATUS_ACTIVE with end time: 2017/02/09-01:06. | UNKNOWN (UNKNOWN) |
| Jun 28, 2016 04:15 PDT | Billing account serving state changed from BLOCKED(NO_VALID_FOP) to SERVING_INFINITE for order Google AdWords | UNKNOWN (UNKNOWN) |
| Jun 28, 2016 04:15 PDT | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is unblocked | loas_user: 'billing-instruments-pipeline' |
| Jun 27, 2016 04:14 PDT | Billing account serving state changed from SERVING_INFINITE to BLOCKED(NO_VALID_FOP) for order Google AdWords | UNKNOWN (UNKNOWN) |
| Jun 27, 2016 04:14 PDT | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is blocked until 6/28/16, 11:14AM | loas_user: 'billing-payments-pipeline' (UNKNOWN) |
| May 20, 2015 11:16 PDT | Threshold value set to ◼ (<empty>) for order Google AdWords | UNKNOWN (UNKNOWN) |
| Apr 16, 2016 00:27 PDT | Billing account serving state changed from BLOCKED(NO_VALID_FOP) to SERVING_INFINITE for order Google AdWords | UNKNOWN (UNKNOWN) |
| Apr 16, 2016 00:27 PDT | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is unblocked | gaia_id: 328282160798 (UNKNOWN) |
| Apr 16, 2016 00:24 PDT | Billing account serving state changed from SERVING_INFINITE to BLOCKED(NO_VALID_FOP) for order Google AdWords | UNKNOWN (UNKNOWN) |

