# FRESHFIELDS

**Via ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Silicon Valley**
855 Main Street
Redwood City, CA 94063
T +1 650 618 9250 (Switchboard)
   +1 650 461 8276 (Direct)
E justina.sessions@freshfields.com
www.freshfields.com

December 4, 2024

**Re:** *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC); *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-cv-07001 (PKC); *Stellman v. Google LLC et al.*, No. 1:23-cv-01532 (PKC)

Dear Judge Castel:

    We write jointly on behalf of Defendants Google LLC and Alphabet Inc. (together, "Google") and Plaintiffs Cliffy Care Landscaping LLC and Michael Stellman (together, "Advertiser Plaintiffs") regarding Google's Renewed Motion to Compel Arbitration and Stay Proceedings as to Plaintiffs Cliffy Care Landscaping LLC and Michael Stellman (the "Motion") and the Declaration of Armete Mobin. ECF Nos. 889 and 891. Exhibits 1, 2, 3, and 5 to Google's Motion and Exhibits F-K to the Mobin Declaration contain information Advertiser Plaintiffs designated as Confidential or Highly Confidential under the confidentiality order (ECF No. 685), principally personal identifying information. *See* ECF Nos. 890-1, 890-2, 890-3, 890-5, and 891. The publicly filed versions of these documents have been redacted accordingly. Much of the redacted material must be redacted under Federal Rule of Civil Procedure 5.2, but none of the redacted material is germane to the Court's determination of the Motion and, accordingly, Google did not request that any material be considered under seal in connection with the Motion.

    If the Court requires unredacted versions of any of these materials for any reason, however, Advertiser Plaintiffs and Google are ready and willing to submit unredacted versions and to file a motion to seal in accordance with Your Honor's Individual Practice 5.

Sincerely,

/s/ *Dena C. Sharp*
Dena C. Sharp
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: dsharp@girardsharp.com

Tina Wolfson
AHDOOT & WOLFSON, PC
2600 West Olive Ave., Suite 500
Burbank, California 91505
Telephone: (310) 474-9111
Email: twolfson@ahdootwolfson.com

Interim Co-Lead Counsel for Advertiser Plaintiffs and the Proposed Advertiser Class

*/s/ Justina Sessions*
Justina K. Sessions
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com

Counsel for Defendants Google LLC and Alphabet Inc.

CC: All Counsel of Record (via ECF)