UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING           21-md-3010 (PKC)
ANTITRUST LITIGATION

<u>ORDER</u>

-----------------------------------------------------------x

CASTEL, Senior District Judge:

        Plaintiffs are allotted up to sixteen hours for the respective depositions of Mark Israel, Paul Milgrom and Judith Chevalier. The Clerk is directed to terminate the motion. (ECF 905.)

        In light of Google's letter stating that it is withdrawing the opinions of Itamar Simonson, plaintiffs' motion for additional document discovery related to Simonson is terminated moot. (ECF 914.)

        In light of the foregoing, today's pretrial conference is VACATED.

        SO ORDERED.

                                                P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
       February 26, 2025