UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |
|---|---|

## [PROPOSED] ORDER EXTENDING CERTAIN DEADLINES

For good cause shown, the Court hereby grants MDL Plaintiffs' request to extend certain deadlines. The amended deadlines are as follows:

| Event | Current Due Date | Proposed Due Date |
|---|---|---|
| Expert discovery cutoff | March 24, 2025 | April 18, 2025 |
| Pre-motion letters concerning summary judgment due | April 14, 2025 | May 2, 2025 |
| Class certification motions and related briefs due | April 14, 2025 | May 2, 2025 |

**SO ORDERED**

DATED: 3/14/2025

P. Kevin Castel
United States District Judge