

**Via ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *In re Google Digital Advertising Antitrust Litigation*
                Case No. 1:21-md-3010-PKC

Dear Judge Castel:

Advertiser Plaintiffs write to advise the Court that, pursuant to the stipulation filed today (ECF 929), Advertiser Plaintiffs hereby withdraw their Letter Motion for Leave to File Supplemental Expert Reports (ECF 923).

Dated: March 19, 2025

                                            Respectfully submitted,

                                            */s/ Dena C. Sharp*
                                            Dena C. Sharp (pro hac vice)
                                            Jordan Elias (pro hac vice)
                                            Scott Grzenczyk (pro hac vice)
                                            Mikaela Bock (pro hac vice)
                                              GIRARD SHARP LLP
                                            601 California Street, Suite 1400
                                            San Francisco, CA 94108
                                            Tel: (415) 981-4800
                                            Fax: (415) 981-4846
                                            dsharp@girardsharp.com
                                            jelias@girardsharp.com
                                            scottg@girardsharp.com
                                            mbock@girardsharp.com

                                            Tina Wolfson (TW-1016)
                                            Theodore W. Maya (pro hac vice)
                                            Bradley K. King (BK-1971)
                                            AHDOOT & WOLFSON, PC
                                            2600 West Olive Ave., Suite 500
                                            Burbank, California 91505
                                            Tel.: (310) 474-9111

Hon. P. Kevin Castel
March 19, 2025
Page 2

Fax: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com
bking@ahdootwolfson.com

*Interim Co-Lead Counsel for Advertiser
Plaintiffs and the Proposed Advertiser Class*