**FRESHFIELDS**

<u>Via ECF</u>

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Silicon Valley**
855 Main Street
Redwood City, CA 94063

**Justina Sessions**
T +1 650 618 9250
  +1 415-400-2204 (Direct)
F +1 202 507 5945
E justina.sessions@freshfields.com
freshfields.us

March 20, 2025

**Re:** *In re Google Digital Advertising Antitrust Litigation*, 1:21-md-03010 (PKC); *Rumble Canada Inc. v. Google LLC*, 1:24-cv-09904 (PKC)

Dear Judge Castel,

    We write jointly on behalf of Defendants Google LLC and Alphabet Inc. (together, "Google") and Plaintiff Rumble Canada Inc. ("Rumble") in connection with the transfer of the *Rumble Canada* matter to the above-referenced Multidistrict Litigation. ECF No. 895.

    At the time of transfer, Google's Motion to Dismiss Rumble's Amended Complaint in the Northern District of California was not fully briefed, and the parties had previously agreed to a stay of discovery pending resolution of Google's motion. The parties have since met and conferred, and with the Court's permission, agree to the following terms:

(1) Rumble may file a second amended complaint on or before April 18, 2025;
(2) If Google seeks to move to dismiss Rumble's operative complaint, Google shall file a letter brief seeking permission to do so no later than May 9, 2025;
(3) If the Court grants permission for Google to file a motion to dismiss, such motion will be due 30 days after the Court's ruling. Rumble will have 30 days to oppose, and Google will have 21 days to reply.
(4) All discovery is currently stayed and shall be stayed while Google's motion to dismiss is pending.

    Google and Rumble therefore respectfully request that the Court endorse the parties' mutually agreed upon terms and briefing schedule.

Sincerely,

March 20, 2025
Page 2

/s/ *Robert W. Dickerson, Jr.*
Robert W. Dickerson, Jr.
COMPETITION & TECHNOLOGY
LAW GROUP LLP
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Telephone:  213-610-1676
Facsimile:   213-799-3642
Email:rdickerson@comp-techlaw.com

Counsel for Plaintiff
Rumble Canada Inc.

/s/ *Justina Sessions*
Justina K. Sessions
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (415) 400-2204
Email: justina.sessions@freshfields.com

Counsel for Defendants Google LLC and Alphabet Inc.

CC: All Counsel of Record (via ECF)