

**Via ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re: *In re Google Digital Advertising Antitrust Litigation*
      Case No. 1:21-md-3010-PKC

Dear Judge Castel:

Advertiser Plaintiffs respectfully request that the Court extend the April 18, 2025, deadline for the completion of expert discovery with respect to the deposition of one of Google's experts. No conference is currently scheduled, and the relief requested herein will not impact any other deadlines currently set by the Court.

On March 14, 2025, the Court entered the parties' joint request to extend the deadline for completing expert discovery to April 18, 2025. ECF 926. The parties have been proceeding on that schedule, with multiple expert depositions occurring each week. The deposition of one of Google's experts—Dr. Laila Haider—is scheduled for April 16, 2025. Dr. Haider's report and opinions were disclosed only with respect to Advertiser Plaintiffs' case. A conflict arose for the counsel for Advertiser Plaintiffs that will be taking Dr. Haider's deposition, specifically that a family medical issue made the April 16 date unworkable.

Advertiser Plaintiffs and Google met and conferred, and agreed that the deposition could proceed on April 25, 2025, subject to the Court's approval. Advertiser Plaintiffs appreciate Google's accommodation, and now respectfully request that the Court permit Dr. Haider's deposition to proceed on April 25, 2025. Google does not oppose Advertiser Plaintiffs' request.

Dated: April 15, 2025          Respectfully submitted,

                    */s/ Dena C. Sharp*
                    Dena C. Sharp (pro hac vice)
                    Scott Grzenczyk (pro hac vice)
                    Mikaela Bock (pro hac vice)
                    **GIRARD SHARP LLP**
                    601 California Street, Suite 1400
                    San Francisco, CA 94108
                    Tel: (415) 981-4800

Hon. P. Kevin Castel
April 15, 2025
Page 2

        Fax: (415) 981-4846
        dsharp@girardsharp.com
        scottg@girardsharp.com
        mbock@girardsharp.com

        Tina Wolfson (TW-1016)
        Theodore W. Maya (pro hac vice)
        Bradley K. King (BK-1971)
        **AHDOOT & WOLFSON, PC**
        2600 West Olive Ave., Suite 500
        Burbank, California 91505
        Tel.: (310) 474-9111
        Fax: (310) 474-8585
        twolfson@ahdootwolfson.com
        tmaya@ahdootwolfson.com
        bking@ahdootwolfson.com

        *Interim Co-Lead Counsel for Advertiser*
        *Plaintiffs and the Proposed Advertiser Class*