UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) |

### ~~[PROPOSED]~~ ORDER CONCERNING CLASS CERTIFICATION BRIEFING

The Court hereby grants Google's unopposed request to extend deadlines and page limits for class certification briefing. The revised deadlines and page limits are as follows:

| Filing | Deadline | Page Limit |
|---|---|---|
| Class certification motions | May 2, 2025 | 35 pages |
| Class certification opposition briefs | June 16, 2025 | 35 pages |
| Class certification reply briefs | July 16, 2025 | 20 pages |

SO ORDERED

Dated: April 24, 2025

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge