UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING        21-md-3010 (PKC)
ANTITRUST LITIGATION

<u>PRE-TRIAL ORDER NO. 17</u>

-----------------------------------------------------------------x
CASTEL, Senior District Judge.

The Court has reviewed the positions of the parties and ORDERS as follows:

1. Motions <u>in limine</u> regarding expert testimony relied upon by a party to support or oppose class certification may be filed on the schedule and with the page limits herein without the need for a pre-motion letter.

2. If plaintiffs rely on expert testimony in support of their class certification motions, defendant on the same date its answering brief is due (June 16, 2025) may seek to exclude the expert or experts in a single brief not to exceed 20 pages per expert. On the date plaintiffs' replies in further support of their motions for class certification are due (July 16, 2025), plaintiffs (a) may respond to defendant's brief on plaintiffs' experts in a single brief not to exceed 20 pages per expert; and (b) may seek to exclude any expert relied upon by defendant in a brief not to exceed 20 pages per defendant's expert. By July 30, 2025, defendant may file a brief not to exceed 20 pages per defendant's expert responding to plaintiffs' submission seeking to exclude an expert of defendant.

3. Reply submissions on any expert-related issue will not be permitted unless ordered by the Court.

4. No motions addressed to the admissibility of evidence at trial or on a

summary judgment motion may be filed at this time.

5. The Clerk shall terminate the letter motion at ECF 941.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
April 29, 2025