IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Google Digital Advertising Antitrust Litigation** | Case No. 1:21-md-3010 (PKC) |
| *This document relates to:* <br><br> **In re Google Digital Publisher Antitrust Litigation** | Case No. 1:21-cv-7034 (PKC) |

## NOTICE OF MOTION FOR CLASS CERTIFICATION

PLEASE TAKE NOTICE THAT, based upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, dated May 2, 2025, and the supporting Declaration of Izaak Earnhardt, dated May 2, 2025, Plaintiffs Genius Media Group, Inc. (n/k/a MediaLab AI, Inc.) ("Genius"), The Nation Company, LLC ("The Nation"), and The Progressive, Inc. ("The Progressive") ("Plaintiffs"), move this Court, before the Honorable P. Kevin Castel, for an Order certifying two classes pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), appointing class representatives, and appointing co-lead counsel for the classes.

For the reasons set forth in the Memorandum of Law and based on the Declaration of Izaak Earnhardt and supporting exhibits attached thereto, Plaintiffs move for certification of the following two Classes:

- **AdX Publisher Class**: All persons or entities in the United States that directly paid Google, through payment of fees directly to Google or reductions in advertising revenue received directly from Google, for services associated with selling advertising impressions on websites via Google's AdX Ad Exchange ("AdX Sales") from December

15, 2016 through March 31, 2024 ("Class Period").  The AdX Publisher Class only seeks damages associated with its members' AdX Sales.

- **AdSense Publisher Class**: All persons or entities in the United States that directly paid Google, through payment of fees directly to Google or reductions in advertising revenue received directly from Google, for services associated with selling advertising impressions on websites via Google's AdSense Package ("AdSense Sales") during the Class Period.  The AdSense Publisher Class only seeks damages associated with its members' AdSense Sales.

For the reasons set forth in the Memorandum of Law and based on the Declaration of Izaak Earnhardt and the exhibits thereto, Plaintiffs move for appointment of Genius and The Nation as the class representatives for the AdX Publisher Class and for appointment of The Progressive as the class representative for the AdSense Publisher Class.

For the reasons set forth in the Memorandum of Law and based on the Declaration of Izaak Earnhardt and the exhibits thereto, Plaintiffs move that the firms previously appointed by the transferor court in the Northern District of California as interim co-lead class counsel, Boies Schiller Flexner LLP, Korein Tillery LLC, and Berger Montague PC, be appointed as co-lead class counsel for the Classes.

Dated: May 2, 2025                               Respectfully submitted,

                                                   David Boies
dboies@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

*Lead Counsel for the Publisher Class*

/s/ *Philip C. Korologos*
Philip C. Korologos
pkorologos@bsfllp.com
Robert J. Dwyer
rdwyer@bsfllp.com
James Keyte
jkeyte@bsfllp.com
Luke Williams
lwilliams@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300

Mark C. Mao
mmao@bsfllp.com
Sean P. Rodriguez
srodriguez@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6820

Sabria A. McElroy
smcelroy@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 377-4216

Izaak Earnhardt
iearnhardt@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave NW, 11th Floor
Washington, DC 2005
Telephone: (202) 237-2727

George A. Zelcs
gzelcs@koreintillery.com
Randall P. Ewing
rewing@koreintillery.com
Marc A. Wallenstein
mwallenstein@koreintillery.com
Ryan A. Cortazar
rcortazar@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Fax: (312) 641-9751

Stephen M. Tillery
stillery@koreintillery.com
Michael E. Klenov
mklenov@koreintillery.com
Carol L. O'Keefe
cokeefe@koreintillery.com
Andrew Ellis
aellis@koreintillery.com
Ian Moody
imoody@koreintillery.com
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Fax: (314) 241-3525

Eric L. Cramer
ecramer@bm.net
Michael C. Dell'Angelo
mdellangelo@bm.net
Caitlin G. Coslett
ccoslett@bm.net
Patrick F. Madden
pmadden@bm.net
Jeremy Gradwohl
jgradwohl@bm.net
**BERGER MONTAGUE PC**
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000

Robert E. Litan
rlitan@bm.net
**BERGER MONTAGUE PC**
1001 G Street, NW
Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9740

*Interim Co-Lead Counsel for the Publisher Class*