**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Google Digital Advertising Antitrust Litigation** | Case No. 1:21-md-3010 (PKC) |
| *This document relates to:* **In re Google Digital Publisher Antitrust Litigation** | Case No. 1:21-cv-7034 (PKC) |

**DECLARATION OF IZAAK EARNHARDT**
**<u>IN SUPPORT OF MOTION FOR CLASS CERTIFICATION</u>**

I, Izaak Earnhardt, declare as follows:

1. I am an associate at the law firm Boies Schiller Flexner LLP ("Boies Schiller"). Pursuant to this Court's Pre-Trial Order No. 2 (ECF 309), David Boies, a founding partner at Boies Schiller, was appointed "Lead Counsel for the Publisher Class". And pursuant to an order by the transferor court in the Northern District of California, Boies Schiller was appointed interim co-lead Class counsel for the putative publisher Classes. I submit this declaration in support of the Plaintiffs' Motion for Class Certification, dated May 2, 2025. I have knowledge of the facts stated herein from my personal knowledge and information gathered from within my firm and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the expert report of Professor Einer Elhauge in the above-captioned case, dated October 4, 2024.

3. Attached hereto as Exhibit 2 is a true and correct copy of an errata to the expert report of Professor Einer Elhauge in the above-captioned case, dated November 1, 2024.

4. Attached hereto as Exhibit 3 is a true and correct copy of the corrected rebuttal expert report of Professor Einer Elhauge in the above captioned case, dated March 9, 2025, which superseded the rebuttal expert report of Professor Einer Elhauge, dated February 18, 2025.

5. Attached hereto as Exhibit 4 is a true and correct copy of the transcript of the deposition of Professor Einer Elhauge and errata thereto, which took place on March 11, 2025.

6. Attached hereto as Exhibit 5 is a true and correct copy of the expert report of Anand Das in the above-captioned case, dated October 4, 2024.

7. Attached hereto as Exhibit 6 is a true and correct copy of the rebuttal expert report of Anand Das in the above captioned case, dated February 18.

8. Attached hereto as Exhibit 7 is a true and correct copy of the transcript of the deposition of Anand Das, which took place on March 20, 2025.

9. Attached hereto as Exhibit 8 is a true and correct copy of the expert report of Peter Cramton in the above-captioned case, dated October 4, 2024.

10. Attached hereto as Exhibit 9 is a true and correct copy of the rebuttal expert report of Peter Cramton in the above-captioned case, dated February 18, 2025.

11. Attached hereto as Exhibit 10 is a true and correct copy of the expert report of Dr. Gregory K. Leonard in the above-captioned case, dated December 13, 2024.

12. Attached hereto as Exhibit 11 is a true and correct copy of the transcript of the deposition of Dr. Gregory K. Leonard and errata thereto, which took place on March 18, 2025.

13. Attached hereto as Exhibit 12 is a true and correct copy of the transcript of Dr. Mark Israel's trial testimony in *United States, et al., v. Google LLC*, No. 23-cv-108-LMB (E.D. Va.), which took place on the morning of September 26, 2024.

14. Attached hereto as Exhibit 13 is a true and correct copy of a declaration signed by Philip C. Korologos dated May 2, 2025 and the exhibit thereto.

15. Attached hereto as Exhibit 14 is a true and correct copy of a declaration signed by Carol O'Keefe dated May 2, 2025 and the exhibit thereto.

16. Attached hereto as Exhibit 15 is a true and correct copy of a declaration signed by Eric L. Cramer dated May 2, 2025 and the exhibit thereto.

17. Attached hereto as Exhibit 16 is a true and correct copy of a series of internal Google meeting minutes with dates ranging from December 3, 2009 to September 9, 2010, produced by Google with the Bates range GOOG-DOJ-02139596 - GOOG-DOJ-02139615.

18. Attached hereto as Exhibit 17 is a true and correct copy of an internal Google presentation, dated April 2016, and produced by Google with the Bates range GOOG-DOJ-06845250 - GOOG-DOJ-06845293.

19. Attached hereto as Exhibit 18 is a true and correct copy of the transcript of the second day of the deposition of [redacted] and errata thereto in *United States v. Google LLC*, No. 23-cv-108-LMB (E.D. Va.) and *In re Google Digital Advertising Litigation*, No. 21-md-3010-PKC (S.D.N.Y.), which took place on November 9 and November 10, 2023.

20. Attached hereto as Exhibit 19 is a true and correct copy of the transcript of the deposition of [redacted], which took place on June 25, 2024.

