# Exhibit 15

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Google Digital Advertising Antitrust Litigation** | Case No. 1:21-md-3010 (PKC) |
| *This document relates to:*<br><br>**In re Google Digital Publisher Antitrust Litigation** | Case No. 1:21-cv-7034 (PKC) |

**DECLARATION OF ERIC L. CRAMER
IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

I, Eric L. Cramer, hereby declare as follows:

1.      I am an executive shareholder at, and Chairman of, Berger Montague PC ("Berger Montague"), which was appointed interim co-lead counsel for the proposed publisher Classes ("Publishers) by the transferor court for the North District of California.  I am an attorney duly licensed to practice before the courts of the states of New York and Pennsylvania and numerous federal courts. I make this declaration in support of Plaintiffs' Motion for Class Certification, dated May 2, 2025. I have knowledge of the facts stated herein from my personal knowledge and information gathered from within my firm and, if called as a witness, I could and would competently testify thereto.

2.      Attached as **Exhibit A** to this declaration is a true and correct copy of a law firm resume prepared by Berger Montague for submission in this action. As set forth in that resume, Berger Montague and its attorneys have extensive experience in successfully prosecuting

complex antitrust class actions and other complex class actions and possess the skill and experience to continue to adequately represent the proposed Classes.

3.     On December 23, 2020, following an eighteen-month pre-suit investigation, my firm filed a suit alleging antitrust violations in the digital advertising market on behalf of Sterling International Consulting Group. Complaint, *Sterling Int'l Consulting Grp. v. Google LLC*, 5:20-cv-09321-BLF (N.D. Cal. Dec. 23, 2020), ECF 1. That case was subsequently consolidated with other cases brought by publishers under the caption *In re Google Digital Publisher Antitrust Litigation*, 5:20-cv-08984. *See* Order Consolidating Cases, *Sterling Int'l Consulting Grp. v. Google LLC*, 5:20-cv-09321-BLF (N.D. Cal. Mar. 10, 2021), ECF 23.

4.     On April 26, 2021, Berger Montague, together with Boies Schiller Flexner LLP and Korein Tillery LLC (collectively, "Interim Co-Lead Class Counsel"), was appointed by the transferor court in the Northern District of California as interim co-lead Class counsel for the proposed publisher Classes in this action. *See* Modified Order Appointing Interim Co-Lead Class Counsel for Publisher Class, *In re Google Digital Publisher Antitrust Litigation*, No. 21-cv-7034-PKC (S.D.N.Y. Apr. 26, 2021), ECF 76.

5.     The consolidated publisher case was subsequently transferred to this Court for pre-trial proceedings as part of this MDL. MDL Transfer Order, MDL No. 3010, *In re Google Digital Publisher Antitrust Litigation*, No. 21-cv-7034-PKC (S.D.N.Y. Aug. 10, 2021), ECF 94.

6.     Berger Montague, together with Interim Co-Lead Class Counsel, has invested significant time and expenses into investigating and litigating this action.

7.     Based on my review of contemporaneously maintained time records available to me from the files of my law firm when this declaration was prepared, attorneys and professional

staff at Berger Montague have worked in excess of 30,700 hours on this matter through the end of March 2025.

8.     Each of the three law firms appointed as Interim Co-Lead Class Counsel has made substantial contributions to the common litigation fund, which is used to cover certain common expenses of this litigation (e.g., expert costs and electronic document storage). Based on my review of files and records available from my firm, Berger Montague has contributed in excess of $3.6 million to the common litigation fund for this litigation and has incurred substantial additional expenses not paid out of the common litigation fund.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: May 2, 2025                                    Respectfully submitted,

                                                                     Eric L. Cramer

# Exhibit A



**BERGER | MONTAGUE**

BERGERMONTAGUE.COM

info@bm.net US  |  (800) 424-6690  |  CAN (647) 576-7840

1818 Market Street | Suite 3600 | Philadelphia, PA | 19103

# ABOUT BERGER MONTAGUE

**$50B+**
in Settlements
and Verdicts

**50+**
Years of Experience
with High-Profile Cases

**100+**
Attorneys Protecting
your Rights

**20+**
Years Ranked as Top Law
Firm by Chambers USA

**50**
States in which we've
Successfully Litigated

Berger Montague is one of the nation's preeminent law firms focusing on complex civil litigation, class actions, and mass torts with nationally known attorneys highly sought after for their legal skills and commitment to justice.

The firm has been recognized by federal and state courts across the country for its ability and expertise in handling major complex litigation, particularly in the fields of antitrust, securities, mass torts, civil and human rights, whistleblower cases, employment, and consumer litigation.

For more than 50 years, Berger Montague has played leading roles in precedent-setting cases and has recovered over $50 billion for their clients and the classes they have represented.



**Serving the U.S. & Canada from Eight Offices**

MINNEAPOLIS · TORONTO, ON · SAN FRANCISCO · CHICAGO · PHILADELPHIA · WILMINGTON, DE · WASHINGTON, D.C. · SAN DIEGO

Berger Montague laid the groundwork for the use of class actions in antitrust and securities litigation. The firm has since expanded the use of class actions in the fields of consumer, employment, environmental, and insurance litigation as well as of civil and human rights.

