# Exhibit 4

Redacted

Message

**From:** ▮
**Sent:** 5/18/2020 9:22:42 PM
**To:** ▮
**Subject:** AAAAZhZnT2Q-MBI-THREADED:KMIHjLgR7Ls%%%2020-05-18T02:22:42.921199

- ▮@google.com 2020-05-18T21:22:42.921Z

Are there are any plans/FR's alreayd in place ofor admins to adjust the amount of time chat history is retained from the current 24 hours? (sorry if this has been answered, was unable to find answer through search)

- **Updated on**2020-05-18T21:22:56.263Z

Are there are any plans/FR's alreayd in place allowing admins to adjust the amount of time chat history is retained from the current 24 hours? (sorry if this has been answered, was unable to find answer through search)

- **Deleted on**2021-11-09T21:22:42.921Z

Are there are any plans/FR's alreayd in place allowing admins to adjust the amount of time chat history is retained from the current 24 hours? (sorry if this has been answered, was unable to find answer through search)

- ▮@google.com 2020-05-18T21:32:38.072Z

@▮

- **Deleted on**2021-11-09T21:32:38.072Z

@▮

- ▮@google.com 2020-05-18T21:38:56.817Z

It can be confusing, so just to review...
1) Chats with *history off* are not retained, nor discoverable, and only exist for 24 hours. This can't be changed.
2) Retention of DMs and Room *history on* chats can be controlled using Vault

I assume you mean #1?

- **Deleted on**2021-11-09T21:38:56.817Z

It can be confusing, so just to review...
1) Chats with *history off* are not retained, nor discoverable, and only exist for 24 hours. This can't be changed.
2) Retention of DMs and Room *history on* chats can be controlled using Vault

I assume you mean #1?

- ▮@google.com 2020-05-18T21:39:46.731Z

Correct, #1 (sorry for not clarifying)

- **Deleted on**2021-11-09T21:39:46.731Z

Correct, #1 (sorry for not clarifying)

- ▮@google.com 2020-05-18T21:41:44.633Z

I'll let @▮ or @▮ comment on roadmap. Why is the customer's requirement?

- **Deleted on**2021-11-09T21:41:44.633Z

I'll let @▮ or @▮ comment on roadmap. Why is the customer's requirement?

- ▮@google.com 2020-05-18T21:44:15.206Z

Customer wants to be able to preserve the messages beyond the 24 hr period. eg. use case - messages send on Friday night etc get deleted by the time the recipient view his/her Chat on Monday morning.

- **Deleted on**2021-11-09T21:44:15.206Z

Customer wants to be able to preserve the messages beyond the 24 hr period. eg. use case - messages send on Friday night etc get deleted by the time the recipient view his/her Chat on Monday morning.

- ▮@google.com 2020-05-18T21:47:03.475Z

That sounds fixable by either forcing history on or just having it on by default. IIUC admins can do that.

- **Deleted on**2021-11-09T21:47:03.475Z

That sounds fixable by either forcing history on or just having it on by default. IIUC admins can do that.

- ▮@google.com 2020-05-18T22:04:03.794Z

I've had all sorts of interesting debates with customers on how that should work.

- **Deleted on**2021-11-09T22:04:03.794Z

I've had all sorts of interesting debates with customers on how that should work.

- ▮@google.com 2020-05-18T22:05:06.185Z

the big question is, when should the clock start? I have had customers say it should be on first view...

- **Deleted on**2021-11-09T22:05:06.185Z

the big question is, when should the clock start? I have had customers say it should be on first view...

- ▮@google.com 2020-05-18T22:07:55.534Z

When does the clock start now?

- **Deleted on**2021-11-09T22:07:55.534Z

When does the clock start now?

- ▮@google.com 2020-05-18T22:09:37.011Z

I believe when the message is sent?

- **Deleted on**2021-11-09T22:09:37.011Z

I believe when the message is sent?

- ▮@google.com 2020-05-18T22:12:40.395Z

Thats my understanding as well. In my case, the customer is fine with that being the start of the timer. Just looking to adjust that 24 hr timer *without* forcing history on

- **Deleted on**2021-11-09T22:12:40.395Z

Thats my understanding as well. In my case, the customer is fine with that being the start of the timer. Just looking to adjust that 24 hr timer *without* forcing history on

- ▮@google.com 2020-05-18T22:17:16.377Z

What's wrong with turning history on by default?

- **Deleted on**2021-11-09T22:17:16.377Z

What's wrong with turning history on by default?

