# Exhibit 6

Redacted

# Google Chat Retention Policy

Policy last modified: November 18, 2020
Page last modified: October 1, 2021

Our Google Chat retention policy aims to reduce redundant, obsolete, and trivial information in corporate chats. By helping us all focus on our most meaningful and useful messages, we can reduce time spent sifting through irrelevant old messages and reduce storage costs.

## Retention Periods

A chat message remains in your view for the following periods, after which it's automatically removed:

- **24 hours** if history is off. (This is a static Google Chat product behavior that applies to all users and companies equally, rather than an Alphabet-specific policy.)
- **30 days** for history-on chats with just one one other person
- **18 months** for history-on chats in group conversations, flat spaces, and threaded spaces
  - Exception: *30 days* for a history-on flat space created within classic Hangouts before 11/18/20
  - For threaded spaces, history is always on and can't be turned off

**NOTE:** Turning history "on" or "off" applies only to messages sent after that change. For example, if you send or receive messages while history is "off" and then you turn it "on," the pre-existing messages will only be retained for 24 hours.

**NOTE:** Once a chat's retention period expires and it's removed from your view, it can't be recovered back into your view.

## Business Records

If your role involves data that is potentially subject to different or longer retention periods (for example, private user data or tax records), consider taking information like this off of Chat into Gmail (Gmail Retention Policy), Google Docs, or another storage system. If you aren't sure whether the data you're handling should be stored outside of Chat for a different retention period, reach out to your manager or product counsel (go▮▮▮▮▮▮). Otherwise, feel free to reach out to us at ▮▮▮▮▮▮ ▮▮▮▮▮▮@google.com for more general data retention questions.

## Legal Holds

If you've been notified that you're subject to a "legal hold": To comply with our preservation obligations, your Google Chat messages described below will be preserved automatically (all retention periods are paused) while the relevant matter is pending. Still, don't manually delete any chats relevant to the matter at issue under any circumstances, and turn history "on" if you are discussing anything related to the hold.

- On-the-record 1:1s, Group DMs, and flat space messages you've sent or received
- Threaded space conversations in which you've participated (i.e., sent a message, not just received)

Once all applicable legal holds have been lifted, the retention periods will take effect again and remove expired messages.

## Policy Scope

HIGHLY CONFIDENTIAL

This policy applies to corporate Google Chat only. It applies to all employees and our extended workforce (temporary workers/vendors/contractors) across Alphabet (minus Calico and Sidewalk Labs).

## Approvals & Changes

This policy periodically will be reviewed by Google Legal to ensure alignment and compliance with our legal and regulatory obligations. Any changes to this retention policy will be approved by Google Legal.

## Questions/Feedback

If you have any questions about this policy, you can check out the FAQs for more info or send us an email at ███████████@google.com.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009709523