# Exhibit 8

Redacted

| | |
|---|---|
| **Message** | |
| From: | [REDACTED]@google.com] |
| Sent: | 10/11/2017 3:42:28 PM |
| To: | [REDACTED] |
| CC: | [REDACTED] |
| Subject: | Re: Dealing with wpa counterfactual and skipflag conflicts between launches |

Going to try and summarize the discussion I had over chat Monday afternoon with [REDACTED] which sadly has been lost to the Pit Of Chat-History-Off-By-Default. Please correct me if I get something wrong. I'm going to try and make these changes today.

I can change the conflicting configurations to use ParamOverride similar to how it's done here. Specifically, change PriceExtensionChipsCustomControlWithoutSkip to modify the two non-afs modifiers instead of the default_value, and change the extension carousel config to override the PriceChips.mobile path instead of PriceChips (condition is slightly different but shouldn't matter for an opt-in experiment).

Then I can change my experiment to modify PriceChips.afs and the conflict should be resolved.

On Mon, Oct 9, 2017 at 3:45 PM, [REDACTED] wrote:
I've just been running:
[REDACTED]

Tap says this one is also failing:
[REDACTED]

both with the same errors:



I'm hoping I can just drop the skipflag settings (checking with afsq now to see if the model is in a good enough state after our earlier study), but I'm also talking with the owners of the other launch to see if we can join their layer if we need to.

On Mon, Oct 9, 2017 at 3:39 PM, ███████@google.com> wrote:

On Mon, Oct 9, 2017 at 11:46 AM, ███████@google.com> wrote:
I can't share the launch layer with the conflicting launch because there are two of them. extension_carousel_experiment.gcl and price_extension_mobile_position1.gcl. How are they both changing it without conflicting?

I added an "afs" entry in my cl to both formats in whole_page.gcl and switched to ParamOverride to set them, but I still need a way to resolve this conflict.

Is the conflict the skip flag test, or the general disjointness checker?

Can I do something similar to the counterfactual solution (make the existing ones all condition on !AFS and make sure mine conditions on just AFS)?

On Mon, Oct 9, 2017 at 2:30 PM, ███████@google.com> wrote:
Yes, you should add an afs section to those formats. However, you still can only use each modifier in one LL and one non-LL at a time, that won't get around that rule. I would try to share the LL with the other expt.

On Mon, Oct 9, 2017 at 11:28 AM, ███████@google.com> wrote:
Ok, looks like I've gotten the counterfactual bits working (re-running the test this morning gave a "compile" error instead of a fail, and fixing that made the test pass). Now I just need to get the skipflags to work.

Can someone confirm that my understanding is correct?

Do you mean I should add an "afs" section to PriceChips and PriceExtensionExpandoChips (which from the docs you sent might not be properly named) modifiers in whole_page.gcl, then use ParamOverride to modify those in my launch?

Thanks!

On Thu, Oct 5, 2017 at 11:48 AM, ███████@google.com> wrote:
I tried adding conditionals to the counterfactual stuff in both my file and the other one but that didn't help:
http://sponge/56442751-e13a-46ac-8ec4-f2cda7b5930f

I'm not sure the other file needs changed as the ones that are setting default_value aren't the same Rich Ad Formats I'm modifying, but I tried it just in case. So just adding conditions isn't enough. It still thinks it overlaps even though the conditions should be disjoint.

On Thu, Oct 5, 2017 at 10:20 AM, ███████@google.com> wrote:
So does this mean my original experiment config with counterfactuals and skipflags was done wrong?

HIGHLY CONFIDENTIAL
GOOG-DOJ-07515463

So for the counterfactuals, I just need to change from default_value to conditional_value with my diversion criteria?

I'm not sure I follow what you mean for the skipflags bit. Do you mean I should add an "afs" section to PriceChips and PriceExtensionExpandoChips (which from the docs you sent might not be properly named) modifiers in whole_page.gcl, then use ParamOverride to modify those in my launch?

On Wed, Oct 4, 2017 at 5:12 PM, ██████████████@google.com> wrote:
(and I forgot to add: you can likely use a similar mechanism on the wpa counterfactual modifier for price extension -- move both experiments under the same first-level modifier)

On Wed, Oct 4, 2017 at 2:04 PM, ██████████████@google.com> wrote:
Yes, definitely remove the "AfsPriceExtension" modifier. Please read go████████████████ for details on how to use the skip flag.

On Wed, Oct 4, 2017 at 2:00 PM, ██████████████@google.com> wrote:
What you're hitting is our custom test that verifies logical consistency beyond just the simple modifier disjointness check.

Two issues here:
1) The wpa_counterfactual is legitimately an issue: you have an undiverted launch layer but are requesting *all* price extensions as counterfactual, which would amount to a holdback on g.com traffic. Condition your flag override on an appropriate web property condition. Similarly, the other price extension experiment needs to do the same otherwise they will turn off your price extensions.
2) The skip flag change is I think an interaction between how conditional_Values appends a modifier vs. how modifier_path modifies part of a modifier. Others on the expeirment team can explain this better than I can. But I *think* if you modify the param as follows:



```
        },
    ]
},
```

And then modify the "PriceChips.afs" modifier directly, you might pass the test. The skip flag was never intended to have a modifier like "AfsPriceExtension", and I have since filed b/65652218 to enforce this. If the test still fails, it may not check top-level modifiers this way and we can whitelist or fix.

On Wed, Oct 4, 2017 at 1:11 PM, ███████████████@google.com> wrote:
I'm trying to convert a study to a launch, and it contains both wpa counterfactual configuration and skipflags that apparently conflict with other launches.

cl/170880304, and here's the error:
███████████████████████████████

My launch is apparently conflicting with skipflags set in both extension_carousel_experiment.gcl and price_extension_mobile_position1.gcl, and conflicting on wpa counterfactuals on price_extension_mobile_position1.gcl.

The conditions for setting the values in my experiment and in theirs should not overlap, as the existing ones are modifying .com traffic and I'm trying to modify AFS traffic. Also, the skipflags conflict is for the same format on both so I don't understand why those two launches don't conflict as well.

I know one way to solve this is to run in the same launch layer, but I don't think that's feasible here. Are there other ways around this other than dropping my counterfactual and skipflag settings? Maybe some way to tell the system that these shouldn't actually conflict?

Thanks!

HIGHLY CONFIDENTIAL
GOOG-DOJ-07515465