# Exhibit 9

Redacted

**Message**

| | |
|---|---|
| From: | ▇▇▇@google.com [▇▇▇@google.com] |
| Sent: | 5/15/2018 5:59:39 PM |
| To: | ▇▇▇ |
| Subject: | AAAAZhZnT2Q-MBI-THREADED:rKJvjoOoops%%%2018-05-14T22:59:39.707519 |

- ▇▇▇**@google.com** 2018-05-15T17:59:39.707Z

I keep turning history off unintentionally on group chat that interops with hangouts, my coworkers using hangouts are unhappy. Known issue?

- **Deleted on**2020-11-20T13:09:55.976Z

I keep turning history off unintentionally on group chat that interops with hangouts, my coworkers using hangouts are unhappy. Known issue?

- ▇▇▇**@google.com** 2018-05-15T18:03:05.907Z

I believe that's behavior we implemented to temporarily work around compliance issues with off the record and Interop

- **Deleted on**2020-11-20T13:09:55.976Z

I believe that's behavior we implemented to temporarily work around compliance issues with off the record and Interop

- ▇▇▇**@google.com** 2018-05-15T18:03:47.171Z

This issue will go away when we roll-out the new version of Group Interop!

- **Deleted on**2020-11-20T13:09:55.976Z

This issue will go away when we roll-out the new version of Group Interop!

- ▇▇▇**@google.com** 2018-05-15T18:04:23.784Z

Until then, if you reply to an on the record topic, your post will Interop on the record to classic users

- **Deleted on**2020-11-20T13:09:55.976Z

Until then, if you reply to an on the record topic, your post will Interop on the record to classic users

- ▇▇▇**@google.com** 2018-05-15T18:04:58.377Z

If you want to avoid going off the record for your coworkers

- **Deleted on**2020-11-20T13:09:55.976Z

If you want to avoid going off the record for your coworkers

CONFIDENTIAL                                                                                                                                                    GOOG-AT-MDL-008029131