# Exhibit 10

## In the Matter Of:

*UNITED STATES OF AMERICA v*

*GOOGLE, LLC*

*NEAL MOHAN*

*October 30, 2023*



```
                                                                   1
 1      IN THE UNITED STATES DISTRICT COURT

 2     FOR THE EASTERN DISTRICT OF VIRGINIA

 3             ALEXANDRIA DIVISION

 4                 -  -  -

 5
      UNITED STATES OF        :   CASE NO.
 6    AMERICA, et al.,        :   1:23-cv-00108
                              :   -LMB-JFA
 7          Plaintiffs,        :
                              :
 8          v.                :
                              :
 9    GOOGLE, LLC,            :
                              :
10          Defendant.        :

11          - HIGHLY CONFIDENTIAL -

12                 -  -  -

13             October 30, 2023

14                 -  -  -

15

16             Videotaped deposition of
      NEAL MOHAN, taken pursuant to notice, was
17    held at the law offices of Axinn, Veltrop
      & Harkrider, LLP, 1901 L Street NW,
18    Washington, D.C., beginning at 8:35 a.m.,
      on the above date, before Michelle L.
19    Gray, a Registered Professional Reporter,
      Certified Court Reporter, Certified
20    Realtime Reporter, and Notary Public.

21
                   -  -  -
22

23

24
```

Case 1:21-md-03010-PKC   Document 1005-10   Filed 05/30/25   Page 4 of 5
UNITED STATES OF AMERICA v   Neal Mohan
GOOGLE, LLC                        Highly Confidential                 October 30, 2023

114

1           said, I believe it does.
2  BY MR. LONGMAN:
3           Q.    Okay.
4           A.    But I'm -- but I'm not --
5  again, I don't know what exactly the
6  details of that setting.
7           Q.    Okay.  Do you know whether
8  it has -- it -- the default setting is to
9  set history on or off?
10                MR. BITTON:  Objection to
11         form.
12                THE WITNESS:  I do not know
13         what the default is.
14 BY MR. LONGMAN:
15          Q.    Okay.  Have you ever turned
16 history off when you engaged in a chat
17 for business purposes?
18                MR. BITTON:  Objection to
19         form.
20                THE WITNESS:  I mean,
21         generally speaking, as you can
22         tell from my answers, because I
23         don't really think about the
24         settings in Google Chat that

Case 1:21-md-03010-PKC   Document 1005-10   Filed 05/30/25   Page 5 of 5
UNITED STATES OF AMERICA v                                     Neal Mohan
GOOGLE, LLC                    Highly Confidential        October 30, 2023

115

1     much, I probably went with
2     whatever the default was.
3  BY MR. LONGMAN:
4     Q.   All right.  Let's do some
5  definitions.
6          Are you familiar with the
7  term "display advertising"?
8     A.   I am familiar with that
9  term, yes.
10    Q.   How would you define display
11 advertising?
12    A.   I think it -- the way I
13 would think about it is it's -- it's all
14 advertising, broadly speaking, that runs
15 on websites, on mobile apps, on social
16 media platforms, on commerce sites.  All
17 of these different digital platforms.
18 And it can take the form of image ads,
19 video ads, interactive ads.
20         It's kind of, in my mind, a
21 very broad space that publishers and
22 advertisers engage in, in the digital
23 realm.  It's really -- it's all -- it's
24 all in the digital realm, typically.