# Exhibit 11

## In the Matter Of:

*United States vs*

*Google*

---

## *JONATHAN BELLACK*

## *November 16, 2023*

---



1

1         IN THE UNITED STATES DISTRICT COURT

2         FOR THE EASTERN DISTRICT OF VIRGINIA

3              ALEXANDRIA DIVISION

4         CASE NO. 1:23-cv-00108-LMB-JFA

5

6    UNITED STATES OF
     AMERICA, et al.,
7
                  Plaintiffs,
8
              vs.
9

10   GOOGLE, LLC,

11
                  Defendant.
12

13              - HIGHLY CONFIDENTIAL -

14

15         Videotaped deposition of JONATHAN BELLACK,

16   taken pursuant to notice, was held at the offices of

17   Axinn, Veltrop & Harkrider LLP, 114 West 47th Street,

18   New York, New York  10036, taken stenographically before

19   LISA FORLANO, CCR, CRR, RMR and Notary Public, on

20   Thursday, November 16, 2023, commencing at 8:50 a.m.

21

22

23

24

25

353

1   that.

2              You were subject to various

3   litigation holds while you were at Google,

4   correct?

5              MR. BITTON:  Objection to form.

6              THE WITNESS:  Again, during

7        which time period?

8   BY MS. WOOD:

9        Q     At any point from 2008 to 2018?

10       A     Yes.

11             MR. BITTON:  Objection.

12  BY MS. WOOD:

13       Q     And during that time period, did

14  you change your Google chat's default to

15  history on?

16             MR. BITTON:  Objection to form.

17             THE WITNESS:  No.

18  BY MS. WOOD:

19       Q     Are there any folks at Google

20  that you stay in contact with?

21       A     Just socially.

22       Q     Who?

23       A     Jason Bigler, Ari Paparo, Brad

24  Bender, Chris LaSala.

25       Q     Anyone else?