# Exhibit 12

# In the Matter Of:

*In Re - Google Digital Advertising*

*BRAD BENDER*

*June 19, 2024*



```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE SOUTHERN DISTRICT OF NEW YORK

 3

 4   IN RE:                            ) CIVIL ACTION NO.
                                       )
 5   GOOGLE DIGITAL ADVERTISING        ) 1:21-md-03010-PKC
     ANTITRUST LITIGATION              )
 6   _____   )

 7

 8

 9

10

11

12

13

14

15                     HIGHLY CONFIDENTIAL

16                 VIDEOTAPED DEPOSITION OF

17                        BRAD BENDER

18                  REDWOOD CITY, CALIFORNIA

19                 WEDNESDAY, JUNE 19, 2024

20

21

22

23

24
     Reported in Stenotype by:
25   Cody R. Knacke, RMR, CSR No. 13691
     Job No.:  944936
```

Case 1:21-md-03010-PKC   Document 1005-12   Filed 05/30/25   Page 4 of 4
In Re - Google Digital Advertising                              Brad Bender
          Highly Confidential                                June 19, 2024

213

1    A.   I believe there was a toggle.
2    Q.   Do you recall how the toggle was set on
3  your chat interface?
4    A.   I would have left it at whatever the
5  default was.
6    Q.   Do you recall ever changing that toggle?
7    A.   No.
8    Q.   Do you recall receiving instructions on
9  when to toggle that on so as to save chats versus
10 leaving it off?
11   A.   I don't recall.
12   Q.   And we were talking earlier about Bernanke
13 a bit.
14   A.   Right.
15   Q.   Do you recall something called "Project
16 Bell"?
17   A.   Nope.
18        MR. MAYA:  Let's go ahead and introduce
19 Exhibit 15.
20        THE WITNESS:  Thank you.
21        MR. MAYA:  And I'll -- Exhibit 15, for the
22 record, bears Bates numbers GOOG-DOJ-03901693.  It
23 ends with the Bates numbers 1713.
24        It's a PowerPoint deck.  I'm going to refer
25 to it as -- called:  "First Call Signal and GDN