# Exhibit 13

Redacted



```
                                                               1
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
      Civil Action No:  1:21-md-03010-FKC
 3   _____

 4   IN RE GOOGLE DIGITAL
     ADVERTISING ANTITRUST
 5   LITIGATION

 6   _____

 7       HIGHLY CONFIDENTIAL VIDEOTAPED VIDEOCONFERENCED
                      DEPOSITION OF  ███████████
 8
                         June 13, 2024
 9   _____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1         A.    Yes.
2         Q.    Do you recall toggling the save
3    function on and off in chat?
4         A.    I don't recall any specific times when
5    I personally toggled it off and on, but it was a long
6    time ago.
7         Q.    Do you recall that there was a toggle
8    to save chats or not save them?
9         A.    There was, yes.
10        Q.    Do you recall how yours was set?
11        A.    Is there a specific time period you're
12   referring to?
13        Q.    Well, I'm asking if you have a
14   recollection at any time, and then we can get more
15   specific after that.
16        A.    Oh.  No, I don't remember specific
17   settings at specific times.
18        Q.    Do you recall it ever being set to
19   save?
20        A.    I don't recall a time when I personally
21   adjusted that toggle for a reason, no.
22        Q.    Do you recall the default setting for
23   that toggle?
24        A.    I recall that there was a default
25   setting, but I did not pay too much attention to what

55

```
 1   it was at any particular time.
 2           Q.   And isn't it true that the default
 3   setting allowed chats to be deleted after a certain
 4   period of time?
 5           MS. SALEM:  Object to form.
 6           A.   I know that there was a setting that
 7   made it inaccessible to us as a user.  I don't really
 8   know how that worked on the back end.
 9           Q.   (By Mr. Maya) Did you ever get any
10   training on when to toggle that setting to save
11   versus leaving it off?
12           MS. SALEM:  And I'll just caution the
13   witness to answer to the extent he can without
14   revealing attorney-client communications.
15           A.   I -- I don't recall a specific training
16   on that, no.
17           Q.   (By Mr. Maya) Okay.  Let's introduce
18   the next exhibit.  This will be ▓▓▓▓ Exhibit 5.
19                 ▓▓▓▓ Exhibit 5 was marked.)
20           THE WITNESS:  Thanks.
21           Q.   (By Mr. Maya) And this is basically a
22   two-page email string beginning with the Bates number
23   GOOG-DOJ-11766640 and ending with the Bates
24   number 66641.
25           A.   Yes.
```