# Exhibit 16

Redacted

| | | |
|---|---|---|
| From: | ▮@google.com> on behalf of ▮ | |
| Sent: | Thursday, November 19, 2009 11:05 PM | |
| To: | ▮ | |
| Cc: | ▮ வு ▮ | |
| Subject: | Re: ▮ Why Android Could Fail | |

Let's not talk about markets and market share via email.

See: ▮

Five Rules of Thumb for All Written Communications at Google

# Redacted

2009/11/19 ▮ @google.com>
2009/11/19 ▮ @google.com>

In my personal experience with cupcake, android platform is not that reliable. There is a long way to go for us to get substantial mobile phone market share.

We already have substantial mobile phone market share.

my $0.02

▮

2009/11/19 ▮ வு ▮ @google.com>:
>
>
> 2009/11/19 ▮ @google.com>
>>
>>
>> http://itmanagement.earthweb.com/features/article.php/12297_3849121_2/Why-Android-Could-Fail.htm
>> Why Android Could Fail
>> By Mike Elgan
>> November 18, 2009
>>
>> Back in May, when everyone was hailing the coming age of the Palm Pre, I

1

>> predicted --correctly, it turns out -- that the Pre would fail.
>>
>> With 20/20 hindsight, that prediction sounds non-controversial. But at the
>> time it sounded crazy to many, and I got a lot of hate mail for it.
>>
>> After all, the Pre was viewed as essentially an iPhone, but with a
>> physical keyboard and a more sophisticated user interface. The reason most
>> pundits got it wrong is that they made the classic mistake of ignoring both
>> market segmentation and human nature. The fallacy that most observers fall
>> into is the mistaken belief that good product = market success.
>>
>> The gold standard for market success in the cell phone handset market is,
>> of course, the Apple iPhone. In today's market, as I pointed out in my Palm
>> Pre prediction, only three things count: brand appeal, simplicity and
>> applications.
>>
>> In all three of these measures, the iPhone earns an A+. Apple has a top
>> brand, easiest-to-use phone and the most and best applications. As a result,
>> the iPhone is steadily -- and predictably, I might add -- devouring the
>> smart phone market with no sign of slowing down.
>>
>> This is the problem competitors face with creating the elusive "iPhone
>> killer." In order to beat the iPhone, a cell phone would have to at minimum
>> equal the iPhone in two of these measures, and surpass it in the third. In
>> other words, an iPhone Killer would have to, say, be associated with as good
>> a brand as the Apple and iPhone brands, be every bit as simple to use as the
>> iPhone, and have more applications.
>>
>> See what a challenge this would be? How will any competitor achieve this?
>>
>> Microsoft, for example, has a pretty good brand, with both Microsoft and
>> Windows as part of its Windows Mobile platform branding. But Windows Mobile
>> gets a C on user simplicity, and a D- on the apps experience. That's why
>> Windows Mobile is a market loser, falling from 11.1 percent market share in
>> the third quarter of last year, to 7.9% this year. (During that same period,
>> Apple's iPhone rose from 2.8 percent share last year to 13.3 percent this
>> year.)
>>
>> The success of the Android-based cell phones is much harder to predict,
>> because so much about future products -- and which companies will build them
>> -- is unknown. But even without that information, Android has serious
>> disadvantages. So far, Google is failing in two of the three measures: Brand
>> appeal and simplicity. And the jury's still out on applications.
>>
>> Specifically, here are the potential barriers to Google's Android success.
>>
>> The Brand Problem
>>
>> Google blew it by inventing the word "Android" to describe their platform.
>> Google is a great brand, Android is a loser brand. The reason: it's not one
>> that will usually be directly used by consumers to describe the phone

2

HIGHLY CONFIDENTIAL
GOOG-DOJ-01849930

\>\> itself. For example, all iPhone OS phones are iPhones. iPhone is the brand.
\>\> Clear. Simple.
\>\>
\>\> Android is the "platform," but phones will be sold under other brands.
\>\> Google says that there are or will soon be at least 18 different phones
\>\> running Android. Worse, different brand names have been contrived for the
\>\> same phones running in different countries or versions.
\>\>
\>\> Android is barely getting started, and already the platform is associated
\>\> with the following phone brands: Xperia X10a, Eve, Eris, Desire, One,
\>\> Streak, Calgary, Motus, Dragon, Liquid, A1, Moment, Behold, DROID,
\>\> Milestone, Archos, CLIQ, DEXT, Spica, Galaxy Lite, i5700, Pulse, Mini i3,
\>\> Hero, Tattoo, Galaxy, Magic, myTouch, 3G, Dream and G1.
\>\>
\>\> By the end of next year, there could be 50 or even 100 devices running on
\>\> some version of the Android platform.
\>\>
\>\> And because the Android platform is free and uncontrolled, it will be the
\>\> platform of choice for bargain-basement, junk devices. The worse these
\>\> phones are, the more they'll emphasize the Google and Android brands in
\>\> their own marketing. They'll try to bask in the Google glow. But what
\>\> they'll do is tarnish the reputation of the platform.
\>\>
\>\> A technical person who doesn't know or care about marketing might look at
\>\> all this and think, great! Look at all those phones. But this is a disaster
\>\> for the platform because of a simple facet of human nature.
\>\>
\>\> The Simplicity Problem
\>\>
\>\> When confronted by brand confusion or complexity, consumers freeze.
\>\>
\>\> Technical people, industry insiders and others casually dismiss this
\>\> nugget of truth from behavioral psychology, even though it explains half the
\>\> mysteries about why some consumer products succeed while others fail. The
\>\> phenomenon was laid out beautifully by Barry Schwartz in his book, "The
\>\> Paradox of Choice: Why More Is Less."
\>\>
\>\> Google's model of providing the platform, and enabling any hardware maker
\>\> to do anything they want with it without Google's permission or even
\>\> knowledge, sounds great. It's a recipe for innovation.
\>\>
\>\> Unfortunately, innovation doesn't always lead to handset market success.
\>\> People want easy, not innovative.
\>\>
\>\> When the average consumer decides to buy a cell phone, he or she is
\>\> confronted with a dizzying array of choices. Which of the several national
\>\> carriers? Which of the dozens of wireless plans? Which of the hundreds of
\>\> cell phone handsets?
\>\>
\>\> Consumers are exhausted and confused by the choices. Then along comes
\>\> Apple: "We're Apple. Here's our phone. Here's the plan. Here's the carrier.

