# Exhibit 18

Message

| | |
|---|---|
| From: | Nitish Korula [nitish@google.com] |
| Sent: | 8/12/2019 4:37:51 PM |
| To: | David Christian [dbc@google.com] |

- **Nitish Korula**, `2019-08-12 09:37:51`

David, just a heads-up: I have some concerns about the unified auction service design in today's review

- **Nitish Korula**, `2019-08-12 09:38:02`

around losing DFP information that's relevant to bidding in the callout

- **Nitish Korula**, `2019-08-12 09:38:13`

A similar change for remnant alone costs AdX 8% of revenue

- **Nitish Korula**, `2019-08-12 09:38:49`

Rita understands that closely (and was involved in the 8% situation), so I'm sure she'll bring it up

- **Nitish Korula**, `2019-08-12 09:39:04`

But as a result, I can imagine the review being contentious - just wanted to let you know

- **Nitish Korula**, `2019-08-12 09:39:32`

She discussed an idea with me that might be a reasonable compromise, so I expect she'll bring that up

- **David Christian**, `2019-08-12 09:39:38`

Could you explain the situation a bit more?

- **Nitish Korula**, `2019-08-12 09:41:28`

The fact that AdX buyers can bid using information that comes out of DFP ranking (EDA price, remnant line items w/ their prices, etc.) is a significant informational advantage.

- **Nitish Korula**, `2019-08-12 09:41:46`

That reflects in their bidding

- **Nitish Korula**, `2019-08-12 09:41:58`

Sending callouts before DFP ranking risks losing that

- **Nitish Korula**, `2019-08-12 09:42:04`

It's a strategic advantage over Header Bidding

- **Nitish Korula**, `2019-08-12 09:42:55`

Now, competition concerns will cause us to give up one part of that, but that part alone is an 8% decrease to AdX revenue (which we will mitigate through the 1p auction)

- **Nitish Korula**, `2019-08-12 09:43:10`

But there's no reason to give up the other part, which may even be larger.

- **Nitish Korula**, `2019-08-12 09:43:38`

Rita will be able to walk people through it in detail

- **David Christian**, `2019-08-12 09:48:15`

Okay.

- **Nitish Korula**, `2019-08-12 09:58:28`

Btw, this is also sensitive from a competition perspective, so one should be careful about notes :)

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00597161

- **David Christian**, 2019-08-12 09:59:32

got it.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00597162