# Exhibit 19

Redacted

Message

From:   Aparna Pappu [█████@google.com]
Sent:   4/4/2016 3:42:33 PM
To:     ████████████████

- **Aparna Pappu**, 2016-04-04 08:42:33

i removed ███ as dotted line to me btw

- **Aparna Pappu**, 2016-04-04 08:42:36

so we avoid a circular loop

- ████████, 2016-04-04 08:43:16

cool

- **Aparna Pappu**, 2016-04-04 11:22:31

in summary appnexus == hot air?

- ████████, 2016-04-04 11:22:39

and is that surprising?

- ████████, 2016-04-04 11:22:42

not to me ☺

- **Aparna Pappu**, 2016-04-04 11:22:43

no

- ████████, 2016-04-04 11:22:50

as much as i like these things

- **Aparna Pappu**, 2016-04-04 11:22:50

but why do we need a deck

- ████████, 2016-04-04 11:22:55

this week is just not a good time for it

- ████████, 2016-04-04 11:23:03

well I assume she was asked to do this research

- **Aparna Pappu**, 2016-04-04 11:23:07

yeah

- ████████, 2016-04-04 11:23:49

promo + perf is killing me...

- **Aparna Pappu**, 2016-04-04 11:24:03

a little death is good now and then ☺

- ████████, 2016-04-04 11:24:10

you got it wrong

- **Aparna Pappu**, 2016-04-04 11:24:12

rebirth

- ████████, 2016-04-04 11:24:18

CONFIDENTIAL                                             GOOG-AT-MDL-B-004376995

it&#39;s what doesn&#39;t kill you makes you stronger

- ███ ███, 2016-04-04 11:24:20

what kills you... well that&#39;s it

- **Aparna Pappu**, 2016-04-04 11:24:35

remember i come from a land of no such thing as death

- **Aparna Pappu**, 2016-04-04 11:24:37

just rebirth

- ███ ███, 2016-04-04 11:24:47

well jews believe in that too

- ███ ███, 2016-04-04 11:24:48

i think

- ███ ███, 2016-04-04 11:24:50

but what do i know

- **Aparna Pappu**, 2016-04-04 11:25:04

if youre lucky higher life form if not sucks  and if you&#39;re really awesome vaporware

- ███ ███, 2016-04-04 11:25:28

it&#39;s these times of the year where everything is happening at the same time

- ███ ███, 2016-04-04 11:25:35

that make me want to move to Thailand and live off the land

- **Aparna Pappu**, 2016-04-04 11:25:46

hahaha

- ███ ███, 2016-04-04 11:26:06

i don&#39;t think there&#39;s enough coffee in the world to keep me focused

- ███ ███, 2016-04-04 11:26:16

gonna do a full spa day after all this calms down

- **Aparna Pappu**, 2016-04-04 11:26:35

korean?

- ███ ███, 2016-04-04 11:26:37

like day off, breakfast, rest, massage, rest, lunch, rest, more rest, dinner

- ███ ███, 2016-04-04 11:26:51

i actually don&#39;t know anything about spa&#39;s but i hear they&#39;re relaxing

- ███ ███, 2016-04-04 11:26:52

haha

- **Aparna Pappu**, 2016-04-04 11:26:59

korean spa so good

- **Aparna Pappu**, 2016-04-04 11:27:01

literally

- ███ ███, 2016-04-04 11:27:04

maybe i'll just take a day off and work out and try to do yoga or something

- **Aparna Pappu**, 2016-04-04 11:27:05

they take a scotch brite

- **Aparna Pappu**, 2016-04-04 11:27:11

and scrub a centimeter off you

- ▮▮, 2016-04-04 11:27:26

hahaha

- **Aparna Pappu**, 2016-04-04 11:27:33

the pain is so worth it

- ▮▮, 2016-04-04 11:27:38

i thought that's what the russian bathhouses do

- ▮▮, 2016-04-04 11:56:45

omg have you heard about the adx thing

- ▮▮, 2016-04-04 11:56:50

the lowering of floors

- ▮▮, 2016-04-04 11:56:58

i'm sick just thinking about it

- **Aparna Pappu**, 2016-04-04 11:57:54

?

- ▮▮, 2016-04-04 11:58:03

you really haven't heard of this?

- ▮▮, 2016-04-04 11:58:05

it's confidential

- ▮▮, 2016-04-04 11:58:10

so maybe best not to do this over chat

- **Aparna Pappu**, 2016-04-04 11:58:10

no

- **Aparna Pappu**, 2016-04-04 11:58:19

if its confidential

- **Aparna Pappu**, 2016-04-04 11:58:21

it is chat

- **Aparna Pappu**, 2016-04-04 11:58:22

no?

- ▮▮, 2016-04-04 11:58:30

it is chat?

- **Aparna Pappu**, 2016-04-04 11:58:38

as in this is OTR

- ▮▮, 2016-04-04 11:58:49

what&#39;s OTR? 😊

- **Aparna Pappu**, 2016-04-04 11:58:56

off the record

- ▬▬ 2016-04-04 11:59:31

oh

CONFIDENTIAL

GOOG-AT-MDL-B-004376998