# Exhibit 21

Message

| | |
|---|---|
| From: | Chris LaSala [chrisl@google.com] |
| Sent: | 9/16/2020 2:38:03 PM |
| To: | Nash Islam [nashislam@google.com] |

- **Chris LaSala,** 2020-09-16 07:38:03

why would a perfect SKAd solve the IDFA consent issue?

- **Nash Islam,** 2020-09-16 07:48:41

sissie has signed off

- **Chris LaSala,** 2020-09-16 07:51:10

we need to communicate this to Duke and Naomi

- **Chris LaSala,** 2020-09-16 07:51:18

essentially we pull any discussion of email

- **Chris LaSala,** 2020-09-16 07:51:21

or log-in

- **Chris LaSala,** 2020-09-16 07:51:22

right?

- **Nash Islam,** 2020-09-16 07:51:36

yep

- **Nash Islam,** 2020-09-16 07:51:47

aligned with the direction we&#39;re heading

- **Nash Islam,** 2020-09-16 07:52:21

looks like best we can do is #3 in the email mention options

- **Nash Islam,** 2020-09-16 07:52:24

&lt;a href="https://www.google.com/url?q=https://docs.google.com/document/d/1vR5BnzSkJoMIxoqsSwuRQZo5TkBO82Av2-JqsPN23g0/edit%23heading%3Dh.ujxavbs6qxmh&amp;sa=D&amp;source=hangouts&amp;ust=1600354344892000&amp;usg=AFQjCNGEJQ0iiRGqJzUaxuyr2AmV5vp8EA"&gt;https://docs.google.com/document/d/1vR5BnzSkJoMIxoqsSwuRQZo5TkBO82Av2-JqsPN23g0/edit#heading=h.ujxavbs6qxmh&lt;/a&gt;

- **Nash Islam,** 2020-09-16 07:54:22

Should i send an email to Duke &amp; Naomi right now on this?

- **Nash Islam,** 2020-09-16 07:56:00

&quot;Per discussion with Spero &amp; his feedback from PS, we should avoid direct mentions of sign-in and email consent in our MSA to align with the negotiating strategy where we will not be specific about our alternative approach for measurement and attribution&quot;

- **Nash Islam,** 2020-09-16 07:56:23

or too sensitive for email so keep on ping?

- **Chris LaSala,** 2020-09-16 07:58:32

start a ping with history turned off

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01828942

- **Chris LaSala**, 2020-09-16 07:58:40

duke, naomi, alex, me

- **Nash Islam**, 2020-09-16 07:59:33

k

HIGHLY CONFIDENTIAL                                                                                              GOOG-DOJ-AT-01828943