# Exhibit 22

Redacted

Message

**From:** ▮▮▮▮▮ [vids@google.com]
**Sent:** 10/29/2020 4:44:03 PM
**To:** ▮▮▮▮▮ [ccombette@google.com]

- ▮▮▮▮▮, 2020-10-29 09:44:03

hi

- ▮▮▮▮▮, 2020-10-29 09:44:09

is there a new deck for mtg tomorrow?

- ▮▮▮▮▮, 2020-10-29 09:44:16

working on it now

- ▮▮▮▮▮, 2020-10-29 09:44:24

will share before noon

- ▮▮▮▮▮, 2020-10-29 09:44:25

thanks

- ▮▮▮▮▮, 2020-10-29 09:45:42

have you seen the deck for later today?

- ▮▮▮▮▮, 2020-10-29 09:45:44

<a href="https://www.google.com/url?q=https://docs.google.com/presentation/d/1RB4uFprGQtEjmBkk5MLrjU4rZVVrTL01LkLL_TZ86FY/edit%23slide%3Did.ga506638254_0_5&amp;sa=D&amp;source=hangouts&amp;ust=1604076344242000&amp;usg=AFQjCNGkXfOMuLyYwhWWMQGGzpAMFPQMkw">https://docs.google.com/presentation/d/1RB4uFprGQtEjmBkk5MLrjU4rZVVrTL01LkLL_TZ86FY/edit#slide=id.ga506638254_0_5</a>

- ▮▮▮▮▮, 2020-10-29 09:47:02

what should I pay attnetion to?

- ▮▮▮▮▮, 2020-10-29 09:47:40

mostly the timeline

- ▮▮▮▮▮, 2020-10-29 09:48:03

and the content of the messaging strategy on p4

- ▮▮▮▮▮, 2020-10-29 09:48:39

essentially plan is to go out with something that talks about Anning but doesn&#39;t say whether we will comply or not (just that we won&#39;t use IDFA).

- ▮▮▮▮▮, 2020-10-29 09:49:00

Backchannel with the press to try focus the PR on competition

- ▮▮▮▮▮, 2020-10-29 09:49:08

(for Apple)

- ▮▮▮▮▮, 2020-10-29 09:49:18

If it lands, we go with Plan A

- ▮▮▮▮▮, 2020-10-29 09:49:28

if we land in privacy narratives, we fall back on plan B

- ███████████, 2020-10-29 09:49:40

this is good..we should add to deck tomorrow

- ███████████, 2020-10-29 09:49:46

yes

- ███████████, 2020-10-29 09:49:51

I am using this

- ███████████, 2020-10-29 09:50:02

and then going to add more detail on &quot;dreadlines&quot; after phase A

- ███████████, 2020-10-29 09:50:10

phase A = initial blog

- ███████████, 2020-10-29 09:50:17

the one thing I uncovered yesterday

- ███████████, 2020-10-29 09:50:27

and might come up tomorrow if you are talking to ███

- ███████████, 2020-10-29 09:50:40

it seems as though Android isn&#39;t sold on announcing Anning

- ███████████, 2020-10-29 09:51:04

can we go thru this togehter at 5:30pm

- ███████████, 2020-10-29 09:51:09

we need to bring them into the conversation more

- ███████████, 2020-10-29 09:51:14

yes

- ███████████, 2020-10-29 09:51:22

or 5

- ███████████, 2020-10-29 09:51:58

just sent you an invite for 5:30

- ███████████, 2020-10-29 09:52:10

ok

- ███████████, 2020-10-29 09:59:58

Does the new French suit against Apple change our strategy

- ███████████, 2020-10-29 10:01:29

I would assume it helps

- ███████████, 2020-10-29 10:01:44

the two are very unrelated in that this is about wholesale of hardware

- ███████████, 2020-10-29 10:01:48

and the app store

- ███████████, 2020-10-29 10:02:10

but on the surface, the story is &quot;Apple&#39;s behavior is not healthy for competition&quot;

- ▮▮▮▮▮▮▮▮▮▮, 2020-10-29 10:02:41

it&#39;s the kind of tidbit they would add to the articles, like Epic

- ▮▮▮▮▮▮▮▮▮▮, 2020-10-29 10:06:21

what was the eaact suit

- ▮▮▮▮▮▮▮▮▮▮, 2020-10-29 10:06:28

exact

- ▮▮▮▮▮▮▮▮▮▮, 2020-10-29 10:06:42

&lt;a href="https://www.google.com/url?q=https://www.cnn.com/2020/03/16/tech/apple-fine-france/index.html&amp;sa=D&amp;source=hangouts&amp;ust=1604077602625000&amp;usg=AFQjCNHgc1se-IPzOTH4YqHpllw_a8QJbg"&gt;https://www.cnn.com/2020/03/16/tech/apple-fine-france/index.html&lt;/a&gt;

- ▮▮▮▮▮▮▮▮▮▮, 2020-10-29 10:08:09

do you know if our pings are privileged / discoverable?

- ▮▮▮▮▮▮▮▮▮▮, 2020-10-29 10:08:39

we should turn history off