# Exhibit 23

Message

| | |
|---|---|
| **From:** | eruvalcaba@google.com [eruvalcaba@google.com] |
| **Sent:** | 6/10/2021 5:09:28 PM |
| **To:** | eruvalcaba@google.com; asweintraub@google.com; bcal@google.com; hsenger@google.com; mchasan@google.com; madhumoorthy@google.com; bryanv@google.com; sophiafaraj@google.com; jimgiles@google.com; arorasarthak@google.com; mulrich@google.com; azarek@google.com; lakshmanans@google.com; apappu@google.com; mattwolf@google.com; shaudy@google.com; argv@google.com |
| **Subject:** | AAAAZgacNcQ-MBI-FLAT:2021-06-10T04:14:35.511327 |

- **eruvalcaba@google.com** 2021-06-10T17:09:28.572Z

Updated room membership.

- **Deleted on** 2022-12-02T17:09:28.572Z

Updated room membership.

- **eruvalcaba@google.com** 2021-06-10T17:31:52.296Z

Updated room membership.

- **Deleted on** 2022-12-02T17:31:52.296Z

Updated room membership.

- **asweintraub@google.com** 2021-06-10T17:43:19.734Z

Updated room membership.

- **Deleted on** 2022-12-02T17:43:19.734Z

Updated room membership.

- **bcal@google.com** 2021-06-10T17:58:21.595Z

Updated room membership.

- **Deleted on** 2022-12-02T17:58:21.595Z

Updated room membership.

- **hsenger@google.com** 2021-06-10T18:16:31.367Z

Updated room membership.

- **Deleted on** 2022-12-02T18:16:31.367Z

Updated room membership.

- **mchasan@google.com** 2021-06-10T20:12:50.353Z

Updated room membership.

- **Deleted on** 2022-12-02T20:12:50.353Z

Updated room membership.

- **madhumoorthy@google.com** 2021-06-10T21:45:25.209Z

Updated room membership.

- **Deleted on** 2022-12-02T21:45:25.209Z

Updated room membership.

- **bryanv@google.com** 2021-06-10T22:42:09.166Z

Updated room membership.

- **Deleted on** 2022-12-02T22:42:09.166Z

GOOG-AT-MDL-010777654

Updated room membership.

- **sophiafaraj@google.com** 2021-06-10T23:13:30.302Z

Updated room membership.

- **Deleted on**2022-12-02T23:13:30.302Z

Updated room membership.

- **bcal@google.com** 2021-06-10T23:14:35.511Z

@Sophia Faraj, I think it would be helpful to engage your APAC colleague, in the sense our notification sync and communication decision will likely be tomorrow (pending eng work), and this might be a necessary step anyway. (If that is something you'd rather do tomorrow during normal hours, that works.)

We have AIM colleagues in BLR/ZUR are managing the incident during EMEA/APAC hours.

- **Deleted on**2022-12-02T23:14:35.511Z

@Sophia Faraj, I think it would be helpful to engage your APAC colleague, in the sense our notification sync and communication decision will likely be tomorrow (pending eng work), and this might be a necessary step anyway. (If that is something you'd rather do tomorrow during normal hours, that works.)

We have AIM colleagues in BLR/ZUR are managing the incident during EMEA/APAC hours.

- **jimgiles@google.com** 2021-06-10T23:18:51.257Z

Updated room membership.

- **Deleted on**2022-12-02T23:18:51.257Z

Updated room membership.

- **sophiafaraj@google.com** 2021-06-10T23:19:32.528Z

I had a sync with @Amith Gopinath my IEM counterpart, he has awareness of this issue in order to monitor if there is the notification confirmation made, otherwise I can take this up tomorrow.

- **Deleted on**2022-12-02T23:19:32.528Z

I had a sync with @Amith Gopinath my IEM counterpart, he has awareness of this issue in order to monitor if there is the notification confirmation made, otherwise I can take this up tomorrow.

- **arorasarthak@google.com** 2021-06-10T23:23:27.808Z

@Tony Scelfo let's use http://scripts/script_60._c13d04_0000_234b_81c6_94eb2c0cf8c4 since we have too many scripts going around. We'll only update that once we have confidence in the query yielding expected results

  ○    http://scripts/script_60._c13d04_0000_234b_81c6_94eb2c0cf8c4

- **Deleted on**2022-12-02T23:23:27.808Z

@Tony Scelfo let's use http://scripts/script_60._c13d04_0000_234b_81c6_94eb2c0cf8c4 since we have too many scripts going around. We'll only update that once we have confidence in the query yielding expected results

  ○    http://scripts/script_60._c13d04_0000_234b_81c6_94eb2c0cf8c4

- **sophiafaraj@google.com** 2021-06-10T23:32:39.332Z

Also just want to FYI -- per our engagement process IEM engagement ends after 6 pm pt. APAC does have awareness and If we have not reached a decision point by this time then I will plan on taking it up during AMER business hours ☺

- **Deleted on**2022-12-02T23:32:39.332Z

CONFIDENTIAL

GOOG-AT-MDL-010777655

Also just want to FYI -- per our engagement process IEM engagement ends after 6 pm pt. APAC does have awareness and If we have not reached a decision point by this time then I will plan on taking it up during AMER business hours ☺

- **jimgiles@google.com** 2021-06-10T23:43:32.874Z

Updated room membership.

