# Exhibit 25

Redacted

Message

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** 2/10/2023 10:08:12 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** 743tKgAAAAE-MBI-FLAT:2023-02-10T03:08:12.637759

▓▓▓▓▓▓@google.com February 10, 2023 at 10:08:12 PM UTC
qq you in office any day next week?

▓▓▓▓▓▓@google.com February 10, 2023 at 10:08:20 PM UTC
Unlikely, going to MV

▓▓▓▓▓▓@google.com February 10, 2023 at 10:08:22 PM UTC
MTV*

▓▓▓▓▓▓@google.com February 10, 2023 at 10:08:24 PM UTC
ok

▓▓▓▓▓▓@google.com February 10, 2023 at 10:08:24 PM UTC
what's up?

▓▓▓▓▓▓@google.com February 10, 2023 at 10:08:31 PM UTC
trying to setup intro lunches

▓▓▓▓▓▓@google.com February 10, 2023 at 10:08:34 PM UTC
with Amy and folks

▓▓▓▓▓▓@google.com February 10, 2023 at 10:08:35 PM UTC
with whom?

▓▓▓▓▓▓@google.com February 10, 2023 at 10:08:36 PM UTC
ah

▓▓▓▓▓▓@google.com February 10, 2023 at 10:08:46 PM UTC
will slot you for the week after if that is ok

▓▓▓▓▓▓@google.com February 10, 2023 at 10:08:50 PM UTC
sgtm

█████@google.com February 10, 2023 at 10:08:53 PM UTC
thanks

█████@google.com February 10, 2023 at 10:09:10 PM UTC
why cannot i turn off history for your chats?

█████@google.com February 10, 2023 at 10:09:15 PM UTC
☺

█████@google.com February 10, 2023 at 10:09:19 PM UTC
new special awesome feature

█████@google.com February 10, 2023 at 10:09:21 PM UTC
of chatting w/ me

█████@google.com February 10, 2023 at 10:09:23 PM UTC
you serious?

█████@google.com February 10, 2023 at 10:09:24 PM UTC
its always on the record

█████@google.com February 10, 2023 at 10:09:25 PM UTC
yes

█████@google.com February 10, 2023 at 10:09:26 PM UTC
lol

█████@google.com February 10, 2023 at 10:09:28 PM UTC
i have no control over it

█████@google.com February 10, 2023 at 10:09:28 PM UTC
wtf

█████@google.com February 10, 2023 at 10:09:32 PM UTC
blame the DOJ

█████@google.com February 10, 2023 at 10:09:35 PM UTC

is that because director?

███████@google.com February 10, 2023 at 10:09:38 PM UTC
oh

███████@google.com February 10, 2023 at 10:09:38 PM UTC
no

███████@google.com February 10, 2023 at 10:09:39 PM UTC
fuck

███████@google.com February 10, 2023 at 10:09:43 PM UTC
because of other things

███████@google.com February 10, 2023 at 10:09:44 PM UTC
ok

███████@google.com February 10, 2023 at 10:09:47 PM UTC
I get it

███████@google.com February 10, 2023 at 10:09:56 PM UTC
also on emails?

███████@google.com February 10, 2023 at 10:09:59 PM UTC
everything

███████@google.com February 10, 2023 at 10:10:05 PM UTC
we talk f2f ☺

███████@google.com February 10, 2023 at 10:10:11 PM UTC
emails, docs, chat, probably the toilet paper i wipe my ...

███████@google.com February 10, 2023 at 10:10:13 PM UTC
good to know

███████@google.com February 10, 2023 at 10:10:13 PM UTC

haha indeed

█████@google.com February 10, 2023 at 10:10:17 PM UTC
maybe you wanna tell ppl?

█████@google.com February 10, 2023 at 10:10:19 PM UTC
☺

█████@google.com February 10, 2023 at 10:10:33 PM UTC
i mean its ok all we ever talk about is how to do the best thing for end users and build a great, fair, diverse ecosystem filled with strong competition

█████@google.com February 10, 2023 at 10:10:39 PM UTC
PLUS save kittens

█████@google.com February 10, 2023 at 10:10:39 PM UTC
ofc

█████@google.com February 10, 2023 at 10:10:50 PM UTC
just surprising that is all

█████@google.com February 10, 2023 at 10:10:55 PM UTC
which is why I asked if you tell ppl

█████@google.com February 10, 2023 at 10:10:58 PM UTC
thought you got laid off

█████@google.com February 10, 2023 at 10:10:59 PM UTC
lol

█████@google.com February 10, 2023 at 10:11:03 PM UTC
lol

█████@google.com February 10, 2023 at 10:11:04 PM UTC
the popup said cannot send

■■■■@google.com February 10, 2023 at 10:11:09 PM UTC
yeah, the first message always fails

■■■■@google.com February 10, 2023 at 10:11:12 PM UTC
I was like, Roshan, you still with us?

■■■■@google.com February 10, 2023 at 10:11:13 PM UTC
only once tho

■■■■@google.com February 10, 2023 at 10:11:16 PM UTC
yeah

■■■■@google.com February 10, 2023 at 10:11:17 PM UTC
cool

■■■■@google.com February 10, 2023 at 10:11:27 PM UTC
nah, not lucky enough to get severence

■■■■@google.com February 10, 2023 at 10:11:29 PM UTC
☹

■■■■@google.com February 10, 2023 at 10:12:06 PM UTC
they do offer a sweet severance deal!

■■■■@google.com February 10, 2023 at 10:12:14 PM UTC
can use one to go on holidays for a whole

**Updated on** February 10, 2023 at 10:12:17 PM UTC
can use one to go on holidays for a while

■■■■@google.com February 10, 2023 at 10:16:24 PM UTC
rightttt