# Exhibit 27

Redacted

**Message**

| | |
|---|---|
| **From:** | George Levitte |
| **Sent:** | 10/23/2019 2:17:39 PM |
| **To:** | |
| **CC:** | Rahul Srinivasan |
| **Subject:** | Re: 1PA-UPR Circumvention - Invitation to edit |

Thanks ▮, super helpful. And also +1 to Rahul's note about being mindful of how we communicate. We're under scrutiny and should be careful about language that could be misinterpreted, even in internal communications since everything we write will likely be reviewed by outside folks.

On Wed, Oct 23, 2019 at 10:15 AM ▮ wrote:

I'm fine with sharing a little bit broader to your stakeholders. Rahul, any advice on how far this should go? ▮ I also set up a half hour sync on Friday.

As for the mechanism thru which this process is being used: It appears that these HA LIs have a price inputted whereas others do not. We haven't checked the UPR that AdX and Remnant are subjected to for queries where HB wins. Chatting with ▮, he noted that the set up is very similar to what we're seeing in Remnant inventory and his HB detection is able to pick up where Remnant left off. It appears that the prior iteration of HB has been moved to HA and setups are duplicated.

@▮ - Can you explain a bit more about the creative snippet's involvement?

On Tue, Oct 22, 2019 at 7:38 PM ▮ wrote:
Also, can someone explain the mechanics of how House Ads are used to work around 1PA & UPR? What does the creative snippet associated with the HA line item do? Do they set up pricing rules per inventory unit and just keep calling back and forth?

Thanks!

▮

On Tue, Oct 22, 2019 at 7:22 PM ▮ wrote:
Is it OK with y'all if I share this with the folks who attended the 3P Indirect Headline Review today (including ▮)? It's relevant to a question that came up in the review, and I'd like to share with them.

On Tue, Oct 22, 2019 at 2:52 PM ▮ wrote:
+▮

Thanks Rahul for the pointing that out. I didn't finish my email to this group before sharing the deck. Here's some background...

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-019651589

Wanted to share an incidence of 1PA & UPR Circumvention detected since launch. Here's the deck, will set up some time to discuss follow-ups and reactions.

This work expands on the handful of instances uncovered by the sales analyst team. We've extended it to identify more potential circumventors.

▇ has started including HA HB line item detection

▇ put together a dashboard where we can investigate additional instances of circumvention.

Thanks!



On Tue, Oct 22, 2019 at 2:28 PM Rahul Srinivasan <rahulsr@google.com> wrote:
PRIVILEGED and CONFIDENTIAL

▇

Thanks for sharing ▇ -- I'll go through this in more detail, but could we mark this document as legally privileged and avoid the use of the word 'circumvention' everywhere? We need to be careful about suggesting that we're trying to prevent publishers from using header bidding with our stack.

On Tue, Oct 22, 2019 at 11:55 AM ▇ wrote:

▇ has invited you to **edit** the following presentation:

### 1PA-UPR Circumvention

Google Slides: Create and edit presentations online.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because someone shared a presentation with you from Google Slides.