# Exhibit 30

# CORPORATECOUNSEL ⌄



Kent Walker, Alphabet's president of global affairs and chief legal officer. Courtesy photo

NEWS

# Unfazed by Losing Antitrust Suits, Alphabet Makes Kent Walker First US GC

# to Break $30M Pay Barrier

The parent of Google saw its stock price, revenue and profit surge in 2024, even as courts rebuked it for anticompetitive practices.

April 28, 2025 at 07:09 AM

🕐 3 minute read

Lawyer Compensation - In-House

 **By Greg Andrews**

---

Google parent Alphabet has suffered a succession of stinging court defeats over the past year and a half, but that hasn't stopped its chief legal officer, Kent Walker, from becoming the first U.S. legal chief to receive compensation topping $30 million.

In a proxy statement filed with the Securities and Exchange Commission late Friday, Mountain View, California-based Alphabet disclosed that Walker earned $30.17 million in 2024, a 10% increase from a year earlier.

Ninety-percent of Walker's 2024 compensation was in the form of stock awards. He also received a salary of $1 million and $2 million in cash incentive compensation.

Walker's 2023 compensation of $27.35 million made him the highest-paid legal chief in Corporate Counsel and ALM Intelligence's 2024 General Counsel Compensation Report, published last summer. He'll be atop the 2025 report, as well, unless a legal chief at one of the handful of major companies that have not yet submitted proxies tops him.

The 64-year-old's payout reflects that 2024 was a blockbuster year for Alphabet, with revenue climbing 14%, to $350 billion, and profit surging 36%, to $100 billion. Alphabet's stock price rose 36%, building on its 58% increase in 2023.

But it's been a bruising stretch for Alphabet in court. In December 2023, Epic Games prevailed in a lawsuit alleging Google's Play app store operated as an illegal monopoly. And in the last eight months, the Department of Justice scored two huge victories, with judges finding the company holds illegal monopolies in search and in advertising technology.

The remedy phase is underway in the search case, with the DOJ asking the court to force Google to divest its Chrome browser and discontinue agreements with phone makers that make Google the default search engine on their devices.

In a blog post in November, Walker wrote that the DOJ was pushing a "radical interventionalist agenda that would harm Americans' and America's global technology leadership. DOJ's wildly overbroad proposal goes miles beyond the Court's decision."

In the proxy statement, Alphabet didn't comment on the individual performance of Walker or any other executive, and the company didn't reference the antitrust case defeats or litigation of any kind.

Walker, whose full title is president of global affairs and chief legal officer, has been the company's legal chief since 2006.

The company has broadened Walker's realms of responsibility through the years, and today he oversees teams responsible for legal, content policy, government and regulatory affairs and risk and compliance.

Earlier in his career, Walker was an assistant U.S. attorney in San Francisco and Washington, D.C., and held executive posts at AOL, Netscape and eBay.

---

NOT FOR REPRINT

© 2025 ALM Global, LLC, All Rights Reserved. Request academic re-use from www.copyright.com. All other uses, submit a request to asset-and-logo-licensing@alm.com. For more information visit Asset & Logo Licensing.