UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 21-MD-3010 (PKC) |

**[PROPOSED] ORDER CONCERNING GOOGLE'S LETTER RESPONSE IN OPPOSITION TO PLAINTIFFS' LETTER REQUEST FOR A MOTION SEEKING ADVERSE INFERENCE**

The Court hereby grants Google's unopposed request to extend the deadline to respond to Plaintiffs' letter request for a motion seeking adverse inference (ECF No. 1004). Google shall file its response letter by June 11, 2025.

SO ORDERED

Dated: _____, 2025

_____
P. Kevin Castel
United States District Judge