UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING          21-md-3010 (PKC)
ANTITRUST LITIGATION

                                                                                    ORDER

THIS ORDER APPLIES TO:
Rumble Canada Inc. v. Google
LLC, et al., 24 Civ. 9904
(PKC)

-----------------------------------------------------------x
CASTEL, Senior District Judge:

        On May 9, 2024, defendants in Rumble Canada, Inc. v. Google LLC, et al., 24 Civ. 9904 (PKC), filed a pre-motion letter setting forth the basis of an anticipated motion to dismiss the Second Amended Complaint. (21 MD 3010, ECF 987; 24 Civ. 9904, ECF 56.) Plaintiff has submitted no response.

        Paragraph 3(A)(iii) of the undersigned's Individual Practices requires that "[a] response to the letter shall be filed within four business days." Paragraph 3(A)(iv) states: "If a Pre-Motion Letter seeks to file a motion to dismiss, the party responding shall unambiguously state in the first paragraph whether he, she or it seeks leave to amend. The Pre-Motion Letter and response will be taken into account in deciding whether further leave to amend will be granted in the event the motion to dismiss is granted."

        No later than June 12, 2025, plaintiff Rumble Canada Inc. shall file a response to defendants' pre-motion letter. Rumble's response must unambiguously state whether it seeks leave to amend the operative complaint.

SO ORDERED.

_P. Kevin Castel_
P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 6, 2025

2