# EXHIBIT 11

# REDACTED

Message

**From:** ███████████████  [███████████████]
**Sent:** 10/17/2019 3:33:05 PM
**To:** ███████████████ ; ██████████ ; ███████████
**Subject:** AAAAXOav5Vk-MBI-FLAT:2019-10-16T20:33:06.311263

████████████████████ October 17, 2019 at 3:33:05 PM UTC
Updated room membership.

**Deleted on** May 13, 2020 at 10:46:46 AM UTC
Updated room membership.

████████████████████ October 17, 2019 at 3:33:06 PM UTC
Team chat! All fun stuff, gossip, pictures you wanna share! LETS BUILD SOME OF THAT TEAM SPIRIT!

**Deleted on** May 13, 2020 at 10:46:46 AM UTC
Team chat! All fun stuff, gossip, pictures you wanna share! LETS BUILD SOME OF THAT TEAM SPIRIT!

████████████████ October 17, 2019 at 3:33:26 PM UTC
history off ██████

**Deleted on** May 13, 2020 at 10:46:46 AM UTC
history off ██████

████████████████ October 17, 2019 at 3:33:27 PM UTC
lol

**Deleted on** May 13, 2020 at 10:46:46 AM UTC
lol

████████████████ October 17, 2019 at 3:33:39 PM UTC
DEC = Display Enterprise Controls ... not very innovative so open for ideas.

**Deleted on** May 13, 2020 at 10:46:46 AM UTC
DEC = Display Enterprise Controls ... not very innovative so open for ideas.

████████████████ October 17, 2019 at 3:33:43 PM UTC
to fully realize this group chat's charter

**Deleted on** May 13, 2020 at 10:46:46 AM UTC
to fully realize this group chat's charter

████████████████ October 17, 2019 at 3:33:58 PM UTC
Lol

**Deleted on** May 13, 2020 at 10:46:46 AM UTC
Lol

████████████████ October 17, 2019 at 3:34:08 PM UTC
History off may result in chat going away after 24H tho

**Deleted on** May 13, 2020 at 10:46:46 AM UTC
History off may result in chat going away after 24H tho

████████████████ October 17, 2019 at 3:34:37 PM UTC
But happy to turn off if y

**Deleted on** May 13, 2020 at 10:46:46 AM UTC
But happy to turn off if y

████████████████ October 17, 2019 at 3:34:39 PM UTC
all want that

**Deleted on** May 13, 2020 at 10:46:46 AM UTC
all want that

HIGHLY CONFIDENTIAL