UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING          21-md-3010 (PKC)
ANTITRUST LITIGATION

ORDER

-----------------------------------------------------------x

CASTEL, Senior District Judge:

        The Court has considered the parties' pre-motion letters on the issue of whether plaintiffs are entitled to an adverse inference or other relief based on purported spoliation of evidence by Google and other claimed litigation misconduct. (ECF 1004, 1011.) The Court will permit plaintiffs to proceed with the motion, subject to a briefing schedule to be set after the Court decides plaintiffs' motions on issue preclusion. (See ECF 990.)

        The parties' motions for sealing and redaction of certain exhibits to the pre-motion letters are provisionally granted. (ECF 1003, 1009.)

        The Clerk is respectfully directed to terminate the motions. (ECF 1003, 1004, 1005, 1009.)

        SO ORDERED.

                                                P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       June 12, 2025