**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 1:21-md-3010 (PKC)** |

***This Document Relates to:***

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 21-CV-07001 (PKC)** |

**DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S NOTICE OF MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. J. DOUGLAS ZONA AND DR. HAL SINGER**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants Google LLC and Alphabet Inc.'s (together, "Google's") Motion to Exclude the Expert Testimony of Dr. J. Douglas Zona and Dr. Hal Singer, and the Declaration of Justina K. Sessions dated June 16, 2025 and its accompanying exhibits, which are being submitted contemporaneously with this Notice of Motion, Google will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order to exclude the expert testimony of Dr. Zona and Dr. Singer on the issues of impact and damages, which testimony is offered in support of Plaintiffs' motion for class certification. *See* ECF No. 962 at 24-31; *see also* ECF No. 944 ¶¶ 1-2; Fed. R. Evid. 702; *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

Dated: June 16, 2025

*/s/ Justina K. Sessions*
Justina K. Sessions
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com

Eric Mahr
Andrew J. Ewalt
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Email: eric.mahr@freshfields.com
andrew.ewalt@freshfields.com

Craig M. Reiser
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
Telephone: (212) 728-2200
Email: creiser@axinn.com

Bradley D. Justus
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 469-3532
Email: bjustus@axinn.com

*Counsel for Defendants Google LLC and Alphabet Inc.*