UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Google Digital Advertising Antitrust Litigation | Civil Action No. 21-MD-3010 (PKC) |
|---|---|

*This Document Relates to:*

| In re Google Digital Advertising Antitrust Litigation | Civil Action No. 21-CV-7001 (PKC) |
|---|---|

**NOTICE OF ADVERTISERS' MOTION FOR COLLATERAL ESTOPPEL
AND PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that the Advertiser Class Plaintiffs will move this Court before the Hon. P. Kevin Castel, United States District Court, Southern District of New York, 500 Pearl for estoppel and partial summary judgment.

PLEASE TAKE FURTHER NOTICE that, in support of their motion, Advertiser Class Plaintiffs rely upon the accompanying memorandum of law and any further reply submissions.

Dated: June 20, 2025                                       Respectfully submitted,

/s/ *Dena C. Sharp*
Dena C. Sharp (*pro hac vice*)
Scott M. Grzenczyk (*pro hac vice*)
Mikaela M. Bock (*pro hac vice*)
Isabel Velez (*pro hac vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800

1

Fax: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
mbock@girardsharp.com
ivelez@girardsharp.com

Tina Wolfson (TW-1016)
Theodore W. Maya (*pro hac vice*)
Bradley K. King (BK-1971)
**AHDOOT & WOLFSON, PC**
2600 West Olive Ave., Suite 500
Burbank, California 91505
Tel.: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com
bking@ahdootwolfson.com

*Interim Co-Lead Counsel for Advertiser Plaintiffs and the Proposed Advertiser Class*

Archana Tamoshunas (AT-3935)
**TAUS, CEBULASH & LANDAU, LLP**
123 William Street, Suite 1900A
New York, NY 10038
Tel.: (212) 931-0704
Fax: (212) 931-0703
atamoshunas@tcllaw.com

April D. Lambert (*pro hac vice*)
John D. Radice (JR 9033)
**RADICE LAW FIRM, PC**
475 Wall Street
Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (609) 385-0745
alambert@radicelawfirm.com
jradice@radicelawfirm.com

*Counsel for Plaintiff Hanson Law Office, as successor in-interest to Hanson Law Firm, PC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I served the foregoing document via electronic mail in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules.

/s/ *Dena C. Sharp*