IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Google Digital Advertising Antitrust Litigation** | Case No. 1:21-md-3010 (PKC) |
| *This document relates to:*<br><br>**In re Google Digital Publisher Antitrust Litigation** | Case No. 1:21-cv-7034 (PKC) |

**NOTICE OF PUBLISHER CLASS PLAINTIFFS'
MOTION FOR COLLATERAL ESTOPPEL AND PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE THAT, based upon the accompanying Memorandum of Law in support of Publisher Class Plaintiffs' ("Publishers") Motion for Collateral Estoppel and Partial Summary Judgment, dated June 20, 2025, the Declaration of Izaak Earnhardt in support of Publishers' Motion for Collateral Estoppel and Partial Summary Judgment, dated June 20, 2025, and the exhibits attached thereto, the MDL Plaintiffs' Joint Memorandum of Law, dated June 20, 2025, and the Declaration of Izaak Earnhardt in support of the MDL Plaintiffs' Joint Memorandum of Law, dated June 20, 2025, and the exhibits attached thereto, Publishers move this Court, before the Honorable P. Kevin Castel, for an Order granting collateral estoppel and partial summary judgment based on the preclusive effect of *United States v. Google LLC*, 1:23-CV-108 (LMB/JFA), 2025 WL 1132012 (E.D. Va. Apr. 17, 2025) ("EDVA Opinion"). The issues for which Publishers seek preclusion are identified in Appendix A to the Notice of Motion.

For the reasons set forth in Publishers' Memorandum of Law and the MDL Plaintiffs'

Joint Memorandum of Law, and based on the Declarations of Izaak Earnhardt and supporting exhibits attached thereto, Publishers move for collateral estoppel and partial summary judgment under Rule 56(a) and 56(g) based on the preclusive effect of all issues identified in Appendix A.

Dated: June 20, 2025

Respectfully submitted,

David Boies
dboies@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

*Lead Counsel for the Publisher Class*

*/s/ Philip C. Korologos*
Philip C. Korologos
pkorologos@bsfllp.com
Robert J. Dwyer
rdwyer@bsfllp.com
James Keyte
jkeyte@bsfllp.com
Luke Williams
lwilliams@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th
Floor New York, NY 10001
Telephone: (212) 446-2300

Mark C. Mao
mmao@bsfllp.com
Sean P. Rodriguez
srodriguez@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6820

Sabria A. McElroy
smcelroy@bsfllp.com

**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 377-4216

Izaak Earnhardt
iearnhardt@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave NW, 11th Floor
Washington, DC 2005
Telephone: (202) 237-2727

George A. Zelcs
gzelcs@koreintillery.com
Randall P. Ewing
rewing@koreintillery.com
Marc A. Wallenstein
mwallenstein@koreintillery.com
Ryan A. Cortazar
rcortazar@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Fax: (312) 641-9751

Stephen M. Tillery
stillery@koreintillery.com
Michael E. Klenov
mklenov@koreintillery.com
Carol L. O'Keefe
cokeefe@koreintillery.com
Andrew Ellis
aellis@koreintillery.com
Ian Moody
imoody@koreintillery.com
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600 St. Louis, MO 63101
Telephone: (314) 241-4844
Fax: (314) 241-3525

Eric L. Cramer
ecramer@bm.net
Michael C. Dell'Angelo
mdellangelo@bm.net

Caitlin G. Coslett
ccoslett@bm.net
Patrick F. Madden
pmadden@bm.net
Jeremy Gradwohl
jgradwohl@bm.net
**BERGER MONTAGUE PC**
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000

Robert E. Litan
rlitan@bm.net
**BERGER MONTAGUE PC**
1001 G Street, NW
Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9740

*Interim Co-Lead Counsel for the Publisher Class*