IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Google Digital Advertising Antitrust Litigation** | Case No. 1:21-md-3010 (PKC) |
| *This document relates to:*<br><br>**In re Google Digital Publisher Antitrust Litigation** | Case No. 1:21-cv-7034 (PKC) |

### [PROPOSED] ORDER GRANTING PUBLISHER CLASS PLAINTIFFS' MOTION FOR COLLATERAL ESTOPPEL AND PARTIAL SUMMARY JUDGMENT

Before the Court is the Publisher Class Plaintiffs' ("Publishers") Motion for Collateral Estoppel and Partial Summary Judgment, together with Memoranda of Law in support thereof.

Pursuant to Fed. R. Civ. P. 56, the Court hereby GRANTS Publishers' motion for collateral estoppel and partial summary judgment. Specifically, the Court finds that all issues identified in Appendix A, attached to Publishers' Notice of Motion, have preclusive effect in this case.

**IT IS SO ORDERED** this _____day of _____, 2025.

_____
P. Kevin Castel
United States District Judge