**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------- )
IN RE: GOOGLE DIGITAL ADVERTISING      )    21-md-3010 (PKC)
ANTITRUST LITIGATION                   )
                                       )
------------------------------------------------------- )
                                       )
THIS DOCUMENT RELATES TO:              )
                                       )
INFORM INC.,                           )    1:23-cv-01530 (PKC)
                                       )
              Plaintiff,               )
                                       )
       vs.                             )
                                       )
GOOGLE LLC;                            )
ALPHABET INC.; and                     )
YOUTUBE, LLC,                          )    JURY TRIAL DEMANDED
                                       )
              Defendants.              )
                                       )
------------------------------------------------------- 
```

## NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGEMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff Inform's Motion for Partial Summary Judgement Against Defendant Google LLC, and Attachment A herewith, and Plaintiffs' Joint Memorandum of Law in Support of Their Motions for Collateral Estoppel and Partial Summary Judgment filed contemporaneously with this Notice, Plaintiff Inform, Inc. will move before the Honorable P. Kevin Castel, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, 500 Pearl Street, New York, New York 10007, at a time and place to be scheduled by the Court, for an Order pursuant to Federal Rule of Civil Procedure 56 granting it partial summary judgment on Defendant Google LLC's liability as to Counts I, III, IV, and V of Inform's Third Amended Complaint, for an Order precluding Google LLC from raising certain defenses raised in its Answer,

for an Order precluding Google LLC from relitigating those findings listed on Attachment A filed herewith, and for such other relief as this Court deems just, equitable, and proper.

Respectfully submitted, this 20th day of June, 2025.

HERMAN JONES LLP

 /s/ Serina M. Vash

Serina M. Vash
(NYS Bar No. 2773448)
John C. Herman
  (Georgia Bar No. 348370)
HERMAN JONES LLP
3424 Peachtree Road, N.E., Suite 1650
Atlanta, Georgia 30326
Telephone:  (404) 504-6500
Facsimile:  (404) 504-6501
svash@hermanjones.com
jherman@hermanjones.com

*Counsel for Plaintiff Inform, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I authorized the electronic filing of the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

                          */s/ Serina M. Vash*

                          Serina M. Vash
                          (NYS Bar No. 2773448)