**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC) |
| THIS DOCUMENT RELATES TO: | |
| INFORM INC., | 1:23-cv-01530 (PKC) |
| Plaintiff, | |
| vs. | |
| GOOGLE LLC; ALPHABET INC.; and YOUTUBE, LLC, | JURY TRIAL DEMANDED |
| Defendants. | |

## [PROPOSED] ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGEMENT

Having considered the Plaintiff Inform's Motion for Partial Summary Judgement Against Defendant Google LLC and accompanying memorandum in support (collectively, the "Motion"), the Court finds that Plaintiff Inform has demonstrated that it is entitled to collateral estoppel and has satisfied the elements of Fed. R. Civ. P. 56. Accordingly, the Court orders as follows:

1. Partial summary judgement is granted as to the following issues based on collateral estoppel:

2. Partial summary judgement against Google is granted as to the facts and judicial findings set forth in Attachment A to Plaintiff's Motion; and

3. Defendant Google LLC is estopped from arguing the Third, Fourth, Fifth, Sixth,

1

2

and Seventh Defenses raised in its Answer to Plaintiff Inform's Complaint (ECF. No. 741).

SO ORDERED this \_\_\_\_ day of _____, 2025.

_____
P. Kevin Castel
UNITED STATES DISTRICT COURT JUDGE