UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-md-3010 (PKC) |
| *This Document Relates To:* | |
| IN RE: GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION | No. 1:21-cv-07034 (PKC) |
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-cv-07001 (PKC) |
| ASSOCIATED NEWSPAPERS LTD. v. GOOGLE LLC | No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC. v. GOOGLE LLC | No. 1:23-cv-05177 (PKC) |
| INFORM INC. v. GOOGLE LLC | No. 1:23-cv-01530 (PKC) |

**DECLARATION OF EVA H. YUNG IN SUPPORT OF
DEFENDANTS GOOGLE LLC, ALPHABET INC., AND YOUTUBE, LLC'S
MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTIONS
<u>FOR COLLATERAL ESTOPPEL AND PARTIAL SUMMARY JUDGMENT</u>**

I, Eva H. Yung, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am counsel at the law firm Axinn, Veltrop & Harkrider LLP, which represents Defendants Google LLC, Alphabet Inc., and YouTube, LLC (together, "Google") in the above-captioned case.

2. I am an attorney admitted to practice in the State of New York, the U.S. District Court for the Southern District of New York, and the U.S. District Court for the District of Connecticut.

3. I respectfully submit this Declaration in support of Defendants Google LLC, Alphabet Inc., and YouTube, LLC's Memorandum of Law in Opposition to Plaintiffs' Motions for Collateral Estoppel and Partial Summary Judgment.

4. Attached to this declaration as **Exhibit 1** is a true and correct copy of excerpts from the expert report of Jeffrey T. Prince, Ph.D., on behalf of Google in this action, dated December 13, 2024.

5. Attached to this declaration as **Exhibit 2** is a true and correct copy of excerpts from the deposition of Pablo Peña, Ph.D., expert witness on behalf of Inform Plaintiffs in this action, taken pursuant to the Stipulation and Order Regarding Expert Discovery, ECF No. 428, on March 14, 2025.

6. Attached to this declaration as **Exhibit 3** is a true and correct copy of excerpts from the deposition of Professor Einer Elhauge, expert witness on behalf of Publisher Plaintiffs in this action, taken pursuant to the Stipulation and Order Regarding Expert Discovery, ECF No. 428, on March 11, 2025.

7. Attached to this declaration as **Exhibit 4** is a true and correct copy of excerpts from the expert report of Professor Einer Elhauge, on behalf of Publisher Plaintiffs in this action, dated October 4, 2024.

8. Attached to this declaration as **Exhibit 5** is a true and correct copy of excerpts from the corrected expert rebuttal report of Professor Einer Elhauge, on behalf of Publisher Plaintiffs in this action, dated March 9, 2025.

9. Attached to this declaration as **Exhibit 6** is a true and correct copy of excerpts from the expert reply report of J. Douglas Zona, Ph.D., on behalf of Advertiser Plaintiffs in this action, dated February 18, 2025.

10. Attached to this declaration as **Exhibit 7** is a true and correct copy of excerpts from Google's First Set of Requests for Production to Named Publisher Plaintiffs, served in this action, dated January 27, 2023.

11. Attached to this declaration as **Exhibit 8** is a true and correct copy of excerpts from Google's document subpoena to PubMatic, served in this action, dated March 29, 2023.

12. Attached to this declaration as **Exhibit 9** is a true and correct copy of excerpts from the deposition of ███████████████, 30(b)(6) witness on behalf of Inform Plaintiffs in this action, taken on July 28, 2024.

13. Attached to this declaration as **Exhibit 10** is a true and correct copy of excerpts from the expert report of Mark A. Israel, Ph.D., on behalf of Google in this action, dated December 13, 2024.

14. Attached to this declaration as **Exhibit 11** is a true and correct copy of an email from CJ Jones, with the subject line "In re: Google Digital Advertising Antitrust Litigation - Inform, Inc. document production," dated October 7, 2024.

15. Attached to this declaration as **Exhibit 12** is a true and correct copy of excerpts from the deposition of Jeff Burkett, 30(b)(6) witness on behalf of Gannett Plaintiffs in this action, taken on June 21, 2024.

16. Attached to this declaration as **Exhibit 13** is a true and correct copy of Exhibit 2 to the deposition of Jeff Burkett, 30(b)(6) witness on behalf of Gannett Plaintiffs in this action, taken on June 21, 2024.

17. Attached to this declaration as **Exhibit 14** is a true and correct copy of excerpts from the deposition of David Sibley, Ph.D., expert witness on behalf of Daily Mail and Gannett Plaintiffs in this action, taken pursuant to the Stipulation and Order Regarding Expert Discovery, ECF No. 428, on March 20, 2025.

18. Attached to this declaration as **Exhibit 15** is a true and correct copy of excerpts from the expert report of Ali Hortacsu, Ph.D., on behalf of Daily Mail and Gannett Plaintiffs in this action, dated October 18, 2024.

