# EXHIBIT 29
# REDACTED

Page 1

1        IN THE UNITED STATES DISTRICT COURT

2      FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4    * * * * * * * * * * * * * * * * * * * * * * * * * * * *

5    IN RE:

6    GOOGLE DIGITAL        NO. 1:21-MD-3010 (PKC)

7    ADVERTISING ANTITRUST

8    LITIGATION

9    * * * * * * * * * * * * * * * * * * * * * * * * * * * *

10

11

12                 CONFIDENTIAL

13           VIDEOTAPED DEPOSITION OF

14          JAMES W. MICKENS, PH.D.

15          FRIDAY, MARCH 27, 2025

16          9:08 A.M. - 6:41 P.M.

17                DLA PIPER

18             33 ARCH STREET

19          BOSTON, MASSACHUSETTS

20

21

22

23    REPORTED BY:  Sandra A. Deschaine, CSR, RPR,

24    CLR, RSA

25    Job No. CS7247127

```
                                                    Page 2
 1    APPEARANCES:

 2

 3    ON BEHALF OF THE PLAINTIFFS ASSOCIATED

 4    NEWSPAPERS LIMITED and MAIL MEDIA, INC., and

 5    GANNETT CO. INC. AND THE WITNESS:

 6    KELLOGG, HANSEN, TODD, FIGEL & FREDERICK,

 7    P.L.L.C.:

 8        Christopher Goodnow, Esquire

 9        Sumner Square

10        1615 M Street, N.W., Suite 400

11        Washington, District of Columbia 20036

12        202.326.7907

13        ggoodnow@kellogghansen.com

14        shenningson@kellogghansen.com

15

16    On BEHALF OF DEFENDANTS GOOGLE LLC and

17    Alphabet, Inc.:

18    AXINN, VELTROP & HARKRIDER LLP

19        James Hunsburger, Esquire

20        Maryanne Magnier, Esquire

21        1901 L Street NW

22        Washington, District of Columbia 20036

23        202.469.3561

24        jhunsberger@axinn.com

25        mmagnier@axinn.com
```

1    (Appearances continued)

2

3    and

4    AXINN, VELTROP & HARKRIDER LLP

5        Russell Steinthal, Esquire

6        630 Fifth Avenue

7        New York, New York 10111

8        212.728.2200

9        rsteinthal@axinn.com

10

11   Also Present:  Shawn Budd, videographer

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 334

```
 1        Q.   Are you offering an opinion that
 2   any of the design choices by Google were
 3   deceptive?
 4             MR. GOODNOW:  Objection to form.
 5        A.   I am not offering opinions about
 6   deceptiveness, once again, from the economic
 7   perspective.
 8             I make a series of technical
 9   claims in here about what various
10   participants did or did not know about
11   various aspects of auctions.
12   BY MR. HUNSBURGER:
13        Q.   Are you offering an opinion that
14   any of the design choices by Google were
15   unfair?
16             MR. GOODNOW:  Objection to form.
17        A.   Once again, I look at all the
18   questions in my report from a technical lens.
19   BY MR. HUNSBURGER:
20        Q.   Are you offering any opinion that
21   any of the design choices by Google were
22   unfair from a technical lens?
23        A.   We've had some discussions earlier
24   in the deposition about what I meant by fair,
25   so I'd refer you back to that discussion.
```

Page 335

1          Q.    Are you offering an opinion that

2     any of the design choices by Google violated

3     any state law?

4          A.    I'm not making any opinions about

5     strictly legal matters.

6          Q.    Professor, did you visit

7     dailymail.com in preparing your report?

8          A.    I have not visited that site

9     specifically for the purposes of preparing

10    the report, but I have been to that site

11    before.

12         Q.    Would you agree that some

13    advertisers would not want their

14    advertisements displayed next to xenophobic

15    content?

16              MR. GOODNOW:  Objection to form.

17         A.    I would say that, in general,

18    advertisers have targeting criteria, and

19    advertisers, some may not wish to have their

20    content displayed next to that.

21    BY MR. HUNSBURGER:

22         Q.    Would you agree that at least some

23    advertisers do not want their advertisements

24    displayed next to racist content?

25              MR. GOODNOW:  Objection to form.

1        A.    There will be some advertisers,

2    yes, who have those targeting criteria.

