# Exhibit 20

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF VIRGINIA
 2                         ALEXANDRIA DIVISION

 3   ---------------------------x
     UNITED STATES, et al.,     :   Civil Action No.:
 4                              :   1:23-cv-108
              Plaintiffs,       :
 5      versus                  :   Wednesday, September 18, 2024
                                :   Alexandria, Virginia
 6   GOOGLE LLC,                :   Day 8 a.m./p.m. (first part)
                                :   Pages 1-237
 7            Defendant.        :
     ---------------------------x
 8
            The above-entitled bench trial was heard before the
 9   Honorable Leonie M. Brinkema, United States District Judge.
     This proceeding commenced at 9:01 a.m.
10
                         A P P E A R A N C E S:
11
     FOR THE PLAINTIFFS:    GERARD MENE, ESQUIRE
12                          OFFICE OF THE UNITED STATES ATTORNEY
                            2100 Jamieson Avenue
13                          Alexandria, Virginia  22314
                            (703) 299-3700
14
                            JULIA TARVER WOOD, ESQUIRE
15                          AARON TEITELBAUM, ESQUIRE
                            KELLY GARCIA, ESQUIRE
16                          JEFFREY VERNON, ESQUIRE
                            MICHAEL WOLIN, ESQUIRE
17                          UNITED STATES DEPARTMENT OF JUSTICE
                            ANTITRUST DIVISION
18                          450 Fifth Street, NW
                            Washington, D.C.  20530
19                          (202) 894-4266

20   (State of VA)          TYLER HENRY, ESQUIRE
                            OFFICE OF THE ATTORNEY GENERAL
21                          OFFICE OF THE SOLICITOR GENERAL
                            202 North Ninth Street
22                          Richmond, Virginia  23219
                            (804) 786-7704
23

24

25
                                                                  1
```

1  experiment that occurred in our data.  When AdX is not live,
2  there's a reduction in auction pressure, which allows
3  non-Google exchanges to win inventory more easily.  So if
4  AdX was not in the auction, not only would you lose the
5  revenue from AdX, there is an additional knock on, and we
6  would put this down to bid shading from non-Google buyers
7  where they could buy a slightly lower price without AdX.
8              MR. WOLIN:  And there's one final slide.  So we'll
9  turn to the last one, please.
10 BY MR. WOLIN:
11 Q    And this sixth page has the title "MailOnline UK.
12 Revenue At Risk If We Pull AdX."
13             And what did Daily Mail -- what conclusion was
14 reached on this slide?
15 A    So we added together the first two revenue numbers, and
16 we were calling that sort of unique AdX demand that we would
17 lose.  And we then took into account bid shading from
18 non-Google exchanges, add that together, and it came to
19 355,000 pounds a month.
20             This was looking across our open-web display
21 revenue in the UK.  So the 355 over the 1268 will give you a
22 number of about 28 percent.  So we concluded that we would
23 lose roughly 28 percent of our programmatic revenue if we
24 switched off AdX.  If we didn't have access to AdX, sorry.
25 Q    And so you said a few moments ago that you considered

130

