UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Google Digital Advertising Antitrust Litigation | Civil Action No. 21-MD-3010 (PKC) |
|---|---|

*This Document Relates to:*

| In re Google Digital Advertising Antitrust Litigation | Civil Action No. 21-CV-7001 (PKC) |
|---|---|

**NOTICE OF ADVERTISER PLAINTIFFS' MOTION TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2)**

PLEASE TAKE NOTICE that the Advertiser Plaintiffs will move this Court before the Hon. P. Kevin Castel, United States District Court, Southern District of New York, 500 Pearl St. New York, New York, 10007, on a date set by the Court, for an Order granting their motion to amend their complaint pursuant to Fed. R. Civ. P. 15(a)(2).

PLEASE TAKE FURTHER NOTICE that, in support of their motion, Advertiser Plaintiffs rely upon the memorandum of law filed in support of this motion and any further reply submissions.

Dated: August 28, 2025

Respectfully submitted,

/s/ *Dena C. Sharp*
Dena C. Sharp (*pro hac vice*)
Scott M. Grzenczyk (*pro hac vice*)
Mikaela M. Bock (*pro hac vice*)
Isabel Velez (*pro hac vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

1

dsharp@girardsharp.com
scottg@girardsharp.com
mbock@girardsharp.com
ivelez@girardsharp.com

Tina Wolfson (TW-1016)
Theodore W. Maya (*pro hac vice*)
Bradley K. King (BK-1971)
**AHDOOT & WOLFSON, PC**
2600 West Olive Ave., Suite 500
Burbank, California 91505
Tel.: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com
bking@ahdootwolfson.com

*Interim Co-Lead Counsel for Advertiser Plaintiffs and the Proposed Advertiser Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2025, I served the foregoing document via electronic mail in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules.

/s/ *Dena C. Sharp*