IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Google Digital Advertising Antitrust Litigation** | Case No. 1:21-md-3010 (PKC) |
| *This document relates to:* <br><br> **In re Google Digital Publisher Antitrust Litigation** | Case No. 1:21-cv-7034 (PKC) |

**DECLARATION OF IZAAK EARNHARDT
IN SUPPORT OF PUBLISHER PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR
SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

I, Izaak Earnhardt, declare as follows:

1.      I am an associate at the law firm Boies Schiller Flexner LLP, which represents the Publisher Class Plaintiffs ("Publishers") in the above-captioned action. I submit this declaration in support of Publisher Class Plaintiffs' Motion for Leave to File Their Second Amended Consolidated Class Action Complaint, dated August 28, 2025. I have knowledge of the facts stated herein from my personal knowledge and information gathered from within my firm and, if called as a witness, I could and would competently testify thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Publisher Class Plaintiffs' Proposed Second Amended Consolidated Class Action Complaint, dated August 28, 2025, with proposed changes against the First Amended Consolidated Class Action Complaint reflected in redline.

3. Attached hereto as Exhibit 2 is a true and correct copy of Publisher Class Plaintiffs' Proposed Second Amended Consolidated Class Action Complaint, dated August 28, 2025.

4. Attached hereto as Exhibit 3 is a true and correct copy of Dr. Mark Israel's Expert Report in *United States v. Google LLC*, No. 23-cv-108-LMB (E.D. Va.), and produced by Google with the Bates range GOOG-AT-MDL-C-000092289 - GOOG-AT-MDL-C-000093046, dated January 23, 2024.

5. Attached hereto as Exhibit 4 is a true and correct copy of Google's Proposed Conclusions of Law in *United States v. Google LLC*, No. 23-cv-108-LMB (E.D. Va.), dated November 4, 2024, EDVA ECF 1375-1.

6. Attached hereto as Exhibit 5 is a true and correct copy of the transcript of the first day of the deposition of Dr. Mark Israel in the above captioned matter, which took place on March 31 and April 1, 2025.

7. A true and correct copy of the Plaintiff United States' Post-Trial Proposed Findings of Fact and Conclusions of Law in *United States v. Google LLC*, No. 23-cv-108-LMB, dated November 8, 2024, EDVA ECF 1381, was previously filed as Exhibit 7 to the June 20, 2025 Declaration of Izaak Earnhardt in support of MDL Plaintiffs' Motions for Collateral Estoppel and Partial Summary Judgment, at ECF 1044-7.[1]

8. A true and correct copy of the Defendant Google LLC's Post-Trial Proposed Findings of Fact in *United States v. Google LLC*, No. 23-cv-108-LMB (E.D. Va.), dated

---

[1] The documents identified in paragraphs 7-18 were previously filed with the Court in connection with Publishers' Motion for Class Certification, Publishers' and MDL Plaintiffs' Motions for Collateral Estoppel and Partial Summary Judgment, Publishers' Letter Response to Google's Pre-motion Letter for Summary Judgment, and Publishers' Reply in Support of Their Motion for Class Certification and Opposition to Google's Motion to Exclude the Expert Testimony of Einer Elhauge. To avoid duplicative ECF numbering and unnecessary motions practice related to the sealing of certain of these exhibits, Publishers are not re-filing these exhibits in connection with Publishers' Motion for Leave to File a Second Amended Consolidated Class Action Complaint but instead referencing them by their previously filed ECF numbers.

November 4, 2024, EDVA ECF 1375, was previously filed as Exhibit 6 to the June 20, 2025 Declaration of Izaak Earnhardt in support of the MDL Plaintiffs' Motions for Collateral Estoppel and Partial Summary Judgment, at ECF 1044-6.

9. A true and correct copy of the Defendant Google LLC's Memorandum of Law in support of its Motion to Transfer Venue was previously filed as Exhibit 1 to the June 20, 2025 Declaration of Izaak Earnhardt in support of MDL Plaintiffs' Motions for Collateral Estoppel and Partial Summary Judgment, at ECF 1044-1.

10. A true and correct copy of the transcript of the hearing in the above-captioned matter, held on May 16, 2023, was previously filed as Exhibit 9 to the June 20, 2025 Declaration of Izaak Earnhardt in support of the MDL Plaintiffs' Motions for Collateral Estoppel and Partial Summary Judgment, at ECF 1044-9.

11. A true and correct copy of the expert report of Einer Elhauge, dated October 4, 2024, was previously filed as Exhibit 1 to the May 2, 2025 Declaration of Izaak Earnhardt in support of Publishers' Motion for Class Certification, at ECF 959-1.

12. A true and correct copy of the corrected rebuttal expert report of Einer Elhauge dated March 9, 2025, was previously filed as Exhibit 3 to the May 2, 2025 Declaration of Izaak Earnhardt in support of Publishers' Motion for Class Certification, at ECF 959-3.

13. A true and correct copy of the transcript of the March 11, 2025, deposition of Einer Elhauge was previously filed as Exhibit 4 to the May 2, 2025 Declaration of Izaak Earnhardt in support of Publishers' Motion for Class Certification, at ECF 959-4.

14. A true and correct copy of the expert report of Elizabeth Kroger, dated October 4, 2024, was previously filed as Exhibit 19 to the May 8, 2025 Declaration of Izaak Earnhardt in

support of Publishers' Letter Response to Google's Pre-motion Letter for Summary Judgment, at ECF 983-19.

15. A true and correct copy of the Amended Complaint in *United States v. Google LLC*, No. 23-cv-108-LMB (E.D. Va.), dated April 17, 2023, was previously filed as Exhibit 1 to the Declaration of Izaak Earnhardt in support of Publisher's Motion for Collateral Estoppel and Partial Summary Judgment, at ECF 1042-1.

16. A true and correct copy of the transcript of Dr. Mark Israel's trial testimony in *United States v. Google LLC*, No. 23-cv-108-LMB (E.D. Va.), which took place on the morning of September 26, 2024, was previously filed as Exhibit 12 to the May 2, 2025 Declaration of Izaak Earnhardt in support of Publishers' Motion for Class Certification, at ECF 957-12.

17. A true and correct copy of Google's Proposed Findings of Fact in *United States v. Google LLC*, No. 23-cv-108-LMB (E.D. Va.), dated August 19, 2024, EDVA ECF 1177, was previously filed as Exhibit 1 to the July 16, 2025 Declaration of Izaak Earnhardt in support of Publishers' Reply in Support of Their Motion for Class Certification and Opposition to Google's Motion to Exclude the Expert Testimony of Einer Elhauge, at ECF 1063-1.

18. A true and correct copy of the expert report of Dr. Mark Israel, dated December 13, 2024, was previously filed as Exhibit 18 to the May 8, 2025 Declaration of Izaak Earnhardt in support of Publishers' Letter Response to Google's Pre-motion Letter for Summary Judgment, at ECF 983-18.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: August 28, 2025                                          Respectfully submitted,

                                                                /s/ Izaak Earnhardt

Izaak Earnhardt

Case 1:21-md-03010-PKC    Document 1125    Filed 08/28/25    Page 5 of 5

5