

Application to file under seal provisionally granted.
SO ORDERED.
8/29/2025

*[Signature: P. Kevin Castel]*
P. Kevin Castel
United States District Judge

August 28, 2025

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*In re Google Digital Advertising Antitrust Litigation*
Case No. 1:21-md-03010 (PKC)

*In re Google Digital Publisher Antitrust Litigation*
Case No. 1:21-cv-7034 (PKC)

Dear Judge Castel:

    I write on behalf of the Publisher Class Plaintiffs ("Publisher Plaintiffs") in the above-referenced matter to seek leave to file preliminarily under seal an unredacted version of the Publisher Plaintiffs' Memorandum of Law in support of Plaintiffs' Motion for Leave to File Their Second Amended Consolidated Class Action Complaint and certain exhibits to the Declaration of Izaak Earnhardt ("Earnhardt Declaration"), filed contemporaneously therewith. These exhibits and portions of the brief contain or reference material that Defendant Google has designated as Confidential or Highly Confidential and material which Plaintiffs designated as Highly Confidential. Accordingly, Publisher Plaintiffs respectfully submit that good cause exists to file preliminarily under seal the unredacted version of the Publisher Plaintiffs' brief and certain exhibits to the Earnhardt Declaration. No conference is scheduled.

    Because it would have been unduly burdensome to provide Google with seven days' notice of the precise portion of the material that Publisher Plaintiffs seek to use, Publisher Plaintiffs have previously discussed in good faith a reasonable extension of the deadline with Google. *See* ECF 685 ¶21. Publisher Plaintiffs take no position on Google's confidentiality designations at this time.

    Exhibit No. 3 is an expert report prepared by Google's expert in the *United States v. Google LLC*, No. 23-cv-108-LMB (E.D. Va.), designated as Highly Confidential. Exhibit No. 5 is a transcript of the deposition of Google's expert in the above-captioned matter, substantial parts of which Google has designated Confidential or Highly Confidential. Certain other documents cited have been previously filed under seal in this action and are the subject of sealing motions by Google.

    Pursuant to this Court's Individual Practices ¶5.B, Publisher Plaintiffs are filing proposed sealed documents electronically through the Court's ECF system. Publisher Plaintiffs are also filing a redacted version of the brief publicly on the docket. Publisher Plaintiffs respectfully request that the Court defer ruling on this motion for at least 28 days to permit the parties to meet and confer and for Google to file a motion for sealing, if any.

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com

Hon. P. Kevin Castel<br>August 28, 2025<br>Page 2 of 2

We appreciate the Court's consideration in this matter.

        Respectfully submitted,

        /s/ *Robert J. Dwyer*
        Robert J. Dwyer
        BOIES SCHILLER FLEXNER LLP

Copies to: All Counsel of Record (via ECF)