**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 1:21-md-3010 (PKC) |
| *This Document Relates To:* | |
| **ASSOCIATED NEWSPAPERS LTD.,** *et al.* v. **GOOGLE LLC,** *et al.* | No. 1:21-cv-03446 (PKC) |
| **GANNETT CO., INC. v. GOOGLE LLC,** *et al.* | No. 1:23-cv-05177 (PKC) |

**DECLARATION OF EVA YUNG IN SUPPORT
OF DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S
MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS
<u>GANNETT AND DAILY MAIL'S MOTION TO AMEND THEIR COMPLAINTS</u>**

I, Eva Yung, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am counsel at the law firm Axinn, Veltrop & Harkrider LLP, which represents Defendants Google LLC and Alphabet Inc. (together, "Google") in the above captioned case.

2. I am an attorney admitted to practice in the State of New York, the U.S. District Court for the Southern District of New York, the U.S. District Court for the District of Connecticut, and the U.S. Court of Appeals for the Second Circuit.

3. I respectfully submit this Declaration in support of Defendants Google LLC and Alphabet Inc.'s Memorandum of Law in Opposition to Plaintiffs Gannett and Daily Mail's Motion to Amend.

4. Attached to this declaration as **Exhibit 1** is a true and correct copy of excerpts from the deposition of David Sibley, Ph.D., expert witness on behalf of Plaintiffs Gannett and Daily Mail Plaintiffs in this action, taken pursuant to the Stipulation and Order Regarding Expert Discovery, ECF No. 428, on March 20, 2025.

5. Attached to this declaration as **Exhibit 2** is a true and correct copy of excerpts from the supplemental expert report of Professor Mark A. Israel, Ph.D., on behalf of Google in this action, dated December 13, 2024.

6. Attached to this declaration as **Exhibit 3** is a true and correct copy of excerpts from the deposition of Matthew Wheatland, 30(b)(1) witness on behalf of Plaintiff Daily Mail in this action, taken on June 11, 2024.

7. Attached to this declaration as **Exhibit 4** is a true and correct copy of a Market Study Final Report titled "Online Platforms and Digital Advertising" issued by the Competition & Markets Authority on July 1, 2020.

3

8. Attached to this declaration as **Exhibit 5** is a true and correct copy of a Consent Order entered in the cases numbered 1572/7/7/22 and 1582/7/7/23 before the Competition Appeal Tribunal on July 18, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 8th day of September, 2025, in New York, New York.

 /s/ Eva Yung
 Eva Yung

3