# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-md-3010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| IN RE: GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION | No. 1:21-cv-07034 (PKC) |
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-cv-07001 (PKC) |
| INFORM INC. v. GOOGLE LLC | No. 1:23-cv-01530 (PKC) |

**DEFENDANTS GOOGLE LLC, ALPHABET INC., AND YOUTUBE, LLC'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO PROVISIONALLY FILE UNDER SEAL MEMORANDA OF LAW IN OPPOSITION TO PUBLISHERS', ADVERTISERS', AND INFORM'S MOTIONS FOR LEAVE TO AMEND COMPLAINTS, AND EXHIBITS TO THE DECLARATION OF JUSTINA K. SESSIONS**

Pursuant to Rule 5 of this Court's Individual Practices and paragraph 21 of the Modified Confidentiality Order, ECF No. 685 at 25, Defendants Google LLC, Alphabet Inc., and YouTube, LLC (together, "Google") file this Memorandum of Law in Support of its Motion to Seal, which seeks to file or keep under seal certain parts of the following materials:

- Google's Memoranda of Law in Opposition to Plaintiffs' Motions to Amend their Complaints (the "Opposition Memoranda");
- Exhibits 1, 3, and 5 to the Declaration of Justina K. Sessions in Support of the Opposition Memoranda;

Google seeks permission to provisionally file under seal certain information contained in filings and exhibits related to Google's Opposition Memoranda. These materials include information designated as Confidential and Highly Confidential by Plaintiffs and by nonparty Department of Justice. Because it would have been burdensome for Google to provide the designating parties seven days' notice of the precise material Google seeks to file under seal, Google requests a reasonable extension of the deadline for Plaintiffs and nonparty Department of Justice to file an application to seal these materials, if any. Google agrees to meet and confer with the designating parties and proposes that any such application be filed by October 6, 2025.

## **CONCLUSION**

For the foregoing reasons, Google respectfully requests that the Court permit Google to provisionally seal the materials filed herewith.

Dated: September 8, 2025                                             Respectfully Submitted,

                                                                     */s/ Justina K. Sessions*
                                                                     Justina K. Sessions
                                                                     FRESHFIELDS US LLP
                                                                     855 Main Street
                                                                     Redwood City, CA 94063

Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com

Eric Mahr
Andrew J. Ewalt
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Email: eric.mahr@freshfields.com
          andrew.ewalt@freshfields.com

Craig M. Reiser
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
Telephone: (212) 728-2200
Email: creiser@axinn.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC*