UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 1:21-md-3010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION** | No. 1:21-cv-07034 (PKC) |
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 1:21-cv-07001 (PKC) |
| **INFORM INC. v. GOOGLE LLC** | No. 1:23-cv-01530 (PKC) |

**DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS GOOGLE LLC, ALPHABET INC., AND YOUTUBE, LLC'S MEMORANDA OF LAW IN OPPOSITION TO PUBLISHERS', ADVERTISERS', AND INFORM'S MOTIONS FOR LEAVE TO AMEND COMPLAINTS**

I, Justina K. Sessions, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at the law firm Freshfields US LLP, which represents Defendants Google LLC, Alphabet Inc., and YouTube, LLC (together, "Google") in the above-captioned case.

2. I am an attorney admitted to practice in the State of California and in the U.S. District Court for the Northern District of California. I have been admitted to practice before this Court in the above-captioned case, having already appeared in actions consolidated in this MDL.

3. I respectfully submit this Declaration in support of Google's Memoranda of Law in Opposition to Plaintiffs' Motions for Leave to Amend their Complaints.

4. Attached to this declaration as **Exhibit 1** is a true and correct copy of excerpts from the expert report of Robin S. Lee, PhD, expert witness on behalf of Plaintiffs in the action, *United States v. Google LLC*, Case No. 1:23-cv-108 (E.D. Va.) served on December 22, 2023.

5. Attached to this declaration as **Exhibit 2** is a true and correct copy of excerpts from Publisher Plaintiffs' Responses and Objections to Defendants Google LLC, Alphabet Inc., and YouTube, LLC's Second Set of Interrogatories.

6. Attached to this declaration as **Exhibit 3** is a true and correct copy of excerpts from Advertiser Plaintiffs' Responses and Objections to Defendants Google LLC and Alphabet Inc.'s Second Set of Interrogatories.

7. Attached to this declaration as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the deposition of Hal Singer, taken on April 9, 2025 in this action.

8. Attached to this declaration as **Exhibit 5** is a true and correct copy of excerpts from the expert report of Dr. Pablo A. Peña, expert witness on behalf of Plaintiff Inform Inc., served on October 7, 2024, in this action.

9.  Attached to this declaration as **Exhibit 6** is a true and correct copy of excerpts from Plaintiff Inform's Objections and Responses to Defendants Google LLC, Alphabet Inc., and YouTube, LLC's Second Set of Interrogatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 8th day of September, 2025, in San Francisco, CA.

_____
Justina K. Sessions