

Eva Yung

Axinn, Veltrop & Harkrider LLP
630 5th Avenue, 33rd Floor
New York, NY  10111
212.728.2235
eyung@axinn.com

September 11, 2025

**Via ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

  Re: *In re Google Digital Advertising Antitrust Litigation*, 1:21-md-03010 (PKC); *Dotdash Meredith Inc. v. Google LLC*, No. 1:25-cv-07194 (PKC); *Insider, Inc. v. Google LLC*, No. 1:25-cv-07409 (PKC)

Dear Judge Castel:

  We write on behalf of Google LLC and Alphabet Inc. (together, "Google") to respectfully request that the Court extend the deadlines for Google to respond to two recently filed ad tech complaints—*Dotdash Meredith Inc. v. Google LLC*, No. 1:25-cv-07194 ("*People*") and *Insider, Inc. v. Google LLC*, 1:25-cv-07409 ("*Business Insider*"). Subject to the Court's approval, the parties have mutually agreed that those deadlines should be extended to November 9, 2025. There is no conference currently scheduled before the Court.

  Good cause exists to extend the deadline for Google's responses in both cases to November 9, 2025. First, both complaints include lengthy and complex allegations. Second, extending the deadlines will create space for the parties to focus on a proposed case management plan, as the Court has directed.[1] ECF. No. 1143.

  Google and Plaintiffs have met and conferred, and they agreed to this modest extension of the deadlines, subject to the Court's approval. Accordingly, Google respectfully requests that the Court allow it to file its responses to the complaints by November 9, 2025.

            Respectfully submitted,

            */s/ Eva Yung*

            Eva Yung

CC: All Counsel of Record (via ECF)

---

[1] The Court's Order addressed the *People* case, and the parties have agreed to submit a case management plan for the *Business Insider* case at the same time.