November 6, 2025

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    *In re Google Digital Antitrust Litigation*, No. 1:21-md-03010 [rel: *CMI Marketing, Inc. v. Google LLC*, No. 25-cv-08630]

Dear Judge Castel:

     On behalf of CMI Marketing, Inc. ("Raptive") and Defendants Google LLC and Alphabet, Inc. (collectively "Google") we write jointly to request that this Court enter the proposed case management plan and scheduling order attached as Exhibit A to this letter (the "Proposed CMO"). Raptive filed its complaint on October 17, 2025 and was added to this MDL on October 29, 2025. Raptive and Google met and conferred regarding the Proposed CMO and are in agreement on all of its provisions. The parties therefore request the Court to enter the Proposed CMO at the Court's convenience. For the Court's convenience, the parties are submitting to Chambers a Microsoft Word version of the Proposed CMO together with this letter.

Respectfully submitted,

/s/ *John Thorne*

John Thorne
Daniel G. Bird
Bethan R. Jones
Christopher C. Goodnow
Mark P. Hirschboeck
Eliana Margo Pfeffer
Eric J. Maier
Sven E. Henningson
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel.:  (202) 326-7900
Fax:  (202) 326-7999
Email:  jthorne@kellogghansen.com
        dbird@kellogghansen.com
        bjones@kellogghansen.com
        cgoodnow@kellogghansen.com
        mhirschboeck@kellogghansen.com
        epfeffer@kellogghansen.com
        emaier@kellogghansen.com
        shenningson@kellogghansen.com


*Counsel for CMI Marketing Inc..*


/s/ *Justina K. Sessions*

Justina K. Sessions
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com

*Counsel for Google LLC and Alphabet, Inc.*

cc:   All Counsel of Record via ECF