**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) <br><br> **APPEARANCE OF COUNSEL** |

*This Document Relates To:*

| | |
|---|---|
| GANNETT CO., INC. <br><br> *Plaintiff*, <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> *Defendants*. | Case No. 1:23-cv-5177 (PKC) |
| DOTDASH MEREDITH INC. A/K/A PEOPLE INC. and MEREDITH OPERATIONS CORPORATION, <br><br> *Plaintiffs*, <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> *Defendants*. | Case No. 1:25-cv-07194 (PKC) |
| INSIDER, INC., <br><br> *Plaintiff*, <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> *Defendants*. | Case No. 1:25-cv-07409 (PKC) |

1

| | |
|---|---|
| THE SLATE GROUP LLC,<br><br>         *Plaintiff,*<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>         *Defendants.* | Case No. 1:25-cv-07697 (PKC) |
| CMI MARKETING, INC.,<br><br>         *Plaintiff,*<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>         *Defendants.* | Case No. 1:25-cv-08630 (PKC) |

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Gannett Co., Inc., Dotdash Meredith Inc. a/k/a People Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, and CMI Marketing, Inc.

Dated: November 11, 2025        Respectfully submitted,

                   /s/ *Eric J. Maier*
                   Eric J. Maier (*Admitted Pro Hac Vice*)
                   KELLOGG, HANSEN, TODD, FIGEL
                     & FREDERICK, P.L.L.C.
                   1615 M Street, N.W., Suite 400
                   Washington, DC 20036
                   Tel.:  (202) 326-7923
                   Fax:  (202) 326-7999
                   Email:  emaier@kellogghansen.com

                   *Counsel for Gannett Co., Inc., Dotdash*
                   *Meredith Inc. a/k/a People Inc., Meredith*
                   *Operations Corporation, Insider, Inc., The Slate*
                   *Group LLC, and CMI Marketing, Inc.*