**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-3010 (PKC)<br><br>[~~PROPOSED~~] **CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER** |

*This Document Relates To:*

| | |
|---|---|
| CMI MARKETING, INC.,<br><br>       *Plaintiff,*<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>       *Defendants.* | Case No. 1:25-cv-08630 |

This Civil Case Management Plan (the "Plan") applies to *CMI Marketing Inc. v. Google LLC*, No. 25-cv-08630 (PKC).

1. The Parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c).

2. CMI Marketing Inc. demands a jury trial.

3. Defendants' response to the complaint (whether by pre-motion letter seeking leave to file a motion to dismiss, answer, or otherwise) shall be filed no later than December 5, 2025.

4. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed within 30 days from the date of this order.

5. Fact discovery shall commence upon entry of this Order. Initial disclosures, pursuant to Rule 26(a)(1), Fed. R. Civ. P., shall be served not later than November 10, 2025.

6. All fact discovery shall be completed no later than February 27, 2026.

7. Discovery shall be conducted in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The interim deadlines may be extended by the written consent of these parties without application to the Court, provided that all fact discovery is completed by the deadline set forth pursuant to paragraph 6 above.

    7.1. Initial requests for production of documents shall be served by November 17, 2025. The Parties shall substantially complete production of documents and data responsive to initial requests for production by January 12, 2026.

    7.2. Interrogatory responses of Google in this MDL are useable as if posed in this case, except to the extent that a specific response exclusively addresses the

1

actions of a plaintiff other than the Plaintiff covered by this Order. Plaintiff may serve no more than 4 interrogatories on Google by November 24, 2025. Google may serve up to 10 interrogatories on Plaintiff by November 24, 2025.

7.3. Requests to Admit may be served no later than 45 days prior to the close of fact discovery. Plaintiff may serve up to 10 Requests to Admit on Google, and Google may serve no more than 20 Requests to Admit on Plaintiff. No Requests to Admit shall be served for the purpose of authenticating documents.

7.4. Depositions of fact witnesses shall be completed by the close of fact discovery. Plaintiff shall be permitted to notice up to 4 fact-witness depositions. Google shall be permitted to notice up to 10 fact-witness depositions. No Plaintiff may, absent a showing of good cause, notice a deposition of a witness whose deposition already has been noticed by the MDL Plaintiffs in this MDL or cross-noticed by the MDL Plaintiffs during the Coordinated Discovery Period in *United States v. Google LLC*, No. 23-cv-00108-LMB-JFA (E.D. Va.).[1] A party may seek leave of Court to depose additional witnesses by identifying the particular witnesses by name (or Rule 30(b)(6) categories), describing the matters on which they have unique knowledge; and identifying the actions to which the particular witness pertains. No deposition taken pursuant to a notice under Rule 30(b)(1) or Rule 30(b)(6) shall last longer than 7 hours without the consent of the examined or leave of Court.

---

[1] *See* Doc. 564 ¶ 1(c) (defining "Coordinated Discovery Period").

2

7.5. The parties are encouraged to stipulate to the manner of conducting a particular deposition (e.g. in-person, videotaped, telephonically, remote video, written questions).

8. The Parties shall meet and confer and submit a joint proposed schedule regarding expert discovery no later than December 19, 2025.

9. The Stipulation and Order Regarding Expert Discovery (Doc. 428), the Order Regarding Discovery Procedure (Doc. 508), and the Modified Confidentiality Order (Doc. 685) shall apply to this case.

10. All motions and applications shall be governed by the Court's Individual Practices, including pre-motion letter requirements. Pursuant to the authority of Rule 16(c)(2), any motion for summary judgment will be deemed untimely unless a pre-motion letter relating thereto is filed no later than 14 days after the date set by the Court for the close of expert discovery.

11. The time for filing Final Pre-Trial Submissions is stayed pending further Order of this Court.

**TO BE COMPLETED BY THE COURT:**

The Plan has been reviewed by the Court and, except as modified, is adopted as the Scheduling Order of this Court in accordance with Rule 16(b), Fed. R. Civ. P.

12. [Other provisions included by the Court.]

13. The next Case Management Conference will be scheduled at a future date.

3

This Order may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend the dates herein shall be made in a written application in accordance with the Court's Individual Practices and shall be made no less than fourteen (14) days prior to the expiration of the date sought to be extended.

Dated: 11-13-25

P. Kevin Castel
United States District Judge

4