# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |

**[PROPOSED] ORDER CONCERNING SUMMARY JUDGMENT AND RELATED MOTIONS**

The Court has reviewed the positions for the parties and ORDERS as follows:

1. The parties may file the summary judgment motions proposed in ECF Nos. 1222, 1223, 1224, 1225, 1226, and 1227 ("Summary Judgment Motions"). Opening and responsive briefs are limited to 35 pages and replies are limited to 15 pages.

2. Any party moving for summary judgment may file motions to exclude expert testimony to the extent the summary judgment movant asserts that exclusion of that testimony renders summary judgment appropriate ("SJ Motions to Exclude") without the need for a pre-motion letter. If a party files an SJ Motion to Exclude, no future motion to exclude the same expert at issue in the motion will be permitted. Opening and responsive briefs in support of SJ Motions to Exclude are limited to 15 pages per expert.

3. Reply submissions on any expert-related issue will not be permitted unless ordered by the Court.

4. Plaintiffs may file the joint motion for an adverse inference for which the Court previously granted leave, ECF No. 1014, according to the briefing schedule below (the "SJ Adverse Inference Motion"). The SJ Adverse Inference Motion shall address only those inferences Plaintiffs assert render summary judgment for Defendants inappropriate. Filing of the SJ Adverse Inference Motion is without

1

prejudice to any future motion regarding adverse inferences on any issue remaining for trial following resolution of the Summary Judgment Motions. Opening and responsive briefs are limited to 25 pages and any reply is limited to 10 pages.

5. Briefing for the motions addressed in this Order shall proceed on the following schedule:

| **Due Date** | **Briefs Due** |
|---|---|
| **January 9, 2026** | • Summary Judgment Motions<br>• SJ Motions to Exclude |
| **March 10, 2026** | • Oppositions to Summary Judgment Motions<br>• Oppositions to SJ Motions to Exclude<br>• SJ Adverse Inference Motion |
| **April 24, 2026** | • Replies in support of Summary Judgment Motions<br>• Opposition to SJ Adverse Inference Motion |
| **May 4, 2026** | • Reply in support of SJ Adverse Inference Motion |

**SO ORDERED.**

Dated: _____     _____
                                                                                  Honorable P. Kevin Castel

2