UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING                    21-md-3010 (PKC)
ANTITRUST LITIGATION
                                                     PRE-TRIAL ORDER NO. 19

----------------------------------------------------------------x
CASTEL, Senior District Judge.

        The Court has reviewed the pre-motion letters and responses of the Google defendants ("Google"), the putative Publishers Class, the putative Advertisers Class, Daily Mail, Gannett and Inform (the "Motion Plaintiffs") regarding further motion practice and ORDERS as follows:

1. At this advanced stage of the proceedings, the Motion Plaintiffs are advised to consider streamlining their allegations and claims to their strongest and best.  The Motion Plaintiffs shall submit letters by December 12, 2025, tailoring or withdrawing anticompetitive acts, allegations or claims.

2. Google may move for summary judgment by January 23, 2026 against any or all claims, federal or state, of the Motion Plaintiffs.  Opening brief for the motion addressed to the claims of the putative Publishers Class extended to 45 pages and for the motions addressed to the other Motion Plaintiffs' claims extended to 30 pages.

3. The Motion Plaintiffs may respond by March 6, 2026, with the putative Publishers Class response extended to 45 pages and responses of all other Motion Plaintiffs extended to 30 pages.

4. Google may reply to the Motion Plaintiffs briefs by March 27, 2026, with

page limit extended to 20 pages for all motions.

5. The briefing in support of and in opposition to Google's summary judgment motions may address in a separate brief not to exceed 15 pages why certain experts should be excluded from the Court's consideration on the motions.  Plaintiffs' briefs in opposition to any Google expert is due March 6, 2026.  Google's response and brief in opposition to any of plaintiffs' experts are due March 27, 2026.  Plaintiffs' response is due April 9, 2026.  No replies will be permitted unless requested by the Court.

6. The Court defers the filing of adverse inference, spoliation or other motions until the scheduling of final pretrial submissions.

7. The Court will not bar the putative Advertiser Class, Daily Mail and Gannett from filing their proposed partial summary judgment motions which, from their descriptions, are likely to turn on material facts that are disputed, but, if these plaintiffs wish to proceed with the motions, they shall file them by December 1, 2025, response due December 12, 2025 and reply by December 19, 2025, with standard page limits applying.

8. The Clerk shall terminate the letter motions at 21-md-3010, ECF 1222 and 1223; 21-cv-3446, ECF 210 and 211; and 23-cv-5177, ECF 147 and 148.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
      November 19, 2025