UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-md-3010 (PKC) |
| *This Document Relates To:* | |
| DOTDASH MEREDITH INC. A/K/A PEOPLE INC. and MEREDITH OPERATIONS CORPORATION,<br>    *Plaintiffs,*<br> v.<br>GOOGLE LLC and ALPHABET INC.,<br>    *Defendants.* | No. 1:25-cv-07194 (PKC) |
| INSIDER, INC.,<br>    *Plaintiff,*<br> v.<br>GOOGLE LLC and ALPHABET INC.,<br>    *Defendants.* | No. 1:25-cv-07409 (PKC) |
| THE SLATE GROUP LLC,<br>    *Plaintiff,*<br> v.<br>GOOGLE LLC and ALPHABET INC.,<br>    *Defendants.* | No. 1:25-cv-07697 (PKC) |

**DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S
NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants Google LLC and Alphabet Inc.'s Motion to Dismiss in the above-captioned matter, which is being submitted contemporaneously with this Notice of Motion, Defendants Google LLC and Alphabet Inc. will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order dismissing with prejudice the state law claims set forth in Dotdash Meredith Inc. a/k/a People Inc. and Meredith Operations Corporation's Complaint for Damages and Injunctive Relief, Case No. 1:25-cv-07194, ECF No. 1 (Aug. 29, 2025), Insider, Inc.'s Complaint for Damages and Injunctive Relief, Case No. 1:25-cv-07409, ECF No. 1 (Sept. 8, 2025), and The Slate Group LLC's Complaint for Damages and Injunctive Relief, Case No. 1:25-cv-07697, ECF No. 1 (Sept. 16, 2025) on the ground that, for each of these claims, Dotdash Meredith Inc. a/k/a People Inc., Meredith Operations Corporation, Insider, Inc., and The Slate Group LLC have failed to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).

Dated: November 24, 2025            Respectfully Submitted,

*/s/ Craig M. Reiser*
Craig M. Reiser
Daniel S. Bitton
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
Telephone: (212) 728-2218
Email:  creiser@axinn.com
             dbitton@axinn.com

Bradley D. Justus
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 469-3532
Email:  bjustus@axinn.com

Justina K. Sessions
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com

Eric Mahr
Andrew J. Ewalt
FRESHFIELDS US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Email:  eric.mahr@freshfields.com
             andrew.ewalt@freshfields.com

*Counsel for Defendants*
*Google LLC and Alphabet Inc.*