*APPENDIX A: Conduct alleged to have harmed competition in Rumble's alleged relevant markets (citations to SAC).*

| Alleged Anticompetitive Conduct | Ad Server Market | Ad Exchange Market | Ad Network Market | Ad Buying Tool Markets | Online Video Advertising Market |
|---|---|---|---|---|---|
| AdX-DFP tie | ¶¶ 129-40, 260 | | | | |
| Google Ads-AdX tie | | ¶¶ 129-40, 264 | | | |
| Google Ads-GDN tie | | | ¶¶ 129-40, 267 | | |
| YouTube-Google Ad-Buying Tools tie | | | | ¶¶ 125, 249-55, 270 | |
| Dynamic Allocation / Last Look | | ¶¶ 141-46, 220-24 | | ¶¶ 141-46, 220-24, 246 | |
| Dynamic Revenue Share | | ¶¶ 160-61 | | ¶¶ 160-61, 246 | |
| Project Bernanke | | ¶¶ 162-71 | | ¶¶ 162-71, 246 | |
| Enhanced Dynamic Allocation | | ¶¶ 172-85 | | | |
| Facebook NBA | ¶¶ 202-17, 260 | ¶¶ 202-17, 264 | ¶¶ 202-17, 267 | | |
| Redacted Auction Reports | | ¶ 226 | | | |
| Line Item Capping | | ¶ 227 | | | |
| Non-Transparent Pricing | | ¶¶ 229-34 | | | |
| Unified Pricing Rules | | ¶¶ 235-44 | | ¶¶ 235-44, 246 | |

1