**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>         Plaintiffs,<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>         Defendants. | Case No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC.<br><br>         Plaintiff,<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>         Defendants. | Case No. 1:23-cv-05177 (PKC) |

**PLAINTIFFS DAILY MAIL AND GANNETT'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON GOOGLE'S AFFIRMATIVE DEFENSES**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs Associated Newspapers Ltd., and Mail Media, Inc. ("Daily Mail") and Gannett Co., Inc.'s ("Gannett") Motion for Partial Summary Judgment on Google's Affirmative Defenses, which is being submitted contemporaneously with this Notice of Motion, Daily Mail and Gannett will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order granting Partial Summary Judgment on Google's Affirmative Defenses.

| | |
|---|---|
| Date: December 1, 2025 | Respectfully submitted, |
| | */s/ John Thorne* |
| | John Thorne |
| | Daniel G. Bird |
| | Bethan R. Jones |
| | Christopher C. Goodnow |
| | Mark P. Hirschboeck |
| | Eliana Margo Pfeffer |
| | Eric J. Maier |
| | Sven E. Henningson |
| | Jonathan I Liebman |
| | Kyle B. Grigel |
| | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. |
| | 1615 M Street NW, Suite 400 |
| | Washington, DC 20036 |
| | Tel.: (202) 326-7900 |
| | Fax: (202) 326-7999 |
| | Email: jthorne@kellogghansen.com |
| | dbird@kellogghansen.com |
| | bjones@kellogghansen.com |
| | cgoodnow@kellogghansen.com |
| | mhirschboeck@kellogghansen.com |
| | epfeffer@kellogghansen.com |
| | emaier@kellogghansen.com |
| | shenningson@kellogghansen.com |
| | jliebman@kellogghansen.com |
| | kgrigel@kellogghansen.com |
| | *Counsel for Associated Newspapers Ltd., Mail Media, Inc., and Gannett Co., Inc.* |

2