**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>         Plaintiffs,<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>         Defendants. | Case No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC.<br><br>         Plaintiff,<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>         Defendants. | Case No. 1:23-cv-5177 (PKC) |

**DECLARATION OF ERIC J. MAIER IN SUPPORT OF PLAINTIFFS DAILY MAIL AND GANNETT'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT ON GOOGLE'S AFFIRMATIVE DEFENSES**

I, Eric J. Maier, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that:

1. I respectfully submit this Declaration in Support of Plaintiffs Daily Mail and Gannett's Motion for Partial Summary Judgment on Google's Affirmative Defenses.

2. I am an associate in the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. in Washington, D.C., which represents the Plaintiffs Associated Newspapers, Ltd., Mail Media, Inc., and Gannett Co., Inc. in this litigation. The following facts are based on my personal knowledge or on information provided to me. If called upon as a witness, I could and would testify competently to them.

3. Attached as Exhibit 1 is a true and correct copy of excerpts of the Second Revised Expert Reply Report of Professor Ali Hortacsu, Ph.D., dated April 18, 2025.

4. Attached as Exhibit 2 is a true and correct copy of excerpts of Daily Mail's First Set of Interrogatories to Defendants Google LLC and Alphabet Inc., dated June 5, 2024.

5. Attached as Exhibit 3 is a true and correct copy of excerpts of Gannett's First Set of Interrogatories to Defendants Google LLC and Alphabet Inc., dated June 5, 2024.

6. Attached as Exhibit 4 is a true and correct copy of excerpts of Google LLC and Alphabet Inc.'s Responses and Objections to Daily Mail's First Set of Interrogatories, dated June 28, 2024.

7. Attached as Exhibit 5 is a true and correct copy of excerpts of Google LLC and Alphabet Inc.'s Responses and Objections to Gannett's First Set of Interrogatories, dated June 28, 2024.

8. Attached as Exhibit 6 is a true and correct copy of excerpts of Google LLC and Alphabet Inc.'s Supplemental Responses and Objections to Daily Mail's First Set of Interrogatories, dated August 30, 2024.

9. Attached as Exhibit 7 is a true and correct copy of excerpts of Google LLC and Alphabet Inc.'s Supplemental Responses and Objections to Gannett's First Set of Interrogatories, dated August 30, 2024.

10. Attached as Exhibit 8 is a true and correct copy of a document bearing Bates numbers GANNETT_GOOG_0321812 to GANNETT_GOOG_0321813, which was produced by Gannett in this litigation.

11. Attached as Exhibit 9 is a true and correct copy of excerpts of the first volume of the transcript for Day 8 of the liability phase of the trial in the matter of *United States v. Google LLC*, No. 1:23-cv-00108 (E.D. Va.), dated September 18, 2024.

12. Attached as Exhibit 10 is a true and correct copy of excerpts of the transcript for Day 15 of the liability phase of the trial in the matter of *United States v. Google LLC*, No. 1:23-cv-00108 (E.D. Va.), dated September 27, 2024.

13. Attached as Exhibit 11 is a true and correct copy of excerpts of the first volume of the transcript for Day 1 of the liability phase of the trial in the matter of *United States v. Google LLC*, No. 1:23-cv-00108 (E.D. Va.), dated September 9, 2024.

14. Attached as Exhibit 12 is a true and correct copy of excerpts of the Revised Expert Report of Professor Shengwu Li, Ph.D., dated October 11, 2024.

15. Attached as Exhibit 13 is a true and correct copy of a document bearing Bates numbers GOOG-AT-MDL-008842393 to GOOG-AT-MDL-008842406, which was produced by Google in this litigation.

16. Attached as Exhibit 14 is a true and correct copy of excerpts of the final transcript of the July 12, 2024 deposition of Nitish Korula.

17. Attached as Exhibit 15 is a true and correct copy of excerpts of the first volume of the transcript for Day 11 of the remedies phase of the trial in the matter of *United States v. Google LLC*, No. 1:23-cv-00108 (E.D. Va.), dated November 21, 2025.

18. Attached as Exhibit 16 is a true and correct copy of excerpts of Government Plaintiffs' Rebuttal Demonstrative from the trial in the matter of *United States v. Google LLC*, No. 1:23-cv-00108 (E.D. Va.), dated November 21, 2025. Kellogg Hansen employees acting under my supervision obtained the document from https://www.justice.gov/atr/media/1419281/dl?inline on December 1, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on:  December 1, 2025*/s/ Eric J. Maier*
Washington, D.C.Eric J. Maier