# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |

*This Document Relates To*:

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>       *Plaintiffs*,<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>       *Defendants*. | Case No. 1:21-cv-03446 (PKC) |

**GOOGLE LLC AND ALPHABET INC.'S RESPONSES AND
<u>OBJECTIONS TO DAILY MAIL'S FIRST SET OF INTERROGATORIES</u>**

  Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Defendants Google LLC and Alphabet Inc. (together "Google"), by their undersigned counsel, hereby respond to Daily Mail's First Set of Interrogatories to Defendants Google LLC and Alphabet Inc. as follows.

  These Responses and Objections are based on the information currently available to Google and are provided subject to, without intending to waive, and expressly preserving, Google's right at any time to revise, correct, supplement, or clarify any of the responses and objections herein.

Plaintiffs' Fourth Supplemental Responses and Objections to Defendants' First Set of Interrogatories to Daily Mail (Nos. 1-30)

Complaint for Damages and Injunctive Relief, *Associated Newspapers Ltd. et al. v. Google LLC et al.*, No. 1:21-cv-03446-PKC (S.D.N.Y.), ECF No. 1

Amended Complaint for Damages and Injunctive Relief, *In re Google Digital Advertising Antitrust Litig.*, No. 1:21-md-03010-PKC (S.D.N.Y.), ECF No. 400

Second Amended Complaint for Damages and Injunctive Relief, *In re Google Digital Advertising Antitrust Litig.*, No. 1:21-md-03010-PKC (S.D.N.Y.), ECF No. 794

**Interrogatory No. 4:**

Identify the material and/or primary facts and evidence in support of and the legal basis for your defense that Daily Mail's claims are barred, in whole or in part, by the doctrine of unclean hands.

**Response to Interrogatory No. 4:**

Google objects to Interrogatory 4 as vague and ambiguous as it fails to define the terms "material," "primary," and "evidence."

Google further objects to Interrogatory 4 as vague, ambiguous, overbroad, unduly burdensome, and disproportionate to the needs of the case to the extent that it requires Google, in a production of over 6 million documents, to identify all of the "evidence" supporting the Fifteenth Defense in Google's Answer to Daily Mail's Second Amended Complaint when much of this evidence is equally accessible and apparent to Daily Mail because it is publicly available or otherwise in Daily Mail's possession, custody, or control.

Google further objects to Interrogatory 4 as including multiple discrete subparts while purporting to be a single interrogatory.

11

Google further objects to Interrogatory 4 to the extent it purports to require, or can be interpreted as purporting to require, Google to draw legal conclusions, or to the extent it assumes disputed issues or is phrased in such a way as to be lacking foundation, argumentative, prejudicial, or otherwise improper.

Google further objects to Interrogatory 4 as premature to the extent that it requires Google to disclose facts concerning matters within Daily Mail's knowledge, possession, custody, or control and before Google has had the opportunity to complete discovery of Daily Mail.

Subject to and without waiving any of Google's objections, Google responds that during the relevant time period, Daily Mail engaged, or sought to engage, in conduct that was either similar to the alleged conduct underlying its claims against Google, or was otherwise inequitable and/or improper. Discovery is ongoing, but based on discovery to date, there are numerous examples of documents and testimony supporting Google's defense that Daily Mail's claims are barred, in whole or in part, by the doctrine of unclean hands. Google refers Daily Mail to the following non-exhaustive list of documents sufficient to show support for this defense:

DM_GOOG_0260817

DM_GOOG_0880607

DM_GOOG_0045401

DM_GOOG_0089942

DM_GOOG_0368872

30(b)(6) Deposition of Daily Mail (Matthew Wheatland) 239:11-252:8, June 12, 2024

**Interrogatory No. 5**

Identify the material and/or primary facts and evidence in support of and the legal basis for your defense that, to the extent Daily Mail seeks relief on behalf of parties other than natural persons who are direct purchasers, Daily Mail's claims are barred in whole or in part because Daily Mail lacks standing to do so.

| | |
|---|---|
| Dated: June 28, 2024 | /s/*Craig M. Reiser* |

                                                  Craig M. Reiser
Daniel Bitton
Denise L. Plunkett
Eva H. Yung
Claire L. Haws
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, New York 10036
Telephone: (212) 728-2200
Fax: (212) 728-2201
creiser@axinn.com
dbitton@axinn.com
dplunkett@axinn.com
eyung@axinn.com
chaws@axinn.com

Bradley Justus (pro hac vice)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Fax: (202) 912-4701
bjustus@axinn.com

Caroline P. Boisvert (pro hac vice)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, Connecticut 60103
Telephone: (860) 275-8100
Fax: (860) 275-8101
cboisvert@axinn.com

***Counsel for Defendants Google LLC and Alphabet, Inc.***