# Exhibit 8

Message

| | |
|---|---|
| **From:** | Burkett, Jeff [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2AD51D7253214A18AF04D8ABE583CCD8-BURKETT, JE] |
| **Sent:** | 1/29/2018 7:08:17 PM |
| **To:** | Wolfe, Tim [twolfe1@gannett.com] |
| **Subject:** | FW: msg/Daily Mail roundtable -- vendor priority list |

Tim,

Are you seeing this same thing that Jeremy is describing? I need to get you into this group....some super amazing discussions go on here.

**Jeff Burkett**
VP, Ad Innovations

 USA TODAY NETWORK

Mobile: 571.437.1664
jeburkett@gannett.com

---

**From:** Jeremy Hlavacek <jeremy.hlavacek@weather.com>
**Date:** Sunday, January 28, 2018 at 11:18 AM
**To:** Matt Goldstein <matthew.scott.goldstein@gmail.com>
**Cc:** Richard Caccappolo <Rich.Caccappolo@mailonline.com>, "Catanzaro, Joe (Joe.Catanzaro@warnerbros.com)" <joe.catanzaro@warnerbros.com>, Matt Minoff <matt.minoff@meredith.com>, "jay.glogovsky@nytimes.com" <jay.glogovsky@nytimes.com>, Sasha Heroy <sasha.heroy@nytimes.com>, Chip Schenck <chip.schenck@meredith.com>, "nicole.lesko@meredith.com" <nicole.lesko@meredith.com>, "evan.pfeffer@bustle.com" <evan.pfeffer@bustle.com>, "mkaplan@us.univision.com" <mkaplan@us.univision.com>, "Allen, Larry" <larry.allen@turner.com>, "asmcgee@tronc.com" <asmcgee@tronc.com>, Matthew Wheatland <Matthew.Wheatland@dailymail.com>, "emry@chegg.com" <emry@chegg.com>, "daniel.papalia@nytimes.com" <daniel.papalia@nytimes.com>, Alicia Muntzner <Alicia.Muntzner@dailymail.com>, Jonathan King <jking@cafemedia.com>, Justin F <justin@littlethings.com>, "Burkett, Jeff" <jeburkett@gannett.com>, "Guenther, Christopher" <cguenther@newscorp.com>, Kai Hsing <kai@bustle.com>, "mdugan@hearst.com" <mdugan@hearst.com>, "rmccafferty@thehill.com" <rmccafferty@thehill.com>, Jana Meron <jmeron@businessinsider.com>, WhatHappens InAdops <happensinadops@gmail.com>, "akalra@forbes.com" <akalra@forbes.com>, "Adlman, Evan" <evan_adlman@condenast.com>, Megan Hartman <megan.hartman@soundcloud.com>, Chris Cummings <chris@spanishdict.com>, Jason Tollestrup <jason.tollestrup@washpost.com>, "mia.birkhead@slate.com" <mia.birkhead@slate.com>, Jeremy Gan <Jeremy.Gan@mailonline.com>, Scott Cherkin <scottc@complex.com>, Mark Parolisi <Mark.Parolisi@mailonline.com>, "felix.zeng@us.ibm.com" <felix.zeng@us.ibm.com>, "Solorzano, Rebeca" <RSolorzano@forbes.com>
**Subject:** Re: msg/Daily Mail roundtable -- vendor priority list

Thanks MSG. Here is one issue I will throw out to this group as I am curious about it.

We are increasingly seeing partners waffle on offering business services that are typical of an SSP. For example, some folks are saying they don't want to be liable for payments, won't act as a clearinghouse, etc. They are 'just a platform' (can't wait til they are trying that routine with a senator and US justice department some day...)

In any event, if partners are not offering these traditional business services that SSPs have always offered, then in my view that partner is acting more like an ad server and should be paid as such (i.e., a few pennies in CPM serving fee as opposed to a healthy revshare).

Is anyone else observing this trend? And if so, thoughts on pushback and alternatives?

Perhaps a good topic for the next roundtable.

-JH

On Sun, Jan 28, 2018 at 10:05 AM, <matthew.scott.goldstein@gmail.com> wrote:

Here is the priority list we discussed -- https://docs.google.com/spreadsheets/d/1UD0WYDi9OsPJ-zhmNcYoCd1bJE10voRMBqln0NUG0pw/edit#gid=0

Please feel free to enter anything that is missing.

Of course, let me know if you have any questions. :-)

-msg



--

Jeremy Hlavacek | Head of Global Automated Monetization
w: 212-476-0204    e: jeremy.hlavacek@weather.com

**Watson Advertising**