# Exhibit 9

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF VIRGINIA
 2                         ALEXANDRIA DIVISION

 3    ---------------------------x
      UNITED STATES, et al.,       :   Civil Action No.:
 4                                 :   1:23-cv-108
                   Plaintiffs,     :
 5         versus                  :   Wednesday, September 18, 2024
                                   :   Alexandria, Virginia
 6    GOOGLE LLC,                   :   Day 8 a.m./p.m. (first part)
                                   :   Pages 1-237
 7                  Defendant.      :
      ---------------------------x
 8

 9           The above-entitled bench trial was heard before the
      Honorable Leonie M. Brinkema, United States District Judge.
      This proceeding commenced at 9:01 a.m.
10

11                       A P P E A R A N C E S:

12    FOR THE PLAINTIFFS:   GERARD MENE, ESQUIRE
                            OFFICE OF THE UNITED STATES ATTORNEY
13                          2100 Jamieson Avenue
                            Alexandria, Virginia  22314
14                          (703) 299-3700

15                          JULIA TARVER WOOD, ESQUIRE
                            AARON TEITELBAUM, ESQUIRE
16                          KELLY GARCIA, ESQUIRE
                            JEFFREY VERNON, ESQUIRE
17                          MICHAEL WOLIN, ESQUIRE
                            UNITED STATES DEPARTMENT OF JUSTICE
18                          ANTITRUST DIVISION
                            450 Fifth Street, NW
19                          Washington, D.C.  20530
                            (202) 894-4266
20
      (State of VA)         TYLER HENRY, ESQUIRE
21                          OFFICE OF THE ATTORNEY GENERAL
                            OFFICE OF THE SOLICITOR GENERAL
22                          202 North Ninth Street
                            Richmond, Virginia  23219
23                          (804) 786-7704

24

25
                                                              1
```

```
 1  in the middle.

 2          What do those refer to?

 3  A    This means of the impressions that Google AdX won,

 4  around 50 percent of the time there was no bid from any

 5  other exchange.

 6  Q    And what did that tell you about the demand that was in

 7  AdX?

 8  A    That the demand was unique and not coming through other

 9  channels.

10  Q    Let's please turn to the next page, the fourth page

11  with Bates number ending in 645.  And the title here is

12  "What Happens When We Replace Currently AdX Impressions With

13  The Next Best Wrapper Bid"; do you see that?

14  A    Yes.

15  Q    Could you explain what this slide was showing?

16  A    So this slide is showing the difference between AdX's

17  winning price and the highest losing bid.  And we assumed

18  that that's the incrementality of AdX when we had a bid from

19  a non-Google bidder, and we would assume we would lose

20  incrementality.  So that's what this was calculating.

21  Q    Please turn to the next page, the fifth page.  The

22  title of this one is "Considering Increased Shading After

23  Losing AdX Auction Pressure."  And, again, could you explain

24  what's being shown on this slide?

25  A    So this is showing -- and this was utilizing a natural
```

129

1   experiment that occurred in our data.  When AdX is not live,

2   there's a reduction in auction pressure, which allows

3   non-Google exchanges to win inventory more easily.  So if

4   AdX was not in the auction, not only would you lose the

5   revenue from AdX, there is an additional knock on, and we

6   would put this down to bid shading from non-Google buyers

7   where they could buy a slightly lower price without AdX.

8          MR. WOLIN:  And there's one final slide.  So we'll

9   turn to the last one, please.

10  BY MR. WOLIN:

11  Q    And this sixth page has the title "MailOnline UK.

12  Revenue At Risk If We Pull AdX."

13         And what did Daily Mail -- what conclusion was

14  reached on this slide?

15  A    So we added together the first two revenue numbers, and

16  we were calling that sort of unique AdX demand that we would

17  lose.  And we then took into account bid shading from

18  non-Google exchanges, add that together, and it came to

19  355,000 pounds a month.

20         This was looking across our open-web display

21  revenue in the UK.  So the 355 over the 1268 will give you a

22  number of about 28 percent.  So we concluded that we would

23  lose roughly 28 percent of our programmatic revenue if we

24  switched off AdX.  If we didn't have access to AdX, sorry.

25  Q    And so you said a few moments ago that you considered

                                                          130

```
 1   Smart and Xandr as potential possible other ad servers.  I

 2   want to ask you about some other companies.

 3            What ability does Daily Mail have to replace DFP

 4   with technology that's provided by Facebook, which is now

 5   called Meta?

 6   A    Facebook doesn't offer a publisher display ad server.

 7   Q    And what about Amazon, what ability would Daily Mail

 8   have to replace DFP with technology from Amazon?

 9   A    Again, the same situation.  We wouldn't be able to do

10   that.

11   Q    And what about Disney?

12   A    Same answer.  They don't offer a publisher display ad

13   server.

14            THE COURT:  I'm sorry.  What was the last?

15            THE WITNESS:  They don't offer a publisher display

16   ad server.

17   BY MR. WOLIN:

18   Q    What ability does Daily Mail have to replace DFP

19   entirely with a header bidding wrapper?

