# Exhibit 10

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF VIRGINIA
 2                    ALEXANDRIA DIVISION

 3   --------------------------x
     UNITED STATES, et al.,     :    Civil Action No.:
 4                              :    1:23-cv-108
                 Plaintiffs,    :
 5        versus                :    Friday, September 27, 2024
                                :    Alexandria, Virginia
 6   GOOGLE LLC,                :    Day 15 a.m.
                                :    Pages 1-115
 7               Defendant.     :
     --------------------------x
 8

 9        The above-entitled bench trial was heard before the
     Honorable Leonie M. Brinkema, United States District Judge.
     This proceeding commenced at 10:00 a.m.
10

                      A P P E A R A N C E S:
11

     FOR THE PLAINTIFFS:    GERARD MENE, ESQUIRE
12                          OFFICE OF THE UNITED STATES ATTORNEY
                            2100 Jamieson Avenue
13                          Alexandria, Virginia  22314
                            (703) 299-3700
14
                            JULIA TARVER WOOD, ESQUIRE
15                          AARON TEITELBAUM, ESQUIRE
                            MICHAEL WOLIN, ESQUIRE
16                          JEFFREY VERNON, ESQUIRE
                            DANIEL GUARNERA, ESQUIRE
17                          UNITED STATES DEPARTMENT OF JUSTICE
                            ANTITRUST DIVISION
18                          450 Fifth Street, NW
                            Washington, D.C.  20530
19                          (202) 894-4266

20   (State of VA)          TYLER HENRY, ESQUIRE
                            OFFICE OF THE ATTORNEY GENERAL
21                          OFFICE OF THE SOLICITOR GENERAL
                            202 North Ninth Street
22                          Richmond, Virginia  23219
                            (804) 786-7704
23

24

25
                                                            1
```

```
 1   software.
 2   Q    Now, are there benefits to you as a publisher from
 3   Google's integration of products across the entire ad tech
 4   stack?
 5   A    I don't think there are.
 6   Q    Well, is it cheaper using Google's products across the
 7   ad tech stack, for example?
 8   A    It's not cheaper.  We pay -- for instance, our revenue
 9   share on Google AdX is double or more than double that of
10   non-Google exchanges, so it's not cheaper.
11        I don't think it's more -- I don't think it's more
12   efficient because there's functionality in the ad server
13   that publishers never asked for and never wanted, and we
14   have to try and kind of try and work around that or just
15   deal with the way the ad server operates, which is
16   inefficient for us.
17        You know, examples, even setting up client-side
18   header bidding in the ad server is hugely inefficient, and
19   we have to set up thousands and thousands of line items to
20   get client-side header bidding to compete with Google AdX.
21   Q    And is the fact that Google offers integrated products,
22   does that, in your perception or experience, make it safer
23   to work with Google products?
24   A    I mean, from our perspective when we're talking about
25   safer, we would be talking about like the quality of the ads
```

75

```
 1   that are getting loaded onto our site.  And from my
 2   experience, I don't think it's true to say that Google AdX
 3   has better quality ads than other exchanges, no.
 4   Q    Would Daily Mail prefer to have choice among its ad
 5   tech vendors?
 6   A    Yes.
 7   Q    Do you feel you had that choice?
 8   A    No.
 9   Q    Why not?
10   A    Because we are -- you know, we're forced to purchase
11   Google's ad server if we want to get access to AdX demand.
12   You know, from that perspective, an AdX demand is huge, and
13   it's, you know, valuable to publishers, and if we didn't
14   have AdX demand, we would lose money.  And so because of
15   that requirement to access ad demand, we need to purchase
16   Google's ad server.  You know, in another world, maybe we
17   would like to choose which product we feel operates best.
18            MS. WOOD:  I'll pass the witness.
19            THE COURT:  All right.  Ms. Rhee.
20                     CROSS-EXAMINATION
21   BY MS. RHEE:
22   Q    Good afternoon, Mr. Wheatland.
23   A    Good afternoon.
24   Q    I did not expect to see you so soon again.
25            My name is Jeannie Rhee, I represent Google, and
```

76

Case 1:23-cv-00108-LMB-JFA   Document 1355-10   Filed 09/20/24   Page 5 of 15
Case 1:23-cv-00108-LMB-JFA   Document 1265-1   Filed 09/13/24   Page 75 of 115
PageID# 99066
Cross-examination - M. Wheatland

```
 1    I'm going to be asking you questions; okay?

 2    A    Okay.

 3    Q    Now, the first thing that I believe that you were asked

 4    about was the publisher ad server; is that right?

 5    A    Yeah, I can't remember.  It may be.  Yeah.  Yeah.  It

 6    may be.

 7    Q    How much does The Daily Mail pay for DFP?

 8    A    I don't know the exact amount off the top of my head.

 9    DFP is -- we pay maybe in the region of 100,000, $150,000 a

10    month.

11    Q    And for that fee, you get the functionality that you

12    talked about; right?  Management of all of your inventory?

13    A    The ad server can help organize inventory, yes.

14    Q    Including your direct deals and sales; right?

15    A    We can run direct advertising in direct advertising.

16    Q    And all of the header bidding inventory that you choose

17    to put into DFP; correct?

18    A    We can submit header bidding bids into the ad server.

19    Q    All of your programmatic guaranteed; right?

20    A    Every ad that we serve onto our website will run

21    through Google's ad server.

22    Q    Including the private deals, the private programmatic

23    deals that you strike; right?

24    A    When we load an impression onto our website, it will go

25    through Google's ad server, yeah.
```

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894