# Exhibit 11

```
1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF VIRGINIA
2                    ALEXANDRIA DIVISION

3    ---------------------------x
     UNITED STATES, et al.,      :   Civil Action No.:
4                                :   1:23-cv-108
              Plaintiffs,        :
5       versus                   :   Monday, September 9, 2024
                                 :   Alexandria, Virginia
6    GOOGLE LLC,                 :   Day 1 a.m.
                                 :   Pages 1-164
7             Defendant.         :
     ---------------------------x
8
             The above-entitled bench trial was heard before the
9    Honorable Leonie M. Brinkema, United States District Judge.
     This proceeding commenced at 8:58 a.m.
10
                     A P P E A R A N C E S:
11
     FOR THE PLAINTIFFS:    GERARD MENE, ESQUIRE
12                          OFFICE OF THE UNITED STATES ATTORNEY
                            2100 Jamieson Avenue
13                          Alexandria, Virginia  22314
                            (703) 299-3700
14
                            JULIA TARVER WOOD, ESQUIRE
15                          AARON TEITELBAUM, ESQUIRE
                            JEFFREY VERNON, ESQUIRE
16                          DANIEL GUARNERA, ESQUIRE
                            MICHAEL WOLIN, ESQUIRE
17                          UNITED STATES DEPARTMENT OF JUSTICE
                            ANTITRUST DIVISION
18                          450 Fifth Street, NW
                            Washington, D.C.  20530
19                          (202) 894-4266

20   (State of VA)          TYLER HENRY, ESQUIRE
                            JONATHAN HARRISON, ESQUIRE
21                          OFFICE OF THE ATTORNEY GENERAL
                            OFFICE OF THE SOLICITOR GENERAL
22                          202 North Ninth Street
                            Richmond, Virginia  23219
23                          (804) 786-7704

24

25
                                                             1
```

1  Q    Before roughly 2015, or right around there, what
2  options did Gannett have available to it to get advertisers
3  to bid in real time on its display ad impressions?
4  A    Sorry.  Prior to 2015?
5  Q    Yeah.  Prior to about 2015.
6  A    I think -- well, prior to 2015, I think the Google ad
7  exchange was the only tool capable of facilitating real-time
8  bidding.
9  Q    And did anything occur in roughly 2015 that made
10 real-time bidding more widely available?
11 A    Yeah.  That was kind of the beginning of header
12 bidding.
13 Q    Could you just briefly explain to the Court what header
14 bidding is, please.
15 A    Sure.  Header bidding is a snippet of code that lives
16 in the header or at the very top of the page.  So as we
17 talked about that page, a user going to that page, that page
18 starting to render the ad requests via the header bidding
19 code, we'll send those requests off to your header bidding
20 partners where an auction -- a real-time bidding and an
21 auction will occur resulting in a real-time bid that will
22 get passed back into the ad server for evaluation to
23 potentially deliver an ad to that user on that web page.
24 Q    Can you tell the Court what effect, if any, did the
25 arrival of header bidding have on Gannett's revenue from

74

1   selling its display advertising inventory?
2   A   Broadly speaking, it was a -- definitely a positive
3   impact on the revenue.  I think we saw CPM somewhere 15,
4   20 percent improvement shortly thereafter the launch of
5   header bidding.
6   Q   And about how many different sources of advertiser
7   demand is Gannett able to work with now, approximately, for
8   selling its display advertising inventory?
9   A   I think we currently work with I think 24, 25 different
10  programmatic partners.
11  Q   And are any of those programmatic partners
12  participating in header bidding?
13  A   Yes.
14  Q   Can you estimate how many?
15  A   All of them.
16  Q   Okay.
17  A   Almost all, yeah.
18  Q   And what about demand -- advertiser demand that's
19  coming directly from AdX, is that header bidding?
20  A   Well, that's a server-side integration with the ad
21  server.
22  Q   Now I just want to back up a little bit.
23          When we were talking about the evaluation of
24  switching potentially to the Smart AdServer, can you tell
25  the Court, why didn't Gannett switch to the other publisher

75

1  ad server even though you were getting an offer to cut your
2  ad serving fees in half?
3  A   Well, so in the grand scheme of fees that a publisher
4  pays to operate its technology, the ad serving fee in
5  isolation is actually very small.  So even if that number
6  were to be cut in half for us, it was not going to offset
7  the revenue loss of not having direct access to the Google
8  ad exchange as a demand source for our inventory.
9  Q   And could you explain to the Court, why was that going
10 to be a drawback, losing access to the demand coming from
11 Google's ad exchange, what was it about that demand?
12 A   Well, broadly speaking, Google has been as high as 60,
13 currently around 50 percent of Gannett's total programmatic
14 monetization.  More specifically within AdX, there's the ad
15 words demand which is a discrete piece of -- discrete chunk
16 of demand that, you know, right or wrong, has been a
17 significant percentage of Google's demand as it relates to
18 monetizing Gannett's websites.
19 Q   Is ad words sometimes called Google Ads?
20 A   I believe so, yes.
21 Q   With respect to Gannett's business specifically, is
22 there anything unique or particularly useful about the
23 demand that comes from Google Ads specifically?
24 A   Sure.  I mean, as I just -- right or wrong, like,
25 Gannett has so many properties in so many niche or smaller

