# Exhibit 16



# Government Plaintiffs' Rebuttal

## *United States, et al. v. Google, LLC*

November 21, 2025



Plaintiffs'
**Demonstrative V**
1:23-cv-00108

1

# DFP's Final Auction Logic Controls Which Ad Wins

## DFP Redesign

In 4 years, will structurally remove the ability for PCAS to **decide which ad to serve** across direct and indirect demand by **open sourcing the final auction**

**Redacted**

PRX050 at -325

Pl. PFJ §§ VI(E), VIII(E)

8

