# FRESHFIELDS

**Via ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Silicon Valley**
855 Main Street
Redwood City, CA 94063
T +1 650 618 9250 (Switchboard)
 +1 650 461 8276 (Direct)
E justina.sessions@freshfields.com
www.freshfields.com

December 5, 2025

**Re:** *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC); *CMI Marketing, Inc. v. Google LLC and Alphabet Inc.*, No. 1:25-cv-08630 (PKC)

Dear Judge Castel:

Pursuant to Your Honor's order of November 13, 2025, ECF No. 1241 ¶ 3, Defendants Google LLC and Alphabet Inc. (together, "Google") respectfully request permission to file a motion to dismiss the state-law claims asserted by CMI Marketing, Inc. ("Raptive") after the Court rules upon a pending motion to dismiss in related cases asserting similar claims. There is no conference scheduled at this time in the *Raptive* case.

On August 29, 2025, Dotdash Meredith, Inc. and Meredith Operations Corp. (together "People") filed a complaint against Google based on alleged conduct related to Google's advertising technology. *See Dotdash Meredith Inc. v. Google LLC*, No. 1:25-cv-07194, ECF No. 1. Represented by the same counsel as People, Insider, Inc. and The Slate Group LLC filed substantially similar complaints against Google on September 8 and 16, 2025, respectively. *See Insider Inc. v. Google LLC*, No. 1:25-cv-07409, ECF No. 1; *Slate Grp. LLC v. Google LLC*, No. 1:25-cv-07697, ECF No. 1. On October 9, this Court entered a scheduling order governing those three cases (the "Related Actions"). ECF No. 1209.

Roughly a week after entry of that scheduling order, on October 17, 2025, the same plaintiffs' counsel initiated this case on behalf of Raptive by filing yet another complaint alleging substantially similar claims to those asserted in the Related Actions. *CMI Marketing, Inc. v. Google LLC*, No. 1:25-cv-08630, ECF No. 1.

On November 24, 2025, Google moved to dismiss the state-law claims in the Related Actions. *See* ECF No. 1249 (the "Pending Motion"). Plaintiffs in the Related Actions must file an opposition brief by December 12, 2025, and Google must file a reply by December 19, 2025. *See* ECF No. 1242, at 1, 5.

Subject to the Court's ruling on the Pending Motion, Google will file a substantially similar motion to dismiss the Raptive complaint. For this reason, Google submits that it would be more efficient and economical for the parties to consider and incorporate the Court's ruling on the Pending Motion before litigating another, nearly identical, motion to dismiss the state-law claims asserted in the *Raptive* case. To that end, on the day after filing the Pending Motion, Google contacted Raptive to propose that the parties stipulate to a process that would result in application of the Court's ruling on the Pending Motion to the *Raptive* case. *See* Ex. A at 2. Raptive did not agree to Google's proposal. *See id.* at 1.

In the interests of efficiency and judicial economy, Google respectfully requests the opportunity to consider the Court's ruling on the Pending Motion before responding to Raptive's complaint. Specifically, Google proposes that it be allowed to file 10 days after the Court's ruling on the Pending Motion a letter seeking leave to file a motion to dismiss or proposing a schedule for filing an answer to the *Raptive* complaint.

Alternatively, if the Court would prefer to receive briefing in the *Raptive* case sooner, Google would request permission to file a motion to dismiss on substantially similar grounds to those described in its pre-motion letter concerning the Pending Motion (ECF No. 1221) and its memorandum in support of the Pending Motion (ECF No. 1250). Google would propose that its motion to dismiss the state-law claims in the *Raptive* complaint be due on December 19, 2025; Raptive's opposition be due on January 9, 2026; and Google's reply be due on January 16, 2026.

Sincerely,

*/s/ Justina K. Sessions*
Justina K. Sessions
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com

Eric Mahr
Andrew Ewalt
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4545
Email: eric.mahr@freshfields.com
          andrew.ewalt@freshfields.com

Craig M. Reiser
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor

New York, New York 10111
Telephone: (212) 728-2218
Email: creiser@axinn.com

*Counsel for Defendants Google LLC and Alphabet Inc.*

CC: All Counsel of Record (via ECF)