# EXHIBIT A

BOSCO, Veronica

---

| | |
|---|---|
| **From:** | Maier, Eric J. <emaier@kellogghansen.com> |
| **Sent:** | Tuesday, December 2, 2025 5:44 PM |
| **To:** | BOSCO, Veronica; Thorne, John; Bird, Daniel G.; Goodnow, Christopher C. |
| **Cc:** | EWALT, Andrew (AJE); SESSIONS, Justina (JKS); creiser; Bradley Justus; Ali Vissichelli |
| **Subject:** | RE: Google Ad Tech - Proposal + Draft Joint Stip. re: Raptive Response |

Thank you, Veronica. Raptive does not agree to Google's proposed stipulation. The parties cannot stipulate in advance to the effect of a decision that Judge Castel has not written. Google's proposed stipulation appears to recognize this problem: it provides that the parties must meet and confer after any decision on Google's pending motion to dismiss to determine how the "terms of the decision" should be applied to Raptive's complaint.

All the best,

Eric

**Eric J. Maier**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7923

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** BOSCO, Veronica <Veronica.Bosco@freshfields.com>
**Sent:** Tuesday, December 2, 2025 10:12 AM
**To:** Maier, Eric J. <emaier@kellogghansen.com>; Thorne, John <jthorne@kellogghansen.com>; Bird, Daniel G. <dbird@kellogghansen.com>; Goodnow, Christopher C. <cgoodnow@kellogghansen.com>
**Cc:** EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; creiser <creiser@axinn.com>; Bradley Justus <bjustus@axinn.com>; Ali Vissichelli <avissichelli@axinn.com>
**Subject:** [EXTERNAL] RE: Google Ad Tech - Proposal + Draft Joint Stip. re: Raptive Response

Hi Eric,

I hope you had a nice Thanksgiving.

Following up on the below – please let us know Raptive's position on Google's proposal, which Raptive has now had for one week. We'd appreciate it if you would provide Raptive's position by end of day today.

Best,
Veronica

---

**From:** Maier, Eric J. <emaier@kellogghansen.com>
**Sent:** Wednesday, November 26, 2025 8:07 PM
**To:** BOSCO, Veronica <Veronica.Bosco@freshfields.com>; Thorne, John <jthorne@kellogghansen.com>; Bird, Daniel G. <dbird@kellogghansen.com>; Goodnow, Christopher C. <cgoodnow@kellogghansen.com>
**Cc:** EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; creiser <creiser@axinn.com>; Bradley Justus <bjustus@axinn.com>; Ali Vissichelli <avissichelli@axinn.com>
**Subject:** RE: Google Ad Tech - Proposal + Draft Joint Stip. re: Raptive Response

Hi Veronica,

We are considering Google's proposed stipulation – which was raised for the first time yesterday – and will respond in due course.

Have a happy Thanksgiving,

Eric

**Eric J. Maier**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7923

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** BOSCO, Veronica <Veronica.Bosco@freshfields.com>
**Sent:** Tuesday, November 25, 2025 9:32 AM
**To:** Maier, Eric J. <emaier@kellogghansen.com>; Thorne, John <jthorne@kellogghansen.com>; Bird, Daniel G. <dbird@kellogghansen.com>; Goodnow, Christopher C. <cgoodnow@kellogghansen.com>
**Cc:** EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; creiser <creiser@axinn.com>; Bradley Justus <bjustus@axinn.com>; Ali Vissichelli <avissichelli@axinn.com>
**Subject:** [EXTERNAL] Google Ad Tech - Proposal + Draft Joint Stip. re: Raptive Response

Hi Eric,

Due to the overlaps between the Raptive complaint and the complaints in the People, Business Insider, and Slate cases, Google proposes that Raptive and Google stipulate that Judge Castel's resolution of Google's motion to dismiss in the People, Business Insider, and Slate cases would apply with equal force in the Raptive case. A stipulation would promote efficiency by avoiding a second round of briefing on overlapping issues.

I'm attaching a draft stipulation. We'd appreciate it if you would provide Raptive's position by November 26.

Best,
Veronica


**Veronica M. Bosco**
Senior Associate

**Freshfields US LLP**
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
**T** +1 646-440-1863 **|** **M** +1 929-266-7982

2

This email (and any attachments) is confidential and may well also be legally privileged. If you have received it in error, please notify the sender immediately (by telephone or by email) and delete all copies of this email (and any attachments) from your system. Do not copy it, use it for any purpose or disclose its contents to any other person.

Freshfields US LLP is a limited liability partnership organized under the laws of the State of New York. For further regulatory information please see this Legal Notice.

For information about how Freshfields processes personal data please refer to this Privacy notice. For further information about Freshfields, please refer to our website at www.freshfields.com.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields US LLP or any associated firms or entities.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-3010 (PKC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING GOOGLE'S RESPONSE TO THE RAPTIVE COMPLAINT** |
| *This Document Relates To:* | |
| CMI MARKETING, INC.,<br><br>*Plaintiff*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:25-cv-08630 (PKC) |

**WHEREAS**, the Scheduling Order entered on November 13, 2025 directs Google LLC and Alphabet Inc. (together, "Google") to respond to the Complaint in the above-captioned case (the "Raptive" case) no later than December 5, 2025, *see* ECF No. 1241 ¶ 3;

**WHEREAS**, on November 24, 2025, Google filed a motion to dismiss the state-law claims in the following cases (the "Pending Motion," ECF No. 1249): *Dotdash Meredith Inc. v. Google LLC*, No. 1:25-cv-7194 (the "People" case); *Insider Inc. v. Google LLC*, No. 1:25-cv-7409 (the "Business Insider" case); and *Slate Grp. LLC v. Google LLC*, No. 1:25-cv-7697 (the "Slate" case);

**WHEREAS**, Plaintiff's complaint in the Raptive case asserts state-law claims that are substantially similar to the state-law claims in the People, Business Insider, and Slate cases; and

**WHEREAS**, the Parties wish to conserve resources and avoid burdening the Court with additional briefing on substantially similar issues;

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties hereto, through their undersigned counsel, as follows:

1. In satisfaction of Google's obligation to respond in the Raptive case on or before December 5, 2026, the previously filed Pending Motion is deemed filed in the Raptive case. All memoranda in support, opposition, and reply (as well as exhibits thereto) filed or to be filed in connection with the Pending Motion will be similarly deemed filed in the Raptive case and incorporated by reference;

2. Any ruling by the Court regarding the Pending Motion—including any decision (a) to dismiss a claim, or part of any claim or (b) to deny a motion to dismiss—shall be substantially applicable in the Raptive case;

3. Within 21 days of the Court's decision on the Pending Motion, the Parties will confer and submit a proposed order to the Court formally applying the terms of the decision to the Raptive case; and

4. This Stipulation is not to be considered as an endorsement by any Party of any argument in favor or against dismissal made by an opposing party.

DATED:  [XXXX], 2025

/s/ [DRAFT]
Justina K. Sessions
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com

*Counsel for Google LLC and Alphabet Inc.*

/s/ [DRAFT]
John Thorne
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street NW
Suite 400
Washington, DC 20036
Tel.:  (202) 326-7900
Fax:  (202) 326-7999
Email:  jthorne@kellogghansen.com

*Counsel for CMI Marketing, Inc.*

**SO ORDERED:**

_____
Honorable P. Kevin Castel
United States District Judge