KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

December 9, 2025

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *In re Google Digital Antitrust Litigation*, No. 1:21-md-03010-PKC [rel: *CMI Marketing, Inc. v. Google LLC*, No. 1:25-cv-08630-PKC]

Dear Judge Castel:

      On behalf of CMI Marketing, Inc. ("Raptive"), we write in response to Defendants Google LLC and Alphabet Inc.'s (together "Google") pre-motion letter. MDL Dkt. No. 1262. There is no conference scheduled at this time.

      Google states (at 2) that its motion to dismiss Raptive's complaint would be "substantially similar" to the motion to dismiss Google filed on November 24, 2025, in the three other premium publisher cases. *See* MDL Dkt. No. 1249 (the "Premium Publisher MTD"). Based on that representation and on the understanding that discovery in Raptive's case will proceed according to the schedule the Court entered last month, MDL Dkt. No. 1241, Raptive agrees with Google's proposal (also at 2) that, within 10 days of the Court's decision on the Premium Publisher MTD, Google should answer Raptive's complaint or file a letter seeking leave to file a motion to dismiss.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

The Honorable P. Kevin Castel
December 9, 2025
Page 2

                                                     Respectfully submitted,

                                                     /s/ *John Thorne*
                                                   John Thorne
Daniel G. Bird
Bethan R. Jones
Christopher C. Goodnow
Daniel S. Severson
Mark P. Hirschboeck
Eliana Margo Pfeffer
Eric J. Maier
Sven E. Henningson
Jonathan I. Liebman
Jared Stehle
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street NW
Suite 400
Washington, DC 20036
Tel.:  (202) 326-7900
Fax:  (202) 326-7999
Email:  jthorne@kellogghansen.com
        dbird@kellogghansen.com
        bjones@kellogghansen.com
        cgoodnow@kellogghansen.com
        dseverson@kellogghansen.com
        mhirschboeck@kellogghansen.com
        epfeffer@kellogghansen.com
        emaier@kellogghansen.com
        shenningson@kellogghansen.com
        jliebman@kellogghansen.com
        jstehle@kellogghansen.com

*Counsel for CMI Marketing, Inc.*

cc:   All Counsel of Record via ECF