# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

December 9, 2025

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: *In re Google Digital Antitrust Litigation*, No. 1:21-md-03010-PKC [rel: *CMI Marketing, Inc. v. Google LLC*, No. 1:25-cv-08630-PKC]

Dear Judge Castel:

On behalf of CMI Marketing, Inc. ("Raptive"), we write in response to Defendants Google LLC and Alphabet Inc.'s (together "Google") pre-motion letter. MDL Dkt. No. 1262. There is no conference scheduled at this time.

Google states (at 2) that its motion to dismiss Raptive's complaint would be "substantially similar" to the motion to dismiss Google filed on November 24, 2025, in the three other premium publisher cases. *See* MDL Dkt. No. 1249 (the "Premium Publisher MTD"). Based on that representation and on the understanding that discovery in Raptive's case will proceed according to the schedule the Court entered last month, MDL Dkt. No. 1241, Raptive agrees with Google's proposal (also at 2) that, within 10 days of the Court's decision on the Premium Publisher MTD, Google should answer Raptive's complaint or file a letter seeking leave to file a motion to dismiss.

SO ORDERED.
/s/ P. Kevin Castel
USDJ
12-10-25

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

The Honorable P. Kevin Castel
December 9, 2025
Page 2

                                Respectfully submitted,

                                /s/ *John Thorne*
                                John Thorne
                                Daniel G. Bird
                                Bethan R. Jones
                                Christopher C. Goodnow
                                Daniel S. Severson
                                Mark P. Hirschboeck
                                Eliana Margo Pfeffer
                                Eric J. Maier
                                Sven E. Henningson
                                Jonathan I. Liebman
                                Jared Stehle
                                KELLOGG, HANSEN, TODD, FIGEL
                                  & FREDERICK, P.L.L.C.
                                1615 M Street NW
                                Suite 400
                                Washington, DC 20036
                                Tel.: (202) 326-7900
                                Fax: (202) 326-7999
                                Email: jthorne@kellogghansen.com
                                          dbird@kellogghansen.com
                                          bjones@kellogghansen.com
                                          cgoodnow@kellogghansen.com
                                          dseverson@kellogghansen.com
                                          mhirschboeck@kellogghansen.com
                                          epfeffer@kellogghansen.com
                                          emaier@kellogghansen.com
                                          shenningson@kellogghansen.com
                                          jliebman@kellogghansen.com
                                          jstehle@kellogghansen.com

                                *Counsel for CMI Marketing, Inc.*

cc:   All Counsel of Record via ECF