December 12, 2025

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *In re: Google Digital Advertising Antitrust Litig*., No. 21-md-3010 (PKC)
This Letter Relates to *In re: Google Digital Advertising Antitrust Litig.*, 21-cv-7001 (PKC)

Dear Judge Castel:

Plaintiff Hanson writes pursuant to this Court's November 19, 2025 order directing all plaintiff groups to tailor their claims and allegations in advance of summary judgement. ECF 1248.

**15 U.S.C. § 2 Claims**

Plaintiff Hanson maintains his claims for Monopolization and Attempted Monopolization under 15 U.S.C. § 2. ECF 1198 ¶¶ 340-354 (Counts I and II). Plaintiff Hanson maintains Google monopolized the market for ad exchanges and buying tools for small advertisers based on its implementation of Project Bernanke.[1] *Id*. ¶¶ 343 and 351.

Recognizing the benefit of streamlining his claims as the litigation progressed, Plaintiff Hanson previously withdrew his 15 U.S.C. § 2 claims for Monopolization and Attempted Monopolization based on Google's implementation of Dynamic Allocation, Enhanced Dynamic Allocation, Dynamic Revenue Sharing, even though the Court upheld those claims at the motion to dismiss stage. ECF 701 at 13; ECF 1198 ¶¶ 340-354 (Counts I and II); *see* ECF 962 at 1 and ECF 1243 at 1.[2]

---

[1] Plaintiff Hanson is in receipt of the Court's Opinion and Order Denying Advertisers' Motion to Certify a Class and is assessing its impact on the individual claims he may pursue. ECF 1266. Plaintiff Hanson reserves all rights in the event he elects to appeal the class certification decision.
[2] Dismissed and withdrawn claims are included in the First Amended Consolidated Advertiser Class Action Complaint, filed on September 29, 2025, because the amended complaint included only revisions to allegations concerning the relevant markets as contemplated by the Court's August 14, 2025, order. ECF 1106. The complaint was not revised to remove previously dismissed or withdrawn claims.

To: The Honorable P. Kevin Castel
Re: *In re: Google Digital Advertising Antitrust Litig*., No. 21-md-3010 (PKC)
Date: December 12, 2025
Page 2

The Court previously dismissed Plaintiff Hanson's 15 U.S.C. § 2 claims predicated on buying tools for large advertisers such as DV360 and claims predicated on Project Poirot, Project Elmo, and RPO; ECF 1198 ¶¶ 340-354; ECF 701 at 12 and 63.

**15 U.S.C. § 1 Claims**

The Court previously dismissed Plaintiff Hanson's 15 U.S.C. § 1 claims for Restraint of Trade. ECF 1198 ¶¶ 355-362 and 368-380 (Counts III and V); ECF 701 at 63.

**California Consumer Protection Claims**

Plaintiff Hanson maintains his claim under Cal. Bus. & Prof. Code § 17200. *Id.* ¶¶ 385-395 (Count VII).

Plaintiff Hanson withdraws his claims under Cal. Bus. & Prof. Code § 16720. ECF 1198 ¶¶ 363-367 and 381-384 (Counts IV, VI). These state law claims are based on restraint of trade allegations which were previously dismissed with respect to Plaintiff Hanson's federal law claims. ECF 701 at 63.

Respectfully submitted,

*/s/ Dena C. Sharp*

Dena C. Sharp (pro hac vice)
Scott Grzenczyk (pro hac vice)
Mikaela Bock (pro hac vice)
Isabel Velez (pro hac vice)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
mbock@girardsharp.com
ivelez@girardsharp.com

Tina Wolfson (TW-1016)
Theodore W. Maya (pro hac vice)
Bradley K. King (BK-1971)
**AHDOOT & WOLFSON, PC**
2600 West Olive Ave., Suite 500
Burbank, California 91505
Tel.: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com

To: The Honorable P. Kevin Castel
Re: *In re: Google Digital Advertising Antitrust Litig*., No. 21-md-3010 (PKC)
Date: December 12, 2025
Page 3

tmaya@ahdootwolfson.com
bking@ahdootwolfson.com

*Counsel for Plaintiff Hanson*