UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates To:* | No. 1:21-md-3010 (PKC)<br><br>**[Proposed] ORDER CONCERNING EXPERT DISCOVERY SCHEDULE** |
| DOTDASH MEREDITH INC. A/K/A PEOPLE INC. and MEREDITH OPERATIONS CORPORATION,<br><br>          Plaintiffs,<br><br>   - against -<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>          Defendants. | No. 1:25-cv-07194 (PKC) |
| INSIDER, INC.,<br><br>          Plaintiff,<br><br>   - against -<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>          Defendants. | No. 1:25-cv-07409 (PKC) |
| THE SLATE GROUP LLC,<br><br>          Plaintiff,<br><br>   - against -<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>          Defendants. | No. 1:25-cv-07697 (PKC) |
| CMI MARKETING, INC.,<br><br>          Plaintiff,<br><br>   - against -<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>          Defendants. | No. 1:25-cv-08630 (PKC) |

**P. KEVIN CASTEL, Senior District Judge**:

This Expert Discovery Schedule is submitted by Defendants Google LLC and Alphabet Inc. in accordance with Fed. R. Civ. P. 26(f)(3) and this Court's orders of October 9 and November 13, 2025, ECF No. 1209 ¶ 7; ECF No. 1241 ¶ 8:

1. Plaintiffs in the above-captioned cases will serve any opening expert reports within 45 days of the close of fact discovery in *OpenX Technologies, Inc. v. Google LLC*, No. 1:25-cv-01282 (E.D. Va.); *PubMatic, Inc. v. Google LLC*, No. 1:25-cv-01482 (E.D. Va.); *Magnite, Inc. v. Google LLC*, No. 1:25-cv-01541 (E.D. Va.); *Equativ SAS v. Google LLC*, No. 1:25-cv-01755 (E.D. Va.); and *Index Exchange Inc. v. Google LLC*, No. 1:25-cv-10477 (S.D.N.Y.).

2. Defendants in the above-captioned cases will serve any responsive expert reports by 90 days after the deadline for service of Plaintiffs' opening expert reports.

3. Plaintiffs will serve any rebuttal expert reports by 60 days after the deadline for service of Defendant's responsive expert reports.

4. All expert discovery shall be completed by 60 days after the deadline for service of Plaintiffs' rebuttal reports.

5. This Order may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application by the Parties to modify or extend the dates herein for good cause shown shall be made in a written application in accordance with the Court's Individual Practices and shall be made no less than fourteen (14) days prior to the expiration of the date sought to be extended.

**SO ORDERED.**

Dated: _____                              _____
                                                    P. Kevin Castel
                                                    United States District Judge