# EXHIBIT 1

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | Case No. 1:21-md-3010 (PKC) |
| *This document relates to:* | |
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.,<br>*Plaintiffs,*<br>-against-<br>GOOGLE LLC and ALPHABET INC.,<br>*Defendants.* | Case No. 1:21-cv-03466 (PKC) |
| GANNETT CO., INC.<br>*Plaintiff,*<br>-against-<br>GOOGLE LLC and ALPHABET INC.,<br>*Defendants.* | Case No. 1:23-cv-05177 (PKC) |

**SUPPLEMENTAL EXPERT REPORT OF MARK A. ISRAEL**

**December 13, 2024**

**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

conclude that Google's conduct reduced total welfare (as opposed to shifting sales between competing ad tech providers, a normal part of the competitive process).

### F. CONDUCT

81. As described in greater detail below, ███████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████.[169]

82. I address closely related conduct claims in detail in the Israel Report.[170] In this section, I provide cross-references to the relevant sections of the Israel Report and discuss elements of the analysis that are unique to Prof. Sibley and/or Prof. Li.

#### 1. The alleged tying of DFP to AdX

83. ███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████.[171] I address claims related to the alleged tying of DFP to AdX in the Israel Report.[172]

---

168 ████████████████████████
169 █████████████
170 ████████████████
171 ████████████████
172 ██████████████████████

84. More specifically, Prof. Sibley claims that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓[173] each of which are addressed in more detail in the Israel Report:

- *The launch of Google Ads:* As explained in the Israel Report, providing functionality for advertisers to buy display ads with the same tool they use to buy Google Search ads, including as part of integrated campaigns, is *beneficial* to advertisers.[174]

- *The launch of AdX and the alleged "technological tie" of not extending access to real-time AdX demand to third-party ad servers:* As explained in the Israel Report, publishers *can* access AdX, including real-time demand from AdX, without using DFP (via AdX Direct).[175] Although Prof. Sibley acknowledges ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ This claim is incorrect—if AdX is not able to beat the reserve price it is sent via AdX Direct, nothing in Google's policy prevents publishers from selling that impression to other buyers.[178]  In fact, as explained in the Israel Report, using AdX Direct, other ad servers could closely

---

[173] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

[174] *Israel Report*, § VII.C.1(a).

[175] *Israel Report*, § VII.C.1(b).

[176] Similarly, Prof. Sibley appears to misunderstand how AdX interoperates with DFP, claiming that, in contrast to DFP, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ As explained in the Israel Report, AdX similarly returns an *ad* to DFP if it can beat the price needed to beat all other demand sources, and otherwise returns nothing (*Israel Report*, ¶ 648).

[177] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

[178] *Israel Report*, § VII.C.1(b).

replicate the functionality of AdX when used with DFP by calling AdX Direct with a floor price, selling to AdX if it beats the floor price, and otherwise selling to other buyers, using whatever rules the ad server chose to implement for determining the floor price sent to AdX and the determination of the other buyer if AdX failed to beat the floor.

- *Limiting Google Ads buying on third-party exchanges:*  As explained in the Israel Report, Google Ads buys on third-party exchanges via AwBid, and Plaintiffs substantially overstate the extent to which any "unique" demand on Google Ads represented by small advertisers is a crucial revenue source for publishers.[179]

- *Contractually combining AdX and DFP:*  As explained in the Israel Report, both before and after the 2018 unification of DFP and AdX under Google Ad Manager, publishers can use AdX (or DFP) alone if they so desire,[180] and the unification was associated with several clear economic benefits (including engineering cost savings and streamlined reporting for publishers).[181]  The fact that AdX and DFP can be acquired as part of one

---

[179] *Israel Report*, §§ VII.C.1(c) and VII.C.1(e). 

GOOG-DOJ-15140608 is a 2014 document summarizing auction simulations "to understand the impact of [Google Ads] not participating in AdX auctions" (at -608).  The analysis is limited to AdX, and therefore does not include any other publisher demand sources, which results in a substantial overstatement of the publisher revenue effects of losing access to Google Ads.  Moreover, the analysis involves removing the *entirety* of Google Ads, as opposed to the only possibly *unique* part (small advertisers).

[180] 

[181] *Israel Report*, ¶ 666.