# EXHIBIT 3

# FILED UNDER SEAL



GOOG-AT-MDL-019215643



GOOG-AT-MDL-019215644



CONFIDENTIAL



GDN performance: challenge retaining budgets driving DBM deeper

- Of the "decline," ~12% driven by DBM cannibalization, which is more than compensated for by larger spend on DBM

- ~87% of decline is driven by more than 500k "majority GDN decliners" parents, who seem to be moving display budgets away from Google". Among main reasons cited:
  - GDN not sufficiently programmatic – volume limits w/out 3P exchanges & 1P/3P data restrictions
  - Insufficient sales focus to sell against competitive headwinds

- This decline has been offset by a large contingent of "majority GDN growers" globally

- Optics of a declining GDN / rising DBM have led sales teams to seek extending DBM further into the advertiser base



GOOG-AT-MDL-019215647



Regional Summary: GDN/DBM Customer Segmentation in 2016

- DBM targets prioritized based on Opportunity size and data sophistication

- Segmentation is based on customers *targeted* for either DBM adoption or GDN defend/grow; in many cases advertisers are using a mix of both products, especially in the near-term

GOOG-AT-MDL-019215648

## Open GDN/DBM Questions for Sales for 2016

- Timing of GDN product changes to improve competitiveness?
- Serviceability improvements on both GDN and DBM?
- Operationalizing & enforcing segmentation
- Impact of GDN Specialist teams
- Incentive changes needed for LCS to align more to Google Media?
- Landing 'One Display' marketing narrative externally
- DBM Channel Partner program: Benefits & Risks?

CONFIDENTIAL

GOOG-AT-MDL-019215649



CONFIDENTIAL

GOOG-AT-MDL-019215650



GOOG-AT-MDL-019215651



CONFIDENTIAL



GOOG-AT-MDL-019215653



CONFIDENTIAL

GOOG-AT-MDL-019215654

## Intro to AwBid (**AdW**ords Cross Exchange **Bid**der)

**What:** AwBid allows AdWords **remarketing** advertisers to buy ads on Non-Google inventory.

**How:** AwBid integrates with third party sell-side platforms and exchanges through real-time bidding interfaces.

**Why:** Close inventory gap and drive performance in competitive remarketing buyside space, and capture some of the 63% of budget unconstrained AdWords web spend.

**When:** AwBid has been operating since Q2 2013, but started accelerating rapidly in Q3 2015. Revenue set to increase with new exchanges and quality tunings.



GOOG-AT-MDL-019215655

## Main Findings

1. AwBid revenue is growing quickly, now driving **0.94ppt** of Q4 AdWords web growth:
   a. **Rubicon, OpenX, Casale,** and **Adingo** fully ramped.
   b. **Type-2 bidding** boosted revenue 50% Y/Y by reducing latency and view loss.
2. **AwBid CPD** is 40-70% of AdX and AFC CPDs, but increasing with CTRs as inventory ramps.
3. AdWords has 2-5X lower CPC/CPMs and higher CTRs on AwBid vs **DBM\*** on Non-Google inv.
4. **Incrementality**: There is limited evidence to support **AwBid cannibalization** of Google inventory spend, but that could change if inventory growth out-paces budgets.
5. **Revenue Opportunities**:
   a. Continue planned exchange expansion (~200-300%+)
   b. Reduce time-out frequency for GPA from ~40% (17%+).
   c. Add FBX (4%) and other 'Walled Garden' formats.
   d. Expanding targeting beyond RMKT (200%+).
   e. Dynamic Rev Share (+33% for 15-32% margin, +61% for 0-32% margin vs fixed 32%).

\*Not controlling for brand/DR mix, which skews DBM CTR down and CPC up due to higher brand share

GOOG-AT-MDL-019215656

## 2016 AwBid Forecast

AwBid 2016 momentum forecast
is $149M, 496% Y/Y up from est.
$30M in 2015.

Forecast doesn't include impact of
future inventory/targeting
expansions.



GOOG-AT-MDL-019215657



## AwBid Exchanges

- Rubicon, OpenX, Adingo, and Casale make up 92% of December MTD AwBid revenue.

- These exchanges make up ¼ of DBM revenue. If AwBid exchange revenue ratios mirror DBM, we could see maximum ~3X more AwBid revenue solely from inventory expansion.

- Launch calendar does not include FBX (4.6% of DBM rev).

CONFIDENTIAL

GOOG-AT-MDL-019215658



GOOG-AT-MDL-019215659



# AwBid Pub Product Comparison

**Methodology:** Compare US AdWords Desktop RMKT auction metrics to control for mix effects.

**Findings:**
- Low CTRs + additional first-look opportunities suppressing AwBid CPMs below Adx & AFC levels.
- AwBid CTRs are increasing for all formats as new exchange inventory opens up.

