# EXHIBIT 4

# FILED UNDER SEAL

1           IN THE UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4   IN RE:                          ) CIVIL ACTION NO.
                                    )
5   GOOGLE DIGITAL ADVERTISING      ) 1:21-md-03010-PKC
    ANTITRUST LITIGATION            )
6   _____ )

7

8

9

10

11

12

13

14

15                  HIGHLY CONFIDENTIAL

16              VIDEOTAPED DEPOSITION OF

17                      BRAD BENDER

18               REDWOOD CITY, CALIFORNIA

19              WEDNESDAY, JUNE 19, 2024

20

21

22

23

24
    Reported in Stenotype by:
25  Cody R. Knacke, RMR, CSR No. 13691
    Job No.: 944936

Case 1:21-md-03010-PKC   Document 1295-3   Filed 12/22/25   Page 3 of 9
In Re - Google Digital Advertising
Highly Confidential
Brad Bender
June 19, 2024

2

1       VIDEOTAPED DEPOSITION OF BRAD BENDER, taken

2   before Cody R. Knacke, RMR, CSR No. 13691, a

3   Certified Shorthand Reporter for the State of

4   California, commencing on Wednesday, June 19, 2024,

5   at 9:34 a.m., at 855 Main Street, Suite 300,

6   Redwood City, California.

7

8   APPEARANCES OF COUNSEL:

9       For the Plaintiffs Daily Mail and Gannett:

10          KELLOGG, HANSEN, TODD, FIGEL & FREDERICK
            BY:  CHRISTOPHER C. GOODNOW, ESQ.
11               ELIANA PFEFFER, ESQ. (Remotely)
                 ERIC MAIER, ESQ. (Remotely)
12          1615 M Street NW, Suite 400
            Washington, D.C. 20036
13          202.326.7907
            cgoodnow@kellogghansen.com
14          epfeffer@kellogghansen.com
            emaier@kellogghansen.com
15
        For the Publisher Class Plaintiffs:
16
            BERGER MONTAGUE
17          BY:  PATRICK MADDEN, ESQ.
                 JEREMY GRADWOHL, ESQ.
18          1818 Market Street, Suite 3600
            Philadelphia, Pennsylvania 19103
19          215.875.3035
            pmadden@bm.net
20          jgradwohl@bm.net

21      For the Advertiser Class Plaintiffs:

22          AHDOOT & WOLFSON
            BY:  THEODORE MAYA, ESQ.
23          2600 West Olive Avenue
            Burbank, California 91505
24          310.474.9111
            tmaya@ahdootwolfson.com

25

Case 1:21-md-03010-PKC   Document 1295-3   Filed 12/22/25   Page 4 of 9
In Re - Google Digital Advertising
Highly Confidential
Brad Bender
June 19, 2024

3

```
 1   APPEARANCES:

 2       For the Plaintiff Inform, Inc.:

 3           HERMAN JONES
             BY:  JOHN HERMAN, ESQ.
 4           3424 Peachtree Road
             Atlanta, Georgia 30326
 5           404.504.6555
             jherman@hermanjones.com
 6
         For the Defendant Google, Inc., and the Witness:
 7
             AXINN, VELTROP & HARKRIDER
 8           BY:  BRADLEY JUSTUS, ESQ.
                  BLAKE PESCATORE, ESQ.
 9                DARPAN SINGH, ESQ.
             1901 L Street NW
10           Washington, D.C. 20036
             202.469.3532
11           bjustus@axinn.com
             bpescatore@axinn.com
12           dsingh@axinn.com

13       Also Present:

14           Alejandro Zamora Ruiz, Videographer
             Deane Carstensen, Videoconference Monitor
15           Justin Cohen, Esq., Google, Inc.
```

Case 1:21-md-03010-PKC   Document 1295-3   Filed 12/22/25   Page 5 of 9
In Re - Google Digital Advertising                                    Brad Bender
                    Highly Confidential                              June 19, 2024

148

1       A.    That was one of the inventory sources.
2       Q.    GDN also bid on inventory publishers made
3   available via AdX; right?
4       A.    That's true.
5       Q.    And there was a time when you worked at
6   Google when AdX and AdSense were the only source of
7   open web display inventory where GDN could buy; is
8   that right?
9             MR. JUSTUS:  Objection.  Form.
10            THE WITNESS:  That -- that may be true.  I
11  don't recall.
12  BY MR. MADDEN:
13      Q.    You don't recall whether there was a time
14  that GDN would not buy from third-party exchanges?
15      A.    GDN bought into a variety of inventory
16  sources over my tenure.  That included AdSense, AdX,
17  AdMob, backfill, there was backfill on YouTube, and
18  then into multi-exchange environments.  So it's
19  really a time frame question.
20      Q.    But now AdMob isn't open web display;
21  right?
22      A.    That is app, app-based inventory.
23      Q.    And YouTube isn't open web display; right?
24            MR. HERMAN:  Objection.  Form.
25            THE WITNESS:  YouTube had -- again, I don't

