# EXHIBIT 5

# FILED UNDER SEAL

1

1      IN THE UNITED STATES DISTRICT COURT

2     FOR THE SOUTHERN DISTRICT OF NEW YORK

3                    - - -

4
      IN RE:  GOOGLE DIGITAL   :   CIVIL ACTION
5     ADVERTISING ANTITRUST    :   NO.
      LITIGATION               :   1:21-md-03010
6                              :   -FMC
                               :
7
              - HIGHLY CONFIDENTIAL -
8
                       - - -
9
                  June 24, 2024
10
                       - - -
11

12              Videotaped deposition of
      DANIEL TAYLOR taken pursuant to notice,
13    was held at the law offices of
      Freshfields Bruckhaus Deringer, 700 13th
14    Street NW, Washington, D.C. beginning at
      9:07 a.m., on the above date, before
15    Michelle L. Gray, a Registered
      Professional Reporter, Certified
16    Shorthand Reporter, Certified Realtime
      Reporter, and Notary Public.
17

18                     - - -

19

20

21

22

23

24

Case 1:21-md-03010-PKC   Document 1295-4   Filed 12/22/25   Page 3 of 9
Google Digital Advertising Antitrust Litigation
Highly Confidential
Daniel Taylor
June 24, 2024

2

1   APPEARANCES:

2

3       MOGIN RUBIN LLP
        BY:  JONATHAN RUBIN, ESQ.
4       (In person)
        2101 L Street NW
5       Suite 300
        Washington, DC 20037
6       202.630.0616
        jrubin@moginrubin.com
7       Representing the Advertiser Class of
        Plaintiffs
8

9       BERGER MONTAGUE
        BY:  JEREMY GRADWOHL, ESQ.
10      (In person)
        1818 Market Street
11      Suite 3600
        Philadelphia, Pennsylvania 19103
12      215.875.3000
        jgradwohl@bm.net
13      Representing the Publisher Class of
        Plaintiffs
14

15      HERMAN JONES LLP
        BY:  SERINA VASH, ESQ.
16      (In person)
        3424 Peachtree Road NE
17      Suite 1650
        Atlanta, Georgia 30326
18      404.504.6500
        svash@hermanjones.com
19      Representing Inform, Inc., formerly
        known as News Distribution Network,
20      NDN Inform, Inc.

21

22

23

24

Case 1:21-md-03010-PKC   Document 1295-4   Filed 12/22/25   Page 4 of 9
Google Digital Advertising Antitrust Litigation
Highly Confidential
Daniel Taylor
June 24, 2024

3

```
 1   APPEARANCES:  (Cont'd.)

 2

     FRESHFIELDS BRUCKHAUS DERINGER LLP
 3   BY:  JUSTINA SESSIONS, ESQ.
     (In person)
 4   855 Main Street
     Redwood City, California 94063
 5   650.618.9250
     justina.sessions@freshfields.com
 6   Representing the Defendant, Google
     and the Witness
 7

 8   FRESHFIELDS BRUCKHAUS DERINGER LLP
     BY:  SARA SALEM, ESQ.
 9   (In person)
     BY:  TINA LaRITZ, ESQ.
10   (Zoom)
     700 13th Street, NW
11   10th Floor
     Washington, DC 20005
12   202.777.4500
     sara.salem@freshfields.com
13   tina.laritz@freshfields.com
     Representing the Defendant, Google
14   and the Witness

15
     AXINN, VELTROP & HARKRIDER LLP
16   BY:  KENINA J. LEE, ESQ.
     (In person)
17   1901 L Street NW
     Washington, D.C. 20036
18   202.912.4700
     klee@axinn.com
19   Representing the Defendant, Google
     and the Witness
20

21

22

23

24
```

Case 1:21-md-03010-PKC   Document 1295-4   Filed 12/22/25   Page 5 of 9
Google Digital Advertising Antitrust Litigation
Highly Confidential
Daniel Taylor
June 24, 2024

4

```
 1   ADDITIONAL APPEARANCES:   (Cont'd.)

 2


 3

     VIDEOTAPE TECHNICIAN:
 4
        Kim Johnson - in Person
 5      (Lexitas)

 6


 7   ZOOM MONITOR/DOCUMENT TECH:

 8      (Deane Carstensen - Lexitas)

 9


10   ALSO PRESENT:

11      Justin A. Cohen
        (Litigation Counsel - Google)
12      (In person)

13              -  -  -

14

15

16

17

18

19

20

21

22

23

24
```

