# EXHIBIT 9

# FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-3010 (PKC) |

EXPERT REPORT OF PAUL R. MILGROM
**DATE:** December 13, 2024

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

would be equal to its average value of 90¢.[753] That bid would never win. If instead the AdX bidder can make real-time bids, it could win the impression when its value was $1.50, while the ad network would win the other three-quarters of the time. Whether the publisher, the AdX bidder, or both parties benefit from real-time bidding in this example depends on the floor price chosen by the publisher as well as any other competing AdX bidders' bids. With any floor price between $1.00 and $1.50, both the publisher and the AdX bidder benefit.[754]

373. Some of the benefits of real-time bidding can accrue to non-Google demand sources. To show that, consider the following modification of the previous example. Suppose that Ad Network X continues to offer a fixed $1 CPM payment but the highest AdX bidder instead has a value of $1.50 three-quarters of the time and 70¢ otherwise, reversing the previous probabilities. In the absence of real-time bidding, its optimal static bid would be its average value of $1.30[755] for each impression, which would always win the auction over the static bid of $1 from Ad Network X. After real-time bidding is enabled, the AdX bidder would only win impressions when it had the higher value of $1.50 (three quarters of the time). In that case, Ad Network X—the network without real-time bidding—would benefit from the transition to real-time bidding, because it would win the impression in the one quarter of cases when the AdX bidder has a value of 70¢. The publisher can ensure that it also benefits from the transition to real-time bidding in this example by increasing its floor price in the AdX auction above $1.00 (e.g., to $1.50), extracting more

---

[753] Its average value is 3/4 times 70¢ plus 1/4 times $1.50, which equals 90¢.

[754] With a floor price of $1.00, the publisher would make no additional revenue while the AdX bidder earns surplus from the ads it wins when its value is $1.50. With a floor price of $1.50, publisher revenues increase, while the AdX bidder pays its value, leading to no additional profits.

[755] In this case, its average value is 3/4 times $1.50 plus 1/4 times 70¢, which equals $1.30.

revenues from the AdX bidder when it has a high value for the impression and allocating to Ad Network X otherwise.

374. The preceding examples understate the benefits of DA to publishers since, for simplicity, I have assumed there is only one bidder on AdX. In more realistic examples with multiple AdX bidders, the benefits to publishers would be higher because the AdX winner's price would be the maximum of the floor price and the second-highest bid, which early studies suggest were significantly more than a "penny" above the floor price, on average.[756]

375. To realize the benefits of real-time bidding when many ad networks offered fixed-price payments or revenue sharing to publishers, ad servers needed to adapt their allocation methods to integrate both approaches—a process that was widely understood in the industry to be challenging. OpenX cofounder Jason Fairchild summarized the challenge of unifying live and static demand, saying, "If you think about it, they're two fundamentally different marketplaces. To combine them, you have to rethink even your auction mechanism […] Everything is radically different."[757] DA with AdX 2.0, launched

---

[756] "Profiting from Non-Guaranteed Advertising: The Value of Dynamic Allocation & Auction Pricing for Online Publishers" (2010), GOOG-DOJ-06818412, at -415 ("The results of our research demonstrated that the combined effects of auction pressure and Dynamic Allocation in DoubleClick Ad Exchange resulted in an average CPM lift of 136% compared with fixed, upfront, pre-negotiated sales of non-guaranteed inventory.").

[757] Josh Ong, "Adtech firm OpenX unveils an industry-changing fusion of real-time bidding and ad networks," The Next Web News (June 9, 2014), https://thenextweb.com/news/adtech-firm-openx-unveils-industry-changing-fusion-real-time-bidding-ad-networks, accessed Dec. 12, 2024.

in 2009, was Google's answer to this challenge, and other competing exchanges introduced real-time bidding at around the same time.[758]

376. DA with real-time bidding on AdX was an important innovation offering large benefits for publishers. A Google experiment from 2010 found that DA with real-time bids offered publishers an average revenue increase on impressions sold on AdX of 188% compared to pre-negotiated sales of remnant impressions.[759] On average, the experiment found that DA increased *total* publisher revenues over all remnant impressions by 12.5%.[760] In 2013, Google estimated that DA increased publisher revenues by 86% on each impression it won over an alternative remnant demand source, leading to an overall increase in publisher revenues of 25%.[761]

