# EXHIBIT 10

# FILED UNDER SEAL

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-MD-3010 (PKC) |

**Expert Report of Judith A. Chevalier**
**December 13, 2024**

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

2017 through September 2024[705] (derived from data produced by Daily Mail and Gannett),[706] and calculates damages as the difference between actual direct revenues versus direct revenues inflated by 31.8 percent.[707] The results of Prof. Hortacsu's calculations are reported in his Tables 4-7.[708]

### 2. Prof. Hortacsu's EDA Damages Methodology Suffers From Conceptual Flaws That Render It Unreliable

#### (a) Prof. Hortacsu Ignores Evidence Showing That EDA Benefitted Publishers, Including Daily Mail and Gannett

353. Prof. Hortacsu's damages theory is based on his understanding that EDA caused harm to publishers through "cream skimming," which ultimately led to lower CPMs on direct deals transacted through DFP. Prof. Hortacsu, however, completely disregards that EDA was an optimization tool designed to maximize publisher revenue across multiple channels. Specifically, Prof. Hortacsu's analysis disregards evidence that publishers, including Daily Mail and Gannett, benefited from EDA. Therefore, his analysis is incomplete at best, and inappropriate to examine the overall impact of EDA and to establish harm to publishers.

---

[705] The Daily Mail-produced data used by Prof. Hortacsu to calculate Daily Mail's direct revenues are available from January 2017 through September 2023. Daily Mail's direct revenues for October 2023 through September 2024 are projected using the average year-over-year growth rate across the months January 2023 to September 2023. The Gannett-produced data used by Prof. Hortacsu to calculate Gannett's direct revenues are available from January 2017 through December 2023. Gannett's direct revenues for January 2024 through June 2024 are estimated by first computing the ratio of Gannett's revenue from Gannett-produced data to the revenue observed in Gannett's SEC filings for FY 2023 and then multiplying it to the revenue from Gannett's SEC filings corresponding to the months January 2024 through June 2024. Gannett's direct revenues for July 2024 through September 2024 are assumed to be equivalent to the average of the first two quarters. Second Revised Hortacsu Report, ¶¶ 873-875, 877-882, 908, and Table 53; Second Revised Hortacsu Report Workpapers, "Damages Calculation.xlsx," at tabs "GN - Revenue - US" and "GN - Revenue - RoW" for 2024 Gannett calculations.

[706] Prof. Hortacsu does not explain his choice of the EDA damages period. EDA was first implemented in 2014. I have seen no explanation by Prof. Hortacsu of his choice of computing damages based on the period between January 2017 and September 2024. Second Revised Hortacsu Report, ¶¶ 887-892, 907.

[707] Second Revised Hortacsu Report, ¶¶ 122-124, Tables 4-7.

[708] Second Revised Hortacsu Report, ¶ 124, Tables 4-7.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

354. As explained above, EDA enabled AdX, AdSense, and other indirect channels to compete programmatically with direct deals.[709] Before EDA, publishers struggled to find a method of complying with their guaranteed contractual requirements while taking advantage of situations in which indirect demand (which include both AdX and other remnant line items) would pay more for the same inventory.[710] EDA was designed to help publishers earn more revenue from indirect demand by introducing competition between direct deals and indirect demand, generating more sales on AdX in cases in which AdX bids were comparatively high without compromising the full delivery of publishers' guaranteed contracts.[711]

355. Contemporaneous documentary evidence indicates that EDA benefitted publishers, undermining Prof. Hortacsu's claim that Gannett and Daily Mail suffered damages as a result of EDA. A Google experiment from 2017 found that "[t]ypically publishers see 10% RPM [revenue-per-mille] increase [from EDA], [with] some ad units seeing [a] 40% increase."[712]

---

[709] Second Revised Hortacsu Report, ¶ 59.
[710] *See* "Declaration of Nitish Korula," August 4, 2023, GOOG-AT-MDL-008842393-406, at ¶ 18 ("Before 2014, publishers with guaranteed delivery contracts faced the challenge of ensuring that they complied with contractual requirements to deliver impressions to specific advertisers without sacrificing revenue by allocating inventory to direct deals when indirect demand sources would pay more.").
[711] *See, e.g.*, "Enhanced Dynamic Allocation," November 6, 2017, GOOG-DOJ-06885161-170, at 161 ("Enhanced Dynamic Allocation (formerly called 'Cross-Priority Ranking', CPR) introduces competition between reservations and AdX by allowing AdX (or AdSense) to bid on high priority DFP impressions (any goal-based ad in the reservation priorities) without compromising reservation goals."); "Uniform Treatment for DFP Remnant and AdX under EDA," April 2019, GOOG-AT-MDL-011687180-184, at 180 ("Enhanced Dynamic Allocation introduces competition between guaranteed reservations and other demand including AdX and DFP remnant reservations, by allowing AdX or DFP remnant to win over high priority DFP guaranteed reservations if it has a higher price than the opportunity cost (also called EDA price) set by us. The EDA price is calculated in such a way that the DFP guaranteed reservation's delivery goal would not be compromised."); "Grow AdX sell-side revenue by making AdX compete with DFP publishers' reserved ads," September 20, 2012, GOOG-DOJ-13284614-615, at 614 (Google built EDA to "expand[] competition between ads across priorities in such a way that AdX revenue is increased, while reservation goals are still met. The benefit to both Google and the publisher is increased AdX revenue and the risk is a slightly increased chance of under-delivering premium campaigns."); *see also* Milgrom Report, Sections IX.B.1-IX.B.2.
[712] "Enhanced Dynamic Allocation," November 6, 2017, GOOG-DOJ-06885161-170, at 164.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

from both of these channels.[721] Instead, Prof. Hortacsu inappropriately considers the *difference* in outcomes between direct and indirect sales, *assuming* that indirect sales on AdX were "unaffected by . . . EDA,"[722] implying that only Programmatic Guaranteed sales were affected by EDA. Importantly, in doing so, Prof. Hortacsu is ignoring evidence that directly invalidates his foundational assumption that Open Auction sales on AdX are unaffected by EDA and are a suitable control group in his DiD model specification.

### (b) Prof. Hortacsu Does Not Account for the Fact That Publishers Can Decide Which Direct Inventory Competes With AdX Through EDA

360. Although he asserts that "[p]ublishers could not mitigate the effects of EDA" because they "could not opt-out of EDA,"[723] Prof. Hortacsu does not account for the fact that, as explained below, publishers have control over the inventory that is eligible for sale on AdX. As a result, if publishers wanted to avoid the alleged negative impacts of EDA, they could have limited their exposure to EDA by opting to sell through channels for which EDA does not apply. Continued use by publishers of EDA indicates that EDA does not create substantial harm to publishers.

361. There are certain types of direct transactions to which EDA does not apply. For example, "sponsorship" line items[724]—a type of direct sale through which the publisher agrees to sell a share of its space to certain advertisers for specific amounts of time—can be configured to

---

[721] For example, if EDA resulted in an increase in revenues of $100 from indirect and a decrease in revenues of $50 from direct, because the indirect demand source was willing to pay more than direct on some impressions, the publisher benefits from an overall increase in their revenues.
[722] Second Revised Hortacsu Report, ¶¶ 107-108.
[723] Second Revised Hortacsu Report, ¶ 88.
[724] "Sponsorship line items," Google Ad Manager Help, https://support.google.com/admanager/answer/177426, accessed November 16, 2024; *see also* "Line item types and priorities," Google Ad Manager Help, https://support.google.com/admanager/answer/177279?sjid=853130122429464489-NA, accessed November 16, 2024.