# EXHIBIT 21

# FILED UNDER SEAL

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF VIRGINIA
 2                         ALEXANDRIA DIVISION

 3   ---------------------------x
     UNITED STATES, et al.,      :   Civil Action No.:
 4                               :   1:23-cv-108
              Plaintiffs,        :
 5      versus                   :   Wednesday, September 25, 2024
                                 :   Alexandria, Virginia
 6   GOOGLE LLC,                 :   Day 13 p.m.
                                 :   Pages 1-188
 7            Defendant.         :
     ---------------------------x
 8
            The above-entitled bench trial was heard before the
 9   Honorable Leonie M. Brinkema, United States District Judge.
     This proceeding commenced at 1:00 p.m.
10
                         A P P E A R A N C E S:
11
     FOR THE PLAINTIFFS:    GERARD MENE, ESQUIRE
12        OFFICE OF THE UNITED STATES ATTORNEY
                            2100 Jamieson Avenue
13                          Alexandria, Virginia   22314
                            (703) 299-3700
14
                            JULIA TARVER WOOD, ESQUIRE
15                          DANIEL GUARNERA, ESQUIRE
                            AMANDA STRICK, ESQUIRE
16                          KELLY GARCIA, ESQUIRE
          UNITED STATES DEPARTMENT OF JUSTICE
17                          ANTITRUST DIVISION
                            450 Fifth Street, NW
18                          Washington, D.C.   20530
                            (202) 894-4266
19
     (State of VA)          JONATHAN HARRISON, ESQUIRE
20        OFFICE OF THE ATTORNEY GENERAL
                            OFFICE OF THE SOLICITOR GENERAL
21                          202 North Ninth Street
                            Richmond, Virginia   23219
22                          (804) 786-7704

23

24

25        COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES
                                                                      1
```

```
 1                       A P P E A R A N C E S:

 2   FOR THE DEFENDANT:        CRAIG REILLY, ESQUIRE
                               LAW OFFICE OF CRAIG C. REILLY
 3                             209 Madison Street
                               Suite 501
 4                             Alexandria, Virginia  22314
                               (703) 549-5354
 5
                               KAREN DUNN, ESQUIRE
 6                             JEANNIE RHEE, ESQUIRE
                               PAUL, WEISS, RIFKIND,
 7                             WHARTON & GARRISON LLP
                               2001 K Street, NW
 8                             Washington, D.C.  20006
                               (202) 223-7300
 9
                               BRADLEY JUSTUS, ESQUIRE
10                             AXINN VELTROP & HARKRIDER, LLP
                               1901 L Street, NW
11                             Washington, D.C.  20036
                               (202) 699-0950
12
                               BLAKE PESCATORE, ESQUIRE
13                             AXINN VELTROP & HARKRIDER, LLP
                               114 West 47th Street
14                             New York, New York  10036
                               (212) 782-3181
15
                               CAROLINE BOISVERT, ESQUIRE
16                             AXINN, VELTROP & HARKRIDER LLP
                               90 State House Square
17                             Hartford, Connecticut  06103
                               (860) 275-8100
18
     COURT REPORTER:           RHONDA F. MONTGOMERY, CCR, RPR
19                             Official Court Reporter
                               United States District Court
20                             401 Courthouse Square
                               Alexandria, Virginia  22314
21                             (703) 299-4599
                               RMontgomery@courtreport.net
22

