# EXHIBIT 22

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-3010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| IN RE: GOOGLE DIGITAL PUBLISHER LITIGATION | Case No. 1:21-cv-7034 (PKC) |
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC and ALPHABET INC.,<br>Defendants. | Case No. 1:23-cv-03446 (PKC) |
| GANNETT CO., INC.<br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC and ALPHABET INC.,<br>Defendants. | Case No. 1:23-cv-05177 (PKC) |

**EXPERT REPORT OF JONAH BERGER**

December 13, 2024

1 of 52

*EXHIBIT 6*
*U.S. Newspaper Circulation Revenue, Inflation Adjusted, 1988 – 2008*



Source: *Pew Research Center; Editor & Publisher; Alliance for Audited Media (AAM); U.S. Bureau of Labor Statistics, series ID CUUR0000SA0*
Note: Advertising revenue data come from the News Media Alliance. No data were reported for 1990, so circulation revenue in that year is estimated as a linear interpolation between 1989 and 1991. Data are inflation-adjusted to 2023 dollars. All nominal values are assumed to be from the corresponding year.

58. Studies have discussed competitive pressures on traditional news publishers at least as early as 2004. For example, a UNC study noted that "[b]y 2004, it was apparent to industry analysts and investors that the migration of readers and advertisers to the internet threatened the soundness of the century-old newspaper business model," but that "few predicted how quickly that pace would pick up and profitability would decline."[141] This overall trend was further complicated by the Great Recession, which began in 2008. As the same study pointed out, "[t]he 2008–2009 Great Recession decimated the print advertising revenue of papers in both large and small markets."[142] In a later study, the same group of researchers found that almost 1,800

---

[141] Abernathy, Penelope Muse, *The Rise of a New Media Baron and the Emerging Threat of News Deserts*, (Chapel Hill, NC: The University of North Carolina Press, 2016), p. 1–87 ("Abernathy (2016)") at p. 11 ("By 2004, it was apparent to industry analysts and investors that the migration or readers and advertisers to the internet threatened the soundness of the century-old newspaper business model. But few predicted how quickly that pace would pick up and profitability would decline. Then, the Great Recession of 2008–2009 delivered a staggering blow to advertising and the bottom line….").

[142] Abernathy (2016) at p. 25 ("As the nation focused on a historic presidential election, and Wall Street and Main Street slipped toward a stunning downturn; 2008 turned out to be a pivotal year in newspaper ownership. The 2008–2009 Great Recession decimated the print advertising revenue of papers in both large and small markets.").

newspapers closed between 2004 and 2018.[143] A 2011 FCC report noted that the internet enabled traditional news publishers to gain an online audience, pointing out that "[o]nline traffic at newspaper websites did, indeed, skyrocket between January 2005 and April 2010," but observed that digital gains were insufficient to offset print losses.[144]

59. While there are a few exceptions to this trend, and more nuance when examining print and online news content separately, the overall picture is nonetheless straightforward: consumers have been steadily abandoning traditional news publishers for decades. This pattern appears to have persisted into more recent years, especially for local newspapers. As Exhibit 7 below shows, total circulation—corresponding to subscribership to both print and digital publications—for "locally focused U.S. daily newspapers" continued to fall between 2015 and 2020.[145] Over this period, total weekday subscribership fell by 39.9%, and total Sunday subscribership fell by 45.3%. Additionally, a recent study of 18 local newspapers found that between the first quarter of 2020 and the first quarter of 2022, total circulation fell from 1.83 million to 1.66 million, a decrease of 9%.[146]

---

[143] Abernathy, Penelope Muse, *The Expanding News Desert*, (Chapel Hill, NC: The University of North Carolina Press, 2018), pp. 1–102, https://www.cislm.org/wp-content/uploads/2018/10/The-Expanding-News-Desert-10_14-Web.pdf, accessed on December 10, 2024, at p. 10 ("The United States has lost almost 1,800 papers since 2004, including more than 60 dailies and 1,700 weeklies. Roughly half of the remaining 7,112 in the country – 1,283 dailies and 5,829 weeklies – are located in small and rural communities. The vast majority – around 5,500 – have a circulation of less than 15,000.").

