UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION



IN RE: GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION
Equativ SAS, et al. v. Google LLC,   )
  E.D. Virginia, C.A. No. 1:25-01755   )   MDL No. 3010

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the above-captioned action on October 16, 2025. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs filed a notice of opposition to the proposed transfer. Plaintiffs later filed the required motion and brief to vacate the conditional transfer order. Subsequently, plaintiffs have notified the Panel that they wish to withdraw the opposition to transfer of the action.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-16" filed on October 16, 2025, is LIFTED. This action is transferred to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable P. Kevin Castel.

FOR THE PANEL:

*James V. Ingold*
James V. Ingold
Clerk of the Panel

A CERTIFIED COPY
TAMMI M. HELLWIG, CLERK
BY _____
Deputy Clerk