

Nicolas Stebinger
Simonsen Sussman LLP
1629 K Street NW, Suite 300
Washington, DC 20006
Nicolas@SimonsenSussman.com
+1 202 384 3130

January 14, 2026

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC)
      *Equativ SAS, et al. v. Google LLC*, No. 1:26-cv-00140 (PKC)

Dear Judge Castel:

      Plaintiffs Equativ SAS, Equativ Inc., Sharethrough Inc., and Sharethrough USA, Inc. (together, "Equativ") write in response to the pre-motion letter filed by Defendant Google LLC ("Google") seeking leave to move to dismiss Equativ's Complaint. *See* MDL Dkt. No. 1328.  Though Google's arguments for dismissal lack merit, Equativ intends to amend its complaint pursuant to the Court's Pre-Trial Order No. 20 dated January 13, 2026. Accordingly, Google's pre-motion letter is moot and should be denied as such. The undersigned has conferred with counsel for Google, and Google agrees that the pre-motion letter, MDL Dkt. No. 1328, is moot given the Court's orders in Pre-Trial Order No. 20. There is no conference currently scheduled before the Court.

Dated: January 14, 2026

Respectfully submitted,

*/s/ Nicolas Stebinger*
Nicolas Stebinger
**SIMONSEN SUSSMAN LLP**
1629 K Street NW, Suite 300
Washington, DC 20006
Tel. (202) 384-3130
nicolas@simonsensussman.com

*Counsel for Plaintiffs Equativ SAS, Equativ Inc., Sharethrough Inc., and Sharethrough USA, Inc.*

cc: All Counsel of Record via CM/ECF