**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 21-MD-03010 (PKC)** |
| ***This Document Relates To:*** | |
| **IN RE: GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION** | **No. 21-CV-07034 (PKC)** |
| ***and*** | |
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 21-CV-07001 (PKC)** |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4, OpenX Technologies, Inc. respectfully requests that Brandon Kressin be permitted to withdraw as counsel for OpenX Technologies, Inc. in the above-captioned matter. Mr. Kressin no longer actively represents OpenX Technologies, Inc. in this matter. Mr. Kressin's withdrawal will not delay the matter or prejudice any party, and he is not retaining or charging a lien. OpenX Technologies, Inc. is represented by counsel in this action from Cravath, Swaine & Moore LLP and Wiggin and Dana LLP. This motion has been served upon the client, OpenX Technologies, Inc.

Respectfully submitted, this 15th day of January, 2026.

Application GRANTED.
SO ORDERED.
Dated: 1/20/2026

_____
P. Kevin Castel
United States District Judge

Date: January 15, 2026

Respectfully Submitted,

/s/ Brandon Kressin
Brandon Kressin
**KRESSIN POWERS LLC**
400 Seventh Street, NW, Unit #300
Washington, District of Columbia 20004
Telephone: 202.464.2905
Fax: 202.998.9319
brandon@kressinpowers.com