**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC. <br><br> *Plaintiffs*, <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> *Defendants*. | Case No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC. <br><br> *Plaintiff*, <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> *Defendants*. | Case No. 1:23-cv-5177 (PKC) |
| DOTDASH MEREDITH INC. A/K/A PEOPLE INC. and MEREDITH OPERATIONS CORPORATION, <br><br> *Plaintiffs,* <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> *Defendants*. | Case No. 1:25-cv-07194 (PKC) |

1

| | |
|---|---|
| INSIDER, INC.,<br><br>         *Plaintiff,*<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>         *Defendants*. | Case No. 1:25-cv-07409 (PKC) |
| THE SLATE GROUP LLC,<br><br>         *Plaintiff,*<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>         *Defendants*. | Case No. 1:25-cv-07697 (PKC) |
| CMI MARKETING, INC.,<br><br>         *Plaintiff,*<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>         *Defendants*. | Case No. 1:25-cv-08630 (PKC) |

  Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Rund M. Khayyat, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Associated Newspapers, Ltd., Mail Media, Inc., Gannett Co., Inc., Dotdash Meredith Inc. a/k/a People Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, and CMI Marketing, Inc.

  I am a member in good standing of the Bars of the District of Columbia and the State of New York and there are no pending disciplinary proceedings against me in any state or federal

2

court.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  Attached hereto is a declaration in compliance with Local Rule 1.3.

Dated:  January 23, 2026

Respectfully submitted,

/s/ *Rund M. Khayyat*
Rund M. Khayyat
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, DC 20036
Tel.:  (202) 367-7812
Fax:  (202) 326-7999
Email:  rkhayyat@kellogghansen.com

*Counsel for Plaintiffs Associated Newspapers, Ltd., Mail Media, Inc., Gannett Co., Inc., Dotdash Meredith Inc. a/k/a People Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, and CMI Marketing, Inc.*