UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 1:21-md-03010 (PKC) |
| *This Document Relates to:* | |
| **IN RE: GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION** | No. 1:21-cv-07034 (PKC) |

**DEFENDANTS GOOGLE LLC, ALPHABET INC., AND YOUTUBE, LLC'S NOTICE OF MOTION FOR SUMMARY JUDGMENT ON PUBLISHERS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Defendants Google LLC, Alphabet Inc., and YouTube, LLC's (together, "Google") Memorandum of Law in Support of Their Motion for Summary Judgment on Publishers' Second Amended Consolidated Class Action Complaint, Rule 56.1 Statement of Undisputed Material Facts, and the Declaration of Andrew W. Henderson dated January 23, 2026 and its accompanying exhibits, which are being submitted contemporaneously with this Notice of Motion, Google will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order granting summary judgment under Federal Rule of Civil Procedure 56 on all Counts of Publishers' Second Amended Consolidated Class Action Complaint.

Dated: January 23, 2026                    Respectfully Submitted,

/s/ Justina Sessions
Justina K. Sessions
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com

Eric Mahr
Andrew J. Ewalt
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Email: eric.mahr@freshfields.com
       andrew.ewalt@freshfields.com

Craig M. Reiser
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, New York 10111
Telephone: (212) 728-2200
Email: creiser@axinn.com

Bradley D. Justus
David R. Pearl
Allison M. Vissichelli
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 469-3532
Email: bjustus@axinn.com
      dpearl@axinn.com
      avissichelli@axinn.com

Daniel S. Bitton
55 Second Street
San Francisco, CA 94105
Telephone: (415) 490-1486
Email: dbitton@axinn.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC*

3