**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 1:21-md-3010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| **ASSOCIATED NEWSPAPERS LTD.,** *et al.* **v. GOOGLE LLC,** *et al.* | No. 1:21-cv-03446 (PKC) |
| **GANNETT CO., INC. v. GOOGLE LLC,** *et al.* | No. 1:23-cv-05177 (PKC) |

**DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S**
**NOTICE OF MOTION FOR SUMMARY JUDGMENT ON ALL**
**CLAIMS ASSERTED BY PLAINTIFFS DAILY MAIL AND GANNETT**

PLEASE TAKE NOTICE that Defendants Google LLC and Alphabet Inc. (together, "Google"), upon the accompanying Memorandum of Law in Support of Their Motion for Summary Judgment on All Claims Asserted by Plaintiffs Daily Mail and Gannett, Local Rule 56.1 Statement of Undisputed Material Facts, and the Declaration of Allison M. Vissichelli dated January 23, 2026 and its accompanying exhibits, which are being submitted contemporaneously with this Notice of Motion, Google will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order granting summary judgment under Federal Rule of Civil Procedure 56 on all Counts of Plaintiffs Associated Newspaper Ltd., Mail Media Inc., and Gannett Co., Inc.'s complaints, ECF Nos. 1196, 1197.

Dated: January 23, 2026

Respectfully Submitted,

*/s/ Craig M. Reiser*
Craig M. Reiser
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, New York 10111
Telephone: (212) 728-2200
Email: creiser@axinn.com

Bradley D. Justus
David R. Pearl
Allison M. Vissichelli
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 469-3532
Email: bjustus@axinn.com
dpearl@axinn.com
avissichelli@axinn.com

Daniel S. Bitton
AXINN, VELTROP & HARKRIDER LLP
55 Second Street
San Francisco, CA 9410
Telephone: (415) 490-1486
Email: dbitton@axinn.com

*Counsel for Defendants Google LLC and Alphabet Inc.*