IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Google Digital Advertising Antitrust Litigation** | Case No. 1:21-md-3010 (PKC) |
| *This document relates to:* <br><br> **In re Google Digital Publisher Antitrust Litigation** | Case No. 1:21-cv-7034 (PKC) |

# [PROPOSED] ORDER

Upon consideration of the Memorandum of Law in Support of Publisher Plaintiffs' Motion for Approval of the Plan and Form of Notice to the Class, dated January 23, 2026; the supporting Declarations of Carla A. Peak and Izaak Earnhardt and exhibits thereto; and otherwise for good cause shown, it is hereby:

ORDERED that, pursuant to Federal Rule of Civil Procedure 23(c)(2)(B), the Motion for Approval of the Plan and Form of Notice to the Class is GRANTED in its entirety.

1. The Notice Plan and Notice Forms are approved;

2. Kroll Settlement Administration LLC is approved as Class Notice Administrator;

3. On or before February 23, 2026, Google shall produce to Co-Lead Class Counsel in machine-readable form email addresses and postal mail addresses for all members of the AdX Class;

4. Within 14 days of the later of (a) an Order from this Court approving the Notice Plan or (b) Google's production of AdX Class member contact information, the Class Notice

Administrator shall: (i) initiate sending the Short Form Notice by electronic mail and the Long Form Notice by postal mail directly to all AdX Class members for whom Google has provided an email and/or postal address; (ii) initiate the media campaign described in the Peak Declaration; (iii) cause the press release to be issued; and (iv) set up the dedicated website and toll-free number for the litigation. The date on which the Class Notice Administrator initiates emailing of the Short Form Notice is the "Notice Plan Initiation Date."

5. The deadline for AdX Class members to exclude themselves from the AdX Class pursuant to the procedures set forth in the Long Form Notice shall be 45 days after the Notice Plan Initiation Date (the "Opt-Out Deadline");

6. The deadline for Plaintiffs to submit a declaration from the Class Notice Administrator confirming that the Notice Plan was executed per the Court's Order and setting forth the identities of those Class members, if any, who validly and timely opted out of the Class shall be 14 days after the Opt-Out Deadline.

Dated: January 28, 2026

P. Kevin Castel
United States District Judge