# KRESSIN POWERS

<u>Via ECF</u>                                                                                    February 10, 2026

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re: In re Google Digital Advertising Antitrust Litigation, No. 1:21-md-03010 (PKC); Rumble Canada Inc. v. Google LLC et al., No. 1:24-cv-09904 (PKC)**

Dear Judge Castel:

On Behalf of Plaintiff Rumble Canada Inc. ("Rumble"), we write to request that the Court set the deadline for Google to answer Rumble's Third Amended Complaint as March 3, 2026. Pursuant to Your Honor's Individual Practices in Civil Cases, there is no conference scheduled at this time.

Rumble's Third Amended Complaint ("TAC") was filed on January 30, 2026, solely to amend its allegations with respect to geographic market definition, as directed by the Court in its January 13, 2026 Opinion and Order. ECF 1336 at 20. The Court also granted Rumble leave to file a motion to further amend its complaint in its January 22, 2026 Order. ECF 1342 at 2-3. Rumble will not file a motion to amend its complaint with respect to its instream online video advertising claims dismissed by the Court. *See* ECF Nos. 1336, 1342.

The Court's January 22, 2026 Order extended the deadline for Google to answer Rumble's Third Amended Complaint to 14 days after the Court rules on any motion to further amend. As Rumble will not file a motion to further amend, Rumble proposes that Google's answer should be due 21 days after the filing of this letter, March 3, 2026. Google does not oppose this request.

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
2-11-26

Contact     400 Seventh Street NW, Ste. 300, Washington, DC 20004 | 202.464.2905

Dated: February 10, 2026

Sincerely,

/s/ Brandon Kressin
_____
Brandon Kressin
Kressin Powers LLC
Brandon@kressinpowers.com
400 7th St. NW, Unit 300
Washington, DC 20004
Tel: 202.464.2905

Counsel for Plaintiff
RUMBLE CANADA INC.

Additional Counsel for Plaintiff RUMBLE CANADA, INC:

COMPETITION & TECHNOLOGY LAW GROUP LLP
Robert W. Dickerson, Jr.
Allan W. Jansen
Ehab M. Samuel

CC: All Counsel of Record (via ECF)