From: **Duffee, Nicholas D.M.** <nduffee@axinn.com>
Date: Tue, Feb 10, 2026 at 9:00 PM
Subject: Notice of Sealed Filing | In Re: Google Digital Advertising Antitrust Litigation, No. 1:21-md-03010 (S.D.N.Y)
To: rick@yieldmo.com <rick@yieldmo.com>
Cc: Vissichelli, Allison M. <avissichelli@axinn.com>

Counsel:

I am writing in connection with the matter *In re Google Digital Advertising Antitrust Litigation* - 1:21-md-03010 (PKC), in which Yieldmo produced material pursuant to a subpoena. Google has filed several expert reports under seal which include citations and references to the material produced by Yieldmo in this matter. A list of those citations and references is attached as well as images referenced therein.

Google and Plaintiffs in this matter have requested that the court provisionally seal these filings until February 20, at which point parties may move to seal any portion of their information cited therein.

Kind regards,

Nick


**Nicholas D. M. Duffee**
Associate
He | Him | His

**Axinn, Veltrop & Harkrider LLP**
90 State House Square
Hartford, CT 06103
T: 860.275.8117
nduffee@axinn.com | axinn.com

****************************************************************

Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client communication, and as such is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Yieldmo Citations.xlsx**



Figure 79: Ad Exchange Average Fees, 2020-2022

Sources: Data from ▇▇▇ and Yieldmo. See Section IX.B in the appendix for a complete list of sources.
Notes: Exchanges are sorted left to right based on their average fee over the 2020-2022 period.

**Figure 146: Selected Non-Google Ad Exchange U.S. Indirect Open Web Display (Non-Video) Spending, 2019-2022**



Sources: Data from ▮▮▮▮ Yieldmo. See Section IX.A in the appendix for a complete list of sources.

Table 18: U.S. Indirect Open Web Display (Non-Video) Exchange Spending Shares, 2019-2022

| | From data productions | | | | Use buying tool data to estimate the size of other exchanges | | | |
|---|---|---|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2022 | 2019 | 2020 | 2021 | 2022 |
| Yieldmo | 1% | 1% | 1% | 2% | | | | |

Sources: See Section IX.A in the appendix.

include impressions displayed on both websites and apps (including applications on connected TVs). I do consider both types of video advertising (instream and outstream video) and all types of ad formats (including native ads) in the analysis. Results are set out in

442. Figure 28.

**Figure 28: Global market shares for ad exchanges for open display by number of impressions (January 2019-March 2023)**



443. 



444. Furthermore, to account for the potential absence of third-party ad exchange data that was not available to me, I perform a sensitivity analysis by estimating the total number of impressions needed to bring AdX's shares from their current level in 2022 (%[857]) to 65% (a threshold often used as an indicator of monopoly power).[858,859] My analysis shows that the third-party ad exchanges that may be absent from my analysis would have to cumulatively transact more than ▬▬▬▬▬ each month in 2022 to ▬▬▬▬▬[860] ▬▬▬▬▬



**Figure 29: Total number of impressions globally for AdX and other exchanges for open display (January 2019-March 2023, without imputation)[861]**

---

[857] This is the simple average of AdX's market share across all the months of 2022. 2022 is the last full calendar year for which I have data.

[858] This analysis involves calculating the hypothetical number of impressions, X, needed to change the current share of AdX impressions from their current percentages to 65% in each month in the sample. Mathematically, I determine X by solving the equations $\frac{AdX\_impressions}{Total\_impressions} = share\%$ and $\frac{AdX\_impressions}{Total_{impressions}+X} = 65\%$.

[859] *Image Technical Services, Inc. v. Eastman Kodak Co.*, 125 F.3d 1195 (1997), 1206. ("Courts generally require a 65% market share to establish a prima facie case of market power.")

[860] ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

[861] *See* Appendix F for further details on sample and methodology. This chart excludes any imputations.