UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-md-3010 (PKC) |

**NONPARTIES MICROSOFT CORPORATION AND XANDR INC.'S NOTICE OF MOTION TO SEAL LIMITED CONFIDENTIAL INFORMATION IN EXHIBITS ACCOMPANYING DECLARATIONS IN SUPPORT OF GOOGLE LLC, ALPHABET INC., AND YOUTUBE LLC'S MOTIONS FOR SUMMARY JUDGEMENT**

Pursuant to this Court's Individual Practice No. 5 and paragraph 21 of the Modified Confidentiality Order, ECF No. 685 at 25, nonparties Microsoft Corporation and Xandr Inc. (together, "Microsoft"), through undersigned counsel, move this Court for an order granting this motion to seal portions of certain exhibits accompanying declarations identified in Defendants Google LLC, Alphabet Inc., and YouTube LLC's motion to provisionally seal, ECF No. 1344. *See* Decl. of Andrew W. Henderson, ECF No. 1355; Decl. of Veronica M. Bosco, ECF No. 1362; Decl. of Allison Vissichelli, ECF No. 1364. The subject portions were identified to Microsoft by party counsel and contain Microsoft's competitively sensitive and non-public information. The grounds for this motion are contained in the memorandum of law concurrently filed in support. The materials to be sealed are identified in an exhibit to the Declaration of Allen R. Davis in Support of Nonparties Microsoft Corporation and Xandr Inc.'s Notice of Motion to Seal.

-2-

Dated: Washington, D.C.
February 20, 2026

Respectfully submitted,

/s/ Amy W. Ray

Amy W. Ray (NYSBA No. 4199386)
amyray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP

2100 Pennsylvania Avenue NW
Washington, DC 20037-3202
Tel. +1 202 339 8400

*Attorney for Microsoft Corporation and Xandr Inc.*