**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 1:21-md-3010 (PKC)** |

## CERTIFICATE OF SERVICE  PURSUANT TO STANDING ORDER M10-468

Pursuant to Standing Order M10-468, I hereby certify that on February 20, 2026, true and

correct copies of the below-listed materials as filed under seal were served upon all counsel of record

via email:

**ECF No. 1362-5; ECF No. 1355-5**
- Experts' commentary on Yahoo's average fee percentages
- Figure 145: bar chart depicting Yahoo's ad spending
- Figure 146: bar chart depicting Yahoo's revenue
- Table 17: table depicting Yahoo's spending share information
- Table 18: table depicting Yahoo's spending share information

**ECF No. 1355-9**
- Experts' commentary on Yahoo's buy-side rate percentage and revenue share

**ECF No. 1364-2**
- Figure 28: chart depicting Yahoo market share information
- Figure 29: chart depicting Yahoo impression information

Dated February 20, 2026                  Respectfully Submitted,

                                         */s/ Alexandra Gallo-Cook*

                                         Alexandra Gallo-Cook
                                         MINTZ, LEVIN, COHN, FERRIS,
                                         GLOVSKY AND POPEO P.C.
                                         919 Third Avenue, Floor 39
                                         New York, New York 1022
                                         Tel. 212-692-6259
                                         lgallocook@mintz.com
                                         *Counsel for non-party Yahoo Inc.*