**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

No. 1:21-md-3010 (PKC)

## DECLARATION OF ALLEN R. DAVIS IN SUPPORT OF NONPARTIES MICROSOFT CORPORATION' AND XANDR INC.'S NOTICE OF MOTION TO SEAL

I, Allen R. Davis, hereby declare as follows:

1. I am an associate with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Microsoft Corporation and Xandr Inc. (together, "Microsoft"). I respectfully submit this declaration in support of Microsoft's Motion to Seal.

2. This declaration is based upon my personal knowledge and my review of relevant documents in this case. I am competent to testify to the matters stated herein.

3. Attached as Exhibit 1 hereto is a table describing the competitively sensitive information that Microsoft seeks to seal. Exhibit 1 has been filed under seal.

4. The first column of Exhibit 1 contains the ECF numbers for the documents containing the material to be sealed. The second column contains the specific passages or figures for which Microsoft received notice and identifies the information Microsoft seeks to seal either in part or in its entirety. In instances where Microsoft seeks to seal portions of the passages only, those portions have been highlighted. The third column presents the basis for sealing the associated passage.

5. Exhibit 1 pages 9-17 reflect versions of expert report figures provided to Microsoft in redacted form. Microsoft seeks continued sealing of the portions highlighted in yellow.

6. Exhibit 1 contains only the excerpts for which Microsoft seeks continued sealing.

7.      As the information in Exhibit 1 reflects confidential, non-public, and commercially sensitive information, including Microsoft's business strategies and financial data, and as further outlined in Microsoft's Memorandum of Law in Support of Non-Parties Microsoft Corporation and Xandr Inc.'s Notice of Motion to Seal, Microsoft requests the highlighted portions remain sealed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 20, 2026,
in Washington, D.C.

Allen R. Davis

2