# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

No. 1:21-MD-03010

*This Document Relates to*:

ALL ACTIONS

## NON-PARTY TIKTOK, INC.'S MOTION TO SEAL

Pursuant to Section 5 of this Court's Individual Practices, non-party TikTok, Inc. ("TikTok") respectfully moves this Court to seal Table 5 in Defendant Google LLC's ("Google's") Expert Report of Mark A. Israel and redact any references contained in that report to the underlying financial data.

Dated: February 20, 2026

Respectfully submitted,

*/s/ Steven Bizar*
Steven Bizar (SB #2251544)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: +1 (215) 994-2205
steven.bizar@dechert.com

*Attorney for Non-Party TikTok Inc.*