# Exhibit 1 - 16

# Filed Under Seal