Steven Bizar (SB #2251544)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: +1 (215) 994-2205
steven.bizar@dechert.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates to*:<br><br>ALL ACTIONS | No. 1:21-MD-03010 |

DECLARATION OF NOREEN YEH IN SUPPORT OF NON-PARTY
TIKTOK, INC.'S MOTION TO SEAL

I, Noreen Yeh, declare as follows:

1. I am an eDiscovery Analyst at TikTok, Inc. ("TikTok"). I am familiar with TikTok's business practices, including what TikTok considers confidential and does not disclose to the public. I have personal knowledge of the facts described below and make this Declaration in support of TikTok's Motion to Seal pursuant to Section 5 of this Court's Individual Practices.

2. **Exhibit 1** is a chart contained in Google's Expert Report of Mark A. Israel. The chart identifies 16 advertisers with at least $1 million in 2022 TikTok advertising spending among the top 50 2022 U.S. Google Ads advertisers. The chart is derived from non-public TikTok data contained in TikTok_GoogleAdTech_00000695 and discloses granular, year-over-year TikTok advertising spending data for each of these 16 advertisers across three years (2020, 2021, and 2022), including percentage changes between 2021 and 2022. TikTok, which is a private company, does not publicly disclose this type of information because it is proprietary, confidential, and competitively sensitive. If disclosed, it would cause competitive harm to TikTok by providing

its competitors with access to competitively sensitive information that could be exploited in head-to-head competition with TikTok. The competitive harm that disclosure would create for TikTok outweighs any potential public interest that may exist.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on: February 20, 2026

Signed by:

*Noreen Yeh*
D4EFFBC7A2424DA...

Noreen Yeh