Steven Bizar (SB #2251544)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: +1 (215) 994-2205
steven.bizar@dechert.com

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates to*:<br><br>ALL ACTIONS | No. 1:21-MD-03010 |

### DECLARATION OF NOREEN YEH IN SUPPORT OF NON-PARTY TIKTOK, INC.'S MOTION TO SEAL

I, Noreen Yeh, declare as follows:

1. I am an eDiscovery Analyst at TikTok, Inc. ("TikTok"). I am familiar with TikTok's business practices, including what TikTok considers confidential and does not disclose to the public. I have personal knowledge of the facts described below and make this Declaration in support of TikTok's Motion to Seal pursuant to Section 5 of this Court's Individual Practices.

2. **Exhibit 1** is a chart contained in Google's Expert Report of Mark A. Israel. The chart identifies 16 advertisers with at least $1 million in 2022 TikTok advertising spending among the top 50 2022 U.S. Google Ads advertisers. The chart is derived from non-public TikTok data contained in TikTok_GoogleAdTech_00000695 and discloses granular, year-over-year TikTok advertising spending data for each of these 16 advertisers across three years (2020, 2021, and 2022), including percentage changes between 2021 and 2022. TikTok, which is a private company, does not publicly disclose this type of information because it is proprietary, confidential, and competitively sensitive. If disclosed, it would cause competitive harm to TikTok by providing

1

its competitors with access to competitively sensitive information that could be exploited in head-to-head competition with TikTok. The competitive harm that disclosure would create for TikTok outweighs any potential public interest that may exist.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on:  February 20, 2026

Signed by:

Noreen Yeh

D4EFFBC7A2424DA...

Noreen Yeh