UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-md-03010 (PKC) |

*This Document Relates to:*

| | |
|---|---|
| IN RE: GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION | No. 1:21-cv-07034 (PKC) |
| INFORM INC. v. GOOGLE LLC, *et al.* | No. 1:23-cv-01530 (PKC) |
| ASSOCIATED NEWSPAPERS LTD., *et al.* v. GOOGLE LLC, *et al.* | No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC. v. GOOGLE LLC, *et al.* | No. 1:23-cv-05177 (PKC) |

CERTIFICATE OF SERVICE
PURSUANT TO STANDING ORDER M10-468

Pursuant to Standing Order M10-468, I hereby certify that on February 20, 2026, true and correct copies of the sealed and unredacted versions of the below-listed materials were served upon all counsel of record via email and File Transfer Protocol (FTP):

- Defendants Google LLC, Alphabet Inc., and YouTube, LLC's Rule 56.1 Statement of Undisputed Material Facts In Support of Their Motion For Summary Judgment on Publishers' Second Amended Consolidated Class Action Complaint (filed as ECF No. 1448);

- Declaration of Andrew W. Henderson In Support of Defendants Google LLC, Alphabet Inc., and YouTube, LLC's Motion For Summary Judgment on Publishers' Claims (filed as ECF No. 1455);

- Exhibits 4-6, 15, 18-22, 26-27, 35, 40-43, 44, 46-51, 54, 56, 71, 81 to the Declaration of Andrew W. Henderson In Support of Defendants Google LLC, Alphabet Inc., and YouTube, LLC's Motion For Summary Judgment on Publishers' Claims (filed as ECF No. 1460);

- Declaration of Veronica M. Bosco In Support of Defendants Google LLC, Alphabet Inc., and YouTube, LLC's Motion For Summary Judgment on Inform's Fourth Amended Complaint (filed as ECF No. 1471);

- Exhibits 1-2, 4-6, 11, 16, 18-20, 22, 24, 27-31, 42-52 to the Declaration of Veronica M. Bosco In Support of Defendants Google LLC, Alphabet Inc., and YouTube, LLC's Motion For Summary Judgment on Inform's Fourth Amended Complaint (filed as ECF No. 1481);

- Defendants Google LLC and Alphabet Inc.'s Rule 56.1 Statement of Undisputed Material Facts In Support of Their Motion For Summary Judgment on All Claims Asserted By Plaintiffs Daily Mail and Gannett (filed as ECF No. 1465);

- Declaration of Allison M. Vissichelli In Support of Defendants Google LLC and Alphabet Inc.'s Motion For Summary Judgment on All Claims Asserted By Plaintiffs Daily Mail and Gannett (filed as ECF No. 1477); and

- Exhibits 1-3, 28, 37-40, 48, 50 to the Declaration of Allison M. Vissichelli In Support of Defendants Google LLC and Alphabet Inc.'s Motion For Summary Judgment on All Claims Asserted By Plaintiffs Daily Mail and Gannett (filed as ECF No. 1482).

Dated: February 20, 2026                            Respectfully Submitted,

                                                    */s/ Nicholas D.M. Duffee*
                                                    Nicholas D.M. Duffee
                                                    AXINN, VELTROP & HARKRIDER LLP
                                                    90 State House Square
                                                    Hartford, CT 06103
                                                    Telephone: (860) 275-8100
                                                    Email: nduffee@axinn.com