UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-md-03010 (PKC) |

## CERTIFICATE OF SERVICE

I, Avery P. Bernstein, hereby certify and state that on February 20, 2026, true and correct copies of the below-listed materials as filed under seal were served on counsel of record via electronic transfer:

- Exhibits 1-16 to Meta Platforms, Inc. ("Meta") Letter Motion to Seal certain documents referenced in Google's expert reports (the "Letter"), proposed redactions to certain documents cited or referenced to in certain expert reports; and

- Exhibit 17 to Meta's Letter, Confidential Declaration of Omri Farber in support of the Letter.

_____
Avery P. Bernstein