

February 27, 2026

**<u>Via ECF</u>**
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*In re Google Digital Advertising Antitrust Litigation*
Case No. 21-md-3010 (PKC)

*In re Google Digital Publisher Antitrust Litigation*
Case No. 21-cv-7034 (PKC)

Dear Judge Castel:

I write on behalf of Class Counsel to update the Court on the status of notice to the AdX Class pursuant to the Court's order approving the plan and form of notice (ECF 1383).

- Yesterday, the notice administrator emailed the short-form notice to all of the unique email addresses provided by Google in the data supplied on February 23. 4,670 such emails were sent, substantially covering the 4,936 unique GFP Network IDs.

- The notice website, www.adxclassaction.com, is live. The website makes available to Class members and the public the long-form notice as well as relevant orders.

- The phone line referenced in the notice for inquiries is live.

- The press release contemplated by the notice plan will be issued today.

- The notice to be sent by mail will commence as soon as possible.

Consistent with the Court's order, with the initial email of the short-form of notice yesterday, and as reflected in the notice and on the website, the deadline for exclusion from the Class is Monday, April 13, 2026 (the 45th day falling on a Sunday, April 12).

Respectfully,

*/s/ Philip C. Korologos*
Philip C. Korologos

Copies to: All counsel of record via ECF.