KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900
FACSIMILE:
(202) 326-7999

March 3, 2026

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *In re Google Digital Antitrust Litigation*, No. 1:21-md-03010-PKC [rel: *Los Angeles Times Communications LLC et al. v. Google LLC*, No. 1:26-cv-01593-PKC]

Dear Judge Castel:

On behalf of Los Angeles Times Communications LLC and NantMedia Holdings LLC (collectively, "LA Times"), we write to request that the Court amend the case management plan and scheduling order that it entered on February 27, 2026 (the "Group 2 CMO") to include the LA Times as an additional Group 2 Publisher Case. MDL Dkt. No. 1502. LA Times is represented by the same counsel as Publisher Plaintiffs in the ten other actions covered by the February 27, 2026 Case Management Order, and brings substantially the same claims. The next conference in the MDL is currently scheduled for March 19, 2026.

LA Times is prepared to proceed with discovery immediately, and plans to use the same group of experts as the other Group 2 Publishers. Including LA Times in the Group 2 CMO would maximize judicial and party efficiency, and ensure that fact discovery in all of the similar Publisher Plaintiff cases will be completed together by the end of this year.

Counsel conferred with Google, which said it would prefer to organize and schedule the LA Times's case and any additional publisher cases *after* the April 13, 2026 deadline for publishers to opt out of the AdX Class. LA Times filed its complaint on February 25, 2026, before the opt-out notices issued on February 26, 2026. Given the alignment of LA Times's complaint and facts with the other Publisher Plaintiffs subject to the Group 2 CMO, we respectfully request that the Court permit LA Times to proceed now without waiting for other publishers (if any) that may have different issues.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

The Honorable P. Kevin Castel
March 3, 2026
Page 2

Respectfully submitted,

/s/ *John Thorne*

John Thorne
Daniel G. Bird
Bethan R. Jones
Daniel S. Severson
Christopher C. Goodnow
Eliana Margo Pfeffer
Eric J. Maier
Mark P. Hirschboeck
Jonathan I. Liebman
Sven E. Henningson
Seth D. Crockett
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel.:  (202) 326-7900
Fax:  (202) 326-7999
Email:  jthorne@kellogghansen.com
        dbird@kellogghansen.com
        bjones@kellogghansen.com
        dseverson@kellogghansen.com
        cgoodnow@kellogghansen.com
        epfeffer@kellogghansen.com
        emaier@kellogghansen.com
        mhirschboeck@kellogghansen.com
        jliebman@kellogghansen.com
        shenningson@kellogghansen.com
        scrockett@kellogghansen.com

*Counsel for Los Angeles Times Communications*
*LLC and NantMedia Holdings LLC.*

cc:   All Counsel of Record via ECF

Upon consideration of the submissions of the parties, the Court GRANTS the application of Los Angeles Times Communications LLC and NantMedia Holdings LLC to have their claims be governed by the February 27, 2026 Case Management Plan and Scheduling Order as a Group 2 Publisher case.  (ECF 1502.)  The parties may meet, confer and adopt minor adjustments that do not impact the deadlines for the close of fact or expert discovery. The Clerk is requested to terminate the Letter Motion at ECF 1506.
SO ORDERED.
Dated:  3/16/2026

P. Kevin Castel
United States District Judge