UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING                21-md-3010 (PKC)
ANTITRUST LITIGATION
                                                              ORDER
------------------------------------------------------------x

CASTEL, United States District Judge:

      In view of the Case Management Plan and Scheduling Order set for the Group 2

Publisher Cases (ECF 1502 & 1551), the March 19, 2026 conference is unnecessary and is

vacated.

      SO ORDERED.

_____
                    P. Kevin Castel
              United States District Judge

Dated: New York, New York
      March 17, 2026