UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST  LITIGATION                                        21-md-3010 (PKC)


-----------------------------------------------------------
THIS ORDER RELATES TO:

OpenX Technologies, Inc., et al. v. Google LLC,
25-cv-10817 (S.D.N.Y.)

Magnite, Inc. v. Google LLC,
25-cv-10818 (S.D.N.Y.)

PubMatic, Inc. v. Google LLC,
25-cv-10819 (S.D.N.Y.)

Equativ SAS v. Google LLC,
26-cv-00140 (S.D.N.Y.)

Index Exchange Inc. v. Google LLC,
25-cv-10477 (S.D.N.Y.)

Kargo Global LLC v. Google LLC,
25-cv-10630 (S.D.N.Y.) and

Sovrn Holdings, Inc. v. Google LLC,
26-cv-1587 (S.D.N.Y.)


CASTEL, Senior District Judge:

        WHEREAS defendant Google, LLC has expressed an intent to move to dismiss

the Complaint on the bases set forth in its pre-motion letter (ECF 1553).

        WHEREAS the above-referenced plaintiffs disclaim a desire to amend their

Complaints (ECF 1558) in response to defendant's pre-motion letter, despite the undersigned's

Individual Practices at ¶ 3(A)(iv) & (v).

NOW, therefore, the following is ORDERED:

1.      Defendant may file its motion to dismiss by April 29, 2026.  Plaintiffs shall respond to the motion by May 27, 2026.  Any reply by defendant shall be filed by June 12, 2026.

2.      Defendant's single memorandum in support of its motion to dismiss and plaintiff's' consolidated memorandum in response shall have an extended page limit of 35 pages and the defendant's reply of 15 pages.

3.      Rule 16(b)(3)(A) provides that a Court's "scheduling order must limit the time to . . . amend the pleadings. . . and file motions."  Pursuant to that authority, the Court hereby limits the time of the above parties to amend their Complaint (if as of right) or move to amend the Complaint to the shorter of (a) the period of time for a motion to amend as of right; or (b) 21 days after the filing of the motion to dismiss; any motion to amend shall contain a marked-to-show changes version of the proposed amended pleading.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 26, 2026

2