SDNY CM/ECF NextGen Version 1.8.5    https://nysd-ecf.sso.dcn/doc1/127138942000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-md-3010 (PKC) No. 1:21-cv-07001 (PKC) |

### STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF CHRISTOPHER HANSON D/B/A HANSON LAW OFFICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by Google LLC, Alphabet, Inc., and Christopher Hanson d/b/a Hanson Law Office that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the claims of Plaintiff Christopher Hanson d/b/a Hanson Law Office are voluntarily dismissed, with prejudice, from the above-captioned actions, with each party to bear its own costs and attorney's fees. This stipulation shall not be read to dismiss or otherwise affect the claims of plaintiffs Michael Stellman or Cliffy Care Landscaping, which are currently stayed.

Dated: January 23, 2026

*Stipulation approved.*

*SO ORDERED.*
*2/-7-26*

*Dena C. Sharp (pro hac vice)*
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com

*Counsel for Christopher Hanson d/b/a Hanson Law Office*