UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING          21-md-3010 (PKC)
ANTITRUST LITIGATION

                                                              ORDER

----------------------------------------------------------x

This Order Applies Only to

INFORM INC. v. GOOGLE LLC,                    23-cv-1530(PKC)

_____x

      Google's letter of April 8, 2016 (ECF 1604, 21-md-3010) will be deemed a motion to strike Inform' "Second Corrected Memorandum in Opposition to Defendant's Motion for Summary Judgment." (ECF 1592, 21-md-3010.) According to Google, Inform's "Corrected Memorandum," filed after Google filed its reply brief, adds 35 citations to the record, adds 27 new footnotes and other material changes. Google contends that there were 215 additions and 144 deletions in the "Corrected Memorandum."

      Inform did not seek leave of Court to make this new filing, 27-days after the Court's scheduled date for filing its Opposition Memorandum.

      Inform shall respond to the motion to strike by April 16, 2026.

      SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
      April 9, 2026