UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION                                21-md-3010 (PKC)

                                                            ORDER

-----------------------------------------------------------
CASTEL, Senior District Judge:

For the reasons set forth in the accompanying Order on Sealing, the Clerk is

respectfully directed to terminate the corresponding motions in the following individual actions:

- Associated Newspapers Ltd. et al v. Google LLC et al., 21-cv-3446 (PKC): ECF 216, 226, 235, 240, 252, 260, 283, 285, 289, 291, 299, 302, 304;

- Emmerich Newspapers, Incorporated et al. v. Google, LLC et al., 21-cv-6794 (PKC): ECF 80;

- HD Media Company, LLC v. Google, LLC et al., 21-cv-6796 (PKC): ECF 90;

- Coastal Point LLC v. Google LLC et al., 21-cv-6824 (PKC): ECF 75;

- Journal, Inc. v. Google, LLC et al., 21-cv-6828 (PKC): ECF 85;

- ECENT Corporation v. Google, LLC, 21-cv-6817 (PKC): ECF 82;

- Clarksburg Publishing Company v. Google, LLC et al., 21-cv-6840 (PKC): ECF 100;

- The State of Texas, et al. v. Google, LLC, 21-cv-6841 (PKC): ECF 277;

- SPX Total Body Fitness LLC v. Google LLC, 21-cv-6870 (PKC): ECF 126;

- Flag Publications, Inc. v. Google, LLC et al., 21-cv-6871: ECF 103;

- Eagle Printing Company v. Google, LLC et al., 21-cv-6881 (PKC): ECF 82;

- AIM Media Midwest Operating, LLC v. Google, LLC et al., 21-cv-6884 (PKC): ECF 82;

- AIM Media Texas Operating, LLC v. Google LLC et al., 21-cv-6888 (PKC): ECF 91;

- Gale Force Media, LLC v. Google, LLC et al., 21-cv-6909 (PKC): ECF 76;

- Cliffy Care Landscaping LLC v. Facebook Inc. et al., 21-cv-6910 (PKC): ECF 87;

- AIM Media Indiana Operating, LLC v. Google, LLC et al., 21-cv-6912 (PKC): ECF 98;

- In re Google Digital Advertising Antitrust Litigation, 21-cv-7001 (PKC): ECF 318;

- In re Google Digital Publisher Antitrust Litigation, 21-cv-7034 (PKC): ECF 285, 299, 301, 302, 309, 316, 319, 323;

- SkinnySchool LLC et al. v. Google LLC, 21-cv-7045 (PKC): ECF 91;

- Brown County Publishing Company, Inc. et al. v. Google LLC et al., 21-cv-6915 (PKC): ECF 73;

- Robinson Communications Inc. v. Google LLC et al., 21-cv-8032 (PKC): ECF 69;

- Something Extra Publishing, Inc. v. Google LLC et al., 21-cv-9523 (PKC): ECF 71;

- Rome News Media, LLC v. Google, LLC et al., 21-cv-10186 (PKC): ECF 65;

- Times Journal, Inc. v. Google LLC et al., 21-cv-10187 (PKC): ECF 64;

- Neighbor Newspapers, Inc. v. Google LLC et al., 21-cv-10188 (PKC): ECF 65;

- Savannah Publishing Co., Inc. v. Google LLC et al., 22-cv-1693 (PKC): ECF 67;

- <u>Weakley County Press, Inc. v. Google LLC et al.</u>, 22-cv-1701 (PKC): ECF 67;

- <u>Union City Daily Messenger, Inc. v. Google LLC et al.</u>, 22-cv-1704 (PKC): ECF 66;

- <u>Gould Enterprises, Inc. v. Google LLC et al.</u>, 22-cv-1705 (PKC): ECF 73;

- <u>Southern Community Newspapers, Inc. v. Google LLC et al.</u>, 22-cv-1971 (PKC): ECF 65;

- <u>Capital Region Independent Media LLC v. Google LLC et al.</u>, 22-cv-6997 (PKC): ECF 74;

- <u>Appen Media Group Inc. v. Google LLC et al.</u>, 22-cv-9810 (PKC): ECF 48;

- <u>Inform Inc. v. Google LLC et al.</u>, 23-cv-1530 (PKC): ECF 146, 154, 156, 157, 158, 165, 168, 170, 173;

- <u>Stellman v. Google LLC et al.</u>, 23-cv-1532 (PKC): ECF 58;

- <u>Singh v. Google LLC et al.</u>, 23-cv-3651 (PKC): ECF 57;

- <u>Gannett Co. v. Google LLC et al.</u>, 23-cv-5177 (PKC): ECF 157, 167, 176, 181, 191, 199, 222, 224, 228, 230, 238, 241, 243;

- <u>Google LLC v. Havas Media Group USA LLC</u>, 24-cv-3063 (PKC): ECF 34;

- <u>Rumble Canada, Inc. v. Google LLC et al.</u>, 24-cv-9904 (PKC): ECF 83;

- <u>Kande v. Google, LLC</u>, 25-cv-6757 (PKC): ECF 30;

- <u>Dotdash Meredith Inc. et al. v. Google LLC et al.</u>, 25-cv-7194 (PKC): ECF 65;

- <u>Insider, Inc. v. Google LLC et al.</u>, 25-cv-7409 (PKC): ECF 61;

- <u>Slate Group LLC v. Google LLC et al.</u>, 25-cv-7697 (PKC): ECF 60;

- <u>CMI Marketing, Inc. v. Google LLC</u>, 25-cv-8630 (PKC): ECF 51;

- <u>Index Exchange Inc. v. Google LLC</u>, 25-cv-10477 (PKC): ECF 21;

- Kargo Global LLC v. Google LLC, 25-cv-10630 (PKC): ECF 19;

- OpenX Technologies, Inc., et al. v. Google LLC, 25-cv-10817 (PKC): ECF 51;

- Magnite, Inc. v. Google LLC, 25-cv-10818 (PKC): ECF 31;

- PubMatic, Inc. v. Google LLC, 25-cv-10819 (PKC): ECF 45;

- Equativ SAS et al. v. Google LLC, 26-cv-140 (PKC): ECF 39;

- Penske Media Corporation et al. v. Google LLC et al., 26-cv-225 (PKC): ECF 19;

- The Atlantic Monthly Group LLC v. Google LLC et al., 26-cv-272 (PKC): ECF 19;

- Vox Media LLC v. Google LLC, et al., 26-cv-325 (PKC): ECF 20;

- Advance Publications, Inc. et al. v. Google LLC et al., 26-cv-343 (PKC): ECF 19;

- McClatchy Media Company, LLC et al. v. Google LLC et al., 26-cv-339 (PKC): ECF 19; and

- Ziff Davis, Inc. v. Google LLC et al., 26 Civ. 1055 (PKC): ECF 16.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
April 8, 2026