

BOIES
SCHILLER
FLEXNER

April 9, 2026

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*In re Google Digital Advertising Antitrust Litigation*
Case No. 1:21-md-03010 (PKC)

*In re Google Digital Publisher Antitrust Litigation*
Case No. 1:21-cv-7034 (PKC)

Dear Judge Castel:

I write on behalf of the Publisher Class Plaintiffs ("Publishers") in the above-referenced matter.

Pursuant to Section 5 of the Court's Individual Practices and paragraph 21 of the Modified Confidentiality Order, ECF 685 at 25, Publishers seek leave to file preliminarily under seal Plaintiffs' Response Memorandum of Law in Opposition to Google's Motion in Limine to Exclude Certain Opinions of Publisher Experts Einer Elhauge and Anand Das ("Response"). The Response cites and quotes from documents filed under provisional seal in connection with Publishers' Memorandum of Law in Opposition to Google's Motion for Summary Judgment (ECF 1517), for which the Court has deferred ruling until after April 27, 2026. *See* Order on Sealing (Apr. 8, 2026) at 11.

The Response contains information that Google or third parties have designated as Confidential or Highly Confidential pursuant to the Modified Confidentiality Order in this matter. Publisher Plaintiffs take no position on Google or third parties' confidentiality designations at this time.

Publishers and Google have also agreed to (and other Plaintiff groups have not objected to) a reasonable extension of the deadline for Google and third parties to file any application to seal its information contained in the above filings until April 27, 2026.

*       *       *

*[handwritten annotation: Provisional seal granted. SO ORDERED. /s/ USDJ 4-10.26]*

Hon. P. Kevin Castel
April 9, 2026
Page 2 of 2

       Accordingly, Publishers respectfully request that these provisionally sealed documents remain under seal until that date. We appreciate the Court's consideration in this matter.

Respectfully submitted,

/s/ *Philip C. Korologos*
Philip C. Korologos
BOIES SCHILLER FLEXNER LLP

Copies to: All Counsel of Record (via ECF)