**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |

*This Document Relates To*:

| | |
|---|---|
| CMI MARKETING, INC.,<br><br>        *Plaintiff*,<br><br>        v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>        *Defendants*. | Case No. 1:25-cv-08630 (PKC) |
| THE SLATE GROUP LLC,<br><br>        *Plaintiff*,<br><br>        v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>        *Defendants*. | Case No. 1:25-cv-07697 (PKC) |
| INSIDER, INC.,<br><br>        *Plaintiff*,<br><br>        v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>        *Defendants*. | Case No. 1:25-cv-07409 (PKC) |
| DOTDASH MEREDITH INC., A/K/A PEOPLE INC., and MEREDITH OPERATIONS CORPORATION,<br><br>        *Plaintiffs*,<br><br>        v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>        *Defendants*. | Case No. 1:25-cv-07194 (PKC) |

| | |
|---|---|
| PENSKE MEDIA CORPORATION and SHEMEDIA, LLC, *Plaintiffs,* v. GOOGLE LLC and ALPHABET INC., *Defendants.* | Case No. 1:26-cv-00225 (PKC) |
| THE ATLANTIC MONTHLY GROUP LLC, *Plaintiff,* v. GOOGLE LLC and ALPHABET INC., *Defendants.* | Case No. 1:26-cv-00272 (PKC) |
| VOX MEDIA, LLC, *Plaintiff,* v. GOOGLE LLC and ALPHABET INC., *Defendants.* | Case No. 1:26-cv-00325 (PKC) |
| McCLATCHY MEDIA COMPANY, LLC, McCLATCHY SHARED SERVICES, LLC, and A360 MEDIA, LLC, *Plaintiffs,* v. GOOGLE LLC and ALPHABET INC., *Defendants.* | Case No. 1:26-cv-00339 (PKC) |
| ADVANCE PUBLICATIONS, INC., ADVANCE MAGAZINE PUBLISHERS INC., ADVANCE LOCAL MEDIA LLC, PLAIN DEALER PUBLISHING CO., and THE REPUBLICAN COMPANY, *Plaintiffs,* v. GOOGLE LLC and ALPHABET INC., *Defendants.* | Case No. 1:26-cv-00343 (PKC) |

| | |
|---|---|
| ZIFF DAVIS, INC., <br><br>         *Plaintiff*, <br><br>     v. <br><br> GOOGLE LLC and ALPHABET INC., <br><br>         *Defendants*. | Case No. 1:26-cv-01055 (PKC) |
| LOS ANGELES TIMES COMMUNICATIONS LLC and NANTMEDIA HOLDINGS, LLC, <br><br>         *Plaintiffs*, <br><br>     v. <br><br> GOOGLE LLC and ALPHABET INC., <br><br>         *Defendants*. | Case No. 1:26-cv-01593 (PKC) |
| EQUATIV SAS, EQUATIV INC., SHARETHROUGH INC., and SHARETHROUGH USA, INC., <br><br>         *Plaintiffs*, <br><br>     v. <br><br> GOOGLE LLC, <br><br>         *Defendant*. | Case No. 1:26-cv-00140 (PKC) |
| MAGNITE, INC., <br><br>         *Plaintiff*, <br><br>     v. <br><br> GOOGLE LLC and ALPHABET INC., <br><br>         *Defendants*. | Case No. 1:25-cv-10818 (PKC) |
| PUBMATIC, INC. <br><br>         *Plaintiff*, <br><br>     v. <br><br> GOOGLE LLC and ALPHABET INC., <br><br>         *Defendants*. | Case No. 1:25-cv-10819 (PKC) |
| OPENX TECHNOLOGIES, INC., and OPENX LTD., <br><br>         *Plaintiffs*, <br><br>     v. <br><br> GOOGLE LLC and ALPHABET INC., <br><br>         *Defendants*. | Case No. 1:25-cv-10817 (PKC) |

| | |
|---|---|
| INDEX EXCHANGE INC., | |
| *Plaintiff,* | |
| v. | Case No. 1:25-cv-10477 (PKC) |
| GOOGLE LLC, | |
| *Defendant.* | |
| KARGO GLOBAL LLC, | |
| *Plaintiff,* | |
| v. | Case No. 1:25-cv-10630 (PKC) |
| GOOGLE LLC, | |
| *Defendant.* | |
| SOVRN HOLDINGS, INC., | |
| *Plaintiff,* | |
| v. | Case No. 1:26-cv-01587 (PKC) |
| GOOGLE LLC and ALPHABET INC., | |
| *Defendants.* | |
| RUMBLE CANADA, INC., | |
| *Plaintiff,* | |
| v. | Case No. 1:24-cv-09904 (PKC) |
| GOOGLE LLC and ALPHABET INC., | |
| *Defendants.* | |
| MEDIAVINE, INC., | |
| *Plaintiff,* | |
| v. | Case No. 1:26-cv-02329 (PKC) |
| GOOGLE LLC and ALPHABET INC., | |
| *Defendants.* | |
| TRUSTX DIGITAL ADVERTISING SERVICES, INC., P.B.C., | |
| *Plaintiff,* | |
| v. | Case No. 1:26-cv-03135 (PKC) |
| GOOGLE LLC and ALPHABET INC., | |
| *Defendants.* | |

<u>**MOTION FOR ADMISSION PRO HAC VICE**</u>

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Karen L. Dunn hereby moves this Court for an Order for Admission to Practice Pro Hac Vice to appear as counsel for Defendants Google LLC and Alphabet Inc., in the above-captioned actions.

I am in good standing of the bar of the District of Columbia and New York, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 29, 2026          By: */s/ Karen L. Dunn*
                                         Karen L. Dunn
                                         **DUNN ISAACSON RHEE LLP**
                                         401 Ninth Street, NW
                                         Suite 800
                                         Washington, DC 20004
                                         (202) 240-2900
                                         kdunn@dirllp.com

                                         *Attorney for Google LLC and Alphabet Inc.*