**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | **Case No. 1:21-md-3010 (PKC)** |

*This Document Relates To:*

| | |
|---|---|
| OPENX TECHNOLOGIES, INC., and OPENX LTD.,<br><br>                *Plaintiffs,*<br><br>     vs.<br><br>GOOGLE LLC, and ALPHABET INC.,<br><br>                *Defendants.* | Case No. 1:25-cv-10817 (PKC) |
| MAGNITE, INC.,<br><br>                *Plaintiff,*<br><br>     vs.<br><br>GOOGLE LLC, and ALPHABET INC.,<br><br>                *Defendants.* | Case No. 1:25-cv-10818 (PKC) |
| PUBMATIC, INC.,<br><br>                *Plaintiff,*<br><br>     vs.<br><br>GOOGLE LLC, and ALPHABET INC.,<br><br>                *Defendants.* | Case No. 1:25-cv-10819 (PKC) |

EQUATIV SAS, EQUATIV INC.,
SHARETHROUGH INC., and
SHARETHROUGH USA, INC.,

        *Plaintiffs*,

    vs.

GOOGLE LLC, and ALPHABET INC.,

        *Defendants*.

Case No. 1:26-cv-00140 (PKC)

---

INDEX EXCHANGE INC.

        *Plaintiff*,

    vs.

GOOGLE LLC,

        *Defendant*.

Case No. 1:25-cv-10477 (PKC)

---

KARGO GLOBAL LLC,

        *Plaintiff*,

    vs.

GOOGLE LLC,

        *Defendant*.

Case No. 1:25-cv-10630 (PKC)

---

SOVRN HOLDINGS, INC.,

        *Plaintiff*,

    vs.

GOOGLE LLC, and ALPHABET INC.,

        *Defendants*.

Case No. 1:26-cv-1587 (PKC)

**DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S**
**<u>NOTICE OF MOTION TO DISMISS</u>**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants Google LLC and Alphabet Inc.'s Motion to Dismiss in the above-captioned matter, which is being submitted contemporaneously with this Notice of Motion, Defendants Google LLC and Alphabet Inc. will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order dismissing certain of the claims set forth in the Consolidated Amended Complaint (Dkt. No. 1511) and the First Amended Consolidated Complaint (Dkt. No. 1543) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:  April 29, 2026

Respectfully submitted,

*/s/ Martha L. Goodman*

Martha L. Goodman
Jeannie S. Rhee
Karen L. Dunn
William A. Isaacson
Jessica E. Phillips
Amy J. Mauser
**DUNN ISAACSON RHEE LLP**
401 Ninth Street, NW
Washington, DC 20004
Telephone: (202) 240-2900
mgoodman@dirllp.com
jrhee@dirllp.com
kdunn@dirllp.com
wisaacson@dirllp.com
jphillips@dirllp.com
amauser@dirllp.com

Erin J. Morgan
**DUNN ISAACSON RHEE LLP**
11 Park Place
New York, NY 10007
Telephone: (202) 240-2900
emorgan@dirllp.com

Bradley D. Justus
Allison M. Vissichelli
**AXINN, VELTROP & HARKRIDER LLP**
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 469-3532
bjustus@axinn.com
avissichelli@axinn.com

*Attorneys for Defendants Google LLC and Alphabet Inc.*

2