**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 1:21-md-3010 (PKC)** |

*This Document Relates To:*

| | |
|---|---|
| *Advance Publications, Inc v. Google LLC*; | **No. 1:26-cv-00343 (PKC)** |
| *McClatchy Media Company v. Google LLC*; | **No. 1:26-cv-00339 (PKC)** |
| *Vox Media, LLC v. Google LLC*; | **No. 1:26-cv-00325 (PKC)** |
| *The Atlantic Monthly Group LLC v. Google LLC*; | **No. 1:26-cv-00272 (PKC)** |
| *Penske Media Corporation v. Google LLC*; | **No. 1:26-cv-00225 (PKC)** |
| *Ziff Davis, Inc. v. Google LLC*; | **No. 1:26-cv-01055 (PKC)** |
| -and- | |
| *Los Angeles Times Communications LLC v. Google LLC* | **No. 1:26-cv-01593 (PKC)** |

**DEFENDANTS GOOGLE LLC AND ALPHABET
INC.'S NOTICE
OF MOTION TO FILE UNDER SEAL**

PLEASE TAKE NOTICE that Google will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order to seal portions of Google's Letter Motion for a Protective Order and Exhibit 1 thereto.

Dated: May 1, 2026                                      Respectfully Submitted,

                                                        */s/ Justina K. Sessions*
                                                        Justina K. Sessions
                                                        FRESHFIELDS US LLP
                                                        855 Main Street
                                                        Redwood City, CA 94063
                                                        Telephone: (650) 618-9250
                                                        Email: justina.sessions@freshfields.com

                                                        *Counsel for Defendants Google LLC and Alphabet Inc.*

CC: All Counsel of Record (via ECF)

2