**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 1:21-md-3010 (PKC)** |

*This Document Relates To:*

| | |
|---|---|
| *Advance Publications, Inc v. Google LLC*; | **No. 1:26-cv-00343 (PKC)** |
| *McClatchy Media Company v. Google LLC*; | **No. 1:26-cv-00339 (PKC)** |
| *Vox Media, LLC v. Google LLC*; | **No. 1:26-cv-00325 (PKC)** |
| *The Atlantic Monthly Group LLC v. Google LLC*; | **No. 1:26-cv-00272 (PKC)** |
| *Penske Media Corporation v. Google LLC*; | **No. 1:26-cv-00225 (PKC)** |
| *Ziff Davis, Inc. v. Google LLC*; | **No. 1:26-cv-01055 (PKC)** |
| -and- | |
| *Los Angeles Times Communications LLC v. Google LLC* | **No. 1:26-cv-01593 (PKC)** |

**CERTIFICATE OF SERVICE**
**<u>PURSUANT TO STANDING ORDER M10-468</u>**

2

Pursuant to Standing Order M10-468, I hereby certify that on May 1, 2026, true and correct copies of the sealed and unredacted versions of Google's Letter Motion for a Protective Order and Exhibit 1 thereto are being served upon all counsel of record via email.

Dated: May 1, 2026

Respectfully Submitted,

*/s/ Justina K. Sessions*
Justina K. Sessions
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com

*Counsel for Defendants Google LLC and Alphabet Inc.*

CC: All Counsel of Record (via ECF)