**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE: GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

No. 21 MD 3010 (PKC)

---

THIS DOCUMENT RELATES TO:

ASSOCIATED NEWSPAPERS LTD. and
MAIL MEDIA, INC.,

        Plaintiffs,

        vs.

GOOGLE LLC and ALPHABET INC.,

        Defendants.

No. 21 Civ. 3446 (PKC)

[PROPOSED] ORDER GRANTING
MOTION OF CALEB HAYES-DEATS
TO WITHDRAW AS COUNSEL OF
RECORD FOR PLAINTIFFS
ASSOCIATED NEWSPAPERS LTD.
AND MAIL MEDIA, INC.

---

This matter having come before the Court by the filing of Caleb Hayes-Deats's Motion To Withdraw as Counsel of Record for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc., and the Court being satisfied that satisfactory reasons exist for withdrawal:

IT IS HEREBY ORDERED THAT:

Caleb Hayes-Deats is hereby withdrawn and discharged as counsel of record for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc. in this case.

IT IS FURTHER ORDERED THAT:

Caleb Hayes-Deats, whose email address is chayes-deats@lowellandassociates.com, is removed from the case docket and from receiving ECF notifications in this case.

Dated: New York, New York
May 4, 2026

/s/ _____
Hon. P. Kevin Castel, District Judge

4