**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 1:21-md-03010-PKC |

*This Document Relates To:*

| | |
|---|---|
| TRUSTX DIGITAL ADVERTISING SERVICES, INC., P.B.C.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE LLC AND ALPHABET INC.,<br><br>    Defendants. | No. 1:26-cv-03135-PKC |
| INDEX EXCHANGE INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant. | No. 1:25-cv-10477-PKC |
| KARGO GLOBAL LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant. | No. 1:25-cv-10630-PKC |
| SOVRN HOLDINGS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>    Defendants. | No. 1:26-cv-1587-PKC |

**STIPULATION AND [PROPOSED] ORDER REGARDING TRUSTX COMPLAINT**

WHEREAS, Plaintiff TRUSTX Digital Advertising Services, Inc., P.B.C. ("TRUSTX") filed Civil Action No. 1:26-cv-03135 on April 16, 2026, which was accepted as related and consolidated with *In re Google Digital Advertising Litigation*, No. 1:21-md-3010-PKC.

WHEREAS, TRUSTX's complaint tracks the allegations in the first amended consolidated complaint ("FACC") filed on March 11, 2026 by Index Exchange Inc. ("Index Exchange"), Kargo Global LLC ("Kargo") and Sovrn Holdings, Inc. ("Sovrn") in *In re Google Digital Advertising Litigation*, No. 1:21-md-3010-PKC (Dkt. 1543). *See* Pre-Trial Order No. 20 (MDL Dkt. 1335) (ordering consolidated complaints in "Competitor Actions").

WHEREAS, Defendants Google LLC and Alphabet Inc. ("Google") waived service of the TRUSTX complaint on April 28, 2026.

WHEREAS, Google filed a Motion to Dismiss the FACC and the consolidated Complaint filed in *OpenX Technologies, Inc. et al. v. Google LLC et al.*, No. 25-cv-10817; *Magnite, Inc. v. Google LLC, et al.*, No. 25-cv-10818; *PubMatic, Inc. v. Google LLC et al.*, No. 25-cv-10819; and *Equativ SAS, et al. v. Google LLC*, No. 26-cv-00140, on April 29, 2026 (MDL Dkt. 1726, 1727).

WHEREAS, Index Exchange, Kargo and Sovrn's Opposition to Google's Motion to Dismiss is due on May 27, 2026, and Google's Reply is due on June 12, 2026.

WHEREAS, TRUSTX, Index Exchange, Kargo, Sovrn, and Google (collectively, "the Parties") agree that TRUSTX's complaint is substantively similar enough to the FACC that this Court's decision on the pending motion to dismiss the FACC should apply equally to TRUSTX's complaint. *See* Pre-Trial Order No. 20 (Dkt. 1335) ("Further amendment and coordination of pleadings and motions benefits the plaintiffs by enabling the Court to rule more efficiently without the need to read duplicative material that necessarily elongates the adjudicative process. It benefits the defendants in avoiding duplicative briefing.").

2

WHEREAS, the Parties agree that TRUSTX should be permitted to respond to the April 29, 2026 Motion to Dismiss in a joint filing along with Index Exchange, Kargo, and Sovrn.

WHEREAS, the Parties agree that Google should be permitted to make new dismissal arguments as to TRUSTX's specific allegations as alleged in their current, operative complaint, on reply to its Motion to Dismiss, provided that those TRUSTX-specific arguments are in a standalone TRUSTX section that does not exceed 5 pages.  Google shall thus have up to 20 pages on reply to respond to Plaintiffs' opposition and TRUSTX's specific allegations.  *See* MDL Dkt. 1562 (Court order setting the reply page limit to 15 pages for the other Competitor Plaintiffs).

WHEREAS, the Parties agree that TRUSTX should be permitted to file a surreply up to 5 pages that addresses the new TRUSTX-specific arguments in Google's reply to its Motion to Dismiss, and agree that the surreply shall be filed by June 26, 2026.

WHEREAS, TRUSTX, Index Exchange, Kargo, and Sovrn have agreed to file a second amended consolidated complaint adding TRUSTX as a Plaintiff and incorporating any TRUSTX-specific allegations 21 days after the Court's decision on the Motion to Dismiss.

WHEREAS, TRUSTX and Google agree to coordinate with the other competitor actions (*OpenX Technologies, Inc. et al. v. Google LLC et al.*, No. 25-cv-10817; *Magnite, Inc. v. Google LLC, et al.*, No. 25-cv-10818; *PubMatic, Inc. v. Google LLC et al.*, No. 25-cv-10819; *Equativ SAS, et al. v. Google LLC*, No. 26-cv-00140; *Index Exchange Inc. v. Google LLC*, No. 25-cv-10477; *Kargo Global LLC v. Google LLC*, No. 25-cv-10630; and *Sovrn Holdings, Inc. v. Google LLC et al.*, No. 26-cv-1587), including coordination regarding the discovery of documents from a party pursuant to Rule 34.  *See* Pre-Trial Order No. 20 at 4 ¶ 7 (MDL Dkt. 1335) (ordering discovery of documents from a party pursuant to Rule 34 but otherwise staying discovery pending further Court order).

