# EXHIBIT 29

| | |
|---|---|
| **From:** | BOSCO, Veronica |
| **Sent:** | Monday, April 27, 2026 1:25 PM |
| **To:** | Maier, Eric J.; Thorne, John; Goodnow, Christopher C.; Bird, Daniel G.; Severson, Daniel S.; Hirschboeck, Mark P.; Pfeffer, Eliana M.; Liebman, Jonathan I.; Jones, Bethan R.; Henningson, Sven E. (Trip); Stehle, Jared |
| **Cc:** | EWALT, Andrew (AJE); SESSIONS, Justina (JKS); MCCALLUM, Robert (RJM); SALEM, Sara; HENDERSON, Andrew; BRANDON, Eric; VANDERSLICE, Lauren |
| **Subject:** | RE: In re Google (1:21-md-03010 (PKC)) - Correspondence Regarding Plaintiffs' Rog. Responses and Objections |

Hi Eric,

Anytime before 5:30 PM ET is good here.

Regarding the Sponsorship Interrogatories, Google does not agree that this issue is appropriately deferred to expert discovery. If Plaintiffs are not willing to supplement their responses to these interrogatories prior to expert reports, it appears we are at impasse as to these interrogatories.

Regarding the Communications Interrogatories – Plaintiffs do not accurately describe Google's position. As set forth in our March 13 letter, Google's position remains that Plaintiffs must specifically identify the communications that form the bases for their claims. If Plaintiffs are not willing to do that, it appears we are also at an impasse as to these interrogatories.

Please circulate an invite for Wednesday at a time convenient for you.

Kind regards,
Veronica

---

**From:** Maier, Eric J. <emaier@kellogghansen.com>
**Sent:** Monday, April 27, 2026 2:25 PM
**To:** BOSCO, Veronica <Veronica.Bosco@freshfields.com>; Thorne, John <jthorne@kellogghansen.com>; Goodnow, Christopher C. <cgoodnow@kellogghansen.com>; Bird, Daniel G. <dbird@kellogghansen.com>; Severson, Daniel S. <dseverson@kellogghansen.com>; Hirschboeck, Mark P. <mhirschboeck@kellogghansen.com>; Pfeffer, Eliana M. <epfeffer@kellogghansen.com>; Liebman, Jonathan I. <jliebman@kellogghansen.com>; Jones, Bethan R. <bjones@kellogghansen.com>; Henningson, Sven E. (Trip) <shenningson@kellogghansen.com>; Stehle, Jared <jstehle@kellogghansen.com>
**Cc:** EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; MCCALLUM, Robert (RJM) <rob.mccallum@freshfields.com>; SALEM, Sara <Sara.Salem@freshfields.com>; HENDERSON, Andrew <Andrew.Henderson@freshfields.com>; BRANDON, Eric <Eric.Brandon@freshfields.com>; VANDERSLICE, Lauren <Lauren.VANDERSLICE@freshfields.com>
**Subject:** RE: In re Google (1:21-md-03010 (PKC)) - Correspondence Regarding Plaintiffs' Rog. Responses and Objections

Hi Veronica,

I'm available Wednesday afternoon, if that works for you and your team.  Just let me know.

Eric

**Eric J. Maier**

Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.

