UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 1:21-md-3010 (PKC)** |

*This Document Relates To:*

| | |
|---|---|
| *Advance Publications, Inc v. Google LLC*; | **No. 1:26-cv-00343 (PKC)** |
| *McClatchy Media Company v. Google LLC*; | **No. 1:26-cv-00339 (PKC)** |
| *Vox Media, LLC v. Google LLC*; | **No. 1:26-cv-00325 (PKC)** |
| *The Atlantic Monthly Group LLC v. Google LLC*; | **No. 1:26-cv-00272 (PKC)** |
| *Penske Media Corporation v. Google LLC*; | **No. 1:26-cv-00225 (PKC)** |
| *Ziff Davis, Inc. v. Google LLC*; | **No. 1:26-cv-01055 (PKC)** |
| -and- | |
| *Los Angeles Times Communications LLC v. Google LLC* | **No. 1:26-cv-01593 (PKC)** |

**DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S**
**NOTICE OF MOTION TO FILE UNDER SEAL**

PLEASE TAKE NOTICE that Google will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order to seal Exhibits F, G, and H to Google's Letter Opposition to Plaintiffs' Motion to Compel Google to Add Custodians and Apply Search Terms.

Dated: June 12, 2026

Respectfully Submitted,

*/s/ Justina K. Sessions*
Justina K. Sessions
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com

*Counsel for Defendants Google LLC and Alphabet Inc.*

CC: All Counsel of Record (via ECF)