June 12, 2026

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010-PKC
            [rel: *Dotdash Meredith Inc. v. Google LLC*, No. 1:25-cv-07194-PKC;
            *Insider, Inc. v. Google LLC*, No. 1:25-cv-07409-PKC;
            *Slate Group LLC v. Google LLC*, No. 1:25-cv-07697-PKC;
            *CMI Marketing, Inc. v. Google LLC*, No. 1:25-cv-08630-PKC;
            *Advance Publications, Inc. v. Google LLC*, No. 1:26-cv-00343-PKC;
            *McClatchy Media Company v. Google LLC*, No. 1:26-cv-00339-PKC;
            *Vox Media, LLC v. Google LLC*, No. 1:26-cv-00325-PKC;
            *The Atlantic Monthly Group LLC v. Google LLC*, No. 1:26-cv-00272-PKC;
            *Penske Media Corporation v. Google LLC*, No. 1:26-cv-00225-PKC;
            *Ziff Davis, Inc. v. Google LLC*, No. 1:26-cv-01055-PKC;
            *Los Angeles Times Commc'ns LLC v. Google LLC*, No. 1:26-cv-01593; and
            *WP Co. LLC v. Google LLC*, No. 1:26-cv-04058-PKC]

Dear Judge Castel:

      The parties in the above-captioned cases write pursuant to the Court's order that they (1) confer regarding revised case-specific search terms and update the Court on their progress by June 12 and (2) confer regarding a revised expert discovery schedule.  Dkt. 1799 ¶¶ 3-4.  There is no conference scheduled at this time.

      The parties in the Group 2 Premium Publisher Cases[1] have exchanged correspondence and met and conferred regarding case-specific search terms.  The parties are continuing to negotiate and are hopeful that they can reach agreement without the Court's further intervention. If necessary, the parties will raise any remaining disputes to Your Honor by June 26, 2026.

---

[1] *Advance Publications, Inc. v. Google LLC*, No. 1:26-cv-00343-PKC (S.D.N.Y.); *McClatchy Media Company v. Google LLC*, No. 1:26-cv-00339-PKC (S.D.N.Y.); *Vox Media, LLC v. Google LLC*, No. 1:26-cv-00325-PKC (S.D.N.Y.); *The Atlantic Monthly Group LLC v. Google LLC*, No. 1:26-cv-00272-PKC (S.D.N.Y.); *Penske Media Corporation v. Google LLC*, No. 1:26-cv-00225-PKC (S.D.N.Y.); *Ziff Davis, Inc. v. Google LLC*, No. 1:26-cv-01055-PKC (S.D.N.Y.); and *Los Angeles Times Commc'ns LLC v. Google LLC*, No. 1:26-cv-01593 (S.D.N.Y.).

The parties in the Group 1 Premium Publisher Cases,[2] Group 2 Premium Publisher Cases, and the *Washington Post* case[3] have conferred and have agreed to the following expert discovery schedule:

| Action | Date |
|---|---|
| **Plaintiffs' Opening Reports** | September 23, 2026 |
| **Defendants' Responsive Reports** | December 4, 2026 |
| **Plaintiffs' Rebuttal Reports** | January 22, 2027 |
| **Close of Expert Discovery** | March 4, 2027 |

We request that the Court, at its convenience, enter an order requiring the parties to follow the above schedule.

---

[2] *Dotdash Meredith Inc. v. Google LLC*, No. 1:25-cv-07194-PKC (S.D.N.Y.); *Insider, Inc. v. Google LLC*, No. 1:25-cv-07409-PKC (S.D.N.Y.); *Slate Group LLC v. Google LLC*, No. 1:25-cv-07697-PKC (S.D.N.Y.); and *CMI Marketing, Inc. v. Google LLC*, No. 1:25-cv-08630-PKC (S.D.N.Y.)

[3] *WP Co. LLC v. Google LLC*, No. 1:26-cv-04058-PKC (S.D.N.Y.).

2

Dated: June 12, 2026

Respectfully submitted,

*/s/ Justina Sessions*

Justina K. Sessions
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com

Eric Mahr
Andrew J. Ewalt
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4545
Email: eric.mahr@freshfields.com
       andrew.ewalt@freshfields.com

Craig M. Reiser
AXINN, VELTROP &
HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, New York 10111
Telephone: (212) 728-2200
Email: creiser@axinn.com

*Counsel for Defendants Google LLC*
*and Alphabet Inc.*

/s/ *John Thorne*

John Thorne
Daniel G. Bird
Bethan R. Jones
Daniel S. Severson
Christopher C. Goodnow
Eliana Margo Pfeffer
Eric J. Maier
Mark P. Hirschboeck
Rund M. Khayyat
Jonathan I. Liebman
Jahvonta A. Mason
Reno G. Varghese
Eric X. Xu
Zachary J. Tauscher
Seth D. Crockett
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.

1615 M Street NW, Suite 400
Washington, DC 20036
Tel.:  (202) 326-7900
Fax:  (202) 326-7999
Email:  jthorne@kellogghansen.com
        dbird@kellogghansen.com
        bjones@kellogghansen.com
        dseverson@kellogghansen.com
        cgoodnow@kellogghansen.com
        epfeffer@kellogghansen.com
        emaier@kellogghansen.com
        mhirschboeck@kellogghansen.com
        rkhayyat@kellogghansen.com
        jliebman@kellogghansen.com
        jmason@kellogghansen.com
        rvarghese@kellogghansen.com
        exu@kellogghansen.com
        ztauscher@kellogghansen.com
        scrockett@kellogghansen.com

*Counsel for Group 1 Premium Publishers,*
*Group 2 Premium Publishers, and*
*Washington Post*