UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| CMI MARKETING, INC., <br><br> *Plaintiff,* <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> *Defendants.* | No. 1:25-cv-08630 (PKC) |
| DOTDASH MEREDITH INC. A/K/A PEOPLE INC. and MEREDITH OPERATIONS CORPORATION, <br><br> *Plaintiffs,* <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> *Defendants.* | No. 1:25-cv-07194 (PKC) |
| INSIDER, INC., <br><br> *Plaintiff,* <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> *Defendants.* | No. 1:25-cv-07409 (PKC) |

| | |
|---|---|
| **THE SLATE GROUP LLC,**<br><br>*Plaintiff,*<br><br>-against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>*Defendants.* | No. 1:25-cv-07697 (PKC) |
| **McCLATCHY MEDIA COMPANY, LLC, McCLATCHY SHARED SERVICES, LLC, and A360 MEDIA, LLC ,**<br><br>*Plaintiffs,*<br><br>-against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>*Defendants.* | No. 1:26-cv-00339 (PKC) |
| **ADVANCE PUBLICATIONS, INC., ADVANCE MAGAZINE PUBLISHERS INC., ADVANCE LOCAL MEDIA LLC, PLAIN DEALER PUBLISHING CO., and THE REPUBLICAN COMPANY,**<br><br>*Plaintiffs,*<br><br>-against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>*Defendants.* | No. 1:26-cv-00343 (PKC) |

| | |
|---|---|
| VOX MEDIA, LLC,<br><br>       *Plaintiff,*<br><br> -against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>       *Defendants.* | No. 1:26-cv-00325 (PKC) |
| **THE ATLANTIC MONTHLY GROUP LLC,**<br><br>       *Plaintiffs,*<br><br> -against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>       *Defendants.* | No. 1:26-cv-00272 (PKC) |
| **PENSKE MEDIA CORPORATION and SHEMEDIA, LLC,**<br><br>       *Plaintiffs,*<br><br> -against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>       *Defendants.* | No. 1:26-cv-00225 (PKC) |
| **ZIFF DAVIS, INC.,**<br><br>       *Plaintiffs,*<br><br> -against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>       *Defendants.* | No. 1:26-cv-01055 (PKC) |

| | |
|---|---|
| **LOS ANGELES TIMES COMMUNICATIONS LLC ET AL,**<br><br>*Plaintiffs,*<br><br>-against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>*Defendants.* | No. 1:26-cv-01593 (PKC) |
| **WP COMPANY LLC,**<br><br>*Plaintiff,*<br><br>-against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>*Defendants.* | No. 1:26-cv-04058 (PKC) |

## [PROPOSED] ORDER CONCERNING
## <u>MOTION TO FILE UNDER SEAL EXHIBITS TO LETTER</u>

The Court hereby grants *(provisionally)* Google's motion to redact portions of its Letter Opposition to

Plaintiffs' June 15, 2026 Letter and to file Exhibits A-D under seal.

SO ORDERED.

Dated: _6 - 17 - 26_

_____
Honorable P. Kevin Castel
United States District Judge