# Dunn Isaacson Rhee

June 30, 2026

Via ECF

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> **Re:**   *In re Google Digital Advertising Antitrust Litig.,* **No. 1:21-md-03010 (PKC);** *OpenX Technologies, Inc. v. Google LLC,* **No. 1:25-cv-10817 (PKC);** *Magnite, Inc. v. Google LLC,* **No. 1:25-cv-10818 (PKC);** *PubMatic, Inc. v. Google LLC,* **No. 1:25-cv-10819 (PKC);** *Equativ SAS v. Google LLC,* **No. 1:26-cv-00140 (PKC);** *Index Exchange Inc. v. Google LLC,* **No. 1:25-cv-10477 (PKC);** *Kargo Global LLC v. Google LLC,* **No. 1:25-cv-10630 (PKC);** *Sovrn Holdings, Inc. v. Google LLC,* **No. 1:26-cv-01587 (PKC);** *TrustX Digital Advertising Services, Inc., P.B.C., v. Google LLC,* **No. 1:26-cv-3135 (S.D.N.Y.)**

Dear Judge Castel:

Google opposes Competitor Plaintiffs' request that the Court reconsider its order at ECF 1868 permitting six hours of combined time for the depositions of four Google witnesses. The Court made a considered determination after review of all the facts and circumstances. Competitors offer no specific facts or argument about why they need more time, and they fail to explain the witnesses' specific relevance to Competitors. The Court's order should stand.

Sincerely,

*/s/ Martha L. Goodman*
Martha L. Goodman (MG5624)
Jeannie S. Rhee (PHV)
Karen L. Dunn (PHV)
William A. Isaacson (PHV)
Jessica E. Phillips (PHV)
Amy J. Mauser (PHV)
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Washington, DC 20004
Telephone: (202) 240-2900
mgoodman@dirllp.com
jrhee@dirllp.com
kdunn@dirllp.com

Page 2
June 30, 2026

wisaacson@dirllp.com
jphillips@dirllp.com
amauser@dirllp.com

Erin J. Morgan (EM1694)
DUNN ISAACSON RHEE LLP
11 Park Place New York, NY 10007
Telephone: (202) 240-2900
emorgan@dirllp.com

Bradley D. Justus
Allison M. Vissichelli
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 469-3532
bjustus@axinn.com
avissichelli@axinn.com

*Attorneys for Defendants Google LLC and
Alphabet Inc.*

CC: All Counsel of Record