UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST  LITIGATION                                    21-md-3010 (PKC)

ORDER

-----------------------------------------------------------

CASTEL, Senior District Judge:

      The Court will hear the parties on the so-called Premium Publishers' application

of June 26, 2026 at 2 p.m. on July 8, 2026 in Courtroom 11D.

      SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
      July 1, 2026