# CRAVATH

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application DENIED.
So Ordered.
[signature] USDJ
7-1-26*

June 26, 2026

**Re:**  *In re Google Digital Advertising Antitrust Litig.*, No. 1:21-md-03010 (S.D.N.Y.)
*OpenX Technologies, Inc., et al. v. Google LLC*, No. 1:25-cv-10817 (S.D.N.Y.)
*Magnite, Inc. v. Google LLC*, No. 1:25-cv-10818 (S.D.N.Y.)
*PubMatic, Inc. v. Google LLC*, No. 1:25-cv-10819 (S.D.N.Y.)
*Equativ SAS v. Google LLC*, No. 1:26-cv-00140 (S.D.N.Y.)
*Index Exchange Inc. v. Google LLC*, No. 1:25-cv-10477 (S.D.N.Y.)
*Kargo Global LLC v. Google LLC*, No. 1:25-cv-10630 (S.D.N.Y.)
*Sovrn Holdings, Inc. v. Google LLC*, No. 1:26-cv-01587 (S.D.N.Y.)
*TrustX Digital Advertising Services, Inc., P.B.C., v. Google LLC*, No. 1:26-cv-3135 (S.D.N.Y.)

Dear Judge Castel:

The Plaintiffs in the above-captioned cases (the "Competitor Plaintiffs") write to respectfully request that the Court modify its order at ECF 1868 to allow eight (8) hours of combined time for any of the depositions of Don Harrison, Tim Lipus, Jim Giles, and Deepti Bhatnagar that the Competitor Plaintiffs choose to notice.  Should the Court agree, the Competitor Plaintiffs will take it upon themselves to coordinate with the Publisher Plaintiffs any allocation of time among the two Plaintiffs groups.  Publisher Plaintiffs do not object to this request.  Despite its earlier agreement to the eight-hour deposition length, Google no longer consents to this request.  There is no conference currently scheduled before the Court.

The Competitor Plaintiffs and Google agreed, and the Court's Civil Case Management Plan and Scheduling Order (ECF 1866) at paragraph 7.4 and its Addendum provide, that for any deposition of a Google witness noticed by both the Competitor Plaintiffs and the Publisher Plaintiffs, the parties shall share eight hours of deposition time.  Google thus has agreed that it would make available for an eight-hour deposition any witness noticed by both the Competitor Plaintiffs and the Publisher Plaintiffs, including Mr. Harrison, Mr. Lipus, Mr. Giles, and Ms. Bhatnagar.  The Court's memo endorsement at ECF 1868, however, limited the depositions of those four

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
100 Cheapside
London, EC2V 6DT
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP