# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACHARY CROWELL, et al.,

           Plaintiffs,

     v.

GOOGLE LLC, et al.,

           Defendants.

Case No. 25-cv-02775-RFL   (SK)

**ORDER ON DISCOVERY DISPUTE**

Regarding Docket No. 92

Now before the Court is the discovery dispute between the parties regarding whether Defendant Google LLC must produce the expert materials from *United States v. Google LLC*, No. 1:20-cv-03010-APM (D.D.C.) and *Colorado v. Google LLC*, No. 1:20-cv-03715-APM (D.D.C.). The Court HEREBY ORDERS that, by no later than April 30, 2026, Google shall produce the expert discovery from both of those cases. Defendant must only produce the expert reports, transcripts of depositions, and transcripts of trial testimony.

     **IT IS SO ORDERED**.

Dated: April 15, 2026

SALLIE KIM
United States Magistrate Judge