# EXHIBIT E

# EXHIBIT 1

# REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

United States of America, *et al.*,

                      Plaintiffs,

v.

Google LLC,

                      Defendant.

Case No. 1:23-cv-00108-LMB-JFA

Hon. Leonie H. M. Brinkema

# EXPERT REPORT OF ROBIN S. LEE, PHD

**December 22, 2023**

HIGHLY CONFIDENTIAL

# PAGES OMITTED

(605) In this Section, I describe how, through this "exclusivity," Google foreclosed rival exchanges and strengthened AdX's market power, enabling AdX to sustain fees significantly above competitive levels.

(606) This Section is organized as follows.

- In Section VII.B.1, I explain that Google Ads demand meaningfully affects the competitiveness of an ad exchange.

- In Section VII.B.2, I show that keeping unrestricted access to Google Ads demand exclusive to AdX would advantage AdX over rival exchanges competing for publisher inventory and advertiser spending. Moreover, statements from Google documents indicate that the restrictions placed on Google Ads bidding into rival exchanges diminished the attractiveness of Google Ads to its advertiser customers, but nevertheless Google continued to do so to the benefit of AdX and thus strengthened Google's market power in the exchange market, supporting higher AdX fees and increasing Google's overall profits.

- In Section VII.B.3, I describe Google's AWBid program which allowed Google Ads to bid on rival exchanges for a subset of impressions. I provide evidence that Google Ads targeted significantly higher margins on rival exchanges than on AdX when it did bid, reducing the likelihood that those exchanges would win an impression using Google Ads' demand, and that AWBid has represented a small share of Google Ads' overall spend. Hence, this program did not prevent rival exchanges from being foreclosed from Google Ads' demand.

(607) Later, in Section VII.F.1.a, I discuss how Google's exclusive bidding relationship between Google Ads and AdX, by foreclosing rival exchanges from a substantial amount of advertiser demand, harmed rival exchanges' competitiveness.

## VII.B.1. Access to Google Ads' advertiser demand affects the competitiveness of an ad exchange

(608) Google Ads' bidding behavior into an exchange meaningfully impacts an exchange's ability to monetize impressions and attract publisher inventory, thereby affecting an ad exchange's competitiveness. This is supported by the following evidence, documents, and testimony.

(609) First, direct support for Google Ads' substantial and sustained market power presented in Section V.D.3 demonstrates the importance of Google Ads demand for the competitiveness of an ad exchange. For example, I described an analysis of 2023 data indicating that Google Ads' participation on an ad exchange has a meaningful impact on publishers' payouts, larger than any other ad exchange or demand source. This is consistent with a 2014 simulation exercise from Google that indicated removing bids submitted by Google Ads would significantly reduce publisher payouts from an

Expert Report of Robin S. Lee, PhD

exchange, thereby adversely impacting that exchange's attractiveness to publishers. I also discussed Google's update to Project Bernanke which it described as adjusting Google Ads' bids into certain publishers in order to influence how they called upon ad exchanges.[850]

(610)   Second, numerous Google documents have referred to and explained why exclusive access to Google Ads' advertiser demand provides AdX with competitive benefits not available on rival exchanges. For example, Google's Director of Product Management, Scott Spencer, wrote in a 2013 email: "[o]ur goal should be all or nothing – use AdX as your SSP or don't get access to our demand. It's a key feature and we need to use it while its still proprietary to AdX."[851]

(611)   Third, deposition testimony from executives of third parties discusses the importance of access to Google Ads demand for publishers,[852] and that full access to Google Ads through an ad exchange is available only via AdX.[853]

## VII.B.2. Google's bidding relationship between Google Ads and AdX foreclosed rival exchanges, enhancing AdX's market power and ability to maintain high fees

(612)   By limiting rival ad exchanges' access to bids from Google Ads, Google reduced publisher payouts on other exchanges, making them less competitive alternatives to AdX even if they could otherwise offer the same or better exchange services or charge a lower fee. This had the effect of leading publishers to monetize fewer impressions through third-party exchanges than they would have had Google not restricted their access to Google Ads–both because publishers would be less likely to send

---

[850]   *See also* Appendix L.4 for further discussion of Project Bernanke, and evidence that it had an impact on publisher behavior.

