# EXHIBIT K

more participants you have, the higher probability you're going to receive more bids or more liquidity, and the more liquidity you receive, the higher probability prices will go up, because you have more people competing for the same good, or impression, in the case of our market.

Q.  Now, Mr. Casale, are you aware that plaintiffs propose that AdX be required to bid into header bidding auctions before it is divested?

A.  I do recall reading that.

Q.  Now, based on your experience at Index, would AdX bidding into header bidding auctions impact Index's competitiveness within those auctions?

A.  Provided AdX moved from bidding into DFP to bidding inside of header bidding alongside Index and any other competitor, whereby in header bidding everything is effectively in the open and inspectable, where the auction is fair, I would imagine that would relinquish any advantage that AdX might benefit from today by being part of DFP.  Therefore, it goes back to my comment before:  I like our chances in a fair fight and a fair auction, and I think we would do quite well.

Q.  Now, Mr. Casale, you started your answer saying provided AdX bids into header bidding, not DFP.  If AdX continues to bid into DFP separately, what impact does that have on Index?

A.  I think in that scenario, it would be completely irrelevant. Because you can kind of look at the interplay there as being DFP