# EXHIBIT L

Q.   So based on your experience, how does plaintiffs' proposal here differ from how header bidding works today?

A.   Well, the way that header bidding works today is that a publisher's Prebid server or instance of Prebid server calls various ad exchanges, including PubMatic.  We solicit bids from DSPs; we then submit those bids into DFP, and then DFP and DFP alone then calls AdX.

So that is a very different sequence of interactions than what is proposed here, which is that DFP would call Prebid Server, a publisher's instance of Prebid Server, and then Prebid Server would call AdX as well as any other ad exchanges that the publisher chooses.

And so that -- I would say this approach is critical to eliminating many of the advantages that we discussed earlier that AdX has today.

Q.   Can you explain why it's critical?

A.   Yes.  A couple of reasons.  So one is, this would eliminate the information asymmetry that exists where DFP has pricing information that it alone has that other ad exchanges do not have.  So if DFP wanted to convey the pricing of direct-sold campaigns that sit inside of DFP to AdX, then it would also have to convey that information to PubMatic's exchange and to other exchanges.

So that would be an example of how the information asymmetry is eliminated.

AdX would not know the prices from other ad exchanges when it gets called by DFP, as proposed in this language here. So that would eliminate the other information asymmetry.

The third information asymmetry that we discussed is Google audiences data. And if DFP is calling Prebid Server and Google decides to make that data available to Prebid, then the publisher can choose if its Prebid server instance would also make that same data available to other ad exchanges, including AdX, or not. So I see that all information asymmetry advantages would be eliminated.

And then the second major source of advantage that we discussed is that AdX is able to derive or -- AdX is able to derive a higher win rate because it only would call out to DSPs when DFP is not serving a direct-sold ad, and AdX is informed with the pricing asymmetry that we mentioned earlier.

In this case, because the pricing asymmetry has been removed and because Prebid Server would only call out to ad exchanges if it was not -- if the publisher was not serving a direct-sold ad, AdX would no longer have a win rate advantage, which means DSPs would not view AdX as a better place for it to place its bids due to that asymmetry.

Q. Okay. Thank you, Mr. Goel.

MR. GEIGER: We can take that down now.

Q. So Mr. Goel, are you aware that plaintiffs propose several additional types of behavioral remedies?