# EXHIBIT M

THE INTERPRETER: I'm sorry. Could you repeat that in short sentences?

BY MR. WOLIN:

Q    Based on your experience, what do you expect to be the impact of plaintiffs' proposed remedies on Equativ's ability to compete with DFP?

A    It would significantly restore fair and transparent competition in the ad server market.

Q    Why do you believe that?

A    It will first help (audio cut out) between Google demand and Google AdX, between Google AdX and Google Ad server. And second, it will help facilitate the ad server migration for publishers.

Q    You mentioned self-preferencing a few moments ago.

A    Yes.

Q    In your experience, what are the ways that Google self-preferences?

A    There are many ways for Google to put in place self-preferencing. The biggest one is coming from Google demand, so Google AdWords and DV360, which are Google DSPs, which (audio cut out) Google AdX is not interoperable and is not bidding in real time in third-party ad servers. And third, Google Ad server is preferencing the demand coming from Google AdX.

Q    In your experience, how would removing the

17

self-preferencing impact Equativ?

A    It would remove self-preferencing, it will remove the privileged access of Google DSP to Google demand, which is the biggest barrier to migrate to a rival ad sever for a publisher.

(Reporter interrupted for clarification.)

THE COURT:  Can you please repeat that answer, and let's have it translated.  So speak *en français*; all right?

THE WITNESS:  I will do it in again in English.

It will remove the biggest barrier for the publisher to migrate to a rival ad server.

BY MR. WOLIN:

Q    Based on your experience, what remedy would end that self-preferencing?

A    For self-preference, the first one is a divestiture of AdX would immediately cut the ties between Google AdX and Google DSP.  And which was initially conditioned, which is not enough.  And then preventing Google to replicate this from Google demand.  So Google Ads and DV360 is very important to prevent this to happen again.

Q    You mentioned divesting AdX in that answer; right?

A    Yes.

Q    Why is divesting AdX an important remedy, in your view?

A    Why?  It's because we have seen in the past that behavioral remedies to prevent Google to favor or to

18