UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING                    21-md-3010 (PKC)
ANTITRUST LITIGATION                                 25-cv-7194 (PKC)
                                                     25-cv-7409 (PKC)
                                                     25-cv-7697 (PKC)
                                                     25-cv-8630 (PKC)
                                                     26-cv-225 (PKC)
                                                     26-cv-272 (PKC)
                                                     26-cv-325 (PKC)
                                                     26-cv-343 (PKC)
                                                     26-cv-339 (PKC)
                                                     26-cv-1055 (PKC)
                                                     26-cv-1593 (PKC)

                                                     ORDER

----------------------------------------------------------------x

CASTEL, Senior District Judge.

For reasons stated on the record and in open court on July 8, 2026, the Court denied the motion of the so-called Premium Publishers to compel the production of certain Google change logs. (See 7/8/26 Tr. (21-md-3010, ECF 1907).) The applications for sealing of certain submissions relating to the motion are provisionally granted.

Accordingly, the Clerk is requested to terminate the motions at 21-md-3010, ECF 1877, 1884 and 1894; 25-cv-7194, ECF 114 and 116; 25-cv-7409, ECF 110 and 112; 25-cv-7697, ECF 109 and 111; 25-cv-8630, ECF 99 and 101; 26-cv-225, ECF 89, 91, 94 and 100; 26-cv-272, ECF 91, 93, 96 and 102; 26-cv-325, ECF 91, 93, 96 and 102; 26-cv-343, ECF 97, 99, 102 and 108; 26-cv-339, ECF 89, 91, 94 and 100; 26-cv-1055, ECF 86, 88, 91 and 97; 26-cv-1593, ECF 79, 81, 84 and 90.

The application for sealing at 26-cv-225, ECF 72; 26-cv-272, ECF 74; 26-cv-325, ECF 74; 26-cv-339, ECF 72; 26-cv-343, ECF 80; 26-cv-1055, ECF 69; 26-cv-1593, ECF 62; and

21-md-3010, ECF 1840, is provisionally granted, and the Clerk is requested to terminate the

motions.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
    July 31, 2026