**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 1:21-md-03010 (PKC)** |

*This Document Relates To:*

| | |
|---|---|
| **OPENX TECHNOLOGIES, INC., and OPENX LTD.,**<br><br>*Plaintiffs*,<br><br>-against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>*Defendants*. | **No. 1:25-cv-10817 (PKC)** |
| **MAGNITE, INC.,**<br><br>*Plaintiff*,<br><br>-against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>*Defendants*. | **No. 1:25-cv-10818 (PKC)** |

| | |
|---|---|
| **PUBMATIC, INC.,**<br><br>*Plaintiff*,<br><br>-against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>*Defendants*. | **No. 1:25-cv-10819 (PKC)** |
| **EQUATIV SAS, EQUATIV INC., SHARETHROUGH INC., and SHARETHROUGH USA, INC.,**<br><br>*Plaintiffs*,<br><br>-against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>*Defendants*. | **No. 1:26-cv-00140 (PKC)** |
| **INDEX EXCHANGE INC.,**<br><br>*Plaintiff*,<br><br>-against-<br><br>**GOOGLE LLC,**<br><br>*Defendant*. | **No. 1:25-cv-10477 (PKC)** |

| | |
|---|---|
| **KARGO GLOBAL LLC,**<br>*Plaintiff,*<br>-against-<br>**GOOGLE LLC,**<br>*Defendant.* | **No. 1:25-cv-10630 (PKC)** |
| **SOVRN HOLDINGS, INC.,**<br>*Plaintiff,*<br>-against-<br>**GOOGLE LLC and ALPHABET INC.,**<br>*Defendants.* | **No. 1:26-cv-01587 (PKC)** |
| **TRUSTX DIGITAL ADVERTISING SERVICES, INC., P.B.C.,**<br>*Plaintiff,*<br>-against-<br>**GOOGLE LLC and ALPHABET INC.,**<br>*Defendants.* | **No. 1:26-cv-03135 (PKC)** |

**COMPETITOR PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO SEAL PROVISIONALLY**

Pursuant to Rule 5 of the Court's Individual Practices and paragraph 21 of the Modified Confidentiality Order, MDL Dkt. No. 685 at ¶ 21, Plaintiffs OpenX Technologies, Inc. and OpenX Ltd. (together, "OpenX"), PubMatic, Inc. ("PubMatic"), Magnite, Inc. ("Magnite"), Equativ SAS, Equativ Inc., Sharethrough Inc. and Sharethrough USA, Inc. (together, "Equativ"),

Index Exchange Inc. ("Index Exchange"), Kargo Global LLC ("Kargo"), Sovrn Holdings, Inc. ("Sovrn"), and TRUSTX Digital Advertising Services, Inc., P.B.C. ("TRUSTX," and together with the other Plaintiffs, the "Competitor Plaintiffs"), request leave to file provisionally under seal portions of the Competitor Plaintiffs' Letter Motion to Compel Google to Add Custodians and Apply Search Terms, and Exhibits A–B appended thereto.

Under the Modified Confidentiality Order, where "a Party seek[s] to file another Party['s] . . . Highly Confidential Information or Confidential Information," that party "shall so advise the other Party." MDL Dkt. No. 685 at ¶ 21. The other party then ordinarily has "five business days" to "make an application to seal." *Id.* But the parties may "discuss in good faith a reasonable extension of these deadlines subject to the Court's approval." *Id.* In such a case, the party seeking to introduce another party's protected material may file that material under provisional seal, and that material remains under seal until the other party files its application and the Court rules upon it. *See* MDL Dkt. No. 1014.

Here, Competitor Plaintiffs do not seek to seal any of their own Highly Confidential or Confidential Information. Instead, Competitor Plaintiffs' Letter Motion to Compel Google to Add Custodians and Apply Search Terms includes or reference materials that Defendants Google LLC and Alphabet Inc. (together, "Google") has designated as Highly Confidential or Confidential. Pursuant to Paragraph 21 of the Modified Confidentiality Order, Competitor Plaintiffs and Google discussed in good faith a reasonable extension of the deadline for Google to file an application to seal these materials, if any. The parties propose that Google file any such application by September 3, 2026.

Competitor Plaintiffs therefore respectfully request that this Court permit Competitor Plaintiffs to file provisionally Competitor Plaintiffs' Letter Motion to Compel Google

to Add Custodians and Apply Search Terms, and Exhibits A–B appended thereto, under seal, and that it extend the time for Google to file an application to seal until September 3, 2026.

