UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 1:21-md-3010 (PKC)** |

*This Document Relates To:*

| | |
|---|---|
| **MCCLATCHY MEDIA COMPANY, LLC *et al.* v. GOOGLE LLC *et al.*,** | **No. 1:26-cv-00339 (PKC)** |
| **ADVANCE PUBLICATIONS, INC. *et al.* v. GOOGLE LLC *et al.*** | **No. 1:26-cv-00343 (PKC)** |
| **VOX MEDIA, LLC v. GOOGLE LLC *et al.*** | **No. 1:26-cv-00325 (PKC)** |
| **THE ATLANTIC MONTHLY GROUP LLC v. GOOGLE LLC *et al.*** | **No. 1:26-cv-00272 (PKC)** |
| **PENSKE MEDIA CORPORATION *et al.* v. GOOGLE LLC *et al.*** | **No. 1:26-cv-00225 (PKC)** |
| **ZIFF DAVIS, INC. v. GOOGLE LLC *et al.*** | **No. 1:26-cv-01055 (PKC)** |
| **LOS ANGELES TIMES COMMUNICATIONS LLC *et al* v. GOOGLE LLC *et al.*** | **No. 1:26-cv-01593 (PKC)** |

**DEFENDANTS GOOGLE LLC AND**
**ALPHABET INC.'S NOTICE OF MOTION TO SEAL**

PLEASE TAKE NOTICE that Google LLC and Alphabet Inc. will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order to retain under seal portions of Group 2 Publishers' Letter Motion to Compel (Dkt. No. 1965) and Exhibits 4, 7-10, 12-17, 31, 33, 36, and 37 thereto and portions of Exhibits C-G, I, and J to Google's Letter Response in Opposition to Group 2 Publishers' Letter Motion to Compel (Dkt. No. 1974).

Dated: August 31, 2026

Respectfully submitted,

*/s/ Allison Vissichelli*

Bradley Justus
Allison Vissichelli
Axinn LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
bjustus@axinn.com
avissichelli@axinn.com

Craig M. Reiser
Blake E. Pescatore
Axinn LLP
630 Fifth Avenue
New York, NY 10111
Telephone: (212) 728-2218
creiser@axinn.com
bpescatore@axinn.com

*Counsel for Defendants*
*Google LLC and Alphabet Inc.*