**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 1:21-md-3010 (PKC)** |

*This Document Relates To:*

| | |
|---|---|
| **OPENX TECHNOLOGIES, INC., *et al.*, v. GOOGLE LLC** | **No. 1:25-cv-10817 (PKC)** |
| **MAGNITE, INC. v. GOOGLE LLC** | **No. 1:25-cv-10818 (PKC)** |
| **PUBMATIC, INC. v. GOOGLE LLC** | **No. 1:25-cv-10819 (PKC)** |
| **EQUATIV SAS v. GOOGLE LLC** | **No. 1:26-cv-00140 (PKC)** |
| **INDEX EXCHANGE INC. v. GOOGLE LLC** | **No. 1:25-cv-10477 (PKC)** |
| **KARGO GLOBAL LLC v. GOOGLE LLC** | **No. 1:25-cv-10630 (PKC)** |
| **SOVRN HOLDINGS, INC. v. GOOGLE LLC** | **No. 1:26-cv-01587 (PKC)** |
| **TRUSTX DIGITAL ADVERTISING SERVICES, INC., P.B.C. v. GOOGLE LLC** | **No. 1:26-cv-03135 (PKC)** |

**DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S**
**NOTICE OF MOTION TO PROVISIONALLY FILE UNDER SEAL**

PLEASE TAKE NOTICE that Google LLC and Alphabet Inc. will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order to provisionally seal portions of their Letter dated September 30, 2026 and exhibits thereto.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Allison Vissichelli*

Bradley Justus
Allison Vissichelli
Axinn LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
bjustus@axinn.com
avissichelli@axinn.com

Craig M. Reiser
Blake E. Pescatore
Axinn LLP
630 Fifth Avenue
New York, NY 10111
Telephone: (212) 728-2218
creiser@axinn.com
bpescatore@axinn.com

Daniel S. Bitton
Axinn LLP
55 Second Street
San Francisco, CA 9410
Telephone: (415) 490-1486
dbitton@axinn.com

*Counsel for Defendants*
*Google LLC and Alphabet Inc.*