**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 1:21-md-3010 (PKC)** |

*This Document Relates To:*

| | |
|---|---|
| **OPENX TECHNOLOGIES, INC., *et al.*, v. GOOGLE LLC** | **No. 1:25-cv-10817 (PKC)** |
| **MAGNITE, INC. v. GOOGLE LLC** | **No. 1:25-cv-10818 (PKC)** |
| **PUBMATIC, INC. v. GOOGLE LLC** | **No. 1:25-cv-10819 (PKC)** |
| **EQUATIV SAS v. GOOGLE LLC** | **No. 1:26-cv-00140 (PKC)** |
| **INDEX EXCHANGE INC. v. GOOGLE LLC** | **No. 1:25-cv-10477 (PKC)** |
| **KARGO GLOBAL LLC v. GOOGLE LLC** | **No. 1:25-cv-10630 (PKC)** |
| **SOVRN HOLDINGS, INC. v. GOOGLE LLC** | **No. 1:26-cv-01587 (PKC)** |
| **TRUSTX DIGITAL ADVERTISING SERVICES, INC., P.B.C. v. GOOGLE LLC** | **No. 1:26-cv-03135 (PKC)** |

**DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO PROVISIONALLY FILE UNDER SEAL**

Pursuant to Rule 5 of this Court's Individual Practices and paragraph 21 of the Modified Confidentiality Order, ECF No. 685 at 25, Defendants Google LLC and Alphabet Inc. (together, "Google") file this Memorandum of Law in Support of their Motion to Provisionally File Under Seal, which seeks to provisionally file under seal Google's Letter dated September 30, 2026 and exhibits thereto.

Google seeks permission to provisionally file under seal material which contain information designated as Confidential or Highly Confidential by Google or Plaintiffs in the above-captioned actions and names of Google's and Plaintiffs' employees. Google takes no position on the confidentiality (or otherwise) of Plaintiff-designated information. Google proposes that the Parties have until October 21, 2026 to file any application to seal their information contained in the exhibits to its Letter dated September 30, 2026 and exhibits thereto.

**CONCLUSION**

For the foregoing reasons, Google respectfully requests that the Court permit Google to to provisionally seal portions of its Letter dated September 30, 2026 and exhibits thereto.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Allison Vissichelli*

Bradley Justus
Allison Vissichelli
Axinn LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
bjustus@axinn.com
avissichelli@axinn.com

Craig M. Reiser
Blake E. Pescatore
Axinn LLP
630 Fifth Avenue
New York, NY 10111
Telephone: (212) 728-2218
creiser@axinn.com
bpescatore@axinn.com

Daniel S. Bitton
Axinn LLP
55 Second Street
San Francisco, CA 9410
Telephone: (415) 490-1486
dbitton@axinn.com

*Counsel for Defendants*
*Google LLC and Alphabet Inc.*