**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 1:21-md-3010 (PKC)** |

*This Document Relates To:*

| | |
|---|---|
| **OPENX TECHNOLOGIES, INC., *et al.*, v. GOOGLE LLC** | **No. 1:25-cv-10817 (PKC)** |
| **MAGNITE, INC. v. GOOGLE LLC** | **No. 1:25-cv-10818 (PKC)** |
| **PUBMATIC, INC. v. GOOGLE LLC** | **No. 1:25-cv-10819 (PKC)** |
| **EQUATIV SAS v. GOOGLE LLC** | **No. 1:26-cv-00140 (PKC)** |
| **INDEX EXCHANGE INC. v. GOOGLE LLC** | **No. 1:25-cv-10477 (PKC)** |
| **KARGO GLOBAL LLC v. GOOGLE LLC** | **No. 1:25-cv-10630 (PKC)** |
| **SOVRN HOLDINGS, INC. v. GOOGLE LLC** | **No. 1:26-cv-01587 (PKC)** |
| **TRUSTX DIGITAL ADVERTISING SERVICES, INC., P.B.C. v. GOOGLE LLC** | **No. 1:26-cv-03135 (PKC)** |

## CERTIFICATE OF SERVICE PURSUANT TO STANDING ORDER M10-468

Pursuant to Standing Order M10-468, I hereby certify that on September 30, 2026, true and correct copies of the unredacted versions of Google's Letter dated September 30, 2026 and exhibits thereto (filed as Dkt. No. 2045) were served upon all counsel of record via email.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Nicholas D.M. Duffee*
Nicholas D.M. Duffee
Axinn LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Email: nduffee@axinn.com