**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 1:21-md-03010 (PKC)** |

*This Document Relates To:*

| | |
|---|---|
| **OPENX TECHNOLOGIES, INC., and OPENX LTD.,**<br>*Plaintiffs*,<br>-against-<br>**GOOGLE LLC and ALPHABET INC.,**<br>*Defendants*. | **No. 1:25-cv-10817 (PKC)** |
| **MAGNITE, INC.,**<br>*Plaintiff*,<br>-against-<br>**GOOGLE LLC and ALPHABET INC.,**<br>*Defendants*. | **No. 1:25-cv-10818 (PKC)** |
| **PUBMATIC, INC.,**<br>*Plaintiff*,<br>-against-<br>**GOOGLE LLC and ALPHABET INC.,**<br>*Defendants*. | **No. 1:25-cv-10819 (PKC)** |

| | |
|---|---|
| **EQUATIV SAS, EQUATIV INC., SHARETHROUGH INC., and SHARETHROUGH USA, INC.,**<br>*Plaintiffs*,<br>-against-<br>**GOOGLE LLC and ALPHABET INC.,**<br>*Defendants*. | **No. 1:26-cv-00140 (PKC)** |
| **INDEX EXCHANGE INC.,**<br>*Plaintiff*,<br>-against-<br>**GOOGLE LLC,**<br>*Defendant*. | **No. 1:25-cv-10477 (PKC)** |
| **KARGO GLOBAL LLC,**<br>*Plaintiff*,<br>-against-<br>**GOOGLE LLC,**<br>*Defendant*. | **No. 1:25-cv-10630 (PKC)** |
| **SOVRN HOLDINGS, INC.,**<br>*Plaintiff*,<br>-against-<br>**GOOGLE LLC and ALPHABET INC.,**<br>*Defendants*. | **No. 1:26-cv-01587 (PKC)** |

| | |
|---|---|
| **TRUSTX DIGITAL ADVERTISING SERVICES, INC., P.B.C.,**<br><br>*Plaintiff*,<br><br>-against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>*Defendants*. | **No. 1:26-cv-03135 (PKC)** |
| **TEADS HOLDING CO.,**<br><br>*Plaintiff*,<br><br>-against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>*Defendants*. | **No. 1:26-cv-06591 (PKC)** |

**DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S MOTION TO SEAL PROVISIONALLY**

PLEASE TAKE NOTICE that Defendants Google LLC and Alphabet Inc. (together, "Google") will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order to seal provisionally portions of Google's Letter Opposing Competitor Plaintiffs' Motion for a Protective Order, and Exhibits appended thereto.

Dated: October 6, 2026

Respectfully Submitted,

*/s/ Allison M. Vissichelli*

Bradley Justus
Allison Vissichelli
Sam Sherman
Axinn LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
bjustus@axinn.com
avissichelli@axinn.com
ssherman@axinn.com

Craig M. Reiser
Axinn LLP
630 Fifth Avenue
New York, NY 10111
Telephone: (212) 728-2218
creiser@axinn.com

Daniel S. Bitton
Axinn LLP
55 Second Street
San Francisco, CA 9410
Telephone: (415) 490-1486
dbitton@axinn.com

*Counsel for Defendants Google LLC and Alphabet Inc.*

Jeannie S. Rhee
Karen L. Dunn
William A. Isaacson
Martha L. Goodman
Jessica E. Phillips
Amy J. Mauser
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Washington, DC 20004
Telephone: (202) 240-2900
jrhee@dirllp.com
kdunn@dirllp.com
wisaacson@dirllp.com
mgoodman@dirllp.com
jphillips@dirllp.com
amauser@dirllp.com

Erin J. Morgan
DUNN ISAACSON RHEE LLP
11 Park Place
New York, NY 10007
Telephone: (202) 240-2900
emorgan@dirllp.com

CC: All Counsel of Record (via ECF)