**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION

This Document Relates To:

*OpenX Technologies, Inc. v. Google LLC*, No. 1:25-cv-10817 (PKC)

*Magnite, Inc. v. Google LLC*, No. 1:25-cv-10818 (PKC)

*PubMatic, Inc. v. Google LLC*, No. 1:25-cv-10819 (PKC)

*Equativ SAS v. Google LLC*, No. 1:26-cv-00140 (PKC)

*Index Exchange Inc. v. Google LLC*, No. 1:25-cv-10477 (PKC)

*Kargo Global LLC v. Google LLC*, No. 1:25-cv-10630 (PKC)

*Sovrn Holdings, Inc. v. Google LLC*, No. 1:26-cv-01587 (PKC)

*TRUSTX Digital Advertising Services, Inc., P.B.C. v. Google LLC*, No. 1:26-cv-03135 (PKC)

*Teads Holding Co. v. Google LLC*, No. 1:26-cv-06591 (PKC)

No. 1:21-md-03010 (PKC)

**~~[PROPOSED]~~ REVISED CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER (COMPETITOR CASES)**

Upon the letter motion of Defendants Google LLC and Alphabet Inc. dated October 9, 2026 [ECF No. __], and for good cause shown, Fed. R. Civ. P. 16(b)(4), it is hereby ORDERED that the Civil Case Management Plan and Scheduling Order entered June 18, 2026 (ECF No. 1866) and the Civil Case Management Plan and Scheduling Order entered August 27, 2026 in *Teads Holding Co. v. Google LLC*, No. 1:26-cv-06591 (PKC) (ECF No. 1985), are modified as follows:

1. All fact discovery, including all fact-witness and third-party depositions, shall be completed no later than March 12, 2027. ECF No. 1866 ¶ 6 and ECF No. 1985 ¶ 5.2 are amended accordingly.

2. All expert discovery shall be completed by August 6, 2027. Plaintiffs shall serve opening reports of all experts by March 31, 2027. Google shall serve responsive expert reports by

June 7, 2027. Plaintiffs may then serve any rebuttal expert reports by July 7, 2027. Depositions of experts shall be completed by August 6, 2027. ECF No. 1866 ¶ 8 and ECF No. 1985 ¶ 7 are amended accordingly.

3. Any motion for summary judgment will be deemed untimely unless a pre-motion letter relating thereto is filed no later than August 20, 2027. ECF No. 1866 ¶ 11 and ECF No. 1985 ¶ 10 are amended accordingly.

4. The deadline for substantial completion of document production in the Teads action (ECF No. 1985 ¶ 6.2) and the requirement that each deponent's custodial documents be produced 14 calendar days before the deposition (ECF No. 1866 ¶ 7.1; ECF No. 1985 ¶ 6.2) are unchanged.

5. All other provisions of ECF No. 1866 and ECF No. 1985 remain in effect. The revised dates are summarized below:

| **Event** | **Current Competitor Plaintiff Date** | **Current Rumble Date (per ECF No. 1984)** | **Google's Proposed Revised Dates** |
|---|---|---|---|
| Teads: substantial completion of document production | Oct. 12, 2026 | | Unchanged |
| Close of fact discovery, including fact depositions | Nov. 10, 2026 | Mar. 12, 2027 | Mar. 12, 2027 |
| Plaintiffs' opening expert reports | Dec. 1, 2026 | Mar. 31, 2027 | Mar. 31, 2027 |
| Google's responsive expert reports | Feb. 26, 2027 | June 7, 2027 | June 7, 2027 |
| Plaintiffs' rebuttal expert reports | Mar. 31, 2027 | July 7, 2027 | July 7, 2027 |
| Close of expert discovery, including expert depositions | Apr. 30, 2027 | Aug. 6, 2027 | Aug. 6, 2027 |
| Deadline for pre-motion letter regarding summary judgment | May 10, 2027 | Aug. 20, 2027 | Aug. 20, 2027 |

6. This Order is entered pursuant to Fed. R. Civ. P. 16(b) and may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend the dates herein shall be made in a written application in accordance with the Court's Individual Practices and shall be made no less than 14 days prior to the expiration of the date sought to be extended.

**SO ORDERED.**

Dated: New York, New York
October 13, 2026

P. Kevin Castel
United States District Judge