UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION

21-md-3010 (PKC)

This Order Applies to the Competitor Actions Below

25-cv-10477 (PKC)
25-cv-10630 (PKC)
25-cv-10817 (PKC)
25-cv-10818 (PKC)
25-cv-10819 (PKC)
26-cv-140 (PKC)
26-cv-1587 (PKC)
26-cv-3135 (PKC)
26-cv-6591 (PKC)

PRE-TRIAL ORDER NO. 21

-----------------------------------------------------------x
CASTEL, Senior District Judge.

On September 30, 2026, the Court received a discovery-dispute letter from the Competitor Plaintiffs seeking to preclude or limit the depositions of five witnesses, mainly persons presently or formerly employed by one of the Competitor Plaintiffs. (ECF 2044 (sealed) & 2052.) The same day, the Court received a letter from Google seeking to preclude or limit the examinations of seven witnesses, all presently or formerly employed by Google. (ECF 2045 (sealed) & 2046.) Google has responded to the Competitor Plaintiffs' application (ECF 2057 (sealed) & 2058)), as have the Competitor Plaintiffs responded to Google's application (ECF 2062 & 2063 (sealed)). Having considered the submissions of the parties and exhibits thereto, the Court ORDERS as follows:

Depositions of Witnesses in the Control of Competitor Plaintiffs

Competitor Plaintiffs point out that Google has objected to producing certain witnesses who have previously testified. They therefore object to Google examining any of Competitor Plaintiffs' witnesses who have previously testified in any related proceeding. Google points out that the claims of the Competitor Plaintiffs were first filed less than a year ago, that no examination addressed their claims, and that antitrust injury and damages are specific to each Competitor Plaintiff.

Adam Soroca (former Magnite Chief Product Officer), Michael Shaughnessy (Kargo Chief Operating Officer) and Andrew Casale (Index Exchange CEO) were examined as non-party witnesses in depositions taken in the Eastern District of Virginia action in which Google participated but no claim of competitor injury was alleged in that action and no damage claim had been asserted. Tim Cadogan (OpenX CEO from 2008 to 2020 and presently Board Chairman) and Rajeev Goel (PubMatic CEO) were not examined at deposition but testified at the liability trial in the Eastern District of Virginia, where they were cross-examined by Google.

The following witnesses may be examined for the duration listed using documents not previously shown in a Google examination of the witness and without repeating questioning in a prior examination of the witness:

1. Adam Soroca (Magnite), four hours.
2. Michael Shaughnessy (Kargo), seven hours for combined for Rule 30(b)(1) and Rule 30(b)(6) depositions.
3. Andrew Casale (Index Exchange), seven hours combined for Rule 30(b)(1) and Rule 30(b)(6) depositions.
4. Rajeev Goel (PubMatic), five hours.

5. Tim Cadogan (OpenX), four hours.

Relatedly, the Competitor Plaintiffs have sought to expand the document custodians for search purposes to include Nirmal Jayaram and Tim Lipus. (ECF 1959 & 1960 (sealed).) The Court will grant the request to add Jayaram and Lipus as custodians but only during their tenure within the Display Ads Organization. The Competitor Plaintiffs' other search requests would reach material that has already been swept into Google's prior searches and productions (ECF 1968) and would not be proportional to the needs of the case.

Depositions of Witnesses in the Control of Google

Google asserts that its request for a protective order against additional examinations of its witnesses should be considered in the context of the 110 depositions taken in this MDL, the Eastern District of Virginia Action and the DOJ investigation that preceded the Eastern District of Virginia Action, and the production of 7.3 million documents from approximately 260 custodians, including 220,000 documents produced in response to requests from the Competitor Plaintiffs. (ECF 2045 at 2-3.) Competitor Plaintiffs point out that claims brought by competitors were not asserted until the last day of 2025 and that the prior examinations have not covered the points of greatest interest to them.

Nitish Korula, who worked as an Engineering Manager on the sell side of Google's display-advertising business, has been examined at four depositions and at the Eastern District of Virginia liability trial. Nirmal Jayaram, Senior Director of Engineering, buy side, also has been examined at four depositions and the Eastern District of Virginia liability trial. Samuel Cox has not worked at Google since 2021 and the Competitor Plaintiffs wish to examine him about header bidding and "Exchange Bidding." Cox was examined in the DOJ investigation and the MDL cases. Martin Pál was a research scientist for Google sell-side products until February

2019, when he moved into unrelated areas. He has been examined once at deposition. George Levitte, a Director of Product Management for AdX, has been examined twice at depositions. Tobias Maurer, who had been Product Manager for Google buy-side products until April 2022, has been examined as part of the DOJ investigation. Pooya Jalaly serves as Staff Software Engineer for Google's buy-side advertising products and has never been examined at deposition.

The following witnesses may be examined for the duration listed using documents not previously shown in a Google examination of the witness and without repeating questioning in a prior examination of the witness:

1. Nitish Korula, four hours.
2. Nirmal Jayaram, four hours
3. Samuel Cox, four hours
4. Martin Pál, four hours
5. George Levitte, four hours
6. Tobias Maurer, four hours
7. Pooya Jalaly, five hours

The Clerk is directed to terminate the motions at 21-md-3010, ECF 1959, 1960, 2045, 2046, 2051, 2052; 25-cv-10477, ECF 70, 71, 81, 82, 86, 87; 25-cv-10630, ECF 67, 68, 78, 79, 83, 84; 25-cv-10817, ECF 100, 101, 111, 112, 116, 117; 25-cv-10818, ECF 77, 78, 92, 93, 97, 98; 25-cv-10819, ECF 91, 92, 102, 103, 107, 108; 26-cv-140, ECF 94, 95, 108, 109, 113, 114; 26-cv-1587, ECF 60, 61, 71, 72, 76, 77; 26-cv-3135, ECF 40, 41, 51, 52, 56, 57; and 26-cv-6591, ECF 40, 41, 44, 45.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 14, 2026