**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 1:21-md-03010 (PKC)** |

*This Document Relates To:*

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION** | **No. 1:21-cv-07034 (PKC)** |
| **ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.,**<br>*Plaintiffs,*<br>-against-<br>**GOOGLE LLC and ALPHABET INC.,**<br>*Defendants.* | **No. 1:21-cv-03446 (PKC)** |
| **GANNETT CO., INC.,**<br>*Plaintiff,*<br>-against-<br>**GOOGLE LLC and ALPHABET INC.,**<br>*Defendants.* | **No. 1:23-cv-05177 (PKC)** |

**DEFENDANTS GOOGLE LLC,**
**ALPHABET INC., AND YOUTUBE LLC'S MOTION TO STAY**

PLEASE TAKE NOTICE that Defendants Google LLC, Alphabet Inc., and YouTube LLC (together, "Google") will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order to vacate the trial date in *Gannett Co., Inc. v. Google LLC, et al.*, No. 1:23-cv-05177 and *Associated Newspapers Ltd., et al. v. Google LLC, et al.*, No. 1:21-cv-03446 and stay all proceedings in the above-captioned matters during the pendency of Google's forthcoming appeal in *United States, et al. v. Google LLC*, No. 1:23-cv-00108 (E.D. Va.).

Dated: October 19, 2026

Respectfully Submitted,

*/s/ Bradley Justus*

Bradley Justus
Allison Vissichelli
Axinn LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
bjustus@axinn.com
avissichelli@axinn.com

Craig M. Reiser
Christopher Erickson
Axinn LLP
630 Fifth Avenue
New York, NY 10111
Telephone: (212) 728-2218
creiser@axinn.com
cerickson@axinn.com

Justina K. Sessions**
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94603
Telephone: (650) 618-9250
justina.sessions@freshfields.com

Jeannie S. Rhee
Karen L. Dunn
William A. Isaacson
Martha L. Goodman
Jessica E. Phillips
Amy J. Mauser
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Washington, DC 20004
Telephone: (202) 240-2900
jrhee@dirllp.com
kdunn@dirllp.com
wisaacson@dirllp.com
mgoodman@dirllp.com
jphillips@dirllp.com
amauser@dirllp.com

Erin J. Morgan
DUNN ISAACSON RHEE LLP
11 Park Place
New York, NY 10007
Telephone: (202) 240-2900
emorgan@dirllp.com

*Counsel for Defendants*
*Google LLC, Alphabet Inc., and YouTube LLC*

***Except as to Associated Newspapers Ltd., et al. v. Google LLC, No. 1:21-cv-03446 (PKC)*