**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 1:21-md-03010 (PKC)** |

*This Document Relates To:*

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION** | **No. 1:21-cv-07034 (PKC)** |
| **ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.,** *Plaintiffs,* -against- **GOOGLE LLC and ALPHABET INC.,** *Defendants.* | **No. 1:21-cv-03446 (PKC)** |
| **GANNETT CO., INC.,** *Plaintiff,* -against- **GOOGLE LLC and ALPHABET INC.,** *Defendants.* | **No. 1:23-cv-05177 (PKC)** |

**DEFENDANTS GOOGLE LLC,**
**ALPHABET INC., AND YOUTUBE LLC'S**
**STATEMENT REGARDING ELECTRONIC FILING ISSUE**

Pursuant to Rule 23.5(c) of the Southern District of New York Electronic Case Filing Rules, Defendants Google LLC, Alphabet Inc., and YouTube LLC (collectively, "Google") submit the following statement explaining how an interruption in electronic case filing ("ECF") service prevented Google from completing the filing of a motion to stay on Monday, October 19.

On Monday, October 19, in accordance with the Court's Order dated October 14, 2026, MDL Dkt. No. 2073, Google attempted to file on the Court's ECF system a motion to stay the above-captioned actions. Google was unable to complete the filing on this date due to a technical issue within the ECF system. More specifically, Google received the below error message with each attempt made over the course of several hours.

**Motions**
1:21-md-03010-PKC In re:
Google Digital Advertising
Antitrust Litigation

ECF

Alarm OutServStatus = Cookie 4700170-319194-588927408434503.526664725421683: CRITICAL: processing function dktentry(motion). Process aborting. Syntax error in Else2(IsVariable('VLetterMotion','n','eq') and IsVariable(gUserType,aty,eq)) from line ShowList('motion','multi');EndScreen('');ProcessNewDPF('motion');EndScreen('');DocketText('edit:crt,jud');CreateDktEntry('');. Additional Information was |syntax error at (eval 337) line 1, near ",eq" |

Back

In the interim, Google has served its motion to stay and supporting documents on Plaintiffs' counsel of record via email.

Dated: October 20, 2026

Respectfully Submitted,

*/s/ Bradley Justus*

Bradley Justus
Allison Vissichelli
Axinn LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
bjustus@axinn.com
avissichelli@axinn.com

Craig M. Reiser
Christopher Erickson
Axinn LLP
630 Fifth Avenue
New York, NY 10111
Telephone: (212) 728-2218
creiser@axinn.com
cerickson@axinn.com

Justina K. Sessions**
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94603
Telephone: (650) 618-9250
justina.sessions@freshfields.com

Jeannie S. Rhee
Karen L. Dunn
William A. Isaacson
Martha L. Goodman
Jessica E. Phillips
Amy J. Mauser
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Washington, DC 20004
Telephone: (202) 240-2900
jrhee@dirllp.com
kdunn@dirllp.com
wisaacson@dirllp.com
mgoodman@dirllp.com
jphillips@dirllp.com
amauser@dirllp.com

Erin J. Morgan
DUNN ISAACSON RHEE LLP
11 Park Place
New York, NY 10007
Telephone: (202) 240-2900
emorgan@dirllp.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC*

***Except as to Associated Newspapers Ltd., et al. v. Google LLC, No. 1:21-cv-03446 (PKC)*