UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION

21-md-3010 (PKC)

ORDER

-----------------------------------------------------------x
MAGNITE INC.,

Plaintiff

-against-

25-cv-10818 (PKC)

GOOGLE LLC,

Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

This is the Court's ruling on Google's October 29, 2026 letter motion for discovery of Magnite.

1. Magnite shall run the 27 search strings across Magnite's Google Drive files for each custodian to identify responsive documents which then shall be reviewed and, if responsive produced.

2. Magnite shall produce a Rule 30(b)(6) deponent for five hours on Topics 8, 14, 17, 24 and 25, provided the questions are non-duplicative of those covered in 2023 non-party deposition.

Provisional sealing is granted (ECF 2119 and 2130 in 21-md-3010 and ECF 122 and 127 in 25-cv-10818). ECF 2119, 2121, 2122 and 2130 in 21-md-3010 and ECF 122, 124, 125 and 127 in 25-cv-10818 should be terminated.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
November 10, 2026