UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION

21-md-3010 (PKC)

ORDER

-----------------------------------------------------------x

ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.,

Plaintiffs,

21-cv-3446 (PKC)

-against-

GOOGLE LLC and ALPHABET INC.,

Defendants.

-----------------------------------------------------------x

GANNETT CO., INC.,

Plaintiff,

23-cv-5177 (PKC)

-against-

GOOGLE LLC and ALPHABET INC.,

Defendants.

-----------------------------------------------------------x

CASTEL, Senior District Judge:

Google LLC and Alphabet Inc. (collectively, "Google") have renewed their motion to adjourn the start of trial on April 5, 2027 because of the scheduling conflicts of three of its selected trial lawyers. In renewing the motion, their lawyers have complied with the Court's directives on required submissions. Counsel for Gannett Co., Inc., Associated Newspapers Ltd. and Mail Media, Inc. have responded opposing the adjournment.

The Court will grant Google's request and move the trial date to Monday, October 25, 2027 at 10 a.m. in Courtroom 11D, with the understanding that Google will abide by the

commitment made in their counsel's letter. (ECF 2160 at 4 ("And, of course should any of the above-mentioned trials scheduled in the second half of 2017 move or be taken off calendar, counsel will promptly alert the Court.").) To this the Court adds the direction to Google also to advise of any conflicting trial moved or taken off the calendar covering any portion of the period from April 5, 2027 to June 30, 2027.

The Court vacates the January 20, 2027 Final Pre-Trial Conference, which will be rescheduled. The schedule for filing Final Pre-Trial Submissions remains unchanged. The Clerk is respectfully directed to terminate the motion. (21-md-3010, ECF 2160; 21-cv-3446, ECF 478; 23-cv-5177, ECF 412.)

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
November 19, 2026