| | | |
|---|---|---|
| Apr 16, 2016 00:24 PDT | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is blocked until 4/17/16, 7:24 AM | loas_user: "billing-payments-pipeline" (UNKNOWN) |
| Apr 16, 2016 00:23 PDT | Billing account serving state changed from BLOCKED(NO_VALID_FOP) to SERVING_INFINITE for order Google AdWords | UNKNOWN (UNKNOWN) |
| Apr 16, 2016 00:23 PDT | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is unblocked | gaia_id: 328282160798 (UNKNOWN) |
| Apr 16, 2016 00:22 PDT | Billing account serving state changed from SERVING_INFINITE to BLOCKED(NO_VALID_FOP) for order Google AdWords | UNKNOWN (UNKNOWN) |
| Apr 16, 2016 00:22 PDT | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is blocked until 4/17/16, 7:22 AM | loas_user: "billing-payments-pipeline" (UNKNOWN) |
| Apr 16, 2016 00:21 PDT | Deleted VISA ending in █ | gaia_id: 328282160798 (UNKNOWN) |
| Apr 16, 2016 00:20 PDT | Decline-block workflow for instrument ID 'kLpYpdF8RjWwuiuYU5WvIQ' is blocked until 4/17/16, 7:20 AM | loas_user: "billing-payments-pipeline" (UNKNOWN) |
| Apr 16, 2016 00:20 PDT | Deleted AMEX ending in █ | gaia_id: 328282160798 (UNKNOWN) |
| Apr 16, 2016 00:20 PDT | VISA ending in █ set as PRIMARY for Order Google AdWords | gaia_id: 328282160798 (UNKNOWN) |
| Apr 2, 2016 09:19 PDT | Decline-block workflow for instrument ID 'kLpYpdF8RjWwuiuYU5WvIQ' is unblocked | gaia_id: 328282160798 (UNKNOWN) |
| Apr 2, 2016 09:18 PDT | Billing account serving state changed from BLOCKED(NO_VALID_FOP) to SERVING_INFINITE for order Google AdWords | UNKNOWN (UNKNOWN) |
| Apr 2, 2016 09:18 PDT | AMEX ending in █ set as PRIMARY for Order Google AdWords | gaia_id: 328282160798 (UNKNOWN) |
| Apr 2, 2016 03:14 PDT | Billing account serving state changed from SERVING_INFINITE to BLOCKED(NO_VALID_FOP) for order Google AdWords | UNKNOWN (UNKNOWN) |
| Apr 2, 2016 03:14 PDT | Decline-block workflow for instrument ID 'kLpYpdF8RjWwuiuYU5WvIQ' is blocked until 4/3/16, 10:14 AM | loas_user: "billing-payments-pipeline" (UNKNOWN) |
| Mar 31, 2016 21:37 PDT | Billing account serving state changed from BLOCKED(NO_VALID_FOP) to SERVING_INFINITE for order Google AdWords | UNKNOWN (UNKNOWN) |
| Mar 31, 2016 21:37 PDT | Decline-block workflow for instrument ID 'kLpYpdF8RjWwuiuYU5WvIQ' is unblocked | gaia_id: 328282160798 (UNKNOWN) |
| Mar 31, 2016 19:37 PDT | Billing account serving state changed from SERVING_INFINITE to BLOCKED(NO_VALID_FOP) for order Google AdWords | UNKNOWN (UNKNOWN) |
| Mar 31, 2016 19:37 PDT | Decline-block workflow for instrument ID 'kLpYpdF8RjWwuiuYU5WvIQ' is blocked until 4/2/16, 2:37 AM | loas_user: "billing-payments-pipeline" (UNKNOWN) |
| Mar 30, 2016 20:19 PDT | Deleted bank account ending in █ | gaia_id: 328282160798 (UNKNOWN) |
| Mar 30, 2016 20:18 PDT | Billing account serving state changed from BLOCKED(NO_VALID_FOP) to SERVING_INFINITE for order Google AdWords | UNKNOWN (UNKNOWN) |
| Mar 30, 2016 20:18 PDT | Decline-block workflow for instrument ID 'kLpYpdF8RjWwuiuYU5WvIQ' is unblocked | gaia_id: 328282160798 (UNKNOWN) |
| Mar 30, 2016 16:57 PDT | Billing account serving state changed from SERVING_INFINITE to BLOCKED(NO_VALID_FOP) for order Google AdWords | UNKNOWN (UNKNOWN) |
| Mar 30, 2016 16:57 PDT | Decline-block workflow for instrument ID 'kLpYpdF8RjWwuiuYU5WvIQ' is blocked until 3/31/16, 11:57 PM | loas_user: "billing-payments-pipeline" (UNKNOWN) |
| Mar 30, 2016 15:44 PDT | Yodlee verification failed for bank account ending in █ (ID: f4xyuEoPQQCueBuMgkffbQ) with reason BANK_ACCOUNT_NUMBER_NOT_FOUND | loas_user: "billing-instruments-pipeline (UNKNOWN) |
| Mar 29, 2016 15:40 PDT | Yodlee verification failed for bank account ending in █ (ID: f4xyuEoPQQCueBuMgkffbQ) with reason BANK_ACCOUNT_NUMBER_NOT_FOUND | loas_user: "billing-instruments-pipeline (UNKNOWN) |
| Mar 29, 2016 15:39 PDT | Yodlee verification for bank account ending in █ (ID: f4xyuEoPQQCueBuMgkffbQ) in state Verifying_account_information on initiation attempt 7 | loas_user: "billing-instruments-pipeline (UNKNOWN) |
| Mar 29, 2016 15:39 PDT | Yodlee verification for bank account ending in █ (ID: f4xyuEoPQQCueBuMgkffbQ) in state Waiting_on_yodlee on initiation attempt 7 | gaia_id: 328282160798 (UNKNOWN) |
| Mar 29, 2016 15:38 PDT | Billing account serving state changed from BLOCKED(NO_VALID_FOP) to SERVING_INFINITE for order Google AdWords | UNKNOWN (UNKNOWN) |
| Mar 29, 2016 15:38 PDT | Decline-block workflow for instrument ID 'kLpYpdF8RjWwuiuYU5WvIQ' is unblocked | gaia_id: 328282160798 (UNKNOWN) |
| Mar 29, 2016 15:37 PDT | AMEX ending in █ has been successfully authorized | gaia_id: 328282160798 (UNKNOWN) |