21. Attached as Exhibit 20 is a true and correct copy of an email from [redacted] to [redacted], dated March 30, 2017, and produced by Google with the Bates number GOOG-DOJ-31847985.

22. Attached as Exhibit 21 is a true and correct copy of an internal Google presentation, dated November 13, 2017, and produced by Google with the Bates range GOOG-DOJ-27792007 - GOOG-DOJ-27792031.

23. Attached as Exhibit 22 is a true and correct copy of an email from [redacted] to [redacted], dated October 15, 2015, and produced by Google with the Bates range GOOG-TEX-00089241 - GOOG-TEX-00089245.

24. Attached as Exhibit 23 is a true and correct copy of an email from [redacted] to [redacted], dated September 5, 2017, and produced by Google with the Bates range GOOG-DOJ-04830048 - GOOG-DOJ-04830049.

25. Attached as Exhibit 24 is a true and correct copy of an instant messaging log between [redacted] and [redacted], dated August 12, 2019, and produced by Google with the Bates range GOOG-DOJ-AT-00597161 - GOOG-DOJ-AT-00597162.

26. Attached as Exhibit 25 is a true and correct copy of an internal Google presentation, dated April 5, 2017, and produced by Google with the Bates range GOOG-DOJ-14024199 - GOOG-DOJ-14024203.

27. Attached as Exhibit 26 is a true and correct copy of the transcript of the deposition of [redacted] as Google's 30(b)(6) designee and errata thereto, which took place on July 12, 2024.

28. Attached as Exhibit 27 is a true and correct copy of the declaration of [redacted] in *United States v. Google LLC*, No. 23-cv-108-LMB (E.D. Va.), dated August 4, 2023, and produced by Google with the Bates range GOOG-AT-MDL-008842393 - GOOG-AT-MDL-008842406.

29. Attached as Exhibit 28 is a true and correct copy of an email from [redacted] to [redacted], dated May 3, 2019, and produced by Google with the Bates range GOOG-DOJ-02857276 - GOOG-DOJ-02857277.

30. Attached as Exhibit 29 is a true and correct copy of the transcript of the deposition of [redacted] and errata thereto, which took place on June 7, 2024.

31. Attached as Exhibit 30 is a true and correct copy of an internal Google draft document, dated April 2019, and produced by Google with the Bates range GOOG-DOJ-13228856 - GOOG-DOJ-13228860.

32. Attached as Exhibit 31 is a true and correct copy of an internal Google draft document, dated September 11, 2019, produced by Google with the Bates range GOOG-DOJ-AT-01902619 - GOOG-DOJ-AT-01902620.

33. Attached as Exhibit 32 is a true and correct copy of an email from [redacted] to [redacted] and [redacted], dated August 11, 2017, and produced by Google with the Bates range GOOG-DOJ-14162335 - GOOG-DOJ-14162338.

34. Attached as Exhibit 33 is a true and correct copy of an excerpt of Leonard & Haider, Proving Antitrust Damages, published in 2017.

35. Attached as Exhibit 34 is a true and correct copy of an email from [redacted] to [redacted] and [redacted], dated July 21, 2017, and produced by Google with the Bates range GOOG-TEX-00453305 - GOOG-TEX-00453310.

36. Attached as Exhibit 35 is a true and correct copy of an email from [redacted] to [redacted], dated May 31, 2018, and produced by Google with the Bates range GOOG-DOJ-13473146 - GOOG-DOJ-13473147.

37. Attached as Exhibit 36 is a true and correct copy of an email from [redacted] to [redacted] and [redacted], dated January 4, 2019, and produced by Google with the Bates range GOOG-DOJ-AT-01680260 - GOOG-DOJ-AT-01680265.

38. Attached as Exhibit 37 is a true and correct copy of Google internal meeting notes, dated April 18, 2019, and produced by Google with the Bates range GOOG-AT-MDL-001390901 - GOOG-AT-MDL-001390905.

39. Attached as Exhibit 38 is a true and correct copy of an email from [redacted] to [redacted], dated June 21, 2018, and produced by Google with the Bates range GOOG-TEX-00096393 - GOOG-TEX-00096397.

40. Attached as Exhibit 39 is a true and correct copy of a Google review document, dated September 24, 2019, and produced by Google with the Bates range GOOG-AT-MDL-002295032 - GOOG-AT-MDL-002295037.

41. Attached as Exhibit 40 is a true and correct copy of the transcript of the deposition of [redacted] as Google's Rule 30(b)(6) designee and errata thereto, which took place on July 10, 2024.