From helping companies in high-stakes commercial litigation to representing whistleblowers who have identified fraud against the government, our 100+ lawyers are able to tackle the most complex, precedent-setting legal matters.

Berger Montague has earned a national reputation for delivering results for clients. Our record of obtaining successful multimillion dollar settlements and verdicts is a direct reflection of our philosophy of preparing for trial from the moment we take your case — and paying attention to the details.

## PRACTICE AREAS

- Antitrust
- Appeals & Complex Briefing
- Automotive Litigation
- Child Sexual Abuse & Sexual Assault

- Commercial Litigation
- Commodities & Options
- Consumer Protection
- Credit Reporting & Background Checks

- Defective Drugs & Medical Devices
- Defective Products
- Employee Benefits & ERISA
- Employment Law & Unpaid Wages

- Environmental Law & Public Health
- False Claims Act, Qui Tam & Whistleblower
- Government Representation
- Healthcare

- Intellectual Property
- Securities Fraud & Investor Protection
- Securities & Financial Fraud
- Technology, Privacy & Data Breach

**Learn More www.bergermontague.com/about**

# FIRM HISTORY

**Berger Montague has a rich history of championing significant class action cases since its founding in 1970 by David Berger, the visionary behind the modern class action procedure.**

### 2016
The Firm opens its first office outside of Philadelphia in **Minneapolis, Minnesota.**

### 2023
To support its rapid growth and expansion, Berger Montague opens its first international office in **Toronto** and new offices in **San Francisco**, **Chicago** and **Wilmington, DE.**

### 2024
The Firm continues its growth trajectory with new offices opening in **Washington, D.C.**

### 2006
Berger Montague is one of three firms to represent the State of Connecticut in **State of Connecticut v. Philip Morris, Inc., et al.,** in which Connecticut recovered approximately $3.6 billion from certain manufacturers of tobacco products.

### 2001
As co-lead counsel, Berger Montague played a key role in bringing about a $4.37 billion **settlement with German industry and government** for the use of slave and forced labor during the Holocaust.

### 2000
Berger Montague serves on the executive committee in the **Holocaust Victim Assets** Litigation. It results in a $1.25 billion settlement with Switzerland's largest banks on behalf of victims of Nazi aggression whose deposits were not returned after the Second World War.

### 1991
Berger Montague serves as a principal plaintiffs' counsel in the **Drexel Burnham Lambert/Michael Milken** litigation which was filed in the aftermath of the junk bond market collapse and the Drexel bankruptcy. In 1991, a $2 billion settlement was approved.

### 1994
Berger Montague was one of the principal trial counsel in the **Exxon Valdez Oil Spill** litigation. In 1994, the jury awarded a record $5 billion verdict against Exxon, which theUnited States Supreme Court later reduced to $507.5 million.

The first mass tort property damage class action certified on a national basis was the **School Asbestos** Litigation. We served as lead counsel, helping to recover $300 million to defray the costs of asbestos abatement for secondary and elementary schools.

### 1981
After the near meltdown of a reactor at Three Mile Island, America's worst nuclear incident, Berger Montague serves as lead/liaison counsel in the **Three Mile** litigation. The case settles for $25 million.

### 1970
Former Philadelphia City Solicitor David Berger forms Berger Montague, pioneering the field of class actions in antitrust and securities litigation.

### 1967
David Berger, founder of Berger Montague, helps draft **Rule 23** of the Federal Rules of Civil Procedure (FRCP), creating the modern class action.

**Learn More** **www.bergermontague.com/history**

# HONORS & AWARDS



Selected as a

## TOP TIER ANTITRUST LAW FIRM **20+ YEARS**

by *Chambers and Partners*

*"Berger Montague is a preeminent force in the Pennsylvania antitrust market, offering expert counsel to clients from a broad range of industries... Highly distinguished for the strength of its plaintiff-side work acting on monopoly matters and price fixing, including an impressive track record in complex, high-profile class actions."*

Legal peers, clients, federal and state courts, national legal rating entities, and national and regional legal publications have lauded Berger Montague and its attorneys for decades, recognizing the Firm's legal skills, professional ethics, client successes, DEI, pro bono work, and community involvement.