- ▮@google.com 2020-05-18T22:47:01.169Z

legal requirement - not wanting chat history to be discoverable

- **Deleted on**2021-11-09T22:47:01.169Z

legal requirement - not wanting chat history to be discoverable

- ▮▮▮▮▮@google.com 2020-05-18T22:59:01.480Z

@▮▮▮▮▮ @▮▮▮▮▮ FYI.

- **Deleted on**2021-11-09T22:59:01.480Z

@▮▮▮▮▮ @▮▮▮▮▮ FYI.

- ▮▮▮▮▮@google.com 2020-05-18T23:00:06.560Z

Admins can make the "default history to ON" so all conversations stay for 30 days in 1:1DMs and gDMs

- **Deleted on**2021-11-09T23:00:06.560Z

Admins can make the "default history to ON" so all conversations stay for 30 days in 1:1DMs and gDMs

- ▮▮▮▮▮@google.com 2020-05-18T23:00:34.112Z

Trying to understand the customer need - so customers need the messages to stay longer if history is turned off?

- **Deleted on**2021-11-09T23:00:34.112Z

Trying to understand the customer need - so customers need the messages to stay longer if history is turned off?

- ▮▮▮▮▮@google.com 2020-05-19T00:24:42.136Z

@▮▮▮▮▮ there are no plans to allow customers to adjust the History Off period. has the admin considered setting a shorter retention period, e.g. 3 days? although the messages are still in vault during the 30 day "soft deletion" window after the retention period ends

- **Deleted on**2021-11-10T00:24:42.136Z

@▮▮▮▮▮ there are no plans to allow customers to adjust the History Off period. has the admin considered setting a shorter retention period, e.g. 3 days? although the messages are still in vault during the 30 day "soft deletion" window after the retention period ends

- ▮▮▮▮▮@google.com 2020-05-19T16:23:21.564Z

Thanks ▮▮ and ▮▮▮▮. @▮▮▮▮▮ - Correct, ultimately they'd like messages to remain longer if history is turned 'off'. I didnt know that with 'default history to ON' all conversations retained in the UI for 30 days for 1:1 DMs and gDMs. (atleast I didnt see it here - https://support.google.com/a/answer/7664184?hl=en) Is this 30 day period documented anywhere?

    o https://support.google.com/a/answer/7664184?hl=en

- **Deleted on**2021-11-10T16:23:21.564Z

Thanks ▮▮ and ▮▮▮▮. @▮▮▮▮▮ - Correct, ultimately they'd like messages to remain longer if history is turned 'off'. I didnt know that with 'default history to ON' all conversations retained in the UI for 30 days for 1:1 DMs and gDMs. (atleast I didnt see it here - https://support.google.com/a/answer/7664184?hl=en) Is this 30 day period documented anywhere?

    o https://support.google.com/a/answer/7664184?hl=en

- ▮▮▮▮▮@google.com 2020-05-19T16:31:02.803Z

We won't be changing this.

- **Deleted on**2021-11-10T16:31:02.803Z

We won't be changing this.

- ▮▮▮▮▮@google.com 2020-05-19T17:06:04.272Z

@▮▮▮▮▮ The 30 day retention period period applies to google.com https://sites.google.com/corp/google.com/how-to-chat-at-google/chat-retention. The Admin of your customer can set a different retention period if they prefer.

- o      http://google.com
- o      https://sites.google.com/corp/google.com/how-to-chat-at-google/chat-retention
- **Deleted on**2021-11-10T17:06:04.272Z

@▮ The 30 day retention period period applies to google.com https://sites.google.com/corp/google.com/how-to-chat-at-google/chat-retention. The Admin of your customer can set a different retention period if they prefer.

- o      http://google.com
- o      https://sites.google.com/corp/google.com/how-to-chat-at-google/chat-retention
- ▮@google.com 2020-05-19T18:30:02.424Z

@▮ Ack on 30 days only applies to google.com. As far as admins ability to set a different retention period, that would be dependent on history 'on' + vault retention rules?

- o      http://google.com
- **Deleted on**2021-11-10T18:30:02.424Z

@▮ Ack on 30 days only applies to google.com. As far as admins ability to set a different retention period, that would be dependent on history 'on' + vault retention rules?

- o      http://google.com
- ▮@google.com 2020-05-19T18:34:59.112Z

correct

- **Deleted on**2021-11-10T18:34:59.112Z

correct