3

```
>> It's number-one. We have the most apps. Just choose iPhone, and you don't
>> have to make any other decisions."
>>
>> Apple wins because they offer clarity and simplicity. The Android platform
>> offers the opposite: confusion and complexity. Which brings us to apps.
>>
>> The App Problem
>>
>> Google's approach also threatens to undermine even the App experience for
>> users. The problem is that because of Android's Wild West approach to
>> hardware development, there are now devices running three versions of the
>> OS, a wide range of custom firmware and significant differences in things
>> like screen resolution and the like.
>>
>> It's already difficult, expensive and time consuming to develop on the
>> Android platform. As a result, we can expect three bad outcomes: First,
>> consumers will face uncertainty and confusion about which apps can
>> successfully run on what devices. Second, the complexity, time and hassle of
>> coping with multiple OS versions and many hardware variations provides a
>> disincentive for many would-be developers to stick with it. And finally,
>> providing real compatibility requires extra code, which could affect app
>> performance.
>>
>> Will Android fail? It's hard to say. Nobody knows if some company might
>> come along and belt one out of the park with some spectacular product.
>>
>> But this much we do know: Google faces colossal challenges in all three of
>> the factors that determine success in the cell phone handset market:
>> Branding, simplicity and apps. If Google does succeed, it won't be easy.
>
> The article has some points to think about. However, going by the reasoning
> in this article, in the computer world, Apple Macs should be the only thing
> that sells, and PCs should be dying?
>>
>>
>> Cheers/Pyrsk,
>> Michał
>> ### ConOps Dublin + Shared Services + Online Help ###
>>
>> --
>> Add your thoughts to the article just sent out: http://go▇▇▇▇▇
>> [GOOGLE CONFIDENTIAL]
>>
>> Send industry updates related to ads, apps or search to our new lists.
>> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ will also get these messages.
>> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
>>
>> Send other industry updates to:
>> ▇▇▇▇▇▇▇@▇▇▇▇▇
```

4

```
>>
>> You received this message because you are subscribed to the Google
>> Groups            group.
>> To unsubscribe from this group, send email to
>>
>> For more options, visit this group at
>>
>
>
> --
> Regards,
>
>
> --
> Add your thoughts to the article just sent out: http://
> [GOOGLE CONFIDENTIAL]
>
> Send industry updates related to ads, apps or search to our new lists.
                                    will also get these messages.




>
> Send other industry updates to:
>
>
> You received this message because you are subscribed to the Google
> Groups            group.
> To unsubscribe from this group, send email to
>
> For more options, visit this group at
>

--
Add your thoughts to the article just sent out: http://go
[GOOGLE CONFIDENTIAL]

Send industry updates related to ads, apps or search to our new lists.
                                    will also get these messages.




Send other industry updates to:


You received this message because you are subscribed to the Google
Groups            group.
To unsubscribe from this group, send email to
```

HIGHLY CONFIDENTIAL                                                       GOOG-DOJ-01849933

For more options, visit this group at

--

Add your thoughts to the article just sent out: http://go
[GOOGLE CONFIDENTIAL]

Send industry updates related to ads, apps or search to our new lists. ▇ will also get these messages.

Send other industry updates to:

You received this message because you are subscribed to the Google Groups ▇ group.
To unsubscribe from this group, send email to
▇m
For more options, visit this group at

--

▇ || *Google*, Inc. || Office: 650 214 5095
--
Add your thoughts to the article just sent out: http://go
[GOOGLE CONFIDENTIAL]

Send industry updates related to ads, apps or search to our new lists. ▇ will also get these messages.

Send other industry updates to:

You received this message because you are subscribed to the Google Groups ▇ group.
To unsubscribe from this group, send email to

For more options, visit this group at

CONFIDENTIAL

GOOG-DOJ-01849934