- **Deleted on**2022-12-02T23:43:32.874Z

Updated room membership.

- **madhumoorthy@google.com** 2021-06-10T23:58:12.102Z

I have got approval to change the retention from 45days to 55 days(max) (link:https://logsfrontdoor.corp.google.com/#proposal/madhumoorthy.148382005)

○  https://logsfrontdoor.corp.google.com/#proposal/madhumoorthy.148382005

- **Deleted on**2022-12-02T23:58:12.102Z

I have got approval to change the retention from 45days to 55 days(max) (link:https://logsfrontdoor.corp.google.com/#proposal/madhumoorthy.148382005)

○  https://logsfrontdoor.corp.google.com/#proposal/madhumoorthy.148382005

- **mulrich@google.com** 2021-06-10T23:59:08.968Z

Updated room membership.

- **Deleted on**2022-12-02T23:59:08.968Z

Updated room membership.

- **jimgiles@google.com** 2021-06-10T23:59:39.193Z

Thanks Madhu

- **Deleted on**2022-12-02T23:59:39.193Z

Thanks Madhu

- **azarek@google.com** 2021-06-11T00:20:47.538Z

Updated room membership.

- **Deleted on**2022-12-03T00:20:47.538Z

Updated room membership.

- **jimgiles@google.com** 2021-06-11T00:31:21.138Z

Updated room membership.

- **Deleted on**2022-12-03T00:31:21.138Z

Updated room membership.

- **lakshmanans@google.com** 2021-06-11T00:32:08.232Z

Updated room membership.

- **Deleted on**2022-12-03T00:32:08.232Z

Updated room membership.

- **mchasan@google.com** 2021-06-11T00:41:39.289Z

Please keep history off on this legally sensitive chat room

- **Deleted on**2022-12-03T00:41:39.289Z

Please keep history off on this legally sensitive chat room

- **apappu@google.com** 2021-06-11T00:45:30.150Z

@Mike Chasan who all have we debriefed in legal?

- **Deleted on** 2022-12-03T00:45:30.150Z

@Mike Chasan who all have we debriefed in legal?

- **bcal@google.com** 2021-06-11T00:46:29.213Z

Updated room membership.

- **Deleted on** 2022-12-03T00:46:29.213Z

Updated room membership.

- **mattwolf@google.com** 2021-06-11T01:45:32.483Z

Updated room membership.

- **Deleted on** 2022-12-03T01:45:32.483Z

Updated room membership.

- **apappu@google.com** 2021-06-11T03:56:29.977Z

Updated room membership.

- **Deleted on** 2022-12-03T03:56:29.977Z

Updated room membership.

- **apappu@google.com** 2021-06-11T03:56:43.208Z

Updated room membership.

- **Deleted on** 2022-12-03T03:56:43.208Z

Updated room membership.

- **apappu@google.com** 2021-06-11T03:56:54.145Z

Updated room membership.

- **Deleted on** 2022-12-03T03:56:54.145Z

Updated room membership.

- **shaudy@google.com** 2021-06-11T03:56:58.347Z

Updated room membership.

- **Deleted on** 2022-12-03T03:56:58.347Z

Updated room membership.

- **apappu@google.com** 2021-06-11T03:57:09.088Z

Updated room membership.

- **Deleted on** 2022-12-03T03:57:09.088Z

Updated room membership.

- **apappu@google.com** 2021-06-11T03:57:21.055Z

Updated room membership.

- **Deleted on** 2022-12-03T03:57:21.055Z

Updated room membership.

- **argv@google.com** 2021-06-11T04:45:04.135Z

Updated room membership.

GOOG-AT-MDL-010777657

- **Deleted on** 2022-12-03T04:45:04.135Z

Updated room membership.

- **apappu@google.com** 2021-06-11T04:53:02.012Z

Updated room membership.

- **Deleted on** 2022-12-03T04:53:02.012Z

Updated room membership.

- **madhumoorthy@google.com** 2021-06-11T05:24:17.581Z

Updated room membership.

- **Deleted on** 2022-12-03T05:24:17.581Z

Updated room membership.

CONFIDENTIAL

GOOG-AT-MDL-010777658