19. Attached to this declaration as **Exhibit 16** is a true and correct copy of excerpts from the supplemental expert report of Mark A. Israel, Ph.D., on behalf of Google in this action, dated December 13, 2024.

20. Attached to this declaration as **Exhibit 17** is a true and correct copy of excerpts from the September 9, 2024 trial transcript in *United States et al. v. Google LLC*, No. 1:23-cv-00108-LMB-JFA (E.D.V.A.).

21. Attached to this declaration as **Exhibit 18** is a true and correct copy of an email from ▮▮▮▮▮ with the subject line "▮▮▮▮▮," dated January 24, 2023, produced by Daily Mail Plaintiffs in this action, bearing Bates Nos. DM_ GOOG_ 1065758 – DM_ GOOG_ 1065766.

22. Attached to this declaration as **Exhibit 19** is a true and correct copy of excerpts from the revised expert report of Shengwu Li, Ph.D., on behalf of Daily Mail and Gannett Plaintiffs in this action, dated October 11, 2024.

23. Attached to this declaration as **Exhibit 20** is a true and correct copy of excerpts from the expert report of Judith A. Chevalier, Ph.D., on behalf of Google in this action, dated December 13, 2024.

24. Attached to this declaration as **Exhibit 21** is a true and correct copy of excerpts from the deposition of Shengwu Li, Ph.D., expert witness on behalf of Daily Mail and Gannett Plaintiffs in this action, taken pursuant to the Stipulation and Order Regarding Expert Discovery, ECF No. 428, on March 21, 2025.

25. Attached to this declaration as **Exhibit 22** is a true and correct copy of an email from ▮▮▮ with the subject line "▮▮▮", dated March 31, 2017, produced by Daily Mail Plaintiffs in this action, bearing Bates Nos. DM_GOOG_0359771 – DM_GOOG_0359774.

26. Attached to this declaration as **Exhibit 23** is a true and correct copy of an email from ▮▮▮ with the subject line "▮▮▮" dated September 26, 2016, produced by Daily Mail Plaintiffs in this action, bearing Bates Nos. DM_ GOOG_0666010 – DM_ GOOG_0666018.

27. Attached to this declaration as **Exhibit 24** is a true and correct copy of an email from ▮▮▮ with the subject line "▮▮▮" dated February 27, 2018, produced by Gannett Plaintiffs in this action, bearing Bates Nos. GANNETT_GOOG_0918431 – GANNETT_GOOG_0918450.

28. Attached to this declaration as **Exhibit 25** is a true and correct copy of a document titled "███████████████████████████████" produced by Daily Mail Plaintiffs in this action, bearing Bates Nos. DM_GOOG_0014799 – DM_GOOG_0014838.

29. Attached to this declaration as **Exhibit 26** is a true and correct copy of a document titled "███████████████████████████████" produced by Gannett Plaintiffs in this action, bearing Bates Nos. GANNETT_ GOOG_0211799 – GANNETT_ GOOG_0211821.

30. Attached to this declaration as **Exhibit 27** is a true and correct copy of an email from "███████████████" with the subject line "███████████" dated October 21, 2017, produced by Daily Mail Plaintiffs in this action, bearing Bates Nos. DM_ GOOG_0062795 – DM_ GOOG_0062796.

31. Attached to this declaration as **Exhibit 28** is a true and correct copy of excerpts from the deposition of Damien R. Long, 30(b)(1) witness on behalf of Gannett Plaintiffs in this action, taken on June 28, 2024.

32. Attached to this declaration as **Exhibit 29** is a true and correct copy of excerpts from the deposition of James W. Mickens, Ph.D., expert witness on behalf of Daily Mail and Gannett Plaintiffs in this action, taken pursuant to the Stipulation and Order Regarding Expert Discovery, ECF No. 428, on June 21, 2024.

33. Attached to this declaration as **Exhibit 30** is a true and correct copy of an email from Nitish Korula with the subject line "Unified Auction Sellside Exec update," dated August 13, 2019, originally produced by Google in this action, bearing Bates Nos. GOOG-DOJ-AT-00571933 – GOOG-DOJ-AT-00571935 and entered as DTX 0768 at trial in *United States et al. v. Google LLC*, No. 1:23-cv-00108-LMB-JFA (E.D.V.A.).

34. Attached to this declaration as **Exhibit 31** is a true and correct copy of an excerpt from the spreadsheet titled "█████████████████████" produced by Daily Mail and Gannett Plaintiffs in this action, bearing Bates No. DMGT_DOJ_0001046.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the __18th___ day of July, 2025, in _New York, New York___.

_/s/ Eva H. Yung_____
Eva H. Yung

6