3              MR. HUNSBURGER:  I'll mark our

4        final exhibit of the day, Exhibit 12.

5    (Exhibit 12, Daily Mail, MAC ON...Europe's

6    open borders, marked for identification.)

7    BY MR. HUNSBURGER:

8        Q.    I'm showing you what has been

9    marked for the record as Mickens Exhibit 12.

10             This a cartoon published by Daily

11   Mail on November 16th, 2015.  The cartoon is

12   titled "MAC ON...Europe's open borders."

13             Do you see that?

14       A.    I do.

15       Q.    In your view, is that cartoon

16   xenophobic?

17             MR. GOODNOW:  Objection to form.

18       A.    This is the first time that I have

19   seen this particular cartoon.  I mean, it

20   appears to be a cartoon which is

21   anti-immigration.

22   BY MR. HUNSBURGER:

23       Q.    In your view, is this cartoon

24   racist?

25             MR. GOODNOW:  Objection to form.

1      A.   I don't -- I don't personally like

2   this cartoon.  I think that there's an

3   argument that it could be racist.

4   BY MR. HUNSBURGER:

5      Q.   I agree.  The carton depicts what

6   appears to be migrants crossing into Europe?

7      A.   That appears to be the case.

8      Q.   And do you see the depiction of a

9   woman in a burka?

10     A.   I do.

11     Q.   And a silhouette of a bearded man

12   with a gun?

13     A.   I do.

14     Q.   How do you interpret those?

15          MR. GOODNOW:  Objection to form.

16     A.   I think that this is an

17   anti-immigrant cartoon.

18   BY MR. HUNSBURGER:

19     Q.   And the immigrants here are

20   crossing the border accompanied by multiple

21   rats at the bottom.

22          Do you see that?

23     A.   I do.

24     Q.   Does Harvard University advertise?

25     A.   That I don't know.

Page 338

1     Q.    Assuming Harvard advertises, would

2   Harvard want its ads displayed next to this

3   cartoon?

4          MR. GOODNOW:  Objection to form.

5     A.    I imagine the answer would be no.

6   BY MR. HUNSBURGER:

7     Q.    And as you state in your rebuttal

8   report, directing you to paragraph 35.

9     A.    Yes.

Page 339



12  BY MR. HUNSBURGER:

13       Q.   So fair to say that advertisers

14  may not want their ads displayed next to

15  content like this on Daily Mail's website?

16            MR. GOODNOW:  Objection to form.

17       A.   That is correct, but that is not a

18  point of contention amongst myself and, I

19  believe, any of the experts in the case.

20  BY MR. HUNSBURGER:

21       Q.   You're saying all the experts in

22  the case agree that this is the type of

23  content that advertisers would not want their

24  ads displayed next to?

25            MR. GOODNOW:  Objection to form.

1        A.    No.   What I'm saying is that to my
2    understanding there's no disagreement amongst
3    the experts that targeting is a helpful thing
4    for both publishers and advertisers.
5    BY MR. HUNSBURGER:
6        Q.    Targeting so the advertisers can
7    avoid having their ads displayed next to
8    xenophobic content like this cartoon,
9    correct?
10            MR. GOODNOW:   Objection to form.
11       A.    For example, that's one reason why
12   people might not want -- I'm sorry.   That is
13   one reason why an advertiser might want to
14   target its ads.
15   BY MR. HUNSBURGER:
16       Q.    Professor Mickens, I have no
17   further questions for you at this time.   I
18   appreciate your time and patience with us
19   today.   I know it's been a long day, so thank
20   you very much.
21            MR. HUNSBURGER:   And I'll pass the
22   witness.
23            MR. GOODNOW:   No questions for me.
24       I think we can wrap up.
25            THE VIDEOGRAPHER:   The time is

Page 341

```
1          6:40.  We're off the record.
2               THE COURT REPORTER:  Mr. Goodnow,
3          you're getting a rough, right?
4               MR. GOODNOW:  Yes.
5               THE COURT REPORTER:  And I have an
6          expedite for Friday.
7               MR. HUNSBURGER:  Whatever you got
8          on the order is good with me.
9               MR. GOODNOW:  Same for us.
10     (Deposition concluded at 6:41 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```