```
1   Smart and Xandr as potential possible other ad servers.  I
2   want to ask you about some other companies.
3            What ability does Daily Mail have to replace DFP
4   with technology that's provided by Facebook, which is now
5   called Meta?
6   A    Facebook doesn't offer a publisher display ad server.
7   Q    And what about Amazon, what ability would Daily Mail
8   have to replace DFP with technology from Amazon?
9   A    Again, the same situation.  We wouldn't be able to do
10  that.
11  Q    And what about Disney?
12  A    Same answer.  They don't offer a publisher display ad
13  server.
14           THE COURT:  I'm sorry.  What was the last?
15           THE WITNESS:  They don't offer a publisher display
16  ad server.
17  BY MR. WOLIN:
18  Q    What ability does Daily Mail have to replace DFP
19  entirely with a header bidding wrapper?
20  A    I don't think that would be possible.  There's lots of
21  functionality that we required from an ad server, and, for
22  instance, Prebid wouldn't allow us to serve our direct sold
23  campaigns.
24  Q    Is there any other functionality that you would lose if
25  you replaced DFP entirely with a header bidding wrapper?
```

131

1  A    Yeah.  I mean, the ad server can deal with inventory
2  management, the hierarchy of the inventory, inventory
3  forecasting, they give us a user interface, we have
4  reporting tools, user management, APIs into other systems,
5  for instance.  So there's a lot of functionality which is in
6  the ad server which doesn't exist within Prebid.
7  Q    I mean, what about the ability to create your own
8  in-house ad serving technology?
9  A    Our specialism is producing content and journalism.  We
10 don't specialize in producing sort of enterprise-level
11 software.  So I think not really possible.  And even if we
12 did, we still wouldn't get access to AdX demand, so it
13 wouldn't be worthwhile.
14 Q    And if you did try and attempt to do that, would you
15 have to rebuild all those features that you listed when we
16 were talking about Prebid?
17 A    Yeah.  Yeah.  Pretty much.
18 Q    So what ability does Daily Mail have to replace its
19 Open Auction display impressions that it sells through DFP
20 with selling social media ads instead?
21 A    None.  It's not possible.
22 Q    What ability does Daily Mail have to replace the Open
23 Auction display impressions it sells through DFP with video
24 ads instead?
25 A    Again, not really possible.  Our content is

132

1  Q     Now, it says:  "Daily Mail is available on multiple
2  social media platforms"; do you see that?
3  A     Yeah.
4  Q     Okay.  And it says, as you scroll down, how you can get
5  The Daily Mail on Twitter, The Daily Mail on TikTok, and, in
6  fact, it says that "The Daily Mail has become the biggest
7  news publisher on TikTok"; do you see that?
8  A     I see that written, yeah.
9  Q     And it surpassed 10 million followers on that platform;
10 correct?
11 A     Yeah, I see that written here.
12 Q     Okay.  And then it goes on to talk about how The Daily
13 Mail is available on Instagram?
14           MS. RHEE:  Yep.  If we can keep going down.
15           THE WITNESS:  Yeah.
16 BY MS. RHEE:
17 Q     And it says:  "Our most popular stories will be
18 published to the Daily Mail's Facebook page, which you can
19 follow here"; right?  Yes?
20 A     I see that's written here, yes.
21 Q     Okay.  And then The Daily Mail is available on
22 Snapchat; do you see that?
23 A     I see it's written here.
24 Q     And it says the Snapchat is "the home of all of our top
25 picture, photo, and video-related content.  Follow The Daily

155

Cross-examination - M. Wheatland

```
 1  Mail here"; do you see that?
 2  A    Uh-huh.  Yes, I see that.
 3  Q    Okay.  And the reason why The Daily Mail publicizes
 4  itself and actually makes so much of its content available
 5  on all of these different social media platforms is because
 6  that's where the users are; right?
 7           MR. WOLIN:  Objection.  Foundation.
 8           THE COURT:  Overruled.  Can you answer that
 9  question?
10           THE WITNESS:  Some readers can access content that
11  we put onto social media.
12  BY MS. RHEE:
13  Q    And that's the reason why you publicize on your website
14  the fact that you can find The Daily Mail and all of its
15  content on all of these various social media sites; correct?
16  A    We don't publish all of our content onto social media.
17  Q    You publish the top photos; correct?
18  A    That's -- I think they are the words written here.
19  Q    And the top video; right?
20  A    We publish some content.
21  Q    Yes or no?
22  A    We publish some content onto social media.
23  Q    And your top --
24           THE COURT:  Wait.  Wait.  Wait.  Wait.  Let him at
25  least finish.  All right.
```
156

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