20   A    I don't think that would be possible.  There's lots of

21   functionality that we required from an ad server, and, for

22   instance, Prebid wouldn't allow us to serve our direct sold

23   campaigns.

24   Q    Is there any other functionality that you would lose if

25   you replaced DFP entirely with a header bidding wrapper?
```

131

1  A    Yeah.  I mean, the ad server can deal with inventory

2  management, the hierarchy of the inventory, inventory

3  forecasting, they give us a user interface, we have

4  reporting tools, user management, APIs into other systems,

5  for instance.  So there's a lot of functionality which is in

6  the ad server which doesn't exist within Prebid.

7  Q    I mean, what about the ability to create your own

8  in-house ad serving technology?

9  A    Our specialism is producing content and journalism.  We

10 don't specialize in producing sort of enterprise-level

11 software.  So I think not really possible.  And even if we

12 did, we still wouldn't get access to AdX demand, so it

13 wouldn't be worthwhile.

14 Q    And if you did try and attempt to do that, would you

15 have to rebuild all those features that you listed when we

16 were talking about Prebid?

17 A    Yeah.  Yeah.  Pretty much.

18 Q    So what ability does Daily Mail have to replace its

19 Open Auction display impressions that it sells through DFP

20 with selling social media ads instead?

21 A    None.  It's not possible.

22 Q    What ability does Daily Mail have to replace the Open

23 Auction display impressions it sells through DFP with video

24 ads instead?

25 A    Again, not really possible.  Our content is

132

Direct examination - M. Wheatland

1  primarily -- while we do produce some video, it's primarily

2  text, text on a page, and you require display ads around

3  that.

4  Q    And, finally, what ability does Daily Mail have to

5  replace the Open Auction web display impressions it sells

6  through DFP with impressions that it's selling through an

7  app?

8  A    Again, not really possible.  There are two different

9  ways to access our website.  To put that into context, we

10 get roughly -- 70 million people in the U.S. each month come

11 to our website.  Our app you would be required to go to an

12 app store, download the app, and we have less than a million

13 users in the U.S. today that utilize our app.  So we

14 wouldn't be able to shift 17 million over to the app.

15 Q    And so what exchanges does Daily Mail use to sell its

16 Open Auction display impressions?

17 A    We use a few different exchanges.  Google AdX is the

18 largest.  Some other examples include PubMatic, Xandr, Index

19 Exchange, Magnite, TripleLift.

20 Q    And how does the amount of impressions transacted

21 through AdX for Daily Mail compare to the amount of

22 impressions transacted through those other exchanges?

23 A    AdX accounts for significantly more impressions.

24 Historically, over the last few years, anywhere between 40

25 to 60 percent of programmatic impressions go through Google

133

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

1   AdX, and the next closest competitor is probably more like

2   6 percent, 7 percent, something like that maybe.

3   Q    And so what take rate does Daily Mail pay Google for

4   the Open Auction impressions sold through AdX?

5   A    20 percent.

6   Q    And how does that 20 percent take rate compare to the

7   take rates that Daily Mail pays other exchanges for Open

8   Auction transactions?

9   A    Typically that's around double.  So across some of the

10  other exchanges I mentioned as well, we have roughly around

11  a 10 percent take rate.  We have a couple of exchanges, one

12  operating at 7 percent, one operating at 9 percent.

13  Q    So why did Daily Mail continue working with AdX if

14  AdX's take rate was roughly twice that what you were paying

15  for other exchanges?

16  A    Because that's the only way to access AdX demand.

17  Q    Are you familiar with the term direct sale in the

18  context of digital advertising?

19  A    Yeah.

20  Q    Does Daily Mail make direct sales of web display

21  impressions?

22  A    Yeah, we do.  Yep.  We've got a sales team.

23  Q    And, in brief, what process is required for Daily Mail

24  to implement a direct sale from start to finish?

25  A    It's typically a fairly long process.  You require a

134

1   sales team and the support staff, creative, marketing.  You

2   would need to create sales materials, sell your brand into a

3   media agency or buyer.  You'd need to respond to RFPs.  You

4   would need to, if you win the RFP, on board creative assets

5   or tags, you need to traffic that in the ad server.  You

6   would need to set up billing and reporting with the buyer.

7   You'd need to monitor the campaign as it was running.  And

8   then at the end of the campaign, you typically would send a

9   post-campaign report to explain how the campaign did.

10  Q    And what percentage of Daily Mail's display impressions

11  is Daily Mail able to sell through those direct transactions

12  you just described?

13  A    Of impressions, it's probably roughly globally maybe 10

14  to 20 percent.  A little bit less in the U.S., I guess.

15  Q    So if the take rate that Daily Mail paid for Open

16  Auction transactions increased by a small but significant

17  amount, what ability would Daily Mail have to shift those

18  Open Auction sales to direct sales?

19  A    Very little.  Typically direct sales is higher priced.

20  So it's higher CPM.  So we sell as much as we can direct.

21  Direct sales and open market programmatic, the way we view

22  it, they're not really substitutes, and you can't just move

23  one -- you can't just move Open Auction to -- direct sales

24  typically serves a different purpose as well.  Direct sales

25  are quite often higher impact ad creatives.  The goals of

135