76

1  parts of the country.  We've kind of already talked about
2  not being able to get in front of all advertisers, Google ad
3  words performs very well for Gannett in terms of monetizing
4  many of our local properties.
5  Q    And that's because of local advertisers that are
6  available?
7  A    Yes.
8  Q    And are there any alternative ways for using
9  programmatic display advertising for Gannett to get access
10 to that demand from Google Ads other than using Google's ad
11 exchange?
12 A    Not from a real-time bidding perspective, I don't
13 believe so.
14           MR. TEITELBAUM:  May I have just one moment, Your
15 Honor?
16           THE COURT:  Yes, sir.
17           MR. TEITELBAUM:  No further questions for
18 Mr. Wolfe on direct examination.
19           THE COURT:  All right.  Then I think this is a
20 good time to take our morning break.
21           Mr. Wolfe, we're going to give you a badge so you
22 can get back in here through the crowds.  I want you back
23 here at five after 11.  All right.  And we'll go into the
24 cross-examination at that point.
25                     (A recess was taken.)

77

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

```
 1   environment where the ad map might be a bit more robust with
 2   more ads on its pages.
 3   Q    You were also asked some questions on cross about the
 4   technology that's used for web pages on a desktop computer
 5   versus a mobile app environment.
 6             Are you familiar with something called an SDK?
 7   A    Yes.
 8   Q    Could you explain to the Court what an SDK is.
 9   A    It's a standard display kit.  It's also part of the
10   technology alongside the ad server that facilitates the
11   delivery and rendering of ad impressions.
12   Q    And is it sometimes also called a Software Development
13   Kit?
14   A    Yeah.  Software Development.  Yeah.
15   Q    Does an SDK play any role in selling display
16   advertisement on a desktop or laptop computer or web page?
17   A    No.
18   Q    What about with respect to mobile apps?
19   A    Apps, yes.
20   Q    You were asked a few questions on cross-examination
21   about header bidding.
22             And what effect, if any, did header bidding -- the
23   adoption of header bidding have on Gannett's display
24   advertising revenue?
25   A    Well, I think I previously stated that we think we
```

103

1 saw -- or I know we saw -- you know, depending on the
2 period, there was a 15 to 20 percent bump in our overall
3 programmatic effective CPMs.
4 Q    And in contrast to header bidding, we also talked about
5 Gannett's use of Google Ad Manager and AdX.  And you were
6 asked some questions about that on cross; do you recall
7 that?
8 A    Yes.
9 Q    And could you explain, given that as you were asked on
10 cross, you work with all these different demand partners,
11 why is it that Gannett can't switch away from using Google's
12 ad exchange as one of those?
13 A    Well, I think I've also previously mentioned that
14 Google represents about 50 percent of the programmatic
15 revenue that Gannett generates.  And, more specifically,
16 like, the ad exchange and specifically ad words, right or
17 wrong, the demand source that exists there seems to find its
18 way, and, like monetizing many of our local properties, is
19 successful in doing so.
20 Q    So based on your work at Gannett, is there any other
21 way for Gannett to access the Google ad words or Google Ads
22 demand other than through AdX?
23 A    I don't believe so, no.
24           MR. TEITELBAUM:  No further questions on redirect.
25           Thank you, Your Honor.

```
 1                THE COURT:  Any recross?
 2                       RECROSS EXAMINATION
 3   BY MR. ISAACSON:
 4   Q    When you said 50 percent of your programmatic revenue
 5   comes from Google, are you including DV360?
 6   A    I'm including the Google ad exchange as a demand
 7   source.  It's around 50 percent.  Yeah.
 8   Q    So Google's AdX is what you're talking about, not
 9   Google Ads?
10   A    Correct.
11   Q    Okay.
12                MR. TEITELBAUM:  Your Honor, with the Court's
13   permission, I do think I need to clarify just one thing.
14                THE COURT:  No.  No.  No.  That's it.
15                All right.  Is anybody going to call this witness
16   again during the course of the trial?
17                MR. TEITELBAUM:  Not from the plaintiffs.
18                MR. ISAACSON:  No, Your Honor.
19                THE COURT:  Sir, you're excused as a witness.
20   That means you may now stay and watch the proceedings if you
21   want to.  You're not to discuss your testimony or anything
22   you see or hear in court with any witness who has not yet
23   testified.
24                THE WITNESS:  Understood.
25                THE COURT:  We've got your badge back from you?
```

105