GOOG-AT-MDL-019215660



# AwBid Pub Product Comparison Continued

**Findings:**

- AwBid CPDs approaching or above AdX CPDs, below AFC CPDs for all formats.
  - Text Ad clicks/conversions remain more expensive, despite lack of auction pressure from DBM.
  - HTML CPDs rising quickly as CPCs decline.

GOOG-AT-MDL-019215661



GOOG-AT-MDL-019215662

| Id | Date | Text |
|---|---|---|
| 1 | 12/09/2015 17:10:32 | For this comparison to make sense, it needs to be apples to apples. We should compare AwBid to auto-optimized DBM remarketing spend only (not all of DBM). |
| 1 | 12/09/2015 17:10:32 | I agree... we will add a clear note stating that we can't draw conclusions from an AwBid comparison to all of DBM. |
| | | In the meantime, I am following up to see if we can track DBM RMKT only performance metrics for a more appropriate comparison. |
| | | +ramsisobti@google.com +mattguo@google.com |

CONFIDENTIAL

GOOG-AT-MDL-019215663



**AwBid Incrementality**

There is limited evidence to support that AwBid is cannibalizing AFC and AdExchange spend at current inventory levels.
- Non-AwBid GDN revenue growth has been accelerating during AwBid's ramp.
- None of the top 10 AwBid pubs in 2015 or AFC/AdX pubs in 2014 show any AFC/AdX revenue cannibalization
- 20% of AwBid domains were unique to Google October 2015 (link)

However, continued inventory expansion may have a negative impact on AFC and AdExchange spend:
- Revenue growth of non-AwBid domains has recently surpassed the growth of AwBid domains on AFC and AdExchange
- GDN web budgets have reversed their trajectory of becoming increasing less budget constrained recently

GOOG-AT-MDL-019215664



CONFIDENTIAL



- App Promo monthly revenue crossing $150M driven by large increases in App Promo spend on Mobile Search (largely driven by Search in Play)
- Mobile Search now accounts for 28% of total app promo spend (up from ~11% a year ago)
- YouTube app promo spend also growing to $20.5M and 13.5% of total app promo spend

GOOG-AT-MDL-019215666



GOOG-AT-MDL-019215667



CONFIDENTIAL



GOOG-AT-MDL-019215669



GOOG-AT-MDL-019215670



GOOG-AT-MDL-019215671



- MachineZone App Promo aggregate spend increased dramatically in November 2015 to $12MM following the launch of their new app "Mobile Strike"
- MachineZone continues to increase the proportion of app promo spend on YouTube
- YouTube CPIs remained lower than AdMob CPIs for most of 2015 before reaching parity in late Q3 (proportional spend patterns follow a similar pattern with proportion of YouTube app promo spend increasing in 2015 until CPI parity is reached in late Q3)



- Amazon App Promo aggregate spend has continued to increase steadily with record monthly spend in November 2015 of $14MM
- YouTube, Mobile Web, and Search are all gaining ground steadily
- Amazon's approach to app promo remains diverse and steady (compared to the much more volatile decisions made by other large app promo advertisers in Gaming and Utilities)
- Search CPI remains notably lower than CPIs seen across other major products



- Elex Tech aggregate app promo spend surged past $6M in November 2015
- Mobile Search spend reaches $1M and currently accounts for 15.5% of total Elex Tech app promo spend
- Mobile Search CPI remains significantly lower than AdMob and YouTube CPIs

Note: CPI has not been adjusted for geo mix

GOOG-AT-MDL-019215674





CONFIDENTIAL



GOOG-AT-MDL-019215677





**Advertiser Spotlight:** ▮▮▮▮▮

While ▮▮▮▮ reduced Thanksgiving week Google spend from 2014, they moved a large amount of spend to DBM.

▮ ▮▮▮▮ actually reduced Google ad spend by 1.4% on Thanksgiving week this year. Still, display saw $4.6M in the holiday week, focused on DBM.

▮ DBM holiday spend patterns differed for video and non-video:
- Non-video spend gradually increased to an average of $206K/day in November.
- Video spend ramped up Thanksgiving Week, when they ran a holiday power week video campaign, peaking at $827K / Day, before tapering off. Performance was good with <$0.50 per engaged visitor*. % of ▮▮▮ video spend is broadly spread across Non-Google exchanges.

*watched video or clicked on ad

CONFIDENTIAL



DasNav with advertiser spend breakdown by product:
https://dasnav.corp.google.com/dnsmjma6/#label_id=l84s6&view=default

Label with ▮▮▮▮▮ spend:
https://dasnav.corp.google.com/dnsmjma6/#label_id=l37s6&view=default



GOOG-AT-MDL-019215681



CONFIDENTIAL

GOOG-AT-MDL-019215682



GOOG-AT-MDL-019215683



## Comparing Advertiser Auction Metrics*

**Methodology:**
1. Calculate auction metrics for top ten US desktop image ad remarketing advertisers with >$1000 monthly revenue on AwBid, AdX and AFC.