Case 1:21-md-03010-PKC   Document 1295-3   Filed 12/22/25   Page 6 of 9
In Re - Google Digital Advertising                              Brad Bender
Highly Confidential                                          June 19, 2024

149

1  remember the exact timing, but I believe YouTube had
2  a variety of different ad slots available, some of
3  which could be considered display, but potentially
4  not considered open web display.
5  BY MR. MADDEN:
6     Q.   So during the time that GDN only bought
7  open web display via AdSense and AdX, Google
8  sell-side teams valued that GDN was exclusively
9  available to publishers using those tools; right?
10          MR. JUSTUS:  Objection.  Form.
11          THE WITNESS:  I don't know.  I wasn't on
12  the sell side at that time.
13  BY MR. MADDEN:
14     Q.   There were no discussions between the sell
15  side and the buy side about that point, about the
16  value that the sell side placed on exclusive access
17  to GDN?
18     A.   I remember that it was one of the early
19  value points that the sell side was using.
20     Q.   The sell side would refer to it as a unique
21  selling proposition when marketing AdSense and AdX
22  to publishers; right?
23     A.   I don't -- I don't know how they were
24  positioning it.
25     Q.   You didn't have discussions with them about

Case 1:21-md-03010-PKC   Document 1295-3   Filed 12/22/25   Page 7 of 9
In Re - Google Digital Advertising                                    Brad Bender
                     Highly Confidential                          June 19, 2024

                                                                          150

1  that?
2     A.    The -- the marketing of their technologies
3  wouldn't have been something I would have been
4  involved with.
5     Q.    What's AWBid?
6     A.    So AWBid stands for the AdWords bidder, and
7  that was our effort to buy into a multi-exchange
8  environment from the Google Display Network.
9     Q.    And who at Google was responsible for
10 making the business strategy decisions with respect
11 to AWBid?
12    A.    That would have been the leadership of
13 display and video ads at the time which, you know,
14 evolved over time.
15    Q.    And Google's sell-side teams had input on
16 the AWBid strategy decisions; is that fair?
17    A.    I wouldn't characterize it that way.
18    Q.    How would you characterize the sell-side
19 team's participation in AWBid strategy decisions?
20    A.    So purely from the buy side's perspective,
21 which is the role I had through 2018, our role and
22 our efforts were geared towards helping our
23 marketers and advertisers best reach their business
24 objectives through the inventory that we were able
25 to buy on.

Case 1:21-md-03010-PKC   Document 1295-3   Filed 12/22/25   Page 8 of 9
In Re - Google Digital Advertising                              Brad Bender
Highly Confidential                                          June 19, 2024

151

1           And we wanted to be able to buy on
2    high-quality, nonfraudulent, nonspammy inventory.
3    And to start with, we found that the work that the
4    sell-side teams had done to ensure that inventory
5    that was flowing through AdX as an example was of
6    that type, high quality, nonspammy, nonfraudulent,
7    was very strong.
8           So as we contemplated buying in new places,
9    hearing that feedback as to the work required to
10   ensure that we would continue to have that same
11   high-quality inventory, that was helpful feedback in
12   determining where else to buy.
13      Q.   Is it your testimony that that's the only
14   participation that the sell side had into the AWBid
15   strategic decisions?
16      A.   Can you restate the question?
17      Q.   Is it your testimony that what you just
18   recited concerning high-quality, spammy [verbatim],
19   nonfraudulent inventory, that that's the only
20   participation that the sell side had into the AWBid
21   strategic decisions?
22           MR. JUSTUS:  Objection.  Form.
23           THE WITNESS:  There -- there may have been
24   other conversations, but again, based on my
25   recollection, that was the primary input that the

Case 1:21-md-03010-PKC    Document 1295-3    Filed 12/22/25    Page 9 of 9
In Re - Google Digital Advertising                                    Brad Bender
                         Highly Confidential                    June 19, 2024

152

1  buy side took on.
2  BY MR. MADDEN:
3      Q.   Do you recall that Google's sell-side
4  product teams expressed concerns with AWBid making
5  GDN demand available outside of AdSense and AdX?
6      A.   That does spur some recollection.
7      Q.   What do you recall about that?
8      A.   Just what you said.
9      Q.   Did you personally support growing the
10 array of third-party inventory that GDN could access
11 through AWBid?
12     A.   Did I?
13     Q.   Yeah.
14     A.   I did.
15     Q.   Why?
16     A.   Again, based on the goal of the buy side,
17 which is to help our advertisers and marketers best
18 reach their goals running on high-quality inventory,
19 insofar as there were other pools of high-quality
20 inventory to buy on leveraging our buy-side tools, I
21 thought it would be helpful for us to do that.  I
22 also found it helpful to get feedback on how to do
23 that in a way that protected the experience of those
24 advertisers and marketers.
25     Q.   So it's fair to say that you believed it