Case 1:21-md-03010-PKC   Document 1295-4   Filed 12/22/25   Page 6 of 9
Google Digital Advertising Antitrust Litigation                Daniel Taylor
                         Highly Confidential                June 24, 2024

357

1      A.    I do.
2      Q.    What was Project Aristotle?
3      A.    Project Aristotle, at
4  first, was a hiring of sales leaders --
5  sorry -- salespeople, specifically to
6  ramp up our sales efforts around the
7  retargeting use case.  This was about
8  2010 or so.
9      Q.    All right.  We focused so
10 far mostly on the sell-side, so let's
11 stick with the buy-side.
12           Is it fair to say that
13 advertisers using GDN can access
14 inventory on AdX?
15     A.    Yes, that is fair to say.
16     Q.    And GDN also bids on
17 inventory publishers make available now
18 via Google Ad Manager?
19     A.    Those are kind of
20 overlapping questions, so could you say
21 that again.
22     Q.    AdX exists within Google Ad
23 Manager?
24     A.    AdX is a part of the Google

1   Ad Manager offering.
2        Q.   And GDN can bid on
3   impressions that publishers make
4   available for sale through AdSense,
5   right?
6        A.   GDN can buy ads on Google
7   AdSense as well as on Google's Ad
8   Exchange, which is a part of Google Ad
9   Manager, and then also on third-party
10  exchanges or other exchanges that aren't
11  Google's.
12       Q.   You mentioned third-party
13  ad exchanges.
14       A.   I did.
15       Q.   Presently, GDN can access
16  inventory on third-party ad exchanges?
17       A.   Yes, it can.
18       Q.   Was that always the case?
19       A.   No, I don't believe it was.
20       Q.   Are you familiar with the
21  program or function known as AWBid?
22       A.   I am.
23       Q.   AWBid is a bidder that
24  allows GDN to bid on inventory available

Case 1:21-md-03010-PKC   Document 1295-4   Filed 12/22/25   Page 8 of 9
Google Digital Advertising Antitrust Litigation                 Daniel Taylor
                     Highly Confidential                     June 24, 2024

359

```
 1   on third-party ad exchanges, right?
 2         A.    Correct.
 3         Q.    Did you have any
 4   responsibilities as it related to AWBid?
 5         A.    Not any direct
 6   responsibilities, but I was -- I was
 7   part of the discussions about expanding
 8   Google Display Network to buy on
 9   third-party exchanges for the
10   re-marketing use case.
11         Q.    Do you remember members of
12   Google sell-side being part of
13   discussions about expanding Google's
14   Display Network to third-party ad
15   exchanges?
16         A.    I remember some members of
17   the sell-side being involved in some
18   discussions, yes.
19         Q.    Is it fair to say that
20   there was a time in which Google's
21   sell-side teams valued the extent to
22   which GDN was exclusively available to
23   publishers using AdSense and AdX?
24         A.    I think that's a fair
```

Case 1:21-md-03010-PKC   Document 1295-4   Filed 12/22/25   Page 9 of 9
Google Digital Advertising Antitrust Litigation                Daniel Taylor
                    Highly Confidential                       June 24, 2024

360

1  assumption, but you would be better to
2  gather that from folks on the sell-side.
3              I've been asked that
4  question before, and it's usually in the
5  context of these kind of conversations
6  versus ones internally.
7         Q.    Is it fair to say that
8  AWBid represents a small fraction of the
9  total amount of GDN's total spend?
10        A.    I don't know what
11 percentage it represents of the network
12 spend, but it would be less than the
13 majority, but probably more than a small
14 fraction.
15        Q.    Let me circle back.
16        A.    Yeah.
17        Q.    Members of Google sell-side
18 use the exclusivity of GDN as a unique
19 selling proposition when marketing
20 AdSense and AdX to publishers, right?
21        A.    I don't know for sure.
22        Q.    You don't remember members
23 of the sell-side using the exclusivity
24 of GDN as a unique selling proposition