377. Professor Cramton's claim that "[p]ublishers using DFP could not deactivate Dynamic Allocation without completely turning off AdX"[762] is inaccurate. On the contrary, a publisher that wished to restore its pre-DA configuration could call AdX in the waterfall

---

[758] *See* Mike Nolet, "RTB Part II: Supply supply supply!," Mike On Ads (Sept. 19, 2009), http://www.mikeonads.com/2009/09/19/rtb-part-ii-supply-supply-supply/, accessed Dec. 13, 2024 ("Over the past few months pretty much any aggregator of supply has launched, announced or started work on some sort of RTB capability. All major exchanges — Yahoo's Right Media, Microsoft's AdECN and Google's AdEx have RTB integrations in the works. Of the pub aggregators, AdMeld & PubMatic are live and Rubicon is actively working on a solution. As mentioned, FAN has been live with Myspace inventory for a while and there are a number of other parties, such as ContextWeb, AdBrite and OpenX, entering the space.").

[759] "DoubleClick Ad Exchange Impact" (Q4 2010), GOOG-DOJ-13247322, at -322 ("The results of our research showed that when DoubleClick Ad Exchange wins the auction, publishers generate *188% more revenue*, on average, net of revenue sharing and ad serving fees, compared with fixed upfront sales of non-guaranteed display advertising.").

[760] "DoubleClick Ad Exchange Impact" (Q4 2010), GOOG-DOJ-13247322, at -322 ("Across all pre-emptible inventory, including those instances when the Ad Exchange did not win the auction, *the revenue lift for publishers averaged 12.5%.*").

[761] "Ad Exchange Dynamic Allocation" (Sept. 5, 2013), GOOG-TEX-00054839, at -844 ("In these instances when the Ad Exchange won out over the alternatives, the revenue it achieved for that inventory was on average 86% higher than it would have been if the Ad Exchange not been used. This translates to an average overall revenue lift of 25%.").

[762] Expert Report of P. Cramton (Oct. 4, 2024), at ¶ 132.

by "creating a static line item reflecting AdX and then have that compete in the waterfall."[763] Publishers, such as Genius, did just that.[764] Publishers were never required to disable calls to AdX completely: they could treat different impressions differently.[765]

### E. My Simulation Analysis Concludes that DA Improved Outcomes for Publishers and Advertisers

378. To investigate the effects of DA on publisher revenues and match rates, I simulated the effects of DA on the sale of over 25 billion impressions. I informed my simulations using real-world data collected from auctions on GAM in the month of January 2024.[766, 767] I compared the outcomes from DA to those obtained under a waterfall, which was the dominant model of remnant ad allocation before the introduction of DA.

379. Simulations complement the theoretical analysis of DA presented in previous sections in two ways. *First*, simulations allow me to *quantify* the possible effects of DA, so that I can

---

[763] EDVA Trial Testimony of N. Korula (Sept. 23, 2024) (AM), at 65:6-65:13 ("Q. [...] If a DFP publisher still wanted to use AdX but just didn't want to enable Dynamic Allocation, was that possible? A. Yes, it was possible. It wasn't like a button or something you could turn off to say turn off Dynamic Allocation, but a publisher could achieve that outcome by just creating a static line item reflecting AdX and then have that compete in the waterfall.").

[764] "Pull Request #309 Track passback impressions from AdX" (August 4, 2017), GENIUS-AT-000000100 ("While most of our AdX impressions come directly through dynamic allocation through DFP, we also use AdX tags directly as passbacks for a few waterfall units."); Email from A. Lee to J. Vignone, "Re: Truth Video in Q2 + Pre Roll Avails in general" (May 19, 2021), GENIUS-AT-000116169, at -169 ("If need be, we can turn off dynamic allocation (as we did in Q4 last year).").