23

24

25
```

Direct Examination - A. Borgia

1  Q    We can take that down.
2       And I want to now ask you specifically about your work
3  in AdSafety. What's the goal of the AdSafety team?
4  A    The goal of the AdSafety team is to keep the ads
5  ecosystem safe. In order for Google to function and to
6  complete the mission of enabling universal access of
7  information, you need an ads ecosystem that is safe and
8  trustworthy. When a user interacts with an ad, if they are
9  in any way harmed, they will not want to interact with ads
10 again.
11      It would be the equivalent of walking into a grocery
12 store and being mugged on the way. You're not going to want
13 to go back to that store. So if an ad harms a user, they
14 will not interact with ads in the future. That's why Google
15 invests so much to make ads safe.
16 Q    So you've talked a little bit about how users benefit
17 from an ad safe ecosystem. How do advertisers benefit from
18 the safety in the ecosystem, if at all?
19 A    It's also critical for advertisers. Advertisers are
20 looking to get a return on their investment. And if the ads
21 ecosystem is unsafe, if users are unwilling to click on
22 their ads, then advertisers are unable to reach the users
23 that they wish to reach, and their ROI goes down.
24 Q    What about publishers? Do publishers benefit from a
25 safe ecosystem?

1  A    Absolutely.  Publishers and advertisers are partners in
2  this equation.  And if an advertiser is unable to get a
3  return on their investment, then the publisher is not going
4  to be able to monetize their site successfully.  So they
5  won't be able to make the content that they're making.
6  Q    Is part of your job to manage the quality of the match
7  between an advertiser and a publisher?
8  A    Yes, absolutely.  So there's a huge range of what
9  safety implies, everything from the ad not having harmful
10 content to not creating a problem where they actually steal
11 from users.  But they're also important cases of pairings
12 between ads and content.
13      As a simple example, imagine if you were looking at an
14 article reporting on a plane crash and you were to see an ad
15 for an airline next to that article.  That would be an
16 unpleasant experience for the user.  It would be an
17 unrewarding experience for the advertiser and the publisher.
18 Q    You mentioned a couple of different types of safety
19 threats with ads.  What are some examples of threats that
20 bad ads post?
21 A    So there's a broad range, everything from seeing
22 harmful content that could be offensive conduct or
23 distasteful images.  It could be misleading content,
24 misleading claims, or unreliable claims, such as a
25 get-rich-quick scheme or an ad that promises that you'll

104

1    lose a certain amount of weight in a certain amount of time.
2    Those are unrealistic claims. Or they could be potentially
3    outright scams where they're out to steal your money or
4    potentially even malware where they will install malicious
5    software on your machine to steal your banking log-ins or
6    any other credentials or information they would want to
7    steal.
8    Q    So those are some threats that come from ads.
9         Do you deal also with safety and quality issues on the
10   publisher's side?
11   A    Yes. And in fact, again, they're two sides of the same
12   coin. Many times ads point to publisher sites, and we need
13   to make sure that the publisher site is safe. And also,
14   when you place an ad next to content, the site itself might
15   have harmful content or might be initiating a download in
16   the background that can harm your machine. So the publisher
17   has just as many risks as the advertiser.
18   Q    So why does your team work on policies for both
19   advertisers and publishers rather than focusing on one or
20   the other?
21   A    Because, again, they're two sides of the same coin and
22   the visibility that we have by seeing both sides enables us
23   to make the ecosystem safer.
24        So, for example, an ad that points to a website, that
25   website is content that we're reviewing. And by having the

1  controls. Can you walk us through the advertiser checks and
2  controls that are listed here?
3  A    Sure. So if an advertiser wants to advertise through
4  Google, they will create a campaign and upload creatives to
5  our Google servers and ad systems. And at that point in
6  time, we go through rigorous policy checks to make sure that
7  those ads comply with all of our hundreds of policies that
8  are published on our website. And then in addition to
9  policy checks, we also have advertiser controls that enable
10 advertisers to fine-tune their settings for brand safety
11 needs.
12 Q    When you say advertiser controls, what are you
13 describing?
14 A    We have for both advertisers and publishers controls
15 that allow them to select where their ads appear or which
16 ads appear on their sites depending on whether it's an
17 advertiser or a publisher. So this allows them to protect
18 their brand identity above and beyond the checks that are
19 related to policy.
20 Q    Okay. And when does Google actually go through the
21 process of screening ads?
22 A    It's continuously going through that process. So as
23 the ads are uploaded to the system -- and actually, over
24 time because many malicious actors will change the content
25 of an ad. Even after it's been submitted and it's live on a

1  site, they will actually change where the ad points to
2  initially making them point to simple things that are
3  innocuous.  And then when they think that they can get away
4  with it, they will cloak it or change it and point to
5  something nefarious.  So it's a constant check that we're
6  doing.
7  Q    Okay.  Below the advertiser checks and controls,
8  there's a list of publisher checks and controls.  How, if at
9  all, are those different?
10 A    They're very similar.  It's just a mirror image.  In
11 this case, the publisher would be initiating an ad request