[144] Steven Waldman and the Working Group on Information Needs of Communities, "The Information Needs of Communities The changing media landscape in a broadband age," *Federal Communications Commission*, July 2011, p. 39, https://www.fcc.gov/sites/default/files/the-information-needs-of-communities-report-july-2011.pdf, accessed on December 10, 2024 ("Although newspapers gained audience—and a flood of new ad dollars—on the Internet, they were unable to make up for the loss in profits from their print products. … This led to the saying in the newspaper world that 'print dollars were being replaced by digital dimes.' That turns out to be a rather cheerful way of phrasing it. More accurately: each print dollar was being replaced by four digital pennies."). *See also* Deposition of Richard Gingras (Google), June 18, 2024, pp. 154 ("Q And he says, Even worse, they are calculated as a ratio of your total revenue. When we say if you increase your Internet audience by 10 percent, it increases your revenue by 0.5 percent. This is basically illustrating the print dollars for the digital pennies tradeoff. Do you see that? A Mm-hmm, yes. Q And what do you understand him to be referring to when he refers to the print dollars for digital pennies tradeoff? … [A]: I believe what he's referring to, as many have noted, the digital advertising marketplace is extremely efficient, auction based, performance based, quite different from the advertising market of the days of print, which were set priced and no performance basis. So in effect, people overpaid for print advertising. And so it's a very different world in digital. … Q So publishers made more money in print than they do in digital; is that right? A From an advertising perspective, I believe that would be true. They would claim that to be true, and I have no reason to dispute it.").

[145] Katerina Eva Matsa and Kirsten Worden, "Local Newspapers Fact Sheet," *Pew Research Center*, May 26, 2022, https://www.pewresearch.org/journalism/fact-sheet/local-newspapers/, accessed on December 10, 2024.

[146] Chyi, Hsiang Iris and Sun Ho Jeong, "Unraveling U.S. Newspapers' Digital and Print Subscriptions in the Context of Price, 2016-2022," *Media and Communication* 12, 2023 ("Chyi and Jeong (2023)"), based on data provided on pp. 8–9.

**EXHIBIT 7**
*Circulation (Print and Digital) of Local U.S. Daily Newspapers, 2015 – 2020*



Source: Katerina Eva Matsa and Kirsten Worden, "Local Newspapers Fact Sheet," *Pew Research Center*, May 26, 2022, https://www.pewresearch.org/journalism/fact-sheet/local-newspapers/, accessed on December 10, 2024; *Alliance for Audited Media*

Note: Includes print and digital circulation. Based on an analysis of more than 200 newspapers for weekday circulation and more than 400 papers for Sunday circulation. Excludes the following publications with a national audience: The New York Times, The Washington Post, The Wall Street Journal and USA Today. Due to differences in methodology, these figures are not comparable to figures published in Pew Research Center's State of the News Media newspapers fact sheet. Affiliated publications are excluded. Weekday circulation is based on publications reporting a Monday-Friday average. Data reflect either three-month averages (2015–2019) or the six-month period ending Sept. 30 (2020).