WHEREAS, TRUSTX and Google agree that (i) each party shall serve Rule 26(a) initial disclosures by May 22, 2026, (ii) TRUSTX and Google may conduct discovery of documents from a party pursuant to Rule 34 with a completion date for TRUSTX and Google's production of documents to be determined after meeting and conferring with all of the Parties, and (iii) discovery is otherwise stayed pending further Court order.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree as follows:

1.      TRUSTX may jointly file a response in opposition to Defendants' April 29, 2026 Motion to Dismiss along with the other competitor plaintiffs on May 27, 2026.

2.      Google shall not file a separate Motion to Dismiss against TRUSTX, but reserves the right to make new dismissal arguments as to TRUSTX's specific allegations as alleged in their current, operative complaint, on reply to its pending Motion to Dismiss, provided that those TRUSTX-specific arguments are in a standalone TRUSTX section that does not exceed 5 pages. Google shall thus have up to 20 pages on reply to respond to Plaintiffs' opposition and TRUSTX's specific allegations.

3.      TRUSTX shall be permitted to file a surreply up to 5 pages that addresses the new TRUSTX-specific arguments in Google's reply to its Motion to Dismiss.  The surreply shall be filed by June 26, 2026.

4.      This Court's decision on Google's April 29, 2026 Motion to Dismiss (MDL Dkt. 1726, 1727) and decision on any arguments as to TRUSTX made in Google's Reply shall apply to TRUSTX's complaint.

5.      Plaintiffs TRUSTX, Index Exchange, Kargo, and Sovrn shall file a second amended consolidated complaint 21 days after the Court's decision on the April 29, 2026 Motion

to Dismiss or as the Court may otherwise order.

6.    The second amended consolidated complaint shall be limited to adding TRUSTX as a Plaintiff and incorporating TRUSTX-specific allegations.  Plaintiffs will provide Google with a redlined complaint, showing changes to the FACC at least one day before filing the second amended consolidated complaint.  The filing of a second amended consolidated complaint as set forth in this paragraph is made with Google's consent pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, and Plaintiffs are granted leave to make these changes to the extent leave is required.

7.    Google will accept service of the second amended consolidated complaint via filing on ECF.

8.    Except as otherwise provided herein, Google need not and shall not respond to TRUSTX's initial complaint (Dkt. 1) filed in No. 1:26-cv-03135.

9.    TRUSTX and Google agree that (i) Rule 26(a) initial disclosures shall be served by May 22, 2026, (ii) TRUSTX and Google may conduct discovery of documents from a party pursuant to Rule 34 with a completion date for TRUSTX and Google's production of documents to be determined after meeting and conferring with all of the Parties, and (iii) discovery is otherwise stayed pending further Court order.

The Parties respectfully request the Court so order this Stipulation.

Date: May 5, 2026                                Respectfully submitted,

                                                 /s/ Adam M. Acosta
                                                 Adam M. Acosta
                                                 PIERSON FERDINAND LLP
                                                 601 Pennsylvania Ave NW, Suite 900
                                                 Washington, DC 20004
                                                 (771) 244-2815
                                                 adam.acosta@pierferd.com

5

Matthew C. DeFrancesco
PIERSON FERDINAND LLP
1270 Avenue of the Americas
7th Floor—1050
New York, NY 10020
(475) 284-2005
matthew.defrancesco@pierferd.com

*Counsel for Plaintiff TRUSTX Digital*
*Advertising Services, Inc., P.B.C.*


*/s/ Tom Boardman*
Ian B. Crosby
Edgar Sargent
Steve M. Seigel
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com
esargent@susmangodfrey.com
sseigel@susmangodfrey.com

Davida Brook
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com

Emily Portuguese
Tom Boardman
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
eportuguese@susmangodfrey.com
tboardman@susmangodfrey.com

*Counsel for Plaintiffs Index Exchange Inc.*
*and Kargo Global LLC*

*/s/ Erin M. Fishman*

Paul A. Williams
Eric J. Hobbs
SHOOK, HARDY AND BACON L.L.P.
1660 17th Street, Suite 450
Denver, CO 80202
Telephone: (303) 285-5300
Facsimile: (303) 285-5301
pwilliams@shb.com
ehobbs@shb.com

Riley C. Mendoza
SHOOK, HARDY AND BACON L.L.P.
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
rmendoza@shb.com

Ryan M. Sandrock
SHOOK, HARDY AND BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
rsandrock@shb.com

Erin M. Fishman
SHOOK, HARDY AND BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
efishman@shb.com

David M. Liu
SHOOK, HARDY AND BACON L.L.P.
1800 K Street NW, Suite 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211
dliu@shb.com

*Counsel for Plaintiff Sovrn Holdings, Inc.*

7

/s/ Martha L. Goodman
Jeannie S. Rhee
Karen L. Dunn
William A. Isaacson
Martha L. Goodman
Jessica E. Phillips
Amy J. Mauser
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004-2637
Telephone: (202) 240-2902
jrhee@dirllp.com
kdunn@dirllp.com
wisaacson@dirllp.com
mgoodman@dirllp.com
jphillips@dirllp.com
amauser@dirllp.com

Erin J. Morgan
DUNN ISAACSON RHEE LLP
11 Park Place
New York, NY 10007
Telephone: (202) 240-2900
emorgan@dirllp.com

*Counsel for Defendants Google LLC and Alphabet Inc.*

8

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the foregoing Stipulation is approved and SO ORDERED.


Dated:  \_\_\_\_5/5/2026_____
           New York, New York

_____
Hon. P. Kevin Castel
United States District Judge

9