1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7923

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** BOSCO, Veronica <Veronica.Bosco@freshfields.com>
**Sent:** Friday, April 24, 2026 6:01 PM
**To:** Maier, Eric J. <emaier@kellogghansen.com>; Thorne, John <jthorne@kellogghansen.com>; Goodnow, Christopher C. <cgoodnow@kellogghansen.com>; Bird, Daniel G. <dbird@kellogghansen.com>; Severson, Daniel S. <dseverson@kellogghansen.com>; Hirschboeck, Mark P. <mhirschboeck@kellogghansen.com>; Pfeffer, Eliana M. <epfeffer@kellogghansen.com>; Liebman, Jonathan I. <jliebman@kellogghansen.com>; Jones, Bethan R. <bjones@kellogghansen.com>; Henningson, Sven E. (Trip) <shenningson@kellogghansen.com>; Stehle, Jared <jstehle@kellogghansen.com>
**Cc:** EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; MCCALLUM, Robert (RJM) <rob.mccallum@freshfields.com>; SALEM, Sara <Sara.Salem@freshfields.com>; HENDERSON, Andrew <Andrew.Henderson@freshfields.com>; BRANDON, Eric <Eric.Brandon@freshfields.com>; VANDERSLICE, Lauren <Lauren.VANDERSLICE@freshfields.com>
**Subject:** [EXTERNAL] RE: In re Google (1:21-md-03010 (PKC)) - Correspondence Regarding Plaintiffs' Rog. Responses and Objections

Hi Eric,

We're available to meet and confer on this on Monday any time after 10:30 AM ET. Please let us know what works for you.

Best,
Veronica

---

**From:** Maier, Eric J. <emaier@kellogghansen.com>
**Sent:** Friday, April 24, 2026 4:37 PM
**To:** BOSCO, Veronica <Veronica.Bosco@freshfields.com>; Thorne, John <jthorne@kellogghansen.com>; Goodnow, Christopher C. <cgoodnow@kellogghansen.com>; Bird, Daniel G. <dbird@kellogghansen.com>; Severson, Daniel S. <dseverson@kellogghansen.com>; Hirschboeck, Mark P. <mhirschboeck@kellogghansen.com>; Pfeffer, Eliana M. <epfeffer@kellogghansen.com>; Liebman, Jonathan I. <jliebman@kellogghansen.com>; Jones, Bethan R. <bjones@kellogghansen.com>; Henningson, Sven E. (Trip) <shenningson@kellogghansen.com>; Stehle, Jared <jstehle@kellogghansen.com>
**Cc:** EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; MCCALLUM, Robert (RJM) <rob.mccallum@freshfields.com>; SALEM, Sara <Sara.Salem@freshfields.com>; HENDERSON, Andrew <Andrew.Henderson@freshfields.com>; BRANDON, Eric <Eric.Brandon@freshfields.com>; VANDERSLICE, Lauren <Lauren.VANDERSLICE@freshfields.com>
**Subject:** RE: In re Google (1:21-md-03010 (PKC)) - Correspondence Regarding Plaintiffs' Rog. Responses and Objections

Hi Veronica,

We disagree that there is any issue to bring to the court regarding People's, Slate's, Business Insider's, and Raptive's interrogatory responses.  Your March 13 letter asked that People, Business Insider, and Slate supplement their responses to Interrogatory No. 10.  They did so on April 17.  In those responses, Premium Publishers explained that, because Google withheld from publishers the information necessary to identify with

specificity which of their sponsorship deals were impacted by EDA, Google is in the best position to identify when and how Premium Publishers' sponsorship deals were affected. Indeed, Premium Publishers asked Google to identify all studies and analyses of how EDA impacted them, but Google refused to do so, instead providing a search string that returns more than 15,000 documents. *See* Google's Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories at 22 (Feb. 6, 2026). Premium Publishers also explained that EDA's effects on sponsorship deals will be a matter for expert analysis of Google's internal records and they reserve the right to supplement their responses during or after expert discovery. Premium Publishers are willing to further supplement their response to Interrogatory No. 10 after their experts have the opportunity to analyze Google's internal documents and data in which the responsive information is located.