[851]   GOOG-DOJ-15600216, at -216 (12/06/2012). The email also lists five reasons why AdX will explicitly not be allowed to be operated via another yield manager. *See also* GOOG-DOJ-03863839, at -839 (03/09/2011) ("Having AdWords as a buyer is a major advantage for AdX."); GOOG-DOJ-03707195, at -205, (09/2013) ("[e]xclusive access to Google demand is a key competitive advantage for AdX."); GOOG-DOJ-03548575, at -575 (08/27/2015) ("[m]y understanding is that one of the strongest draws of AdX for sellers was exclusive access to AdWords."); GOOG-DOJ-14432746, at -748 (12/2015) ("AdX/AFC value proposition is diluted/compromised if 3rd party exchanges have access to GDN's 2m+ advertisers and targeting capabilities.")

[852]   *See, e.g.,* Deposition of Michael Shaughnessy (Kargo), August 9, 2023, 60:3–60:17. ("Q. What is the importance of Google's GDN demand to publishers? A. It's massive. Q. What do you mean by saying "it's massive"? A. It is significant to a publisher's bottom line. Q. Why is GDN demand significant to a publisher's bottom line? A. It contributes significantly to their top-line revenues. Q. And what's your basis for saying that GDN demand is significant to a publisher's bottom line? A. My experience being a publisher."). *See* Section VII.F.1 for additional testimony.

[853]   *E.g.,* Deposition of Arnaud Creput (Equativ), September 5, 2023, 33:11–34:4. ("Q. Okay. You also said Google's -- AdX's position is determined by its self-preferencing. Can you explain what you meant by that? A. In the first stage, the self-preferencing behavior of the ad server does not give access to data to other SSP -- it does not give access to data that the other SSPs don't have access to. An example is that the Google SSP has access to all the auction data from the SSPs, the other SSPs, but the SSPs don't have access to this data. The second point is that AdX has access to all Google Ads exclusively while other SSPs do not have access to Google Ads -- or AdX, I apologize"). *See* Section VII.F.1.a for additional testimony.

---

HIGHLY CONFIDENTIAL

impressions to third-party exchanges, and because third-party exchanges would win less often when competing against AdX.

(613)   This point is evident in a 2011 Google presentation noting that, "enablement of AdWords on 3rd party inventory sources will incentivize clients to move from AdX and AdSense to Rubicon, Pubmatic and Admeld."[854] The presentation also acknowledged that the long-term impact of providing Google Ads inventory elsewhere could impact DFP as well: "[p]ublishers move away from AdSense / AdX to 3rd party exchanges," and that there would be "DFP differentiation at risk with RTB based spend on Ruby/Pub/Meld."[855]

(614)   Additional Google documents and deposition testimony indicate that exclusive access to unique Google Ads demand weakened the attractiveness of rival exchanges relative to AdX for publishers. For example, a 2011 Google memo describes Google Ads demand as a "unique sales proposition" for AdX to use with publishers, and that the loss of exclusive access to that demand would cause publishers to switch to a different exchange.[856] In his deposition, then-Google Principal of Corporate Strategy Bryan Rowley explained that exclusive access to Google Ads demand benefited AdX, noting that "When demand can only be found through certain sources, it compels publishers to work with that product."[857] Third-party documents and testimony corroborate the importance of Google Ads demand, as I describe in Section VII.F.

(615)   Google documents and testimony indicate that while Google Ads' exclusivity benefited AdX, it weakened the value of Google Ads to advertisers.[858]

(616)   For example, according to a 2012 Google display ad strategy document, "GDN is competitively disadvantaged against buy-side competition … In the auction ecosystem, we appear to be running a buyside-subsidizes-sellside model: we are artificially handicapping our buyside (GDN) to boost the attractiveness of our sellside (AdX)."[859] The same Google document noted that "we have chosen to

---

[854]   GOOG-DOJ-14826585, at -586 (02/2011). In addition, a February 2011 email described an analysis indicating that the expected impact of allowing AdWords to bid into third-party yield managers would increase GDN revenue by 5%, but increase the eCPM on the yield managers by 16% while decreasing existing AdX and AdSense publisher's eCPM by 10%. Scott Spencer, Google's Director of Product Management, acknowledged that this "could cause some publishers to shift where they offer their inventory." GOOG-DOJ-04293455, at -455 (02/14/2011).