Dated: August 14, 2026

Respectfully submitted,

*/s/ Yonatan Even*
Yonatan Even
Lauren M. Rosenberg
Jonathan Mooney
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
yeven@cravath.com
lrosenberg@cravath.com
jmooney@cravath.com

Benjamin H. Diessel
Nathan E. Denning
Colleen M. Kozikowski
**WIGGIN AND DANA LLP**
437 Madison Avenue, 35th Floor
New York, NY 10022
Telephone: (212) 551-2600
Facsimile: (212) 551-2888
bdiessel@wiggin.com
ndenning@wiggin.com
ckozikowski@wiggin.com

*Counsel for Plaintiffs OpenX Technologies, Inc., and OpenX Ltd.*

*/s/ Brandon Kressin*
Brandon Kressin
**KRESSIN POWERS LLC**
400 7th St. NW, Unit 300
Washington, DC 20004
Telephone: (202) 464-2905
brandon@kressinpowers.com

*Counsel for Plaintiff Magnite, Inc.*

/s/ *Joseph Aronsohn*
John C. Hueston
Joseph Aronsohn
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, NY 10014
Telephone: (646) 930-4046
jhueston@hueston.com
jaronsohn@hueston.com

Doug J. Dixon
Christina V. Rayburn
Joseph A. Reiter
Justin M. Greer
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 356-6412
ddixon@hueston.com
crayburn@hueston.com
jreiter@hueston.com
jgreer@hueston.com

*Counsel for Plaintiff PubMatic, Inc.*

*/s/ Nicolas Stebinger*
Nicolas Stebinger
**SIMONSEN SUSSMAN LLP**
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 384-3130
nicolas@simonsensussman.com

Shaoul Sussman
Nico Gurian
Paul Goodrich (*Pro Hac Vice*)
**SIMONSEN SUSSMAN LLP**
307 West 38th Street, 16th Floor
New York, NY 10018
Telephone: (718) 510-5495
shaoul@simonsensussman.com
nico.gurian@simonsensussman.com
paul.goodrich@simonsensussman.com

Catherine Simonsen (*Pro Hac Vice*)
Thomas Mattes (*Pro Hac Vice*)
**SIMONSEN SUSSMAN LLP**
418 Bamboo Lane, Suite C-18
Los Angeles, CA 90012
Telephone: (917) 747-5196
catherine@simonsensussman.com
thomas.mattes@simonsensussman.com

*Counsel for Plaintiffs Equativ SAS, Equativ Inc., Sharethrough Inc., and Sharethrough USA, Inc.*

*/s/ Ian B. Crosby*
Ian B. Crosby, (WA 28461)
Edgar Sargent, (WA 28283)
Steve M. Seigel, (WA 53960)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com
esargent@susmangodfrey.com
sseigel@susmangodfrey.com

Davida Brook, (CA 275370)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com

Emily Portuguese, (NY 5920327)
Tom Boardman, (NY 4838074)
**SUSMAN GODFREY L.L.P.**
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
eportuguese@susmangodfrey.com
tboardman@susmangodfrey.com

*Counsel for Plaintiffs Index Exchange Inc. and Kargo Global LLC*

*/s/ Paul A. Williams*
Paul A. Williams (Admitted SDNY)
Eric J. Hobbs (*Pro Hac Vice*)
**SHOOK, HARDY AND BACON L.L.P.**
1660 17th Street, Suite 450
Denver, CO 80202
Telephone: (303) 285-5300
Facsimile: (303) 285-5301
pwilliams@shb.com
ehobbs@shb.com

Riley C. Mendoza (Admitted SDNY)
**SHOOK, HARDY AND BACON L.L.P.**
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
rmendoza@shb.com

Ryan M. Sandrock (*Pro Hac Vice*)
**SHOOK, HARDY AND BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
rsandrock@shb.com

Erin M. Fishman (*Pro Hac Vice*)
**SHOOK, HARDY AND BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
efishman@shb.com

David M. Liu (*Pro Hac Vice*)
**SHOOK, HARDY AND BACON L.L.P.**
1800 K Street NW, Suite 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211
dliu@shb.com

*Counsel for Plaintiff Sovrn Holdings, Inc.*

*/s/ Adam A. Acosta*
Adam M. Acosta
**PIERSON FERDINAND LLP**
601 Pennsylvania Ave NW, Suite 900
Washington, DC 20004
(771) 244-2815
adam.acosta@pierferd.com

Matthew C. DeFrancesco (JD1427)
**PIERSON FERDINAND LLP**
1270 Avenue of the Americas
7th Floor—1050
New York, NY 10020
(475) 284-2005
matthew.defrancesco@pierferd.com

*Counsel for TRUSTX Digital Advertising Services, Inc., P.B.C.*

CC: All Counsel of Record (via ECF)