| Date | Description | Account |
|---|---|---|
| Mar 29, 2016 15:37 PDT | Added AMEX ending in ██ | gaia_id: 328282160798 (UNKNOWN) |
| Mar 29, 2016 15:37 PDT | AMEX ending in ██ now has valid expiration date (Exp: ████) | gaia_id: 328282160798 (UNKNOWN) |
| Mar 29, 2016 13:29 PST | Billing account serving state changed from SERVING_INFINITE to BLOCKED(NO_VALID_FOP) for order Google AdWords | UNKNOWN (UNKNOWN) |
| Mar 29, 2016 13:28 PST | Decline-block workflow for instrument ID 'kLpYpdF8RjWwuiuYU5WvIQ' is blocked until 3/30/16, 8:28 PM | loas_user: 'billing-payments-pipeline' (UNKNOWN) |
| Mar 3, 2016 22:12 PST | Billing account serving state changed from UNKNOWN to SERVING_INFINITE for order Google AdWords | UNKNOWN (UNKNOWN) |
| Jan 17, 2016 11:13 PST | VISA ending in ██ set as PRIMARY for Order Google AdWords | gaia_id: 328282160798 (UNKNOWN) |
| Jan 17, 2016 11:13 PST | Added VISA ending in ██ | gaia_id: 328282160798 (UNKNOWN) |
| Jan 17, 2016 11:13 PST | VISA ending in ██ now has valid expiration date (Exp: ████) | gaia_id: 328282160798 (UNKNOWN) |
| Jan 17, 2016 11:13 PST | VISA ending in ██ has been successfully authorized | gaia_id: 328282160798 (UNKNOWN) |
| Jan 17, 2016 11:12 PST | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is unblocked | gaia_id: 328282160798 (UNKNOWN) |
| Jan 17, 2016 09:53 PST | Yodlee verification failed for bank account ending in ██ (ID: f4xyuEoPQQCueBuMgkffbQ) with reason BANK_ACCOUNT_NUMBER_NOT_FOUND | loas_user: 'billing-instruments-pipeline' (UNKNOWN) |
| Jan 17, 2016 02:26 PST | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is blocked until 1/18/16, 10:26 AM | loas_user: 'billing-payments-pipeline' (UNKNOWN) |
| Jan 16, 2016 09:54 PST | Yodlee verification failed for bank account ending in ██ (ID: f4xyuEoPQQCueBuMgkffbQ) with reason BANK_ACCOUNT_NUMBER_NOT_FOUND | loas_user: 'billing-instruments-pipeline' (UNKNOWN) |
| Jan 16, 2016 09:53 PST | Yodlee verification for bank account ending in ██ (ID: f4xyuEoPQQCueBuMgkffbQ) in state Verifying_account_information on initiation attempt 6 | loas_user: 'billing-instruments-pipeline' (UNKNOWN) |
| Jan 16, 2016 09:53 PST | Yodlee verification for bank account ending in ██ (ID: f4xyuEoPQQCueBuMgkffbQ) in state Waiting_on_yodlee on initiation attempt 6 | gaia_id: 328282160798 (UNKNOWN) |
| Jan 16, 2016 09:52 PST | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is unblocked | gaia_id: 328282160798 (UNKNOWN) |
| Jan 16, 2016 09:50 PST | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is blocked until 1/17/16, 5:50 PM | loas_user: 'billing-payments-pipeline' (UNKNOWN) |
| Jan 16, 2016 09:50 PST | For VISA ending in ██ billing address changed to ████████ los angeles, CA 90036, United States | gaia_id: 328282160798 (UNKNOWN) |
| Jan 16, 2016 09:50 PST | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is unblocked | gaia_id: 328282160798 (UNKNOWN) |
| Jan 16, 2016 00:59 PST | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is blocked until 1/17/16, 8:59 AM | loas_user: 'billing-payments-pipeline' (UNKNOWN) |
| Oct 20, 2015 23:27 PDT | Yodlee verification failed for bank account ending in █ (ID: f4xyuEoPQQCueBuMgkffbQ) with reason BANK_ACCOUNT_NUMBER_NOT_FOUND | loas_user: 'billing-instruments-pipeline' (UNKNOWN) |
| Oct 19, 2015 23:24 PDT | Yodlee verification failed for bank account ending in █ (ID: f4xyuEoPQQCueBuMgkffbQ) with reason BANK_ACCOUNT_NUMBER_NOT_FOUND | loas_user: 'billing-instruments-pipeline' (UNKNOWN) |
| Oct 19, 2015 23:24 PDT | Yodlee verification for bank account ending in █ (ID: f4xyuEoPQQCueBuMgkffbQ) in state Verifying_account_information on initiation attempt 5 | loas_user: 'billing-instruments-pipeline' (UNKNOWN) |
| Oct 19, 2015 23:24 PDT | Yodlee verification for bank account ending in █ (ID: f4xyuEoPQQCueBuMgkffbQ) in state Waiting_on_yodlee on initiation attempt 5 | gaia_id: 328282160798 (UNKNOWN) |
| Oct 19, 2015 23:24 PDT | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is unblocked | gaia_id: 328282160798 (UNKNOWN) |
| Oct 16, 2015 22:04 PDT | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is blocked indefinitely | loas_user: 'billing-payments-pipeline' (UNKNOWN) |
| Oct 5, 2015 18:51 PDT | Yodlee verification failed for bank account ending in █ (ID: f4xyuEoPQQCueBuMgkffbQ) with reason BANK_ACCOUNT_NUMBER_NOT_FOUND | loas_user: 'billing-instruments-pipeline' (UNKNOWN) |
| Oct 5, 2015 18:51 PDT | Yodlee verification failed for bank account ending in █ (ID: f4xyuEoPQQCueBuMgkffbQ) with reason BANK_ACCOUNT_NUMBER_NOT_FOUND | loas_user: 'billing-instruments-pipeline' (UNKNOWN) |
| Oct 4, 2015 18:51 PDT | Yodlee verification failed for bank account ending in █ (ID: f4xyuEoPQQCueBuMgkffbQ) with reason BANK_ACCOUNT_NUMBER_NOT_FOUND | loas_user: 'billing-instruments-pipeline' (UNKNOWN) |
| Oct 4, 2015 18:50 PDT | Yodlee verification for bank account ending in █ (ID: f4xyuEoPQQCueBuMgkffbQ) in state Verifying_account_information on initiation attempt 4 | loas_user: 'billing-instruments-pipeline' (UNKNOWN) |