42. Attached as Exhibit 41 is a true and correct copy of the transcript of the deposition of [redacted] and errata thereto, which took place on April 25, 2024

43. Attached as Exhibit 42 is a true and correct copy of an email from [redacted] to [redacted], dated September 6, 2019, and produced by Google with the Bates number GOOG-AT-MDL-011538685.

44. Attached as Exhibit 43 is a true and correct copy of an instant messaging log between [redacted] and [redacted], dated July 1, 2020, and produced by Google with the Bates range GOOG-AT-MDL-008517180 - GOOG-AT-MDL-008517182.

45. Attached as Exhibit 44 is a true and correct copy of an email from [redacted] to [redacted] and [redacted], dated December 21, 2016, and produced by Google with the Bates range GOOG-TEX-00691300 - GOOG-TEX-00691305.

46. Attached as Exhibit 45 is a true and correct copy of Defendant Google LLC's Reply Memorandum of Law in Support of Motion to Dismiss (ECF 122) in *United States v. Google LLC*, No. 23-cv-108-LMB (E.D. Va.), filed on April 17, 2023.

47. Attached as Exhibit 46 is a true and correct copy of the transcript of the deposition of Todd Schneider and errata thereto, which took place on June 27, 2024.

48. Attached as Exhibit 47 is a true and correct copy of the transcript of the deposition of Suzette Cabildo and errata thereto, which took place on May 21, 2024.

49. Attached as Exhibit 48 is a true and correct copy of the transcript of the deposition of Norman Stockwell, which took place on May 24, 2024.

50. Attached as Exhibit 49 is a true and correct copy of an instant messaging log between [redacted] and [redacted], dated October 12, 2020, and produced by Google with the Bates range GOOG-DOJ-AT-00198548 - GOOG-DOJ-AT-00198553.

51. Attached as Exhibit 50 is a true and correct copy of an internal Google document, with metadata bearing the date June 18, 2021, produced by Google with the Bates range GOOG-DOJ-AT-02118627 - GOOG-DOJ-AT-02118629.

52. Attached as Exhibit 51 is a true and correct copy of an email from [redacted] to [redacted], dated February 1, 2017, and produced by Google with the Bates range GOOG-DOJ-09470144 - GOOG-DOJ-09470148.

53. Attached as Exhibit 52 is a true and correct copy of an instant messaging log between [redacted] and [redacted], dated November 10, 2016, and produced by Google with the Bates range GOOG-DOJ-02852767 - GOOG-DOJ-02852769.

54. Attached as Exhibit 53 is a true and correct copy of an email from [redacted] to [redacted], dated February 8, 2012, and produced by Google with the Bates range GOOG-TEX-00302454 - GOOG-TEX-00302455.

55. Attached as Exhibit 54 is a true and correct copy of an email from [redacted] to [redacted], dated March 23, 2009, and produced by Google with the Bates range GOOG-DOJ-02148005 - GOOG-DOJ-02148007.

56. Attached as Exhibit 55 is a true and correct copy of an email from [redacted] to [redacted], dated January 29, 2013, and produced by Google with the Bates range GOOG-TEX-00532696 - GOOG-TEX-00532698.

57. Attached as Exhibit 56 is a true and correct copy of an internal Google presentation, dated October 26, 2018, and produced by Google with the Bates range GOOG-DOJ-AT-02199478 - GOOG-DOJ-AT-02199555.

58. Attached as Exhibit 57 is a true and correct copy of an email from [redacted] to [redacted], dated March 16, 2018, and produced by Google with the Bates range GOOG-DOJ-05276794 - GOOG-DOJ-05276796.

59. Attached as Exhibit 58 is a true and correct copy of the transcript of Tom Kershaw's trial testimony in *United States v. Google LLC*, No. 23-cv-108-LMB (E.D. Va.), which took place on the morning of September 13, 2024.

60. Attached as Exhibit 59 is a true and correct copy of an internal Google draft document, with metadata bearing the date August 3, 2018, produced by Google with the Bates range GOOG-DOJ-12074410 - GOOG-DOJ-12074411.

61. Attached as Exhibit 60 is a true and correct copy of an email from [redacted] to [redacted], dated April 16, 2009, and produced by Google with the Bates range GOOG-DOJ-02732514 - GOOG-DOJ-02732516.

62. Attached as Exhibit 61 is a true and correct copy of internal Google notes, dated September 24, and produced by Google with the Bates range GOOG-AT-MDL-007214166 - GOOG-AT-MDL-007214168.

63. Attached as Exhibit 62 is a true and correct copy of the transcript of the deposition of [redacted], which took place on June 13, 2024.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: May 2, 2025

Respectfully submitted,

*/s/ Izaak Earnhardt*
Izaak Earnhardt