## BERGER MONTAGUE HAS BEEN RECOGNIZED BY

The American Bar Association

The American Association for Justice

The Federal Bar Association

The Pennsylvania Bar Association

The Public Justice Foundation

The Pennsylvania Conference of State Trial Judges

First Judicial District of Pennsylvania

---

### 13 ATTORNEYS
Received a **LAWDRAGON AWARD** IN 2024

### 42 ATTORNEYS
Named **PA Super Lawyers** and **Rising Stars** in 2024 by Thomson Reuters

### 2024 TOP TIER FIRM
**Civil Litigation/Class Actions: Plaintiff** by The Legal 500

**ADDITIONAL AWARDS GIVEN BY**
*The Legal Intelligencer, Pennsylvania Law Weekly & Philadelphia Business Journal*

✪ 25 Women of the Year in Pennsylvania

✪ Top 30 Pennsylvania Lawyers Under 40

✪ Lawyers on the Fast Track

✪ Unsung Hero

✪ Distinguished Leader

✪ Best Law Firm Mentor

✪ Lifetime Achievement

✪ Diversity Initiative

✪ Diversity in Business

**Learn More  www.bergermontague.com/awards**

ANTITRUST

## Expertise and Case Profiles

The Firm's success and expertise span several practice areas, but antitrust has long been and remains its engine. The Firm has served as lead, co-lead, or co-trial counsel for many of the most significant civil antitrust cases in the United States over the last 50 years. Notable achievements include recent settlements in cases in which the Firm served as Co-Lead Counsel, such as, e.g., *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-1720 (E.D.N.Y.) (~$5.6 billion settlement, which is the largest antitrust class action settlement in history); *In re Namenda Direct Purchaser Antitrust Litigation*, No. 15-cv-7488 (S.D.N.Y.) ($750 million settlement); *King Drug Co. v. Cephalon, Inc.*, 06-cv-01797 (E.D. Pa.) ($512 million settlement); *Henry v. Brown University, et al.*, No. 22-cv-125 (N.D. Ill.) ($284 million in settlements to date, with preliminary approval for settlements for an additional $35.25 million); *In re Broiler Chicken Grower Antitrust Litigation*, No. 6:20-md-2977 (E.D. Okla.) ($169 million in class settlements);and *In re Commodity Exchange, Inc. Gold Futures & Options Trading Litigation*, No. 14-md-2548 (S.D.N.Y.) (settlements of $152 million).

The Firm also has significant recent trial experience, obtaining excellent results in *United States et al. Ex Rel. Penelow v. Janssen Products, LP*, Civ. A. No. No. 12-07758 (D.N.J.) (a $1.6 billion judgment, one of the largest ever False Claims Act jury verdicts in history); *In re Capacitors Antitrust Litigation*, No. 14-cv-3264 (N.D. Cal.) (total settlements over $600 million, including several occurring during jury trials in 2020 and 2021); and *In re Opana ER Antitrust Litigation*, No. 14-cv-10150 (N.D. Ill.) ($145 million settlement just prior to trial).

As a result of Berger Montague's successes and the skill, reputation, and experience of the Firm's antitrust lawyers, Berger Montague is routinely appointed by federal courts as lead or co-lead counsel in the most significant and complex antitrust class action cases on behalf of businesses, workers, and consumers.

The Firm has been a leader of the antitrust bar in cases alleging monopolization in violation of Section 2 of the Sherman Act, including:

- **Le v. Zuffa, LLC & Johnson v. Zuffa, LLC, d/b/a Ultimate Fighting Championship (UFC), et al.** Co-lead counsel (led by Berger Montague Chairman Eric Cramer) on behalf of a certified class of UFC fighters who fought

for the UFC between December 16, 2010 and June 30, 2017 in *Le v. Zuffa, LLC*, as well as a proposed class of UFC fighters who fought for the UFC between July 1, 2017 and the present in *Johnson v. Zuffa, LLC, et al*. The complaints in the *Le* Action and the *Johnson* Action allege that the plaintiffs and members of the classes were injured by the UFC's anticompetitive scheme to eliminate its competition in the market for Mixed Martial Arts (MMA) events, which scheme facilitated the UFC's suppression of compensation for UFC Fighters. The cases are pending in the United States District Court for the District of Nevada. Plaintiffs represented by Berger Montague and co-counsel recently received final approval of a $375 Million Settlement in the *Le v. Zuffa* case, which is the largest settlement of a Section 2 class action case ever.

- **In re Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation.** Represented a certified class of direct purchaser plaintiffs who purchased Suboxone tablets directly from defendant Reckitt Benckiser Pharmaceuticals, Inc. (now known as Indivior Inc.). Plaintiffs alleged that the defendant engaged in a monopolistic scheme to delay market entry of less-expensive versions of Suboxone tablets, in violation of Section 2 of the Sherman Act. Shortly before trial was scheduled to start (the Court had set the trial start date for October 30, 2023), the parties reached a $385 million settlement.

- **Fusion Elite All Stars v. Varsity Brands, LLC.** Co-lead class counsel (led by Berger Montague Chairman Eric Cramer) representing classes of All-Star Cheer Gyms and Spectators of All Star Cheer Events in antitrust litigation against Varsity Brands, LLC and its subsidiaries (collectively "Varsity") and U.S. All-Star Federation, Inc. ("USASF"). In late 2022, the plaintiffs' negotiation team reached a settlement of the matter for $43.5 million in cash plus valuable prospective relief that would unwind some of the key conduct that the plaintiffs alleged Varsity had used to monopolize the market for All Star Cheer Events in the United States.

- **Marchbanks Truck Service Inc. v. Comdata Network, Inc.** Co-lead counsel and obtained settlements totaling $130 million for a class of 6,500 independent truck stops and other retail fueling facilities in this antitrust lawsuit. The settlement also included valuable prospective relief that rolled back much of the conduct that the plaintiffs challenged in the lawsuit as anticompetitive. The case was litigated in the United States District Court for the Eastern District of Pennsylvania.

- **In re Apple Inc. Smartphone Antitrust Litigation.** Appointed Interim co-lead counsel for the indirect purchaser class for Apple's monopolizing the smartphone market. The civil cases mirror the Justice Department's complaint, which accused Apple of violating antitrust law by using contractual restrictions to force developers to play by its rules. The lawsuits allege Apple has set up roadblocks diminishing consumer choice for third-party services.