```
 1  BY MS. RHEE:
 2  Q    Can you finish the yes-or-no question?
 3  A    We publish some content onto social media.
 4  Q    And that's the top pictures, the top photos and the top
 5  video content; yes?
 6  A    I don't know how we're -- I don't know.
 7  Q    And it includes your most popular articles; right?  We
 8  just saw that on the Instagram disclosure?
 9  A    Again, we publish some content onto social media.
10          I think --
11  Q    It says on your website you feature your top stories on
12  your Instagram page; correct?
13  A    Yeah.  There's a difference between --
14  Q    Okay.  There's no other question.  Okay.
15          THE COURT:  You do need to listen to the question.
16  If it just calls for a yes-or-no -- it's up to other counsel
17  on redirect to expand if they feel that's necessary; all
18  right?
19          THE WITNESS:  Okay.  Okay.
20  BY MS. RHEE:
21  Q    Now, on direct examination, you told the government
22  lawyer and this Court, that The Daily Mail is -- and I
23  believe the words were -- "one of the largest
24  English-speaking newspapers in the world"; is that right?
25  A    The website, correct.  Yes.
```

157

1   Q    And then you went on to talk about The Daily Mail's
2   take rate that it pays to AdX versus other exchanges;
3   correct?
4   A    Yes.
5   Q    Okay.  Now, that is based on individual negotiations
6   that you or somebody else on your team negotiated with each
7   one of the exchanges; correct?  Yes or no?
8   A    Correct.
9   Q    Now, that's from your vantage point and your position
10  as one of the largest publications around the world; right?
11  You can only speak for yourself; right?  Again yes-or-no
12  question.
13  A    I know the take rates of -- that Daily Mail has with
14  exchanges.
15  Q    And that's one publication -- one of the largest
16  publications in the world, according to your testimony;
17  correct?
18  A    Correct.
19  Q    Okay.  Now, you talked on your direct examination with
20  the government attorney about direct deals; do you remember
21  that?
22  A    Yes.
23  Q    And, in fact, The Daily Mail has a new focus and
24  priority of doing direct deals and direct partnerships with
25  advertisers; correct?

158

1   A    Yeah.
2   Q    And do you recall that?
3   A    Yeah. I see that. Yeah.
4   Q    And then on the -- did you testify during -- or what
5   did you testify about on direct about the reason for that
6   uptick in revenue?
7   A    Google rolled out first-price auctions.
8           MS. RHEE:  Your Honor, asked and answered.
9           THE COURT:  Yeah.  That's not an appropriate
10  question.  Redirect is not to repeat what you said on
11  direct.
12          MR. WOLIN:  Understood.
13          THE COURT:  It's meant to correct what came out on
14  cross.
15  BY MR. WOLIN:
16  Q    So you were also asked about this -- the email from
17  Mr. Chen on the Bates number ending in 124.
18          MR. WOLIN:  Could you pull that up, please.
19          MS. RHEE:  It's the same exhibit?
20          MR. WOLIN:  The same exhibit.  If we could have
21  the next page, Mr. Klein.  And we'll go to the paragraph of
22  the email from Mr. Chen.
23  BY MR. WOLIN:
24  Q    And you were asked about the sentence:  "The good part
25  of UPR is that finally Google started doing 1PA"; is that

187

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

1  correct?
2  A    Yeah.  I see that.
3  Q    And what does 1PA refer to?
4  A    It refers to first-price auction.
5  Q    And was that the separate feature from UPR?
6         MS. RHEE:  Your Honor, I think this has already
7  been asked and answered.
8         THE COURT:  Sustained.
9         THE WITNESS:  First-price auction is --
10        THE COURT:  Wait.  Wait.  There's no question.
11        THE WITNESS:  Sorry.
12        THE COURT:  Sustained means I've granted the
13 objection.
14        THE WITNESS:  Sorry.
15 BY MR. WOLIN:
16 Q    So one of the first topics you were asked about was
17 Facebook and social media; do you recall that?
18 A    Yeah.
19 Q    Could Daily Mail uses social media to sell advertising
20 inventory on its website?
21        MS. RHEE:  Your Honor, I think those all have been
22 asked and answered as well.
23        THE COURT:  No, I don't think that's new.  I heard
24 it.
25        MR. WOLIN:  Well, this is responding to the cross.

188

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

1         THE COURT: But I --
2         MR. WOLIN: I think I asked a separate question.
3         THE COURT: It's getting late in the day and late
4    in the trial. I've heard this. Okay. His answer. I know
5    what they said -- what he said.
6         MR. WOLIN: Thank you, Your Honor.
7         THE COURT: Let me ask you a question, and if it
8    raises an issue that you want to address in redirect, and
9    you can do it on recross.
10        Does The Daily Mail have video displays on sides
11   or bottom of its page; do you know?
12        THE WITNESS: We run some video units on the
13   bottom of our pages. Typically they are sort of now --
14   there's a gray area between instream versus outstream
15   advertising, and the definition has changed over time.
16   Typically instream advertising occurs when you have content
17   and you will show ads at like -- as like a pre-roll or
18   linear to the content.
19        Outstream is when there's not any content, per se,
20   but you're just rendering a video ad. But we do have video
21   ads on our site.
22        THE COURT: Are they considered display ads or
23   video ads, or does it depend on what you just said?
24        THE WITNESS: I think it depends. We would --
25   outstream is sometimes -- outstream video is sometimes

189

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894