2. Divide AwBid advertiser metrics by their AdX and AFC equivalents to find relative performance

| Metric | AwBid / AdX | | | | | | AwBid / AFC | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Cvrs. | CPC | CPM | CPD | CTR | Revenue | Cvrs. | CPC | CPM | CPD | CTR |
| | 17% | 18% | 144% | 45% | 111% | 45% | 3% | 2% | 436% | 6% | 73% | 6% |
| | 1% | 2% | 154% | 202% | 164% | 202% | 4% | 4% | 100% | 106% | 100% | 101% |
| | 3% | 1% | 101% | 66% | 99% | 66% | 12% | 11% | 109% | 43% | 88% | 43% |
| | 4% | 2% | 144% | 108% | 40% | 108% | 4% | 1% | 312% | 17% | 23% | 17% |
| | 2% | 2% | 57% | 76% | 95% | 76% | 4% | 4% | 86% | 23% | 95% | 33% |
| | 15% | 10% | 147% | 75% | 67% | 75% | 37% | 21% | 164% | 31% | 56% | 31% |
| | 5% | 4% | 226% | 97% | 68% | 97% | 4% | 2% | 588% | 20% | 62% | 20% |
| | 1% | 5% | 112% | 93% | 97% | 93% | 3% | 6% | 442% | 34% | 68% | 34% |
| | 52% | 11% | 121% | 67% | 56% | 67% | 15% | 12% | 167% | 28% | 81% | 28% |
| | 6% | 6% | 106% | 91% | 59% | 91% | 4% | 6% | 175% | 10% | 254% | 10% |
| Top 10 | 6% | 3% | 149% | 97% | 58% | 69% | 6% | 3% | 116% | 34% | 166% | 34% |
| Total | 6% | 4% | 137% | 86% | 60% | 86% | 8% | 4% | 227% | 26% | 32% | 27% |

**Findings:**
- Overall AwBid US image ad CPCs are 1.4X AdX CPCs, 2.3X AFC CPCs
- Overall AwBid US image ad CPDs are 50% lower than AdX, % lower than AFC
- AwBid US image ad CTRs ~70% lower than of AFC CTRs.

*Limited to US Desktop image ad remarketing auctions.

GOOG-AT-MDL-019215684



# Comparing Top Publisher Domain Metrics*

**Methodology:**

1. Calculate auction metrics for top ten US publishers by desktop text ad remarketing revenue, with >$1000 monthly revenue on AwBid, AdX and AFC.

2. Divide AwBid publisher metrics by their AdX and AFC equivalents to find relative performance

| Metric | AwBid / AdX | | | | | | AwBid / AFC | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Conversions | CPC | CPM | CPD | CTR | Revenue | Conversions | CPC | CPM | CPD | CTR |
| | 9% | 12% | 75% | 59% | 121% | 74% | 28% | 17% | 110% | 27% | 61% | 23% |
| | 6% | 6% | 70% | 80% | 100% | 122% | 384% | 106% | 70% | 124% | 47% | 177% |
| | 2% | 1% | 147% | 92% | 38% | 62% | 71% | 59% | 245% | 299% | 24% | 122% |
| | 32% | 5% | 216% | 180% | 17% | 84% | 63% | 6% | 263% | 94% | 11% | 36% |
| | 88% | 54% | 287% | 219% | 61% | 61% | 2% | 1% | 358% | 447% | 31% | 125% |
| | 7% | 6% | 84% | 198% | 88% | 237% | 22% | 5% | 248% | 6008% | 23% | 2265% |
| | 6% | 3% | 81% | 99% | 52% | 118% | 4% | 1% | 161% | 65% | 21% | 34% |
| | 23% | 1% | 296% | 247% | 20% | 84% | 104% | 10% | 1071% | 1203% | 18% | 112% |
| | 411% | 110% | 110% | 459% | 27% | 390% | 192% | 132% | 100% | 149% | 69% | 133% |
| | 34% | 13% | 96% | 112% | 37% | 117% | 115% | 45% | 107% | 33% | 39% | 63% |
| Top 10 Total | 11% | 5% | 103% | 95% | 52% | 54% | 26% | 8% | 175% | 188% | 25% | 108% |
| Complete Total | 15% | 13% | 107% | 82% | 91% | 76% | 13% | 12% | 135% | 37% | 96% | 27% |

**Findings:**

- AwBid US Image Ad CPMs are lower than overall AdX and AFC pubs, higher than AFC CPM for top pubs
- AwBid CPDs are 25-50% of AFC and AdX CPDs for top pubs, 80-90% of Ads and AFC CPDs overall
- Top pub relative CTRs vary widely, with overall AwBid CTRs 75% lower than AFC CTRs, and 24% lower than AdX CTRs

*Limited to US Desktop text ad remarketing auctions

CONFIDENTIAL

GOOG-AT-MDL-019215685



GOOG-AT-MDL-019215686



CONFIDENTIAL

GOOG-AT-MDL-019215687



CONFIDENTIAL