[765] *See, e.g.*, Summer Livestream Series (Sept. 2019), GOOG-AT-MDL-B-004582905, at -162 ("You can still exclude specific ad units from dynamic allocation if desired"); "DFP and dynamic allocation" (Nov. 16, 2013), GOOG-DOJ-15416614, at -614 ("Dynamic allocation [...] allows Ad Exchange to compete in real time with line items booked in DFP. [...] Publishers configure settings in DFP and Ad Exchange in order to control which inventory is eligible to compete, and how."). Publishers could always effectively disable DA—while still using DFP to allocate ads to other ad networks—by setting a very high value CPM on the highest line item for DFP to beat (much higher than an AdX bidder would bid).

[766] *See* Google Ads Log-Level Dataset (January 2024), GOOG-AT-EDTX-DATA-000000000 to -000258388; Google Ad Manager Log-Level Dataset (January 2024), GOOG-AT-EDTX-DATA-000276098 to -001116097.

[767] The number of simulated impressions is calculated in code/parse_da_results.py of my supporting materials, with the number saved in code/logs/parse_da_results.txt. Details on each step of the simulation procedure can be found in code/README.md.

    second-price auction, the ability to observe the floor price (or a competitor's bid) offers no advantage to the bidder.

h. The Publisher Class asserts that "[u]nder Enhanced Dynamic Allocation, Google's DFP Ad Server allowed AdX to transact an impression if an advertiser submitted a bid that was higher than both (1) a floor price unilaterally set by Google called the EDA Reserve Price, and (2) the average historical bids of rival exchanges."[891] However, that description is wrong, ignoring a publisher's freedom to set its own floor price. EDA introduced an *additional* floor price, meaning that winning AdX bidders still needed to exceed any other floor price set by the publisher, in addition to the EDA price and other remnant bids.[892] Moreover, any suggestion that Google used EDA to manipulate the auction's floor price in its own favor is incorrect. As Google told publishers, the EDA price was selected to be the unique price that would (in expectation) exactly fulfill publishers' guaranteed contracts. Furthermore, as previously noted, EDA was not limited to allow only "AdX to transact an impression," but also third-party demand sources.

i. The Publisher Class contests that Google "coerce[s] publishers to use Enhanced Dynamic Allocation," arguing that "[i]f a publisher turns off Enhanced Dynamic Allocation, then AdX will not return live, competitive bids for the publishers'

---

[891] Publisher Class First Amended Complaint, at ¶ 271. Similarly, Inform asserts that "Google's exchange could transact the impression if an advertiser returned a net bid greater than both (a) the price Google set for itself and called the 'EDA reserve price' and (b) the average historical bids belonging to rival exchanges." Inform Third Amended Complaint, at ¶ 209.

[892] *See* "Declaration of N. Korula" (Aug. 4, 2023), GOOG-AT-MDL-008842393, at ¶ 22 ("Between the launch of Enhanced Dynamic Allocation in 2014 and the launch of the Unified First Price Auction in 2019, the floor price in AdX was the highest of: (i) the publisher-configured floor price; (ii) the Enhanced Dynamic Allocation price set dynamically based on a temporary CPM (the 'EDA price'); (iii) the price of the remnant line item that was selected as a candidate for the impression; and (iv) the price determined by optimization.").

impressions."[893] Experts similarly complain that "Publishers could not mitigate the effects of EDA, because publishers could not opt-out of EDA,"[894] but that is wrong for at least three reasons. First, as I explain in Section IX.B.2, EDA increases publisher revenue, eliminating any economic incentive to disable EDA. Second, a publisher could set floor prices to re-establish the pre-EDA process for its inventory.[895] Third, publishers could also assign direct deals to 100% sponsorship line items, to which EDA would not apply.[896]

j. Inform incorrectly claims that "Google artificially lowered the direct ad sale contracted price in order to permit Google to 'win' the auction."[897] In reality, EDA modified neither the contracted prices of direct ads nor the total quantity of impressions committed to guaranteed contracts. Instead, by introducing an

---

[893] Publisher Class First Amended Complaint, at ¶ 275 ("Today, Google continues to coerce publishers to use Enhanced Dynamic Allocation. If a publisher turns off Enhanced Dynamic Allocation, then AdX will not return live, competitive bids for the publishers' impressions. And as noted herein, without AdX returning live, competitive bids, a publisher would forgo 20%-40% of its ad revenues, which is not an economically feasible option.").