12 to our systems or a bid request.  And in that bid request,
13 it would be saying, I want to put an ad next to this
14 content.  And then we would initiate the policy checks on
15 the content to make sure that that content is safe to put an
16 ad next to.  That's the policy check column.
17      And then, similarly, we have controls, again, for both
18 publishers and advertisers to enable their brand safety
19 needs.
20 Q    What kind of machinery do you use to manage the checks
21 and controls that you just described?
22 A    Because of the scale at which we operate, which is at
23 the scale of trillions of ads, we need to use extensive
24 machine learning because there aren't enough people that we
25 could hire in the world to review all of these ads manually.

1  So it's extensive machine learning machinery.
2  Q    Is the machine learning that you described built by
3  Google?
4  A    Yes.
5  Q    What other means does Google use to catch potential bad
6  actors?
7  A    Well, because we're so dedicated to safety -- our
8  mission and my team is safety -- we look at any means that
9  we can.  And so including the information that we have about
10 the advertiser as we're doing the verification processes and
11 even using third-party threat intelligence feeds in case
12 they might see some indicator that we're not aware of of
13 some new threat on the Internet.
14 Q    What happens when a security issue is brought to
15 Google's attention?
16 A    So the first thing we do -- in our language, we like to
17 stay stop the bleeding.  There's a live threat out there,
18 and we need to stop it.  It somehow got past our systems.
19 Our systems strive to be perfect, but they will never be
20 100 percent perfect.  So occasionally, we'll have something
21 get through.  So the first thing we do is we stop that ad or
22 stop that content from receiving ads.
23       And then we also say, well, is there anything like
24 that?  Is this a new type of threat we haven't seen before?
25 So we do what we call a sweep.  We sweep our systems to see

1   just saw above, is an ad that's inappropriate for any user
2   to see.  It's unsafe inherently.  Whereas restricted ads are
3   inappropriate for certain users to see.  They might be
4   sensitive areas that have specific legal requirements and
5   different geographies, like gambling or alcohol or certain
6   financial instruments.
7        So in this case, we restrict the ads to only those
8   users or areas or geographies where they are okay to
9   present.  So above and beyond the 5.2 billion bad ads that
10  we stopped entirely, we also restricted -- meaning we only
11  showed those ads in certain environments -- 4.3 billion of
12  those in 2022.
13            THE COURT:  When you say environments, do you mean
14  websites or apps, or what do mean by environment?
15            THE WITNESS:  All of the above.  In particular,
16  often it's by geographic location where different laws
17  apply.
18  BY MS. MORGAN:
19  Q    Does Google notify an advertiser when it blocks or
20  restricts an ad?
21  A    Yes, absolutely.  That's inherent to our transparency.
22  We need to make sure that advertisers understand when
23  they've had a policy violation.  So we immediately email
24  them and also put the information in the policy center
25  indicating what ad was blocked, as well as what policy was

1    violated, so that they can actually fix the mistake and
2    prevent the ad from violating policy in the future.
3    Q    Does Google ever suspend advertiser accounts entirely?
4    A    Yes, we do.  And so what I was describing just a moment
5    ago, if an advertiser has a particular ad that has a
6    problem, if that ad is a generic problem, they can fix it
7    and move on.  If it's an egregious problem -- for instance,
8    actually harming the user directly -- or if there's a
9    repeated pattern of the same advertiser providing policy
10   violating ads, we will suspend the account entirely.
11   Q    How many advertiser accounts were suspended in 2022?
12   A    In 2022, we suspended 6.7 million advertiser accounts.
13   Q    Let's go to the next page where there's another
14   chart -- this time green -- that's titled "Publisher
15   Enforcement."
16        What is this chart showing?
17   A    So this is the mirror image or other side of the coin.
18   I mentioned that we have policies for advertisers and
19   publishers.  This is reporting the publisher-side
20   violations.  So 1.57 million pages -- meaning web pages or
21   other spots on the Internet that were requesting ads from
22   our servers -- that we stopped those locations from
23   receiving Google ads because those pages violated our
24   policies in some way.  And the chart below shows the
25   breakdown of types of violations that occurred.

Direct Examination - A. Borgia

1  Q   Why is action taken at a page level rather than at a
2  site level?
3  A   Because most publishers are actually well-intentioned
4  and they occasionally will have a page or two or some small
5  number of pages that violate policy.  And so in those cases,
6  we only want to restrict ads against those pages.
7       Now, when a publisher has more extensive or pervasive
8  violations or egregious violations, then we take action
9  against the site entirely and prevent the entire site from
10 receiving ads from Google.
11 Q   Do you have an understanding of whether publishers can
12 serve advertisements from exchanges other than AdX?
13 A   Yes, they certainly can.
14 Q   When they do that, does Google know where the ads come
15 from?
16 A   No.
17 Q   So how, if at all, is your ability to enforce Google's
18 safety policies affected when the ad is served from a
19 third-party exchange?
20 A   Significantly.  We have much more visibility when we're
21 serving the ad.
22 Q   You also said earlier that Google has visibility into
23 both the buy-side and the sell-side.  Why is that
24 beneficial?
25 A   Well, again, every ad transaction involves both a buyer

119