60. This continued overall decline occurred despite some success in digital news media. For example, subscribership to online news content for local U.S. daily newspapers shows a slight increase in recent times. As shown in Exhibit 8 below, online subscribership to local newspapers was stagnant from 2015 to 2019, but it showed some signs of improvement by 2020. However, as the FCC report I discussed above noted, this has not been sufficient to offset the long-running losses in traditional printed news. Several factors may contribute to this. For instance, online subscriptions tend to be priced much lower than print subscriptions. A 2023 study of eighteen U.S. local daily newspapers found that the average price of an annual print subscription was over

$1,000, and that digital subscriptions cost just one-sixth of that amount.[147] Despite their price, online newspaper subscriptions have not really taken off.[148] In 2000, online subscriptions were in the range of 0.2% to 2.6% of print subscriptions.[149] By 2020, online subscriptions to the local daily newspapers reflected below in Exhibit 8 had only reached 20.0% of the level of print subscriptions in 2015, and by 2020 had not yet overtaken print subscriptions for either weekday or Sunday editions.[150] Additionally, as I noted above, in a 2024 survey of around 2,000 U.S. consumers, only 22% reported paying for online news content or accessing a paid online news service within the prior year.[151] It is no surprise, then, that a modest increase in online subscriptions has not replaced the revenue lost from declining print subscriptions (or lost advertising revenue as further discussed below).[152]

---

[147] Chyi and Jeong (2023) at p. 1.

[148] By 2020, digital circulation of local U.S. newspapers had reached only 20% of what print circulation had been in 2015. Katerina Eva Matsa and Kirsten Worden, "Local Newspapers Fact Sheet," *Pew Research Center*, May 26, 2022, https://www.pewresearch.org/journalism/fact-sheet/local-newspapers/, accessed on December 10, 2024.

[149] Chyi and Jeong (2023) at p. 3.

[150] Katerina Eva Matsa and Kirsten Worden, "Local Newspapers Fact Sheet," *Pew Research Center*, May 26, 2022, https://www.pewresearch.org/journalism/fact-sheet/local-newspapers/, accessed on December 10, 2024.

[151] Nic Newman, "Overview and Key Findings of the 2024 Digital News Report," *Reuters Institute*, June 17, 2024, https://reutersinstitute.politics.ox.ac.uk/digital-news-report/2024/dnr-executive-summary, accessed on December 10, 2024.

[152] Evans, David, "The Online Advertising Industry: Economics, Evolution, and Privacy," *Journal of Economic Perspectives* 23, no. 3, 2009, pp. 37–60 at p. 54 ("Although many newspapers have developed web versions that attract significant number of viewers, and although page views at newspaper websites increased from a monthly average of 1.5 billion in 2004 to 3.2 billion by 2008, the increased online advertising revenues for newspapers have only partly compensated for their loss of traditional advertising revenues. As radio and television move to Internet-enabled platforms, they may find a decline in advertising revenues with a corresponding depressing effect on the economics of providing traditional content.").

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

*EXHIBIT 8*
*Circulation (Digital-Only) of Local U.S. Daily Newspapers, 2015 – 2020*



Source: Katerina Eva Matsa and Kirsten Worden, "Local Newspapers Fact Sheet," *Pew Research Center*, May 26, 2022, https://www.pewresearch.org/journalism/fact-sheet/local-newspapers/, accessed on December 10, 2024; *Alliance for Audited Media*

Note: Includes print and digital circulation. Based on an analysis of more than 200 newspapers for weekday circulation and more than 400 papers for Sunday circulation. Excludes the following publications with a national audience: The New York Times, The Washington Post, The Wall Street Journal and USA Today. Due to differences in methodology, these figures are not comparable to figures published in Pew Research Center's State of the News Media newspapers fact sheet. Affiliated publications are excluded. Weekday circulation is based on publications reporting a Monday-Friday average. Data reflect either three-month averages (2015-2019) or the six-month period ending Sept. 30 (2020).

## 7. Traditional News Publishers Have Experienced Decreased Advertising Revenue Against the Backdrop of Increased Competition for Consumer Attention

61. As with subscription revenue, traditional news publishers also experienced decreased advertising revenue amid increased competition for consumer attention. As described above, since the early 1800s, newspapers have generally adopted one of two business models, both of which rely on advertising revenue: (1) the subscription/advertising model, in which a combination of subscriptions and ad sales generate revenues, or (2) the free-media model, in