Regarding the communications interrogatories, we likewise do not understand the basis for Google's declaration of impasse. Those interrogatories asked Premium Publishers to "[i]dentify" any "communications with Google upon which" they "rely for any of [their] claims" and "all documents related thereto." As we have explained, that interrogatory is overbroad and improper. Premium Publishers nonetheless responded in good faith to Google's overbroad interrogatory and identified communications with Google that support their claims and all documents related to those communications – exactly what the interrogatory requests. The remaining information requested in the interrogatory (dates, participants, and subject matter) can all be derived from the face of the identified documents. It is thus unclear what Google is requesting that Premium Publishers supplement. Your March 13 letter asked Premium Publishers to explain how certain communications are relevant to their claims. But that information is not requested in the interrogatory, which only asks for the identity of responsive communications, and would not be a proper interrogatory, in any event. Your March 13 letter also complained that Premium Publishers identified a large number of documents, but Google never has requested that Premium Publishers supplement their response by removing documents. Accordingly, Google has not identified any basis for a motion to compel, much less met and conferred about it.

We are generally available next week to confer. Just let us know what days and times work for you.

All the best,

Eric

**Eric J. Maier**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7923

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** BOSCO, Veronica <Veronica.Bosco@freshfields.com>
**Sent:** Friday, April 24, 2026 1:07 PM
**To:** Maier, Eric J. <emaier@kellogghansen.com>; Thorne, John <jthorne@kellogghansen.com>; Goodnow, Christopher C. <cgoodnow@kellogghansen.com>; Bird, Daniel G. <dbird@kellogghansen.com>; Severson, Daniel S. <dseverson@kellogghansen.com>; Hirschboeck, Mark P. <mhirschboeck@kellogghansen.com>; Pfeffer, Eliana M. <epfeffer@kellogghansen.com>; Liebman, Jonathan I. <jliebman@kellogghansen.com>; Jones, Bethan R. <bjones@kellogghansen.com>; Henningson, Sven E. (Trip) <shenningson@kellogghansen.com>; Stehle, Jared <jstehle@kellogghansen.com>
**Cc:** EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; MCCALLUM, Robert (RJM) <rob.mccallum@freshfields.com>; SALEM, Sara <Sara.Salem@freshfields.com>; HENDERSON, Andrew <Andrew.Henderson@freshfields.com>; BRANDON, Eric <Eric.Brandon@freshfields.com>; VANDERSLICE, Lauren <Lauren.VANDERSLICE@freshfields.com>

3

**Subject:** [EXTERNAL] RE: In re Google (1:21-md-03010 (PKC)) - Correspondence Regarding Plaintiffs' Rog. Responses and Objections

Counsel,

Because Plaintiffs have not provided any supplemental responses to Google's Interrogatory No. 5 to People, Business Insider, and Slate, and its Interrogatory No. 6 to Raptive, or any of the information requested by Google's Interrogatory No. 10, we understand that we are at impasse and as such we will raise the issue with the Court.

Kind regards,
Veronica

---

**From:** BOSCO, Veronica
**Sent:** Tuesday, April 7, 2026 10:32 AM
**To:** Maier, Eric J. <emaier@kellogghansen.com>; Thorne, John <jthorne@kellogghansen.com>; Goodnow, Christopher C. <cgoodnow@kellogghansen.com>; Bird, Daniel G. <dbird@kellogghansen.com>; Severson, Daniel S. <dseverson@kellogghansen.com>; Hirschboeck, Mark P. <mhirschboeck@kellogghansen.com>; Pfeffer, Eliana M. <epfeffer@kellogghansen.com>; Liebman, Jonathan I. <jliebman@kellogghansen.com>; Jones, Bethan R. <bjones@kellogghansen.com>; Henningson, Sven E. (Trip) <shenningson@kellogghansen.com>; Stehle, Jared <jstehle@kellogghansen.com>
**Cc:** EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; MCCALLUM, Robert (RJM) <rob.mccallum@freshfields.com>; SALEM, Sara <Sara.Salem@freshfields.com>; HENDERSON, Andrew <Andrew.Henderson@freshfields.com>; BRANDON, Eric <Eric.Brandon@freshfields.com>; VANDERSLICE, Lauren <Lauren.VANDERSLICE@freshfields.com>
**Subject:** RE: In re Google (1:21-md-03010 (PKC)) - Correspondence Regarding Plaintiffs' Rog. Responses and Objections