[855]   GOOG-DOJ-14826585, at -592 (02/2011).

[856]   GOOG-DOJ-03863784, at -784 (03/02/2011) ("AdWords Cross Exchange Bidding Commz kick-off" document goes on to state that "AdSense and AdX use AdWords demand as a unique sales proposition (USP)[.] Given the current market position of AdX versus other Yield Managers, if publishers can get the same AdWords RTB demand from any yield management/exchange partner, there is a risk that many publishers would terminate their AdX relationship in favor of their preferred alternate vendor."). *See also* GOOG-DOJ-14826825, (03/03/2011); GOOG-DOJ-03872448, (03/02/2011).

[857]   Deposition of Bryan Rowley (Google), July 22, 2021, 108:22–109:3.

[858]   For example, in 2014, a Google employee described Google Ads as sending Google's publisher platforms a "$3bn yearly check by overcharging our advertisers to ensure we're strong on the pub[lisher] side." GOOG-DOJ-07809181, at -181 (06/24/2014).

[859]   GOOG-DOJ-05247075-0001, at -083-0009 (08/2012).

---

HIGHLY CONFIDENTIAL                                                                                   Page 255

# PAGES OMITTED

Expert Report of Robin S. Lee, PhD

# Appendix L. Background for Google's Conduct

(11) This appendix contains useful background context to understand Google's market power and conduct analyzed in other parts of this report.

- In Appendix L.1, I discuss Google's acquisition of DoubleClick. This acquisition gave Google control of two products—DoubleClick's publisher ad server DFP and the exchange that became AdX—which facilitated its exclusionary conduct in the relevant markets.

- In Appendix L.2, I explain how header bidding facilitated publisher multihoming across real-time bidding sources and was described by Google employees as a threat to Google's control of the ad tech stack.

- In Appendix L.3, I summarize some of Google's responses to header bidding, including 1) launching Exchange Bidding (thereby opening up Dynamic Allocation within DFP to exchanges other than AdX); 2) adjusting its bidding strategies for DV360, including by introducing Demand Product and Project Poirot.

- In Appendix L.4, I discuss Google's Dynamic Revenue Sharing (DRS) Programs for Google Ads, including Project Bernanke and Project Bell.

## L.1. Google's acquisition of DoubleClick

(12) As I noted in Section VII.A, Google documents indicated that controlling the publisher ad server (and the "tag" on publishers' pages) could lock-in customers and enhance its market power across the ad tech stack, and that there was concern that if a rival gained control of the publisher ad tag, Google instead might be locked out from accessing display inventory.

(13) Here, I provide background on Google's acquisition of DoubleClick, completed in 2008. This acquisition brought DoubleClick's publisher ad server DFP and the exchange that became AdX under Google's control.

(14) According to a Google document, Google's display advertising business captured less than 1% of the $5 billion spent on online display advertising in 2005.[1356] The document noted that "[most] AdSense sites are too small for Comscore or Nielsen to report their audience profile—removing them from the display advertiser's consideration set" and that "Google's AdSense product does not meet the revenue threshold or predictability needs of publishers for anything other than remnant inventory."[1357] Further,

---

[1356] GOOG-DOJ-06267628, at -630 (10/20/2006).
[1357] GOOG-DOJ-06267628, at -630 (10/20/2006).