Confidential

GOOG-AT-MDL-C-000058328

| Date | Description | Account |
|---|---|---|
| Oct 4, 2015 18:50 PDT | Yodlee verification for bank account ending in ██ (ID: f4xyuEoPQQCueBuMgkffbQ) in state Waiting_on_yodlee on initiation attempt 4 | gaia_id: 328282160798 (UNKNOWN) |
| Oct 4, 2015 18:50 PDT | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is unblocked | gaia_id: 328282160798 (UNKNOWN) |
| Oct 4, 2015 18:50 PDT | Yodlee verification failed for bank account ending in ██ (ID: f4xyuEoPQQCueBuMgkffbQ) with reason BANK_ACCOUNT_NUMBER_NOT_FOUND | loas_user "billing-instruments-pipeline (UNKNOWN) |
| Oct 4, 2015 18:49 PDT | Yodlee verification for bank account ending in ██ (ID: f4xyuEoPQQCueBuMgkffbQ) in state Verifying_account_information on initiation attempt 3 | loas_user "billing-instruments-pipeline (UNKNOWN) |
| Oct 4, 2015 18:49 PDT | Yodlee verification for bank account ending in ██ (ID: f4xyuEoPQQCueBuMgkffbQ) in state Waiting_on_yodlee on initiation attempt 3 | gaia_id: 328282160798 (UNKNOWN) |
| Oct 4, 2015 02:25 PDT | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is blocked indefinitely | loas_user "billing-payments-pipeline" (UNKNOWN) |
| Sep 15, 2015 20:21 PDT | Yodlee verification failed for bank account ending in ██ (ID: f4xyuEoPQQCueBuMgkffbQ) with reason TIME_OUT | loas_user "billing-instruments-pipeline (UNKNOWN) |
| Sep 15, 2015 20:17 PDT | Yodlee verification failed for bank account ending in ██ (ID: f4xyuEoPQQCueBuMgkffbQ) with reason TIME_OUT | loas_user "billing-instruments-pipeline (UNKNOWN) |
| Sep 14, 2015 20:28 PDT | Deleted VISA ending in 7127 | gaia_id: 328282160798 (UNKNOWN) |
| Sep 14, 2015 20:28 PDT | Decline-block workflow for instrument ID '8cMQDkYuSmudzurgXEeH3Q' is unblocked | gaia_id: 328282160798 (UNKNOWN) |
| Sep 14, 2015 20:23 PDT | Yodlee verification failed for bank account ending in ██ (ID: f4xyuEoPQQCueBuMgkffbQ) with reason TIME_OUT | loas_user "billing-instruments-pipeline (UNKNOWN) |
| Sep 14, 2015 20:20 PDT | Yodlee verification for bank account ending in ██ (ID: f4xyuEoPQQCueBuMgkffbQ) in state Verifying_account_information on initiation attempt 2 | loas_user "billing-instruments-pipeline (UNKNOWN) |
| Sep 14, 2015 20:20 PDT | Yodlee verification for bank account ending in ██ (ID: f4xyuEoPQQCueBuMgkffbQ) in state Waiting_on_yodlee on initiation attempt 2 | gaia_id: 328282160798 (UNKNOWN) |