The Firm also serves or has served as lead, co-lead, or class counsel in many of the largest and most complex antitrust class actions in the Southern District of New York and other Second Circuit district courts:

- **In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.** Co-lead Counsel and obtained a $5.6 billion antitrust settlement for a national class of direct purchasers in the Payment Card Interchange Fee and Merchant Discount Antitrust Litigation against Visa, MasterCard, and several of the largest banks in the United States including JPMorgan Chase, Bank of America, and Citibank. This settlement is believed to be the largest-ever settlement of an antitrust case in United States history.

- **In re: Platinum and Palladium Antitrust Litigation.** Co-lead counsel in these consolidated class actions on behalf of traders of platinum and palladium-based derivative contracts, physical platinum and palladium, and platinum and palladium-based securities against BASF, Goldman Sachs, HSBC, and ICBC Standard Bank (collectively, the "Fixing Banks" or "defendants"). Plaintiffs represented by Berger Montague and co-counsel recently announced notice of a proposed $20 million settlement with BASF Metals Limited ("BASF Metals"); Goldman Sachs International ("Goldman Sachs"); HSBC Bank USA, N.A. ("HSBC"); and ICBC Standard Bank Plc (f/k/a Standard Bank Plc ("ICBC Standard") (together, the "Defendants").

- **In re Commodity Exchange Inc., Gold Futures and Options Trading Litigation.** Co-lead Counsel and obtained total settlements of $152 million in this class action antitrust lawsuit alleging that the five banks that participated in the London Gold Fixing conspired to suppress the PM Gold Fix, an important gold pricing benchmark, thereby harming sellers of physical gold and certain gold investments. The Bank of Nova Scotia, Barclays Bank plc, Deutsche Bank Ag, HSBC Bank plc and Société Générale are all members of the London Gold Market Fixing Ltd., which conducts the London Gold Fixing. The London Gold Fixing is a twice daily process where the defendants set an important benchmark price for gold. The plaintiffs alleged that the defendants conspired

to manipulate this benchmark for their collective benefit. The plaintiffs further alleged that they were injured because the defendants' manipulation caused prices for gold-based derivatives contracts, physical gold, and gold-based securities to be made artificial.

- **In re Namenda Direct Purchaser Antitrust Litigation.** Co-lead counsel and obtained a $750 million settlement on behalf of a class of direct purchasers of branded and/or generic Namenda IR and/or branded Namenda XR. This is the largest single-defendant settlement ever for a case alleging delayed generic competition. The case was litigated in the United States District Court for the Southern District of New York.

- **In re Restasis (Cyclosporine Ophthalmic Emulsion) Antitrust Litigation.** Berger Montague served as class counsel and obtained a $51.25 million settlement for the class of direct purchasers of the prescription drug Restasis in this antitrust class action litigation against the defendant Allergan. The case was litigated in the United States District Court for the Eastern District of New York.

- **In re Currency Conversion Fee Litigation.** Co-lead counsel, led this class action lawsuit alleging that the major credit cards had conspired to fix prices for foreign currency conversion fees imposed on credit card transactions. After eight years of litigation, a settlement of $336 million was approved. A subsequent settlement with American Express increased the settlement amount to $386 million. The case was litigated in the United States District Court for the Southern District of New York.

- **Contant v. Bank of America.** Lead counsel and obtained $23.63 million in settlements with the defendants in the multistate indirect purchaser antitrust class action, Contant, et al. v. Bank of America Corp., et al. The plaintiffs alleged that the defendants including 16 of the world's largest dealer banks colluded to manipulate prices on foreign currency instruments. The case was litigated in the United States District Court for the Southern District of New York.

- **In re Dental Supplies Antitrust Litigation.** As co-lead Counsel, obtained an $80 million settlement for a class of dental practices and dental laboratories in this antitrust lawsuit against Henry Schein, Inc., Patterson Companies, Inc., and Benco Dental Supply Company, the three largest distributors of dental supplies in the United States. Led by Berger Montague shareholders Eric L. Cramer and Patrick F. Madden, the case was litigated in the United States

District Court for the Eastern District of New York. Our team earned judicial praise for our work.

- **Castro v. Sanofi Pasteur Inc. Antitrust Settlement**. Co-lead Counsel obtained a $61.5 million settlement on behalf of a class of physicians and other direct purchasers of vaccines from defendant Sanofi Pasteur Inc. ("Sanofi"). Led by Eric L. Cramer, the plaintiffs charged that Sanofi used a network of physician buying groups to implement a web of anticompetitive product bundling agreements. The plaintiffs claimed these anticompetitive agreements allowed Sanofi to maintain and increase its monopoly power in various pediatric vaccine markets, which in turn allowed Sanofi to charge artificially inflated prices for multiple pediatric vaccines.

## Judicial Praise for Berger Montague Attorneys

Berger Montague's record of successful prosecution of class actions and other complex litigation has been recognized and commended by judges and arbitrators across the country, including several Second Circuit district courts. Some remarks on the skill, efficiency, and expertise of the firm's attorneys are excerpted below.

From **Judge Richard F. Boulware, II.**, U.S. District Court of Nevada:

> During the hearing where the Court granted final approval of a precedent-setting $375 million class action settlement on behalf of a class of mixed-martial arts fighters in *Le v. Zuffa*, LLC, Judge Boulware praised "the investment, the quality of the representation in this case, [and] the hours spent" by the Firm and its co-counsel."