[894] Second Revised Expert Report of A. Hortaçsu (Oct. 18, 2024), at ¶ 88. *See also* Expert Report of P. Cramton (Oct. 4, 2024), at ¶ 173 ("Significantly, the mandatory nature of Enhanced Dynamic Allocation—which could not be turned off without turning off AdX completely—removed the publisher's ability to grant a first look to specific demand sources on pre-negotiated terms."); Expert Report of C. Jardin (Oct. 7, 2024), at ¶ 14 ("EDA was harmful to publishers and other auction participants [...] because these algorithms [] ignored the wishes of the publishers."); Expert Report of P. Peña (Oct. 7, 2024), at p. 23 ("Publishers could not escape the destruction of value resulting from selling for a significantly lower amount premium inventory that was highly valuable.").

[895] In the limit, a publisher could set a high floor price to effectively disregard offers from remnant demand until guaranteed contracts were fulfilled, restoring the pre-EDA functionality.

[896] "Enhanced Dynamic Allocation Comms Doc" (Nov. 6, 2017), GOOG-DOJ-06885161 at -170 ("100% sponsorships are not affected, nor are multiple Sponsorship with same targeting with a goal over 100%, and line items where Ad Exchange competition is not enabled will still not be impacted."). *See also* "Dynamic allocation," Google Ad Manager Help, https://web.archive.org/web/20201111224932/https://support.google.com/admanager/answer/3721872?hl=en, accessed Dec. 12, 2024 ("Lower-priority remnant line items and Ad Exchange line items do not compete when either of the following are eligible to serve: a Sponsorship line item with a goal of 100% or a combination of Sponsorship line items at the same priority with goals that add up to greater than or equal to 100%.").

[897] Inform Third Amended Complaint, at ¶ 199 ("Google artificially lowered the direct ad sale contracted price in order to permit Google to 'win' the auction. For example, Inform would have a contracted price for $24 per CPM and Google would unilaterally devalue Inform's contract to $6.32 and then take the business itself for $6.33.").

328

advertisers and publishers adapted to the new rules, the earlier reasons to set a higher floor price for AdX would be eliminated and publishers could be expected to learn about that over time. This expectation is supported by evidence. When Daily Mail "found a way to only target Google + EB in the UPR flooring system" with a high floor, it concluded that the "test doesn[']t show rev uplift as before UPR."[1596]

764. Even if differences in perceived quality among demand sources are important to some publishers—as claimed by Professor Hortaçsu[1597]—Plaintiffs and their experts do not explain why the filtering tools and the pricing of sensitive categories available within UPR or the additional monitoring and blocking services available from other companies are not sufficient to manage such concerns.

### 3. Plaintiffs and Their Experts Ignore Alternative Ways Publishers Could Favor Non-Google Demand Sources and Incentivize Ad Quality After UPR's Introduction

765. Plaintiffs and their experts argue that UPR prevented publishers from using exchange-discriminatory floor prices for various purposes, which they claim included "to prevent objectionable or otherwise low-quality ads from being served," "to respond to and mitigate Google's bid-rigging and auction manipulation," "to reduce their reliance on AdX and Google as a whole," and to respond to "differentials in the costs of different exchanges and demand sources."[1598] Lastly, Professor Cramton claims that "low auction

---

[1596] Email from F. Chen to M. Wheatland "Re: Findings in UPR," (Feb. 11 2020), DM_GOOG_0000106, at -106-108.

[1597] Second Revised Expert Report of A. Hortaçsu (Oct. 18, 2024), at ¶ 441 ("Publishers are sensitive to ads from low-quality advertisers.")

[1598] Revised Expert Report of S. Li (Oct. 11, 2024), at ¶¶ 1002, 1015; *see also* Expert Report of J. Zona (Oct. 4, 2024), at ¶ 110 ("More fundamentally, floor differentials are the only competitive response that publishers have to differentials in the costs of different exchanges and demand sources"); Expert Report of P. Cramton at ¶ 266, ("Publishers might use multiple pricing floors for various reasons, including managing competitive exclusions, monetizing direct and indirect sales, or preventing low-quality ads from being shown on their websites.");

density' on AdX may have been one rationale for publishers to want to impose a higher floor for AdX."[1599] Yet, if a publisher wished to favor non-Google demand sources for any of these purported reasons, it had access to more effective tools than exchange-discriminatory floor prices. These alternative tools are overlooked by Plaintiffs and their experts.