Counsel,

We are in receipt of your letter dated March 31, indicating that Plaintiffs "will supplement their responses to [Google's] Interrogatory No. 10." We have still not received a supplemental response - please let us know when Plaintiffs will provide it and confirm whether the supplemental response will provide the details requested by the interrogatory or if the parties are at impasse as to that portion. Additionally, please provide confirmation that Plaintiffs do not plan to supplement their responses to Google's Interrogatory No. 5 to People, Business Insider, and Slate, and its Interrogatory No. 6 to Raptive, and that the parties are at impasse on these interrogatories.

Best,
Veronica

---

**From:** Maier, Eric J. <emaier@kellogghansen.com>
**Sent:** Tuesday, March 31, 2026 8:04 PM
**To:** BOSCO, Veronica <Veronica.Bosco@freshfields.com>; Thorne, John <jthorne@kellogghansen.com>; Goodnow, Christopher C. <cgoodnow@kellogghansen.com>; Bird, Daniel G. <dbird@kellogghansen.com>; Severson, Daniel S. <dseverson@kellogghansen.com>; Hirschboeck, Mark P. <mhirschboeck@kellogghansen.com>; Pfeffer, Eliana M. <epfeffer@kellogghansen.com>; Liebman, Jonathan I. <jliebman@kellogghansen.com>; Jones, Bethan R. <bjones@kellogghansen.com>; Henningson, Sven E. (Trip) <shenningson@kellogghansen.com>; Stehle, Jared <jstehle@kellogghansen.com>
**Cc:** EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; MCCALLUM, Robert (RJM) <rob.mccallum@freshfields.com>; SALEM, Sara <Sara.Salem@freshfields.com>; HENDERSON, Andrew <Andrew.Henderson@freshfields.com>; BRANDON, Eric

4

<Eric.Brandon@freshfields.com>; VANDERSLICE, Lauren <Lauren.VANDERSLICE@freshfields.com>
**Subject:** RE: In re Google (1:21-md-03010 (PKC)) - Correspondence Regarding Plaintiffs' Rog. Responses and Objections

Counsel,

Please see the attached correspondence.

All the best,

Eric

**Eric J. Maier**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7923

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Maier, Eric J.
**Sent:** Friday, March 20, 2026 8:56 PM
**To:** BOSCO, Veronica <Veronica.Bosco@freshfields.com>; Thorne, John <jthorne@kellogghansen.com>; Goodnow, Christopher C. <cgoodnow@kellogghansen.com>; Bird, Daniel G. <dbird@kellogghansen.com>; Severson, Daniel S. <dseverson@kellogghansen.com>; Hirschboeck, Mark P. <mhirschboeck@kellogghansen.com>; Pfeffer, Eliana M. <epfeffer@kellogghansen.com>; Liebman, Jonathan I. <jliebman@kellogghansen.com>; Jones, Bethan R. <bjones@kellogghansen.com>; Henningson, Sven E. (Trip) <shenningson@kellogghansen.com>; Stehle, Jared <jstehle@kellogghansen.com>
**Cc:** EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; MCCALLUM, Robert (RJM) <rob.mccallum@freshfields.com>; SALEM, Sara <Sara.Salem@freshfields.com>; HENDERSON, Andrew <Andrew.Henderson@freshfields.com>; BRANDON, Eric <Eric.Brandon@freshfields.com>; VANDERSLICE, Lauren <Lauren.VANDERSLICE@freshfields.com>
**Subject:** RE: In re Google (1:21-md-03010 (PKC)) - Correspondence Regarding Plaintiffs' Rog. Responses and Objections

Counsel,

We are still conferring with our clients regarding your March 13 letter and will respond next week.