Expert Report of Robin S. Lee, PhD

Google documents suggest the company was concerned by a lack of sufficient third-party advertising space to meet the demand generated by its advertisers.[1358] For example, a 2006 Google document acknowledged that a key challenge to Google's display ads business is that ad buyers "want scale" but Google has a "lack [of] critical mass of premium inventory."[1359]

(15) Internal Google documents acknowledged benefits from operating across all layers of the ad tech stack. A 2005 email chain between Google employees acknowledged that Google "hope[d] and plan[ned] to be the be-all, end-all location for all ad serving," and that "the short-term win of accepting 3rd party ad serving cripples [Google's] long-term strategy."[1360] In a separate email chain, Tim Armstrong, the President of Google Americas at the time, wrote that "once you own the pipes, all 3rd party served rev, and all unused impressions – and you control billing and accountability – you systematically replace the parts of the system with a cross media platform where there is one advertiser input desktop and one place to get measurement outputs."[1361] Armstrong also noted that when you own these things, "there is really high lock-in."[1362] Further, a Google presentation states that to "build the largest pool of liquid inventory" they needed to "become the primary ad server to get a 'first look'."[1363]

(16) In 2006 Google began developing their own publisher ad server, which they referred to as Google Ad Manager for Publishers (GFP).[1364] However, according to a 2007 white paper submitted to the FTC by Google's lawyers the launch of GFP faced a "number of significant shortcomings," GFP "received serious negative feedback from actual and prospective beta test partners" and its development timeline "slipped considerably."[1365]

(17) In April 2007, Google announced its acquisition of DoubleClick, the market-leading publisher ad-server at the time, for $3.1 billion.[1366] This was consistent with a 2006 Google document that stated, "We need to aggressively use acquisitions to solve" problems in their display ads business, including

---

[1358] A 2004 Google presentation on AdSense acknowledged that one risk to AdSense for Content is "Advertiser Opt-Out" due to a "[l]ack of premium brand names [which] decreases perceived value to advertisers" GOOG-DOJ-00134248, at -255 (10/25/2004). Further, a 2007 Google document regarding DoubleClick noted that "the winner will be the company with the largest pool of liquid [inventory]" GOOG-DOJ-01657697, at -888 (03/15/2007).

[1359] GOOG-DOJ-13009671, at -674 (07/26/2007).

[1360] GOOG-DOJ-01856500, at -503 (06/27/2005).

[1361] GOOG-DOJ-01657697, at -829 (03/15/2007).

[1362] GOOG-DOJ-01657697, at -829 (03/15/2007).

[1363] GOOG-DOJ-01657697, at -888 (03/15/2007). (Google's usage of first look to secure additional supply for its advertisers is further discussed in Section K.2)

[1364] GOOG-DOJ-01654477, at -482 (08/31/2007).

[1365] GOOG-DOJ-01654477, at -480 (08/31/2007).

[1366] Google estimated that DoubleClick had a "60% share of publisher ad serving market" at the time of the acquisition. *See* GOOG-DOJ-01657697, at -845 (03/15/2007); GOOG-DOJ-00970889, at -891 (05/19/2007); Louise Story and Miguel Helft, "Google Buys DoubleClick for $3.1 Billion," *New York Times,* April 14, 2007, https://www.nytimes.com/2007/04/14/technology/14DoubleClick.html.

---

Expert Report of Robin S. Lee, PhD

a lack of "critical mass of premium inventory" and "AdSense sites are not part of planning process for agencies."[1367]

(18)   An April 2007 Google document entitled "Project Liberty BoD Review" noted two strategic rationales for the acquisition: DoubleClick's "Agency Ad Server (Buyside)", and its "Publisher Ad Server (Sellside)," known as DART for Publishers (DFP).[1368] The document stated that the publisher ad server would provide "[a]ccess to potential 2B+ incremental AFC impressions per day," estimating "AFC Network Growth" as contributing $2 billion worth of value through "access to DFP publishers' inventory."[1369] A 2006 Google document noted the value of premium inventory to "create 'pull-through' demand for AdSense on tail properties."[1370]

(19)   The acquisition also provided Google with an advertiser ad server product known as DART for Advertisers (DFA).[1371] By 2006, Google had begun working on a new product for advertisers which it referred to as both CMO Dashboard and GFA.[1372] While Google's existing AdWords product served "Smaller Advertisers," Google's Dashboard product intended to serve "F[ortune] 500 and Larger Advertisers" (see Figure 150 below).[1373] A 2007 Google slide deck on the potential acquisition of DoubleClick noted that the "vision" of DoubleClick's DFA product was "the same as CMO Dashboard."[1374] A separate Google acquisition slide deck expressed interest in Google acquiring DoubleClick or Atlas and "convert[Ing] it into v1.0 of CMO Dashboard."[1375] When DFA was ultimately acquired by Google as part of the DoubleClick acquisition, it had contracts with "9 of 10 Top 10 global agencies" and a "~50% share of 3PA serving."[1376]

---

[1367] GOOG-DOJ-13009671, at -674 (07/26/2006).