| Sep 14, 2015 20:19 PDT | Yodlee verification failed for bank account ending in ██ (ID: f4xyuEoPQQCueBuMgkffbQ) with reason TIME_OUT | loas_user "billing-instruments-pipeline (UNKNOWN) |
| Sep 14, 2015 20:16 PDT | Yodlee verification for bank account ending in ██ (ID: f4xyuEoPQQCueBuMgkffbQ) in state Verifying_account_information on initiation attempt 1 | loas_user "billing-instruments-pipeline (UNKNOWN) |
| Sep 14, 2015 20:16 PDT | Yodlee verification for bank account ending in ██ (ID: f4xyuEoPQQCueBuMgkffbQ) in state Waiting_on_yodlee on initiation attempt 1 | gaia_id: 328282160798 (UNKNOWN) |
| Sep 14, 2015 20:16 PDT | Activation method for bank account ending in ██ (ID: f4xyuEoPQQCueBuMgkffbQ) set to Yodlee | gaia_id: 328282160798 (UNKNOWN) |
| Sep 14, 2015 20:16 PDT | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is unblocked | gaia_id: 328282160798 (UNKNOWN) |
| Sep 14, 2015 19:14 PDT | Decline-block workflow for instrument ID 'YdDesPxrT46XVMdfhSR91A' is blocked indefinitely | loas_user "billing-payments-pipeline" (UNKNOWN) |
| Sep 14, 2015 19:14 PDT | VISA ending in ██ set as PRIMARY for Order Google AdWords | gaia_id: 328282160798 (UNKNOWN) |
| Sep 14, 2015 19:14 PDT | Added VISA ending in ██ | gaia_id: 328282160798 (UNKNOWN) |
| Sep 14, 2015 19:14 PDT | Added new address Michael Stellman, ██████████ los angeles, CA 90036, United States,<empty> [FINANCIAL] | gaia_id: 328282160798 (UNKNOWN) |
| Sep 14, 2015 19:14 PDT | VISA ending in ██ now has valid expiration date (Exp: ████) | gaia_id: 328282160798 (UNKNOWN) |
| Sep 14, 2015 19:14 PDT | VISA ending in ██ has been successfully authorized | gaia_id: 328282160798 (UNKNOWN) |
| Sep 11, 2015 23:57 PDT | Decline-block workflow for instrument ID '8cMQDkYuSmudzurgXEeH3Q' is blocked indefinitely | loas_user "billing-payments-pipeline" (UNKNOWN) |
| Jun 3, 2015 02:23 PDT | Decline-block workflow for instrument ID '8cMQDkYuSmudzurgXEeH3Q' is unblocked | gaia_id: 328282160798 (UNKNOWN) |
| Jun 3, 2015 01:36 PDT | Decline-block workflow for instrument ID '8cMQDkYuSmudzurgXEeH3Q' is blocked until 6/4/15, 8:36 AM | loas_user "billing-payments-pipeline" (UNKNOWN) |
| Jun 3, 2015 01:33 PDT | Decline-block workflow for instrument ID '8cMQDkYuSmudzurgXEeH3Q' is unblocked | gaia_id: 328282160798 (UNKNOWN) |
| Jun 3, 2015 01:14 PDT | For VISA ending in ██, billing address changed to ██████████ los angeles, CA 90036, United States | gaia_id: 328282160798 (UNKNOWN) |
| Jun 3, 2015 01:14 PDT | For VISA ending in ██ expiration date changed to ████ | gaia_id: 328282160798 (UNKNOWN) |