Transcript of the February 6, 2025 hearing in ***Cung Le, et al. v. Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC***, Case No. 2:15-cv-01045-RFB-BNW (D. Nev.).

From **Hon. Gregory H. Woods**, U.S. District Court for the Southern District of New York:

> The Court praised the $20 million settlement in the *In re: Platinum and Palladium Antitrust Litigation* observing that the Firm has "…considerable experience in antitrust litigation such as this…in addition to a host of successful settlements in antitrust and commodities litigation" and that the "high quality of defense counsel opposing plaintiffs' efforts further proves the caliber of representation that was necessary to achieve the settlement. Plaintiffs' opponents were well resourced global financial institutions. Plaintiffs secured a

settlement that grants the settlement class financial relief, despite being opposed by well-funded defendants represented by top-flight law firms. The ability of plaintiffs' counsel to obtain a favorable settlement for the class in the face of such formidable legal opposition confirms the quality of their representation of the class."

Transcript of the January 14, 2025 Hearing in the *In re: Platinum and Palladium Antitrust Litigation*, No. 1:14-cv-09391 (GHW).

From **Judge Lorna G. Schofield**, of the U.S. District Court for the Southern District of New York:

Berger Montague's record of successful prosecution of class actions and other complex litigation has been recognized and commended by judges and arbitrators across the country, including several Second Circuit district courts. Some remarks on the skill, efficiency, and expertise of the firm's attorneys are excerpted below.

From **Judge William E. Smith,** of the U.S. District Court for the District of Rhode Island:

"The degree to which you all litigated the case is – you know, I can't imagine attorneys litigating a case more rigorously than you all did in this case. It seems like every conceivable, legitimate, substantive dispute that could have been fought over was fought over to the max. So you, both sides, I think litigated the case as vigorously as any group of attorneys could. The level of representation of all parties in terms of the sophistication of counsel was, in my view, of the highest levels. I can't imagine a case in which there was really a higher quality of representation across the board than this one."

Transcript of the August 27, 2020 Hearing in *In re Loestrin 24 Fe Antitrust Litigation*, No. 13-md-02472 (D.R.I.).

From **Judge Margo K. Brodie,** of the U.S. District Court for the Eastern District of New York:

"Class counsel has without question done a tremendous job in litigating this case. They represent some of the best plaintiff-side antitrust groups in the country, and the size and skill of the defense they litigated against cannot be overstated. They have also demonstrated the utmost professionalism despite the demands of the extreme perseverance that this case has required.…"

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y. 2019) (Mem. & Order).

From **Judge Brian M. Cogan**, of the U.S. District Court of the Eastern District of New York:

> "This is a substantial recovery that has the deterrent effect that class actions are supposed to have, and I think it was done because we had really good Plaintiffs' lawyers in this case who were running it."

Transcript of the June 24, 2019 Fairness Hearing in *In re Dental Supplies Antitrust Litigation*, No. 16-cv-696 (E.D.N.Y.).

From **Judge Madeline Cox Arleo,** of the U.S. District Court for the District of New Jersey praising the efforts of all counsel (including Berger Montague Chairman, Eric Cramer):

> "I just want to thank you for an outstanding presentation. I don't say that lightly . . . it's not lost on me at all when lawyers come very, very prepared. And really, your clients should be very proud to have such fine lawyering. I don't see lawyering like this every day in the federal courts, and I am very grateful. And I appreciate the time and the effort you put in, not only to the merits, but the respect you've shown for each other, the respect you've shown for the Court, the staff, and the time constraints. And as I tell my law clerks all the time, good lawyers don't fight, good lawyers advocate. And I really appreciate that more than I can express."

Transcript of the September 9 to 11, 2015 Daubert Hearing in *Castro v. Sanofi Pasteur*, No. 11-cv-07178 (D.N.J.) at 658:14-659:4.

From **Judge William H. Pauley, III**, of the U.S. District Court of the Southern District of New York:

> "Class Counsel did their work on their own with enormous attention to detail and unflagging devotion to the cause. Many of the issues in this litigation…were unique and issues of first impression."

> \* \* \*

> "Class Counsel provided extraordinarily high-quality representation. This case raised a number of unique and complex legal issues…The law firms of Berger

Montague and Coughlin Stoia were indefatigable. They represented the Class with a high degree of professionalism, and vigorously litigated every issue against some of the ablest lawyers in the antitrust defense bar."

*In re Currency Conversion Fee Antitrust Litigation*, 263 F.R.D. 110, 129 (2009).

## YOUR TEAM



**Eric L. Cramer**
Chairman
P: 215-875-3009
ecramer@bm.net

**Eric L. Cramer** is the Chairman of Berger Montague, where he also co-chairs the Firm's antitrust department, and leads multiple antitrust class actions around the United States—including representing mixed martial arts fighters against the UFC (securing $375 million in settlements to date); broiler chicken growers against major chicken integrator companies securing $169 million in settlements ;the City of Asheville and health plans against HCA/Mission Hospital alleging monopolization; current and former students of seventeen elite universities charging those universities with colluding to suppress financial aid, and securing $284 million in settlements to date. Throughout his thirty-year career, he has secured settlements for his clients totaling well over $3 billion.