766. A publisher wishing to preference some particular non-Google exchanges could do so by providing them a post-auction discount (as discussed in Section XIV.D) or (for header bidding exchanges) by modifying the value CPMs on the line items used to represent that exchange's header bid. Either of these adjustments would lead the favored demand source to win a larger share of the impressions.

767. Publishers seeking to address ad quality concerns have even more direct tools. While GAM "block[s] a lot of ads by default," it still allows publishers to add further restrictions on the types of ads that can be displayed on their sites.[1600] Ad content protection features are available to all publishers, allowing them to avoid presenting ads with sensitive content, ads from specific buyers, or ads in general categories such as "Apparel, Finance, and Health."[1601] For example, "[a] publisher could say[] I don't even want ads where there's any kind of significant skin exposure. So you wouldn't see ads of

---

Advertiser Class Complaint, at ¶ 256; Gannett Amended Complaint, at ¶ 227; Daily Mail Second Amended Complaint, at ¶ 206.

[1599] Expert Report of P. Cramton (Oct. 4, 2024), at ¶ 277.

[1600] EDVA Trial Testimony of Nitish Korula (Sept. 23, 2024) (AM), at 27:13-28:11.

[1601] See "Block general categories," Google Ad Manager Help (accessed Dec. 11, 2024), https://support.google.com/admanager/answer/2913554?sjid=261789886268128879-EU ("You can block high-level groupings of ads — such as Apparel, Finance, and Health — from appearing on your network or specified inventory.").

people on a beach [if it had selected that option]."[1602] Finally, GAM also allows publishers to set category specific floor prices for the sensitive categories.[1603]

768. In addition to the tools provided by Google, "some publishers pay for additional safety tools from the likes of Media Trust, GeoEdge, RiskIQ and Confiant, which detect bad ads"[1604] with Confiant advertising itself as a company that "helps you get rid of bad ads before they cause problems."[1605] In fact, in 2018, Gannett adopted Confiant. Tim Wolfe, a Senior Vice President at Gannett, was quoted in a Confiant case study stating "[w]e had experienced increased problems before we implemented the Confiant solution and now most of those issues are resolved,"[1606] adding that he "ha[s] not heard complaints from the security team in quite a while."[1607] Wolfe's quotations further suggest that differential floor prices, which could be used before 2018, were not the effective solution for addressing quality issues. Rather, a tool that was specifically targeted for the task largely "resolved" the problem.

---

[1602] EDVA Trial Testimony of Nitish Korula (Sept. 23, 2024) (AM), at 27:13-28:11.

[1603] *See* "Unified pricing rules," Google Ad Manager Help, https://support.google.com/admanager/answer/9298008?sjid=2354124647482356745-EU#sensitive-categories, accessed Dec. 11, 2024 ("You can set pricing rules that apply only to creatives in selected sensitive categories. Some ads are considered 'sensitive' due to the nature of the business or ad—such as Sensationalism or Significant Skin Exposure. Our system classifies ads automatically, and we don't rely on advertiser-provided categorization.").

[1604] *See* Sarah Sluis, "Forced Redirect Ads Cost Publishers Money, But So Does Blocking Them," AdExchanger (Feb. 6, 2018), https://www.adexchanger.com/publishers/forced-redirect-ads-cost-publishers-money-blocking/, accessed Dec. 12, 2024.

[1605] *See* Confiant, Ad Quality Solutions, https://www.confiant.com/solutions/quality, accessed Dec. 12, 2024.

[1606] *See* Confiant, "Gannett Works to Eliminate Bad Ads," https://www.confiant.com/case-studies/gannett, accessed Dec. 12, 2024.

[1607] *See* Confiant, "Gannett Works to Eliminate Bad Ads," https://www.confiant.com/case-studies/gannett, accessed Dec. 12, 2024 ("I have not heard complaints from the security team in quite a while." - which is always a good thing. I was hearing about issues daily before, so from a monitoring and blocking standpoint it's been a very good relationship.").