All the best,

Eric

**Eric J. Maier**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7923

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Maier, Eric J.
**Sent:** Tuesday, March 17, 2026 10:54 AM
**To:** BOSCO, Veronica <Veronica.Bosco@freshfields.com>; Thorne, John <jthorne@kellogghansen.com>; Goodnow, Christopher C. <cgoodnow@kellogghansen.com>; Bird, Daniel G. <dbird@kellogghansen.com>; Severson, Daniel S. <dseverson@kellogghansen.com>; Hirschboeck, Mark P. <mhirschboeck@kellogghansen.com>; Pfeffer, Eliana M. <epfeffer@kellogghansen.com>; Liebman, Jonathan I. <jliebman@kellogghansen.com>; Jones, Bethan R. <bjones@kellogghansen.com>; Henningson, Sven E. (Trip) <shenningson@kellogghansen.com>; Stehle, Jared <jstehle@kellogghansen.com>
**Cc:** EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; MCCALLUM, Robert (RJM) <rob.mccallum@freshfields.com>; SALEM, Sara <Sara.Salem@freshfields.com>; HENDERSON, Andrew <Andrew.Henderson@freshfields.com>; BRANDON, Eric <Eric.Brandon@freshfields.com>; VANDERSLICE, Lauren <Lauren.VANDERSLICE@freshfields.com>
**Subject:** RE: In re Google (1:21-md-03010 (PKC)) - Correspondence Regarding Plaintiffs' Rog. Responses and Objections

Counsel,

We are in receipt of your letter from Friday evening. Although Google has had People's, Business Insider's, Slate's, and Raptive's interrogatory responses for two weeks, your letter requested a response on behalf of four separate clients by the following business day. We are studying your six-page letter, which includes citations to dozens of produced documents, and we intend to respond by the end of the week.

All the best,

Eric

**Eric J. Maier**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7923

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** BOSCO, Veronica <Veronica.Bosco@freshfields.com>
**Sent:** Friday, March 13, 2026 6:17 PM
**To:** Thorne, John <jthorne@kellogghansen.com>; Maier, Eric J. <emaier@kellogghansen.com>; Goodnow, Christopher C. <cgoodnow@kellogghansen.com>; Bird, Daniel G. <dbird@kellogghansen.com>; Severson, Daniel S. <dseverson@kellogghansen.com>; Hirschboeck, Mark P. <mhirschboeck@kellogghansen.com>; Pfeffer, Eliana M. <epfeffer@kellogghansen.com>; Liebman, Jonathan I. <jliebman@kellogghansen.com>; Jones, Bethan R. <bjones@kellogghansen.com>; Henningson, Sven E. (Trip) <shenningson@kellogghansen.com>; Stehle, Jared <jstehle@kellogghansen.com>
**Cc:** EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; MCCALLUM, Robert (RJM) <rob.mccallum@freshfields.com>; SALEM, Sara <Sara.Salem@freshfields.com>; HENDERSON, Andrew <Andrew.Henderson@freshfields.com>; BRANDON, Eric <Eric.Brandon@freshfields.com>; VANDERSLICE, Lauren <Lauren.VANDERSLICE@freshfields.com>
**Subject:** [EXTERNAL] In re Google (1:21-md-03010 (PKC)) - Correspondence Regarding Plaintiffs' Rog. Responses and Objections

Counsel,

Please see the attached correspondence.

6

Best,
Veronica

**Veronica M. Bosco**
Senior Associate

**Freshfields US LLP**
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
**T** +1 646-440-1863 **| M** +1 929-266-7982

This email (and any attachments) is confidential and may well also be legally privileged. If you have received it in error, please notify the sender immediately (by telephone or by email) and delete all copies of this email (and any attachments) from your system. Do not copy it, use it for any purpose or disclose its contents to any other person.

Freshfields US LLP is a limited liability partnership organized under the laws of the State of New York. For further regulatory information please see this Legal Notice.

For information about how Freshfields processes personal data please refer to this Privacy notice. For further information about Freshfields, please refer to our website at www.freshfields.com.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields US LLP or any associated firms or entities.