[1368] GOOG-DOJ-01657697, at -744 (03/15/2007).

[1369] GOOG-DOJ-01657697, at -744, -745 (03/15/2007).

[1370] GOOG-DOJ-13009671, at -675 (07/26/2006).

[1371] Google describes DFA as the "centralized planning, third-party ad serving, reporting and creative optimization solution for all major agency holding companies and the internet's leading advertisers." *See* GOOG-DOJ-01657697, at -721 (2007 Google "Strategic Opportunities" report on DoubleClick).

[1372] GOOG-DOJ-02107055, at -056 (06/14/2006); GOOG-DOJ-01657697, at -775.

[1373] GOOG-DOJ-01657697, at -760 (03/15/2007).

[1374] GOOG-DOJ-00970889, at -891 (05/19/2007).

[1375] GOOG-DOJ-13009671, at -674 (07/26/2006). In the "Project Liberty BoD Review" document, Google listed "jumpstart[ing] our organic efforts (GFP)" as a "Strategic Rationale" for acquiring DFA. *See* GOOG-DOJ-01657697, at -744 (03/15/2007).

[1376] GOOG-DOJ-00970889, at (05/19/2007) -891, -894.

---

HIGHLY CONFIDENTIAL

Expert Report of Robin S. Lee, PhD

bolstering the attractiveness of Google Ads. Similarly, DFP experienced significant growth following the acquisition. (See Sections V.D and V.B for discussion on the market power of Google Ads and DFP.)

(24)     The DoubleClick acquisition also provided the foundation for Google's ad exchange that became AdX. In 2007, prior to its acquisition by Google, DoubleClick began developing the DoubleClick Ad Exchange.[1386] DoubleClick viewed the exchange as "the centerpiece of a growth plan" through which it may derive the majority of its revenue within five years.[1387] Following the acquisition, Google started building upon the exchange and launched AdX just two years later.[1388] The exchange grew rapidly. AdX's revenue increased by nearly 300% in 2009 and by over 800% in 2010.[1389] By 2011, just three years after the acquisition, Google's "Display Advertising OC Business Review" presentation labeled Google as the "#1 player in US display."[1390]

## L.2. The emergence of header bidding

(25)     In Section VII.A, I explained the important role that DFP's market power played in supporting and sustaining its market power elsewhere in the ad tech stack. In this Section, I describe how Google employees viewed header bidding as a competitive threat to Google's control of the Ad Tech stack. Additionally, the following discussion also illustrates how, by harming the competitiveness of rivals in the ad exchange market, Google could protect DFP's market power in the publisher ad server market.

(26)     This section is organized as follows.

- In Appendix L.2.a, I show that publishers viewed header bidding as a way around Google's restrictive policies regarding the use of its ad tech products, and benefited from header bidding allowing them to pit multiple demand sources in real-time competition against one another.

- In Appendix L.2.b, I discuss how Google employees perceived header bidding as an "existential threat" to its control of the Ad Tech stack. I discuss how header bidding (in a manner similar to yield managers), by assisting publishers with accessing multiple real-time demand sources and

---

[1386] Greg Sterling, "Google Formally Announces New DoubleClick Ad Exchange," *Search Engine Land*, Sept. 18, 2009, https://searchengineland.com/googles-doubleclick-formally-announces-new-ad-exchange-26042.

[1387] Louise Story, "DoubleClick to Set Up an Exchange for Buying and Selling Digital Ads," The New York Times, April 4, 2007, *The New York Times*, https://www.nytimes.com/2007/04/04/business/media/04adco.html

[1388] Greg Sterling, "Google Formally Announces New DoubleClick Ad Exchange," *Search Engine Land*, Sept. 18, 2009, https://searchengineland.com/googles-doubleclick-formally-announces-new-ad-exchange-26042. The original AdX product was built out of the DART platform. *See* GOOG-DOJ-04292352 at -352 (01/06/2011).