| Date | Description | User |
|---|---|---|
| Jun 3, 2015 01:12 PDT | Decline-block workflow for instrument ID '8cMQDkYuSmudzurgXEeH3Q' is blocked indefinitely | loas_user: "billing-payments-pipeline" (UNKNOWN) |
| May 18, 2015 04:15 PDT | Deleted VISA ending in ▮▮ | gaia_id: 328282160798 (UNKNOWN) |
| May 18, 2015 04:14 PDT | VISA ending in ▮▮ set as PRIMARY for Order Google AdWords | gaia_id: 328282160798 (UNKNOWN) |
| May 18, 2015 04:14 PDT | Added VISA ending in ▮▮ | gaia_id: 328282160798 (UNKNOWN) |
| May 18, 2015 04:14 PDT | Added new address michael stellman, ▮▮▮▮▮▮ los angeles, CA 90036, United States, <empty> [FINANCIAL] | gaia_id: 328282160798 (UNKNOWN) |
| May 18, 2015 04:14 PDT | VISA ending in ▮▮ now has valid expiration date (Exp: ▮▮) | gaia_id: 328282160798 (UNKNOWN) |
| May 18, 2015 04:14 PDT | VISA ending in ▮▮ has been successfully authorized | gaia_id: 328282160798 (UNKNOWN) |
| May 14, 2015 03:23 PDT | Decline-block workflow for instrument ID 'kwLfwE1wSX-XKhUMF8MrYg' is blocked indefinitely | loas_user: "billing-payments-pipeline" (UNKNOWN) |
| May 14, 2015 01:38 PDT | Decline-block workflow for instrument ID 'kwLfwE1wSX-XKhUMF8MrYg' is unblocked | loas_user: "billing-instruments-pipeline" (UNKNOWN) |
| May 13, 2015 01:38 PDT | Decline-block workflow for instrument ID 'kwLfwE1wSX-XKhUMF8MrYg' is blocked until 5/14/15, 8:38 AM | loas_user: "billing-payments-pipeline" (UNKNOWN) |
| May 7, 2015 22:49 PDT | For VISA ending in <empty>, account number changed to number ending in ▮▮ | UNKNOWN (UNKNOWN) |
| May 7, 2015 22:49 PDT | For VISA ending in <empty>, account number changed to number ending in ▮▮ | UNKNOWN (UNKNOWN) |
| May 7, 2015 22:49 PDT | For VISA ending in <empty>, account number changed to number ending in ▮▮ | UNKNOWN (UNKNOWN) |
| May 7, 2015 22:49 PDT | For VISA ending in <empty>, account number changed to number ending in ▮▮ | UNKNOWN (UNKNOWN) |
| Apr 17, 2015 16:40 PDT | Deleted VISA ending in ▮▮ | gaia_id: 328282160798 (UNKNOWN) |
| Apr 17, 2015 16:40 PDT | Decline-block workflow for instrument ID 'kwLfwE1wSX-XKhUMF8MrYg' is unblocked | gaia_id: 328282160798 (UNKNOWN) |
| Apr 14, 2015 05:45 PDT | Decline-block workflow for instrument ID 'kwLfwE1wSX-XKhUMF8MrYg' is blocked indefinitely | UNKNOWN (UNKNOWN) |
| Apr 14, 2015 02:08 PDT | Decline-block workflow for instrument ID 'kwLfwE1wSX-XKhUMF8MrYg' is unblocked | UNKNOWN (UNKNOWN) |
| Apr 13, 2015 02:08 PDT | Decline-block workflow for instrument ID 'kwLfwE1wSX-XKhUMF8MrYg' is blocked until 4/14/15, 9:08 AM | UNKNOWN (UNKNOWN) |
| Mar 17, 2015 21:07 PDT | Decline-block workflow for instrument ID 'kwLfwE1wSX-XKhUMF8MrYg' is unblocked | UNKNOWN (UNKNOWN) |
| Mar 15, 2015 03:53 PDT | Decline-block workflow for instrument ID 'kwLfwE1wSX-XKhUMF8MrYg' is blocked indefinitely | UNKNOWN (UNKNOWN) |
| Mar 15, 2015 02:49 PDT | Decline-block workflow for instrument ID 'kwLfwE1wSX-XKhUMF8MrYg' is unblocked | UNKNOWN (UNKNOWN) |
| Mar 14, 2015 02:48 PDT | Decline-block workflow for instrument ID 'kwLfwE1wSX-XKhUMF8MrYg' is blocked until 3/15/15, 9:49 AM | UNKNOWN (UNKNOWN) |
| Feb 26, 2015 16:15 PST | For VISA ending in ▮▮ card holder name changed to michael stellman | UNKNOWN (UNKNOWN) |
| Feb 26, 2015 16:15 PST | For VISA ending in ▮▮ card holder name changed to michael stellman | UNKNOWN (UNKNOWN) |
| Feb 26, 2015 16:15 PST | For VISA ending in ▮▮ card holder name changed to Michael Stellman | UNKNOWN (UNKNOWN) |
| Feb 26, 2015 16:15 PST | For VISA ending in ▮▮ card holder name changed to michael stellman | UNKNOWN (UNKNOWN) |
| Feb 12, 2015 16:52 PST | VISA ending in ▮▮ set as PRIMARY for Order Google AdWords | UNKNOWN (UNKNOWN) |
| Feb 12, 2015 16:52 PST | Added VISA ending in ▮▮ | UNKNOWN (UNKNOWN) |
| Feb 12, 2015 16:52 PST | Added new address MICHAEL STELLMAN, ▮▮▮▮▮▮ los angeles, CA 90036, United States, <empty> [FINANCIAL] | UNKNOWN (UNKNOWN) |