Mr. Cramer has been recognized by *Chambers USA* for over 20 years, most recently noting that our clients find that "Eric is a top-notch lawyer." Chambers has also noted that "He excels in economic analysis. He is a real leader;" and that he has "a great presence in court and at trial," and is at the "[t]op of the profession; a phenomenal lawyer who is an expert on economics." *Law360* named Mr. Cramer a Titan of the Plaintiffs Bar. *The Legal 500* has recognized him in their Hall of Fame, which identifies lawyers at the very top of the profession, widely known and respected by peers and clients for their longstanding involvement in market-leading work. He was selected as a "Distinguished Leader" by *The Legal Intelligencer* and as a "Lawyer of the Year" by *Best Lawyers*. Public Justice honored Mr. Cramer with their *Champion of Justice* award for his body of work supporting access to justice. And *The National Law Journal* awarded Mr. Cramer the Keith Givens Visionary Award, which was developed to honor an outstanding trial lawyer who has moved the legal industry forward. He has won the American Antitrust Institute's Antitrust Enforcement Award for Outstanding Antitrust Litigation Achievement in Private Law Practice several times for his work in three different antitrust class actions: *In re*

*Capacitors Antitrust Litig*. (N.D. Cal.), *In re Broilers Antitrust Litig*. (E.D. Okl.), and *Castro v. Sanofi Pasteur Inc.* (D.N.J.). Mr. Cramer's work in *In re Capacitors* was also recognized by Public Justice in nominating that case as a finalist for its prestigious trial lawyer of the year award in 2024. In 2025 Mr. Cramer was named to L*awdragon's Inaugural Global Antitrust & Competition Lawyers Guide*.

Mr. Cramer was a long-time board member and former President of Public Justice is on the advisory board of the American Antitrust Institute; and is a former President of the Committee to Support the Antitrust Laws (COSAL).

Mr. Cramer has also written widely in the fields of class certification and antitrust law. Among other writings, Mr. Cramer has co-authored *Antitrust, Class Certification, and the Politics of Procedure*, 17 George Mason Law Review 4 (2010), which was cited by both the First Circuit in *In re Nexium Antitrust Litig*., 777 F.3d 9, 27 (1st Cir. 2015), and the Third Circuit in *Behrend v. Comcast Corp*., 655 F.3d 182, 200, n.10 (3d Cir. 2011).

Mr. Cramer is a *summa cum laude* graduate of Princeton University, where he earned membership in *Phi Beta Kappa*. He graduated *cum laude* from Harvard Law School with a J.D. Read more about Mr. Cramer here.



**Michael Dell'Angelo**
Executive Shareholder
P: 215-875-3080
mdellangelo@bm.net

**Michael Dell'Angelo** is an Executive Shareholder of Berger Montague PC and serves as the Firm's General Counsel. He is active in the Antitrust, Commercial Litigation, and Commodities & Financial Instruments practice groups.

Mr. Dell'Angelo serves as co-lead counsel in a variety of complex antitrust cases, including _Le, et al. v. Zuffa, LLC_, No. 15-1045 (D. Nev.) ($375 million settlement on behalf of UFC fighters who fought before July 1, 2017, weeks before a scheduled jury trial in which Mr. Dell'Angelo was to open to the jury). He is Co-Counsel for the proposed follow-on class of UFC fighters who fought for the UFC between July 1, 2017 to present in _Johnson v. Zuffa, LLC_.

He helped to reach settlements totaling more than $190 million in the multidistrict litigation _In re Domestic Drywall Antitrust Litig._, No. 13-md-2437 (E.D. Pa.). There, in granting final approval, the court observed that "Plaintiffs' counsel are experienced antitrust lawyers who have been working in this field of law for many years and have brought with them a sophisticated and highly professional approach to gathering persuasive evidence on the topic of price-fixing." _In re Domestic Drywall Antitrust Litig._, No. 13-md-2437, 2018 WL 3439454, at *18 (E.D. Pa. July 17, 2018). "[I]t bears repeating," the court emphasized, "that the result attained is directly attributable to having highly skilled and experienced lawyers represent the class in these cases." _Id._

Mr. Dell'Angelo also serves or recently served as co-lead counsel or class counsel in numerous cases alleging price-fixing or other wrongdoing affecting a variety of complex financial instruments, including _In re Commodity Exchange, Inc., Gold Futures and Options Trading Litig._, 1:14-MD-2548-VEC (S.D.N.Y) ($152 million settlement); _In re Platinum and Palladium Antitrust Litig._, No. 14-cv-09391-GHW (S.D.N.Y.) ($20 million settlement preliminarily approved on August 26, 2024); _Contant, et al. v. Bank of America Corp., et al._, 1:17-cv-03139-LGS (S.D.N.Y.) ($23.6 million settlement on behalf of indirect purchaser class of foreign currency retail customers;

on final approval about which The Honorable Lorna Schofield remarked "I'm not sure I've ever seen a case without a single objection or opt-*out.");* <u>*In re Libor-Based Financial Instruments Antitrust Litig.*</u>, No. 11-md-2262 (S.D.N.Y.) ($187 million settlement); *Alaska Elec. Pension Fund, et al. v. Bank of Am. Corp., et al.*, No. 14 Civ. 7126-JMF (S.D.N.Y.) ($504.5 million settlement); and *In re London Silver Fixing, Ltd. Antitrust Litig.*, No. 14-md-2573 (S.D.N.Y.) ($38 million settlement).