[1389] GOOG-DOJ-13097233, at -238 (06/01/2011) (Google presentation, "Display Advertising OC Business Review," June 2011).

[1390] GOOG-DOJ-13097233, at -235 (06/01/2011) (Google presentation, "Display Advertising OC Business Review," June 2011).

---

HIGHLY CONFIDENTIAL

Expert Report of Robin S. Lee, PhD

wrote that "our strategy is to ensure that we continue to be the must-call system, by ensuring as much of a publisher's demand flows through our platform, rather than header bidding."[1420]

(47)    A 2018 email from Payam Shodjai, at the time Google's Director of Product Management for Display and Video Ads, noted that Google's response to header bidding was a "multi-pronged effort," and included launching Exchange Bidding (later renamed to Open Bidding) and changes to DV360's bidding behavior (including Demand Product, described above, and Project Poirot).[1421] I discuss these briefly below, providing background context for the discussion regarding these products and projects elsewhere in this Report.

## L.3.a. Exchange and Open Bidding

(48)    Google introduced Exchange Bidding (EB) in alpha in April 2016 and made the product broadly available in April 2018; this would later develop into Open Bidding (OB).[1422] A 2017 Google document describes Open Bidding as DFP functionality "allowing 3rd party-exchanges to bid in RTB alongside AdX in Dynamic Allocation."[1423,1424] It is also identified in a Google document as part of Google's "holistic counter-response" to header bidding.[1425]

(49)    As discussed in Section VII.D.1, Google did not provide AdX with a Last Look advantage over the exchanges participating in Exchange Bidding, but maintained this advantage over header bidding participants.[1426] Documents indicate that Google considered maintaining the Last Look advantage over Exchange Bidding participants,[1427] but gave it up to give publishers and exchanges an incentive to switch from header bidding to Exchange Bidding.[1428]

---

[1420]  GOOG-TEX-00138844 at -844 (02/06/2017).

[1421] GOOG-DOJ-05276794 at -794 (03/16/2018) ("Our response to HB has been a multi-pronged effort, which includes a few projects (none of them are silver bullets): 1. Exchange Bidding (EB) 2. Demand Product (DP) 3. First-Price Auction Defense in DBM (since all HB is transacted through first-price auctions)").

[1422] GOOG-AT-MDL-006217592 at -592 and -606 (10/31/2022) (noting Google "alpha" tested Exchange bidding in April 2016, entered it into beta testing in June 2017, and "rolled out to general availability" in April 2018).

[1423] GOOG-DOJ-04429792 at -808 (04/2017).

[1424] Third-party ad exchanges could not bid for DFP inventory in real-time against AdX in the waterfall setup.

[1425] GOOG-DOJ-04429792 at -794 (04/2017). *See* also GOOG-DOJ-1343955 (Internal meeting notes listing "Evolve / accelerate EB" as a response to header bidding) (10/2016).

[1426] GOOG-TEX-00000655 at -660 (01/04/2017) ("…exchanges that go through HB are subject to last look, and those that go through EB are not."); GOOG-TEX-00103579 at -580 (07/12/2016) ("…our exchange bidding product works just like HB. When a publisher is using HB, AdX still submits a real time bid to compete with all the HB bids that are input into DFP line items via key values. The only difference is that our solution has not [sic] latency and doesn't require 1000's of additional line items to implement").

[1427]  A Google presentation slide contains the text "Issues: Should we give up last look." One risk of keeping last look is identified as "Exchanges more likely to keep pushing HB." GOOG-TEX-00104789 at -808 (01/19/2017); GOOG-TEX-00121116 at -117 (12/13/2016) ("Is there a definitive reason to drop the last look now? I think we should take this decision only following the Beta results if we observe the last look for EB is limiting the adoption.").

[1428] GOOG-TEX-00000655 at -660 (01/04/2017) (Dec. 15, 2016 email from Jim Giles responding to "why we should give away [Last Look]" with Exchange Bidding: "[R]e last look, there are several important reasons … 1) Because both

---

HIGHLY CONFIDENTIAL                                                                                          Page L-13