| Feb 12, 2015 16:52 PST | VISA ending in ███ now has valid expiration date (Exp: ███) | UNKNOWN (UNKNOWN) |
|---|---|---|
| Feb 12, 2015 16:52 PST | VISA ending in ███ has been successfully authorized | UNKNOWN (UNKNOWN) |
| Feb 12, 2015 16:47 PST | Decline-block workflow for instrument ID 'qnYfNp8pTYGv6JsZjRxbVw' is blocked indefinitely | UNKNOWN (UNKNOWN) |
| Jan 21, 2015 18:27 PST | Decline-block workflow for instrument ID 'qnYfNp8pTYGv6JsZjRxbVw' is unblocked | UNKNOWN (UNKNOWN) |
| Jan 18, 2015 03:32 PST | Decline-block workflow for instrument ID 'qnYfNp8pTYGv6JsZjRxbVw' is blocked indefinitely | UNKNOWN (UNKNOWN) |
| Jan 18, 2015 01:53 PST | Decline-block workflow for instrument ID 'qnYfNp8pTYGv6JsZjRxbVw' is unblocked | UNKNOWN (UNKNOWN) |
| Jan 17, 2015 01:37 PST | Decline-block workflow for instrument ID 'qnYfNp8pTYGv6JsZjRxbVw' is blocked until 1/18/15, 9:37 AM | UNKNOWN (UNKNOWN) |
| Dec 14, 2014 12:02 PST | Added VISA payment method | UNKNOWN (UNKNOWN) |
| Dec 14, 2014 12:02 PST | Added VISA payment method | UNKNOWN (UNKNOWN) |
| Dec 14, 2014 12:02 PST | Added VISA payment method | UNKNOWN (UNKNOWN) |
| Nov 28, 2014 16:17 PST | Decline-block workflow for instrument ID 'qnYfNp8pTYGv6JsZjRxbVw' is unblocked | UNKNOWN (UNKNOWN) |
| Nov 28, 2014 00:46 PST | Decline-block workflow for instrument ID 'qnYfNp8pTYGv6JsZjRxbVw' is blocked until 11/29/14, 8:46 AM | UNKNOWN (UNKNOWN) |
| Nov 27, 2014 00:03 PST | Decline-block workflow for instrument ID 'qnYfNp8pTYGv6JsZjRxbVw' is unblocked | UNKNOWN (UNKNOWN) |
| Nov 27, 2014 00:03 PST | Decline-block workflow for instrument ID 'qnYfNp8pTYGv6JsZjRxbVw' is blocked until 11/28/14, 8:03 AM | UNKNOWN (UNKNOWN) |
| Nov 27, 2014 00:02 PST | Decline-block workflow for instrument ID 'qnYfNp8pTYGv6JsZjRxbVw' is unblocked | UNKNOWN (UNKNOWN) |
| Nov 19, 2014 15:06 PST | Decline-block workflow for instrument ID 'qnYfNp8pTYGv6JsZjRxbVw' is blocked indefinitely | UNKNOWN (UNKNOWN) |
| Nov 19, 2014 14:29 PST | Decline-block workflow for instrument ID 'qnYfNp8pTYGv6JsZjRxbVw' is unblocked | UNKNOWN (UNKNOWN) |
| Nov 18, 2014 13:39 PST | Decline-block workflow for instrument ID 'qnYfNp8pTYGv6JsZjRxbVw' is blocked until 11/19/14, 9:39 PM | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | Customer's enterprise type changed from <empty> to Unspecified | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | Customer has ACCEPTED terms and conditions for agreement 294, version 1.0, legal_document_id: 0,Customer has ACCEPTED terms and conditions for agreement 1, version 1.0, legal_document_id: 0 | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | Customer's address changed to michael stellman, ███████ los angeles, CA 90036, United States | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | Customer's contact email changed from <empty> to ████████████ | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | Customer's language preference changed from <empty> to en-US | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | Customer's contact phone changed from <empty> to ████████ | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | Created Order | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | For order, currency code changed from <empty> to USD | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | For order, electronic documents delivery option changed to false | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | Added bank account ending in ██ | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | Added VISA payment method | UNKNOWN (UNKNOWN) |