Mr. Dell'Angelo is class counsel in *In re Credit Default Swaps Auctions Litigation*, No. 1:21-cv-606 (D.N.M.), on behalf of the New Mexico Attorney General's Office and the New Mexico State Investment Council alleging that leading credit default swap (CDS) dealers took part in a more than decade-long, multibillion-dollar scheme to manipulate the benchmark prices used to value credit default swap contracts at settlement.

Mr. Dell'Angelo is also interim co-lead counsel in *In Re: Apple Inc. Smartphone Antitrust Litigation*, 24-MD-3113 (D.N.J.), *In Re: Shale Oil Antitrust Litigation*, 24-MD-3119 (D.N.M.), and *Schuman et al v. Energizer Holding*, Inc. et al., 23-CV-2093 (N.D. Cal.).

He regularly speaks at Continuing Legal Education (CLE) and other seminars and conferences, both domestically and abroad. In response to his CLE, "How to Deal with the Rambo Litigator," Mr. Dell'Angelo was singled out as "One of the best CLE speakers [attendees] have had the pleasure to see." Read more about Mr. Dell'Angelo <u>here</u>.



**Caitlin G. Coslett**
Shareholder
P: 215-875-3057
ccoslett@bm.net

**Caitlin G. Coslett** is a Shareholder and Co-Chair of Berger Montague's Antitrust Department. Ms. Coslett concentrates her practice on complex litigation, including antitrust and mass tort litigation, and specializes in, among other things, economic experts and class certification issues.

Ms. Coslett's experience litigating antitrust class actions also includes *In re Cathode Ray Tube (CRT) Antitrust Litigation*, *In re Domestic Drywall Antitrust Litigation*, *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, *In re Steel Antitrust Litigation*, and *In re Urethane [Polyether Polyols] Antitrust Litigation*.

Ms. Coslett represents classes of direct purchasers of pharmaceutical drugs who allege that drug manufacturers have violated federal antitrust law by wrongfully keeping less-expensive generic drugs off the market and/or by wrongfully impeding generic competition. Her work on antitrust cases challenging conduct that impaired generic pharmaceutical competition has contributed to significant settlements totaling hundreds of millions of dollars, including *In re Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation* ($385 million settlement), *In re Generic Pharmaceuticals Pricing Antitrust Litigation* (partial settlements totaling $385 million so far), *In re Lidoderm Antitrust Litigation ($166 million in settlements)*, *In re Lipitor Antitrust Litigation* ($93 million settlement), *In re Intuniv Antitrust Litigation* ($78 million in settlements), *In re Opana ER Antitrust Litigation* ($145 million settlement), *In re Novartis and Par Antitrust Litigation ($126 million)*, *In re Solodyn (Minocycline Hydrochloride) Antitrust Litigation* ($76.8 million in settlements), *In re Skelaxin (Metaxalone) Antitrust Litigation ($73 million)*, *In re Effexor XR Antitrust Litigation* ($39 million settlement).

Ms. Coslett also played a significant post-trial role in *Cook v. Rockwell International Corporation*, a mass tort class action brought on behalf of thousands of property owners near the Rocky Flats nuclear plant in Colorado. The case settled for $375 million following a successful appeal to the Tenth

Circuit.  In ruling for the plaintiffs on appeal, then-Judge Neil Gorsuch (now Supreme Court Justice) praised Class Counsel's successful "judicial jiu-jitsu" in litigating the case through the second appeal.

Ms. Coslett won an award for Outstanding Antitrust Litigation Achievement in Private Law Practice from the American Antitrust Institute in 2024 and was honored for "Outstanding Antitrust Litigation Achievement by a Young Lawyer" by the American Antitrust Institute in 2018 for her work in *In re Lidoderm Antitrust Litigation*. Ms. Coslett was also named a "Next Generation Lawyer" by *The Legal 500 United States 2019* in the Civil Litigation/Class Actions: Plaintiff category and was selected as a Rising Star by Super Lawyers every year from 2014-2021. She has served as pro bono counsel for clients referred by the AIDS Law Project of Pennsylvania and Philly VIP, is a member of the Board of Directors for Community Legal Services, and is a member of the National LGBT Bar Association.

Ms. Coslett graduated *magna cum laude* from Haverford College with a B.S. in mathematics and economics and graduated *cum laude* from New York University School of Law. At NYU Law, Ms. Coslett was a Lederman/Milbank Fellow in Law and Economics and an articles selection editor for the NYU Review of Law and Social Change. Prior to law school, she was an economics research assistant at the Federal Reserve Board in Washington, D.C. Ms. Coslett was formerly a nationally ranked chess player and a member of several national championship scholastic teams, and she currently runs chess tournaments for a Philadelphia non-profit organization. Read more about Ms. Coslett here.



**Robert Litan**
Shareholder
P: 785-576-2939
rlitan@bm.net

Since joining BMPC, Dr. Litan has been taking a leading role in the firm's antitrust litigation against elite private universities for allegedly fixing financial aid, against the Ivy League universities for prohibiting athletic scholarships, against Google for allegedly monopolizing online display advertising markets, and in two major health care monopolization matters. Dr. Litan also assists in other cases involving financial institutions and markets and the telecommunications industry.