| | | |
|---|---|---|
| Nov 5, 2014 19:25 PST | Added new address michael stellman, ████████ los angeles, CA 90036, United States, <empty> [FINANCIAL] | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | Added new address ████████ los angeles, CA 90036, United States,<empty> [FINANCIAL] | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | VISA ending in ███ set as PRIMARY for Order Google AdWords | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | Activation method for bank account ending in █ (ID: f4xyuEoPQQCueBuMgkffbQ) set to Challenge_deposit | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | VISA ending in ███ now has valid expiration date (Exp: 9/2017) | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | Challenge deposit amount of ████ is DEPOSIT_FAILED for bank account ending in █ (ID: f4xyuEoPQQCueBuMgkffbQ), with 0 verification attempts complete out of a maximum of 3 attempts. Number of challenge deposit reissues: 0. Number of attempt resets: 0. | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | Added <empty> orderline starting at <empty>, with no end date, and with a spending limit of $0.00 | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | Added <empty> orderline starting at <empty>, with no end date, and with a spending limit of <infinite> | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | Yodlee verification for bank account ending in █ (ID: f4xyuEoPQQCueBuMgkffbQ) in state Waiting_on_user_input_login_form on initiation attempt 0 | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | VISA ending in ███ has been successfully authorized | UNKNOWN (UNKNOWN) |
| Nov 5, 2014 19:25 PST | Created customer | UNKNOWN (UNKNOWN) |

# EXHIBIT L

Google Ads | Search for a page or campaign | Appearance | Refresh | Help | Notifications | [redacted]

None of your ads are running · Your campaigns and ad groups are paused or removed. Enable them to begin showing your ads. Hide Learn more

Create
Campaigns
Goals
Tools
Billing
Admin

Account settings
Preferences
Notifications
Access and security

## Preferences

Custom | Feb 24 – Mar 22, 2024 | Show last 30 days

| | |
|---|---|
| Time zone | (GMT-07:00) Pacific Time |
| Account status | Account: Canceled |

Data sharing

| | |
|---|---|
| Recommendations for your business | Turned On |

Data protection contacts

Provide contact information in connection with the Google Ads Data Processing Terms and the EU General Data Protection Regulation. Please keep these contacts up-to-date.

| | |
|---|---|
| Contact information | ▲ None |

Rules and terms

| | |
|---|---|
| Google program advertiser terms | Status: Accepted (2024-2-21 19:29:53 America/Los_Angeles) - **Opted out of arbitration**<br>Read printer-friendly document |
| Google Ads policy suspension procedures | Read suspension procedures |

Campaign optimizations

| | |
|---|---|
| Suggested ads | Suggested ads are automatically applied to your campaigns after 7 days |
| Call reporting | Turned on |

Get the Google Ads mobile app

© Google, 2024.

[redacted] [redacted]