Dr. Litan is one of the few practicing lawyers (in any field, including antitrust) with a PhD in economics and an extensive research and testimonial career in economics. During his legal career, Dr. Litan has specialized in administrative and antitrust litigation, concentrating on economic issues, working closely with economic experts (having been a testimonial witness in more than 20 legal and administrative proceedings himself). He previously was a partner with Powell, Goldstein, Frazier and Murphy (Washington, D.C and Atlanta) and Korein Tillery (St. Louis Chicago). He began his legal career as an Associate at Arnold & Porter (Washington, D.C.) Dr. Litan has directed economic research at three leading national organizations: the Brookings Institution, the Kauffman Foundation and Bloomberg Government.

Dr. Litan has held several appointed positions in the federal government. In 1993, he was appointed Principal Deputy Assistant Attorney General in the Antitrust Division of the Justice Department, where he oversaw civil non-merger litigation and the Department's positions on regulatory matters, primarily in telecommunications. During his tenure, he settled the Department's antitrust lawsuit against the Ivy League and MIT for fixing financial aid awards, oversaw the Department's first monopolization investigation of Microsoft and helped negotiate the 1994 consent decree that ended it, and supervised the initial

stages of the Antitrust Division's price fixing case against Nasdaq (also resulting in a consent decree).

In 1995, Dr. Litan was appointed Associate Director of the Office of Management and Budget, where he oversaw the budgets of five cabinet-level agencies.

Dr. Litan has co-chaired two panels of studies for the National Academy of Sciences (Measuring Innovation and Disaster Loan Estimation), has served on one other NAS Committee (Use of Scientific Evidence), and consulted for NAS (on energy modeling). He was a member of the Presidential-Congressional Commission on the Causes of the Savings and Loan Crisis (1991-93).

Dr. Litan has consulted for a broad range of private and governmental organizations, including the U.S. Justice Department (antitrust division), the U.S. Treasury Department, the Federal Reserve Bank of New York, the Federal Home Loan Bank of San Francisco, and the Financial Institutions Subcommittee of the House Banking Committee, the Monetary Authority of Singapore and the World Bank.

Dr. Litan has been adjunct professor teaching banking law at the Yale Law School and a Lecturer in Economics at Yale University. He also has taught economics and counter-insurgency at the U.S. Army Command General Staff College, Ft. Leavenworth.

Dr. Litan is the author or co-author of 30 books and over 200 articles in professional and popular publications.

Dr. Litan earned his B.S. in Economics from the Wharton School at the University of Pennsylvania, summa cum laude; his J.D. from Yale Law School; and his M. Phil. and PhD in Economics from Yale University. Read more about Dr. Litan here.



**Patrick F. Madden**
Shareholder
P: 215-875-3035
pmadden@bm.net

**Patrick F. Madden** is a Shareholder in the Antitrust practice group. His practice principally focuses on class actions concerning antitrust violations, financial practices, and insurance products.

Mr. Madden has represented plaintiffs in numerous antitrust class actions. For example, Mr. Madden represented a certified class of elite mixed martial arts fighters in an <u>antitrust lawsuit against the Ultimate Fighting Championship</u> concerning the fighters' compensation by the dominant promoter of professional mixed martial arts fights. That case settled for $375 million. Mr. Madden also represented a class of <u>broiler chicken farmers</u> in an antitrust suit against the major chicken processing companies for colluding to suppress compensation to the farmers. Settlements in that case combined for $169 million.

Mr. Madden has also served in key roles in multiple nationwide consumer class actions. For example, he represented homeowners whose mortgage loan servicers force-placed extraordinarily high-priced insurance on them and allegedly received a kickback from the insurer in exchange. Collectively, Mr. Madden's force-placed insurance settlements have made more than $175 million in recoveries available to class members.

In total, Mr. Madden's cases have recovered over $900 million for the classes he represented.

Prior to attending law school, Mr. Madden worked at the United States Department of Labor, Office of Labor-Management Standards as an investigator during which time he investigated allegations of officer election fraud and financial crimes by union officers and employees. While at Temple Law School, Mr. Madden was the Executive Editor of Publications for the Temple Journal of

Science, Technology & Environmental Law. Read more about Mr. Madden here.



**Jeremy Gradwohl**
Associate
P: 215-875-5801
jgradwohl@bm.net

**Jeremy Gradwohl** is an Associate in the Antitrust group at the Firm's Philadelphia office.

Before joining the Firm, Mr. Gradwohl clerked for Judge Harvey Bartle III of the United States District Court for the Eastern District of Pennsylvania.

Mr. Gradwohl is a graduate of Temple University Beasley School of Law where he completed a Certificate in Trial Advocacy and Litigation and earned the Faculty Award for Academic Achievement. During law school, he served as an intern with the American Civil Liberties Union of Pennsylvania as well as for Judges Michael A. Shipp of the United States District Court for the District of New Jersey and Cheryl Ann Krause of the United States Court of Appeals for the Third Circuit. He represented noncitizens in Third Circuit immigration appeals through the Federal Appellate Litigation Clinic. He was also a member of the Temple Law Review editorial board.

Mr. Gradwohl is admitted to practice in California and Pennsylvania.